AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108 |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
The Commonwealth of Virginia and the states of California, Colorado, Connecticut, New Jersey, New York, Rhode Island, and Tennessee.

Date: 01/24/2023

*Attorney's signature*

Tyler T. Henry Virginia Bar No. 87621
*Printed name and bar number*
Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
*Address*

THenry@oag.state.va.us
*E-mail address*

(804) 692-0485
*Telephone number*

(804) 786-0122
*FAX number*