AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia  ▼

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00108-LMB-IDD |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                              .

Date:     01/30/2023

/s/ Aaron Teitelbaum
*Attorney's signature*

Aaron M. Teitelbaum (NY Bar No. 5392584)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

aaron.teitelbaum@usdoj.gov
*E-mail address*

(202) 307-0077
*Telephone number*

(202) 616-8544
*FAX number*