AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-IDD |
| Google, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The Commonwealth of Virginia      .

Date:   02/06/2023                               /s/ Steven G. Popps
                                                *Attorney's signature*

                                        Steven G. Popps, VSB No. 80817
                                        *Printed name and bar number*
                                        Office of the Attorney General
                                        202 N. 9th Street
                                        Richmond, Virginia 23219

                                                *Address*

                                        spopps@oag.state.va.us
                                                *E-mail address*

                                        (804) 786-6731
                                                *Telephone number*

                                        (804) 371-2087
                                                *FAX number*

## **CERTIFCATE OF SERVICE**

  I hereby certify that on this day, February 6, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                   */s/ Steven G. Popps*