AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-IDD |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia, State of California, State of Colorado, State of Connecticut, State of New Jersey, State of New York, State of Rhode Island, and State of Tennessee.

Date: 02/08/2023

/s/ Andrew N. Ferguson
*Attorney's signature*

Andrew N Ferguson (86583)
*Printed name and bar number*
Office of the Attorney General
202 N. 9th Street
Richmond, VA 23219

*Address*

aferguson@oag.state.va.us
*E-mail address*

(804) 786-7704
*Telephone number*

*FAX number*