AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC                                                              .

Date:   02/15/2023                                    /s/ Tyler Garrett
                                                        *Attorney's signature*

                                           Tyler A. Garrett, Virginia Bar No. 94759
                                                *Printed name and bar number*

                                           Freshfields Bruckhaus Deringer US LLP
                                           700 13th St. NW, 10th Floor
                                           Washington, DC 20005
                                                          *Address*

                                           tyler.garrett@freshfields.com
                                                     *E-mail address*

                                           (202) 777-4500
                                                  *Telephone number*

                                           (202) 777-4555
                                                     *FAX number*