UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ DIVISION

United States of America et al.

           vs.                              Civil/Criminal Action No. 1:23-cv-00108

Google LLC

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Google LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet, Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet's stock.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

02/15/2023                                       /s/ Tyler Garrett
Date                                                 Signature of Attorney or Litigant
                                                      Counsel for Google LLC