IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.*,<br><br>*Plaintiffs*,<br><br>- against -<br><br>**GOOGLE LLC,**<br><br>*Defendant*. | Civil Action No. 1:23-cv-00108 (LMB) (IDD) |

### DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER
### VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Google LLC ("Google"), by counsel, moves this Court for an Order granting Google's Motion and transferring this case to the Southern District of New York. The grounds and authorities in support of the Motion are set forth in the accompanying Memorandum of Law. A proposed Order granting this Motion is attached as Exhibit 1.

Dated: February 17, 2023

Respectfully Submitted,

/s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Tyler Garrett, Virginia Bar No. 94759
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*