# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.,*<br><br>*Plaintiffs*,<br><br>- against -<br><br>**GOOGLE LLC,**<br><br>*Defendant.* | Civil Action No. 1:23-cv-00108<br>(LMB) (IDD) |

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

The above matter having come before the Court on Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion"), and the Court having considered the Motion and arguments in support thereof and any opposition thereto, it is hereby:

ORDERED that Defendant's Motion is GRANTED and that this civil action is TRANSFERRED to the United States District Court for the Southern District of New York.

Entered this ___ day of _____, 2023.

                                                                                             _____
                                                                                             The Honorable Leonie M. Brinkema
                                                                                             United States District Judge