IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.,*<br><br>*Plaintiffs,*<br><br>- against -<br><br>**GOOGLE LLC,**<br><br>*Defendant.* | Civil Action No. 1:23-cv-00108 (LMB) (IDD) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, March 10, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Google LLC ("Google"), by counsel, will appear and request that the Court enter an order granting Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). The date for this hearing has been agreed to by the United States.

Dated: February 22, 2023

Respectfully Submitted,

  /s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Tyler Garrett, Virginia Bar No. 94759
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*