## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Tyler Garrett |
| | Eric Mahr |
| | Andrew Ewalt |
| Electronic Device(s): | Three work cell phones, one personal cell phone, and one laptop and related cables |
| Purpose and Location Of Use: | Transfer Motion Hearing before Judge Brinkema in Alexandria Courtroom 700 |
| Case Name: | United States v. Google LLC |
| Case No.: | No. 1:23-cv-00108-LMB |
| Date(s) Authorized: | 03/10/2023 |
| IT Clearance Waived: | _____ (YES)   _____ (NO) |

**APPROVED BY:**

Date: March 7, 2023

*Request DENIED. /LMB/*

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
                     IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**