# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **GOOGLE LLC,** <br><br> *Defendant*. | Civil Action No. 1:23-cv-00108 (LMB) (IDD) |

### DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN EXHIBIT B TO THE DECLARATION OF TYLER GARRETT IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Pursuant to Local Civil Rule 5(C), Defendant Google LLC ("Google"), by counsel, moves this Court for an Order permanently sealing the names of non-parties listed in Exhibit B to the Declaration of Tyler Garrett in Support of Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). The grounds and authorities in support of this motion are set forth in the accompanying Memorandum of Law. A proposed order is attached as Exhibit 1.

Dated: March 8, 2023

Respectfully Submitted,

/s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Tyler Garrett, Virginia Bar No. 94759
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500

Facsimile: (202) 777-4555
eric.mahr@freshfields.com
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*