# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **GOOGLE LLC,** <br><br> *Defendant*. | Civil Action No. 1:23-cv-00108 (LMB) (IDD) |

## NOTICE OF FILING SEALED MATERIAL

Please take notice that on March 8, 2023, Defendant Google LLC ("Google") filed a Motion to Seal Limited Personal Information in Exhibit B to the Declaration of Tyler Garrett ("Motion") and a non-confidential supporting memorandum.

Parties and non-parties may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of the Motion and may designate all or part of such memoranda as confidential. Any person objecting to the Motion must file an objection with the Clerk within seven (7) days after the filing of the Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: March 8, 2023

Respectfully Submitted,

/s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Tyler Garrett, Virginia Bar No. 94759
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor

Washington, DC 20005
Telephone: (202) -777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*