**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

---

**UNITED STATES,** *et al.,*

                    *Plaintiffs***,**

     - against -

**GOOGLE LLC,**

                    *Defendant***.**

Civil Action No. 1:23-cv-00108 (LMB) (IDD)

---

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant Google LLC ("Google"), by counsel, respectfully waives oral argument for its pending Motion to Seal Limited Personal Information in Exhibit B to the Declaration of Tyler Garrett in Support of Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Seal").  The Plaintiffs do not oppose Google's Motion to Seal and do not seek oral argument.

Dated: March 9, 2023

Respectfully Submitted,

/s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Tyler Garrett, Virginia Bar No. 94759
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*