# CIVIL MOTION MINUTES

Date: 03/10/23　　　　　　　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　　　　　　Reporter: S. Austin

Time: 10:06am-10:40am

Civil Action Number: 1:23cv108

United States et al　　　vs.　Google LLC

Appearances of Counsel for　　(X) Pltf　　(X) Deft

Motion to/for:
#44 Deft Motion to Transfer
#51 Motion to Seal


Argued &
( ) Granted   ( ) Denied (   ) Granted in part/Denied in part
( ) Held in Abeyance (   ) Taken Under Advisement   ( ) Continued to ( ) Overruled

Court advised of case status
#44 - Denied
#51 - Granted


(X) Memorandum Opinion to Follow

( ) Order to follow