IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court and as supplemented in the accompanying Memorandum Opinion, Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [Dkt. No. 44] is DENIED; and it is hereby

ORDERED that the parties file their proposed discovery schedule within fourteen (14) days of the date of this Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 14 day of March, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge