AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES OF AMERICA et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-108-LMB-JFA |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Google LLC.

Date: 03/16/2023

*CCR*
*Attorney's signature*

Craig C. Reilly VSB # 20942
*Printed name and bar number*

209 Madison Street
Suite 501
Alexandria, Virginia 22314
*Address*

craig.reilly@ccreillylaw.com
*E-mail address*

(703) 549-5354
*Telephone number*

(703) 549-5355
*FAX number*