IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On March 17, 2023, the parties filed a joint motion for entry of discovery schedule and extension of deadlines for response to complaint along with a notice of hearing for March 24, 2023 at 10:00 a.m. (Docket nos. 63, 64). The hearing requested by the parties will be held on Friday, March 24, 2023 **at 11:00 a.m. in Courtroom 501.**

Entered this 20th day of March, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia