IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

Before the Court is the parties' Joint Motion for Entry of Discovery Schedule and Extension of Deadlines for Response to the Complaint ("Joint Motion") [Dkt. No. 63], which among other requests seeks leave for defendant Google LLC to file its response to the Complaint on or before May 5, 2023. Because good cause has not been established for the requested extension, the Joint Motion [Dkt. No. 63] is DENIED IN PART as to the request to extend the deadline for defendant to file a response to the Complaint. The discovery deadlines proposed in the Joint Motion will be addressed by the magistrate judge during the hearing scheduled for Friday, March 24, 2023, at 11:00 am. [Dkt. No. 65]. Accordingly, it is hereby

ORDERED that defendant file its response to the Complaint on or before Monday, March 27, 2023. If defendant files a motion to dismiss, plaintiffs' response will be due within fourteen (14) days, any reply will be due within six (6) days thereafter, and oral argument will be held on Friday, April 28, 2023, at 10:00 am; and it is further

ORDERED that pursuant to Local Civil Rule 7, opening and responsive briefs shall not exceed thirty (30) double-spaced pages, the reply brief shall not exceed twenty (20) double-

spaced pages, and all briefs shall be written in 12 point Roman style or 10 pitch Courier style with one inch margins.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of March, 2023.

Alexandria, Virginia

/s/ *signature*
Leonie M. Brinkema
United States District Judge