Date: 3/24/23

Judge: JOHN F. ANDERSON
Reporter: FTR & Court
Reporter: Stephanie Austin

Start: 11:01AM
Finish: 11:30AM

Civil Action Number: 1:23-cv-108-LMB-JFA

United States of America et al.

vs.

Google LLC

Appearance of Counsel for Pltf (x)  Deft (x)

(  ) Matter is uncontested

Motion to/for:

[63] JOINT MOTION FOR ENTRY OF DISCOVERY SCHEDULE AND EXTENSION OF DEADLINES FOR RESPONSE TO COMPLAINT

Argued &
(  ) Granted  (  ) Denied  (X) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to _____

(  ) Report and Recommendation to Follow
(x) Order(s) to Follow