IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:23cv0108 (LMB/JFA)
)
GOOGLE LLC, )
)
Defendant. )
_____)

### ORDER

This matter is before the court on the parties' joint motion for entry of discovery schedule and extension of deadlines for response to complaint. (Docket no. 63). Having considered the deadlines proposed in the parties' motion and the representations of counsel at the hearing on Friday, March 24, 2023, it is hereby

ORDERED that the parties' motion is granted in part and denied in part. The following deadlines shall govern discovery in this case:

| | |
|---|---|
| March 27, 2023 | Discovery commences |
| March 28, 2023 | Parties submit their joint discovery plan |
| April 3, 2023 | Parties' initial disclosures due |
| July 7, 2023 | Substantial completion of document production |
| September 8, 2023 | Fact discovery concludes |
| October 13, 2023 | Initial expert reports due |
| November 17, 2023 | Opposing expert reports due |
| December 6, 2023 | Rebuttal expert reports due |
| January 12, 2024 | Expert discovery concludes |
| January 18, 2024 | Pretrial conference before Judge Brinkema |

It is further

ORDERED that counsel appear for a hearing before the undersigned on Friday, March 31, 2023, at 10:00 a.m.

Entered this 24th day of March, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia