AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-0108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 03/27/2023

*Attorney's signature*

Bradley Justus (VA Bar # 80533)
*Printed name and bar number*

Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, D.C. 20036
*Address*

bjustus@axinn.com
*E-mail address*

(202) 469-3532
*Telephone number*

(202) 912-4701
*FAX number*