UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                    *Plaintiffs,*<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**

PURSUANT TO RULE 12(b)(6), Defendant Google LLC moves the Court to dismiss the complaint. The grounds and reasons for granting this relief are stated with particularity in the accompanying Memorandum of Law.

A proposed Order is submitted herewith.

Dated: March 27, 2023

Respectfully submitted,

Eric Mahr (*admitted pro hac vice*)
Andrew Ewalt (*pro hac vice forthcoming*)
Julie Elmer (*pro hac vice forthcoming*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
andrew.ewalt@freshfields.com
julie.elmer@freshfields.com
tyler.garrett@freshfields.com

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Daniel Bitton (*pro hac vice forthcoming*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
Koren Wong-Ervin (*pro hac vice forthcoming*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*