**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs,*<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No: 1:23-CV-00108-LMB-JFA |

**ORDER**

THIS MATTER is before the Court on Defendant Google LLC's Motion to Dismiss.  Upon consideration of the motion and arguments in support thereof and in opposition thereto, and it appearing proper to do so, it is hereby

ORDERED that Defendant's Motion is GRANTED and that this action is DISMISSED.

ENTERED this ___ day of _____, 2023.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge