**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>  *Plaintiffs,*<br><br>vs.<br><br>GOOGLE LLC,<br><br>  *Defendant.* | No: 1:23-CV-00108-LMB-JFA |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, April 28, 2023, at 10:00 a.m., or as soon thereafter as counsel many be heard, Defendant Google LLC will present oral argument in support of its motion to dismiss the complaint.

Dated: March 27, 2023

Eric Mahr (*admitted pro hac vice*)
Andrew Ewalt (*pro hac vice forthcoming*)
Julie Elmer (*pro hac vice forthcoming*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
andrew.ewalt@freshfields.com
julie.elmer@freshfields.com
tyler.garrett@freshfields.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Daniel Bitton (*pro hac vice forthcoming*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
Koren Wong-Ervin (*pro hac vice forthcoming*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
kwongervin@axinn.com

*Counsel for Defendant Google LLC*