AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia   ▼

| | |
|---|---|
| United States of America, et al., <br> *Plaintiff* <br> v. <br> Google, LLC <br> *Defendant* | ) <br> ) <br> ) Case No.   1:23-CV-00108 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                    .

Date:      03/29/2023

*Kaitlyn E. Barry*
*Attorney's signature*

Kaitlyn Barry, Texas Bar No. 24116077
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
*Address*

Kaitlyn.Barry@usdoj.gov
*E-mail address*

(312) 692-1058
*Telephone number*

(202) 616-8544
*FAX number*