AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of Ameria, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/30/2023

/s/ Michael E. Wolin
*Attorney's signature*

Michael E. Wolin (DC Bar No. 1024640)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street N.W., Suite 8000
Washington, DC 20530
*Address*

Michael.Wolin@usdoj.gov
*E-mail address*

(202) 704-3270
*Telephone number*

(202) 616-2441
*FAX number*