AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States of America et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America (Plaintiff)  .

Date: 03/30/2023

/s/ Craig L. Briskin
*Attorney's signature*

Craig L. Briskin (DC Bar No. 980841)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

Craig.Briskin@usdoj.gov
*E-mail address*

(202) 704-4741
*Telephone number*

(202) 616-8544
*FAX number*