Date: 03/31/2023               Judge: JOHN F. ANDERSON
                               Reporter: Stephanie Austin

Start: 10:34 AM
Finish: 11:33 AM

Civil Action Number: 1:23-cv-108-LMB-JFA

United States of America et al.

vs.

Google. LLC

Appearance of Counsel for Pltf (X)  Deft (X)
( ) Matter is uncontested

Motion to/for:

STATUS CONFERENCE

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

Joint proposed discovery plan discussed.

( ) Report and Recommendation to Follow
( ) Order(s) to Follow

(X) Rule 16(B) Scheduling order to follow.