IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Plaintiffs have conferred with Defendant, and the parties waive oral argument regarding their joint motion for entry of a stipulated protective order.

Dated: April 3, 2023

Respectfully submitted,

| FOR THE UNITED STATES: | FOR DEFENDANT GOOGLE LLC: |
|---|---|
| JESSICA D. ABER<br>United States Attorney | */s/ Craig C. Reilly*<br>CRAIG C. REILLY (VSB # 20942)<br>209 Madison Street<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>Email: craig.reilly@ccreillylaw.com |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | Eric Mahr (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>Email: eric.mahr@freshfields.com |

/s/ Julia Tarver Wood
JULIA TARVER WOOD
/s/ Aaron M. Teitelbaum
AARON M. TEITELBAUM
   *Senior Litigation Counsel*

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of California, Colorado, Connecticut, New Jersey, New York, Rhode Island, and Tennessee