# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                                       .

Date:   04/10/2023

/s/ Katherine E. Clemons
*Attorney's signature*

Katherine E. Clemons (DC Bar No. 1014137)
*Printed name and bar number*
450 Fifth Street NW, Suite 7100
Washington, DC 20530

*Address*

katherine.clemons@usdoj.gov
*E-mail address*

(202) 598-2372
*Telephone number*

(202) 616-8544
*FAX number*