IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

In the parties' joint discovery plan, the parties represented that they "plan to file promptly an agreed-upon protocol for the production of ESI and documents" and that "the parties' proposed Stipulation and Order concerning Expert Witnesses . . . will be filed with the Court promptly." (Docket no. 87 ¶¶ 7(K), 12). The parties have yet to file either document. Accordingly, it is hereby

ORDERED that the parties provide the court with a status report on the agreed-upon protocol for the production of ESI and documents and the proposed stipulation and order concerning expert witnesses by Wednesday, April 12, 2023, at 4:00 p.m.

Entered this 11th day of April, 2023.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia