AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21 |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Comcast Corporation                                                                                      .

Date:   04/12/2023                                   /s/ Fiona Moran
                                                           *Attorney's signature*

                                                      Fiona Moran 4934055
                                                   *Printed name and bar number*

                                          901 15th Street NW, Washington DC, 20005

                                                           *Address*

                                                  fiona.moran@davispolk.com
                                                       *E-mail address*

                                                        (202) 962-7137
                                                      *Telephone number*

                                                        (212) 450-5566
                                                         *FAX number*