# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number _1:23-cv-00108-LMB-JFA_, Case Name _United States of America et al v. Google LLC_

Party Represented by Applicant: _Comcast Corporation_

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) _Arthur Joseph Burke_

Bar Identification Number _2633980_          State _NY_

Firm Name _Davis Polk & Wardwell LLP_

Firm Phone # _212-450-4000_          Direct Dial # _212-450-4352_          FAX # _212-450-5566_

E-Mail Address _arthur.burke@davispolk.com_

Office **Mailing** Address _450 Lexington Avenue, New York, NY, 10017_

Name(s) of federal district court(s) in which I have been admitted _C.D. California; Colorado; E.D. California; N.D. California; S.D. New York_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☑ am not ☐ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Arthur Burke          Digitally signed by Arthur Burke
                      Date: 2023.04.12 17:20:54 -04'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Fiona Moran          Digitally signed by Fiona Moran          04/12/2023
                     Date: 2023.04.12 17:21:10 -04'00'
(Signature)                                                   (Date)
Fiona Moran                                                   4934055-DC
(Typed or Printed Name)                                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

/s/ _____
Leonie M. Brinkema
United States District Judge

_April 13 2023_
(Date)