IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

On April 12, 2023, non-party Comcast Corporation filed a motion to modify protective order. (Docket no. 113). Local Civil Rule 37(E) requires counsel to confer and make a good faith effort to resolve the matter at issue before filing a discovery motion with the court. It appears that movant has not completed a good faith consultation as required by the Local Civil Rules. (Docket no. 113 at 1). Accordingly, it is hereby

ORDERED that movant complete its efforts to have a good faith consultation and attempt to resolve the issue with the protective order with Google and, if necessary, further discussions with plaintiffs. If movant is unable to reach an agreement with the parties, movant should file a notice setting the motion for a hearing on Friday, May 5, 2023, at 10:00 a.m.

Entered this 13th day of April, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia