AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America, et al., *Plaintiff* v. Google, LLC *Defendant* | Case No. 1:23-CV-00108 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: April 14, 2023

*Kelly Garcia*
Attorney's signature

Kelly D. Garcia, NY Bar Registration No. 5429576
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 5th Street, N.W.
Washington, D.C. 20530
*Address*

kelly.garcia@usdoj.gov
*E-mail address*

(202) 262-3719
*Telephone number*

(202) 514-6381
*FAX number*