AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108 |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
The Commonwealth of Virginia, and the states of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia.

Date: 04/17/2023

*/s/ Tyler T. Henry*
*Attorney's signature*

Tyler T. Henry (Virginia Bar No. 87621)
*Printed name and bar number*

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
*Address*

THenry@oag.state.va.us
*E-mail address*

(804) 692-0485
*Telephone number*

(804) 786-0122
*FAX number*