AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                                                  .

Date:  04/18/2023

/s/ Jeff Vernon
*Attorney's signature*

Jeff Vernon (NY Bar # 4718201)
*Printed name and bar number*
450 Fifth Street, N.W.
Washington, D.C. 20530

*Address*

jeffrey.vernon@usdoj.gov
*E-mail address*

(202) 367-6424
*Telephone number*

(202) 514-7308
*FAX number*