IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
|        Defendant. | ) |

### JOINT MOTION FOR ENTRY OF ORDER REGARDING ELECTRONICALLY STORED INFORMATION ("ESI")

1. The parties, through their undersigned counsel, hereby respectfully move for the entry of an order regarding discovery procedure, specifically pertaining to the handling of electronically stored information ("ESI"). The grounds for this joint motion are as follows:

2. Plaintiffs United States, the Commonwealth of Virginia, and the States of California, Colorado, Connecticut, New Jersey, New York, Rhode Island, and Tennessee ("Plaintiffs") initiated this action on January 24, 2023, against defendant Google LLC, alleging violations of the antitrust laws. ECF 1. The States of Arizona, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, North Carolina, Washington, and West Virginia joined the action as Plaintiffs on April 17, 2023. ECF 120.

3. As part of the discovery process, the parties anticipate exchanging significant productions of ESI.

4. In order to facilitate the efficient and expeditious exchange of ESI during the discovery process, the parties respectfully request that this Court enter the attached proposed order, which sets forth agreed-upon procedures that shall be followed with respect to the handling of ESI.

Dated: April 19, 2023

Respectfully submitted,

| FOR THE UNITED STATES: | FOR DEFENDANT GOOGLE LLC: |
|---|---|
| JESSICA D. ABER<br>United States Attorney | */s/ Craig C. Reilly*<br>CRAIG C. REILLY (VSB # 20942)<br>209 Madison Street |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>Email: craig.reilly@ccreillylaw.com |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Jeffrey G. Vernon<br>JEFFREY G. VERNON<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br>  *Senior Litigation Counsel* | Eric Mahr (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>Email: eric.mahr@freshfields.com |
| United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov | |

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia