# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
|       Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
|       Defendant. | ) |

## WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Plaintiffs have conferred with Defendant, and the parties waive oral argument on their Joint Motion for Entry of Order Regarding Electronically Stored Information ("ESI").

Dated: April 19, 2023

Respectfully submitted,

| FOR THE UNITED STATES: | FOR DEFENDANT GOOGLE LLC: |
|---|---|
| JESSICA D. ABER<br>United States Attorney | */s/ Craig C. Reilly*<br>CRAIG C. REILLY (VSB # 20942)<br>209 Madison Street<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>Email: craig.reilly@ccreillylaw.com |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | Eric Mahr (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>Email: eric.mahr@freshfields.com |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Jeffrey G. Vernon<br>JEFFREY G. VERNON<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM | |
| United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov | |

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia