**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES**, *et al.*, | |
| *Plaintiffs*, | **Civil Action No.**<br>**1:23-cv-00108-LMB-JFA** |
| **v.** | |
| **GOOGLE LLC,** | |
| *Defendant*. | |

**DEFENDANT GOOGLE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF ITS MOTION TO DISMISS**

Defendant Google LLC ("Google") submits this notice to advise the Court of the following recent supplemental authority in support of Google's pending Motion to Dismiss, ECF Nos. 72-73: *New York v. Meta Platforms, Inc.*, No. 1:20-cv-03589, slip op. (D.C. Cir. Apr. 27, 2023). This authority is relevant to Google's argument that its DoubleClick and Admeld acquisitions should not be considered part of a "'course of conduct'" alongside later allegedly anticompetitive acts. *Compare* Reply Br. at 13, *with Meta Platforms*, slip op. at 23 n.13 (rejecting "the States' argument that the Instagram and WhatsApp acquisitions . . . are part of a 'course of conduct'" for the reasons stated by the district court (citing *New York v. Facebook Inc.*, 549 F. Supp. 3d 6, 44-48 (D.D.C. 2021)). This authority is also relevant to Google's argument that its alleged restriction of Google Ads demand to Google's products should be analyzed as a refusal to deal. *Compare* Reply Br. at 16-17, *with Meta Platforms*, slip op. at 30 (rejecting challenge to a policy restricting competitor access to Facebook's own platform, noting that it presented "nothing like" the situation in *Lorain Journal*) and 32-34 ("The States' basic

allegation – that Facebook 'cut off' competitors from "access to . . . [Facebook's] immensely

valuable network," thus amounts to a 'claim based upon the defendant's refusal to cooperate with

its competitor[s].'" (citation omitted)).

 This decision is attached hereto as Exhibit A.

Dated: April 27, 2023     Respectfully submitted,

          */s/ Eric Mahr*
          Eric Mahr (*pro hac vice*)
          FRESHFIELDS BRUCKHAUS
          DERINGER US LLP
          700 13th Street NW, 10th Floor
          Washington, DC 20005
          Telephone: (202) 777-4500
          Facsimile: (202) 777-4555
          Email: eric.mahr@freshfields.com

          Daniel S. Bitton (*pro hac vice*)
          AXINN, VELTROP & HARKRIDER LLP
          55 2nd Street
          San Francisco, CA 94105
          Telephone: (415) 490-2000
          Facsimile: (415) 490-2001
          dbitton@axinn.com

          Bradley Justus (VSB # 80533)
          Koren Wong-Ervin (*pro hac vice*)
          1901 L Street NW
          Washington, DC 20036
          Telephone: (202) 912-4700
          Facsimile: (202) 912-4701
          Email: bjustus@axinn.com
          kwongervin@axinn.com

          Craig C. Reilly (VSB # 20942)
          THE LAW OFFICE OF CRAIG C. REILLY
          209 Madison Street
          Alexandria, VA 22314
          Telephone: (703) 549-5354
          Facsimile: (703) 549-5355
          Email: Craig.reilly@ccreillylaw.com

          *Counsel for Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com