# CIVIL MOTION MINUTES

Date: 03/28/23

Time: 9:57am – 10:37am

Judge: Brinkema
Reporter: S. Austin

Civil Action Number: 1:23cv108

United States of America et al    vs.    Google LLC

Appearances of Counsel for     (X) Pltf     (X) Deft

Motion to/for:
#72 Deft Motion to Dismiss

Argued &
( ) Granted     (X) Denied (   ) Granted in part/Denied in part
( ) Held in Abeyance (   ) Taken Under Advisement   (   ) Continued to (   ) Overruled

( ) Memorandum Opinion to Follow

(X) Order to follow