IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that Defendant Google LLC's Motion to Dismiss [Dkt. No. 72] be and is

DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of April, 2023.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge