IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT GOOGLE LLC'S REQUEST FOR HEARING

Defendant Google LLC ("Google") respectfully requests that the Court schedule a hearing on Friday, May 5, 2023, at 10:00 a.m. or as soon thereafter as counsel may be heard, on its Motion for Entry of Order Regarding Coordination of Discovery ("Motion"), and that the hearing be held at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314.

Google respectfully requests that the Court schedule the hearing for May 5, 2023 despite the Motion having been filed after 5:00 p.m. on Friday, April 28, 2023. *Cf.* ECF No. 94 ¶ 18(e). Google anticipated that the Motion would be made jointly, but late-breaking developments in the meet-and-confer process prevented the filing from being completed by 5:00 p.m., and Plaintiffs declined to join the motion after that time. Google has met and conferred with Plaintiffs, and Plaintiffs have confirmed that (1) they will file their response to the Motion by May 3, 2023; (2) they take no position on Google noticing the hearing for May 5, 2023; and (3) they are available to participate that day if the Court deems it appropriate to do so.

Dated: April 28, 2023

Respectfully submitted,

FOR DEFENDANT GOOGLE LLC:

/s/ Tyler Garrett
Eric Mahr (*pro hac vice*)
Andrew J. Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: eric.mahr@freshfields.com

Craig C. Reilly (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: craig.reilly@ccreillylaw.com