IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

At 11:38 p.m. on Friday, April 28, 2023, defendant filed a motion for entry of order regarding coordination of discovery. (Docket no. 165). Along with that motion, defendant filed a request for hearing for May 5, 2023. (Docket no. 167). Recognizing that this motion was not filed by 5:00 p.m. as required by this court to take advantage of the expedited briefing schedule, defendant states "late-breaking developments developed in the meet-and-confer process" prevented the motion from being filed in a timely manner. *Id.*

Defendant's request to ignore the court's filing requirements is denied. Late-breaking developments concerning any motion are not unexpected and the parties must make necessary arrangement to address them and file pleadings in a timely manner. This motion will be set for a hearing on Friday, May 12, 2023. However, given the nature of this motion, plaintiffs shall file any response to the motion by 5:00 p.m. on Thursday, May 4, 2023, and defendant shall file any reply by 5:00 p.m. on Monday, May 8, 2023. After reviewing those filings, the court may issue an Order deciding the motion without a hearing.

Entered this 1st day of May, 2023.

                                                   /s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia