AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia [▼]

| | |
|---|---|
| United States et al | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                    .

Date:     05/3/2023

/s/ Jimmy S. McBirney
*Attorney's signature*

Jimmy McBirney (NY Bar # 4798799)
*Printed name and bar number*
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530

*Address*

jimmy.mcbirney@usdoj.gov
*E-mail address*

(202) 417-5295
*Telephone number*

(202) 514-7308
*FAX number*