AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC                    .

Date:   05/06/2023

/s/ Bryon P. Becker
*Attorney's signature*

Bryon P. Becker (Va. Bar No. 93384)
*Printed name and bar number*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
*Address*

bpbecker@paulweiss.com
*E-mail address*

(202) 223-7345
*Telephone number*

(202) 478-5150
*FAX number*