UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| *Defendant*. ) | |

**CONSENT MOTION FOR ENTRY OF A MODIFIED PROTECTIVE ORDER**

PURSUANT TO RULE 26(c), Defendant, Google LLC, moves for entry of a modified protective order on the following grounds:

1. This antitrust action will include the discovery of confidential business information from the parties and non-parties.

2. The Court has previously entered a *Protective Order* that had been negotiated by the parties (Dkt. No. 98), which was intended to cover the handling, use, and disclosure of competitively sensitive information produced by the parties and non-parties during discovery.

3. Non-Party Comcast Corporation, for itself and with the support of other non-parties AT&T, Inc., Microsoft Corporation, Fox Corporation, and T-Mobile USA, Inc., filed a motion to modify the *Protective Order* (Dkt. No. 113). Of particular concern were certain procedures in the *Protective Order* concerning disclosure of confidential information produced by non-parties to Google in-house attorneys—that is, *Protective Order* ¶¶ 14(d), 19, 20-22 (Dkt. No. 113, *Motion to Modify*, at 5-7).

4. The Court entered an order directing the parties and non-parties to meet and confer further to see if the motion to modify could be resolved (Dkt. No. 118). The parties and non-parties have held extensive meet-and-confer calls and exchanged revised drafts of the *Protective*

1

*Order*, and now have reached agreement on a modified version of the *Protective Order*, which addresses the issues raised in the non-parties' motion—*viz.*, it deletes Paragraphs 14(d) and 20-22, and modifies Paragraph 19, along with conforming edits.

5. Google now moves the Court to vacate the current *Protective Order* and to enter the attached proposed *Modified Protective Order* in its place (*nunc pro tunc* to April 4, 2023, the date when the *Protective Order* was entered), and to deem the *Motion to Modify* as resolved.

6. The Plaintiffs and non-parties consent to the relief sought in this motion.

WHEREFORE, Google requests that the Court vacate the current *Protective Order* (Dkt. No. 98); deem the *Motion to Modify* (Dkt. No. 113) resolved; and enter the attached proposed *Modified Protective Order* (*nunc pro tunc* to April 4, 2023). Proposed orders are submitted herewith.

**The parties and non-parties do not seek oral argument on this motion.**

Dated: May 10, 2023

Respectfully submitted,

| *Of Counsel for Google LLC*: | /s/ Craig C. Reilly |
|---|---|
| Eric Mahr (*pro hac vice*) | CRAIG C. REILLY (VSB # 20942) |
| Julie Elmer (*pro hac vice*) | 209 Madison Street |
| Andrew Ewalt (*pro hac vice*) | Alexandria, VA 22314 |
| Lauren Kaplin (*pro hac vice*) | Telephone: (703) 549-5354 |
| Jeanette Bayoumi (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Claire Leonard (*pro hac vice*) | Email: Craig.reilly@ccreillylaw.com |
| Sara Salem (*pro hac vice*) | |
| Tyler Garrett (VSB # 94759) | *Counsel for Google LLC* |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | |
| 700 13th Street NW, 10th Floor | |
| Washington, DC 20005 | |
| Telephone: (202) 777-4500 | |
| Facsimile: (202) 777-4555 | |
| Email: eric.mahr@freshfields.com | |
| | |
| Daniel Bitton (*admitted pro hac vice*) | |
| AXINN, VELTROP & HARKRIDER LLP | |
| 55 2nd Street | |
| San Francisco, CA 94105 | |
| Telephone: (415) 490-2000 | |
| Facsimile: (415) 490-2001 | |
| dbitton@axinn.com | |
| Bradley Justus (VSB # 80533) | |
| Koren Wong-Ervin (*admitted pro hac vice*) | |
| AXINN, VELTROP & HARKRIDER LLP | |
| 1901 L Street NW | |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |
| kwongervin@axinn.com | |