UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, *et al.*, | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
|     *Defendant*. | ) | |

**ORDER**

THIS MATTER is before the Court on the *Consent Motion for Entry of A Modified Protective Order* (Dkt. No. _____). Upon consideration of the motion, the consent of the parties and non-parties, and for good cause, it is

ORDERED that the consent motion is GRANTED, and the Court has entered the *Modified Protective Order* (Dkt. No. ____) *nunc pro tunc* to April 4, 2023; and it is further

ORDERED that the non-parties' motion to modify (Dkt. No. 113) is deemed RESOLVED; and it further

ORDERED that the previously entered *Protective Order* (Dkt. No. 98) is VACATED.

ENTERED this _____ day of May 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge

1