UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| *Defendant*. | ) |

### ORDER

THIS MATTER is before the Court on the *Consent Motion for Entry of A Modified Protective Order* (Dkt. No. 202). Upon consideration of the motion, the consent of the parties and non-parties, and for good cause, it is

ORDERED that the consent motion is GRANTED, and the Court has entered the *Modified Protective Order* (Dkt. No. 203) *nunc pro tunc* to April 4, 2023; and it is further

ORDERED that the non-parties' motion to modify (Dkt. No. 113) is deemed RESOLVED; and it further

ORDERED that the previously entered *Protective Order* (Dkt. No. 98) is VACATED.

ENTERED this 11TH day of May 2023.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge