AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                              .

Date:      05/17/2023

/s/ David M. Teslicko
*Attorney's signature*

David M. Teslicko, NY Bar Registration No. 5091921
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
950 Pennsylvania Ave., NW,
Washington, DC 20530

*Address*

david.teslicko@usdoj.gov
*E-mail address*

(202) 710-0114
*Telephone number*

(202) 616-8544
*FAX number*