AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

|  |  |
|---|---|
| United States of America, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.   1:23-cv-00108-LMB-JFA

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                 .

Date:      05/19/2023

/s/ Michael J. Freeman
*Attorney's signature*

Michael J. Freeman, OH Bar Registration 0086797
*Printed name and bar number*
U.S. Department of Justice, Antitrust Division
950 Pennsylvania Ave, NW
Washington, DC 20530

*Address*

Michael.Freeman@usdoj.gov
*E-mail address*

(202) 213-2774
*Telephone number*

(202) 616-8544
*FAX number*