# EXHIBITS 1-31

## Re: Motion to Compel Filed on May 19, 2023

## Submitted Under Seal