IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for *In Camera* Inspection and To Compel Production of Documents Wrongfully Withheld as Privileged, its Memorandum of Law in Support and the documents referenced therein, and the Court's *in camera* review of the documents identified in the Appendix of Plaintiffs' Memorandum of Law, and pursuant to Local Civil Rule 37, the Court hereby

FINDS Defendant Google has failed to support its claims of attorney-client privilege and work product protection for the documents identified in the Appendix to Plaintiffs' Memorandum of Law.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant Google LLC produce to Plaintiffs the documents identified in the Appendix to Plaintiffs' Memorandum of Law, without redactions.

DATE: _____        _____