IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal the exhibits referenced in their Memorandum of Law in Support of Plaintiffs' Motion for *In Camera* Inspection and To Compel Production of Documents Wrongfully Withheld as Privileged and to redact certain portions of that memorandum of law that reference the contents of those exhibits, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to Defendant Google and non-party Lazard Frères & Co. LLC marking the exhibits as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that portions of the appendix and the entirety of exhibits 1-31 to Plaintiffs' motion to compel (Dkt. 214), as well as certain portions of the memorandum (Dkt. 215) that reference the contents of those exhibits, shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____       _____