IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

### MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF CALIFORNIA ON BEHALF OF HENRY HARDY CORNILLIE

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Henry Hardy Cornillie's Motion to Withdraw as Attorney for the State of California in the above-captioned matter. Mr. Cornillie was admitted to the Eastern District of Virginia pro hac vice on January 26, 2023 (Dkt. 17). Paula L. Blizzard, Andrew N. Ferguson, Jonathan M. Harrison, Tyler T. Henry, Carolyn D. Jeffries, Lauren J. Pomeroy, and Brian D. Wang will continue to represent the State of California as Attorneys of Record in this matter.

Respectfully submitted,

Dated May 24, 2023

*/s/ Tyler T. Henry*
Tyler T. Henry (VSB No. 87621)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 692-0485
Fax:   (804) 786-0122
THenry@oag.state.va.us

**CERTIFICATE OF SERVICE**

I, Tyler T. Henry, hereby certify that on May 24, 2023, a copy of the foregoing Motion to Withdraw as Attorney for the State of California on behalf of Henry Hardy Cornillie was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: May 24, 2023                    */s/ Tyler T. Henry*
                                       Tyler T. Henry