IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF RHODE ISLAND ON BEHALF OF LESLIE LLOYD MULLINGS OCEAN

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Leslie Lloyd Mullings Ocean's Motion to Withdraw as Attorney for the State of Rhode Island in the above-captioned matter. Mr. Ocean was admitted to the Eastern District of Virginia pro hac vice on January 26, 2023 (Dkt. 19). Andrew N. Ferguson, Jonathan M. Harrison, Tyler T. Henry, and Steven N. Provazza will continue to represent the State of Rhode Island as Attorneys of Record in this matter.

Respectfully submitted,

Dated May 25, 2023

/s/ *Tyler T. Henry*
Tyler T. Henry (VSB No. 87621)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 692-0485
Fax:  (804) 786-0122
THenry@oag.state.va.us

So Ordered

/s/ *[signature]*
_____
Leonie M. Brinkema  5/25/23
United States District Judge