AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States et al<br>*Plaintiff*<br>v.<br>Google LLC<br>*Defendant* | )<br>)<br>) Case No. 1:23-cv-00108-LMB-JFA<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 05/25/2023

/s/ Amanda M. Strick
*Attorney's signature*

Amanda M. Strick (DC Bar # 1044864)
*Printed name and bar number*
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530

*Address*

Amanda.Strick@usdoj.gov
*E-mail address*

(202) 803-0426
*Telephone number*

(202) 514-7308
*FAX number*