**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for To Compel Production of Successor-Custodian Documents and Relevant Source Code, its Memorandum of Law in Support and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that Plaintiffs' motion is GRANTED; and it is hereby ORDERED that Defendant Google LLC produce to Plaintiffs documents from the files of Successor Custodians; and source code and related explanatory materials; and to make full and complete responses to Plaintiffs' RFPs 39-43.

DATE: _____                    _____