**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

        *Plaintiffs,*

vs.

GOOGLE LLC,

        *Defendant.*

No: 1:23-cv-00108-LMB-JFA

**ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal certain exhibits filed in support of their motion to compel in camera review of certain documents (Dkt. No. 217). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. No. _____), the Court finds that (i) sufficient notice has been given (Dkt. No. 222); (ii) the exhibits and redacted text contain Google's confidential business information, which may be shielded from public disclosure under Rule 26(c)(1)(G); (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest in the judicial record; and (v) the public's right of access, whether based on the good cause standard, the common law right of access, has been overcome; it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

        ENTERED this ____ day of _____ 2023.

Alexandria, Virginia

                                                                        _____
                                                                        John F. Anderson
                                                                        United States Magistrate Judge