# Exhibit A

| No. | Name | Successor Information |
| --- | --- | --- |
| 1 | B. B. | No equivalent successor. |
| 2 | C. L. | Succeeded by D. J. |
| 3 | G. K. | Succeeded by J. M. (who is already a custodian). |
| 4 | K. K. | Succeeded by C. C. |
| 5 | T. S. L. | Succeeded by K. U. |
| 6 | J. B. | Succeeded by D. D. and then V. S. (both of which are already custodians). |
| 7 | Jo. B. | Succeeded by J. B., D. D., and then V. S.(all of which are already custodians) in last ads role. |
| 8 | S. N. | Succeeded by V. R. (who is already a custodian). |
| 9 | S. K. | Succeeded by S. H. and then T. C. (both of which are already custodians). |
| 10 | A. J. | No successor. |
| 11 | A. P. | Succeeded V. S. (who is already a custodian). |
| 12 | B. K. | Succeeded by S. T. |
| 13 | D. W. | Succeeded by J. S. (who is already a custodian). |
| 14 | D. D. | Succeeded V. S. (who is already a custodian). |
| 15 | G. L. | No successor. |
| 16 | K. P. | Succeeded by K. S. |
| 17 | M. E. C. | Succeeded by S. S. |
| 18 | N. K. | Succeeded by G. B. (who Google has already agreed to add as a custodian so long as it does not result in an overly burdensome number of new hits). |
| 19 | S. D. | Succeeded by K. O. |
| 20 | Vi. S. | Succeeded by S. U. |
| 21 | V. A. | No equivalent successor. |
| 22 | V. Sh. | Succeeded by N. R. |
| 23 | A. N. A. | No successor. |
| 24 | A. V. | No successor. |
| 25 | C. M. | No successor. |
| 26 | D. T. | Succeeded by S. T. (who is already a custodian). |

| No. | Name | Successor Information |
|---|---|---|
| 27 | D. B. | Succeeded by P. P. in last ads role. |
| 28 | H. V. | No successor. |
| 29 | H. G. | Succeeded by G. L. (who is already a custodian) and by L. S. |
| 30 | J. S. | No successor. |
| 31 | J. G. | Succeeded by N. K. (who is already a custodian). |
| 32 | N. J. | No successor. |
| 33 | N. W. | No successor. |
| 34 | P. K. | No successor. |
| 35 | R. K. | Succeeded by G. T. (who is already a custodian). |
| 36 | S. T. | No equivalent successor. |
| 37 | T. C. | No successor. |
| 38 | T. L. | No successor. |
| 39 | V. S. | No successor. |
| 40 | S. H. | As noted on May 24, succeeded by T. C. (who is already a custodian). |
| 41 | J. D. | As noted on May 24, no successor. |
| 42 | P. S. | As noted on May 24, no successor. |
| 43 | P. R. | As noted on May 24, no successor. |
| 44 | Sc. S. | As noted on May 24, no successor. |
| 45 | S. R. | As noted on May 24, succeeded by P. R. (who is already a custodian). |