Date: 06/02/2023                     Judge: JOHN F. ANDERSON
                                     Reporter: FTR/501/S.Austin

Start: 11:00AM
Finish: 11:52AM

Civil Action Number: 1:23-cv-108-LMB-JFA

United States of America et al.

vs.

Google, LLC

Appearance of Counsel for Pltf (X)  Deft (X)
(  ) Matter is uncontested

Motion to/for:

[229] PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SUCCESSOR-CUSTODIAN DOCUMENTS AND RELEVANT SOURCE CODE

Argued &
(  ) Granted (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to _____

Ruling on the motion deferred at this time. Parties to contact Chambers about scheduling as discussed at the hearing.

(  ) Report and Recommendation to Follow
(X) Order(s) to Follow