IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____) | <br><br><br><br> Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

This matter is before the court on plaintiffs' motion to compel production of successor-custodian documents and relevant source code. (Docket no. 229). Having reviewed the motion, memorandum in support, opposition, and reply, and having considered the arguments of counsel at the hearing on June 2, 2023, the undersigned takes the motion to compel the relevant source code under advisement for the reasons stated from the bench. The parties also informed the court that the successor-custodian issue was resolved prior to the hearing.

Entered this 2nd day of June, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia