# EXHIBIT A

## Declaration of Theodore Lazarus

## Submitted Under Seal