# EXHIBIT B

## Google 30(b)(6) Deposition

## Submitted Under Seal