# EXHIBIT C

## Excerpt of Google Employee Deposition Submitted Under Seal