UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file a redacted Opposition to Plaintiffs' Motion for *In Camera* Inspection and to Compel Production of Documents Withheld As Privileged, and certain sealed exhibits submitted in support thereof ("Motion").

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the exhibits and redacted text contain Google's confidential business information, which may be shielded from public disclosure under Rule 26(c)(1)(G); (iii) only sealing will sufficiently protect Google from competitive harm and its employees' privacy interests; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, whether based on the good cause standard or the common law right of access, has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

2

ENTERED this \_\_\_\_ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge