AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:   06/05/2023

/s/ Milosz Gudzowski
*Attorney's signature*

Milosz Gudzowski (NY Bar # 4897377)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Ste. 3630
New York, NY 10278
*Address*

Milosz.Gudzowsi@usdoj.gov
*E-mail address*

646-541-7333
*Telephone number*

202-514-7308
*FAX number*