IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On May 19, 2023, plaintiffs filed a motion for *in camera* inspection and to compel production of documents wrongfully withheld as privileged (Docket no. 214) and noticed the motion for a hearing on June 16, 2023 (Docket no. 216). As discussed with counsel at the hearing on June 2, 2023, it is hereby

ORDERED that the hearing on the motion is moved from Friday, June 16, 2023, at 10:00 a.m. to **Thursday, June 15, 2023, at 2:00 p.m.**

Entered this 5th day of June, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia