IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

On June 2, 2023, the undersigned heard arguments from counsel on plaintiffs' motion to compel production of successor-custodian documents and relevant source code. (Docket no. 229). At the hearing, the parties represented that they had resolved the dispute concerning the successor-custodian documents and a portion of the remaining issues in the pending motion. (Docket no. 252 at 5–7). The undersigned deferred ruling on the remaining issues and requested that the parties continue their efforts to resolve those remaining issues. (Docket no. 242). If necessary, the court will hear further argument on the motion to compel on Thursday, June 15, 2023, at 2:00 p.m. The parties should file a status report concerning what issues remain in dispute by Tuesday, June 13, 2023, at 5:00 p.m.

Entered this 6th day of June, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia