# APPENDIX

Appendix A

| No. | Bates | Multiple Clawbacks[1] | Code-Named Project | From | To | CC | Privilege Log Description | Privilege Assertion[2] |
|---|---|---|---|---|---|---|---|---|
| 1 | GOOG-DOJ-12766025 | X | X | ▮ | ▮ | ▮ | ▮ | AC |
| 2 | GOOG-DOJ-15231660 | | | ▮ | ▮ | ▮ | ▮ | AC |
| 3* | GOOG-DOJ-AT-00029680 | | | ▮ | ▮ | ▮ | ▮ | AC |
| 4** | GOOG-DOJ-AT-01019463 | | | ▮ | ▮ | ▮ | ▮ | AC |
| 5 | GOOG-DOJ-AT-01106088 | | X | ▮ | ▮ | ▮ | ▮ | WP |

\* Indicates Google partially withdrew its privilege assertions on June 2, 2023.
\*\* Indicates Google withdrew in full its privilege assertions on June 2, 2023.
[1] All of the documents in the Appendix have been clawed back at least once.
[2] "AC" indicates attorney-client privilege. "WP" indicates work product.

A-1

| No. | Bates | Multiple Clawbacks[1] | Code-Named Project | From | To | CC | Privilege Log Description | Privilege Assertion[2] |
|---|---|---|---|---|---|---|---|---|
| 6 | GOOG-DOJ-AT-01106174 | | X | ■ | ■ | ■ | ■ | AC, WP |
| 7* | GOOG-DOJ-AT-01139556 | | | ■ | ■ | ■ | ■ | AC |
| 8 | GOOG-DOJ-AT-01498627 | | X | ■ | ■ | ■ | ■ | WP |
| 9 | GOOG-DOJ-AT-01514569 | | X | ■ | ■ | ■ | ■ | AC, WP |
| 10 | GOOG-DOJ-AT-01692081 | | | ■ | ■ | ■ | ■ | AC |
| 11 | GOOG-DOJ-AT-01887780 | | X | ■ | ■ | ■ | ■ | AC, WP |

A-2

| No. | Bates | Multiple Clawbacks[1] | Code-Named Project | From | To | CC | Privilege Log Description | Privilege Assertion[2] |
|---|---|---|---|---|---|---|---|---|
| 12 | GOOG-DOJ-AT-01895607 | | X | ■ | ■ | ■ | ■ | WP |
| 13 | GOOG-DOJ-AT-01914586 | | X | ■ | ■ | ■ | ■ | AC |
| 14 | GOOG-DOJ-AT-02099758 | | X | ■ | ■ | ■ | ■ | AC; WP |
| 15* | GOOG-DOJ-AT-00660900 | X | X | ■ | ■ | ■ | ■ | AC, WP |

A-3

| No. | Bates | Multiple Clawbacks[1] | Code-Named Project | From | To | CC | Privilege Log Description | Privilege Assertion[2] |
|---|---|---|---|---|---|---|---|---|
| 16 | GOOG-DOJ-AT-00205841 | | | ▇ | ▇ | ▇ | ▇ | AC, WP |
| 17 | GOOG-DOJ-AT-00030150 | X | X | ▇ | ▇ | ▇ | ▇ | WP |
| 18* | GOOG-DOJ-AT-00660895 | X | X | ▇ | ▇ | ▇ | ▇ | AC, WP |
| 19 | GOOG-DOJ-AT-01007207 | X | X | ▇ | ▇ | ▇ | ▇ | AC, WP |
| 20 | GOOG-DOJ-AT-01687296 | X | X | ▇ | ▇ | ▇ | ▇ | AC |

A-4

| No. | Bates | Multiple Clawbacks[1] | Code-Named Project | From | To | CC | Privilege Log Description | Privilege Assertion[2] |
|---|---|---|---|---|---|---|---|---|
| 21** | GOOG-DOJ-06588656 | X | | ■ | ■ | ■ | ■ | AC |