# EXHIBITS 1-6

**Re: Reply in Support of Motion to Compel**

**Submitted Under Seal**