**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 6, 2023 Order, at ECF No. 254, the parties hereby provide a report concerning the current status of the parties' efforts to resolve remaining issues concerning Plaintiffs' motion to compel production of relevant source code. *See* ECF No. 229. Since the parties were last before the Court on June 2, 2023, the parties have made substantial progress towards resolution of Plaintiffs' motion, and are hopeful that they will reach a full resolution prior to the hearing set for June 15, 2023. The Parties have yet to reach resolution on one remaining issue pertaining to the production of explanatory materials. Should the parties reach a full resolution in advance of the hearing, they will provide a further update.

Dated: June 13, 2023

<table>
<tr><td>

FOR THE UNITED STATES:

JESSICA D. ABER
United States Attorney

/s/*Gerard Mene*
GERARD MENE
Assistant U.S. Attorney 2100
Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983 Email:
Gerard.Mene@usdoj.gov

/s/*Julia Tarver Wood*
JULIA TARVER WOOD
/s/*Kelly D. Garcia*
KELLY D. GARCIA

United States Department of Justice Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

</td><td>

FOR DEFENDANT GOOGLE LLC:

/s/*Bryon P. Becker*
Karen L. Dunn (pro hac vice)
Jeannie S. Rhee (pro hac vice)
William A. Isaacson (pro hac vice)
Joseph J. Bial (pro hac vice)
Erin J. Morgan (pro hac vice)
Amy J. Mauser (pro hac vice)
Martha L. Goodman (pro hac vice)
Bryon P. Becker (VSB # 93384)
Erica Spevack (pro hac vice)
PAUL, WEISS, RIFKIN, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
E-mail:  kdunn@paulweiss.com

Meredith Dearborn (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA  94105
Telephone:  (646) 432-5100
Facsimile:  (202) 330-5908
E-mail:  mdearborn@paulweiss.com


Eric Mahr (pro hac vice)
Julie S. Elmer (pro hac vice)
Andrew J. Ewalt (pro hac vice)
Lauren Kaplin (pro hac vice)
Jeanette Bayoumi (pro hac vice)
Sara Salem (pro hac vice)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: eric.mahr@freshfields.com

</td></tr>
</table>

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/*Andrew N. Ferguson*
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122 Email:
thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia

Daniel S. Bitton (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus
Koren Wong-Ervin (pro hac vice)
David Pearl (pro hac vice)
Allison Vissichelli (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
kwongervin@axinn.com
dpearl@axinn.com
avissichelli@axinn.com

Craig C. Reilly (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com

*Counsel for Google LLC*