IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

This matter is before the court on plaintiffs' motion to seal an unredacted version of

exhibit 1 to the memorandum in support of plaintiffs' motion to compel.  (Docket no. 232).  As

stated in plaintiffs' memorandum, the motion to seal was filed because the redacted portions of

the exhibit contain information that was designated as confidential by defendant.  (Docket no.

234).  As required by Local Civil Rule 5, defendant, as the party designating the information as

confidential, filed a response to the motion.  (Docket no. 244).  In this response defendant states

the redacted information does not disclose competitively sensitive information and defendant

consents to the unsealing of the exhibit.  For these reasons, it is hereby

ORDERED that the motion to seal is denied and the Clerk is requested to unseal docket

entry number 233.

Entered this 14th day of June, 2023.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia