**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL JOINT STATUS REPORT**

Pursuant to the Court's June 6, 2023 Order, at ECF No. 254, the parties hereby supplement the Joint Status Report that they filed on June 13, 2023 concerning Plaintiffs' motion to compel production of relevant source code. *See* ECF No. 229. The parties have resolved the motion, and the United States will submit a notice withdrawing the motion.

Dated: June 14, 2023

| FOR THE UNITED STATES: | FOR DEFENDANT GOOGLE LLC: |
|---|---|
| JESSICA D. ABER<br>United States Attorney | /s/*Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942)<br>209 Madison Street<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>Email: Craig.reilly@ccreillylaw.com |
| /s/*Gerard Mene*<br>GERARD MENE<br>Assistant U.S. Attorney 2100<br>Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983 Email:<br>Gerard.Mene@usdoj.gov | Eric Mahr (pro hac vice)<br>Julie S. Elmer (pro hac vice)<br>Andrew J. Ewalt (pro hac vice)<br>Lauren Kaplin (pro hac vice)<br>Jeanette Bayoumi (pro hac vice)<br>Sara Salem (pro hac vice)<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>Email: eric.mahr@freshfields.com |
| /s/*Julia Tarver Wood*<br>JULIA TARVER WOOD<br>/s/*Kelly D. Garcia*<br>KELLY D. GARCIA<br><br>United States Department of Justice Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov | Karen L. Dunn (pro hac vice)<br>Jeannie S. Rhee (pro hac vice)<br>William A. Isaacson (pro hac vice)<br>Joseph J. Bial (pro hac vice)<br>Erin J. Morgan (pro hac vice)<br>Amy J. Mauser (pro hac vice)<br>Martha L. Goodman (pro hac vice)<br>Bryon P. Becker (VSB # 93384)<br>Erica Spevack (pro hac vice)<br>PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>E-mail: kdunn@paulweiss.com |
| | Meredith Dearborn (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/*Andrew N. Ferguson*
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122 Email:
thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia

Telephone:  (646) 432-5100
Facsimile:  (202) 330-5908
E-mail:  mdearborn@paulweiss.com

Daniel S. Bitton (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus
Koren Wong-Ervin (pro hac vice)
David Pearl (pro hac vice)
Allison Vissichelli (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
kwongervin@axinn.com
dpearl@axinn.com
avissichelli@axinn.com

*Counsel for Google LLC*