**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　*Plaintiffs,*<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　*Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal exhibits to and portions of their reply brief in support of motion to compel *in camera* review of certain documents, as well as portions of the appendix to the reply brief (Dkt. No. 258). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. No. _____), the Court finds that (i) sufficient notice has been given (Dkt. No. 263); (ii) the exhibits and redacted text contain private information of non-parties and Google's confidential business information, which may be shielded from public disclosure under Rule 26(c)(1)(G); (iii) only sealing will sufficiently protect those privacy interest and shield Google from competitive harm; (iv) the limited sealing and redaction properly balances these interests as against the public's interest in the judicial record; and (v) the public's right of access, whether based on the good cause standard or the common law right of access, has been overcome; it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this ____ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge