IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Having reviewed plaintiffs' notice of withdrawal of motion to compel (Docket no. 267), the Clerk is requested to terminate the motion to compel filed as docket entry number 229.

Entered this 15th day of June, 2023.

                                                                            /s/
                                                   John F. Anderson
                                                 John F. Anderson
                                                 United States Magistrate Judge

Alexandria, Virginia