Date: 06/15/2023                         Judge: JOHN F. ANDERSON
                                         Reporter: FTR/501/S.Austin

Start: 1:55PM
Finish: 3:04PM

Civil Action Number: 1:23-cv-108-LMB-JFA

United States of America et al.

vs.

Google, LLC

Appearance of Counsel for Pltf (X)  Deft (X)
(  ) Matter is uncontested

Motion to/for:

[214] PLAINTIFFS' MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION OF DOCUMENTS WRONGFULLY WITHHELD AS PRIVILEGED

Argued &
(  ) Granted (  ) Denied (X) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to _____

_____
_____
_____
_____
_____
_____

(  ) Report and Recommendation to Follow
(X) Order(s) to Follow