IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on plaintiffs' motion for *in camera* inspection and to compel production of documents wrongfully withheld as privileged. (Docket no. 214). Having reviewed the motion, memorandum in support, opposition, and reply, and having considered the arguments of counsel at the hearing on June 15, 2023, it is hereby

ORDERED that plaintiffs' motion is granted in part and denied in part. Defendant shall provide *in camera* a copy of the redacted and unredacted versions of the document designated in plaintiffs' appendix as Document No. 7 for review. The court will issue a prompt decision on whether the current redactions to that document are appropriate.

Entered this 15th day of June, 2023.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia