# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S RESPONSE TO THE COURT'S
## ORDER ON PLAINTIFFS' MOTION TO COMPEL

On June 23, 2023, the Court issued an order (ECF. No. 274) on Plaintiffs' Motion to Compel and for *in camera* inspection (ECF No. 214) ("Motion"). After reviewing *in camera* an unredacted version of Document No. 7 at issue in Plaintiffs' Motion, the Court concluded that Google had properly redacted for privilege all but one of the redacted comments. As for the remaining redacted comment, made on July 20, 2020 at 15:17:46 on page GOOG-DOJ-AT-01139590, the Court stated that it was "unclear what, if any, legal analysis or information relating to any legal analysis is contained in that comment" and that "the information in the redacted portion does not, on its face, appear to be related to a legal issue." ECF No. 274 at 2-3. The Court further stated that, "[p]rior to requiring that an unredacted version of page 01139590 be produced to plaintiffs," it would allow Google "to closely review the information contained in this redaction and if it feels that the court has overlooked the significance of the information contained in that comment, it may provide an explanation to the court for further consideration." *Id.* at 3. Having closely re-reviewed the comment, Google respectfully submits that it consists of a Google in-house attorney's legal advice regarding contract terms.

The comment in question is part of a string of comments among Google in-house lawyers and non-lawyers discussing terms used in certain Google contracts.  As part of that string, at 11:57:47 on July 20, 2020, a Google Product Counsel began his comment by stating that he deferred to two other Google in-house lawyers (the first identified by first name and the second identified by email address) because those lawyers were closer to the contracts in question.  In the second sentence of his 11:57:47 comment, the Product Counsel asked the second lawyer—a Google Commercial Counsel, identified now by first name rather than email address—to look into the issue, because the first lawyer was out of office that day.  The Google Commercial Counsel responded with the 15:17:46 comment at issue, addressing the Product Counsel by a shortened form of his first name before providing the response that the Product Counsel had requested in the 11:57:47 comment.  The Commercial Counsel advised the Product Counsel and the non-lawyer Google employees on the comment thread what the terms of the contracts at issue are, how and when they are used, and what they mean.  In subparts 2 and 3 of his response, he called out by email address the first attorney named in the first sentence of the Product Counsel's 11:57:47 comment, in case she had additional advice regarding the contract terms.  Google therefore respectfully submits that the comment in question is a privileged attorney-client communication.  *See, e.g.*, *NLRB v. Interbake Foods, LLC*, 637 F.3d 492, 502 (4th Cir. 2011) (privilege applies to confidential communications between lawyer and client "for the purpose of securing primarily either (i) *an opinion on law* or (ii) legal services or (iii) assistance in some legal proceeding" (emphasis added)).

Accordingly, Google respectfully submits that the comment should remain redacted.

Dated: June 26, 2023

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Julie Elmer (*pro hac vice*)
Lauren Kaplin (*pro hac vice*)
Scott A. Eisman (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
Koren Wong-Ervin (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
kwongervin@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie H. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Joseph Bial (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Meredith Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (646) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

*Counsel for Defendant Google LLC*