IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>   Plaintiffs, )<br>)<br> v. )<br>)<br>GOOGLE LLC, )<br>)<br>   Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

## PLAINTIFFS' MOTION TO CLARIFY SHCEDULING ORDER

Plaintiffs respectfully move for an order clarifying that the Court's Rule 16(B) Scheduling Order (ECF No. 94) applies solely to the liability and damages phases of this case, and that a separate equitable remedies phase will be conducted, if necessary, after the jury reaches its verdict on liability. Should there be a need for consideration of equitable relief, Plaintiffs respectfully request that the Court determine at that time the extent to which additional fact and expert discovery related to equitable remedies is necessary. Plaintiffs have met and conferred with Defendant Google LLC regarding the relief requested in this motion. Defendant opposes the motion. The grounds for the motion are fully set forth in the accompanying memorandum of law.

Dated: June 30, 2023

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Andrew N. Ferguson<br>ANDREW N. FERGUSON<br>Solicitor General<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Craig Briskin<br>CRAIG BRISKIN<br>/s/ Michael J. Freeman<br>MICHAEL J. FREEMAN<br>/s/ Kelly D. Garcia<br>KELLY D. GARCIA<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us<br><br>Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |