IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Clarify Scheduling Order and its Memorandum of Law in Support, the Court hereby

FINDS that, to the extent that the jury returns a verdict finding Google liable on any of Plaintiffs' claims, a separate equitable remedies proceeding will be held following that verdict. The Court will determine at that time the scope and timing of any additional fact or expert discovery related to equitable remedies that may be necessary at that time.

Accordingly, for good cause shown, it is hereby

ORDERED that the Rule 16(B) Scheduling Order, ECF No. 94, is hereby clarified to reflect that it governs the liability and damages phases of this case and that a separate equitable remedies phase, including any associated evidentiary hearing and additional discovery, will be set by the Court if and when the jury returns a verdict in favor of Plaintiffs.

DATE: _____          _____