IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al.,            )<br>                                                     )<br>                    Plaintiffs,      )<br>       v.                                       )   No. 1:23-cv-00108-LMB-JFA<br>                                                     )<br>GOOGLE LLC,                          )<br>                                                     )<br>                    Defendant.    )   | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 7, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move the Court for entry of an order clarifying that the Court's Rule 16(b) Scheduling Order (ECF No. 94) governs the liability and damages phases of this case and the nature and extent of a separate equitable remedies phase will be determined by the Court if the jury returns a verdict in favor of Plaintiffs.

Dated: June 30, 2023

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Andrew N. Ferguson<br>ANDREW N. FERGUSON<br>Solicitor General<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Craig Briskin<br>CRAIG BRISKIN<br>/s/ Michael J. Freeman<br>MICHAEL J. FREEMAN<br>/s/ Kelly D. Garcia<br>KELLY D. GARCIA<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM | Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |
| Attorneys for the United States | |