IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*,   )
)
        Plaintiffs,   )
)
v.   )   Civil Action No. 1:23cv0108 (LMB/JFA)
)
GOOGLE LLC,   )
)
        Defendant.   )
)

## ORDER

Having reviewed defendant's response to the court's order on plaintiffs' motion to compel (Docket no. 275) concerning the last of the documents the court agreed to review *in camera* for privilege related purposes, the court finds that the redaction made to document GOOG-DOJ-AT-01139590 (the comment made on July 20, 2020 at 15:17:46) does appear to contain information that constitutes legal advice from defendant's in-house attorney concerning certain contract terms. That information falls within the attorney-client privilege and the court will not order its production to plaintiffs.

Entered this 3rd day of July, 2023.

                                                                         /s/
                                                             John F. Anderson
                                                             United States Magistrate Judge
                                                             John F. Anderson
                                                             United States Magistrate Judge

Alexandria, Virginia