IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*,       )
                                          )
                  Plaintiffs,             )
                                          )
       v.                                 )       Civil Action No. 1:23cv0108 (LMB/JFA)
                                          )
GOOGLE LLC,                               )
                                          )
                  Defendant.              )
_____)

## ORDER

On June 30, 2023, plaintiffs filed a motion to clarify scheduling order and a notice of hearing for July 7, 2023.  (Docket nos. 276, 278).  Having reviewed the motion and memorandum, and in consultation with the District Judge, the undersigned intends to rule on this pending motion after receiving defendant's response and without any further briefing or argument by the parties.

Entered this 5th day of July, 2023.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia