# EXHIBIT 1

```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF VIRGINIA
                         ALEXANDRIA DIVISION

---------------------------x
UNITED STATES, et al.,      :   Civil Action No.:
                            :   1:23-cv-108
           Plaintiffs,      :
    versus                  :   Friday, March 10, 2023
                            :
GOOGLE LLC,                 :
                            :
           Defendant.       :
---------------------------x

         The above-entitled motions hearing was heard before
the Honorable Leonie M. Brinkema, United States District
Judge.  This proceeding commenced at 10:10 a.m.

                        A P P E A R A N C E S:

FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
                       OFFICE OF THE UNITED STATES ATTORNEY
                       2100 Jamieson Avenue
                       Alexandria, Virginia  22314
                       (703) 299-3700

                       AARON TEITELBAUM, ESQUIRE
                       JULIA WOOD, ESQUIRE
                       UNITED STATES DEPARTMENT OF JUSTICE
                       ANTITRUST DIVISION
                       450 Fifth Street, NW
                       Washington, D.C.  20530
                       (202) 894-4266

                       ANDREW FERGUSON, ESQUIRE
                       OFFICE OF THE ATTORNEY GENERAL
                       OFFICE OF THE SOLICITOR GENERAL
                       202 North Ninth Street
                       Richmond, Virginia  23219
                       (804) 786-7704

FOR THE DEFENDANT:     ERIC MAHR, ESQUIRE
                       TYLER GARRETT, ESQUIRE
                       FRESHFIELDS BRUCKHAUS DERINGER, LLP
                       700 13th Street, NW
                       10th Floor
                       Washington, D.C.  20005
                       (202) 777-4500
```

```
 1  third-party witnesses.  The Texas investigation, for
 2  example, had 60 third parties; we have had zero.
 3          THE COURT:  All right.  Well, that's something
 4  you'll have to work out with Judge Anderson.  All right.
 5          MR. MAHR:  Well, I will kind of reinforce
 6  Ms. Wood's request.  We have been discussing, in the event
 7  you denied the motion, a proposal to the Court, and we can
 8  make it to Magistrate Judge Anderson if you'd like, that we
 9  propose for moving forward, and we would like the
10  opportunity to do that.
11          THE COURT:  I'll punt that issue to him.  I'll
12  give him a call today, too, and let him know it's coming.
13  All right.
14          MR. MAHR:  Thank you.
15          THE COURT:  But be mindful of how we operate here.
16  All right.  Again, this is a problem that, frankly, the
17  Government's going to have because you chose to be here, and
18  I'm not joking when I say you need to have your running
19  shoes on.  All right.
20          MS. WOOD:  Understood, Your Honor.
21          THE COURT:  All right.  You know, everything in
22  life is finite.  We have a finite lifespan, we have all
23  sorts of limits, and I think the same thing applies to
24  litigation.  You might like to take 50 depositions but,
25  guess what, you aren't going to get 50.  You might like to
```

26

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

1  have, you know, a year and a half to complete discovery, but
2  you're not going to get that in this court.  It forces
3  lawyers to have to focus with laser efficiency on what are
4  the core issues you need to get to resolve a case.
5        So having said that, the last matter I want to
6  just very briefly address is there is this pending motion to
7  seal.  I just want to put, again, both sides on notice about
8  this.  I would not normally have granted that motion to seal
9  if it came to me fresh, because I don't think just the names
10 alone of people, unless they work for the CIA or something
11 like that, is something that's appropriate to be sealed.
12 But Judge Castel did grant that.  And, again, this is an
13 example of where if it's a close call, I'm going to go with
14 what he's already done to reduce this problem with
15 inefficiencies and with inconsistent rulings.  I may not
16 always be able to agree with him.  I would be surprised if
17 I'm unable to because he's a colleague, and he's an
18 experienced colleague.  Nevertheless, I am going to grant
19 that motion.
20       But I want both sides to understand that I'm one
21 of the judges in this court that looks very seriously at my
22 obligation to make sure that court proceedings are
23 transparent.  What you do in the exchange of discovery
24 before you come to court, if you want to mark things as
25 confidential, although I wish it wasn't done as much as it

27

```
 1              THE COURT:  All right.  Very good.  You're all
 2   free to go.
 3              MS. WOOD:  Thank you, Your Honor.
 4                  (Proceedings adjourned at 10:44 a.m.)
 5              -----------------------------------
 6   I certify that the foregoing is a true and accurate
 7   transcription of my stenographic notes.
 8                              _____
 9                              Stephanie M. Austin, RPR, CRR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

29