# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                            Civil Action No. 3:16cv545

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered the JOINT NOTICE REGARDING PROPOSED SCHEDULE (ECF No. 262) and the submissions made by counsel on June 14, 2017 (ECF Nos. 264 and 265), and it appearing that counsel are now in agreement upon the schedules for the trials to be held herein on January 8, 2018 and February 12, 2018, it is hereby ORDERED that the parties shall submit for the Court's review a Consent Order respecting the schedule to be followed as outlined in the JOINT NOTICE REGARDING PROPOSED SCHEDULE (ECF No. 262) and in the letters submitted by counsel respecting the agreement on the disputes that they have had respecting the schedule.

Further, having considered the position of the parties respecting the conduct for the remedy phase of the antitrust component of the first trial (in the event of a verdict in favor of the plaintiff on the antitrust claim), the parties are advised that the Court will hold the evidentiary hearing for the remedy issues immediately after the first trial. However, the parties have provided insufficient information respecting how the nature and

extent of the evidentiary hearing on the equitable and declaratory remedies and counsel are instructed to file Statements of Position on that question by July 17, 2017.

Further, there seems to be some miscommunication respecting the length of the first trial. In that regard, the parties are advised that the first trial will be conducted January 8 through 12, 2018 and January 15 through 19, 2018. Following receipt of the forthcoming Statements of Position respecting the conduct of the evidentiary hearing to be held at the end of the first trial, the Court, after consulting with counsel, will determine exactly how to conduct that hearing.

Further, counsel are reminded that immediately following the first trial, the Court has scheduled an Initial Pretrial Conference in a case that is expected to be tried on Monday, January 22, 2018 and the trial of that case is expected to take place on Monday and Tuesday, January 29 and 30, 2018. Accordingly, the evidentiary hearing for the equitable and declaratory remedies likely will occur during the period January 23 to 25, 2018. As the Court's schedule becomes clearer and more defined, minor adjustments in scheduling may be made.

It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 21, 2017

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEVES AND SONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-545-REP ) |
| JELD-WEN, INC., | ) ) ) |
| Defendant. | ) ) |

## SCHEDULING ORDER

Pursuant to the Court's Order dated June 21, 2017 (Dkt. No. 274), plaintiff Steves and Sons, Inc. ("Steves") and defendant JELD-WEN, Inc. ("JELD-WEN") have jointly submitted this Scheduling Order for approval and entry by the Court. This Order sets forth the schedule, agreed upon by the parties, to govern the trials in this action set to commence January 8, 2017 (the "First Trial") and February 12, 2017 (the "Second Trial").

Having reviewed the proposed schedule and the parties' submissions (Dkt. Nos. 262, 264 & 265), and for good cause shown, it is hereby ORDERED that the following deadlines shall govern the further proceedings in this action:

### FIRST TRIAL

| First Trial | Deadline[1] |
|---|---|
| June 16, 2017 | JELD-WEN to complete all production of documents and text messages required by the Court's order dated May 16, 2017 (Dkt. No. 237) |

---

[1] References to "plaintiff" or "defendant" in this column apply to counterclaim plaintiff and counterclaim defendant as appropriate.

| First Trial | Deadline[1] |
|---|---|
| June 19, 2017 | Steves file response to counterclaims (Answer and motion to dismiss) |
| June 23, 2017 | JELD-WEN provide a supplemental answer to Interrogatory 12 |
| July 10, 2017 | Deadline for depositions of Kronospan, Masonite, Proteak, Siempelkamp and Finsa, noticed by JELD-WEN[2] |
| July 10, 2017 | JELD-WEN file opposition to motion to dismiss |
| July 10, 2017 | Deadline for parties to supplement data productions |
| July 17, 2017 | Steves file reply in support of motion to dismiss |
| July 17, 2017 | Parties will file Statements of Position on the nature and extent of the evidentiary hearing on the equitable and declaratory remedies for Steves' claims |
| August 4, 2017 | Close of fact discovery |
| August 4, 2017 | Deadline for JELD-WEN expert disclosures on contract counterclaims |
| August 9, 2017 10:00 a.m. | Hearing on motion to dismiss |
| August 21, 2017 | Deadline for expert supplementation for Steves' antitrust and contract claims |
| August 25, 2017 | Deadline for Steves' expert disclosures on contract counterclaims |
| September 1, 2017 | Deadline for JELD-WEN's rebuttal expert disclosures on contract counterclaims |
| September 15, 2017 | Close of Expert Discovery |
| September 22, 2017 | Motion(s) for summary judgment to be filed |
| October 20, 2017 | Opposition(s) to motion(s) for summary judgment to be filed |
| November 3, 2017 | Reply brief(s) in support of summary judgment to be filed |

