# EXHIBIT 3

# In the Matter Of:

*In Re: Google Antitrust Investigation*

███████████████

*October 19, 2021*



1       ▓▓▓▓▓▓▓▓
2       A.    It did not.
3       Q.    Have you ever given -- sorry.
4             Have you ever been deposed in any
5   other circumstance, whether formally or
6   informally?
7       A.    Not that I can recall.
8       Q.    Have you ever given any testimony
9   at trial?
10      A.    In the Anthony Levandowski matter.
11  Again, not an expert, although I was a lawyer
12  a long time ago, this was a mediation or an
13  arbitration.  However, there were three
14  judges that determined the final hearing, and
15  the hearing was binding, as a court judgment.
16  And I appeared in that court hearing.
17      Q.    Again, that had nothing to do with
18  ad tech, did it?
19      A.    It had nothing to do with ad tech.
20      Q.    Have you ever given any other
21  testimony at trial?
22      A.    Not at trial.  The only other
23  testimony is the Senate Judiciary Committee
24  hearing.
25      Q.    Have you ever given any other

1      ████████████

2   testimony in connection with any

3   investigation or other regulatory proceeding,

4   apart from the testimony you've already

5   described today?

6       A.   So from 1997 through 2011, I was a

7   lawyer.  Initially with a law firm in Canada,

8   then a law firm in the United States, Wilson

9   Sonsini, and then operating as Google's

10  corporate counsel.  As a lawyer, I both

11  negotiated and documented the acquisitions of

12  a number of ad tech companies, DoubleClick

13  being probably the largest.  In connection

14  with those, there were regulatory

15  proceedings, including antitrust proceedings

16  and investigations.  And I, as a lawyer,

17  participated in those investigations.

18       Q.   Did you give any testimony

19  yourself in connection with the DoubleClick

20  acquisition?

21       A.   I was asked questions many, many

22  times by regulators during that process.  I

23  don't -- I'm sorry.  What do you mean by

24  testimony?

25       Q.   Well, I'm asking if you were -- if

1         [REDACTED]
2    you gave -- let's start with, did you give
3    any -- did you answer questions under oath in
4    connection with the DoubleClick acquisition?
5         A.    I don't believe so.  These were
6    long proceedings in front of a regulatory
7    agency.  I generally would have viewed myself
8    to be compelled to answer truthfully, but I
9    don't remember being sworn in to those
10   proceedings.
11        Q.    Did you give -- were you acting as
12   counsel in connection with those regulatory
13   proceedings, or were you a fact witness or
14   both?
15        A.    These were a long time ago.  So
16   2007, especially if we're talking about
17   DoubleClick, I believe I was participating as
18   a lawyer in the context of those proceedings.
19   Again, as a former lawyer, I'm aware of the
20   kind of distinction between, you know,
21   testimony, but I -- it is possible that I
22   gave factual testimony as well in connection
23   with those processes or answered questions
24   factually in connection with those processes.
25        Q.    Have you ever given testimony

1       ████████████

2       Q.   And how long did you stay at
3  Wilson Sonsini?
4       A.   From -- if I'm getting the days
5  right, say March 2000 through February 28,
6  2005.
7       Q.   Sounds like you remembered that
8  date a little better.
9       A.   I do remember that date because
10 it's the end of the month.  And it's the
11 first day I started at Google.
12      Q.   Well, why did you leave Wilson
13 Sonsini?
14      A.   I was offered a position as
15 Google's first corporate counsel.
16      Q.   So starting February 28, 2005,
17 what was your role at Google?
18      A.   I was corporate counsel,
19 principally responsible for capital raising,
20 public disclosure, securities filings, as
21 well as mergers and acquisitions.
22      Q.   I take it that was in Google's
23 legal department?
24      A.   That was in Google's legal
25 department.

1        █████████████

2       Q.   How long did you have that role at

3    Google?

4       A.   So the role, sort of, evolved over

5    time as the legal department grew.  So it's

6    hard for me to say precisely.  I was always

7    that role, but the role grew.  Meaning over

8    time I took on managing our technology

9    transactions group, our competition law

10   group, some of the product groups, and an

11   investment team as well.  All lawyers,

12   though.

13      Q.   Is there a time at which you

14   stopped working in Google's legal department?

15      A.   There is.  In late 2011, early

16   2012, I took on a business role managing our

17   corporate development team.

18      Q.   Do you remember what your title

19   was starting in late 2011, early 2012?

20      A.   At the legal department or in the

21   business role?

22      Q.   In the business role.

23      A.   I believe it was just █████

24   ████████████████████████████████████.

25      Q.   In your role as ████████████,

1         ▓▓▓▓▓▓▓▓
2    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, who did you report to?
3      A.    ▓▓▓▓▓▓▓▓▓.
4      Q.    Do you remember what his title
5    was?
6      A.    ▓▓▓▓▓▓▓▓▓▓ was our general
7    counsel. I think at this point in time, he
8    becomes our Chief Legal Officer, but I
9    don't -- I can't say that for sure. So
10   either general counsel or Chief Legal
11   Officer. And he also, from time to time, had
12   corporate development in his title as well.
13     Q.    As ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14   ▓▓▓▓▓▓▓▓ starting late 2011, early 2012,
15   were you practicing law? Was that a legal
16   role?
17     A.    No, that is a business role.
18     Q.    Have you practiced law in any way
19   since you took on the role of ▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in late 2011 or early
21   2012?
22     A.    Given my long legal history, I get
23   asked legal questions on a fairly regular
24   basis and that hasn't stopped. But generally
25   speaking, it was a business role. I was not

1         ▇▇▇▇▇▇▇▇▇▇

2    2017?

3         A.   I have been asked legal questions

4    a number of times.  I think our legal

5    department takes the position that that

6    doesn't constitute the practice of law.  Nor,

7    I think, have we taken a position that

8    that's -- internally or externally that

9    constitutes the practice of law.  I do get

10   asked legal questions from time to time.

11        Q.   Do you provide legal advice in

12   response to being asked legal questions?

13        A.   I provide advice in response to

14   being asked legal questions.  I don't think

15   our legal department takes the position that

16   that constitutes legal advice.

17        Q.   Do you take the position that you

18   have not practiced law since you became the

19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

20   ▇▇▇▇▇▇▇▇▇  in 2017?

21        A.   On the advice of our very, very

22   good internal legal team, I do not take that

23   position.

24        Q.   And to clarify, you're saying you

25   do not take the position that you practiced

```
1      ███████████
2   law since 2017?
3      A.   Yeah.  I take the position that I
4   haven't practiced law since 2011.
5           MR. NIERLICH:  Okay.  I have
6      nothing further.
7           MR. RYBNICEK:  Thanks, Chuck.
8      Can I note for the record that Google
9      will designate this transcript in its
10     entirety as highly confidential.
11          MR. NIERLICH:  Understood.
12          THE VIDEOGRAPHER:  Okay.  This
13     concludes today's video deposition of
14     ███████████.  We're going off the
15     record.  The time is 6:26 p.m.
16          (Whereupon, at 6:26 p.m., the
17     Examination of this Witness was
18     concluded.)
19
20
21          _____
22              ███████████
    Subscribed and sworn to before me
23  this _____ day of _____, 2021.
24  _____
        NOTARY PUBLIC
25
```