# EXHIBIT 4



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890329

All information presented today is

# CONFIDENTIAL

No sharing the contents of this meeting



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890331



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890332



REMOVE
THE MUNDANE

HIGHLY CONFIDENTIAL



CONNECT YOU
WITH OTHERS



GIVE YOU
SUPERPOWERS

HIGHLY CONFIDENTIAL

GOOG-DOJ-06890335



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890336



- As you can see, we're a very global team distributed across more than a dozen offices around the world
- Some of our big offices include: MTV for Gmail and Work, and NYC and BLD for Docs & Drive, Zurich for Calendar, Sydney for Drive, etc

HIGHLY CONFIDENTIAL
GOOG-DOJ-06890337



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890338



- 3 broad areas:
1. Communication and managing your time (like Gmail, Calendar, etc)
2. Collaboration. People are increasingly working together with others (Drive & editors like Docs, Sheets, Slides, and Sites)
3. Work. The notion of sitting behind a desk is becoming a thing of the past (Dasher platform, we launched Drive for Work at I/O last year and that effort has been very successful. This year Apps for Work is a huge focus)

HIGHLY CONFIDENTIAL



- Gmail ███████████, over ████████ users - confidentially, ████████████████
- When we first launched Gmail it was on April fools day and people thought we were joking – especially considering 2-4MB was the max storage available at the time before Gmail launched with 1GB – a 250-500x improvement!
- We want to grow Gmail to ████████ users this year.

HIGHLY CONFIDENTIAL
GOOG-DOJ-06890340



- We launched Drive to ███████████
- We have more than ███████████ users on Drive and more than ███████████ users on Docs – confidential!
- Users have ████████████████████████████████████████████████████████████████████████████████

GOOG-DOJ-06890341



- Every day, thousands of businesses small and large are going Google and switching to Google Apps to run their companies in the cloud.
- Companies like ███████████ and recently ████ ████████████████████████████████████

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890343



- We should work as ███████████████████████████████████

- It's also critical to know the product, understand the competition and the industry – and most importantly, we need to know the user, their needs and what problems they don't even recognize yet

HIGHLY CONFIDENTIAL



GOOG-DOJ-06890345



GOOG-DOJ-06890346



This year we set out a few key themes that should guide the work we do in apps. They include...

HIGHLY CONFIDENTIAL

GOOG-DOJ-06890347



HIGHLY CONFIDENTIAL



Let's talk about Intelligence first.

- A lot of the work that our users do in our apps is still just work….
- Apps that are "intelligent" should behave like personal assistants, and make our users more productive and more capable
- They should remove the mundane, and eliminate non-creative work
- You are a huge part of this

GOOG-DOJ-06890349

# Research (Docs)



For example,

With Research Assistant, we want to help students make better documents faster by keeping them in Kix while paraphrasing, referencing, and inserting.

This reduces steps and frequent context switching, letting students focus on the research and the writing.

HIGHLY CONFIDENTIAL



Smart Reply is in dogfood currently — it makes it much easier to respond quickly to emails on mobile by predicting common answers based on the context of the message. Tapping is much easier than typing on mobile, and this feature makes a huge difference.

HIGHLY CONFIDENTIAL

GOOG-DOJ-06890351



- If users don't trust that our products do what they do quickly, reliably, every time – our users will go somewhere else.
- Experience with a product isn't based on the average, but the first experience, best experience, worst experience
- For 2015, we're looking at measuring performance and quality in a few ways. ...

██████████████████████████████████████████████████████████████████████████

Goals to improve core workflows, for example ████████████████████████████
Investing in multiple efforts to improve things like ████████████████████████████████████

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890353



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890354



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890355

## Revenue



Google for Work started back in 2004 with the GSA, carrying on Google's mission organizing information behind the firewall.

Then there was Earth, Gmail for your Domain which was quickly followed by Apps for Business in 2007.

Then the whole Enterprise thing, where we expanded to Maps, Cloud and Chromebooks.

GOOG-DOJ-06890356



We have a project in the works called Bus -- we want to make it easy for small businesses to upgrade from consumer Gmail to Google Apps for Work and get "vanity" domains, so they can better scale and publicize their businesses, and get the tools they need to run effectively

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-06890358



In Apps we deal with sensitive user data — let's talk about privacy and user trust.

GOOG-DOJ-06890359



It's our job to be guardians of our users' trust — we must be vigilant for any issues, and it's important to know what to do if you see a any potential problems when dealing with user data.

- We are the data stewards for Consumers, Education, Enterprise and Government.
- Our Enterprise customers span a variety of industries, including Financial Services and Health Care.
- We are required to keep strong data protections in place to meet the needs (and contractual requirements) of these customers.

HIGHLY CONFIDENTIAL



Take some time to be familiar with the Apps Data Protection requirements.  For some high level examples, all user data should be encrypted at rest, data recovery should be tested twice a year and we should never store PII or user generated content in permanent logs. It should go without saying because you are now a Googler, that there are very strict rules around data access. We must earn our users' trust every single day and with every action we take.

HIGHLY CONFIDENTIAL

GOOG-DOJ-06890361



First, if you see a problem, email apps-escalations@, and copy your manager along with your product's policy counsel.

If you don't know who your policy counsel is, you can just cc apps-pcounsel@ and the right person will be included.

HIGHLY CONFIDENTIAL

GOOG-DOJ-06890362

If you're dealing with a sensitive issue, it's important to communicate with care over email. You can follow these steps to ensure your email communication is privileged in these situations.

HIGHLY CONFIDENTIAL



If you have any questions related to privacy as you are building features or products, please reach out to apps-pwg@ to contact the Apps Privacy Working group.

GOOG-DOJ-06890364

Making sure Apps
is a great place to work

Respect is a huge part of our culture at Google. It's critical that we all help to build and safeguard a community of respect within the Apps team.

HIGHLY CONFIDENTIAL

Unconscious Bias Training
go/ubselfstudy

A big part of this is eliminating bias — and the truth is, sometimes bias is unintentional or unconscious. We have a great training to help you better understand unconscious bias you might have, and how to be more mindful. Please check out the self study — you'll find it's well worth your time.

HIGHLY CONFIDENTIAL



GOOG-DOJ-06890367