# EXHIBIT 6

Message

| | |
|---|---|
| **From:** | ████████████████████ |
| **Sent:** | 9/13/2019 5:59:17 PM |
| **To:** | Philipp Schindler ████████████ |
| **CC:** | ██████████████████████████████████ |
| **Subject:** | Re: IMP: News Corp Ads Escalation |

Philipp,

The doc you are describing is <u>here</u>. It was linked in the original email. Each of the questions you have are answered accordingly.



This e-mail is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments.

The above comments and terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

On Fri, Sep 13, 2019 at 10:47 AM Philipp Schindler ████████████████ wrote:
> Can someone send me a privileged doc on what's exactly in the file, how this is being used, potential use cases by them that might not be appropriate, etc. I am not sure I fully understand why they are so annoyed about this.
>
> Philipp

On Fri, Sep 13, 2019 at 9:25 AM ████████████████████████████ wrote:
> + Philipp as this topic came up in another thread about our original reporting release.
>
> Philipp, please see my note below. Happy to discuss further.



On Fri, Sep 13, 2019, 7:57 AM ███████████████████████ wrote:



This e-mail is confidential. If you are not the right addressee please do
not forward it, please inform the sender, and please erase this e-mail
including any attachments.

The above comments and terms reflect a potential business arrangement, are
provided solely as a basis for further discussion, and are not intended to
be and do not constitute a legally binding obligation. No legally binding
obligations will be created, implied, or inferred until an agreement in
final form is executed in writing by all parties involved.

HIGHLY CONFIDENTIAL

--



*If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-07804120