# EXHIBIT 7

Message



typo: "product direction"

On Wed, Feb 1, 2017 at 8:04 AM, ███████████████████████ wrote:



On Wed, Feb 1, 2017 at 7:41 AM, ██████████████████████ wrote:
███████ this is a priority for ████ and me.

On Feb 1, 2017 6:37 AM, ████████████████████████ wrote:
████, could you please schedule?


On Feb 1, 2017, at 6:22 AM, ████████████████████ wrote:

Yes,  The sooner the better.

On Tue, Jan 31, 2017 at 11:56 PM ████████████████████ wrote:
 Yes - should we grab time to review live?

On Tue, Jan 31, 2017 at 8:53 PM, ████████████████████ wrote:
The last data I saw was summer 2016.  Is there an updated analysis that could be shared?

On Jan 31, 2017 11:12 PM, ████████████████████ wrote:
Hi all,

For both confidentiality and discoverability purposes, let's please not get into margin details on non-privileged
email.  I've had the joy of being deposed on just such emails in the past, and it's not fun :-/  For the record, I
don't agree with the characterizations of business profitability discussed in the thread below.

████████- agree with you that we need a short- and long-term approach.  Also think that for the broader
pricing discussion, we need to understand the financial impact of any pricing changes, and what that means
vis-a-vis the (fully loaded) profitability of the business.   With that knowledge in hand, the decision can still be
made to make a pricing change for a plethora of reasons.  However, it should be an input to the decision-
making process.

 What's the best way to discuss?  Should we review at Friday's meeting or in advance?

HIGHLY CONFIDENTIAL

Thanks

On Tue, Jan 31, 2017 at 7:37 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Forwarded the AppNexus slides separately.



On Tue, Jan 31, 2017 at 10:36 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Thanks.

On Tue, Jan 31, 2017 at 10:20 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
We will discuss in our sync tomorrow, but quickly:

Can you pls re-send the slide - it didn't come through.

On Tue, Jan 31, 2017 at 10:10 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-04425137

On Tue, Jan 31, 2017 at 8:23 PM, wrote:





HIGHLY CONFIDENTIAL

GOOG-DOJ-04425138



HIGHLY CONFIDENTIAL

GOOG-DOJ-04425139