# EXHIBIT 8

| Message | |
|---|---|
| **From**: | |
| **Sent**: | 4/20/2017 5:21:22 PM |
| **To**: | |
| **Subject**: | Re: Pricing Track 1 |

:) :)

On Thu, Apr 20, 2017 at 10:07 AM, ███████ wrote:
thanks for the note, I always forget what is the exact rule... but this time it will stick!
was just a bit worried but will keep that in mind... or take law classes!

On Thu, Apr 20, 2017 at 3:58 PM, ███████ wrote:
Just FYI - you need a lawyer on the email in order for it to be privileged & confidential :) :)

On Thu, Apr 20, 2017 at 5:23 AM, ███████ wrote:
*Privileged and Confidential*

Hi ███

Sending via email what we discussed yesterday.



HIGHLY CONFIDENTIAL

GOOG-DOJ-04426627



*This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.*
*The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

--

*This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.*

HIGHLY CONFIDENTIAL

*The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-04426629