# EXHIBIT 9

Message

| | |
|---|---|
| **From:** | ██████████████████████ |
| **Sent:** | 10/2/2019 3:32:49 PM |
| **To:** | |
| **CC:** | |
| **Subject:** | Re: First Price Ramp-Up Metrics update (Sep 14 2019) |

No worries at all! Thank you for being more careful about this going forward :)

On Wed, Oct 2, 2019 at 11:31 AM ██████████████████████ wrote:
   Noted -- think that one is on me so I'm sorry about that.

   ██████ has kindly informed me to not let anyone know when the next update is sent.

   ██████

On Wed, Oct 2, 2019 at 10:49 AM ████████████████████████ wrote:
   i am not the mole.

On Wed, Oct 2, 2019 at 10:48 AM ████████████████████ wrote:

   Hi folks, can we please make sure this email isn't forwarded to anyone not on the distribution list? And if you need to share it, please check with me/ ██████ It is marked as legally privileged for a reason, and I would like for us to be able to control the message that goes out. If we think this is going to get forwarded, we will have to dilute our updates. Please let's be very careful about this.

On Wed, Oct 2, 2019 at 10:42 AM ████████████████████ wrote:
   FYI - Seems like these updates have been circulated too broadly

   ---------- Forwarded message ---------
   From: ████████████████████
   Date: Wed, Oct 2, 2019 at 10:05 AM
   Subject: Fwd: First Price Ramp-Up Metrics update (Sep 14 2019)
   To: ████████████████████████
   Cc:

   Hey ██████

   Have you been getting any more of these updates from ██████?  If so, could you please forward along?

   Also, I'd love to see any other performance updates you think would be helpful as we have an upcoming management meeting in about a week and would love to share any of our latest findings as an aggregate and potentially isolated cases for investigation.  FYI, the last update I saw from you was THIS.

   Thanks!

   ██████

---------- Forwarded message ---------

---------- Forwarded message ---------

HIGHLY CONFIDENTIAL                                    GOOG-DOJ-15157184



HIGHLY CONFIDENTIAL

GOOG-DOJ-15157185

HIGHLY CONFIDENTIAL

GOOG-DOJ-15157186



--
-Sent from my thumbs, 2 fingers, 95% CI [1,3]
--
You received this message because you are subscribed to the Google Groups "APAT - Ads Product Analysts" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ads-product-analysts+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ads-product-analysts/CAGKPGj5y875J4JepbhKDEQ7U7QXQeYfXGqcNYLf_JFm9yWpuJw%40mail.gmail.com.

--



--



--
You received this message because you are subscribed to the Google Groups "Revenue Intelligence - Americas" group.
To unsubscribe from this group and stop receiving emails from it, send an email to revintel-ams+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/revintel-ams/CABiPpvSo_2AbzF5Crs5ZQczf3QZd07QanPh8%3DvW2GQpkZ6VSMw%40mail.gmail.com.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-15157188