**EXHIBIT 10**

| | |
|---|---|
| **Message** | |
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | 1/29/2019 3:52:44 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | Re: OpenX lays off 100, more pressure on sellside take rates |

Yes, I'm here. Let's chat...

On Mon, Jan 28, 2019 at 11:20 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
  Are you at DVAALs?

On Mon, Jan 28, 2019, 7:31 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
  No..this topic continues to get ignored.  would love your help to have 1 resurfaced for sure..

  separatetly, we should talk about #2 and when the right time, if ever, to bring this up again.

  On Sun, Jan 20, 2019 at 2:47 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
    I don't think we've truly discussed this (we had a repricing review where ▓▓▓ asked us NOT to change rates) but I don't think we talked about margin or disclosure... right? should we get together (you, ▓▓▓, ▓▓▓, me) to discuss? or push to ▓▓▓?

    ▓▓▓▓


    On Fri, Jan 4, 2019 at 4:40 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
      ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

      ▓▓▓▓

# Redacted - Privilege

**Redacted - Privilege**

On Thu, Jan 3, 2019 at 9:18 PM wrote:
ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Redacted - Privilege**

Thanks,

On Thu, Jan 3, 2019 at 9:03 PM wrote:

**Redacted - Privilege**

On Thu, Jan 3, 2019, 7:38 PM wrote:

**Redacted - Privilege**

917.338.0468

On Thu, Dec 20, 2018 at 11:12 AM wrote:
Attorney Client Privileged

who may have a POV on apps as well
as well

**Redacted - Privilege**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019464

# Redacted - Privilege

On Thu, Dec 20, 2018 at 10:26 AM ███████ wrote:
ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL -- **Redacted - Privilege**

# Redacted - Privilege

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019465

# Redacted - Privilege

On Thu, Dec 20, 2018 at 10:00 AM wrote:



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019466



HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-01019467

Case 1:23-cv-00108-LMB-JFA   Document 284-11   Filed 07/17/23   Page 7 of 7 PageID# 2867



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019468