# EXHIBIT 11

**Freshfields Bruckhaus Deringer US LLP**

Washington
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
T         +1 202 777 4500
(Switchboard)
          +1 202-777-4587 (Direct)
E         julie.elmer@freshfields.com
www.freshfields.com

**Confidential Treatment Requested**
**By Email**

John Hogan
Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

August 19, 2021

**Re:** **Civil Investigative Demand No. 30471**

Dear John:

On behalf of Alphabet, Inc. ("Company"), I write regarding certain documents produced in response to the Civil Investigative Demand for Documents and Information ("CID") issued on October 20, 2020. Despite extensive and reasonable steps taken to prevent disclosure of privileged information, the Company inadvertently disclosed documents relating to the projects listed below, which are protected by attorney-client privilege, the work product protection and/or another cognizable privilege or immunity. The inadvertent production of these documents does not constitute a waiver of any privilege or protection applicable to the documents or subject matter contained therein.

We will be sending you, on a rolling basis beginning August 20 until September 3, letters identifying the inadvertently disclosed documents by beginning Bates number. We request that the Antitrust Division ("Division") destroy or sequester all of the documents listed in those letters, and that it refrain from using information gleaned from those privileged documents in its investigation in any way. In addition, we request that if the Division in the meantime encounters any documents containing references to or relating to the following projects, the Division destroy or sequester them and notify Freshfields.

- Project Sunday



**Confidential Treatment Requested**

2|2

- Project Monday
- Project Stonehenge
- Project SingleClick
- Project Quantize
- Project Banksy
- Project Metta
- Project Garamond

*       *       *

The Company requests confidential treatment of these materials to the fullest extent allowed by law, including the Antitrust Civil Process Act, 15 U.S.C. § 1311 et seq., Exemption 4 of the Freedom of Information Act, as well as all other applicable statutes, regulations, and customary confidentiality policies. The Company specifically requests advance notice before disclosure of any of these materials to any person and return or destruction of materials when the Department's investigation is completed.

Please do not hesitate to contact me with any questions.

Sincerely yours,

/s/ Julie Elmer