# EXHIBIT 14

# In the Matter Of:

*Civil Investigation Demand - No. 30762*

---

████████

*February 28, 2022*

---



60

```
 1  about which you are testifying today.

 2              Have you seen this letter before?

 3     A.   Yes.

 4     Q.   And when have you seen this letter before?

 5     A.   In early February as part of the preparation

 6  process.

 7     Q.   And who at Alphabet prepared this letter?

 8              MS. ELMER:  Same objection.  It's outside

 9  scope.

10              You may testify in your individual

11  capacity, if you know, ████.

12              MR. NAKAMURA:  I'm sorry.  Hold on a sec.

13  So, Ms. Elmer, I'd like to understand the basis for your

14  outside-the-scope objection, given that this letter

15  literally responds to specifications point by point to

16  the CID to which ██████████ is sitting in response to

17  today.  Why is that out of scope?

18              MS. ELMER:  Well, first of all, the DOJ

19  has rejected these letters as being responsive to the

20  CID and has insisted upon ██████ testimony.  A 30(b)(6)

21  witness is the testimony of the company.  That's why

22  we're here today.

23              And your CID does not include a

24  specification seeking testimony about outside counsel

25  preparation of letters to the DOJ on any topic,
```

61

1  including the topic of this CID.

2              So if you insist on asking the witness

3  questions about outside counsel's work, I will terminate

4  the deposition and suggest that you move on to the

5  specifications that are set forth in the CID.

6              MR. NAKAMURA:  Okay.  I understand your

7  position.

8      Q.   (By Mr. Nakamura)  ▮▮▮▮▮▮▮▮, is it

9  Alphabet's position today that this letter does not

10 represent the corporate position of Alphabet with

11 respect to this civil investigative demand to which you

12 are sitting here in response to today?

13     A.   Yes.  I am here to testify with the corporate

14 position which supersedes this letter.

15     Q.   Does anything in this letter represent the

16 corporate position of Alphabet?

17     A.   I believe if we discuss these line by line, you

18 will find a lot of overlaps; and you may also find some

19 discrepancies.

20     Q.   So what in this letter represents the corporate

21 position of Alphabet?

22     A.   Okay.  This is going to take a long time to

23 walk through.  Would you like to walk through that?

24     Q.   Yes.

25     A.   Okay.  I think the easiest way to say this is

62

1  that we have updated this letter specifically with the

2  communication on February 25th to correct a couple of

3  pieces of information that likely outside counsel did

4  not have full knowledge of.

5              So if you're asking which pieces of this,

6  I think you'll find them specifically in the letter

7  dated Feb 25.

8     Q.   So I'm just trying to make this process

9  simpler.  I just want to understand, because in my

10 reading of this letter, there's some pieces of

11 information here that are not included in the

12 February 25th letter, and I don't know whether that is

13 by mistake or whether or not something supersedes

14 something else.  So that is why I'm asking you these

15 questions.

16             So what in this letter is Alphabet's

17 corporate position with respect to the specifications in

18 the CID?

19             MS. ELMER:  Objection, asked and answered.

20 I'd like to take a break to discuss an issue of

21 privilege.

22             MR. NAKAMURA:  I'm sorry.  Before you go

23 off the record, are you intending to claw back part of

24 this document?

25             MS. ELMER:  No.  The question has been

63

1  asked and answered.  He's already answered your

2  question, Brent.

3               ████, if you'd like to answer it again,

4  please go ahead before we go off the record.

5     Q.   (By Mr. Nakamura)  Yeah.  So the question

6  pending is what in this letter is Alphabet's corporate

7  position with respect to the specifications that you are

8  here to testify about today in the CID?

9               MS. ELMER:  Other than what he's already

10 said about the February 25th letter?  What more are you

11 asking for, Brent?

12    Q.   (By Mr. Nakamura)  ██████████, if you'd like,

13 we can just walk through this letter and you can tell me

14 what is right, what is wrong, what is superseded and

15 what is not.

16              MR. NAKAMURA:  Seumas, could you upload

17 into the Chat -- you know what, let's just do it this

18 way.

19    Q.   (By Mr. Nakamura)  So, ██████████, please

20 just keep this on your computer.  I'll be referring back

21 to it later.  Okay?

22    A.   Okay.

23              MR. NAKAMURA:  Seumas, why don't you

24 upload tab 7 into the Chat.

