# EXHIBIT 16



Washington
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
T        +1 202 777 4500
(Switchboard)
         +1 202-777-4587 (Direct)
E        julie.elmer@freshfields.com
www.freshfields.com

**Confidential Treatment Requested**
**By Email**

Ryan Karr
Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

October 28, 2021

Re:     **Civil Investigative Demand No. 30769**

Dear Ryan:

I write to respond to your October 18, 2021 letter regarding Civil Investigative Demand No. 30769 ("the CID") issued to Alphabet, Inc. ("Company") for oral testimony.  In response to your request that the Company identify each document withheld on the basis of privilege for each of the projects identified in the CID schedule, please see the information in the Appendix, which sets forth the privilege log numbers of documents that the Company has withheld for attorney-client privilege, the work product protection and/or another cognizable privilege in response to Civil Investigative Demand No. 30471 and that contain the names of the projects identified in the CID schedule.

\*          \*          \*

The Company requests confidential treatment of this information to the fullest extent allowed by law, including the Antitrust Civil Process Act, 15 U.S.C. § 1311 et seq., Exemption 4 of the Freedom of Information Act, as well as all other applicable statutes, regulations, and customary confidentiality policies. The Company specifically requests advance notice before disclosure of this information to any person.

**Freshfields Bruckhaus Deringer US LLP**

      Please do not hesitate to contact me with any questions. We look forward to speaking with you tomorrow morning regarding the remaining request in your letter.

