# EXHIBIT 17



```
Washington
700 13th Street, NW
10th Floor
Washington, DC  20005-3960
T          +1 202 777 4500
(Switchboard)
           +1 202-777-4587 (Direct)
E          julie.elmer@freshfields.com
www.freshfields.com
```

**Confidential Treatment Requested**
**By Email**

Ryan Karr
Antitrust Division
U.S. Department of Justice
450 5th St. NW
Washington, DC 20530

November 15, 2021

Re:   **Civil Investigative Demand No. 30769**

Dear Ryan:

I write in connection with Civil Investigative Demand No. 30769 ("the CID") issued to Alphabet, Inc. ("Company") for oral testimony.  In response to your request that the Company identify each document redacted on the basis of privilege for each of the projects identified in the CID schedule, please see the information in the Appendix, which sets forth the beginning Bates numbers of documents that the Company has redacted for attorney-client privilege, the work product protection and/or another cognizable privilege in response to Civil Investigative Demand No. 30471 and that contain the names of the projects identified in the CID specifications.

Additionally, during our call on November 4, 2021, you requested that the Company identify the investigations that prompted the projects over which the Company is asserting work product protection.  Projects SingleClick, Stonehenge, Banksy, Sunday, and Monday were prompted by and undertaken in response to active government investigations of Google's ad tech business by competition authorities around the world, including the Antitrust Division of the United States Department of Justice; the State of Texas and a coalition of State Attorneys General; the French Competition Authority; the European



**Confidential**

Commission; the Australian Competition and Consumer Commission; and the U.K. Competition and Markets Authority. The projects also were prompted by and undertaken in response to privacy investigations by governmental authorities, including the Irish Data Protection Commission.

*     *     *

The Company requests confidential treatment of this information to the fullest extent allowed by law, including the Antitrust Civil Process Act, 15 U.S.C. § 1311 et seq., Exemption 4 of the Freedom of Information Act, as well as all other applicable statutes, regulations, and customary confidentiality policies. The Company specifically requests advance notice before disclosure of this information to any person.

Please do not hesitate to contact me with any questions.

Sincerely yours,

/s/ Julie Elmer



Confidential

**Confidential: Appendix**

| Beginning Bates | Project Name Hits |
| --- | --- |
| GOOG-DOJ-AT-02392243 | Project Quantize |
| GOOG-DOJ-AT-02473918 | Project Quantize |
| GOOG-DOJ-12766025 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-12762667 | Banksy |
| GOOG-DOJ-12762659 | Banksy |
| GOOG-DOJ-12762683 | Banksy |
| GOOG-DOJ-12762679 | Banksy |
| GOOG-DOJ-12762695 | Banksy |
| GOOG-DOJ-12762688 | Banksy |
| GOOG-DOJ-07392793 | Project Quantize |
| GOOG-DOJ-08123519 | Project Garamond |
| GOOG-DOJ-08123522 | Project Garamond |
| GOOG-DOJ-08123515 | Project Garamond |
| GOOG-DOJ-08123486 | Project Garamond |
| GOOG-DOJ-08619863 | Banksy |
| GOOG-DOJ-04836712 | Project Quantize |
| GOOG-DOJ-11369925 | Banksy |
| GOOG-DOJ-11369963 | Banksy |
| GOOG-DOJ-08611902 | Project Garamond |
| GOOG-DOJ-11167040 | Project Garamond |
| GOOG-DOJ-11167035 | Project Garamond |
| GOOG-DOJ-11167028 | Project Garamond |
| GOOG-DOJ-11167023 | Project Garamond |
| GOOG-DOJ-08611782 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP                         Confidential

