# EXHIBIT 19

# In the Matter Of:

*In Re: Google Antitrust Investigation*

*December 09, 2021*



1     ▮▮▮▮▮
2     is what is Project Sunday?
3         MS. ELMER:  And I instruct the
4     witness not to answer the question to
5     the extent that it calls for
6     information protected by the attorney
7     work product doctrine and the
8     attorney-client privilege.  To the
9     extent that she can answer it without
10    invading the privilege, I will allow
11    that.
12    A.    Project Sunday refers to an
13 investigation that was conducted under
14 supervision of legal counsel in response to
15 privacy and antitrust investigations
16 globally.
17    Q.    Who initiated Project Sunday?
18        MS. ELMER:  Same instruction.  I
19    instruct the witness not to answer the
20    question on the basis of
21    attorney-client privilege and work
22    product doctrine.
23    Q.    ▮▮▮▮▮, are you accepting your
24 attorney's advice and following her advice
25 not to answer the question?

1        ▮

2      A.    Yes.

3      Q.    Did you have any role in Project

4   Sunday?

5            MS. ELMER:  You may answer.

6      A.    I was one of the people who

7   reviewed some of the contents.

8      Q.    When did your work on Project

9   Sunday begin?

10     A.    I don't recall the timeframe.

11     Q.    Do you recall when your work on

12  Project Sunday ended?

13     A.    No.

14     Q.    Is your work on Project Sunday

15  ongoing?

16     A.    I'm no longer on the team, so my

17  work on the project is not ongoing.

18     Q.    Were there any business reasons

19  for undertaking Project Sunday?

20     A.    No.  It was in response to privacy

21  and antitrust legal issues globally.

22     Q.    Were any business decisions made

23  based on the analysis undertaken in Project

24  Sunday?

25           MS. ELMER:  I instruct the

1         ▮
2         witness not to answer on the basis of
3         the work product doctrine and
4         attorney-client privilege.
5         Q.    Are you going to follow your
6    attorney's advice?
7         A.    Yes.
8         Q.    In the course of Project Sunday,
9    did you ever receive any materials from any
10   non-attorney outside advisor, such as an
11   investment banking firm?
12              MS. ELMER:  Same instruction.
13        Q.    Will you follow your attorney's
14   advice not to answer?
15        A.    Yes.
16        Q.    Are you familiar with the term
17   "Project Monday"?
18        A.    Somewhat.
19        Q.    What is Project Monday?
20              MS. ELMER:  Same instruction.
21        To the extent that you can answer
22        without revealing privileged
23        information or work product
24        information, ▮, you can.
25        Otherwise please refrain from doing

Highly Confidential                                December 09, 2021

298

```
 1                    [redacted]
 2     so.
 3          A.    I don't actually remember what
 4     Project Monday refers to.
 5          Q.    Did you have any role in Project
 6     Monday?
 7          A.    I don't recall.
 8          Q.    You don't recall having any role
 9     in Project Monday?
10          A.    Correct.
11          Q.    Are you familiar with the term
12     "Project Stonehenge"?
13          A.    Yes.
14          Q.    What is Project Stonehenge?
15          A.    Again, it was an investigation
16     related to responding to some of the privacy
17     and antitrust issues globally, and it was
18     conducted under legal counsel.
19          Q.    Who within Google was in charge of
20     Project Stonehenge?
21          A.    Some of the people working on
22     Google Ad Manager.
23          Q.    Who were those people?
24          A.    I remember [redacted] and
25     [redacted].
```

1       ████████

2       Q.    Did you have any role in Project
3    Stonehenge?
4       A.    Only in reviewing some of the
5    materials that they produced.
6       Q.    Were there any business reasons
7    for undertaking Project Stonehenge?
8       A.    Not that I recall.
9       Q.    When did your work on Project
10   Stonehenge begin?
11      A.    I don't recall.
12      Q.    Do you recall when your work on
13   Project Stonehenge ended?
14      A.    No.
15      Q.    Is your work on Project Stonehenge
16   still ongoing?
17      A.    I'm no longer on the team, so my
18   work is not ongoing.
19      Q.    Were there any business decisions
20   made based on the analysis undertaken in
21   Project Stonehenge?
22           MS. ELMER:  Same instruction.  I
23       instruct the witness not to answer on
24       the basis of work product doctrine and
25       attorney-client privilege.