**EXHIBIT 21**

| | |
|---|---|
| **Message** | |
| **From**: | ███████████████ |
| **Sent**: | 2/19/2020 3:58:53 PM |
| **To**: | ████████████████████████████ |
| **Subject**: | Re: Proposal for one programmatic buying door (go/1door) |

Just you two.

My concern was in including people like ████ who have always been very short sighted and a bit difficult to work with. I think we have to get sign-off from ████ and ████ to make any pricing changes because last time we did all this work before we pulled them in they just said no.

> On Wed, Feb 19, 2020, 10:54 AM ████████████████████████ wrote:
> From past experience, once sales leadership is included, the word starts spreading like wildfire (was very evident from the recent video reorg). My pref would to keep it to a much smaller group
>
>> On Wed, Feb 19, 2020 at 10:51 AM ████████████████████ wrote:
>> No, that works for me.
>>
>>> On Wed, Feb 19, 2020, 10:50 AM Chris LaSala <chrisl@google.com> wrote:
>>> ████ - I am suggesting ████████ only - and possibly ████ Do you have a different POV?
>>>
>>>> On Wed, Feb 19, 2020 at 10:41 AM ████████████████████ wrote:
>>>>
>>>> # Redacted - Privilege
>>>>
>>>> We will share 1door with folks who are not included in Stonehenge or SingleClick, without revealing either of these two projects.
>>>>
>>>> Sorry for any confusion re: naming.
>>>>
>>>>> On Wed, Feb 19, 2020 at 10:31 AM ████████████████████ wrote:
>>>>>
>>>>> ████
>>>>>
>>>>>> On Wed, Feb 19, 2020 at 10:28 AM ████████████████████ wrote:
>>>>>> Hi Folks,
>>>>>>
>>>>>> A few thoughts:

# Redacted - Privilege

I think adding ▮▮▮ to OneDoor is fine.

+ I'd like ▮▮▮▮▮ (on sell-side strat ops) to start to think through GTM game theory - how will the different players react and how might that impact revenue assumptions and possible product assumptions, across buyers and sellers.

# Redacted - Privilege

do we need both OPG and LPS here (I assume we do), and if so who are the right people?

▮▮

> On Wed, Feb 19, 2020 at 9:40 AM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> I added some comments but I have no concerns sharing more broadly.
>
>> On Wed, Feb 19, 2020, 8:33 AM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>> Quick ping. If nobody has concerns then I'll start sharing tomorrow with the small group of folks named above.
>>
>>> On Fri, Feb 14, 2020 at 2:24 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>>> *privileged and confidential*

# Redacted - Privilege

--



HIGHLY CONFIDENTIAL