# EXHIBIT 25

Message

| | | |
|---|---|---|
| **From**: | ▓▓▓▓▓▓▓▓▓ (Google Docs) [comments-noreply@docs.google.com] | |
| **Sent**: | 4/13/2020 8:44:03 PM | |
| **To**: | ▓▓▓▓▓▓▓▓▓ | |
| **Subject**: | Sellside Ads - Ge... - ▓▓▓▓▓▓▓▓▓ - FYI I'll send a... | |

▓▓▓▓▓▓▓▓▓ replied to a comment in the following document

▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓ - FYI I'll send an announcement email tomorrow morning but just wanted to make sure this looks good to you.

▓▓▓▓▓▓▓▓▓

**New**

This looks good!

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01508261