# EXHIBIT 28

# In the Matter Of:

*In Re: Google Antitrust Litigation*

███████████

*August 10, 2021*



Highly Confidential ▊▊▊▊▊▊ - August 10, 2021

169

1  product proposal and vision, but the core technical
2  design was written by ▊▊▊▊ with input from several
3  folks.
4      Q.   And when ▊▊▊▊ or ▊▊▊▊▊▊ made the core
5  technical design, was ▊ working off of the original
6  design that you had put together?
7      A.   I'm not sure.  I think that -- as I mentioned
8  earlier, part of our work process involves proposing an
9  idea and getting feedback and iterating on it and
10 refining it.
11           So I wouldn't be surprised if some of his
12 design might have come from earlier versions of a
13 proposal.  My proposal was certainly informed by earlier
14 versions of this and other proposals.
15     Q.   ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
16 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
17 ▊▊▊▊▊▊▊▊
18 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
19 ▊▊▊▊▊▊▊▊▊▊▊▊
20 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
21 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
22 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
23 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
24 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
25 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Highly Confidential     ▉▉▉▉▉▉ - August 10, 2021



170
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential - August 10, 2021



Highly Confidential ▋▋▋▋▋▋▋ - August 10, 2021

178

1 ▋▋▋▋▋▋▋
2 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
3 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
4 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
5 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
6 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
7 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋
8 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
9 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
10 ▋▋▋▋▋▋▋▋▋▋
11 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
12 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
13 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
14 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
15 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
16 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
17 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
18 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
19 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
20 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
21 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
22 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
23 ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋
24 ▋▋▋▋▋▋▋▋
25     Q.    And you said you started work on Banksy in the

1 first half of 2020?
2   A.   Well, as I mentioned, some of these ideas have
3 been around for years; and we've been iterating on them
4 for a number of years.  So I guess it's hard to say when
5 some of these ideas first emerged.  But we regularly go
6 through numerous proposals and iterations before we
7 decide to build something that's new and complex.
8        But the current effort began in the spring
9 of 2020, yes.
10   Q.   And who approved starting work on Banksy?
11        MS. ELMER:  Same objection that I gave
12 earlier or instruction that I gave earlier, ▆▆▆▆▆▆
13   A.   Yeah.  I think -- I'm not sure I can answer
14 that question without revealing privileged information.
15        MS. ELMER:  Then don't.
16   Q.   (By Mr. Geiger)  So you won't answer the
17 question?
18   A.   I don't think I can answer that without
19 revealing privileged information.
20   Q.   Who was the attorney with whom you spoke?
21        MS. ELMER:  The identity of the attorney
22 you can reveal.
23   A.   ▆▆▆▆▆▆▆▆▆▆▆▆.  There are a large number of
24 attorneys involved with whom I spoke on the issue that
25 would be privileged.

Highly Confidential          ▬▬▬▬▬▬▬ - August 10, 2021

```
                                                           180
1     Q.   (By Mr. Geiger)  When did you speak with -- you
2  said ▬▬▬▬▬▬▬▬?
3     A.   Yeah.  There were several others as well.
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.  There's a large number of
5  lawyers.
6     Q.   And when did you speak to them about this
7  topic?
8     A.   Throughout 2020 and 2021.
9     Q.   Why did Google start working on Banksy?
10         MS. ELMER:  Same instruction.
11    A.   Yeah.  I don't think I can answer that question
12 without revealing legally privileged information.
13    Q.   (By Mr. Geiger)  You won't answer the question?
14    A.   I don't think I can answer it without revealing
15 legally privileged information.
16    Q.   Is Banksy available to any publishers today?
17    A.   As I mentioned previously, it's not live yet.
18    Q.   Is it in beta?
19    A.   It hasn't launched yet.  We are working on
20 launching a pilot.  We are hoping to have a pilot launch
21 soon, but I don't believe anything is live yet.
22    Q.   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
```