# **EXHIBIT 30**

# In the Matter Of:

*In Re Google Antitrust Investigation*

*October 28, 2021*



15:59  1   **THE WITNESS: Okay. With that instruction,**
15:59  2   **it was a discussion. We had an early discussion of**
15:59  3   **what we would -- how we would proceed with our display**
15:59  4   **advertising business in the light of an evolving**
16:00  5   **regulatory and privacy landscape.**
16:00  6          MR. NAKAMURA: Q. And ▓▓▓▓▓▓▓, to be
16:00  7   clear, do you have other knowledge regarding what
16:00  8   Project Sunday is that you are refusing to provide me
16:00  9   based on the instruction of Mr. Mahr?
16:00 10       **A   There is a little bit more detail I can**
16:00 11   **recall, but that is discussion I've had with Kent**
16:00 12   **Walker.**
16:00 13          MR. MAHR: So I'll instruct you -- for
16:00 14   purposes of the record, I will instruct you formally,
16:00 15   ▓▓▓▓▓▓▓, not to disclose any -- any
16:00 16   communications you had with Mr. Walker or any other
16:00 17   counsel concerning these subjects.
16:00 18          MR. NAKAMURA: Q. And to complete the
16:00 19   record, are you going to follow Mr. Mahr's
16:00 20   instruction?
16:00 21       **A   I do plan to follow Mr. Mahr's instruction.**
16:00 22       Q   Thank you.
16:00 23          And what specific global regulatory inquiries
16:00 24   did Project Sunday seek to address?
16:00 25          MR. MAHR: I will offer the same instruction,

