# EXHIBIT 31

**In the Matter Of:**

*In re Google Antitrust Investigation*

*PHILIPP SCHINDLER*

*October 06, 2021*



1    P. SCHINDLER - HIGHLY CONFIDENTIAL
2    ████████████████████████████████
3    ███████████████████████████████
4    ████████████████████████████████
5    ██████████████████████████
6    ██████████████████████
7    ███████████████████████████████
8    ████████████████████████████████
9    █████████████████████████████
10   ████████████████████████████████
11   █████████████████████████████████
12   ████████████████████████████
13   ████
14   ████████████████████████████
15   ████████████████████████████
16   ████████████████████████████████
17   ██████████████████████████████
18   █████████████████████████████████
19   ███████████████████████████████
20   ███████████████████████████████
21   ██████████████
22   ███████████████████████████████
23   █████████████████████████
24   ███████████████████████████
25   ██████████████████████

1    P. SCHINDLER - HIGHLY CONFIDENTIAL
2    ████████████████████████
3    ████████████████████████████████████████
4    ████████████████████████████████████████
5    ████████████████████████████████████████
6    ████████████████████████████████████████
7    ████████████████████████████████████████
8    ██████████████████████████████████████████
9    ██████████████████████████████████████████
10   ██████████████████████████████████████████
11   ████
12   ██████████████████████████████████████████
13   ████████████████████████████████████
14   ██████████████████████████████
15   ████████████████████
16         MR. NIERLICH:  Seumas, let's put
17      in Document E, please.
18   BY MR. NIERLICH:
19      Q.    While you do that, Mr. Schindler,
20   Document E, which will be Exhibit 4, is a
21   document with Document Control Nos. GOOG
22   DOJ AT 00682026 through 2062.
23         (Schindler Exhibit 4,
24      Presentation, Bates GOOG DOJ AT
25      00682026 through 2062, remotely

Highly Confidential    October 06, 2021

94

P. SCHINDLER - HIGHLY CONFIDENTIAL

   introduced and provided electronically
   to the reporter.)

BY MR. NIERLICH:

Q. [redacted]

[lines 6–25 redacted]

```
 1    P. SCHINDLER - HIGHLY CONFIDENTIAL
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5        Q.    What is DVIP?
 6        A.    I think the abbreviation stands
 7    for Digital Video Incentive Program.
 8        Q.    And what is that?
 9        A.    This is a program that we run
10    to -- that we work with our agency and
11    advertising partners with.
12        Q.    And what does the program do?
13        A.    [REDACTED]
14    [REDACTED]
15    [REDACTED]
16    [REDACTED]
17    [REDACTED]
18    [REDACTED]
19    [REDACTED]
20    [REDACTED]
21    [REDACTED]
22    [REDACTED]
23    [REDACTED]
24    [REDACTED]
25    [REDACTED]
```

```
 1    P. SCHINDLER - HIGHLY CONFIDENTIAL
 2    ███████████████████████████████████
 3    ██████
 4    ███████████████████████████████████
 5    ███████████████████████████████████
 6    ███████████████████████████████
 7    ████████████████████████████
 8    ██████████████████████████████████████
 9    ████████████████
10        Q.   Do you know whether this ████
11    ████████ was forwarded to ████████ for
12    his review?
13        A.   I don't know.
14        Q.   Do you know if this ██████████
15    ███████████████████████████████
16    ███████████
17    █████████████████████
18    ███████████████████████████████
19    ███████████████████████████████
20    ████
21    ██████████████████████
22    ███████████████████████████████
23    ██████████████████████████
24    ██████████████████████████████████
25    ██████████████
```

1    P. SCHINDLER - HIGHLY CONFIDENTIAL
2        Q.   [REDACTED]
3    [REDACTED]
4    [REDACTED]
5    [REDACTED]
6    [REDACTED]
7    [REDACTED]
8    [REDACTED]
9    [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]

1  **P. SCHINDLER - HIGHLY CONFIDENTIAL**

2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

1    **P. SCHINDLER - HIGHLY CONFIDENTIAL**
2    ████████████████████████████████████████
3    ████████
4    ████████████████████████████████████████
5    ████████████████████
6    ██████████████████████████████
7    ████████████████████████████████
8    ████████████████████████████████████████
9    ████████████████████████████████████
10   ██████████████████
11   ████████████████████████████████████████
12   ████████████████████████████████████
13   ██
14   ████████████████████████████
15   ████████████████████████████████████████████
16   ████████████████████████████████████████
17   ██████████████████████████████
18   ████████████████████████████████████
19   ██████████████████████
20   ██████████████████████████████
21   ████████████████████████████
22   ████████████████████████████
23   ██████████████████████████
24   ██████████████
25            MR. NIERLICH: Seumas, can you

```
 1    P. SCHINDLER - HIGHLY CONFIDENTIAL
 2       put in Document F, please.
 3             (Schindler Exhibit 5, E-mail,
 4       Bates GOOG-DOJ-046306866 through 668,
 5       remotely introduced and provided
 6       electronically to the reporter.)
 7   BY MR. NIERLICH:
 8       Q.    Document F is a document with
 9   Document Control No. GOOG-DOJ-046306866
10   through 668.  We will mark that as Exhibit
11   5.
12             Mr. Schindler, is Exhibit 5 an
13   e-mail you sent to ████████ on or around
14   December 11, 2016?
15       A.    Let me read this for a second,
16   please.  So you want me to read the full
17   name or -- I just read everything from the
18   header to my name Philipp.  So whatever you
19   ask me, I'll base it on that first, if you
20   don't mind.
21       Q.    Yeah, my question is simply why
22   did you flag this for ████████?
23       A.    Well, from what I've written
24   here, this is ████████████████████████████
25   ████████████████████████████████
```