# EXHIBIT B

## Google 30(b)(6) Deposition

## Submitted Under Seal

# In the Matter Of:

*Civil Investigation Demand - No. 30762*

---

*February 28, 2022*

---



1

```
 1              UNITED STATES DEPARTMENT OF JUSTICE
                ANTITRUST DIVISION, WASHINGTON, D.C.
 2

 3        PURSUANT TO CIVIL INVESTIGATION DEMAND NO. 30762

 4

 5                    "HIGHLY CONFIDENTIAL"

 6

 7                   30(b)(6) DEPOSITION OF

 8                    ███████████████

 9              ON BEHALF OF ALPHABET, INC.

10                    FEBRUARY 28, 2022

11

12      ORAL VIDEOTAPED DEPOSITION OF  ██████████████

13  produced as a witness at the instance of the United

14  States Department of Justice and duly sworn, was taken

15  in the above-styled and numbered cause on the 28th day

16  of February, 2022, from 8:36 a.m. to 5:59 p.m. PST,

17  before Melinda Barre, Certified Shorthand Reporter in

18  and for the State of Texas, reported by computerized

19  stenotype machine, all parties appearing remotely via

20  web videoconference, pursuant to the rules of procedure

21  and the provisions stated on the record or attached

22  hereto.

23

24

25
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

2

```
 1                        APPEARANCES
             (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
 2

 3  FOR GOOGLE:

 4       Ms. Julie Elmer
         Ms. Daphne Lin
 5       FRESHFIELDS BRUCKHAUS DERINGER
         701 Pennsylvania Avenue NW
 6       Washington, D.C. 20004

 7       Telephone: 202.777.4500
         E-mail: julie.elmer@freshfields.com
 8

 9  FOR U.S. DEPARTMENT OF JUSTICE ANTITRUST DIVISION:

10       Mr. Brent Nakamura
         Mr. Arshia Najafi
11       Attorney at Law
         450 5th Northwest, Suite 8700
12       Washington, D.C. 20001

13       Telephone: 202.307.0924
         E-mail: brent.nakamura@usdoj.gov
14

15  ALSO PRESENT:  Ryan LaFond, Videographer;
                          ██████████; Seumas Macneil;
16                  ████████████████; Daniel Bitton

17

18

19

20

21

22

23

24

25
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

3

1

2                              INDEX

3                                            PAGE

4   Examination by Mr. Nakamura ......................7
    Signature Page  ...............................246
5   Court Reporter's Certificate ..................248

6                            EXHIBITS

7

8   EXHIBIT              DESCRIPTION            PAGE

9

10  Exhibit 1      Civil Investigative Demand      13

11  Exhibit 2      Civil Investigative Demand      15
                   Schedule for Alphabet, Inc.
12
    Exhibit 3      10-28-21 Letter to U.S.         48
13                 Department of Justice from
                   Julie Elmer
14
    Exhibit 4      11-15-21 Letter to U.S.         56
15                 Department of Justice from
                   Julie Elmer
16
    Exhibit 5      9-14-21 Letter to U.S.          59
17                 Department of Justice from
                   Julie Elmer
18
    Exhibit 6      10-4-21 Letter to U.S.          65
19                 Department of Justice from
                   Julie Elmer
20
    Exhibit 7      2-25-22 Letter to U.S.          67
21                 Department of Justice from
                   Julie Elmer
22
    Exhibit 8      (Clawed Back by Counsel)        161
23
    Exhibit 9      (Clawed Back by Counsel)        171
24

25

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                              February 28, 2022

4

1                           EXHIBITS (cont.)

2   EXHIBIT                  DESCRIPTION                        PAGE

3   Exhibit 10      Excerpt from 8-11-21 Transcript    180
                    of ███████████
4
    Exhibit 11      (Clawed Back by Counsel)           200
5
    Exhibit 12      2-17-22 Letter to U.S.             233
6                   Department of Justice from
                    Julie Elmer
7
    Exhibit 13      Document Bates Stamped Nos.        236
8                   GOOG-DOJ-AT-00205841 through
                    5843
9
    Exhibit 14      Email String Ending in 5-13-20     241
10                  Email from ███████████ to ██████
    ████████████████████
11
    Exhibit 15      Document Bates Stamped No.         243
12                  Bates No. GOOG-DOJ-AT-0030150
                    through 0159
13

14

15

16

17

18

19

20

21

22

23

24

25

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

5

1           THE VIDEOGRAPHER:   Good morning.   We are

2   now on the record.   Today's date is February 28th, 2022.

3   The time is 8:36 a.m. Pacific Time.   This is the video

4   deposition of the 30(b)(6) for Alphabet, Inc.,

5            This is in the Google matter, Case

6   No. 60-516110-0009.

7           This deposition is taking place via web

8   video conference with all participants attending

9   remotely.   My name is Ryan LaFond.   I am videographer.

10  Our court reporter today is Melinda Barre.   We represent

11  Lexitas.

12          Would counsel please identify yourself,

13  state whom you represent beginning with the questioning

14  attorney.

15          MR. NAKAMURA:   Good morning.   This is

16  Brent Nakamura from the U.S. Department of Justice

17  Antitrust Division.   I'm a trial attorney with the

18  Division, and I'm joined by my colleagues, Arshia

19  Najafi, a trial attorney with the Division, and Seumas

20  Macneil, also who is a paralegal with the Division.

21  Additional personnel may join the deposition later.

22          MS. ELMER:   I'm Julie Elmer with

23  Freshfields.   I'm here for Google and the witness.   With

24  me today is            and            , in-house

25  counsel at Google; Daniel Bitton from the Axinn law

6

1  firm; and Daphne Lin, my colleague at Freshfields.

2              Before we get started today, I'd like to

3  designate the entire transcript highly confidential.

4              I'd also like to note for the record the

5  deferrals of CID topics relating to Projects Metta,

6  Garamond and 1Door, in accordance with our

7  correspondence and the DOJ's correspondence of

8  November 8 and November 9, 2021.

9              We also object to the topics set forth in

10 the CID as improper to the extent they seek to invade

11 the attorney/client privilege and the attorney work

12 product doctrine.  The company's designation of a

13 30(b)(6) witness to testify regarding the undeferred

14 projects set forth in the CID does not constitute a

15 waiver of the attorney/client privilege or the work

16 product doctrine.

17             THE VIDEOGRAPHER:  Will the reporter

18 please swear in the witness.

19

20

21

22

23

24

25

7

1                           ████████████

2 having been first duly sworn, testified as follows:

3                         EXAMINATION

4 QUESTIONS BY MR. NAKAMURA:

5     Q.    Good morning, ████████████ As I said earlier,

6 my name is Brent Nakamura, and I'm a trial attorney with

7 the Department of Justice Antitrust Division. We last

8 spoke on August 11th, so pleasure to see you again.

9             Let me begin with a few housekeeping

10 matters related to virtual depositions. I know we went

11 over these issues in your August 11th, 2021 deposition;

12 but I want to make sure that we are both clear on these

13 rules.

14             First, there could be technical issues

15 today with the video conference. If there are, we will

16 take a break and resolve them off the record.

17             You are permitted to consult with your

18 lawyer if needed during the deposition. If you need to

19 do so, please request a break and we will go off the

20 record. You can then meet privately with your counsel

21 in a virtual breakout room that has been set up for you.

22             You are not permitted to communicate with

23 others or consult documents or notes other than things

24 we specifically discuss and agree to while we are on the

25 record.

8

1            While I'm at that, do you have any notes

2  in front of you right now?

3      A.   I have a letter that was provided to you.

4      Q.   And what is the date on the letter?

5      A.   I believe it's Feb. 25.

6      Q.   Thank you.  We will circle back to discussing

7  that.

8            Do you have anything else in front you in

9  the form of notes or aids that would help you testify

10 today?

11     A.   No, not immediately at hand.

12     Q.   Great.

13           When we are taking a break and not on the

14 record, you may communicate with third parties.  For

15 example, you can check work e-mail and you can text

16 family members; but you should not discuss today's

17 deposition with third parties while it is ongoing.  Do

18 you understand that?

19     A.   Yes.

20     Q.   We will review documents during today's

21 deposition.  I will share them with you electronically

22 and give you time to review them.  For longer documents

23 I will direct you to the parts about which I will ask

24 questions.

25           Do you agree to these initial ground

9

1  rules?

2      A.   Yes.

3      Q.   Great.

4           So now I'd like to go over some additional

5  ground rules for this specific deposition.  While I took

6  part of your deposition on August 11th in your personal

7  capacity, several different rules apply to today's

8  deposition because your company, Alphabet, has

9  designated you as its corporate representative for the

10 purposes of this deposition.

11          First, do you understand that you are

12 providing testimony today in response to the civil

13 investigative demand that I will later introduce as

14 Exhibit 1 on behalf of Alphabet, Incorporated?

15     A.   I'm sorry.  Can you repeat that?

16     Q.   Sure.  Do you understand that you're providing

17 testimony today on behalf of Alphabet, Incorporated?

18     A.   Yes.

19     Q.   From time to time I may refer to Alphabet as

20 either "Alphabet" or "Google."  By using either name, I

21 mean to ask you questions about the corporate position,

22 understanding, knowledge and/or testimony of Alphabet.

23          If there is any testimony you provide

24 today for which the distinction between Google and

25 Alphabet is relevant, you must explicitly inform me of

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

10

1   that fact.  Do you agree to that?

2       A.   Yes.

3       Q.   If there is another relevant distinction based

4   on the status of any subsidiary of Alphabet, you must

5   explicitly inform me of that.  Do you agree to that?

6       A.   Uh-huh.

7       Q.   I'm sorry.  Please answer "yes" or "no."

8       A.   Yes.

9       Q.   Thank you.

10           When I ask you a question, I'm asking you

11  as the representative of Alphabet, and I will assume

12  that the answers that you provide are on behalf of

13  Alphabet.  If you are providing testimony in your

14  personal capacity and not on behalf of Alphabet, you

15  must explicitly tell me that.

16           Do you understand that?

17      A.   Yes.

18      Q.   Great.  You as the corporate representative of

19  Alphabet are under oath today and sworn to tell the

20  truth just like if you were testifying in court.  This

21  requirement to tell the truth extends to any and all

22  testimony you give, whether on behalf of yourself in

23  your personal capacity or on behalf of Alphabet.

24           Do you understand that?

25      A.   Yes.

11

1    Q.   Great.  For the sake of the court reporter and

2  especially because this deposition is being conducted

3  remotely, we both need to speak loudly and clearly.

4  Please wait until I finish a question before answering

5  so we don't speak over each other.  I will try my best

6  to do so as well.

7             Please answer questions with a "yes" or

8  "no" instead of a nod or a "yeah."

9             If any of my questions are unclear or you

10  don't understand what I'm asking, please let me know;

11  otherwise, I will assume you understand the question as

12  I asked it.

13             You are required to answer each of my

14  questions truthfully and to the full extent of

15  Alphabet's knowledge.  Specifically, even if you do not

16  know the complete answer to my question, as Alphabet's

17  representative, you're required to provide me with any

18  knowledge Alphabet has in response to my question.

19             Do you understand that?

20    A.   Yes.

21    Q.   Great.  At times your attorney may object to

22  one of my questions.  When there is an objection, you

23  should wait until your attorney and I are finished

24  discussing her objection.  You must then answer my

25  question unless your lawyer specifically instructs you

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

12

1  not to do so and you make the affirmative choice not to

2  answer my question.

3              Do you understand that?

4     A.   Yes.

5     Q.   Great.  When I ask a question, I am not asking

6  you to disclose the substance of any privileged

7  communications you may have had with your attorney.

8              I will try to take breaks at reasonable

9  intervals during our discussion today.  If you need to

10 take a break at any time, please let me know.  However,

11 I ask that you not take a break while there is a

12 question pending; that is, when I have asked a question

13 but you have not yet answered the question.

14             Do you have any questions about these

15 ground rules?

16    A.   No.

17    Q.   Will you abide by each of the rules I have laid

18 out?

19    A.   Yes.

20    Q.   Is there anything such as medication you have

21 taken that would prevent you from understanding my

22 questions today?

23    A.   No.

24    Q.   Is there anything else that would prevent you

25 from giving full, complete, honest testimony today?

13

1      A.    No.

2      Q.    Do you understand that you're here today

3  pursuant to a civil investigative demand issued to

4  Alphabet in connection with a DOJ investigation?

5      A.    Yes.

6              MR. NAKAMURA:  Seumas, could you please

7  upload tab 1 into the Chat.  Thank you.

8              I'd like the court reporter to please mark

9  this as Alphabet Exhibit 1.

10             (Exhibit 1 marked)

11     Q.    (By Mr. Nakamura)  ████████████  please let me

12 know when you have this in front of you.

13             Do you have the exhibit in front of you?

14     A.    No.

15     Q.    It's in the Chat.  If you want to open the Chat

16 window, it should have been dropped in the Chat.

17     A.    My Chat is empty.

18     Q.    That's strange.

19             MR. NAKAMURA:  Julie, do you have the

20 exhibit?

21             MS. ELMER:  I do.

22             MR. NAKAMURA:  Okay.  Let's go off the

23 record for a second.

24             THE VIDEOGRAPHER:  Off the record at

25 8:46 a.m.

14

```
 1                    (Recess taken)

 2                    THE VIDEOGRAPHER:  Back on the record at

 3  8:53 a.m.

 4      Q.   (By Mr. Nakamura)  All right.  We have solved

 5  that technical problem.  So let's move forward.

 6                    ███████████  do you have what has been

 7  marked as Alphabet Exhibit 1 in front of you?

 8      A.   Yes.

 9      Q.   Great.  This is Civil Investigative Demand

10  No. 30769 issued on August 23rd, 2021.  Is this the

11  civil investigative demand that you are here in response

12  to?

13      A.   Yes, I believe so.

14      Q.   Okay.  Do you have any reason to believe that

15  you are not here in response to this civil investigative

16  demand?

17      A.   No.  But my hesitation is merely that there's a

18  lot of detail provided here.  So I would defer to my

19  lawyers to make sure this is the correct one.  But yes,

20  my understanding is that this is the subject matter for

21  why I'm here.

22                    MS. ELMER:  I object to the extent that

23  there are no specifications that are attached to this

24  copy.  This is just the cover portion of the CID.  So I

25  think what's confusing is that the specifications are
```

15

```
 1  not included here.

 2                  MR. NAKAMURA:  Sure.  Seumas, could you

 3  upload tab 2.

 4                  And could the court reporter please mark

 5  this as Alphabet Exhibit 2.

 6                  (Exhibit 2 marked)

 7      Q.   (By Mr. Nakamura)  ███████████  please let me

 8  know when you have that in front of you.

 9      A.   Yes, I have that in front of me.

10      Q.   All right.  As Ms. Elmer was saying, this is

11  the schedule that was attached to the civil

12  investigative demand.  Have you seen this document

13  before?

14      A.   Yes.

15      Q.   And is this the schedule of questions or topics

16  that you are here in response to?

17      A.   With -- yes with the exception that several of

18  the projects here, I believe, are out of scope for this

19  discussion.

20      Q.   Yes.  We will get to that, and I appreciate you

21  noting that.

22                  When did Alphabet notify you that it was

23  considering designating you as the representative for

24  this deposition?

25      A.   Approximately a month ago.
```

16

1    Q.   And when did Alphabet decide that you

2 specifically would be its representative for this

3 deposition?

4    A.   Shortly after that discussion.

5    Q.   So about a month ago is at the end of

6 January 2022.  Is that correct?

7    A.   Yes.

8    Q.   Great.  Do you understand the civil

9 investigative demand and the schedule that was attached

10 to it as Alphabet Exhibits 1 and 2?

11    A.   Yes.

12    Q.   Do you have any questions about anything

13 contained in Exhibits 1 or 2?

14    A.   No.

15    Q.   I'm going to reference specifically Exhibit 1,

16 which is the civil investigative demand itself.  Do you

17 understand that the information you provide during this

18 deposition may be used by the Department of Justice in

19 other civil, criminal, administrative or regulatory

20 cases or proceedings?

21    A.   Yes.

22    Q.   All right.  For Exhibit 2, this is the civil

23 investigative demand schedule that is part of what I

24 introduced to you as Exhibit 1.  So are you prepared to

25 testify about the matters in this schedule other than

17

 1  specifications 1e, 1h and 1i as well as specification 2

 2  as related to those three deferred topics?

 3      A.   Yes.

 4      Q.   Are there any matters or parts of matters

 5  listed in this schedule other than those that have been

 6  deferred about which you are not prepared to testify to?

 7      A.   No.

 8      Q.   Aside from what you have learned from your

 9  counsel, what is your understanding of what the justice

10  department is investigating?

11      A.   My understanding is that the justice department

12  is investigating general antitrust in the advertising

13  ecosystem.

14      Q.   And what is that understanding based on?

15      A.   That's based on a number of articles I've seen

16  provided as well as the letters and the discussions that

17  have been provided as well as the testimony that I have

18  reviewed, you know, and the questions that have been

19  asked.

20      Q.   And what articles that you have seen have

21  helped you understand what this investigation is?

22      A.   I believe they were articles published about --

23  and I could be mistaken here and I can look

24  specifically -- but about the DOJ inquiring into Google.

25      Q.   Do you recall what publications those were

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                          February 28, 2022

18

1  published in?

2      A.   Specifically no, but I can search for them if

3  you'd like.

4      Q.   No.  That's okay.

5           How long ago did you read those articles?

6      A.   This would have been a while ago because my

7  understanding is that this investigation has been going

8  on for quite a while and -- in addition to, you know,

9  the preparation for my last deposition as well, you

10 know, that the subject matter's fairly clear.

11     Q.   Okay.  And have you discussed this

12 investigation with others at Google other than your

13 attorneys?

14     A.   No.

15     Q.   Have you discussed this investigation with

16 anyone outside of Google other than your attorneys?

17     A.   No.

18     Q.   Besides your attorneys, did you meet with

19 anyone to prepare for this deposition?

20     A.   Yes.

21     Q.   Who was it?

22     A.   I had conducted two interviews with my

23 attorneys -- so I don't know if that changes the answer

24 or not -- but to inquire about times and dates and in

25 particular involvement of individuals in the subject

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                February 28, 2022

19

 1  matter requested in the CID.

 2      Q.   Okay.  I will get to your preparation in just a

 3  little bit, but I thank you for that.

 4             So let me speak to you now about any

 5  previous deposition experience that you've had.  Have

 6  you personally ever been a plaintiff or defendant in a

 7  lawsuit?

 8      A.   Does it count if I'm representing a

 9  corporation?

10      Q.   I'll ask you about that in a second, but have

11  you ever been named as a plaintiff or defendant in a

12  lawsuit, meaning your name would have been on the

13  caption,  ██████████  versus someone, for example?

14      A.   No.

15      Q.   Thank you.  Since August 11th, 2021, which is

16  your last deposition, have you been deposed?

17      A.   No.

18      Q.   Have you ever been deposed as a designated

19  representative of any company, whether pursuant to the

20  Federal Rules of Civil Procedure or other rules or

21  statutes?

22      A.   So I'm not a lawyer, so I don't know what

23  qualifies there.  But I believe you asked the questions

24  prior, and I've had one deposition that I've been

25  involved with previously and that was on behalf of

20

1   Google in an IP matter.

2        Q.   Got it.  Thank you.

3             So specifically about your preparation for

4   this deposition, what did you do to prepare for this

5   deposition?

6        A.   Did a number of things.  So first off reviewed

7   the CID to understand which topics were to be discussed.

8   I spoke with a few individuals about people and times,

9   looked at a number of documents to understand -- or

10  looked at specifically the metadata about the documents

11  to understand when they were created, who else was

12  involved.

13            I reviewed my calendar to see when these

14  projects took place, again, who was involved.  I also

15  reviewed timelines and time frames of letters and public

16  articles about numerous investigations that I believe

17  are related to this.

18            I also reviewed the testimony of a number

19  of my colleagues that were provided to you earlier to

20  review both what they had said and to make sure that any

21  discrepancies would be accounted for.

22            I think that's -- that's most of -- most,

23  if not all, of the preparation.

24       Q.   Thank you.  That's a very good introduction.

25            So which individuals -- what are the names

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

21

1  of the individuals with whom you spoke in preparation

2  for this deposition?

3      A.   Yes.  I spoke with ███████████ and ███████████

4      Q.   And could you spell their names, please?

5      A.   Sure.  ███████████, last name ███████████

6  ███████████.  And ███████████████████.

7      Q.   Thank you.  And what is ███████████ job title

8  and responsibilities at Alphabet?

9      A.   He is a principal engineer, and he is

10 responsible for -- actually, I don't know what he's

11 responsible for now; but during these projects he was

12 responsible for ad serving on the AdManager product.

13     Q.   And how many times did you meet with

14 ███████████

15     A.   In preparation?

16     Q.   Yes.

17     A.   One, one time.

18     Q.   And how long was that meeting?

19     A.   Approximately half hour.

20     Q.   And who else was present at that meeting?

21     A.   The attorneys present here, as well as another

22 attorney.

23     Q.   What is the name of that other attorney?

24     A.   ███████████████ He's an in-house counsel.

25     Q.   And for ███████████ what is her job title, what

22

```
 1  are her job responsibilities currently at Alphabet?

 2      A.   She is a director of corporate development, and

 3  she covers the ads area as well as some other areas.

 4      Q.   What are those other areas, to the best of your

 5  knowledge?

 6      A.   I don't know.  Possibly payments and shopping.

 7      Q.   And how many times did you meet with ████████

 8      A.   For preparation I met with her one time.

 9      Q.   On what date did you meet with her?

10      A.   Friday, February 18th.

11      Q.   And what date did you meet with ████████

12      A.   The same.

13      Q.   And how long was your meeting with ████████

14      A.   30 minutes.

15      Q.   And who else was present at that meeting?

16      A.   The same group I identified before, legal.

17      Q.   To be clear, when you say the attorneys that

18  are here for this deposition, do you mean every one of

19  the attorneys that is here currently?

20      A.   Yes.

21      Q.   And ████████████  in-house counsel for

22  Alphabet, was also present at your meeting with

23  ████████  correct?

24      A.   Yes.

25      Q.   Did you speak to any other individuals in
```

23

 1  preparation for this deposition?

 2      A.   No.

 3      Q.   While you were meeting with ████████ and

 4  ████████ did you review any documents that they

 5  provided to you?

 6      A.   No.

 7      Q.   Did you review any documents during your

 8  sessions with either ████████ or ████████

 9      A.   No.

10      Q.   So you also said that you reviewed documents in

11  preparation for this deposition.  About how many

12  documents did you review?

13      A.   Just to be specific, I reviewed the document

14  information, but I didn't go through documents.  So I

15  would pull up a document to look at when it was created,

16  who's in the share part and who was the owner.  That's

17  the three pieces of information I was looking for.

18      Q.   So when you say "I reviewed the document

19  information," you mean you restricted your review to the

20  metadata on that document.  Is that correct?

21      A.   Yes.

22      Q.   And to further clarify for the record, that

23  also means that you did not view the content of any of

24  the documents you reviewed in preparation for this

25  deposition.  Is that correct?

24

```
 1      A.   Yes.  Not for preparation, that's correct.

 2      Q.   Did you for any other reason review the

 3 contents of the documents that you also viewed in

 4 preparation for this deposition?

 5      A.   I did not review them now.  I think the

 6 distinction here is that I was integral in the

 7 preparation of materially all of the docs noted.  So

 8 there was no purpose for me to review the docs.

 9      Q.   Thank you.  I appreciate that.

10                So in total, how many documents' metadata

11 did you review in preparation for this deposition?

12      A.   Approximately between five and ten, probably

13 closer to ten documents.

14      Q.   And you also stated that you reviewed your own

15 calendar in preparation for this deposition.  Is that

16 correct?

17      A.   Yes.

18      Q.   And how long did you spend reviewing your own

19 calendar for this deposition?

20      A.   About an hour.

21      Q.   And did you take any notes based on what you

22 saw in your calendar in preparation for this deposition?

23      A.   No.  I was in discussion with counsel while

24 reviewing, and I noted the dates --

25                MS. ELMER:  Please don't share what you
```

25

```
 1  told counsel.

 2              THE WITNESS:  Oh, okay.

 3      A.   So what was the question again?  Did I take

 4  notes?

 5      Q.   (By Mr. Nakamura)  Yes.

 6      A.   No.

 7      Q.   Thank you.

 8              But you conveyed information to your

 9  counsel regarding what was on your calendar during those

10  discussions.  Is that correct?

11              MS. ELMER:  Objection, calls for

12  attorney/client privilege.  I instruct the witness not

13  to answer.

14              MR. NAKAMURA:  What is the basis for your

15  instruction?  I'm simply asking whether he conveyed

16  information, not what information was conveyed.

17              MS. ELMER:  You may share whether you

18  conveyed information or not, ████████████

19              MR. NAKAMURA:  Thank you.

20      A.   Information was conveyed.

21      Q.   (By Mr. Nakamura)  And that was over the phone

22  at the same time you were reviewing your calendar.  Is

23  that correct?

24      A.   Yes.

25      Q.   Thank you.  Did you review anyone else's
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

26

1  calendars in preparation for this deposition?

2      A.   I personally did not.

3      Q.   Did anyone convey information to you about

4  other Alphabet employees' calendars in preparation for

5  this deposition?

6      A.   It's possible that as I was asking questions,

7  that some of that was through my colleagues looking at

8  their cameras -- or, sorry, calendars.  But I don't know

9  specifically if that's what they were doing.

10     Q.   And when you say your colleagues, you mean only

11  ████████████ and ████████████ Is that correct?

12     A.   Yes.

13     Q.   Thank you.  You also said that in preparation

14  for this deposition you reviewed testimony from Alphabet

15  employees.  What were the names of the individuals for

16  whom you reviewed testimony?

17     A.   ████████████████, Philipp Schindler, ████████

    ████████████████ ████████████████ And I think -- and

19  ████████████

20     Q.   Let me just go through and clarify this for the

21  record.

22          So the first person was ████████████████████

    ████████████████, correct?

24     A.   ████████████████, yes.

25     Q.   Thank you for that.

27

```
 1              And the second person was Philipp

 2   Schindler.  Is that correct?

 3       A.   Yep.

 4       Q.   The third person is ███████████  Is that

 5   correct?

 6       A.   Yep.

 7       Q.   The fourth person is ███████████  ██████████.

 8   Is that correct?

 9       A.   Yep.

10       Q.   The second-to-last person is ███████████

11   Is that correct?

12       A.   Yep.

13       Q.   And the last person is ███████████████

14   ██████████████████████████.  Is that

15   correct?

16       A.   Yes.  As well as my own.

17       Q.   As well as your own deposition.  Thank you.

18       A.   Uh-huh.

19       Q.   In reviewing these depositions, did you review

20   the entire deposition, portions that counsel selected

21   for you, or some other subset of the deposition?

22       A.   I reviewed portions specific to the CID.

23       Q.   And who identified those portions for you?

24       A.   Counsel helped me identify those areas.

25       Q.   And so other than the portions that you
```

28

 1  reviewed based on the instruction of counsel, did you

 2  review any other portions of the deposition?

 3      A.   Incidentally possibly to understand the

 4  transitions, and that's it.  Primarily just those

 5  specific areas.

 6      Q.   Thank you for that.

 7           And approximately how long in total did

 8  you spend reviewing these depositions?

 9      A.   I would say between -- probably about three

10  hours.

11      Q.   And in preparation for this deposition, how

12  many times did you meet with your attorneys?

13      A.   About five times.

14      Q.   And what are the --

15      A.   Maybe more.

16      Q.   I'm sorry.

17      A.   Maybe more, yeah.

18      Q.   And when was the first time in preparation for

19  this deposition that you met with your attorneys?

20      A.   It would have been very early February or

21  possibly end of January, that time frame.

22      Q.   And which attorneys did you meet with at that

23  first meeting?

24      A.   It would have been the counsel on this call,

25  all, as well as ███████████████

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

29

1    Q.   And when was the second meeting, to the best of

2  your knowledge, with your attorneys in preparation for

3  this deposition?

4    A.   That would have been, you know, about the week

5  of Feb. 7.

6    Q.   I apologize for skipping around.  How long was

7  your first meeting with your attorneys in preparation

8  for this deposition?

9    A.   The first meeting, I believe it was 30 minutes.

10   Q.   Okay.  Thank you.

11             And for the second meeting approximately

12 the week of February 7th, which attorneys were present

13 at that meeting?

14   A.   It's the same group.

15   Q.   Okay.  And approximately how long was that

16 meeting?

17   A.   About three hours, two to three hours.

18   Q.   Okay.  And for the third meeting, when did that

19 occur in preparation for this deposition?

20   A.   I believe that same week, the 7th.

21   Q.   Okay.  And was it the same group of

22 attorneys --

23   A.   Yes.

24   Q.   -- in that meeting?

25   A.   Yes.

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

30

1    Q.    And about approximately how long was that

2 meeting?

3    A.    About three hours.

4    Q.    And when did the fourth meeting with your

5 attorneys occur in preparation for this deposition?

6    A.    I believe it would have been the following

7 week.

8    Q.    So the week of February 14th.  Is that correct?

9    A.    Yes.

10   Q.    And who was at that meeting?

11   A.    Again, the same group.

12   Q.    And how long was that meeting?

13   A.    About three hours.

14   Q.    And for the fifth meeting in preparation for

15 this deposition with your attorneys, when did that take

16 place?

17   A.    I believe that would have been on the 18th.

18   Q.    And who was at that meeting?

19   A.    The same group.

20   Q.    And how long was that meeting?

21   A.    Between 30 and 60 minutes.

22   Q.    Have you had any meetings with your attorneys

23 subsequent to the 18th of February in preparation for

24 this deposition?

25   A.    There were several meetings on the 18th

31

1  relating to those other interviews as well that I had

2  mentioned earlier that involved counsel.

3      Q.   So on the 18th you met three times, once with

4  your attorneys?

5      A.   Yep.

6      Q.   Once with ███████████ and your attorneys?

7      A.   Yep.

8      Q.   And once with ███████████ and your attorneys.  Is

9  that correct?

10     A.   Yes.

11     Q.   Thank you.  And after the 18th did you have any

12 subsequent meetings with your attorneys in preparation

13 for this deposition?

14     A.   Yes.  We met this morning.

15     Q.   And how long did you meet for?

16     A.   45 minutes.

17     Q.   And you had no meetings with your attorneys to

18 prepare for this deposition between the 18th of February

19 and today, this morning.  Is that correct?

20     A.   Correct.

21     Q.   So let me turn now to round out the sort of

22 preliminaries for this deposition.  Is your full legal

23 name ███████████████████

24     A.   Yes.

25     Q.   Have you gone by or used any other names

32

```
 1  before?
 2      A.    I go by  ████  ████████
 3      Q.    Are there other names or nicknames that people
 4  call you at work other than  ████
 5      A.    No.
 6      Q.    Are you currently employed by Alphabet?
 7      A.    Yes.
 8      Q.    Where is your office located?
 9      A.    It's in Mountain View.
10      Q.    Do you have an office telephone number?
11      A.    No.
12      Q.    Do you have a cellular telephone that you use
13  for work?
14      A.    Yes.
15      Q.    And what is the phone number associated with
16  that work cell phone?
17      A.    ████████████████
18      Q.    What is your current job title at Alphabet?
19      A.    Director of product management.
20      Q.    Is there a formal classification associated
21  with your current job, such as level 9?
22      A.    Yes.
23      Q.    And what is that classification?
24      A.    Level 9.
25      Q.    Is this the same job that you have held since
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                        February 28, 2022

33

1  your last deposition in this matter on August -- in

2  August of 2021?

3      A.   Yes.

4      Q.   What department or division of Alphabet do you

5  currently work in?

6      A.   I work in the ADVA team, which is the apps

7  display and video advertising.

8      Q.   And how long have you held this position?

9      A.   The level or the role?

10     Q.   Well, why don't we start with the role and then

11 you can tell me the level.

12     A.   The role, since late August of 2019.

13     Q.   And how long have you held the level 9

14 position?

15     A.   Since October of 2020.

16     Q.   What are your current job responsibilities at

17 Alphabet?

18     A.   I'm responsible for the product -- for the

19 products that are publisher facing in advertising.

20     Q.   And what are the names of those products?

21     A.   AdManager, the ad exchange which is known as

22 authorized buyers and open bidding, AdMob and AdSense.

23     Q.   Do you do work on Google ads?

24     A.   So technically that product would not fit into

25 my portfolio, although it is a marketplace.  So those

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

34

1  ads would flow through my products.

2       Q.    And do you do work outside of your current job

3  responsibilities at Alphabet?

4       A.    Yes.

5       Q.    And what is that work?

6       A.    I'm sorry.  Can you rephrase the question?

7  That's a little ambiguous.

8       Q.    Sure.  You described to me earlier what your

9  job responsibilities were, and we just discussed Google

10 ads which, as you said, flows through the product.  And

11 I just want to make sure that I understand what other

12 products you may work with even though they are not part

13 of your job responsibilities.

14      A.    Gotcha.

15      Q.    So if you could help me with that, I would

16 appreciate it.

17      A.    Sure.  Yeah.  So I'm on the global news

18 initiative board.

19      Q.    And what is the global news initiative board?

20      A.    So the global news initiative is a fund that

21 Google allocates to help the journalism industry.  So

22 while some of that pertains to advertising, the majority

23 of those activities don't have anything to do with

24 advertising.

25            I'm also on the Ads, Inc. board of

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

35

1  directors, which is an internal fund to start up new and

2  unusual initiatives inside of the general ads PA beyond

3  the portions that I work on directly.

4       Q.   And what -- I'm sorry.   What do you mean by

5  "PA"?

6       A.   Product area.

7       Q.   And when you say the Ads, Inc. board of

8  directors is an internal fund, do you mean that Alphabet

9  provides funding to projects within the company?

10       A.   It's a fund that provides funding, primarily

11  externally and sometimes internally.

12       Q.   And can you provide an example of what an

13  externally funded project would be?

14       A.   Sure.   They give grants to various journalists.

15  They fund trainings for journalism on a global basis,

16  things like that.

17       Q.   And are there any other projects that you work

18  on that are outside the scope of your job

19  responsibilities at Alphabet?

20       A.   I am responsible for certain fireside chats and

21  trainings for product managers in general across all of

22  Google.

23       Q.   And what is the purpose of those fireside

24  chats?

25       A.   To train our product managers on how to be

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential

February 28, 2022

36

1 better managers.

2     Q.   And what would you describe as the subject

3 matter of that training?

4     A.   It's varied.  Depends on what's topical.  For

5 example, what makes a great manager, how to manage a

6 team partly remote and partly on-site.

7     Q.   Okay.

8     A.   Things like that.  Career coaching.

9     Q.   Very helpful.  Thank you.

10          Are there any other projects that you work

11 on that are outside your job responsibilities at

12 Alphabet?

13     A.   Nope.

14     Q.   Thank you.  And currently to whom do you report

15 at Alphabet?

16     A.   I report to ▮▮▮▮▮▮

17     Q.   And what is ▮▮▮▮▮▮ title?

18     A.   He's the general manager of YouTube ads and

19 ADVA, apps display and video ads.

20     Q.   And to whom does ▮▮▮▮▮▮ report?

21     A.   To ▮▮▮▮▮▮

22     Q.   And to whom does ▮▮▮▮▮▮ report?

23     A.   To ▮▮▮▮▮▮

24     Q.   And how many people at Alphabet report to you?

25     A.   In my organization or directly?

37

```
 1     Q.   Directly.

 2     A.   Five.

 3     Q.   And what are their names and titles?

 4     A.   ████████████████████████████████████████

       ███████████████████████████████████.

 6     Q.   And what are the titles of those five

 7   individuals?

 8     A.   In order, director of product management,

 9   director of product management, director of product

10   management, group product manager and administrative --

11   executive administrative assistant.

12     Q.   And how many people in your organization report

13   to you?

14     A.   Approximately 50.

15     Q.   And what are the subject matter areas that

16   those 50 people work in who report to you in your

17   organization?

18     A.   It's all product management for the products

19   that I described earlier.

20     Q.   And to be clear, the products you described

21   earlier that are within the scope of your job

22   responsibilities.  Is that correct?

23     A.   Yes.

24     Q.   Thank you.  In your current position, since

25   assuming your position, have your job responsibilities
```

38

1  changed?

2      A.   No.

3      Q.   Do you currently work on regulatory,

4  investigation or litigation matters?

5      A.   Yes.

6      Q.   Which ones?

7      A.   So there's a number.  So the U.K. ICO relating

8  to GDPR, the Texas AG suit, this investigation with the

9  Department of Justice, the U.K. Competition Markets

10 Authority, the ACCC -- that's the Australian Competition

11 something -- and the Irish DPA, Data Protection

12 Authority.

13     Q.   Do you work on any other regulatory,

14 investigation or litigation matters?

15     A.   I'm sorry.  Can you -- are you asking about

16 litigation?

17     Q.   Other than those listed --

18     A.   Yeah.

19     Q.   -- that you just listed, do you work on any

20 regulatory, investigation or litigation matters?  So

21 yes, it would include litigation.  I'm just trying to

22 make sure your list is complete.

23     A.   Got it.  I'm just trying to understand what you

24 mean by "investigation."  Do you mean I'm investigating

25 or do you mean they're investigating?

39

1    Q.    That's a great question.   Thank you for asking.

2          For example, a government agency like us

3  is investigating, so not any internal investigation that

4  you're working on but any investigation that comes from

5  outside of Alphabet.

6    A.    Yeah.   Yes, I believe there are others but not

7  related to the discussion today.

8    Q.    Well, I will just tell you this.   It is my view

9  that as part of the qualifications of the witness, I

10  need to assess the amount of work you do on these

11  investigative matters.   And unless your counsel objects

12  and instructs you not to answer, all I am looking for is

13  the name of what those are.

14          So unless Ms. Elmer would like to enter an

15  objection, please let me know what the names of any

16  other litigation, external investigation or regulatory

17  matters that you work on are.

18          MS. ELMER:   Yeah.   The names of the

19  investigating authorities are fine to share, ▮▮▮▮

20          THE WITNESS:   Okay.

21    A.    New Mexico Attorney General.

22          MS. ELMER:   And, ▮▮▮▮ if you need to

23  refer to the letter that you had mentioned earlier that

24  is in front of you today or that you brought with you

25  today to make sure that you've given a complete list,

40

1  feel free to.

2     A.    The European Commission would be the other one

3  that is relevant.  Beyond that for investigations, no,

4  that's it.

5     Q.    (By Mr. Nakamura)  Are there any litigation

6  matters other than the Texas AG lawsuit you just

7  mentioned that you work on currently?

8     A.    Yes.

9     Q.    And what are those?  Just the names, please.

10     A.    Those are relating -- that's a number of cases

11  all relating just to typical IP litigation.

12     Q.    Are there any litigation matters on which you

13  are working for Alphabet that do not relate to IP

14  litigation?

15            MS. ELMER:  Other than the Texas AG

16  lawsuit?

17            MR. NAKAMURA:  Yes.  Thank you, Julie.

18     Q.    (By Mr. Nakamura)  Other than the Texas AG

19  lawsuit.

20            MS. ELMER:  And the MDL cases associated

21  with it?

22            MR. NAKAMURA:  Yes.

23     Q.    (By Mr. Nakamura)  You did not, ▮▮▮▮▮▮▮

24  mention the MDL cases associated with that Texas AG

25  lawsuit.  Are you working on the MDL cases associated

41

```
 1  with the Texas AG lawsuit?

 2      A.   I'm sorry.  What does MDL refer to?

 3               MS. ELMER:  Multi-district litigation.

 4      Q.   (By Mr. Nakamura)  Those are the private

 5  plaintiff lawsuits that are associated with the Texas AG

 6  lawsuit.  Are you working on those?

 7      A.   I don't know if those are wrapped up in the

 8  same discussions, so I don't know.

 9      Q.   Okay.  That's fine.

10               Just so we're clear, are you a lawyer?

11      A.   No.

12      Q.   Do you ever provide legal advice for Alphabet?

13      A.   No.

14      Q.   What percentage of your time as an employee of

15  Alphabet are spent on regulatory, investigation or

16  litigation matters?

17      A.   About 60 percent.

18      Q.   And how would you describe your role with

19  respect to regulatory, investigative or litigation

20  matters at Alphabet?

21      A.   So I'm responsible for defining the direction

22  of our business with respect to the regulatory changes,

23  yeah.

24      Q.   What do you mean by "defining the direction of

25  our business"?
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

42

 1                    MS. ELMER:  And to the extent that your

 2   question, Brent, invades the work product doctrine or

 3   the attorney/client privilege, I instruct the witness

 4   not to answer.

 5                    To the extent that you can answer in a way

 6   that doesn't share privileged information, you may do

 7   so.

 8      A.    So with new regulatory changes and prospective

 9   regulatory changes, there likely would be changes

10   required to our business such as things that happened

11   with GDPR.

12                    So I'm responsible for finding a way to

13   ensure that we continue to comply with the changing

14   regulations as well as the general, you know,

15   competitive marketplace here.  So I'm responsible for

16   charting that path for our business.

17      Q.    (By Mr. Nakamura)  And do you provide, as part

18   of this role, any financial projections or business

19   analyses as part of Alphabet's response to potentially

20   required changes to your business in response to these

21   regulations?

22                    MS. ELMER:  I instruct the witness not to

23   answer to the extent that this invades the work product

24   doctrine or the attorney/client privilege.

25      A.    I mean, of course I do.  Like we're trying to

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                              February 28, 2022

43

1   run a business.  How do you not take those things into

2   account?

3       Q.   (By Mr. Nakamura)  And who at Alphabet prepares

4   these financial projections or business analyses that

5   you provide as part of this role?

6       A.   Financial is typically prepared by finance in

7   conjunction with input from legal and, you know, various

8   working team members, cross-functional.

9       Q.   And can you -- I'm sorry.

10           And can you give me an example of who at

11  finance provides you with that information?

12      A.   Sure.  Someone like ██████████, who's the

13  director of finance.

14      Q.   And what in-house counsel are involved with

15  those projections?

16      A.   So depending on the products we're talking

17  about or the relevant subject matter, it likely would be

18  someone like ██████████████ who has, you know,

19  knowledge of a specific area.

20      Q.   And other than financial projections, what

21  other business analyses do you provide as part of this

22  role with respect to regulatory, investigation or

23  litigation matters?

24           MS. ELMER:  Object to the form and also

25  object to the extent that your question seeks to invade

44

```
 1  the attorney work product doctrine or the

 2  attorney/client privilege.

 3      Q.   (By Mr. Nakamura)  I'll ask again,

 4  ███████████████    Other than financial projections, what

 5  other business analyses do you provide as part of your

 6  role with respect to regulatory, investigative or

 7  litigation matters?

 8              MS. ELMER:  Same instruction.

 9              We've been going for about an hour.  Let's

10  take a break.

11              MR. NAKAMURA:  He needs to answer my

12  question that is pending, and then we can take a break.

13  I'm happy to do that.

14              MS. ELMER:  I've instructed the witness

15  not to answer the question.

16      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

17  instruction not to answer?

18      A.   Yes.  I'll say this.  I believe I answered this

19  already.  I think if you're asking for anything further,

20  it would fall into privileged communications with

21  counsel.  And specifically what I said earlier was that

22  I'm responsible for steering the organization through

23  the changes in regulation.

24      Q.   Okay.  Thank you.

25              MR. NAKAMURA:  Let's go off the record.
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

45

1          THE VIDEOGRAPHER:  Going off the record at

2 9:39 a.m.

3          (Recess taken)

4          THE VIDEOGRAPHER:  Back on the record at

5 9:54 a.m.

6     Q.   (By Mr. Nakamura)  Thank you for returning,

7 ███████████████

8          In your August 11th, 2021 deposition you

9 told me about positions you held at Alphabet before your

10 current position.  Do you have anything to add to the

11 testimony you provided on August 11th, 2021 regarding

12 prior positions you have held at Google?

13    A.   No.

14    Q.   In your August 11th, 2021 deposition you told

15 me about positions you held prior to joining Alphabet or

16 Google, including jobs that you held at PayPal and other

17 companies.  Do you have anything to add to that

18 testimony?

19    A.   Beyond the questions you asked, no.

20    Q.   Great.  Are you still a board member and

21 investor in the company ████████████████████?

22    A.   Yes.

23    Q.   Is your ownership interest in the company still

24 approximately ████████████████?

25    A.   Yes.

46

1    Q.   What work do you currently do for that company?

2    A.   I'm a board member.  That's it.

3    Q.   Do you still work for the company █████████

4    ███████

5    A.   Sort of.  It's not really doing any business

6    right now, and it's not a separate corporation.  It's

7    just a sole proprietorship.  So, for example, if I refer

8    a friend to a real estate broker, I might make money

9    through that or something like that.  But no, I don't do

10   formal work.

11   Q.   Okay.  Thanks for that.

12             In your August 2021 deposition you told me

13   about your educational background.  Do you have anything

14   to add to that testimony?

15   A.   No.

16   Q.   Great.  Is your Alphabet work e-mail address

17   still ███████████google.com?

18   A.   Yes.

19   Q.   Do you have any other e-mail addresses?

20   A.   No.

21   Q.   Does anyone else use your work e-mail address?

22   A.   No.

23   Q.   Do you still use the e-mail address

24   █████████████████com?

25   A.   Yes.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

47

```
 1        Q.   Do you still use the e-mail address
 2 ████████████gmail.com?
 3        A.   Yes.
 4        Q.   Do you still use the e-mail address
 5 ████████████████████com?
 6        A.   Yes.
 7        Q.   Do you still use the e-mail address
 8 ████████████com?
 9        A.   Yes.
10        Q.   Do you still use the e-mail address
11 ████████████com?
12        A.   Yes.
13        Q.   Do you use any other e-mail addresses that I
14 have not yet mentioned?
15        A.   Yes, ████████████com.
16        Q.   Are there any others?
17        A.   Nope.
18        Q.   Have you ever used any of these non-Google
19 e-mail addresses for Google or Alphabet business?
20        A.   No.
21             MR. NAKAMURA:  Seumas, could you please up
22 load tab 8 into the Chat.
23        Q.   (By Mr. Nakamura)   ████████████ please let me
24 know when you have this document in front of you.
25             MR. NAKAMURA:  I'd like the court reporter
```

48

1   to please mark this as Alphabet Exhibit 3.

2                   (Exhibit 3 marked)

3       A.   Okay.

4       Q.   (By Mr. Nakamura)  This is a letter sent to the

5   Division on October 28th, 2021 by your counsel,

6   Ms. Elmer, regarding the civil investigative demand

7   about which you are testifying today.  Have you seen

8   this letter before?

9       A.   I don't know if I've seen this letter before,

10  but I have just read it.

11      Q.   So prior to today, your testimony is that you

12  have not seen this letter before.  Is that correct?

13      A.   Yeah.  I don't remember specifically reviewing

14  this letter.

15      Q.   Who prepared this letter?

16      A.   It looks like Julie Elmer prepared it.

17      Q.   Who at Alphabet assisted in the preparation of

18  this letter?

19      A.   Our legal team would be my guess.

20      Q.   But you don't know?

21      A.   I don't know, but I can say with -- I strongly

22  believe that ███ and ███ together would have been

23  responsible for communicating with Julie.

24      Q.   And what are ███ and ███ last names?

25      A.   I'm sorry.  I'm not great with names.  They're

49

```
 1  on the call.  Can I ask them to show their names?

 2     Q.   Sure.  I can see them as well, which is why I

 3  asked you.

 4     A.   Yeah.  Mainly I don't want to mess up their

 5  last names.

 6     Q.   But it's okay.  We'll just -- the court

 7  reporter is taking them down.

 8            So they are the two attorneys who are

 9  present today.  Is that correct?

10     A.   Yes.

11     Q.   Thank you.

12            Did any nonlawyers at Alphabet assist in

13  the preparation of this letter?

14     A.   To my knowledge, no.

15     Q.   Okay.  On the first page of this letter

16  Ms. Elmer wrote beginning in the middle of the first

17  paragraph to this letter, "Please see the information in

18  the file" -- I'm sorry.  Let me start again.

19            "Please see the information in the

20  appendix which sets forth the privilege log numbers of

21  documents that the company has withheld for

22  attorney/client privilege, work product protection

23  and/or another cognizable privilege in response to Civil

24  Investigative Demand No. 30471 and that contain the

25  names of the projects identified in the CID schedule."
```

50

1              Did I read that correctly?

2      A.    I believe so.

3      Q.    In identifying the documents listed in the

4  appendix to this letter, which are at pages 3 through 18

5  of Exhibit 3, did Alphabet do a search only for

6  documents that contain the exact names of the projects

7  identified in the CID schedule?

8      A.    Can I confer with counsel on this briefly?

9      Q.    Sure.

10             MR. NAKAMURA:  Let's go off the record.

11             THE VIDEOGRAPHER:  Off the record at

12  10:01 a.m.

13             (Recess taken)

14             THE VIDEOGRAPHER:  Back on the record at

15  10:04 a.m.

16             MS. ELMER:  Yeah.  So I object to your

17  questions, Brent, as being outside the scope of the CID.

18  The CID does not request how we manage our discovery

19  process, how we manage responding to DOJ correspondence,

20  how we do our privilege log.  All of that invades our

21  work product, the work product doctrine.

22             And the witness is not prepared to respond

23  to questions about how Freshfields responds to DOJ's

24  correspondence.

25             So I object to it as being outside the

51

```
 1  scope.  He can answer in his individual capacity to the

 2  extent that he knows.

 3              MR. NAKAMURA:  So what I'd like to

 4  understand, though, with respect to your scope objection

 5  is the subject line of this letter is "Civil

 6  Investigative Demand No. 30769."  That is the

 7  established CID that ████████████ as Alphabet's

 8  representative, is sitting here testifying to.

 9              I am surprised that a letter that came

10  many months ago was not reviewed by him, and I am going

11  to take testimony on Alphabet's corporate position.  To

12  the extent that he does not have an answer because he

13  was not prepared, obviously that is the answer that I

14  will get today.

15              But with that, I can resume questioning

16  unless you have anything else to say, Ms. Elmer.

17     A.   I'd also like to interject.  So as I reviewed

18  the rest of the document -- I apologize here --

19  including the documents, and I have seen this list

20  before.  This was part of my preparation.  And I

21  apologize.  The first page with a lot of legalese I did

22  not recognize, but I have viewed this document and I

23  have noted the many documents that were provided.

24              So I want to restate.  I have seen this

25  document.  I have reviewed the articles in the piece.  I
```

52

```
 1  just did not recognize that front page.  So I have seen

 2  this.  But as -- and I'll defer back to Julie with

 3  respect to answering because "I don't know" is the

 4  answer to your question.  I don't know what process

 5  Freshfields used.

 6      Q.   (By Mr. Nakamura)  Thank you.

 7              So as Alphabet's corporate designee

 8  sitting here today, is it Alphabet's representation this

 9  is a complete list of all documents withheld on the

10  basis of attorney/client privilege, the work product

11  protection and/or another cognizable privilege in

12  response to Civil Investigative Demand No. 30471?

13              MS. ELMER:  I object to your question as

14  improper as it invades the attorney/client privilege.

15  And, more importantly, it invades the work product

16  doctrine.  This is a letter that Freshfields wrote in

17  response to you-all.

18              If you'll also note, the letter says that

19  it is in reference to the CID, the document CID.  ████

20  is not here to talk about how Freshfields put together a

21  privilege log.

22              I instruct the witness not to answer this

23  question.

24              Your questions are improper.  And let's go

25  on to the scope of the CID, or I will terminate the
```

53

 1  deposition.

 2              MR. NAKAMURA:  That is your option, and I

 3  understand your position.

 4      Q.   (By Mr. Nakamura)   ███████████   will you

 5  follow Ms. Elmer's instruction not to answer?

 6      A.   Yes.

 7      Q.   Thank you.

 8              All right.  One more question,

 9  ████████████  -- or a couple more questions I guess about

10  this, about what you have reviewed.  So you said that

11  you have reviewed pages 3 through 18 to this Exhibit

12  No. 3.  Is that correct?

13      A.   Can we put the document back up?

14              MR. NAKAMURA:  Seumas, could you please

15  put that back in the Chat.

16      A.   I'm sorry.  I still have it up separately.  I

17  think I'm okay.

18      Q.   (By Mr. Nakamura)  Thank you.

19      A.   Yes.  So I reviewed 3 through 18, yes.

20      Q.   And did you review any of the documents listed

21  here in preparation for this deposition?

22      A.   Likely I reviewed the metadata of some of the

23  documents listed here, although it would -- I wouldn't

24  know it by the privilege log number.  Specifically I

25  would know it based on the documents being in my drive.

54

1    Q.   And to be clear, did you use this list to

2  refresh your recollection with respect to how the

3  documents related to certain projects?  For example, in

4  the second or right-hand column, Project Banksy as

5  related to the first document there, is that how you

6  would have used this appendix?

7             MS. ELMER:  Same objection and same

8  instruction.  You don't have to answer that question,

9  ▇▇▇▇▇ That invades the work product doctrine and

10 attorney/client privilege.

11   Q.   (By Mr. Nakamura)  Are you going to follow that

12 instruction?

13   A.   Yes.

14   Q.   And did you ever communicate to any lawyer

15 about how you were using this list of documents on

16 pages 3 through 8 of appendix -- I'm sorry -- of

17 Exhibit 3?

18             MS. ELMER:  Same objection.  Assumes

19 facts.  I think you're misconstruing his testimony,

20 Brent.

21             MR. NAKAMURA:  I'll have the court

22 reporter please read back the question.

23             (The record was read as requested.)

24   A.   I feel like you're restating -- or you're

25 making an assumption in that that I haven't spoken to.

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

55

```
 1              My advice from counsel is that any
 2   communications here are privileged.  So I'm not
 3   declining to answer your question.  I'm saying I don't
 4   understand how you came up with your question because
 5   it's assuming things I didn't convey to you.
 6       Q.   (By Mr. Nakamura)  Well, you've listened
 7   carefully, and that's very helpful.
 8              Just so I'm clear and to help me out, how
 9   again did you use pages 3 through 18 of Exhibit 3 in
10   preparation for this deposition?
11              MS. ELMER:  Same objection.  I don't think
12   he testified that he used them.  He testified that he's
13   seen them before, and that's a big distinction.
14       Q.   (By Mr. Nakamura)  █████████  how, if at
15   all, did you use the information provided in pages 3
16   through 18 of Exhibit 3 in preparation for this
17   deposition?
18       A.   I reviewed the list.
19       Q.   And did you use the project names listed in the
20   second column here, the right-hand column, of pages 3
21   through 8 of Exhibit 3?
22       A.   So I'm confused about that question.  So yes,
23   of course I used the names; but that doesn't have
24   anything to do with this list.
25       Q.   What do you mean by --
```

56

1    A.   The names are the projects on the CID.   How

2  could I testify I didn't use the project names?   So

3  you're conflating using the names on the right side with

4  me doing stuff.   So I'm not -- I'm not clear what you're

5  getting at here.

6              Yes, of course the names were used.

7    Q.   Thank you.

8    A.   But not related to this list.

9    Q.   Okay.   That's helpful.   Thank you.

10             MR. NAKAMURA:   Seumas, could you please

11 put up tab 9, please.

12   Q.   (By Mr. Nakamura)   Okay, ██████████   Please

13 let me know when you have that up.

14   A.   Yes.   I have this up.

15             MR. NAKAMURA:   Could the court reporter

16 please mark this as Alphabet Exhibit 4.

17             (Exhibit 4 marked)

18   Q    (By Mr. Nakamura)   This is a letter sent to the

19 Division on November 15th, 2021 by your counsel,

20 Ms. Elmer, regarding the civil investigative demand

21 about which you are testifying today.   Have you seen

22 this letter before?

23   A.   Yes.

24   Q.   When did you see this letter?

25   A.   As part of the preparation and -- earlier this

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

57

```
 1  month.

 2      Q.   Did you see the entirety of this letter,

 3  including the first two pages as well as the appendix?

 4      A.   Yes.

 5      Q.   And who prepared this letter?

 6      A.   It says that Julie Elmer prepared this letter.

 7      Q.   What is Alphabet's position regarding who else

 8  prepared this letter?

 9           MS. ELMER:   And I'm going to instruct the

10  witness not to answer.   This is -- well, I'll say this.

11  I object to the question as being beyond the scope.   He

12  may answer in his individual capacity.   But the CID does

13  not ask about Freshfields' preparation of letters, and

14  the witness is not prepared to talk about the process

15  that his outside counsel uses to prepare letters to the

16  DOJ.

17           But you may answer to the extent you know

18  in your individual capacity, ████

19      A.   Okay.   I believe ████ would be involved.

20  That's the extent of my full -- like I do not know for a

21  fact, but I assume that she is involved.

22      Q.   (By Mr. Nakamura)   So just so I round this out,

23  is it Alphabet's position today that you are not -- that

24  Alphabet is not going to provide any testimony today

25  regarding who prepared this letter.   Is that correct?
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

58

1    A.   Yeah.  As suggested by counsel, yes.

2             MS. ELMER:  Yeah.  That's outside the

3    scope, Brent.  If you want to have a conversation with

4    me later about this, I'm happy to do so.

5             MR. NAKAMURA:  I appreciate that.  I will

6    likely take you up on your offer, Ms. Elmer.  I

7    appreciate that.  But I want to make the record clear

8    today, and I can move on.

9    Q.   (By Mr. Nakamura)  So, ███████████ did you in

10   any way use the appendix to this letter listing

11   documents in your preparation for today's deposition as

12   Alphabet's corporate representative?

13   A.   Aside from reviewing, no.

14   Q.   And how did the -- how did you use the appendix

15   to this letter in reviewing for today's deposition as

16   Alphabet's corporate representative?

17            MS. ELMER:  Objection, assumes facts and

18   misconstrues testimony.

19   Q.   (By Mr. Nakamura)  I have received Julie's

20   privilege objection.  My question is how, if at all, did

21   you use the appendix to this letter in reviewing for

22   today's deposition as Alphabet's designated corporate

23   representative?

24            MS. ELMER:  Same objection.  He's already

25   testified that aside from reviewing it, he did not use

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

59

1  it.

2      Q.    (By Mr. Nakamura)  ▮▮▮▮▮▮▮▮  I'd like an

3  answer to my question about how, if at all, you used it.

4  Let me just back up.   I'll make it clearer.

5              When you say "reviewed," what do you mean

6  by reviewed the documents listed in this letter?

7      A.    I didn't say reviewed the documents listed.   I

8  said I reviewed the list.

9      Q.    Uh-huh.   And what did you -- how did reviewing

10 the list help you in your preparation?

11     A.    It merely made me aware of the documents that

12 were noted here, and that's it.   I did not use this

13 further.

14     Q.    All right.

15             MR. NAKAMURA:   Seumas, could you please

16 upload tab 6 into the Chat.

17     Q.    (By Mr. Nakamura)  ▮▮▮▮▮▮▮▮  please let me

18 know when you have that in front of you.

19             MR. NAKAMURA:   I'd like the court reporter

20 to mark this as Alphabet Exhibit 5.

21             (Exhibit 5 marked)

22     A.    Okay.

23     Q.    (By Mr. Nakamura)  This is a letter sent to the

24 Division on September 14th, 2021 by your counsel,

25 Ms. Elmer, regarding the civil investigative demand

60

1   about which you are testifying today.

2                   Have you seen this letter before?

3       A.   Yes.

4       Q.   And when have you seen this letter before?

5       A.   In early February as part of the preparation

6   process.

7       Q.   And who at Alphabet prepared this letter?

8                   MS. ELMER:  Same objection.  It's outside

9   scope.

10                  You may testify in your individual

11  capacity, if you know, ████.

12                  MR. NAKAMURA:  I'm sorry.  Hold on a sec.

13  So, Ms. Elmer, I'd like to understand the basis for your

14  outside-the-scope objection, given that this letter

15  literally responds to specifications point by point to

16  the CID to which ██████████ is sitting in response to

17  today.  Why is that out of scope?

18                  MS. ELMER:  Well, first of all, the DOJ

19  has rejected these letters as being responsive to the

20  CID and has insisted upon ██████ testimony.  A 30(b)(6)

21  witness is the testimony of the company.  That's why

22  we're here today.

23                  And your CID does not include a

24  specification seeking testimony about outside counsel

25  preparation of letters to the DOJ on any topic,

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                          February 28, 2022

61

1  including the topic of this CID.

2                   So if you insist on asking the witness

3  questions about outside counsel's work, I will terminate

4  the deposition and suggest that you move on to the

5  specifications that are set forth in the CID.

6                   MR. NAKAMURA:  Okay.  I understand your

7  position.

8     Q.   (By Mr. Nakamura)   ███████████   is it

9  Alphabet's position today that this letter does not

10 represent the corporate position of Alphabet with

11 respect to this civil investigative demand to which you

12 are sitting here in response to today?

13    A.   Yes.  I am here to testify with the corporate

14 position which supersedes this letter.

15    Q.   Does anything in this letter represent the

16 corporate position of Alphabet?

17    A.   I believe if we discuss these line by line, you

18 will find a lot of overlaps; and you may also find some

19 discrepancies.

20    Q.   So what in this letter represents the corporate

21 position of Alphabet?

22    A.   Okay.  This is going to take a long time to

23 walk through.  Would you like to walk through that?

24    Q.   Yes.

25    A.   Okay.  I think the easiest way to say this is

62

1  that we have updated this letter specifically with the

2  communication on February 25th to correct a couple of

3  pieces of information that likely outside counsel did

4  not have full knowledge of.

5           So if you're asking which pieces of this,

6  I think you'll find them specifically in the letter

7  dated Feb 25.

8     Q.   So I'm just trying to make this process

9  simpler.  I just want to understand, because in my

10 reading of this letter, there's some pieces of

11 information here that are not included in the

12 February 25th letter, and I don't know whether that is

13 by mistake or whether or not something supersedes

14 something else.  So that is why I'm asking you these

15 questions.

16          So what in this letter is Alphabet's

17 corporate position with respect to the specifications in

18 the CID?

19          MS. ELMER:  Objection, asked and answered.

20 I'd like to take a break to discuss an issue of

21 privilege.

22          MR. NAKAMURA:  I'm sorry.  Before you go

23 off the record, are you intending to claw back part of

24 this document?

25          MS. ELMER:  No.  The question has been

63

1  asked and answered.  He's already answered your

2  question, Brent.

3            ██████  if you'd like to answer it again,

4  please go ahead before we go off the record.

5     Q.   (By Mr. Nakamura)  Yeah.  So the question

6  pending is what in this letter is Alphabet's corporate

7  position with respect to the specifications that you are

8  here to testify about today in the CID?

9            MS. ELMER:  Other than what he's already

10 said about the February 25th letter?  What more are you

11 asking for, Brent?

12    Q.   (By Mr. Nakamura)  ████████████  if you'd like,

13 we can just walk through this letter and you can tell me

14 what is right, what is wrong, what is superseded and

15 what is not.

16           MR. NAKAMURA:  Seumas, could you upload

17 into the Chat -- you know what, let's just do it this

18 way.

19    Q.   (By Mr. Nakamura)  So, ████████████  please

20 just keep this on your computer.  I'll be referring back

21 to it later.  Okay?

22    A.   Okay.

23           MR. NAKAMURA:  Seumas, why don't you

24 upload tab 7 into the Chat.

25           MS. ELMER:  Okay.  I asked for a break.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

64

 1  So let's take a break before we move on to the next

 2  document, please.

 3                  MR. NAKAMURA:  All right.  Let's take a

 4  break.

 5                  THE VIDEOGRAPHER:  Off the record at

 6  10:22 a.m.

 7                  (Recess taken)

 8                  THE VIDEOGRAPHER:  Back on the record at

 9  10:29 a.m.

10                  MR. NAKAMURA:  Thank you.

11      Q.   (By Mr. Nakamura)  ███████████  I'd just like

12  to clear up one matter before we move on.  I notice that

13  you picked up your phone just before we went on the

14  break.  I just want to make sure to remind you that use

15  of a phone or any other device is not permitted while

16  you're on the record during this deposition.  Do you

17  understand that?

18      A.   I don't recall picking up my phone.

19      Q.   Okay.  Perhaps I was just mistaken, but I just

20  wanted to issue that reminder.  That's totally my

21  mistake.

22      A.   I think that was my teacup.

23      Q.   Okay.  My mistake, I apologize.

24                  MR. NAKAMURA:  Seumas, could you upload

25  tab 7 into the Chat.

65

```
 1    Q.   (By Mr. Nakamura)  All right, ███████████

 2 please let me know when you have that in front of you.

 3              MR. NAKAMURA:  Could the court reporter

 4 please mark this as Alphabet Exhibit 6.

 5              (Exhibit 6 marked)

 6    A.   Okay.  I have this document.

 7    Q.   (By Mr. Nakamura)  This is a letter sent to the

 8 Division on October 24, 2021 by your counsel, Ms. Elmer,

 9 regarding the civil investigative demand about which you

10 are testifying today.  Have you seen this letter before?

11    A.   Yes.

12    Q.   When did you see this letter?

13    A.   In preparation in early February.

14    Q.   Approximately when in early February did you

15 see this letter?

16    A.   February 7th.

17    Q.   And when did you first see the letter that was

18 previously marked as Exhibit 5 that was sent on

19 September 14, 2021?  Was that also on February 7?

20    A.   Yes.

21    Q.   Who prepared this letter?

22              MS. ELMER:  Same scope objection as

23 before.  We're not here to talk about how outside

24 counsel prepares letters, particularly ones that have

25 been rejected by the DOJ, as being acceptable responses
```

66

1  to CID No. 30769.

2                But if you know who prepared the letter,

3  you may say so, ███████ in your individual capacity.

4      A.   I believe Julie Elmer prepared this letter.

5      Q.   (By Mr. Nakamura)  Did you or anyone else at

6  Alphabet assist in the preparation of this letter?

7                MS. ELMER:  Same objection, same scope

8  objection, outside scope.

9                You may testify in your individual

10 capacity if you know, ██████

11     A.   I don't know.

12     Q.   (By Mr. Nakamura)  On page 1 of the letter

13 Ms. Elmer wrote in the first full paragraph, "In

14 response to your letter of September 17th, 2021 and

15 based on further investigation, the company submits the

16 following information in response to the Division's

17 civil investigative demand for 30(b)(6) deposition

18 testimony (CID) issued August 23, 2021."

19                Do you see that?

20     A.   Yes.

21     Q.   What further investigation did anyone at

22 Alphabet do in preparing this letter?

23                MS. ELMER:  I instruct the witness not to

24 answer to the extent that it calls for -- or because it

25 calls for work product.

67

1    Q.   (By Mr. Nakamura)  And will you follow

2  Ms. Elmer's instruction not to answer?

3    A.   Yes.  I don't know how I can answer that

4  without potentially violating privilege.

5    Q.   Okay.  Thank you.

6              MR. NAKAMURA:  Seumas, could you upload

7  tab 20, please, into the Chat.

8    Q.   (By Mr. Nakamura)  ███████████  please let me

9  know when that is in front of you.

10             MR. NAKAMURA:  Could the court reporter

11 please mark this as Alphabet Exhibit 7.

12             (Exhibit 7 marked)

13   A.   I have this in front of me.

14   Q.   (By Mr. Nakamura)  This is a letter that has

15 been marked as Alphabet Exhibit 7 that was attached to

16 an e-mail sent to the Division at 8:47 p.m. Eastern Time

17 on Friday, February 25th, from your counsel, Ms. Elmer.

18             So, first of all, do you know why

19 Ms. Elmer sent me this letter?

20             MS. ELMER:  Object as calling for work

21 product information.  I instruct the witness not to

22 answer.

23   Q.   (By Mr. Nakamura)  Are you going to follow

24 Ms. Elmer's instruction?

25   A.   Yes, with the exception if you actually read

68

 1 | the letter, it says this letter corrects counsel's

 2 | letters.  So I am willing to say that.

 3 |               Other than that, I think privilege

 4 | applies.

 5 |   Q.   And what errors were made that needed to be

 6 | corrected in the counsel's letters of September 14th,

 7 | 2021 and October 4th, 2021?

 8 |               MS. ELMER:  Are you asking for -- I think,

 9 | Brent, if you have a specific question that you can

10 | direct the witness to, I think that would be easier.

11 | You know, the scope of your CID does not include topics

12 | of how does outside counsel prepare letters.  So this is

13 | something that he is not prepared to testify for in his

14 | capacity as a corporate designee.  So I think you're

15 | going to need to point him to specific items in the

16 | letters and ask him specific questions.

17 |               MR. NAKAMURA:  Thank you for that,

18 | Ms. Elmer.

19 |   Q.   (By Mr. Nakamura)  Let me just confirm one

20 | thing for you, ███████████  Ms. Elmer just told us

21 | that as to what errors were made that needed to be

22 | corrected in the counsel's letters of September 14th,

23 | 2021 and October 4th, 2021, that you were not prepared

24 | as the corporate designee to testify to those topics.

25 | Do you agree with that?

69

```
 1                MS. ELMER:  Again, Brent, I object to the

 2  entire line of questioning as being improper because it

 3  is about outside counsel work product.  This is not a

 4  topic that was listed in your CID.

 5                And just because a letter has a "re" line

 6  that is referring to the CID doesn't mean that it

 7  relates to a specification set forth in the CID.  We've

 8  had a lot of process disputes about this CID, and I am

 9  not going to allow the witness to answer questions about

10  letters that are drafted by Freshfields, full stop.

11     Q.   (By Mr. Nakamura)  All right.  And,

12  ███████████  are you going to follow Ms. Elmer's

13  instruction not to answer my question?

14     A.   Yes.  I think she's provided a fairly

15  straightforward reason why.

16     Q.   Okay.  Did you provide any information to

17  Alphabet's counsel that assisted in the preparation of

18  this February 25th letter?

19                MS. ELMER:  Same objection and same

20  instruction.

21                Don't answer that, ██████.

22     Q.   (By Mr. Nakamura)  Are you going to follow

23  Ms. Elmer's instruction?

24     A.   Yes.  I believe that's privileged.

25     Q.   Are you using this letter to assist you in
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

70

1 testifying today as the corporate designee, as

2 Alphabet's corporate representative?

3      A.   Yes.  I'm using this as a portion.

4      Q.   Have you had this letter in front of you during

5 the entirety of this deposition so far?

6      A.   Yes.

7      Q.   And do you intend to use this letter to assist

8 you with your testimony throughout the remainder of this

9 deposition?

10      A.   Yes.

11      Q.   So I ask again.  And if you would like to

12 refuse to answer, that is your prerogative.  But did you

13 provide any information, whether written or oral, to

14 Alphabet's counsel that assisted in any way in the

15 preparation of this letter?

16              MS. ELMER:  And,  ██████  I'll state this,

17 that I object to the question to the extent that it

18 invades the privilege.  To the extent that you can

19 answer the question without invading the privilege, you

20 may answer.

21      A.   I provided information to counsel.

22      Q.   (By Mr. Nakamura)  In what form?

23      A.   Orally.  And this -- I will say that the letter

24 is consistent with Google's official position.

25      Q.   So is it correct that the entirety of this

71

```
 1  letter is representative of Alphabet's corporate

 2  testimony today?

 3              MS. ELMER:  Objection.  The DOJ has

 4  already rejected letters as being responsive to the CID

 5  and has insisted on us putting a witness up live, which

 6  we are doing here today.

 7              So I think you guys have already made

 8  clear that the -- this letter is not the complete

 9  representation of Alphabet's testimony; rather, the

10  witness' testimony is Alphabet's testimony per the DOJ's

11  own insistence over the last six months.

12              So I object to that question as assuming

13  facts, being misleading, being argumentative and trying

14  to confuse the witness.  Why don't you re-ask your

15  question and make it more clear, Brent.

16     Q.   (By Mr. Nakamura)  When you state that this

17  letter reflects Google's official position, what parts

18  of the letter reflect Google's official position?

19     A.   So Google's position is consistent with

20  everything that's contained in this Feb. 25 letter.  And

21  I am also here to ask any additional questions that you

22  might have.

23     Q.   Thank you.

24              Did you write any part of this letter?

25              MS. ELMER:  I object as to scope; but,
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

72

1   ███   to the extent you can answer in your individual

2  capacity and if you know, you may answer.

3      A.   No.

4      Q.   (By Mr. Nakamura)  All righty.  Let's move on,

5  keeping this exhibit up to help us both.  I'm sorry.

6  Let me back up.

7            You have a hard copy of this letter in

8  front of you.  Is that correct?

9      A.   Yes.

10     Q.   I will now move on to ask you about Project

11 Sunday, which is part of specifications 1a and

12 specification 2.

13           Who chose the name "Project Sunday" for

14 the project?

15     A.   I don't know for certain, but I believe it was

16 ███████████

17     Q.   What is Project Sunday?

18     A.   Project Sunday was an analysis to respond to

19 potential regulatory action.

20     Q.   And what was the goal of Project Sunday?

21     A.   Without invading privileged information, it was

22 to inform our leadership about our options.

23     Q.   And what were Alphabet's objectives as part of

24 Project Sunday?

25           MS. ELMER:  And,  ███████  I advise you to be

73

1  cautious of invading the work product doctrine or the

2  privilege.  But to the extent that you can answer

3  without doing so, you may.

4      A.   Sure.  You asked the objectives?  Is that

5  right?

6      Q.   (By Mr. Nakamura)  Yes.  I'll just restate.

7            What were Alphabet's objectives as part of

8  Project Sunday?

9            MS. ELMER:  Same instruction.

10     A.   To understand the implications of our potential

11  responses to regulatory actions.

12     Q.   (By Mr. Nakamura)  Were there any other

13  objectives that Alphabet had as part of Project Sunday?

14     A.   No.

15     Q.   And do you say "no" because any other

16  objectives are protected in Alphabet's view by privilege

17  or because there were no other objectives?

18     A.   There were no other objectives.

19     Q.   And what are -- what in Alphabet's view were

20  the business implications of Alphabet's potential

21  responses to regulatory actions as a part of Project

22  Sunday?

23            MS. ELMER:  I object to that question as

24  invading the work product doctrine and instruct the

25  witness not to answer.

74

 1    Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 2 instruction?

 3    A.   Yes.

 4    Q.   What outside counsel were involved with Project

 5 Sunday?

 6    A.   Outside counsel, for that, I'll need to look

 7 through the letter.

 8    Q.   And to be clear, if it helps you, I'm happy to

 9 just work through the letter.  I just need your sworn

10 testimony that what the letter says is or is not

11 accurate.

12         So we can go piece by piece through that

13 if that's a good starting point for you.

14    A.   Yeah.  I would appreciate that, and I'll

15 reiterate that the letter is here to assist as well to

16 make sure that we have as correct a set of facts as

17 possible.  So I'm happy to work through in conjunction

18 with that.

19    Q.   Okay.  So on Exhibit 7, page 4 under the

20 heading Project Sunday, let me know when you have that

21 in front of you.

22    A.   I do.

23    Q.   Is this list on the second bullet point of

24 outside counsel a full, complete and accurate list of

25 all outside counsel who worked on Project Sunday?

75

```
 1      A.   Yes.

 2      Q.   Is the third bullet point a full and complete

 3  list of all Google in-house counsel who worked on

 4  Project Sunday?

 5      A.   Yes.

 6      Q.   Is the fourth bullet point a full and complete

 7  list of all Google employees who worked on Project

 8  Sunday?

 9      A.   Yes.

10      Q.   What was the role of --

11      A.   And can I just -- I want to make sure that

12  we're clear about semantics here.  When you say "worked

13  on," there's a fairly large distinction between "worked

14  on" and "was made aware of."  So I don't want to convey

15  that everyone on this list was an active working member

16  of this project.

17           I would say that a subset of these people

18  worked on it and a larger subset of this group were made

19  aware of the information here.

20      Q.   Okay.  I appreciate that.

21           So on this fourth bullet point the first

22  name is ▮▮▮▮▮▮▮▮▮▮▮  What was that individual's

23  responsibility and work performed as to Project Sunday?

24      A.   So his responsibility was to designate his

25  direct report, ▮▮▮▮▮▮▮  to lead the corporate
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

76

1  development aspects of the project; and that was his

2  entire responsibility.

3       Q.   Thank you.

4            And what was ███████ responsibility

5  and what work did she do on Project Sunday?

6       A.   I can't speak to the work she did because I

7  think that would violate privilege, but her

8  responsibility was a combination of project manager and

9  representative in her corporate capacity.

10      Q.   So let me get this refusal on the record.  What

11  work did ███████ do for Project Sunday?

12      A.   Yeah.  I think you're asking me to tell you

13  what we did in a project that was specifically directed

14  by legal to do.  So I don't understand how I could do

15  that without violating the privilege of this project.

16      Q.   If you refuse to answer my question, I

17  understand that.  Are you refusing to answer my question

18  as to what work ███████ did for Project Sunday?

19      A.   Yes.

20      Q.   What department does ███████ work in at

21  Google?

22      A.   Corporate development.

23      Q.   What was the work that ███████ performed

24  for Project Sunday?

25      A.   He worked for ███████ and provided analysis.

77

```
 1      Q.   And what department does  █████████  work in?

 2      A.   Corporate development.  I'm sorry.  Did you say

 3 what does he work in or what did he work in?

 4      Q.   At the time he worked on Project Sunday, what

 5 department did  █████████  work in?

 6      A.   Corporate development.

 7      Q.   And what work did  █████████  do for Project

 8 Sunday?

 9      A.   As stated, analysis.

10      Q.   And what types of analysis did  █████████  do?

11           MS. ELMER:  Object and instruct the

12 witness not to answer to the extent it invades the work

13 product doctrine.

14      Q.   (By Mr. Nakamura)  Will you follow that

15 instruction?

16      A.   Yes.

17      Q.   Other than privileged information, can you

18 describe any work  █████████  did on Project Sunday?

19           MS. ELMER:  Objection, asked and answered.

20      Q.   (By Mr. Nakamura)  █████████████  other than

21 privileged information, can you describe any work that

22  ████████  did on Project Sunday?

23      A.   Nope.

24      Q.   What work did  █████████  do on Project Sunday?

25           MS. ELMER:  Same instruction,  ███████  To
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                        February 28, 2022

78

```
 1  the extent that answering would invade the work product

 2  doctrine, I instruct you not to answer.

 3      A.   Yes.  The response is identical to what I gave

 4  you for ███████████████

 5      Q.   (By Mr. Nakamura)  And what department does

 6  ██████████  work in -- worked in at Alphabet at the time

 7  of Project Sunday?

 8      A.   Corporate development.

 9      Q.   What work did ████████  do for Project Sunday?

10           MS. ELMER:  Same instruction.

11      A.   She did no work on the project.

12      Q    (By Mr. Nakamura)  What were her

13  responsibilities with respect to Project Sunday?

14      A.   To designate me to complete portions of the

15  project and to review the outcome.

16      Q.   What did ██████████  do to review the outcome of

17  Project Sunday?

18      A.   She listened to a presentation.

19      Q.   And did █████████  make any decisions with

20  respect to Project Sunday based on the information

21  provided to her?

22      A.   No, no decisions were made.

23      Q.   And what were your responsibilities with

24  respect to Project Sunday?

25      A.   To provide analysis.
```

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential

February 28, 2022

79

1    Q.   What types of analysis were you to provide as

2  part of your job responsibilities with respect to

3  Project Sunday?

4    A.   That would invade privilege.

5    Q.   So are you refusing to answer my question about

6  your job responsibilities on Project Sunday on the basis

7  of privilege?

8    A.   Yes, of course.

9    Q.   What work did you do with respect to Project

10 Sunday?

11           MS. ELMER:   Instruct the witness not to

12 answer to the extent that responding would invade the

13 work product doctrine.

14           ████   if there is a way to respond that

15 would not invade the work product doctrine or the

16 privilege, you may do so.

17   A.   I provided an analysis and I gave a

18 presentation.

19   Q.   (By Mr. Nakamura)  When did you give this

20 presentation?

21   A.   October -- either September or October, in that

22 time frame, of 2020.

23   Q.   And to whom did you present?

24   A.   To the list of Google employees included here.

25   Q.   Did you present to any Google employees who are

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

80

1  not listed here?

2      A.    No.

3      Q.    What was the format of the presentation?

4      A.    There was a slides document, and it was

5  provided over a GVC videoconference.

6      Q.    Did anyone else give that presentation other

7  than you?

8      A.    Portions, yes.

9      Q.    And who were those other people who delivered

10  portions of that presentation?

11      A.    ███████████ and ██████████

12      Q.    Did anyone else present besides the people we

13  have just mentioned?

14      A.    No.

15      Q.    Is there any other work that you did for

16  Project Sunday other than the presentation given in

17  September or October of 2020?

18              MS. ELMER:  Same instruction.

19              THE WITNESS:  What's the instruction?

20              MS. ELMER:  Which is to the extent that

21  you can answer without invading the work product

22  doctrine or privilege, you may do so.

23      A.    Sure.  I believe the presentation was given --

24  when ████████████ moved to a different role, I believe

25  the presentation was given as a -- for awareness to her

81

1  successor, who was ███████████

2      Q.   (By Mr. Nakamura)  Thank you.  And

3  approximately what was the date of that presentation?

4      A.   Best guess, late April 2021.

5      Q.   And what was ███████████████ set of

6  responsibilities with respect to Project Sunday?

7      A.   Sure.  He was responsible for providing

8  analysis.

9      Q.   What kind of analysis was he in charge of

10 providing as part of Project Sunday?

11     A.   Yeah.  I can't answer that, you know, per

12 privilege.

13     Q.   So to be clear, you're refusing to answer my

14 question on the basis of privilege.  Is that correct?

15     A.   Yes.

16             MS. ELMER:  And the work product doctrine.

17             MR. NAKAMURA:  Thank you.  Obviously we

18 can have that as a continuing objection to speed this

19 along.  That's fine with me.

20             MS. ELMER:  All right.  Great.

21     Q.   (By Mr. Nakamura)  What department does

22 ██████████ work in at Google at the time of Project

23 Sunday?

24     A.   In the -- he's in the Ads division.

25     Q.   I'm sorry.  Could you explain more about what

82

```
 1  you mean by the Ads division and what products he

 2  covers?

 3       A.   He was responsible for buy-side products, not

 4  including Google ads.  So I believe he was in a

 5  division -- I'm sorry.  The divisions have changed names

 6  over time, but he was responsible for DB360 and the

 7  product DCM, the campaign manager.

 8       Q.   DoubleClick Campaign Manager.  Is that correct?

 9       A.   Yes.

10       Q.   Thank you.  And what work did ███████████ do

11  for Project Sunday?

12       A.   He was a recipient or a listener to the

13  presentation.

14       Q.   And by "the presentation," you mean the

15  presentation given in September/October of 2020.  Is

16  that correct?

17       A.   Yep.

18       Q.   And what were ███████████ job

19  responsibilities with respect to Project Sunday?

20       A.   I can give you what his responsibilities were

21  in general; but I think with respect to the project, I

22  think that would invade privilege.

23       Q.   Okay.  And are you refusing to answer my

24  questions specifically with respect to Project Sunday on

25  the basis of privilege as to ███████████ job
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

83

1   responsibilities?

2       A.   Yes.

3       Q.   And what generally outside -- just generally at

4   Alphabet were ███████████ job responsibilities at the

5   time of Project Sunday?

6       A.   So he worked for the CFO, and his job was to

7   understand financial impact and provide guidance to the

8   businesses.

9       Q.   I'm sorry for interrupting you.

10           And when you say "the CFO," do you mean

11  Ruth Porat?

12      A.   Yes.

13      Q.   Thank you.

14           What was ███████████ job

15  responsibilities with respect to Project Sunday?

16      A.   Yeah.  He listened to the presentation.

17      Q.   What work, if any, did ███████████ produce

18  as part of Project Sunday?

19      A.   Yeah.  I think you're going to get a consistent

20  answer.  So I don't know if you want to keep asking

21  every time.

22      Q.   I must.  So I'm just going to ask you.  What

23  work product did ███████████ produce as part of

24  Project Sunday?

25      A.   He didn't produce any work.

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

84

1    Q.   Thank you.

2              And what were ████████████ job

3  responsibilities at Alphabet at the time of Project

4  Sunday?

5    A.   He was a director of finance in Ads.

6    Q.   What work did ████████████, do as part of

7  Project Sunday?

8    A.   She provided analysis.

9    Q.   And what kinds of analysis did she provide?

10             MS. ELMER:  I instruct the witness not to

11  answer as it invades the work product doctrine and

12  attorney/client privilege.

13   A.   I can't answer that.

14   Q.   (By Mr. Nakamura)  Thank you.

15             And what job responsibilities did ██████

16  have at the time of Project Sunday?

17   A.   She was a --

18   Q.   I apologize.  With respect specifically to

19  Project Sunday.

20             MS. ELMER:  Wait.  Please ask the question

21  again, Brent.  It got garbled.

22             MR. NAKAMURA:  I appreciate that, Julie.

23   Q.   (By Mr. Nakamura)  So with respect specifically

24  to Project Sunday, what were ████████ job

25  responsibilities?

85

1          MS. ELMER:  Same instruction, ███

2     A.   Yeah.  To provide analysis.

3     Q.   (By Mr. Nakamura)  And you are otherwise

4  refusing to answer on the basis of privilege.  Is that

5  correct?

6     A.   Yes.

7     Q.   At the time of Project Sunday what were

8  ███████      job responsibilities at Google?

9     A.   She was a finance manager.

10    Q.   And to whom did she report?

11    A.   To ███████████.

12    Q.   What work did ██████████████ do with

13 respect to Project Sunday?

14    A.   He listened to a presentation.

15    Q.   And is that only the presentation in September

16 or October of 2020?

17    A.   Yes.

18    Q.   What responsibilities did ██████████ have

19 with respect to Project Sunday?

20          MS. ELMER:  Same instruction.  To the

21 extent that you can answer without invading the

22 privilege, you may.

23    A.   Yeah.  I can't answer.

24    Q.   (By Mr. Nakamura)  Was ██████████ a key

25 decision-maker with respect to Project Sunday?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

86

1      A.    So you're asking a speculative question that

2   assumes decisions would have been -- or decisions were

3   made.  So I guess I don't know how to answer your

4   question.

5      Q.    And to be clear, I asked because in a previous

6   letter sent by Ms. Elmer, ██████████ was described as

7   a key decision-maker.  So I'm just seeking clarification

8   as to whether or not that's correct.  Obviously, if it's

9   not correct and you've corrected it here in testimony,

10  I'm fine with that.

11              My question is simply was ██████████ a

12  key decision-maker with respect to Project Sunday?

13     A.    No.  I think that prior letter was incorrect.

14     Q.    Okay.  What work did ██████████ do with

15  respect to Project Sunday?

16     A.    He listened to the presentation.

17     Q.    Did he do any other work with respect to

18  Project Sunday?

19     A.    No.

20     Q.    What responsibilities did ██████████ have

21  with respect to Project Sunday?

22     A.    I can't answer that.

23     Q.    And why not?

24     A.    Privilege and work product.

25     Q.    Okay.  And did ██████████ attend both the

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

87

1  presentation in late April 2021 and the presentation in

2  September or October of 2020?

3     A.   I am -- I'm certain he attended the one in

4  October.  I don't know if he would have attended given

5  it was materially the same presentation.

6     Q.   Okay.  What work did ███████████ do with

7  respect to Project Sunday?

8     A.   He listened to the presentation.

9     Q.   Did he produce any other work with respect to

10 Project Sunday?

11    A.   No.

12    Q.   What were ██████████████ responsibilities with

13 respect to Project Sunday?

14    A.   I can't answer that.

15    Q.   And why not?

16    A.   Privilege.

17    Q.   What were ████████████ responsibilities with

18 respect to Project Sunday?

19    A.   She listened to the presentation.

20    Q.   Did she create any work product --

21    A.   No.

22    Q.   -- in response to Project Sunday?

23    A.   Did she create any work product?

24    Q.   Did she do any work?  I apologize.  Did she do

25 any work other than just listening to the presentation

88

```
 1  with respect to Project Sunday?

 2      A.   No.

 3      Q.   And, lastly, what did [REDACTED] do with respect

 4  to Project Sunday?

 5      A.   He listened to the presentation.

 6      Q.   Did he create any written work product or

 7  anything else for Project Sunday?

 8      A.   No.

 9      Q.   And what were [REDACTED] job responsibilities

10  with respect to Project Sunday?

11      A.   I can't answer that.

12      Q.   Why not?

13      A.   Privilege.

14      Q.   Who initiated Project Sunday?

15      A.   Ted Lazarus.

16      Q.   Did anyone else initiate Project Sunday?

17      A.   It likely -- or it may have been in conjunction

18  with one or more of the senior management folks, as he

19  would have spoken with them to advise on issues

20  happening.

21      Q.   What do you mean by "senior management folks"?

22  Who are those individuals?

23      A.   [REDACTED] or [REDACTED] or [REDACTED]

24      Q.   And are any of those individuals lawyers?

25      A.   Are you asking are they acting in the capacity
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

89

1  as a Google lawyer or are they --

2      Q.   Yes.   That is my question.

3               MS. ELMER:   And which individuals are you

4  referring to, Brent?

5      Q.   (By Mr. Nakamura)   Are ████████████████

6  ████████████   ████████████   or any of those senior

7  management folks acting for Google as attorneys?

8      A.   No.

9      Q.   What event began Project Sunday?

10     A.   I think it would be more consistent to say what

11 events precipitated it, and it was a host of global

12 regulatory action across privacy and antitrust.

13     Q.   And did Mr. Walker begin Project Sunday by

14 sending an e-mail, starting a discussion?   What

15 precipitated, what began Project Sunday in Alphabet's

16 view?

17     A.   I'm sorry.   Did you say Mr. Walker?

18     Q.   I'm sorry.   Mr. Lazarus.   I apologize.   I'll

19 ask again.   I'm sorry.   That's my fault.

20               Did Mr. Lazarus begin Project Sunday by

21 sending an e-mail, starting a discussion or doing

22 something else?

23     A.   I believe he had a discussion, and I don't know

24 if it was an e-mail or a discussion.   But I believe he

25 had a discussion with ████████████   to instruct him to

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

90

1  allocate a project lead.  And then shortly thereafter I

2  was instructed along with ████████████ in the finance

3  group about our respective parts.

4      Q.   And who was the project lead that ████████

5  designated?

6      A.   ████████████

7      Q.   So within Project Sunday then did you report to

8  ████████████

9      A.   I'm not sure I understand that.  I think you

10  could have a project lead and then you work as a team

11  with your relevant subject matter experts.

12      Q.   And how would you describe the role of a

13  project lead with respect to what ████████ was doing

14  for Project Sunday?

15      A.   A coordinator.

16      Q.   And a coordinator of what?

17      A.   Just time frames, work product deliverables and

18  presentations.

19      Q.   When did Project Sunday end?

20      A.   Ended approximately -- I mean, effectively the

21  presentation was the final -- sort of the final like --

22  work ended just at or before that final presentation.

23      Q.   And by "that final presentation," do you mean

24  the presentation you and others gave on September or

25  October 2020?

91

```
 1      A.    Yes.

 2      Q.    So no work went on with respect to Project

 3 Sunday between October of 2020 and late April of 2021

 4 when a presentation was given at the point ████████

 5 transitioned jobs.   Is that correct?

 6      A.    Yes.

 7      Q.    Has any work on Project Sunday gone on after

 8 April -- late April 2021?

 9      A.    No.   No work has gone on.

10      Q.    What was the cost to Alphabet associated with

11 Project Sunday, whether specified in dollars or hours?

12      A.    It's very hard to give a cost.   It was an

13 analysis.   And so aside from outside counsel fees and

14 some individual time from the project members that we

15 discussed, there were no costs.

16      Q.    And how much has Alphabet paid to outside

17 counsel in fees with respect to Project Sunday?

18      A.    That's also very difficult to pinpoint because

19 we have counsel retained for a variety of issues, and a

20 lot is going on there.   So detangling what was for this

21 versus what was for, you know, handling many other

22 aspects of both litigation and ongoing compliance are --

23 would be difficult.

24             So I guess that's the extent I can answer

25 that.
```

92

1    Q.   So sitting here today as Alphabet's designated

2 corporate representative, do you have any reasonable

3 estimate of the amount that Alphabet paid to outside

4 counsel with respect to Project Sunday?

5    A.   Can I confer briefly with counsel?

6    Q.   Sure.

7             THE VIDEOGRAPHER:  Off the record?  Off

8 the record at 11:09 a.m.

9             (Recess taken)

10            THE VIDEOGRAPHER:  Back on the record at

11 11:13 a.m.

12            MR. NAKAMURA:  All right.  Could the court

13 reporter please read back the question.

14            (The record was read as requested.)

15    A.   No, I don't for the reasons that I mentioned

16 earlier around many projects ongoing and really the

17 advice blurring between a number of different projects.

18    Q.   (By Mr. Nakamura)  Did you look at billing

19 records from outside counsel to attempt to determine how

20 much Alphabet spent with respect to Project Sunday?

21    A.   I did not.

22    Q.   Did you do any other work to attempt to

23 determine whether Alphabet -- I'm sorry.  Strike that.

24            Did you do any other work to attempt to

25 determine the amount of money Alphabet spent on outside

93

1  counsel with respect to Project Sunday?

2      A.   No, I did not.

3      Q.   How many Alphabet employee hours have been

4  spent on Project Sunday?

5      A.   That's impossible to answer because we don't

6  track time internally.

7      Q.   Did you do anything to attempt to form a

8  reasonable estimate of the amount of Alphabet employee

9  hours that have been spent on Project Sunday?

10     A.   That I could, you know, answer with full

11 surety, no.

12     Q.   My question is about a reasonable estimate.

13 Did you do any work to attempt to form a reasonable

14 estimate with respect to the number of Alphabet employee

15 hours spent on Project Sunday?

16     A.   So I could give a ballpark estimate, but that's

17 about as good as we could do.  If you find that

18 informative, great; but it would be with the caveat that

19 it is impossible to know the amount of time individuals

20 spend on a specific project that's not part of a

21 meeting.

22     Q.   I appreciate your explanation.  What is the

23 ballpark estimate?

24     A.   30 hours.

25     Q.   Okay.  And how did you come to make that

94

1  assessment?  What materials did you consider?

2      A.   Calendar.

3      Q.   Anything else?

4      A.   General understanding of the final work

5  product.

6      Q.   Okay.  Please name each governmental

7  investigation or litigation that serves as a basis for

8  Alphabet's work product privilege claims with respect to

9  Project Sunday.

10     A.   Sure.  The U.K. ICO, the Irish DPA, U.S.

11 Department of Justice, the Texas AG, the U.K. CMA and I

12 believe the EC.  Yes, the EC also.

13     Q.   I apologize.  I failed to do this because it

14 was out of order.  But if you wanted to turn to page 2

15 of Exhibit 7, you have provided a list.  I just want to

16 make certain that that list is complete with respect to

17 all litigations and government investigations that form

18 the basis for Alphabet's privilege claims with respect

19 to Project Sunday.  Is that correct?

20          MS. ELMER:  I will interject here to the

21 extent that this list does not include the private

22 litigation that is in the MDL, which is where the State

23 of Texas' litigation is now pending.

24          But with that caveat, you may answer,

25 ██████

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

95

1      A.    I'll say this is materially all.

2      Q.    (By Mr. Nakamura)   Okay.   And by "materially

3 all," you mean everything listed on Exhibit 7, page 2 as

4 well as, as Ms. Elmer noted, the MDL litigation that

5 includes the State of Texas.   Is that correct?

6      A.    Sorry.   Was your question what active

7 investigations?

8      Q.    No.   My question is what investigations,

9 litigation or regulatory matters was Project Sunday

10 initiated in response to?

11     A.    Okay.   So I think you have to separate those

12 out.   You're asking for regulatory matters as well,

13 which is an entirely different set.

14            So if you want to talk regulatory matters,

15 I'll have to start including many countries or regions

16 that have put into effect some -- either privacy or

17 antitrust regulations.   So that list is going to be much

18 longer here.

19            But if you want to speak to the first two

20 items, I can answer that this list materially provides

21 answers for the first two.

22     Q.    And to be clear, this list provides answers to

23 what investigations or litigation were involved with --

24 Alphabet believes were involved with the initiation of

25 Project Sunday.   Is that correct?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                          February 28, 2022

96

1      A.   Yes, that's correct.

2              MS. ELMER:   I'll note here that the

3  list -- if you look at the letter itself, the list is

4  talking about active government regulation or

5  investigations.   It is not talking about litigation.

6              So I don't want the record to be muddled

7  here.  Are you asking him about the list of government

8  investigations that's in the letter, or are you also

9  asking him about litigation that is the basis of the

10 privilege?

11             And, by the way, the litigation that is

12 the basis of the company's work product claims is not

13 within scope.  So if you could maybe un-compound your

14 question, I think it would be helpful.

15             MR. NAKAMURA:   That's fine.

16     Q.   (By Mr. Nakamura)  So what government

17 investigations form the basis for Project Sunday?

18     A.   Okay.  So that, I can answer more precisely,

19 and that is consistent with the list that you'll find on

20 page 2.

21     Q.   Thank you.

22             Are there any government investigations

23 that are not included on the list on page 2 of Exhibit 7

24 that Project Sunday was initiated in response to?

25     A.   Are there any investigations?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

97

1    Q.   Yes.

2    A.   Not that I'm aware of.

3    Q.   What litigations was Project Sunday initiated

4  in response to?

5    A.   To get precise here, I need to speak with

6  counsel for a minute.

7    Q.   Sure.

8              MR. NAKAMURA:  Let's go off the record.

9              THE WITNESS:  Thanks.

10             THE VIDEOGRAPHER:  Off the record,

11 11:21 a.m.

12             (Recess taken)

13             THE VIDEOGRAPHER:  Back on the record,

14 11:30 a.m.

15   Q.   (By Mr. Nakamura)  ████████████  what

16 litigations was Project Sunday initiated in response to?

17   A.   So I don't think I have an answer specifically

18 about what litigations.  I think it was primarily on the

19 investigations that we had just discussed, which is

20 listed in No. 2.

21             And very specifically there, these were

22 serious-enough investigations that we were very worried

23 or very concerned that they would turn into litigation

24 and protracted, you know, engagement with a number of

25 these different authorities.

98

1          So that's -- at the time none of those

2    were litigations, but that really was the basis for why

3    we needed to start mapping out analyses.

4         Q.   So to be clear, as Alphabet's corporate

5    designee, are you saying that there are no other -- or

6    no litigations that Alphabet believes were part of the

7    reason to initiate Project Sunday?

8               MS. ELMER:  Object to the form of the

9    question as garbled.  Could you please rephrase it.

10        Q.   (By Mr. Nakamura)  As Alphabet's corporate

11   designee, is it correct that there are no litigations

12   that Alphabet believes were part of the reason to

13   initiate Project Sunday?

14              MS. ELMER:  And I object to the extent

15   that this question goes beyond the scope of the CID.

16              But, ███████████  you can answer in your

17   individual capacity if you know.

18              MR. NAKAMURA:  Actually, let me address

19   Ms. Elmer's representation.

20              Alphabet has claimed privilege, both in

21   its privilege logs as to attorney/client and work

22   product privilege, over documents and testimony

23   associated with Project Sunday.  It is squarely within

24   scope.  And if he refuses to answer in his capacity as

25   Alphabet's representative, that is fine; and I

99

1  understand your objection.

2              But I want to make clear that the

3  Division's position is that these questions are squarely

4  within scope.  So with that, let me repeat the question.

5      Q    (By Mr. Nakamura)    ███████████  you can answer

6  according to your counsel's instructions as you see fit.

7              As Alphabet's corporate designee, is it

8  correct that there are no litigations that Alphabet

9  believes were part of its reason to initiate Project

10 Sunday?

11             MS. ELMER:  And I have the same objection

12 as to scope and to the extent that  ███████████  is not

13 an attorney, but he may answer individually if he knows.

14 He's already provided an answer as the corporate

15 designee that I think was very clear, and you are

16 attempting to garble the record.

17             What do you mean by "any litigations"?

18 What is that?

19     Q.   (By Mr. Nakamura)    ███████████  as Alphabet's

20 corporate designee, are there any litigations that are

21 not listed in Exhibit 7 that Alphabet believes were part

22 of its reasons to initiate Project Sunday?

23     A.   And are you talking about active litigations or

24 anticipation of litigation?

25     Q.   Either active or anticipated litigation.

100

```
 1    A.    Okay.  Well, the anticipated I believe covers

 2  this list.  And I'll say I don't know if there are other

 3  litigations, but this list that we've discussed here was

 4  serious enough on its own that any reasonably

 5  responsible corporation would undertake analysis to plan

 6  for the future.

 7    Q.    For each of the government investigations

 8  listed on page 2 of Exhibit 7, on what date did Alphabet

 9  anticipate litigation?

10              MS. ELMER:  I object to this question as

11  invading the attorney work product doctrine, the

12  attorney/client privilege, and instruct the witness not

13  to answer.

14              If you want to ask when the government

15  investigations began, he's prepared to answer that.

16              MR. NAKAMURA:  No.

17    Q.    (By Mr. Nakamura)  My question is -- and, of

18  course, ███████████  should you choose to follow your

19  counsel's instruction not to answer, that is your

20  prerogative.

21              For each of the government investigations

22  listed on page 2 of Exhibit 7, on what date did Alphabet

23  anticipate litigation?

24              MS. ELMER:  Okay.  And same instruction to

25  the witness.
```

101

1          Let's take a break to discuss this.  I'd

2  like to take a break to discuss an issue of privilege,

3  and then we can come back and respond to your question.

4          MR. NAKAMURA:  Okay.

5          THE WITNESS:  I'd ask for that as well.

6  Thank you.

7          THE VIDEOGRAPHER:  Off the record at

8  11:35 a.m.

9          (Recess taken)

10          THE VIDEOGRAPHER:  Back on the record at

11  11:50 a.m.

12          MS. ELMER:  So, Brent, I'd like to address

13  your response to my scope objection.  If you'd please

14  point me to the spec in the CID that asks for a

15  corporate designee to identify the litigation and the

16  government investigations that were a reason to initiate

17  Project Sunday, I'd like to see that.

18          MR. NAKAMURA:  Sure.  It's a very simple

19  schedule, only two specifications here.  Obviously,

20  specification 1a and everything related and all of

21  specification 2 have to deal with questions with respect

22  to business reasons, as well as other conclusions,

23  findings or recommendations made, reached or adopted by

24  Google relating to internal projects with the code name

25  Project Sunday.  ████████████ has refused to respond to

102

1  many questions that are within that scope.

2              And to the extent that Alphabet is raising

3  a privilege claim, I am entitled squarely within the

4  scope of the notice to understand what the facts, not

5  the law, the facts are with respect to what those claims

6  are.

7              MS. ELMER:  All right.  Well, you're still

8  unable to point to a specification that asks for a

9  designee to testify about the litigation that was a

10  reason to initiate Project Sunday.  So I reiterate my

11  scope objection that I made earlier.

12              Now, ████████████ has already provided

13  testimony about the identities of the government

14  authorities that were actively investigating the company

15  before all of the projects at issue in the CID were

16  undertaken.

17              And he's also testified that Exhibit 7,

18  our letter of February 25th, is consistent with his

19  testimony and the company's position about when those

20  active government investigations began.

21              So I reiterate my scope objection; but to

22  the extent that he can answer in his individual capacity

23  without violating the work product doctrine or the

24  privilege, he may.

25     Q.   (By Mr. Nakamura)  Okay.  ████████████  I just

103

 1  need to make sure that I get any refusals or nonanswers

 2  on the record.  So I repeat --

 3                  MS. ELMER:  That's not what I said.

 4  That's not what I said.  I said "to the extent."  So why

 5  don't you repeat your question.

 6                  MR. NAKAMURA:  Sure.  Let me be clear for

 7  the record.  I just need to make sure that to the extent

 8  a question is not answered, I need to know the reason

 9  why and I need to know whether that refusal is made in

10  Alphabet's corporate capacity or whether it's personal

11  to ███████████

12     Q    (By Mr. Nakamura)  So with that, my question is

13  for each of the government investigations listed on

14  page 2 of Exhibit 7, on what date did Alphabet

15  anticipate litigation?

16                  MS. ELMER:  So same scope objection and

17  instruction; but you may answer, ██████ to the extent

18  that you can in your individual capacity.

19     A.   Sorry.  I apologize.  I need to speak with

20  counsel for just one quick minute.  I apologize.

21                  MR. NAKAMURA:  Let's go off the record.

22                  THE VIDEOGRAPHER:  Off the record at

23  11:53 a.m.

24                  (Recess taken)

25                  THE VIDEOGRAPHER:  Back on the record at

104

```
 1  11:57 a.m.

 2                 MR. NAKAMURA:   Thank you.

 3      Q.   (By Mr. Nakamura)   My question, ████████

 4  is that for each of the government investigations listed

 5  on page 2 of Exhibit 7, on what date did Alphabet

 6  anticipate litigation?

 7                 MS. ELMER:   And I object to that question

 8  as invading the attorney/client privilege and the

 9  attorney work product doctrine as it invades the opinion

10  of counsel, in-house and outside counsel, also

11  attorney/client communications.   I also reiterate the

12  same scope objection that I made earlier.

13                 But to the extent that you can answer,

14  ██████  without invading the privilege, please do so.

15      A.   So I provided the dates that are consistent

16  with what's in the letter, which are primarily all in

17  2019 with the exception of the ACCC.   And that's when

18  those investigations started.   So as corporate

19  representative, those are the dates that I provide as

20  investigations starting.

21                 I can answer in a personal capacity of

22  when I believe -- when I believe we viewed these as

23  anticipating litigation would have been, you know, by Q4

24  of 2019, given the number and just the nature of the

25  investigations and what we'd seen.   So that's in my
```

105

 1  personal capacity, I'll note that.

 2      Q.   (By Mr. Nakamura)  And so in your personal

 3  capacity, when you say "Q4 of 2019," what dates does

 4  that cover in 2019?

 5      A.   I'm confused.  Are you asking me to articulate

 6  what a quarter is?

 7      Q.   Yes.  Do you mean September through December of

 8  2019 is when Google anticipated litigation, or do you

 9  mean something else?

10      A.   I believe --

11             MS. ELMER:  Object to the form to the

12  extent it mischaracterized what a quarter is in a year.

13      A.   I'm sorry.  I just think this is a fairly

14  straightforward question, so what am I missing here?

15      Q.   (By Mr. Nakamura)  On what precise date within

16  Q4 of 2019 in your personal capacity did Alphabet

17  anticipate litigation with respect to the investigations

18  listed on page 2 of Exhibit 7?

19             MS. ELMER:  Same objection.  And I

20  instruct the witness not to answer to the extent it

21  invades the attorney/client privilege and the work

22  product doctrine.

23      A.   I'd say that it's -- yeah.  I guess I'll answer

24  this in two ways.

25             First off, if you're asking for when I

106

1  might have conferred with counsel or one of our senior

2  lawyers had conferred with counsel and our business

3  leaders about a determination, I think that's

4  privileged.  I think anyone would agree with that.

5           If you're asking for my personal view,

6  there was a growing series of investigations that were

7  taking place; and so the likelihood was continuing to

8  increase up through and into the beginning of Q4,

9  including with your own suit -- or your own

10 investigation, I'm sorry.  Let me be precise.  I'm not a

11 lawyer, so bear with me.

12          I think it's that combination that really

13 made it appear that litigation would be, you know, very

14 anticipated at that point.

15     Q.   (By Mr. Nakamura)  Thank you for your personal

16 testimony on that topic.

17          Just to close this out, sitting here today

18 as Alphabet's corporate designee in response to the CID,

19 does Alphabet have any testimony to offer with respect

20 to the date on which it anticipated litigation with

21 respect to the investigations listed on page 2 of

22 Exhibit 7?

23     A.   I think we've mentioned the scoping argument

24 there.  You know, I have provided my personal view,

25 given that it was not my understanding that this would

107

 1  be covered.

 2      Q.   So you were not prepared as Alphabet's

 3  corporate designee sitting here today in response to the

 4  CID to offer any testimony with respect to the dates on

 5  which Alphabet anticipated litigation with respect to

 6  the investigations listed on page 2, Exhibit 7?

 7                MS. ELMER:  I reiterate the same scope

 8  objection and the same objection to the extent that this

 9  question is improper and invades the work product

10  doctrine and the attorney/client privilege.

11                There is no CID specification asking for a

12  witness to testify on this topic, Brent, and these are

13  improper questions.

14                MR. NAKAMURA:  So, Ms. Elmer, let me just

15  ask you for the basis of your privilege claim.  Are you

16  saying that the dates on which Alphabet anticipated

17  litigation are properly privileged subject to an

18  instruction not to answer?

19                MS. ELMER:  I am not saying that they're

20  properly privileged.  I'm saying that this witness is

21  not a corporate designee on that topic because you in

22  your CID did not put that topic down there.  And if you

23  had, you know, we would be having a different

24  discussion; but you did not.

25                MR. NAKAMURA:  We can disagree on the

108

1   scope of the notice.  I believe this is plainly within

2   scope.  But if ███████████ wants to say as the designee

3   that he does not have any prepared answer, that is fine.

4   I just need him to say that, and we can move on.

5                 MS. ELMER:  This is outside the scope of

6   the CID.  This is outside the scope of the CID.  We did

7   not bring a witness here today to talk about the

8   company's thought process, how their attorneys think.

9   That is not why the witness is here today.

10                He is here to provide nonprivileged,

11  nonwork product facts regarding six topics, six projects

12  at issue in the CID; and you are way off the

13  reservation.

14                MR. NAKAMURA:  If you want to instruct

15  your witness not to answer my question, that is fine.

16  I'm just going to ask it one more time.  If he has no

17  answer, he has no answer; and I understand that.  I

18  understand your out-of-scope objection.

19                MS. ELMER:  Repeat the question, and then

20  we can move on.

21  Q.   (By Mr. Nakamura)  ███████████ you are not

22  prepared as Alphabet's corporate designee sitting here

23  today in response to the CID to offer any testimony with

24  respect to the dates on which Alphabet anticipated

25  litigation with respect to the investigations listed on

109

```
 1  page 2, Exhibit 7?

 2      A.   I can offer -- as a corporate designee, I can

 3  offer that Project SingleClick, which was the first in

 4  the series of these projects, would never have been

 5  undertaken if we did not anticipate litigation.  And

 6  that project started in December 2019.

 7                  But I can't answer your other question the

 8  specific way you phrased it because I think that -- in

 9  my opinion, that violates -- like you're asking me to

10  tell you exactly my conversations with a lawyer or our

11  internal conversations as a corporate with our counsel

12  and our business leaders.

13      Q.   To be clear,  ██████████  I'm not asking you

14  for what you told your lawyers or anything else like

15  that.  All I'm asking for is Alphabet's position on the

16  dates on which it anticipated litigation in response to

17  the investigations listed on page 2, Exhibit 7.  What

18  are those dates?

19                  MS. ELMER:  Brent, he just told you what

20  the date was.  He has answered your question.

21      A.   I just don't understand how this would not be a

22  privileged conversation.  You're asking for our

23  combination of our general manager and legal analysis to

24  a regulatory situation.  I just don't get what you're

25  asking and how that would be fair.
```

110

```
 1      Q.    (By Mr. Nakamura)   Okay.  So just to confirm,

 2  and, again, we can close this out and move on.  I am

 3  simply asking, are you saying you are not going to give

 4  me a response because you believe that it would be

 5  privileged, ████████████████

 6      A.    I gave you a response.

 7            MS. ELMER:  He's already provided you a

 8  response, Brent.  He answered your question.  He said

 9  that SingleClick in December of 2019 would not have been

10  undertaken had litigation not been anticipated.  He's

11  answered your question.  Please stop badgering and

12  harassing the witness.

13            MR. NAKAMURA:  I am simply attempting to

14  just close out this line of questioning.  If he is not

15  prepared today to testify on it, that is perfectly fine.

16  I just have to know that.

17            If you think it's outside of the scope,

18  you can instruct him not to answer.  These are all

19  simple solutions.

20      Q.    (By Mr. Nakamura)  My question -- I'm just

21  trying to close this out -- is, ████████████████  on what

22  dates did Alphabet anticipate litigation for each

23  investigation listed on page 2 of Exhibit 7?

24            MS. ELMER:  Same scope objection.

25      Q.    (By Mr. Nakamura)  If you do not have an
```

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                              February 28, 2022

111

 1  answer, that is okay.

 2              MR. NAKAMURA:  And I would caution counsel

 3  that objections are to be limited to protect the

 4  privilege, preserve a Fifth Amendment right or otherwise

 5  stated shortly and plainly.  If nothing else, we can

 6  just move on.

 7              MS. ELMER:  I'll remind the questioner not

 8  to harass the witness.  Same scope objection, asked and

 9  answered.  And I instruct the witness not to answer to

10  the extent that the answer would invade attorney/client

11  privilege or the work product doctrine.

12              MR. NAKAMURA:  To be clear, because

13  ███████████  brought this up himself, is it your

14  position, Ms. Elmer, today that the dates on which

15  Alphabet anticipated litigation are privileged?

16              MS. ELMER:  No.  It is my position that

17  this witness is not the corporate designee on that topic

18  and that that particular question invades attorney work

19  product, opinion work product.

20              The date on which counsel for a company

21  decides that a government investigation is likely to

22  lead to litigation is a matter of attorney opinion work

23  product.

24              So no, I have not brought a witness here

25  today to testify about opinion work product of

112

```
 1  attorneys.  So let's move on.

 2     Q.   (By Mr. Nakamura) ███████████  do you refuse

 3  to answer my question on the basis of your counsel's

 4  advice?

 5     A.   I feel like I've answered your question four

 6  times already.  So no, I believe I did answer your

 7  question.

 8     Q.   ██████████████  do you refuse to provide any

 9  additional information in response to my question based

10  on your counsel's advice?

11     A.   Yes.

12     Q.   Thank you.

13            As part of Project Sunday, is Alphabet

14  considering any divestitures?

15            MS. ELMER:  I instruct the witness not to

16  answer because the question invades the privilege and

17  work product.

18     Q.   (By Mr. Nakamura)  Will you follow your

19  counsel's instruction?

20     A.   Yes.

21     Q.   Prior to Project Sunday, since 2019, has

22  Alphabet considered divesting any of its AdTech

23  products?

24            MS. ELMER:  Same instruction.

25     Q.   (By Mr. Nakamura)  I'm sorry.  Outside of
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

113

1  Project Sunday, since 2019, has Alphabet considered

2  divesting any of its AdTech products?

3            MS. ELMER:  I instruct the witness not to

4  answer to the extent that the question invades the

5  privilege or attorney work product.

6            MR. NAKAMURA:  I don't understand,

7  Ms. Elmer, the basis for your privilege instruction,

8  given that I said "outside of Project Sunday."  Are you

9  saying that everything outside of Project Sunday is

10 privileged?

11            MS. ELMER:  I think we're here about a lot

12 of projects, Brent, today.  So why don't you ask a

13 better question.

14    Q.   (By Mr. Nakamura)  As part of any projects

15 outside of Project Sunday, did Alphabet consider any

16 divestitures of its AdTech products?

17            MS. ELMER:  Same instruction.

18            MR. NAKAMURA:  Is your privilege

19 instruction, Ms. Elmer, based on the notion that the

20 names of projects outside of Project Sunday are

21 privileged?

22            MS. ELMER:  It is not.

23            And we've been going for quite some time,

24 and I think we've reached our lunch break time.  So why

25 don't we take a lunch break, and then we can come back.

114

1              MR. NAKAMURA:  All right.  Let's go off

2 the record.

3              THE VIDEOGRAPHER:  Going off the record at

4 12:10 p.m.

5              (Luncheon recess)

6              THE VIDEOGRAPHER:  Back on the record at

7 12:52 p.m.

8    Q.   (By Mr. Nakamura)  All right.  Thanks for

9 returning, ██████████████  I'm just going to finish off

10 the question I had earlier.

11              As part of any projects outside of Project

12 Sunday, did Alphabet consider any divestitures of its

13 AdTech products?

14              MS. ELMER:  Brent, do you mean the other

15 projects listed in the CID, or do you mean any other

16 projects at Google ever?

17              MR. NAKAMURA:  Any other projects at

18 Google ever since 2019.

19              MS. ELMER:  All right.  So I object to

20 your question as being outside the scope of the CID, but

21 ██████ may answer in his personal capacity if he can to

22 the extent that such an answer would not invade the

23 privilege or work product.

24    A.   So as the corporate designee relating to these

25 projects --

115

1              MS. ELMER:  Well,  ████  I'm sorry to

2  interrupt.  I'm sorry to interrupt.  But because this

3  question is going beyond the scope of the CID, I'm

4  instructing you to answer in your personal capacity

5  here.

6              THE WITNESS:  Oh, okay.

7     A.   Then I would say I can't answer due to

8  privilege.

9     Q.   (By Mr. Nakamura)  And is one of the -- and

10 what are the names of projects for which Alphabet was

11 considering divestitures of its AdTech products?

12             MS. ELMER:  I instruct the witness not to

13 answer the question because the question invades the

14 attorney/client privilege and the work product doctrine.

15    Q.   (By Mr. Nakamura)  Will you follow your

16 counsel's instruction?

17    A.   Yeah.  Are you actually asking me, like, about

18 the privileged contents?

19             MS. ELMER:  He is, and I instruct you not

20 to answer.

21             MR. NAKAMURA:  And that's fine.

22    Q.   (By Mr. Nakamura)  As part of -- I'm sorry.

23 And are you going to follow your counsel's instruction

24 not to answer?

25    A.   Yeah.

116

1    Q.   As part of Project Sunday, is Alphabet

2 considering any changes to the way its AdTech products

3 operate?

4              MS. ELMER:   Same instruction.

5    Q.   (By Mr. Nakamura)   Are you going to follow your

6 counsel's instruction?

7    A.   Yes.

8    Q.   Did Project Sunday incorporate any business

9 analyses previously performed by Alphabet employees

10 before Project Sunday began?

11   A.   I'm sorry, can you repeat it?

12   Q.   Sure.  Did Project Sunday incorporate any

13 business analyses performed by Alphabet employees before

14 Project Sunday began?

15   A.   So my understanding is there was an industry

16 report that had been prepared in the general course of

17 normal business separate from the project and that

18 pieces of that, namely, facts, were taken and then

19 incorporated into the project.

20              Yeah.  That's for a portion of the

21 project; and, yeah, that's the extent of my

22 understanding there.

23   Q.   And who performed that -- or who created that

24 industry report that you just described?

25   A.   And actually, I want to amend my last answer

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

117

 1  after I answer this.

 2                    So Lazard, the investment bank, was on a

 3  general retainer for general industry trends.  So they

 4  had provided that report as part of a separate sort of

 5  ongoing, what's going on in industry retainer.  So they

 6  were unaware of its use in this project.

 7                    And again I'll say that that was a

 8  collection of facts that were then used.  So that's

 9  that.

10                    I want to say also there were pieces of

11  analysis from other projects listed in the CID that

12  were -- that were used and incorporated in Project

13  Sunday.

14      Q.   And what are the names of those projects whose

15  pieces of analyses were included in Project Sunday?

16      A.   SingleClick and Stonehenge.

17      Q.   Okay.  And other than work from Projects

18  SingleClick, Stonehenge and Lazard's work as you

19  previously described, was any other business analysis

20  performed by an Alphabet employee incorporated into

21  Project Sunday?

22                    MS. ELMER:  Object to the form as

23  mischaracterizing testimony and assuming facts.

24                    But you may answer.

25      A.   I'm sorry.  Can you repeat?

118

1    Q.   (By Mr. Nakamura)   Sure.   And is there any

2  other business analysis other than from Project

3  SingleClick, Project Stonehenge and Lazard incorporated

4  into Project Sunday --

5              MS. ELMER:   Object to the form -- go

6  ahead.

7    Q.   (By Mr. Nakamura)   -- that was undertaken prior

8  to the beginning of Project Sunday?

9              MS. ELMER:   Object to the form as

10 mischaracterizing testimony, assuming facts and

11 misleading.

12             But you may answer if you can.

13   A.   I'm sorry.   I'm still not --

14   Q.   (By Mr. Nakamura)   Other than what you've just

15 listed, were there any other business analyses performed

16 by Alphabet employees prior to the beginning of Project

17 Sunday that were incorporated into Project Sunday?

18             MS. ELMER:   Object to the

19 mischaracterization of SingleClick and Stonehenge as

20 business analyses.   Also object to the

21 mischaracterization of any work provided by Lazard as

22 being the work of a Google employee.

23             Other than that, you may answer if you

24 can, ▓▓▓▓▓

25   A.   I'm not aware of any other prior work that had

119

1  been done that was contributed to Project Sunday.

2      Q.   (By Mr. Nakamura)  Okay.  Thank you.

3             And what data sources did Alphabet

4  employees rely upon for any financial analyses prepared

5  for Project Sunday?

6             MS. ELMER:  Object as invading the work

7  product doctrine and the attorney/client privilege.

8      A.   Okay.  So I can't answer for those reasons.

9             MR. NAKAMURA:  I'm sorry.  To be clear,

10 are you instructing ▮▮▮▮▮▮▮ not to answer?

11            MS. ELMER:  Yes.

12     Q.   (By Mr. Nakamura)  And will you follow your

13 counsel's instruction?

14     A.   Yes.

15     Q.   So if you turn to Exhibit 7, page 4 at the

16 bottom -- let me know if you need us to refresh that or

17 if you have it up.

18     A.   Is this the 225 -- oh, no, wait.  That's

19 No. 20.

20     Q.   That's my internal tab number.  That is

21 Exhibit 7.  So it is the February 25th letter.

22     A.   Okay.

23     Q.   Let me know when you have that up.

24     A.   Page 4, yes.  I have that up.

25     Q.   So I just want to make sure that in the last

120

1  bullet point that spills over to the next page, does

2  that accurately summarize Lazard's involvement in

3  providing work that was used in Project Sunday?

4      A.   Yes.  And --

5      Q.   I'm sorry.  Go ahead.

6      A.   To be very specific, work not for Project

7  Sunday but work that was subsequently used in Project

8  Sunday, yes.

9      Q.   And who on Google's corporate development team

10  interfaced with Lazard?

11     A.   ███████████████     He's the primary contact with

12  Lazard.

13     Q.   Did anyone else from Alphabet interact with

14  Lazard with respect to the project as described on

15  page 4 of Exhibit 7?

16     A.   With respect to the general retainer agreement,

17  I believe ██████████ likely interacts with them

18  occasionally.

19     Q.   And did Lazard make a presentation to any

20  Alphabet employee with respect to the general overview

21  of the AdTech industry as described at the top of page 5

22  of Exhibit 7?

23     A.   That, I don't know.  At the very least they

24  provided a document.

25     Q.   Okay.  I'll now turn to ask you about Project

121

 1  Monday, which is part of specifications 1b,

 2  specification 2.

 3             Who chose the name "Project Monday" for

 4  the project?

 5     A.   I did.

 6     Q.   And what was the subject matter of Project

 7  Monday?

 8             MS. ELMER:  I instruct the witness not to

 9  answer to the extent that it would invade the privilege;

10  but, otherwise, you may answer.

11     A.   Yeah.  It was an analysis for a particular

12  remedy to be undertaken due to the anticipated

13  litigation.

14     Q.   (By Mr. Nakamura)  And what was the particular

15  remedy to be undertaken?

16             MS. ELMER:  Same instruction.

17     A.   Yeah.  That's privileged.

18     Q.   (By Mr. Nakamura)  So will you follow your

19  counsel's instruction not to answer?

20     A.   Yes.

21     Q.   So turning to page 5 of Exhibit 7, is this a

22  complete list in bullet point 2 of all outside counsel

23  who worked on Project Monday?

24     A.   Yes.

25     Q.   And is this a complete list of all Google

122

```
 1  in-house counsel who worked on Project Monday?

 2       A.   Yes, although, again, I want to distinguish

 3  between "worked on" and "made aware of."

 4       Q.   And what is that distinction?

 5       A.   In that I don't know if all of them were

 6  contributing to the document as much as possibly, you

 7  know, this would have been provided to them but they

 8  likely didn't do -- many of them likely didn't do work,

 9  quote unquote, work.

10       Q.   Okay.  And who initiated Project Monday?

11       A.   I did.

12       Q.   Did Mr. Schindler initiate Project Monday?

13       A.   No.  I think I just told you I did.

14       Q.   And did anyone else initiate Project Monday?

15       A.   No.

16       Q.   What was -- what were your job responsibilities

17  with respect to Project Monday?

18       A.   To steward the business through regulatory --

19  potential regulatory action.

20       Q.   And what work did you do with respect to

21  Project Monday?

22            MS. ELMER:  And,  █████  I instruct you not

23  to answer to the extent that answering would invade the

24  work product doctrine or privilege.  But if there's a

25  way that you can answer with not invading the privilege,
```

123

```
 1  then you may do so.
 2                  THE WITNESS:   Sure.
 3      A.    In conjunction with legal counsel, I authored a
 4  potential remedy.
 5      Q.    (By Mr. Nakamura)  And which legal counsel did
 6  you author that in conjunction with?
 7      A.    Ted Lazarus and ███████████ and I believe
 8  possibly ████████.
 9      Q.    I'm sorry.  Could you spell that last name?
10      A.    It's a first name, ████████.
11      Q.    Yes.  Could you spell that for us, please.
12      A.    ████████████.
13      Q.    I see now.  Okay.  And is his last name
14  ████████
15      A.    Yes.
16      Q.    Okay.  Thank you.
17              And that's listed at the last line of
18  Google's in-house counsel included.  Is that correct?
19      A.    Yes.
20      Q.    And when did you author that legal remedy?
21      A.    So that was approximately -- it was early
22  March 2021.
23      Q.    And did you write that legal remedy down in a
24  document?
25      A.    Yes.
```

124

1    Q.   What form did that document take?

2    A.   A written docs, document.

3    Q.   Did you make any presentations to anyone at

4  Alphabet with respect to that legal remedy?

5    A.   Yes.

6    Q.   And when did you make that presentation?

7    A.   In the April/May time frame.

8    Q.   And I'm sorry.  To be clear, do you mean

9  April/May 2021?

10   A.   Yes.

11   Q.   And who was at the presentation in April or

12 May 2021?

13   A.   Scott Spencer, ███████████ Ted Lazarus,

14 possibly ███████████  And that would have been it.

15   Q.   And what was Mr. Lazarus' role in the

16 presentation?

17   A.   Audience and -- yeah, primarily audience, but

18 also, you know, had provided legal advice.

19   Q.   Did anyone else present the legal remedy that

20 you authored in the April or May 2021 presentation?

21   A.   I suspect that may have happened up the chain

22 that I wasn't personally aware of.  But yeah, I do

23 believe that the contents of this were presented up to

24 senior management without me.

25   Q.   And who did the presentation of that legal

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

125

1   remedy after April or May 2021?

2       A.   I believe ████████████ and/or ████████████

3       Q.   And who attended that presentation in senior

4   management of the legal remedy that you had authored?

5       A.   I believe it might have been ████████████

6   ████████████  Those are the ones that I'm aware -- that

7   I'm -- that I believe are likely.

8               Also, actually, now that I think about it

9   as well, I believe in March some of this would have been

10  presented as well to ████████████ and she may have

11  presented it up further as well.

12      Q.   And returning to this list, what was

13  ████████████  job responsibility with respect to

14  Project Monday?

15      A.   Are you asking what work he performed or are

16  you asking --

17      Q.   What were his job responsibilities with respect

18  to Project Monday?

19      A.   I mean, primarily he was the audience.

20      Q.   Did ████████████ make any decisions based on

21  the presentation of Project Monday?

22      A.   No decisions were made regarding Project

23  Monday.

24      Q.   I apologize.  Did ████████████ do any work with

25  respect to Project Monday?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

126

```
 1      A.    No.

 2      Q.    What were ████████████ job responsibilities

 3 with respect to Project Monday?

 4      A.    As audience.

 5      Q.    And what do you mean by "as audience"?

 6      A.    Meaning it was presented to him -- I believe it

 7 was presented to him as a document.

 8      Q.    And did ████████████ make any decisions with

 9 respect to Project Monday?

10      A.    No.

11      Q.    What were Mr. Schindler's job responsibilities

12 with respect to Project Monday?

13      A.    I don't know if he was read in or not to

14 Project Monday.  So if he was, it would be the same

15 answers I've just given for ████████ and ████████  If he

16 wasn't read in, then he wasn't part of the project.

17      Q.    In preparing for this deposition as Alphabet's

18 corporate representative, what did you do to attempt to

19 determine whether ████████████ was read in to Project

20 Monday?

21      A.    I think we checked to see if he was included on

22 the document specifically, given there was no formal

23 presentation of this as there was in Project Sunday.

24            So I believe his name was on the document,

25 which means someone likely shared the document with him.
```

127

```
1     Q.   But you did not as part of your preparation

2  speak to or receive information about whether

3  Mr. Schindler participated in Project Monday.  Is that

4  correct?

5     A.   That is correct, yes.

6     Q.   What was ███████████ job responsibility with

7  respect to Project Monday?

8     A.   This would be the same as I've said for

9  ███████████ and ████████

10    Q.   And what work did ███████████ do with respect to

11 Project Monday?

12    A.   It would be the same.

13    Q.   I'm sorry.  If you could complete your answer.

14 This would be the same as?

15    A.   As for ███████████ and ████████

16    Q.   And what were ███████████ job responsibilities

17 with respect to Project Monday?

18    A.   The same.

19    Q.   I'm sorry?

20    A.   This is going to be the same for, like, just

21 about everyone on this list.  So do you want me to

22 identify who the working team members were or identify

23 who falls into this same bucket just for expediency?

24    Q.   Sure.

25    A.   Okay.  So the following group all were just
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

128

1  audience and had no other associated work.  So █████

2  ███████ Scott Spencer -- actually, no, let me separate

3  that.

4           ████████████████████████████████████████

   ████████████████████████████████████████████████████

   ██████████  all had no involvement other than audience,

7  ████████████  as well.

8           Then the working members of the team were

9  Scott Spencer, ████████████████  and me, along with

10 counsel, of course.

11     Q.   And which counsel were part of the working team

12 for Project Monday?

13     A.   Ted Lazarus primarily.

14     Q.   Were any other of the listed Google in-house

15 counsel part of the working team for Project Monday?

16     A.   I believe ██████  and ██████  would have provided

17 some amount of advice as well.

18     Q.   Are there any other Google in-house -- I'm

19 sorry.

20     A.   And maybe ████████████████████.

21     Q.   Are there any other Google in-house counsel

22 that are not listed here who are part of the working

23 team for Project Monday?

24     A.   Actually, it's likely that ██████  was involved

25 in some initial document creation but not in the -- but

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

129

```
 1  not in the further working team.

 2      Q.   And to be clear, that's ████████████  who is

 3  listed here?

 4      A.   Yes, that's right.

 5      Q.   And so let me just ask my question to round

 6  this out.  Are there any other Google in-house counsel

 7  that are not listed here who were part of the working

 8  team for Project Monday?

 9      A.   No.

10      Q.   And when did Project Monday begin?

11      A.   Early March 2021.

12      Q.   And what event began Project Monday?

13      A.   The creation of a document.

14      Q.   And what document do you mean when you say "the

15  creation of a document"?

16      A.   A document of a remedy.  I don't want to say

17  anything further for privilege.

18      Q.   And that is, to be clear, the document that was

19  presented in April or May of 2021.  Is that correct?

20      A.   Yes.  I wouldn't say presented, but it was a

21  document that was completed.

22      Q.   When did Project Monday end?

23      A.   May 2021.

24      Q.   And how did Alphabet determine that Project

25  Monday ended in May of 2021?
```

130

1      A.   No further work was done on the project.

2      Q.   Did someone at Alphabet make the decision to

3  close or end Project Monday?

4      A.   No.  I don't think it was anything that

5  definitive.  I think basically I looked at what we had

6  and decided enough analysis had been performed and put

7  it on a shelf.

8      Q.   Have any meetings with respect to Project

9  Monday occurred since May of 2021?

10     A.   No, though given this was an analysis, you

11  know, the knowledge -- the knowledge persists, and we're

12  still under, you know, the eight investigations

13  mentioned here.  So it's likely that the work product

14  from that is factoring into our thinking.  So I'll note

15  that.

16     Q.   Okay.  At any time did anyone at Alphabet

17  discuss Project Monday with an individual or entity not

18  employed by Alphabet other than outside counsel?

19     A.   No.

20     Q.   Did any discussions of Project Monday occur

21  with Lazard?

22     A.   No.

23     Q.   What was the cost associated -- I'm sorry.

24          What was the cost to Alphabet associated

25  with Project Monday specified in dollars or hours?

131

1    A.   So I don't believe there's any dollars that I

2  would note explicitly here that could be, like, easily

3  disentangled.  This was a smaller project, so I think

4  the hours would be, you know, a small fraction of those

5  that I had noted on Project Sunday.

6    Q.   And sitting here today as Alphabet's corporate

7  designee, what is your reasonable estimate as to the

8  number of employee hours spent on Project Monday?

9    A.   Ten.

10   Q.   And that is across the company or just for you

11 personally?

12   A.   Across the company.

13   Q.   And sitting here today as Alphabet's corporate

14 designee, how much has Alphabet spent on outside counsel

15 with respect to Project Monday?

16   A.   This is hard to answer.  I would say not a lot,

17 but I don't know how to get into -- like even if I

18 looked at timelines, I don't think that could be

19 determined.  So a small amount.

20   Q.   Okay.  And what, translated into dollars, if

21 you have any reasonable estimate, does "a small amount"

22 mean?

23   A.   I don't know.

24   Q.   Okay.

25   A.   Yeah.  I don't know.

132

1      Q.   Did you do anything in preparation for this

2  deposition to determine the amount that Alphabet spent

3  on outside counsel with respect to Project Monday?

4      A.   I did review calendar entries of attorneys that

5  would have been present on the calls, and it was not

6  easily discernible.  And if I looked further in, I don't

7  think I would have gotten to an answer.  So I didn't

8  spend time there because I don't believe it would have

9  assisted.

10     Q.   And what government investigations served as a

11 basis for Alphabet initiating Project Monday?

12     A.   This is going to be the same discussion we had

13 for Sunday.

14     Q.   And to be clear then, is the list of government

15 investigations that caused Alphabet to initiate Project

16 Sunday listed on page 2 of Exhibit 7?

17     A.   Yes, that's correct, although I would say --

18 yeah.  In particular the first seven listed, the last

19 one was, you know, less of an impact, but I would say

20 the first seven had a -- were primary.

21     Q.   And by "last one listed," you mean the

22 Australian Competition and Consumer Commission.  Is that

23 correct?

24     A.   Yes.

25     Q.   Is there any litigation, whether anticipated or

133

1  actual, that the project was undertaken in response to?

2      A.   Yes.

3      Q.   What is that litigation?

4      A.   The anticipated litigation are the first seven

5  listed here.

6      Q.   Is there any other litigation not listed here

7  that Project Monday was undertaken in response to?

8      A.   That were primary cause?  I don't believe so.

9  I think this is -- this is materially the list.  There

10 may have been some others that, you know, potentially

11 could rise to that but not -- I don't believe they're

12 primary.  I think that's the question you're asking.

13     Q.   No.  My question is, is there any litigation,

14 whether anticipated or actual, that Project Monday was

15 undertaken in response to?

16     A.   Is there any litigation or anticipated

17 litigation?

18     Q.   Either.

19          MS. ELMER:  So other than the ones that

20 he's already testified about that are listed in the

21 letter?

22          MR. NAKAMURA:  Yes.  I'm just trying to

23 determine whether this list is complete, and if not,

24 what those litigations, whether actual or anticipated,

25 are.

134

```
1              MS. ELMER:  Object to the extent that it's

2  already been asked and answered.

3              But you can answer again, ████

4     A.   Well, if you're asking other anticipated

5  litigation like -- we're under a lot of scrutiny

6  globally.  So yeah, of course there are going to be

7  other considerations.  But to the extent they were

8  materializing, this is the list I think at the time that

9  we're -- where we had a -- you know, a belief in

10 anticipated litigation.

11             If you're asking were there any other

12 possibly that were -- yes, although I can't name them

13 specifically.

14    Q.   (By Mr. Nakamura)  Okay.  Were there any

15 regulations that Alphabet initiated Project Monday in

16 response to?

17             MS. ELMER:  Object to the extent that it

18 exceeds the scope of the CID.

19             But you may answer in your personal

20 capacity, if you know, ████

21    A.   I think regulations are an aspect that have to

22 be considered in all of this.  I guess maybe if you can

23 be precise in your question again, and I'll try to

24 answer as best I can.

25    Q.   (By Mr. Nakamura)  What are the names of any
```

135

1  regulations that caused Alphabet to initiate Project

2  Monday?

3              MS. ELMER:  And so I object because this

4  is a question that invades the attorney/client privilege

5  and the work product doctrine, and I instruct the

6  witness not to answer.

7      Q.   (By Mr. Nakamura)  Okay.  Will you follow your

8  counsel's instruction?

9      A.   Yes.

10     Q.   Were there any draft presentations prepared

11 regarding Project Monday that were not finalized?

12     A.   It's possible, yes.

13     Q.   And how many --

14     A.   Yeah.  I think there were two or three

15 documents, and my guess is -- I believe one of them was

16 finalized and two of them were not.

17     Q.   And who wrote the documents that were not

18 finalized?

19     A.   I wrote one of them, and our legal team had

20 begun writing another of them and likely had -- I likely

21 contributed to that one.

22     Q.   And who on the legal team began writing the

23 other non-finalized document?

24     A.   I believe the doc was created by ███ and

25 likely had authoring by Ted Lazarus and ███ -- some

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

136

1  contributions by ████ and ██████

2     Q.   I'm sorry, two clarifications.  Do you mean

3  Alex Bergersen?

4     A.   Yes.

5     Q.   And what was the last name that you mentioned?

6     A.   ████████████████

7     Q.   That's ██████████████  ██████████

   ████████.  Is that correct?

9     A.   That's correct.

10    Q.   Thank you.

11             Did any Alphabet employee create a

12 financial forecast as part of Project Monday?

13    A.   I think that's privileged.

14    Q.   I'll ask again.  If your counsel wants to

15 object, she can.

16             Did any Alphabet employee create a

17 financial forecast as part of Project Monday?

18    A.   It's still privileged.  I think I answered it.

19 You're asking me what --

20             MS. ELMER:  Yeah.  Brent, our position

21 here is that you guys are not entitled to know the

22 substantive details of these work product and

23 attorney/client privileged projects.  We're here to

24 provide, you know, a verbal privilege log, and that's

25 what we're doing.

137

1          MR. NAKAMURA:  Okay.  So I'll ask the

2  question again; if you want to instruct him not to

3  answer, let's do that and we'll move forward.

4      Q.   (By Mr. Nakamura)  Did any Alphabet employee

5  create a financial forecast as part of Project Monday?

6      A.   How many times are you going to ask me?

7      Q.   You need to answer my question unless your

8  counsel specifically instructs you not to answer based

9  on this; then we can just move on.

10     A.   For the third time, that's privileged.  I don't

11 understand the disagreement here.

12          MS. ELMER:  Yeah.  Brent, if you want me

13 to do a song and dance, okay.  I instruct him not to

14 answer to the extent that it seeks information protected

15 by the work product doctrine and the attorney/client

16 privilege.

17     Q.   (By Mr. Nakamura)  Okay.  And, ███████████  do

18 you have any information to provide me subject to your

19 counsel's instruction regarding privilege?

20          MS. ELMER:  And work product.

21     A.   Again --

22     Q.   (By Mr. Nakamura)  No.  My question,

23 ███████████  is do you have any information to provide

24 me subject to your counsel's instruction regarding any

25 privilege?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

138

```
 1              MS. ELMER:  Or work product.

 2      A.   Do I have anything to provide?  No, I don't.

 3      Q.   (By Mr. Nakamura)  Do you have information that

 4 you know but are refusing to provide on the basis of

 5 privilege?

 6              MS. ELMER:  That's ridiculous, Brent.  I

 7 really instruct you to stop harassing the witness here.

 8 That's enough.  He's answered your question.  Let's move

 9 on to the other topics in the CID.

10              MR. NAKAMURA:  Counsel, I need a

11 refusal --

12              MS. ELMER:  No.  You don't need.  You've

13 already gotten year answer, Brent.

14              MR. NAKAMURA:  So, Ms. Elmer, I think we

15 both know that as a legal requirement I need to ask the

16 question and he needs to refuse if he's going to refuse

17 on the basis of a valid privilege, and that's fine.

18              We can move forward professionally and

19 quickly through this, but procedure needs to be

20 followed.  And to the extent you would like to refuse to

21 follow that procedure, that is your choice.

22              But we are where we are today and I'm

23 going to keep asking.  To the extent he refuses to

24 answer for some other reason or is not responsive to my

25 questions, we have other remedies, and that's fine.
```

139

1     Q.   (By Mr. Nakamura)   So my question is do you

2  have information that you know but are refusing to

3  provide on the basis of privilege?

4     A.   I can't answer that for two reasons: one, due

5  to privilege and, two, because I think this is

6  obnoxious.

7     Q.   My question is simply, ███████████   whether

8  you have information that you're withholding on the

9  basis of privilege, which is fine.  I just need to know

10 that that information exists.

11    A.   I can't answer whether information exists or

12 not because that would violate privilege.

13         MS. ELMER:  What information -- what do

14 you mean by "information," Brent?  Maybe if you can ask

15 a better question, we can get somewhere.  Why don't you

16 rephrase your question.

17    Q.   (By Mr. Nakamura)  ████████████  my question is

18 did any Alphabet employee provide -- I'm sorry.

19         Did any Alphabet employee create a

20 financial forecast as a part of Project Monday?

21         MS. ELMER:  And so ███████████  has

22 already declined to answer on the basis of the work

23 product doctrine.  What more do you need?

24    Q.   (By Mr. Nakamura)  Is that correct,

25 ███████████

140

1      A.   Yes.

2      Q.   Okay.  As part of Project Monday, is Alphabet

3  considering any divestitures?

4            MS. ELMER:  And I instruct the witness not

5  to answer the question to the extent that it seeks

6  information that invades the attorney/client privilege

7  and the work product doctrine.

8      Q.   (By Mr. Nakamura)  Will you answer my question,

9  ████████████████

10     A.   No.

11     Q.   As part of Project Monday, did Alphabet

12 consider divesting any of its AdTech products?

13           MS. ELMER:  I have the same instruction.

14     Q.   (By Mr. Nakamura)  Will you answer my question,

15 ████████████████

16     A.   Nope.

17     Q.   As part of Project Monday, is Alphabet

18 considering any acquisitions?

19           MS. ELMER:  Same instruction.

20     A.   Decline to answer.

21     Q.   (By Mr. Nakamura)  On the basis of work product

22 privilege.  Is that correct?

23     A.   Yes.

24           MS. ELMER:  Right.

25     Q.   (By Mr. Nakamura)  As part of Project Monday,

141

```
 1  is Alphabet considering any changes to the way its

 2  AdTech products operate?

 3              MS. ELMER:  Same objection -- or same

 4  instruction.

 5      Q.  (By Mr. Nakamura)  Will you follow your

 6  counsel's instruction?

 7      A.  Yep.

 8      Q.  Did Project Monday incorporate any other

 9  financial analyses previously performed by Alphabet

10  employees?

11      A.  I think that it's not something that I can

12  answer again for the same reasons.

13              MS. ELMER:  Why don't we take a break to

14  discuss -- a quick break to discuss an issue of

15  privilege.

16              MR. NAKAMURA:  Okay.

17              THE VIDEOGRAPHER:  Off the record at

18  1:32 p.m.

19              (Recess taken)

20              THE VIDEOGRAPHER:  Back on the record at

21  1:39 p.m.

22      Q.  (By Mr. Nakamura)  All right.  Well, thank you

23  for returning, ███████████.

24              I want to make clear for the record that

25  the indications of attorney/client and work product
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                          February 28, 2022

142

1  privileges are legal judgments.  This is not a matter of

2  mere process.  I'm just trying to move this along

3  efficiently.  But it is a significant issue that counsel

4  for the witness make the appropriate objections and,

5  ████████████  you as the witness either accept your

6  advice of counsel and refuse to answer the question on

7  the basis of privilege or that you provide an answer to

8  the question since this is a legal issue and we have

9  confirmed through your testimony today and otherwise

10 that you are not an attorney.

11              So with that, let me move on.  What data

12 sources did Alphabet employees rely upon for any

13 financial analyses prepared for Project Monday?

14              MS. ELMER:  And so, Brent, I object and

15 instruct the witness not to answer as your question is

16 seeking information regarding the contents of documents

17 that have been properly withheld as work product.  So I

18 am instructing the witness not to answer the question on

19 that basis.

20              In addition, I'm objecting to your

21 question as assuming facts not in evidence and as

22 misleading.

23              MR. NAKAMURA:  Thank you.

24    Q.   (By Mr. Nakamura)  ████████████  will you

25 follow your counsel's instruction not to answer?

143

1    A.    Yes.

2    Q.    What data sources did Alphabet employees rely

3  upon for any divestiture analyses prepared for Project

4  Monday?

5              MS. ELMER:   Same instruction and same

6  objection.

7    Q.    (By Mr. Nakamura)  And, ██████████ will you

8  follow that instruction?

9    A.    Yes.

10   Q.    What data sources did Alphabet employees rely

11 upon for any pricing analyses prepared for Project

12 Monday?

13             MS. ELMER:   Same instruction and same

14 objection.

15   Q.    (By Mr. Nakamura)  ████████████ will you

16 follow that instruction?

17   A.    Yes.

18   Q.    Are there any successor projects to Project

19 Monday?

20             MS. ELMER:   Object to your question as

21 outside the scope of the CID and as invading the work

22 product doctrine and the attorney/client privilege.

23             I instruct the witness not to answer the

24 question.

25   Q.    (By Mr. Nakamura)  Will you follow that

144

1  instruction?

2      A.    Yes.

3      Q.    All right.  I will now ask you about Project

4  SingleClick, which is part of specifications 1d and

5  specification 2.  So if you'd turn to Exhibit 7, page 2.

6  That's the file name that begins with 20 previously in

7  front of you.  Please, ███████████ let me know when

8  you are there.

9      A.    I am there.

10     Q.    Who chose the name "Project SingleClick" for

11 this project?

12     A.    I believe it was ██████████████.

13     Q.    And what is the subject matter of Project

14 SingleClick?

15           MS. ELMER:  I instruct the witness not to

16 answer to the extent that answering would invade the

17 privilege or work product doctrine, but you may answer

18 if you can do so without invading the privilege, ████

19     A.    Sure.  It was an analysis of potential remedies

20 to some anticipated regulatory actions.

21     Q.    (By Mr. Nakamura)  And was the project

22 undertaken in anticipation of litigation concerning

23 Google's AdTech business?

24     A.    Yes.

25     Q.    And what was the goal of Project SingleClick?

145

```
 1                 MS. ELMER:  Same instruction.  You may

 2  answer to the extent you would not waive the privilege

 3  or invade the work product doctrine.

 4      A.   To be properly prepared if regulatory actions

 5  occurred.

 6      Q.   (By Mr. Nakamura)  What outside counsel were

 7  involved in Project SingleClick?

 8      A.   They're listed in the second bullet point

 9  here --

10      Q.   Were any -- sorry.

11      A.   -- on page 2.

12      Q.   Thank you.

13                 MS. ELMER:  And we are referring to

14  Exhibit No. 7.  Is that right?

15                 THE WITNESS:  Yes.

16      Q.   (By Mr. Nakamura)  Thank you.

17                 Were any outside counsel who worked on

18  this project not listed here?

19      A.   No.

20      Q.   What Alphabet employees who are not lawyers

21  worked on, approved or evaluated Project SingleClick?

22      A.   Those are listed in bullet point 4 here on

23  page 2 of Exhibit 7.

24      Q.   Okay.  And what was ███████████ role on Project

25  SingleClick?
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

146

1        A.    To provide initial scoping of the project.

2        Q.    And did she have any other job responsibilities

3   on Project SingleClick?

4        A.    Yes.  As a general manager, this falls within

5   her business.

6        Q.    And what business is that?

7        A.    Running the ADVA division.

8        Q.    And did ██████████ do any work with respect to

9   Project SingleClick?

10       A.    No.

11       Q.    Who initiated Project SingleClick?

12       A.    This was a combination of ███████ and Ted

13  Lazarus.

14       Q.    And how was Project SingleClick initiated?

15       A.    Through a verbal discussion.

16       Q.    And which Alphabet employees were involved in

17  that verbal discussion?

18       A.    Ted Lazarus and ██████████████  myself and ███████

    ███████████████████████████████.

20       Q.    ████████████████  is listed under "Google employees

21  included."  Is that correct?

22       A.    That's correct.

23       Q.    What was ██████████████ job responsibility with

24  respect to Project SingleClick?

25       A.    Contributor.

147

1    Q.   And what contributions did ████████ make?

2    A.   That would violate privilege.

3              MS. ELMER:  Yeah.  So I'll give the

4    instruction.  To the extent that this question invades

5    the work product doctrine or privilege, I instruct the

6    witness not to answer.  If there is a way to answer

7    without invading either one of those, then you may do

8    so.

9    A.   He's an engineer.  That's all I can answer.

10   Q.   (By Mr. Nakamura)  Okay.  Thank you.

11             What was ████████████ job responsibility

12   with respect to Project Monday -- I'm sorry, Project

13   SingleClick?  My apologies.

14   A.   He's a contributor.

15   Q.   What did his contributions involve?

16             MS. ELMER:  Same instruction.  But if

17   there's a way to answer without invading the work

18   product doctrine or the attorney/client privilege, you

19   may do so.

20   A.   He's a product manager.

21   Q.   (By Mr. Nakamura)  And when you say, "He's a

22   product manager," what do you mean?

23   A.   I mean his role at Google is as a product

24   manager in the AdManager product.

25   Q.   Thank you.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

148

1          And what were your job responsibilities

2 with respect to Project SingleClick?

3          MS. ELMER:  Same instruction.  If there's

4 a way to answer without invading the privilege, you may

5 do so.

6     A.   My role is to provide high-level guidance.

7     Q.   (By Mr. Nakamura)  And is your role to provide

8 high-level guidance -- I'm sorry.  Strike that.

9          To whom was your role to provide

10 high-level guidance?

11    A.   To both the working team and to my leadership.

12    Q.   And who was on the working team with respect to

13 Project SingleClick?

14    A.   This is everyone in bullet 4 except for █████

15 ██████████████

16    Q.   And who was part of the leadership with respect

17 to Project SingleClick?

18    A.   ████████████████

19    Q.   And what was ██████████████ role with respect

20 to Project SingleClick?

21    A.   He's my engineering partner.

22    Q.   What do you mean by "engineering partner"?

23    A.   He's responsible for engineering for the same

24 products I'm responsible for.

25    Q.   And what was ████████████████ job responsibility

149

 1 | with respect to Project SingleClick?

 2 |    A.    She is in charge of AdManager as a product

 3 | manager.

 4 |    Q.    And at the time of Project SingleClick, did she

 5 | report to you?

 6 |    A.    Yes.

 7 |    Q.    When did Project SingleClick begin?

 8 |    A.    December of 2019.

 9 |    Q.    And did Project SingleClick begin with the

10 | conversation between Mr. Lazarus, ███████ and others

11 | that you referenced earlier?

12 |    A.    Yes.

13 |    Q.    And did Project SingleClick evolve into Project

14 | Stonehenge?

15 |    A.    Yes.

16 |    Q.    And how did Project SingleClick evolve into

17 | Project Stonehenge?

18 |              MS. ELMER:  And, again, to the extent that

19 | answering would invade the privilege or work product

20 | doctrine, I instruct you not to answer.  But if there's

21 | a way to answer without invading the privilege, please

22 | do so.

23 |    A.    Stonehenge was further investigation and

24 | analysis into one of the areas that SingleClick had

25 | looked into.

150

1    Q.   (By Mr. Nakamura)  And what was the area

2  SingleClick looked into?

3              MS. ELMER:  I do instruct the witness not

4  to answer because that is invading the privilege and the

5  work product doctrine.

6    Q.   (By Mr. Nakamura)  Will you follow your

7  counsel's instruction?

8    A.   Yes.

9    Q.   So is it Alphabet's position then that Project

10  SingleClick ended in February 2020?

11    A.   Yes.

12    Q.   Are there any parts of Project SingleClick that

13  are ongoing other than aspects that have been merged

14  into Project Stonehenge?

15              MS. ELMER:  So object to the form to the

16  extent it's misleading or assumes facts.

17              But you may answer.

18    A.   You know, the project was -- work on this

19  project ceased in February.  I'll say the same thing I

20  said earlier, which is that the knowledge persists and,

21  you know, finds its way into analysis as we work with

22  these other investigations.  But the specific work on

23  this project ceased in February.

24    Q.   (By Mr. Nakamura)  Okay.  In total how many

25  meetings occurred at Alphabet for Project SingleClick?

151

1    A.   Approximately 15 to 20.

2    Q.   And how many of those 15 to 20 meetings were

3  attended by inside or outside counsel for Google?

4    A.   I would say nearly all of them.

5    Q.   And what was Mr. Lazarus' role on Project

6  SingleClick?

7    A.   His was the primary legal oversight.

8    Q.   And who else from Google's in-house attorney

9  team provided legal oversight of Project SingleClick?

10   A.   Oversight?  ██████  and  ██████

11   Q.   And by "██████  you mean ████████████  as listed

12 here?

13   A.   Yes.

14   Q.   Were any other in-house attorneys for Google

15 involved in Project SingleClick?

16   A.   Yes.  On the working team specifically, ████████
  ██████████████████████.

18   Q.   Thank you.

19         At any time other than your attorneys,

20 Alphabet's attorneys, did anyone at Alphabet discuss

21 Project SingleClick with an individual or entity not

22 employed by Alphabet?

23   A.   Are you asking if there was outside counsel?

24   Q.   No.

25   A.   Are you asking others?  No, no others outside

152

1  of outside counsel.

2      Q.   Okay.  I appreciate that.  Thank you.

3           What was the cost to Alphabet associated

4  with Project SingleClick specified in dollars or hours?

5      A.   Again, hard to measure internally because we

6  don't track that.  And the outside pieces also are

7  entangled in a number of other projects.  So it's just

8  very hard to give an estimate.

9      Q.   And what other projects are the outside pieces

10 entangled with?

11          MS. ELMER:  And I instruct the witness not

12 to answer because that invades the attorney/client

13 privilege and the work product doctrine.

14     Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

15 instruction?

16     A.   Yes.

17     Q.   How many employee hours to a reasonable

18 estimate as Alphabet's corporate designee were spent on

19 Project SingleClick?

20     A.   SingleClick, or are we on Stonehenge?

21     Q.   SingleClick.

22     A.   45 hours.

23     Q.   And to be clear, that 45-hour estimate is for

24 all Alphabet employees.  Is that correct?

25     A.   Yes.

153

1      Q.   Turning to Exhibit 7, page 2, is this a

2   complete list of all government investigations that

3   caused Google to begin Project SingleClick?

4      A.   Your question is is this the list that

5   caused --

6      Q.   Yes.  I'll restate.

7                Turning to Exhibit 7, page 2, is this a

8   complete list of all government investigations that

9   caused Google to begin Project SingleClick?

10     A.   So, no.  The ACCC had not started yet with the

11  investigation.  So I wouldn't include that one.

12               Then I would also say I don't know if

13  there were others at the time that informed our -- the

14  advice as we were speaking with legal, but I would say

15  that these are the primary -- materially speaking, these

16  are the ones that were top of mind.

17               So there may be others.  You're asking if

18  I knew of any others that might have, and I don't know

19  because I don't know what was affecting our legal

20  opinion.

21     Q.   What did you do in preparation for this

22  deposition to determine which government investigations

23  caused Alphabet to initiate Project SingleClick?

24     A.   I conferred with our legal team and reviewed

25  this list of investigations.

154

```
1     Q.   And sitting here today, you have nothing to add

2  as Alphabet's corporate representative to the list of

3  government investigations with the exception of the ACCC

4  investigation that caused Alphabet to initiate Project

5  SingleClick.  Is that correct?

6     A.   Yes.  I think this is more than -- I think

7  seven investigations are more than sufficient basis for

8  us to have anticipated litigation.

9     Q.   Is there any litigation, whether anticipated or

10 actual litigation, that the project was initiated in

11 response to?

12            MS. ELMER:  Asked and answered.

13    A.   I think that's the same question that I just

14 answered.

15    Q.   (By Mr. Nakamura)  My initial question was

16 about government investigations; and my question now is

17 is there any litigation, whether anticipated or actual

18 litigation, that Project SingleClick was initiated in

19 response to?

20            MS. ELMER:  And the reason for my

21 objection, Brent, is because he has already testified

22 that the active government investigations were

23 anticipated litigation.  I think maybe if you would

24 break down your compound question, we might get

25 somewhere.
```

155

```
 1      Q.    (By Mr. Nakamura)  ██████████  are the

 2 government investigations listed here the basis for

 3 Alphabet's anticipated litigation that caused it to

 4 initiate Project SingleClick?

 5      A.    Yes.

 6      Q.    Other than the government investigations listed

 7 here, are there any litigations, whether actual or

 8 anticipated, that caused Project SingleClick -- that

 9 caused Alphabet to initiate Project SingleClick?

10      A.    No.

11      Q.    Were any presentations prepared regarding

12 Project SingleClick?

13      A.    Yes.

14      Q.    How many presentations were prepared regarding

15 Project SingleClick?

16      A.    One presentation.

17      Q.    Who authored that presentation?

18      A.    It was a working team led primarily by ██████

   ██████████.

20      Q.    And when did that presentation begin getting

21 prepared?

22      A.    Right away and, like most documents, evolved

23 over the course of the project.

24      Q.    By "right away," do you mean ███████████

25 began preparing the presentation in December of 2019?
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

156

1    A.   It was either in like mid/late December or very

2  early January, yes.  Right in that time frame is when

3  that was started.

4    Q.   And who assisted in the drafting of that

5  presentation?

6    A.   So that would be the following people:   

9    Q.   I'm sorry.  Let me back up.  I want to make

10 sure we're talking about the same thing.

11              If you could turn to page 2 of Exhibit 7,

12 I'm still asking about Project SingleClick.

13   A.   Yep.

14   Q.   Are you speaking now about a different project?

15   A.   No.

16   Q.   Okay.  So that's my fault.  I'll ask again.

17              Who assisted in drafting the presentation

18 that                began drafting in December or January

19 of either December '19 or January '20?

20   A.

.

22   Q.   And to whom was that presentation given at

23 Alphabet?

24   A.

25   Q.   And when was that presentation given to

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

157

1   ██████████████

2       A.    The evolving presentation over the course of

3   the project and the final one being in February 2020.

4       Q.    Who attended that presentation in February of

5   2020?

6       A.    ████████  me,  ████████  and then the rest

7   of the Google employees listed here, and ████████

8       Q.    Does that include all Google in-house counsel

9   listed in the third bullet point under Project

10  SingleClick on page 2 of Exhibit 7?

11      A.    Very likely.  There might have been one or two

12  or three missing from that final presentation, but --

13      Q.    Were any -- I'm sorry.

14      A.    But the majority would have been there.

15      Q.    Were any draft presentations prepared regarding

16  Project SingleClick that were not finalized?

17      A.    No.

18      Q.    Did any Alphabet employee create a financial

19  forecast as part of Project SingleClick?

20            MS. ELMER:  And so are you asking, Brent,

21  for the contents of the Project SingleClick documents?

22            MR. NAKAMURA:  My initial question is

23  simply whether any Alphabet employee created a financial

24  forecast as part of Project SingleClick.

25            MS. ELMER:  Sounds to me like your

158

```
 1  question is getting at the substance of a work product

 2  project.  So on that basis I'll instruct the witness not

 3  to answer.

 4      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 5  instruction?

 6      A.   Yes.

 7      Q.   Did Alphabet project, model or otherwise

 8  consider any cost savings as a part of Project

 9  SingleClick?

10             MS. ELMER:  Same instruction.

11      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

12  instruction?

13      A.   Yes.

14      Q.   Did Project SingleClick incorporate any other

15  financial analyses created by Alphabet employees prior

16  to Project SingleClick?

17             MS. ELMER:  Same instruction.

18      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

19  instruction?

20      A.   Yes.

21      Q.   What data sources did Alphabet employees rely

22  upon for any financial analyses prepared for Project

23  SingleClick?

24             MS. ELMER:  Same instruction.  And also

25  object to the form as assuming facts not in evidence.
```

159

```
 1      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 2  instruction not to answer?

 3      A.   Yes.

 4      Q.   What data sources did Alphabet employees rely

 5  upon in preparing presentations for Project SingleClick?

 6           MS. ELMER:  Same instruction and object to

 7  the form as assuming facts not in evidence.

 8      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 9  instruction not to answer?

10      A.   Yes.

11      Q.   All righty.

12           MR. NAKAMURA:  Let's go off the record

13  briefly.

14           THE VIDEOGRAPHER:  Off the record at

15  2:05 p.m.

16           (Recess taken)

17           THE VIDEOGRAPHER:  Back on the record at

18  2:11 p.m.

19      Q.   (By Mr. Nakamura)  All right.  Thanks for

20  taking that break, ███████████

21           I will now ask you about Project

22  Stonehenge, which is part of specifications 1c and

23  specification 2.

24           Who chose the name "Project Stonehenge"

25  for the project?
```

160

1    A.   I think it was a few people on the original

2  working team, the SingleClick, including ████████

3    Q.   Okay.   Turning to Exhibit 7, page 3.   Let me

4  know when you have that in front of you.

5    A.   Okay.

6    Q.   What was the subject matter of Project

7  Stonehenge?

8              MS. ELMER:   To the extent that the

9  question invades the privilege of work product, I

10  instruct the witness not to answer.

11             But, ██████ if there's a way to answer

12  without invading the privilege, please do so.

13    A.   Yeah.   Given the anticipated regulatory

14  actions, we did an analysis of potential remedies.

15    Q.   (By Mr. Nakamura)  Okay.   What was the goal of

16  Project Stonehenge?

17             MS. ELMER:   Same instruction.

18    A.   To be prepared in case of any litigation.

19    Q.   (By Mr. Nakamura)  Okay.   Was one of the

20  objectives of Project Stonehenge to consider ████████

   ████████████████?

22             MS. ELMER:   I instruct the witness not to

23  answer because the question invades the attorney/client

24  privilege and the work product doctrine.

25    Q.   (By Mr. Nakamura)  Will you follow that

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

161

1  instruction, ████████████

2      A.   Yes.

3              MR. NAKAMURA:   Seumas, could you please

4  upload into the Chat tab 18.

5              I'd like the court reporter to mark this

6  document as Alphabet Exhibit 8.

7              (Exhibit 8 marked)

8      Q.   (By Mr. Nakamura)  Please let me know when you

9  have it in front of you, ████████████

10             While you are doing that, I will let you

11 know a couple things.  No. 1, this is a document

12 produced to us by Alphabet that was identified as

13 related to Project Stonehenge and Project Banksy in

14 Ms. Elmer's November 15, 2021 letter.  It begins with

15 Bates No. GOOG-DOJ-AT-00660900 and ends in Bates

16 No. GOOG-DOJ-AT-00660904.  It is a document that has

17 been produced to us in redacted form.

18             Please let me know when you have finished

19 reviewing the document, ████████████

20     A.   Okay.  There's a lot here.  So give me a

21 minute.

22     Q.   Sure.

23             MS. ELMER:   Yeah.  So we need to take a

24 break to discuss an issue of privilege.

25             MR. NAKAMURA:   All right.  Let's go off

162

 1  the record.

 2                  THE VIDEOGRAPHER:  Off the record at

 3  2:14 p.m.

 4                  (Recess taken)

 5                  THE VIDEOGRAPHER:  Back on the record at

 6  2:34 p.m.

 7     Q.   (By Mr. Nakamura)  All right.  ██████████ --

 8                  MS. ELMER:  So before we get back started,

 9  we are going to claw back Exhibit No. 8.  We will

10  reproduce a redacted copy later in the deposition today.

11                  MR. NAKAMURA:  And how long until that

12  redacted copy is produced to us?

13                  MS. ELMER:  I do not have a reasonable

14  estimate at this time, but I promise you it will be

15  before the deposition is over.

16                  MR. NAKAMURA:  Okay.

17     Q.   (By Mr. Nakamura)  ██████████ was one of the

18  objectives of Project Banksy consideration of ██████████

    ██████████?

20                  MS. ELMER:  I instruct the witness not to

21  answer because this question invades the attorney/client

22  privilege and work product doctrine.

23                  Also, did you mean Project Banksy?

24                  MR. NAKAMURA:  I did.

25                  MS. ELMER:  Okay.

163

1    Q.   (By Mr. Nakamura)  ▮▮▮▮▮▮▮▮  will you

2  follow Ms. Elmer's instruction not to answer?

3    A.   Yes.

4           MS. ELMER:  And actually, I should clarify

5  my instruction.  Are you asking about Project Banksy,

6  the remedies project, Brent, or are you asking about

7  Bansky, the concept that was a feature that was

8  discussed prior to the remedies project?  In what

9  context are you using that term?

10          MR. NAKAMURA:  That is a good question,

11 and it's hard to go out of order with Bansky, but since

12 this document was listed in your November 15th letter as

13 related to both, I will ask, but let me rephrase.  I

14 appreciate that.

15   Q.   (By Mr. Nakamura)  So was one of the objectives

16 of Project Banksy, the product that is listed in the

17 specification to the CID to which you are testifying

18 today, was one of the objectives for that project

19 consideration of  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20          MS. ELMER:  All right.  Same instruction,

21 and I'm going to need to go off the record to discuss an

22 issue of privilege.

23          MR. NAKAMURA:  All right.

24          THE VIDEOGRAPHER:  Off the record at

25 2:36 p.m.

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                  February 28, 2022

164

1              (Recess taken)

2              THE VIDEOGRAPHER:  Back on the record at

3  2:40 p.m.

4              MR. NAKAMURA:  All right.  Before we broke

5  for that privilege consultation, my question was, so was

6  one of the objectives of Project Banksy, the project

7  that is listed in the specification to the CID for which

8  ██████████ has appeared here today, was one of the

9  objectives for that project consideration of ██████████

10 ██████████████?

11             MS. ELMER:  And I instruct the witness not

12 to answer because your question invades the work product

13 doctrine and the attorney/client privilege.

14     Q.   (By Mr. Nakamura)  And will you follow

15 Ms. Elmer's instruction, ██████████?

16     A.   Yes.

17     Q.   What did Alphabet consider in evaluating

18 ██████████████?

19             MS. ELMER:  Same instruction.

20     Q.   (By Mr. Nakamura)  And will you follow that

21 instruction not to answer, ██████████?

22     A.   Yes.

23     Q.   What data sources did Alphabet use in

24 considering ██████████████?

25             MS. ELMER:  Same instruction.

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                February 28, 2022

165

1      Q.    (By Mr. Nakamura)   And will you follow the

2  instruction not to answer, ████████████████

3      A.    Yes.

4      Q.   Who at Alphabet worked on the concept of

5  ██████████████████████████?

6               MS. ELMER:   Same instruction and also as

7  being outside the scope.   Perhaps if you rephrase your

8  question, we may get somewhere.

9               MR. NAKAMURA:   I guess it's hard for me to

10  understand why, Ms. Elmer, that question's outside the

11  scope given that ███████████████████ appeared to be

12  related to Project Stonehenge, but perhaps I have that

13  wrong.   If so, you can let your objection stand, and

14  ████████████ can either tell me that or not.   But it's

15  hard for me to evaluate the scope of your objection

16  without knowing more about it.

17               In any event, you can instruct him as

18  appropriate.   I will ask again.

19      Q    (By Mr. Nakamura)   Who at Alphabet worked on

20  the concept of ███████████████████?

21               MS. ELMER:   I instruct the witness not to

22  answer questions that invade the work product doctrine

23  or would tend to reveal the substance of projects that

24  are privileged and work product.

25      Q.    (By Mr. Nakamura)   Subject to that instruction,

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

166

1   ███████████   what can you tell me about who at Alphabet

2   worked on the concept of ████████████████████?

3              MS. ELMER:  Same instruction.

4      A.   I follow my counsel's advice not to answer.

5      Q.   (By Mr. Nakamura)  Okay.  Did Alphabet

6   ultimately implement ████████████████?

7              MS. ELMER:  Same instruction.

8      Q.   (By Mr. Nakamura)  And will you follow

9   Ms. Elmer's instruction not to answer?

10     A.   Yes.

11     Q.   And the last question on this, what

12  relationship, if any, does █████████████████  have

13  to Alphabet's pricing decisions?

14             MS. ELMER:  Same instruction.

15     Q.   (By Mr. Nakamura)  And will you follow

16  Ms. Elmer's instruction not to answer, ██████████

17     A.   Yes.

18     Q.   All right.  Let's move on.

19             In Alphabet's view, what does it mean for

20  a product such as ██████████████████████

    ██████████?

22             MS. ELMER:  So I'd like to take a break to

23  discuss an issue of privilege.

24             MR. NAKAMURA:  Let's take a break.  Off

25  the record.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

167

1            THE VIDEOGRAPHER:   Off the record at

2   2:43 p.m.

3            (Recess taken)

4            THE VIDEOGRAPHER:   Back on the record at

5   2:54 p.m.

6     Q.   (By Mr. Nakamura)  All right.  Before we broke

7   for the break, ███████████   I asked you, In Alphabet's

8   view, what does it mean for a product such as ████████

    ███████████████████████████████████████████████

10           MS. ELMER:   And to the extent that your

11  question calls for testimony regarding any work product

12  projects or privileged projects, I instruct the witness

13  not to answer because the answer would invade the

14  attorney/client privilege or the work product doctrine.

15           To the extent that your question goes

16  beyond the scope of the six projects set forth in the

17  CID, I instruct -- the witness is not here as corporate

18  designee on any topics that go beyond those, but he may

19  answer in his individual capacity if he can answer in a

20  way that would not invade the privilege or work product.

21    A.   Okay.  Then I'll speak to the -- to what the

22  document is referring to in an individual capacity and

23  not as a -- I'm sorry, ███████████████████████████.

24           MS. ELMER:   All right.  Just so we're

25  clear here, there is no exhibit that is on the record or

168

1  no document that is sitting before us right now.  So

2  we're just talking about Mr. Nakamura's question.

3              THE WITNESS:  Okay.

4      A.   I'm sorry.  Can you restate the question, and

5  I'll be happy to answer.

6      Q.   (By Mr. Nakamura)  I will restate.

7              In Alphabet's view, what does it mean for

8  a product such as ██████████████████████████████

   ███████████?

10             MS. ELMER:  And I give the same

11 admonishment.  He will be testifying in his individual

12 capacity here.

13             MR. NAKAMURA:  Okay.

14     A.   Okay.  ████████████████████████████
   ████████████████████████████████
   ████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ███████████████████████████████
   ██████████
   ████████████████████████████████
   ██████████████████████████████████████
   ██████████████████████████████████████
   ██████████████████████████████████████

169

1   ███████████████████████████████████████████.

2        Q.   (By Mr. Nakamura)  Okay.  Thank you for that.

3                 ███████████████████████████████████

     ████████████████████████████████████████

     ███████████████████████████████████████?

6                      MS. ELMER:  So I give the same

7    admonishment,  █████  and you'll be testifying in your

8    individual capacity because this goes beyond the scope

9    of the CID.

10                     THE WITNESS:  Sure.

11       A.   You said ███████████████████, and what was the

12   third?

13       Q.   (By Mr. Nakamura)  Sure.  I'll repeat.

14                 ███████████████████████████████████

     █████████████████████████████████████████

     ██████████████████████████████████████████████

     █████████████████████████

     ████████████████████████████████████████████

     ██████████████████████████████████████████████

     █████████████████████████████████████████████

     ██████████████████████████████████████████████

     ████████████████████████████████████

     █████████████████

     █████████████████████████████████████████████

     ███████████████████████████████████████

170



```
 4    Q.   Thank you for that.

 5              And in Alphabet's view, what does it mean

 6  for a product such as ██████████████████

   ████████████████

 8              MS. ELMER:  So I give the same

 9  admonishment.  The witness is not testifying in

10  Alphabet's view but in his personal capacity, as this

11  question is beyond the scope of the CID.

12    A.   ██████████████████████████
```

```
19    Q.   (By Mr. Nakamura)  Thank you for that.

20         ██████████████████████████
```

```
23              MS. ELMER:  Same objection and

24  instruction.  The witness is not testifying about

25  Alphabet's view because your question goes beyond the
```

171

 1  scope of the CID, but he may testify in his personal

 2  capacity.

 3      A.      ██████████████████████████

    ████████████████████████████████

    ████████████████████████████████

    ████████████████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████

    ████████████████████

    ████████████████████████████████████████

    ████████████████████

12      Q.   (By Mr. Nakamura)   Okay.   Thank you for that.

13                 MR. NAKAMURA:   Seumas, could you upload

14  into the Chat, please, tab 15.

15                 Could the court reporter mark this as

16  Exhibit 9.

17                 (Exhibit 9 marked)

18      Q.   (By Mr. Nakamura)   ████████████   please let me

19  know when you have that in front of you.

20                 While that is happening, let me read this

21  into the record.   This is a document produced by

22  Alphabet beginning in Bates No. GOOG-DOJ-AT-00205841

23  ending in Bates No. 5843.   The subject is regarding

24  ████████████████████████████████

25                 This document is part of an e-mail thread.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                              February 28, 2022

172

1  It's the top e-mail in a thread that contained an e-mail

2  that was identified in Ms. Elmer's November 15th, 2021

3  letter as related to Project Stonehenge.

4              MS. ELMER:  Again, we're going to need to

5  break to discuss an issue of privilege.

6              MR. NAKAMURA:  Sounds good.  Let's go off

7  the record.

8              THE VIDEOGRAPHER:  Off the record at

9  3:02 p.m.

10              (Recess taken)

11              THE VIDEOGRAPHER:  Back on the record at

12  3:13 p.m.

13              MS. ELMER:  All right.  I can hear

14  somebody's --

15              MR. NAKAMURA:  Hold on.  Let's go back off

16  the record.

17              THE VIDEOGRAPHER:  Off the record at

18  3:13 p.m.

19              (Recess taken)

20              THE VIDEOGRAPHER:  Back on the record at

21  3:14 p.m.

22              MS. ELMER:  All right, Brent, we are

23  clawing back Exhibit 9.  We will do the same thing as

24  for Exhibit 8.  We will be providing an updated redacted

25  version of this document before the end of the day

173

1    today.

2                    MR. NAKAMURA:  Okay.  Absolutely you may

3    claw that back.

4                    I will just make one note for the record

5    that I had planned on introducing this document so as to

6    establish that my questions with respect to the

7    ███████████████████████████████████████████████

     ████████████████████████████████ were within the scope of

9    the CID notice.  But with that, we can just move on.

10                   MS. ELMER:  I still maintain my scope

11   objection that to the extent that those features are not

12   related to a privileged project and relate to some other

13   context, that those features do fall outside the scope

14   of the deposition notice.

15                   MR. NAKAMURA:  All right.  Thank you.

16       Q.   (By Mr. Nakamura)  █████████████ what is

17   █████████████████████████████?

18                   MS. ELMER:  Again, same admonishment.

19   This question goes outside the scope of the CID notice,

20   and so the witness will be testifying in his personal

21   capacity and not in his capacity as corporate designee.

22       Q.   (By Mr. Nakamura)  All right, ████████████

23   ████████████████████████████████?

24       A.   ██████████████████████████████████████

     ███████████████████████████████████████████████

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

174



9        Q.    Thank you.

10

?

13             MS. ELMER:   Same admonishment.

14              is providing this testimony in his personal

15   capacity, as this question goes beyond the scope of the

16   CID.

17        A.    Sure.

22        Q.   (By Mr. Nakamura)

25             MS. ELMER:   Same admonishment, same

175

1  objection as beyond the scope.  ███████████ is

2  providing this testimony in his personal capacity as the

3  question goes beyond the scope of the CID.

4    A.  ██████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

████████████████████████████████

10   Q.   (By Mr. Nakamura)  My question, █████████

11 █████████████████████████

███████████████████████████████████

████████████

14        MS. ELMER:  Same admonishment, same scope

15 objection.  ███████████ is providing this testimony in

16 his personal capacity.  I believe that this question has

17 already been asked and answered, and I object to it as

18 vague and ambiguous and misleading.

19        But you may answer in your personal

20 capacity if you can, ██████.

21   A.  █████████████████████████████

█████████████████████████████

██████████████████████████████████████

████████████████████████

█████████████████████████████

176



```
 1      ████████████████████████████████████

        ████████████████████████████████████

        ██████████████

 4      Q.   (By Mr. Nakamura)  Okay.  ████████████

        ██████████████████████████████████████████

        ████████████

 7                MS. ELMER:  Same admonishment and scope

 8   objection.

 9                But you may answer.

10      A.   Yes.

11      Q.   (By Mr. Nakamura)  ████████████████████

        ████████████████████████████████████████████

        ██████████████

14                MS. ELMER:  Same scope objection.

15      A.   ████████████████████████████████████████

        ████████████████████████████████████████████

        ████████████████████████████████████████████

        ██████████████████

20      Q.   (By Mr. Nakamura)  Thank you.

21      ████████████████████████████████████████████

        ██████████

23                MS. ELMER:  Same scope objection.  ████████

24   will be testifying in his personal capacity as the

25   question goes beyond the scope of the CID.
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

177

1    A.    ████████████████████████████

████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████

8    Q.    (By Mr. Nakamura)   Okay.  ████████████████

████████████████████████████████████████

████████████████████████████

11           MS. ELMER:   The same scope objection.

12  This testimony will be in personal capacity, as this

13  question goes beyond the scope of the CID.

14    A.    ████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████

17    Q.    (By Mr. Nakamura)  ██████████████████

████████████████████████████████████████

█████████████████████████████

20           MS. ELMER:   Object to form, also same

21  scope objection.   This testimony will be a personal

22  capacity testimony, as the question goes beyond the

23  scope of the CID.

24    A.    ██████████████████████████████████

████████████████████████████████████████

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

178

1 ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████

12    Q.   (By Mr. Nakamura)   ████████████████████

████████████

14    A.   ████████████████████

15            MS. ELMER:  Same scope objection.  I'm

16 sorry.

17            Go ahead.

18            THE WITNESS:  Yep.  I'm sorry.

19    A.   ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

179



```
 1  ██████████████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████████████

    ██████████████████████████████████████████████

    ████████████████████

 6  Q.  (By Mr. Nakamura)  ██████████████████████

    ████████████████████████████████████

 8          MS. ELMER:  Same scope objection.

 9  A.  ██████████████████████████████████

    ██████████████████████████████████████████████

    ██████████████████████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████████████

    ████████████████████████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████

17  Q.  (By Mr. Nakamura)  Okay.  Thank you for that.

18          MR. NAKAMURA:  I will just note for the

19  record that it is my view that had I been allowed to

20  question  ██████████████  as Alphabet's representative on

21  the document that was just clawed back, I would have had

22  more questions; but that's just for the record.

23  Q.  (By Mr. Nakamura)  So a new line of

24  questioning.  Did Alphabet consider  ██████████████████

    ██████████████████████████████████████████████
```

180

1   ███████████████████ as part of Project Stonehenge?

2              MS. ELMER:  And I instruct the witness not

3   to answer the question because the question invades the

4   work product doctrine and the attorney/client privilege.

5      Q.   (By Mr. Nakamura)  Will you follow that

6   instruction, ███████████████

7      A.   Yes.

8              MR. NAKAMURA:  So, Ms. Elmer, it is the

9   Division's position that Google has waived privilege

10  over this particular line of inquiry.

11             Seumas, could you please put in the Chat

12  tab 27.  And I would like the court reporter to mark

13  this as Alphabet Exhibit 10.

14             (Exhibit 10 marked)

15             MR. NAKAMURA:  Alphabet Exhibit 10 is an

16  excerpt from the August 11th, 2021 deposition of

17  █████████████  As you can see in this excerpt which

18  contains the title page, the reporter's certification

19  and an excerpt, on page 197 I asked ██████████ this

20  question with respect to Stonehenge and additional work

21  ████████████████████████████████████████████.

22             He responded.  There was no clawback of

23  this transcript, motion to strike or anything else.

24             And as a result, not only have six months

25  passed, but I believe that Alphabet has waived the

181

1  ability to claim privilege over this line of

2  questioning.

3          MS. ELMER:  We dispute your waiver

4  argument, and we'll just have to take that up at a later

5  time.  But we are not going to waive the privilege in

6  today's deposition.

7          MR. NAKAMURA:  I understand.  Thanks for

8  your position.

9      Q.   (By Mr. Nakamura)  So let's move back to

10 Exhibit 7.  So turning to Exhibit 7, page 3.  Let me

11 know when you have that in front of you, ▇▇▇▇▇▇

12     A.   Is this the February 25th letter?

13     Q.   Yes, it is.

14     A.   Yep.

15     Q.   Under Project Stonehenge the second bullet

16 point, is this a complete list of all outside counsel

17 who were involved in Project Stonehenge?

18     A.   Yes.

19     Q.   And is the third bullet point a complete list

20 of all Google in-house counsel who were involved in

21 Project Stonehenge?

22     A.   Yes.

23     Q.   And is bullet point No. 4 a complete list of

24 all Google employees other than Google in-house counsel

25 who were involved in Project Stonehenge?

182

 1    A.   Yes, with the same note that some of these were

 2  on the working team and others were more of the

 3  audience.

 4    Q.   All right.  That's very helpful.

 5          So who among these Google employees was on

 6  the working team?

 7    A.   So I'll go in order here.  ████████████████

 ████████████████████████████████████████████████

 ████████████████████████████████████████████████

 ████████████████████████████████████████████████

 ████████████████████████████████████████████████

 ████████████████████

13    Q.   Was there a leadership --

14    A.   The nonlawyers.  And then there were lawyers.

15    Q.   I'm sorry.  Yes.  That's my fault.

16          Who were the lawyers who were on the

17  working team for Project Stonehenge?

18    A.   ████████████████████████.  Those were the primary

19  day-to-day.

20    Q.   And was there a leadership team associated with

21  Project Stonehenge?

22    A.   Yes.

23    Q.   Who was on that leadership team associated with

24  Project Stonehenge?

25    A.   ██████████████████████████████████, along with

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

183

1   I would include ███████ in there.

2      Q.   And were there any key decision-makers with

3   respect to Project Stonehenge?

4      A.   That assumes that a decision was reached, so

5   that's impossible for me to answer.

6      Q.   And that is because no decision was reached

7   with respect to Project Stonehenge.  Is that correct?

8      A.   Yes.

9      Q.   And what were ████████████ job

10  responsibilities?

11     A.   Sure.  It's ████████ She is the lead product

12  manager for AdManager.

13     Q.   And what work did she do for Project

14  Stonehenge?

15           MS. ELMER:  And I object to the extent

16  that answering the question would call for information

17  that invades the work product doctrine or the

18  attorney/client privilege.

19           However, if there's a way to answer the

20  question without invading the privilege, please do so.

21     A.   Sure.  Before I do that, I should have noted

22  that ███████████ was part of the leadership team.

23           So her job was to lead the project as we

24  considered remedies for potential antitrust litigation

25  and privacy litigation.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

184

1    Q.   (By Mr. Nakamura)  Thank you for that.

2              And what were ▮▮▮▮▮▮▮▮ job

3  responsibilities with respect to Project Stonehenge?

4              MS. ELMER:  Same admonishment, but you may

5  answer if there's a way to do so without invading the

6  privilege.

7    A.   Yeah.  He's responsible for all engineers, for

8  all of the publisher products, including AdManager, so

9  he was a contributor.

10   Q.   (By Mr. Nakamura)  And what work did

11 ▮▮▮▮▮▮▮▮ do as part of Project Stonehenge?

12             MS. ELMER:  Same admonishment.

13   A.   He provided guidance.

14   Q.   (By Mr. Nakamura)  And guidance to whom?

15   A.   To the working team and to leadership.

16   Q.   And when you say "leadership," do you mean the

17 leadership team we just discussed for Project Stonehenge

18 or some other leadership team?

19   A.   I basically mean ▮▮▮▮▮▮▮▮

20   Q.   And what were ▮▮▮▮▮▮▮▮ job responsibilities

21 with respect to Project Stonehenge?

22             MS. ELMER:  Same admonishment.

23   A.   So he's responsible for the commercialization

24 of our publisher products and how we bring them to

25 market.

185

1    Q.   (By Mr. Nakamura)  And what work did ████████

2 do with respect to Project Stonehenge?

3              MS. ELMER:  Same instruction.

4    A.   He provided guidance to the working team.

5    Q.   (By Mr. Nakamura)  And what were your job

6 responsibilities with respect to Project Stonehenge?

7              MS. ELMER:  Same instruction.

8    A.   Primarily as an audience and to provide

9 guidance to both the working team and to leadership.

10   Q.   (By Mr. Nakamura)  And what work did you do

11 with respect to Project Stonehenge?

12             MS. ELMER:  Same instruction.

13   A.   I provided guidance to the working team and to

14 leadership.

15   Q.   (By Mr. Nakamura)  What were ████████  job

16 responsibilities with respect to Project Stonehenge?

17             MS. ELMER:  Same instruction.

18   A.   He works for ██████ and he's a project manager

19 on AdManager.

20   Q.   (By Mr. Nakamura)  And what work did

21 ████████  do for Project Stonehenge?

22             MS. ELMER:  Same instruction.

23   A.   Analysis.

24   Q.   (By Mr. Nakamura)  And what analysis did

25 ████████  perform?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

186

```
 1                MS. ELMER:  I'd instruct the witness not

 2  to answer because the question invades the work product

 3  doctrine and the attorney/client privilege.

 4       Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 5  instruction?

 6       A.   Yes.

 7       Q.   Okay.  What were ▮▮▮▮▮▮▮▮ job

 8  responsibilities with respect to Project Stonehenge?

 9       A.   Apologies.  Can I have one minute?

10       Q.   Sure.  No problem.

11       A.   Okay.  I'm ready to continue.

12                MS. ELMER:  Same admonishment, but you may

13  answer to the extent you can without invading the

14  privilege, ▮▮▮▮▮▮▮▮

15       A.   I apologize.  Can you repeat the question.

16       Q.   (By Mr. Nakamura)  Absolutely, no problem.

17                What were ▮▮▮▮▮▮▮▮ job

18  responsibilities with respect to Project Stonehenge?

19       A.   He is a senior engineering leader on the

20  AdManager team.

21       Q.   And what work did ▮▮▮▮▮▮▮▮ do with respect to

22  Project Stonehenge?

23                MS. ELMER:  Same admonishment.

24       A.   Analysis.

25       Q.   (By Mr. Nakamura)  And what sort of analysis
```

187

```
 1  did ██████     perform as part of Project Stonehenge?

 2              MS. ELMER:  I instruct the witness not to

 3  answer because the question invades the work product

 4  doctrine and the attorney/client privilege.

 5      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

 6  instruction?

 7      A.   Yes.

 8      Q.   I'm sorry.  Did you say "yes"?

 9      A.   Yes.

10      Q.   Thank you.  My fault.

11              What were Mr. ██████ job responsibilities

12  with respect to Project Stonehenge?

13      A.   He's the engineer responsible for AdManager.

14      Q.   And what work did Mr. █████ perform as part of

15  Project Stonehenge?

16              MS. ELMER:  Same admonishment.

17      A.   He was a contributor to the working team.

18      Q.   (By Mr. Nakamura)  What contributions did

19  Mr. █████ make to the working team?

20              MS. ELMER:  If you can answer the question

21  without invading the privilege or work product doctrine,

22  you may; otherwise, I instruct the witness not to

23  answer.

24      Q.   (By Mr. Nakamura)  Do you have any response

25  that you can provide, ████████  subject to your
```

188

1   counsel's instruction?

2       A.   No.

3       Q.   All right.  And lastly on this list, what were

4   ████████████   job responsibilities with respect to Project

5   Stonehenge?

6       A.   So she's the general manager for AVAD, which

7   includes the publisher products.

8       Q.   And what work did she perform with respect to

9   Project Stonehenge?

10              MS. ELMER:  Same admonishment.

11      A.   Primarily audience, and she obviously among

12  this list has the senior responsibility to decide how to

13  steward the business in light of regulatory

14  potentialities.

15      Q.   (By Mr. Nakamura)  Were any Alphabet employees

16  or executives not listed here involved in considering

17  any part of Project Stonehenge?

18      A.   Not to my knowledge based on the diligence that

19  we performed.

20      Q.   And when did Project Stonehenge begin?

21              I'm sorry.  You're muted, ██████████

22      A.   My apologies.

23              Stonehenge began in February of 2020.

24      Q.   What event began Project Stonehenge?

25      A.   Primarily the completion of a prior project at

189

1  which point we decided to investigate a particular line

2  of remedies.   And that prior project was precipitated by

3  the seven investigations that were noted on page 2 of

4  Exhibit 7.

5      Q.   Thank you.   I appreciate the precision.

6            And did Project Stonehenge evolve into

7  Project Banksy as listed on the CID specification

8  schedule?

9      A.   No.

10     Q.   Okay.   When did Project Stonehenge end?

11     A.   June 2020.

12     Q.   Was there any event or occurrence that marked

13 the end of Project Stonehenge in Alphabet's view?

14     A.   This was more of a completion of analysis to

15 our satisfaction.

16     Q.   Okay.   How many meetings in total occurred at

17 Alphabet for Project Stonehenge?

18     A.   I'd say on the order of 25.

19     Q.   And of those 25 meetings, how many were

20 attended by Alphabet's attorneys?

21     A.   The majority, large majority.

22     Q.   How many Alphabet employee hours have been

23 spent on Project Stonehenge?

24     A.   About 50.

25     Q.   And how much did Alphabet spend on outside

190

```
 1  counsel as related to Project Stonehenge?

 2      A.    That's tough to answer, again, because this is

 3  conflated with many other ongoing projects and difficult

 4  to ascertain from the available data.  So I suspect it's

 5  a small to medium amount, likely more than SingleClick.

 6      Q.    Okay.  I appreciate that.

 7                   And what records or information did you

 8  look at to come to the estimate you just provided that

 9  it is a small to medium amount and more than

10  SingleClick?

11      A.    There were more meetings, as indicated by the

12  calendaring and the length of the project and analysis.

13      Q.    And how many of the approximately 25 meetings

14  that occurred as a result of Project Stonehenge were

15  attended by Google's outside counsel?

16      A.    A few.

17      Q.    Less than five?

18      A.    On the order of five.

19      Q.    Thank you.  If you could turn to page 2 of

20  Exhibit 7.

21      A.    (Witness complies.)

22      Q.    Is this a list of government investigations

23  that caused Alphabet to initiate Project Stonehenge?

24      A.    The first seven, yes.

25      Q.    And that, to be clear, excludes the Australian
```

191

1  Competition and Consumer Commission.  Is that correct?

2      A.   Yes.

3      Q.   And are there any of these investigations on

4  this list on Exhibit 7, page 2 that Alphabet anticipated

5  litigation or it was dealing with actual litigation that

6  caused it to initiate Project Stonehenge?

7              MS. ELMER:  Object to the form of the

8  question as compound.

9      Q.   (By Mr. Nakamura)  You can answer if you

10 understand, ████████████

11     A.   I was going to ask some clarifying questions

12 because I wasn't sure which specific question you're

13 asking.

14     Q.   Sure.  So with respect to anticipated

15 litigation, did Alphabet anticipate any litigation from

16 any of the investigations on this list other than the

17 ACCC investigation that caused it to initiate Project

18 Stonehenge?

19     A.   Yes.  We anticipated litigation.

20     Q.   And is there any actual litigation other than

21 the investigations listed on page 2 of Exhibit 7 that

22 Alphabet initiated Project Stonehenge in response to?

23     A.   Okay.  So you're asking for any investigation

24 that are not on this list or litigation not on this

25 list?

192

1      Q.   Any litigation not on this list.

2               MS. ELMER:  And to be clear, you're asking

3  for any actual litigation not on this list, correct?

4  You're not talking about government investigations;

5  you're talking about actual litigation?

6               MR. NAKAMURA:  Yes, that's correct.

7               MS. ELMER:  ████████ do you understand the

8  question?

9               THE WITNESS:  I do understand the

10 question, but I would like to sidebar with you briefly.

11              MS. ELMER:  All right.  We'll take a quick

12 break.

13              MR. NAKAMURA:  All right.

14              THE VIDEOGRAPHER:  Off the record at

15 3:45 p.m.

16              (Recess taken)

17              THE VIDEOGRAPHER:  Back on the record at

18 3:49 p.m.

19     Q.   (By Mr. Nakamura)  ████████████ is there any

20 actual litigation other than the investigations listed

21 on page 2 of Exhibit 7 that Alphabet initiated Project

22 Stonehenge in response to?

23     A.   No.

24     Q.   Is there any anticipated litigation other than

25 the investigations listed on page 2 of Exhibit 7 that

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                        February 28, 2022

193

1  Alphabet initiated Project Stonehenge in response to?

2      A.   I'll answer generally no.  You can't know

3  what's going to happen.  But we undertook based on

4  these -- primarily on these seven.

5      Q.   Okay.  And were any -- I'm sorry.

6           Were any presentations prepared regarding

7  Project Stonehenge?

8      A.   Yes.

9      Q.   How many?

10     A.   One.

11     Q.   On what date was that presentation given?

12     A.   That was given approximately early June 2020.

13     Q.   And who worked on creating that presentation?

14     A.   That group that I walked through earlier.  It's

15 an extensive list of employees and counsel.

16     Q.   And to be clear, does that involve all

17 individuals listed in bullet points 3 and 4 of page --

18 under the heading Project Stonehenge on page 3 of

19 Exhibit 7, or does that include only the working group

20 individuals that you identified?

21     A.   Only the working group.

22     Q.   Thank you.

23           And who attended the presentation given in

24 early June 2020 about Project Stonehenge?

25     A.   The group in bullets 3 and 4 and a few people

194

1  from bullet 2.

2     Q.   And who were the individuals from bullet 2 that

3  attended the June 2020 presentation given about Project

4  Stonehenge?

5     A.   I believe, and I'm not sure I can remember the

6  specific detail, but I believe it was ███████████

7  and ████████████, if I recall.

8     Q.   I'm sorry.  The second name you said was ██████

███████████?

10    A.   Yes.  They're both listed in bullet 2.

11    Q.   Thank you.  Just found it.

12         Were any draft presentations prepared for

13  Project Stonehenge that were not finalized?

14    A.   No.  The draft turned into the final product.

15    Q.   Okay.  Did any Alphabet employee create a

16  financial forecast as a part of Project Stonehenge?

17         MS. ELMER:  So object to the extent that

18  the question is attempting to get at the substance of

19  Project Stonehenge documents which are work product and

20  privileged.  To the extent that the question can be

21  answered without invading the privilege, the witness may

22  do so.

23    A.   I am not able to.

24    Q.   (By Mr. Nakamura)  Okay.  Did Alphabet project,

25  model or otherwise consider any cost savings as a part

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

195

 1  of Project Stonehenge?

 2           MS. ELMER:  Same instruction.

 3      Q.   (By Mr. Nakamura)  Are you able to provide an

 4  answer subject to your counsel's instructions,

 5  ██████████████

 6      A.   Yes.

 7      Q.   I'm sorry.  My question was are you able to

 8  provide an answer subject to your counsel's

 9  instructions?

10      A.   I am not able to provide an answer.

11      Q.   Thank you.

12           As part of Project Stonehenge, is Alphabet

13  considering any changes to the ways its AdTech products

14  operate?

15           MS. ELMER:  I instruct the witness not to

16  answer because the question invades the work product

17  doctrine and the attorney/client privilege.

18      Q.   (By Mr. Nakamura)  And will you follow that

19  instruction, ██████████████

20      A.   Yes.

21      Q.   As part of Project Stonehenge, is Alphabet

22  considering changing the pricing associated with any of

23  its AdTech products?

24           MS. ELMER:  Same instruction.

25      Q.   (By Mr. Nakamura)  And will you follow

196

1   Ms. Elmer's instruction not to answer, ▮▮▮▮▮▮▮▮

2       A.   Yes.

3       Q.   Did Project Stonehenge incorporate any other

4   analyses previously created by Alphabet employees prior

5   to the beginning of Project Stonehenge?

6               MS. ELMER:  And to the extent that you can

7   answer the question without invading the privilege or

8   work product, you may do so; otherwise, I instruct the

9   witness not to answer.

10      A.   I'm sorry.  Can you repeat it one more time.

11      Q.   (By Mr. Nakamura)  Sure.  Did Project

12  Stonehenge incorporate any analyses previously created

13  by Alphabet employees prior to the beginning of Project

14  Stonehenge?

15              MS. ELMER:  Same admonishment.

16      A.   Yes.

17      Q.   (By Mr. Nakamura)  And what analyses previously

18  created by Alphabet employees prior to the beginning of

19  Project Stonehenge were incorporated into Project

20  Stonehenge?

21              MS. ELMER:  So same instruction.  If you

22  can answer without invading the privilege or the work

23  product doctrine, you may do so.  If your answer would

24  invade the work product doctrine or the privilege, I

25  instruct you not to answer.

1    A.    I think the extent to which I can answer is

2  that analysis from Project SingleClick was used, but I

3  can't go into the details without invading the

4  privilege.

5    Q.   (By Mr. Nakamura)  Okay.  Thank you.

6            What data sources did Alphabet employees

7  rely upon for any financial analyses prepared for

8  Project Stonehenge?

9            MS. ELMER:  So object to the form as

10 assuming facts not in evidence, and I also instruct the

11 witness not to answer to the extent that doing so would

12 invade the work product doctrine or the attorney/client

13 privilege.

14   A.    Yeah.  I'm unable to answer.

15   Q.   (By Mr. Nakamura)  Okay.

16           MS. ELMER:  Can we take a quick break?

17 I'm sorry.  It's for me.

18           MR. NAKAMURA:  Yeah.  No problem.  That's

19 fine, Julie.

20           MS. ELMER:  Can we take ten minutes?  I've

21 got to get a bite to eat.

22           MR. NAKAMURA:  Yeah.  That's totally fine.

23           MS. ELMER:  Okay.  Thank you.

24           MR. NAKAMURA:  You're welcome.

25           THE VIDEOGRAPHER:  Off the record at

198

```
 1  3:56 p.m.

 2              (Recess taken)

 3              THE VIDEOGRAPHER:  We're back on the

 4  record at 4:03 p.m.

 5     Q.   (By Mr. Nakamura)  All right.  Thank you for

 6  returning, ███████████  I just have one more question.

 7  What data sources did Alphabet's employees rely on for

 8  any pricing analyses prepared for Project Stonehenge?

 9              MS. ELMER:  So I instruct the witness not

10  to answer because the question invades the work product

11  doctrine and the attorney/client privilege.  I also

12  object to the form as assuming facts not in evidence.

13     Q.   (By Mr. Nakamura)  And, ███████████  will you

14  follow your counsel's instruction not to answer?

15     A.   Yes.

16              MR. NAKAMURA:  Seumas, could you please

17  put in the Chat tab 14.

18     Q.   (By Mr. Nakamura)  All right, ███████████

19  Please let me know when you have that in front of you.

20              MR. NAKAMURA:  While you are downloading

21  it, this is a document produced by Alphabet beginning at

22  Bates No. GOOG-DOJ-AT-00030150, ending in Bates

23  No. 0159.  It is a document that was produced in

24  redacted form and identified in Ms. Elmer's

25  November 15th letter as related to Project SingleClick
```

199

 1  and Project Stonehenge.

 2     Q.   (By Mr. Nakamura)  With that, please let me

 3  know when you have reviewed this document.

 4              MS. ELMER:  All right.  We'll be clawing

 5  this one back as well.  And I'd like to take a break to

 6  discuss an issue of privilege, but I can tell you we'll

 7  be clawing that one back as well.

 8              MR. NAKAMURA:  Okay.  Sounds good.  Go off

 9  the record.

10              THE VIDEOGRAPHER:  Off the record at

11  4:05 p.m.

12              (Recess taken)

13              THE VIDEOGRAPHER:  Back on the record at

14  4:16 p.m.

15              MS. ELMER:  So as I stated a moment ago,

16  we'll be clawing back this exhibit as well and

17  reproducing a copy that we can use in the deposition

18  shortly.

19              MR. NAKAMURA:  Okay.  Thank you.  Do you

20  have any estimate, Ms. Elmer, with respect to the other

21  documents that were clawed back as to when they will be

22  produced to me?

23              MS. ELMER:  Momentarily.

24              MR. NAKAMURA:  Just for the record for

25  completeness, I would like the court reporter to have

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                              February 28, 2022

200

1  marked the exhibit that was just clawed back as

2  Exhibit 11; but, of course, you may claw it back.

3                    (Exhibit 11 marked)

4      Q.   (By Mr. Nakamura)  All right.  With that, I'll

5  move on.

6                              ████████████  I would now like to ask you

7  about Project Banksy which is part of specifications 1f

8  and specification 2.

9                    Who chose the name "Project Banksy" for

10 the project?

11     A.   I suspect it was the lead engineer working on

12 the project, ████████████████

13     Q.   ████████████████  is that what you just said?

14     A.   Yes.

15     Q.   Thank you.  What was the subject -- I'm sorry,

16 let me back up.

17                    Let's refer to Exhibit 7, which is the

18 February 25th letter sent by your counsel, Ms. Elmer,

19 page 4.  Please let me know when you have that in front

20 of you.

21     A.   Yep, I do.

22     Q.   Great.  What is the subject matter of Project

23 Banksy?

24     A.   So as laid out in ████████████████ testimony,

25 there's two parts to it.

201

1          One was an early examination of header

2   bidding as a project feature, and then, secondly, it

3   morphed into a product or into an effort that was a

4   response to a particular antitrust investigation.

5      Q.   And what antitrust investigation was the second

6   Project Banksy a response to?

7      A.   The French Competition Authority.

8      Q.   And what were Alphabet's objectives as part of

9   Project Banksy?

10             MS. ELMER:  So to the extent that this --

11  well, actually, I instruct the witness not to answer the

12  question as it invades the work product doctrine and the

13  attorney/client privilege.

14     Q.   (By Mr. Nakamura)  And will you follow that

15  instruction, ██████████████?

16     A.   Yes.

17     Q.   Turning now to bullet point 2 that starts on

18  page 4 and runs into page 5 of Exhibit 7, is this a full

19  and complete list of all outside counsel who worked on

20  the second Project Banksy?

21     A.   Yes.

22     Q.   And is the first full bullet point on page 4 a

23  full and complete list of all Google in-house counsel

24  who worked on the second version of Project Banksy?

25     A.   Yeah.  I just want to again specify that not

202

1  everyone here worked on it.  Some were made aware of the

2  project.

3     Q.   But in terms of anyone who worked on the

4  project, is that a full and complete list?

5     A.   Yes.

6     Q.   Thank you.

7          MS. ELMER:  I'd like to clarify.  I think,

8  Brent, in your earlier question about a bullet point

9  that started on page 4 and runs into page 5, what you

10 meant to say was bullet point 2 that starts on page 3

11 and runs into page 4.

12         MR. NAKAMURA:  Yes.  Thank you, Julie.

13 That is what I meant.  I appreciate that.

14    Q.   (By Mr. Nakamura)  And so on the second full

15 bullet point on page 4, is this a full and complete list

16 of Google employees who worked on or were an audience

17 for Project Banksy?

18    A.   There may be a few others who were an audience.

19         And I think it's important to note in a

20 project like this, especially given the tight relation

21 to a regulatory matter, that it would have gone up the

22 chain for acknowledgments, though I don't -- I wouldn't

23 necessarily classify the cross-functional leadership up

24 the chain as an audience as much as they were very

25 briefly made aware, possibly asked for a simple ack.

203

```
 1                    So I'll just note that there may be some
 2   names in executive leadership not included here in that
 3   capacity.  So it's really a question of what you mean by
 4   audience.
 5        Q.   And what do you mean by "simple ack"?
 6        A.   An ack, acknowledgment.  So, for example, if
 7   the working team came up with a plan in conjunction with
 8   counsel that they intended to supply to a regulatory
 9   authority, they would pass that to me; I would ask some
10   questions.
11                    And then once that's to my satisfaction,
12   it would go up to my superiors in product, maybe
13   engineering, maybe general management, maybe finance,
14   maybe legal, so further up the chain there.  And they
15   would be informed but not necessarily in a presentation.
16                    It would be more of a, Hey, here's what we
17   plan to do.  We want to make you aware.  Do you have any
18   concerns?  If not, we're going to move forward.  Please
19   acknowledge this e-mail.  And then they would simply say
20   "ack" or "I agree."
21                    And that's generally how these matters
22   work because of the complicated structures in our
23   corporate environment.
24        Q.   Thank you.  I appreciate that explanation.
25   It's very helpful.
```

204

```
 1              So what are the names in executive

 2   leadership not included in this bullet point that would

 3   have been possibly asked for a simple a-c-k, ack?

 4       A.    I imagine  ████████  and Kent Walker and

 5   possibly Philipp.

 6       Q.    And when you say "Philipp," you mean Philipp

 7   Schindler.  Is that correct?

 8       A.    That's right, yep.

 9       Q.    And is it common for Mr. Walker to be involved

10   in these sorts of simple ack issues?

11       A.    I don't think these happen very often.  So here

12   we're talking about, you know, a potential settlement

13   with a regulatory authority.  As you can empathize,

14   these things don't happen very often.  So when they do,

15   it's important that our, you know, chief legal and

16   public affairs officer is aware and supportive.

17       Q.    Just to be clear, Mr. Walker then is both your

18   chief legal and public affairs officer.  Is that

19   correct?

20       A.    To my knowledge, yes.

21       Q.    And as part of the Project Banksy, the version

22   that we are now discussing, which is the second version,

23   who was on the working team with respect to Project

24   Banksy?

25       A.    So I'm reading from the fourth bullet point
```

205

1  which is on page 4 of Exhibit 7, ████████████  ████

████████████████████████████████████████████

████████████████████████████████████████████

   ████████████████  Yeah, those are the employees, the

5  nonlawyer employees.

6            And then I would note ████████████████

   ████████████████, actually, pretty much everyone on the

8  in-house Google counsel was part of the working team

9  here.

10     Q.   Thank you.  I appreciate that.

11            And who, if anyone, was on the leadership

12  team with respect to Project Banksy?

13     A.   ████████  ████████  ██████  ██████████  and then

14  several of the in-house counsel.

15     Q.   And which specific in-house counsel were on the

16  leadership team?

17     A.   Ted and ████████ and ████████

18     Q.   Okay.  Is there anyone else?

19     A.   No.

20     Q.   And so what were ██████████████  responsibilities

21  with respect to Project Banksy?

22     A.   He's a product manager on AdManager.

23     Q.   And what work did he perform with respect to

24  Project Banksy?

25            MS. ELMER:  And so to the extent that you

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

206

1  can answer the question without invading the work

2  product doctrine or the attorney/client privilege, you

3  may; otherwise, I instruct you not to answer.

4       A.   He provided product management.  That's the

5  extent of the detail I can go into.

6       Q.   (By Mr. Nakamura)  And am I correct in that you

7  cannot provide more detail because it would require you

8  to divulge privileged information?  Is that correct?

9       A.   Yes.

10       Q.   Thank you.

11            And what were ████████████  job

12  responsibilities with respect to Project Banksy?

13       A.   Engineering.

14       Q.   And what work did ████████████  perform with

15  respect to Project Banksy?

16            MS. ELMER:  Same instruction.

17       A.   Engineering.

18       Q.   (By Mr. Nakamura)  And is it that you cannot

19  provide more detail because it would be disclosing

20  privileged information?

21       A.   Yes.

22       Q.   What were ████████████  job responsibilities

23  with respect -- I apologize, with respect to Project

24  Banksy?

25       A.   Can I confer for a second?

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                        February 28, 2022

207

```
 1      Q.   Sure.  Let's go off the record.

 2      A.   Thank you.

 3           THE VIDEOGRAPHER:  Off the record at

 4  4:29 p.m.

 5           (Recess taken)

 6           THE VIDEOGRAPHER:  On the record at

 7  4:33 p.m.

 8      Q.   (By Mr. Nakamura)  What were ██████  job

 9  responsibilities with respect to Project Banksy?

10      A.   General engineering.

11      Q.   Can you provide any more detail as to what you

12  mean by "general engineering"?

13           MS. ELMER:  Same instruction.

14      A.   No.

15      Q.   (By Mr. Nakamura)  And just to be clear, since

16  we just took a break, do you mean that you're refusing

17  to answer on the basis of Ms. Elmer's privilege

18  instruction?

19      A.   Yes.

20           MS. ELMER:  And work product.

21      A.   Yes.

22      Q.   (By Mr. Nakamura)  What were ██████  job

23  responsibilities with respect to Project Banksy?

24      A.   He leads commercialization with the publisher

25  community.
```

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

208

1   Q.   And what work did ████████ perform with

2   respect to Project Banksy?

3              MS. ELMER:  So to the extent you can

4   provide an answer to the question without invading the

5   work product doctrine or the attorney/client privilege,

6   you may; otherwise, I instruct you not to answer.

7   A.   He and his team would be responsible for public

8   outreach.

9   Q.   (By Mr. Nakamura)  And public outreach to whom?

10  A.   To publishers.

11  Q.   And as part of Project Banksy, did ████████

12  team actually reach out to any publishers?

13  A.   Yes.

14  Q.   And which publishers did ████████ team

15  reach out to as part of Project Banksy?

16  A.   I don't know.  It would have been probably a

17  small- to medium-sized group.

18  Q.   Did you review any documents in preparation for

19  this deposition that would have helped you understand

20  which publishers he reached out to as a part of Project

21  Banksy?

22  A.   No, I didn't.  It's a fairly standard process

23  that we go through with, you know, hundreds of different

24  product launches.  So this would have been fairly

25  ordinary.

209

1    Q.   And what were ████████████████ job

2  responsibilities with respect to Project Banksy?

3                 MS. ELMER:  So I object -- or instruct the

4  witness not to answer to the extent that his answer

5  would invade the privilege.  But if there is a way that

6  he can provide an answer without invading the privilege,

7  he may do so.

8    A.   She provided legal guidance and leadership.

9    Q.   (By Mr. Nakamura)  And is there any further

10 information you can provide me with respect to the legal

11 guidance and leadership?

12   A.   Everything would be privileged there, so I

13 apologize.  I cannot.

14   Q.   And what was Mr. Lazarus' job responsibilities

15 with respect to Project Banksy?

16                 MS. ELMER:  Same instruction.

17   A.   Given he's our general product counsel for ads,

18 he would have been also involved in leadership and

19 guidance to the team.

20   Q.   (By Mr. Nakamura)  And what guidance did

21 Mr. Lazarus provide to the team with respect to Project

22 Bansky?

23                 MS. ELMER:  Same instruction.  The

24 question invades the attorney/client privilege, and I

25 instruct the witness not to answer.

210

1     Q.    (By Mr. Nakamura)  Will you follow Ms. Elmer's

2   instruction?

3     A.    Yes.

4     Q.    And lastly, what were ███████████  job

5   responsibilities with respect to Project Banksy?

6                MS. ELMER:  To the extent that you can

7   answer without invading the privilege, you may.

8     A.    Well, he was product counsel for AdManager at

9   the time.

10    Q.    (By Mr. Nakamura)  Is there any more

11  information you can provide about his job

12  responsibilities?

13               MS. ELMER:  Same instruction.

14    A.    Other than being product counsel, no.

15    Q.    (By Mr. Nakamura)  Okay.  When did Project

16  Banksy begin?

17               MS. ELMER:  So are you referring to the

18  second type of Project Banksy, the remedies analysis, in

19  your question?

20               MR. NAKAMURA:  Yes.  Thank you.  I'll

21  rephrase.

22    Q.    (By Mr. Nakamura)  When did the Project Banksy

23  remedies analysis begin?

24    A.    Approximately spring of 2020.

25    Q.    And do you have any better approximation of on

211

1  what date or month Project Banksy remedies analysis

2  began?

3      A.    April.

4      Q.    Thank you.

5            And what event began Project Banksy?

6      A.    The investigation from the French authority.

7      Q.    And how many meetings regarding Project Banksy

8  have taken place since -- the remedies Project Banksy

9  have taken place since April of 2020?

10     A.    A lot.

11     Q.    What is your reasonable estimate as Alphabet's

12 designee about the number of meetings that have taken

13 place regarding Project Banksy, the remedies analysis?

14     A.    Approximately 50 to 60.

15     Q.    And how many of those 50 to 60 meetings were

16 attended by Google's in-house counsel?

17     A.    So this depends, but I would say likely -- I

18 would say about half.

19     Q.    And how many of those 50 to 60 meetings were

20 attended by Google's outside counsel?

21     A.    Probably about a quarter.

22     Q.    And at any time did anyone at Alphabet discuss

23 the remedies Project Banksy with an individual or entity

24 other than Alphabet's lawyers that was not employed by

25 Alphabet?

212

1            MS. ELMER:  So are you excepting here the

2  publisher outreach?

3            MR. NAKAMURA:  Yes.

4            MS. ELMER:  Or discussions with

5  regulators?

6    Q.   (By Mr. Nakamura)  Well, my question is at any

7  time did anyone at Alphabet discuss the remedies Project

8  Banksy with an individual or entity other than

9  Alphabet's lawyers that was not employed by Alphabet?

10            MS. ELMER:  Yeah.  I object to the

11  question as vague.  I think maybe if you break it down

12  by time period or type of third party, it might be

13  helpful.

14    Q.   (By Mr. Nakamura)  Other than the publishers

15  you referred to earlier, did anyone at Alphabet discuss

16  Project Banksy with an individual or entity not employed

17  by Alphabet, the remedies version of Project Banksy,

18  other than with Alphabet's outside counsel?

19            MS. ELMER:  Same objection.

20            You may answer if you know.

21            THE WITNESS:  I need about one minute with

22  counsel.

23            MR. NAKAMURA:  Sure.  Go off the record.

24            THE VIDEOGRAPHER:  Off the record at

25  4:40 p.m.

213

 1                    (Recess taken)

 2                    THE VIDEOGRAPHER:   Back on the record at

 3   4:44 p.m.

 4       Q.   (By Mr. Nakamura)   All right.   ████████████   to

 5   the best of your knowledge, did anyone at Google discuss

 6   Project Banksy's remedy portion with any third party

 7   that was not representing Google as legal counsel?

 8       A.   Yes.

 9       Q.   And what were the third parties with whom

10   remedies Project Banksy was discussed?

11       A.   So I can construct a timeline of who was spoken

12   with?

13       Q.   That would be great, thank you.

14       A.   Okay.   So the first non-counsel party we spoke

15   with was the regulator in France.   After we reached an

16   agreement there, we spoke with our customers to design

17   an appropriate solution; and then we further

18   commercialized the product and spoke with more customers

19   after -- or actually, we posted a -- we made a blog post

20   in conjunction with the settlement, and then we further

21   commercialized.

22       Q.   And in the second step, the customers you spoke

23   to to design an appropriate solution, who were those

24   customers?

25       A.   I can't speak to them directly, but I can give

214

1  you the general character of them were publishers who

2  were interested in including header bidding in their

3  setups or who already did and for which this product

4  would be a good enhancement for them.

5      Q.   And what did you discuss with those customers

6  with respect to remedies Project Banksy?

7      A.   I think we were confirming, validating

8  particular features or subfeatures that would be

9  included in the header bidding manager.

10     Q.   And what were those particular features that

11 would be included in the header bidding manager?

12     A.   Now you're into like some pretty technical

13 details.  ███████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

19     Q.   And what subfeatures did Alphabet discuss with

20 customers as part of this process?

21     A.   Those are the subfeatures.  The feature is

22 header bidding manager.  Yeah.  Those are the

23 subfeatures.

24     Q.   Thank you for that clarification.

25              When communicating with these third-party

215

1 customers, did Alphabet employees propose this solution

2 as an alternative to header bidding?

3     A.    Not really.  It's more of a facilitation of

4 header bidding and an integration of header bidding into

5 AdManager.

6     Q.    And approximately how many customers did

7 Alphabet employees speak with as a part of this second

8 step in your timeline?

9     A.    On the order of ten.

10    Q.    And who were those ten customers?

11    A.    I don't know.

12    Q.    Who at Alphabet would be knowledgeable about

13 the identities of those ten customers?

14    A.    ███████████  and either ████████████████

███████████

16    Q.    Thank you for that.

17            Let me loop back to close out one

18 question.

19            Of the approximately 50 to 60 meetings

20 that occurred as a result of remedies Project Banksy,

21 what percentage of those meetings did not involve any

22 legal counsel, whether inside or outside counsel?

23    A.    About half.

24    Q.    Thank you.

25            What was the cost associated with Project

216

1  Banksy specified in the number of employee hours worked

2  on remedies Project Banksy?

3      A.   My best guess would be on the order of 2 to

4  300 hours.

5      Q.   And how much did Alphabet pay to outside

6  counsel in fees as a result of Project Banksy?

7      A.   Again, this is difficult to answer just because

8  it's intertwined with the other issues that I can't

9  speak to.  So it's hard for me to provide an estimate.

10 But I suspect, given it was entangled with a settlement

11 that was a much larger settlement, that I imagine it was

12 a lot.

13     Q.   Which is to say larger than Project

14 SingleClick.  Is that correct?

15     A.   Yes.  I think it's fair to say that regulators

16 require a lot of legal time.

17     Q.   And has Alphabet paid any money to any

18 nonlawyer third parties as a result of remedies Project

19 Banksy?

20     A.   No.  Any nonlawyer third parties as part of a

21 remedy.  I can't speak to parts of a settlement that

22 would have been outside of this portion.  So I just want

23 to caveat my answer with that.

24     Q.   I'm sorry.  Were there parts of a settlement

25 that were outside of Project Banksy with the French

217

1  Competition Authority?

2          MS. ELMER:  The question goes beyond the

3  scope of the CID, but the witness may answer in his

4  individual capacity if he knows.

5      A.   My understanding is that there were several

6  other aspects to the settlement apart from this project

7  that have -- that are not involved in my products, which

8  may or may not have included some type of payment, which

9  I think was your question.

10     Q.   (By Mr. Nakamura)  Yes.  No.  That's helpful,

11 and I appreciate that clarification.

12          So turning to page 2 of Exhibit 7 -- and

13 that's the February 25th letter -- which of the

14 government investigations listed here served as a basis

15 for Alphabet's initiation of remedies Project Banksy?

16     A.   Primarily the French Competition Authority, and

17 I would also say with, you know, additional concern from

18 the U.K. CMA, Texas, the U.S. Department of Justice and

19 the EC.

20     Q.   Okay.  Thank you.

21          And are there any government

22 investigations that are not listed here that caused

23 Alphabet to initiate Project Banksy remedies?

24     A.   No.

25     Q.   And was any actual litigation the cause of

218

```
 1  Alphabet initiating remedies Project Banksy?
 2              MS. ELMER:  You're talking about actual
 3  lawsuits?
 4              MR. NAKAMURA:  Yes.
 5              MS. ELMER:  Is that correct?
 6              MR. NAKAMURA:  Yes.
 7              MS. ELMER:  That's distinct from
 8  government investigations, correct?
 9              MR. NAKAMURA:  Yes, that's correct.
10     A.   No.
11     Q.   (By Mr. Nakamura)  Was there any anticipated
12  litigation other than the government investigations
13  listed here that caused Alphabet to initiate the
14  remedies Project Banksy?
15     A.   No.
16     Q.   Were any presentations prepared regarding
17  Project Banksy?
18     A.   I'm sorry.  Could you repeat.
19     Q.   I apologize.  Were any presentations prepared
20  regarding remedies Project Banksy?
21     A.   Yes.
22     Q.   How many?
23     A.   Several.
24     Q.   And numerically what do you mean by "several"?
25     A.   Meaning there were analysis documents and other
```

219

```
 1  types of documents all the way through to launching
 2  products.  So, I mean, that typically involves a number
 3  of different documents for each of those stages of the
 4  process.
 5     Q.  And what was the final presentation made -- I'm
 6  sorry.
 7             When was the final presentation made
 8  regarding project remedies Bansky?
 9             MS. ELMER:  Object to the form, assumes
10  facts.
11             You may answer if you understand.
12     A.  I think you're suggesting the project's done,
13  and I would dispute that the project is done.
14     Q.  (By Mr. Nakamura)  All right.  That is fair.
15             MS. ELMER:  Hey, Brent, I'm sorry.  Can we
16  take a quick break?
17             MR. NAKAMURA:  Sure.  Let's go off the
18  record.
19             THE VIDEOGRAPHER:  Off the record at
20  4:56 p.m.
21             (Recess taken)
22             THE VIDEOGRAPHER:  Back on the record at
23  5:00 p.m.
24     Q.  (By Mr. Nakamura)  All right, ████████████
25  When was the latest presentation made with respect to
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                        February 28, 2022

220

1  remedies Project Banksy?

2      A.    Very recently.

3      Q.    And who made that presentation?

4      A.

5      Q.    And who helped prepare that presentation?

6      A.                        and likely the program manager,

7                   , and either                                         .

8      Q.    Thank you for that.

9              And who attended the most recent

10 presentation with respect to remedies Project Banksy?

11     A.    That would have been                              ,

12 myself,            That's the likely lead set.

13     Q.    Okay.

14     A.    Probably also                      .

15     Q.    And did any attorneys attend the most recent

16 presentation with respect to remedies Project Banksy?

17     A.    Yes.  Likely that would have been         who I

18 believe is not listed on here as in-counsel because

19 she's relatively recent.

20     Q.    And what is          last name?

21     A.    I believe it's             .  I can look that up

22 or submit it to you shortly.

23     Q.    Sure.  We can get that from your counsel later.

24             And who created the first presentation

25 with respect to remedies Project Banksy?

221

1    A.   I believe that would have been ███████████████

2  and ███████████████

3              MS. ELMER:  I'm sorry.  Before we move on,

4  I just wanted to confirm ████████ last name is ██████

5              MR. NAKAMURA:  Okay.  Thank you.

6    A.   I apologize.  I'm terrible with names, so bear

7  with me.

8    Q.   (By Mr. Nakamura)  No problem.  I'm glad you

9  gave us the information.

10             So who attended the first presentation

11 with respect to remedies Project Banksy?

12   A.   ████████████████████████████████████████

   ████████████████████████████████.  That's it.

14   Q.   Thank you.

15   A.   Yeah.  That's it.

16   Q.   Did any attorneys attend the first remedies

17 Project Banksy presentation?

18   A.   Yes.  That would have been ███████████ and I don't

19 remember if ██████ was involved at that point.

20   Q.   Did any Alphabet employee create a financial

21 forecast as a part of Project Remedies Bansky?

22             MS. ELMER:  And to the extent that your

23 question is seeking the contents of the privileged and

24 work product documents, I instruct the witness not to

25 answer.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                February 28, 2022

222

1    A.   Yeah.   I unfortunately can't answer for

2    privilege.

3    Q.   (By Mr. Nakamura)   Okay.   Thank you.

4             And did Alphabet project, model or

5    otherwise consider any cost savings as a part of

6    remedies Project Banksy?

7             MS. ELMER:   Same instruction.

8    Q.   (By Mr. Nakamura)   And will you follow your

9    counsel's instruction not to answer, █████████████

10   A.   Yes.

11   Q.   As part of remedies Project Banksy, is Alphabet

12   considering changing the pricing of any of its ad tech

13   products?

14            MS. ELMER:   Same instruction.

15   Q.   (By Mr. Nakamura)   And will you follow your

16   counsel's instruction not to answer, █████████████

17   A.   Yes.

18   Q.   Did Project Banksy, the remedies version,

19   incorporate any other analyses created by Alphabet

20   employees prior to the beginning of Project Banksy?

21            MS. ELMER:   Can we take a break to discuss

22   an issue of privilege?

23            MR. NAKAMURA:   Sure.

24   A.   Can you restate it before we break?

25   Q.   (By Mr. Nakamura)   Sure.   Did the remedies

223

```
 1 version of Project Banksy incorporate any analyses

 2 created by Alphabet employees prior to the beginning of

 3 Project Banksy, the remedies version?

 4                 MS. ELMER:  Okay.

 5                 MR. NAKAMURA:  Let's go off the record.

 6                 THE VIDEOGRAPHER:  Off the record at

 7 5:06 p.m.

 8                 (Recess taken)

 9                 THE VIDEOGRAPHER:  Back on the record at

10 5:14 p.m.

11    Q.   (By Mr. Nakamura)  All right, ███████████

12 Before the break I asked you whether the remedies

13 version of Project Banksy incorporated any analyses

14 created by Alphabet employees prior to the beginning of

15 the project.

16    A.   Yes.

17    Q.   And what were those analyses?

18    A.   Well, we performed a lot of analyses in the

19 initial Bansky effort prior to the regulatory

20 (inaudible).

21    Q.   And what were the names of those analyses?

22    A.   I can't speak to that because that would be

23 privileged.

24    Q.   Okay.  Can you provide any more information

25 about the analyses that were performed as part of the
```

224

 1  initial Bansky effort?

 2     A.   Sure.  If you're more specific, I can.

 3     Q.   Well, all I have is the answer you gave as to,

 4  "And what were those analyses?

 5            "We performed a lot of analyses in the

 6  initial Bansky effort prior to the regulatory portion."

 7            And so my question is what were those

 8  analyses?

 9            MS. ELMER:  Yeah.  And point of

10  clarification here, you know, were you asking whether to

11  name the analyses that were incorporated into the

12  remedies project, or are you asking him just what type

13  of analyses were performed in the original project

14  generally?

15            MR. NAKAMURA:  The names of the analyses

16  that were incorporated into the remedies project.

17            MS. ELMER:  Okay.  And to that question I

18  instruct the witness not to answer because answering

19  would invade the work product doctrine.

20            MR. NAKAMURA:  All right.

21     Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

22  instruction?

23     A.   Yes.

24     Q.   What data sources did Alphabet employees rely

25  upon for any financial analyses prepared for remedies

225

```
 1   Project Banksy?

 2              MS. ELMER:  Same instruction and object to

 3   the form.

 4       Q.  (By Mr. Nakamura)  Will you answer that

 5   question, ██████████████

 6       A.   No.

 7       Q.   And are there any successor projects to Project

 8   Banksy?

 9              MS. ELMER:  I instruct the witness not to

10   answer because that project invades the attorney/client

11   privilege and the work product doctrine.

12       Q.  (By Mr. Nakamura)  And what is the name of the

13   successor project to Project Banksy?

14              MS. ELMER:  Same instruction.

15       Q.  (By Mr. Nakamura)  Okay.  And will you follow

16   that instruction, ██████████████

17       A.   Yes.

18       Q.   Is there a successor project to Project Banksy?

19              MS. ELMER:  Same instruction.

20       Q.  (By Mr. Nakamura)  All right.  Will you follow

21   that instruction, ██████████████

22       A.   Yes.

23              MR. NAKAMURA:  And, Ms. Elmer, is your

24   position on behalf of Alphabet that the existence of a

25   successor project to Project Banksy is properly
```

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                                    February 28, 2022

226

1  protected by privilege?

2              MS. ELMER:  My position is that it's

3  beyond the scope of the CID.

4              And, you know, this whole exercise is

5  borderline.  I think the CID for the most part, the

6  topics that are set forth in it are not valid because

7  they attempt to invade the attorney/client privilege and

8  the work product doctrine.

9              We're not going to go beyond the scope of

10  the CID to talk about more privileged projects and work

11  product projects.  We're just not going to do that, not

12  in the deposition here today.

13     Q.   (By Mr. Nakamura)  All right.  ▮▮▮▮▮▮▮▮

14  will you follow Ms. Elmer's instruction not to answer my

15  question?

16     A.   Yes.

17     Q.   Let me now turn to Project Quantize, which is

18  part of specifications 1g and specification 2.

19              Who chose the name "Project Quantize" for

20  the projects?

21     A.   I did.

22     Q.   And if you could turn, please, to Exhibit 7,

23  which is the February 25th letter, on page 5 of the PDF.

24  Please let me know when you have that in front of you.

25     A.   I do.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

227

```
 1      Q.   What was the subject matter of Project

 2   Quantize?

 3              MS. ELMER:   And to the extent that you can

 4   answer the question without invading the privilege, you

 5   may do so, ██████ otherwise, I instruct you not to

 6   answer.

 7      A.   Yeah.  So I was seeking legal advice with

 8   respect to GDPR and its impact on our products.

 9      Q.   (By Mr. Nakamura)  And from whom were you

10   seeking legal advice?

11      A.   From our in-house P counsel and our privacy

12   counsel.

13      Q.   What do you mean when you say "P counsel"?

14      A.   Product counsel.

15      Q.   And what is the name of your product counsel?

16      A.   ██████████

17      Q.   Okay.  And what is the name of the privacy

18   counsel you just referenced?

19      A.   That's ██████████████ and ██████████████

20      Q.   And were any product counsel involved with

21   Project Quantize?

22      A.   No.

23      Q.   Is the third bullet point that runs from page 5

24   to page 6 of Exhibit 7 a full and complete list of all

25   Google employees who are not in-house counsel who worked
```

Civil Investigation Demand - No. 30762

30(b)(6), Highly Confidential                    February 28, 2022

228

1   on Project Quantize?

2      A.   The actual team that worked on it was a very,

3   very small subset of this list.  This is more of the

4   audience that the legal advice went out to.

5      Q.   And who in this list was part of that very

6   small subset that was part of the actual team that

7   worked on Project Quantize?

8      A.   Me, ████████  ████████  and ████████████

9      Q.   And what were your job responsibilities with

10  respect to Project Quantize?

11              MS. ELMER:  I admonish the witness that he

12  be mindful not to invade the privilege with his answer.

13     A.   To establish the goals of the project.

14     Q.   (By Mr. Nakamura)  And is there any more

15  information you can provide subject to Ms. Elmer's

16  instruction?

17     A.   No.  That would speak to the legal advice I was

18  seeking.

19     Q.   And what work did you perform with respect to

20  Project Quantize?

21              MS. ELMER:  Same instruction.

22     A.   I established the team and the problem

23  statements.

24     Q.   (By Mr. Nakamura)  And other than establishing

25  the team and the problem statements, is there any other

229

 1  information you can provide subject to Ms. Elmer's

 2  instructions with respect to the work you performed on

 3  Project Quantize?

 4       A.   No.

 5       Q.   In total how many meetings occurred at Alphabet

 6  for Project Quantize?

 7       A.   Approximately eight.

 8       Q.   And when did the first meeting occur for

 9  Project Quantize?

10       A.   In October of 2020.

11       Q.   And when did the last meeting occur for Project

12  Quantize?

13       A.   February of 2021.

14       Q.   And how many of those approximately eight

15  meetings were attended by Google's in-house counsel?

16       A.   All of them.

17       Q.   At any time did anyone at Alphabet discuss

18  Project Quantize with any third party other than outside

19  counsel employed by Alphabet?

20               MS. ELMER:   Object to the form, assumes

21  facts.

22       Q.   (By Mr. Nakamura)  At any time did anyone at

23  Alphabet discuss Project Quantize with any third party?

24       A.   No.

25       Q.   How many employee hours in your reasonable

230

```
 1  estimate have been spent on Project Quantize?

 2      A.    20.

 3      Q.    Was Project Quantize undertaken in response to

 4  any investigations?

 5      A.    Yes.

 6      Q.    And what investigations was Project Quantize

 7  undertaken in response to?

 8      A.    The U.K. ICO, the Irish DPC.

 9      Q.    Any other investigations that Project Quantize

10  was undertaken in response to?

11      A.    Those were the two primary.

12      Q.    Was there any anticipated litigation that

13  Project Quantize was undertaken in response to?

14      A.    Did you say anticipated litigation?

15      Q.    Yes.

16      A.    Can I have sidebar quickly?

17      Q.    Sure.

18              MR. NAKAMURA:  Let's go off the record.

19              THE VIDEOGRAPHER:  Off the record at

20  5:24 p.m.

21              (Recess taken)

22              THE VIDEOGRAPHER:  On the record at

23  5:27 p.m.

24      Q.    (By Mr. Nakamura)  All right.  ▮▮▮▮▮▮▮▮

25  was there any anticipated litigation that Project
```

231

1  Quantize was undertaken in response to?

2      A.   No.

3      Q.   Are there any other regulations other than GDPR

4  that Project Quantize was undertaken in response to?

5              MS. ELMER:  And I object to this question

6  as invading the attorney/client privilege and instruct

7  the witness not to answer.

8      Q.   (By Mr. Nakamura)  All right.  Will you follow

9  Ms. Elmer's instruction?

10     A.   Yes.

11     Q.   All right.  Were any presentations prepared by

12  Alphabet employees regarding Project Quantize?

13     A.   Yes.

14     Q.   How many?

15     A.   Two.

16     Q.   And when were those presentations made?

17     A.   The presentations were made in December of 2020

18  and then again with a larger group in January/February.

19     Q.   In January and February of 2021.  Is that

20  right?

21     A.   Yes, that's right.

22     Q.   And who prepared the December 2020

23  presentation?

24     A.   ██████████.

25     Q.   And who attended the December 2020

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

232

1  presentation?

2      A.   Me, ███████████████████████████████████

███████   That's it.

4      Q.   Who created the January or February 2021

5  presentation as part of Project Quantize?

6      A.   It's the same presentation.

7      Q.   And who attended that presentation in January

8  or February of 2021 about Project Quantize?

9      A.   So that would be the rest of the people you see

10 in bullet 3 on page 6 of Exhibit 7 in addition to legal

11 counsel.

12     Q.   So the individuals who attended the Project

13 Quantize presentation in January or February of 2021

14 about Project Quantize are the Google in-house counsel

15 included in the second-to-last bullet point on page 5 of

16 Exhibit 7 and the Google employees included listed on

17 the final bullet point on page 5 running over to page 6

18 of Exhibit 7, correct?

19     A.   Yeah.  Let me be very clear.  The second bullet

20 point is in-house counsel; the third bullet point is the

21 employees.  And I believe all of them were involved in

22 the January and/or February presentation.

23     Q.   Thank you.

24          Did Alphabet employees rely on any data

25 sources in preparing any analyses for Project Quantize?

233

1              MS. ELMER:  So to the extent that

2 responding to this question would invade the privilege,

3 I instruct the witness not to answer.  If there's a way

4 to answer the question without invading the privilege,

5 you may do so.

6      A.   I guess I can say the text of the general

7 protection regulation was one data source, and beyond

8 that, I can't speak further.

9      Q.   (By Mr. Nakamura)  And the reason you cannot

10 speak further is because of Ms. Elmer's privilege

11 instruction.  Is that correct?

12     A.   Yes.

13     Q.   Did Alphabet consider making any pricing

14 changes to its ad tech products as a result of the work

15 done for Project Quantize?

16              MS. ELMER:  Same instruction.

17     A.   Yeah.  I choose not to answer per privilege.

18     Q.   (By Mr. Nakamura)  Okay.  Thank you.

19              MR. NAKAMURA:  Seumas, could you please

20 upload into the Chat tab 12, please.

21     Q.   (By Mr. Nakamura)  ▮▮▮▮▮▮▮▮  please let me

22 know when you have this in front of you.

23              MR. NAKAMURA:  Could the court reporter

24 please mark this as Alphabet Exhibit 12.

25              (Exhibit 12 marked)

234

1          MR. NAKAMURA:  This is a letter sent from;

2  your counsel, Ms. Elmer, to me and the Antitrust

3  Division on February 17th, 2022.  Let me know when it's

4  in front of you.

5      A.   It's in front of me.

6          MS. ELMER:  I'm going to object to any

7  questions regarding this particular document or any of

8  the topics set forth in it as outside the scope of the

9  CID.

10         So the witness' testimony will be in his

11 personal capacity and not as a 30(b)(6) witness.

12     Q.   (By Mr. Nakamura)  I'm going to ask you

13 narrowly, ████████████ only about, as you see in the

14 second full paragraph, "the future of 'display review'

15 and meeting that occurred in 2020."

16         So my questions with respect to that are

17 first was Project Sunday presented as part of that

18 future of display review that occurred in 2020?

19         MS. ELMER:  I instruct the witness not to

20 answer the question because the future of display review

21 is a privileged and work product project and this

22 question is beyond the scope of the CID.

23     Q.   (By Mr. Nakamura)  All right.  And will you

24 follow that instruction, ████████████

25     A.   Yes.

235

```
 1      Q.   Was Project Monday presented as part of the

 2 future of display review?

 3            MS. ELMER:  Same instruction.

 4      Q.   (By Mr. Nakamura)  All right.  Will you follow

 5 that instruction?

 6      A.   Yes.

 7      Q.   Was Project Stonehenge presented as part of the

 8 future of display review?

 9            MS. ELMER:  Same instruction.

10      Q.   (By Mr. Nakamura)  And will you follow

11 Ms. Elmer's instruction not to answer?

12      A.   Yes.

13      Q.   Was Project SingleClick presented as part of

14 the 2020 future of display review?

15            MS. ELMER:  Same instruction.

16      Q.   (By Mr. Nakamura)  And will you follow

17 Ms. Elmer's instruction not to answer, ███████?

18      A.   Yes.

19      Q.   Was Project Banksy remedies, the remedies

20 version of that, presented at the future of display

21 review in 2020?

22            MS. ELMER:  Same instruction.

23      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

24 instruction not to answer, █████████?

25      A.   Yes.
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                    February 28, 2022

236

```
 1      Q.   And lastly, was Project Quantize presented at

 2  the 2020 future of display review?

 3               MS. ELMER:  Same instruction.

 4      Q.   (By Mr. Nakamura)  All right.  Will you follow

 5  Ms. Elmer's instruction not to answer my question,

 6  ████████████████████

 7      A.   Yes.

 8               MR. NAKAMURA:  All right.  Let's go off

 9  the record.

10               THE VIDEOGRAPHER:  Off the record at

11  5:35 p.m.

12               (Recess taken)

13               THE VIDEOGRAPHER:  Back on the record at

14  5:45 p.m.

15               MR. NAKAMURA:  Thank you.  Could the court

16  reporter please mark what has been put in the Chat as

17  Alphabet Exhibit 30 [sic].  This document is a document

18  that has been reproduced after a clawback from

19  Alphabet's counsel with additional redactions applied.

20  It is a document that begins with Bates

21  No. GOOG-DOJ-AT-00205841, ending in Bates No. 5843.

22               (Exhibit 13 marked)

23      Q    (By Mr. Nakamura)  ████████████  I would like

24  to direct your attention to the third page of this

25  document ending in Bates No. 5842.  Could you please let
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

237

 1  me know when you are there.

 2      A.   I am there.

 3      Q.   Looking at the first full bullet point on

 4  page 4 of this PDF, did Project Stonehenge involve

 5  Alphabet's consideration of ███████████████████

    ████████████████████████?

 7               MS. ELMER:  And I instruct the witness not

 8  to answer the question.  It's an improper question that

 9  attempts to invade the privilege, the work product

10  doctrine, and on that basis instruct the witness not to

11  answer.

12      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

13  instruction, ████████████?

14      A.   Yes.

15      Q.   And was the ████████████████ discussion

16  mentioned in this bullet point one that was done

17  separately from Project Stonehenge?

18      A.   I don't know how to answer that with invading

19  the privilege.

20               MR. NAKAMURA:  Ms. Elmer, are you

21  instructing ████████████ then not to answer my question?

22               MS. ELMER:  Let's take a break to discuss

23  an issue of privilege.

24               MR. NAKAMURA:  All right.  Let's go off

25  the record.

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

238

```
 1              THE VIDEOGRAPHER:  Off the record at

 2  5:47 p.m.

 3              (Recess taken)

 4              THE VIDEOGRAPHER:  Back on the record at

 5  5:49 p.m.

 6      Q.   (By Mr. Nakamura)  And, ████████████  my

 7  question was was the ██████████████  discussion

 8  mentioned in this bullet point on Exhibit 13, one, a

 9  discussion that was done separately from Project

10  Stonehenge?

11      A.   I can't answer questions about what was part of

12  Stonehenge or not, as that would violate privilege.

13              MS. ELMER:  Brent, I think if you were to

14  ask the witness whether there were ████████████████

15  discussions that were business discussions and not part

16  of a work product project, he might be able to answer

17  your question.

18              MR. NAKAMURA:  All right.  I will give

19  that a shot.

20      Q.   (By Mr. Nakamura)  Were there ████████████████

    ███████  discussions that were business discussions that

22  occurred that were not part of a work product project?

23      A.   Yes.

24      Q.   And when did those discussions take place?

25      A.   All the time for as long as I can personally
```

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential
February 28, 2022

239

1  remember and from what I've seen over the past five to

2  ten years, quite regularly.

3       Q.   And was Alphabet's consideration of █████████

████████████████████████████████████████████████████████

████████████████████████████████████?

6            MS. ELMER:   And I'm going to object to

7  this question as exceeding the scope of the CID, but the

8  witness may answer in his individual capacity.

9       A.   Yeah.  I'll go so far as to say yes.

10      Q.   (By Mr. Nakamura)  And was the consideration of

11 ████████████████████████████████████████████████████████

███████████████████████████████████

13           MS. ELMER:   Same scope objection, but he

14 may answer in his individual capacity.

15      A.   Yes.

16      Q.   (By Mr. Nakamura)  And was ████████████████████

17 was Alphabet's consideration of ████████████████████████

███████████████   part of Project Stonehenge?

19           MS. ELMER:   I instruct the witness not to

20 answer the question because your question invades the

21 work product doctrine and the attorney/client privilege.

22           MR. NAKAMURA:   Thank you.

23      Q.   (By Mr. Nakamura)  Will you follow Ms. Elmer's

24 instruction?

25      A.   Yes.

240

```
 1                 MR. NAKAMURA:  And before we put this

 2  aside, I will register the Division's position that we

 3  believe that privilege has been waived over this

 4  document and the redactions that were made were not

 5  appropriate.  So with that, ███████████ you can put

 6  that aside.

 7                 MS. ELMER:  And we dispute that position,

 8  but that is not a discussion for this deposition.

 9     Q.   (By Mr. Nakamura)  And -- I'm sorry.  Go ahead.

10     A.   I just think it's --

11                 MS. ELMER:  █████ that's okay.

12                 THE WITNESS:  Okay.

13     Q.   (By Mr. Nakamura)  ███████████ did you have

14  anything to add?

15     A.   Well, I just think real briefly in a document

16  like this that starts to talk to smaller groups that are

17  cross-functional, there's -- it's very difficult to get

18  anything done in an organization this size without

19  talking to the cross-functional partners on any given

20  project.

21                 So I just want -- like I know I had talked

22  about it at the VP level and the acknowledgments and

23  leadership as well, but it's also the case in these

24  types of projects and all the projects we've been

25  talking to, like you have to solicit all various
```

241

1  functions to get any sort of progress on those.

2              I get the feeling that a lot of the

3  questions are around, you know, why were there so many

4  people involved here.  And it's because like to get

5  anything done -- like legal can't answer these

6  questions.  These get pushed back to -- usually the

7  starting point, legal says, Hey, there's something

8  wrong.  And then I've got to go figure out how to solve

9  that; and to do that, it's going to have implications

10 across the entire company.

11             So that's just a pattern that I don't

12 think we really discussed, but I hope that sheds some

13 light into why you see the cross-functional teams as the

14 working groups in all of these areas.

15    Q.   Okay.  Thank you, ███████████  I appreciate

16 that.

17             MR. NAKAMURA:  Seumas, could you please

18 load into the Chat tab 31, please.

19    Q.   (By Mr. Nakamura) ███████████  please let me

20 when you have that in front of you.

21             MR. NAKAMURA:  While that is downloading

22 for you, I will note that this is an -- could the court

23 reporter please mark this as Exhibit 14 for Alphabet.

24             (Exhibit 14 marked)

25             MR. NAKAMURA:  And this Exhibit 14 was a

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                                    February 28, 2022

242

1  document that was clawed back by Alphabet's counsel

2  during this deposition and reproduced to us with

3  additional redactions applied.  This is a document that

4  begins with Bates No. GOOG-DOJ-AT-00660900 and ends in

5  Bates No. 0904.

6       Q.   (By Mr. Nakamura)   ████████████   I plan only to

7  ask you about the first page.  Please let me know when

8  you have reviewed that.

9       A.   Yes.  I reviewed it.

10      Q.   The first question is did Alphabet consider

11 ████████████████████ as part of Project Stonehenge?

12           MS. ELMER:  I instruct the witness not to

13 answer the question because your question invades the

14 work product doctrine and the attorney/client privilege.

15      Q.   (By Mr. Nakamura)  All right.  And with respect

16 to ██████████ question on May 13, 2020, to your

17 knowledge, is there a PRG or one-page document that was

18 produced as part of ████████████████████?

19           MS. ELMER:  Go ahead, ████████  I'm sorry.

20      A.   Yes.

21           MR. NAKAMURA:  Ms. Elmer, did you have

22 anything?

23           MS. ELMER:  No, I didn't.

24           MR. NAKAMURA:  Okay.  Thank you.  And with

25 that, I will note, again, that the Division believes

Civil Investigation Demand - No. 30762
30(b)(6), Highly Confidential                              February 28, 2022

243

1  that this document has been inappropriately clawed back

2  and that privilege has been waived and that I should

3  have been able to examine ████████████ as the Alphabet

4  representative on what has now been redacted.  But with

5  that, I have no further questions on this document.

6              MS. ELMER:  We dispute your position, and

7  we're not going to argue about it here on the

8  deposition.

9              MR. NAKAMURA:  Fair enough.

10              Seumas, could you please put in the Chat

11  tab 32.

12              While this is being uploaded, this is --

13  if I can have the court reporter please mark this as

14  Alphabet Exhibit 15.

15              (Exhibit 15 marked)

16              MR. NAKAMURA:  This is a document that was

17  clawed back by Alphabet's counsel during this deposition

18  and had additional redactions applied.  It is a document

19  that begins in Bates No. GOOG-DOJ-AT-0030150, ending in

20  Bates No. 0159.

21              For the record, I'd like to point the

22  witness' attention to PDF page 4.  That is a page ending

23  in Bates No. 0152.  I will note that additional

24  redactions have been applied to several lines to a

25  bullet point that begins "Antitrust worked with ██████

244

1    █████  and  █████  to build up expertise on the team to

2    effectively work on regulation and antitrust inquiries."

3    The rest of that bullet point has now been redacted.

4                    I had planned to examine ████████████

5    Alphabet's representative, on what has now been

6    redacted, and the Division believes that those

7    redactions are inappropriate as waiver has occurred and

8    that the redactions were in the first instance

9    inappropriate in any event with respect to work product

10   and attorney/client privilege.

11                   With that and subject to anything

12   Ms. Elmer would like to add, I have no further questions

13   on this document.

14                   MS. ELMER:  We dispute your position with

15   respect to waiver for all of the reasons that we've set

16   forth in prior correspondence with you, particularly

17   given the tremendous scope of the document production

18   that's been made in this matter; but we're not going to

19   argue about it here with you at the deposition.

20                   MR. NAKAMURA:  I appreciate that.  And

21   with that, I have no further questions subject,

22   Ms. Elmer, to any questions you might ask ████████████

23                   MS. ELMER:  I do not have any questions.

24                   MR. NAKAMURA:  All right.  With that, no

25   further questions.

245

```
 1              Thank you, ████████ and thank you,

 2   Counsel, for staying so late.  Really appreciate it.

 3   And that's all I have.

 4              THE VIDEOGRAPHER:  This concludes today's

 5   deposition given by ████████  The time off the

 6   record is 5:59 p.m.

 7              (Proceedings concluded at 5:59 p.m.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

246

```
 1                    CHANGES AND SIGNATURE

 2  WITNESS NAME:  ██████████████

 3  DATE OF DEPOSITION: February 28, 2022

 4  PAGE LINE  CHANGE                    REASON

 5  _____

 6  _____

 7  _____

 8  _____

 9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____
```

247

```
 1     I, ███████████  have read the foregoing deposition

 2 and hereby affix my signature that same is true and

 3 correct, except as noted above.

 4

 5                              _____

 6                              █████████████

 7 THE STATE OF _____)

 8 COUNTY OF _____)

 9     Before me, _____, on this day

10 personally appeared ██████████  known to me or proved

11 to me on the oath of _____ or through

12 _____ (description of identity card

13 or other document) to be the person whose name is

14 subscribed to the foregoing instrument and acknowledged

15 to me that he/she executed the same for the purpose and

16 consideration therein expressed.

17     Given under my hand and seal of office on this _____

18 day of _____, _____.

19

20                              _____

21                              NOTARY PUBLIC IN AND FOR
                                THE STATE OF _____

22 My Commission Expires: _____

23

24 _____No Changes Made  _____ Amendment Sheet(s) Attached

25
```

248

```
 1            UNITED STATES DEPARTMENT OF JUSTICE
              ANTITRUST DIVISION, WASHINGTON, D.C.
 2

 3     PURSUANT TO CIVIL INVESTIGATION DEMAND NO. 30762

 4

 5                  REPORTER'S CERTIFICATE

 6           ORAL DEPOSITION OF ████████████████

 7                  February 28, 2022

 8

 9      I, Melinda Barre, Certified Shorthand Reporter in

10  and for the State of Texas, hereby certify to the

11  following:

12      That the witness, ████████████████ was duly sworn by

13  the officer and that the transcript of the oral

14  deposition is a true record of the testimony given by

15  the witness;

16      That the original deposition was delivered to

17  Brent Nakamura.

18      That a copy of this certificate was served on all

19  parties and/or the witness shown herein

20  on _____.

21      I further certify that pursuant to FRCP Rule

22  30(f)(1), that the signature of the deponent:

23      _____ was requested by the deponent or a party before

24  the completion of the deposition and that the signature is

25  to be before any notary public and returned within 30 days
```

249

1  from date of receipt of the transcript.  If returned,

2  the attached Changes and Signature Page contains any

3  changes and the reasons therefor:

4      _____was not requested by the deponent or a

5  party before the completion of the deposition.

6      I further certify that I am neither counsel for,

7  related to, nor employed by any of the parties or

8  attorneys in the action in which this proceeding was

9  taken, and further that I am not financially or

10 otherwise interested in the outcome of the action.

11     Certified to by me on this, the _____ day

12 of _____, 2022.

13

14

15                              _____

16                              Melinda Barre
                                Texas CSR 2192
17                              Expiration:  12/31/23

18

19

20

21

22

23

24

25

250

1   COUNTY OF HARRIS      )

2   STATE OF TEXAS        )

3       I hereby certify that the witness was notified on

4   _____ that the witness has 30 days or (_____

5   days per agreement of counsel) after being notified by

6   the officer that the transcript is available for review

7   by the witness and if there are changes in the form or

8   substance to be made, then the witness shall sign a

9   statement reciting such changes and the reasons given by

10  the witness for making them;

11      That the witness' signature was/was not returned as

12  of _____.

13      Subscribed and sworn to on this, the _____ day of

14  _____, 2022.

15

16

17

18

19      _____

20      Melinda Barre
        Texas CSR 2192
21      Expiration:  12/31/23

22

23

24

25

## Exhibits

**Exhibit 1**  3:10 9:14 13:9,10 14:7
16:15,24

**Exhibit 2**  3:11 15:5,6 16:22

**Exhibit 3**  3:12 48:1,2 50:5 53:11,12
54:17 55:9,16,21

**Exhibit 4**  3:14 56:16,17

**Exhibit 5**  3:16 59:20,21 65:18

**Exhibit 6**  3:18 65:4,5

**Exhibit 7**  3:20 67:11,12,15 74:19
94:15 95:3 96:23 99:21 100:8,22
102:17 103:14 104:5 105:18 106:22
107:6 109:1,17 110:23 119:15,21
120:15,22 121:21 132:16 144:5
145:14,23 153:1,7 156:11 157:10
160:3 181:10 189:4 190:20 191:4,21
192:21,25 193:19 200:17 201:18
205:1 217:12 226:22 227:24 232:10,
16,18

**Exhibit 10**  4:3 180:13,14,15

**Exhibit 12**  4:5 233:24,25

**Exhibit 13**  4:7 236:22 238:8

**Exhibit 14**  4:9 241:23,24,25

**Exhibit 15**  4:11 243:14,15

## 0

**0152**  243:23

**0159**  198:23 243:20

**0904**  242:5

## 1

**1**  9:14 13:7,9,10 14:7 16:10,13,15,24
66:12 161:11

**10**  180:13,14,15

**10:01**  50:12

**10:04**  50:15

**10:22**  64:6

**10:29**  64:9

**11**  200:2,3

**11:09**  92:8

**11:13**  92:11

**11:21**  97:11

**11:30**  97:14

**11:35**  101:8

**11:50**  101:11

**11:53**  103:23

**11:57**  104:1

**11th**  7:8,11 9:6 19:15 45:8,11,14
180:16

**12**  233:20,24,25

**12:10**  114:4

**12:52**  114:7

**13**  236:22 238:8 242:16

**14**  65:19 198:17 241:23,24,25

**14th**  30:8 59:24 68:6,22

**15**  151:1,2 161:14 171:14 243:14,15

**15th**  56:19 163:12 172:2 198:25

**17th**  66:14 234:3

**18**  50:4 53:11,19 55:9,16 161:4

**18th**  22:10 30:17,23,25 31:3,11,18

**19**  156:19

**197**  180:19

**1:32**  141:18

**1:39**  141:21

**1a**  72:11 101:20

**1b**  121:1

**1c**  159:22

**1d**  144:4

**1door**  6:6

**1e**  17:1

**1f**  200:7

**1g**  226:18

**1h**  17:1

**1i**  17:1

## 2

**2**  15:3,5,6 16:10,13,22 17:1 72:12
94:14 95:3 96:20,23 97:20 100:8,22
101:21 103:14 104:5 105:18 106:21
107:6 109:1,17 110:23 121:2,22
132:16 144:5 145:11,23 153:1,7
156:11 157:10 159:23 189:3 190:19

191:4,21 192:21,25 194:1,2,10 200:8
201:17 202:10 216:3 217:12 226:18

**20**  45:24 67:7 119:19 144:6 151:1,2
156:19 230:2

**2019**  33:12 104:17,24 105:3,4,8,16
109:6 110:9 112:21 113:1 114:18
149:8 155:25

**2020**  33:15 79:22 80:17 82:15 85:16
87:2 90:25 91:3 150:10 157:3,5
188:23 189:11 193:12,24 194:3
210:24 211:9 229:10 231:17,22,25
234:15,18 235:14,21 236:2 242:16

**2021**  6:8 7:11 14:10 19:15 33:2 45:8,
11,14 46:12 48:5 56:19 59:24 65:8,19
66:14,18 68:7,23 81:4 87:1 91:3,8
123:22 124:9,12,20 125:1 129:11,19,
23,25 130:9 161:14 172:2 176:16
180:16 229:13 231:19 232:4,8,13

**2022**  5:2 16:6 234:3

**225**  119:18

**23**  66:18

**23rd**  14:10

**24**  65:8

**25**  8:5 45:24 62:7 71:20 189:18,19
190:13

**25th**  62:2,12 63:10 67:17 69:18
102:18 119:21 181:12 200:18 217:13
226:23

**27**  180:12

**28th**  5:2 48:5

**2:05**  159:15

**2:11**  159:18

**2:14**  162:3

**2:34**  162:6

**2:36**  163:25

**2:40**  164:3

**2:43**  167:2

**2:54**  167:5

## 3

**3**  48:1,2 50:4,5 53:11,12,19 54:16,17
55:9,15,16,20,21 160:3 181:10
193:17,18,25 202:10 232:10

**30**  22:14 29:9 30:21 93:24 236:17

**30(b)(6)**  5:4 6:13 60:20 66:17 234:11

**300** 216:4

**30471** 49:24 52:12

**30769** 14:10 51:6 66:1

**31** 241:18

**32** 243:11

**3:02** 172:9

**3:13** 172:12,18

**3:14** 172:21

**3:45** 192:15

**3:49** 192:18

**3:56** 198:1

---

### 4

**4** 56:16,17 74:19 119:15,24 120:15
145:22 148:14 181:23 193:17,25
200:19 201:18,22 202:9,11,15 205:1
237:4 243:22

**45** 31:16 152:22

**45-hour** 152:23

**4:03** 198:4

**4:05** 199:11

**4:16** 199:14

**4:29** 207:4

**4:33** 207:7

**4:40** 212:25

**4:44** 213:3

**4:56** 219:20

**4th** 68:7,23

---

### 5

**5** 59:20,21 65:18 120:21 121:21
201:18 202:9 226:23 227:23 232:15,
17

**50** 37:14,16 189:24 211:14,15,19
215:19

**5842** 236:25

**5843** 171:23 236:21

**5:00** 219:23

**5:06** 223:7

**5:14** 223:10

**5:24** 230:20

**5:27** 230:23

**5:35** 236:11

**5:45** 236:14

**5:47** 238:2

**5:49** 238:5

**5:59** 245:6,7

---

### 6

**6** 59:16 65:4,5 227:24 232:10,17

**60** 30:21 41:17 178:22 211:14,15,19
215:19

**60-516110-0009** 5:6

**650 387-6070** 32:17

---

### 7

**7** 29:5 63:24 64:25 65:19 67:11,12,15
74:19 94:15 95:3 96:23 99:21 100:8,
22 102:17 103:14 104:5 105:18
106:22 107:6 109:1,17 110:23
119:15,21 120:15,22 121:21 132:16
144:5 145:14,23 153:1,7 156:11
157:10 160:3 181:10 189:4 190:20
191:4,21 192:21,25 193:19 200:17
201:18 205:1 217:12 226:22 227:24
232:10,16,18

**7th** 29:12,20 65:16

---

### 8

**8** 6:8 47:22 54:16 55:21 161:6,7 162:9
172:24

**8:36** 5:3

**8:46** 13:25

**8:47** 67:16

**8:53** 14:3

---

### 9

**9** 6:8 32:21,24 33:13 56:11 171:16,17
172:23

**9:39** 45:2

**9:54** 45:5

---

### A



**a.m.** 5:3 13:25 14:3 45:2,5 50:12,15
64:6,9 92:8,11 97:11,14 101:8,11
103:23 104:1

**abide** 12:17

**ability** 181:1

**Absolutely** 173:2 186:16

**ACCC** 38:10 104:17 153:10 154:3
191:17

**accept** 142:5

**acceptable** 65:25

**access** 174:23 175:6,9,12,24 177:19
178:9,11

**accordance** 6:6

**account** 43:2

**accounted** 20:21

**accurate** 74:11,24

**accurately** 120:2

**ack** 202:25 203:5,6,20 204:3,10

**acknowledge** 203:19

**acknowledgment** 203:6

**acknowledgments** 202:22 240:22

**acquisitions** 140:18

**acting** 88:25 89:7

**action** 72:19 89:12 122:19

**actions** 73:11,21 144:20 145:4
160:14

**active** 75:15 95:6 96:4 99:23,25
102:20 154:22 168:18

**actively** 102:14

**activities** 34:23

**acts** 171:5,10

**actual** 133:1,14,24 154:10,17 155:7
191:5,20 192:3,5,20 217:25 218:2
228:2,6

**ad** 21:12 33:21 180:1 222:12 233:14
242:18

---

**add** 45:10,17 46:14 154:1 240:14
244:12

**adding** 174:10,22 175:11 177:9,17

**addition** 18:8 142:20 232:10 239:11

**additional** 5:21 9:4 71:21 112:9
180:20 217:17 236:19 242:3 243:18,
23

**address** 46:16,21,23 47:1,4,7,10
98:18 101:12

**addresses** 46:19 47:13,19

**Admanager** 21:12 33:21 147:24
149:2 160:20 162:18 163:19 164:9,
18,24 165:5,11,20 166:2,6,12,20
167:9,23 168:8,15 169:4,15 170:6,21
171:24 173:8 183:12 184:8 185:19
186:20 187:13 205:22 210:8 215:5
242:11,18

**administrative** 16:19 37:10,11

**Admob** 33:22

**admonish** 228:11

**admonishment** 168:11 169:7 170:9
173:18 174:13,25 175:14 176:7
184:4,12,22 186:12,23 187:16 188:10
196:15

**adopted** 101:23

**ads** 22:3 33:23 34:1,10,25 35:2,7
36:18,19 81:24 82:1,4 84:5 171:6,8
178:20,24 209:17

**Adsense** 33:22

**Adtech** 112:22 113:2,16 114:13
115:11 116:2 120:21 140:12 141:2
144:23 195:13,23

**ADVA** 33:6 36:19 146:7

**advertisers** 168:17 170:1

**advertising** 17:12 33:7,19 34:22,24
169:5,16,22 170:2,13

**advice** 41:12 55:1 92:17 112:4,10
124:18 128:17 142:6 153:14 166:4
227:7,10 228:4,17

**advise** 72:25 88:19

**Adx** 170:21 174:11 176:6,13,22
177:9,10 179:7 237:5 239:4

**affairs** 204:16,18

**affecting** 153:19

**affirmative** 12:1

**AG** 38:8 40:6,15,18,24 41:1,5 94:11

**agency** 39:2

**agree** 7:24 8:25 10:1,5 68:25 106:4
171:3 203:20

**agreement** 120:16 213:16

**ahead** 63:4 118:6 120:5 178:17
240:9 242:19

**aids** 8:9



 37:5 228:8 232:2

**allocate** 90:1

**allocates** 34:21

**allowed** 168:20 178:3 179:19

**allowing** 178:8

**Alphabet** 5:4 9:8,14,17,19,20,22,25
10:4,11,13,14,19,23 11:18 13:4,9
14:7 15:5,22 16:1,10 21:8 22:1,22
26:4,14 32:6,18 33:4,17 34:3 35:8,19
36:12,15,24 39:5 40:13 41:12,15,20
43:3 45:9,15 46:16 47:19 48:1,17
49:12 50:5 56:16 57:24 59:20 60:7
61:10,16,21 65:4 66:6,22 67:11,15
73:13 78:6 83:4 84:3 91:10,16 92:3,
20,23,25 93:3,8,14 95:24 98:6,12,20
99:8,21 100:8,22 102:2 103:14 104:5
105:16 106:19 107:5,16 108:24
110:22 111:15 112:13,22 113:1,15
114:12 115:10 116:1,9,13 117:20
118:16 119:3 120:13,20 124:4 129:24
130:2,16,18,24 131:14 132:2,11,15
134:15 135:1 136:11,16 137:4
139:18,19 140:2,11,17 141:1,9
142:12 143:2,10 145:20 146:16
150:25 151:20,22 152:3,24 153:23
154:4 155:9 156:23 157:18,23 158:7,
15,21 159:4 161:6,12 164:17,23
165:4,19 166:1,5 171:22 176:4,11
179:6,24 180:13,15,25 188:15
189:17,22,25 190:23 191:4,15,22
192:21 193:1 194:15,24 195:12,21
196:4,13,18 197:6 198:21 211:22,25
212:7,9,15,17 214:19 215:1,7,12
216:5,17 217:23 218:1,13 221:20
222:4,11,19 223:2,14 224:24 225:24
229:5,17,19,23 231:12 232:24
233:13,24 236:17 241:23 242:10
243:3,14

**Alphabet's** 11:15,16 42:19 51:7,11
52:7,8 57:7,23 58:12,16,22 61:9
62:16 63:6 69:17 70:2,14 71:1,9,10
72:23 73:7,16,19,20 89:15 92:1 94:8,
18 98:4,10,25 99:7,19 103:10 106:18
107:2 108:22 109:15 126:17 131:6,13
150:9 151:20 152:18 154:2 155:3
166:13,19 167:7 168:7 169:3 170:5,
10,20,25 179:20 189:13,20 198:7
201:8 211:11,24 212:9,18 217:15
236:19 237:5 239:3,17 242:1 243:17
244:5

**alternative** 215:2

**ambiguous** 34:7 175:18

**amend** 116:25

**Amendment** 111:4

**amount** 39:10 92:3,25 93:8,19
128:17 131:19,21 132:2 190:5,9



**analyses** 42:19 43:4,21 44:5 98:3
116:9,13 117:15 118:15,20 119:4
141:9 142:13 143:3,11 158:15,22
196:4,12,17 197:7 198:8 222:19
223:1,13,17,18,21,25 224:4,5,8,11,
13,15,25 232:25

**analysis** 72:18 76:25 77:9,10 78:25
79:1,17 81:8,9 84:8,9 85:2 91:13
100:5 109:23 117:11,19 118:2 121:11
130:6,10 144:19 149:24 150:21
160:14 185:23,24 186:24,25 189:14
190:12 197:2 210:18,23 211:1,13
218:25

**and/or** 9:22 49:23 52:11 125:2
232:22



**answering** 11:4 52:3 78:1 122:23
144:16 149:19 183:16 224:18

**answers** 10:12 95:21,22 126:15



**anticipate** 100:9,23 103:15 104:6
105:17 109:5 110:22 191:15

**anticipated** 99:25 100:1 105:8
106:14,20 107:5,16 108:24 109:16
110:10 111:15 121:12 132:25 133:4,
14,16,24 134:4,10 144:20 154:8,9,17,
23 155:3,8 160:13 191:4,14,19
192:24 218:11 230:12,14,25

**anticipating** 104:23

**anticipation** 99:24 144:22

**antitrust** 5:17 7:7 17:12 89:12 95:17 183:24 201:4,5 234:2 243:25 244:2

**apologies** 147:13 186:9 188:22

**apologize** 29:6 51:18,21 64:23 84:18 87:24 89:18 94:13 103:19,20 125:24 186:15 206:23 209:13 218:19 221:6

**appeared** 164:8 165:11

**appendix** 49:20 50:4 54:6,16 57:3 58:10,14,21

**applied** 236:19 242:3 243:18,24

**applies** 68:4

**Applovin** 170:18

**apply** 9:7

**approved** 145:21

**approximately** 15:25 21:19 24:12 28:7 29:11,15 30:1 37:14 45:24 65:14 81:3 90:20 123:21 151:1 190:13 193:12 210:24 211:14 215:6,19 229:7,14

**approximation** 210:25

**apps** 33:6 36:19

**April** 81:4 87:1 91:3,8 124:11,20 125:1 129:19 211:3,9

**April/may** 124:7,9

**area** 22:3 35:6 43:19 150:1

**areas** 22:3,4 27:24 28:5 37:15 149:24 241:14

**argue** 243:7 244:19

**argument** 106:23 181:4

**argumentative** 71:13



**Arshia** 5:18

**articles** 17:15,20,22 18:5 20:16 51:25

**articulate** 105:5

**ascertain** 190:4

**asks** 101:14 102:8

**aspect** 134:21

**aspects** 76:1 91:22 150:13 217:6

**assess** 39:10

**assessment** 94:1

**assist** 49:12 66:6 69:25 70:7 74:15

**assistant** 37:11

**assisted** 48:17 69:17 70:14 132:9 156:4,17

**assume** 10:11 11:11 57:21

**assumes** 54:18 58:17 86:2 150:16 183:4 219:9 229:20

**assuming** 37:25 55:5 71:12 117:23 118:10 142:21 158:25 159:7 197:10 198:12

**assumption** 54:25

**attached** 14:23 15:11 16:9 67:15

**attempt** 92:19,22,24 93:7,13 126:18 226:7

**attempting** 99:16 110:13 194:18

**attempts** 237:9

**attend** 86:25 220:15 221:16

**attended** 87:3,4 125:3 151:3 157:4 189:20 190:15 193:23 194:3 211:16, 20 220:9 221:10 229:15 231:25 232:7,12

**attending** 5:8

**attention** 236:24 243:22

**attorney** 5:14,17,19 6:11 7:6 11:21, 23 12:7 21:22,23 39:21 44:1 99:13 100:11 104:9 111:18,22 113:5 142:10 151:8

**attorney/client** 6:11,15 25:12 42:3, 24 44:2 49:22 52:10,14 54:10 84:12 98:21 100:12 104:8,11 105:21 107:10 111:10 115:14 119:7 135:4 136:23 137:15 140:6 141:25 143:22 147:18 152:12 160:23 162:21 164:13 167:14 180:4 183:18 186:3 187:4 195:17 197:12 198:11 201:13 206:2 208:5 209:24 225:10 226:7 231:6 239:21 242:14 244:10

**attorneys** 18:13,16,18,23 21:21 22:17,19 28:12,19,22 29:2,7,12,22 30:5,15,22 31:4,6,8,12,17 49:8 89:7 108:8 112:1 132:4 151:14,19,20 189:20 220:15 221:16

**auction** 214:15

**audience** 124:17 125:19 126:4,5

128:1,6 182:3 185:8 188:11 202:16, 18,24 203:4 228:4

**August** 7:8,11 9:6 14:10 19:15 33:1, 2,12 45:8,11,14 46:12 66:18 180:16

**Australian** 38:10 132:22 190:25

**author** 123:6,20

**authored** 123:3 124:20 125:4 155:17

**authoring** 135:25

**authorities** 39:19 97:25 102:14

**authority** 38:10,12 201:7 203:9 204:13 211:6 217:1,16

**authorized** 33:22

**AVAD** 188:6



**aware** 59:11 75:14,19 97:2 118:25 122:3 124:22 125:6 174:17 202:1,25 203:17 204:16

**awareness** 80:25

**Axinn** 5:25

---

**B**

**back** 8:6 14:2 45:4 50:14 52:2 53:13, 15 54:22 59:4 62:23 63:20 64:8 72:6 92:10,13 97:13 101:3,10 103:25 113:25 114:6 141:20 156:9 159:17 162:5,8,9 164:2 167:4 172:11,15,20, 23 173:3 179:21 181:9 192:17 198:3 199:5,7,13,16,21 200:1,2,16 213:2 215:17 219:22 223:9 236:13 238:4 241:6 242:1 243:1,17

**background** 46:13

**bad** 178:4

**badgering** 110:11

**ballpark** 93:16,23

**bank** 117:2

**Banksy** 54:4 161:13 162:18,23 163:5,16 164:6 189:7 200:7,9,23 201:6,9,20,24 202:17 204:21,24 205:12,21,24 206:12,15,24 207:9,23 208:2,11,15,21 209:2,15 210:5,16,18, 22 211:1,5,7,8,13,23 212:8,16,17 213:10 214:6 215:20 216:1,2,6,19,25 217:15,23 218:1,14,17,20 220:1,10, 16,25 221:11,17 222:6,11,18,20 223:1,3,13 225:1,8,13,18,25 235:19

**Banksy's** 213:6

**Bansky** 163:7,11 209:22 219:8
221:21 223:19 224:1,6

**Barre** 5:10

**based** 10:3 17:14,15 24:21 28:1
53:25 66:15 78:20 112:9 113:19
125:20 137:8 188:18 193:3

**basically** 130:5 184:19

**basis** 25:14 35:15 52:10 60:13 79:6
81:14 82:25 85:4 94:7,18 96:9,12,17
98:2 107:15 112:3 113:7 132:11
138:4,17 139:3,9,22 140:21 142:7,19
154:7 155:2 158:2 207:17 217:14
237:10

**Bates** 161:15 171:22,23 198:22
236:20,21,25 242:4,5 243:19,20,23

**bear** 106:11 221:6

**began** 89:9,15 100:15 102:20
116:10,14 129:12 135:22 155:25
156:18 188:23,24 211:2,5

**begin** 7:9 89:13,20 129:10 149:7,9
153:3,9 155:20 188:20 210:16,23

**beginning** 5:13 49:16 106:8 118:8,
16 171:22 196:5,13,18 198:21 222:20
223:2,14

**begins** 144:6 161:14 236:20 242:4
243:19,25

**begun** 135:20

**behalf** 9:14,17 10:12,14,22,23 19:25
176:2 225:24

**behave** 168:16

**belief** 134:9

**believes** 95:24 98:6,12 99:9,21
242:25 244:6



**bid** 174:1,4 177:6,7 178:1

**bidder** 168:23 174:2,6 175:22 177:3,
5,7 178:8,10,19 214:15

**bidders** 169:20 174:20,23 175:5,6,
12,25 176:3,18 177:18

**bidding** 33:22 171:8,9 175:22 176:21
177:9,18 178:3 179:7 201:2 214:2,9,
11,17,22 215:2,4

**big** 55:13

**bill** 178:24

**billing** 92:18

**bit** 19:3 176:16

**bite** 197:21

**Bitton** 5:25

**black-and-white** 179:14

████  ████

**blog** 213:19

**blurring** 92:17

**board** 34:18,19,25 35:7 45:20 46:2

████  ████████

**borderline** 226:5

**bottom** 119:16

**Boundy** 5:24

**break** 7:16,19 8:13 12:10,11 44:10,
12 62:20 63:25 64:1,4,14 101:1,2
113:24,25 141:13,14 154:24 159:20
161:24 166:22,24 167:7 172:5 192:12
197:16 199:5 207:16 212:11 219:16
222:21,24 223:12 237:22

**breakout** 7:21

**breaks** 12:8

**Brent** 5:16 7:6 42:2 50:17 54:20 58:3
63:2,11 68:9 69:1 71:15 84:21 89:4
101:12 107:12 109:19 110:8 113:12
114:14 136:20 137:12 138:6,13
139:14 142:14 154:21 157:20 163:6
172:22 202:8 219:15 238:13

**briefly** 50:8 92:5 159:13 192:10
202:25 240:15

**bring** 108:7 184:24

**broke** 164:4 167:6

**broker** 46:8

**brought** 39:24 111:13,24

**bucket** 127:23

**build** 244:1

**bullet** 74:23 75:2,6,21 120:1 121:22
145:8,22 148:14 157:9 181:15,19,23
193:17 194:1,2,10 201:17,22 202:8,
10,15 204:2,25 227:23 232:10,15,17,
19,20 237:3,16 238:8 243:25 244:3

**bullets** 193:25

**business** 41:22,25 42:10,16,18,20
43:1,4,21 44:5 46:5 47:19 73:20
101:22 106:2 109:12 116:8,13,17
117:19 118:2,15,20 122:18 144:23
146:5,6 169:1,20 188:13 238:15,21

**businesses** 83:8

**buy-side** 82:3

**buyers** 33:22

**buying** 180:1

## C

**calendar** 20:13 24:15,19,22 25:9,22
94:2 132:4

**calendaring** 190:12

**calendars** 26:1,4,8

**call** 28:24 32:4 49:1 183:16

**calling** 67:20

**calls** 25:11 66:24,25 132:5 167:11

**cameras** 26:8

**campaign** 82:7,8

**capacity** 9:7 10:14,23 51:1 57:12,18
60:11 66:3,10 68:14 72:2 76:9 88:25
98:17,24 102:22 103:10,18 104:21
105:1,3,16 114:21 115:4 134:20
167:19,22 168:12,15 169:8 170:10
171:2,11 173:21 174:15 175:2,16,20
176:24 177:12,22 203:3 217:4 234:11
239:8,14

**Capital** 46:4

**caption** 19:13

**Career** 36:8

**carefully** 55:7

████  ████

**case** 5:5 160:18 169:18 240:23

**cases** 16:20 40:10,20,24,25

**caused** 132:15 135:1 153:3,5,9,23
154:4 155:3,8,9 190:23 191:6,17
217:22 218:13

**caution** 111:2

cautious 73:1

caveat 93:18 94:24 216:23

ceased 150:19,23

cell 32:16

cellular 32:12

certification 180:18

cetera 170:18

CFO 83:6,10

chain 124:21 202:22,24 203:14

changed 38:1 82:5

changing 42:13 195:22 222:12

character 214:1

charge 81:9 149:2 180:21

charged 179:25

Chartboost 170:18

charting 42:16

Chat 13:7,15,16,17 47:22 53:15
  59:16 63:17,24 64:25 67:7 161:4
  171:14 180:11 198:17 233:20 236:16
  241:18 243:10

chats 35:20,24



check 8:15

checked 126:21

chief 204:15,18

choice 12:1 138:21

choose 100:18 233:17

chose 72:13 121:3 144:10 159:24
  200:9 226:19



CID 6:5,10,14 14:24 19:1 20:7 27:22
  49:25 50:7,17,18 51:7 52:19,25 56:1
  57:12 60:16,20,23 61:1,5 62:18 63:8
  66:1,18 68:11 69:4,6,7,8 71:4 98:15
  101:14 102:15 106:18 107:4,11,22
  108:6,12,23 114:15,20 115:3 117:11
  134:18 138:9 143:21 163:17 164:7
  167:17 169:9 170:11 171:1 173:9,19
  174:16 175:3 176:25 177:13,23 189:7
  217:3 226:3,5,10 234:9,22 239:7

circle 8:6

civil 9:12 13:3 14:9,11,15 15:11 16:8,
  16,19,22 19:20 48:6 49:23 51:5 52:12
  56:20 59:25 61:11 65:9 66:17

claim 102:3 107:15 181:1

claimed 98:20

claims 94:8,18 96:12 102:5

clarification 86:7 214:24 217:11
  224:10

clarifications 136:2

clarify 23:22 26:20 163:4 202:7

clarifying 191:11

classification 32:20,23

classify 202:23

claw 62:23 162:9 173:3 200:2

clawback 180:22 236:18

clawed 179:21 199:21 200:1 242:1
  243:1,17

clawing 172:23 199:4,7,16

clear 7:12 18:10 22:17 37:20 41:10
  54:1 55:8 56:4 58:7 64:12 71:8,15
  74:8 75:12 81:13 86:5 95:22 98:4
  99:2,15 103:6 109:13 111:12 119:9
  124:8 129:2,18 132:14 141:24 152:23
  167:25 190:25 192:2 193:16 204:11
  207:15 232:19

clearer 59:4

close 106:17 110:2,14,21 130:3
  215:17

closer 24:13

CMA 94:11 217:18

coaching 36:8

code 101:24

cognizable 49:23 52:11

colleague 6:1

colleagues 5:18 20:19 26:7,10

collect 173:25

collection 117:8

column 54:4 55:20

combination 76:8 106:12 109:23
  146:12

commercialization 184:23 207:24

commercialized 213:18,21

Commission 40:2 132:22 191:1

common 204:9

communicate 7:22 8:14 54:14

communicating 48:23 214:25

communication 62:2

communications 12:7 44:20 55:2
  104:11

community 207:25

companies 45:17

company 9:8 19:19 35:9 45:21,23
  46:1,3 49:21 60:21 66:15 102:14
  111:20 131:10,12 241:10

company's 6:12 96:12 102:19 108:8

Competition 38:9,10 132:22 191:1
  201:7 217:1,16

competitive 42:15

complete 11:16 12:25 38:22 39:25
  52:9 71:8 74:24 75:2,6 78:14 94:16
  121:22,25 127:13 133:23 153:2,8
  181:16,19,23 201:19,23 202:4,15
  227:24

completed 129:21

completeness 199:25

completion 188:25 189:14

compliance 91:22

complicated 203:22

complies 190:21

comply 42:13

compound 154:24 191:8

computer 63:20

concept 163:7 165:4,20 166:2

concern 217:17

concerned 97:23 179:1

concerns 203:18

concluded 245:7

concludes 245:4

conclusions 101:22

conducted 11:2 18:22

conduit 168:25 174:21

confer 50:8 92:5 206:25

conference 5:8 7:15

**conferred** 106:1,2 153:24

**confidential** 6:3

**confirm** 68:19 110:1 221:4

**confirmed** 142:9

**confirming** 214:7

**conflated** 190:3

**conflating** 56:3

**confuse** 71:14

**confused** 55:22 105:5

**confusing** 14:25 175:4

**conjunction** 43:7 74:17 88:17 123:3,6 203:7 213:20

**connection** 13:4

**consent** 179:12

**consideration** 162:18 163:19 164:9 237:5 239:3,10,17

**considerations** 134:7

**considered** 112:22 113:1 134:22 183:24

**consistent** 70:24 71:19 83:19 89:10 96:19 102:18 104:15 176:18

**constitute** 6:14

**construct** 213:11

**consult** 7:17,23

**consultation** 164:5

**Consumer** 132:22 191:1

**contact** 120:11

**contained** 16:13 71:20 172:1

**content** 23:23

**contents** 24:3 115:18 124:23 142:16 157:21 221:23

**context** 163:9 173:13

**continue** 42:13 186:11

**continuing** 81:18 106:7

**contributed** 119:1 135:21

**contributing** 122:6

**contributions** 136:1 147:1,15 187:18

**contributor** 146:25 147:14 184:9 187:17

**control** 177:9,15 179:2,4

**controls** 176:21 177:1,18,24 178:25 179:7,10,11 214:15

**conversation** 58:3 109:22 149:10

**conversations** 109:10,11

**convey** 26:3 55:5 75:14

**conveyed** 25:8,15,16,18,20

**coordinator** 90:15,16

**copy** 14:24 72:7 162:10,12 199:17

**corporate** 9:9,21 10:18 22:2 51:11 52:7 58:12,16,22 61:10,13,16,20 62:17 63:6 68:14,24 70:1,2 71:1 75:25 76:9,22 77:2,6 78:8 92:2 98:4, 10 99:7,14,20 101:15 103:10 104:18 106:18 107:3,21 108:22 109:2,11 111:17 114:24 120:9 126:18 131:6,13 152:18 154:2 167:17 173:21 203:23

**corporation** 19:9 46:6 100:5

**correct** 14:19 16:6 22:23 23:20,25 24:1,16 25:10,23 26:11,23 27:2,5,8, 11,15 30:8 31:9,19,20 37:22 48:12 49:9 53:12 57:25 62:2 70:25 72:8 74:16 81:14 82:8,16 85:5 86:8,9 91:5 94:19 95:5,25 96:1 98:11 99:8 123:18 127:4,5 129:19 132:17,23 136:8,9 139:24 140:22 146:21,22 152:24 154:5 183:7 191:1 192:3,6 204:7,19 206:6,8 216:14 218:5,8,9 232:18 233:11

**corrected** 68:6,22 86:9

**correctly** 50:1

**corrects** 68:1

**correspondence** 6:7 50:19,24 244:16

**cost** 91:10,12 130:23,24 152:3 158:8 194:25 215:25 222:5



**costs** 91:15

**counsel** 5:12,25 7:20 17:9 21:24 22:21 24:23 25:1,9 27:20,24 28:1,24 31:2 39:11 43:14 44:21 48:5 50:8 55:1 56:19 57:15 58:1 59:20 62:4 62:3 65:8,24 67:17 68:12 69:3,17 70:14,21 74:4,6,24,25 75:3 91:13,17, 19 92:4,5,19 93:1 97:6 103:20 104:10 106:1,2 109:11 111:2,20 121:22 122:1 123:3,5,18 128:10,11,15,21 129:6 130:18 131:14 132:3 136:14 137:8 138:10 142:3,6 145:6,17 151:3, 23 152:1 157:8 168:14 181:16,20,24 190:1,15 193:15 200:18 201:19,23

203:8 205:8,14,15 209:17 210:8,14 211:16,20 212:18,22 213:7 215:22 216:6 220:23 227:11,12,13,14,15,18, 20,25 229:15,19 232:11,14,20 234:2 236:19 242:1 243:17 245:2

**counsel's** 61:3 68:1,6,22 99:6 100:19 112:3,10,19 115:16,23 116:6 119:13 121:19 135:8 137:19,24 141:6 142:25 150:7 166:4 188:1 195:4,8 198:14 222:9,16

**count** 19:8

**countries** 95:15

**couple** 53:9 62:2 161:11

**court** 5:10 10:20 11:1 13:8 15:4 47:25 49:6 54:21 56:15 59:19 65:3 67:10 92:12 161:5 171:15 180:12 199:25 233:23 236:15 241:22 243:13

**cover** 14:24 105:4

**covered** 107:1

**covers** 22:3 82:2 100:1

**create** 87:20,23 88:6 136:11,16 137:5 139:19 157:18 194:15 221:20

**created** 20:11 23:15 116:23 135:24 157:23 158:15 196:4,12,18 220:24 222:19 223:2,14 232:4

**creating** 193:13

**creation** 128:25 129:13,15

**criminal** 16:19

**cross-functional** 43:8 202:23 240:17,19 241:13

**crossing** 175:7

**current** 32:18,21 33:16 34:2 37:24 45:10

**customers** 213:16,18,22,24 214:5, 20 215:1,6,10,13

### D

**dance** 137:13

**Daniel** 5:25

**Daphne** 6:1

**data** 38:11 119:3 142:11 143:2,10 158:21 159:4 164:23 175:5 190:4 197:6 198:7 224:24 232:24 233:7

February 28, 2022

**date** 5:2 8:4 22:9,11 81:3 100:8,22 103:14 104:5 105:15 106:20 109:20 111:20 193:11 211:1

**dated** 62:7

**dates** 18:24 24:24 104:15,19 105:3 107:4,16 108:24 109:16,18 110:22 111:14



**day** 172:25

**day-to-day** 182:19

**DB360** 82:6

**DCM** 82:7

**deal** 101:21

**dealing** 191:5

**deals** 169:4,11,16,19

**December** 105:7 109:6 110:9 149:8 155:25 156:1,18,19 231:17,22,25

**decide** 16:1 174:23 175:9,12,25 177:2,6,18,25 188:12

**decided** 130:6 189:1

**decides** 111:21

**decision** 130:2 183:4,6

**decision-maker** 85:25 86:7,12

**decision-makers** 183:2

**decisioning** 177:14

**decisions** 78:19,22 86:2 125:20,22 126:8 166:13

**Decline** 140:20

**declined** 139:22

**declining** 55:3

**decrypt** 174:3



**defendant** 19:6,11

**defer** 14:18 52:2

**deferrals** 6:5

**deferred** 17:2,6

**defining** 41:21,24

**definitive** 130:5

**deliverables** 90:17

**delivered** 80:9

**demand** 9:13 13:3 14:9,11,16 15:12 16:9,16,23 48:6 49:24 51:6 52:12 56:20 59:25 61:11 65:9 66:17

**department** 5:16 7:7 16:18 17:10,11 33:4 38:9 76:20 77:1,5 78:5 81:21 94:11 217:18

**depending** 43:16

**depends** 36:4 211:17

**deposed** 19:16,18

**deposition** 5:4,7,21 7:11,18 8:17,21 9:5,6,8,10 11:2 15:24 16:3,18 18:9,19 19:5,16,24 20:4,5 21:2 22:18 23:1,11, 25 24:4,11,15,19,22 26:1,5,14 27:17, 20,21 28:2,11,19 29:3,8,19 30:5,15, 24 31:13,18,22 33:1 45:8,14 46:12 53:1,21 55:10,17 58:11,15,22 61:4 64:16 66:17 70:5,9 126:17 132:2 153:22 162:10,15 173:14 180:16 181:6 199:17 208:19 226:12 240:8 242:2 243:8,17 244:19 245:5

**depositions** 7:10 27:19 28:8

**describe** 36:2 41:18 77:18,21 90:12

**design** 213:16,23

**designate** 6:3 75:24 78:14

**designated** 9:9 19:18 58:22 90:5 92:1

**designating** 15:23

**designation** 6:12

**designee** 52:7 68:14,24 70:1 98:5,11 99:7,15,20 101:15 102:9 106:18 107:3,21 108:2,22 109:2 111:17 114:24 131:7,14 152:18 167:18 173:21 211:12

**detail** 14:18 194:6 206:5,7,19 207:11

**details** 136:22 197:3 214:13

**detangling** 91:20

**determination** 106:3

**determine** 92:19,23,25 126:19 129:24 132:2 133:23 153:22 174:4,6

**determined** 131:19

**development** 22:2 76:1,22 77:2,6 78:8 120:9

**device** 64:15



**dictating** 170:1

**difficult** 91:18,23 190:3 216:7 240:17

**digital** 169:4,16 180:1

**diligence** 188:18

**direct** 8:23 68:10 75:25 170:14 236:24

**directed** 76:13

**direction** 41:21,24 168:17

**directly** 35:3 36:25 37:1 169:1,20 174:7 178:8 213:25

**director** 22:2 32:19 37:8,9 43:13 84:5

**directors** 35:1,8

**disagree** 107:25

**disagreement** 137:11

**discernible** 132:6

**Dischler** 27:4 36:21,22 86:14,20,25 88:23 89:5 125:5 126:8

**Dischler's** 126:2

**disclose** 12:6

**disclosing** 206:19

**discovery** 50:18

**discrepancies** 20:21 61:19

**discretion** 179:4

**discuss** 7:24 8:16 61:17 62:20 101:1,2 130:17 141:14 151:20 161:24 163:21 166:23 172:5 199:6 211:22 212:7,15 213:5 214:5,19 222:21 229:17,23 237:22

**discussed** 18:11,15 20:7 34:9 91:15 97:19 100:3 163:8 184:17 213:10 241:12

**discussing** 8:6 11:24 204:22

**discussion** 12:9 15:19 16:4 24:23 39:7 89:14,21,23,24,25 107:24 132:12 146:15,17 175:22,23 176:2 179:3 237:15 238:7,9 240:8

**discussions** 17:16 25:10 41:8 130:20 212:4 238:15,21,24 239:5,12

**disentangled** 131:3

**display** 33:7 36:19 234:14,18,20 235:2,8,14,20 236:2

**dispute** 181:3 219:13 240:7 243:6 244:14

**disputes** 69:8

**distinct** 218:7

**distinction**  9:24 10:3 24:6 55:13 75:13 122:4

**distinguish**  122:2

**divesting**  112:22 113:2 140:12

**divestiture**  143:3

**divestitures**  112:14 113:16 114:12 115:11 140:3

**division**  5:17,18,19,20 7:7 33:4 48:5 56:19 59:24 65:8 67:16 81:24 82:1,5 146:7 234:3 242:25 244:6

**Division's**  66:16 99:3 180:9 240:2

**divisions**  82:5

**divulge**  206:8

**doc**  135:24

**docs**  24:7,8 124:2

**doctrine**  6:12,16 42:2,24 44:1 50:21 52:16 54:9 73:1,24 77:13 78:2 79:13, 15 80:22 81:16 84:11 100:11 102:23 104:9 105:22 107:10 111:11 115:14 119:7 122:24 135:5 137:15 139:23 140:7 143:22 144:17 145:3 147:5,18 149:20 150:5 152:13 160:24 162:22 164:13 165:22 167:14 180:4 183:17 186:3 187:4,21 195:17 196:23,24 197:12 198:11 201:12 206:2 208:5 224:19 225:11 226:8 237:10 239:21 242:14

**document**  15:12 23:13,15,18,20 47:24 51:18,22,25 52:19 53:13 54:5 62:24 64:2 65:6 80:4 120:24 122:6 123:24 124:1,2 126:7,22,24,25 128:25 129:13,14,15,16,18,21 135:23 161:6,11,16,19 163:12 167:22 168:1 171:21,25 172:25 173:5 179:21 198:21,23 199:3 234:7 236:17,20,25 240:4,15 242:1,3,17 243:1,5,16,18 244:13,17

**documents**  7:23 8:20,22 20:9,10 23:4,7,10,12,14,24 24:3,13 49:21 50:3,6 51:19,23 52:9 53:20,23,25 54:3,15 58:11 59:6,7,11 98:22 135:15,17 142:16 155:22 157:21 194:19 199:21 208:18 218:25 219:1,3 221:24

**documents'**  24:10

**DOJ**  13:4 17:24 50:19 57:16 60:18,25 65:25 71:3

**DOJ's**  6:7 50:23 71:10

**dollars**  91:11 130:25 131:1,20 152:4



**Doubleclick**  82:8

**downloading**  198:20 241:21

**DPA**  38:11 94:10

**DPC**  230:8

**draft**  135:10 157:15 194:12,14

**drafted**  69:10

**drafting**  156:4,17,18

**drive**  53:25

**dropped**  13:16



**due**  115:7 121:12 139:4

32:2,4 39:19,22 52:19 54:9 57:18 60:11 63:3 66:3,10 69:21 70:16 72:1,25 77:25 79:14 85:1 94:25 103:17 104:14 114:21 115:1 118:24 122:22 134:3,20 144:18 160:11 169:7 175:20 176:23 182:8 192:7 220:12 221:13 227:5 228:8 240:11 242:19 243:25



**duly**  7:2

---

**E**

**e-mail**  8:15 46:16,19,21,23 47:1,4,7, 10,13,19 67:16 89:14,21,24 171:25 172:1 203:19

**earlier**  7:5 20:19 31:2 34:8 37:19,21 39:23 44:21 56:25 92:16 102:11 104:12 114:10 149:11 150:20 176:16 193:14 202:8 212:15

**early**  28:20 60:5 65:13,14 123:21 129:11 156:2 193:12,24 201:1

**easier**  68:10

**easiest**  61:25

**easily**  131:2 132:6

**Eastern**  67:16

**eat**  197:21

**EC**  94:12 217:19

**ecosystem**  17:13

**Ed**  228:8 232:2

**educational**  46:13

**effect**  95:16

**effectively**  90:20 174:5 244:2

**efficiently**  142:3

**effort**  201:3 223:19 224:1,6

**electronically**  8:21

**Elmer**  5:22 13:21 14:22 15:10 24:25 25:11,17 39:14,18,22 40:15,20 41:3 42:1,22 43:24 44:8,14 48:6,16 49:16 50:16 51:16 52:13 54:7,18 55:11 56:20 57:6,9 58:2,6,17,24 59:25 60:8, 13,18 62:19,25 63:9,25 65:8,22 66:4, 7,13,23 67:17,19,20 68:8,18,20 69:1, 19 70:16 71:3,25 72:25 73:9,23 77:11,19,25 78:10 79:11 80:18,20 81:16,20 84:10,20 85:1,20 86:6 89:3 94:20 95:4 96:2 98:8,14 99:11 100:10,24 101:12 102:7 103:3,16 104:7 105:11,19 107:7,14,19 108:5, 19 109:19 110:7,24 111:7,14,16 112:15,24 113:3,7,11,17,19,22 114:14,19 115:1,12,19 116:4 117:22 118:5,9,18 119:6,11 121:8,16 122:22 133:19 134:1,17 135:3 136:20

137:12,20 138:1,6,12,14 139:13,21
140:4,13,19,24 141:3,13 142:14
143:5,13,20 144:15 145:1,13 147:3,
16 148:3 149:18 150:3,15 152:11
154:12,20 157:20,25 158:10,17,24
159:6 160:8,17,22 161:23 162:8,13,
20,25 163:4,20 164:11,19,25 165:6,
10,21 166:3,7,14,22 167:10,24
168:10 169:6 170:8,23 172:4,13,22
173:10,18 174:13,25 175:14 176:7,
14,23 177:11,20 178:15 179:8 180:2,
8 181:3 183:15 184:4,12,22 185:3,7,
12,17,22 186:1,12,23 187:2,16,20
188:10 191:7 192:2,7,11 194:17
195:2,15,24 196:6,15,21 197:9,16,20,
23 198:9 199:4,15,20,23 200:18
201:10 202:7 205:25 206:16 207:13,
20 208:3 209:3,16,23 210:6,13,17
212:1,4,10,19 217:2 218:2,5,7 219:9,
15 221:3,22 222:7,14,21 223:4 224:9,
17 225:2,9,14,19,23 226:2 227:3
228:11,21 229:20 231:5 233:1,16
234:2,6,19 235:3,9,15,22 236:3
237:7,20,22 238:13 239:6,13,19
240:7,11 242:12,19,21,23 243:6
244:12,14,22,23

**Elmer's** 44:16 53:5 67:2,24 69:12,23
74:1 98:19 152:14 158:4,11,18 159:1,
8 161:14 163:2 164:15 166:9,16
172:2 186:4 187:5 196:1 198:24
207:17 210:1 224:21 226:14 228:15
229:1 231:9 233:10 235:11,17,23
236:5 237:12 239:23

**else's** 25:25

**empathize** 204:13

**employed** 32:6 130:18 151:22
211:24 212:9,16 229:19

**employee** 41:14 93:3,8,14 117:20
118:22 120:20 131:8 136:11,16 137:4
139:18,19 152:17 157:18,23 189:22
194:15 216:1 221:20 229:25

**employees** 26:15 75:7 79:24,25
116:9,13 118:16 119:4 141:10 142:12
143:2,10 145:20 146:16,20 152:24
157:7 158:15,21 159:4 181:24 182:5
188:15 193:15 196:4,13,18 197:6
198:7 202:16 205:4,5 215:1,7 222:20
223:2,14 224:24 227:25 231:12
232:16,21,24

**employees'** 26:4

**empty** 13:17

**enable** 239:17

**enabling** 239:16

**encrypt** 173:25

**encrypted** 173:17,23 174:10 176:5,
12

**end** 16:5 28:21 90:19 129:22 130:3
172:25 189:10,13

**ended** 90:20,22 129:25 150:10

**ending** 171:23 198:22 236:21,25
243:19,22

**ends** 161:15 242:4

**engagement** 97:24

**engineer** 21:9 147:9 187:13 200:11

**engineering** 148:21,22,23 186:19
203:13 206:13,17 207:10,12

**engineers** 184:7

**enhancement** 214:4

**ensure** 42:13

**entangled** 152:7,10 216:10

**enter** 39:14

**entire** 6:3 27:20 69:2 76:2 241:10

**entirety** 57:2 70:5,25

**entitled** 102:3 136:21

**entity** 130:17 151:21 170:18 211:23
212:8,16

**entries** 132:4

**environment** 203:23



**errors** 68:5,21

**ESP** 174:22 175:5,8,11,21,23 239:11,
16,18

**establish** 173:6 228:13

**established** 51:7 228:22

**establishing** 228:24

**estate** 46:8

**estimate** 92:3 93:8,12,14,16,23
131:7,21 152:8,18,23 162:14 190:8
199:20 211:11 216:9 230:1

**European** 40:2

**evaluate** 165:15

**evaluated** 145:21

**evaluating** 164:17

**event** 89:9 129:12 165:17 188:24
189:12 211:5 244:9

**events** 89:11

**evidence** 142:21 158:25 159:7
197:10 198:12

**evolve** 149:13,16 189:6

**evolved** 155:22

**evolving** 157:2

**exact** 50:6

**examination** 7:3 201:1

**examine** 243:3 244:4

**exceeding** 239:7

**exceeds** 134:18

**excepting** 212:1

**exception** 15:17 67:25 104:17 154:3

**excerpt** 180:16,17,19

**exchange** 33:21

**excludes** 190:25

**executive** 37:11 203:2 204:1

**executives** 188:16

**exercise** 226:4

**exhibit** 9:14 13:9,10,13,20 14:7 15:5,
6 16:15,22,24 48:1,2 50:5 53:11
54:17 55:9,16,21 56:16,17 59:20,21
65:4,5,18 67:11,12,15 72:5 74:19
94:15 95:3 96:23 99:21 100:8,22
102:17 103:14 104:5 105:18 106:22
107:6 109:1,17 110:23 119:15,21
120:15,22 121:21 132:16 144:5
145:14,23 153:1,7 156:11 157:10
160:3 161:6,7 162:9 167:25 171:16,
17 172:23,24 180:13,14,15 181:10
189:4 190:20 191:4,21 192:21,25
193:19 199:16 200:1,2,3,17 201:18
205:1 217:12 226:22 227:24 232:10,
16,18 233:24,25 236:17,22 238:8
241:23,24,25 243:14,15

**Exhibits** 16:10,13

**existence** 225:24

**exists** 139:10,11

**expediency** 127:23

**experience** 19:5

**expertise** 244:1

**experts** 90:11

**explain** 81:25

**explanation** 93:22 203:24

**explicitly** 9:25 10:5,15 131:2

**extends** 10:21

**extensive** 193:15

**extent** 6:10 11:14 14:22 42:1,5,23 43:25 51:2,12 57:17,20 66:24 70:17, 18 72:1 73:2 77:12 78:1 79:12 80:20 85:21 91:24 94:21 98:14 99:12 102:2, 22 103:4,7,17 104:13 105:12,20 107:8 111:10 113:4 114:22 116:21 121:9 122:23 134:1,7,17 137:14 138:20,23 140:5 144:16 145:2 147:4 149:18 150:16 160:8 167:10,15 173:11 183:15 186:13 194:17,20 196:6 197:1,11 201:10 205:25 206:5 208:3 209:4 210:6 221:22 227:3 233:1

**external** 39:16

**externally** 35:11,13

---

**F**

**facilitate** 168:24 169:1

**facilitation** 215:3

**facing** 33:19

**fact** 10:1 57:21

**factoring** 130:14

**facts** 54:19 58:17 71:13 74:16 102:4, 5 108:11 116:18 117:8,23 118:10 142:21 150:16 158:25 159:7 197:10 198:12 219:10 229:21

**failed** 94:13

**fair** 109:25 216:15 219:14 243:9

**fairly** 18:10 69:14 75:13 105:13 208:22,24

**fall** 44:20 173:13

**falls** 127:23 146:4 174:19

**family** 8:16

**fault** 89:19 156:16 182:15 187:10

**feature** 163:7 173:24 174:11,23 175:11 176:5,12 177:9 201:2 214:21 239:11,18

**features** 166:21 167:9 168:9,15 170:7 173:7,11,13 177:16 214:8,10, 18

**Feb** 8:5 29:5 62:7 71:20

**February** 5:2 22:10 28:20 29:12 30:8,23 31:18 60:5 62:2,12 63:10 65:13,14,16,19 67:17 69:18 102:18 119:21 150:10,19,23 157:3,4 181:12 188:23 200:18 217:13 226:23 229:13 231:19 232:4,8,13,22 234:3

**Federal** 19:20

**feel** 40:1 54:24 112:5

**feeling** 241:2

**fees** 91:13,17 216:6

**fields** 214:13

**figure** 241:8

**file** 49:18 144:6

**final** 90:21,22,23 94:4 157:3,12 194:14 219:5,7 232:17

**finalized** 135:11,16,18 157:16 194:13

**finance** 43:6,11,13 84:5 85:9 90:2 203:13

**financial** 42:18 43:4,6,20 44:4 83:7 119:4 136:12,17 137:5 139:20 141:9 142:13 157:18,23 158:15,22 194:16 197:7 221:20 224:25

**find** 61:18 62:6 93:17 96:19

**finding** 42:12

**findings** 101:23

**finds** 150:21

**fine** 39:19 41:9 81:19 86:10 96:15 98:25 108:3,15 110:15 115:21 138:17,25 139:9 197:19,22

**finish** 11:4 114:9

**finished** 11:23 161:18

**fireside** 35:20,23

**firm** 6:1

**fit** 33:24 99:6

**floor** 177:3 178:5

**flow** 34:1

**flows** 34:10

**folks** 88:18,21 89:7

**follow** 44:16 53:5 54:11 67:1,23 69:12,22 74:1 77:14 100:18 112:18 115:15,23 116:5 119:12 121:18 135:7 138:21 141:5 142:25 143:8,16,25 150:6 152:14 158:4,11,18 159:1,8

**160:25 163:2 164:14,20 165:1 166:4, 8,15 180:5 186:4 187:5 195:18,25 198:14 201:14 210:1 222:8,15 224:21 225:15,20 226:14 231:8 234:24 235:4,10,16,23 236:4 237:12 239:23

**forecast** 136:12,17 137:5 139:20 157:19,24 194:16 221:21

**form** 8:9 43:24 70:22 93:7,13 94:17 96:17 98:8 105:11 117:22 118:5,9 124:1 150:15 158:25 159:7 161:17 177:20 191:7 197:9 198:12,24 219:9 225:3 229:20

**formal** 32:20 46:10 126:22

**format** 80:3

**forward** 14:5 137:3 138:18 203:18

**found** 194:11

**fourth** 27:7 30:4 75:6,21 204:25

**fraction** 131:4

**frame** 28:21 79:22 124:7 156:2 176:16

**frames** 20:15 90:17

**frameworks** 179:12

**France** 213:15

**free** 40:1

**French** 201:7 211:6 216:25 217:16

**Freshfields** 5:23 6:1 50:23 52:5,16, 20 69:10

**Freshfields'** 57:13

**Friday** 22:10 67:17

**friend** 46:8

**front** 8:2,8 13:12,13 14:7 15:8,9 39:24 47:24 52:1 59:18 65:2 67:9,13 70:4 72:8 74:21 144:7 160:4 161:9 171:19 181:11 198:19 200:19 226:24 233:22 234:4,5 241:20

**full** 11:14 12:25 31:22 57:20 62:4 66:13 69:10 74:24 75:2,6 93:10 201:18,22,23 202:4,14,15 227:24 234:14 237:3

**functions** 241:1

**fund** 34:20 35:1,8,10,15

**funded** 35:13

**funding** 35:9,10

**future** 100:6 234:14,18,20 235:2,8,

www.LexitasLegal.com/Premier
Lexitas
888-267-1200   Index: explanation–future

14,20 236:2 237:15 238:7,14,20
239:5,11

## G



**Garamond** 6:6

**garble** 99:16

**garbled** 84:21 98:9

**gave** 78:3 79:17 90:24 110:6 221:9
224:3

**GDPR** 38:8 42:11 227:8 231:3

**general** 17:12 35:2,21 36:18 39:21
42:14 82:21 94:4 109:23 116:16
117:3 120:16,20 146:4 188:6 203:13
207:10,12 209:17 214:1 233:6

**generally** 83:3 170:12,15 193:2
203:21 224:14



**give** 8:22 10:22 35:14 43:10 79:19
80:6 82:20 91:12 93:16 110:3 147:3
152:8 161:20 168:10 169:6 170:8
213:25 238:18

**giving** 12:25

**glad** 221:8



**global** 34:17,19,20 35:15 89:11

**globally** 134:6

**goal** 72:20 144:25 160:15

**goals** 228:13

**good** 5:1,15 7:5 20:24 74:13 93:17
163:10 172:6 199:8 214:4



**GOOG-DOJ-AT-00030150** 198:22

**GOOG-DOJ-AT-00205841** 171:22
236:21

**GOOG-DOJ-AT-0030150** 243:19

**GOOG-DOJ-AT-00660900** 161:15
242:4

**GOOG-DOJ-AT-00660904** 161:16

**Google** 5:5,23,25 9:20,24 17:24
18:12,16 20:1 33:23 34:9,21 35:22
45:12,16 47:19 75:3,7 76:21 79:24,25
81:22 82:4 85:8 89:1,7 101:24 105:8
114:16,18 118:22 121:25 128:14,18,
21 129:6 146:20 147:23 151:3,14
153:3,9 157:7,8 166:20 167:8 168:8,
23 170:2,6 171:7 173:7 177:15 180:9
181:20,24 182:5 201:23 202:16 205:8
213:5,7 227:25 232:14,16

**Google's** 70:24 71:17,18,19 120:9
123:18 144:23 151:8 174:8 190:15
211:16,20 229:15

**Gotcha** 34:14

**government** 39:2 94:17 96:4,7,16,
22 100:7,14,21 101:16 102:13,20
103:13 104:4 111:21 132:10,14
153:2,8,22 154:3,16,22 155:2,6
190:22 192:4 217:14,21 218:8,12

**governmental** 94:6

**grants** 35:14

**great** 8:12 9:3 10:18 11:1,21 12:5
14:9 16:8 36:5 39:1 45:20 46:16
48:25 81:20 93:18 200:22 213:13



**ground** 8:25 9:5 12:15

**group** 22:16 29:14,21 30:11,19 37:10
75:18 90:3 127:25 193:14,19,21,25
208:17 231:18

**groups** 240:16 241:14

**growing** 106:6

**guess** 48:19 53:9 81:4 86:3 91:24
105:23 134:22 135:15 165:9 216:3
233:6

**guidance** 83:7 148:6,8,10 184:13,14
185:4,9,13 209:8,11,19,20

**guys** 71:7 136:21

**GVC** 80:5

## H

**H-S-I-A-O** 27:7

**half** 21:19 211:18 215:23

**hand** 8:11

**handling** 91:21

**happen** 193:3 204:11,14

**happened** 42:10 124:21

**happening** 88:20 168:20 171:20

**happy** 44:13 58:4 74:8,17 168:5

**harass** 111:8

**harassing** 110:12 138:7

**hard** 72:7 91:12 131:16 152:5,8
163:11 165:9,15 216:9



**header** 201:1 214:2,9,11,15,16,22
215:2,4

**headers** 171:8

**heading** 74:20 193:18

**hear** 172:13

**held** 32:25 33:8,13 45:9,12,15,16

**helped** 17:21 27:24 208:19 220:5

**helpful** 36:9 55:7 56:9 96:14 182:4
203:25 212:13 217:10

**helps** 74:8

**hesitation** 14:17

**Hey** 203:16 219:15 241:7

**high-level** 148:6,8,10

**higher** 178:5

**highly** 6:3

**Hold** 60:12 172:15

**honest** 12:25

**hope** 241:12

**host** 89:11

**hour** 21:19 24:20 44:9

**hours** 28:10 29:17 30:3,13 91:11
93:3,9,15,24 130:25 131:4,8 152:4,
17,22 189:22 216:1,4 229:25

**housekeeping** 7:9



**hundreds** 208:23

**I**

**ICO** 38:7 94:10 230:8

**ID** 168:23

**identical** 78:3

**identified** 22:16 27:23 49:25 50:7
161:12 172:2 193:20 198:24

**identify** 5:12 27:24 101:15 127:22

**identifying** 50:3

**identities** 102:13 215:13

**imagine** 204:4 216:11

**immediately** 8:11

**impact** 83:7 132:19 227:8

**implement** 166:6 176:12

**implemented** 176:5 179:6

**implications** 73:10,20 241:9

**important** 202:19 204:15

**importantly** 52:15

**impossible** 93:5,19 183:5

**impressions** 178:20

**improper** 6:10 52:14,24 69:2 107:9,
13 237:8

**in-counsel** 220:18

**in-house** 5:24 21:24 22:21 43:14
75:3 104:10 122:1 123:18 128:14,18,
21 129:6 151:8,14 157:8 181:20,24
201:23 205:8,14,15 211:16 227:11,25
229:15 232:14,20

**inappropriate** 244:7,9

**inappropriately** 243:1

**inaudible** 223:20

**Incidentally** 28:3

**include** 38:21 60:23 68:11 94:21
153:11 157:8 183:1 193:19

**included** 15:1 62:11 79:24 96:23
117:15 123:18 126:21 146:21 203:2
204:2 214:9,11 217:8 232:15,16

**includes** 95:5 188:7

**including** 45:16 51:19 57:3 61:1
82:4 95:15 106:9 160:2 184:8 214:2

**incorporate** 116:8,12 141:8 158:14
196:3,12 222:19 223:1

**incorporated** 9:14,17 116:19
117:12,20 118:3,17 196:19 223:13
224:11,16

**incorrect** 86:13

**increase** 106:8

**indications** 141:25

**individual** 51:1 57:12,18 60:10 66:3,
9 72:1 91:14 98:17 102:22 103:18
130:17 151:21 167:19,22 168:11,14
169:8 211:23 212:8,16 217:4 239:8,
14

**individual's** 75:22

**individually** 99:13

**individuals** 18:25 20:8,25 21:1
22:25 26:15 37:7 88:22,24 89:3 93:19
193:17,20 194:2 232:12

**industry** 34:21 116:15,24 117:3,5
120:21 170:17

**inform** 9:25 10:5 72:22

**information** 16:17 23:14,17,19 25:8,
16,18,20 26:3 42:6 43:11 49:17,19
55:15 62:3,11 66:16 67:21 69:16
70:13,21 72:21 75:19 77:17,21 78:20
112:9 127:2 137:14,18,23 138:3
139:2,8,10,11,13,14 140:6 142:16
174:3,7,17,18 176:1 177:6 183:16
190:7 206:8,20 209:10 210:11
214:14,17 221:9 223:24 228:15 229:1

**informative** 93:18

**informed** 153:13 203:15

**initial** 8:25 128:25 146:1 154:15
157:22 223:19 224:1,6

**initiate** 88:16 98:7,13 99:9,22 101:16
102:10 122:12,14 132:15 135:1
153:23 154:4 155:4,9 190:23 191:6,
17 217:23 218:13

**initiated** 88:14 95:10 96:24 97:3,16
122:10 134:15 146:11,14 154:10,18
191:22 192:21 193:1

**initiating** 132:11 218:1

**initiation** 95:24 217:15

**initiative** 34:18,19,20

**initiatives** 35:2

**input** 43:7

**inquire** 18:24

**inquiries** 244:2

**inquiring** 17:24

**inquiry** 180:10

**inside** 35:2 151:3 215:22

**insist** 61:2

**insisted** 60:20 71:5

**insistence** 71:11

**instance** 244:8

**instruct** 25:12 42:3,22 52:22 57:9
66:23 67:21 73:24 77:11 78:2 79:11
84:10 89:25 100:12 105:20 108:14
110:18 111:9 112:15 113:3 115:12,19
121:8 122:22 135:5 137:2,13 138:7
140:4 142:15 143:23 144:15 147:5
149:20 150:3 152:11 158:2 160:10,22
162:20 164:11 165:17,21 167:12,17
180:2 186:1 187:2,22 195:15 196:8,
25 197:10 198:9 201:11 206:3 208:6
209:3,25 221:24 224:18 225:9 227:5
231:6 233:3 234:19 237:7,10 239:19
242:12

**instructed** 44:14 90:2

**instructing** 115:4 119:10 142:18
237:21

**instruction** 25:15 28:1 44:8,17 53:5
54:8,12 67:2,24 69:13,20,23 73:9
74:2 77:15,25 78:10 80:18,19 85:1,20
100:19,24 103:17 107:18 112:19,24
113:7,17,19 115:16,23 116:4,6
119:13 121:16,19 135:8 137:19,24
140:13,19 141:4,6 142:25 143:5,8,13,
16 144:1 145:1 147:4,16 148:3 150:7
152:15 158:5,10,12,17,19,24 159:2,6,
9 160:17 161:1 163:2,5,20 164:15,19,
21,25 165:2,6,25 166:3,7,9,14,16
170:24 180:6 185:3,7,12,17,22 186:5
187:6 188:1 195:2,19,24 196:1,21
198:14 201:15 206:16 207:13,18
209:16,23 210:2,13 222:7,9,14,16
224:22 225:2,14,16,19,21 226:14
228:16,21 231:9 233:11,16 234:24
235:3,5,9,11,15,17,22,24 236:3,5
237:13 239:24

**instructions** 99:6 195:4,9 229:2

**instructs** 11:25 39:12 137:8

**integral** 24:6

**integration** 215:4

**intend** 70:7

**intended** 203:8

**intending** 62:23

interact 120:13

interacts 120:17

interest 45:23

interested 214:2

interfaced 120:10

interject 51:17 94:20

intermediary 169:21

internal 35:1,8 39:3 101:24 109:11
119:20

internally 35:11 93:6 152:5

interrupt 115:2

interrupting 83:9

intertwined 216:8

intervals 12:9

interviews 18:22 31:1

introduce 9:13

introduced 16:24

introducing 173:5

introduction 20:24

invade 6:10 43:25 78:1 79:4,12,15
82:22 111:10 114:22 121:9 122:23
144:16 145:3 149:19 165:22 167:13,
20 196:24 197:12 209:5 224:19 226:7
228:12 233:2 237:9

invades 42:2,23 50:20 52:14,15 54:9
70:18 77:12 84:11 104:9 105:21
107:9 111:18 112:16 113:4 115:13
135:4 140:6 147:4 152:12 160:9,23
162:21 164:12 180:3 183:17 186:2
187:3 195:16 198:10 201:12 209:24
225:10 239:20 242:13

invading 70:19 72:21 73:1,24 80:21
85:21 100:11 104:8,14 119:6 122:25
143:21 144:18 147:7,17 148:4 149:21
150:4 160:12 183:20 184:5 186:13
187:21 194:21 196:7,22 197:3 206:1
208:4 209:6 210:7 227:4 231:6 233:4
237:18

inventory 174:24 175:7,9,13,24
177:19 178:1

investigate 179:10 189:1

investigating 17:10,12 38:24,25
39:3,19 102:14

investigation 13:4 17:21 18:7,12,15
38:4,8,14,20,24 39:3,4,16 41:15
43:22 66:15,21 94:7 106:10 110:23

111:21 149:23 153:11 154:4 191:17,
23 201:4,5 211:6

investigations 20:16 40:3 94:17
95:7,8,23 96:5,8,17,22,25 97:19,22
100:7,15,21 101:16 102:20 103:13
104:4,18,20,25 105:17 106:6,21
107:6 108:25 109:17 130:12 132:10,
15 150:22 153:2,8,22,25 154:3,7,16,
22 155:2,6 189:3 190:22 191:3,16,21
192:4,20,25 217:14,22 218:8,12
230:4,6,9

investigative 9:13 13:3 14:9,11,15
15:12 16:9,16,23 39:11 41:19 44:6
48:6 49:24 51:6 52:12 56:20 59:25
61:11 65:9 66:17

investment 117:2

investor 45:21

involve 147:15 193:16 215:21 237:4

involved 19:25 20:12,14 31:2 43:14
57:19,21 74:4 95:23,24 128:24 145:7
146:16 151:15 181:17,20,25 188:16
204:9 209:18 217:7 221:19 227:20
232:21 241:4

involvement 18:25 120:2 128:6

involves 219:2

IP 20:1 40:11,13

Irish 38:11 94:10 230:8 

issue 62:20 64:20 101:2 102:15
108:12 141:14 142:3,8 161:24 163:22
166:23 172:5 199:6 222:22 237:23

issued 13:3 14:10 66:18

issues 7:11,14 88:19 91:19 204:10
216:8

item 214:14

items 68:15 95:20

### J

January 16:6 28:21 156:2,18,19
231:19 232:4,7,13,22

January/february 231:18



job 21:7,25 22:1 32:18,21,25 33:16

34:2,9,13 35:18 36:11 37:21,25 79:2,
6 82:18,25 83:4,6,14 84:2,15,24 85:8
88:9 122:16 125:13,17 126:2,11
127:6,16 146:2,23 147:11 148:1,25
183:9,23 184:2,20 185:5,15 186:7,17
187:11 188:4 206:11,22 207:8,22
209:1,14 210:4,11 228:9

jobs 45:16 91:5



join 5:21

joined 5:18

joining 45:15



journalism 34:21 35:15

journalists 35:14



judgments 142:1

 242:16

Julie 5:22 13:19 40:17 48:16,23 52:2
57:6 66:4 84:22 197:19 202:12

Julie's 58:19

June 189:11 193:12,24 194:3

justice 5:16 7:7 16:18 17:9,11 38:9
94:11 217:18

### K



keeping 72:5

Kent 204:4

key 85:24 86:7,12 183:2

kind 81:9

**kinds** 84:9



**knew** 153:18

**knowing** 165:16

**knowledge** 9:22 11:15,18 22:5 29:2 43:19 49:14 62:4 130:11 150:20 174:8 188:18 204:20 213:5 242:17

**knowledgeable** 215:12



## L



**Lafond** 5:9

**laid** 12:17 200:24

**large** 75:13 189:21

**larger** 75:18 216:11,13 231:18



**lastly** 88:3 188:3 210:4 236:1

**late** 33:12 81:4 87:1 91:3,8 245:2

**latest** 219:25

**launches** 208:24

**launching** 219:1

**law** 5:25 102:5

**lawsuit** 19:7,12 40:6,16,19,25 41:1,6

**lawsuits** 41:5 218:3

**lawyer** 7:18 11:25 19:22 41:10 54:14 89:1 106:11 109:10

**lawyers** 14:19 88:24 106:2 109:14 145:20 182:14,16 211:24 212:9

**Lazard** 117:2 118:3,21 120:10,12,14, 19 130:21

**Lazard's** 117:18 120:2

**Lazarus** 88:15 89:18,20 123:7 124:13 128:13 135:25 146:13,18 149:10 209:21

**Lazarus'** 124:15 151:5 209:14

**lead** 75:25 90:1,4,10,13 111:22 183:11,23 200:11 220:12

**leader** 186:19

**leaders** 106:3 109:12

**leadership** 72:22 148:11,16 182:13, 20,23 183:22 184:15,16,17,18 185:9, 14 202:23 203:2 204:2 205:11,16 209:8,11,18 240:23

**leads** 207:24

**learned** 17:8

**led** 155:18

**legal** 22:16 31:22 41:12 43:7 48:19 76:14 109:23 123:3,5,20,23 124:4,18, 19,25 125:4 135:19,22 138:15 142:1, 8 151:7,9 153:14,19,24 203:14 204:15,18 209:8,10 213:7 215:22 216:16 227:7,10 228:4,17 232:10 241:5,7

**legalese** 51:21

**length** 190:12

**letter** 8:3,4 39:23 48:4,8,9,12,14,15, 18 49:13,15,17 50:4 51:5,9 52:16,18 56:18,22,24 57:2,5,6,8,25 58:10,15, 21 59:6,23 60:2,4,7,14 61:9,14,15,20 62:1,6,10,12,16 63:6,10,13 65:7,10, 12,15,17,21 66:2,4,6,12,14,22 67:14, 19 68:1 69:5,18,25 70:4,7,15,23 71:1, 8,17,18,20,24 72:7 74:7,9,10,15 86:6, 13 96:3,8 102:18 104:16 119:21 133:21 161:14 163:12 172:3 181:12 198:25 200:18 217:13 226:23 234:1

**letters** 17:16 20:15 57:13,15 60:19, 25 65:24 68:2,6,12,16,22 69:10 71:4

**level** 32:21,24 33:9,11,13 240:22



**Lexitas** 5:11

**light** 188:13 241:13

**likelihood** 106:7

**limited** 111:3

**Lin** 6:1

**lines** 243:24



**list** 38:22 39:25 51:19 52:9 54:1,15 55:18,24 56:8 59:8,10 74:23,24 75:3, 7,15 79:24 94:15,16,21 95:17,20,22 96:3,7,19,23 100:2,3 121:22,25 125:12 127:21 132:14 133:9,23 134:8 153:2,4,8,25 154:2 181:16,19,23 188:3,12 190:22 191:4,16,24,25 192:1,3 193:15 201:19,23 202:4,15 227:24 228:3,5

**listed** 17:5 38:17,19 50:3 53:20,23 55:19 59:6,7 69:4 80:1 95:3 97:20 99:21 100:8,22 103:13 104:4 105:18 106:21 107:6 108:25 109:17 110:23 114:15 117:11 118:15 123:17 128:14, 22 129:3,7 132:16,18,21 133:5,6,20 145:8,18,22 146:20 151:11 155:2,6 157:7,9 163:12,16 164:7 188:16 189:7 191:21 192:20,25 193:17 194:10 217:14,22 218:13 220:18 232:16

**listened** 55:6 78:18 83:16 85:14 86:16 87:8,19 88:5

**listener** 82:12

**listening** 87:25

**listing** 58:10

**literally** 60:15

**litigation** 38:4,14,16,20,21 39:16 40:5,11,12,14 41:3,16,19 43:23 44:7 91:22 94:7,22,23 95:4,9,23 96:5,9,11 97:23 99:24,25 100:9,23 101:15 102:9 103:15 104:6,23 105:8,17 106:13,20 107:5,17 108:25 109:5,16 110:10,22 111:15,22 121:13 132:25 133:3,4,6,13,16,17 134:5,10 144:22 154:8,9,10,17,18,23 155:3 160:18 183:24,25 191:5,15,19,20,24 192:1,3, 5,20,24 217:25 218:12 230:12,14,25

**litigations** 94:17 97:3,16,18 98:2,6, 11 99:8,17,20,23 100:3 133:24 155:7



**live** 71:5

**load** 47:22 241:18

**located** 32:8

**log** 49:20 50:20 52:21 53:24 136:24

**logic** 168:19 177:14

**logs** 98:21

**long** 18:5 21:18 22:13 24:18 28:7 29:6,15 30:1,12,20 31:15 33:8,13 61:22 162:11 238:25

**longer** 8:22 95:18

**looked** 20:9,10 130:5 131:18 132:6 149:25 150:2

**loop** 215:17

**lost** 178:22

**lot** 14:18 51:21 61:18 69:8 91:20 113:11 131:16 134:5 161:20 211:10 216:12,16 223:18 224:5 241:2

**loudly** 11:3

**lunch** 113:24,25

**luncheon** 114:5

---

### M



**Macneil** 5:20

**made** 59:11 68:5,21 71:7 75:14,18 78:22 86:3 101:23 102:11 103:9 104:12 106:13 122:5 125:22 202:1,25 213:19 219:5,7,25 220:3 231:16,17 240:4 244:18

**maintain** 173:10

**majority** 34:22 157:14 189:21

**make** 7:12 12:1 14:19 20:20 34:11 38:22 39:25 46:8 58:7 59:4 62:8 64:14 71:15 74:16 75:11 78:19 93:25 94:16 99:2 103:1,7 119:25 120:19 124:3,6 125:20 126:8 130:2 141:24 142:4 147:1 156:9 173:4 174:11 176:17 177:10 187:19 203:17

**makes** 36:5

**making** 54:25 233:13

**manage** 36:5 50:18,19

**management** 32:19 37:8,9,10,18 88:18,21 89:7 124:24 125:4 203:13 206:4

**manager** 36:5,18 37:10 76:8 82:7,8 85:9 109:23 146:4 147:20,22,24

149:3 183:12 185:18 188:6 205:22 214:9,11,22 220:6

**managers** 35:21,25 36:1

**mapping** 98:3

**Mara** 5:24 48:22,24 57:19

**March** 123:22 125:9 129:11

**mark** 13:8 15:4 48:1 56:16 59:20 65:4 67:11 161:5 171:15 180:12 233:24 236:16 241:23 243:13

**marked** 13:10 14:7 15:6 48:2 56:17 59:21 65:5,18 67:12,15 161:7 171:17 180:14 189:12 200:1,3 233:25 236:22 241:24 243:15

**market** 184:25

**marketplace** 33:25 42:15

**Markets** 38:9



**materializing** 134:8

**materially** 24:7 87:5 95:1,2,20 133:9 153:15

**materials** 94:1

**matter** 5:5 14:20 19:1 20:1 33:1 36:3 37:15 43:17 64:12 90:11 111:22 121:6 142:1 144:13 160:6 200:22 202:21 227:1 244:18

**matter's** 18:10

**matters** 7:10 16:25 17:4 38:4,14,20 39:11,17 40:6,12 41:16,20 43:23 44:7 95:9,12,14 203:21

**MDL** 40:20,24,25 41:2 94:22 95:4

**meaning** 19:12 126:6 218:25

**means** 23:23 126:25 170:12

**meant** 202:10,13

**measure** 152:5

**medication** 12:20

**medium** 190:5,9

**medium-sized** 208:17

**meet** 7:20 18:18 21:13 22:7,9,11 28:12,22 31:15

**meeting** 21:18,20 22:13,15,22 23:3 28:23 29:1,7,9,11,13,16,18,24 30:2,4, 10,12,14,18,20 93:21 229:8,11 234:15

**meetings** 30:22,25 31:12,17 130:8 150:25 151:2 189:16,19 190:11,13 211:7,12,15,19 215:19,21 229:5,15

**Melinda** 5:10

**member** 45:20 46:2 75:15

**members** 8:16 43:8 91:14 127:22 128:8

**mention** 40:24

**mentioned** 31:2 39:23 40:7 47:14 80:13 92:15 106:23 130:13 136:5 237:16 238:8

**mere** 142:2

**merged** 150:13

**mess** 49:4

**met** 22:8 28:19 31:3,14

**metadata** 20:10 23:20 24:10 53:22

**Metta** 6:5

**Mexico** 39:21

**mid/late** 156:1

**middle** 49:16



**mind** 153:16

**mindful** 228:12

**minute** 97:6 103:20 161:21 186:9 212:21

**minutes** 22:14 29:9 30:21 31:16 197:20

**mischaracterization** 118:19,21

**mischaracterized** 105:12

**mischaracterizing** 117:23 118:10

**misconstrues** 58:18

**misconstruing** 54:19

**misleading** 71:13 118:11 142:22 150:16 175:18

**missing** 105:14 157:12

**mistake** 62:13 64:21,23

**mistaken** 17:23 64:19

**model** 158:7 194:25 222:4





**moment** 199:15

www.LexitasLegal.com/Premier
Lexitas
888-267-1200   Index: located–moment

**Momentarily** 199:23

**Monday** 121:1,3,7,23 122:1,10,12,
14,17,21 125:14,18,21,23,25 126:3,9,
12,14,20 127:3,7,11,17 128:12,15,23
129:8,10,12,22,25 130:3,9,17,20,25
131:8,15 132:3,11 133:7,14 134:15
135:2,11 136:12,17 137:5 139:20
140:2,11,17,25 141:8 142:13 143:4,
12,19 147:12 235:1

**money** 46:8 92:25 216:17

**month** 15:25 16:5 57:1 211:1

**months** 51:10 71:11 180:24

**morning** 5:1,15 7:5 31:14,19

**morphed** 201:3



**motion** 180:23

**Mountain** 32:9

**move** 14:5 58:8 61:4 64:1,12 72:4,10
108:4,20 110:2 111:6 112:1 137:3,9
138:8,18 142:2,11 166:18 173:9
181:9 200:5 203:18 221:3 237:5
239:4

**moved** 80:24

**moving** 176:17

**muddled** 96:6

**Multi-district** 41:3

**muted** 188:21

---

**N**



**Najafi** 5:19

**Nakamura** 5:15,16 7:4,6 13:6,11,19,
22 14:4 15:2,7 25:5,14,19,21 40:5,17,
18,22,23 41:4 42:17 43:3 44:3,11,16,
25 45:6 47:21,23,25 48:4 50:10 51:3
52:6 53:2,4,14,18 54:11,21 55:6,14
56:10,12,15,18 57:22 58:5,9,19 59:2,
15,17,19,23 60:12 61:6,8 62:22 63:5,
12,16,19,23 64:3,10,11,24 65:1,3,7
66:5,12 67:1,6,8,10,14,23 68:17,19
69:11,22 70:22 71:16 72:4 73:6,12
74:1 77:14,20 78:5,12 79:19 81:2,17,
21 84:14,22,23 85:3,24 89:5 92:12,18
95:2 96:15,16 97:8,15 98:10,18 99:5,
19 100:16,17 101:4,18 102:25 103:6,
12,21 104:2,3 105:2,15 106:15
107:14,25 108:14,21 110:1,13,20,25
111:2,12 112:2,18,25 113:6,14,18
114:1,8,17 115:9,15,21,22 116:5
118:1,7,14 119:2,9,12 121:14,18
123:5 133:22 134:14,25 135:7 137:1,
4,17,22 138:3,10,14 139:1,17,24
140:8,14,21,25 141:5,16,22 142:23,
24 143:7,15,25 144:21 145:6,16
147:10,21 148:7 150:1,6,24 152:14
154:15 155:1 157:22 158:4,11,18
159:1,8,12,19 160:15,19,25 161:3,8,
25 162:7,11,16,17,24 163:1,10,15,23
164:4,14,20 165:1,9,19,25 166:5,8,
15,24 167:6 168:6,13 169:2,13
170:19 171:12,13,18 172:6,15 173:2,
15,16,22 174:22 175:10 176:4,11,20
177:8,17 178:12 179:6,17,18,23
180:5,8,15 181:7,9 184:1,10,14
185:1,5,10,15,20,24 186:4,16,25
187:5,18,24 188:15 191:9 192:6,13,
19 194:24 195:3,18,25 196:11,17
197:5,15,18,22,24 198:5,13,16,18,20
199:2,8,19,24 200:4 201:14 202:12,
14 206:6,18 207:8,15,22 208:9 209:9,
20 210:1,10,15,20,22 212:3,6,14,23
213:4 217:10 218:4,6,9,11 219:14,17,
24 221:5,8 222:3,8,15,23,25 223:5,11
224:15,20,21 225:4,12,15,20,23
226:13 227:9 228:14,24 229:22
230:18,24 231:8 233:9,18,19,21,23
234:1,12,23 235:4,10,16,23 236:4,8,
15,23 237:12,20,24 238:6,18,20
239:10,16,22,23 240:1,9,13 241:17,
19,21,25 242:6,15,21,24 243:9,16
244:20,24

**Nakamura's** 168:2

**named** 19:11

**names** 20:25 21:4 26:15 31:25 32:3
33:20 37:3 39:15,18 40:9 48:24,25
49:1,5,25 50:6 55:19,23 56:1,2,3,6
82:5 113:20 115:10 117:14 134:25
203:2 204:1 221:6 223:21 224:15

**narrowly** 234:13

**nature** 104:24

**necessarily** 202:23 203:15

**needed** 7:18 68:5,21 98:3 175:21

**network** 170:12,16 171:5,6,11

**network-like** 169:5,17 170:7,21
171:4 173:7

**news** 34:17,19,20

**next-step** 178:10



**nicknames** 32:3



**nod** 11:8

**non-counsel** 213:14

**non-features** 176:19

**non-finalized** 135:23

**non-google** 47:18

**non-programmatic** 179:25 180:21

**nonanswers** 103:1

**nonlawyer** 205:5 216:18,20

**nonlawyers** 49:12 182:14

**nonprivileged** 108:10

**nonwork** 108:11

**normal** 116:17

**note** 6:4 52:18 96:2 105:1 130:14
131:2 173:4 179:18 182:1 202:19
203:1 205:6 241:22 242:25 243:23

**noted** 24:7,24 51:23 59:12 95:4
131:5 183:21 189:3

**notes** 7:23 8:1,9 24:21 25:4

**notice** 64:12 102:4 108:1 173:9,14,
19

**notify** 15:22

**noting** 15:21

**notion** 113:19

**November** 6:8 56:19 161:14 163:12
172:2 198:25

**number** 17:15 20:6,9,18 32:10,15
38:7 40:10 53:24 92:17 93:14 97:24
104:24 119:20 131:8 152:7 170:17
211:12 216:1 219:2

**numbers** 49:20

**numerically** 218:24

**numerous** 20:16

---

**O**

**oath** 10:19



**object** 6:9 11:21 14:22 43:24,25



50:16,25 52:13 57:11 67:20 69:1
70:17 71:12,25 73:23 77:11 98:8,14
100:10 104:7 105:11 114:19 117:22
118:5,9,18,20 119:6 134:1,17 135:3
136:15 142:14 143:20 150:15 158:25
159:6 175:17 177:20 183:15 191:7
194:17 197:9 198:12 209:3 212:10
219:9 225:2 229:20 231:5 234:6
239:6

**objecting** 142:20

**objection** 11:22,24 25:11 39:15 51:4
54:7,18 55:11 58:17,20,24 60:8,14
62:19 65:22 66:7,8 69:19 71:3 77:19
81:18 99:1,11 101:13 102:11,21
103:16 104:12 105:19 107:8 108:18
110:24 111:8 141:3 143:6,14 154:21
165:13,15 170:23 173:11 175:1,15
176:8,14,23 177:11,21 178:15 179:8
212:19 239:13

**objections** 111:3 142:4

**objectives** 72:23 73:4,7,13,16,17,18
160:20 162:18 163:15,18 164:6,9
201:8

**objects** 39:11

**obnoxious** 139:6

**occasionally** 120:18

**occur** 29:19 30:5 130:20 229:8,11

**occurred** 130:9 145:5 150:25 189:16
190:14 215:20 229:5 234:15,18
238:22 244:7

**occurrence** 189:12

**October** 33:15 48:5 65:8 68:7,23
79:21 80:17 85:16 87:2,4 90:25 91:3
176:15 229:10

**offer** 58:6 106:19 107:4 108:23
109:2,3

**office** 32:8,10

**officer** 204:16,18

**official** 70:24 71:17,18

████████ ████

████████ ████

**on-site** 36:6

**one-page** 242:17

**ongoing** 8:17 91:22 92:16 117:5
150:13 190:3

**open** 13:15 33:22

**operate** 116:3 141:2 170:17 195:14

**operating** 174:18

**opinion** 104:9 109:9 111:19,22,25
153:20

**opposed** 170:1 177:15

**optimizations** 179:2

**optimize** 177:15

**option** 53:2

**options** 72:22

**oral** 70:13

**Orally** 70:23

**order** 37:8 94:14 163:11 182:7
189:18 190:18 215:9 216:3

**ordinary** 208:25

**organization** 36:25 37:12,17 44:22
240:18

**original** 160:1 224:13

**out-of-scope** 108:18

**outcome** 78:15,16

**outreach** 208:8,9 212:2

**outside-the-scope** 60:14

**overlaps** 61:18

**oversight** 151:7,9,10

**overview** 120:20

**owner** 23:16

**ownership** 45:23

## P

████████████ ████

**p.m.** 67:16 114:4,7 141:18,21 159:15,
18 162:3,6 163:25 164:3 167:2,5
172:9,12,18,21 192:15,18 198:1,4
199:11,14 207:4,7 212:25 213:3
219:20,23 223:7,10 230:20,23
236:11,14 238:2,5 245:6,7

**PA** 35:2,5

**Pacific** 5:3

**pages** 50:4 53:11 54:16 55:9,15,20
57:3

**paid** 91:16 92:3 216:17

**paragraph** 49:17 66:13 234:14

**paralegal** 5:20

**part** 9:6 16:23 23:16 34:12 39:9
42:17,19 43:5,21 44:5 51:20 56:25
60:5 62:23 71:24 72:11,23 73:7,13,21
79:2 81:10 83:18,23 84:6 93:20 98:6,
12 99:9,21 112:13 113:14 114:11
115:22 116:1 117:4 121:1 126:16
127:1 128:11,15,22 129:7 136:12,17
137:5 139:20 140:2,11,17,25 144:4
148:16 157:19,24 158:8 159:22
171:6,7,25 174:1 175:23 179:7 180:1
183:22 184:11 187:1,14 188:17
194:16,25 195:12,21 200:7 201:8
204:21 205:8 208:11,15,20 214:20
215:7 216:20 221:21 222:5,11 223:25
226:5,18 228:5,6 232:5 234:17 235:1,
7,13 238:11,15,22 239:4,11,18
242:11,18

**participants** 5:8 169:1

**participated** 127:3

**parties** 8:14,17 213:9 216:18,20

**partly** 36:6

**partner** 148:21,22

**partners** 171:9 240:19

**parts** 8:23 17:4 71:17 90:3 150:12
200:25 216:21,24

**party** 169:22 212:12 213:6,14
229:18,23

████████ 37:5 232:2

████████ 228:8

**pass** 168:23 173:25 174:1 203:9
214:15

**passed** 175:5 180:25

**past** 239:1

 ████

**path** 42:16

**pattern** 241:11

 ████

**pay** 216:5

**payment** 217:8

**payments** 22:6

**Paypal** 45:16

**PDF** 226:23 237:4 243:22

 ████

**pending** 12:12 44:12 63:6 94:23

**people** 20:8 32:3 36:24 37:12,16
75:17 80:9,12 156:6 160:1 193:25

232:9 241:4

**percent** 41:17 45:24 178:22 180:21

**percentage** 41:14 177:4 215:21

**perfectly** 110:15

**perform** 185:25 187:1,14 188:8
205:23 206:14 208:1 228:19

**performed** 75:23 76:23 116:9,13,23
117:20 118:15 125:15 130:6 141:9
188:19 223:18,25 224:5,13 229:2

**performing** 168:18

**period** 212:12

**permitted** 7:17,22 64:15

**persists** 130:11 150:20

**person** 26:22 27:1,4,7,10,13

**personal** 9:6 10:14,23 103:10
104:21 105:1,2,16 106:5,15,24
114:21 115:4 134:19 170:10 171:1
173:20 174:14 175:2,16,19 176:24
177:12,21 234:11

**personally** 19:6 26:2 124:22 131:11
169:14 238:25

**personnel** 5:21

**pertains** 34:22



**phone** 25:21 32:15,16 64:13,15,18

**phrased** 109:8

**picked** 64:13

**picking** 64:18

**piece** 51:25 74:12

**pieces** 23:17 62:3,5,10 116:18
117:10,15 152:6,9 170:15

**pinpoint** 91:18

**place** 5:7 20:14 30:16 106:7 179:10,
12,15 211:8,9,13 214:16 238:24

**plainly** 108:1 111:5

**plaintiff** 19:6,11 41:5

**plan** 100:5 203:7,17 242:6

**planned** 173:5 244:4

**players** 170:17

**pleasure** 7:8

**point** 60:15 68:15 74:13,23 75:2,6,21
91:4 101:14 102:8 106:14 120:1
121:22 145:8,22 157:9 181:16,19,23
189:1 201:17,22 202:8,10,15 204:2,
25 221:19 224:9 227:23 232:15,17,20
237:3,16 238:8 241:7 243:21,25
244:3

**points** 193:17

**portfolio** 33:25

**portion** 14:24 70:3 116:20 213:6
216:22 224:6

**portions** 27:20,22,23,25 28:2 35:3
78:14 80:8,10

**position** 9:21 33:8,14 37:24,25
45:10 51:11 53:3 57:7,23 61:7,9,10,
14,16,21 62:17 63:7 70:24 71:17,18,
19 99:3 102:19 109:15 111:14,16
136:20 150:9 180:9 181:8 225:24
226:2 240:2,7 243:6 244:14

**positions** 45:9,12,15

**possibly** 22:6 28:3,21 122:6 123:8
124:14 134:12 176:16 202:25 204:3,5

**post** 213:19

**posted** 213:19

**potential** 72:19 73:10,20 122:19
123:4 144:19 160:14 183:24 204:12

**potentialities** 188:14

**potentially** 42:19 67:4 133:10

 26:19 27:13 36:23 85:12
88:23 125:6 126:15 127:9,15 204:4

**precipitated** 89:11,15 189:2

**precise** 97:5 105:15 106:10 134:23

**precisely** 96:18

**precision** 189:5

**prefer** 179:3

**preliminaries** 31:22

**preparation** 18:9 19:2 20:3,23 21:1,
15 22:8 23:1,11,24 24:1,4,7,11,15,22
26:1,4,13 28:11,18 29:2,7,19 30:5,14,
23 31:12 48:17 49:13 51:20 53:21

55:10,16 56:25 57:13 58:11 59:10
60:5,25 65:13 66:6 69:17 70:15 127:1
132:1 153:21 208:18

**prepare** 18:19 20:4 31:18 57:15
68:12 220:5

**prepared** 16:24 17:6 43:6 48:15,16
50:22 51:13 57:5,6,8,14,25 60:7
65:21 66:2,4 68:13,23 100:15 107:2
108:3,22 110:15 116:16 119:4 135:10
142:13 143:3,11 145:4 155:11,14,21
157:15 158:22 160:18 193:6 194:12
197:7 198:8 218:16,19 224:25
231:11,22

**prepares** 43:3 65:24

**preparing** 66:22 126:17 155:25
159:5 232:25

**prerogative** 70:12 100:20

**present** 21:20,21 22:15,22 29:12
49:9 79:23,25 80:12 124:19 132:5

**presentation** 78:18 79:18,20 80:3,6,
10,16,23,25 81:3 82:13,14,15 83:16
85:14,15 86:16 87:1,5,8,19,25 88:5
90:21,22,23,24 91:4 120:19 124:6,11,
16,20,25 125:3,21 126:23 155:16,17,
20,25 156:5,17,22,25 157:2,4,12
193:11,13,23 194:3 203:15 219:5,7,
25 220:3,5,10,16,24 221:10,17
231:23 232:1,5,6,7,13,22

**presentations** 90:18 124:3 135:10
155:11,14 157:15 159:5 193:6 194:12
218:16,19 231:11,16,17

**presented** 124:23 125:10,11 126:6,7
129:19,20 234:17 235:1,7,13,20
236:1

**preserve** 111:4

**pretty** 205:7 214:12

**prevent** 12:21,24

**previous** 19:5 86:5

**previously** 19:25 65:18 116:9
117:19 141:9 144:6 196:4,12,17

**PRG** 242:17

**price** 177:3 214:17

**pricing** 143:11 166:13 179:24 195:22
198:8 222:12 233:13

**primarily** 28:4 35:10 97:18 104:16
124:17 125:19 128:13 155:18 185:8
188:11,25 193:4 217:16

**primary** 120:11 132:20 133:8,12
151:7 153:15 182:18 230:11

**principal** 21:9

**prior** 19:24 45:12,15 48:11 86:13
112:21 118:7,16,25 158:15 163:8
188:25 189:2 196:4,13,18 222:20
223:2,14,19 224:6 244:16

**privacy** 89:12 95:16 183:25 227:11,
17

**private** 41:4 94:21

**privately** 7:20

**privilege** 6:11,15 25:12 42:3,24 44:2
49:20,22,23 50:20 52:10,11,14,21
53:24 54:10 58:20 62:21 67:4 68:3
70:18,19 73:2,16 76:7,15 79:4,7,16
80:22 81:12,14 82:22,25 84:12 85:4,
22 86:24 87:16 88:13 94:8,18 96:10
98:20,21,22 100:12 101:2 102:3,24
104:8,14 105:21 107:10,15 111:4,11
112:16 113:5,7,18 114:23 115:8,14
119:7 121:9 122:24,25 129:17 135:4
136:24 137:16,19,25 138:5,17 139:3,
5,9,12 140:6,22 141:15 142:7 143:22
144:17,18 145:2 147:2,5,18 148:4
149:19,21 150:4 152:13 160:9,12,24
161:24 162:22 163:22 164:5,13
166:23 167:14,20 172:5 180:4,9
181:1,5 183:18,20 184:6 186:3,14
187:4,21 194:21 195:17 196:7,22,24
197:4,13 198:11 199:6 201:13 206:2
207:17 208:5 209:5,6,24 210:7 222:2,
22 225:11 226:1,7 227:4 228:12
231:6 233:2,4,10,17 237:9,19,23
238:12 239:21 240:3 242:14 243:2
244:10

**privileged** 12:6 42:6 44:20 55:2
69:24 72:21 77:17,21 106:4 107:17,
20 109:22 110:5 111:15 113:10,21
115:18 121:17 136:13,18,23 137:10
165:24 167:12 173:12 194:20 206:8,
20 209:12 221:23 223:23 226:10
234:21

**privileges** 142:1

**problem** 14:5 186:10,16 197:18
221:8 228:22,25

**procedure** 19:20 138:19,21

**proceedings** 16:20 245:7

**process** 50:19 52:4 57:14 60:6 62:8
69:8 108:8 142:2 208:22 214:20
219:4

**processor** 174:21

**produce** 83:17,23,25 87:9

**produced** 161:12,17 162:12 171:21
198:21,23 199:22 242:18

**product** 6:12,16 21:12 32:19 33:18,
24 34:10 35:6,21,25 37:8,9,10,18
42:2,23 44:1 49:22 50:21 52:10,15
54:9 66:25 67:21 69:3 73:1,24 77:13
78:1 79:13,15 80:21 81:16 82:7 83:23
84:11 86:24 87:20,23 88:6 90:17
94:5,8 96:12 98:22 100:11 102:23
104:9 105:22 107:9 108:11 111:11,
19,23,25 112:17 113:5 114:23 115:14
119:7 122:24 130:13 135:5 136:22
137:15,20 138:1 139:23 140:7,21
141:25 142:17 143:22 144:17 145:3
147:5,18,20,22,23,24 149:2,19 150:5
152:13 158:1 160:9,24 162:22 163:16
164:12 165:22,24 166:20 167:8,11,
14,20 168:8 169:15 170:6,20 180:4
183:11,17 186:2 187:3,21 194:14,19
195:16 196:8,23,24 197:12 198:10
201:3,12 203:12 205:22 206:2,4
207:20 208:5,24 209:17 210:8,14
213:18 214:3,18 221:24 224:19
225:11 226:8,11 227:14,15,20 234:21
237:9 238:16,22 239:21 242:14 244:9

**production** 244:17

**products** 33:19,20 34:1,12 37:18,20
43:16 82:1,3 112:23 113:2,16 114:13
115:11 116:2 140:12 141:2 148:24
184:8,24 188:7 195:13,23 217:7
219:2 222:13 227:8 233:14

**professionally** 138:18

**program** 220:6

**progress** 241:1

**project** 35:13 54:4 55:19 56:2 72:10,
13,14,17,18,20,24 73:8,13,21 74:4,
20,25 75:4,7,16,23 76:1,5,8,11,13,15,
18,24 77:4,7,18,22,24 78:7,9,11,13,
15,17,20,24 79:3,6,9 80:16 81:6,10,
22 82:11,19,21,24 83:5,15,18,24
84:3,7,16,19,24 85:7,13,19,25 86:12,
15,18,21 87:7,10,13,18,22 88:1,4,7,
10,14,16 89:9,13,15,20 90:1,4,7,10,
13,14,19 91:2,7,11,14,17 92:4,20
93:1,4,9,15,20 94:9,19 95:9,25 96:17,
24 97:3,16 98:7,13,23 99:9,22
101:17,25 102:10 109:3,6 112:13,21
113:1,8,9,15,20 114:11 116:1,8,10,
12,14,17,19,21 117:6,12,15,21 118:2,
3,4,8,16,17 119:1,5 120:3,6,7,14,25
121:3,4,6,23 122:1,10,12,14,17,21
125:14,18,21,22,25 126:3,9,12,14,16,
19,23 127:3,7,11,17 128:12,15,23
129:8,10,12,22,24 130:1,3,8,17,20,25
131:3,5,8,15 132:3,11,15 133:1,7,14
134:15 135:1,11 136:12,17 137:5
139:20 140:2,11,17,25 141:8 142:13
143:3,11,18 144:3,10,11,13,21,25

145:7,18,21,24 146:1,3,9,11,14,24
147:12 148:2,13,17,20 149:1,4,7,9,
13,16,17 150:9,12,14,18,19,23,25
151:5,9,15,21 152:4,19 153:3,9,23
154:4,10,18 155:4,8,9,12,15,23
156:12,14 157:3,9,16,19,21,24 158:2,
7,8,14,16,22 159:5,21,24,25 160:6,
16,20 161:13 162:18,23 163:5,6,8,16,
18 164:6,9 165:12 169:3 172:3
173:12 180:1 181:15,17,21,25
182:17,21,24 183:3,7,13,23 184:3,11,
17,21 185:2,6,11,16,18,21 186:8,18,
22 187:1,12,15 188:4,9,17,20,24,25
189:2,6,7,10,13,17,23 190:1,12,14,23
191:6,17,22 192:21 193:1,7,18,24
194:3,13,16,19,24 195:1,12,21 196:3,
5,11,13,19 197:2,8 198:8,25 199:1
200:7,9,10,12,22 201:2,6,9,20,24
202:2,4,17,20 204:21,23 205:12,21,
24 206:12,15,23 207:9,23 208:2,11,
15,20 209:2,15,21 210:5,15,18,22
211:1,5,7,8,13,23 212:7,16,17 213:6,
10 214:6 215:20,25 216:2,6,13,18,25
217:6,15,23 218:1,14,17,20 219:8,13
220:1,10,16,25 221:11,17,21 222:4,6,
11,18,20 223:1,3,13,15 224:12,13,16
225:1,7,10,13,18,25 226:17,19 227:1,
21 228:1,7,10,13,20 229:3,6,9,11,18,
23 230:1,3,6,9,13,25 231:4,12 232:5,
8,12,14,25 233:15 234:17,21 235:1,7,
13,19 236:1 237:4,17 238:9,16,22
239:18 240:20 242:11

**project's** 219:12

**projections** 42:18 43:4,15,20 44:4

**projects** 6:5,14 15:18 20:14 21:11
35:9,17 36:10 49:25 50:6 54:3 56:1
92:16,17 101:24 102:15 108:11 109:4
113:12,14,20 114:11,15,16,17,25
115:10 117:11,14,17 136:23 143:18
152:7,9 165:23 167:12,16 190:3
225:7 226:10,11,20 240:24

**promise** 162:14

**proofing** 237:15 238:7,14,20 239:5,
12

**properly** 107:17,20 142:17 145:4
225:25

**propose** 215:1

**proprietorship** 46:7

**prospective** 42:8

**protect** 111:3

**protected** 73:16 137:14 226:1

**protection** 38:11 49:22 52:11 233:7

**protracted** 97:24

**provide** 9:23 10:12 11:17 16:17
35:12 41:12 42:17 43:5,21 44:5 57:24
69:16 70:13 78:25 79:1 83:7 84:9
85:2 104:19 108:10 112:8 136:24
137:18,23 138:2,4 139:3,18 142:7
146:1 148:6,7,9 168:16,24 169:22
185:8 187:25 195:3,8,10 206:7,19
207:11 208:4 209:6,10,21 210:11
216:9 223:24 228:15 229:1

**provided** 8:3 14:18 17:16,17 20:19
23:5 45:11 51:23 55:15 69:14 70:21
76:25 78:21 79:17 80:5 84:8 94:15
99:14 102:12 104:15 106:24 110:7
117:4 118:21 120:24 122:7 124:18
128:16 151:9 184:13 185:4,13 190:8
206:4 209:8

**providing** 9:12,16 10:13 81:7,10
120:3 170:2,15 172:24 174:14 175:2,
15

**public** 20:15 204:16,18 208:7,9

**publications** 17:25

**published** 17:22 18:1

**publisher** 33:19 168:22 169:23,25
170:14 173:25 174:6,20 177:2,5,16,
25 178:23 179:1,5 184:8,24 188:7
207:24 212:2

**publisher's** 177:15

**publishers** 168:17 169:19 173:17,23
174:11,23 175:12 176:5,12,18 177:18
208:10,12,14,20 212:14 214:1

**pull** 23:15

**purpose** 24:8 35:23

**purposes** 9:10

**pursuant** 13:3 19:19

**pushed** 241:6

**put** 52:20 53:13,15 56:11 95:16
107:22 130:6 179:10 180:11 198:17
214:16 236:16 240:1,5 243:10

**puts** 177:14

**putting** 71:5

---

**Q**

**Q4** 104:23 105:3,16 106:8

**qualifications** 39:9

**qualifies** 19:23

**Quantize** 226:17,19 227:2,21 228:1,
7,10,20 229:3,6,9,12,18,23 230:1,3,6,
9,13 231:1,4,12 232:5,8,13,14,25
233:15 236:1

**quarter** 105:6,12 211:21

**queries** 177:4

**question** 10:10 11:4,11,16,18,25
12:2,5,12,13 25:3 34:6 39:1 42:2
43:25 44:12,15 52:4,13,23 53:8 54:8,
22 55:3,4,22 57:11 58:20 59:3 62:25
63:2,5 68:9 69:13 70:17,19 71:12,15
73:23 76:16,17 79:5 81:14 84:20
86:1,4,11 89:2 92:13 93:12 95:6,8
96:14 98:9,15 99:4 100:10,17 101:3
103:5,8,12 104:3,7 105:14 107:9
108:15,19 109:7,20 110:8,11,20
111:18 112:3,5,7,9,16 113:4,13
114:10,20 115:3,13 129:5 133:12,13
134:23 135:4 137:2,7,22 138:8,16
139:1,7,15,16,17 140:5,8,14 142:6,8,
15,18,21 143:20,24 147:4 153:4
154:13,15,16,24 157:22 158:1 160:9,
23 162:21 163:10 164:5,12 165:8
166:11 167:11,15 168:2,4 170:11,25
173:19 174:15 175:3,4,6,8,10,16
176:25 177:13,22 179:14,20 180:3,20
183:16,20 186:2,15 187:3,20 191:8,
12 192:8,10 194:18,20 195:7,16
196:7 198:6,10 201:12 202:8 203:3
206:1 208:4 209:24 210:19 212:6,11
215:18 217:2,9 221:23 224:7,17
225:5 226:15 227:4 231:5 233:2,4
234:20,22 236:5 237:8,21 238:7,17
239:7,20 242:10,13,16

**question's** 165:10

**questioner** 111:7

**questioning** 5:13 51:15 69:2 110:14
179:24 181:2

**questions** 7:4 8:24 9:21 11:7,9,14,
22 12:14,22 15:15 16:12 17:18 19:23
26:6 45:19 50:17,23 52:24 53:9 61:3
62:15 68:16 69:9 71:21 82:24 99:3
101:21 102:1 107:13 138:25 165:22
173:6 179:22 191:11 203:10 234:7,16
238:11 241:3,6 243:5 244:12,21,22,
23,25

**quick** 103:20 141:14 192:11 197:16
219:16

**quickly** 138:19 230:16

**quote** 122:9

**R**

████████████ ███

████████████

████████████ ████████████

████████████ ████

████████████ ████

**raising** 102:2

████ ████

**rate** 178:6,13,14,19,22

**rate's** 178:4

**re-ask** 71:14

**reach** 208:12,15

**reached** 101:23 113:24 183:4,6
208:20 213:15

**read** 18:5 48:10 50:1 54:22,23 67:25
92:13,14 126:13,16,19 171:20

**reading** 62:10 204:25

**ready** 186:11

**real** 46:8 240:15

**real-time** 176:21 177:9,17 179:7

**reason** 14:14 24:2 69:15 98:7,12
99:9 101:16 102:10 103:8 138:24
154:20 233:9

**reasonable** 12:8 92:2 93:8,12,13
131:7,21 152:17 162:13 211:11
229:25

**reasons** 92:15 99:22 101:22 119:8
139:4 141:12 244:15

**recall** 17:25 64:18 194:7

**receive** 127:2

**received** 58:19

**recent** 220:9,15,19

**recently** 220:2

**recess** 14:1 45:3 50:13 64:7 92:9
97:12 101:9 103:24 114:5 141:19
159:16 162:4 164:1 167:3 172:10,19
192:16 198:2 199:12 207:5 213:1
219:21 223:8 230:21 236:12 238:3

**recipient** 82:12

**recognize** 51:22 52:1

**recollection** 54:2

---

**recommendations** 101:23

**record** 5:2 6:4 7:16,20,25 8:14 13:23,
24 14:2 23:22 26:21 44:25 45:1,4
50:10,11,14 54:23 58:7 62:23 63:4
64:5,8,16 76:10 92:7,8,10,14 96:6
97:8,10,13 99:16 101:7,10 103:2,7,
21,22,25 114:2,3,6 141:17,20,24
159:12,14,17 162:1,2,5 163:21,24
164:2 166:25 167:1,4,25 171:21
172:7,8,11,16,17,20 173:4 179:19,22
192:14,17 197:25 198:4 199:9,10,13,
24 207:1,3,6 212:23,24 213:2 219:18,
19,22 223:5,6,9 236:19,22 236:9,
10,13 237:25 238:1,4 243:21 245:6

**records** 92:19 190:7

**redacted** 161:17 162:10,12 172:24
198:24 243:4 244:3,6

**redactions** 236:19 240:4 242:3
243:18,24 244:7,8

**refer** 9:19 39:23 41:2 46:7 171:6,7
200:17

**reference** 16:15 52:19

**referenced** 149:11 227:18

**referred** 212:15

**referring** 63:20 69:6 89:4 145:13
167:22 210:17

**reflect** 71:18

**reflects** 71:17

**refresh** 54:2 119:16

**refusal** 76:10 103:9 138:11

**refusals** 103:1

**refuse** 70:12 76:16 112:2,8 138:16,
20 142:6

**refused** 101:25

**refuses** 98:24 138:23

**refusing** 76:17 79:5 81:13 82:23
85:4 138:4 139:2 207:16

**regions** 95:15

**register** 240:2

**regularly** 239:2

**regulation** 44:23 96:4 233:7 244:2

**regulations** 42:14,21 95:17 134:15,
21 135:1 231:3

**regulator** 213:15

**regulators** 212:5 216:15

**regulatory** 16:19 38:3,13,20 39:16
41:15,19,22 42:8,9 43:22 44:6 72:19
73:11,21 89:12 95:9,12,14 109:24
122:18,19 144:20 145:4 160:13
188:13 202:21 203:8 204:13 223:19
224:6

**reiterate** 74:15 102:10,21 104:11
107:7

**rejected** 60:19 65:25 71:4

**relate** 40:13 173:12

**related** 7:10 17:2 20:17 39:7 54:3,5
56:8 101:20 161:13 163:13 165:12
172:3 173:12 190:1 198:25

**relates** 69:7

**relating** 6:5 31:1 38:7 40:10,11
101:24 114:24

**relation** 202:20

**relationship** 166:12 170:14 174:19

**relationships** 169:21

**relevant** 9:25 10:3 40:3 43:17 90:11

**rely** 119:4 142:12 143:2,10 158:21
159:4 197:7 198:7 224:24 232:24

**remainder** 70:8

**remedies** 138:25 144:19 160:14
163:6,8 183:24 189:2 210:18,23
211:1,8,13,23 212:7,17 213:10 214:6
215:20 216:2,18 217:15,23 218:1,14,
20 219:8 220:1,10,16,25 221:11,16,
21 222:6,11,18,25 223:3,12 224:12,
16,25 235:19

**remedy** 121:12,15 123:4,20,23
124:4,19 125:1,4 129:16 213:6
216:21

**remember** 48:13 194:5 221:19 239:1

**remind** 64:14 111:7

**reminder** 64:20

**remote** 36:6

**remotely** 5:9 11:3

**repeat** 9:15 99:4 103:2,5 108:19
116:11 117:25 169:13 186:15 196:10
218:18

**rephrase** 34:6 98:9 139:16 163:13
165:7 210:21

**report** 36:14,16,20,22,24 37:12,16
75:25 85:10 90:7 116:16,24 117:4
149:5

**reporter** 5:10 6:17 11:1 13:8 15:4
47:25 49:7 54:22 56:15 59:19 65:3
67:10 92:13 161:5 171:15 180:12
199:25 233:23 236:16 241:23 243:13

**reporter's** 180:18

**represent** 5:10,13 61:10,15

**representation** 52:8 71:9 98:19

**representative** 9:9 10:11,18 11:17
15:23 16:2 19:19 51:8 58:12,16,23
70:2 71:1 76:9 92:2 98:25 104:19
126:18 154:2 179:20 243:4 244:5

**representing** 19:8 213:7

**represents** 61:20

**reproduce** 162:10

**reproduced** 236:18 242:2

**reproducing** 199:17

**request** 7:19 50:18 174:1

**requested** 19:1 54:23 92:14

**require** 176:1 178:5 206:7 216:16

**required** 11:13,17 42:10,20

**requirement** 10:21 138:15

**reservation** 108:13

**reservations** 169:4,11,15,19

**resolve** 7:16

**respect** 41:19,22 43:22 44:6 51:4
52:3 54:2 61:11 62:17 63:7 78:13,20,
24 79:2,9 81:6 82:19,21,24 83:15
84:18,23 85:13,19,25 86:12,15,17,21
87:7,9,13,18 88:1,3,10 90:13 91:2,17
92:4,20 93:1,14 94:8,16,18 101:21
102:5 105:17 106:19,21 107:4,5
108:24,25 120:14,16,20 122:17,20
124:4 125:13,17,25 126:3,9,12 127:7,
10,17 130:8 131:15 132:3 146:8,24
147:12 148:2,12,16,19 149:1 173:6
180:20 183:3,7 184:3,21 185:2,6,11,
16 186:8,18,21 187:12 188:4,8
191:14 199:20 204:23 205:12,21,23
206:12,15,23 207:9,23 208:2 209:2,
10,15,21 210:5 214:6 219:25 220:10,
16,25 221:11 227:8 228:10,19 229:2
234:16 242:15 244:9,15

**respective** 90:3

**respond** 50:22 72:18 79:14 101:3,25

**responded** 180:22

**responding** 50:19 79:12 233:2

**responds** 50:23 60:15

**response** 9:12 11:18 14:11,15 15:16 42:19,20 49:23 52:12,17 60:16 61:12 66:14,16 78:3 87:22 95:10 96:24 97:4,16 101:13 106:18 107:3 108:23 109:16 110:4,6,8 112:9 133:1,7,15 134:16 154:11,19 187:24 191:22 192:22 193:1 201:4,6 230:3,7,10,13 231:1,4

**responses** 65:25 73:11,21

**responsibilities** 21:8 22:1 33:16 34:3,9,13 35:19 36:11 37:22,25 78:13,23 79:2,6 81:6 82:19,20 83:1,4, 15 84:3,15,25 85:8,18 86:20 87:12,17 88:9 122:16 125:17 126:2,11 127:16 146:2 148:1 183:10 184:3,20 185:6, 16 186:8,18 187:11 188:4 205:20 206:12,22 207:9,23 209:2,14 210:5, 12 228:9

**responsibility** 75:23,24 76:2,4,8 125:13 127:6 146:23 147:11 148:25 188:12

**responsible** 21:10,11,12 33:18 35:20 41:21 42:12,15 44:22 48:23 81:7 82:3,6 100:5 148:23,24 170:13 184:7,23 187:13 208:7

**responsive** 60:19 71:4 138:24

**rest** 51:18 157:6 232:9 244:3

**restate** 51:24 73:6 153:6 168:4,6 222:24

**restating** 54:24

**restricted** 23:19

**result** 180:24 190:14 215:20 216:6, 18 233:14

**results** 178:22

**resume** 51:15

**retained** 91:19

**retainer** 117:3,5 120:16

**returning** 45:6 114:9 125:12 141:23 198:6

**rev** 180:21

**reveal** 165:23

**revenue** 178:23 179:25

**review** 8:20,22 20:20 23:4,7,12,19 24:2,5,8,11 25:25 27:19 28:2 53:20 78:15,16 132:4 208:18 234:14,18,20 235:2,8,14,21 236:2

**reviewed** 17:18 20:6,13,15,18 23:10, 13,18,24 24:14 26:14,16 27:22 28:1 51:10,17,25 53:10,11,19,22 55:18 59:5,6,7,8 153:24 199:3 242:8,9

**reviewing** 24:18,24 25:22 27:19 28:8 48:13 58:13,15,21,25 59:9 161:19

**ridiculous** 138:6

**right-hand** 54:4 55:20

**righty** 72:4 159:11

**rise** 133:11



**role** 33:9,10,12 41:18 42:18 43:5,22 44:6 75:10 80:24 90:12 124:15 145:24 147:23 148:6,7,9,19 151:5 168:18

**roll** 176:18

**room** 7:21



**round** 31:21 57:22 129:5

**RTB** 177:24 237:15 238:7,14,21 239:5,12

**rules** 7:13 9:1,5,7 12:15,17 19:20

**run** 43:1

**running** 146:7 232:17

**runs** 201:18 202:9,11 227:23



**Ryan** 5:9

## S




**sake** 11:1



**satisfaction** 189:15 203:11

**savings** 158:8 194:25 222:5

**schedule** 15:11,15 16:9,23,25 17:5 49:25 50:7 101:19 189:8

**Schindler** 26:17 27:2 122:12 126:19 127:3 204:7

**Schindler's** 126:11

**scope** 15:18 35:18 37:21 50:17 51:1, 4 52:25 57:11 58:3 60:9,17 65:22 66:7,8 68:11 71:25 96:13 98:15,24 99:4,12 101:13 102:1,4,11,21 103:16 104:12 107:7 108:1,2,5,6 110:17,24 111:8 114:20 115:3 134:18 143:21 165:7,11,15 167:16 169:8 170:11 171:1 173:8,10,13,19 174:15 175:1,3, 14 176:7,14,23,25 177:11,13,21,23 178:15 179:8 217:3 226:3,9 234:8,22 239:7,13 244:17

**scoping** 106:23 146:1

**Scott** 124:13 128:2,9

**scrutiny** 134:5

**search** 18:2 50:5

**sec** 60:12

**second-to-last** 27:10 232:15

**secondary** 178:7

**seek** 6:10

**seeking** 60:24 86:7 142:16 221:23 227:7,10 228:18

**seeks** 43:25 137:14 140:5

**selected** 27:20

**semantics** 75:12

**send** 177:5

**sending** 89:14,21

**senior** 88:18,21 89:6 106:1 124:24 125:3 186:19 188:12

**separate** 46:6 95:11 116:17 117:4 128:2 175:23 176:1 179:3

**separately** 53:16 178:1 237:17 238:9

**September** 59:24 65:19 66:14 68:6, 22 79:21 80:17 85:15 87:2 90:24 105:7

**September/october** 82:15

**series** 106:6 109:4

**serious-enough** 97:22

**served** 132:10 217:14

**serves** 94:7

**services** 168:16,18

**serving** 21:12

**sessions** 23:8

www.LexitasLegal.com/Premier
Lexitas
888-267-1200   Index: responds–sessions

**set**  6:9,14 7:21 61:5 69:7 74:16 81:5 95:13 167:16 176:17 220:12 226:6 234:8 244:15

**sets**  49:20

**settlement**  204:12 213:20 216:10, 11,21,24 217:6

**setups**  214:3

**Seumas**  5:19 13:6 15:2 47:21 53:14 56:10 59:15 63:16,23 64:24 67:6 161:3 171:13 180:11 198:16 233:19 241:17 243:10



**share**  8:21 23:16 24:25 25:17 39:19 42:6 174:7 179:25 180:21

**shared**  126:25

**sheds**  241:12

**shelf**  130:7

**shopping**  22:6

**shortly**  16:4 90:1 111:5 199:18 220:22

**shot**  238:19

**show**  49:1 178:4,6,13,14,19,21,22,24

**sic**  236:17

**side**  56:3

**sidebar**  192:10 230:16

**signals**  173:17,23,25 174:3,10 176:5,12

**significant**  142:3

**similar**  170:16

**simple**  101:18 110:19 202:25 203:5 204:3,10

**simpler**  62:9

**simply**  25:15 86:11 110:3,13 139:7 157:23 168:25 203:19

**Singleclick**  109:3 110:9 117:16,18 118:3,19 144:4,10,14,25 145:7,21,25 146:3,9,11,14,24 147:13 148:2,13,17, 20 149:1,4,7,9,13,16,24 150:2,10,12, 25 151:6,9,15,21 152:4,19,20,21 153:3,9,23 154:5,18 155:4,8,9,12,15 156:12 157:10,16,19,21,24 158:9,14, 16,23 159:5 160:2 190:5,10 197:2



198:25 216:14 235:13

**sitting**  51:8 52:8 60:16 61:12 92:1 106:17 107:3 108:22 131:6,13 154:1 168:1

**situation**  109:24

**size**  240:18

**skipping**  29:6

**slides**  80:4

**small**  131:4,19,21 190:5,9 228:3,6

**small-**  208:17

**smaller**  131:3 240:16

**sole**  46:7

**solicit**  177:6,7 240:25

**solution**  213:17,23 215:1

**solutions**  110:19

**solve**  241:8

**solved**  14:4

**somebody's**  172:14

**song**  137:13

**sort**  31:21 46:5 90:21 117:4 175:7 186:25 241:1

**sorts**  204:10

**Sounds**  157:25 172:6 199:8

**source**  233:7

**sourced**  171:7,8

**sources**  119:3 142:12 143:2,10 158:21 159:4 164:23 197:6 198:7 224:24 232:25

**sourcing**  170:13

**speak**  11:3,5 19:4 22:25 76:6 95:19 97:5 103:19 127:2 167:21 176:2 213:25 215:7 216:9,21 223:22 228:17 233:8,10

**speaking**  153:14,15 156:14

**spec**  101:14

**specific**  9:5 23:13 27:22 28:5 43:19 68:9,15,16 93:20 109:8 120:6 150:22 177:3 191:12 194:6 205:15 224:2

**specifically**  7:24 11:15,25 16:2,15 17:24 18:2 20:3,10 26:9 44:21 48:13 53:24 62:1,6 76:13 82:24 84:18,23 97:17,21 126:22 134:13 137:8 151:16

**specification**  17:1 60:24 69:7 72:12 101:20,21 102:8 107:11 121:2 144:5 159:23 163:17 164:7 189:7 200:8 226:18

**specifications**  14:23,25 17:1 60:15 61:5 62:17 63:7 72:11 101:19 121:1 144:4 159:22 200:7 226:18

**speculative**  86:1

**speed**  81:18

**spell**  21:4 123:9,11

**Spencer**  124:13 128:2,9

**spend**  24:18 28:8 93:20 132:8 189:25

**spent**  41:15 92:20,25 93:4,9,15 131:8,14 132:2 152:18 189:23 230:1



**spills**  120:1

**spoke**  7:8 20:8 21:1,3 213:14,16,18, 22

**spoken**  54:25 88:19 213:11

**spring**  210:24

**squarely**  98:23 99:3 102:3



**stages**  219:3

**stand**  165:13

**standard**  208:22

**start**  33:10 35:1 49:18 95:15 98:3

**started**  6:2 104:18 109:6 153:10 156:3 162:8 202:9

**starting**  74:13 89:14,21 104:20 241:7

**starts**  201:17 202:10 240:16

**state**  5:13 70:16 71:16 94:22 95:5

**stated**  24:14 77:9 111:5 199:15

**statement**  171:4

**statements**  228:23,25

**status**  10:4

**statutes**  19:21

**staying** 245:2

**steering** 44:22

**step** 178:2 213:22 215:8

██████ ██████

**steward** 122:18 188:13

**Stonehenge** 117:16,18 118:3,19
149:14,17,23 150:14 152:20 159:22,
24 160:7,16,20 161:13 165:12 172:3
180:1,20 181:15,17,21,25 182:17,21,
24 183:3,7,14 184:3,11,17,21 185:2,
6,11,16,21 186:8,18,22 187:1,12,15
188:5,9,17,20,23,24 189:6,10,13,17,
23 190:1,14,23 191:6,18,22 192:22
193:1,7,18,24 194:4,13,16,19 195:1,
12,21 196:3,5,12,14,19,20 197:8
198:8 199:1 235:7 237:4,17 238:10,
12 239:18 242:11

**stop** 69:10 110:11 138:7 177:24

**straightforward** 69:15 105:14

**strange** 13:18

**strategy** 171:24

**streams** 175:7

**strike** 92:23 148:8 180:23

**strongly** 48:21

**Struan** 136:1,6,7 227:19 232:2

**structures** 203:22

**stuff** 56:4

**subfeatures** 214:8,19,21,23

**subject** 14:20 18:10,25 36:2 37:15
43:17 51:5 90:11 107:17 121:6
137:18,24 144:13 160:6 165:25
171:23 187:25 195:4,8 200:15,22
227:1 228:15 229:1 244:11,21

**submit** 220:22

**submits** 66:15

**subproducts** 173:8

**subsequent** 30:23 31:12

**subsequently** 120:7

**subset** 27:21 75:17,18 228:3,6

**subsidiary** 10:4

**substance** 12:6 158:1 165:23
194:18

**substantive** 136:22

**successor** 81:1 143:18 225:7,13,18,
25

**sufficient** 154:7

**suggest** 61:4

**suggested** 58:1 168:14

**suggesting** 219:12

**suit** 38:8 106:9

**summarize** 120:2

**Sunday** 72:11,13,17,18,20,24 73:8,
13,22 74:5,20,25 75:4,8,23 76:5,11,
18,24 77:4,8,18,22,24 78:7,9,13,17,
20,24 79:3,6,10 80:16 81:6,10,23
82:11,19,24 83:5,15,18,24 84:4,7,16,
19,24 85:7,13,19,25 86:12,15,18,21
87:7,10,13,18,22 88:1,4,7,10,14,16
89:9,13,15,20 90:7,14,19 91:3,7,11,
17 92:4,20 93:1,4,9,15 94:9,19 95:9,
25 96:17,24 97:3,16 98:7,13,23
99:10,22 101:17,25 102:10 112:13,21
113:1,8,9,15,20 114:12 116:1,8,10,
12,14 117:13,15,21 118:4,8,17 119:1,
5 120:3,7,8 126:23 131:5 132:13,16
234:17

**superiors** 203:12

**superseded** 63:14

**supersedes** 61:14 62:13

**supply** 203:8

**supportive** 204:16

**surety** 93:11

**surprised** 51:9

**suspect** 124:21 190:4 200:11 216:10

████ █████████████

**swear** 6:18

**sworn** 7:2 10:19 74:9

**system** 168:20

---

## T

**tab** 13:7 15:3 47:22 56:11 59:16
63:24 64:25 67:7 119:20 161:4
171:14 180:12 198:17 233:20 241:18
243:11

**tailor** 178:3

**taking** 5:7 8:13 49:7 106:7 159:20

**talk** 52:20 57:14 65:23 95:14 108:7
226:10 240:16

**talked** 240:21

**talking** 43:16 96:4,5 99:23 156:10

168:2 192:4,5 204:12 218:2 240:19,
25

**Tapjoy** 170:18

██████  ████████

**teacup** 64:22

**team** 33:6 36:6 43:8 48:19 90:10
120:9 127:22 128:8,11,15,23 129:1,8
135:19,22 148:11,12 151:9,16 153:24
155:18 160:2 182:2,6,17,20,23
183:22 184:15,17,18 185:4,9,13
186:20 187:17,19 203:7 204:23
205:8,12,16 208:7,12,14 209:19,21
228:2,6,22,25 244:1

**teams** 241:13

**tech** 222:12 233:14

**technical** 7:14 14:5 214:12

**technically** 33:24

**Ted** 88:15 123:7 124:13 128:13
135:25 146:12,18 157:6 205:17

**telephone** 32:10,12

**ten** 24:12,13 131:9 197:20 215:9,10,
13 239:2

**tend** 165:23

**term** 163:9 178:10

**terminate** 52:25 61:3

**terms** 169:25 170:3 178:4,10 202:3

**terrible** 221:6

**testified** 7:2 55:12 58:25 102:17
133:20 154:21

**testify** 6:13 8:9 16:25 17:6 56:2
60:10 61:13 63:8 66:9 68:13,24 102:9
107:12 110:15 111:25 171:1

**testifying** 10:20 48:7 51:8 56:21
60:1 65:10 70:1 163:17 168:11 169:7,
14 170:9,24 173:20 176:24

**testimony** 9:12,17,22,23 10:13,22
12:25 17:17 20:18 26:14,16 45:11,18
46:14 48:11 51:11 54:19 57:24 58:18
60:20,21,24 66:18 70:8 72:9,10
74:10 86:9 98:22 102:13,19 106:16,
19 107:4 108:23 117:23 118:10 142:9
167:11 174:14 175:2,15 177:12,21,22
200:24 234:10

**Texas** 38:8 40:6,15,18,24 41:1,5
94:11 95:5 217:18

**Texas'** 94:23

**text** 8:15 233:6

**thing** 68:20 150:19 156:10 172:23

**things** 7:23 20:6 35:16 36:8 42:10
43:1 55:5 161:11 168:19 169:25
177:5 178:7 204:14 214:13

**thinking** 130:14

**third-party** 174:6,20 214:25

**thought** 108:8

**thread** 171:25 172:1

**tied** 178:9

**tight** 202:20

**time** 5:3 8:22 9:19 12:10 20:15 21:17
22:8 25:22 28:18,21 41:14 61:22
67:16 77:4 78:6 79:22 81:22 82:6
83:5,21 84:3,16 85:7 90:17 91:14
93:6,19 98:1 108:16 113:23,24 124:7
130:16 132:8 134:8 137:10 149:4
151:19 153:13 156:2 162:14 176:16
178:21 181:5 196:10 210:9 211:22
212:7,12 216:16 229:17,22 238:25
245:5

**timeline** 213:11 215:8

**timelines** 20:15 131:18

**times** 11:21 18:24 20:8 21:13 22:7
28:12,13 31:3 112:6 137:6 178:21,24

**title** 21:7,25 32:18 36:17 180:18

**titles** 37:3,6

**today** 5:10,24 6:2 7:15 8:10 9:12,17,
24 10:19 12:9,22,25 13:2 31:19 39:7,
24,25 48:7,11 49:9 51:14 52:8 56:21
57:23,24 58:8 60:1,17,22 61:9,12
63:8 65:10 70:1 71:2,6 92:1 106:17
107:3 108:7,9,23 110:15 111:14,25
113:12 131:6,13 138:22 142:9 154:1
162:10 163:18 164:8 173:1 226:12

**today's** 5:2 8:16,20 9:7 58:11,15,22
181:6 245:4

**told** 25:1 45:9,14 46:12 68:20 109:14,
19 122:13

**top** 120:21 153:16 172:1

**topic** 60:25 61:1 69:4 106:16 107:12,
21,22 111:17

**topical** 36:4

**topics** 6:5,9 15:15 17:2 20:7 68:11,
24 108:11 138:9 167:18 226:6 234:8

**total** 24:10 28:7 150:24 189:16 229:5

**totally** 64:20 197:22

**tough** 190:2

**track** 93:6 152:6

**train** 35:25

**training** 36:3

**trainings** 35:15,21

**transacting** 169:19

**transcript** 6:3 180:23

**transitioned** 91:5

**transitions** 28:4

**translated** 131:20

**tremendous** 244:17

**trends** 117:3

**trial** 5:17,19 7:6

**trialing** 176:15

**truth** 10:20,21

**truthfully** 11:14

**turn** 31:21 94:14 97:23 119:15
120:25 144:5 156:11 190:19 226:17,
22

**turned** 194:14

**turning** 121:21 153:1,7 160:3 181:10
201:17 217:12

**type** 174:19 210:18 212:12 217:8
224:12

**types** 77:10 79:1 168:19 177:16
178:7,25 199:1,11 219:1 240:24

**typical** 40:11

**typically** 43:6 219:2

### U

:18 230:8

**U.S.** 5:16 94:10 217:18



**Uh-huh** 10:6 27:18 59:9

**ultimately** 166:6

**un-compound** 96:13

**unable** 102:8 197:14

**unaware** 117:6

**unclear** 11:9

**undeferred** 6:13

**understand** 8:18 9:11,16 10:16,24
11:10,11,19 12:3 13:2 16:8,17 17:21
20:7,9,11 28:3 34:11 38:23 51:4 53:3
55:4 60:13 61:6 62:9 64:17 73:10
76:14,17 83:7 90:9 99:1 102:4
108:17,18 109:21 113:6 137:11
165:10 181:7 191:10 192:7,9 208:19
219:11

**understanding** 9:22 12:21 14:20
17:9,11,14 18:7 94:4 106:25 116:15,
22 217:5

**undertake** 100:5

**undertaken** 102:16 109:5 110:10
118:7 121:12,15 133:1,7,15 144:22
230:3,7,10,13 231:1,4

**undertook** 193:3

**underway** 179:13

**unquote** 122:9

**unusual** 35:2

**updated** 62:1 172:24

**upload** 13:7 15:3 59:16 63:16,24
64:24 67:6 161:4 171:13 233:20

**uploaded** 243:12

### V

**vague** 175:18 212:11

**valid** 138:17 226:6

**validating** 214:7

**variable** 214:14

**varied** 36:4

**variety** 91:19

**verbal** 136:24 146:15,17

**version** 172:25 201:24 204:21,22
212:17 222:18 223:1,3,13 235:20

**versus** 19:13 91:21

**video** 5:3,8 7:15 33:7 36:19

**videoconference** 80:5



**view** 23:23 32:9 39:8 73:16,19 89:16

106:5,24 166:19 167:8 168:7 169:3,
14 170:5,10,20,25 179:19 189:13

**viewed**  24:3 51:22 104:22

**violate**  76:7 139:12 147:2 238:12

**violates**  109:9

**violating**  67:4 76:15 102:23

**virtual**  7:10,21



**Voodoo**  170:18

**VP**  240:22

**W**



**wait**  11:4,23 84:20 119:18

**waive**  145:2 181:5

**waived**  180:9,25 240:3 243:2

**waiver**  6:15 181:3 244:7,15

**walk**  61:23 63:13

**walked**  193:14

**Walker**  89:13,17 204:4,9,17



**wanted**  64:20 94:14 168:22 221:4

**ways**  105:24 168:24 195:13

**web**  5:7

**week**  29:4,12,20 30:7,8

**wider**  176:17

**window**  13:16

**wins**  178:19

**withheld**  49:21 52:9 142:17

**withholding**  139:8

**witness'**  71:10 234:10 243:22



**work**  6:11,15 8:15 32:4,13,16 33:5,6,
23 34:2,5,12 35:3,17 36:10 37:16

38:3,13,19 39:10,17 40:7 42:2,23
44:1 46:1,3,10,16,21 49:22 50:21
52:10,15 54:9 61:3 66:25 67:20 69:3
73:1,24 74:9,17 75:23 76:5,6,11,18,
20,23 77:1,3,5,7,12,18,21,24 78:1,6,
9,11 79:9,13,15 80:15,21 81:16,22
82:10 83:17,23,25 84:6,11 85:12
86:14,17,24 87:6,9,20,23,24,25 88:6
90:10,17,22 91:2,7,9 92:22,24 93:13
94:4,8 96:12 98:21 100:11 102:23
104:9 105:21 107:9 111:11,18,19,22,
25 112:17 113:5 114:23 115:14
117:17,18 118:21,22,25 119:6 120:3,
6,7 122:8,9,20,24 125:15,24 127:10
128:1 130:1,13 135:5 136:22 137:15,
20 138:1 139:22 140:7,21 141:25
142:17 143:21 144:17 145:3 146:8
147:5,17 149:19 150:5,18,21,22
152:13 158:1 160:9,24 162:22 164:12
165:22,24 167:11,14,20 180:4,20
183:13,17 184:10 185:1,10,20 186:2,
21 187:3,14,21 188:8 194:19 195:16
196:8,22,24 197:12 198:10 201:12
203:22 205:23 206:1,14 207:20
208:1,5 221:24 224:19 225:11 226:8,
10 228:19 229:2 233:14 234:21 237:9
238:16,22 239:21 242:14 244:2,9

**worked**  74:25 75:3,7,12,13,18 76:25
77:4 78:6 83:6 121:23 122:1,3
145:17,21 165:4,19 166:2 179:16
193:13 201:19,24 202:1,3,16 216:1
227:25 228:2,7 243:25

**working**  39:4 40:13,25 41:6 43:8
75:15 127:22 128:8,11,15,22 129:1,7
148:11,12 151:16 155:18 160:2
182:2,6,17 184:15 185:4,9,13 187:17,
19 193:19,21 200:11 203:7 204:23
205:8 241:14

**works**  185:18

**worried**  97:22

**wrapped**  41:7



**write**  71:24 123:23

**writing**  135:20,22

**written**  70:13 88:6 124:2

**wrong**  63:14 165:13 241:8

**wrote**  49:16 52:16 66:13 135:17,19

**X**



**Y**

**year**  105:12 138:13

**years**  239:2

**you-all**  52:17

**Youtube**  36:18

**Z**