# EXHIBIT C

## Excerpt of Google Employee Deposition

## Submitted Under Seal

# In the Matter Of:

*In Re: Google Antitrust Litigation*

*August 10, 2021*



Highly Confidential          ▓▓▓▓▓▓▓▓ - August 10, 2021

168

1   Q.   (By Mr. Geiger)  When did Google start working
2  on the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
3   A.   Sometime in the first half of 2020.  I think it
4  was around springtime.
5   Q.   Does this product have a code name?
6   A.   Yes.
7   Q.   Is that code name Banksy?
8   A.   Yes.
9   Q.   Have you worked on Banksy?
10  A.   Yes.  Well, I'm a manager; and someone on my
11 team is the product manager for Banksy.
12  Q.   What work have you done on Banksy?
13  A.   I was involved in proposing the original idea
14 that we designed in early 2020.  I hired a product
15 manager to lead the effort, and I worked with
16 engineering managers to get it staffed.
17  Q.   Did you create the original Banksy design?
18  A.   I created a document proposing what it would
19 look like as a separate document called the Banksy
20 design document, which was authored by an engineer on
21 the team, not by me.
22  Q.   Which engineer was that?
23  A.   ▓▓▓▓▓▓▓▓.
24  Q.   Did you work on the technical design of Banksy?
25  A.   ▓▓▓▓▓ led the technical -- I designed the

169

1  product proposal and vision, but the core technical
2  design was written by ▮▮▮▮ with input from several
3  folks.
4     Q.   And when ▮▮▮▮▮▮▮▮▮▮ made the core
5  technical design, was he working off of the original
6  design that you had put together?
7     A.   I'm not sure.  I think that -- as I mentioned
8  earlier, part of our work process involves proposing an
9  idea and getting feedback and iterating on it and
10 refining it.
11          So I wouldn't be surprised if some of his
12 design might have come from earlier versions of a
13 proposal.  My proposal was certainly informed by earlier
14 versions of this and other proposals.
15    Q.   When you say your version was informed by
16 earlier versions, are you referring to ▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮?
18    A.   Yes.  That's one of the things that informed
19 the Banksy proposal.
20    Q.   Is Banksy intended to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
22    A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Highly Confidential          ███████████ - August 10, 2021

```
                                                              170
 1  ████████████████████████████████████████████████████████
 2  ████████████████████████████████████████████████████████
 3  ██████████████████████████
 4      Q.   Well, what is the purpose of ██████████?
 5      A.   The purpose of ████████████████████████████████
 6  ████████████████████████████████████████████████████████
 7  ████████████████████████████████████████████████████████
 8  █████████████████████████████████████████████████
 9  █████████
10      A.   Yes.
11      Q.   ███████████████████████████████████████████████
12  ██████████████████████████████████████████████████
13  ██████████████████████████
14  ████████████████████████████████████████████████████████
15  ████████████████████████████████████████████████
16  ████████████████████████████████████████████████████████
17  ████████████████████████████████████████████████████████
18  ██████████████████████
19  ████████████████████████████████████████████████████████
20  ████████████████████████████████████████████████████████
21  ████████████████████████████████████████████████████████
22  ███████████████████████████████
23      Q.   How does Banksy actually work in practice?
24      A.   ██████████████████████████████████████████████
25  ████████████████████████████████████████████████████
```

Highly Confidential - August 10, 2021

171



