# EXHIBIT 1

| | |
|---|---|
| **Message** | |
| **From:** | ▮ |
| **Sent:** | 1/29/2019 3:52:44 PM |
| **To:** | ▮ |
| **Subject:** | Re: OpenX lays off 100, more pressure on sellside take rates |

Yes, I'm here. Let's chat...

On Mon, Jan 28, 2019 at 11:20 PM ▮ wrote:
> Are you at DVAALs?

On Mon, Jan 28, 2019, 7:31 PM ▮ wrote:
> No..this topic continues to get ignored. would love your help to have 1 resurfaced for sure..
>
> separatetly, we should talk about #2 and when the right time, if ever, to bring this up again.

On Sun, Jan 20, 2019 at 2:47 PM ▮ wrote:
> I don't think we've truly discussed this (we had a repricing review where ▮ asked us NOT to change rates) but I don't think we talked about margin or disclosure... right? should we get together (you, ▮, ▮, me) to discuss? or push to ▮?
>
> ▮

On Fri, Jan 4, 2019 at 4:40 PM ▮ wrote:
> ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL
>
> ▮
>
> # Redacted - Privilege

# Redacted - Privilege

On Thu, Jan 3, 2019 at 9:18 PM ███ wrote:
ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Redacted - Privilege

Thanks,

On Thu, Jan 3, 2019 at 9:03 PM ███ wrote:

# Redacted - Privilege

On Thu, Jan 3, 2019, 7:38 PM ███ wrote:

### Redacted - Privilege

On Thu, Dec 20, 2018 at 11:12 AM ███ wrote:
Attorney Client Privileged

███ who may have a POV on apps as well
███ as well

# Redacted - Privilege

# Redacted - Privilege

On Thu, Dec 20, 2018 at 10:26 AM                                         wrote:
ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL -- **Redacted - Privilege**

# Redacted - Privilege

HIGHLY CONFIDENTIAL                                                                                          GOOG-DOJ-AT-01019465

# Redacted - Privilege

On Thu, Dec 20, 2018 at 10:00 AM  wrote:

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019467



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01019468