# EXHIBIT 2

Message

**From:** ███████████████
**Sent:** 1/29/2019 3:52:44 PM
**To:** ███████████████
**Subject:** Re: OpenX lays off 100, more pressure on sellside take rates

Yes, I'm here. Let's chat...

On Mon, Jan 28, 2019 at 11:20 PM ██████████████████ wrote:
  Are you at DVAALs?

On Mon, Jan 28, 2019, 7:31 PM ████████████████ wrote:
  No..this topic continues to get ignored.  would love your help to have 1 resurfaced for sure..

separatetly, we should talk about #2 and when the right time, if ever, to bring this up again.

On Sun, Jan 20, 2019 at 2:47 PM █████████████████ wrote:
  I don't think we've truly discussed this (we had a repricing review where ████ asked us NOT to change
  rates) but I don't think we talked about margin or disclosure... right? should we get together (you, ████,
  ████, me) to discuss? or push to ████?

  ████████

On Fri, Jan 4, 2019 at 4:40 PM ██████████████████ wrote:
  ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

GOOG-DOJ-AT-01019463

On Thu, Jan 3, 2019 at 9:18 PM ███████████████████ wrote:
ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

On Thu, Jan 3, 2019 at 9:03 PM ███████████████████ wrote:

On Thu, Jan 3, 2019, 7:38 PM Dan Taylor ███████████████ wrote:

On Thu, Dec 20, 2018 at 11:12 AM ███████████████ wrote:
Attorney Client Privileged

███████ who may have a POV on apps as well
███████ as well

HIGHLY CONFIDENTIAL



On Thu, Dec 20, 2018 at 10:00 AM                                        wrote:



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL