# EXHIBIT 6

# In the Matter Of:

*Google Antitrust Litigation*

*August 11, 2021*



```
                                                                    1
                                          VOLUME 1
                                          PAGES:  1-256
                                          EXHIBITS:  See Index


  _____

  IN RE:

  GOOGLE ANTITRUST LITIGATION

  60-516110-0009

  _____


           **Highly Confidential**


      VIDEOTAPED DEPOSITION of  ████████████

         - CONDUCTED BY VIDEOCONFERENCE -

            Wednesday, August 11, 2021

         8:07 a.m. Pacific Daylight Time






            Michelle Keegan, RMR, CRR

                    Lexitas

         508-478-9795 ~ 508-478.0595 (Fax)

                www.LexitasLegal.com
```

```
                                                                 2
 1   A P P E A R A N C E S:

 2


 3   UNITED STATES DEPARTMENT OF JUSTICE
     Antitrust Division
 4   By:  Brent Nakamura, Esq.
     By:  Arshia Najafi, Esq.
 5   450 Fifth Street, N.W.
     Washington, D.C. 20530
 6   Phone:  (202) 598-8918
     Email:  brent.nakamura@usdoj.gov
 7   Email:  arshia.najafi@usdoj.gov
     Counsel for the United States Department of
 8   Justice

 9
     FRESHFIELDS BRUCKHAUS DERINGER LLP
10   By:  Thomas Ensign, Esq.
     By:  Justin C. Simeone, Esq.
11   700 13th Street, NW, 10th Floor
     Washington, D.C. 20005-3960
12   Phone:  (202) 777-4500
     Email:  thomas.ensign@freshfields.com
13   Email:  justin.simeone@freshfields.com
     Counsel for Alphabet, Inc. and the witness
14

15   AXINN, VELTROP & HARKRIDER LLP
     By:  Daniel S. Bitton, Esq.
16   560 Mission Street
     San Francisco, California 94105
17   Phone:  (415) 490-2000
     Email:  dbitton@axinn.com
18   Counsel for Google, Inc.

19
     Also Present:
20
     Ryan LaFond, Videographer
21   Sue Majewski, Economist with DOJ
     Gordon Ahl, Paralegal with DOJ
22   ██████████████████████, Alphabet Google counsel
     ██████████████████, Alphabet Google counsel
23

24
```

196

```
 1       Q. And when did you have this discussion with
 2   Mr. Lazarus regarding the Stonehenge program?
 3       A. I believe this was last summer, and it's
 4   continued through the present.
 5       Q. So you initially had this discussion with
 6   Mr. Lazarus regarding the Stonehenge program in
 7   summer 2020.  Is that correct?
 8       A. That's my best guess.  It may have been
 9   earlier, but that's my recollection of when the
10   work for Stonehenge was done.
11          MR. NAKAMURA:  Gordon, could you load in
12   the chat Document 46, please.
13       Q. So same instruction, ▮▮▮▮▮▮▮.  If you
14   could download that document and let me know when
15   you've reviewed it.
16          MR. NAKAMURA:  In the meantime, I'll ask
17   the court reporter to mark this document as
18   ▮▮▮▮▮  Exhibit 7.  This is a document produced
19   by Google with the Bates number beginning
20   GOOG-DOJ-12766025, ending in Bates Number -6028.
21          (Exhibit 7 marked for identification)
22       Q. And let me know when you're done reviewing
23   this document.
24       A. Okay.
```

197

```
 1      Q. So let's turn to the second page of the
 2   PDF ending in Bates Number 026 to the email on
 3   February 19th, 2020, from ▇▇▇▇▇▇▇▇▇.  Do you
 4   see that?
 5      A. Yup.
 6      Q. What was the Single Click program?
 7      A. That was an assessment of implications and
 8   options that -- in response to potential
 9   regulatory inquiries.
10      Q. And do you see the line that says,
11   "Stonehenge will include," dot, dot, dot?  Do you
12   see that?
13      A. Yes.
14      Q. So is 1door part of the Stonehenge
15   program?
16      A. No.
17      Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     ▇▇▇▇▇▇▇
24      Q. So that is an option under consideration
```

