AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date: 07/24/2023

/s/ Matthew E. Gold
*Attorney's signature*

Matthew E. Gold, IL ARDC 6323956
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
209 S. LaSalle, Suite 600
Chicago, Illinois 60604

*Address*

matthew.gold@usdoj.gov
*E-mail address*

(312) 316-0681
*Telephone number*

(202) 616-8544
*FAX number*