UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to E.D. Va. Civ. R. 83.1(G), Defendant Google LLC ("Google") seeks leave to have Koren W. Wong-Ervin withdraw her appearance as counsel for Google. In support of its motion, Google states as follows:

1. On March 28, 2023, the Court entered an order granting the application to allow Koren W. Wong-Ervin to enter her *pro hac vice* appearance for Google (Dkt. No. 86).

2. Google continues to be represented by other attorneys who are members of the bar of the Court and who have been admitted *pro hac vice*.

3. Google does not oppose this motion, and no other party will be prejudiced thereby.

WHEREFORE, Defendant Google seeks entry of an order granting Koren W. Wong-Ervin leave to withdraw as counsel for Google, directing the Clerk of the Court to strike her appearance and to remove her from the CM/ECF service list in this matter, and directing all other parties that she need not be served with any further pleadings, motions, or other papers in this matter. A proposed Order is submitted herewith.

*Defendant Google does not request oral argument on this motion.*

Dated: July 26, 2023                             Respectfully submitted,

*/s/ Bradley Justus*
Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Google LLC*