**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　*Plaintiffs,*<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　　　*Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**ORDER**

Pursuant to E.D. Va. Civ. R. 83.1(G), the Court herby

GRANTS the motion of Defendant Google LLC ("Google") for the withdrawal of the appearance of Koren W. Wong-Ervin as counsel for Google; and it is further

ORDERED that the Clerk of the Court shall strike her appearance and remove her from the CM/ECF service list in this matter, and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Koren W. Wong-Ervin in this matter.

ENTERED this _____ day of July, 2023.

_____
United States District / Magistrate Judge