UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>     *Plaintiffs,*<br>vs.<br>GOOGLE LLC,<br><br>     *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

### ORDER

Pursuant to E.D. Va. Civ. R. 83.1(G), the Court herby

GRANTS the motion of Defendant Google LLC ("Google") for the withdrawal of the appearance of Koren W. Wong-Ervin as counsel for Google; and it is further

ORDERED that the Clerk of the Court shall strike her appearance and remove her from the CM/ECF service list in this matter, and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Koren W. Wong-Ervin in this matter.

ENTERED this 27th day of July, 2023.

/s/
John F. Anderson
United States Magistrate Judge

United States District / Magistrate Judge