UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

      *Plaintiffs*,

vs.

GOOGLE LLC,

      *Defendant*.

No. 1:23-cv-00108-LMB-JFA

**ORDER**

THIS MATTER is before the Court on the motion filed by Defendant, Google LLC ("Google"), for an order compelling Plaintiff United States to answer Google's Request for Admission No. 1 (Docket no. _____). Upon consideration of the motion, and the arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

ORDERED that Plaintiff's objections to Request for Admission No. 1 are hereby OVERRULED; and it is further

ORDERED that Plaintiff must respond to Request for Admission No. 1 not later than August 18, 2023.

      ENTERED this _____ day of August 2023.

Alexandria, Virginia

                                            _____
                                            John F. Anderson
                                            United States Magistrate Judge