IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Having reviewed defendant's withdrawal of motion to compel (Docket no. 296), the Clerk is requested to terminate the motion to compel filed as docket entry number 291 and terminate the hearing scheduled for Friday, August 11, 2023.

Entered this 9th day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia