UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES,** *et al.*,<br><br>       *Plaintiffs*,<br><br>vs.<br><br>**GOOGLE LLC,**<br><br>       *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## ORDER

THIS MATTER is before the Court on the motion filed by Defendant, Google LLC ("Google"), requesting *in camera* review of testimony improperly withheld as privileged. (Docket no. _____). Upon consideration of the motion, and the arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

ORDERED that Google's motion is GRANTED; it is further

ORDERED that, having conducted an *in camera* review, Google is no longer obligated to sequester the transcripts for Mr. Karpenko and Mr. Owens and is otherwise relieved of its obligations under Paragraph 12(c) of the Protective Order, Dkt. 203, with respect to those transcripts.

       ENTERED this _____ day of August 2023.

Alexandria, Virginia

                                                                                    _____
                                                                                    John F. Anderson
                                                                                    United States Magistrate Judge