UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**ORDER**

THIS MATTER is before the Court on the motion filed by Defendant, Google LLC ("Google"), for an order compelling Plaintiff United States to produce documents and testimony improperly withheld as privileged (Docket no. _____). Upon consideration of the motion, and the arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

ORDERED that Google's motion is GRANTED; and it is hereby

ORDERED that Plaintiff's produce to Google these documents and testimony no later than September 1, 2023;

ORDERED that Plaintiff log communications between the ATR and FAA counsel that predate January 24, 2023, and are responsive to Google's Fifth Request for Production or were part of the DOJ's Investigative File no later than September 1, 2023.

ENTERED this _____ day of August 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge