# EXHIBIT 7

| | |
|---|---|
| **From:** | Goodman, Martha |
| **Sent:** | Monday, July 31, 2023 7:29 PM |
| **To:** | Lauren Pomeroy; Michael (ATR; Tyler T.; Aaron (ATR; Kelly (ATR; Katherine (ATR; Choi, Stephanie (ATR); Julia (ATR; Jeffrey (ATR; Feder, Morgan |
| **Cc:** | Eric Mahr; Julie Elmer; Andrew Ewalt; Tyler Garrett; Robert McCallum; Lauren Kaplin; TU, Xiaoxi; Jeanette Bayoumi; Sara.Salem@freshfields.com; Craig Reilly; Bradley Justus; Daniel Bitton; Koren W. Wong-Ervin; Ali Vissichelli; dpearl@axinn.com; GRP-Google-AdTech-EXTERNAL; Goodman, Martha; Milligan, Heather C; Tyler Garrett |
| **Subject:** | United States et al v. Google: Potentially Privileged FAA Documents |

Counsel,

We've identified the following documents as potentially privileged in FAAs' productions and are providing notice pursuant to Paragraph 12(d) of the Modified PO (Dkt. 203).

USPS-ADS-0000524903
USPS-ADS-0000565889
USPS-ADS-0000141431
CMS-ADS-0000254750
ARMY-ADS-0000242284

We will stop reviewing the documents, sequester them in our database such that they cannot be viewed, and delete any copies of the documents.

Please advise us of your positions on these documents.

Martha


**Martha L. Goodman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7341 (Direct Phone) | 315 269 4061 (Cell)
mgoodman@paulweiss.com | www.paulweiss.com