# EXHIBIT 9

| | |
|---|---|
| **From:** | Goodman, Martha |
| **To:** | Lauren Pomeroy; Michael (ATR); Tyler T.; Aaron (ATR); Kelly (ATR); Katherine (ATR); Choi, Stephanie (ATR); Julia (ATR); Jeffrey (ATR); Feder, Morgan |
| **Cc:** | Eric Mahr; Julie Elmer; Andrew Ewalt; Tyler Garrett; Robert McCallum; Lauren Kaplin; TU, Xiaoxi; Jeanette Bayoumi; Sara.Salem@freshfields.com; Craig Reilly; Bradley Justus; Daniel Bitton; Koren W. Wong-Ervin; Ali Vissichelli; dpearl@axinn.com; GRP-Google-AdTech-EXTERNAL; Milligan, Heather C; Tyler Garrett |
| **Subject:** | RE: United States et al v. Google: Potentially Privileged FAA Documents |
| **Date:** | Sunday, August 6, 2023 1:10:14 PM |

Counsel,

We've identified the following document as potentially privileged in FAAs' productions and are providing notice pursuant to Paragraph 12(d) of the Modified PO (Dkt. 203).

CENSUS-ADS-0000690827

We will stop reviewing the document, sequester it in our database such that it cannot be viewed, and delete any copies of the document.

Please advise us of your position on this document.

**Martha L. Goodman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7341 (Direct Phone) | 315 269 4061 (Cell)
mgoodman@paulweiss.com | www.paulweiss.com