# EXHIBIT 16

| | |
|---|---|
| From: | Workinger, Kimberly B - Washington, DC </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9C8E8AB7BFB7494CB50EDF5936481146-WORKINGER,> |
| Sent: | 1/9/2023 1:59:21 PM |
| To: | Workinger, Kimberly B - Washington, DC <Kimberly.B.Workinger@usps.gov>; Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>; Bottenberg, Michael R - Washington, DC <Michael.R.Bottenberg@usps.gov>; Votsch, Maria W - Washington, DC <Maria.W.Votsch@usps.gov>; Boardman, Stephan J - Washington, DC <stephan.j.boardman@usps.gov>; Karpenko, Christopher J - Washington, DC <christopher.j.karpenko@usps.gov> |
| Subject: | Discussion with DOJ Regarding Digital Advertising |
| Location: | https://usps.zoomgov.com/j/1603683756?pwd=T2FSaHRMWWVwZWRIaHlEcnpORXdEUT09 |
| Start: | 1/11/2023 1:00:00 PM |
| End: | 1/11/2023 2:00:00 PM |
| Show Time As: | Tentative |
| | |
| Recurrence: | (none) |
| Meeting Status: | Not yet responded |
| | |
| Required Attendees: | Workinger, Kimberly B - Washington, DC;Wolin, Michael (ATR);Hough, Marymichael (ATR);Pasco, Brian L - Washington, DC;Bottenberg, Michael R - Washington, DC;Votsch, Maria W - Washington, DC;Boardman, Stephan J - Washington, DC;Karpenko, Christopher J - Washington, DC |
| Optional Attendees: | Pritchett, Chase (ATR);Ehrlich, Colleen |

Setting up time to discuss Digital Advertising. Thank you.

**Privacy Act Statement:** Your information will be used to enable access to the Zoom meeting and video web conferencing application, to enable participation in USPS and related events conducted via Zoom meeting and video by utilizing enhanced features and functionality that facilitate information sharing and cross-functional participation. Facilitation of information sharing, and cross-functional participation may include voluntary polling to the chat feature, along with sharing of your personal image via your device camera, to enable virtual face-to-face conversations, if you chose to do so. Collection is authorized by 39 U.S.C. 401, 403, and 404, as applicable. S you will not be able to access the web conferencing application or participate in events or meetings using all of the features and functionality available through Zoom
For all users and participants, we do not disclose your information to third parties without your consent, except to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a when necessary to fulfill a business function; to a U.S. Postal Service auditor; for law enforcement purposes, to labor organizations as required by applicable law; incident to proceedings involving the Postal Service, and to
For USPS employees and contractors, records may be disclosed to the Equal Employment Opportunity Commission (EEOC) when requested in connection with the investigation of a formal complaint and to the Merit Syste
For USPS customers, records may be disclosed to agencies and entities for financial matters and for customer service purposes. For more information on our privacy policies visit www.usps.com/privacypolicy.

Hi there,

Kimberly Workinger is inviting you to a scheduled ZoomGov meeting.

**Note: you do NOT need a Zoom account to join the meeting.**

**The preferred choice is to Join with Computer Audio. If you use Zoom Call Me, please click the dropdown from the Call ME tab to select INT EXT for the b**

# Join Zoom Meeting

Phone one-tap:

Meeting URL:
Meeting ID:
Passcode:

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

Meeting ID:

Passcode:

International numbers

## Join from an H.323/SIP room system

H.323:

Meeting ID:

Passcode:

SIP:

Passcode:

USPS-ADS-0000031694