**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

## <u>ORDER</u>

Upon consideration of Defendant's motion to seal certain exhibits attached to its Memorandum of Law in Support of Google's Motion for *In Camera* Review, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the United States designating the exhibits as containing privileged, confidential, or highly confidential information.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that Exhibits 1 and 4 to Defendant's motion for *in camera* review (Dkt. 301 & 303), shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this ____ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge