IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **GOOGLE LLC,** <br><br> *Defendant.* | Civil Action No. 1:23-cv-00108 (LMB) (JFA) |

### [PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR PROTECTIVE ORDER

The above matter having come before the Court on Defendant Google LLC's Motion for Protective Order ("Motion"), and the Court having considered the Motion and arguments in support thereof and any opposition thereto, it is hereby:

ORDERED that Defendant's Motion is GRANTED. Plaintiffs shall withdraw their Notice of Rule 30(b)(6) Deposition.

Entered this ___ day of _____, 2023.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge