**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## ORDER

Upon consideration of Defendant's motion to seal certain exhibits referenced in its Memorandum of Law in Support of Google's Motion To Compel Production of Documents and Testimony Wrongly Withheld as Privileged and to redact certain portions of that memorandum of law that reference the contents of those exhibits, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the United States marking the exhibits as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that exhibits 2-5 and 11-15 to Defendant's motion to compel (Dkt. 305 & 307), as well as certain portions of the memorandum (Dkt. 305 & 307) that reference the contents of those exhibits, shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this _____ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge