**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al.,    )<br>                                          )<br>           Plaintiffs,           )<br>                                          )<br>     v.                                 )           No. 1:23-cv-00108-LMB-JFA<br>                                          )<br>GOOGLE LLC,                   )<br>                                          )<br>           Defendant.          ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Judgment on the Pleadings, their Memorandum of Law in Support and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that Plaintiffs' motion is GRANTED; and it is hereby ORDERED that Defendant Google LLC's tenth and thirteenth affirmative defenses contained in its Answer, ECF No. 208, are DISMISSED without leave to amend.

DATE: _____          _____