IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for a Protective Order and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that the United States' motion is GRANTED; and it is hereby ORDERED that Defendant Google LLC may not seek or continue to seek discovery, from any party or non-party, related to its tenth or thirteenth affirmative defenses contained in its Answer, at ECF No. 208.

DATE: _____        _____