IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

The hearing on defendant's motion for *in camera* review (Docket no. 300), defendant's motion to compel production of documents and testimony wrongly withheld as privileged (Docket no. 304), and defendant's motion for protective order (Docket no. 311) will be held on Friday, August 25, 2023 **at 11:00 a.m.** in Courtroom 501.

Entered this 22nd day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia