**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for a Protective Order and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that the United States' motion is GRANTED; and it is hereby ORDERED that Defendant Google LLC may not seek or continue to seek Rule 30(b)(6) deposition testimony from the U.S. Department of Justice, Antitrust Division.

DATE: _____    _____