**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Continue Hearing on Google's Motion for a Protective Order and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that Plaintiffs' motion is GRANTED; and it is hereby ORDERED that the hearing on Google's Motion for a Protective Order at ECF No. 311 is CONTINUED until September 1, 2023, at 10:00 AM.

DATE: _____          _____