*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Privilege Log (dated Aug. 23, 2023)

**Contains Confidential Informaton**

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2897 | USPS-ADS-0000037418 | | | | | | 1/11/2023 | [EXTERNAL] FW: list of 3rd party platforms | | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2898 | USPS-ADS-0000141557 | | | | | | 1/17/2023 | FW: [EXTERNAL] RE: list of 3rd party platforms | | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2899 | USPS-ADS-0000037567 | | | | | | 1/11/2023 | RE: [EXTERNAL] RE: list of 3rd party platforms | | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2900 | USPS-ADS-0000041965 | | | | | | 1/11/2023 | [EXTERNAL] RE: list of 3rd party platforms | | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2901 | USPS-ADS-0000043815 | | | | | | 1/11/2023 | [EXTERNAL] RE: list of 3rd party platforms | | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |

\*\* = Denotes Attorneys

*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)     **Contains Confidential Informaton**
Privilege Log (dated Aug. 23, 2023)

| # | Bates | | | | | | Date | Subject | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2902 | USPS-ADS-0000145288 | ▮ | ▮ | ▮ | ▮ | | 1/11/2023 | list of 3rd party platforms | ▮ | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases |
| 2903 | ARMY-ADS-0000094471 | ▮ | ▮ | ▮ | ▮ | | 12/27/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2904 | ARMY-ADS-0000094502 | ▮ | ▮ | ▮ | ▮ | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2905 | ARMY-ADS-0000121371 | ▮ | ▮ | ▮ | ▮ | | 12/27/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2906 | ARMY-ADS-0000121385 | ▮ | ▮ | ▮ | ▮ | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2907 | ARMY-ADS-0000121389 | ▮ | ▮ | ▮ | ▮ | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2908 | ARMY-ADS-0000121392 | ▮ | ▮ | ▮ | ▮ | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2909 | ARMY-ADS-0000154092 | ▮ | ▮ | ▮ | ▮ | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2910 | ARMY-ADS-0000154100 | ▮ | ▮ | ▮ | ▮ | | 1/9/2023 | FW: Inquiry from Department of Justice, Antitrust Division | ▮ | Attorney Work Product | Confidential communication between attorney and client containing legal advice regarding and document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |

\*\* = Denotes Attorneys