# EXHIBIT D

| | |
|---|---|
| **From:** | Garcia, Kelly (ATR) <Kelly.Garcia@usdoj.gov> |
| **Sent:** | Monday, June 5, 2023 2:49 PM |
| **To:** | MCCALLUM, Robert; SALEM, Sara; MAHR, Eric (EJM); ELMER, Julie (JSE); EWALT, Andrew (AJE); GARRETT, Tyler; KAPLIN, Lauren; TU, Xiaoxi; BAYOUMI, Jeanette; Bradley Justus; Craig Reilly; Daniel Bitton; dpearl@axinn.com; Koren W. Wong-Ervin; Ali Vissichelli; Joseph Bial; Amy Mauser |
| **Cc:** | Wood, Julia (ATR); Teitelbaum, Aaron (ATR); Strick, Amanda (ATR); Freeman, Michael (ATR); Barry, Kaitlyn (ATR); Wolin, Michael (ATR); Vernon, Jeffrey (ATR); Choi, Stephanie (ATR); aferguson@oag.state.va.us; spopps@oag.state.va.us; thenry@oag.state.va.us; kgallagher@oag.state.va.us; Brian Wang; Lauren Pomeroy; Paula Blizzard; bryn.williams@coag.gov; jan.zavislan@coag.gov; steve.kaufmann@coag.gov; nicole.demers@ct.gov; yale.leber@law.njoag.gov; elinor.hoffmann@ag.ny.gov; morgan.feder@ag.ny.gov; locean@riag.ri.gov; david.mcdowell@ag.tn.gov; ethan.bowers@ag.tn.gov; tyler.corcoran@ag.tn.gov; Elizabeth.Maxeiner@ilag.gov; jayme.weber@azag.gov; amy.hanson@atg.wa.gov; brandon.h.garod@doj.nh.gov; james.r.davis@doj.nh.gov; Douglas.L.Davis@wvago.gov; joseph.conrad@nebraska.gov; jmcghee@ncdoj.gov; jmarx@ncdoj.gov; kchoksi@ncdoj.gov; tyler.arnold@atg.wa.gov; kate.iiams@atg.wa.gov |
| **Subject:** | RFP 58 |

Rob,

Following up on your discussion with Amanda Strick last week, I'm writing to confirm that the proposal you set out in your 5/26 letter regarding Google's response to RFP 58 is acceptable to Plaintiffs.

To be clear, our understanding is that Google has agreed to run the following search terms through the chats of all agreed-upon custodians for the date range January 2013–present, and produce all responsive, non-privileged chats: "history off," "history is not off," "history on," "history is on," "off the record," and "on the record."

If our understanding is in any way incorrect, please let us know.

Best,
Kelly

**Kelly D. Garcia | Trial Attorney**
U.S. Department of Justice, Antitrust Division
450 5th Street, N.W. Washington, D.C. 20530
202 262 3719 (Direct Phone)
kelly.garcia@usdoj.gov
*Pronouns: She/Her/Hers*