Date: 8/25/2023

Judge: John F. Anderson

Reporter: FTR / 501 /

Court Reporter: Stephanie Austin

Start: 10:57am

Finish: 12:29pm

Civil Action Number: 1:23-cv-00027-AJT

United States et al.

vs.

Google LLC.

Appearance of Counsel for:

☒Plaintiff: Katherine Clemons

☒Defendant: Karen Dunn

☐Matter is uncontested

☒Motion to/for:

In Camera Review of Clawed Back Documents [300], Compel [304]

Argued &:

☐Granted / ☐Granted in part

☐Denied / ☐Denied in part

☒Taken Under Advisement

☐Continued to:

☐Report and Recommendation to Follow

☐Order(s) to Follow