IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On Friday, August 25, 2023, counsel for the parties appeared before the undersigned to present argument on defendant's motion for *in camera* review (Docket no. 300) and motion to compel production of documents and testimony wrongly withheld as privileged (Docket no. 304). The court takes those matters under advisement and will notify the parties if any additional argument is necessary by Wednesday, August 30, 2023.

Entered this 25th day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia