**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>      Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Extend Deadlines for Certain Discovery Implicated by Pending Motion for Partial Judgment on the Pleadings, and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that the motion is GRANTED; and it is hereby ORDERED that:

(1) The date for any oral deposition testimony and the deadline for any document productions pursuant to the Federal Rule of Civil Procedure 45 subpoenas directed to Assistant Attorney General Jonathan Kanter and Chief Economist Susan Athey are EXTENDED until no sooner than 14 days after the date of the Court's ruling on the pending Motion for Partial Judgment on the Pleadings; and

(2) The parties may make affirmative use of the transcript of the Rule 30(b)(6) deposition of NewsCorp in the present case, as if the deposition had been taken on or before September 8, 2023, provided that the deposition occurs on or before October 6, 2023.

DATE: _____      _____