IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Depose Certain Google and Third-Party Witnesses After the Close of Fact Discovery, the Court hereby FINDS that the motion should be GRANTED.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs have leave to depose certain specifically identified third-party and one Google witnesses specifically identified in Plaintiffs' Motion for Leave to Depose Certain Google and Third-Party Witnesses After the Close of Fact Discovery, and that the parties may use the depositions referenced in the motion for all purposes as if they had occurred on or before September 8, 2023.

DATE: _____        _____