IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DATA RESPONSIVE TO REQUESTS FOR PRODUCTION 60 AND 76**

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37(A), the United States, through their undersigned counsel, hereby move to compel Defendant Google to (1) reproduce the transaction datasets that Google produced in response to RFP 60 with fields allowing the United States to link the transactions; and (2) produce the requested invoice data described in RFP 76.

Dated: August 25, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

s/ Dennis C. Barghaan, Jr.
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Facsimile: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
/s/ Kelly D. Garcia
KELLY D. GARCIA
/s/ Amanda M. Strick
AMANDA M. STRICK
/s/ Craig L. Briskin
CRAIG L. BRISKIN
/s/ Kaitlyn E. Barry
KAITLYN E. BARRY
/s/ Michael J. Freeman
MICHAEL J. FREEMAN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

Attorneys for the United States