**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff United States' Motion to Compel and Memorandum of

Law in Support of its Motion to Compel Production for Documents and Data Responsive to

Requests for Production 60 and 76, and pursuant to Local Civil Rule 37, the Court hereby

FINDS the motion to compel should be granted.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant Google LLC produce to Plaintiff United States the documents

and data identified in Plaintiffs' Requests for Production 60 and 76.


DATE: _____          _____