# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 1, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, the United States will move the Court for entry of an order compelling Defendant Google LLC to: (1) reproduce the transaction datasets that Google produced in response to RFP 60 with fields allowing the United States to link the transactions; and (2) produce the requested invoice data described in RFP 76.

Dated: August 25, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

s/ Dennis C. Barghaan, Jr.
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Facsimile: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
/s/ Kelly D. Garcia
KELLY D. GARCIA
/s/ Amanda M. Strick
AMANDA M. STRICK
/s/ Craig L. Briskin
CRAIG L. BRISKIN
/s/ Kaitlyn E. Barry
KAITLYN E. BARRY
/s/ Michael J. Freeman
MICHAEL J. FREEMAN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

Attorneys for the United States