*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)                              **Contains Confidential Informaton**

Privilege Log (dated June 26, 2023)

| # | Bates | Custodian | From | To | CC | BCC | Date | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 011-00000595 | Antitrust Division | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Workinger, Kimberly B - Washington, DC ▮@usps.gov> | Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Karpenko, Christopher J - Washington, DC ▮; Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | 1/9/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 38 | 011-00000598 | Antitrust Division | Gardner, Matthew ▮ | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov> | Korns, Andrew ▮> | | 1/9/2023 | FW: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 39 | 011-00000610 | Antitrust Division | Arpit Garg - L** ▮> | Teslicko, David (ATR)** <David.Teslicko@usdoj.gov> | ▮** | | 1/9/2023 | Re: [EXTERNAL] Re: DOJ Antitrust | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys

*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)  **Contains Confidential Informaton**
Privilege Log (dated June 26, 2023)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 612 | Antitrust Division | Teslicko, David (ATR)** | Arpit Garg - L** | | | 1/9/2023 | RE: [EXTERNAL] Re: DOJ Antitrust | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 41 | 011-00000616 | Antitrust Division | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Wessels, James H CIV OSD OUSD A-S (USA) > | Ricci, Brendan M CIV OSD OUSD A-S (USA) >; Alvarez, Julio C CTR (USA) >; Prasad, Sivram D CIV OSD OGC (USA)** >; Nierlich, George (ATR)** <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Pritchett, Chase (ATR)** <Chase.Pritchett@usdoj.gov>; Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | 1/9/2023 | RE: Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys

| 42 | 011-00000622 | Antitrust Division | Alvarez, Julio C CTR (USA) | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | | 1/9/2023 | [EXTERNAL] Automatic reply: Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 43 | 011-00000623 | Antitrust Division | Wessels, James H CIV OSD OUSD A-S (USA) | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Ricci, Brendan M CIV OSD OUSD A-S (USA) >; Alvarez, Julio C CTR (USA) >; Prasad, Sivram D CIV OSD OGC (USA)** >; Nierlich, George (ATR)** <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Pritchett, Chase (ATR)** <Chase.Pritchett@usdoj.gov> | | 1/9/2023 | [EXTERNAL] RE: Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 011-00000630 | Antitrust Division | Gardner, Matthew | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen > | | 1/9/2023 | FW: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 45 | 011-00000634 | Antitrust Division | Gardner, Matthew | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen | | 1/9/2023 | FW: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 46 | 011-00000665 | Antitrust Division | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Gardner, Matthew > | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen <cehrlich@uspsoig.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | 1/10/2023 | RE: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys

| 47 | 011-00000675 | Antitrust Division | Gardner, Matthew | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen ▮ ; Hough, MaryMichael (ATR) <Marymichael.Hough@usdoj.gov> | | 1/10/2023 | RE: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
|----|--------------|--------------------|------------------|--------------------------------------------------|------------------------------------------------------------------------------------------------------------------------|---|-----------|-------------------------------------------------|-----------------------------------------------------|-------------------|
| 48 | 011-00000685 | Antitrust Division | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Gardner, Matthew | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen ▮ ; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov> | | 1/10/2023 | RE: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 49 | 011-00000695 | Antitrust Division | Gardner, Matthew | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen ▮ ; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov> | | 1/10/2023 | RE: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

** = Denotes Attorneys

*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)     **Contains Confidential Informaton**

Privilege Log (dated June 26, 2023)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 011-00000715 | Antitrust Division | Gardner, Matthew | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Lem, Jacklin (ATR)** <Jacklin.Lem@usdoj.gov>; Ehrlich, Colleen ; Hough, MaryMichael (ATR) <Marymichael.Hough@usdoj.gov> | | 1/10/2023 | RE: [EXTERNAL] OIG Request for Assistance | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 51 | 011-00000782 | Antitrust Division | Wessels, James H CIV OSD OUSD A-S (USA) | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Ricci, Brendan M CIV OSD OUSD A-S (USA) >; Alvarez, Julio C CTR (USA) >; Prasad, Sivram D CIV OSD OGC (USA)** >; Nierlich, George (ATR)** <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Pritchett, Chase (ATR)** <Chase.Pritchett@usdoj.gov> | | 1/11/2023 | [EXTERNAL] RE: Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys      Page 22 of 25

*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)  **Contains Confidential Informaton**

Privilege Log (dated June 26, 2023)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 011-00000789 | Antitrust Division | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | Wessels, James H CIV OSD OUSD A-S (USA) <■■■> | Ricci, Brendan M CIV OSD OUSD A-S (USA) ■■■>; Alvarez, Julio C CTR (USA) ■■■>; Prasad, Sivram D CIV OSD OGC (USA)** ■■■>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Pritchett, Chase (ATR)** <Chase.Pritchett@usdoj.gov>; Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | 1/11/2023 | RE: Inquiry from Department of Justice, Antitrust Division | Attorney-Client; Work Product; Deliberative Process | Confidential communication from counsel for United States made in the course of their providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 53 | 011-00000835 | Antitrust Division | Rutizer, Sasha N. (OJP)** <Sasha.N.Rutizer@usdoj.gov> | Wolin, Michael (ATR)** <Michael.Wolin@usdoj.gov> | | | 1/12/2023 | RE: Inquiry from Antitrust Division re DOJ Digital Advertising | Attorney-Client; Work Product; Deliberative Process | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

\*\* = Denotes Attorneys                                                                 Page 23 of 25