**From:** Karr, Ryan (ATR) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=885C59FDC66E4999968205F4B736FE96-KARRRT>
**Sent:** Saturday, September 21, 2019 6:28 PM
**To:** Vivian Yang <vivian.yang@▮▮▮▮▮▮▮>
**Subject:** RE: Request for Return Call

Hi Vivian,

Thanks for letting me know. Generally, we would like to discuss:

- Competition between The Trade Desk and Google for DSP and related services;
- The Trade Desk's integration with Google Campaign Manager, Google Ad Manager, and similar other Google products.
- Any problems or issues The Trade Desk has had in receiving advertiser demand through Campaign Manager, or inability to win bids in AdX

The individuals who know these will likely be the right folks.

Thanks,

Ryan

**From:** Vivian Yang <vivian.yang@▮▮▮▮▮▮▮>
**Sent:** Friday, September 20, 2019 5:53 PM
**To:** Karr, Ryan (ATR) <Ryan.Karr@ATR.USDOJ.GOV>
**Subject:** RE: Request for Return Call

Hi Ryan,

I discussed with my management team and we'd be happy to participate in an interview. Would it be possible to send me the questions, or categories of questions, so I can make sure that the right people are available the week of 9/30?

Thanks,
Vivian

**Vivian Yang,** Chief Legal Officer
The Trade Desk
Office: 805.212.5880 | ▮▮▮▮▮▮▮

**From:** Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>
**Sent:** Friday, September 13, 2019 9:52 AM
**To:** Vivian Yang <vivian.yang▮▮▮▮▮▮▮>
**Subject:** RE: Request for Return Call

Vivian,

Please see the attached webpage: https://www.justice.gov/atr/voluntary-production-letter.

Best,

Ryan

**From:** Karr, Ryan (ATR)
**Sent:** Wednesday, September 11, 2019 2:56 PM
**To:** Vivian Yang <vivian.yang@▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Request for Return Call

Hi Vivian,

Not a problem. I'm busy at 10, but what about 12:00am PT or later?

Best,

Ryan

**From:** Vivian Yang <vivian.yang@t▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, September 11, 2019 2:50 PM
**To:** Karr, Ryan (ATR) <Ryan.Karr@ATR.USDOJ.GOV>
**Subject:** RE: Request for Return Call

Hi Ryan,

I don't know why, but I didn't get your voicemail. Are you available for a call tomorrow at 10:00am Pacific to discuss the scope of the interview?

Regards,
Vivian

**Vivian Yang**, Chief Legal Officer
The Trade Desk
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Office: 805.212.5880 | Mobile: ▮▮▮▮▮▮

**From:** Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>
**Sent:** Wednesday, September 11, 2019 11:00 AM
**To:** Vivian Yang <vivian.yang@▮▮▮▮▮▮▮▮▮
**Subject:** Request for Return Call

Hello Ms. Yang,

I am writing on behalf of the Antitrust Division of the U.S. Department of Justice. I'm following up on a voicemail I left you a few weeks ago. We are currently engaged in an ongoing investigation of large tech companies and we believe that The Trade Desk may have information that is relevant to our investigation. Would you mind giving me a call at 202-598-2240 to discuss setting up a voluntary interview?

Thanks,

Ryan

**Ryan Karr**
Trial Attorney

United States Department of Justice
Antitrust Division, Technology and Financial Services Section
450 5th Street NW, Suite 7634
Washington, DC 20530
(202) 598-2240

Highly Confidential

DOJ-ADS-B-0000026660