**From:** Gardner, Matthew
**To:** Karpenko, Christopher J - Washington, DC
**CC:** Korns, Andrew - OIG
**Sent:** 1/9/2023 2:20:27 PM
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

**CAUTION:** This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

That would be great. I am assuming the Washington Antitrust Division might be interested in the same thing I am. Either way, the list of third parties would be a great start. I will be in touch soon.

Thanks,

Matthew Gardner
Assistant Special Agent in Charge
USPS OIG
(303) 729-5801

---

**From:** Karpenko, Christopher J - Washington, DC
**Sent:** Monday, January 9, 2023 12:16 PM
**To:** Gardner, Matthew
**Cc:** Korns, Andrew
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

EXTERNAL EMAIL: Stop and use caution before clicking on links or opening attachments.

No worries. I'll look for the list of 3rd parties on our end.

---

**From:** Gardner, Matthew
**Sent:** Monday, January 9, 2023 2:14 PM
**To:** Karpenko, Christopher J - Washington, DC
**Cc:** Korns, Andrew - OIG
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

**CAUTION:** This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Ok, great and thank you for the clarification. Let me get back to you after I speak to DOJ out west. They may want to deconflict first. Thank you again for getting back so quickly on this and I will get back to you soon.

Thanks,

Matthew Gardner
Assistant Special Agent in Charge
USPS OIG
(303) 729-5801

---

**From:** Karpenko, Christopher J - Washington, DC
**Sent:** Monday, January 9, 2023 12:10 PM
**To:** Gardner, Matthew
**Cc:** Korns, Andrew
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

EXTERNAL EMAIL: Stop and use caution before clicking on links or opening attachments.

Yes, that's why I was asking for clarity. Everyone has a different interpretation. Fox/CNBC/Times etc are platforms to advertise on for USPS. We do an assessment of audience and balance of exposure on various sites to ensure we have neutral political position.

I mentioned the DOJ as it came coincidentally around your inquiry and figure it's better to be a united front with all the information. I believe we are this Wednesday at 1pm. It may be different, but either way we're seeing requests on media.

The inquiry is from Department of Justice, Antitrust Division, Mike (below) and Marymichael.Hough@usdoj.gov are the contacts for our particular meeting this week. We will have our counsel on as well.

**Michael Wolin** (he/him)
Trial Attorney
United States Department of Justice
Antitrust Division | Transportation, Energy, and Agriculture Section
450 Fifth Street N.W., Suite 8000, Washington, DC 20530
michael.wolin@usdoj.gov |

**From:** Gardner, Matthew <[redacted]>
**Sent:** Monday, January 9, 2023 1:46 PM
**To:** Karpenko, Christopher J - Washington, DC <[redacted]>
**Cc:** Korns, Andrew - OIG <[redacted]>
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Thank you for the quick response. I am probably using terms differently than what you is commonly used in advertising, but when I say third-party, I am speaking more of websites for NY Times, CNN, Fox, etc. We are specifically *not* interested in Facebook, Twitter, etc. Mainly, we would be interested in how UM gets the advertising on the websites above, and or any similar. However, you say you have a meeting with DOJ about something similar. We too are talking with DOJ about this. Do you mind telling me who you are meeting with at DOJ? I may need to circle back with them to see if we are all looking at the same thing!

Matthew Gardner
Assistant Special Agent in Charge
USPS OIG
(303) 729-5801

---

**From:** Karpenko, Christopher J - Washington, DC <[redacted]>
**Sent:** Monday, January 9, 2023 11:12 AM
**To:** Gardner, Matthew <[redacted]>
**Cc:** Korns, Andrew <[redacted]>
**Subject:** RE: [EXTERNAL] OIG Request for Assistance

EXTERNAL EMAIL: Stop and use caution before clicking on links or opening attachments.

Hi Matt, coincidentally, we have a meeting with DOJ tied to something very simila -I think this week. Our team really handles the paid media, and most of that media is acquired through our media agency for USPS. Happy to share anything. I will say we do not make public the financials numbers as it ties to competitive information and we do not want others to know what we do and its effectiveness so they can counter balance.

We do purchase for package services, recruiting, equity building, lead gen, etc, I can't guarantee we are exclusive, -bad example, some Districts have tried to purchase media for hiring. -but we do the majority. And we do channel a lot of what the filed has tried to do.

When you say 3rd party websites are you referring to companies like ebay/Amazon vs the more traditional platforms like FB/Twitter? Do you consider NYTimes a 3rd party or a platform? Also are you asking about "shipping platforms" that use our intellectual property (IP) to show they ship or use the USPS pricing?

The 3 most familiar people on advertising with me on the team are

Brian Pasco
Mike Bottenbrg
Alicia Marlatt

I would note, we'd want to talk before 1/20 as Brian will be leaving USPS for another role.

Our primary agency who purchases most all the media is UM (Universal McCann) -Michael Knopf is our primary account person there but there is a whole team.

Does this start to help?

---

**From:** Gardner, Matthew <[redacted]>
**Sent:** Monday, January 9, 2023 12:55 PM
**To:** Karpenko, Christopher J - Washington, DC <[redacted]>
**Cc:** Korns, Andrew - OIG <[redacted]>
**Subject:** [EXTERNAL] OIG Request for Assistance

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Good afternoon, Mr. Karpenko.

I am Assistant Special Agent in Charge Matt Gardner of the OIG's Contract Fraud Investigations Division. I am hoping you or someone in your shop might be able to assist us with gathering information that pertains to an inquiry we are currently conducting. We are trying to determine whether the U.S. Postal Service purchased any advertising on the open web in third-party websites such as nytimes.com, cnn.com, or bloomberg.com. This is not an exhaustive list by any means, as I know the USPS has a vast network of advertising partners. We know the USPS purchases advertising in various ways, but we are interested in learning how the USPS purchases advertising on these types of websites to market its package delivery services, recruit people for job opportunities, etc. We are looking specifically for advertising on third-party websites and *not* advertising in social media platforms such as Facebook, Instagram, or Twitter. We are hoping to learn how these advertising services are purchased, which platforms are used to go about making these purchases, and approximately how much money the USPS has spent on this type of advertising over the past four years.

Thank you in advance for your assistance.

Matthew Gardner
Assistant Special Agent in Charge
United States Postal Service
Office of Inspector General
Contract Fraud Investigations Division
PO Box 17147
Denver, CO 80217-7147
Office: (303) 729-5801

WARNING: This email and any attachments may contain legally privileged or sensitive information. The information is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution, or reproduction, or taking any action in reliance on the contents of this transmission, is strictly prohibited. If you received this transmission in error, please notify the sender and delete the message and any attachments.