IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

During the hearing on August 25, 2023, on defendant's motion to compel and motion for *in camera* review the court stated that it may wish to have counsel available to respond to any additional questions during the hearing on September 1, 2023. After further review of the pleadings and the transcript of the previous hearing, the court does have additional questions for both parties that it would like to have addressed.

Given the large number of pending motions in this matter, the court will begin the hearing on all the pending motions (Docket nos. 300, 304, 311, 321, 338, 340, 342, 345) at **11:00 a.m.** on Friday, September 1, 2023. To the extent the parties have been able to agree to, or narrow, the issues involved in these motions (particularly the motions for protective order, Docket nos. 311, 321), the parties should inform the court promptly of that status.

Entered this 30th day of August, 2023.

_____/s/_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia