IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

This matter is before the court on defendant's motion to seal certain portions of its memorandum in support of its motion to compel along with exhibits 2–5 and 11–15. (Docket no. 314). Defendant filed this motion to seal indicating that plaintiffs had designated that material as confidential or highly confidential. (Docket no. 315). In accordance with Local Civil Rule 5, the United States has filed a response to this motion. (Docket no. 348). In the response, the United States that no information in defendant's memorandum needs to remain under seal and that only exhibits 4, 11, 12, and 13 contain certain information that should remain under seal. As to the proposed redactions in exhibits 4, 11, 12, and 13 relating to email addresses for non-DOJ employees, the court will allow that information to remain under seal at time for the reasons previously stated in similar motions. The United States seeks to have certain additional information contained in exhibit 11 relating to USPS's answers to interrogatories 6 and 8 remain under seal stating it contains detailed information relating to USPS's strategy for purchasing advertising that is sensitive, not available to the public, and would otherwise would be of little value for public dissemination. *Id.* at 2. Having reviewed the information that has been redacted in the responses to those interrogatories, it appears that information has little, if any, direct

1

bearing on the issues involved in this motion to compel, that it may contain non-public confidential information of a sensitive nature and that for **the purposes of this motion** the court will allow it to remain under seal at this time. For these reasons, it is hereby

ORDERED that the motion to seal is granted in part and denied in part. The court finds that the redactions proposed by the United States in exhibits 4, 11, 12, and 13 are appropriate and that redacted versions of those exhibits have been filed in the public record. (Docket no. 348-1–348-4). Defendant shall file in the public record, an unredacted version of the memorandum in support of the motion to compel, along with exhibits 2, 3, 5, 14, and 15.

Entered this 30th day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia