IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>　　　　　　Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>　　　　　　Defendant. )<br>_____) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

This matter is before the court on defendant's motion to seal four deposition transcripts attached as exhibits to defendant's motion for *in camera* review. (Docket no. 308). Defendant filed this motion to seal indicating that plaintiffs had designated those transcripts as privileged, confidential, or highly confidential under the terms of the protective order in this case. (Docket no. 309). In accordance with Local Civil Rule 5, the United States has filed a response to this motion. (Docket no. 347). Given that the documents involved in this motion to seal are deposition transcripts of significant length and taking into consideration the process the parties have agreed to in the protective order for reviewing deposition transcripts for designation as containing confidential information, the United States requests that the court defer ruling on this motion to seal until the United States has had the opportunity to carefully review the transcripts "to make a narrowly tailored determination as to whether any of the contents of the transcripts should remain under seal." (Docket no. 347 at 2). The court finds that under these specific circumstances this request is reasonable, and it is hereby

ORDERED that on or before September 29, 2023, the United States file a supplemental response to this motion to seal that attaches those portions of the deposition transcripts that the

United States believes may be filed in the public record, along with a detailed justification for any material that has been redacted from those transcripts that have been filed in the public record. Pending further order of the court, exhibits 1–4 will remain under seal.

    Entered this 30th day of August, 2023.

                                                  /s/
                                     John F. Anderson
                                     United States Magistrate Judge

Alexandria, Virginia