# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiff United States withdraws its Motion to Compel Production of Documents and Data Responsive to Requests for Production 60 and 76, ECF No. 342. The matter has been resolved and may be removed from the Court's docket.

Dated: August 30, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ *Gerard Mene*
GERARD MENE
Assistant U.S. Attorney 2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983 Email:
Gerard.Mene@usdoj.gov

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD
/s/ *Kelly D. Garcia*
KELLY D. GARCIA
/s/ *Michael J. Freeman*
MICHAEL J. FREEMAN
United States Department of Justice Antitrust Division
450 Fifth Street NW, Suite 7100

          Washington, DC 20530
          Telephone: (202) 307-0077
          Fax: (202) 616-8544
          Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*