UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S NOTICE OF FILING**

Defendant Google LLC ("Google) had filed a motion to seal certain exhibits filed in support of its Motion to Compel Production of Documents Wrongly Withheld as Privileged, as well as to redact certain portions of the Memorandum of Law in support of that motion that reference the contents of those exhibits (Docket no. 314). Based upon the Plaintiffs' sealing response thereto (Docket no. 348), the Court has directed Google to refile an unredacted version of its memorandum and unsealed versions of Exhibits 2, 3, 5, 14, and 15 in the public judicial record (Docket no. 354). Those documents are submitted herewith.

| | |
|---|---|
| Dated: August 30, 2023 | Respectfully submitted, |
| Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Julie Elmer (*pro hac vice*)<br>Lauren Kaplin (*pro hac vice*)<br>Jeanette Bayoumi (*pro hac vice*)<br>Claire Leonard (*pro hac vice*)<br>Sara Salem (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005 | */s/ Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942)<br>THE LAW OFFICE OF<br>CRAIG C. REILLY, ESQ.<br>209 Madison Street<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com |

Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Karen L. Dunn (*pro hac vice*)
Jeannie H. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Joseph Bial (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Meredith Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (646) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

*Counsel for Defendant Google LLC*