IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:23cv0108 (LMB/JFA) |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## ORDER

Having reviewed the United States' withdrawal of motion to compel (Docket no. 356), the Clerk is requested to terminate the motion to compel filed as docket entry number 342 and terminate the hearing **for that motion** that is scheduled for Friday, September 1, 2023. The court appreciates the parties working together to resolve that motion and notifying the court of its resolution.

Entered this 30th day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia