| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | ARMY-ADS-0000242284 | Glenna Wood | Mohamed (Moe) Al-Darsani** | | | | 2/6/2023 | | Mohamed (Moe) Al-Darsani**, Scott Handley | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding Discussions between Army attorneys and marketing personnel regarding the litigation hold issued in this case. |
| 321 | CMS-ADS-0000061420; CMS-ADS-0000061363; CMS-ADS-0000183413 | Christopher Koepke | Christopher Koepke | W. Charles Bailey**; Catherine Howden | | | 1/3/2023 | RE: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 322 | CMS-ADS-0000063193; CMS-ADS-0000063134; CMS-ADS-0000185184 | Christopher Koepke | Christopher Koepke | W. Charles Bailey**; Catherine Howden | | | 1/3/2023 | RE: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 323 | CMS-ADS-0000064696; CMS-ADS-0000064424; CMS-ADS-0000186474 | Christopher Koepke | W. Charles Bailey** | Catherine Howden | Christopher Koepke | | 1/3/2023 | RE: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 324 | CMS-ADS-0000064933; CMS-ADS-0000064661; CMS-ADS-0000186711 | Christopher Koepke | Michael Wolin** | W. Charles Bailey** | Nierlich, George (ATR) <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Christopher Koepke; Catherine Howden; Michael Wolin** | | 1/3/2023 | RE: Inquiry from Department of Justice, Antitrust Division | W. Charles Bailey**; Kenneth Whitley** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 325 | CMS-ADS-0000066925; CMS-ADS-0000066653; CMS-ADS-0000188703 | Christopher Koepke | W. Charles Bailey** | Michael Wolin** | Nierlich, George (ATR) <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Christopher Koepke; Catherine Howden | | 1/3/2023 | RE: Inquiry from Department of Justice, Antitrust Division | W. Charles Bailey**; Kenneth Whitley**; Michael Wolin** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 329 | CMS-ADS-0000144256; CMS-ADS-0000128043; CMS-ADS-0000250093 | Christopher Koepke | Christopher Koepke | Michael Wolin**; W. Charles Bailey** | Nierlich, George (ATR) <George.Nierlich@usdoj.gov>; Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Catherine Howden | | 1/3/2023 | RE: Inquiry from Department of Justice, Antitrust Division | W. Charles Bailey**; Kenneth Whitley**; Michael Wolin** | | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 330 | CMS-ADS-0000147912; CMS-ADS-0000131699; CMS-ADS-0000253749 | Christopher Koepke | Catherine Howden | Christopher Koepke | | | 1/3/2023 | FW: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley**; Michael Wolin** | | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 331 | CMS-ADS-0000148913; CMS-ADS-0000132700; CMS-ADS-0000254750 | Christopher Koepke | | W. Charles Bailey** | Hoffman, Debra (CMS/OAGM) ▇▇▇; Laura Salerno; Barbara Johanson; Baier, Holly (CMS/OC) ▇▇▇; Kenneth Whitley**** | | 1/13/2023 | RE: Antitrust online advertising | W. Charles Bailey**; Kenneth Whitley** | Attorney Client | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 332 | CMS-ADS-0000151137; CMS-ADS-0000134924; CMS-ADS-0000256974 | Christopher Koepke | Christopher Koepke | Catherine Howden | | | 1/3/2023 | RE: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley**; Michael Wolin** | | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 333 | CMS-ADS-0000244081; CMS-ADS-0000205600; CMS-ADS-0000327650 | Christopher Koepke | W. Charles Bailey** | Christopher Koepke; Catherine Howden | | | 1/3/2023 | RE: Short Call with DOJ Antitrust for Background Info. | W. Charles Bailey**; Kenneth Whitley**; Michael Wolin** | | Confidential communication to counsel for United States providing information requested for the purpose of providing legal advice regarding potential violation of Section 4A of the Clayton Act related to purchases of digital advertising by agencies and divisions of the United States government; made in anticipation of litigation against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act; and made in the course of Antitrust Division staff providing opinions and recommendations in connection with decision on whether to file a case against Google for violations of Sections 1 and 2 of the Sherman Act and Section 4A of the Clayton Act. |
| 1173 | USPS-ADS-0000139561 | Christopher Karpenko | Kimberly Workinger | Christopher Karpenko | Maria Votsch** | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Maria Votsch** | Attorney Client | Confidential attorney-client communication regarding information request from U.S. DOJ in connection with U.S. v. Google litigation |
