*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Privilege Log (dated Aug. 23, 2023)

**Contains Confidential Informaton**

| No. | Bates No. | Custodian(s) | Author(s)/From | To | CC | BCC | Date | Subject | Attorney Involved | Privilege(s) Asserted | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2897 | USPS-ADS-0000037418 | Christopher Karpenko | Michael Knopf | Christopher Karpenko | | | 1/11/2023 | [EXTERNAL] FW: list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2898 | USPS-ADS-0000141557 | Christopher Karpenko; Michael Bottenberg | Christopher Karpenko | Michael Weaver** | Kimberly Workinger; Maria Votsch**; Michael Bottenberg | | 1/17/2023 | FW: [EXTERNAL] RE: list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2899 | USPS-ADS-0000037567 | Christopher Karpenko; Brian Pasco; Michael Bottenberg | Christopher Karpenko | Lisa Catucci; Michael Knopf | Michael Bottenberg; Brian Pasco; Kimberly Workinger | | 1/11/2023 | RE: [EXTERNAL] RE: list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2900 | USPS-ADS-0000041965 | Christopher Karpenko; Brian Pasco; Michael Bottenberg | Lisa Catucci | Christopher Karpenko; Michael Knopf | Michael Bottenberg; Brian Pasco; Kimberly Workinger | | 1/11/2023 | [EXTERNAL] RE: list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |
| 2901 | USPS-ADS-0000043815 | Christopher Karpenko | Christopher Karpenko | Michael Knopf | Christopher Karpenko | | 1/11/2023 | [EXTERNAL] RE: list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases, as well as response thereto from contractor |

** = Denotes Attorneys

*United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)  **Contains Confidential Informaton**
Privilege Log (dated Aug. 23, 2023)

| # | Bates | From | Sent By | To | CC | BCC | Date | Subject | Other Recipients | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2902 | USPS-ADS-0000145288 | Christopher Karpenko; Brian Pasco; Michael Bottenberg | Christopher Karpenko | Lisa Catucci; Michael Knopf | Michael Bottenberg; Brian Pasco; Kimberly Workinger | | 1/11/2023 | list of 3rd party platforms | Michael Weaver**; Michael Wolin**; Chase Pritchett** | Attorney Work Product | Document prepared at the request of an attorney in connection with request for information directed by DOJ relating to USPS digital advertising purchases held on USPS's behalf by its advertising agency in anticipation of US v Google litigation and necessary for DOJ to render legal advice to USPS in connection with potential claims against Google, drafted during and sent within an hour of a meeting between USPS and DOJ related to digital advertising purchases |
| 2903 | ARMY-ADS-0000094471 | John Horning; John Horning | John Horning | Adam Jones | Matthew Weinrich; Shannon Johnson; Lennox Morris | | 12/27/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2904 | ARMY-ADS-0000094502 | John Horning; John Horning | John Horning | Adam Jones; Matthew Weinrich; Shannon Johnson; Lennox Morris | | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2905 | ARMY-ADS-0000121371 | John Horning; John Horning; Lennox Morris; Matt Weinrich | John Horning | Adam Jones | Matthew Weinrich; Shannon Johnson; Lennox Morris | | 12/27/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2906 | ARMY-ADS-0000121385 | John Horning; John Horning; Lennox Morris; Matt Weinrich | John Horning | Adam Jones; Matthew Weinrich; Shannon Johnson; Lennox Morris | | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2907 | ARMY-ADS-0000121389 | John Horning; John Horning; Lennox Morris; Matt Weinrich | John Horning | Adam Jones; Matthew Weinrich; Shannon Johnson; Lennox Morris | | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2908 | ARMY-ADS-0000121392 | John Horning; John Horning; Matt Weinrich | John Horning | Matthew Weinrich; Shannon Johnson | | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2909 | ARMY-ADS-0000154092 | Lennox Morris; Lennox Morris | Lennox Morris | Adam Jones | | | 12/29/2022 | RE: Request for an Online Advertising POC | Department of Justice Antitrust Division** | Attorney Work Product | Document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |
| 2910 | ARMY-ADS-0000154100 | Lennox Morris; Lennox Morris | Lennox Morris | Leeann Craig | | | 1/9/2023 | FW: Inquiry from Department of Justice, Antitrust Division | Michael Wolin**; Sivram Prasad**; George Nierlich**; Marymichael Hough**; Chase Pritchett** | Attorney Work Product | Confidential communication between attorney and client containing legal advice regarding and document prepared at the request of an attorney in connection with gathering information at request of and as directed by Department of Justice Antitrust Division to assist Antitrust Division in assessing potential damages claims by United States against Google related to digital advertising purchases |

\*\* = Denotes Attorneys

| Name | Organization | Email |
|---|---|---|
| Lisa Catucci | Universal McCann | |
| Michael Knopf | Universal McCann | |
| Adam Jones | US Army | |
| John Horning | US Army | |
| Leeann Craig | US Army | |
| Lennox Morris | US Army | |
| Matt Weinrich | US Army | |
| Matthew Weinrich | US Army | |
| Shannon Johnson | US Army | |
| Sivram Prasad** | US Army | |
| Chase Pritchett** | US DOJ | Chase.Pritchett@usdoj.gov |
| Michael Wolin** | US DOJ | Michael.Wolin@usdoj.gov |
| George Nierlich** | US DOJ | George.Nierlich@usdoj.gov |
| Marymichael Hough** | US DOJ | Marymichael.Hough@usdoj.gov |
| Brian Pasco | USPS | |
| Christopher Karpenko | USPS | |
| Kimberly Workinger | USPS | |
| Maria Votsch** | USPS | |
| Michael Bottenberg | USPS | |
| Michael Weaver** | USPS | |