From: Knopf, Michael (NYC-UMW) <█████████>
To: Karpenko, Christopher J - Washington, DC
Sent: 1/11/2023 6:16:08 PM
Subject: [EXTERNAL] RE: █████████

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Okay, well, I'll be around if you can.



**Michael Knopf** He/Him
SVP, Client Business Partner
P +1 █████████

Best Places to Work — AdAge
Top Workplace in the US — Great Place To Work 
Best Workplaces in Advertising & Marketing — FORTUNE

---

From: Karpenko, Christopher J - Washington, DC <█████████>
Sent: Wednesday, January 11, 2023 5:57 PM
To: Knopf, Michael (NYC-UMW) <█████████>
Subject: RE: [EXTERNAL] FW: █████████

Not sure

From: Knopf, Michael (NYC-UMW) <█████████>
Sent: Wednesday, January 11, 2023 5:54 PM
To: Karpenko, Christopher J - Washington, DC <█████████>
Subject: [EXTERNAL] FW: █████████

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

To be sure you have the information you need, are you free to share the story behind this ask?



**Michael Knopf** He/Him
SVP, Client Business Partner
P +1 █████████

Best Places to Work — AdAge
Top Workplace in the US — Great Place To Work
Best Workplaces in Advertising & Marketing — FORTUNE

---



From: Catucci, Lisa (NYC-UMW) <█████████>
Sent: Wednesday, January 11, 2023 4:44 PM
To: Karpenko, Christopher J - Washington, DC <█████████>; Knopf, Michael (NYC-UMW) <█████████>
Cc: Bottenberg, Michael R - Washington, DC <█████████>; Brian Pasco <█████████>; Workinger, Kimberly B - Washington, DC <█████████>
Subject: RE: █████████

Hi Chris,

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

Please let us know if there is anything we can add or clarify.
Thanks,
Lisa



EXHIBIT
Karpenko
34a
8·10·23

Confidential                                                                 USPS-ADS-0000043815



**From:** Karpenko, Christopher J - Washington, DC <██████████>
**Sent:** Wednesday, January 11, 2023 2:43 PM
**To:** Catucci, Lisa (NYC-UMW) <██████████>; Knopf, Michael (NYC-UMW) <██████████>
**Cc:** Bottenberg, Michael R - Washington, DC <██████████>; Brian Pasco <██████████>; Workinger, Kimberly B - Washington, DC <██████████>
**Subject:** ██████████

██████████

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

Confidential

USPS-ADS-0000043816