12:16        5G

+1 (301) ▮▮▮▮

Mon, Jan 9 at 1:16 PM

**How's your day going?**

Hey Question. Do we do much advertising on 3rd party websites. Not twitter /fb

Maybe AAPC. Or ANA I get. Do we do any on hiring?

**Like through our programmatic buys?**

Maybe. Give me an example of what you think is a 3rd party site

**Funny I don't really know what that term refers to? I would assume in this context just one we don't buy direct**

**So matterkind has the inventory from the site and we buy through them**



EXHIBIT
Karpenko
35
8·10·23

Confidential     USPS-ADS-0000899149



Confidential

USPS-ADS-0000899150



Confidential            USPS-ADS-0000899151