IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### **ORDER**

This matter is before the court on defendant's motion to seal certain portions of its reply in support motion to compel along with exhibits 17–24. (Docket no. 332). Defendant filed this motion to seal indicating that plaintiffs had designated that material as confidential or highly confidential. (Docket no. 333). In accordance with Local Civil Rule 5, the United States has filed a response to this motion. (Docket no. 360). In the response, the United States indicates that no information in defendant's reply needs to remain under seal and that only exhibits 17, 18, 21, 23, and 24 contain (or may contain) certain information that should remain under seal. As to the proposed redactions in exhibits 17, 18, 23, and 24 relating to email addresses and telephone numbers for non-DOJ employees, the court will allow that information to remain under seal at this time for the reasons previously stated in similar motions. The United States also seeks to have certain information other than email addresses contained in exhibits 23 and 24 to be filed under seal that relates to USPS's strategy for purchasing digital advertising that it contends is sensitive, not available to the public, and would otherwise would be of little value for public dissemination. *Id.* at 3. Having reviewed the substantive information that has been redacted in exhibits 23 and 24, it appears that information has little, if any, direct bearing on the issues

1

involved in this motion to compel, that it may contain non-public confidential information of a sensitive nature and that for **the purposes of this motion** the court will allow it to remain under seal at this time.[1]  For these reasons, it is hereby

ORDERED that the motion to seal is granted in part and denied in part.  The court finds that the redactions proposed by the United States in exhibits 17, 18, 23, and 24 are appropriate and that redacted versions of those exhibits have been filed in the public record.  (Docket no. 360-1–360-4).  Defendant shall file in the public record, an unredacted version of the reply in support of the motion to compel, along with exhibits 19, 20, and 22.  As to exhibit 21, plaintiffs are given until September 29, 2023, to file a supplemental response to the motion to seal that deposition transcript for the reasons discussed in the court's previous order concerning that transcript.  (Docket no. 355).  The supplemental response shall attach those portions of the transcript that the United States believes may be filed in the public record, along with a detailed justification for sealing any material that has been redacted from the transcript that has been filed in the public record.  Pending further order of the court, exhibit 21 will remain under seal.

Entered this 31st day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

---

[1] As to exhibit 23, it appears that the version that was filed under seal by defendant had the same substantive information redacted as proposed by plaintiffs. (Docket no. 331-7).