# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date:   08/31/2023

/s/ David Geiger
*Attorney's signature*

David Geiger (IL Bar No. 6317365)
*Printed name and bar number*
U.S. Department of Justice
Antitrust Division
450 Fifth St., NW
Washington, DC 20530
*Address*

david.geiger@usdoj.gov
*E-mail address*

(202) 307-3941
*Telephone number*

(202) 616-8544
*FAX number*