# EXHIBIT 1

**From:** Kanter, Jonathan S
**Sent:** Friday, July 24, 2020 5:40 PM
**To:** Shores, Ryan (ODAG)
**Subject:** RE: Athey Presentation

Great. Talk then.

Best,
Jonathan

**Jonathan S. Kanter** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
| www.paulweiss.com

**From:** Shores, Ryan (ODAG)
**Date:** Friday, Jul 24, 2020, 5:40 PM
**To:** Kanter, Jonathan S
**Subject:** Re: Athey Presentation

Great - please call me then at

> On Jul 24, 2020, at 5:35 PM, Kanter, Jonathan S wrote:
>
> How about 1:30?
>
> Best,
> Jonathan
>
> **Jonathan S. Kanter** | Partner
> **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
> 2001 K Street, NW | Washington, DC 20006-1047
> | www.paulweiss.com
>
> **From:** Shores, Ryan (ODAG)
> **Date:** Friday, Jul 24, 2020, 5:33 PM
> **To:** Kanter, Jonathan S
> **Subject:** Re: Athey Presentation
>
> Great. Can we have a brief touch base on Monday? I can do between 12:30 and 2 or between 3 and 4:30 if those times work.
>
>> On Jul 24, 2020, at 3:48 PM, Kanter, Jonathan S wrote:

Hi.  Susan is confirmed for 3:00pm ET on 7/31.

Best,
Jonathan

Jonathan S. Kanter | Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
| www.paulweiss.com

---

**From:** Shores, Ryan (ODAG)
**Date:** Thursday, Jul 23, 2020, 9:02 PM
**To:** Kanter, Jonathan S
**Subject:** Re: Athey Presentation

We can do after 2:30 on July 31.  Please let us know what works for you.  Best, Ryan

> On Jul 23, 2020, at 6:24 PM, Kanter, Jonathan S wrote:
>
> Great.  Will stand by.
>
> Best,
> Jonathan
>
> **Jonathan S. Kanter | Partner**
> **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
> 2001 K Street, NW | Washington, DC 20006-1047
> | www.paulweiss.com
>
> ---
>
> **From:** Shores, Ryan (ODAG)
> **Date:** Thursday, Jul 23, 2020, 5:14 PM
> **To:** Kanter, Jonathan S
> **Subject:** Re: Athey Presentation
>
> Thanks Jonathan.  That should work but let me confirm tomorrow.  Best, Ryan
>
>> On Jul 23, 2020, at 12:28 PM, Kanter, Jonathan S wrote:
>>
>> Hi, Ryan.   Susan is happy to speak. She proposed a 75-minute window on 7/31.  Does that work for you and is that soon enough?

For this call, Susan and I will each participate on our behalf (not for any specific client).

Best,
Jonathan


Jonathan S. Kanter | Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
███████████████ | ███████████████
███████████████ | www.paulweiss.com

---

**From:** Shores, Ryan (ODAG) ███████████████
**Date:** Wednesday, Jul 22, 2020, 2:41 PM
**To:** Kanter, Jonathan S ███████████████
**Subject:** RE: Athey Presentation

Great, thanks.

And yes, it was informative and appreciated.

Best,
Ryan


**From:** Kanter, Jonathan S ███████████████
**Sent:** Wednesday, July 22, 2020 2:38 PM
**To:** Shores, Ryan (ODAG) ███████████████
**Subject:** RE: Athey Presentation

Hi.  I am working with Susan's folks to propose a few times.  We'll try to get this arranged ASAP.

Thanks again for the time today.  I hope it was informative.

Best,
Jonathan

**Jonathan S. Kanter | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
███████████████ | ███████████████
███████████████ | www.paulweiss.com


**From:** Shores, Ryan (ODAG) ███████████████
**Sent:** Wednesday, July 22, 2020 2:33 PM
**To:** Kanter, Jonathan S ███████████████
**Subject:** Athey Presentation

Hi Jonathan, I am just checking in on potential timing for a presentation by Athey on scale issues.  Thanks, Ryan

Highly Confidential
DOJ-ADS-B-0000001125

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.