# EXHIBIT 21

| | |
|---|---|
| **From:** | Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov> |
| **Sent:** | Wednesday, May 31, 2023 6:23 PM |
| **To:** | Craig Reilly; Andrew Ewalt |
| **Cc:** | Wood, Julia (ATR); Wolin, Michael (ATR); Choi, Stephanie (ATR); Henry, Tyler T.; Lauren Pomeroy; Feder, Morgan |
| **Subject:** | Meet & Confer - Motion to Strike Under Rule 12(f) |

Hi Craig and Andy,

We are considering filing a motion to strike two of Google's affirmative defenses from its answer. The filing would occur in all likelihood this Friday, June 2. We would like to schedule a meet and confer with you for sometime tomorrow (Thursday, June 1) to discuss the matter.

When would be a convenient time?

As a starting point, sometime 9am to 11am ET, or 12pm to 2pm ET, or 5pm ET would be workable.

Thanks,

**Aaron M. Teitelbaum**
Senior Litigation Counsel | Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20530
Mobile: (202) 894-4266