# **EXHIBIT 22**

| | |
|---|---|
| **From:** | Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov> |
| **Sent:** | Thursday, June 1, 2023 4:57 PM |
| **To:** | EWALT, Andrew (AJE); Craig Reilly |
| **Cc:** | Wood, Julia (ATR); Wolin, Michael (ATR); Choi, Stephanie (ATR); Henry, Tyler T.; Lauren Pomeroy; Feder, Morgan; MAHR, Eric (EJM); GARRETT, Tyler |
| **Subject:** | Meet & Confer - Motion to Strike Under Rule 12(f) |

Hi folks,

Apologies for the short notice, but we need to cancel this call scheduled for 5pm. There is no motion to strike planned for tomorrow.

Thanks,

**Aaron M. Teitelbaum**
Senior Litigation Counsel | Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20530
Mobile: (202) 894-4266