# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## ORDER

Upon consideration of Defendant's motion to seal (Docket no. ___) certain exhibits referenced in its Opposition to the United States' Motion for Partial Judgment on the Pleadings or, in the Alternative, a Protective Order, and to redact certain portions of that Opposition that reference the contents of those exhibits, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the United States and third-party News Corp marking the exhibits as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that exhibits 2-13 and 15-20 to Defendant's Opposition, as well as certain portions of the Opposition that reference the contents of those exhibits (Docket nos. 368 & 369), shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this ____ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge