AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                      .

Date:     09/01/2023

/s/ Timothy Longman
*Attorney's signature*

Timothy S. Longman (NY Bar No. 4609632)
*Printed name and bar number*

450 Fifth Street, NW
Washington, DC 20530
*Address*

timothy.longman@usdoj.gov
*E-mail address*

(202) 598-8666
*Telephone number*

(202) 616-8544
*FAX number*