Date: 9/1/2023

Judge: John F. Anderson

Reporter: FTR / 501 / Rhonda Montgomery

Start: 10:58am

Finish: 12:58pm

Civil Action Number: 1:23-cv-00108

United States et al.

vs.

Google LLC

Appearance of Counsel for:

☒Plaintiff: Aaron Teitelbaum, Julie Wood

☒Defendant: Andrew Ewalt, Katherine Dunn

☐Matter is uncontested

☒Motion to/for:

Defense Protective Order [311], U.S. Protective Order [321], Leave to Take Certain Depositions Out of Time [340], In camera review [300], Compel [304]

Argued &:

☒Granted [300]

☒Denied [321], [304]

☒Granted in part and denied in part [311]

☐Taken Under Advisement

☐Continued to:

☐Report and Recommendation to Follow

☒Order(s) to Follow