IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

This matter is before the court on Google LLC's motion for protective order. (Docket no. 311). The court has reviewed the memorandum in support of the motion (Docket no. 312), plaintiffs' response (Docket no. 327), and defendant's reply (Docket no. 335), and considered the argument presented by counsel during the hearing on September 1, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is granted in part and denied in part. The court appreciates the substantial effort undertaken by the parties to narrow the issues initially presented in this motion. As to the remaining issue concerning topic 26, the court decided that plaintiffs shall identify 35 "Covered Employees" for Google to provide the information requested in part (a)(i) and (ii).

Entered this 1st day of September, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia