IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, et al., )
)
        Plaintiffs, )
)
v. )  Civil Action No. 1:23cv0108 (LMB/JFA)
)
GOOGLE LLC, )
)
        Defendant. )
)

## ORDER

This matter is before the court on the United States' motion for protective order to prevent deposition of United States' counsel. (Docket no. 321). The court has reviewed the memorandum in support of the motion (Docket no. 322), defendant's opposition (Docket no. 359), and United States' reply (Docket no. 365), and considered the argument presented by counsel during the hearing on September 1, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is denied, and the United States will be required to produce a witness to testify on behalf of the United States as to certain topics discussed during the hearing. The court reserved ruling on topics 31, 37, and 38 for the reasons stated during the hearing.

Entered this 1st day of September, 2023.

                                                      /s/
                                           John F. Anderson
                                           United States Magistrate Judge
Alexandria, Virginia                        John F. Anderson
                                           United States Magistrate Judge