IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter is before the court concerning the remaining issue in plaintiffs' motion for leave to depose certain Google and third-party witnesses after the close of fact discovery. (Docket no. 340). As indicated in the order entered on August 31, 2023 (Docket no. 360), the only issue remaining to be resolved involves the deposition of the Engineering Director of the Google Ad Manager product. That deposition had been noticed by plaintiffs in the MDL proceeding on August 3, 2023. The court has reviewed the motion (Docket no. 340), defendant's opposition (Docket no. 361), and plaintiffs' reply (Docket no. 366) and considered the argument presented by counsel during the hearing on September 1, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs shall be allowed to use the deposition of the Engineering Director of the Google Ad Manager product to be taken in the MDL proceeding as if it occurred on or before September 8, 2023.

Entered this 1st day of September, 2023.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia