IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Google LLC's motion for *in camera* review. (Docket no. 300). The court has reviewed the memorandum in support of the motion (Docket no. 301) and plaintiffs' response (Docket no. 328), and considered the argument presented by counsel during the hearing on September 1, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is granted in that the court has reviewed the portions of the transcripts identified on page 2 of defendant's memorandum. (Docket no. 301). The court provided the parties with the result of its review during the hearing on September 1, 2023. To the extent any additional issues remain, they may be the subject of an additional motion.

Entered this 1st day of September, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia