IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Civil Action No. 1:23cv0108 (LMB/JFA)

## ORDER

This matter is before the court on Google LLC's motion to compel production of documents and testimony wrongly withheld as privileged. (Docket no. 304). The court has reviewed the memorandum in support of the motion (Docket nos. 305, 307), plaintiffs' opposition (Docket no. 328), and defendant's reply (Docket nos. 330, 331), and considered the argument presented by counsel during the hearings on August 25 and September 1, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is denied.

Entered this 1st day of September, 2023.

                              /s/
                          John F. Anderson
                          United States Magistrate Judge

Alexandria, Virginia