IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion for Leave to Use Log-Level Data Produced by Third-party PubMatic, Inc. After the Close of Fact Discovery. After reviewing the parties' joint motion, and finding good cause exists, the motion is GRANTED.

ORDERED that the parties are permitted to use log-level data produced by third-party PubMatic, Inc. after the close of fact discovery as if it was produced before September 8, 2023.

DATE: Sept. 1, 2023

/s/
John F. Anderson
United States Magistrate Judge