**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Plaintiffs' motion to take certain party depositions after the close of fact discovery. (Docket no. 384). After reviewing the motion, and finding good cause exists, the motion is GRANTED.

It is hereby ORDERED that Plaintiffs are permitted to take certain Google party depositions, including of the four Google party witnesses referenced in Footnote 1 of Plaintiffs' motion, the Google party witness mentioned in the body of the motion, and the Rule 30(b)(6) deposition of Google, after September 8, 2023, **but no later than September 30, 2023** as set forth in Plaintiffs' motion.

It is further ORDERED that Plaintiffs are permitted to use those depositions as if they occurred on or before September 8, 2023. The granting of this relief is with the understanding it will not alter any other dates in this matter.

DATE: September 5, 2023

_____/S/_____
John F. Anderson
United States Magistrate Judge