IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER is before the Court on the unopposed motion filed by Defendant Google LLC for leave to take certain portions of the Rule 30(b)(6) deposition of the United States and a Rule 30(b)(1) deposition of an individual government employee after the fact discovery cut-off (Docket no. 387). Upon consideration of the motion, for good cause shown, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and Google may take these depositions after the fact discovery cut-off but no later than September 30, 2023, and may use these depositions as if they had occurred on or before September 8, 2023. The granting of this relief is with the understanding that it will not alter any other dates in this matter.

ENTERED this 5 day of September 2023.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge