IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Google's Motion to Seal, and for good cause shown, the Court hereby ORDERS that the motion is GRANTED; and it is hereby ORDERED that Plaintiffs shall file a response to Google's Motion to Seal, ECF No. 370, no later than September 14, 2023.

DATE: September 6, 2023

/s/
Leonie M. Brinkema
United States District Judge