IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

## ORDER

THIS MATTER is before the Court on the emergency motion filed by Defendant Google LLC for a continuance of the September 8, 2023, hearing for one week (Docket no. 395). Upon consideration of the motion, for good cause shown, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and the hearing set for September 8, 2023, is CONTINUED to September 15, 2023, at 10:00 a.m.

ENTERED this 6th day of September 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge