IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on the unopposed motion filed by Defendant Google LLC for leave to complete a data production (Docket no. _____).  Upon consideration of the motion, for good cause shown, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and Google may complete this discovery after the fact discovery cut-off and the parties may use this discovery as if it had occurred on or before September 8, 2023.

ENTERED this _____ day of September 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge