AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

News Corporation.

Date: 09/07/2023

/s/ *Charles B. Molster*
*Attorney's signature*

Charles B. Molster, III (Va. Bar No. 23613)
*Printed name and bar number*

2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
*Address*

cmolster@molsterlaw.com
*E-mail address*

(703) 346-1505
*Telephone number*

N/A
*FAX number*