# EXHIBIT B

| | |
|---|---|
| **From:** | GARRETT, Tyler <Tyler.Garrett@freshfields.com> |
| **Sent:** | Thursday, August 31, 2023 11:01 PM |
| **To:** | Maier, Eric J.; Thorne, John; Teitelbaum, Aaron (ATR); Wood, Julia (ATR); Wolin, Michael (ATR); Choi, Stephanie (ATR); yale.leber@law.njoag.gov; elinor.hoffmann@ag.ny.gov; morgan.feder@ag.ny.gov; david.mcdowell@ag.tn.gov; ethan.bowers@ag.tn.gov; tyler.corcoran@ag.tn.gov; Elizabeth.Maxeiner@ilag.gov; jayme.weber@azag.gov; amy.hanson@atg.wa.gov; brandon.h.garod@doj.nh.gov; james.r.davis@doj.nh.gov; douglas.l.davis@wvago.gov; joseph.conrad@nebraska.gov; jmcghee@ncdoj.gov; jmarx@ncdoj.gov; kchoksi@ncdoj.gov; Tyler.Arnold@atg.wa.gov; kate.iiams@atg.wa.gov; colin.snider@nebraska.gov; zach.biesanz@ag.state.mn.us; Evans, Jason; mertenss@michigan.gov; sprovazza@riag.ri.gov; Jennifer.Coronel@ilag.gov; JHarrison@oag.state.va.us; Barry, Kaitlyn (ATR); Briskin, Craig (ATR); Strick, Amanda (ATR); Zwolinski, Rachel (ATR); Garcia, Kelly (ATR); cari.jeffries@doj.ca.gov; Gold, Matthew (ATR); comishj@michigan.gov |
| **Cc:** | SALEM, Sara; MCCALLUM, Robert; Daniel Bitton; craig.reilly@ccreillylaw.com; BAYOUMI, Jeanette; MAHR, Eric (EJM); ELMER, Julie (JSE); EWALT, Andrew (AJE); KAPLIN, Lauren; Bradley Justus; EISMAN, Scott; LEONARD, Claire |
| **Subject:** | [EXTERNAL] United States v. Google, 1:23-cv-00108-LMB-JFA (E.D. Va.) - Objection to Certain Documents Designated as Highly Confidential |

Counsel for DOJ and News Corp,

Google objects to the Highly Confidential Information designation made on the below-listed documents produced by News Corp to DOJ, and then by DOJ to Google as part of the investigative file materials. Google understands that the documents were initially designated as Confidential or Highly Confidential by News Corp in its initial production to DOJ, and then designated as Highly Confidential by default per the EDVA Protective Order in its production to Google. Google does not believe a Highly Confidential Information ("HCI") or Confidential Information ("CI") designation is appropriate for any of the documents based on the definitions for HCI and CI as stated in the Protective Order. Specifically, there are no competitive- or commercially-sensitive details in the identified documents, and there is no sensitive personally identifiable information in the documents, which would qualify the documents to be designated as HCI. Similarly, the documents contain no trade secret or other non-public confidential financial, technical, research, sales, marketing, development, or commercial information, which would qualify the documents to be designated as CI.

1. NEWSCORP-DOJCID-00002354
2. NEWSCORP-DOJCID-00003628

Google has cited these documents in its filing today, and Google anticipates that it may elect to refer to them at the hearing next Friday. Please inform Google of News Corp's and DOJ's positions on the appropriate confidentiality designation of these documents. We are willing to meet-and-confer about our objections.

As previously requested by the United States, Google will redact email addresses and phone numbers in any public versions of de-designated documents.

Best,
Tyler

**Tyler Garrett**
Associate
Antitrust, Competition, and Trade

**Freshfields Bruckhaus Deringer LLP**
700 13th Street, NW
10th Floor
Washington, DC 20005

**T** +1 (202) 777-4511 | **M** +1 (804) 386-5096
[freshfields.com](freshfields.com)

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this [Privacy notice](Privacy notice). For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.