# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER is before the Court on the unopposed motion filed by Defendant Google LLC for leave to complete a data production (Docket no. 399).  Upon consideration of the motion, for good cause shown, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and Google may complete the discovery described in this motion after the fact discovery cut-off **but no later than September 30, 2023**. The parties may use this discovery as if it had occurred on or before September 8, 2023. The court is granting this consent motion based on the representation of the parties that it will not alter any other dates in this matter.  No further extensions of this date will be allowed. ENTERED this 8th day of September 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge