**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

---

UNITED STATES, *et al.*,

                     *Plaintiffs*,

     vs.

GOOGLE LLC,

                  *Defendant*.

No: 1:23-cv-00108-LMB-JFA

---

**ORDER**

THIS MATTER is before the Court on the motion filed by Defendant, Google LLC ("Google"), for an order compelling Plaintiff United States to supplement its Rule 26(a)(1)(A)(iii) disclosures and its responses to Google's Requests for Admissions 1–3, Interrogatories 4, 9, 14, 17–21, and Requests for Production 12 and 44. (Docket no. _____). Upon consideration of the motion, and the arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

     ORDERED that Google's motion is GRANTED; and it is hereby

     ORDERED that Plaintiff's supplement its Rule 26(a)(1)(A)(iii) disclosures and responses to Google's discovery requests no later than September ___, 2023.

     ORDERED that Plaintiff's objections to Google's RFAs 4–12 and Interrogatories Nos. 22–29 are overruled.

     ENTERED this _____ day of September 2023.


Alexandria, Virginia

                                 _____
                                 John F. Anderson
                                 United States Magistrate Judge