# EXHIBIT 4

| | |
|---|---|
| **From:** | Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov> |
| **Sent:** | Monday, August 7, 2023 7:26 PM |
| **To:** | Wolin, Michael (ATR); Liu, Victor (ATR); Goodman, Martha; Tyler Garrett; Wood, Julia (ATR); Mene, Gerard (USAVAE); aferguson@oag.state.va.us; spopps@oag.state.va.us; 'thenry@oag.state.va.us'; kgallagher@oag.state.va.us; Brian Wang; Paula Blizzard; bryn.williams@coag.gov; jan.zavislan@coag.gov; steve.kaufmann@coag.gov; nicole.demers@ct.gov; yale.leber@law.njoag.gov; elinor.hoffmann@ag.ny.gov; 'morgan.feder@ag.ny.gov'; david.mcdowell@ag.tn.gov; ethan.bowers@ag.tn.gov; Vernon, Jeffrey (ATR); tyler.corcoran@ag.tn.gov; 'Elizabeth.Maxeiner@ilag.gov'; 'jayme.weber@azag.gov'; cari.jeffries@ca.ag.gov; 'amy.hanson@atg.wa.gov'; brandon.h.garod@doj.nh.gov; 'james.r.davis@doj.nh.gov'; Douglas.L.Davis@wvago.gov; 'joseph.conrad@nebraska.gov'; jmcghee@ncdoj.gov; 'jmarx@ncdoj.gov'; 'kchoksi@ncdoj.gov'; tyler.arnold@atg.wa.gov; kate.iiams@atg.wa.gov; 'colin.snider@nebraska.gov'; 'zach.biesanz@ag.state.mn.us'; 'evansj@michigan.gov'; 'mertenss@michigan.gov'; 'sprovazza@riag.ri.gov'; jennifer.coronel@ilag.gov; Garcia, Kelly (ATR); 'JHarrison@oag.state.va.us'; McBirney, Jimmy (ATR); Barry, Kaitlyn (ATR); Briskin, Craig (ATR); Clemons, Katherine (ATR); Guarnera, Daniel (ATR); Choi, Stephanie (ATR) |
| **Cc:** | Eric Mahr; Julie Elmer; Andrew Ewalt; Lauren Kaplin; Tyler Garrett; Robert McCallum; TU, Xiaoxi; Jeanette Bayoumi; Sara.Salem@freshfields.com; Craig Reilly; Bradley Justus; Daniel Bitton; Koren W. Wong-Ervin; Ali Vissichelli; dpearl@axinn.com; GRP-Google-AdTech-EXTERNAL |
| **Subject:** | RE: United States et al v. Google LLC, 1:23-cv-00108-LMB-JFA (E.D. Va.) - US Second Amended Response to Google Requests for Admission 1-3 |
| **Attachments:** | 8.7.23_United States Second Amended Responses to Google RFAs 1-3.pdf |

Dear Counsel,

Attached is a second amended response to the Google's Requests for Admission Nos. 1-3.  The only amendment is to the response to Request for Admission No. 1.  The United States position is that this amended response resolves the pending motion to compel.  Please let us know by **noon** tomorrow (Tuesday, 8/8) if Google intends to withdraw the pending motion.  We are also available to meet and confer on this issue at your convenience if desired.  We can be prepared to discuss this issue at the already-scheduled meet and confer at 4:30pm, or at another mutually convenient time.

Sincerely,

**Aaron M. Teitelbaum**
Senior Litigation Counsel | Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington, DC 20530
Mobile: (202) 894-4266