# EXHIBIT 6



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

August 7, 2023

Martha Goodman, Esq.
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

      Re:    *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Dear Martha:

      I write to follow up on the portion of our June 12, 2023 letter regarding our response to Google's RFP No. 12, which asks for documents sufficient to show certain data related to advertising purchases. In our June 12th letter, we explained that the FAAs do not maintain data that could be pulled as Google requested but that Army, unlike the other FAAs, has contractual rights to the data that its ad agency contractor, DDB (a subsidiary of Omnicom), maintains on its behalf. We indicated that we would seek the production of data "where we have a contractual right to 'direct' production of such" via the government contracting process.

      Both prior to and following our June 12th letter, we sought to obtain the data responsive to RFP No. 12 that DDB maintains on Army's behalf through the government contracting process. Despite diligent attempts to obtain this data, we recently have discovered that we will not be able to receive this data prior to the close of fact discovery. We, however, discovered, through the process of trying to obtain this data, that most of it resides in Google's Campaign Manager and DV360. Accordingly, pursuant to RFP no. 76, we request that Google produce this information promptly.

      Please contact me at (202) 476-0293 or katherine.clemons@usdoj.gov if you have any questions regarding this letter.

Sincerely,

*/s/ Katherine Clemons*

Katherine Clemons
Trial Attorney