UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

        *Plaintiffs*,

vs.

GOOGLE LLC,

        *Defendant*.

No: 1:23-cv-00108-LMB-JFA

## ORDER

Upon consideration of Defendant's motion to seal (Docket no. _____) certain exhibits referenced in its Memorandum of Law in Support of Google's Motion To Compel Responses to Various Discovery Requests and to redact certain portions of that memorandum of law that reference the contents of those exhibits, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the United States and non-party Omnicom marking the exhibits as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that exhibits 1, 5, 9, 10, and 11 to Defendant's motion to compel, certain portions of the memorandum that reference the contents of those sealed exhibits, and certain portions of the appendix to the memorandum (Docket nos. 408 & 410) shall be maintained under seal by the Clerk, until otherwise directed.

2

        ENTERED this ____ day of _____ 2023.


Alexandria, Virginia

_____

                                        John F. Anderson
                                        United States Magistrate Judge