IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on a joint motion filed by Defendant Google LLC and the Plaintiffs for leave to complete certain third-party document productions after the fact discovery cut-off (Docket no. _____). Upon consideration of the motion, for good cause shown, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and Google and the Plaintiffs may complete these third-party document productions after the fact discovery cut-off and the parties may use these document productions as if they had been made on or before September 8, 2023.

ENTERED this _____ day of September 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge