IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

The hearing on defendant's motion to compel (Docket no. 406) and plaintiffs' motion for interim modifications to the discovery plan (Docket no. 415) will be held on Friday, September 15, 2023, beginning **at 11:00 a.m.** in Courtroom 501. In the unlikely event the hearing before the District Judge extends beyond 11:00 a.m., the hearing on these motions will begin as soon as possible after the hearing before the District Judge concludes.

Entered this 11th day of September, 2023.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia