# Exhibit 7



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

September 13, 2023

Martha Goodman, Esq.
Heather Milligan, Esq.
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

Re:   *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Dear Martha and Heather:

I write regarding the portions of Google's Motion to Compel Responses to Various Discovery Requests, filed September 8, 2023, which relate to Google's Interrogatories Nos. 18, 19, 20, and 21, and Request for Production No. 44.

Regarding Interrogatories Nos. 18, 19, and 20, we have served concurrently with this letter supplemental responses to those interrogatories that further explain the basis for the market share allegations in the Amended Complaint.

Regarding Interrogatory No. 21, we have also served concurrently with this letter a supplemental response to this interrogatory, which provides a further narrative response describing Antitrust Division communications with third-party industry participants and foreign regulators and adds additional designated documents, including the ones Google contends are missing. The United States also agrees to supplement its response to Interrogatory No. 21, after completing any further production of third-party communications, as discussed below.

Regarding Request for Production No. 44, as we have stated numerous times in meet-and-confer discussions and written communications, the United States is willing to produce the same scope of post-complaint outside counsel communications as Google agrees to produce. The relevance of, and burden of collecting, post-complaint outside counsel communications with third parties is the same for Plaintiffs as it is for Google.

Google's motion states that "Google is producing its outside counsels' communications with third parties through August 25." (Memo. in Supp. of Mot. at 26.) Based on your co-counsel's email earlier today in response to our request for clarification, we understand that language refers to Google's production of communications through August 25 with third parties related to "the subpoenas, and any modifications thereto" served by Google on third parties in this case. (*See* 9/13/2023 Email from Sara Salem.) The United States

likewise agrees to produce any communications between the Antitrust Division and third parties related to "the subpoenas, and any modifications thereto" served by Plaintiffs in this case through August 25. We have begun this production process already, and we expect to make the first of a series of rolling production of these documents today.

We believe this resolves the issues raised in your motion regarding Google's Interrogatories Nos. 18, 19, 20, and 21, and Request for Production No. 44. If Google has a different view, we request you provide Google's position.

                    Sincerely,

                    */s/ Michael Wolin*

                    Michael Wolin
                    Trial Attorney