IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion to seal exhibit 4- the deposition excerpt from Omnicom attached to their Response in Opposition to Defendant's Motions to Compel Responses to Various Discovery Requests, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted until October 13, 2023 when the Plaintiff will supplement their motion. The sealing is appropriate until then due to Omnicom marking the exhibit as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiff's motion to seal is GRANTED until October 13, 2023; and it is further

ORDERED that the entirety of exhibit 4 to Plaintiff's Response in Opposition to Defendant's Motions to Compel Responses to Various Discovery Requests, shall be maintained under seal by the Clerk, until otherwise directed.

DATE:_____                          _____