# Exhibit 4

HIGHLY CONFIDENTIAL

Page 1

```
 1
 2         H I G H L Y   C O N F I D E N T I A L
 3     IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF VIRGINIA
 4     ALEXANDRIA DIVISION
       ------------------------------x
 5     UNITED STATES, et al.,
 6               Plaintiffs,
 7          vs.                    Case No.
                                   1:23-cv-000108
 8     GOOGLE LLC,
 9               Defendant.
       ------------------------------x
10
11
12              HIGHLY CONFIDENTIAL
13        VIDEOTAPED DEPOSITION OF LUKE LAMBERT
14                New York, New York
15              Tuesday, August 29, 2023
16                    9:37 a.m.
17
18
19
20
21
22
23     Reported by:
       Jennifer Ocampo-Guzman, CRR, CLR
24     Job No. CS6079449
25
```

Veritext Legal Solutions

800-567-8658                                    973-410-4098

Page 254

LAMBERT - HIGHLY CONFIDENTIAL

1. able to better serve your advertiser clients?
2. MS. MORGAN: Objection to form, lacks foundation.
3. A. I don't know if it's a better path to service with the clients. What we do is we buy. I think it would possibly open up new places for negotiation from the buy side, where typically the supply side is negotiating it. But I don't necessarily think it changes my ability to service our clients. I think we can continue the way we are servicing the clients.
4. Q. Does Google inform Omnicom when it changes the way that it operates the algorithm is used to determine the winning bid auctions for display advertising?
5. MS. MORGAN: Objection, form, lacks foundation.
6. A. We're generally kept up to speed with platform updates and changes to the platform, including algos. It's the details behind it, again, that we may not be completely clear on, and that's beyond DV360.
7. Q. So for -- let's take Army for

Page 255

LAMBERT - HIGHLY CONFIDENTIAL

example. Are you able to tell Army how much AdX took out of Army's winning bids into AdX when you are reporting back on KPIs and other metrics related to Army campaigns?

MS. MORGAN: Objection to form, lacks foundation.

A. I would have to review our contract to see if we have a negotiated rate inside of AdX. At one point in time we did. I don't know if it's in the current GMP of our contract anymore.

Q. And when you talked earlier about the eight and a half percent plus two cents -- per impression; is that right?

A. Per CPM, this is a CPM.

Q. For CPM.
-- the eight and a half percent and the two cents CPM, are those fees ultimately paid by the advertiser client, specifically Army?

A. Yeah. 100 percent of the media dollar is paid for by the client. It's not our investment. It's theirs. We're strictly the service arm.

Page 256

LAMBERT - HIGHLY CONFIDENTIAL

Q. And so if that fee went up, the increase in those fees would be born by the advertiser as well; is that right?

A. Yes, but we've done a good job of going the other way with fees.

Q. So earlier you testified about some meetings between OMD and your counsel and the Department of Justice with respect to Army data. Do you remember that testimony?

A. I do.

Q. Does OMD ordinarily produce campaign reports in the terabytes of data on the details of purchases to Army under the Army contract?

A. No.

Q. So is it fair to say that reports at that level of detail and that volume are not ordinary course deliverables under the Army DDB OMD contract?

A. I would question how it could even be done.

Q. Do you personally work with contract modifications on behalf of DDB with respect to Army contracts?

Page 257

LAMBERT - HIGHLY CONFIDENTIAL

A. No, I don't personally. Any direct Army contracts are really third-party tech, things that would be are managed by Annalect.

Q. Do you know who owns the overall contracting relationship at Omnicom with respect to Army?

A. DDB, our scope contract within Army is DDB.

Q. Do you have any idea what would need to be done to modify the contract so that Army could receive nonordinary course reports of detailed data like you referred to before?

