IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Plaintiffs filed a motion to seal Exhibit 4 to their Response to Defendant's Motion to Compel Responses to Various Discovery Requests. Pursuant to Local Civil Rule 5, Plaintiffs hereby notify Defendant and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: September 14, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

s/ Gerard Mene
Gerard Mene
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
/s/ Michael Wolin
Michael Wolin
/s/ Katherine Clemons
Katherine Clemons
/s/ Michael J. Freeman
MICHAEL J. FREEMAN


United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Michael.Freeman@usdoj.gov

Attorneys for the United States