AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.

Date: 09/14/2023

/s/ *Charles B. Molster*
*Attorney's signature*

Charles B. Molster, III (Va. Bar No. 23613)
*Printed name and bar number*

2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
*Address*

cmolster@molsterlaw.com
*E-mail address*

(703) 346-1505
*Telephone number*

N/A
*FAX number*