UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ DIVISION

United States et al.

vs.

Google LLC

Civil/Criminal Action No. 1:23-cv-00108-LMB-JFA

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Associated Newspapers Ltd. and Mail Media, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Associated Newspapers Ltd. and Mail Media, Inc. are wholly owned subsidiaries of Daily Mail and General Trust (DMGT), which is 100% owned by Rothermere Continuation Limited.  DMGT has issued a bond that is owned by fixed income investors.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

September 14, 2023

*/s/ Charles B. Molster*

Date

Signature of Attorney or Litigant
Counsel for Associated Newspapers Ltd. and Mail Media, Inc.

Rev. 03/12/19