Date: 9/15/2023

Judge: John F. Anderson

Reporter: FTR / 501

Start: 10:55am

Finish: 12:52pm

Civil Action Number: 1:23-cv-0108

United States et al

vs.

Google LLC.

Appearance of Counsel for:

☒Plaintiff: Katherine Clemons

☒Defendant: Martha Goodman, Julie Elmer

☐Matter is uncontested

☒Motion to/for: Compel [406], Interim modifications to the discovery plan [415]

Argued &:

☐Granted

☐Denied

☒Granted in part & denied in part [406], ☒Granted in part [415]

☐Taken Under Advisement

☐Continued to:

☐Report and Recommendation to Follow

☒Order(s) to Follow