IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.                                     ) <br> ) <br> GOOGLE LLC,                                       ) <br> ) <br> Defendant.            ) <br> _____) | Civil Action No. 1:23cv0108 (LMB/JFA) |

### ORDER

This matter is before the court on defendant's motion to compel responses to various discovery requests. (Docket no. 406). Having reviewed the motion (Docket no. 406), memorandum in support (Docket no. 408), opposition (Docket no. 420), and reply (Docket no. 427), and having considered the arguments of counsel at the hearing on September 15, 2023, it is hereby

ORDERED that defendant's motion is granted in part and denied in part for the reasons stated from the bench.

Entered this 15th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia