IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*,   )
                                       )
                Plaintiffs,            )
                                       )
v.                                     )   Civil Action No. 1:23cv0108 (LMB/JFA)
                                       )
GOOGLE LLC,                            )
                                       )
                Defendant.             )
_____)

## ORDER

This matter is before the court on plaintiffs' motion for interim modifications to the discovery plan. (Docket no. 415). The court has reviewed plaintiffs' memorandum in support (Docket no. 416), defendant's response (Docket no. 422), and plaintiffs' reply (Docket no. 429) and considered the argument presented by counsel during the hearing on September 15, 2023, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion is granted in part. In addition to various details concerning the noticing of depositions and plaintiffs' ability to seek further relief from the court upon a specific showing of good cause, the court modified the dates in the previous scheduling order as follows:

1. Defendant must complete its document production by October 6, 2023, and counsel shall file a status report each Friday providing an update on the status of the review and production of documents and indicate the number of documents that have been produced that week.

2. The time for plaintiffs to conduct depositions of defendant's employees and representatives is enlarged to November 17, 2023, and those depositions will be considered as taken prior to September 8, 2023, for the purposes of the Discovery Coordination Order.

3. The time for serving expert reports is modified to require plaintiffs to serve their expert reports by December 22, 2023, defendant shall serve its expert reports by January 23, 2024, and plaintiffs may serve any rebuttal reports by February 13, 2024.

4. Expert depositions must be completed by March 8, 2024.

5. A status conference will be set for Friday, March 15, 2024.

Entered this 15th day of September, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia