IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant Google LLC's ("Google") Motion to Seal Exhibits 2-13 and 15-20 attached to its Opposition to the United States' Motion for Partial Judgment on the Pleadings or, in the Alternative, a Protective Order ("Motion"), as well as to seal certain portions of its opposition that reference those exhibits. [Dkt. No. 370]. On September 7, 2023, News Corporation, a non-party, filed a Memorandum in Support of Google's Motion to Seal [Dkt. No. 401], requesting that Exhibits 10, 11, 12, and 13 remain under seal because disclosure would "harm News Corp's business relationships." Id. at 4. Having reviewed the relevant Exhibits, the Court finds that News Corporation has established good cause for Exhibit 11 and a portion of Exhibit 13 to remain under seal, but it has not established good cause for Exhibits 10 or 12 to remain under seal because these documents do not contain any information that could reasonably be construed as commercially sensitive or likely to expose News Corporation to "significant commercial and competitive harm." Id. at 3-4.

On September 14, 2023, plaintiff United States ("United States") filed its Response to Defendant's Motion to Seal [Dkt. No. 428], in which it defers to News Corporation's request to seal Exhibits 10-13 and provides good reason for Exhibits 17 and 20 to remain under seal

because these documents contain information about government agencies' advertisement strategies that is not normally available to the public. Accordingly, defendant's Motion to Seal [Dkt. No. 370] is GRANTED IN PART and DENIED IN PART, and it is hereby

ORDERED that Exhibits 11, 13, 17, and 20 be and are PERMANENTLY SEALED. Google is directed to promptly file public versions of Exhibits 2-10, 12, and 18-19, the redacted versions of Exhibits 17 and 20 in [Dkt. Nos. 428-1, 428-2], and a redacted version of Exhibit 13 with only the last two sentences of the first full paragraph on page 4 redacted. Google is further directed to promptly file a redacted version of its Opposition to the Motion with plaintiff's one proposed redaction on page 18.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15 day of September, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge