# CIVIL MOTION MINUTES

Date: 09/15/23                                     Judge: Brinkema
                                                   Reporter: R. Montgomery

Time: 9:55am – 10:08am

Civil Action Number: 1:23cv108

  United States of America        vs.   Goggle LLC

Appearances of Counsel for        (X) Pltf        ( X) Deft

Motion to/for:
#317 Pltf Motion for    Judgment on the Pleadings or to Strike


Argued &
(  ) Granted    (  ) Denied (X ) Granted in part/Denied in part
(  )Held in Abeyance ( ) Taken Under Advisement   (  ) Continued to (  ) Overruled


(  ) Memorandum Opinion to Follow

(X)   Order to follow