UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S FIRST STATUS REPORT REGARDING DOCUMENT REVIEW AND PRODUCTION

Pursuant to the Court's order of September 15, 2023, ECF No. 440, Google LLC ("Google") submits this report regarding the status of the review and production of documents impacted by the ingestion site issue (the "Impacted Documents"), *see* ECF No. 422.

After an internal analysis that has been scrutinized by outside counsel, Google has identified approximately 16 million Impacted Documents. *See* Sheff Decl. ¶ 22, ECF No. 422-1.

Based on information provided by Google's outside e-discovery vendor, as of 3:30 pm ET on September 15, 2023, Google has exported approximately 11.9 million of the Impacted Documents from its ingestion sites to its vendor for processing and deduplication (the "Exported Documents").

Of the Exported Documents, approximately 10.1 million documents have been loaded by the vendor for deduplication. Of those 10.1 million, 6.873 million are duplicates. There are 3.281 million non-duplicates (the "Review Population"). Google anticipates that the Review Population will grow as the vendor continues to process and deduplicate the documents exported from

ingestion sites. As of 3:30 pm ET on September 15, 2023, the average deduplication rate for the portion of the Impacted Documents that have been processed and de-duplicated is 67.69%. That average rate may change as additional documents are processed.

Google has retained over 700 contract attorneys to review the Review Population and has reviewed approximately 1.6 million of those documents as of September 15, 2023. Previously in this litigation, Google had used 480 reviewers, but additional reviewers have been retained to speed up this production.

Since September 8, 2023, Google has made the following document productions:

- On September 14, 2023, Google produced 285,699 documents.

Dated: September 15, 2023

Respectfully submitted,

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
Andrew J. Ewalt (*pro hac vice*)
Justina Sessions *(pro hac vice)*
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Scott Eisman (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: eric.mahr@freshfields.com

Daniel S. Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street

 /s/ Craig C. Reilly
CRAIG C. REILLY (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com

Karen L. Dunn (admitted *pro hac vice*)
Jeannie Rhee (admitted *pro hac vice*)
William Isaacson (admitted *pro hac vice*)
Joseph Bial (admitted *pro hac vice*)
Amy J. Mauser (admitted *pro hac vice*)
Martha L. Goodman (admitted *pro hac vice*)
Bryon Becker (VSB # 93384)
Erica Spevack (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus
David Pearl (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Kenina Lee (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
dpearl@axinn.com
avissichelli@axinn.com
klee@axinn.com

kdunn@paulweiss.com
jrhee@paulweiss.com
wisaacson@paulweiss.com
jbial@paulweiss.com
amauser@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com
espevack@paulweiss.com

Meredith Dearborn (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (646) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

Carter Greenbaum (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 273-3955
Facsimile: (212) 492-0955
cgreenbaum@paulweiss.com

*Counsel for Google LLC*