IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| | ) |
| GOOGLE, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court and in the accompanying Memorandum Opinion, plaintiffs' Motion for Partial Judgment on the Pleadings or to Strike as to Google LLC's Tenth and Thirteenth Affirmative Defendants, or in the Alternative, for a Protective Order [Dkt. No. 317] is GRANTED IN PART as to plaintiffs' Motion for Partial Judgment on the Pleadings and Motion to Strike and DENIED IN PART as to plaintiff United States' Motion for a Protective Order,[1] and it is hereby

ORDERED that defendant Google, LLC's tenth and thirteenth defenses in [Dkt. No. 208] be and are DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of September, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] As explained in open court, the Court leaves the decision of whether and to what extent Google, LLC may seek discovery relating to witness credibility to Magistrate Judge John F. Anderson.