IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

This matter is before the court on defendant's motion to seal certain portions of its memorandum in support of its motion to compel along with exhibits 1, 5, 9, 10, 11, and the appendix. (Docket no. 411). Defendant filed this motion to seal indicating that plaintiffs or Omnicom had designated that material as confidential or highly confidential. (Docket no. 412). In accordance with Local Civil Rule 5, the United States has filed a response to this motion. (Docket no. 438). No other party or non-party has filed a response with the court and the time for doing so has expired. In the United States' response, it indicates that no information in defendant's memorandum needs to remain under seal and that only exhibit 9 and the appendix contain certain information that should remain under seal. As to the proposed redacted material in exhibit 9 and the appendix, the court has reviewed that information and finds that the redactions are appropriate in the context of this discovery motion. The court has previously allowed email addresses for non-DOJ employees to be filed under seal. The redactions concerning limited, specific commercial information relating to agencies' advertising strategies in the appendix are also appropriate given that information is not normally available to the public and has little relevance to the issues that were before the court. Finally, the court will allow the

1

information in exhibit 9 concerning the identities of third-party industry participants who were contacted by the Department of Justice during its investigation preceding this litigation to remain under seal at this time.  For these reasons, it is hereby

ORDERED that the motion to seal is granted in part and denied in part.  The court finds that the redactions proposed by the United States to exhibit 9 and the appendix are appropriate and that redacted versions of those documents have been filed in the public record.  (Docket no. 438-1 and 438-2).  Defendant shall file in the public record an unredacted version of the memorandum in support of the motion to compel, along with exhibits 1, 5, 10, and 11.

Entered this 20th day of September, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia