**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NON-PARTY NEWS CORP TO MAINTAIN CERTAIN PERSONAL INFORMATION UNDER SEAL**

Upon consideration of News Corp's Unopposed Motion to Maintain Certain Personal Information Under Seal, it is hereby **ORDERED** that the Motion is **GRANTED**. Google is directed to file a version of Exhibit 12 containing the requested redactions of the name and email address of a current News Corp employee.

**SO ORDERED.**

Date: _____

_____
John F. Anderson
United States Magistrate Judge