UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs,*<br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**ORDER GRANTING UNOPPOSED MOTION OF NON-PARTY NEWS CORP TO MAINTAIN CERTAIN PERSONAL INFORMATION UNDER SEAL**

Upon consideration of News Corp's Unopposed Motion to Maintain Certain Personal Information Under Seal, it is hereby **ORDERED** that the Motion is **GRANTED**. Google is directed to file a version of Exhibit 12 containing the requested redactions of the name and email address of a current News Corp employee.

**SO ORDERED.**

Date: September 20, 2023

/s/ _____
Leonie M. Brinkema
United States District Judge