# EXHIBIT 1

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION
 3
      _____
 4                                  :
      UNITED STATES OF AMERICA,     :
 5    et al.,                       :
                                    :
 6            Plaintiffs            :
                                    :
 7         v.                       : No.  1:23-cv-00108
                                    :
 8    GOOGLE, LLC,                  :
                                    :
 9            Defendants.           :
      _____:
10
11              Tuesday, August 15, 2023
12
                Video Deposition of ALLEN OWENS,
13
      taken at the Law Offices of Paul, Weiss, Rifkind,
14
      Wharton & Garrison LLP, 2001 K St NW, Washington,
15
      DC, beginning at 9:37 a.m. Eastern Standard Time,
16
      before Ryan K. Black, Registered Professional
17
      Reporter, Certified Livenote Reporter and Notary
18
      Public in and for the District of Columbia
19
20
21
22
23
24
25    Job No. CS6037511
```

Page 142

1   THE WITNESS:  To the best of my
2   knowledge, the only programmatic partner that the
3   Navy purchases marketing and advertising through
4   via our contract with VMLY&R is the Trade Desk.
5   BY MS. GOODMAN:
6       Q.   Okay.  So, to be clear, has VMYL&R, to
7   your knowledge, ever used Google's product DV360
8   to facilitate the placement of programmatic
9   display ads on behalf of the Navy?
10      MR. MCBIRNEY:  Objection; foundation.
11      THE WITNESS:  So I recall that
12  Google term, the SV or DV360; however, it's my
13  understanding that the only programmatic buying
14  that has been done on our behalf -- on the Navy's
15  behalf is with the Trade Desk.
16  BY MS. GOODMAN:
17      Q.   Okay.  And when you say "programmatic
18  buying," I want to drill down a little bit more
19  specifically to programmatic display advertising.
20  So not programmatic connected TV, not
21  programmatic online video, but programmatic
22  display ads, okay?  And so is the Trade Desk the
23  only provider that has been used by VMLY&R to
24  purchase programmatic display ads on behalf of
25  the Navy?

Page 143

1       MR. MCBIRNEY:  Objection.  Object to the
2   form.
3       THE WITNESS:  To the best of my
4   knowledge, the only programmatic buying that has
5   been done on behalf of the Navy has been with
6   -- I'm drawing a blank now on the -- the Trade
7   Desk.  Sorry.
8   BY MS. GOODMAN:
9       Q.   And within your answer, are you
10  including programmatic display advertising
11  buying?
12      A.   I am stating programmatic buying
13  overall.
14      Q.   Okay.  So are you aware of any provider,
15  other than the Trade Desk, that has been used by
16  VMLY&R to purchase programmatic display ads on
17  behalf of the Navy?
18      MR. MCBIRNEY:  Object to the form.
19      THE WITNESS:  My understanding is that
20  any programmatic buying that has been done on
21  behalf of the Navy has been with the Trade Desk.
22  BY MS. GOODMAN:
23      Q.   And only in the Trade Desk, to your
24  knowledge, correct?
25      A.   My understanding is that the Trade Desk

Page 144

1   is the only programmatic buyer that the Navy has
2   utilized for programmatic marketing and
3   advertising.
4       Q.   Okay.
5       A.   That's my understanding.
6       Q.   Are you aware of any Google products
7   or services that VMLY&R could use to place
8   programmatic ads on the internet on behalf of the
9   Navy?
10      A.   Can you repeat the question?
11      Q.   Are you aware of any Google product
12  or service that could be used by VMLY&R to
13  purchase digital media on behalf of the Navy
14  -- programmatic digital media on behalf of the
15  Navy?
16      A.   The Navy utilizes VMLY&R to execute
17  purchases on our behalf, but we do not direct
18  them how to do so.
19      Q.   And so you don't direct them any
20  particular vendor to use.  Is that accurate?
21      MR. MCBIRNEY:  Object to form.
22      THE WITNESS:  We -- the Navy does not
23  direct VMLY&R to use any particular ad-buying
24  method.  We review their recommended plan and
25  then approve it, or -- or suggest edits, for

Page 145

1   purchasing our -- our media on our behalf.
2   BY MS. GOODMAN:
3       Q.   So in the course of your work as the
4   director of marketing for the Navy Recruiting
5   Command, are you aware of any Google product or
6   service that VMLY&R could use in order to place
7   programmatic display ads on behalf of the Navy?
8       MR. MCBIRNEY:  Object.  Asked and
9   answered, and same to form.
10      THE WITNESS:  Not that I can recall.
11  BY MS. GOODMAN:
12      Q.   Okay.  So do you know what DV360 is?
13      A.   Sitting here today, I do not.
14      Q.   Okay.  Have you ever come across the
15  term DV360 in the course of your work as the
16  COR supervising the VMLY&R contract?
17      A.   As stated earlier, that phrase -- I
18  recollect that phrase, but I don't recollect in
19  what context.
20      Q.   And have you had any conversations with
21  anybody at VMLY&R about whether to use DV360?
22      MR. MCBIRNEY:  Object to form, and asked
23  and answered.
24      THE WITNESS:  Not to my recollection.
25      MS. GOODMAN:  Mm-hmm.