# EXHIBIT 10

**From:**      Shira Gillat <shiragi@competition.gov.il>
**To:**          Marshall, Lynda (ATR)
**Sent:**      2/9/2022 9:01:29 AM
**Subject:**   [EXTERNAL] RE: ABA spring meetings - Israel Competition Authority

Dear Lynda,
On a separate issue, Yael, is interested to briefly discuss the google-ad-tech case, with the relevant team/ head of the team (https://www.competitionpolicyinternational.com/doj-said-to-be-preparing-new-google-antitrust-suit-over-ad-tech/).
Please let me know if this is possible, and if so, when they might be available for a call.
Thanks, and best regards!
Shira

**From:** Shira Gillat
**Sent:** Tuesday, February 8, 2022 10:58 AM
**To:** 'Marshall, Lynda (ATR)' <Lynda.Marshall@usdoj.gov>
**Subject:** ABA spring meetings - Israel Competition Authority

Lynda,
I hope you are keeping safe and well!
It has been quite a while. Hopefully this year will bring about some in-person meetings.
I'm writing, in view of ABA 2022 spring meetings.
Both DG Cohen, and Acting chief legal counsel Yael Schanin, are expected to travel to the meeting.
Yael asked me if she could meet with the relevant persons heading the Google teams/ the team members, if they are expected to attend the Spring meetings.
Let me know if this is possible, and I will loop in Yael/her secretary.
Warm regards,
Shira



**Shira Gillat, Adv.**
Head of International Affairs
Israel Competition Authority
4, Am V'Olamo St., P.O.B. 34281
Jerusalem 9134102 Israel
Tel: +972.2.5458816 | Cell: +972.52.4498852  | E-mail:
shiragi@competition.gov.il
www.competition.gov.il



תוכן הודעה זו והנספחים אליה חסויים. הם מיועדים לנמען בלבד. אם קיבלת הודעה זו בטעות אנא מחק אותה ויידע את מנהל המערכת ואת השולח באופן מיידי. אין לגלות את תוכן ההודעה לשום אדם, להעתיק או לשמור אותה.

Highly Confidential