# EXHIBIT 11

| | |
|---|---|
| **From:** | Marshall, Lynda (ATR) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F5852AF49820424F9A23A27197EFEC8F-MARSHALK> |
| **To:** | Leschinsky, Derek (CB/BC); Longman, Timothy (ATR) |
| **CC:** | Guitard, Stephanie (CB/BC); Reinink, Clayton (CB/BC); Buist, Eric (CB/BC); Clarke, Ian |
| **Sent:** | 12/16/2021 11:25:48 AM |
| **Subject:** | RE: Google |

Hi Derek,

Absolutely. Let us look for a time tomorrow or Monday if that suits to give you some initial views. Are there particular times that work for you?

Best,

Lynda

**From:** Leschinsky, Derek (CB/BC) <derek.leschinsky@cb-bc.gc.ca>
**Sent:** Thursday, December 16, 2021 11:23 AM
**To:** Marshall, Lynda (ATR) <Lynda.Marshall@usdoj.gov>; Longman, Timothy (ATR) <Timothy.Longman@usdoj.gov>
**Cc:** Guitard, Stephanie (CB/BC) <Stephanie.Guitard@cb-bc.gc.ca>; Reinink, Clayton (CB/BC) <Clayton.Reinink@cb-bc.gc.ca>; Buist, Eric (CB/BC) <eric.buist@cb-bc.gc.ca>; Clarke, Ian <Ian.Clarke@justice.gc.ca>
**Subject:** [EXTERNAL] Google

Good morning Lynda, Tim: We are hoping there might be an opportunity for an update call before the holiday break. Please do let us know if this is something that could be arranged and if so, what dates/times work for you.

Best regards,

Derek

**Derek Leschinsky**
Senior Counsel
Competition Bureau Legal Services
Department of Justice / Government of Canada
Derek.Leschinsky@cb-bc.gc.ca / 613-818-1611
Avocat principal
Services juridiques Bureau de la concurrence Canada
Ministère de la Justice / Gouvernement du Canada
Derek.Leschinsky@bc-cb.gc.ca / 613-818-1611

Highly Confidential