**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

      *Plaintiffs*,

vs.

GOOGLE LLC,

      *Defendant*.

No: 1:23-cv-00108-LMB-JFA

## DEFENDANT GOOGLE LLC'S NOTICE OF FILING

Defendant Google LLC ("Google") had filed a motion to seal (Dkt. No. 370) portions of its Opposition to the United States' Motion for Partial Judgment on the Pleadings or, in the Alternative, a Protective Order, as well as certain exhibits (Dkt. Nos. 368 & 369). Plaintiffs and certain non-parties filed sealing responses (Dkt. Nos. 428 & 401). After the Court entered an order directing Google to refile certain documents in unsealed or lesser-redacted form (Dkt. No. 441), a non-party filed an unopposed motion to redact certain information in one of the exhibits (Dkt. No. 449), which was granted (Dkt. No. 450). Pursuant to the referenced orders (Dkt. Nos. 441 and 450), Google now files unsealed or lesser-redacted versions of its opposition (redacted) and exhibits 2-10 (unsealed), 12 (redacted), 13 (redacted), 15-16 (unsealed), 17 (redacted), 18-19 (unsealed), and 20 (redacted). Those documents are filed herewith.

Dated: September 20, 2023

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Julie Elmer (*pro hac vice*)
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

*Counsel for Defendant Google LLC*