# EXHIBIT 3

# Kanter Law Group

1717 K Street, N.W., Suite 900, Washington D.C. 20006
202-792-3037

Michael Wolin                                                                       April 23, 2021
Antitrust Division, U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20001

**HIGHLY CONFIDENTIAL INFORMATION**

Dear Michael:

On behalf of our client, OpenX Technologies, Inc. ("OpenX"), we are submitting to you a digital file identified as OPENX-DOJ-VOL001 containing documents labelled OPENX-DOJ-00000001 – OPENX-DOJ-00010501 in response to CID No. 30604 issued by your office on March 19, 2021. The files are being uploaded via JEFS.

We respectfully request that this letter and the information submitted by OpenX be afforded confidential treatment by the DOJ under 15 U.S.C. §§ 1313, 1314, and be afforded all confidentiality protection available under the law, including that such information is exempt from disclosure under the Freedom of Information Act because the information was obtained pursuant to compulsory process (15 U.S.C. § 1314(g)).

We also respectfully request that we be notified if the DOJ considers disclosing the documents or any of the information contained herein to a third party. Further, we hereby request, pursuant to 15 U.S.C. § 1313(e), that the DOJ return the documents to us, as counsel for OpenX, upon conclusion of the DOJ's investigation.

If you have any questions regarding this production, please do not hesitate to contact me.

Sincerely,

Brandon Kressin
**THE KANTER LAW GROUP PLLC**