# EXHIBIT 4

| | |
|---|---|
| **From:** | Kanter, Jonathan S <jkanter@paulweiss.com> |
| **Sent:** | Friday, February 21, 2020 9:12 AM |
| **To:** | Geiger, David (ATR) <David.Geiger@usdoj.gov>; Mosier, Richard (ATR) <Richard.Mosier@usdoj.gov> |
| **Subject:** | RE: Roku |

Hi. It will be Tedd Cittadine (VP of content distribution) and Jim Lamoureaux (VP of regulatory affairs).

Would it be possible to push our start time to 12:15 instead of 12?

**Jonathan S. Kanter** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7317 (Direct Phone) | +1 202 204 7359 (Direct Fax)
jkanter@paulweiss.com | www.paulweiss.com


**From:** Geiger, David (ATR) <David.Geiger@usdoj.gov>
**Date:** Friday, Feb 21, 2020, 7:55 AM
**To:** Kanter, Jonathan S <jkanter@paulweiss.com>, Mosier, Richard (ATR) <Richard.Mosier@usdoj.gov>
**Subject:** RE: Roku

Jonathan,
Can you let me know who from Roku will be on today's call?
Thanks,
David A. Geiger
(202) 307-3941

**From:** Kanter, Jonathan S <jkanter@paulweiss.com>
**Sent:** Tuesday, February 18, 2020 10:44 AM
**To:** Mosier, Richard (ATR) <Richard.Mosier@ATR.USDOJ.GOV>
**Cc:** Geiger, David (ATR) <David.Geiger@ATR.USDOJ.GOV>
**Subject:** RE: Roku
Hi. Roku is available on Friday between 12-3. Does that window of time work?
Separately, Yelp wound like to arrange a meeting to discuss some economic work it has been doing. Would Friday work for that as well?
Best,
Jonathan

**Jonathan S. Kanter** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7317 (Direct Phone) | +1 202 204 7359 (Direct Fax)
jkanter@paulweiss.com | www.paulweiss.com


**From:** Mosier, Richard (ATR) <Richard.Mosier@usdoj.gov>
**Date:** Friday, Feb 14, 2020, 10:40 AM
**To:** Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Geiger, David (ATR) <David.Geiger@usdoj.gov>
**Subject:** Roku

Hi Jonathan:

We would like to set up a call with Roku to discuss their products and markets; particularly OTT video ad sales. Previously you indicated that you represent them. Can you let us know if that is the case and, if so, whether they are available for a call next week?

Best,

Richard

**Richard Mosier**
United States Department of Justice
Antitrust Division | Technology and Financial Services Section
450 5th Street, NW, Suite 7030
Washington, DC 20530
Direct dial: (202) 307-0585
Mobile: (202) 766-3282
Facsimile: (202) 616-8544
E-mail: richard.mosier@usdoj.gov

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.