# EXHIBIT 5

| | |
|---|---|
| **From:** | Mosier, Richard (ATR) <Richard.Mosier@ATR.USDOJ.GOV> |
| **Sent:** | Friday, June 26, 2020 12:34 AM |
| **To:** | cbenson@paulweiss.com |
| **Cc:** | Kanter, Jonathan S <jkanter@paulweiss.com>; Seo, Sang Ha (Karen) (ATR) <Karen.Seo@ATR.USDOJ.GOV> |
| **Subject:** | CID Extension Letter |
| **Attach:** | News Corp Extension Letter.pdf |

Craig:

Please see the attached letter, granting an extension of the compliance date for the News Corp. CID for 60 days, to August 22, 2020.

Please let me know if you have any questions.

Regards,

Richard

**Richard Mosier**
United States Department of Justice
Antitrust Division | Technology and Financial Services Section
450 5th Street, NW, Suite 7030
Washington, DC 20530
Direct dial: (202) 307-0585
Mobile: (202) 766-3282
Facsimile: (202) 616-8544
E-mail: richard.mosier@usdoj.gov

Highly Confidential
DOJ-ADS-B-0000021660