# EXHIBIT 6

| | |
|---|---|
| **From:** | Kanter, Jonathan S <jkanter@paulweiss.com> |
| **Sent:** | Tuesday, August 25, 2020 5:41 PM |
| **To:** | Dodge, Christopher (ATR) <Christopher.Dodge@ATR.USDOJ.GOV>; Kressin, Brandon <bkressin@paulweiss.com>; Martin Petraitis <MPetraitis@advance.com> |
| **Cc:** | Bond, Cheryl (ATR) <Cheryl.Bond@ATR.USDOJ.GOV>; Neser, Nicolaus (ATR) <Nicolaus.Neser@ATR.USDOJ.GOV> |
| **Subject:** | RE: Advance Local |

Hi, Chris.   The business person will be Jeff Sutton:
https://www.advancelocal.com/team_member/jeff-sutton/


Jonathan S. Kanter | Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7317 (Direct Phone) | +1 202 204 7359 (Direct Fax)
jkanter@paulweiss.com | www.paulweiss.com


**From:** Dodge, Christopher (ATR) <Christopher.Dodge@usdoj.gov>
**Date:** Tuesday, Aug 25, 2020, 5:20 PM
**To:** Kressin, Brandon <bkressin@paulweiss.com>, Martin Petraitis <MPetraitis@advance.com>, Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@usdoj.gov>, Neser, Nicolaus (ATR) <Nicolaus.Neser@usdoj.gov>
**Subject:** RE: Advance Local

Hi Brandon,

I'm not sure we ever heard who exactly we'll be speaking with Advance Local.  If you're able to tell us ahead of the call, that would be great.

Thanks,

Chris

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Wednesday, August 12, 2020 4:07 PM
**To:** Dodge, Christopher (ATR) <Christopher.Dodge@ATR.USDOJ.GOV>; Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@ATR.USDOJ.GOV>; Neser, Nicolaus (ATR) <Nicolaus.Neser@ATR.USDOJ.GOV>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** RE: Advance Local

I will circulate the list shortly.

Thanks,

Brandon

**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047

+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

**From:** Dodge, Christopher (ATR) <Christopher.Dodge@usdoj.gov>
**Sent:** Wednesday, August 12, 2020 3:20 PM
**To:** Kressin, Brandon <bkressin@paulweiss.com>; Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@usdoj.gov>; Neser, Nicolaus (ATR) <Nicolaus.Neser@usdoj.gov>
**Subject:** RE: Advance Local

Thanks Brandon.  4pm ET on August 26 works for us.  A dial-in would be great.  Whenever you're able, can you please let me know who we'll be speaking to?

Thanks,

Chris

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Wednesday, August 12, 2020 2:51 PM
**To:** Dodge, Christopher (ATR) <Christopher.Dodge@ATR.USDOJ.GOV>; Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@ATR.USDOJ.GOV>; Neser, Nicolaus (ATR) <Nicolaus.Neser@ATR.USDOJ.GOV>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** RE: Advance Local

Chris:

Would a time on Tuesday, 8/25 from 8-9:30 a.m. or Wednesday, 8/26 from 4-5 p.m. work for your team. If so, I'm happy to circulate an invitation.

Thanks,

Brandon

**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

**From:** Dodge, Christopher (ATR) <Christopher.Dodge@usdoj.gov>
**Sent:** Tuesday, August 11, 2020 1:30 PM
**To:** Kressin, Brandon <bkressin@paulweiss.com>; Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@usdoj.gov>; Neser, Nicolaus (ATR) <Nicolaus.Neser@usdoj.gov>
**Subject:** RE: Advance Local

Thanks Brandon.

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Tuesday, August 11, 2020 12:30 PM
**To:** Dodge, Christopher (ATR) <Christopher.Dodge@ATR.USDOJ.GOV>; Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>

**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@ATR.USDOJ.GOV>; Neser, Nicolaus (ATR) <Nicolaus.Neser@ATR.USDOJ.GOV>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** RE: Advance Local

Chris:

I will get back to you with some time slots shortly.

Thanks,

Brandon
**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

**From:** Dodge, Christopher (ATR) <Christopher.Dodge@usdoj.gov>
**Sent:** Tuesday, August 11, 2020 9:55 AM
**To:** Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@usdoj.gov>; Neser, Nicolaus (ATR) <Nicolaus.Neser@usdoj.gov>
**Subject:** RE: Advance Local

Hi Marty, Jonathan, and Brandon:

Just following up on this to see if Advance Local is still interested in speaking with us.  We remain interested in arranging a call.

Thanks,

Chris

**From:** Dodge, Christopher (ATR)
**Sent:** Monday, August 3, 2020 9:12 AM
**To:** Martin Petraitis <MPetraitis@advance.com>; Kanter, Jonathan S <jkanter@paulweiss.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Cc:** Bond, Cheryl (ATR) <Cheryl.Bond@ATR.USDOJ.GOV>; Neser, Nicolaus (ATR) <Nicolaus.Neser@ATR.USDOJ.GOV>
**Subject:** Advance Local

Hi Marty, Jonathan, and Brandon:

Thank you for bringing to our attention Advance Local's interest in speaking with us.  We would like to arrange a one-hour call with them sometime in the next few weeks.  If you are able to identify the right folks we should be speaking with there—specifically the individuals responsible for Advance Local's ad tech and programmatic operations—and provide their availability, that would be appreciated.

Thanks,

Chris

**Christopher D. Dodge**
United States Department of Justice

Highly Confidential
DOJ-ADS-B-0000002225

Antitrust Division | Technology and Financial Services Section
(202) 709-2655
<christopher.dodge@atr.usdoj.gov>

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Highly Confidential                                                                                                                                                      DOJ-ADS-B-0000002226