# EXHIBIT 7

| | |
|---|---|
| **From:** | Mosier, Richard (ATR) <Richard.Mosier@ATR.USDOJ.GOV> |
| **Sent:** | Friday, December 13, 2019 12:17 PM |
| **To:** | Kressin, Brandon <bkressin@paulweiss.com> |
| **Cc:** | Kanter, Jonathan S <jkanter@paulweiss.com> |
| **Subject:** | RE: IAC Meetings |

Thanks Brandon for reaching out.

We do have some availability next week, if that works for your clients.  Monday afternoon 1-5; Tuesday 11-12; 1-2; or 3-4; Wednesday 10-1 or 4-5; or Thursday 10-12.  We also have some availability on December 23, 24, or 26.

Regarding Daily Beast, we understood that they used Taboola or Outbrain but it appears, looking at their website, that they do not. If they do not use either of those companies then we do not need to talk with them about the Taboola/Outbrain potential merger.

As for Vimeo, we would very much like to speak with them about the video and video ad space, as it relates to our investigation of Google.

Best,

Richard

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Friday, December 13, 2019 11:54 AM
**To:** Mosier, Richard (ATR) <Richard.Mosier@ATR.USDOJ.GOV>
**Cc:** Kanter, Jonathan S <jkanter@paulweiss.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** IAC Meetings

Hi Richard,

I'm a colleague of Jonathan Kanter, and we represent IAC. I tried calling but was unable to get through.

I am reaching out to see if we can set up two conference calls with two of IAC's businesses: Daily Beast and Vimeo. I know that your team must be extremely busy during this time of year, but please let me know if your team has any windows of availability.

Thanks,

Brandon
**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.