# EXHIBIT 8

| | |
|---|---|
| **From:** | Geiger, David (ATR) <David.Geiger@usdoj.gov> |
| **Sent:** | Wednesday, February 12, 2020 4:10 PM |
| **To:** | Kressin, Brandon <bkressin@paulweiss.com> |
| **Cc:** | Kanter, Jonathan S <jkanter@paulweiss.com>; Forrester, Dawn <dforrester@paulweiss.com> |
| **Bcc:** | ATR-Google-Section-2 (ATR) <ATR.Google-Section-2@ATR.USDOJ.GOV> |
| **Subject:** | RE: Meeting with Vimeo |

Brandon,
Thanks for the email. Yes, March 6 will work for our team. Please let me know what times work for you and IAC/Vimeo.
Best,
David A. Geiger
(202) 307-3941

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Wednesday, February 12, 2020 3:54 PM
**To:** Geiger, David (ATR) <David.Geiger@ATR.USDOJ.GOV>
**Cc:** Kanter, Jonathan S <jkanter@paulweiss.com>; Forrester, Dawn <dforrester@paulweiss.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** RE: Meeting with Vimeo
David:
To clarify, we would be setting up a call with both IAC and Vimeo representatives.
Thanks,
Brandon
**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

**From:** Kressin, Brandon <bkressin@paulweiss.com>
**Sent:** Wednesday, February 12, 2020 3:50 PM
**To:** Geiger, David (ATR) <David.Geiger@usdoj.gov>
**Cc:** Kanter, Jonathan S <jkanter@paulweiss.com>; Forrester, Dawn <dforrester@paulweiss.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** Meeting with Vimeo
Hi David,
Jonathan Kanter has asked me to reach out to schedule a meeting with our client, IAC regarding its subsidiary Vimeo. Would your team be available for a meeting on March 6?
Thanks,
Brandon
**Brandon Kressin** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7309 (Direct Phone) | +1 913 593 5979 (Cell)
bkressin@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.