# EXHIBIT 9

| | |
|---|---|
| **From:** | Shores, Ryan (ODAG) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4EFB4CB9C4AD47158D439B9143582506-SHORES, RYA> |
| **Sent:** | Tuesday, April 14, 2020 5:13 PM |
| **To:** | Kanter, Jonathan S <jkanter@paulweiss.com> |
| **Subject:** | RE: Yelp Confidential |

Thanks Jonathan

---

**From:** Kanter, Jonathan S <jkanter@paulweiss.com>
**Sent:** Tuesday, April 14, 2020 3:02 PM
**To:** Shores, Ryan (ODAG) <rshores@jmd.usdoj.gov>; Willard, Lauren (OAG) <lwillard@jmd.usdoj.gov>; Hoag, Aaron (ATR) <Aaron.Hoag@ATR.USDOJ.GOV>; Struve, Ryan (ATR) <Ryan.Struve@ATR.USDOJ.gov>; Mosier, Richard (ATR) <Richard.Mosier@ATR.USDOJ.GOV>; Karr, Ryan (ATR) <Ryan.Karr@ATR.USDOJ.GOV>; Geiger, David (ATR) <David.Geiger@ATR.USDOJ.GOV>
**Cc:** Luther Lowe <luther@yelp.com>; Kressin, Brandon <bkressin@paulweiss.com>
**Subject:** Yelp Confidential

Please see the attached white paper on behalf of Yelp. We look forward to discussing this further at your convenience.

I hope that you are all safe and healthy.

Best,
Jonathan

**Jonathan S. Kanter** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7317 (Direct Phone) | +1 202 204 7359 (Direct Fax)
jkanter@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.