# EXHIBIT 15

| | |
|---|---|
| **From:** | Thorne, John <jthorne@kellogghansen.com> |
| **Sent:** | Wednesday, September 16, 2020 4:01 PM |
| **To:** | Teslicko, David (ATR) <David.Teslicko@ATR.USDOJ.GOV> |
| **Subject:** | publishers |

Dear David: Jonathan Kanter will reach out to you re follow-up with News Corp. Let me know what more Daily Mail might do to be useful, e.g,, regarding harm and remedies. Hope you are well. Best regards, JT

**John Thorne**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
office 202-326-7992 / mobile 202-365-7992 | fax 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

Highly Confidential                                                                                                                                                    DOJ-ADS-B-0000006124