AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| USA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:23cv0108 LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

News/Media Alliance    .

Date:  September 22, 2023

/s/  Charles B. Molster, III
*Attorney's signature*

Charles B. Molster, III Va Bar No. 23613
*Printed name and bar number*
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007

*Address*

cmolster@molsterlaw.com
*E-mail address*

703 346 1505
*Telephone number*

N/A
*FAX number*