IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| *United States of America, et al.*,  )<br>　　　　　　**Plaintiff,**　　　　 )<br>v.　　　　　　　　　　　　　　 )<br>*Google LLC*,　　　　　　　　　 )<br>　　　　　　**Defendant**　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 ) | Case No. 1:23-cv-00108 LMB-JFA |

---

### NON-PARTIES YELP INC. AND NEWS/MEDIA ALLIANCE'S MOTION TO DISQUALIFY PAUL, WEISS, RIFKIND, WHARTON & GARRISON

---

Non-parties Yelp Inc. and News/Media Alliance, by and through the undersigned counsel, hereby move to disqualify Paul, Weiss, Rifkind, Wharton & Garrison LLP from representing Defendant Google LLC in the above-referenced matter.

Movants have met and conferred with opposing counsel and have been unable to agree on the relief requested.

Further support for this Motion is detailed in the Memorandum of Law, filed herewith, and a Proposed Order is attached hereto as Exhibit 1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Charles B. Molster III
　　　　　　　　　　　　　　　　　　Va. Bar No. 23613
　　　　　　　　　　　　　　　　　　The Law Offices of Charles B. Molster, III PLLC
　　　　　　　　　　　　　　　　　　2141 Wisconsin Avenue, N.W., Suite M
　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　　　　　　　　　(703) 346-1505
　　　　　　　　　　　　　　　　　　cmolster@molsterlaw.com

2

Brandon Kressin*
Kressin Meador LLC
10650 Roe, Unit #137
Overland Park, KS 66207
brandon@kressinmeador.com

Counsel for Yelp, Inc. and News/Media Alliance

* *Pro Hace Vice* Application to be filed