IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| *United States of America, et al.,* | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:23-cv-00108 LMB-JFA |
| *Google LLC,* | ) ) | |
| Defendant | ) ) ) | |

## PROPOSED ORDER

THIS MATTER is before the Court on a motion filed by Non-parties Yelp Inc. and News/Media Alliance to disqualify Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for Defendant Google LLC. Upon consideration of the motion, any opposition thereto, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and Paul, Weiss, Rifkind, Wharton & Garrison LLP is hereby disqualified from representing Defendant Google LLC in this case.

ENTERED this _____ day of _____. 2023.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge