# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, *et al.*, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23cv0108 (LMB-JFA) |
| ) | |
| Google LLC, ) | |
| Defendant. ) | |

**DECLARATION OF BRANDON KRESSIN IN SUPPORT OF NON-PARTIES
YELP INC. AND NEWS/MEDIA ALLIANCE'S MOTION TO DISQUALIFY**

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am a Partner at Kressin Meador LLC and I represent Yelp Inc. ("Yelp") and News/Media Alliance ("NMA") in connection with this case.

3. From 2016 to September 2020, I was employed as an associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss").

4. During my time at Paul Weiss, the firm represented Yelp and NMA in several antitrust matters, including in connection with United States Department of Justice's ("DOJ") investigations into alleged anticompetitive conduct of Google LLC ("Google").

5. During my time at Paul Weiss, I received highly sensitive confidential information from Yelp, including data and information pertaining to Yelp's digital advertising business.

6. During my time at Paul Weiss, I received highly sensitive confidential information from NMA, including data breaking out revenue derived from advertising sold by NMA's member publications and other information about publishers' advertising strategies.

1

7. During my time at Paul Weiss, Jonathan Kanter—then a partner at Paul Weiss—and I regularly attended meetings of the firm's antitrust practice group.

8. These meetings were widely attended by members of the firm's antitrust practice group, including multiple attorneys who continue to be employed by Paul Weiss.

9. At these meetings, Mr. Kanter and I routinely provided other Paul Weiss attorneys with updates regarding our representation of Yelp and NMA, including representation relating to DOJ's investigations into Google's alleged anticompetitive conduct.

10. During my time at Paul Weiss, I oversaw other attorneys working on matters for NMA and Yelp relating to Google's alleged anticompetitive conduct.

11. During those matters, I shared NMA's and Yelp's confidential and privileged information relating to our work concerning Google with those attorneys.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2023.

Brandon Kressin