# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| *United States of America, et al.,* ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:23-cv-00108 LMB-JFA |
| *Google LLC,* ) | |
| Defendant ) | |
| ) | |
| ) | |

**DECLARATION OF DANIELLE COFFEY IN SUPPORT OF NEWS/MEDIA
ALLIANCE'S MOTION TO DISQUALIFY PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am the President & CEO of News/Medias Alliance ("NMA") and I previously served for eight years as NMA's Executive Vice President and General Counsel. As part of my current job responsibilities, I oversee all litigation matters involving NMA and I submit this Declaration in support of NMA's Motion to Disqualify Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss").

3. NMA retained Paul Weiss in 2016 when Jonathan Kanter joined the firm as a partner.

4. During his time at Paul Weiss, Jonathan Kanter and other attorneys at Paul Weiss represented NMA in connection with several United States Department of Justice ("DOJ") investigations into alleged anticompetitive conduct of Google LLC ("Google") as well as other matters.

1

5. Paul Weiss collected documents and information from NMA, including NMA's highly sensitive confidential information such as NMA's internal communications, strategy documents, and its member publications' relevant data, in order to provide NMA with legal counsel and advice related to DOJ's investigations and other antitrust matters.

6. Attorneys at Paul Weiss communicated with DOJ and other antitrust enforcers on NMA's behalf.

7. Paul Weiss routinely issued invoices for the work its attorneys performed, and NMA paid Paul Weiss for the work that its attorneys provided. The invoices included narratives describing the work Paul Weiss attorneys conducted for NMA.

8. Jonathan Kanter and Brandon Kressin left Paul Weiss in September 2020.

9. Paul Weiss never informed NMA that Paul Weiss no longer considered NMA a client, nor did NMA inform Paul Weiss that it believed that NMA was no longer represented by Paul Weiss.

10. Paul Weiss never informed NMA that Paul Weiss would return or destroy any of NMA's confidential information that Paul Weiss collected in connection with DOJ's investigations into Google or any other matters.

11. NMA received its subpoena (the "Subpoena") in this matter from Defendant Google LLC ("Defendant") on August 8, 2023.

12. The Subpoena requests highly confidential documents that NMA believes are privileged and confidential, including communications with NMA's former counsel, Jonathan Kanter, and its current counsel, Brandon Kressin, while they were employed by Paul Weiss.

13. NMA believes that Paul Weiss is in possession of documents that would be responsive to the Subpoena, including documents that Paul Weiss provided to NMA, such as

engagement letters and invoices, and documents that NMA sent to Paul Weiss, such as internal communications with its members regarding Google and strategy documents reflecting planned legal advocacy concerning Google.

14. At no point has Paul Weiss sought a waiver from NMA with regards to Paul Weiss' representation of Google, nor has NMA granted any such waiver.

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2023.

_____

Danielle Coffey