IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| *United States of America, et al.,* </br> Plaintiff, </br> v. </br> *Google LLC,* </br> Defendant | ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-00108 LMB-JFA |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on October 13, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, non-parties Yelp Inc. and News/Media Alliance will move the Court for entry of the proposed order to disqualify Paul, Weiss, Rifkind, Wharton & Garrison LLP from representing Defendant Google LLC in this matter.

Respectfully submitted,

_____/s/_____
Charles B. Molster III
Va. Bar No. 23613
The Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
(703) 346-1505
cmolster@molsterlaw.com


Brandon Kressin*

1

Kressin Meador LLC
10650 Roe, Unit #137
Overland Park, KS 66207
brandon@kressinmeador.com

Counsel for Yelp, Inc. and News/Media Alliance

\* *Pro Hace Vice* Application to be filed