**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES,** *et al.*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **GOOGLE LLC,** <br><br> *Defendant*. | Civil Action No. 1:23-cv-00108 (LMB) (JFA) |

## DEFENDANT GOOGLE LLC'S CONSENT MOTION FOR LEAVE TO EXTEND THE DEADLINE TO DEPOSE A THIRD-PARTY WITNESS (JOHN GENTRY)

Defendant Google LLC ("Google") moves for leave to depose a third-party witness, John Gentry of OpenX, during the last week of October 2023 on the following grounds:

1. The fact-discovery cut-off is September 8, 2023 (Doc. 94). The Parties each sought leave to take Mr. Gentry's deposition during the first week of October 2023. (*See* Doc. 340; Doc 345; Doc 351). The Court granted the Parties' motions for leave to depose Mr. Gentry after the September 8, 2023, fact-discovery deadline due to his unavailability prior to that date (*see* Doc. 363). By agreement, the deposition is currently scheduled for October 4, 2023, in Los Angeles, California.

2. The lead lawyer for Google who will be taking the Mr. Gentry's deposition became significantly ill Sunday evening and will be unable to travel for and attend Mr. Gentry's deposition at that time. Moreover, Google understands the witness would likewise benefit from additional time to recover from recent medical issues.

1

3. The Parties and the deponent have met and conferred, and Google understands that the earliest next available time that Mr. Gentry is available to sit for a deposition is the last week of October.

4. Therefore, Google respectfully requests permission to take Mr. Gentry's deposition during the week of October 23, 2023, and requests that Mr. Gentry's deposition be treated for all purposes as if it had been taken before the September 8, 2023, fact-discovery cutoff.

5. Google has met and conferred with the Plaintiffs, who consent to the relief sought in this motion. Granting this relief will not impede expert discovery or affect other deadlines in this case.

WHEREFORE, Google requests that the Court grant this motion. A proposed order is submitted herewith.

*The parties do not seek oral argument on this procedural motion.*

Dated: October 3, 2023

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
Andrew J. Ewalt (*pro hac vice*)
Justina Sessions *(pro hac vice)*
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Scott Eisman (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Daniel S. Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
dpearl@axinn.com
avissichelli@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
CRAIG C. REILLY (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie Rhee (*pro hac vice*)
William Isaacson (*pro hac vice*)
Joseph Bial (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon Becker (VSB # 93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
jrhee@paulweiss.com
wisaacson@paulweiss.com
jbial@paulweiss.com
amauser@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com
espevack@paulweiss.com

Meredith Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (646) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

*Counsel for Google LLC*