# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> **GOOGLE LLC**, <br><br> *Defendant*. | Civil Action No. 1:23-cv-00108 (LMB) (JFA) |

## ORDER

THIS MATTER is before the Court on the consent motion filed by Defendant Google LLC ("Google") motion for leave to depose a third-party witness, John Gentry of OpenX, during the last week of October 2023 (Docket no. _____).  Upon consideration of the motion, the consent of the parties, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED** and Google may take Mr. Gentry's deposition during the week of October 23, 2023, and Mr. Gentry's deposition be treated for all purposes as if it had been taken before the September 8, 2023, fact-discovery cutoff.

ENTERED this _____ day of October 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge

1