IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

On August 31, 2023, the court entered an order concerning defendant's motion to seal certain portions of its reply in support motion to compel along with exhibits 17–24. (Docket no. 362). That order decided all but one issue raised in the motion to seal that related to exhibit 21. *Id.* The court allowed the United States additional time to review and provide a response concerning exhibit 21, portions of a deposition transcript of Chris Karpenko with the United States Postal Service. On September 29, 2023, the United States filed a supplemental response indicating that it is no longer seeking the continued sealing of exhibit 21. (Docket no. 466). For these reasons, it is hereby

ORDERED that defendant's motion to seal exhibit 21 to its reply in support motion to compel, is denied and defendant shall a copy of that exhibit in the public record.

Entered this 4th day of October, 2023.

                                                                                                  /s/
                                                           John F. Anderson
                                                         United States Magistrate Judge
                                                          John F. Anderson
                                                          United States Magistrate Judge

Alexandria, Virginia