AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Date: 10/06/2023

/s Whitney D. Russell
*Attorney's signature*

Whitney D. Russell (Va. Bar No. 98872)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

whitney.russell@wilmerhale.com
*E-mail address*

(202) 663-6510
*Telephone number*

(202) 663-6363
*FAX number*