## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:23-cv-00108 , Case Name United States, et al. v. Google, LLC

Party Represented by Applicant: Paul, Weiss, Rifkind, Wharton & Garrison LLP

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) David Pu Yin

Bar Identification Number 1047154    State District of Columbia

Firm Name Wilmer Cutler Pickering Hale and Dorr LLP

Firm Phone # (202) 663-6000    Direct Dial # (202) 663-6677    FAX # (202) 663-6363

E-Mail Address david.yin@wilmerhale.com

Office **Mailing** Address 2100 Pennsylvania Avenue, NW, Washington, DC 20037

Name(s) of federal district court(s) in which I have been admitted U.S. District Courts for the SDNY, EDNY, and EDWI

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☑ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

s/ David P. Yin

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

s/Whitney D. Russell                                10/6/2023

(Signature)                                          (Date)

Whitney D. Russell                                   98872

(Typed or Printed Name)                              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

(Judge's Signature)                              (Date)