# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:23cv00108 (LMB-JFA) |
| | ) | |
| Google LLC, | ) | |
| Defendant. | ) | |

**DECLARATION OF BRANDON KRESSIN IN SUPPORT OF NON-PARTIES
YELP INC.'S AND NEWS/MEDIA ALLIANCE'S REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION TO DISQUALIFY**

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am a Partner at Kressin Meador LLC, and I represent Yelp Inc. ("Yelp") and News/Media Alliance ("NMA") in connection with this case.

3. From 2016 to September 2020, I was employed as an associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss").

4. During that period, I represented Yelp and News Media Alliance alongside other Paul Weiss attorneys.

5. After departing Paul Weiss, I continued to represent Yelp and News Media Alliance.

6. As part of my representation of Yelp and NMA during my time at Paul Weiss I advocated to state and federal enforcers explaining how Google's digital advertising and advertising technology ("Ad Tech") conduct violates the antitrust laws.

1

7. As part of my representation of Yelp during my time at Paul Weiss I responded on behalf of Yelp to a Civil Investigative Demand ("CID") that sought Yelp's confidential documents and data relating to competition in digital advertising, including video and display advertising.

8. The CID and the highly sensitive confidential information I collected from Yelp to prepare Yelp's response to the CID were included in files that Paul Weiss copied for me when I left Paul Weiss.

9. I have no reason to believe Paul Weiss no longer possesses copies of the CID and Yelp's relevant highly sensitive confidential information that was collected to respond to the CID, including documents that were ultimately not produced to DOJ.

10. During my time at Paul Weiss, I provided advice to NMA regarding public comments submitted to the DOJ regarding its Public Workshop on Competition in Television and Digital Advertising. I also aided in drafting of those comments. Those comments asserted that Google possessed monopoly power in various Ad Tech markets and encouraged DOJ to investigate Google's anticompetitive conduct.

11. Similarly, during my time at Paul Weiss, I provided advice to NMA regarding public comments to the Federal Trade Commission's Hearings on Competition and Consumer Protection in the 21st Century. I also aided in the drafting of those comments. Those comments asserted that Google held a monopoly position in Ad Tech.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2023.

*/s/ Brandon Kressin*

Brandon Kressin