# CIVIL MOTION MINUTES

Date: 10/13/2023          Judge: Brinkema
         Reporter: S. Austin

Time: 9:52am – 10:12am

Civil Action Number: 1:23cv108

   United States of America     vs.    Goggle LLC

Appearances of Counsel for     (X) Pltf     ( X) Deft

Motion to/for:
#459 Movant's Motion to Disqualify Counsel

Argued &
( ) Granted    ( X ) Denied ( ) Granted in part/Denied in part
( ) Held in Abeyance ( ) Taken Under Advisement    ( ) Continued to ( ) Overruled

( ) Memorandum Opinion to Follow

(X) Order to follow