IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | 1:23-cv-108 (LMB/JFA) |

## ORDER

For the reasons stated from the bench and as further explained in the accompanying Memorandum Opinion, non-parties Yelp, Inc. and News/Media Alliance's Motion to Disqualify Paul, Weiss as Counsel to Google [Dkt. No. 459] is DENIED; however, it is hereby

ORDERED that Paul, Weiss be and is required to screen and prohibit any attorneys and support staff who participated in previous representations of Yelp, Inc. or News/Media Alliance with respect to Google's alleged anticompetitive conduct from participating in any respect in the above-captioned civil action; and it is further

ORDERED that should Paul, Weiss become aware of any contravention of this requirement, the firm will immediately advise the Court and counsel for non-parties Yelp, Inc. and News/Media Alliance.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16 day of October, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge