IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter is before the court on plaintiff's motion to seal certain portions of the deposition of Luke Lambert taken on August 29, 2023, that were attached as exhibit 4 to plaintiff's response to defendant's motions to compel. (Docket no. 421). In the memorandum in support of the motion to seal plaintiff requested that the court defer ruling on the motion to seal until October 13, 2023, in order to give Omnicom the full 45 days to determine whether any portions of that transcript should remain under seal. (Docket no. 423). No additional response has been provided by plaintiff or Omnicom concerning the eight pages of deposition testimony contained in exhibit 4.

Given that no specific reasons have been provided to the court for maintaining that exhibit under seal and the time for doing so has expired, it is hereby

ORDERED that the motion to seal is denied and the clerk is requested to unseal docket entry number 424.

Entered this 20th day of October, 2023.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia