**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to take two additional Google

depositions and pursuant to Local Civil Rule 16(B) and 37, the Court hereby

FINDS the motion should be granted.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs may take two additional Google depositions of Jonathan

Bellack and Vlad Sinaniyev, and these two deposition are in addition to the ten previously

allocated.


DATE: _____          _____