UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S SIXTH STATUS REPORT REGARDING DOCUMENT REVIEW AND PRODUCTION

Pursuant to the Court's Order of September 15, 2023, ECF No. 440, Google LLC ("Google") submits this report regarding the status of the review and production of documents impacted by the ingestion site issue (the "Impacted Documents"), *see* ECF No. 422.

Google has completed its production of responsive and non-privileged Impacted Documents, with the narrow exception of throwbacks, as described below. Between September 8 and October 6, 2023, Google produced a total of 1,995,869 documents. As discussed in previous reports, Google is preparing its privilege log and, as part of that process, will continue to identify any documents that can be produced in full or in part rather than withheld and, in those cases, produce (*i.e.*, "throwback") those documents. Google made a production of 148 throwback documents on October 13, and produced 357 throwback documents this week.

Although the governing ESI Order provides for production of privilege logs "within 45 days of each production," *see* ECF No. 142, ¶ V(1), Google is endeavoring to complete its privilege log preparation and throwback productions prior to that deadline. Google expects to

1

produce privilege logs on a rolling basis beginning on October 23.

In accordance with the Court's oral direction, on October 18, Google submitted verifications for two Google deponents. Both were submitted more than five days in advance of the witness' depositions scheduled for October 24 and October 30.

To ensure that there are no gaps in the productions, Google's outside counsel and its vendors—including KPMG, which was retained by Google and outside counsel to assist outside counsel in performing a confirmatory audit of Google's document production—have been confirming the steps taken to collect, review, and produce documents. That confirmatory audit is now complete, and resulted in the production of 811 documents this week.

Finally, in accordance with the ESI Order (ECF No. 142 at 26), Google has identified the population of linked documents to be produced. Those documents are now in the production process and Google expects to produce them in the coming days.

| | |
|---|---|
| Dated: October 20, 2023 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | */s/ Craig C. Reilly* |
| Julie S. Elmer (*pro hac vice*) | CRAIG C. REILLY (VSB # 20942) |
| Andrew J. Ewalt (*pro hac vice*) | 209 Madison Street |
| Justina Sessions *(pro hac vice)* | Alexandria, VA 22314 |
| Lauren Kaplin (*pro hac vice*) | Telephone: (703) 549-5354 |
| Jeanette Bayoumi (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Claire Leonard (*pro hac vice*) | Email: Craig.reilly@ccreillylaw.com |
| Sara Salem (*pro hac vice*) | |
| Scott Eisman (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| Tyler Garrett (VSB # 94759) | Jeannie Rhee (*pro hac vice*) |
| FRESHFIELDS BRUCKHAUS | William Isaacson (*pro hac vice*) |
| DERINGER US LLP | Joseph Bial (*pro hac vice*) |
| 700 13th Street NW, 10th Floor | Amy J. Mauser (*pro hac vice*) |
| Washington, DC 20005 | Martha L. Goodman (*pro hac vice*) |
| Telephone: (202) 777-4500 | Bryon Becker (VSB # 93384) |
| Facsimile: (202) 777-4555 | Erica Spevack (*pro hac vice*) |
| eric.mahr@freshfields.com | PAUL, WEISS, RIFKIND, WHARTON & |
| julie.elmer@freshfields.com | GARRISON LLP |

andrew.ewalt@freshfields.com
justina.sessions@freshfields.com
lauren.kaplin@freshfields.com
claire.leonard@freshfields.com
sara.salem@freshfields.com
scott.eisman@freshfields.com
tyler.garrett@freshfields.com

Daniel S. Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Kenina Lee (*pro hac vice)*
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
dpearl@axinn.com
avissichelli@axinn.com
klee@axinn.com

2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
jrhee@paulweiss.com
wisaacson@paulweiss.com
jbial@paulweiss.com
amauser@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com
espevack@paulweiss.com

Meredith Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (646) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

Carter Greenbaum (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 273-3955
Facsimile: (212) 492-0955
cgreenbaum@paulweiss.com

*Counsel for Google LLC*