IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The hearing on plaintiffs' motion for leave to take two additional Google depositions (Docket no. 489) will be held on Friday, October 27, 2023 **at 10:30 a.m. in Courtroom 501**.

Entered this 24th day of October, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia