**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file a redacted Opposition to Plaintiffs' Motion for Leave to Take Two Additional Google Depositions ("Motion").

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the redacted text is limited to personal information of Google's employees which may be shielded from public disclosure; (iii) only sealing will sufficiently protect the privacy interests of Google's employees; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and the redacted text shall remain under seal until further order of the Court.

ENTERED this ____ day of _____ 2023.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge