Date: 10/27/2023

Judge: John F. Anderson

Reporter: FTR / 501 /

Court Reporter: Stephanie Austin

Start: 11:09am

Finish: 11:28am

Civil Action Number: 1:23-cv-00108

United States et al

vs.

Google LLC.

Appearance of Counsel for:

☒ Plaintiff: Michael Freeman

☒ Defendant: Jeannie Rhee

☐ Matter is uncontested

☒ Motion to/for: Leave to take two additional Google Dispositions [489]

Argued &:

☐ Granted

☒ Denied

☐ Granted in part and denied in part

☐ Taken Under Advisement

☐ Continued to:

☐ Report and Recommendation to Follow

☒ Order(s) to Follow