IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:23cv0108 (LMB/JFA) |

### ORDER

This matter is before the court on plaintiff's motion for leave to take two additional Google depositions. (Docket no. 489). Having reviewed the motion (Docket no. 489), memorandum in support (Docket no. 490), opposition (Docket no. 494), and reply (Docket no. 499), and having considered the arguments of counsel at the hearing on October 27, 2023, it is hereby

ORDERED that plaintiff's motion is denied for the reasons stated from the bench.

Entered this 27th day of October, 2023.

                                                              /s/
                                          John F. Anderson
                                          United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia