UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## ORDER

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file a redacted Opposition to Plaintiffs' Motion for Leave to Take Two Additional Google Depositions ("Motion") (Docket no. 496).

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given (Docket No. 498); (ii) the redacted text is limited to the names of Google's employees which have been shielded from public disclosure in prior orders to be consistent with the action pending in New York; (iii) only sealing will sufficiently protect the privacy interests of Google's employees; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and the redacted text shall remain under seal until further order of the Court. It is noted that this information was filed in the public record by the plaintiffs in their motion, memorandum in support of this motion, notice of hearing, and reply.

ENTERED this 2nd day of November 2023.

Alexandria, Virginia

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

2