AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/13/2023

/s/ Rachel S. Hansen
*Attorney's signature*

Rachel S. Hansen, DC Bar ID 888198150
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 5th Street NW
Washington, DC 20530
*Address*

Rachel.Hansen@usdoj.gov
*E-mail address*

(202) 406-0199
*Telephone number*

(202) 514-9033
*FAX number*