UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S SEVENTH STATUS REPORT REGARDING DOCUMENT REVIEW AND PRODUCTION

Pursuant to the Court's order of September 15, 2023, ECF No. 440, Google LLC ("Google") writes to correct an inadvertent error in our Fourth, Fifth, and Sixth Status Reports Regarding Document Review and Production (together "Status Reports"), *see* ECF Nos. 478, 485, and 492, and provide an update on Google's document review and production.

Google's Status Reports state that Google produced 274,546 documents on October 2, 2023. It has since come to our attention that the actual number of documents produced on October 2, 2023 was 270,492 (i.e., 4,054 documents less than previously reported). This was due to an error in calculating the volume of certain production files in preparing the Fourth Status Report. The total number of documents produced between September 8 and October 6 was therefore 1,991,815.

In addition, in connection with deposition preparation of a former employee, Google identified approximately 65 additional responsive documents. Google completed production of those documents on November 9, 2023, five business days in advance of the witness' deposition.

1

Dated: December 20, 2023

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
Andrew J. Ewalt (*pro hac vice*)
Justina Sessions *(pro hac vice)*
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
justina.sessions@freshfields.com

Daniel S. Bitton (*pro hac vice*)
Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com
dpearl@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
CRAIG C. REILLY (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie Rhee (*pro hac vice*)
William Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
jrhee@paulweiss.com
wisaacson@paulweiss.com
amauser@paulweiss.com

*Counsel for Google LLC*