AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date: 12/22/2023

/s/ Brent K. Nakamura
*Attorney's signature*

Brent K. Nakamura (CA Bar No. 283572)
*Printed name and bar number*

450 Golden Gate Ave, Ste 10-0101
San Francisco, CA 94102-3431

*Address*

Brent.Nakamura@usdoj.gov
*E-mail address*

(415) 205-3248
*Telephone number*

(415) 934-5399
*FAX number*