IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties are currently scheduled to appear before the Court for a final pretrial conference on Thursday, January 18, 2024, at 10:00 a.m. Because of the Court's trial calendar, the time of the hearing must be accelerated. Accordingly, it is hereby

ORDERED that the Clerk reset the hearing for the final pretrial conference to Thursday, January 18, 2024, at <u>8:30 a.m. in Courtroom 900</u>.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10th day of January, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge