IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

The Court finds that the January 18, 2024, date for the previously scheduled final pretrial conference is moot given the parties' modified discovery plan, and the Court will not be available for the status conference currently scheduled for March 15, 2024. See [Dkt. No. 440]. Accordingly, it is hereby

ORDERED that the Clerk CANCEL the final pretrial conference scheduled for Thursday, January 18, 2024, and reset the final pretrial/status conference for Friday, March 22, 2024, at 10:00 a.m. in Courtroom 700.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of January, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge