UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**ASSOCIATED NEWSPAPERS, LTD, MAIL MEDIA, INC. AND GANNETT CO. INC.'S
MOTION FOR FURTHER ORDER REGARDING COORDINATION**

Pursuant to Paragraph 7 of the Order Regarding Coordination of Discovery (Dkt. 251), Associated Newspapers, Ltd., Mail Media, Inc. (collectively "Daily Mail"), and Gannett Co., Inc. ("Gannett") respectfully request the Court enter a further order regarding coordination.

Daily Mail and Gannett have met and conferred with Plaintiffs and they do not oppose the relief sought in this motion. Daily Mail and Gannett have also met and conferred with Google, and it opposes the relief sought in this motion.

The grounds for this motion are set forth in the accompanying memorandum.

Dated:  January 19, 2024          Respectfully submitted,

/s/ *Charles B. Molster III*
Charles B. Molster, III (Va. Bar No. 23613)
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue
Suite M
Washington, D.C. 20007
Office:  (202) 787-1312
Cell:  (703) 346-1505
Email:  cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
            dbird@kellogghansen.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.*