# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## [PROPOSED] ORDER

Upon consideration of Daily Mail's and Gannett's Motion for Further Order Regarding Coordination, and for good cause shown, the Court ORDERS that the motion is GRANTED. Notwithstanding Paragraph 7 of the Order Regarding Coordination of Discovery, Plaintiffs and Google may disclose their own expert materials to MDL Plaintiffs and plaintiffs in *Texas v. Google, LLC*, No. 4:20-cv-00957 (E.D. Tex.).

DATE: _____

_____
John F. Anderson
United States Magistrate Judge