**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, January 26, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, non-parties Associated Newspapers, Ltd., Mail Media, Inc., and Gannett Co., Inc., will present oral argument in support of their Motion for Further Order Regarding Coordination.

Dated:  January 19, 2024

Respectfully submitted,

/s/ *Charles B. Molster III*
Charles B. Molster, III (Va. Bar No. 23613)
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue
Suite M
Washington, D.C. 20007
Office:  (202) 787-1312
Cell:  (703) 346-1505
Email:  cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
          dbird@kellogghansen.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs Gannett Co., Inc., Associated Newspapers Ltd., and Mail Media, Inc.*