**Date:** 1.26.2024

**Judge:** John F. Anderson

**Reporter:** FTR / 401

**Start:** 10:06 am
**Finish:** 10:43 am

**Civil Action Number:** 1:23-CV-00108

United States et al v. Google LLC.

**Appearance of Counsel for:**
☑ **Plaintiff:** John Thorne, Aaron Teitelbaum
☑ **Defendant:** Bradley Justus

☐ Matter is uncontested
☑ Motion to/for:
Further order regarding coordination

**Argued &:**
☐ Granted
☑ Denied
☐ Granted in part
☐ Denied in part
☐ Taken Under Advisement
☐ Continued to:
☐ Report and Recommendation to Follow
☑ Order(s) to Follow