IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the court on Associated Newspapers, Ltd., Mail Media, Inc. ("Daily Mail") and Gannet Co., Inc.'s ("Gannett") motion for further order regarding the court's coordination order (Docket no. 201). Having reviewed the motion (Docket no. 509), memorandum in support (Docket no. 510), opposition (Docket no. 512), and reply (Docket no. 513), and having considered the arguments of counsel at the hearing on January 26, 2024, it is hereby

ORDERED that the motion is denied for the reasons stated from the bench.

Entered this 26th day of January, 2024.

/s/ JFA
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia