| | |
|---|---|
| **From:** | LEONARD, Claire |
| **To:** | Freeman, Michael (ATR); craig.reilly@ccreillylaw.com; Dunn, Karen L; GARRETT, Tyler; Ali Vissichelli; Amy Mauser; EWALT, Andrew (AJE); Bradley Justus; cgreenbaum@paulweiss.com; Daniel Bitton; dpearl@axinn.com; MAHR, Eric (EJM); Erica Spevack; Morgan, Erin J; jhunsberger@axinn.com; BAYOUMI, Jeanette; Rhee, Jeannie S; Joseph Bial; ELMER, Julie (JSE); SESSIONS, Justina (JKS); Lee, Kenina J.; KAPLIN, Lauren; Goodman, Martha; SALEM, Sara; EISMAN, Scott; wisaacson@paulweiss.com |
| **Cc:** | Wood, Julia (ATR); Wolin, Michael (ATR); Strick, Amanda (ATR); morgan.feder@ag.ny.gov; thenry@oag.state.va.us; Lauren Pomeroy; Vernon, Jeffrey (ATR); Clemons, Katherine (ATR); Nakamura, Brent (ATR) |
| **Subject:** | [EXTERNAL] RE: Linked Document Request |
| **Date:** | Monday, November 20, 2023 9:55:23 PM |

Counsel,

Pursuant to the ESI Order (ECF No. 142), Google has made a reasonable search for the linked documents requested in your November 13, 2023 email.  Please find below our responses for each linked document you requested.

| Bates Number | Links Requested | Google's Response |
|---|---|---|
| GOOG-DOJ-AT 00062980 | ███████████ | Following a reasonable search, we were unable to identify this document |
| | ███████████ | GOOG-DOJ-28501618 |
| GOOG-DOJ-07825115 | ███████████ | GOOG-AT-MDL-019549617 |
| | ███████████ | GOOG-DOJ-AT-02477596<br>GOOG-AT-MDL-007393486<br>GOOG-DOJ-11247631 GOOG-AT-MDL-017270497<br>GOOG-AT-MDL-018646606 |
| | ███████████ | GOOG-AT-MDL-B-002043390<br>GOOG-DOJ-05326023<br>GOOG-DOJ-28513585<br>GOOG-DOJ-15231818<br>GOOG-AT-MDL-007372032<br>GOOG-AT-MDL-018512867<br>GOOG-AT-MDL-018639320 |
| | ███████████ | Following a reasonable search, we were unable to identify this document |
| | ███████████ | We do not see a "slides here" link in GOOG-DOJ-07825115 |
| GOOG-DOJ-13463955 | ███████████ | GOOG-AT-MDL-007337525<br>Priv Log No. GGPL-3020089672 |
| | ███████████ | GOOG-DOJ-15797463 |
| | ███████████ | GOOG-DOJ-13522137 |
| | ███████████ | GOOG-AT-MDL-007387750<br>GOOG-AT-MDL-016927030<br>GOOG-AT-MDL-019549560 |
| | ███████████ | GOOG-DOJ-15797463 |

Best regards,
Claire

**Claire Leonard**
Senior Associate
**T** +1 (202) 777-4764 | **M** +1 (771) 216-0710

---

**From:** Freeman, Michael (ATR) <Michael.Freeman@usdoj.gov>
**Sent:** Monday, November 13, 2023 11:37 AM
**To:** craig.reilly@ccreillylaw.com; Dunn, Karen L <kdunn@paulweiss.com>; GARRETT, Tyler <Tyler.Garrett@freshfields.com>; Ali Vissichelli <avissichelli@axinn.com>; Amy Mauser <amauser@paulweiss.com>; EWALT, Andrew (AJE) <Andrew.Ewalt@freshfields.com>; Bradley Justus <bjustus@axinn.com>; cgreenbaum@paulweiss.com; LEONARD, Claire <Claire.Leonard@freshfields.com>; Daniel Bitton <dbitton@axinn.com>; dpearl@axinn.com; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Erica Spevack <espevack@paulweiss.com>; Morgan, Erin J <ejmorgan@paulweiss.com>; jhunsberger@axinn.com; BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>; Rhee, Jeannie S <jrhee@paulweiss.com>; Joseph Bial <jbial@paulweiss.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; Lee, Kenina J. <klee@axinn.com>; KAPLIN, Lauren <lauren.kaplin@freshfields.com>; Goodman, Martha <mgoodman@paulweiss.com>; SALEM, Sara <Sara.Salem@freshfields.com>; EISMAN, Scott <Scott.Eisman@freshfields.com>; wisaacson@paulweiss.com
**Cc:** Wood, Julia (ATR) <Julia.Tarver.Wood@usdoj.gov>; Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>; Strick, Amanda (ATR) <Amanda.Strick@usdoj.gov>; morgan.feder@ag.ny.gov; thenry@oag.state.va.us; Lauren Pomeroy <Lauren.Pomeroy@doj.ca.gov>; Vernon, Jeffrey (ATR) <Jeffrey.Vernon@usdoj.gov>; Clemons, Katherine (ATR) <Katherine.Clemons@usdoj.gov>; Nakamura, Brent (ATR) <Brent.Nakamura@usdoj.gov>
**Subject:** Linked Document Request

Counsel:

As we have noted previously, the ESI Order (ECF No. 142, PageID 1155) states, a "receiving party may also make reasonable and proportionate requests that the producing party conduct a reasonable search for relevant documents identified via hyperlinks."

Accordingly, we are requesting Google make a reasonable search for the following linked document and provide the responses by Wednesday (11/15). The requested document is underlined. For some of the documents, the metadata has Bates numbers for linked documents, but without the underlying URLs, we do not have a way of determining which Bates number goes with which hyperlink in the document. As such, please indicate which Bates number goes with which link.

1. GOOG-DOJ-AT 00062980 – ███████████████████████

2. GOOG-DOJ-07825115 at p. -116,███████████████████
██████████████████████████████████████
████████

3. GOOG-DOJ-13463955 ████████████████████████
███████████████████████████████████████
███████████████████████████████████

Thank you.

**Michael J. Freeman | Trial Attorney**
U.S. Department of Justice, Antitrust Division

450 5th Street, N.W. Washington, D.C. 20530
(202) 213-2774 (Cell Phone)
Michael.Freeman@usdoj.gov
Pronouns: He, Him, His

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.