**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel Google to Produce All Data and Information Referred to and/or Relied on by its Testifying Experts. After reviewing the motion, and finding good cause exists, the motion is GRANTED.

Google LLC is Ordered to produce a copy of all data or other information referred to and/or relied on by its experts, including those hyperlinked in cited documents listed in Appendix A of Plaintiffs' January 26 letter, or if such data or information was produced previously, identify those documents or information by bates number. Google's production shall be made no later than _____.

Date: _____           _____