IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, February 9, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will move the Court for entry compelling Google to produce all data and information referred to and/or relied on by its testifying experts.

Dated: February 2, 2024

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Andrew N. Ferguson<br>ANDREW N. FERGUSON<br>Solicitor General<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Michael Freeman<br>MICHAEL FREEMAN<br>/s/ Brent Nakamura<br>BRENT NAKAMURA<br>/s/ Matthew E. Gold<br>MATTHEW E. GOLD | Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us<br><br>Attorneys for the Commonwealth of<br>Virginia and local counsel for the<br>States of Arizona, California, |
| United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100 | Colorado, Connecticut, Illinois,<br>Michigan, Minnesota, Nebraska, New<br>Hampshire, New Jersey, New York,<br>North Carolina, Rhode Island, |

Washington, DC 20530  
Telephone: (202) 307-0077  
Fax: (202) 616-8544  
Email: Michael.Freeman@usdoj.gov  
Attorneys for the United States

Tennessee, Washington, and West Virginia