**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of its motion and memorandum identifying an expert or reference to their report, and exhibits 2, 3, and portions of 4 and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because such documents were marked as confidential or highly confidential by Defendant Google, and Google should have time to address the permanent sealing of these exhibits.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that exhibits 2, 3, and portions of 4 as well as certain portions of the motion that identify Google's experts or reference their reports, shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____             _____