IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is plaintiffs' Motion for Status Conference to Set Trial Date and other Pretrial Deadlines and to Set Appropriate Limits on the Trial. [Dkt. No. 517] ("Motion"). Although defendant Google has not yet filed a response, plaintiffs indicate that Google opposes the Motion. [Dkt. No. 517] at 2.[1] For good cause shown, plaintiffs' Motion is GRANTED IN PART. Accordingly, it is hereby

ORDERED that the Clerk reschedule the status conference for this civil action currently set for Friday, March 22, 2024, to Friday, February 23, 2024, at 10:00 a.m. in Courtroom 700; and it is further

ORDERED that because plaintiffs' proposed trial date of July 8, 2024 does not work for the Court's calendar and will pose difficulty in selecting a jury that can sit for a significant trial during the summer months, the jury trial in this civil action will begin on Monday, September 9, 2024, at 10:00 a.m.; and it is further

---

[1] "Google opposes [p]laintiffs' motion. Google met and conferred with [p]laintiffs to narrow the issues, but for reasons it will state in its own filing, Google believes the parties should defer to the Court's already scheduled March 22 status conference to consider these issues." [Dkt. No. 517] at 2.

ORDERED that having set the trial date, the parties must meet and confer to jointly propose a revised briefing schedule for all pretrial dates and deadlines to the Court by close of business on Wednesday, February 21, 2024.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 5th day of February, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge