**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### [Proposed] ORDER

Upon consideration of Plaintiffs' motion to seal exhibit 1 of Plaintiffs' reply in support of their motion to compel Google to produce all data and information referred to and relied on by its experts, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because such document was marked as confidential or highly confidential by Defendant Google, and Google should have time to address the permanent sealing of this exhibit.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that exhibit 1 shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____

1