**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

                 *Plaintiffs*,

    vs.

GOOGLE LLC,

                 *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**<u>ORDER</u>**

THIS MATTER is before the Court on Defendant's motion to reset the trial date (Dkt. No. _____).  Upon consideration of the motion and for good cause shown, it is hereby

ORDERED that Defendant's motion to reset the trial date is GRANTED; and it is further

ORDERED that a new trial date will be set at the February 23, 2024 hearing when the Court meets with the parties to determine the pretrial schedule.

ENTERED this _____ day of February 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge