Date: 2.9.2024

Judge: John F. Anderson
Reporter: FTR / 401

Start: 10:07a
Finish: 10:41a

Civil Action Number: 1:23-CV-00108

United States et al v. Google LLC

**Appearance of Counsel for:**
☑ Plaintiff: Julia Wood
☑ Defendant: Andrew Ewald

☐ Matter is uncontested
☑ Motion to/for:

[519] Compel

**Argued &:**
☐ Granted
☐ Denied
☑ Granted in part
☑ Denied in part
☐ Taken Under Advisement
☐ Continued to:
☐ Report and Recommendation to Follow
☑ Order(s) to Follow