IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter is before the court on plaintiffs' motion and memorandum to compel Google to produce all data and information referred to and/or relied on by its testifying experts. (Docket no. 519). On February 7, 2024, defendant filed its opposition. (Docket no. 526). On February 8, 2024, plaintiffs filed their reply. (Docket no. 527). Having reviewed the motion and memorandum in support, opposition, and reply, and having considered the arguments of counsel at the hearing on February 9, 2024, it is hereby

ORDERED that plaintiffs' motion is granted in part and denied in part for the reasons stated from the bench. Plaintiffs may designate up to 100 specific links contained in the 299 documents that are the subject of this motion and defendant shall provide plaintiffs with a copy of the linked document or identify by bates number where that document is contained in defendant's previous production.

Entered this 9th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ JFA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John F. Anderson
Alexandria, Virginia　　　　　　　　　　　　　　　　　United States Magistrate Judge