UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs,*

vs.

GOOGLE LLC,

    *Defendant.*

No: 1:23-cv-00108-LMB-JFA

**ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal certain exhibits filed in support of their motion to compel production of certain documents (Dkt. No. 521). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. No. _____), the Court finds that (i) sufficient notice has been given (Dkt. No. 524); (ii) the exhibits and redacted text contain Google's confidential business information, which may be shielded from public disclosure for good cause under Rule 26(c)(1)(G) or under the common law standard to protect Google from competitive harm; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest in the judicial record; and (v) the public's right of access, whether based on the good cause standard, the common law right of access, has been overcome; it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this \_\_\_\_\_ day of February 2024.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge