UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs,*

vs.

GOOGLE LLC,

    *Defendant.*

No: 1:23-cv-00108-LMB-JFA

## ORDER

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal an exhibit filed in support of their reply in support of their motion to compel production of certain documents (Dkt. No. 528). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. No. 538), the Court finds that (i) sufficient notice has been given (Dkt. No. 531); (ii) the exhibit contains Google's confidential business information, which may be shielded from public disclosure under the common law standard to protect Google from competitive harm; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing properly balances Google's interests as against the public's interest in the judicial record; and (v) the public's right of access, whether based on the good cause standard, the common law right of access, has been overcome; it is hereby

ORDERED that the motion to seal is GRANTED and this exhibit remain under seal until further order of the Court.

ENTERED this 16th day of February 2024.

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge