IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT PROPOSAL REGARDING REVISED BRIEFING SCHEDULE FOR ALL PRETRIAL DATES AND DEADLINES**

1. By order dated February 5, 2024, the Court instructed the parties to jointly propose a revised briefing schedule for all pretrial dates and deadlines by the close of business on February 21, 2024. Dkt. No. 525. On February 9, 2024, Google filed a motion alerting the Court that Google's lead trial counsel had a conflict due to a previously scheduled federal jury trial. Dkt. No. 532. That motion will also be heard at the February 23, 2024 status conference.

2. Consistent with the Court's order, referenced above, the parties have met and conferred regarding these dates and deadlines. The table below identifies the areas where the parties have reached agreement on these dates and deadlines, as well as remaining areas of disagreement, assuming a September 9 trial date. If the Court sets a different date, the parties will promptly meet and confer about proposed adjustments to this schedule. Areas of full agreement are highlighted in green, for ease of reference. Areas of partial agreement are highlighted in yellow.

| EVENT | PLAINTIFFS' PROPOSED DATES | GOOGLE'S PROPOSED DATES |
|---|---|---|
| Summary Judgment & Daubert Motion(s) | Friday, April 12, 2024 | Friday April 26, 2024 |
| Opposition to Summary Judgment & Daubert Motion(s) | Monday, May 6, 2024 | Friday, May 17, 2024 |

| | | |
|---|---|---|
| Replies on Summary Judgment & Daubert Motion(s) | Thursday, May 16, 2024 | Friday, May 31, 2024 |
| Oral Argument (if any) on Summary Judgment & Daubert Motion(s) | Friday, May 24, 2024 | Friday, June 14, 2024 |
| Witness Lists, Pre-Trial Exhibits, Depo Designations | Friday, July 12, 2024 | Friday, July 19, 2024 |
| Each party informs each non-party of all confidential documents produced by that non-party that are on that party's exhibit list and all confidential deposition testimony of that non-party that have been designated by that party. | Tuesday, July 16, 2024 | Tuesday, July 23, 2024 |
| Objections to Witness Lists, Exhibits, and Depo Counter Designations | Friday, July 26, 2024 | Friday, August 9, 2024 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and deposition designations, explain the basis for any such objections, and propose redactions where possible. | Tuesday, July 30, 2024 | Tuesday, August 6, 2024 |
| Motion(s) for Confidential Treatment of Exhibits and/or Deposition Testimony and Motions *in Limine* | Friday, August 2, 2024 | Friday, August 2, 2024 (Motions in Limine)<br><br>Friday, August 9, 2024 (Non-Party Motion(s) for Confidential Treatment of Exhibits and/or Deposition Testimony) |
| Counter to Counter Depo Designations | Friday, August 9, 2024 | Friday, August 23, 2024 |
| Opposition(s) to Motion(s) for Confidential Treatment of Exhibits and/or Deposition Testimony and Oppositions to Motions *in Limine* Due | Friday, August 16, 2024 | Friday, August 16, 2024 (Motions in Limine)<br><br>Google's position on Opposition(s) to Non-Party Motion(s) for Confidential Treatment of Exhibits/Testimony is that these should be reserved/not required, |

| | | |
|---|---|---|
| | | permitting either Party to oppose a non-party's request for confidential treatment if and when it becomes necessary during trial. |
| Replies on Motion(s) for Confidential Treatment of Exhibits and/or Deposition Testimony and Motions *in Limine* | Friday, August 23, 2024 | Friday, August 23, 2024 (Motions in Limine) |
| Parties' Proposed Jury Instructions Due | Friday, August 9, 2024 | Friday, August 9, 2024 |
| Parties meet and confer regarding admissibility of trial exhibits and deposition designations | Wednesday, September 4, 2024 | Google does not think it necessary to meet and confer before trial begins regarding admissibility of trial exhibits and suggests that the parties meet and confer after deposition designations are complete to decide on a process for negotiating and clearing objections before a video is presented at trial. |
| Oral Argument (if necessary) on Motions in *Limine*, Motions for Confidential Treatment of Exhibits, Proposed Jury Instructions, and any other matters | Friday, August 30, 2024 | Friday, August 30, 2024 (Oral Argument, if necessary, on Motions *in Limine* and Proposed Jury Instructions)<br><br>Google's position on oral argument for confidential treatment of exhibits/testimony is that oral argument should be reserved until if and when the confidential information is expected to be used at trial. Google proposes providing non-parties and the Court 48-hours' notice that the non-party's confidential information is expected to be used at trial in order to provide them a sufficient |

