# *** CIVIL MOTION MINUTES ***

Date: 02/23/2024                                        Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:15 a.m. – 10:45 a.m. (00:30)                   Case No.: 1:23-cv-00108-LMB-JFA

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA et al

V.

# GOOGLE LLC

Appearances of Counsel for: [ X ]  Plaintiff     [ X ]  Defendant

**Re:**     [ 532 ]   Google's Motion to Reset Trial Date
            STATUS CONFERENCE

Matter briefed and:

- Trial will remain set for Monday, September 9, 2024 at 10:00 a.m.

- Ten (10) jurors will be seated, with three (3) peremptory strikes for each party.  No back striking.

- Each day of trial there will be one (1) hour lunch break with mid-morning and mid afternoon breaks for 15-20 minutes.

- Day of Trial and onward, trial will begin at 9:30 a.m. – 6:00 p.m.

- CRD will read into the record each day of all admitted exhibits.

- A joint set of proposed *voir dire* questions is due one (1) week before the start of trial.

- Parties will be given 30 minutes for opening statements

- Motions for Summary Judgment due 4/26/2024, with an additional 5 pages allotted from the requirements specified in the local rules.
  - Oppositions due 5/17/2024.
  - Replies due 5/31/2021.
  - Oral Argument will be held on 6/14/2024.
  - Pretrial Designations, Exhibits and Witness List due 6/28/2024