UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## ORDER

THIS MATTER is before the Court on the Parties' Joint Motion for an Order Regarding Expert Discovery (Dkt. No. 545). Upon consideration of the motion and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further ORDERED that

1. Plaintiffs' expert may submit a supplemental expert report on or before March 4, 2024 to address the following portions of Google's expert's report to the extent that those portions rely upon the Google Data[1]: Table 8, Figures 45, 51, 70, and 141, a bullet point on page 30, footnotes 420 and 855, and paragraphs 279-280, 312, 326-328, 330-332, 541-542, and 594 and any footnotes related to those paragraphs.

2. Plaintiffs' expert's supplemental report may also contain analyses that rely on the Google Data, as long as the Google Data is essential to the analysis.[2]

---

[1] The Google Data bears Bates numbers GOOG-AT-MDL-DATA-000561426 to GOOG-AT-MDL-DATA-000561535 and GOOG-AT-MDL-DATA-000561425.

[2] Google Data will be considered essential to an analysis if the analysis could not be run without incorporating the Google Data.

1

3. The parties are permitted to make use of Plaintiffs' supplemental report as if it had been served on or before February 13, 2024.

4. Each side may conduct a deposition of one of the other side's experts at mutually agreed-upon dates and times after March 8, 2024, but no later than March 15, 2024.

5. The parties are permitted to make use of these depositions as if they had been completed on or before March 8, 2024.

ENTERED this 26TH day of FEB. 2024

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge