No. • 1:23-cv-00108-LMB-JFA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

United States, *et al.*,

*Plaintiff,*

v.

Google LLC,

*Defendant.*

Motion to Withdraw as Counsel

I, Andrew N. Ferguson, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for plaintiff, the Commonwealth of Virginia. Plaintiff will continue to be represented in this case by Kevin M. Gallagher and other attorneys from the Office of the Attorney General.

Motion GRANTED

/s/ *[signature]*
Leonie M. Brinkema    3/25/24
United States District Judge