**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER is before the Court on the emergency motion filed by Defendant Google LLC for an enlargement of the page limits for summary judgment briefing (Docket no. _____). Upon consideration of the motion and opposition thereto, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and the page limit for opening summary judgment briefs and opposition briefs are enlarged to 45 pages each, and the page limit for replies are enlarged to 35 pages.

ENTERED this _____ day of April 2024.

Alexandria, Virginia                           _____

United States District Judge
United States Magistrate Judge