IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER is before the Court on the request for hearing filed by Defendant Google LLC to set a schedule for briefing and oral argument on Google's the emergency motion for an enlargement of the page limits for summary judgment briefing (Docket no. \_\_\_\_\_). Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that Plaintiffs shall file a response to Google's motion by **9:00 a.m.** on Friday, **April 19, 2024**, and no written reply will be permitted; and it is further

ORDERED that the oral argument will be heard in-person in Courtroom \_\_\_\_\_ / telephonically on **April \_\_\_\_, 2024**, at _____ **a.m./p.m.**

ENTERED this _____ day of April 2024.

Alexandria, Virginia

_____
United States District Judge
United States Magistrate Judge