IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court are defendant Google LLC's Emergency Motion for Enlargement of the Page Limits for Summary Judgment Briefing, [Dkt. No. 554] ("Motion"), and Request for Hearing, [Dkt. No. 556], which plaintiffs oppose. The Court has reviewed defendant's request, as well as plaintiffs' opposition, and finds that the relief requested is not warranted because the current page limits—which have already been enlarged—are more than sufficient to enable defendant to articulate its arguments. Moreover, a hearing is inappropriate for such a routine request. Accordingly, it is hereby

ORDERED that defendant Google LLC's Motion, [Dkt. No. 554], and Request for Hearing, [Dkt. No. 556], be and are DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18th day of April, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge