Date: 04/19/2024    Judge: JOHN F. ANDERSON
Reporter: FTR/401

Start: 9:58AM
Finish: 10:24AM

Civil Action Number: 1:23-cv-108-LMB-JFA

United States et al.

vs.

Google, LLC

Appearance of Counsel for Pltf (X)  Deft (X)

Motion to/for:

[550] PLAINTIFFS' MOTION TO AMEND ORDER REGARDING COORDINATION OF DISCOVERY

Argued &
(  ) Granted (X) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to _____

_____
_____
_____
_____
_____
_____

(  ) Report and Recommendation to Follow
(X) Order(s) to Follow