IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on plaintiffs' motion to amend order regarding coordination of discovery. (Docket no. 550). Having reviewed the motion and memorandum in support, opposition, and reply, and having considered the arguments of counsel at the hearing on April 19, 2024, it is hereby

ORDERED that plaintiffs' motion is denied for the reasons stated from the bench.

Entered this 19th day of April, 2024.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

1