**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

Corporate Creations Network Inc.
801 US Highway 1 North Palm Beach, FL 33408

April 16, 2024

US District Court
401 Courthouse Square
Alexandria VA 22314

RETURN OF SERVICE

RE: United States of America, et al.

Not at this address. Corporate Creations Network, Inc. is not the New York registered agent for "Google, LLC " and therefore not authorized to receive service on their behalf.

We are returning the original document to your office. Please update your records accordingly.

Sincerely,

Service of Process Team
process@corpcreations.com