

**Computershare Governance Services, Inc.**

801 US Highway 1, North Palm Beach, FL 33408





