

**Computershare Governance Services, Inc.**
801 US Highway 1, North Palm Beach, FL 33408

