AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                              .

Date:    04/23/2024                                                         /s/ Aaron M. Sheanin
*Attorney's signature*

Aaron M. Sheanin (CA Bar No. 214472)
*Printed name and bar number*
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102-3478

*Address*

Aaron.Sheanin@usdoj.gov
*E-mail address*

(202) 709-1490
*Telephone number*

(415) 934-5399
*FAX number*