**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF NEBRASKA ON BEHALF OF JOSEPH MARCUS CONRAD

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Joseph Marcus Conrad's Motion to Withdraw as Attorney for the State of Nebraska in the above-captioned matter. Mr. Conrad was admitted to the Eastern District of Virginia pro hac vice on April 21, 2023 (Dkt. 157). Colin P. Snider, Jonathan M. Harrison, and Tyler T. Henry will continue to represent the State of Nebraska as Attorneys of Record in this matter. A proposed Order is submitted herewith.

*Oral argument is not requested on this motion.*

Respectfully submitted,

Dated April 24, 2024

/s/ *Tyler T. Henry*
Tyler T. Henry (VSB No. 87621)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 692-0485
Fax:   (804) 786-0122
THenry@oag.state.va.us

## CERTIFICATE OF SERVICE

    I, Tyler T. Henry, hereby certify that on April 24, 2024, a copy of the foregoing Motion to Withdraw as Attorney for the State of Nebraska on behalf of Joseph Marcus Conrad was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: April 24, 2024                              */s/ Tyler T. Henry*
                                                              Tyler T. Henry