IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## ORDER

Pursuant to Local Rule 83.1, the Court hereby:

GRANTS Joseph Marcus Conrad's Motion to Withdraw as Attorney for the State of Nebraska; and it is further

ORDERED that the Clerk of the Court shall strike his appearance and remove him from the CM/ECF service list in this matter; and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Joseph Marcus Conrad in this matter.

ENTERED this 25th day of April, 2024.

/s/
Leonie M. Brinkema
United States District Judge