UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No. 1:23-cv-00108-LMB-JFA

**ORDER**

THIS MATTER is before the Court on Defendant Google LLC's Motion to Exclude the Testimony of Adoria Lim.  Upon consideration of the motion, and arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is hereby

ORDERED that the testimony of Adoria Lim is EXCLUDED.

ENTERED this ___ day of _____, 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge