# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## ORDER

THIS MATTER is before the Court on Defendant Google LLC's Motion to Exclude the Testimony of Dr. Timothy Simcoe.  Upon consideration of the motion, and arguments in support thereof and in opposition thereto, and it otherwise appearing proper to do so, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is hereby

ORDERED that the testimony of Dr. Timothy Simcoe is EXCLUDED.

ENTERED this __ day of _____, 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge