# EXHIBIT 7

# REDACTED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - x

UNITED STATES, et al.,          :

    Plaintiffs,                 :

  v.                              :   Case No.

GOOGLE, LLC,                    :   1:23-cv-00108

    Defendant.                  :

- - - - - - - - - - - - - - - x

                       Friday, March 1, 2024

                       Washington, D.C.

Job No. CS6488397

Videotaped Deposition of:

              KENNETH WILBUR,

called for oral examination by counsel for the Defendant, pursuant to notice, at the United States Department of Justice, Antitrust Division, 450 Fifth Street, Northwest, Suite 11-248, Washington, D.C. 20001, before Christina S. Hotsko, RPR, CRR, of Veritext Legal Solutions, a Notary Public in and for the District of Columbia, beginning at 9:38 a.m., when were present on behalf of the respective parties:

Page 2

```
 1         A P P E A R A N C E S
 2   On behalf of Plaintiffs:
         MICHAEL WOLIN, ESQUIRE
 3       MILOSZ GUDZOWSKI, ESQUIRE
         United States Department of Justice
 4       Antitrust Division
         450 Fifth Street, Northwest, Suite 11-248
 5       Washington, D.C. 20001
         (202) 307-0924
 6       michael.wolin@usdoj.gov
 7
     On behalf of Defendant:
 8       DANIEL S. BITTON, ESQUIRE
         NEELESH MOORTHY, ESQUIRE
 9       Axinn, Veltrop & Harkrider, LLP
         55 Second Street
10       San Francisco, California 94105
         (415) 490-2000
11       dbitton@axinn.com
12       CHRISTOPHER ERICKSON, ESQUIRE
         Axinn, Veltrop & Harkrider, LLP
13       114 West 47th Street
         New York, New York 10036
14       (212) 728-2200
         cerickson@axinn.com
15
         KENINA J. LEE, ESQUIRE
16       Axinn, Veltrop & Harkrider, LLP
         1901 L Street, Northwest
17       Washington, D.C. 20036
         (202) 912-4700
18       klee@axinn.com
19
     Also Present:
20       David Campbell, Video Technician
         Craig Peters, Economist, DOJ Antitrust Division
21       Emily Reed, DOJ Antitrust Division
         Samuel Whitthorne, DOJ Antitrust Division
22       Sameer Ali, DOJ Antitrust Division
```

Page 3

```
 1    A P P E A R A N C E S   C O N T I N U E D
 2   Also Present (Via Zoom):
         Haris Tabakovic
 3       Julia Wood
         Nancy Wang
 4       Elizabeth Maxeiner
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 4

```
 1                  C O N T E N T S
 2   EXAMINATION BY:                              PAGE
 3     Counsel for Defendant                       08
 4     Counsel for Plaintiffs                     343
 5
 6   WILBUR DEPOSITION EXHIBITS:                  PAGE
 7   Exhibit 1    Wilbur Expert Report             12
 8   Exhibit 2    Wilbur Errata                    13
 9   Exhibit 3    Article, Designing distributed   43
                  ledger technologies, like
10                Blockchain, for advertising
                  markets
11
         Exhibit 4    ads.txt file for Nextdoor   145
12
         Exhibit 5    ads.txt file for Twitch.tv  149
13
         Exhibit 6    Printout of Website, Google 164
14                    Display Network
15   Exhibit 7    Ghose Expert Report             172
16   Exhibit 8    Article, Inefficiencies in      203
                  Digital Advertising Markets
17
         Exhibit 9    Figures 6 and 7             216
18
         Exhibit 10   Facebook Ads Benchmark Report by 229
19                    Tinuiti From Second Quarter of
                      2020
20
         Exhibit 11   Wall Street Journal Article, 238
21                    Where Advertisers Boycotting
                      Facebook are Spending Their
22                    Money Instead, June 2020
```

Page 5

