# EXHIBIT 19

Page 1

1            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
2                 ALEXANDRIA DIVISION
3
          _____
4                                     :
        UNITED STATES OF AMERICA, :
5       et al.,                       :
                                      :
6            Plaintiffs               :
                                      :
7          v.                         : No.  1:23-cv-00108
                                      :
8       GOOGLE, LLC,                  :
                                      :
9            Defendants.              :
          _____:
10
11                  Friday, August 18, 2023
12
13               Video Deposition of COL. JOHN HORNING,
14       taken at the Law Offices of Paul, Weiss,
15       Rifkind, Wharton & Garrison LLP, 2001 K St NW,
16       Washington, DC, beginning at 9:34 a.m. Eastern
17       Standard Time, before Ryan K. Black, Registered
18       Professional Reporter, Certified Livenote
19       Reporter and Notary Public in and for the
20       District of Columbia
21
22
23
24
25     Job No. CS6060378

Page 2

```
1    A P P E A R A N C E S :
2
3    UNITED STATES DEPARTMENT OF JUSTICE
     ANTITRUST DIVISION
4    BY:  JIMMY MCBIRNEY, ESQ.
        CHASE PRITCHETT, ESQ.
5       ALVIN CHU, ESQ.
        MARK SOSNOWSKY, ESQ. - Via Zoom
6       KATHERINE CLEMONS, ESQ - Via Zoom
     450 5th Street, N.W
7    Washington, DC 20530
     202.514.2414
8    jimmy.mcbirney@usdoj.gov
     chase.pritchett@usdoj.gov
9    alvin.chu@usdoj.gov
     mark.sosnowsky@usdoj.gov
10   katherine.clemons@usdoj.gov
11   Representing - The United States of America
12
13   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP,
     BY:  MARTHA L. GOODMAN, ESQ.
14      LEAH HIBBLER, ESQ.
     2001 K St NW,
15   Washington, DC
     202.223.7341
16   mgoodman@paulweiss.com
     lhibbler@paulweiss.com
17
     Representing - Google LLC
18
19
20
21
22
23   ALSO PRESENT:
24   Glenn Fortner - Legal Videographer
     Major Mohamed Al-Darsani - United States Army
25   Edwin Farley - USDOJ Intern
```

Page 3

```
1              I N D E X
2    TESTIMONY OF:  COL. JOHN HORNING        PAGE
3    By Ms. Goodman..........................6, 244
4    By Mr. McBirney.............................245
5          E X H I B I T S
6    EXHIBIT      DESCRIPTION           PAGE
7    Exhibit 61   a privilege log dated June 26th,
                  2023, provided by the United
8                 States DOJ......................11
9    Exhibit 62   a document Bates Numbered
                  ARMY-ADS336340 through 336638...154
10
     Exhibit 63   a document Bates Numbered
11                ARMY-ADS329948 through 329970...165
12   Exhibit 64   a document Bates Numbered
                  ARMY-ADS187047 through 187077...211
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1         THE VIDEOGRAPHER:  Good morning.
2    We're going on the record at 9:34 on August 18th,
3    2023.  Please note that the microphones are
4    sensitive and may pick up whispering and private
5    conversations.  Please mute your phones at this
6    time.  Audio and video recording will continue to
7    take place unless all parties agree to go
8    off the record.
9         This is Media Unit 1 of the
10   video-recorded deposition of Colonel John Horning
11   in the matter of United States, et al., v. Google
12   LLC.  The location of the deposition is Paul
13   Weiss.
14        My name is Glenn Fortner, representing
15   Veritext, and I'm the videographer.  The court
16   reporter is Ryan Black from the firm Veritext.
17   I'm not related to any party in this action, nor
18   am I financially interested in the outcome.
19        If there are any objections to
20   proceeding, please state them at the time of your
21   appearance.  Counsel and all present, including
22   remotely, will now state their appearances and
23   affiliations for the record beginning with the
24   noticing attorney.
25        MS. GOODMAN:  Martha Goodman, from the
```

