## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF FILING

Defendant Google LLC ("Google") files the following additional exhibits that have been identified in the ***Declaration of Bryon Becker*** (Doc. 581):

# Exhibits 21-30

Those documents are filed herewith.

| | |
|---|---|
| Dated:  April 26, 2024. | Respectfully submitted, |
| *Of Counsel for Google LLC:* | */s/ Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942) |
| Eric Mahr (*pro hac vice*) | THE LAW OFFICE OF |
| Andrew Ewalt (*pro hac vice*) | CRAIG C. REILLY, ESQ. |
| Julie Elmer (*pro hac vice*) | 209 Madison Street, Suite 501 |
| Justina Sessions (*pro hac vice)* | Alexandria, VA 22314 |
| Lauren Kaplin (*pro hac vice*) | Telephone: (703) 549-5354 |
| Jeanette Bayoumi (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Claire Leonard (*pro hac vice*) | craig.reilly@ccreillylaw.com |
| Sara Salem (*pro hac vice*) | |
| Tyler Garrett (VSB # 94759) | |
| FRESHFIELDS BRUCKHAUS | Karen L. Dunn (*pro hac vice*) |
| DERINGER US LLP | Jeannie H. Rhee (*pro hac vice*) |
| 700 13th Street, NW, 10th Floor | William A. Isaacson (*pro hac vice*) |
| Washington, DC 20005 | Joseph Bial (*pro hac vice*) |
| Telephone: (202) 777-4500 | Amy J. Mauser (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Martha L. Goodman (*pro hac vice*) |
| eric.mahr@freshfields.com | Bryon P. Becker (VSB #93384) |
| | Erica Spevack (*pro hac vice*) |
| Daniel Bitton (*pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & |
| AXINN, VELTROP & HARKRIDER LLP | GARRISON LLP |
| 55 2nd Street | 2001 K Street, NW |
| San Francisco, CA 94105 | Washington, DC 20006-1047 |
| Telephone: (415) 490-2000 | Telephone: (202) 223-7300 |
| Facsimile: (415) 490-2001 | Facsimile (202) 223-7420 |
| dbitton@axinn.com | kdunn@paulweiss.com |
| Bradley Justus (VSB # 80533) | |
| David Pearl (*pro hac vice*) | Meredith Dearborn (*pro hac vice*) |
| Allison Vissichelli (*pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & |
| AXINN, VELTROP & HARKRIDER LLP | GARRISON LLP |
| 1901 L Street, NW | 535 Mission Street, 24th Floor |
| Washington, DC 20036 | San Francisco, CA 94105 |
| Telephone: (202) 912-4700 | Telephone: (646) 432-5100 |
| Facsimile: (202) 912-4701 | Facsimile: (202) 330-5908 |
| bjustus@axinn.com | mdearnborn@paulweiss.com |
| | *Counsel for Google LLC* |