# EXHIBIT 27

INTERNAL ONLY

# Google

# PBS Competitive Intelligence
## Amazon (go/PBSamazon)

**November 2015**
Tiffany Chantra (chantra@)

*Key contributors:* Ben Byon (benb@), Brian Jackson (brianjackson@), Gwen Watson (gwatson@), Jesse Adkins (jesseadkins@), David Noam (dnoam@), John Skinner (jskinner@), Cliff Samaniego (csamaniego@), Steven Muller (mullers@), Morgane Gaudin (mgaudin@), Natalia Bergamaschi (nbergamaschi@), Camille Barrio (camillebarrio@), Salil Shah (salils@), Fabrizio Angelini (angelini@), Roberto Ruju (robertoruju@)

INTERNAL ONLY

# How to use this document

- This is an overview of Amazon's advances in digital advertising, focused on their DoubleClick competitor from the publisher perspective
- This document provides some high-level counterpoints that Google can offer our partners, but this is not a tactical pitch deck
  - Meant as an internal-only handout / takeaway
  - Sources are in the "notes" section with links to details / additional docs
- Note: Amazon's advertising products may not yet be available in your country, but they should not be underestimated
- Amazon's secrecy makes it difficult to gain intelligence - your intel submissions are encouraged!

Google

CONFIDENTIAL

GOOG-AT-MDL-003530783

INTERNAL ONLY

# Executive Summary

- Amazon **may be small in absolute terms today** (~$1 billion advertising revenue projected in 2015), **however it poses one of the largest potential threats** to our programmatic advertising business.

- Amazon owns the **best database of shopping and purchase history, which drives high-performing advertising and is a key differentiator and advantage**.

- Amazon is **actively building a walled garden to compete with the DoubleClick stack,** and this should not be underestimated. They are especially focused on **growing their Mobile App Ad Network and deepening relationships with developers through innovative programs**.

- Google has key assets including scale and our full platform that can **outperform Amazon and better serve the full needs of our partners**.

Google

CONFIDENTIAL

GOOG-AT-MDL-003530784



CONFIDENTIAL

GOOG-AT-MDL-003530789



GOOG-AT-MDL-003530790



1 https://advertising.amazon.com/#traffic

CONFIDENTIAL

GOOG-AT-MDL-003530791



1 http://adage.com/article/digital/amazon-make-easier-buy-ads-serve-tool/294243/
2 "A9's Publisher Products team is working to extend our ad serving technology to top websites and mobile apps worldwide."
(screenshot, URL)

GOOG-AT-MDL-003530792

| Id | Date | Text |
|---|---|---|
| 1 | 05/13/2017 17:58:37 | +chantra@google.com<br><br>should this be updated to include Amazon header wrapper? |
| 2 | 05/13/2017 17:58:37 | +sleungli@google.com |

CONFIDENTIAL

GOOG-AT-MDL-003530793



1 Product Advertising API: http://docs.aws.amazon.com/AWSECommerceService/latest/DG/RG_Images.html
2 Portals screenshot (ask.com) with Amazon Product Ad Syndicated: https://screenshot.googleplex.com/2sArE6cDRK
3 Sponsored Products: http://services.amazon.com/content/sell-on-amazon/sponsored-products.htm
4 Sponsored Links: http://www.amazon.com/gp/ads/whats-this.html

GOOG-AT-MDL-003530794



1http://techcrunch.com/2008/02/07/amazon-quietly-launches-product-ads-secretly-wants-to-become-a-shopping-search-engine/
2http://www.adweek.com/news/technology/amazon-advertisings-sleeping-giant-awaken-2013-145964?page=2
3http://adage.com/article/digital/advertising-amazon-s-newest-low-price-weapon/237630/
4http://techcrunch.com/2014/08/22/amazon-now-piloting-cpm-ads-with-select-amazon-associates-publishers/
5http://techcrunch.com/2013/08/27/amazon-opens-its-associates-affiliate-program-to-mobile-app-developers/
6https://developer.amazon.com/public/community/post/Tx2YLACM64TS0MN/Monetize-Your-App-with-Amazon-Mobile-Ads-API-and-Get-a-Kindle-Fire-HD
7http://digiday.com/publishers/is-amazon-the-sleeping-giant-of-media/ and UBS, desk research, OC&C Analysis report 2014
8http://techcrunch.com/2015/05/13/amazons-new-ad-platform-lets-app-developers-target-android-and-fire-users/
9http://www.adweek.com/news/technology/amazon-sponsored-links-seen-direct-threat-google-adwords-159713
10http://recode.net/2014/02/05/amazon-lays-foundation-for-giant-video-advertising-business/ and http://adage.com/article/digital/amazon-launches-video-ad-business-geico/291779/
11http://marketingland.com/amazon-retiring-product-ads-offers-new-text-ads-as-alternative-138394 and http://www.ppchero.com/amazon-text-ads-to-be-discontinued/ and http://techcrunch.com/2015/10/30/amazon-to-exit-daily-deals-with-closure-of-amazon-local/
12 http://www.cpcstrategy.com/blog/2012/05/amazon-launching-sponsored-products-amazons-own-adwords-2/
13 https://developer.amazon.com/public/solutions/underground and https://developer.amazon.com/public/solutions/merch and https://payments.amazon.com/home
14 http://www.forbes.com/sites/gregsatell/2013/08/06/okay-heres-the-real-reason-why-jeff-bezos-bought-the-washington-post/

GOOG-AT-MDL-003530795