# EXHIBIT 30

Google Ad Manager

# Yield Management & U1PA Best Practices in Google Ad Manager

April 2020

Frank Wendland, Giulio Minguzzi, Michał Dąbrowski, Giacomo Speranza

**INTERNAL ONLY - DO NOT SHARE WITH PUBLISHERS**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177232

## Agenda

- Welcome
- Yield Management in the light of 1st Price Auction (Frank, GTM)
- Pricing Best Practices (Michal, gTech)
- Case Study Italy (Giacomo, Revenue Solutions)
- Q&A (Giulio, GSL)

Please add your questions to the dory

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177233



HIGHLY CONFIDENTIAL



All the sources of non-guaranteed demand can compete in a unified 1st price auction. The floor of this auction is determined by the Admanager reserve price

GOOG-DOJ-AT-02177235



I would like to refresh your knowledge on our yield optimization bucket and highlight changes since we have transitioned to U1PA

Basically we have 3 bucket of yield optimization tools

Optimize Inventory allocation:
This is about Optimizing the competition between Guaranteed reservations and  non-guaranteed demand
Pricing / Optimize revenue in the auction
This is about floor price optimisation, or what are buyers willing to pay on query basic
Maximize demand

GOOG-DOJ-AT-02177236



Which tools fall in the bucket...

GOOG-DOJ-AT-02177237



In the bucket auction pricing we indeed made some changes.

Target CPM is stil activated and a significant yield driver. However Optimized Pricing and Revenue Share Optimization are paused due to the transition to the 1PA.

I will get to this a bit later.

GOOG-DOJ-AT-02177238



In the third bucket we still have Open Bidding our feature which allows to connect 3rd party Exchanges.

# Ad Manager yield management glossary

Internal / Confidential

## "Floor Price"    VS    "Reserve Price"

This is the price set by the publisher in the (eligible) **unified pricing rule**

This is the 'price to beat' for programmatic buyers

Sent in the RTB callout to Authorized Buyers and Open Bidding exchanges

Determined by different factors, including - **but not only** - the floor set by a publisher - Learn more

GOOG-DOJ-AT-02177240

# Ad Manager Yield Management Glossary

## "Non-guaranteed"

Includes following line item
types in Ad Manager

- Price Priority
- Bulk
- Network
- Ad Exchange, AdSense
- House

VS

## "Remnant"

Includes following line item
types in Ad Manager

- Price Priority
- Bulk
- Network

Present

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177241



## Best Practices for AdX set-up

- Use one AdX Line Item or Yield Group per environment
  - Display, Video, Mobile App
  - Target it to Run of Network + Special Ad Units
- Use Inventory Exclusion Protection to exclude unwanted inventory
  - Only applies to OA, does not apply to PA, OB, FL
- Make sure Rate in Remnant Line Items is set to a value that reflect actual payout
- Traffic Header Bidding as Price Priority not as Guaranteed
- For linked AdX Accounts, UPRs defined in the linked account apply
- For ease of management, limit UPRS as much as possible. You can't create more than 200 UPRs (This can be increased, details at go/limits-comms)

Google

GOOG-DOJ-AT-02177273

## Utilize demand-based pricing

- UPR targeting section lets you decide what inventory the UPR applies to. All demand will be subject to the same floor by default
- UPRs allow to set different floor prices depending on the incoming demand:
  - Advertisers/Brands
  - Different sizes in one multi-size request
  - Display/Video creatives (useful for outstream slots)



GOOG-DOJ-AT-02177274

## Utilize experiments

- In a dynamic publisher environment "Doing testing" is the best "best practice"
- Ad Manager offers opportunities cards that can be turned into experiments to test effects of changes such as rule pricing changes
- Two new Betas introduced in April:
  - Manual Publisher Experiments: **Category Blocks**
  - Manual Publisher Experiments: **Pricing Floors**



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177275



GOOG-DOJ-AT-02177276



# Reporting

### Impressions are only attributed when there is fill

EDIT ⓘ     EXPORT RESULTS ▾     SHARE

| Pricing rules | Ad requests | Coverage | Ad impressions |
|---|---|---|---|
| (No pricing rule applied) | 1,653,035,791 | 0.21% | 3,295,656 |
| First Look ALLOW | 5,641 | 100.00% | 5,438 |
| First Look ALLOW - GLOWNA | 189 | 100.00% | 180 |
| RON_amp_0.60 | 28,960,568 | 100.00% | 21,096,208 |
| RON_amp_INT_0.78 | 1,694,391 | 100.00% | 1,257,473 |
| RON_app_upr_0.60 | 9,384,849 | 100.00% | 6,362,092 |
| RON_INT_mobile_upr_1.49 | 17,426,103 | 100.00% | 16,625,324 |
| RON_INT_right_upr_1.49 | 6,754,973 | 100.00% | 6,447,762 |

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177277



## Reporting

**(No pricing rule applied)** has multiple meanings:

- It's a bucket for all unfilled impressions
- Also all Line Items not eligible for UPRs show up here, like Standard or House
- It shows up in reporting when no UPR matched

EDIT  ⓘ    EXPORT RESULTS ▾    SHARE

| Pricing rules | Ad requests | Coverage | Ad impressions |
|---|---|---|---|
| (No pricing rule applied) | 1,653,035,791 | 0.21% | 3,295,656 |
| First Look ALLOW | 5,641 | 100.00% | 5,438 |

Google

GOOG-DOJ-AT-02177278



GOOG-DOJ-AT-02177279

Privileged & Confidential

## Where do UPRs apply?

- Open Auction
- Private Auction
- Open Bidding
- Most Remnant Line Items

UPRs do **NOT** apply to:

- Guaranteed Line Items
- Preferred Deals
- Programmatic Guaranteed
- House Line Items, Remnant Line Items $0 Rate (or Value CPM)
- Performance Line Items Excluded from price competition (Comms Doc)

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177280



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177281



# Troubleshooting

### Why is my eCPM below the Floor Price?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177282



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177283

## UPR Best Practices Resources

- Externally Shareable:
  - Unified Pricing Rules Help Center page
  - Unified Pricing Rules Best Practices PDF
  - Unified Pricing Rules Strategy TIPS document
- Internal:
  - Internal Unified Pricing Rules TIPS document

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02177284