# EXHIBIT 37



https://docs.google.com/a/google.com/Doc?id=cc23j3t2_74hcvfqd6q&authkey=CKCuueUO

CONFIDENTIAL

GOOG-AT-MDL-015269020



# AdX has advantages that no competitor has 

**Large reach & Premium inventory**

- AdX advertisers are able to buy inventory from many sources
  - Youtube, AdSense publishers, and AdX publishers

**Great development team = Great product**

- Google has a large development team that has been able to build an easy to use product with a broad range of capabilities
  - Real Time Bidding
  - API: Integration with other technologies
  - Easy and functional UI
  - Targeting controls and optimization tools
  - Above the fold Targeting
  - Coming soon: Private ad slots

**Other Google products complement**

- Google offer services across the entire advertising value chain
  - Integration with DFP
  - Ad serving technology: DFA
  - Creative optimization: Teracent
  - DSP services: InviteMedia
  - Mobile ads: AdMob

CONFIDENTIAL

## Rightmedia is leading the market but AdX is getting closer

Google

| | rm rightmedia | doubleclick | ADMELD | PubMatic | ADECN | rubicon | OpenX | AdBrite | ADSDAQ |
|---|---|---|---|---|---|---|---|---|---|
| **Inventory quality** | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 |
| **Reach / Volume** | 4 <br> 180M uniques | 4 <br> 178M uniques | 2 <br> N/A | 2 <br> 125M uniques | 3 <br> 165 M uniques | 3 <br> 170M uniques | 1 <br> N/A | 1 <br> 91M uniques | 2 <br> 123M uniques |
| **UI usability** | 3 | 3 | 2 | 3 | 2 | 1 | 3 | 3 | 1 |
| **Product features & technology** | 4 | 4 | 2 | 2 | 2 | 1 | 2 | 2 | 0 |
| **Bidding capabilities** | 2 | 4 | 2 | 2 | 2 | 1 | 1 | 2 | 0 |
| **Service** | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 1 |
| **Other** | No central clearing house Yahoo! backing | Only CPM pricing Google backing | | Ad color optimization for publishers | Microsoft backing | | Open source, free to use | Malware, spam, click fraud | |

Source: DSP survey, Comscore

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-015269038



GOOG-AT-MDL-015269039



GOOG-AT-MDL-015269040



GOOG-AT-MDL-015269041



GOOG-AT-MDL-015269042



GOOG-AT-MDL-015269043



GOOG-AT-MDL-015269044







CONFIDENTIAL



CONFIDENTIAL



GOOG-AT-MDL-015269049