# EXHIBIT 38

# REDACTED

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

UNITED STATES OF AMERICA,
et al.,

                Plaintiffs,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:23-cv-00108-LMB-JFA

**Expert Report of Judith A. Chevalier**
**January 23, 2024**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

concurrent introduction of UPR and UFPA was associated with a net output expansion and that AdX did not significantly displace sales made by competing exchanges. In sum, Prof. Simcoe's ███████████████ does not show that AdX's revenue share was excessive.

17.    ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████ None of those documents constitute an economic analysis, nor do they constitute a reasonable or reliable basis from which to infer a benchmark but-for revenue share for AdX.

18.    In **Section V.B**, I describe how Prof Simcoe's ████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████ Inherent in Prof. Simcoe's ████████████
████████████████████████████████████████████████████████
████████████████████████████ Relaxing this strong assumption reveals that, ████████████████████████████████████████████████
████████████████████████████████████ Accounting for this variation implies that damages, if any, to some individual advertisers could be quite limited, or even *de minimis*. Furthermore, despite the presence of many other entities in the ad buying process (*e.g.,* agencies, ad-buying tools), Prof. Simcoe and Dr. Respess fail to consider the possibility that

████████████████████████████████████████████████████████
████████████████████████████

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

exchanges, it is completely unfounded for Prof. Simcoe to conclude that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[142]

65.　　Even if Prof. Simcoe were correct that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓ CPM is a measure of the price paid by advertisers. All else equal,

while, for a given impression, a lower CPM is less preferred by publishers, a lower CPM is better

for advertisers and, an exchange with low-cost advertising opportunities will attract more

advertisers. Further, Plaintiffs are seeking to recover damages on behalf of advertisers, namely the

FAAs, not publishers. If it were indeed true that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, this would, all else equal, benefit the FAAs.

66.　　Putting aside Prof. Simcoe's flawed logic, his conclusion that his empirical results

demonstrate ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is also economically flawed. Prof. Simcoe's

empirical model consists of a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[143] A linear regression is

a tool for statistical analysis widely used by economists and statisticians.[144] Generally, economists

and statisticians use p-values to assess whether the relationships measured in a linear regression

model are likely to simply be caused by chance rather than a reliable empirical relationship.[145] A

p-value smaller than 0.100 typically implies that a relationship is statistically significant.[146] Prof.

Simcoe reports ▓▓▓▓▓▓▓▓▓▓▓▓▓ in his report, but not for this one.[147] Based on Prof.

---

[142] Simcoe Report, ¶ 87.
[143] Simcoe Report, Figure 8.
[144] Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach,* South-Western Cengage Learning, 2013 (5th Ed.), at p. 22.
[145] Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach,* South-Western Cengage Learning, 2013 (5th Ed.), at pp. 133-135.
[146] Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach*, South-Western Cengage Learning, 2013 (5th Ed.), at pp. 123-124, 133-135, 138.
[147] *See, e.g.*, Simcoe Report, Figure 16.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Simcoe's back-up data, I have calculated the p-value for ███████████ ███.[148] The p-value

of ███ is much too high for the results of Prof. Simcoe's regression to be considered statistically

significant. As such, this regression with a small number of observations and statistically

insignificant results cannot be interpreted as demonstrating ██████████████████)

██████████████████████████, and thus cannot reliably be used to "predict" an

appropriate but-for revenue share for AdX.

67.     In addition to the flawed logic and weak results of Prof. Simcoe's ███████)

██████ the empirical results are also quite fragile to modest changes in data and assumptions.

Specifically, Prof. Simcoe's conclusion that ██████████████████████)

███████████ is especially sensitive to his choice to use █████████████████)

Given that Plaintiffs seek damages on behalf of the FAAs, which largely focus their advertising on

U.S. internet users,[149] the choice to █████████████████ is puzzling. Turning to

U.S. data also allows the inclusion in the analysis of competing exchanges that reported only U.S.

data rather than worldwide data in the discovery process. Applying Prof. Simcoe's ██████)

██████████████ leads to Figure 9 below. In the figure, I show the regression line

constructed identically to Prof. Simcoe's, but ████████████████ and using U.S.

revenue shares and CPMs. I show ████████████████████████)

████████████████████████. The slope of the estimated

relationship between █████████████████████████████████)

██████████████ None of the estimated slope coefficients are ███████████████)

[148] Simcoe Report Workpapers, Comparables Scatter Plot.xlsx, at tab "comparables_bestfit.xlm." The p-value is calculated using a two-tailed t-test on the coefficient 0.0766, with standard error 0.0738 and 5 degrees of freedom. Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach*, South-Western Cengage Learning, 2013 (5th Ed.), at pp. 134-135, 787.

[149] For example, I estimate that, collectively, during the damages period, more than 99.6% of FAA spending through DV360 was targeted at U.S. users. *See* Workpapers, "us_share_of_faa_spending.csv;" Appendix Exhibit 1.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 10. Worldwide Average Revenue Shares of Competing Exchanges Considered by Prof. Simcoe (Jan. 2019 – Mar. 2023)**



**Notes & Sources:** Asterisks denote exchanges with an average revenue share that is higher than the weighted average revenue share of ▮ Average revenue shares for each exchange are calculated based on worldwide transactions over the period from January 2019 – January 2023. Simcoe Report Workpapers are used to process and analyze exchange data. *See also* Exhibit 12.



