# EXHIBIT 39

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF VIRGINIA

2                    ALEXANDRIA DIVISION

3

4    UNITED STATES OF AMERICA, et al.,

5              Plaintiffs,

6                                    Case No. 1:23-cv-00108

7              v.

8                                    HON. LEONIE H. M. BRINKEMA

9    GOOGLE LLC,

10             Defendant.

     _____

11

12                   HIGHLY CONFIDENTIAL

13   VIDEOTAPED DEPOSITION OF :

14             GABRIEL WEINTRAUB, PH.D.,

15   was held on Thursday, February 29, 2024, commencing at 9:49

16   a.m., at the Department of Justice, 450 Fifth Street,

17   Northwest, Washington, D.C. 20530, reported by Jeaninn Alexis,

18   Notary Public.

19

20

21

22      Job No. CS6464582

HIGHLY CONFIDENTIAL

Page 2

1          A-P-P-E-A-R-A-N-C-E-S:
2
3    On behalf of PLAINTIFFS:
4     ISABEL AGNEW, ESQUIRE
       RACHEL HANSEN, ESQUIRE
5     JULIA TARVER WOOD, ESQUIRE
       U.S. DEPARTMENT OF JUSTICE
6     ANTITRUST DIVISION
       450 Fifth Street, Northwest,
7     Washington, D.C. 20530
       (202) 552-9047
8     EMAIL: rachel.hansen@usdoj.gov
9
10   On behalf of DEFENDANT:
11    ANDREW J. EWALT, ESQUIRE
       TYLER GARRETT, ESQUIRE
12    LIJUN ZHANG, ESQUIRE
       FRESHFIELDS BRUCKHAUS DERINGER US LLP
13    700 13th Street, Northwest,
       Washington, D.C. 20005
14    (202) 777-4591
       EMAIL: andrew.ewalt@freshfields.com
15
16    JAMES K. HUNSBERGER, ESQUIRE
       AXINN, VELTROP & HARKRIDER LLP
17    1901 L Street, Northwest,
       Washington, D.C. 20036
18    (607) 591-0870
       EMAIL: jhunsberger@axinn.com
19
20
21   ALSO PRESENT:
22   Warren Grey - Videographer

Page 4

1
   Exhibit 13  A Framework for Dynamic Oligopoly in      215
2        Concentrated Industries
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 3

1          I-N-D-E-X
2    Videotaped Deposition of Gabriel Weintraub, Ph.D.
3          February 29, 2024
4
5    EXAMINATION BY:                    PAGE
6    MR. EWALT                    6
7
8    EXHIBITS:  DESCRIPTION:              PAGE

9    Exhibit 1   Expert Report of Gabriel Weintraub, PH.D.   15
10   Exhibit 2   Expert Rebuttal Report of Gabriel        16
          Weintraub, PH.D.
11
     Exhibit 3   Expert Report of Gabriel Weintraub        16
12        (December 22, 2023)--Errata
13   Exhibit 4   Expert Report of Gabriel Weintraub        17
          (December 22, 2023)--Supplemental Errata
14
     Exhibit 5   Expert Report of Gabriel Weintraub        17
15        (February 13, 2024)--Errata
16   Exhibit 6   Changes to Ad Manager Ad Mob auction     35
17   Exhibit 7   Expert Report of Robin S. Lee       44
18   Exhibit 8   Overall Pub Yield With DRS         83
19   Exhibit 9   Summary              112
20   Exhibit 10  Poirot V2.0              113
21   Exhibit 11  Monthly Number of Publishers with One or   187
          More Impressions Sold Through AdX
22
     Exhibit 12  Impressions              207

Page 5

1          P-R-O-C-E-E-D-I-N-G-S
2        THE VIDEOGRAPHER:  Good morning.  We're
3    going on the record at 9:49 a.m. on February 29, 2024.
4    This is Media Unit 1 of the video-recorded deposition
5    of Gabriel Weintraub, taken by counsel for the
6    plaintiff in the matter of United States, et al.,
7    versus Google LLC, filed in the U.S. District Court
8    for the Eastern District of Virginia, Case
9    Number 1:23-cv-00108-LMB-JFA.
10        The location of the deposition is the DOJ
11   Antitrust Division Office, 450 Fifth Street,
12   Northwest, Washington, D.C.
13        My name is Warren Grey representing Veritext
14   Legal Solutions.  I'm the videographer.  The court
15   reporter is Jeaninn Alexis from the firm of Veritext
16   Legal Solutions.
17        Counsel, please introduce yourselves for the
18   record.
19        MR. EWALT:  Andrew Ewalt from Freshfields on
20   behalf of Google.
21        MR. ZHANG:  Lijun Zhang from Freshfields on
22   behalf of Google.

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 194

1  there's the understanding that more thickness in the
2  sell-side, more publishers, more diversity of
3  publishers, some important aspect of -- of an exchange
4  because it provides alternatives and -- and -- and --
5  and more options for buyers, for advertisers, I think
6  quantifying that exact list is very complex.  I
7  believe I -- I personally didn't have the -- the data
8  to do it and I haven't done it.
9       BY MR. EWALT:
10   Q   Have you quantified how many advertisers an
11  exchange must attract to be viable?
12       MS. HANSEN:  Object to the form.
13       THE WITNESS:  In -- in my report, I
14  discussed the importance of thickness, adversity, and
15  number of advertisers for an exchange because that
16  allows publishers to monetize it even better.  I
17  discussed how the exclusivity into AdX provided a huge
18  advantage for AdX by increasing that thickness and
19  also, therefore, attracting publishers.
20       Similar to the -- to the case that I just
21  described, on the sell-side, quantifying this, because
22  there's so much that's originated in complexity, I

Page 195

1  think it's hard.  And I don't need to be like -- I
2  have the data to do it and to even -- I -- I don't
3  think I was able to do it.
4       BY MR. EWALT:
5    Q   Have you quantified how many impressions an
6  ad exchange must transact to be viable?
7       MS. HANSEN:  Object to the form.
8       THE WITNESS:  So with -- im- -- im- --
9  impressions are now more directly related -- I guess
10  thickness would be pa- -- implies more impressions.
11  More impressions implies more revenues.
12       I discussed in my report how denying --
13  denying rival scales in terms of impressions affect
14  their profitability because if your exchange
15  typically -- the cost scale, you're paying that cost,
16  but you only made revenues with impressions.
17       So you could envision that, you know, of
18  course, like more impressions would make an exchange
19  more likely to be viable, according to your
20  definition, and denying impressions to an exchange
21  would make exchange less viable, according to your
22  definition.

Page 196

1       I personally did not study cost data, like
2  the exact quantification of cost data.  You know, I
3  discussed the sources of costs.  It's like lenient
4  costs, processing cost, but I did not study the
5  quantification of this cost data to be able to give
6  you a number.  So directionally, I discussed, you
7  know, the importance of impressions directionally in
8  terms of profitability.  I did not study cost data.  I
9  personally didn't have access to cost data to be able
10  to quantify it.
11       BY MR. EWALT:
12   Q   Is it fair to say you did not quantify how
13  many impressions an ad exchange must transact to be
14  viable?
15       MS. HANSEN:  Object to the form.
16       THE WITNESS:  So -- so in my report, I
17  discussed directionally the importance of winging
18  impressions for profitability and how denying rival
19  scale affects profitability because there's a source
20  of cost, which is processing cost, which increases
21  lineally in the number of quarry or paying the cost,
22  but you all need to get revenues when you win.

Page 197

1       I did not study the cost structure of
2  exchanges, so I cannot give you a quantification, a --
3  a number, an exact number, the -- the one you're
4  asking for.
5       BY MR. EWALT:
6    Q   Did you quantify how much ad spending an
7  exchange must transact to be viable?
8       MS. HANSEN:  Object to the form.
9       THE WITNESS:  So when it comes to ad
10  spending, you know, you'll think of that as the
11  revenue side of -- of the exchange.  I mean, it's a --
12  a -- a -- a percentage of that would be the revenue
13  side of the ads that's spent.
14       In my report, I discussed, again,
15  directionally that gaining scale in terms of revenues
16  will, in terms of spend, likely make you more
17  profitable.  Denying your scale of the -- the denial
18  of an exchange scale would make -- would likely make
19  the exchange more profitable.  To come up with a
20  number, which is what you're asking for, I would need
21  to have access to the cost structure -- the cost
22  structure of exchanges, which I did not study.

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL

Page 258

1    THE WITNESS:  So my understanding of the
2  waterfall without -- for -- for now, without dynamic
3  allocation, is that exchanges were ordered according
4  to their average historical performance, you know, the
5  average historical re- -- revenue for impression.
6  When, you know, Google implemented dynamic allocation,
7  First Look, I think, in practice, AdX was at -- at the
8  top of the waterfall, and -- and the First Look
9  advantage is not only that.  It's not only that AdX or
10  the other exchanges would only even see the impression
11  if AdX doesn't buy it, but also AdX is the only
12  exchange that can compete with real-time bits.
13    So the other -- you know, the other
14  prices -- and just think of, like, the -- the highest,
15  which is -- would be the first exchange after AdX.
16  That acts as a floor for AdX, but it could happen that
17  that exchange has a real- -- real-time bid that is
18  higher than AdX but cannot win if AdX clears the
19  impression.
20    BY MR. EWALT:
21    Q   But AdX would only clear the impression if
22  it was bidding higher than the value CPM of the next

Page 259

1  exchange in the waterfall; correct?
2    MS. HANSEN:  Object to the form.
3    THE WITNESS:  So AdX -- so Ad- --
4  unnecessary condition for AdX to clear the impression
5  is that its real-time bid is higher than the highest
6  value CPM, and because I ordered -- and value CPM
7  would be the exchange right after AdX, right, the
8  va- -- the -- the value CPM would be average
9  performance for that exchange.  And -- and I just want
10  to make a distinction that that's not the same as the
11  real-time bid that that exchange has for that specific
12  impression if we're talking about -- this is just the
13  average historical --
14    Q   Would an economist expect publishers to set
15  higher reserve prices when they have two other options
16  than when they have only one other option?
17    MS. HANSEN:  Object to the form.
18  Foundation.
19    THE WITNESS:  What -- what do you mean by
20  one other option -- "other options"?
21    BY MR. EWALT:
22    Q   I mean that if -- if an impression has the

Page 260

1  possibility of being sold to two exchanges as to be --
2  as compared to the possibility of being sold to only
3  one exchange.
4    A   Ah, I see.
5    Q   So with --
6    A   And so then, yeah, I kind --
7    Q   Yeah, with that --
8    A   I -- I --
9    Q   -- understanding.
10    A   -- understand.
11    And can you rephrase the question now that I
12  understand?
13    Q   Let me try and repeat it.
14    A   Yeah.
15    Q   And see if you --
16    A   Okay.  Yeah.
17    Q   Would an economist expect publishers to set
18  higher reserve prices when they have two other options
19  than when they have one other option?
20    MS. HANSEN:  Object to the form.
21    THE WITNESS:  So economic models, in
22  general, you know, try to -- I'm guessing, maybe, try

Page 261

1  to capture reality, and you make assumptions that you
2  think much power is perfect, but, to some extent, with
3  a judgment, the reality you're trying to model -- and
4  when it comes to considering one or two exchanges down
5  the line, I think that's an assumption.  That's a
6  choice of the model that we -- that -- that one makes.
7    So I think your -- the answer to your
8  question depends on what do you think is the better
9  assumption is if you think publishers are optimizing,
10  considering only the next exchange down the road or,
11  like, maybe the two or three, whatever, there are.
12    In my opinion, based on the evidence I
13  revised, I think the assumption I made, which is when
14  you're optimizing -- AdX's optimizing exchanges,
15  optimizing is only looking at the next option, the
16  next, as we are discussing, as opposed to every option
17  down the road is more representative of the waterfall
18  scenario.  And -- and the reason for that is that
19  there's evidence that we've seen in the rebuttal
20  report.
21    First, that there's a lot of evidence that
22  Google suggests and that you should -- you know, you

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL

Page 262

1   should order exchanges according to these value CPMs
2   that you were mentioning.  You should put the highest
3   as a floor for AdX.  That's -- that's just the next
4   one.  The highest is a floor for AdX.  Now, even if
5   you do that, there's a possibility that, then,
6   publishers themselves would provide this, like,
7   really -- would do, like, this really complicated
8   optimization, that they will be, like, so far looking
9   elsewhere, but I don't set in the next, I will send it
10  to the next one, and so on.  I provide evidence.
11       And it's also my opinion that especially
12  before RPO was produced, so this is before 2015 where,
13  like, dynamic allocation has been operating for a
14  while, that assumption is not very realistic.  Like,
15  the publishers were, like, manually changing prices
16  and -- the -- the problem of, like, solving this
17  forward-looking optimization is -- is hard.  It's
18  complex.
19       So my opinion is that the assumption that
20  they're solving a simple problem -- and which, by the
21  way, is a very common simplification in the
22  literature, but this is called "dynamic programming."

Page 263

1   It just looks like one step ahead.  I also said I
2   couldn't on that, that that assumption captures better
3   the potential behavior of publishers than the
4   assumption that -- the alternative assumption is
5   they're suggesting about, like, being completely
6   forward looking.
7       So going back, I was -- well, I'll if we're
8   going back -- what an economist would expect, I think,
9   depends on what they think, how they think publishers
10  optimize floors.  I think that my assumption about
11  considering, like, one -- only one exchange ahead
12  is -- is closer to what was happening, especially
13  before, I think.
14       BY MR. EWALT:
15   Q    You mentioned that it's common for
16  economists to do one-step look-ahead; is that right?
17   A    So I mentioned that it's common.  I didn't
18  mention the specific part about economists.  I
19  mentioned that there's a literature, specially
20  operations research, that also is very -- you know, if
21  it -- it's a discipline.  It's basically a developed
22  algorithms.  There's a lot of operational research

Page 264

1   work actually in display advertising because of the
2   algorithmic nature.  So a lot of, like, when you
3   think -- when you look at the written re- -- like --
4   like, revenue price optimization, a lot of that
5   literature is developed by operation of researchers
6   and computer scientists, not so much by economists
7   because it's very computational, even though, of
8   course, economists are going to develop the theory of
9   optimal research price.
10       But now I'm thinking about just, like,
11  really, they're really gritty of computing these
12  things in real time and so on.  In that literature, in
13  the operation's research literature and the specific
14  programming, which is dynamic optimization, there's a
15  common assumption when the problem is too complex
16  which is just like a one-step look-ahead policy, which
17  is you just look at, like, one step ahead, and go,
18  which is essentially what I'm asking.
19   Q    Is it also common in the operation's
20  literature to do a multistep look-ahead?
21       MS. HANSEN:  Object to the form.
22       THE WITNESS:  So I -- I think it dep- -- it

Page 265

1   depends on the problem and the complexity of the
2   problem.  In this case, given the evidence I saw, I --
3   my opinion is that the assumption of one-step
4   look-ahead is closer to reality than the assumption
5   of, like, multiple-steps look-ahead.
6       BY MR. EWALT:
7   Q    And why -- why do you believe that the
8   assumption of one-step look-ahead is closer to reality
9   than the assumption of multistep look-ahead?
10   A    So there's two main reasons:  One is the
11  evidence -- I provide a lot of evidence that -- from
12  Google and other sources that the -- suggesting the
13  waterfall is to have your value CPMs order and then
14  take the highest, which is, like, the -- the option
15  right after AdX.  I use that as a floor, that that
16  should be a floor for AdX.  So -- so it's not saying
17  about the, like -- just take the highest, which is the
18  next section.  So that's one -- one piece of evidence.
19       Now, granted that you could still -- like,
20  the publisher could still provide, like, some
21  complicated optimization based on -- on -- on these
22  floors and try to be, like, forward-looking, there's

67 (Pages 262 - 265)

HIGHLY CONFIDENTIAL

Page 266

1 evidence that I also provide -- especially before RPO,
2 that was introduced in 2015, so First Look has been
3 running for a while, that publishers didn't have
4 gradeability to optimize reserve prices at the --
5 we're doing, like, manual things.
6       It's very hard to believe, for me, that if
7 you're optimizing reserve prices manually and you're
8 doing these hacks, that you would have the
9 sophistication to solve a complicated dynamic
10 optimization problem.  It's more -- to me, what's more
11 likely is that you will solve a simplification of the
12 problem that potentially just looks one step ahead.
13    Q    Does your one-step look-ahead approach
14 involve the use of less information than would be
15 necessary to implement a multistep look-ahead
16 approach?
17       MS. HANSEN:  Object to the form.
18       THE WITNESS:  So when -- when you are --
19 suppose you're, like, the first, like, on the top of
20 the waterfall, if you are using the one-step look
21 ahead to optimize your reserve price, you would only
22 need to know the value CPM of the next option.  If

Page 267

1 you're im- -- if -- if you're implementing a
2 multiple-step-ahead policy, you would need to know the
3 value CPMs of all the options like that one.  So the
4 multiple-step ahead would -- would use more
5 information.
6       BY MR. EWALT:
7    Q    Wouldn't the publisher know the value CPMs
8 of all the options down the road?
9       MS. HANSEN:  Object to the form.
10       THE WITNESS:  So potentially, but I think
11 the question is, what does a publisher do with that
12 information?  Like, does it have the sophistication to
13 implement the complex dynamic optimization problem,
14 which is this multiple-step ahead?
15       So -- so potentially, it has information,
16 but I -- but I think there's, like, a -- another
17 question on top of that, it's just they're relevant,
18 which is what I was referring to before, it's does the
19 publisher have the sophistication to use this
20 information to optimize reserve prices in this fully
21 forward-looking way, which, in my opinion, especially
22 for RPO, they -- they didn't.

Page 268

1       BY MR. EWALT:
2    Q    But doesn't your First Look model assume
3 that publishers have the ability to do -- to solve an
4 optimization problem using the same information that
5 they would need to solve the multistep approach
6 optimization problem?
7       MS. HANSEN:  Object to the form.
8       THE WITNESS:  So what I'm saying is that in
9 my assumption, the -- the exchange from the top is
10 solving a simple optimization problem.  So there is
11 some optimization going on, but it's a simple
12 optimization problem that if you were to assume this
13 multiple-step forward-looking behavior, in my opinion,
14 that simple optimization problem is based on the
15 evidences.  So it's closer to reality relative to the
16 more sophisticated optimization problem.
17       MR. EWALT:  All right.  Let's take a break.
18 Off the record.
19       THE VIDEOGRAPHER:  We're now off record at
20 6:26 p.m.
21       (Short recess taken.)
22       THE VIDEOGRAPHER:  We're now back on the

Page 269

1 record at 6:37 p.m.
2       You may proceed.
3       BY MR. EWALT:
4    Q    In your reports, did you offer any opinion
5 about the effects of Google's acquisition of
6 DoubleClick?
7       MS. HANSEN:  Object to the form.
8       THE WITNESS:  I did not offer an opinion on
9 Google's acquisition.  I discussed it -- let me be
10 more precise.  I discussed and mentioned it, and --
11 and then, you know, the -- the role it played on
12 Google acquiring the -- the exchange, the ad server.
13 And -- and then I offered an opinion on the
14 exclusivities that followed, the restrictions that
15 followed.  So it's -- you know, the acquisition is --
16 is -- is -- is -- is -- is described in my report, and
17 I guess, it's related to some of the things I -- I --
18 I -- I -- I -- I described.
19       BY MR. EWALT:
20    Q    In your reports, did you offer any opinions
21 about the effects of Google's acquisition of Ad Mound?
22       MS. HANSEN:  Object to the form.

68 (Pages 266 - 269)

HIGHLY CONFIDENTIAL

Page 270

1      THE WITNESS:  In my report, I do not believe
2  I offered an opinion on the effects of Google's
3  acquisition of Ad Mound.
4      BY MR. EWALT:
5    Q   In your reports, did you offer any opinions
6  about the effects of Project Bernanke?
7      MS. HANSEN:  Object to the form.
8      THE WITNESS:  In my report, I discussed the
9  precursor of Bernanke to the extent that data scale
10  and data provides an advantage, and a denial of scale
11  and data provides a disadvantage in implementing by
12  algorithm.  So I -- I -- I describe to that extent.
13      BY MR. EWALT:
14    Q   Did you offer any opinions about the effects
15  of Project Bernanke?
16      MS. HANSEN:  Object to the form.
17      THE WITNESS:  I did not, even though I
18  mentioned it, an -- as an -- an -- an example of how
19  data and the lack of data can help or hurt -- hurt a
20  firm.  I do not offer a specific opinion on the effect
21  of Bernanke on rival scale.
22

Page 271

1      BY MR. EWALT:
2    Q   Do you offer any opinions about the effects
3  of Project Bell?
4      MS. HANSEN:  Object to the form.
5      THE WITNESS:  It's late at night, and I'm
6  getting a bit confused by the acronyms.
7      Can you remind me what Project Bell is?
8      BY MR. EWALT:
9    Q   Do you know -- let's ke- -- keep things
10  moving on.
11      Do you recall as you sit here offering any
12  opinions in your reports about the effects of Project
13  Bell?
14      MS. HANSEN:  Object to the form.
15      THE WITNESS:  I -- I may have mentioned
16  Project Bell in my report.  I -- I -- I -- I do not
17  remember off the top of my head.  I did not offer an
18  opinion on the effect of Project Bell on rival scale.
19      BY MR. EWALT:
20    Q   I'm going to reorient you back to the First
21  Look model.
22      So in your First Look model, you assumed

Page 272

1  that there's a single bidder bidding into AdX; is that
2  correct?
3      MS. HANSEN:  Object to the form.
4      THE WITNESS:  I assumed -- in my First Look
5  model, I assumed there's a -- I believe I assumed
6  there's a single bidder.
7      BY MR. EWALT:
8    Q   Your model assumes that AdX is running a
9  second price auction; is that correct?
10      MS. HANSEN:  Object to the form.
11      THE WITNESS:  I assume AdX is running a
12  second auction.
13      BY MR. EWALT:
14    Q   If there's only a single bidder bidding into
15  a second price auction, then if that bidder won, it
16  would always pay the reserve price; is that right?
17      MS. HANSEN:  Object to the form.
18      THE WITNESS:  If there's a single bidder in
19  a second price auction, if that bidder won, it's
20  correct, he pay the reserve price; yes.
21      BY MR. EWALT:
22    Q   If there were multiple bidders bidding into

Page 273

1  a second price auction, then the winning bidder would
2  pay a price above the reserve price as long as another
3  bidder was willing to pay above the reserve price; is
4  that correct?
5      MS. HANSEN:  Object to the form.
6      THE WITNESS:  Right.
7      If with multiple bidders in a second price
8  auction, the winning bidder would pay the maximum
9  between the second highest pay and the reserve price.
10      BY MR. EWALT:
11    Q   So if there are multiple bidders bidding
12  into a second price auction, you would expect
13  publishers to earn more money than if there was only
14  one bidder; correct?
15      MS. HANSEN:  Object to the form.
16      THE WITNESS:  So -- so, generally speaking,
17  in a second price auction, you would expect a
18  publisher -- this would depe- -- depend on certain
19  assumption, but let's say, generally speaking, you
20  would expect a publisher to make more money if there
21  are more bidders.
22

69 (Pages 270 - 273)

HIGHLY CONFIDENTIAL

Page 274

1    BY MR. EWALT:
2    Q   By assuming that there's only one bidder in
3    AdX, does your First Look model understate the
4    benefits to publishers of AdX being added to the
5    waterfall?
6        MS. HANSEN:  Object to the form.
7        THE WITNESS:  So my -- my model performs a
8    different analysis than the one you're suggesting.
9    That is the one that I think is appropriate to study
10   First Look, which is that I compare that First Look
11   and dynamic allocation with head-to-head competition.
12   So head-to-head competition is trying to capture
13   something like header bidding, which is what's --
14   basically what rival exchanges with the solution of
15   rival exchanges came up with to overcome AdX's First
16   Look advantage.
17       So in -- in head-to-head competition, then
18   it's like -- basically, what you're doing is you
19   add -- you are adding competition to -- to AdX.  You
20   are adding the dates, the real-time dates from the
21   other exchanges, leveling the playing field, allowing
22   them to compete with AdX in -- in -- in -- in real

Page 275

1    time.
2        So there I'm considering multiple bids, and,
3    basically, what I show is that, as we were discussing,
4    as you're adding this, allowing other exchanges to
5    compete in real time provides a big advantage for
6    publishers relative to First Look and dynamic
7    allocation.
8        BY MR. EWALT:
9    Q   When did First Look begin?
10       MS. HANSEN:  Object to the form.
11       THE WITNESS:  I do not remember the -- the
12   exact year.
13       BY MR. EWALT:
14   Q   What caused First Look to begin?
15       MS. HANSEN:  Object to the form.
16       THE WITNESS: What?  Excuse me.  What?
17       BY MR. EWALT:
18   Q   What caused First Look to begin?
19       MS. HANSEN:  Object to the form.
20       THE WITNESS:  I'm not sure I understand your
21   question, but ...
22

Page 276

1    BY MR. EWALT:
2    Q   How did First Look come about?
3        MS. HANSEN:  Object to the form and
4    foundation.
5        THE WITNESS:  I -- I know how First Look
6    works, which is AdX is at the top of the waterfall.
7    Like, it has -- it's -- First Look advantage is the
8    only exchange that can compete with real-time bids.
9    I'm not opine- -- I don't know exactly what it was,
10   the internal processing Google that led to the
11   introduction of First Look.
12       BY MR. EWALT:
13   Q   Do you think that Google did something
14   after -- strike that.
15       You understand that dynamic allocation was
16   invented by DoubleClick; correct?
17       MS. HANSEN:  Object to the form.
18   Foundation.
19       THE WITNESS:  My understanding is that --
20   I'm not -- there's a version of the waterfall that
21   DoubleClick implemented.  I think dynamic allocation
22   can mean -- can -- could mean many things.  It's --

Page 277

1    it's a very broad term, so I -- it goes like a version
2    of dynamic allocation that DoubleClick had
3    implemented.  I'm -- I'm not sure exactly what it was.
4    That version, I would assume, it's related to some
5    kind of waterfall structure.
6        BY MR. EWALT:
7    Q   And is it your understanding that First Look
8    is different than dynamic allocation as it was
9    implemented by DoubleClick?
10       MS. HANSEN:  Object to the form.
11       THE WITNESS:  So I'm not sure what was the
12   exact version of the Double- -- what was the exact
13   implementation that DoubleClick had of dynamic
14   allocation.  So I'm not -- I'm not sure if I can
15   answer the question.
16       BY MR. EWALT:
17   Q   Did Google make any changes to dynamic
18   allocation to create a Last Look?
19       MS. HANSEN:  Object to the form.
20   Foundation.
21       THE WITNESS:  Changes to?
22

70 (Pages 274 - 277)

HIGHLY CONFIDENTIAL

Page 278

1    BY MR. EWALT:
2    Q    AdX or DFP.
3    A    So my understanding is that Google
4  implemented -- it's like -- the -- the -- the First
5  Look advantage when -- I -- I don't know the exact
6  date, but -- but at -- at some point in time that
7  Google implemented the First Look advantage to give
8  AdX First Look in -- in the waterfall structure
9  through dynamic allocation.
10   BY MR. EWALT:
11   Q    And when did Last Look arise?
12       MS. HANSEN:  Object to the form.
13       THE WITNESS:  I -- I don't know the exact
14  date when Last Look was introduced.  My understanding
15  is that it was also a feature of -- of dynamic
16  allocation.  And, yeah, there was also a feature of
17  dynamic allocation.  I don't know the -- I don't
18  remember off the top of my head the exact date.  I
19  think -- I think it's in my report.  I provide it.
20  It's the dates I don't remember in -- I -- off the top
21  of my head.
22       MR. EWALT:  Well, thank you,

Page 279

1  Professor Weintraub, I think we've run out of time.
2  I've got lots more questions for you.  Maybe I'll have
3  a chance to ask them some day.
4       THE WITNESS:  Yeah.  Yeah.  Thanks.
5       MS. HANSEN:  Let's go off the record.
6       MR. EWALT:  Oh, wait.  Let's go --
7       MS. WOOD:  Oh, wait.
8       MR. EWALT:  -- off the record, then?
9       MS. HANSEN:  Sorry.
10       MS. WOOD:  We would -- we -- we do want to
11  confer and perhaps redirect.
12       MR. EWALT:  Okay.
13       MS. WOOD:  Okay.
14       MR. EWALT:  All right.  So we'll go off the
15  record?
16       MS. WOOD:  We'll do that very quickly.
17       MR. EWALT:  And then you can come back in.
18       MS. WOOD:  Yeah.
19       MR. EWALT:  Sounds good.
20       MS. WOOD:  Okay.  Thanks.
21       THE VIDEOGRAPHER:  We're now off the record
22  at 6:51 p.m.

Page 280

1       (Short recess taken.)
2       THE VIDEOGRAPHER:  We are now back on the
3  record at 7:01 p.m.
4       You may proceed.
5       MR. EWALT:  We would like to designate
6  highly confidential under the protective order.
7       MS. HANSEN:  We have no objection.
8       MR. EWALT:  Thank you.
9       THE WITNESS:  Thank you.
10       THE VIDEOGRAPHER:  This now ends the
11  deposition.  We're now off the record at 7:02 p.m.
12       (Reading and signing reserved.)
13       (Deposition concluded at 7:02 p.m.)
14
15
16
17
18
19
20
21
22

Page 281

1       CERTIFICATE OF REPORTER/NOTARY PUBLIC
2  DISTRICT OF COLUMBIA, to wit:
3       I, JEANINN ALEXIS, a Notary Public in the
4  District of Columbia do hereby certify that the
5  within-named witness personally appeared before me at
6  the time and place herein set out and after having
7  been duly sworn by me, according to law, was examined
8  by counsel.
9       I further certify that the examination was
10  recorded stenographically by me and this transcript is
11  a true record of the proceedings.
12       I further certify that I am not of counsel
13  to any of the parties, nor in any way interested in
14  the outcome of this action.
15       As witness my hand and notarial seal this
16  4th day of March, 2024.
17
18
19       Jeaninn Alexis,
         Notary Public
20       My Commission Expires: January 14th, 2029
21
22

71 (Pages 278 - 281)