# EXHIBIT 40



HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

## Presentation Overview

1. Overview of gTrade
2. Dirty auctions and project Poirot
3. Multiple calls and project Elmo
4. Joint efforts across sell-side/buy-side to clean up the ecosystem
5. Future Roadmap

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282626



HIGHLY CONFIDENTIAL

GOOG-DOJ-05282627

PRIVILEGED AND CONFIDENTIAL

# gTrade

- With GDN's exchange spend rapidly growing, gTrade was founded in 2013 to tackle exchange bidding problems
  - Prior to gTrade, there were multiple escalations related to under and over bidding on AdX, and we were not consistently achieving the desired 32% margin
  - There was limited interaction between the buy- and the sell-sides, and less focus on the overall ecosystem

- Now gTrade acts as a doorway for Google's advertisers into exchange auctions to:
  - Manage risk for advertisers and Google
  - Increase competitiveness of our bidding mechanisms
  - Protect advertisers from unfair auctions
  - Ensure overall ecosystem health

- With Skyray, gTrade optimizes for DBM and GDN, with DBM catching up fast as a result of GDN having a head start.

GOOG-DOJ-05282628



GOOG-DOJ-05282629

PRIVILEGED AND CONFIDENTIAL

## gTrade Combined Launch Metrics in this Bucket

**AdWords**

- +$350M Revenue, +1% CPD

- no major under- or overbidding escalation since 2013 (consistent monitoring)

- 60% of pubs that were using waterfalling in late 2016 are no longer doing so

**DBM**

- Spend shift from dirty to clean second price auctions
  - -14% spend on 3P Exchanges
  - +9% spend on AdX/AdSense*

- +$252M advertiser surplus that can be spent on clean auction inventory, +7% CPD

* and other exchanges w/ clean second price auction

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282630

PRIVILEGED AND CONFIDENTIAL

# Auction Defenses for DBM

HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL



## Background

- Adx runs an auction under two principles:
  - Each query is offered for purchase only once
  - Buyers' bids do not affect pricing (aka "clean second price")

- As long as these two hold, the bid optimizer can mainly focus on value prediction (pCTR, pCVR) without investing in "price discovery" exploration and technology.

- DBM buys into many third party markets/exchanges, we know that the above rules are not always respected.

- Before Skyray migration, we effectively trusted the advertisers to account for auction dynamics differences among exchanges and bid accordingly.

GOOG-DOJ-05282632

PRIVILEGED AND CONFIDENTIAL



## Background

- Most advertisers and agencies using DBM, however, don't have the technology and sophistication needed to combat adversarial SSPs. Implications are:
  - Advertisers were getting taken advantage off often without being aware of it (Adx is clean → majority is clean → ignore).
  - Clean exchanges (Adx, United, etc.) were placed at a competitive disadvantage when pubs run A/B experiment to find the best SSPs.

- We addressed the following problems for DBM in 2017:
  - Bidding optimally in auctions that are not clean second-price (Poirot)
  - Budget allocation where the same query is sent to the bidder multiple times (Elmo)

May want to mention WPP also agreed that Google is better positioned

Need to explain how Poirot and Elmo complement each other. I.e. Why Poirot is enough if we do not have budget limitation

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282633



GOOG-DOJ-05282634



Roughly three auction types: second, dirty, first; soft floors puts you at opaque point in between second and first price auction

HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

## Project Poirot ensures advertiser bids are protected

We invested in building and launching two key components:

1. Algorithmic framework to **detect and quantify** deviations from second price auctions using DBM data

2. Bidding mechanism to **optimize bids** based on the input from framework in 1.

The detailed approach, learnings and outcomes are outlined in the following slides.



GOOG-DOJ-05282636



GOOG-DOJ-05282637



GOOG-DOJ-05282638

PRIVILEGED AND CONFIDENTIAL



## Optimization formulation

We want to adjust bids to maximize surplus:

find bidding policy $f(v, query\ features)$ such that we **Maximize** $\sum(v - c)$

- we started out with $f(v, query\ features) = \alpha(exchange, advertiser) \times v$
- in order to solve this, we need to know how different $\alpha$'s affect surplus
- hence, we set up exploration experiments using various values of $\alpha$

We use **Machine Learning** to model the outcome of these experiments and determine the optimal bidding policy ($f$).

GOOG-DOJ-05282639

PRIVILEGED AND CONFIDENTIAL



## ML model

- We use a hierarchical regression framework (PEAR) where we use query (e.g., exchange) and advertiser features (e.g. advertiser)

- The model predicts f(.) across all these segments but defaults to a prior on small or new segments (e.g., for small advertiser, it defaults to an exchange level model)

HIGHLY CONFIDENTIAL



GOOG-DOJ-05282641



For exchanges with deviations from second price auctions, there is a spread of advertiser level multipliers, while for clean second price exchanges, 1.0 already is the optimal multiplier, consistently for all advertisers. Exchange-level adjustments are applied to advertisers with insufficient data.

GOOG-DOJ-05282642



HIGHLY CONFIDENTIAL

GOOG-DOJ-05282643

PRIVILEGED AND CONFIDENTIAL

## Launch impact (RASTA)

- Launched through June; completed in July

- Advertiser impact
  - 7% CPD increase
  - 6% surplus increase ($252M)
- Exchange impact
  - Overall spend neutral
  - Spend and CPM on dirty auction exchanges dropped by ~10%
  - Spend up by 6% on second price auction exchanges
- Very few customers (<1%) opted out

| Exchange | Spend change* |
|---|---|
| Pubmatic | -30.2% |
| OpenX | -28.5% |
| Rubicon | -9.9% |
| United | 4.4% |
| Improve Digital | 6.7% |
| Adx + Adsense | 7.0% |

* already corrected for budget constraints

GOOG-DOJ-05282644



HIGHLY CONFIDENTIAL

GOOG-DOJ-05282645



GOOG-DOJ-05282646



PRIVILEGED AND CONFIDENTIAL

## Project **Elmo** leverages cookie based budget throttling to ensure more consistent bids across calls

We fix the advertisers that can purchase a query from a given cookie during any specific time_bucket (budget throttling based on $cookie \times time\_bucket$)

We bid the same across multiple calls since they occur close to each other in time



GOOG-DOJ-05282648

| Id | Date | Text |
|----|------|------|
| 1 | 10/04/2018 18:32:56 | how is cookie available on third-party exchange that can be correlated to biscotti? is it ADID ? |

GOOG-DOJ-05282649

PRIVILEGED AND CONFIDENTIAL



We see a significant drop in exchanges that exploited this mechanism and gains for the cleaner exchanges

|  | Revenue |
|---|---|
| Pubmatic | -24.5% |
| OpenX | -13.5% |
| Adaptv | -7.1% |
| Improve Digital | 1.7% |
| Adx + Adsense | 2.9% |
| United | 3.1% |

Based on x% experiments, details in PAXTA

GOOG-DOJ-05282650

PRIVILEGED AND CONFIDENTIAL

# Buy and Sell-side collaboration success story

HIGHLY CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

## Disincentivizing multiple calls through Adwords bidding

- Even prior to the previous two launches, we modified Adwords bidding to disincentivize the publishers from using multiple calls
- This involved
  - Detecting multiple calls using an experimental approach
  - Bid capping and turning off Bernanke on publishers using multiple calls
  - **Work with the sell side on proactive comms to publishers (AMs have access to a dashboard of multiple calls pubs)**



GOOG-DOJ-05282652



HIGHLY CONFIDENTIAL

GOOG-DOJ-05282653

PRIVILEGED AND CONFIDENTIAL

# SPO and Roadmap



GOOG-DOJ-05282655



GOOG-DOJ-05282656



GOOG-DOJ-05282657



PRIVILEGED AND CONFIDENTIAL

## Planned Future Projects

| Q1 | Q2 | Q3+ |
|---|---|---|

- Non-second price auctions
  - Poirot enhancements
  - Bidding for known first price auctions, JEDI (Exchange Bidding) and Yavin (Demand Product)
  - Solve these problems for Adwords (Project Marple)

- Multiple calls
  - Handling parallel and sequential multiple calls for DBM

- Project Hoover
  - Bidding in the presence of multiple calls and non-second-pricing for app inventory

- Supply path optimization
  - In a header bidding world, can we limit the inventory we buy in?

GOOG-DOJ-05282658



HIGHLY CONFIDENTIAL

GOOG-DOJ-05282659

PRIVILEGED AND CONFIDENTIAL

## Projects in the pipeline

- Non-second price auctions
  - Project Marple: Improve Adwords bidding on non-second price exchanges
  - Bidding for JEDI and Yavin: Known first price auctions
- Multiple calls
  - Handling parallel and sequential multiple calls for DBM (sometime next year)
  - Project Hoover: Handle bidding with multiple calls on app inventory

HIGHLY CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL

**PROPOSED ADDITION**

We protect advertisers against the three main ways in which prices are inflated

|  | Exploit | Defense | Project Name |
|---|---|---|---|
| Non-second Price Auction | Advertisers expecting to be priced based on fair competition in fact are priced based on their bid | Detect deviations from 2nd price, use machine learning to determine best response, apply bid multiplier* | **Poirot** (Optimized fixed CPM Bidding) |
| Multiple Calls | Multiple parallel calls (Header Bidding) for same impression in order to get highest bid | Fix set of advertisers that can purchase query (cookie x time) | **Elmo** (Cookie-based budget Throttling) |
| Waterfalls | Sequential calls for same impression (Mediation Chains) to allow setting multiple floors | Reduce bid variance (disable bernanke, cap CPM), work w/ publishers to fix | Waterfall detection and treatment |

*: for fixed-CPM bidding, which constitutes 85% of DBM spend and is most exposed

Every minute, we fix the advertisers that can purchase a query from a given cookie (done by budget throttling based on cookie * time_bucket)
Now we bid the same across calls since they occur close to each other in time

GOOG-DOJ-05282661

| Id | Date | Text |
|----|------|------|
| 1 | 12/04/2017 07:32:14 | If we can somehow make this slide work, we can save having intro slides/transition slides in-between the main topics and just add a final slide on next projects (I added a suggestion also). |
| 1 | 12/04/2017 07:32:14 | I'm not sure we need this slide. I think this is a good summary, but it seems a bit dense and mostly repeats information. Let's see how the deck flows during tomorrow's dry run with Bahman. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282662



GOOG-DOJ-05282663

PRIVILEGED AND CONFIDENTIAL

## Call it 2nd-price but run it as 1st-price

- Reserve prices (RP) are common in second price auctions (set by publishers, same as what we do in Google.com) - Win if the first bid > RP, and pay max(RP, second bid).

- Called RP a "hard-floor" and introduced a new "Soft-floor". Unlike hard-floor advertiser wins even if bid < soft-floor, in this case price = bid (i.e. first price)!

- Soft-floor is a knob that SSPs use to gradually move from a second price (soft-floor=0) to 1st price (soft-floor=infinity).

- There are several other non-second-price auction mechanisms (bid caching, price is k * bid).

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282664



GOOG-DOJ-05282665



PRIVILEGED AND CONFIDENTIAL

# Background

gTrade mission is to:
protect advertisers in various auction situations
optimize access to auction inventory

Historically focussed on GDN bidding optimization
With skyray, we can apply these benefits to DBM also

HIGHLY CONFIDENTIAL



GOOG-DOJ-05282667



GOOG-DOJ-05282668

PRIVILEGED AND CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL



## Mediation treatment principle

Publishers are incentivized to call us multiple times because of

- High bid variance
- Multi-model bid distribution (e.g., Remarketing)

Reduce bid variance and push our bid distribution to be more unimodal

HIGHLY CONFIDENTIAL

GOOG-DOJ-05282669

PRIVILEGED AND CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL



On queries where we detect waterfalls, we reduce bid variance via (1) turning off Bernanke, (2) capping CPMs and (3) work w/ publishers

1. **Turning off Bernanke**
   - Bid optimization mechanism that generates a significant boost to publisher revenue
   - It also increases bid variance, so turning it off is both logical and to disincentivize this

2. **eCPM capping**
   - Cap bids to a high percentile of our bids from the previous week, also use an absolute bid cap
   - Acts as a protective mechanism and reduces incentive to exploit bid variance/ multimodality

3. **Sell-side commercialization**
   - Together w/ sell-side commercialization team developed a dashboard for use by AMs
   - Incentivizes publishers to change their behavior

Publishers are incentivized to call us multiple times because of
High bid variance
Multi-model bid distribution (e.g., Remarketing)
Reduce bid variance and push our bid distribution to be more unimodal

GOOG-DOJ-05282670

PRIVILEGED AND CONFIDENTIAL

## Impact of Skyray

- The original mission of the gTrade team was to optimize GDN's performance on ad exchanges and it stayed this way until Skyray
- Post Skyray, we can now also optimize for DBM's performance!
- The projects discussed here (Poirot, Elmo) were made possible thanks to this undertaking.
- While GDN is still ahead in optimizations, DBM is now fast catching up as a result

GOOG-DOJ-05282671