# EXHIBIT 45



GOOG-AT-MDL-019215643



GOOG-AT-MDL-019215644



GOOG-AT-MDL-019215654



## Intro to AwBid (**Ad**Words Cross Exchange **Bid**der)

**What:** AwBid allows AdWords **remarketing** advertisers to buy ads on Non-Google inventory.

**How:** AwBid integrates with third party sell-side platforms and exchanges through real-time bidding interfaces.

**Why:** Close inventory gap and drive performance in competitive remarketing buyside space, and capture some of the 63% of budget unconstrained AdWords web spend.

**When:** AwBid has been operating since Q2 2013, but started accelerating rapidly in Q3 2015. Revenue set to increase with new exchanges and quality tunings.

CONFIDENTIAL

## Main Findings

1. AwBid revenue is growing quickly, now driving **0.94ppt** of Q4 AdWords web growth:
   a. **Rubicon, OpenX, Casale,** and **Adingo** fully ramped.
   b. **Type-2 bidding** boosted revenue 50% Y/Y by reducing latency and view loss.
2. **AwBid CPD** is 40-70% of AdX and AFC CPDs, but increasing with CTRs as inventory ramps.
3. AdWords has 2-5X lower CPC/CPMs and higher CTRs on AwBid vs **DBM\*** on Non-Google inv.
4. **Incrementality**: There is limited evidence to support **AwBid cannibalization** of Google inventory spend, but that could change if inventory growth out-paces budgets.
5. **Revenue Opportunities**:
   a. Continue planned exchange expansion (~200-300%+)
   b. Reduce time-out frequency for GPA from ~40% (17%+).
   c. Add FBX (4%) and other 'Walled Garden' formats.
   d. Expanding targeting beyond RMKT (200%+).
   e. Dynamic Rev Share (+33% for 15-32% margin, +61% for 0-32% margin vs fixed 32%).

\*Not controlling for brand/DR mix, which skews DBM CTR down and CPC up due to higher brand share

CONFIDENTIAL
GOOG-AT-MDL-019215656



GOOG-AT-MDL-019215657



CONFIDENTIAL



CONFIDENTIAL

GOOG-AT-MDL-019215659



GOOG-AT-MDL-019215660



**Findings:**

- AwBid CPDs approaching or above AdX CPDs, below AFC CPDs for all formats.
  - Text Ad clicks/conversions remain more expensive, despite lack of auction pressure from DBM.
  - HTML CPDs rising quickly as CPCs decline.

GOOG-AT-MDL-019215661



GOOG-AT-MDL-019215662

| Id | Date | Text |
|----|------|------|
| 1 | 12/09/2015 17:10:32 | For this comparison to make sense, it needs to be apples to apples. We should compare AwBid to auto-optimized DBM remarketing spend only (not all of DBM). |
| 1 | 12/09/2015 17:10:32 | I agree... we will add a clear note stating that we can't draw conclusions from an AwBid comparison to all of DBM.<br><br>In the meantime, I am following up to see if we can track DBM RMKT only performance metrics for a more appropriate comparison.<br><br>+ramisobti@google.com +mattguio@google.com |

CONFIDENTIAL



GOOG-AT-MDL-019215664