# EXHIBIT 50

# DFP-AdX Account Unification

Authors: imalkovitch@
Updated: March 2014

## Background

DFP and AdX are products used by large premium publishers.
There is a strong strategic push to unify them as much as possible and make it easy for publishers to use the platforms together. There are many features that are overlapping (i.e. have to be configured in both platforms) that are currently hard to use because the user has to manually go to separate interfaces (and sometimes log into a separate GAIA).

This is a strategic initiative for DFP+AdX in the first half of 2014. We are talking to Madison team to figure out how to combine our strategic direction in the future, but Madison is not able to provide this functionality in the short term.

> **Comment [1]:** it will be great to add a link to meeting note, who were in the meeting. So when other teams approach Madison, we have some basic context. From my chat with AW team, Madison team is very cooperative to support AW cases (incld. AW Multiple Client Management requirements, which enables one user to manage multiple hierarchical accounts, e.g. Agency).

One of the reasons this is key for Google is that DFP makes a large amount of revenue through AdX backfill - more money is made through backfill than through DFP fees directly. So, in order to increase the revenue Google makes on this, we need to make all of the operations that make backfill possible easier, and opt in more publishers into it. In order to enable that - we need the access between systems to be as streamlined as possible. (About 80% of impressions in AdX already come from DFP.)

> **Comment [2]:** It will be useful to supply user happiness study/or quote from TAM/Sales to illustrate this is indeed very big pain points to prevent customers to earn more revenue from DFP.

Some data:
From Scott - 36% of DFP inventory doesn't go to AdX. A 10% increase in AdX pub revenue is $200m in value.

From David Goodman:
2,000,000,000   Impressions a day (doesn't go to AdX backfill due to bad config)
$0.5      CPM
50% Match Rate
$500,000 day
$182,500,000 a year

> **Comment [3]:** Is this an intermediate step or the final goal?
>
> According to the above, it seems that pubs want to see AdX completely integrated inside XFP. For instance with an "AdX" tab in the UI or even bits of the AdX UI inlined in the XFP UI -- at least for common screens such as inventory management and reporting.
>
> Switching between websites by clicking a menu would reload the page and lose the context. It's not a great user experience.

## Unification strategy

The idea is to unify the two products (DFP and AdX) so that the user can have a single, seamless experience across the two.

> **Comment [4]:** This is the first and most important step. As the products come closer together (a lot of technical/UI questions here) we hope to have actual screens that are combined. However, this switcher will at least make it possible to access all your data without having to signing out and signing back in.

There will be a unified account switcher that will show whether this specific GAIA user has access to any

DFP or AdX accounts/entities, and if they do - will be able to switch between them.

A typical larger company will often have more than one AdX account. There are multiple possible reasons why a company will have more than one AdX account (see below).

**If it is not possible for a given user to use a switcher like this to access all of their AdX data (from more than one AdX account/entity) then we really can't say that the products are unified. Users will need to log into separate different GAIAs to get access to the data they need, and to enable the best possible backfill setup between DFP and AdX.**

This is a rough mock, and subject to change. However, this is what we expect to see for DFP+AdX, and the unification for DFP+AdX is urgent.



> **Comment [5]:** Furthermore, this unified login is a key dependency for future integration work.
>
> **Comment [6]:** Even with a switcher, the products would not be unified but only linked together. Pain points remain: user management in 2 frontends, context switching between 2 applications.
>
> It seems that to achieve the goal of unification we need to shoot higher and solve the real issue: AdX should be integrated inside XFP, and seamlessly delegate user access after the accounts are linked. No switcher involved.
>
> Unified login is not a prerequisite for that: XFP => AdX ACL delegation can achieve the same objective, and is feasible regardless of whether AdSense or AdMob supports multi-account if all the pieces of AdX that XFP needs are backed by services (Inventory, Auth).
>
> **Comment [7]:** I assume, this is urgent as it blocks some other feature development work? And it is expected to be implemented by end of Q1? end of Q2?
>
> **Comment [8]:** I saw Analytics here. Did DFP reach out to GA team on similar ask?
>
> **Comment [9]:** I am actually the PM working with Analytics on a general publisher-Analytics integration. We don't yet have concrete plans about application switching, though we have talked about it. DFP+AdX is our top priority at this point.

### Detailed workflow

When a user clicks on the product icon (AdSense, DFP, etc) the user will be taken directly to the product, without a choice of account/entity first.

On after the user has arrived at the specific product UI they will be able to click back on the grid product switcher and select a different account/entity.

> **Comment [10]:** So AdSense need write an account switcher UI as well? or DFP plan to provide a common UI for this, sort of like OneGoogle bar?

### Reasons for multiple AdX accounts

A given company could have multiple AdX accounts/entities.

> **Comment [11]:** the more I read this doc, the more I feel this is what AW team has solved years ago via MCC. It is complicated solution. But it was indeed used by many large agencies, and accounts. And now, they are moving to Madison model.

**Currency & timezone**
The main reason - AdX only allows a single currency and a single timezone per account. For larger companies with presence in different countries this is too limiting - they can't get paid out in the right currency, and their reporting can be skewed due to time zone. So it's fairly common to have several accounts for different major offices in different countries.

> **Comment [12]:** this is very similar to AW case, not a new problem at Google, :) Esp. currency code is not modifiable.

**Large corporations and separate P&Ls**
Whether through acquisition or because of many properties, they can choose to break out separate AdX account for subsidiaries (for example - Time Warner has a separate account for Sports Illustrated). For a large corporation to have all their traffic in one AdX account is unreasonably hard to manage, and different teams may have different P&Ls and want their AdX checks to go to different groups. Trafficking team still needs unified access to all these AdX accounts.

These and other use cases are explained in great detail in Chealsea's great doc - Multiple web properties use cases.

## Appendix

### Links/Resources

Switcher mocks
Link hub: DFP/AdX Unified Login stuff... (go/unified-login)

HIGHLY CONFIDENTIAL
GOOG-DOJ-14260377