---

[2] Depositions may be taken after July 10, but in no event later than August 4, upon agreement of both parties if required by the schedule of the third party.

| First Trial | Deadline[1] |
|---|---|
| November 7, 2017 | Parties to meet and confer regarding stipulations |
| November 10, 2017 | *Daubert* motions to be filed |
| November 10, 2017 | Motions *in limine* to be filed |
| November 13, 2017 | Parties shall exchange discovery (including deposition designations) intended for use at trial |
| November 13, 2017 | Plaintiff's witness and exhibit lists due to be filed and set of exhibits due to opposing counsel |
| ~~Week of~~ November 1̶6̶, 2017 *AT 10:00 AM* [REI] | Hearing on motion(s) for summary judgment |
| November 17, 2017 | Defendant's witness and exhibit lists due to be filed and set of exhibits due to opposing counsel |
| November 20, 2017 | All parties shall serve on all counsel a list of all fairness or rebuttal designations to discovery intended for use at trial |
| November 29, 2017 | Any objection to the introduction of any discovery designation or parts thereof shall be filed by each of the parties |
| November 29, 2017 | Objections to exhibits shall be filed |
| December 1, 2017 | Opposition to motions *in limine* and *Daubert* motions to be filed |
| December 1, 2017 | Written stipulations shall be signed by each counsel and filed |
| December 4, 2017 | Counsel shall confer to resolve objections to discovery designations and exhibits |
| December 4, 2017 | Deadline to file conformed discovery designations |
| December 11, 2017 | Replies in support of motions *in limine* and *Daubert* motions to be filed |
| December 12, 2017 10:00 a.m. | **Final Pretrial Conference** |
| December 14, 2017 | Each party shall file a complete set of proposed jury instructions |
| December 14, 2017 | Proposed *voir dire* to be filed |

| First Trial | Deadline[1] |
|---|---|
| December 21, 2017 | Objections to jury instructions to be filed |
| December 21, 2017 | Objections to *voir dire* to be filed |
| January 4, 2018 9:30 a.m. | **Jury Selection** |
| January 5, 2018 | Plaintiff to file a set of agreed jury instructions and a separate set of disputed jury instructions |
| January 8, 2018 | Each party shall deliver to Court on the day of trial two sets of pre-marked, indexed exhibits (one for Judge Payne; one for the witnesses) |
| January 8, 2018 9:30 a.m. | **Trial to Commence**[3] |

## SECOND TRIAL

| Second Trial | Deadline[4] |
|---|---|
| June 19, 2017 | Steves file response to counterclaims (Answer and motion to dismiss) |
| June 30, 2017 | Parties to serve Initial Disclosures on trade secrets counterclaims |
| July 10, 2017 | JELD-WEN file opposition to motion to dismiss |
| July 17, 2017 | Steves file reply in support of motion to dismiss |
| August 9, 2017 10:00 a.m. | Hearing on motion to dismiss |
| September 8, 2017 | Close of fact discovery |
| September 22, 2017 | Deadline for JELD-WEN expert disclosures on trade secret counterclaims |
| October 20, 2017 | Deadline for Steves' expert disclosures on trade secret counterclaims |

---

[3] An evidentiary hearing will be held regarding any equitable or declaratory remedies (if necessary) following the verdict in the first trial, during the period January 23 to 25, 2018.

[4] References to "plaintiff" or "defendant" in this column apply to counterclaim plaintiff and counterclaim defendant as appropriate.

4

| Second Trial | Deadline[4] |
| --- | --- |
| November 3, 2017 | Deadline for JELD-WEN's rebuttal expert disclosures on trade secret counterclaims |
| November 17, 2017 | Close of Trade Secret Expert Discovery |
| November 29, 2017 | Motion(s) for summary judgment to be filed |
| December 20, 2017 | Opposition(s) to motion(s) for summary judgment to be filed |
| January 4, 2018 | *Daubert* motions to be filed |
| January 4, 2018 | Motions *in limine* to be filed |
| January 5, 2018 | Reply brief(s) in support of summary judgment to be filed |
| January 8, 2018 | Parties to meet and confer regarding stipulations |
| January 11, 2018 | Parties shall exchange discovery (including deposition designations) intended for use at trial |
| January 12, 2018 | Plaintiff's witness and exhibit lists due to be filed and set of exhibits due to opposing counsel |
| January 16, 2018 | Defendant's witness and exhibit lists due to be filed and set of exhibits due to opposing counsel |
| January ~~17~~ 23, 2018 at 10AM | Hearing on motion(s) for summary judgment |
| January 18, 2018 | All parties shall serve on all counsel a list of all fairness or rebuttal designations to discovery intended for use at trial |
| January 19, 2018 | Opposition to motions *in limine* and *Daubert* motions to be filed |
| January 20, 2018 | Objections to exhibits shall be filed |
| January 22, 2018 | Any objection to the introduction of any discovery designation or parts thereof shall be filed by each of the parties |
| January 22, 2018 | Written stipulations shall be signed by each counsel and filed |
| January 23, 2018 | Counsel shall confer to resolve objections to discovery designations and exhibits |

(handwritten: n e/)

| Second Trial | Deadline[4] |
|---|---|
| January 24, 2018 | Replies in support of motions *in limine* and *Daubert* motions to be filed |
| January 26, 2018 | Deadline to file conformed discovery designations |
| January 29, 2018 | Each party shall file a complete set of proposed jury instructions |
| February 1, 2018 10:00 a.m. | **Final Pretrial Conference** |
| February 1, 2018 | Proposed *voir dire* to be filed |
| February 5, 2018 | Objections to jury instructions to be filed |
| February 5, 2018 | Objections to *voir dire* to be filed |
| February 8, 2018 9:30 a.m. | **Jury Selection** |
| February 8, 2018 | Plaintiff to file a set of agreed jury instructions and a separate set of disputed jury instructions |
| February 12, 2018 | Each party shall deliver to Court on the day of trial two sets of pre-marked, indexed exhibits (one for Judge Payne; one for the witnesses) |
| February 12, 2018 9:30 a.m. | **Trial to Commence** |

The provisions of the Initial Pretrial Order (Dkt. No. 65) and its attached Pretrial Schedule A shall govern proceedings herein unless this Order provides otherwise.

It is so ORDERED.

Richmond, Virginia

Dated: July 13, 2017

                                           /s/ REP
                                         Robert E. Payne
                                         Senior United States District Judge

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
DEC 14 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

STEVES AND SONS, INC.,

    Plaintiff,

v.

JELD-WEN, INC.,

    Defendant.

Civil Action No. 3:16-cv-545-REP

## AMENDED SCHEDULING ORDER

Having reviewed the Parties' Joint Notice of Proposed Amended Scheduling Order (ECF No. 711), and for good cause shown, it is hereby ORDERED that the following deadlines shall govern the proceedings in this action:

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Deadline to file conformed discovery designations | 12/4/2017 | 1/15/2018 |
| Each party shall file a complete set of proposed jury instructions | 12/14/2017 | 1/10/2018 |
| Proposed *voir dire* to be filed | 12/14/2017 | 1/19/2018 |
| **Final Pretrial Conference** | 12/15/2017 9:30 a.m. | 1/16/2018 9:30 a.m. (continuing to 1/17/18 if necessary) |
| Objections to jury instructions to be filed | 12/21/2017 | 1/18/2018 |
| Objections to *voir dire* to be filed | 12/21/2017 | 1/23/2018 |
| **Jury Selection** | 1/4/2018 9:30 a.m. | 1/25/2018 9:30 a.m. |

| Plaintiff to file a set of agreed jury instructions and a separate set of disputed jury instructions | 1/5/2018 | 1/26/2018 |
| --- | --- | --- |
| Each party shall to deliver to Court on the day of trial two sets of pre-marked, indexed exhibits (one for Judge Payne; one for the witnesses) | 1/8/2018 | 1/29/2018 |
| **Trial to Commence** | 1/8/2018 9:30 a.m. | 1/29/2018 9:30 a.m. |
| Evidentiary hearing regarding equitable or declaratory remedies (if needed) | 1/23/2018 to 1/25/2018 | 2/28/2018 to 3/1/2018 |

It is so ORDERED.

Richmond, Virginia

Dated: December 14, 2017

/s/ REP
Robert E. Payne
Senior United States District Judge

2