25              MS. ELMER:  Okay.  I asked for a break.

30(b)(6), Highly Confidential                    February 28, 2022

115

```
 1                MS. ELMER:  Well,      , I'm sorry to
 2  interrupt.  I'm sorry to interrupt.  But because this
 3  question is going beyond the scope of the CID, I'm
 4  instructing you to answer in your personal capacity
 5  here.
 6                THE WITNESS:  Oh, okay.
 7      A.    Then I would say I can't answer due to
 8  privilege.
 9      Q.    (By Mr. Nakamura)  And is one of the -- and
10  what are the names of projects for which Alphabet was
11  considering divestitures of its AdTech products?
12                MS. ELMER:  I instruct the witness not to
13  answer the question because the question invades the
14  attorney/client privilege and the work product doctrine.
15      Q.    (By Mr. Nakamura)  Will you follow your
16  counsel's instruction?
17      A.    Yeah.  Are you actually asking me, like, about
18  the privileged contents?
19                MS. ELMER:  He is, and I instruct you not
20  to answer.
21                MR. NAKAMURA:  And that's fine.
22      Q.    (By Mr. Nakamura)  As part of -- I'm sorry.
23  And are you going to follow your counsel's instruction
24  not to answer?
25      A.    Yeah.
```

116

```
 1    Q.   As part of Project Sunday, is Alphabet

 2  considering any changes to the way its AdTech products

 3  operate?

 4            MS. ELMER:   Same instruction.

 5    Q.   (By Mr. Nakamura)  Are you going to follow your

 6  counsel's instruction?

 7    A.   Yes.

 8    Q.   Did Project Sunday incorporate any business

 9  analyses previously performed by Alphabet employees

10  before Project Sunday began?

11    A.   I'm sorry, can you repeat it?

12    Q.   Sure.  Did Project Sunday incorporate any

13  business analyses performed by Alphabet employees before

14  Project Sunday began?

15    A.   So my understanding is there was an industry

16  report that had been prepared in the general course of

17  normal business separate from the project and that

18  pieces of that, namely, facts, were taken and then

19  incorporated into the project.

20            Yeah.  That's for a portion of the

21  project; and, yeah, that's the extent of my

22  understanding there.

23    Q.   And who performed that -- or who created that

24  industry report that you just described?

25    A.   And actually, I want to amend my last answer
```

117

1  after I answer this.

2                   So Lazard, the investment bank, was on a

3  general retainer for general industry trends.  So they

4  had provided that report as part of a separate sort of

5  ongoing, what's going on in industry retainer.  So they

6  were unaware of its use in this project.

7                   And again I'll say that that was a

8  collection of facts that were then used.  So that's

9  that.

10                  I want to say also there were pieces of

11 analysis from other projects listed in the CID that

12 were -- that were used and incorporated in Project

13 Sunday.

14    Q.   And what are the names of those projects whose

15 pieces of analyses were included in Project Sunday?

16    A.   SingleClick and Stonehenge.

17    Q.   Okay.  And other than work from Projects

18 SingleClick, Stonehenge and Lazard's work as you

19 previously described, was any other business analysis

20 performed by an Alphabet employee incorporated into

21 Project Sunday?

22                  MS. ELMER:  Object to the form as

23 mischaracterizing testimony and assuming facts.

24                  But you may answer.

25    A.   I'm sorry.  Can you repeat?

118

1    Q.   (By Mr. Nakamura)   Sure.   And is there any

2 other business analysis other than from Project

3 SingleClick, Project Stonehenge and Lazard incorporated

4 into Project Sunday --

5                MS. ELMER:   Object to the form -- go

6 ahead.

7    Q.   (By Mr. Nakamura)   -- that was undertaken prior

8 to the beginning of Project Sunday?

9                MS. ELMER:   Object to the form as

10 mischaracterizing testimony, assuming facts and

11 misleading.

12                But you may answer if you can.

13    A.   I'm sorry.   I'm still not --

14    Q.   (By Mr. Nakamura)   Other than what you've just

15 listed, were there any other business analyses performed

16 by Alphabet employees prior to the beginning of Project

17 Sunday that were incorporated into Project Sunday?

18                MS. ELMER:   Object to the

19 mischaracterization of SingleClick and Stonehenge as

20 business analyses.   Also object to the

21 mischaracterization of any work provided by Lazard as

22 being the work of a Google employee.

23                Other than that, you may answer if you

24 can, ████.

25    A.   I'm not aware of any other prior work that had

121

1  Monday, which is part of specifications 1b,

2  specification 2.

3            Who chose the name "Project Monday" for

4  the project?

5     A.   I did.

6     Q.   And what was the subject matter of Project

7  Monday?

8            MS. ELMER:  I instruct the witness not to

9  answer to the extent that it would invade the privilege;

10 but, otherwise, you may answer.

11    A.   Yeah.  It was an analysis for a particular

12 remedy to be undertaken due to the anticipated

13 litigation.

14    Q.   (By Mr. Nakamura)  And what was the particular

15 remedy to be undertaken?

16            MS. ELMER:  Same instruction.

17    A.   Yeah.  That's privileged.

18    Q.   (By Mr. Nakamura)  So will you follow your

19 counsel's instruction not to answer?

20    A.   Yes.

21    Q.   So turning to page 5 of Exhibit 7, is this a

22 complete list in bullet point 2 of all outside counsel

23 who worked on Project Monday?

24    A.   Yes.

25    Q.   And is this a complete list of all Google

1  in-house counsel who worked on Project Monday?

2      A.   Yes, although, again, I want to distinguish

3  between "worked on" and "made aware of."

4      Q.   And what is that distinction?

5      A.   In that I don't know if all of them were

6  contributing to the document as much as possibly, you

7  know, this would have been provided to them but they

8  likely didn't do -- many of them likely didn't do work,

9  quote unquote, work.

10     Q.   Okay.  And who initiated Project Monday?

11     A.   I did.

12     Q.   Did Mr. Schindler initiate Project Monday?

13     A.   No.  I think I just told you I did.

14     Q.   And did anyone else initiate Project Monday?

15     A.   No.

16     Q.   What was -- what were your job responsibilities

17  with respect to Project Monday?

18     A.   To steward the business through regulatory --

19  potential regulatory action.

20     Q.   And what work did you do with respect to

21  Project Monday?

22              MS. ELMER:  And, ███████ I instruct you not

23  to answer to the extent that answering would invade the

24  work product doctrine or privilege.  But if there's a

25  way that you can answer with not invading the privilege,

123

1  then you may do so.

2              THE WITNESS:   Sure.

3      A.   In conjunction with legal counsel, I authored a

4  potential remedy.

5      Q.   (By Mr. Nakamura)  And which legal counsel did

6  you author that in conjunction with?

7      A.   Ted Lazarus and ███████████ and I believe

8  possibly ██████.

9      Q.   I'm sorry.  Could you spell that last name?

10     A.   It's a first name, ██████.

11     Q.   Yes.  Could you spell that for us, please.

12     A.   ██████████.

13     Q.   I see now.  Okay.  And is his last name

14  ██████?

15     A.   Yes.

16     Q.   Okay.  Thank you.

17              And that's listed at the last line of

18  Google's in-house counsel included.  Is that correct?

19     A.   Yes.

20     Q.   And when did you author that legal remedy?

21     A.   So that was approximately -- it was early

22  March 2021.

23     Q.   And did you write that legal remedy down in a

24  document?

25     A.   Yes.

145

1              MS. ELMER:  Same instruction.  You may

2 answer to the extent you would not waive the privilege

3 or invade the work product doctrine.

4    A.   To be properly prepared if regulatory actions

5 occurred.

6    Q.   (By Mr. Nakamura)  What outside counsel were

7 involved in Project SingleClick?

8    A.   They're listed in the second bullet point

9 here --

10   Q.   Were any -- sorry.

11   A.   -- on page 2.

12   Q.   Thank you.

13             MS. ELMER:  And we are referring to

14 Exhibit No. 7.  Is that right?

15             THE WITNESS:  Yes.

16   Q.   (By Mr. Nakamura)  Thank you.

17             Were any outside counsel who worked on

18 this project not listed here?

19   A.   No.

20   Q.   What Alphabet employees who are not lawyers

21 worked on, approved or evaluated Project SingleClick?

22   A.   Those are listed in bullet point 4 here on

23 page 2 of Exhibit 7.

24   Q.   Okay.  And what was ██████████ role on Project

25 SingleClick?

146

1      A.   To provide initial scoping of the project.

2      Q.   And did she have any other job responsibilities

3 on Project SingleClick?

4      A.   Yes.  As a general manager, this falls within

5 her business.

6      Q.   And what business is that?

7      A.   Running the ADVA division.

8      Q.   And did ███████   do any work with respect to

9 Project SingleClick?

10     A.   No.

11     Q.   Who initiated Project SingleClick?

12     A.   This was a combination of ██████ and Ted

13 Lazarus.

14     Q.   And how was Project SingleClick initiated?

15     A.   Through a verbal discussion.

16     Q.   And which Alphabet employees were involved in

17 that verbal discussion?

18     A.   Ted Lazarus and ██████████, myself and ██████

19 and ████████████████.

20     Q.   ██████████ is listed under "Google employees

21 included."  Is that correct?

22     A.   That's correct.

23     Q.   What was ██████████ job responsibility with

24 respect to Project SingleClick?

25     A.   Contributor.

147

```
1    Q.   And what contributions did ██████ make?

2    A.   That would violate privilege.

3         MS. ELMER:  Yeah.  So I'll give the

4  instruction.  To the extent that this question invades

5  the work product doctrine or privilege, I instruct the

6  witness not to answer.  If there is a way to answer

7  without invading either one of those, then you may do

8  so.

9    A.   He's an engineer.  That's all I can answer.

10   Q.   (By Mr. Nakamura)  Okay.  Thank you.

11        What was ██████████  job responsibility

12 with respect to Project Monday -- I'm sorry, Project

13 SingleClick?  My apologies.

14   A.   He's a contributor.

15   Q.   What did his contributions involve?

16        MS. ELMER:  Same instruction.  But if

17 there's a way to answer without invading the work

18 product doctrine or the attorney/client privilege, you

19 may do so.

20   A.   He's a product manager.

21   Q.   (By Mr. Nakamura)  And when you say, "He's a

22 product manager," what do you mean?

23   A.   I mean his role at Google is as a product

24 manager in the AdManager product.

25   Q.   Thank you.
```

178



12      Q.    (By Mr. Nakamura)

14      A.                                          --

15              MS. ELMER:   Same scope objection.   I'm

16    sorry.

17              Go ahead.

18              THE WITNESS:   Yep.   I'm sorry.

19      A.

179



```
 1

 6     Q.   (By Mr. Nakamura)

 8          MS. ELMER:  Same scope objection.
 9     A.

17     Q.   (By Mr. Nakamura)  Okay.  Thank you for that.
18          MR. NAKAMURA:  I will just note for the
19  record that it is my view that had I been allowed to
20  question              as Alphabet's representative on
21  the document that was just clawed back, I would have had
22  more questions; but that's just for the record.
23     Q.   (By Mr. Nakamura)  So a new line of
24  questioning.  Did Alphabet consider
```

180

1   ██████████████████  as part of Project Stonehenge?

2                MS. ELMER:  And I instruct the witness not

3   to answer the question because the question invades the

4   work product doctrine and the attorney/client privilege.

5      Q.   (By Mr. Nakamura)  Will you follow that

6   instruction, ██████████████?

7      A.   Yes.

8                MR. NAKAMURA:  So, Ms. Elmer, it is the

9   Division's position that Google has waived privilege

10  over this particular line of inquiry.

11               Seumas, could you please put in the Chat

12  tab 27.  And I would like the court reporter to mark

13  this as Alphabet Exhibit 10.

14               (Exhibit 10 marked)

15               MR. NAKAMURA:  Alphabet Exhibit 10 is an

16  excerpt from the August 11th, 2021 deposition of

17  ██████████.  As you can see in this excerpt which

18  contains the title page, the reporter's certification

19  and an excerpt, on page 197 I asked ██████████ this

20  question with respect to Stonehenge and additional work

21  ██████████████████████████████████████████████████████.

22               He responded.  There was no clawback of

23  this transcript, motion to strike or anything else.

24               And as a result, not only have six months

25  passed, but I believe that Alphabet has waived the

181

```
 1  ability to claim privilege over this line of

 2  questioning.

 3              MS. ELMER:  We dispute your waiver

 4  argument, and we'll just have to take that up at a later

 5  time.  But we are not going to waive the privilege in

 6  today's deposition.

 7              MR. NAKAMURA:  I understand.  Thanks for

 8  your position.

 9     Q.   (By Mr. Nakamura) So let's move back to

10  Exhibit 7.  So turning to Exhibit 7, page 3.  Let me

11  know when you have that in front of you, ███████████.

12     A.   Is this the February 25th letter?

13     Q.   Yes, it is.

14     A.   Yep.

15     Q.   Under Project Stonehenge the second bullet

16  point, is this a complete list of all outside counsel

17  who were involved in Project Stonehenge?

18     A.   Yes.

19     Q.   And is the third bullet point a complete list

20  of all Google in-house counsel who were involved in

21  Project Stonehenge?

22     A.   Yes.

23     Q.   And is bullet point No. 4 a complete list of

24  all Google employees other than Google in-house counsel

25  who were involved in Project Stonehenge?
```

182

```
 1      A.    Yes, with the same note that some of these were
 2  on the working team and others were more of the
 3  audience.
 4      Q.    All right.  That's very helpful.
 5            So who among these Google employees was on
 6  the working team?
 7      A.    So I'll go in order here.  ████████████████
   ███████████████████████████████████████████████████
   ██████████████████████████████████████████████████████
   ████████████████████████████████████████████████████
   █████████████████████████████████████████.  And I
12  think that's it.
13      Q.    Was there a leadership --
14      A.    The nonlawyers.  And then there were lawyers.
15      Q.    I'm sorry.  Yes.  That's my fault.
16            Who were the lawyers who were on the
17  working team for Project Stonehenge?
18      A.    ████████████████████████.  Those were the primary
19  day-to-day.
20      Q.    And was there a leadership team associated with
21  Project Stonehenge?
22      A.    Yes.
23      Q.    Who was on that leadership team associated with
24  Project Stonehenge?
25      A.    ████████████████████████████████, along with
```

183

```
 1   I would include  ████████  in there.

 2       Q.   And were there any key decision-makers with

 3   respect to Project Stonehenge?

 4       A.   That assumes that a decision was reached, so

 5   that's impossible for me to answer.

 6       Q.   And that is because no decision was reached

 7   with respect to Project Stonehenge.  Is that correct?

 8       A.   Yes.

 9       Q.   And what were  ████████████████  job

10   responsibilities?

11       A.   Sure.  It's  ██████████  She is the lead product

12   manager for AdManager.

13       Q.   And what work did she do for Project

14   Stonehenge?

15               MS. ELMER:  And I object to the extent

16   that answering the question would call for information

17   that invades the work product doctrine or the

18   attorney/client privilege.

19               However, if there's a way to answer the

20   question without invading the privilege, please do so.

21       A.   Sure.  Before I do that, I should have noted

22   that  ████████████  was part of the leadership team.

23               So her job was to lead the project as we

24   considered remedies for potential antitrust litigation

25   and privacy litigation.
```

184

```
 1      Q.   (By Mr. Nakamura)   Thank you for that.

 2               And what were ███████████ job

 3  responsibilities with respect to Project Stonehenge?

 4               MS. ELMER:  Same admonishment, but you may

 5  answer if there's a way to do so without invading the

 6  privilege.

 7      A.   Yeah.  He's responsible for all engineers, for

 8  all of the publisher products, including AdManager, so

 9  he was a contributor.

10      Q.   (By Mr. Nakamura)  And what work did

11  ███████████  do as part of Project Stonehenge?

12               MS. ELMER:  Same admonishment.

13      A.   He provided guidance.

14      Q.   (By Mr. Nakamura)  And guidance to whom?

15      A.   To the working team and to leadership.

16      Q.   And when you say "leadership," do you mean the

17  leadership team we just discussed for Project Stonehenge

18  or some other leadership team?

19      A.   I basically mean ███████████.

20      Q.   And what were ███████████ job responsibilities

21  with respect to Project Stonehenge?

22               MS. ELMER:  Same admonishment.

23      A.   So he's responsible for the commercialization

24  of our publisher products and how we bring them to

25  market.
```

185

1    Q.   (By Mr. Nakamura)  And what work did ████████

2  do with respect to Project Stonehenge?

3              MS. ELMER:  Same instruction.

4    A.   He provided guidance to the working team.

5    Q.   (By Mr. Nakamura)  And what were your job

6  responsibilities with respect to Project Stonehenge?

7              MS. ELMER:  Same instruction.

8    A.   Primarily as an audience and to provide

9  guidance to both the working team and to leadership.

10    Q.   (By Mr. Nakamura)  And what work did you do

11  with respect to Project Stonehenge?

12              MS. ELMER:  Same instruction.

13    A.   I provided guidance to the working team and to

14  leadership.

15    Q.   (By Mr. Nakamura)  What were ████████ job

16  responsibilities with respect to Project Stonehenge?

17              MS. ELMER:  Same instruction.

18    A.   He works for ██████ and he's a project manager

19  on AdManager.

20    Q.   (By Mr. Nakamura)  And what work did

21  ██████████ do for Project Stonehenge?

22              MS. ELMER:  Same instruction.

23    A.   Analysis.

24    Q.   (By Mr. Nakamura)  And what analysis did

25  ██████████ perform?

186

1          MS. ELMER:  I'd instruct the witness not

2  to answer because the question invades the work product

3  doctrine and the attorney/client privilege.

4      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

5  instruction?

6      A.   Yes.

7      Q.   Okay.  What were ███████████  job

8  responsibilities with respect to Project Stonehenge?

9      A.   Apologies.  Can I have one minute?

10     Q.   Sure.  No problem.

11     A.   Okay.  I'm ready to continue.

12          MS. ELMER:  Same admonishment, but you may

13  answer to the extent you can without invading the

14  privilege, ██████████.

15     A.   I apologize.  Can you repeat the question.

16     Q.   (By Mr. Nakamura)  Absolutely, no problem.

17          What were ████████████  job

18  responsibilities with respect to Project Stonehenge?

19     A.   He is a senior engineering leader on the

20  AdManager team.

21     Q.   And what work did ███████████  do with respect to

22  Project Stonehenge?

23          MS. ELMER:  Same admonishment.

24     A.   Analysis.

25     Q.   (By Mr. Nakamura)  And what sort of analysis

187

1   did ██████████ perform as part of Project Stonehenge?

2              MS. ELMER:  I instruct the witness not to

3   answer because the question invades the work product

4   doctrine and the attorney/client privilege.

5      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

6   instruction?

7      A.   Yes.

8      Q.   I'm sorry.  Did you say "yes"?

9      A.   Yes.

10     Q.   Thank you.  My fault.

11             What were ██████████ job responsibilities

12  with respect to Project Stonehenge?

13     A.   He's the engineer responsible for AdManager.

14     Q.   And what work did ██████████ perform as part of

15  Project Stonehenge?

16             MS. ELMER:  Same admonishment.

17     A.   He was a contributor to the working team.

18     Q.   (By Mr. Nakamura)  What contributions did

19  ██████████ make to the working team?

20             MS. ELMER:  If you can answer the question

21  without invading the privilege or work product doctrine,

22  you may; otherwise, I instruct the witness not to

23  answer.

24     Q.   (By Mr. Nakamura)  Do you have any response

25  that you can provide, ██████████, subject to your

188

1  counsel's instruction?

2      A.    No.

3      Q.    All right.  And lastly on this list, what were

4  ███████████  job responsibilities with respect to Project

5  Stonehenge?

6      A.    So she's the general manager for AVAD, which

7  includes the publisher products.

8      Q.    And what work did she perform with respect to

9  Project Stonehenge?

10              MS. ELMER:  Same admonishment.

11     A.    Primarily audience, and she obviously among

12  this list has the senior responsibility to decide how to

13  steward the business in light of regulatory

14  potentialities.

15     Q.   (By Mr. Nakamura)  Were any Alphabet employees

16  or executives not listed here involved in considering

17  any part of Project Stonehenge?

18     A.    Not to my knowledge based on the diligence that

19  we performed.

20     Q.    And when did Project Stonehenge begin?

21              I'm sorry.  You're muted, ██████████.

22     A.    My apologies.

23              Stonehenge began in February of 2020.

24     Q.    What event began Project Stonehenge?

25     A.    Primarily the completion of a prior project at

189

```
 1  which point we decided to investigate a particular line

 2  of remedies.  And that prior project was precipitated by

 3  the seven investigations that were noted on page 2 of

 4  Exhibit 7.

 5      Q.   Thank you.  I appreciate the precision.

 6           And did Project Stonehenge evolve into

 7  Project Banksy as listed on the CID specification

 8  schedule?

 9      A.   No.

10      Q.   Okay.  When did Project Stonehenge end?

11      A.   June 2020.

12      Q.   Was there any event or occurrence that marked

13  the end of Project Stonehenge in Alphabet's view?

14      A.   This was more of a completion of analysis to

15  our satisfaction.

16      Q.   Okay.  How many meetings in total occurred at

17  Alphabet for Project Stonehenge?

18      A.   I'd say on the order of 25.

19      Q.   And of those 25 meetings, how many were

20  attended by Alphabet's attorneys?

21      A.   The majority, large majority.

22      Q.   How many Alphabet employee hours have been

23  spent on Project Stonehenge?

24      A.   About 50.

25      Q.   And how much did Alphabet spend on outside
```

190

1  counsel as related to Project Stonehenge?

2      A.   That's tough to answer, again, because this is

3  conflated with many other ongoing projects and difficult

4  to ascertain from the available data.  So I suspect it's

5  a small to medium amount, likely more than SingleClick.

6      Q.   Okay.  I appreciate that.

7               And what records or information did you

8  look at to come to the estimate you just provided that

9  it is a small to medium amount and more than

10  SingleClick?

11      A.   There were more meetings, as indicated by the

12  calendaring and the length of the project and analysis.

13      Q.   And how many of the approximately 25 meetings

14  that occurred as a result of Project Stonehenge were

15  attended by Google's outside counsel?

16      A.   A few.

17      Q.   Less than five?

18      A.   On the order of five.

19      Q.   Thank you.  If you could turn to page 2 of

20  Exhibit 7.

21      A.   (Witness complies.)

22      Q.   Is this a list of government investigations

23  that caused Alphabet to initiate Project Stonehenge?

24      A.   The first seven, yes.

25      Q.   And that, to be clear, excludes the Australian

191

 1  Competition and Consumer Commission.  Is that correct?

 2      A.   Yes.

 3      Q.   And are there any of these investigations on

 4  this list on Exhibit 7, page 2 that Alphabet anticipated

 5  litigation or it was dealing with actual litigation that

 6  caused it to initiate Project Stonehenge?

 7                MS. ELMER:  Object to the form of the

 8  question as compound.

 9      Q.   (By Mr. Nakamura)  You can answer if you

10  understand, ███████████.

11      A.   I was going to ask some clarifying questions

12  because I wasn't sure which specific question you're

13  asking.

14      Q.   Sure.  So with respect to anticipated

15  litigation, did Alphabet anticipate any litigation from

16  any of the investigations on this list other than the

17  ACCC investigation that caused it to initiate Project

18  Stonehenge?

19      A.   Yes.  We anticipated litigation.

20      Q.   And is there any actual litigation other than

21  the investigations listed on page 2 of Exhibit 7 that

22  Alphabet initiated Project Stonehenge in response to?

23      A.   Okay.  So you're asking for any investigation

24  that are not on this list or litigation not on this

25  list?

192

1    Q.   Any litigation not on this list.

2              MS. ELMER:  And to be clear, you're asking

3  for any actual litigation not on this list, correct?

4  You're not talking about government investigations;

5  you're talking about actual litigation?

6              MR. NAKAMURA:  Yes, that's correct.

7              MS. ELMER:  ████  do you understand the

8  question?

9              THE WITNESS:  I do understand the

10  question, but I would like to sidebar with you briefly.

11             MS. ELMER:  All right.  We'll take a quick

12  break.

13             MR. NAKAMURA:  All right.

14             THE VIDEOGRAPHER:  Off the record at

15  3:45 p.m.

16             (Recess taken)

17             THE VIDEOGRAPHER:  Back on the record at

18  3:49 p.m.

19    Q.   (By Mr. Nakamura)  █████████, is there any

20  actual litigation other than the investigations listed

21  on page 2 of Exhibit 7 that Alphabet initiated Project

22  Stonehenge in response to?

23    A.   No.

24    Q.   Is there any anticipated litigation other than

25  the investigations listed on page 2 of Exhibit 7 that

200

```
 1  marked the exhibit that was just clawed back as
 2  Exhibit 11; but, of course, you may claw it back.
 3              (Exhibit 11 marked)
 4      Q.   (By Mr. Nakamura)  All right.  With that, I'll
 5  move on.
 6              ███████████, I would now like to ask you
 7  about Project Banksy which is part of specifications 1f
 8  and specification 2.
 9              Who chose the name "Project Banksy" for
10  the project?
11      A.   I suspect it was the lead engineer working on
12  the project, ███████████.
13      Q.   ███████████, is that what you just said?
14      A.   Yes.
15      Q.   Thank you.  What was the subject -- I'm sorry,
16  let me back up.
17              Let's refer to Exhibit 7, which is the
18  February 25th letter sent by your counsel, Ms. Elmer,
19  page 4.  Please let me know when you have that in front
20  of you.
21      A.   Yep, I do.
22      Q.   Great.  What is the subject matter of Project
23  Banksy?
24      A.   So as laid out in ███████████ testimony,
25  there's two parts to it.
```

201

1          One was an early examination of header

2   bidding as a project feature, and then, secondly, it

3   morphed into a product or into an effort that was a

4   response to a particular antitrust investigation.

5      Q.   And what antitrust investigation was the second

6   Project Banksy a response to?

7      A.   The French Competition Authority.

8      Q.   And what were Alphabet's objectives as part of

9   Project Banksy?

10          MS. ELMER:  So to the extent that this --

11  well, actually, I instruct the witness not to answer the

12  question as it invades the work product doctrine and the

13  attorney/client privilege.

14     Q.   (By Mr. Nakamura)  And will you follow that

15  instruction, ███████████?

16     A.   Yes.

17     Q.   Turning now to bullet point 2 that starts on

18  page 4 and runs into page 5 of Exhibit 7, is this a full

19  and complete list of all outside counsel who worked on

20  the second Project Banksy?

21     A.   Yes.

22     Q.   And is the first full bullet point on page 4 a

23  full and complete list of all Google in-house counsel

24  who worked on the second version of Project Banksy?

25     A.   Yeah.  I just want to again specify that not

202

1 everyone here worked on it.  Some were made aware of the

2 project.

3     Q.   But in terms of anyone who worked on the

4 project, is that a full and complete list?

5     A.   Yes.

6     Q.   Thank you.

7          MS. ELMER:  I'd like to clarify.  I think,

8 Brent, in your earlier question about a bullet point

9 that started on page 4 and runs into page 5, what you

10 meant to say was bullet point 2 that starts on page 3

11 and runs into page 4.

12          MR. NAKAMURA:  Yes.  Thank you, Julie.

13 That is what I meant.  I appreciate that.

14     Q.   (By Mr. Nakamura)  And so on the second full

15 bullet point on page 4, is this a full and complete list

16 of Google employees who worked on or were an audience

17 for Project Banksy?

18     A.   There may be a few others who were an audience.

19          And I think it's important to note in a

20 project like this, especially given the tight relation

21 to a regulatory matter, that it would have gone up the

22 chain for acknowledgments, though I don't -- I wouldn't

23 necessarily classify the cross-functional leadership up

24 the chain as an audience as much as they were very

25 briefly made aware, possibly asked for a simple ack.

236

1      Q.   And lastly, was Project Quantize presented at

2   the 2020 future of display review?

3                   MS. ELMER:   Same instruction.

4      Q.   (By Mr. Nakamura)   All right.   Will you follow

5   Ms. Elmer's instruction not to answer my question,

6   ██████████?

7      A.   Yes.

8                   MR. NAKAMURA:   All right.   Let's go off

9   the record.

10                   THE VIDEOGRAPHER:   Off the record at

11  5:35 p.m.

12                   (Recess taken)

13                   THE VIDEOGRAPHER:   Back on the record at

14  5:45 p.m.

15                   MR. NAKAMURA:   Thank you.   Could the court

16  reporter please mark what has been put in the Chat as

17  Alphabet Exhibit 30 [sic].   This document is a document

18  that has been reproduced after a clawback from

19  Alphabet's counsel with additional redactions applied.

20  It is a document that begins with Bates

21  No. GOOG-DOJ-AT-00205841, ending in Bates No. 5843.

22                   (Exhibit 13 marked)

23      Q    (By Mr. Nakamura)   ████████████, I would like

24  to direct your attention to the third page of this

25  document ending in Bates No. 5842.   Could you please let

237

1  me know when you are there.

2      A.   I am there.

3      Q.   Looking at the first full bullet point on

4  page 4 of this PDF, did Project Stonehenge involve

5  Alphabet's consideration of ███████████████████

   ███████████████████?

7              MS. ELMER:  And I instruct the witness not

8  to answer the question.  It's an improper question that

9  attempts to invade the privilege, the work product

10 doctrine, and on that basis instruct the witness not to

11 answer.

12     Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

13 instruction, ██████████?

14     A.   Yes.

15     Q.   And was the ███████████ discussion

16 mentioned in this bullet point one that was done

17 separately from Project Stonehenge?

18     A.   I don't know how to answer that with invading

19 the privilege.

20             MR. NAKAMURA:  Ms. Elmer, are you

21 instructing █████████ then not to answer my question?

22             MS. ELMER:  Let's take a break to discuss

23 an issue of privilege.

24             MR. NAKAMURA:  All right.  Let's go off

25 the record.

238

```
 1              THE VIDEOGRAPHER:  Off the record at

 2  5:47 p.m.

 3              (Recess taken)

 4              THE VIDEOGRAPHER:  Back on the record at

 5  5:49 p.m.

 6    Q.   (By Mr. Nakamura)  And, ███████████, my

 7  question was was the ████████████  discussion

 8  mentioned in this bullet point on Exhibit 13, one, a

 9  discussion that was done separately from Project

10  Stonehenge?

11    A.   I can't answer questions about what was part of

12  Stonehenge or not, as that would violate privilege.

13              MS. ELMER:  Brent, I think if you were to

14  ask the witness whether there were ████████████████

15  discussions that were business discussions and not part

16  of a work product project, he might be able to answer

17  your question.

18              MR. NAKAMURA:  All right.  I will give

19  that a shot.

20    Q.   (By Mr. Nakamura)  Were there ████████████████

21  ██████ discussions that were business discussions that

22  occurred that were not part of a work product project?

23    A.   Yes.

24    Q.   And when did those discussions take place?

25    A.   All the time for as long as I can personally
```

30(b)(6), Highly Confidential                    February 28, 2022

239

1  remember and from what I've seen over the past five to

2  ten years, quite regularly.

3      Q.   And was Alphabet's consideration of ████████

████████████████████████████████████████████████████████

████████████████████████████████████?

6           MS. ELMER:   And I'm going to object to

7  this question as exceeding the scope of the CID, but the

8  witness may answer in his individual capacity.

9      A.   Yeah.   I'll go so far as to say yes.

10     Q.   (By Mr. Nakamura)   And was the consideration of

11 ████████████████████████████████████████████████████████

████████████████████████████?

13          MS. ELMER:   Same scope objection, but he

14 may answer in his individual capacity.

15     A.   Yes.

16     Q.   (By Mr. Nakamura)   And was ████████████████ --

17 was Alphabet's consideration of ████████████████████████

████████   feature part of Project Stonehenge?

19          MS. ELMER:   I instruct the witness not to

20 answer the question because your question invades the

21 work product doctrine and the attorney/client privilege.

22          MR. NAKAMURA:   Thank you.

23     Q.   (By Mr. Nakamura)   Will you follow Ms. Elmer's

24 instruction?

25     A.   Yes.

240

```
 1              MR. NAKAMURA:  And before we put this

 2  aside, I will register the Division's position that we

 3  believe that privilege has been waived over this

 4  document and the redactions that were made were not

 5  appropriate.  So with that, ████████, you can put

 6  that aside.

 7              MS. ELMER:  And we dispute that position,

 8  but that is not a discussion for this deposition.

 9     Q.   (By Mr. Nakamura)  And -- I'm sorry.  Go ahead.

10     A.   I just think it's --

11              MS. ELMER:  ████ that's okay.

12              THE WITNESS:  Okay.

13     Q.   (By Mr. Nakamura)  ████████, did you have

14  anything to add?

15     A.   Well, I just think real briefly in a document

16  like this that starts to talk to smaller groups that are

17  cross-functional, there's -- it's very difficult to get

18  anything done in an organization this size without

19  talking to the cross-functional partners on any given

20  project.

21              So I just want -- like I know I had talked

22  about it at the VP level and the acknowledgments and

23  leadership as well, but it's also the case in these

24  types of projects and all the projects we've been

25  talking to, like you have to solicit all various
```