                            Sincerely yours,

                            /s/ Julie Elmer



## Appendix

| Privilege Log Number | Project(s) |
|---|---|
| GGPL-AT-0003196 | Project Banksy |
| GGPL-AT-0026465 | Project Garamond |
| GGPL-AT-0026603 | Project Garamond |
| GGPL-AT-0026775 | Project Garamond |
| GGPL-AT-0026776 | Project Garamond |
| GGPL-AT-0026777 | Project Garamond |
| GGPL-AT-0026778 | Project Garamond |
| GGPL-AT-0026779 | Project Garamond |
| GGPL-AT-0026780 | Project Garamond |
| GGPL-AT-0026781 | Project Garamond |
| GGPL-AT-0026782 | Project Garamond |
| GGPL-AT-0026783 | Project Garamond |
| GGPL-AT-0028386 | Project Garamond |
| GGPL-AT-0007291 | Project Garamond |
| GGPL-AT-0026830 | Project SingleClick |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0026949 | Project Garamond |
| GGPL-AT-0026950 | Project Garamond |
| GGPL-AT-0026954 | Project SingleClick |
| GGPL-AT-0026955 | Project Garamond |
| GGPL-AT-0026962 | Project Stonehenge |
| GGPL-AT-0026963 | Project Stonehenge |
| GGPL-AT-0026964 | Project Stonehenge |
| GGPL-AT-0026965 | Project Stonehenge |
| GGPL-AT-0026966 | Project Stonehenge |
| GGPL-AT-0026967 | Project Stonehenge |
| GGPL-AT-0026968 | Project Stonehenge |
| GGPL-AT-0026969 | Project Stonehenge |
| GGPL-AT-0026972 | Project SingleClick |
| GGPL-AT-0026973 | Project SingleClick |
| GGPL-AT-0026974 | Project Stonehenge |
| GGPL-AT-0026975 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026976 | Project Stonehenge;Project SingleClick |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0026977 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026978 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026979 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026980 | Project Stonehenge;Project SingleClick |
| GGPL-2022042258 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026981 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026982 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026984 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026983 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026985 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026986 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026987 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026989 | Project Stonehenge |
| GGPL-AT-0026993 | Project Stonehenge |
| GGPL-AT-0028636 | Project Garamond |
| GGPL-AT-0027041 | Project Stonehenge |
| GGPL-AT-0028641 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0007992 | Project Stonehenge |
| GGPL-AT-0026519 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026530 | Project Stonehenge |
| GGPL-AT-0026531 | Project Stonehenge |
| GGPL-AT-0026532 | Project Stonehenge |
| GGPL-AT-0026533 | Project Stonehenge |
| GGPL-AT-0027763 | Project Garamond |
| GGPL-AT-0026534 | Project Stonehenge |
| GGPL-AT-0026535 | Project Stonehenge |
| GGPL-AT-0026536 | Project Stonehenge |
| GGPL-AT-0027764 | Project Garamond |
| GGPL-AT-0027765 | Project Garamond |
| GGPL-AT-0027766 | Project Garamond |
| GGPL-AT-0027819 | Project Garamond |
| GGPL-AT-0027820 | Project Garamond |
| GGPL-AT-0027821 | Project Garamond |
| GGPL-AT-0026604 | Project Stonehenge |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0026605 | Project Stonehenge |
| GGPL-AT-0026606 | Project Banksy |
| GGPL-AT-0026607 | Project Stonehenge |
| GGPL-AT-0026608 | Project Banksy |
| GGPL-AT-0026609 | Project Banksy |
| GGPL-AT-0008152 | Project Stonehenge;Project SingleClick |
| GGPL-AT-0026647 | Project Banksy |
| GGPL-AT-0026649 | Project Stonehenge |
| GGPL-AT-0026648 | Project Stonehenge |
| GGPL-AT-0027063 | Project Stonehenge |
| GGPL-AT-0027064 | Project Stonehenge |
| GGPL-AT-0027068 | Project Stonehenge |
| GGPL-AT-0027069 | Project Stonehenge |
| GGPL-AT-0027070 | Project Stonehenge |
| GGPL-AT-0027071 | Project Stonehenge |
| GGPL-AT-0027073 | Project Stonehenge |
| GGPL-AT-0027074 | Project Stonehenge |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0027075 | Project Stonehenge |
| GGPL-AT-0027076 | Project Stonehenge |
| GGPL-AT-0008354 | Project Stonehenge |
| GGPL-AT-0008364 | Project Stonehenge |
| GGPL-AT-0027077 | Project Stonehenge |
| GGPL-AT-0008396 | Project Stonehenge |
| GGPL-AT-0027078 | Project Stonehenge |
| GGPL-AT-0027079 | Project Stonehenge |
| GGPL-AT-0008401 | Project Stonehenge |
| GGPL-AT-0008404 | Project Stonehenge |
| GGPL-AT-0027080 | Project Stonehenge |
| GGPL-AT-0027081 | Project Stonehenge |
| GGPL-AT-0008406 | Project Stonehenge |
| GGPL-AT-0027082 | Project Stonehenge |
| GGPL-AT-0027083 | Project Stonehenge |
| GGPL-AT-0027085 | Project Stonehenge |
| GGPL-AT-0027088 | Project Stonehenge |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0027086 | Project Stonehenge |
| GGPL-AT-0027090 | Project Stonehenge |
| GGPL-AT-0027091 | Project Stonehenge |
| GGPL-AT-0027092 | Project Stonehenge |
| GGPL-AT-0027093 | Project Stonehenge |
| GGPL-AT-0008522 | Project Stonehenge |
| GGPL-AT-0026507 | Project Stonehenge |
| GGPL-AT-0026520 | Project Stonehenge |
| GGPL-AT-0026552 | Project Stonehenge |
| GGPL-AT-0008839 | Project Garamond |
| GGPL-AT-0008843 | Project Stonehenge |
| GGPL-AT-0008886 | Project Garamond |
| GGPL-AT-0008888 | Project Garamond |
| GGPL-AT-0027113 | Project Stonehenge |
| GGPL-AT-0027123 | Project Garamond |
| GGPL-AT-0027124 | Project Stonehenge |
| GGPL-AT-0027125 | Project Garamond |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0027126 | Project Garamond |
| GGPL-AT-0027127 | Project Garamond |
| GGPL-AT-0027129 | Project Garamond |
| GGPL-AT-0027130 | Project Garamond |
| GGPL-AT-0009030 | Project Stonehenge |
| GGPL-AT-0027545 | Project Garamond |
| GGPL-AT-0009395 | Project Garamond |
| GGPL-AT-0009401 | Project Garamond |
| GGPL-AT-0028122 | Project Garamond |
| GGPL-AT-0027181 | Project Banksy |
| GGPL-AT-0009631 | Project Stonehenge |
| GGPL-AT-0009663 | Project Stonehenge |
| GGPL-AT-0009664 | Project Stonehenge |
| GGPL-AT-0027195 | Project Banksy |
| GGPL-AT-0028946 | Project Garamond |
| GGPL-AT-0009787 | Project Garamond |
| GGPL-AT-0028984 | Project Garamond |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0028987 | Project Garamond |
| GGPL-AT-0009911 | Project Garamond |
| GGPL-AT-0026491 | Project Garamond |
| GGPL-AT-0009983 | Project Garamond |
| GGPL-AT-0010022 | Project Stonehenge |
| GGPL-AT-0010083 | Project Garamond |
| GGPL-AT-0010088 | Project Garamond |
| GGPL-AT-0010379 | Project Garamond |
| GGPL-AT-0010407 | Project Stonehenge |
| GGPL-AT-0010436 | Project Garamond |
| GGPL-AT-0027211 | Project Stonehenge |
| GGPL-AT-0000231 | Project Garamond |
| GGPL-AT-0000234 | Project Garamond |
| GGPL-AT-0027219 | Project Garamond |
| GGPL-AT-0000237 | Project Garamond |
| GGPL-AT-0000238 | Project Garamond |
| GGPL-AT-0000239 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0000240 | Project Garamond |
| GGPL-AT-0010700 | Project Garamond |
| GGPL-AT-0027855 | Project Garamond |
| GGPL-AT-0027968 | Project Garamond |
| GGPL-AT-0028025 | Project Garamond |
| GGPL-AT-0010862 | Project Garamond |
| GGPL-AT-0026650 | Project Garamond |
| GGPL-AT-0010888 | Project Garamond |
| GGPL-AT-0027239 | Project Garamond |
| GGPL-AT-0000577 | Project Garamond |
| GGPL-AT-0011163 | Project Banksy |
| GGPL-AT-0011383 | Project Garamond |
| GGPL-AT-0000190 | Project Garamond |
| GGPL-AT-0027864 | Project Garamond |
| GGPL-AT-0026584 | Project Banksy |
| GGPL-AT-0026585 | Project Banksy |
| GGPL-AT-0026586 | Project Banksy |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0029314 | Project Garamond |
| GGPL-AT-0029390 | Project Garamond |
| GGPL-AT-0011928 | Project Sunday |
| GGPL-AT-0011932 | Project Garamond |
| GGPL-AT-0012057 | Project Sunday |
| GGPL-AT-0026659 | Project Garamond |
| GGPL-AT-0026660 | Project Garamond |
| GGPL-AT-0026661 | Project Garamond |
| GGPL-AT-0026662 | Project Garamond |
| GGPL-AT-0026663 | Project Garamond |
| GGPL-AT-0026664 | Project Garamond |
| GGPL-AT-0026667 | Project Garamond |
| GGPL-AT-0026669 | Project Banksy |
| GGPL-AT-0026668 | Project Garamond |
| GGPL-AT-0026670 | Project Garamond |
| GGPL-AT-0012202 | Project Sunday |
| GGPL-AT-0012203 | Project Sunday |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0026672 | Project Garamond |
| GGPL-AT-0012218 | Project Garamond |
| GGPL-AT-0027313 | Project Garamond |
| GGPL-AT-0027317 | Project Garamond |
| GGPL-AT-0027319 | Project Garamond |
| GGPL-AT-0027320 | Project Garamond |
| GGPL-AT-0027314 | Project Garamond |
| GGPL-AT-0027318 | Project Garamond |
| GGPL-AT-0012309 | Project Sunday |
| GGPL-AT-0012315 | Project Sunday |
| GGPL-AT-0027324 | Project Garamond |
| GGPL-AT-0029444 | Project Garamond |
| GGPL-AT-0029442 | Project Garamond |
| GGPL-AT-0027348 | Project Sunday |
| GGPL-AT-0012671 | Project Garamond |
| GGPL-AT-0027350 | Project Garamond |
| GGPL-AT-0027352 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

| | |
|---|---|
| GGPL-AT-0027353 | Project Garamond |
| GGPL-AT-0027354 | Project Garamond |
| GGPL-AT-0012679 | Project Sunday |
| GGPL-AT-0027358 | Project Sunday |
| GGPL-AT-0027361 | Project Sunday |
| GGPL-AT-0014895 | Project Sunday |
| GGPL-AT-0026488 | Project Garamond |
| GGPL-AT-0012830 | Project Sunday |
| GGPL-AT-0012831 | Project Sunday |
| GGPL-AT-0012852 | Project Banksy |
| GGPL-AT-0026493 | Project Sunday |
| GGPL-AT-0012890 | Project Garamond |
| GGPL-AT-0026546 | Project Banksy |
| GGPL-AT-0012901 | Project Banksy |
| GGPL-AT-0026596 | Project Sunday |
| GGPL-AT-0026616 | Project Garamond |
| GGPL-AT-0013006 | Project Garamond |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0027980 | Project Garamond |
| GGPL-AT-0013264 | Project Stonehenge |
| GGPL-AT-0028459 | Project Garamond |
| GGPL-AT-0026857 | Project Garamond |
| GGPL-AT-0013339 | Project Garamond |
| GGPL-AT-0026875 | Project Stonehenge;Project Banksy |
| GGPL-AT-0026876 | Project Banksy |
| GGPL-AT-0026495 | Project Banksy |
| GGPL-AT-0013525 | Project Stonehenge |
| GGPL-AT-0013526 | Project Garamond |
| GGPL-AT-0026681 | Project Banksy |
| GGPL-AT-0026918 | Project Banksy |
| GGPL-AT-0026919 | Project Banksy |
| GGPL-AT-0026920 | Project Banksy |
| GGPL-AT-0026926 | Project Banksy |
| GGPL-AT-0026929 | Project Banksy |
| GGPL-AT-0026930 | Project Banksy |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0026931 | Project Banksy |
| GGPL-AT-0013567 | Project Garamond |
| GGPL-AT-0026718 | Project Garamond |
| GGPL-AT-0026738 | Project Banksy |
| GGPL-AT-0028270 | Project Garamond |
| GGPL-AT-0026754 | Project Banksy |
| GGPL-AT-0026766 | Project Sunday |
| GGPL-AT-0026805 | Project Banksy |
| GGPL-AT-0013632 | Project Garamond |
| GGPL-AT-0026818 | Project Garamond |
| GGPL-AT-0013682 | Project Garamond |
| GGPL-AT-0026712 | Project Quantize |
| GGPL-AT-0000424 | Project Garamond |
| GGPL-AT-0013756 | Project Garamond |
| GGPL-AT-0026961 | Project Garamond |
| GGPL-AT-0013803 | Project Garamond |
| GGPL-AT-0026998 | Project Garamond |

**Freshfields Bruckhaus Deringer US LLP**

| | |
|---|---|
| GGPL-AT-0000508 | Project Garamond |
| GGPL-AT-0027043 | Project Banksy |
| GGPL-AT-0027044 | Project Banksy |
| GGPL-AT-0013930 | Project Garamond |
| GGPL-AT-0028802 | Project Garamond |
| GGPL-AT-0027161 | Project Garamond |
| GGPL-AT-0028267 | Project Banksy |
| GGPL-AT-0029079 | Project Garamond |
| GGPL-AT-0028239 | Project Banksy |
| GGPL-AT-0026743 | Project Garamond |
| GGPL-AT-0026744 | Project Banksy;Project Metta |
| GGPL-AT-0028259 | Project Banksy |
| GGPL-AT-0028285 | Project Metta |
| GGPL-AT-0026764 | Project Banksy |