| | |
|---|---|
| GOOG-DOJ-11167019 | Project Garamond |
| GOOG-DOJ-08611778 | Project Garamond |
| GOOG-DOJ-08611775 | Project Garamond |
| GOOG-DOJ-08611772 | Project Garamond |
| GOOG-DOJ-08611769 | Project Garamond |
| GOOG-DOJ-08611766 | Project Garamond |
| GOOG-DOJ-08611754 | Project Garamond |
| GOOG-DOJ-08611760 | Project Garamond |
| GOOG-DOJ-08611763 | Project Garamond |
| GOOG-DOJ-08611757 | Project Garamond |
| GOOG-DOJ-08611751 | Project Garamond |
| GOOG-DOJ-09080812 | Project Garamond |
| GOOG-DOJ-09116931 | Project Garamond |
| GOOG-DOJ-AT-01021632 | Project SingleClick |
| GOOG-DOJ-11170689 | Project Garamond |
| GOOG-DOJ-11170144 | Project Garamond |
| GOOG-DOJ-12866023 | Project Stonehenge |
| GOOG-DOJ-10311491 | Project Garamond |
| GOOG-DOJ-11545655 | Project Garamond |
| GOOG-DOJ-12935352 | Project Banksy |
| GOOG-DOJ-10562973 | Project Sunday |
| GOOG-DOJ-09933972 | Project Quantize |
| GOOG-DOJ-AT-00207253 | Project Garamond |
| GOOG-DOJ-12766268 | Project Stonehenge |
| GOOG-DOJ-13511411 | Project Garamond |
| GOOG-DOJ-AT-00677017 | Project Stonehenge |
| GOOG-DOJ-AT-01155768 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00819555 | Project Garamond |
| GOOG-DOJ-AT-00370664 | Project Garamond |
| GOOG-DOJ-AT-00370660 | Project Garamond |
| GOOG-DOJ-AT-00370656 | Project Garamond |
| GOOG-DOJ-13197103 | Project Garamond |
| GOOG-DOJ-13462965 | Project Garamond |
| GOOG-DOJ-AT-00010136 | Project Garamond |
| GOOG-DOJ-AT-00013559 | Project Garamond |
| GOOG-DOJ-AT-00013550 | Project Garamond |
| GOOG-DOJ-AT-00013526 | Project Garamond |
| GOOG-DOJ-AT-00013534 | Project Garamond |
| GOOG-DOJ-AT-00013508 | Project Garamond |
| GOOG-DOJ-AT-00009474 | Project Garamond |
| GOOG-DOJ-AT-00009469 | Project Garamond |
| GOOG-DOJ-AT-00009464 | Project Garamond |
| GOOG-DOJ-AT-00009459 | Project Garamond |
| GOOG-DOJ-AT-00009455 | Project Garamond |
| GOOG-DOJ-AT-00009450 | Project Garamond |
| GOOG-DOJ-AT-00009276 | Project Garamond |
| GOOG-DOJ-AT-00004766 | Project Garamond |
| GOOG-DOJ-AT-01135358 | Project Stonehenge |
| GOOG-DOJ-AT-00470225 | Project Garamond |
| GOOG-DOJ-AT-01977390 | Project Banksy |
| GOOG-DOJ-AT-00445303 | Project Banksy |
| GOOG-DOJ-AT-00445222 | Project Banksy |
| GOOG-DOJ-AT-00445174 | Project Banksy |
| GOOG-DOJ-AT-00661083 | Project Banksy |

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00660820 | Project Banksy |
| GOOG-DOJ-AT-00660806 | Project Banksy |
| GOOG-DOJ-AT-00660876 | Project Banksy |
| GOOG-DOJ-AT-00660882 | Project Banksy |
| GOOG-DOJ-AT-00660900 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-00660895 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-00660890 | Project Banksy |
| GOOG-DOJ-AT-00660710 | Project Stonehenge |
| GOOG-DOJ-AT-00660235 | Project Stonehenge |
| GOOG-DOJ-AT-00660233 | Project Stonehenge |
| GOOG-DOJ-AT-00660230 | Project Stonehenge |
| GOOG-DOJ-AT-00660228 | Project Stonehenge |
| GOOG-DOJ-AT-00660203 | Project Stonehenge |
| GOOG-DOJ-AT-00660278 | Project Stonehenge |
| GOOG-DOJ-AT-00660275 | Project Stonehenge |
| GOOG-DOJ-AT-01259917 | Project Banksy |
| GOOG-DOJ-AT-01259839 | Project Banksy |
| GOOG-DOJ-AT-01259781 | Project Banksy |
| GOOG-DOJ-AT-01259875 | Project Banksy |
| GOOG-DOJ-AT-01639752 | Project Garamond |
| GOOG-DOJ-AT-01458623 | Project Banksy |
| GOOG-DOJ-AT-01458565 | Project Banksy |
| GOOG-DOJ-AT-01458588 | Project Banksy |
| GOOG-DOJ-AT-00733853 | Project Banksy |
| GOOG-DOJ-AT-00733843 | Project Banksy |
| GOOG-DOJ-AT-00733816 | Project Banksy |
| GOOG-DOJ-AT-00024337 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00036182 | Project Garamond |
| GOOG-DOJ-AT-00022323 | Project Garamond |
| GOOG-DOJ-14819905 | Banksy |
| GOOG-DOJ-15562949 | Banksy |
| GOOG-DOJ-15562940 | Banksy |
| GOOG-DOJ-15563013 | Banksy |
| GOOG-DOJ-15563004 | Banksy |
| GOOG-DOJ-14819944 | Banksy |
| GOOG-DOJ-14819935 | Banksy |
| GOOG-DOJ-15562994 | Banksy |
| GOOG-DOJ-14819926 | Banksy |
| GOOG-DOJ-15562972 | Banksy |
| GOOG-DOJ-15562981 | Banksy |
| GOOG-DOJ-15562961 | Banksy |
| GOOG-DOJ-14685873 | Project Garamond |
| GOOG-DOJ-14299871 | Project Garamond |
| GOOG-DOJ-15700902 | Project Garamond |
| GOOG-DOJ-15320976 | Project Garamond |
| GOOG-DOJ-15056729 | Project Garamond |
| GOOG-DOJ-AT-01411571 | Project Garamond |
| GOOG-DOJ-15193759 | Project Quantize |
| GOOG-DOJ-AT-00052005 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-01507938 | Project Banksy |
| GOOG-DOJ-14549329 | Project Banksy |
| GOOG-DOJ-AT-02092320 | Project Garamond |
| GOOG-DOJ-AT-00606489 | Project Stonehenge |
| GOOG-DOJ-AT-00606188 | Project Banksy |

Freshfields Bruckhaus Deringer US LLP

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00610842 | Project Banksy |
| GOOG-DOJ-AT-00609792 | Project Stonehenge |
| GOOG-DOJ-AT-00609956 | Project Stonehenge |
| GOOG-DOJ-15388268 | Project Garamond |
| GOOG-DOJ-14685337 | Project Garamond |
| GOOG-DOJ-15388263 | Project Garamond |
| GOOG-DOJ-14685248 | Project Garamond |
| GOOG-DOJ-15388258 | Project Garamond |
| GOOG-DOJ-14685244 | Project Garamond |
| GOOG-DOJ-14685240 | Project Garamond |
| GOOG-DOJ-15388254 | Project Garamond |
| GOOG-DOJ-14685237 | Project Garamond |
| GOOG-DOJ-15388247 | Project Garamond |
| GOOG-DOJ-14685234 | Project Garamond |
| GOOG-DOJ-15388250 | Project Garamond |
| GOOG-DOJ-15388244 | Project Garamond |
| GOOG-DOJ-AT-00336778 | Project Banksy |
| GOOG-DOJ-AT-00336811 | Project Banksy |
| GOOG-DOJ-AT-00336795 | Project Banksy |
| GOOG-DOJ-AT-01512007 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-00290816 | Project Garamond |
| GOOG-DOJ-AT-00290353 | Project Garamond |
| GOOG-DOJ-AT-00286189 | Project Garamond |
| GOOG-DOJ-AT-00033080 | Project Garamond |
| GOOG-DOJ-AT-00032816 | Project Garamond |
| GOOG-DOJ-AT-02213835 | Project Garamond |
| GOOG-DOJ-AT-02213832 | Project Garamond |

**Freshfields Bruckhaus Deringer US LLP**                                    Confidential

| | |
|---|---|
| GOOG-DOJ-AT-01063204 | Project Garamond |
| GOOG-DOJ-AT-00815862 | Project Garamond |
| GOOG-DOJ-AT-00815856 | Project Garamond |
| GOOG-DOJ-AT-00815859 | Project Garamond |
| GOOG-DOJ-AT-00815854 | Project Garamond |
| GOOG-DOJ-AT-01007207 | Project Stonehenge |
| GOOG-DOJ-AT-01002925 | Project Banksy |
| GOOG-DOJ-AT-01002885 | Project Banksy |
| GOOG-DOJ-AT-01003016 | Project Banksy |
| GOOG-DOJ-AT-00433275 | Project Garamond |
| GOOG-DOJ-AT-00433262 | Project Garamond |
| GOOG-DOJ-AT-00433260 | Project Garamond |
| GOOG-DOJ-AT-01117190 | Project Garamond |
| GOOG-DOJ-AT-01240530 | Project Garamond |
| GOOG-DOJ-AT-01240524 | Project Garamond |
| GOOG-DOJ-AT-01240518 | Project Garamond |
| GOOG-DOJ-AT-00429075 | Project Garamond |
| GOOG-DOJ-AT-00429067 | Project Garamond |
| GOOG-DOJ-AT-00429071 | Project Garamond |
| GOOG-DOJ-AT-00862440 | Project Banksy |
| GOOG-DOJ-AT-00859738 | Project Stonehenge |
| GOOG-DOJ-AT-00293462 | Project Banksy |
| GOOG-DOJ-AT-00293455 | Project Banksy |
| GOOG-DOJ-AT-00293466 | Project Banksy |
| GOOG-DOJ-AT-00293437 | Project Banksy |
| GOOG-DOJ-AT-00293424 | Project Banksy |
| GOOG-DOJ-AT-00293573 | Project Banksy |

**Freshfields Bruckhaus Deringer US LLP**

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00293495 | Project Banksy |
| GOOG-DOJ-AT-00293471 | Project Banksy |
| GOOG-DOJ-AT-01508261 | Project Banksy |
| GOOG-DOJ-AT-01113492 | Project Quantize |
| GOOG-DOJ-AT-00011731 | Project Garamond |
| GOOG-DOJ-AT-00011726 | Project Garamond |
| GOOG-DOJ-AT-00011763 | Project Garamond |
| GOOG-DOJ-AT-00011757 | Project Garamond |
| GOOG-DOJ-AT-00011734 | Project Garamond |
| GOOG-DOJ-AT-00007508 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-00036309 | Project Garamond |
| GOOG-DOJ-AT-00036322 | Project Garamond |
| GOOG-DOJ-AT-00036296 | Project Garamond |
| GOOG-DOJ-AT-00007061 | Project Garamond |
| GOOG-DOJ-AT-00036205 | Project Garamond |
| GOOG-DOJ-AT-00036197 | Project Garamond |
| GOOG-DOJ-AT-01016834 | Project Garamond |
| GOOG-DOJ-AT-01016827 | Project Garamond |
| GOOG-DOJ-AT-01016814 | Project Garamond |
| GOOG-DOJ-AT-01016819 | Project Garamond |
| GOOG-DOJ-AT-01016810 | Project Garamond |
| GOOG-DOJ-AT-01016805 | Project Garamond |
| GOOG-DOJ-AT-00010277 | Project Garamond |
| GOOG-DOJ-AT-00006028 | Project Garamond |
| GOOG-DOJ-AT-00275322 | Project Garamond |
| GOOG-DOJ-AT-01431967 | Project Garamond |
| GOOG-DOJ-AT-01430575 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-01431936 | Project Garamond |
| GOOG-DOJ-AT-01430786 | Project Garamond |
| GOOG-DOJ-AT-01803356 | Project Garamond |
| GOOG-DOJ-AT-01804197 | Project Garamond |
| GOOG-DOJ-AT-00031350 | Project Garamond |
| GOOG-DOJ-AT-00029680 | Project Garamond |
| GOOG-DOJ-AT-00029527 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-00028212 | Project Garamond |
| GOOG-DOJ-AT-00026805 | Project Garamond |
| GOOG-DOJ-AT-00022262 | Project Garamond |
| GOOG-DOJ-AT-00027308 | Project Garamond |
| GOOG-DOJ-AT-00026968 | Project Garamond |
| GOOG-DOJ-AT-00030150 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-00385128 | Project Garamond |
| GOOG-DOJ-AT-00384443 | Project Garamond |
| GOOG-DOJ-AT-00386106 | Project Garamond |
| GOOG-DOJ-AT-00385953 | Project Garamond |
| GOOG-DOJ-AT-00385613 | Project Garamond |
| GOOG-DOJ-AT-00386076 | Project Garamond |
| GOOG-DOJ-AT-00385658 | Project Garamond |
| GOOG-DOJ-AT-00385676 | Project Garamond |
| GOOG-DOJ-AT-00386075 | Project Garamond |
| GOOG-DOJ-AT-00385041 | Project Garamond |
| GOOG-DOJ-AT-00385542 | Project Garamond |
| GOOG-DOJ-AT-00385519 | Project Garamond |
| GOOG-DOJ-AT-00385526 | Project Garamond |
| GOOG-DOJ-AT-00385477 | Project Garamond |

Freshfields Bruckhaus Deringer US LLP

Freshfields Bruckhaus Deringer US LLP

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00385472 | Project Garamond |
| GOOG-DOJ-AT-00385467 | Project Garamond |
| GOOG-DOJ-AT-00385462 | Project Garamond |
| GOOG-DOJ-AT-00385458 | Project Garamond |
| GOOG-DOJ-AT-00385512 | Project Garamond |
| GOOG-DOJ-AT-00385505 | Project Garamond |
| GOOG-DOJ-AT-00385498 | Project Garamond |
| GOOG-DOJ-AT-00385492 | Project Garamond |
| GOOG-DOJ-AT-00385454 | Project Garamond |
| GOOG-DOJ-AT-00385551 | Project Garamond |
| GOOG-DOJ-AT-01106306 | Project Garamond |
| GOOG-DOJ-AT-01106299 | Project Garamond |
| GOOG-DOJ-AT-01106285 | Project Garamond |
| GOOG-DOJ-AT-01106291 | Project Garamond |
| GOOG-DOJ-AT-00288924 | Project Garamond |
| GOOG-DOJ-AT-00288916 | Project Garamond |
| GOOG-DOJ-AT-00288900 | Project Garamond |
| GOOG-DOJ-AT-00288894 | Project Garamond |
| GOOG-DOJ-AT-00288870 | Project Garamond |
| GOOG-DOJ-AT-00288879 | Project Garamond |
| GOOG-DOJ-AT-00288578 | Project Garamond |
| GOOG-DOJ-AT-00288575 | Project Garamond |
| GOOG-DOJ-AT-00288572 | Project Garamond |
| GOOG-DOJ-AT-00288586 | Project Garamond |
| GOOG-DOJ-AT-00288855 | Project Garamond |
| GOOG-DOJ-AT-00288832 | Project Garamond |
| GOOG-DOJ-AT-00288828 | Project Garamond |

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-00288823 | Project Garamond |
| GOOG-DOJ-AT-00288820 | Project Garamond |
| GOOG-DOJ-AT-02125589 | Project Garamond |
| GOOG-DOJ-AT-02125584 | Project Garamond |
| GOOG-DOJ-AT-02125580 | Project Garamond |
| GOOG-DOJ-AT-02125576 | Project Garamond |
| GOOG-DOJ-AT-02125572 | Project Garamond |
| GOOG-DOJ-AT-02002037 | Project Garamond |
| GOOG-DOJ-AT-01999680 | Project Garamond |
| GOOG-DOJ-AT-00254104 | Project Banksy |
| GOOG-DOJ-AT-00254110 | Project Banksy |
| GOOG-DOJ-AT-01804247 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01803553 | Project Garamond |
| GOOG-DOJ-AT-00204767 | Project Banksy |
| GOOG-DOJ-AT-00204789 | Project Banksy |
| GOOG-DOJ-AT-00204781 | Project Banksy |
| GOOG-DOJ-AT-00180105 | Project Garamond |
| GOOG-DOJ-AT-00180103 | Project Garamond |
| GOOG-DOJ-AT-00180112 | Project Garamond |
| GOOG-DOJ-AT-00180108 | Project Garamond |
| GOOG-DOJ-AT-01438137 | Project Garamond |
| GOOG-DOJ-AT-01825316 | Project Garamond |
| GOOG-DOJ-AT-01825313 | Project Garamond |
| GOOG-DOJ-AT-01440984 | Project Banksy |
| GOOG-DOJ-AT-01829306 | Project Banksy |
| GOOG-DOJ-AT-01440979 | Project Banksy |
| GOOG-DOJ-AT-01829299 | Project Banksy |

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-01829280 | Project Banksy |
| GOOG-DOJ-AT-01829275 | Project Banksy |
| GOOG-DOJ-AT-01829270 | Project Banksy |
| GOOG-DOJ-AT-01637781 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01638226 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01637758 | Project Banksy |
| GOOG-DOJ-AT-01914586 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-02117871 | Project Garamond |
| GOOG-DOJ-AT-01566198 | Project Garamond |
| GOOG-DOJ-AT-01485112 | Project Banksy |
| GOOG-DOJ-AT-01485181 | Project Banksy |
| GOOG-DOJ-AT-00249280 | Project Banksy |
| GOOG-DOJ-AT-00249298 | Project Banksy |
| GOOG-DOJ-AT-00249261 | Project Banksy |
| GOOG-DOJ-AT-00249274 | Project Banksy |
| GOOG-DOJ-AT-01481333 | Project Banksy |
| GOOG-DOJ-AT-02003274 | Project Garamond |
| GOOG-DOJ-AT-02216890 | Project Garamond |
| GOOG-DOJ-AT-02307075 | Project Metta |
| GOOG-DOJ-AT-02216518 | Project Garamond |
| GOOG-DOJ-AT-00684986 | Project Garamond |
| GOOG-DOJ-AT-01888537 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01888528 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01888523 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01887302 | Project Garamond |
| GOOG-DOJ-AT-01887292 | Project Garamond |
| GOOG-DOJ-AT-01887326 | Project Garamond |

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-01887313 | Project Garamond |
| GOOG-DOJ-AT-01887272 | Project Garamond |
| GOOG-DOJ-AT-01887265 | Project Garamond |
| GOOG-DOJ-AT-01887258 | Project Garamond |
| GOOG-DOJ-AT-01887252 | Project Garamond |
| GOOG-DOJ-AT-01887249 | Project Garamond |
| GOOG-DOJ-AT-01887246 | Project Garamond |
| GOOG-DOJ-AT-02071863 | Project Stonehenge; Project SingleClick |
| GOOG-DOJ-AT-01899128 | Project Quantize |
| GOOG-DOJ-AT-01502399 | Project Quantize |
| GOOG-DOJ-AT-02012342 | Project Garamond |
| GOOG-DOJ-AT-01440751 | Project Garamond |
| GOOG-DOJ-AT-01888577 | Project Garamond |
| GOOG-DOJ-AT-01814998 | Project Garamond |
| GOOG-DOJ-AT-01818567 | Project Garamond |
| GOOG-DOJ-AT-02111119 | Project Garamond |
| GOOG-DOJ-AT-02184971 | Project Garamond |
| GOOG-DOJ-AT-02168236 | Project Banksy |
| GOOG-DOJ-AT-02301714 | Project Banksy |
| GOOG-DOJ-AT-02275429 | Project Banksy |
| GOOG-DOJ-AT-02303286 | Project Banksy; Project Metta |
| GOOG-DOJ-AT-02184244 | Project Garamond |
| GOOG-DOJ-AT-02184365 | Project Garamond |
| GOOG-DOJ-AT-02194007 | Project Garamond |
| GOOG-DOJ-AT-02164178 | Project Garamond |
| GOOG-DOJ-AT-02303492 | Project Stonehenge; Project Banksy |
| GOOG-DOJ-AT-02276781 | Project Banksy |

Confidential

| | |
|---|---|
| GOOG-DOJ-AT-02184962 | Project Garamond |
| GOOG-DOJ-AT-00714222 | Project Garamond |
| GOOG-DOJ-AT-02126351 | Project Garamond |
| GOOG-DOJ-AT-00061958 | Project Garamond |
| GOOG-DOJ-AT-01620047 | Project Garamond |
| GOOG-DOJ-AT-00047354 | Project Garamond |
| GOOG-DOJ-15849850 | Project Garamond |
| GOOG-DOJ-AT-00848568 | Project Garamond |
| GOOG-DOJ-AT-00259369 | Project Garamond |
| GOOG-DOJ-15864767 | Project Garamond |
| GOOG-DOJ-AT-01991585 | Project Garamond |
| GOOG-DOJ-15864089 | Project Garamond |
| GOOG-DOJ-AT-01581148 | Project Garamond |
| GOOG-DOJ-AT-01076566 | Project Garamond |
| GOOG-DOJ-AT-00677455 | Project Garamond |
| GOOG-DOJ-AT-02073248 | Project Garamond |
| GOOG-DOJ-15864939 | Project Garamond |
| GOOG-DOJ-15865593 | Project Garamond |
| GOOG-DOJ-AT-00039689 | Project Garamond |
| GOOG-DOJ-AT-02074285 | Project Garamond |
| GOOG-DOJ-AT-01589017 | Project Garamond |
| GOOG-DOJ-15857654 | Project Garamond |
| GOOG-DOJ-AT-00038943 | Project Garamond |
| GOOG-DOJ-15854916 | Project Garamond |
| GOOG-DOJ-AT-02001531 | Project Garamond |
| GOOG-DOJ-AT-00684067 | Project Garamond |
| GOOG-DOJ-AT-02002611 | Project Garamond |

Confidential

| | |
|---|---|
| GOOG-DOJ-15857646 | Project Garamond |
| GOOG-DOJ-AT-00038807 | Project Garamond |
| GOOG-DOJ-AT-00374381 | Project Garamond |
| GOOG-DOJ-AT-00259995 | Project Garamond |
| GOOG-DOJ-AT-00259969 | Project Garamond |
| GOOG-DOJ-AT-01025187 | Project Garamond |
| GOOG-DOJ-AT-02115994 | Project Garamond |
| GOOG-DOJ-AT-01025177 | Project Garamond |
| GOOG-DOJ-AT-01025161 | Project Garamond |
| GOOG-DOJ-AT-01025170 | Project Garamond |
| GOOG-DOJ-AT-01025166 | Project Garamond |
| GOOG-DOJ-AT-01819444 | Project Garamond |
| GOOG-DOJ-AT-01591834 | Project Garamond |
| GOOG-DOJ-AT-00250140 | Project Garamond |
| GOOG-DOJ-AT-00250322 | Project Garamond |
| GOOG-DOJ-AT-01487149 | Project Garamond |
| GOOG-DOJ-AT-00249971 | Project Garamond |
| GOOG-DOJ-AT-00565552 | Project Garamond |
| GOOG-DOJ-AT-02006247 | Project Garamond |
| GOOG-DOJ-AT-01592143 | Project Garamond |
| GOOG-DOJ-AT-02006252 | Project Garamond |
| GOOG-DOJ-AT-01591715 | Project Garamond |
| GOOG-DOJ-AT-00684465 | Project Garamond |
| GOOG-DOJ-AT-00477383 | Project Garamond |
| GOOG-DOJ-AT-00477377 | Project Garamond |
| GOOG-DOJ-AT-00477371 | Project Garamond |
| GOOG-DOJ-AT-00477365 | Project Garamond |

**Confidential**

| | |
|---|---|
| GOOG-DOJ-AT-00477360 | Project Garamond |
| GOOG-DOJ-AT-00477355 | Project Garamond |
| GOOG-DOJ-AT-00477349 | Project Garamond |
| GOOG-DOJ-AT-00477344 | Project Garamond |
| GOOG-DOJ-AT-00477339 | Project Garamond |
| GOOG-DOJ-AT-00477329 | Project Garamond |
| GOOG-DOJ-AT-00477334 | Project Garamond |
| GOOG-DOJ-AT-00477324 | Project Garamond |
| GOOG-DOJ-AT-01033112 | Project Garamond |
| GOOG-DOJ-AT-02229437 | Project Banksy |