16:00  1          ▮▮▮▮▮, not to respond to that question to the
16:00  2     extent it requires you to reveal attorney-client
16:00  3     privileged information.
16:01  4          MR. NAKAMURA:  Q.  ▮▮▮▮▮, what are the
16:01  5     names of the global regulatory inquiries that Project
16:01  6     Sunday sought to address?
16:01  7        A    I'm unable to answer that.  I'll -- I'm
16:01  8     following Mr. Mahr's instruction in this case.
16:01  9          MR. NAKAMURA:  Mr. Mahr, are you taking the
16:01 10     position that the names of these specific regulatory
16:01 11     inquiries are privileged information for which
16:01 12     ▮▮▮▮▮ has a right to refuse to answer my
16:01 13     question?
16:01 14          MR. MAHR:  We are.
16:01 15          And I'll say, as I have said before, we are
16:01 16     working with the Department of Justice to get you
16:01 17     information on these topics that are not confidential,
16:01 18     but we're not going to do that on the fly in a
16:01 19     deposition.
16:01 20          MR. NAKAMURA:  Q.  Who at Google provided you
16:01 21     with legal advice regarding Project Sunday,
16:01 22     ▮▮▮▮▮?
16:01 23          MR. MAHR:  Again, you can provide the name of
16:01 24     the lawyers, to the extent you recall.
16:01 25          THE WITNESS:  Kent Walker is the one whose

```
16:01  1   name I really recall.
16:01  2          MR. NAKAMURA:  Q.  And did anyone -- any
16:02  3   attorneys at any outside law firm provide you with
16:02  4   legal advice regarding Project Sunday?
16:02  5      A    I don't recall engaging with any outside
16:02  6   attorney on this matter.
16:02  7      Q    Were you one of the Google employees who
16:02  8   initiated Project Sunday?
16:02  9      A    It's a small group of us that -- including
16:02 10   Kent Walker that said we should look at this question.
16:02 11      Q    Did [REDACTED] also initiate Project
16:02 12   Sunday?
16:02 13      A    I'm unable to tell you, you know, who exactly
16:02 14   initiated it.  But I had discussions with Kent for
16:02 15   sure and a couple of other employees.  It's -- it's
16:02 16   not like many people are involved, so I don't know
16:03 17   what to make of initiating versus not.
16:03 18      Q    And were you one of the key decision makers
16:03 19   on Project Sunday?
16:03 20      A    To my knowledge, there was no decision made.
16:03 21   So -- so I wouldn't call myself or anybody a decision
16:03 22   maker.
16:03 23      Q    When you initiated the project, if there were
16:03 24   to have been a decision, would you have been one of
16:03 25   the individuals who would have made a decision as to
```

```
16:03  1   any recommendation stemming from Project Sunday?
16:03  2        A    I would have been.
16:03  3        Q    And who else would have been?
16:03  4        A    It would be Kent to -- to look at it from a
16:03  5   legal aspect, and [redacted] and likely Philipp
16:03  6   Schindler as well.
16:03  7        Q    What about Don Harrison?
16:04  8        A    I don't recall if he was involved. [redacted]
16:04  9   reports to Philipp.  So I -- I would look to Philipp
16:04 10   as -- as one of the key players.
16:04 11        Q    Did you ever discuss Project Sunday with
16:04 12   Mr. Schindler?
16:04 13        A    If we haven't -- yeah, I don't recall.  But
16:04 14   if we discussed it -- if we haven't discussed it, then
16:04 15   at some point we would have to.
16:04 16        Q    Is Project Sunday still an ongoing project?
16:04 17        A    To my knowledge, we never terminated it or
16:04 18   arrived at a definitive outcome.  So in that sense,
16:04 19   it's open.  But it's not like it's -- it's something
16:05 20   we're working on every day.  It's open-ended at this
16:05 21   point.
16:05 22        Q    And when was the last meeting you had that
16:05 23   you can recall regarding Project Sunday?
16:05 24        A    I'm having to guess here, but it would be
16:05 25   over a year ago.  That's just a guess.
```

```
16:05  1        Q    Okay.  How many meetings, roughly, did you
16:05  2   attend regarding Project Sunday?
16:05  3        A    A couple.
16:05  4        Q    And by "a couple," is that more than five?
16:05  5   Less than five?
16:05  6        A    Less than five is my recollection.
16:05  7        Q    Okay.  And when did you come to understand
16:05  8   that your work on Project Sunday was in response to
16:05  9   global regulatory inquiries?
16:05 10        A    Early on in discussions with Kent Walker.
16:05 11        Q    Approximately when did you have those early
16:05 12   discussions with Mr. Walker?
16:05 13        A    Oh.  As I said earlier, the rough time frame
16:05 14   is between the beginning of 2019 and, you know, the
16:06 15   middle -- the second half of 2020.  But that's just my
16:06 16   rough recollection, because beyond that, I don't
16:06 17   recall.
16:06 18        Q    And what role did you have on Project Sunday
16:06 19   other than -- well, I guess you said you were not a
16:06 20   key decision maker, which is interesting.
16:06 21             But what -- how would you describe your role
16:06 22   on Project Sunday?
16:06 23             MR. MAHR:  Objection.
16:06 24             I'll instruct ▮▮▮▮▮▮▮ not to respond to
16:06 25   that question to the extent it requires him to reveal
```

```
16:06  1   attorney-client privileged or attorney work product.
16:06  2              THE WITNESS:  Okay.
16:06  3              MR. NAKAMURA:  Q.  ▓▓▓▓▓▓▓▓, I'll ask
16:06  4   again:  How would you describe your role on Project
16:06  5   Sunday?
16:06  6       A    One of a small group of senior people looking
16:06  7   at various factors at a high level of global trends.
16:07  8       Q    And is there information that you are not
16:07  9   providing to me or refusing to provide to me based on
16:07 10   Mr. Mahr's instruction?
16:07 11       A    In regard to which specific question?
16:07 12            If you could clarify, I'll answer that.
16:07 13       Q    Do you have any additional knowledge
16:07 14   regarding your description of the role you played on
16:07 15   Project Sunday that you are refusing to provide to me
16:07 16   based on Mr. Mahr's instruction?
16:07 17       A    Not really.
16:07 18       Q    Well, let me just try it this way then:  What
16:07 19   factors did you look at when determining how to
16:07 20   proceed with Project Sunday?
16:07 21            MR. MAHR:  Objection.
16:07 22            I'll instruct the witness not to respond on
16:07 23   the grounds of privilege and work product protection.
16:07 24            MR. NAKAMURA:  Q.  And are you going to
16:07 25   follow Mr. Mahr's instruction?
```

```
16:07  1        A    I am.
16:07  2        Q    And did you understand the connection to
16:07  3   global regulatory inquiries to Project Sunday -- I'm
16:08  4   sorry.  Strike that.
16:08  5             Did you understand there to be a connection
16:08  6   between global regulatory inquiries and Project Sunday
16:08  7   when you initiated the project?
16:08  8             MR. MAHR:  Objection; asked and answered.
16:08  9             But you may answer if you're able.
16:08 10             THE WITNESS:  Did I understand -- sorry.  If
16:08 11   you could repeat that.
16:08 12             MR. NAKAMURA:  Sure.
16:08 13        Q    Did you understand that Project Sunday was a
16:08 14   response to global regulatory inquiries at the time
16:08 15   you initiated the project?
16:08 16        A    The way I'd describe it, my best description
16:08 17   is, looking across a spectrum of the global
16:08 18   environment ranging from privacy concerns to
16:08 19   regulations, how should we think about the future for
16:08 20   our business?  That was really the -- the broad
16:08 21   question we were addressing.
16:08 22             It -- it was later that, you know, we got to
16:09 23   learn about specific regulations.  So my point is it's
16:09 24   not like I understood a lot of regulations, and then
16:09 25   decided to do anything here.
```

16:09  1      Q    Okay.  Who was the day-to-day Google employee
16:09  2   in charge of Project Sunday?
16:09  3      **A    ▇▇▇▇▇▇▇▇▇▇ was involved.  I'm trying to**
16:09  4   **recall whether ▇▇▇▇▇▇▇▇ was involved.  Kent Walker**
16:09  5   **and, I believe, Ted Lazarus were also involved.**
16:09  6      Q    As part of your work on Project Sunday, did
16:09  7   you ever see any material prepared by the investment
16:09  8   banking firm Lazard, L-A-Z-A-R-D?
16:09  9      **A    I don't recall seeing that.**
16:10 10      Q    Okay.  And I want to just confirm these
16:10 11   things for the record.
16:10 12           Did Google consider any divestitures as part
16:10 13   of Project Sunday?
16:10 14           MR. MAHR:  Same objection not to answer on
16:10 15   the grounds of attorney-client privilege and attorney
16:10 16   work product.
16:10 17           MR. NAKAMURA:  Q.  Will you follow that
16:10 18   instruction, ▇▇▇▇▇▇▇▇?
16:10 19      **A    I will.**
16:10 20      Q    Did Google consider any acquisitions as part
16:10 21   of Project Sunday?
16:10 22           MR. MAHR:  Same object- -- same instruction.
16:10 23   Objection and same instruction.  Sorry.
16:10 24           MR. NAKAMURA:  Thank you.
16:10 25      Q    Will you follow that instruction,

16:31  1    its news content licensing program?
16:31  2            MR. MAHR:  You may answer that yes or no.
16:31  3            **THE WITNESS:  Not to my knowledge, in any**
16:31  4    **way.**
16:31  5            MR. NAKAMURA:  Okay.
16:31  6        Q   And what is Project Metta, M-E-T-T-A?
16:31  7            MR. MAHR:  I want to again, if -- if you are
16:31  8    familiar with that project, renew the instruction that
16:31  9    you -- you should respond only to the extent that your
16:31 10    response doesn't require you to divulge
16:31 11    attorney-client privilege or attorney work product
16:31 12    information.
16:31 13            **THE WITNESS:  I will not be responding to**
16:31 14    **that question.**
16:31 15            MR. NAKAMURA:  Q.  Does Project Metta relate
16:31 16    in any way to Google's display advertising business?
16:31 17            MR. MAHR:  You may answer that question yes
16:31 18    or no.
16:31 19            **THE WITNESS:  Tangentially, yes.**
16:31 20            MR. NAKAMURA:  Okay.
16:31 21        Q   And what is the relationship between
16:32 22    Project Garamond and Google's display advertising
16:32 23    business?
16:32 24            MR. MAHR:  Objection.
16:32 25            Instruct the witness not to respond on the

```
16:32  1   basis of the attorney-client privilege and the
16:32  2   attorney work product doctrine.
16:32  3           MR. NAKAMURA:  Q.  Will you follow Mr. Mahr's
16:32  4   instruction?
16:32  5       A   I will.
16:32  6       Q   Okay.  And did an attorney ever instruct you
16:32  7   to prepare any documents or to perform any work as
16:32  8   part of Projects Sunday or Monday?
16:32  9       A   I don't recall preparing any documents for
16:32 10   Sunday or Monday.
16:32 11       Q   Did -- thank you.
16:32 12           Did an attorney ever instruct you to perform
16:32 13   any work other than document-based work as part of
16:32 14   Projects Sunday or Monday?
16:32 15       A   May I seek a clarification?
16:32 16           Because I don't quite understand the
16:32 17   question.
16:32 18           If an attorney asks me to come to a meeting,
16:32 19   is that performing work?
16:33 20       Q   No.
16:33 21       A   Okay.  Good.
16:33 22       Q   That is a good question.
16:33 23           So with that clarification, did an attorney
16:33 24   ever instruct you to perform any work other than
16:33 25   preparing documents based -- I'm sorry -- as part of
```

```
16:33  1   Projects Sunday or Monday?
16:33  2        A    Not that I recall.
16:33  3        Q    And did you instruct any non-attorneys as
16:33  4   part of Project Sunday to do any work?
16:33  5        A    Me directly?
16:33  6        Q    You directly.
16:33  7        A    I don't believe so.
16:33  8        Q    What about Project Monday?
16:33  9        A    No.
16:33 10             MR. NAKAMURA:  Okay.  Those are all the
16:33 11   questions I have for you.  Thank you very much,
16:33 12   ▄▄▄▄▄▄▄▄▄.
16:33 13             Any questions from you, Mr. Mahr?
16:33 14             MR. MAHR:  No questions from us.
16:33 15             MR. NAKAMURA:  All right.
16:33 16             Well, I appreciate your time today, sir.
16:33 17   Thank you very much.
16:33 18             Let's go off the record.
16:33 19             THE WITNESS:  Thank you.
16:33 20             THE VIDEOGRAPHER:  The time is 4:33 p.m.  We
16:33 21   are now off the record.
16:34 22             THE REPORTER:  I have your standing orders.
16:34 23             Do you need roughs tonight?
16:34 24             MR. MAHR:  Yes, we'll take a rough.  If
16:34 25   you're preparing it for the DOJ, we'll take one as
```

Highly Confidential | October 28, 2021

262

```
16:34  1   well.  Otherwise, we'll take whatever you provide
16:34  2   tomorrow.
16:34  3            THE REPORTER:  You'll get the final tomorrow.
16:35  4            (WHEREUPON, the deposition ended
16:35  5             at 4:33 p.m.)
       6
       7                        ---oOo---
```