Highly Confidential ▮▮▮▮▮▮▮ - August 11, 2021

198

```
 1   currently with respect to Project Stonehenge but
 2   has not yet been finally decided.  Is that
 3   correct?
 4           MR. ENSIGN:  Objection.
 5           I'd like to speak to the witness to
 6   determine whether it's possible to respond to
 7   these questions without divulging attorney-client
 8   communications.
 9           MR. NAKAMURA:  Okay.  Let's take a break.
10           THE VIDEOGRAPHER:  Off the record at
11   1:57 p.m.
12           (Off the record, 1:57 p.m. to 2:05 p.m.)
13           THE VIDEOGRAPHER:  Back on the record at
14   2:05 p.m.
15   BY MR. NAKAMURA:
16       Q.  ▮▮▮▮▮▮▮▮, have you had a chance to
17   confer with your counsel?
18       A.  I have.
19       Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Highly Confidential             - August 11, 2021

199

1   MR. ENSIGN: Objection.
2   I'm going to instruct the witness not to
3   answer the question.
4   Further, the document or the exhibit that
5   is currently in front of the witness contains
6   unredacted privileged communications and
7   privileged work product with respect to Project
8   Stonehenge and Single Click.
9   We are working on redactions and will
10  provide a redacted version of this exhibit to the
11  department shortly.
12  MR. NAKAMURA: So I want to understand
13  this, Mr. Ensign. On page 1 of this document,
14  ending Bates Number 025, Google has made a
15  redaction. Is that correct?
16  MR. ENSIGN: That is correct.
17  MR. NAKAMURA: And so your claim is,
18  despite having produced this to us in redacted
19  form, you have failed to make other redactions
20  that you believe are properly made pursuant to
21  attorney-client privilege. Is that correct?
22  MR. ENSIGN: You are correct.
23  MR. NAKAMURA: And I would like to know
24  what the lawyer -- who the lawyers are who are

Highly Confidential          ▮▮▮▮▮▮ - August 11, 2021

200

1  involved in Project Stonehenge with respect to
2  this particular communication such that it is
3  proper to claw it back.
4        MR. ENSIGN: ▮▮▮▮▮▮, you can provide
5  the name of the attorney.
6     A. Ted Lazarus.
7     Q. And, ▮▮▮▮▮▮, you testified, however,
8  that you spoke to Mr. Lazarus in the summer of
9  2020, yet this document predates that.
10    A. Yes. So I believe my dates were probably
11  off.
12    Q. And this is a question for your counsel.
13        MR. NAKAMURA: I am confused because at
14  the bottom of page 2 at the section we were
15  discussing, there was only business information
16  there, no legal information that was conveyed.
17        Mr. Ensign, I'd like to know your basis
18  for clawing back what appears to entirely lack
19  ▮▮▮▮▮▮ email, any legal advice, and only
20  business advice.
21        MR. ENSIGN: Work product. Project Single
22  Click and Stonehenge were prepared in response to
23  the regulatory process and the antitrust matters.
24        MR. NAKAMURA: And is it your position

Highly Confidential          ▇▇▇▇▇▇ - August 11, 2021

201

1   today that any and all information relating to
2   Project Stonehenge is properly protected by the
3   work product privilege?
4           MR. ENSIGN:  I can't take a position with
5   respect to all information, but with respect to
6   the information contained in this document, yes.
7           MR. NAKAMURA:  And so my last question on
8   this is, your justification for clawing this
9   particular email back and other sections of this
10  document is that the legal advice came from
11  Mr. Ted Lazarus.  Is that correct?
12          MR. ENSIGN:  It is work product developed
13  upon legal advice from Ted Lazarus.
14          MR. NAKAMURA:  Okay.  We will sequester
15  this document and await your production.
16          I'm sorry.  Mr. Bitton, did you have
17  something?
18          MR. BITTON:  Yeah.  I think there may well
19  have been and I think ▇▇▇▇▇▇ testified that
20  that's the name he recalled but that there were
21  other lawyers involved as well.
22          MR. NAKAMURA:  And how long until we get a
23  reproduction of this document?
24          MR. ENSIGN:  We are working on it now and