| 1174 | USPS-ADS-0000139901 | Christopher Karpenko | Michael Wolin** | Kimberly Workinger | Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Christopher Karpenko;  Michael Wolin** | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Michael Wolin** | Attorney Client;Attorney Work Product; Deliberative Process | Confidential attorney-client communication regarding information request from U.S. DOJ in connection with U.S. v. Google litigation |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175 | USPS-ADS-0000140927 | Brian Pasco;Christopher Karpenko;Mike Bottenberg | Michael Weaver** | Christopher Karpenko; Kimberly Workinger; Brian Pasco; Michael Bottenberg | Maria Votsch** | | 1/17/2023 | RE: [EXTERNAL] RE: Discussion with DOJ Regarding Digital Advertising | Chase Pritchett** | Attorney Client;Attorney Work Product | Confidential communication describing privileged communications regarding and document prepared at the request of an attorney in connection with advertising contract terms and US v Google litigation. |
| 1176 | USPS-ADS-0000141431 | Brian Pasco;Christopher Karpenko;Mike Bottenberg | Michael Weaver** | Christopher Karpenko; Kimberly Workinger; Brian Pasco | Maria Votsch** | | 1/13/2023 | RE: [Confidential] Preparing for litigation hold in potential Google advertising litigation | | Attorney Client;Attorney Work Product | Confidential communication between attorney and client containing legal advice regarding and confidential communication describing privileged communications regarding and document prepared by attorney in connection with litigation hold email from USPS attorney to other USPS attorneys and Karpenko with instructions for preserving docs and discussion of potential litigation. |
| 1177 | USPS-ADS-0000141520 | Christopher Karpenko | Christopher Karpenko | Kimberly Workinger | Maria Votsch** | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Maria Votsch** | Attorney-Client | Confidential communication regarding information request for U.S. v. Google litigation |
| 1178 | USPS-ADS-0000142152 | Christopher Karpenko | | Kimberly Workinger | | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | | Attorney-Client | Confidential communication regarding information request for U.S. v. Google litigation |
| 1179 | USPS-ADS-0000143092 | Christopher Karpenko | Maria Votsch** | Christopher Karpenko; Kimberly Workinger | | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Maria Votsch** | Attorney-Client | Confidential communication regarding information request for U.S. v. Google litigation |
| 1180 | USPS-ADS-0000143169 | Brian Pasco;Mike Bottenberg | Michael Weaver** | Christopher Karpenko; Kimberly Workinger; Brian Pasco; Michael Bottenberg | Maria Votsch** | | 1/13/2023 | [Confidential] Preparing for litigation hold in potential Google advertising litigation | Maria Votsch** | Attorney-Client | Confidential communication between attorney and client containing legal advice regarding and confidential communication describing privileged communications regarding and document prepared by attorney in connection with litigation hold email from USPS attorney to other USPS attorneys and Karpenko with instructions for preserving docs and discussion of potential litigation. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1181 | USPS-ADS-0000144968 | Christopher Karpenko | Kimberly Workinger | Michael Wolin** | Hough, Marymichael (ATR) <Marymichael.Hough@usdoj.gov>; Christopher Karpenko | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Michael Wolin** | Attorney Client | Confidential communication regarding information request for U.S. v. Google litigation |
| 1182 | USPS-ADS-0000145367 | Brian Pasco;Christopher Karpenko;Mike Bottenberg | Christopher Karpenko | Michael Weaver**; Kimberly Workinger; Brian Pasco; Michael Bottenberg | Maria Votsch** | | 1/17/2023 | RE: [EXTERNAL] RE: Discussion with DOJ Regarding Digital Advertising | Chase Pritchett** | Attorney Client;Attorney Work Product | Confidential communication describing privileged communications regarding and document prepared at the request of an attorney in connection with advertising contract terms and US v Google litigation. |
| 1183 | USPS-ADS-0000169849 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos** | Barry Dickey; Samuel Schmidt** | | 9/16/2020 | RE: USPS media campaign | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1184 | USPS-ADS-0000169860 | Christopher Karpenko | Kevin Calamoneri | Christopher Karpenko | | | 9/15/2020 | Re: Colo v USPS strategy Q | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1185 | USPS-ADS-0000169885 | Christopher Karpenko | Christopher Karpenko | Samuel Schmidt** | | | 9/13/2020 | FW: Google Analytics on Election Mail site 09/13/2020 - confidential | Lauren Dickey**; Kevin Traskos** | Attorney Client | Confidential communication between attorney and client to obtain legal advice regarding litigation with Colorado over election mail communications in 2020. |
| 1186 | USPS-ADS-0000173540 | Christopher Karpenko | Samuel Schmidt** | Kevin Traskos**; Christopher Karpenko; Kevin Calamoneri | Caroline R. Brownlie** | | 9/17/2020 | RE: CO v USPS - draft response re radio ad? | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1187 | USPS-ADS-0000173545 | Christopher Karpenko | Barry Dickey | Christopher Karpenko | | | 9/17/2020 | [EXTERNAL] RE: CO v USPS - draft response re radio ad? | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1188 | USPS-ADS-0000173550 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko; Samuel Schmidt** | Barry Dickey | | 9/17/2020 | [EXTERNAL] FW: USPS media campaign - share with state? | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1189 | USPS-ADS-0000173591 | Christopher Karpenko | Christopher Karpenko | Barry Dickey | Samuel Schmidt** | | 9/14/2020 | RE: [EXTERNAL] RE: Google Analytics on Election Mail site 09/13/2020 - confidential | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1190 | USPS-ADS-0000173593 | Christopher Karpenko | Christopher Karpenko | Barry Dickey | Samuel Schmidt** | | 9/14/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1191 | USPS-ADS-0000173594 | Christopher Karpenko | Christopher Karpenko | Barry Dickey | Samuel Schmidt** | | 9/14/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1192 | USPS-ADS-0000175031 | Christopher Karpenko | Samuel Schmidt** | Christopher Karpenko | | | 9/18/2020 | USPS Settlement Compliance | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1193 | USPS-ADS-0000175037 | Christopher Karpenko | Samuel Schmidt** | Christopher Karpenko | | | 9/18/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client containing legal advice regarding and document prepared by attorney in connection with USPS litigation with Colorado concerning vote by mail communications |
| 1194 | USPS-ADS-0000175054 | Christopher Karpenko | Samuel Schmidt** | Kevin Traskos**; Christopher Karpenko; Kevin Calamoneri | Caroline R. Brownlie** | | 9/17/2020 | RE: CO v USPS - draft response re radio ad? | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1195 | USPS-ADS-0000175060 | Christopher Karpenko | Kevin Traskos** | Samuel Schmidt** | Christopher Karpenko; Barry Dickey | | 9/17/2020 | [EXTERNAL] RE: USPS media campaign - share with state? | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1196 | USPS-ADS-0000175067 | Christopher Karpenko | Christopher Karpenko | Barry Dickey | Kevin Traskos**; Samuel Schmidt** | | 9/16/2020 | RE: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1197 | USPS-ADS-0000175113 | Christopher Karpenko | Christopher Karpenko | Barry Dickey | Samuel Schmidt** | | 9/13/2020 | RE: DRAFT Declaration of Chirs Karpenko.docx | Samuel Schmidt** | Attorney Client;Attorney Work Product | Document prepared by attorney in connection with draft declaration prepared in connection with USPS-State of Colorado litigation. |
| 1198 | USPS-ADS-0000175114 | Christopher Karpenko | Christopher Karpenko Christopher Karpenko ADolce | Barry Dickey | Samuel Schmidt** | | 9/13/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Document prepared by attorney in connection with draft declaration prepared in connection with USPS-State of Colorado litigation. |
| 1199 | USPS-ADS-0000175122 | Christopher Karpenko | Barry Dickey | Christopher Karpenko | Samuel Schmidt** | | 9/13/2020 | [EXTERNAL] DRAFT Declaration of Chirs Karpenko.docx | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1200 | USPS-ADS-0000175123 | Christopher Karpenko | Barry Dickey Barry Dickey ADolce | Christopher Karpenko | Samuel Schmidt** | Christopher Karpenko | 9/13/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Document prepared by attorney in connection with draft declaration prepared in connection with USPS-State of Colorado litigation. |
| 1201 | USPS-ADS-0000176034 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | 9/17/2020 | [EXTERNAL] USPS media campaign - share with state? | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1202 | USPS-ADS-0000177377 | Christopher Karpenko | Christopher Karpenko | Shirley Dixon | | | 9/14/2020 | FW: Google Analytics on Election Mail site 09/13/2020 - confidential | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1203 | USPS-ADS-0000177378 | Christopher Karpenko | Christopher Karpenko | Shirley Dixon | | | 9/13/2020 | | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1204 | USPS-ADS-0000178921 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos**; Samuel Schmidt** | Caroline R. Brownlie** | | 9/17/2020 | RE: CO v USPS - draft response re radio ad? | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1205 | USPS-ADS-0000178938 | Christopher Karpenko | Samuel Schmidt** | Kevin Traskos** | Christopher Karpenko; Barry Dickey | | 9/17/2020 | RE: USPS media campaign - share with state? | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1206 | USPS-ADS-0000180543 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] FW: USPS media campaign | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1207 | USPS-ADS-0000180562 | Christopher Karpenko | Barry Dickey | Christopher Karpenko; Samuel Schmidt** | | | 9/12/2020 | [EXTERNAL] RE: Postal Mailer - Election Ballots | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1208 | USPS-ADS-0000181663 | Christopher Karpenko | Christopher Karpenko Christopher Karpenko Flak, Don - West Columbia, SC | Barry Dickey; Samuel Schmidt** | | | 9/14/2020 | | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client containing legal advice regarding and document prepared by attorney in connection with USPS litigation with Colorado concerning vote by mail communications. |
| 1209 | USPS-ADS-0000181679 | Christopher Karpenko | Thomas Marshall** | Samuel Schmidt** | Kevin Calamoneri; Caroline R. Brownlie** | | 9/14/2020 | RE: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1210 | USPS-ADS-0000185066 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos** | Barry Dickey; Samuel Schmidt** | | 9/17/2020 | RE: USPS media campaign | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1211 | USPS-ADS-0000185070 | Christopher Karpenko | Barry Dickey | Christopher Karpenko | Kevin Traskos**; Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] RE: USPS media campaign | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1212 | USPS-ADS-0000185082 | Christopher Karpenko | Thomas Marshall** | Christopher Karpenko; Steven Monteith | Seaver, Kristin A - Washington, DC ▮▮▮▮▮>; Kevin Calamoneri | | 9/14/2020 | FW: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1213 | USPS-ADS-0000195632 | Christopher Karpenko | Barry Dickey | Kevin Traskos**; Christopher Karpenko; Samuel Schmidt** | | | 9/17/2020 | [EXTERNAL] RE: USPS media campaign - share with state? | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1214 | USPS-ADS-0000195640 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos** | Barry Dickey; Samuel Schmidt** | | 9/16/2020 | RE: USPS media campaign | Kevin Traskos**; Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1215 | USPS-ADS-0000195645 | Christopher Karpenko | Christopher Karpenko | Samuel Schmidt** | Kevin Calamoneri; Thomas Marshall** | | 9/14/2020 | RE: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1216 | USPS-ADS-0000196490 | Christopher Karpenko | Christopher Karpenko | Samuel Schmidt** | | | 9/13/2020 | FW: Google Analytics on Election Mail site 09/13/2020 - confidential | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1217 | USPS-ADS-0000196491 | Christopher Karpenko | Christopher Karpenko | Samuel Schmidt** | | | 9/13/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1218 | USPS-ADS-0000204713 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] RE: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1219 | USPS-ADS-0000204716 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] FW: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1220 | USPS-ADS-0000208317 | Christopher Karpenko | Christopher Karpenko | Thomas Marshall** | Kevin Calamoneri; Caroline R. Brownlie** | | 9/14/2020 | RE: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1221 | USPS-ADS-0000209994 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos**; Kevin Calamoneri; Samuel Schmidt** | Samuel Schmidt** | | 9/17/2020 | RE: CO v USPS - draft response re radio ad? | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1222 | USPS-ADS-0000209999 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos**; Samuel Schmidt** | Caroline R. Brownlie**; Kevin Calamoneri; Samuel Schmidt** | | 9/15/2020 | RE: Proposed response to Colo email re USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1223 | USPS-ADS-0000210035 | Christopher Karpenko | Christopher Karpenko | Samuel Schmidt** | | | 9/12/2020 | RE: Postal Mailer - Election Ballots | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1224 | USPS-ADS-0000211538 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | 9/17/2020 | [EXTERNAL] FW: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1225 | USPS-ADS-0000211551 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko | Samuel Schmidt** | | 9/15/2020 | [EXTERNAL] FW: Colo v USPS - strategy Q | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1226 | USPS-ADS-0000211584 | Christopher Karpenko | Samuel Schmidt** | Barry Dickey | Christopher Karpenko | | 9/13/2020 | FW: DRAFT Declaration of Chirs Karpenko.docx | Samuel Schmidt** | Attorney Client;Attorney Work Product | Document prepared by attorney in connection with draft declaration prepared in connection with USPS-State of Colorado litigation. |
| 1227 | USPS-ADS-0000211586 | Christopher Karpenko | Samuel Schmidt** | Barry Dickey | Christopher Karpenko | | 9/13/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Document prepared by attorney in connection with draft declaration prepared in connection with USPS-State of Colorado litigation. |
| 1228 | USPS-ADS-0000212886 | Christopher Karpenko | Thomas Marshall** | Samuel Schmidt** | Kevin Calamoneri; Caroline R. Brownlie** | | 9/14/2020 | RE: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1229 | USPS-ADS-0000212888 | Christopher Karpenko | Thomas Marshall** | Christopher Karpenko; Steven Monteith | Seaver, Kristin A - Washington, DC ▮▮▮▮▮; Kevin Calamoneri | | 9/14/2020 | FW: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1230 | USPS-ADS-0000213565 | Christopher Karpenko | Christopher Karpenko | Barry Dickey; Kevin Traskos**; Samuel Schmidt** | Caroline R. Brownlie**; Kevin Calamoneri; Samuel Schmidt** | | 9/15/2020 | RE: Proposed response to Colo email re USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1231 | USPS-ADS-0000213570 | Christopher Karpenko | Christopher Karpenko | Thomas Marshall** | Seaver, Kristin A - Washington, DC ▮▮▮▮▮; Kevin Calamoneri | | 9/14/2020 | RE: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1232 | USPS-ADS-0000223925 | Christopher Karpenko | Christopher Karpenko | Kevin Traskos** | Barry Dickey; Samuel Schmidt** | | 9/16/2020 | RE: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1233 | USPS-ADS-0000223934 | Christopher Karpenko | Christopher Karpenko | Kevin Calamoneri | | | 9/15/2020 | RE: Colo v USPS - strategy Q | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1234 | USPS-ADS-0000223955 | Christopher Karpenko | Samuel Schmidt** | Rupert, David G - Denver, CO <■■■>; Jeffrey Adams; Christopher Karpenko | Kevin Calamoneri; Thomas Marshall** | | 9/14/2020 | FW: USPS media campaign | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1235 | USPS-ADS-0000223957 | Christopher Karpenko | Samuel Schmidt** | Rupert, David G - Denver, CO <■■■>; Jeffrey Adams; Christopher Karpenko | Kevin Calamoneri; Thomas Marshall** | | 9/11/2020 | | Samuel Schmidt** | Attorney-Client | Confidential communication between attorney and client related to Colorado vote by mail litigation. |
| 1236 | USPS-ADS-0000223967 | Christopher Karpenko | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | | 9/14/2020 | FW: Google Analytics on Election Mail site 09/13/2020 - confidential | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1237 | USPS-ADS-0000223968 | Christopher Karpenko | Christopher Karpenko | Barry Dickey; Samuel Schmidt** | | | 9/13/2020 | | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1238 | USPS-ADS-0000223969 | Christopher Karpenko | Christopher Karpenko | Steven Monteith; Thomas Marshall** | | | 9/13/2020 | Google Analytics on Election Mail site 09/13/2020 - confidential | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1239 | USPS-ADS-0000223970 | Christopher Karpenko | Christopher Karpenko | Steven Monteith; Thomas Marshall** | | | 9/13/2020 | | Kevin Traskos** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1240 | USPS-ADS-0000226699 | Christopher Karpenko | Kevin Traskos** | Christopher Karpenko; Barry Dickey | Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] RE: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1241 | USPS-ADS-0000277322 | Christopher Karpenko | Barry Dickey | Christopher Karpenko | Kevin Traskos**; Samuel Schmidt** | | 9/16/2020 | [EXTERNAL] FW: USPS media campaign | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1242 | USPS-ADS-0000277672 | Christopher Karpenko | Samuel Schmidt** | Christopher Karpenko; Barry Dickey | | | 9/12/2020 | RE: Postal Mailer - Election Ballots | Samuel Schmidt** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1243 | USPS-ADS-0000309562 | Brian Pasco;Mike Bottenberg | Kimberly Workinger | Michael Bottenberg; Brian Pasco | | | 1/6/2023 | FW: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Michael Wolin** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication between attorney and client containing legal advice regarding litigation with Colorado over vote by mail public messaging in lead-up to 2020 election. |
| 1244 | USPS-ADS-0000402258 | Brian Pasco;Mike Bottenberg | Michael Weaver** | Christopher Karpenko; Kimberly Workinger; Brian Pasco; Michael Bottenberg | Maria Votsch** | | 1/17/2023 | RE: [EXTERNAL] RE: Discussion with DOJ Regarding Digital Advertising | Chase Pritchett** | Attorney Client;Attorney Work Product | Confidential communication describing privileged communications regarding and document prepared at the request of an attorney in connection with advertising contract terms and US v Google litigation. |
| 1245 | USPS-ADS-0000507237 | Brian Pasco | Lauren Banks | Sandra Riley** | Mills, Steven E - Washington, DC ▊▊▊▊▊; Cecelia Winters; Brian Pasco | | 6/6/2022 | Plus One Sell Sheets | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1246 | USPS-ADS-0000507238 | Brian Pasco | Lauren Banks | Sandra Riley** | Mills, Steven E - Washington, DC ▊▊▊▊▊; Cecelia Winters; Brian Pasco | | 3/7/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1247 | USPS-ADS-0000507240 | Brian Pasco | Lauren Banks | Sandra Riley** | Mills, Steven E - Washington, DC ▊▊▊▊▊; Cecelia Winters; Brian Pasco | | 3/7/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1248 | USPS-ADS-0000507242 | Brian Pasco | Lauren Banks | Sandra Riley** | Mills, Steven E - Washington, DC ███████; Cecelia Winters; Brian Pasco | | 3/7/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1249 | USPS-ADS-0000507271 | Brian Pasco | Sandra Riley** | Lauren Banks | Mills, Steven E - Washington, DC ███████; Cecelia Winters; Brian Pasco | | 6/7/2022 | RE: Plus One Sell Sheets | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1250 | USPS-ADS-0000507272 | Brian Pasco | Sandra Riley** | Lauren Banks | Mills, Steven E - Washington, DC ███████; Cecelia Winters; Brian Pasco | | 6/7/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1251 | USPS-ADS-0000514007 | Brian Pasco | Lauren Banks | Sandra Riley**; Mills, Steven E - Washington, DC ███████ | Cecelia Winters; Brian Pasco | | 6/13/2022 | RE: Plus One Sell Sheets | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1252 | USPS-ADS-0000514009 | Brian Pasco | Lauren Banks | Sandra Riley**; Mills, Steven E - Washington, DC ███████ | Cecelia Winters; Brian Pasco | | 6/13/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1253 | USPS-ADS-0000514011 | Brian Pasco | Lauren Banks | Sandra Riley**; Mills, Steven E - Washington, DC ███████ | Cecelia Winters; Brian Pasco | | 6/13/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1254 | USPS-ADS-0000514013 | Brian Pasco | Lauren Banks | Sandra Riley**; Mills, Steven E - Washington, DC ███████ | Cecelia Winters; Brian Pasco | | 6/13/2022 | | Sandra Riley** | Attorney Client;Attorney Work Product | Confidential communication between attorney and client to obtain legal advice regarding and confidential communication describing privileged communications regarding Trademark protection of "Plus One" phrase. |
| 1255 | USPS-ADS-0000518712 | Mike Bottenberg | | Kimberly Workinger; Brian Pasco | | | 1/6/2023 | RE: [EXTERNAL] Inquiry from Department of Justice, Antitrust Division | Michael Wolin** | Attorney Client | Confidential communication regarding information request for U.S. v. Google litigation |

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1256 | USPS-ADS-0000524903 | Mike Bottenberg | | Christopher Karpenko; Kimberly Workinger; Brian Pasco | | | 1/17/2023 | RE: [EXTERNAL] RE: Discussion with DOJ Regarding Digital Advertising | Chase Pritchett** | Attorney Client;Attorney Work Product | Confidential communication describing privileged communications regarding and document prepared at the request of an attorney in connection with DOJ attorney discussions with agency counsel concerning agency practices that could impact the legal theories in the complaint. |
| 1257 | USPS-ADS-0000565889 | Christopher Karpenko | Christopher Karpenko | Karen Owczarski**; Amity Kirby | Alexandra Reams**; Walter Alesevich** | | 7/10/2018 | RE: Stamps.com | Karen Estilo Owczarski | Attorney Client | draft Stamps.com license agreement. |