A. Yes, the scope will most certainly have a section in there on reporting, reporting cadence, reporting content, meetings on reports, tools used to deliver reporting, dashboarding, all of that would be in the scope. So we would need to update that portion of the scope if we wanted to update the sort of volume of data that they wanted to have access to. But typically campaign reporting is the goal, the campaign that we are working on, I would need to know

65 (Pages 254 - 257)

Page 258
LAMBERT - HIGHLY CONFIDENTIAL

1 what is happening now.
2     Q. Understood.
3        Do you know who would need to be
4 involved in discussions about modifying the
5 scope of work under the Army contract?
6     A. The total scope of work?
7     Q. Yes.
8     A. Yes.
9     Q. Who would that be?
10    A. It would be -- oh, gosh, the name
11 is escaping me. I'm blanking. The head of
12 our team at Team DDB, Danielle Atanda, Megan
13 Frisbie, and more than likely our CFO and
14 maybe, maybe our practice leadership teams.
15    Q. In preparation for this deposition,
16 did you talk to anyone about whether there
17 had been proposed modifications to the Army
18 contract concerning campaign level data?
19    A. No.
20    Q. So is it fair to say that if those
21 discussions had occurred, you might not be
22 aware of them?
23    A. That is fair to say.
24    Q. Can OMD unilaterally decide to

Page 259
LAMBERT - HIGHLY CONFIDENTIAL

1 create new deliverables under the contract
2 with Army?
3        MS. MORGAN: Objection to form.
4     A. Can you define a deliverable for
5 me?
6     Q. For example, a large data report
7 that was not specified in the existing scope
8 of work.
9     A. The Army is --
10       MS. MORGAN: Object to the form.
11    A. The Army is thankfully quite
12 rigorous and holds scope dearly, so if it's
13 out of scope, they would not ask us to do it.
14    Q. I believe you testified earlier
15 that you're not aware of any advertiser using
16 only one media channel in its advertising
17 plan; is that accurate?
18    A. That is accurate.
19    Q. Do you have an understanding of why
20 that is?
21    A. Yes.
22    Q. What is your understanding of why
23 you have not, in your experience, your many
24 years of experience seen an advertiser using

Page 260
LAMBERT - HIGHLY CONFIDENTIAL

1 only one media channel?
2        MS. MORGAN: Objection, form.
3     A. I can't think of a single media
4 channel that can do everything. You know,
5 search in particular is a reactive channel.
6 It is a space where people are going to and
7 putting in the protocol that delivers back
8 the answer that we purchase. That only
9 exists in search. So if I wanted to have
10 that experience as a client, which I will do,
11 you are going to buy search.
12       But how do you deliver everything
13 else you're trying to do only in search, you
14 can't. And so, you know, if you want a broad
15 reach and, you know, deliver household level
16 communications at scale with efficiency,
17 maybe you are going to buy DR-TV, which is
18 exactly what you think it is.
19       Or you want to be in a highly
20 visible area, like The Super Bowl, you are
21 going to buy that, because it's more than
22 just a commercial. You know, it's an
23 experience that more people opt into.
24       Audio environment, right, so it's a

Page 261
LAMBERT - HIGHLY CONFIDENTIAL

1 very passive experience that you can take
2 with you when you are doing other things that
3 you can't necessarily do with a video screen,
4 right. Yes, we all look down at our phone
5 when we are walking down the street, maybe
6 too much, but people will exercise with music
7 or clean their house with music or relax with
8 music, right. So a lot of the other channels
9 produce different experiences for consumers,
10 and so you really need to have them in the
11 mix, which is why we call it a mix.
12    Q. Is it important for that mix to
13 include a variety of different media
14 channels?
15    A. Yep.
16       MS. MORGAN: Objection to form.
17    A. Yes, always.
18    Q. And so one media channel had a
19 lower cost per click or a more efficient or
20 effective -- was more efficient and effective
21 with respect to the KPI for a particular
22 campaign, would it make sense for an
23 advertiser to shift all of its available
24 funding into that media channel because it's