|  |  | opportunity to request oral argument pursuant to their already filed motion. |
| --- | --- | --- |
| Parties' Proposed Jury Verdict Forms Due | Friday, August 30, 2024 | Friday, September 6, 2024 |
| Jury Selection/Openings[1] | Monday, September 9, 2024 | Monday, September 9, 2024 |

3. With respect to summary judgment motions, Google requests an extension to the page limits allowed under Local Civil Rule 7(F)(3) due to the number of anticipated arguments and voluminous record. Specifically, Google requests fifty (50) pages for opening and responsive briefs and thirty (30) pages for rebuttal briefs. Plaintiffs oppose this request, and submit that summary judgment briefing can be accomplished within the page limits set forth in the Local Rules.

4. The parties will be prepared to discuss this proposed schedule further at the status conference set for February 23, 2024.

Dated: February 21, 2024

---

[1] The United States Attorney's Office wishes to advise the Court that it is in the process of appointing Aaron M. Teitelbaum as a Special Assistant U.S. Attorney pursuant to 28 U.S.C. §515 who will serve as local counsel pursuant to Local Rule 83.1(D)(1), if this arrangement is acceptable to the Court. The United States Attorney's Office will continue to review and sign all filings, be in regular consultation with the Department of Justice Antitrust Division in this matter, and appear at all motions hearings, status conferences, and pretrial or court mediation. At trial, however, the U.S. Attorney's Office will not be seated at counsel table during the trial. Still, the U.S. Attorney's Office will remain available to advise and consult with the Antitrust Division for the duration of the trial. Additionally, the Special Assistant U.S. Attorney will ensure that he is familiar with the Court's trial procedures through continued consultation with the United States Attorney's Office and, where practicable, observation of trial proceedings in this Court before commencement of the trial in this matter. Google takes no position on this issue.

Respectfully submitted,

| FOR THE UNITED STATES: | FOR DEFENDANT GOOGLE LLC: |
|---|---|
| JESSICA D. ABER<br>United States Attorney | */s/ Craig C. Reilly*<br>CRAIG C. REILLY (VSB # 20942)<br>209 Madison Street<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>Email: craig.reilly@ccreillylaw.com |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | |
| | Karen L. Dunn (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Jeannie H. Rhee (*pro hac vice*)<br>Martha L. Goodman (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>kdunn@paulweiss.com<br>wisaacson@paulweiss.com<br>jrhee@paulweiss.com<br>mgoodman@paulweiss.com<br>amauser@paulweiss.com |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov | |
| Attorneys for the United States | Eric Mahr (*pro hac vice*)<br>Julie S. Elmer (*pro hac vice*)<br>Andrew J. Ewalt (*pro hac vice*)<br>Justina Sessions (*pro hac vice*)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street NW, 10th Floor Washington,<br>DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com<br>julie.elmer@freshfields.com<br>andrew.ewalt@freshfields.com<br>justina.sessions@freshfields.com<br><br>Daniel S. Bitton (*pro hac vice*)<br>Bradley Justus (VSB # 80533)<br>David Pearl (*pro hac vice*) |

5

AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
dbitton@axinn@.com
bjustus@axinn.com
dpearl@axinn.com

6

FOR THE PLAINTIFF STATES:

JASON S. MIYARES
Attorney General of Virginia

/s/ Andrew N. Ferguson
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia
and local counsel for the States of Arizona,
California, Colorado, Connecticut, Illinois,
Michigan, Minnesota, Nebraska,
New Hampshire, New Jersey, New York,
North Carolina, Rhode Island, Tennessee,
Washington, and West Virginia