```
 1   WILBUR DEPOSITION EXHIBITS:                  PAGE
 2   Exhibit 12   Bradbury Deposition Testimony   252
 3   Exhibit 13   Semrush Blog, Display ads: What 301
                  they are, types, and how they
 4                work, October 2023
 5   Exhibit 14   Academic Paper                  306
 6   Exhibit 15   Glogovsky Deposition Testimony  313
 7   Exhibit 16   LinkedIn Article                319
 8   Exhibit 17   CMO Survey                      327
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

**Page 98**

1 advertising formats are interchangeable from an
2 advertiser's perspective by determining whether
3 they are very similar?
4     MR. WOLIN: Objection to form.
5     THE WITNESS: I don't think I've stated
6 that opinion.
7 BY MR. BITTON:
8   Q. Your opinions as to whether digital ad
9 formats are interchangeable are based on the
10 definition of "interchangeable" from the Oxford
11 English Dictionary that says interchangeable means
12 very similar, right?
13     MR. WOLIN: Objection to form.
14     THE WITNESS: Well, as we've covered
15 several times, I tried to understand clearly what
16 Professor Ghose's opinions expressed in his report
17 were, since he did not define his key
18 term "interchangeable." And I believe his usage
19 of the word "interchangeable" is consistent with
20 the definition provided in the Oxford English
21 Dictionary.
22     So the arguments about interchangeability

**Page 99**

1 that I was asked to evaluate, I tried to clarify
2 what I believe they mean, and that's where the
3 term "very similar" comes into play.
4 BY MR. BITTON:
5   Q. Okay. Did you conduct your own analyses
6 of the degree to which advertisers switch between
7 digital ad formats to determine whether they were
8 interchangeable?
9     MR. WOLIN: Objection to form.
10     THE WITNESS: I don't believe that
11 advertisers switching between formats can prove
12 that distinct advertising formats are
13 interchangeable, as I've argued in the report.
14 BY MR. BITTON:
15   Q. Do you believe that advertisers switching
16 between ad formats is relevant to the
17 determination of whether distinct advertising
18 formats are interchangeable?
19     MR. WOLIN: Objection to form.
20     THE WITNESS: Forgive my slow answer.
21 I'm trying to think carefully about the question
22 that you asked.

**Page 100**

1     What I can say with confidence is that
2 the evidence presented in Professor Ghose's report
3 and Dr. Israel's report related to advertisers
4 switching between formats definitely do not
5 approach proving that the distinct formats are
6 interchangeable.
7     That is not the same as saying that some
8 type of evidence -- or that any type of evidence
9 of switching would be entirely irrelevant to
10 attempts to prove some type of claim about
11 interchangeability.
12 BY MR. BITTON:
13   Q. Did you conduct -- well, strike that.
14     Did you do any analysis of your own to
15 determine the cross-elasticity of demand between
16 digital advertising formats to determine whether
17 they were interchangeable?
18     MR. WOLIN: Objection to form.
19     THE WITNESS: I don't believe that I was
20 retained for that, so -- and I didn't find that to
21 be necessary to form the opinions that I expressed
22 in my report.

**Page 101**

1 BY MR. BITTON:
2   Q. Okay. So none of your opinions in your
3 report are based on an analysis of
4 cross-elasticity of demand between digital
5 advertising formats, right?
6     MR. WOLIN: Objection to form.
7     THE WITNESS: I would also point out that
8 the passages I was asked to evaluate also did not
9 rely on cross-price elasticities of different
10 advertising formats.
11 BY MR. BITTON:
12   Q. Yeah, but that was not my question,
13 Mr. Wilbur.
14     I asked you if you did any analysis of
15 cross-elasticity of demand between different
16 digital ad formats --
17     MR. WOLIN: Objection to form.
18 BY MR. BITTON:
19   Q. -- and I think your answer is that you
20 did not, right?
21     MR. WOLIN: Objection to form.
22     THE WITNESS: I think my answer is that

Page 102

1  because I was not asked to evaluate any evidence
2  related to cross-price elasticities of different
3  advertising formats and because the opinions that
4  I expressed do not rely or need to rely on such
5  evidence, I did not.
6  BY MR. BITTON:
7      Q. Okay. Are you offering an opinion in
8  your report as to whether different digital ad
9  formats are competitive with each other?
10        MR. WOLIN: Objection to form.
11        THE WITNESS: I think the word "compete"
12 appears a few times in the report. But if you
13 look at the summary of opinions, I don't think any
14 of the opinions summarized relate directly to
15 competition.
16 BY MR. BITTON:
17     Q. So none of your opinions that you
18 provided relate directly to competition between
19 different digital ad formats?
20        MR. WOLIN: Objection to form.
21        THE WITNESS: Well, I think the opinions
22 I provided could be productive inputs to

Page 103

1  determinations about competition between distinct
2  digital ad formats, but I think evaluating
3  competition about distinct -- between distinct
4  digital ad formats was not in the charge that was
5  assigned to me in this matter.
6  BY MR. BITTON:
7      Q. Okay. I think you testified that
8  advertisers switching between different --
9  switching spend between different digital ad
10 formats does not mean that they are
11 interchangeable, according to your definition,
12 right?
13        MR. WOLIN: Objection to form.
14        THE WITNESS: I would disagree with
15 multiple parts of that question.
16 BY MR. BITTON:
17     Q. What parts do you disagree with?
18     A. Well, I think the definition of
19 "interchangeability" was implicitly provided by
20 Professor Ghose, not by me. It was explicitly
21 clarified by me, but I don't consider it to be my
22 definition of "interchangeability."

Page 104

1      Q. Fair enough.
2         I think you testified that advertisers
3  switching between different digital ad formats, in
4  your opinion, does not mean that they are
5  interchangeable based on the definition that you
6  used in your report for "interchangeability,"
7  right?
8         MR. WOLIN: Objection to form.
9         THE WITNESS: I would still disagree with
10 multiple parts of that question.
11 BY MR. BITTON:
12     Q. Okay. I'm going to ask you differently,
13 see if you agree with that.
14        Is it your opinion in this matter that
15 advertisers switching between different digital ad
16 formats does not mean that those digital ad
17 formats are interchangeable?
18        MR. WOLIN: Objection to form.
19        THE WITNESS: Well, I think what I said
20 in my report was that the evidence related to
21 advertisers switching between formats that was
22 presented in Professor Ghose's and Dr. Israel's

Page 105

1  reports does not support their conclusions or
2  opinions about interchangeability of distinct
3  advertising formats.
4         I thought that evidence was of poor
5  quality and contained multiple flaws, as I pointed
6  out in my report.
7  BY MR. BITTON:
8      Q. But you have not presented evidence in
9  your report that advertisers do not switch between
10 those digital ad formats, right?
11        MR. WOLIN: Objection to form.
12        THE WITNESS: I've argued that such
13 switching, if it were to occur, would be
14 insufficient to prove that those distinct formats
15 are interchangeable, as I understand
16 Professor Ghose to intend the term.
17 BY MR. BITTON:
18     Q. Okay. But you do not dispute that
19 advertisers do switch spend between the digital ad
20 formats discussed in your report?
21        MR. WOLIN: Objection to form.
22        THE WITNESS: When you refer to

Page 106

1 switching, shifting, substituting, and possibly
2 other near synonyms, I believe you're getting into
3 particular terms with specific legal definitions,
4 which I don't believe I analyzed in the course of
5 developing my opinions in this matter.
6 BY MR. BITTON:
7    Q. So you -- since you didn't analyze that,
8 you have no basis to dispute that advertisers do
9 shift spend across different digital ad formats,
10 right?
11       MR. WOLIN: Objection to form.
12       THE WITNESS: I would not agree with the
13 premise of that question, and I'm not sure what
14 you're asking exactly if I would dispute or not.
15 BY MR. BITTON:
16    Q. Let me ask you this: Do you disagree
17 with the proposition that advertisers may spend a
18 certain amount of dollars on one digital ad
19 format, say -- strike that. We can move on.
20       Do you agree that advertisers determine
21 where to spend their ad dollars across different
22 digital ad formats based on performance measures

Page 107

1 like return on investment or return on ad spend?
2       MR. WOLIN: Objection to form.
3       THE WITNESS: As I argue in my report,
4 that is one relevant criterion among many that
5 inform such decisions.
6 BY MR. BITTON:
7    Q. Okay. In your report you distinguish --
8 or you use the term "open web display
9 advertising," right?
10    A. Yes.
11    Q. Is open web display advertising a
12 distinct advertising format?
13       MR. WOLIN: Objection to form.
14       THE WITNESS: Distinct from what?
15 BY MR. BITTON:
16    Q. Distinct from other advertising formats
17 that you are discussing in your report.
18    A. Display advertising is a distinct
19 advertising format.
20    Q. Open web display advertising is not a
21 distinct advertising format?
22       MR. WOLIN: Objection to form.

Page 108

1       THE WITNESS: The part of "open web" in
2 the term "open web display advertising" does not
3 refer to a format.
4 BY MR. BITTON:
5    Q. What does it refer to?
6    A. A set of market conditions in which
7 display advertisements are bought and sold.
8    Q. And what do you mean by a set of market
9 conditions?
10    A. Ways in which advertisers seek to
11 purchase and ways in which publishers seek to
12 sell.
13    Q. So you're saying that open web refers to
14 a set of market conditions, in particular, ways in
15 which advertisers seek to purchase and ways in
16 which publishers seek to sell?
17       MR. WOLIN: Objection to form.
18       THE WITNESS: Within the context of open
19 web display, that's my understanding of open web.
20 BY MR. BITTON:
21    Q. And where do you get that understanding
22 from?

Page 109

1    A. The term "open web" has been around for a
2 long time. It -- you know, in trade press, in
3 conversations, in academic literature, we are not
4 typically speaking with the same specificity that
5 we would need to use in proceedings such as this.
6       So open web has been around for a long
7 time, referring to the market conditions that I
8 mentioned a few minutes ago. It does not have to
9 be limited to the display advertising format,
10 although often, when we use the term "open web,"
11 we're mostly referring to open web display.
12       Additionally, the term "open web display"
13 started coming into industry vernacular probably
14 around 2020. And the first time I've -- the first
15 time I've encountered it, I'm not entirely sure.
16 When I read Professor Lee's report, which
17 Professor Ghose was responding to, it didn't feel
18 like a new term. I think I've encountered it
19 before that.
20       And I think that Professor Lee's
21 description -- he provided a very careful legal
22 quality definition, very precise definition in my

Page 110

1 opinion, and I think it was consistent with what I
2 believed the term "open web display" to mean
3 before I read his report.
4     Q. Okay. And you said "open web display,"
5 that term became vernacular in 2020?
6         MR. WOLIN: Objection to form.
7         THE WITNESS: I've seen -- during the
8 course of working on this case, you know, I was
9 curious why it felt so familiar. It's not a very
10 old term, but I didn't feel like I first read it
11 in Professor Lee's report. And you can find
12 references to it in IAB documents and trade press
13 articles going back at least to 2020.
14 BY MR. BITTON:
15     Q. Okay.
16         MR. WOLIN: Counsel, we've been going for
17 about an hour. So I don't know if you want to --
18 when we get a good stop for a break.
19         MR. BITTON: Sure. We can stop.
20         VIDEO TECHNICIAN: Off the record at
21 12:03.
22         (A recess was taken.)

Page 111

1         VIDEO TECHNICIAN: Back on the record at
2 12:50.
3 BY MR. BITTON:
4     Q. Welcome back, Mr. Wilbur.
5         So I want to return back to your
6 definition of the term "open web display
7 advertising."
8         What's included in open web display
9 advertising?
10         MR. WOLIN: Objection to form.
11         THE WITNESS: Well, I think it's not
12 specifically my definition, but I understand it to
13 be roughly the intersection of what I've thought
14 for a long time as open web advertising and
15 display advertising.
16         So a particular means of transacting
17 display advertising using the format that I think
18 has been described well and completely by the IAB
19 in their internet advertising revenue report.
20 BY MR. BITTON:
21     Q. So can you state which ads -- which types
22 of ads are included in open web display

Page 112

1 advertising?
2         MR. WOLIN: Objection to form.
3         THE WITNESS: If I recall correctly,
4 that's in figure 2 of my report. There's a
5 variety of different standard ad formats defined
6 by the IAB that constitute the more general
7 category of display advertising.
8         And so the ads that meet those format
9 definitions that are transacted in the open
10 marketplaces that we spoke about earlier I think
11 meet the definition of open web display.
12 BY MR. BITTON:
13     Q. But the IAB report you're referring to in
14 figure 2, it doesn't define what is open web
15 display advertising, right?
16     A. This is one definition among a set of
17 advertising format definitions. It defines
18 display format advertising. And so I then
19 narrowed display format advertising according to
20 the means by which it's typically transacted
21 within in order to provide my understanding of
22 open web display advertising.

Page 113

1     Q. So you agree that there is no definition
2 here in the IAB resource that you cited of the
3 term "open web display advertising," right?
4     A. That's not the purpose of this resource,
5 and so of course it does not define something
6 outside of its own purpose.
7     Q. But you -- I'm asking a very simple
8 question.
9         The term "open web display advertising"
10 is not defined in the IAB resource that you're
11 relying on in this report, correct?
12         MR. WOLIN: Objection to form.
13         THE WITNESS: The reason I relied on the
14 IAB resource was to clarify an omission --
15 BY MR. BITTON:
16     Q. Mr. Wilbur, I'm asking you not the
17 reason. What --
18         MR. WOLIN: Counsel, let him finish --
19 BY MR. BITTON:
20     Q. -- I'm asking you --
21         MR. WOLIN: -- his answer. We're not
22 going to have --

Page 114

1    MR. BITTON:  But he's not answering my
2  question.
3       MR. WOLIN:  Counsel, let him finish.
4  BY MR. BITTON:
5     Q.  I'm asking if this resource that you rely
6  on, figure 2, the IAB resource, does it or does it
7  not define the term "open web display
8  advertising"?  That's the only question I asked,
9  and it's a yes or no answer.
10       MR. WOLIN:  Counsel -- objection to form.
11       You may answer the question as you need
12  to to testify truthfully.
13  BY MR. BITTON:
14     Q.  Do you want me to restate the question,
15  Mr. Wilbur?
16     A.  Sure.
17     Q.  The IAB resource that you're relying on
18  in figure 2, does it or does it not define the
19  term "open web display advertising"?
20       MR. WOLIN:  Objection to form.
21       THE WITNESS:  It defines "display
22  advertising" as a format without reference to

Page 115

1  means of advertising transactions.
2  BY MR. BITTON:
3     Q.  So is your answer that the IAB resource
4  in figure 2 of your report does not define the
5  term "open web display advertising"?
6       MR. WOLIN:  Objection to form.
7       THE WITNESS:  I think it informs the term
8  with respect to the display format, which is one
9  of the two integral components of the definition
10  of "open web display advertising."
11  BY MR. BITTON:
12     Q.  So you're saying it defines part of the
13  term "open web display advertising," but you
14  cannot point me to anything in figure 2 where it
15  states a definition of the term "open web display
16  advertising," correct?
17       MR. WOLIN:  Objection to form.
18       THE WITNESS:  But that's not the purpose
19  of figure 2.
20  BY MR. BITTON:
21     Q.  But that's not my question.  I asked you
22  a very simple yes or no question.

Page 116

1     Is the term "open web display
2  advertising" defined in the IAB resource in
3  figure 2, yes or no?
4       MR. WOLIN:  Objection to form.  Asked and
5  answered.
6       THE WITNESS:  Should I answer?
7       MR. WOLIN:  You can answer.
8       THE WITNESS:  I think the definition of
9  "open web display advertising" is informed by
10  figure 2, specifically the display format, which
11  is one of the two components of the definition of
12  "open web display advertising," is defined in
13  figure 2.
14  BY MR. BITTON:
15     Q.  Yeah, it seems like you're refusing to
16  answer my question, Mr. Wilbur -- because it's a
17  very simple question.
18       Do you anywhere in figure 2 see the
19  definition of the term "open web display
20  advertising"?
21       MR. WOLIN:  Objection to form.  Asked and
22  answered.  Argumentative.

Page 117

1     You may answer.
2       THE WITNESS:  I understand that I am not
3  limiting my answer to the two potential answers
4  you provided to your question, but I believe that
5  I am answering your question to the best of my
6  ability.
7  BY MR. BITTON:
8     Q.  I don't believe you are, but we'll move
9  on.
10       So what -- I'll revert back to the other
11  question.
12       What exactly is included in the term
13  "open web display advertising"?
14       MR. WOLIN:  Objection to form.
15       THE WITNESS:  I'm happy to repeat my
16  previous answer.  My understanding is that it is
17  the intersection of "open web advertising" and
18  "display advertising."  It is ads that fall into
19  the display format defined by the IAB that are
20  transacted in what are commonly called open
21  environments, as we discussed earlier.
22

Page 118

1  BY MR. BITTON:
2      Q. Okay. So you distinguished two things.
3  You said open web advertising and display
4  advertising.
5          What is open web advertising?
6          MR. WOLIN: Objection to form.
7          THE WITNESS: Digital advertisements --
8  I'm sorry. Could you repeat your question,
9  please?
10 BY MR. BITTON:
11     Q. You stated, My understanding is that it's
12 the intersection of "open web advertising" and
13 "display advertising."
14         So what is open web advertising?
15     A. Thank you.
16         Advertisements that are presented to
17 consumers on the web, which are transacted through
18 what are commonly called open marketplaces.
19     Q. And what are you referring to when you
20 say open marketplaces?
21     A. Oh -- yeah, so this is I think what we
22 covered earlier. These are marketplaces where

Page 119

1  most advertisers are able to participate as buyers
2  if they want to, and most publishers are able to
3  participate as sellers if they want to without
4  stringent limitations on which buyers and sellers
5  are allowed to participate.
6      Q. So you're saying that the term "open web"
7  means marketplaces where most advertisers are able
8  to participate as buyers if they want to and most
9  publishers are able to participate as sellers if
10 they want to?
11     A. And I think I --
12         MR. WOLIN: Objection to form. Sorry.
13         THE WITNESS: Sorry.
14         I think I also included where the units
15 being transacted are advertisements that are
16 presented to consumers on the web or on websites.
17 BY MR. BITTON:
18     Q. On websites only. So the open web
19 includes only websites? That's your opinion?
20         MR. WOLIN: Objection to form.
21         THE WITNESS: I think "web" implies
22 websites.

Page 120

1  BY MR. BITTON:
2      Q. Is it your opinion that apps are not
3  included in the term "open web"?
4          MR. WOLIN: Objection to form.
5          THE WITNESS: I think most people --
6  there may not be a single answer to that. It may
7  depend on who's using it and whether they're using
8  it carefully.
9          But I think most people would say "web"
10 does not imply apps.
11 BY MR. BITTON:
12     Q. Okay. And is it your opinion that
13 display ads that are transacted on anything other
14 than open marketplaces that you refer to are not
15 interchangeable with display ads that are
16 transacted in different ways?
17         MR. WOLIN: Objection to form.
18         THE WITNESS: Can I restate your question
19 to confirm my understanding?
20 BY MR. BITTON:
21     Q. Sure.
22     A. Are open in-app advertisements

Page 121

1  interchangeable with in-app advertisements that
2  are transacted in closed marketplaces?
3      Q. I wasn't confining myself to in-app or
4  web. I was asking you, are display advertisements
5  that are transacted outside of open marketplaces,
6  as you defined it, in your opinion not
7  interchangeable with display ads that are
8  transacted on open marketplaces?
9          MR. WOLIN: Objection to form.
10         THE WITNESS: I think I've argued in my
11 report in several places identifying what I
12 consider to be some key differences in the
13 benefits and costs from an advertiser's
14 perspective between display advertisements
15 transacted in open markets and in non-open
16 environments.
17 BY MR. BITTON:
18     Q. But your definition of interchangeable,
19 for purposes of your report that you -- let me
20 strike that.
21         The definition that you relied on for the
22 word "interchangeable" in your report is whether

31 (Pages 118 - 121)

|  |  |
|---|---|
| Page 246<br>1     MR. WOLIN: Objection to form.<br>2         THE WITNESS: No. As I've made clear<br>3  today, this is my report, and I was assisted in<br>4  preparing it by several individuals at the<br>5  Brattle Group.<br>6  BY MR. BITTON:<br>7     Q. Okay.<br>8     A. Oh. We do not cite depositions from<br>9  Meta.<br>10    Q. Okay. And you said there were about a<br>11 hundred depositions taken in the case?<br>12    A. That's what the support team informed me.<br>13 Yes.<br>14    Q. Okay. And how many deposition<br>15 transcripts did you review to prepare your report?<br>16    A. Oh. I looked at passages of the<br>17 transcripts that we cite, and I've looked at --<br>18 I've reviewed a few other passages and a few other<br>19 depositions as well that we did not rely upon.<br>20    Q. Which deposition transcript did you<br>21 review that you did not rely upon in your report?<br>22    A. I wouldn't be able to identify that | Page 248<br>1  executives?<br>2  BY MR. BITTON:<br>3     Q. That's not -- the question was, what made<br>4  you think that eight deposition transcripts was<br>5  enough to form your views in a case that has<br>6  testimony from a hundred individuals?<br>7         MR. WOLIN: Objection to form.<br>8         THE WITNESS: I've been communicating<br>9  with advertising executives in many forms for<br>10 20 years. I have a pretty good sense of when<br>11 their statements are illuminative.<br>12        I also have a pretty good sense that more<br>13 accurate and more representative information can<br>14 be observed by analyzing advertiser behaviors more<br>15 so than advertiser statements. Of course that's<br>16 not an absolute. It depends on the question at<br>17 hand and depends on the information available.<br>18        But the -- you know, the evidence I've<br>19 cited throughout my report is sufficient, in my<br>20 judgment, to reach the opinions that I've<br>21 expressed. The cases where I relied on deposition<br>22 transcripts were primarily illustrative of the |
| Page 247<br>1  purely based off memory.<br>2     Q. How many deposition transcripts of<br>3  different witnesses do you cite in your report?<br>4     A. Eight.<br>5     Q. Eight. So you rely on eight out of the<br>6  hundred deposition transcripts that were produced<br>7  in this case?<br>8     A. Yes.<br>9     Q. And how do you -- strike that.<br>10        So that's less than 10 percent of the<br>11 deposition transcripts that you were relying on<br>12 for your report, right?<br>13    A. Eight is less than 10 percent of 100. I<br>14 agree.<br>15    Q. Okay. What made you think that eight<br>16 deposition transcripts was enough to form your<br>17 views in a case that has testimony from a hundred<br>18 individuals?<br>19        MR. WOLIN: Objection to form.<br>20        THE WITNESS: Is it fair to interpret<br>21 that question as saying why didn't you rely<br>22 primarily on depositions of advertising industry | Page 249<br>1  opinions that I reached about the statements about<br>2  advertisers in Professor Ghose and Dr. Israel's<br>3  reports.<br>4  BY MR. BITTON:<br>5     Q. Did you -- you have shared opinions in<br>6  your report about the interchangeability between<br>7  social media advertising and display advertising,<br>8  right?<br>9     A. I would say about the lack of<br>10 interchangeability.<br>11    Q. Okay. And you testified earlier that<br>12 Meta operates through major social media<br>13 platforms?<br>14    A. Sure. Yeah.<br>15    Q. But you're also testifying that you did<br>16 not review the deposition transcripts of Meta to<br>17 inform your opinions in this case, right?<br>18        MR. WOLIN: Objection to form.<br>19        THE WITNESS: Meta competes with sellers<br>20 of open web display advertising.<br>21 BY MR. BITTON:<br>22    Q. Okay. Any examples of sellers of open |

Page 250

1  web display advertising that Meta competes with?
2      MR. WOLIN:  Objection to form.
3      THE WITNESS:  Within the context of this
4  case, that's a detailed and technical analysis
5  that I was not retained to perform.
6      And if I could go back and augment one
7  previous answer I think was incomplete.  I
8  reviewed more deposition transcripts than what I
9  relied upon.  I reviewed the passages of
10 deposition transcripts that were included in the
11 Professor Ghose and Dr. Israel reports.
12 BY MR. BITTON:
13   Q.  Okay.  But my question was, any examples
14 of sellers of open web display advertising that
15 Meta competes with?
16      MR. WOLIN:  Objection to form.
17      THE WITNESS:  I believe I just answered
18 that completely.  I'd be happy to repeat it if you
19 like.
20 BY MR. BITTON:
21   Q.  Okay.  So -- okay.  So you don't have
22 examples, but you agree that Meta competes with

Page 251

1  sellers of open web display advertising?
2      MR. WOLIN:  Objection to form.
3      THE WITNESS:  Like I said, I don't think
4  I was retained to evaluate that in this case.  And
5  that's a careful and delicate analysis that needs
6  to be performed carefully.
7  BY MR. BITTON:
8    Q.  Okay.  You cite -- you cite the testimony
9  of ▮▮▮▮▮▮▮ in your expert report, right?
10   A.  I'm very bad with names.  I should
11 double-check before I confirm.
12      Yes, I do.
13   Q.  Yeah.  It's in paragraph 18, footnote 7,
14 of your report.
15   A.  Confirmed.
16   Q.  Okay.  Did you review his entire
17 deposition transcript?
18   A.  No, I did not.
19   Q.  You only read parts of it?
20   A.  Yes.
21   Q.  How did you determine what parts of his
22 deposition testimony to read?

Page 252

1    A.  I asked my support team to identify
2  relevant passages in all of the 100 produced -- or
3  100 or so produced depositions.
4    Q.  Okay.  So you only read selected parts of
5  each witness' deposition testimony to prepare the
6  opinions in your report?
7      MR. WOLIN:  Objection to form.
8      THE WITNESS:  Like I said, the role of
9  the deposition quotes that I included was more for
10 illustration of key points that I supported with
11 generally more relevant and complete evidence.
12 BY MR. BITTON:
13   Q.  Okay.
14      MR. BITTON:  Okay.  Let's pull up some of
15 ▮▮▮▮▮▮▮ testimony that you did not cite in
16 your report or perhaps did not review in
17 preparation of your report.
18      We'll mark ▮▮▮▮▮▮▮ deposition
19 testimony as Wilbur Exhibit 12.
20      (Wilbur Deposition Exhibit 12 marked for
21      identification and attached to the
22      transcript.)

Page 253

1  BY MR. BITTON:
2    Q.  Professor Wilbur, I'd like to direct your
3  attention to page 144 of ▮▮▮▮▮▮▮ testimony.
4  That's on the -- you know, the overall page 35 --
5  sorry, I misspoke.  37.
6      And I'll direct you to line 13 where the
7  following question is asked of ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
13      Do you see that?
14   A.  That's page 145, line 13?
15   Q.  No.  144, line 13.
16   A.  Oh, thank you.
17      I do see that.
18   Q.  Okay.  And what -- and then ▮▮▮▮▮▮▮
19 answers, ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
21      Do you see that?
22   A.  Yes.

```
                                                       Page 346
 1           CERTIFICATE OF NOTARY PUBLIC
 2      I, CHRISTINA S. HOTSKO, the officer before
 3  whom the foregoing deposition was taken, do hereby
 4  certify that the witness whose testimony appears in
 5  the foregoing deposition was duly sworn by me; that
 6  the testimony of said witness was taken by me in
 7  stenotypy and thereafter reduced to typewriting under
 8  my direction; that said statement is a true record of
 9  the proceedings; that I am neither counsel for,
10  related to, nor employed by any of the parties to the
11  action in which this statement was taken; and,
12  further, that I am not a relative or employee of any
13  counsel or attorney employed by the parties hereto,
14  nor financially or otherwise interested in the
15  outcome of this action.
16  Dated: March 5, 2024
17
                    [signature]
18              CHRISTINA S. HOTSKO
19           Notary Public in and for the
20              District of Columbia
21  My commission expires:
22  1 January 2027
```

Veritext Legal Solutions
800-567-8658                                               973-410-4098