Page 5

```
1    law firm Paul Weiss, on behalf of Google LLC.
2    I'm joined by my colleague Leah Hibbler.
3         MR. MCBIRNEY:  Jimmy McBirney, with the
4    Unites Staes Department of Justice, on behalf of
5    the United States and the witness.
6         MR. PRITCHETT:  Chase Pritchett, on
7    behalf of the United States.
8         MR. CHU:  Alvin Chu on behalf of the
9    United States.
10        MR. SOSNOWSKY:  Mark Sosnowsky on behalf
11   of the United States.
12        MAJOR AL-DARSANI:  Moe Al-Darsani,
13   United States Army.
14        MR. FARLEY:  Edwin Farley, United
15   States.
16        THE VIDEOGRAPHER:  Okay.  Will the court
17   reporter please swear in the witness and then
18   counsel may proceed.
19        MR. CHU:  Oh, also, just to let you
20   know, I have Katherine Clemons -- she'll be --
21   from the DOJ that will also joining in and out.
22            *    *    *
23   Whereupon --
24        COL. JOHN HORNING,
25   called to testify, having been first duly sworn
```

Page 210

1  actual resource management that happens in our
2  business management directorate, which is not
3  under my purview.  So I'm not aware of how any
4  funds are disbursed.
5  BY MS. GOODMAN:
6      Q.   You have no knowledge or awareness of
7  how any dollar leaves AEMO accounts to get to
8  Google.  Is that your testimony?
9          MR. MCBIRNEY:  Objection.
10  Mischaracterizes the testimony.  Asked and
11  answered.  Argumentative.
12          THE WITNESS:  So all of the work and
13  actions that result in fund transfer from Army
14  accounts to whomever they go to is handled by
15  resource management within our business
16  management directorate.  And I'm not a finance
17  officer or -- or in resource management, so I
18  don't know how they actually transfer money.
19  BY MS. GOODMAN:
20      Q.   Who are the individuals in resource
21  management responsible for getting vendors paid?
22          MR. MCBIRNEY:  Objection; foundation.
23          THE WITNESS:  In the business management
24  directorate, Ms. Christine Ocampo is the
25  director.  Major Henry Onghandi [phonetic] is the

Page 211

1  finance officer.  I'm certain there could be
2  somebody else involved, but they would be
3  primarily responsible.
4          MS. GOODMAN:  Shall we take a break?
5          MR. MCBIRNEY:  Sure.
6          THE VIDEOGRAPHER:  Going off the record.
7  The time is 1630.
8          (Recess taken.)
9          THE VIDEOGRAPHER:  Going back on the
10  record.  The time is 1652.
11          (Exhibit No. 64, a document Bates
12  Numbered ARMY-ADS187047 through 187077, was
13  introduced.)
14  BY MS. GOODMAN:
15      Q.   Colonel, I'm handing you Exhibit 64,
16  ARMY-ADS187047 through 187077.
17          And this is an email chain that you're
18  not on, but it attaches MMM optimizations.  So I
19  wanted you to take a look at the attachment and
20  let me know if you recognize it as an MMM report.
21          MR. MCBIRNEY:  Sorry.
22          THE WITNESS:  I recognize the deck, but
23  not as an MMM report, but, rather a CPH report
24  for national media based on the MMM.
25  BY MS. GOODMAN:

Page 212

1      Q.   Okay.  And how -- did you receive
2  reports from MMM -- or MMM reports?
3      A.   Yes.  As a separate -- separate
4  document.
5      Q.   And was that also a deck or something --
6  different format?
7      A.   They would be presented in a PowerPoint
8  deck along with an actual presentation from the
9  data performance team and -- and their agency
10  reps.
11      Q.   And so what's the difference between the
12  MMM report deck and a deck, sort of, as this one
13  is that provides an assessment based on MMM
14  modeling?
15      A.   This is more specific than a typical
16  MMM-only presentation.  And this deck, as I
17  look at the pages, includes some more specific
18  reference to media performance than are,
19  typically, little bit more generally covered in
20  the MMM alone.
21      Q.   And so describe for me what is in a
22  typical MMM-only presentation?
23      A.   I don't have one in front of me, but the
24  best that I can recall, some of the main sort of
25  charts or analysis that we look at would have a

Page 213

1  comparison of efficiency by channel, a comparison
2  of channel costs and scalability.  It would also
3  include an analysis of how well our models have
4  reflected actual -- actual outcomes when also
5  combining not only the effects of media but also
6  exogenous factors that occur in the market to
7  everyone.  So it's a review of just some
8  different charts that I don't see in here,
9  while this gets into a little bit more detail on
10  specifics of media itself.
11      Q.   And if you turn to Page 061 of this
12  document, --
13      A.   Okay.
14      Q.   -- where it's discussing "display
15  performance remain the least efficient paid media
16  channel through budget and tactic shifts, though
17  budget and tactic shifts did include performance
18  in Q4," do you see that?
19      A.   I do see that.
20      Q.   Okay.  Under QOQ Performance Analysis,
21  does "QOQ" mean quarter over quarter?
22      A.   That's correct.
23      Q.   Okay.  The second bullet, Direct
24  Display, do you see that?
25      A.   Yes, ma'am.

54 (Pages 210 - 213)

Page 214

1    Q.  What do you understand the sentence,
2    direct display was 5X less efficient than
3    programmatic, highlighting the opportunity
4    to scale back direct investment to mean?
5        MR. MCBIRNEY:  Objection; foundation.
6        THE WITNESS:  What I understand it to
7    mean is that direct display was performing five
8    times less efficient than programmatic, and that
9    there was a follow-on identification of a
10   recommendation.
11   BY MS. GOODMAN:
12       Q.  And having looked at this slide now, do
13   you have an understanding of what direct display
14   is?
15       A.  I can only make an assumption based
16   on the slide alone as to the -- as to the
17   difference, but I don't know if there's an actual
18   jargon term definition associated with it.
19       Q.  So in your role as director of marketing
20   execution, --
21       A.  Mm-hmm.
22       Q.  -- and relying on that knowledge and
23   experience, what do you understand the difference
24   between direct display and programmatic display
25   to mean -- to be?

Page 215

1        A.  I understand the difference to be
2    approximately $80,000 cost per eBRC lead
3    difference.
4        Q.  Do you -- what is your understanding of
5    the difference in the -- the form of the ad or
6    the methodol -- or the process of -- what's the
7    difference, not in terms of quantity or value,
8    but the difference in what they are, to your
9    knowledge or experience?
10       MR. MCBIRNEY:  Object to the form of the
11   question.
12       THE WITNESS:  My assumption, given that
13   they are charted as separate -- that they're two
14   different ways of -- that there's some difference
15   in the -- the two different methods of getting
16   our ad into banner ads, getting our creative onto
17   banner, as an example, ads onto other websites
18   which getting banner ads we commonly refer to as
19   display.
20   BY MS. GOODMAN:
21       Q.  And do you know any difference in the
22   methods between direct and programmatic?
23       A.  I don't know the difference in how we
24   acquire one versus the other.
25       Q.  Who's the best person who would be able

Page 216

1    to answer that question, to your knowledge?
2        A.  That would be the -- my recommendation
3    would be the paid media team leader, or the
4    branch chief.
5        Q.  That's Duples -- Duplesis?
6        A.  Formerly Colonel Morris, currently Major
7    Duplesis.
8        Q.  Okay.  Are you aware of any instance
9    where DDB spent more money than they were
10   contract -- contractually authorized to spend?
11       A.  I'm not personally aware of -- of that
12   occurring, or -- or if there are any facts
13   surrounding it, I'm not aware of them.
14       Q.  Okay.  So no knowledge or awareness
15   about DDB exceeding its purchase authority?
16       A.  I don't have any knowledge of that.
17       Q.  Who would I ask about that?
18       MR. MCBIRNEY:  Objection; foundation.
19       THE WITNESS:  My assumption is that is
20   a contract issue, and so I would have to defer to
21   our contracting experts or our contracting team
22   at AEMO or the COR.
23   BY MS. GOODMAN:
24       Q.  Do you know what happens if DDB exceeds
25   the contractual -- the amount of media it's

Page 217

1    allowed to buy under a contract?
2        MR. MCBIRNEY:  Objection.  Calls for a
3    legal conclusion.
4    BY MS. GOODMAN:
5        Q.  I'm not asking --
6        A.  I don't know what happens.
7        Q.  And I'm -- and I'm not asking for your
8    lawyer -- any lawyer opinion.  I'm just asking in
9    your role as director of marketing execution and
10   now in your current role as director of strategy,
11   based on your experience, what would happen if
12   DDB exceeded its contractual purchasing authority
13   by a dollar, $2, $10, a million dollars?  What
14   happens in that scenario?
15       MR. MCBIRNEY:  Same objection and add
16   foundation.
17       THE WITNESS:  I don't know what happens.
18   I assume the contracting team at AEMO is more
19   expert to know what actually takes place or what
20   the Army's position or role or actions would be.
21   BY MS. GOODMAN:
22       Q.  Okay.  Do you have any understanding of
23   how much money has been expended under the DDB
24   contract that has gone to Google for any of its
25   products or services?

55 (Pages 214 - 217)

Page 218

1    MR. MCBIRNEY:  Object to form.
2    THE WITNESS:  No.  I -- I don't know how
3  much has been distributed, disbursed, spent, used
4  by anyone.  I don't -- I don't know that.
5  BY MS. GOODMAN:
6    Q.   Are you aware of any way to figure out
7  how much money has been spent or disbursed for
8  the use of Google products or services?
9    A.   I don't know if there exists any
10  standard way.  I can only assume someone could go
11  through receipts, invoices and -- and could count
12  things up.  I -- I don't know if there's an
13  actual way that that's done within any kind of
14  contracting or finance systems.  I can only
15  assume that there could be a way to do that.
16    Q.   And the way that you can think of
17  to do that would be to go through invoices and
18  receipts; is that correct?
19    MR. MCBIRNEY:  Object to form.
20    THE WITNESS:  I think that if one needed
21  to find out how much was -- how much the Army
22  paid out to anyone, the invoices would be the
23  first place that I would look.
24  BY MS. GOODMAN:
25    Q.   Is there any other place you would look?

Page 219

1    A.   Perhaps the Contracting System-wide Area
2  Workflow.
3    Q.   What's that?
4    A.   I -- frankly, I -- I'm not a user of it.
5  I'm not trained on it.  I know that the CORs use
6  that in relation to the oversight duties that
7  they have on their contract, which also, I
8  believe, includes costs and things.
9    Q.   And so what is the Contracting
10  System-wide Area Workflow?
11    A.   That's what I understand.
12    Q.   Well, -- it -- it is -- is it a tool?
13  Is it a database?  Is it a electronic system?
14  What is it?
15    A.   I only understand it as a website.
16  Obviously, there's some back-end whatever that I
17  don't know how it operates, but that -- that our
18  team and those who are contracting officers
19  representatives or involved in the contracts
20  process use that in the -- in the conduct of
21  their duties.
22    Q.   I see.
23    Have you had any reason to figure out
24  how much money has been spent on Google products
25  or services?

Page 220

1    A.   I have not.
2    Q.   Are you -- are you familiar with
3  frequency capping?
4    A.   No, I'm not familiar with that term.
5    Q.   Okay.  Are you familiar with the term
6  Open Web Display Advertising?
7    A.   That's not a term I've ever heard used
8  in our office.
9    Q.   Okay.  Have you ever heard that term
10  used by DDB?
11    A.   No.  I've only heard the term display.
12    Q.   Based on your experience as the director
13  of marketing execution and now in your role
14  as -- in strategy at AEMO, do you have any
15  recollection of ever hearing the term Open Web
16  Display Advertising used in any work that you do?
17    MR. MCBIRNEY:  Object to form and asked
18  and answered.
19    THE WITNESS:  In the course of any work
20  that I do, I've -- I've never heard that term
21  used.  I've never used that term.  We have a
22  penchant for shortening everything.  We only use
23  the word display.
24  BY MS. GOODMAN:
25    Q.   Okay.  Do you have any understanding of

Page 221

1  what the term Open Web Display Advertising means?
2    A.   I could only make an assumption that,
3  based on our discussion right now of display ads,
4  that it's related to how one might distribute
5  banner ads.
6    Q.   To your knowledge, did the -- the
7  usage -- the terminologies used by AEMO, such as
8  Channel, Optimization, Paid Social, Paid Search,
9  Digital, those kinds of terms, to your knowledge,
10  are they similarly used across the advertising
11  industry?
12    MR. MCBIRNEY:  Objection to foundation.
13  Calls for speculation.
14    THE WITNESS:  I only have knowledge of
15  how we use those words.  I don't know how other
16  companies or -- or agency might use them.  I can
17  only assume that others may use them in the same
18  way --
19  BY MS. GOODMAN:
20    Q.   Okay.
21    A.   -- but I don't have any personal
22  knowledge of that.
23    Q.   Okay.  Under your contract -- the Army's
24  contract with DDB, do you have any knowledge or
25  awareness of how money is paid out to vendors?

56 (Pages 218 - 221)

Page 222

1    MR. MCBIRNEY: Objection. Calls for a
2    legal conclusion and lack of foundation.
3    MS. GOODMAN: What is the legal
4    conclusion that the question "how does money get
5    paid out to vendors" --
6    MR. MCBIRNEY: You asked --
7    MS. GOODMAN: -- call for a legal
8    conclusion?
9    MR. MCBIRNEY: You asked how it gets
10   paid out under a contract, so I assume you're
11   asking how the contract dictates certain forms of
12   payment. If you want to ask him how does money
13   get paid out, that's a different question.
14   BY MS. GOODMAN:
15   Q. Okay. Colonel, do you know how money
16   is paid for the purchase of display ad -- any
17   advertising?
18   A. The only thing that I understand in
19   the process is that an invoice is received, the
20   COR verifies that the government received the
21   services or the benefits of and that that
22   information is transmitted to finance individuals
23   or resource management in the business management
24   directorate, who then affect whatever is required
25   to actually transfer funds.

Page 223

1    Q. Do you know who sends -- who issues the
2    invoices that you're referencing?
3    A. I -- not necessarily, I don't.
4    Q. Okay. To your knowledge, did the
5    Army purchase any ad tech services directly from
6    Google?
7    MR. MCBIRNEY: Objection. Calls for a
8    legal conclusion, and lack of foundation.
9    THE WITNESS: I don't have any knowledge
10   of -- of that occurring.
11   BY MS. GOODMAN:
12   Q. To your knowledge, did the Army purchase
13   any display advertising directly from Google?
14   MR. MCBIRNEY: Objection. Calls for a
15   legal conclusion. Lack of foundation.
16   THE WITNESS: I don't have any personal
17   knowledge of that.
18   BY MS. GOODMAN:
19   Q. To your knowledge, did the Army purchase
20   any open web display advertising directly from
21   Google?
22   MR. MCBIRNEY: Objection. Calls for a
23   legal conclusion. Lack of foundation.
24   THE WITNESS: I don't have any personal
25   knowledge of that.

Page 224

1    BY MS. GOODMAN:
2    Q. To your knowledge, did the Army purchase
3    any Open Web Display Advertising from Google?
4    MR. MCBIRNEY: Objection. Calls for a
5    legal conclusion. Lack of foundation.
6    MS. GOODMAN: What's the legal
7    conclusion that question called for?
8    MR. MCBIRNEY: I'm sorry. I withdraw
9    that objection. Lack of foundation.
10   BY MS. GOODMAN:
11   Q. Okay. Colonel, to your knowledge,
12   did the Army purchase any Open Web Display
13   Advertising from Google?
14   MR. MCBIRNEY: Same objection.
15   THE WITNESS: I don't have any direct
16   knowledge of that.
17   BY MS. GOODMAN:
18   Q. To your knowledge, did the Army pay
19   Google directly for the use of DV360?
20   MR. MCBIRNEY: Objection. Calls for a
21   legal conclusion. Lack of foundation.
22   THE WITNESS: I don't have any knowledge
23   of that.
24   BY MS. GOODMAN:
25   Q. To your knowledge, did the Army pay

Page 225

1    Google directly for the use of Google Ads?
2    MR. MCBIRNEY: Objection. Calls for a
3    legal conclusion. Lack of foundation.
4    THE WITNESS: I don't have any knowledge
5    of that.
6    BY MS. GOODMAN:
7    Q. To your knowledge, did the Army pay
8    Google directly for the use of AdWords?
9    MR. MCBIRNEY: Objection. Calls for a
10   legal conclusion. Lack of foundation.
11   THE WITNESS: I don't have any knowledge
12   of that.
13   BY MS. GOODMAN:
14   Q. To your knowledge, did the Army pay
15   Google directly for the use of Google Display
16   Network?
17   MR. MCBIRNEY: Objection. Calls for a
18   legal conclusion. Lack of foundation.
19   THE WITNESS: I don't have any knowledge
20   of that.
21   BY MS. GOODMAN:
22   Q. To your knowledge did the Army pay
23   Google directly for the use of Google Marketing
24   Platform?
25   MR. MCBIRNEY: Objection. Calls for a

57 (Pages 222 - 225)

Page 226

1  legal conclusion. Lack of foundation.
2      THE WITNESS: I don't have any knowledge
3  of that.
4  BY MS. GOODMAN:
5      Q. To your knowledge, did the Army pay
6  Google directly for the use of Campaign Manager?
7      MR. MCBIRNEY: Objection. Calls for a
8  legal conclusion. Lack of foundation.
9      THE WITNESS: I don't have any knowledge
10 of that.
11 BY MS. GOODMAN:
12     Q. To your knowledge, did the Army pay
13 Google directly for the use of Google Ad Manager?
14     MR. MCBIRNEY: Objection. Calls for a
15 legal conclusion. Lack of foundation.
16     THE WITNESS: I don't have any knowledge
17 of that.
18 BY MS. GOODMAN:
19     Q. To your knowledge, did the Army pay
20 Google directly for the use of DoubleClick for
21 Publishers?
22     MR. MCBIRNEY: Objection. Calls for a
23 legal conclusion. Lack of foundation.
24     THE WITNESS: I don't have any knowledge
25 of that.

Page 227

1  BY MS. GOODMAN:
2      Q. To your knowledge, did the Army pay
3  Google directly for the use of DoubleClick Ad
4  Exchange?
5      MR. MCBIRNEY: Objection. Calls for a
6  legal conclusion. Lack of foundation.
7      THE WITNESS: I don't have any knowledge
8  of that.
9  BY MS. GOODMAN:
10     Q. To your knowledge, did the Army pay
11 Google directly for the use of AdSense?
12     MR. MCBIRNEY: Objection. Calls for a
13 legal conclusion. Lack of foundation.
14     THE WITNESS: I don't have any knowledge
15 of that.
16 BY MS. GOODMAN:
17     Q. To your knowledge, did the Army pay
18 Google directly for the use of AdMob?
19     MR. MCBIRNEY: Objection. Calls for a
20 legal conclusion. Lack of foundation.
21     THE WITNESS: I don't have any knowledge
22 of that.
23 BY MS. GOODMAN:
24     Q. Okay. Do you have any knowledge one way
25 or another of any direct exchange of money for

Page 228

1  products or services between the Army and Google?
2      MR. MCBIRNEY: Objection. Calls for a
3  legal conclusion and vague.
4      THE WITNESS: I don't have any knowledge
5  of money exchanges.
6  BY MS. GOODMAN:
7      Q. Okay. And when I say "direct," I'm
8  using the term that you -- the way that you
9  defined it meaning the way -- I think it was the
10 closest distance between two points; is that
11 right?
12     A. I --
13     MR. MCBIRNEY: Objection; vague.
14     THE WITNESS: I don't have any knowledge
15 of any payments or how we make payments or who we
16 make payments to.
17 BY MS. GOODMAN:
18     Q. Okay. Are you of -- aware of any
19 agreement between the Army and Google with two
20 parties to that agreement?
21     MR. MCBIRNEY: Objection. Calls for a
22 legal conclusion. Lack of foundation.
23     THE WITNESS: I'm not aware of the
24 existence of an agreement, if there is one or
25 not.

Page 229

1  BY MS. GOODMAN:
2      Q. Okay. Has anybody at your ad agency,
3  DDB, ever told you that Google was engaging in
4  anticompetitive conduct?
5      A. No.
6      Q. Did anybody at your ad agency, DDB, ever
7  tell you that Google was causing you to pay more
8  for digital advertising?
9      A. No.
10     Q. Did anybody at your ad agency, DDB, ever
11 tell that you Google was causing the Army to pay
12 more for Open Web Display Advertising?
13     A. No.
14     Q. Did anybody at OMD ever tell you that
15 Google was engaging in anticompetitive conduct?
16     A. No.
17     Q. Did anyone at OMD ever tell you that
18 Google was causing the Army to pay more for
19 digital advertising?
20     A. No.
21     Q. Did anybody at OMD ever tell you that
22 Google was causing the Army to pay more for Open
23 Web Display Advertising?
24     A. No.
25     Q. Sitting here today, do you have any

58 (Pages 226 - 229)

Page 246

1  for information relevant to this lawsuit?
2      A.  I did not.
3          MS. GOODMAN:  I reserve the remainder of
4  my time for this deposition based on the improper
5  privilege assertions made at the outset of the
6  deposition.  So I close the dep -- I'm holding
7  the deposition open.
8          MR. MCBIRNEY:  Can I get a time check?
9          THE VIDEOGRAPHER:  We are at 5:55
10  minutes.
11          MR. MCBIRNEY:  Okay.  The government
12  does not agree with your position that the
13  deposition should remain open, but we understand
14  your position.
15          MS. GOODMAN:  Okay.
16          MR. MCBIRNEY:  Off the record.
17          THE VIDEOGRAPHER:  Anything else for the
18  record?
19          MS. GOODMAN:  Thank you, Colonel.
20          THE WITNESS:  Thank you very much.
21          THE VIDEOGRAPHER:  This marks the end of
22  the deposition of Colonel John Horning.  We're
23  going off the record at 1753.
24          (Deposition concluded -- 5:53 p.m.)
25

Page 247

1          C E R T I F I C A T E
2
3      I do hereby certify that I am a Notary
4  Public in good standing, that the aforesaid
5  testimony was taken before me, pursuant to
6  notice, at the time and place indicated; that
7  said deponent was by me duly sworn to tell the
8  truth, the whole truth, and nothing but the
9  truth; that the testimony of said deponent was
10  correctly recorded in machine shorthand by me and
11  thereafter transcribed under my supervision with
12  computer-aided transcription; that the deposition
13  is a true and correct record of the testimony
14  given by the witness; and that I am neither of
15  counsel nor kin to any party in said action, nor
16  interested in the outcome thereof.
17
18      WITNESS my hand and official seal this
19  21st day o
20
21
22          Notary Public
23
24
25

Page 248

1  Jimmy McBirney, Esq.
2  jimmy.mcbirney@usdoj.gov
3          August 21, 2023
4  RE:   United States, Et Al v. Google, LLC
5      8/18/2023, John  Horning (#6060378)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25

Page 249

1  United States, Et Al v. Google, LLC
2  John  Horning (#6060378)
3          E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  John  Horning              Date
25

63 (Pages 246 - 249)