76.     Prof. Simcoe has not explained what ▮

▮

▮

▮ Alternatively, to the extent that these competitors were able to maintain their above-average revenue shares without engaging in allegedly anticompetitive conduct, Prof. Simcoe has not explained why ▮

▮ Prof. Simcoe's failure to provide these explanations invalidates his Comparables Approach. Prof. Simcoe has simply presumed that ▮

▮

▮

▮

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



113.    Figure 18 shows that the same patterns persist when revenues are calculated on a net (rather than gross) basis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

them, their spending, the prices of the impressions that their ad agencies purchase, their click-through rates, and their advertising strategies. These differences can be correlated with how sensitive the advertiser is to changes in price, which can affect the share of any overcharge borne by the advertiser. In fact, when █████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████)

138.    Prof. Simcoe has neither analyzed nor accounted for ███████████ ████████████████████████████ Consequently, Prof. Simcoe's overcharge apportionment analysis does not ████████████████████████████████████████████ ██████████████████████)

### a)    The FAAs Differ from the Average Advertiser and Among Themselves in Many Ways

139.    The FAAs differ from the average advertiser, and differ among themselves, on a number of dimensions, such as the average AdX revenue share associated with their transactions, their ad spend, the CPM of the impressions that their ad agencies purchase, and their advertising strategies, among others.[319] As discussed above, the average AdX revenue share associated with the FAA transactions at issue (18.5 percent) is different from the average AdX revenue share associated with non-FAA transactions, even within the same industry. Dr. Respess's Figure 13 reports ████████████████████████████████████████████████████) ████████████████████████████ According to Dr. Respess, ███████████████) ████████████████████████████████████████████████████████████████)

---

[319] In addition to the dimensions discussed below, the FAAs primarily target ads to reach U.S. users. For example, collectively, during the damages period, more than 99.6% of FAA spending through DV360 was targeted at U.S. users. *See* Workpapers, "us_share_of_faa_spending.csv."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

███████████████████████████████████████████████████

██████████[320] According to Dr. Respess, ███████████████

████████████████████ ██████████████████████████

███████████████████████████████████████████████████

██████████[322]

140.    Further, Dr. Respess's Figure 16 shows that ████████████████

██████ According to Dr. Respess's calculations, ██████████████████

████████████████████████████[323] In addition, according to Dr. Respess's

Figure 16, ████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████[324]

141.    Google's buy-side data, ████████████████████████████

██████████████ show that the FAAs are among the larger advertisers in terms of DV360

spending.[325] On DV360, the spend on the FAAs' behalf considerably exceeds that of the average

spending among U.S. advertisers using DV360.[326] As shown in Figure 22, each of the seven FAAs

with DV360-to-AdX transactions at issue[327] individually spend substantially more than the

---

[320] Exhibit 24. Note that in this data, the VA's spending is entirely associated with "Healthcare" while all other FAAs' spending is entirely associated with "Education & Government."

[321] Respess Report, Figure 17; Respess Report Errata, Figure 17 (Corrected). Calculated as ███████████ ██████

[322] Exhibit 24. Calculated from Respess Report, Figure 13.

[323] Exhibit 25.

[324] Exhibit 25. Simcoe Report, ¶¶ 254-256, Figure 21, Figure 29. Note that according to Dr. Respess's Figure 16 (Respess Report Errata, Figure 16 (Corrected)), ████████████████████████████ *See* Exhibit 26. ████████████████████████

[325] Note also, that Prof. Simcoe, too, refers to the FAAs as "large advertisers" albeit in more generic terms. *See* Simcoe Report, ¶ 127.

[326] Exhibit 26. For the purposes of my analyses in Figures 22-26, I use the field advertiser_parent_name to identify advertisers in the data.

[327] The exception is the Navy whose DV360-to-AdX transactions are not among the FAA transactions at issue.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Notes & Sources:** From Exhibit 29.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

██████████████████████████████████████████████████████████.[368] By

contrast, Prof. Simcoe's simulation estimates ███████████████████████████████

███████████████████[369] Advertisers will differ in terms of which publishers they purchase

inventory from. As such, accounting for differences among publishers, in addition to differences

among advertisers, would likely lead to further dispersion in the range of potential advertiser

overcharge shares applicable to any individual advertiser.

158.    Prof. Simcoe does not conduct ████████████████████████████████

████ he simply assumes that ██████████████████████████████████████████

██████████████████████████ However, my analysis above reveals that there are

material differences across advertisers, which can have a material impact on the share of any AdX

overcharge borne by any specific set of advertisers, including the FAAs.

159.    Prof. Simcoe points to ██████████████████████████████████████

█████████████████████████████████ ████████████████████████████████████

█████████ ████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

███████████████████████████████████

---

[368] *See* Exhibits 36, 40 and 43. ████████████████████████████████████████
███████████████████████████████████████████████████████████ *See also*
Exhibit 36, rows [11]-[15], ███████████████████████████████████████████████
████████████████████████████████████████████████████████
[369] Simcoe Report, ¶ 315, Figure 21. ████████████████████████████████████████
██████████████████████████████████████████████████████████████████
[370] Simcoe Report, ¶ 246 ███████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
[371] Simcoe Report, ¶ 252; Simcoe Report Errata, ¶ 252 █████████████████████████████
██████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**APPENDIX EXHIBIT 11**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**APPENDIX EXHIBIT 11**

**REPLICATION OF RESPESS APPENDIX D, FIGURE 35
USING ALTERNATIVE BUT-FOR TAKE RATES**

Notes & Sources:

