# EXHIBIT 56



## Deal Summary – Project 17

Google

| Deal Type | Acquisition of AdMeld (AM), a yield manager which helps publishers manage and optimize their indirectly-sold inventory |
|---|---|
| Company Summary | • Founded 2007; 95 employees, 18 engineers, 14 other technical employees (PM, UI, QA, sys admin)<br>• Based in NY; dev shop in Toronto<br>• 16 of the top 50 Comscore publishers; 110 of the top 1000 Comscore publishers<br>• Last VC round: July 2010, $15M at a $111M post<br>• Total amount raised: $30M (minus $4.3M for buybacks)<br>• Investors: Foundry Group, Norwest, Spark Capital, Time Warner Inv. |
| Strategic Rationale | • Satisfies a pressing need publishers have been asking for--ad network management (+ other features)<br>• Acquire fast growing business with premium publisher relationships and potential for significant future revenue<br>• Ensure fair access to publisher inventory<br>• Acquire talented product, service, and sales team experienced in publisher platforms |
| Who Will Manage Team? | • Neal Mohan and Joerg Heilig |
| Deal and Product Issues | • Challenge of maintaining/growing existing business and publisher relationships while integrating functionality into Google<br>• HSR reportable transaction- 30 day initial review and potential for further delay |
| Deal Terms | • Purchase Price: $350M + $2M for each month after Dec 2011 it takes to close the deal, up to a maximum of $24M (so max price is $374M)<br>• Stay Bonuses for Employees: $30M, vesting over 4 years<br>• Consideration to be paid in Google stock<br>• Escrow: 15% for 18 months, subject to standard carve-outs<br>• Break fee: Google must pay $42M + legal expenses if deal hasn't closed in 18 |

GOOG-DOJ-10590883



GOOG-DOJ-10590884



GOOG-DOJ-10590885

## Strategic Rationale



- **Satisfies a pressing need publishers have been asking for**
  - ○ Publishers looking for ad network management for non-RTB deals
  - ○ Large publishers seeking private deals with agency trading desks

- **Deliver a complete Yield Manager to the market quickly**
  - ○ Closes product and service gaps in today's AdX+DFP offerings
  - ○ Improves time-to-market for key functionality

- **Acquire fast-growing business with potential for significant future revenue**
  - ○ Complements existing AdX growth
  - ○ Deepens our relationship with top US publishers
  - ○ New opportunities from scaling globally and into torso publishers

- **Ensure fair access to publisher inventory**

- **Acquire talented sales, service team**
  - ○ Strong industry presence – marketing, reputation, thought leadership
  - ○ Experienced in publisher platforms – AOL, Time Inc, etc.

Google Confidential and Proprietary

GOOG-DOJ-10590886

## Integration Plan

|  | Short-term | Long-term |
|---|---|---|

**Product:**

Short-term: Allow to operate with some freedom, but with tight coordination on customers/sales

- Lightweight integration to create best of breed offering
- AdX on AM platform via RTB integration

Long-term: Rebuild functionality on Google stack and migrate customers

- Take best-of-breed from both solutions
- Identify areas for special, new functionality
- Combined offer, pricing, etc.
- Dynamic allocation with XFP

**Team:**

Short-term: Operate independently under Display & support continued growth

- Define clear ownership
- Maintain independent business authority
- Pre-approve headcount growth (sales/service/eng)
- Move to Google offices
- Functionally integrate marketing and product

Long-term: Merge into monetization & platforms (MM&P) structure

- Sales, services go to functional leads
- Finance, legal, etc fully integrated

HIGHLY CONFIDENTIAL

GOOG-DOJ-10590887

## Financials - Company Projections



| | ANNUAL | | | |
|---|---|---|---|---|
| $ thousands | 2009 | 2010 | 2011 | 2012 |
| | act | prelim | fcst | fcst |
| **ADMELD REVENUE** | | | | |
| GROSS REVENUE | 12,783 | 64,564 | 219,071 | 485,648 |
| REV SHARE PAYABLE TO PUBLISHERS | (9,666) | (49,941) | (170,459) | (374,004) |
| RESERVES & ALLOWANCES | (133) | (529) | (972) | (2,233) |
| **TOTAL ADMELD NET REVENUE** | 2,984 | 14,093 | 47,639 | 109,411 |
| growth | 3462% | 372% | 238% | 130% |
| **COST OF SERVICES** | 1,344 | 3,422 | 7,425 | 13,654 |
| **GROSS PROFIT** | 1,639 | 10,671 | 40,214 | 95,757 |
| percent | 55% | 76% | 84% | 88% |
| **OPERATING EXPENSES** | | | | |
| CLIENT SERVICES | 1,299 | 1,802 | 2,450 | 4,062 |
| SALES & MARKETING | 1,497 | 4,685 | 10,428 | 15,456 |
| PRODUCT DEVELOPMENT | 1,715 | 2,463 | 4,100 | 6,867 |
| GENERAL & ADMINISTRATIVE | 2,018 | 3,833 | 6,755 | 9,750 |
| TOT OPEX NET DEPR | 6,528 | 12,783 | 23,734 | 36,135 |
| **EBITDA** | (4,889) | (2,112) | 16,480 | 59,622 |
| percent | -164% | -15% | 35% | 54% |
| **DEPRECIATION** | 64 | 165 | 439 | 765 |
| **OTHER (INCOME) / EXPENSE** | 24 | 179 | - | - |
| **TAXES (AFTER TLCF)** | 30 | 30 | 3,257 | 26,516 |
| **NET INCOME** | (5,007) | (2,486) | 12,784 | 32,341 |

Google Confidential and Proprietary

# AdX Gross Revenue (Sell-side)



As a comparison, AdX's sell-side revenue (spend on AdX publishers) is comparable and similar growth is expected

|  | 2009 | 2010 | 2011E |
|---|---|---|---|
| AdX - Managed Networks | $0.0 | $0.0 | $20.0 |
| AdX - Buyside (RTB) | $2.0 | $70.0 | $140.0 |
| AdX - APEX (private) | $0.0 | $0.0 | $20.0 |
|  | $2.0 | $70.0 | $200.0 |

YoY expected growth: 2.85x

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-10590889



## Build Alternative



### Build of alternative offering is at very early stages

- Roadmap implies earliest possible parity with already existing offerings (AM/PM) is 1H'12
  - Development is primarily NY and London, small Moscow presence
  - Based on AdX and XFP platforms
  - Risk that competitors will have developed more functionality by then, so we will still be behind
- Major development items
  - Private exchange support (recently developed, likelihood of adoption unclear)
  - Reporting improvements (advertiser visibility, audiences, prices)
  - Managed networks – integration with 200+ networks
  - Revenue consulting
  - Marketing

Google Confidential and Proprietary

GOOG-DOJ-10590891

## Competitors



Pubmatic
- Comparable in size to Admeld
- Significant premium publisher base and range of products
- Engineers in worse location (India vs. US/Canada)
- Recently expanded with acquisition of ReviNet, another yield manager

Rubicon Project
- Another large yield manager
- Later to real-time bidding than Admeld or PubMatic but has a quickly growing RTB offering

Many Other Existing and Emerging Players
- Eg, 5to1 (recently acquired by Yahoo!), ReviNet (recently acquired by PubMatic), AppNexus, Collective, AdMeta, Improve Digital, ad summos, ignitAd, LiftDNA, YieldBuild, PubHelix, and AdKiwi

Google Confidential and Proprietary

GOOG-DOJ-10590892



# "All-in" cost estimate

Google

| "All-In" Cost Estimates ($M) | | | |
|---|---|---|---|
| | **AdMeld (AM)** | | |
| | **Amount** | **%** | **Source** |
| **Purchase Consideration** | $    380 | *100%* | Corp Dev estimate |
| **Contingent Consideration:** | | | |
| Retention/Stay Bonuses | 30 | *8%* | HR estimate |
| **Total Purchase Price** | 410 | *108%* | |
| **General integration costs (year one)** | 8 | *2%* | Finance estimate |
| **Deal Costs (one-time upfront):** | | | |
| 3rd-Party Transaction Costs (est.): | | | |
| *Legal (Google)* | *20.0* | *5%* | Legal estimate |
| *HR Due Diligence* | *0.1* | *0.0%* | HR estimate |
| *Financial Due Diligence* | *0.5* | *0.1%* | Finance estimate |
| *Financial Integration* | *0.2* | *0.0%* | Finance estimate |
| *Valuation* | *0.1* | *0.0%* | Finance estimate |
| **Total Deal Costs** | **28.5** | *7%* | |
| **TOTAL** | **$    438.5** | **115%** | |

**Incremental headcount requirements (50 heads)**

50 heads - additional cost per year after closing      $      13

In addition to the cost of the transaction, Google will require an **additional 50 heads** post close to supplement AdMeld's existing headcount

Google Confidential and Proprietary

GOOG-DOJ-10590893



HIGHLY CONFIDENTIAL

GOOG-DOJ-10590894



## Indicative impact on Google's net income - AdMeld

**Dilution/accretion - AdMeld**

| | | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|
| **Revenue** | | [ ] | [ ] | [ ] | [ ] | [ ] | |
| COS | | [ ] | [ ] | [ ] | [ ] | [ ] | |
| Headcount (salary, bonus and fringe, excl. GSUs) | | [ ] | [ ] | [ ] | [ ] | [ ] | |
| Other opex | | [ ] | [ ] | [ ] | [ ] | [ ] | An independent set of projections |
| **Contribution margin** | (a) | - | - | - | - | - | AdMeld has not been prepared |
| Deal costs | (b) | (28) | - | - | - | - | |
| Unvested equity | (c) | (3) | (18) | (8) | - | - | |
| Stay bonuses | (d) | (3) | (22) | (10) | - | - | |
| Incremental headcount - 50 empl. | (e) | - | (13) | (13) | (13) | (13) | |
| Amort. intangible assets | (f) | (4) | (22) | (22) | (22) | (18) | |
| Forgone interest | (g) | (3) | (21) | (22) | (22) | (22) | |
| Taxes | (h) | 9 | 21 | 16 | 12 | 12 | |
| **Change in net income - Pro forma** | | (32) | (74) | (58) | (44) | (41) | |
| **Change in EPS (dilution)/accretion** | | $ (0.10) | $ (0.23) | $ (0.17) | $ (0.13) | $ (0.12) | |

This is analysis EXCLUDES any impact of AdMeld's core business.

**Legend:**
Calculations above assume a close of the transaction on 10/31/2010
(a) No independent projections were prepared
(b) Primarily related to legal costs for HSR review and year one integration costs
(c) Approximately 1M shares (9%) of AdMeld will be unvested at close. This amount will be retained by Google and paid post close to continuing employees as they vest over a 3 year period.
(d) An additional 10% of the purchase price ($30 million) is allocated to stay bonuses and will be paid over a 3 year period.
(e) Google estimates an incremental 50 employees will have to be hired post close to support the growth of AdMeld. This assumes fully loaded average cost per employee of $250,000 per year.
(f) Google estimates 25% of the purchase price will be allocated to intangible assets and will be amortized over 4 years.
(g) Foregone interest is calculated on the purchase price of $380 million and assumes rate of return on cash of 5% per Treasury.
(f) Assumes Google's company wide effective tax rate of 22%. Actual tax rate may increase significantly depending on actual geographic composition of earnings and IP tax structuring.

Google Confidential and Proprietary

GOOG-DOJ-10590895



# Cap Table

Google

| | $, gross | | $ per share paid | shares | % fully diluted |
|---|---|---|---|---|---|
| **Series B Preferred Stock (July 2010)** | | | | | |
| Total Series B Preferred Stock | 14,999,998.75 | $ | 9.23490 | 1,624,273.00 | 13.5475% |
| **Series A-2 Preferred Stock (Summer 2009)** | | | | | |
| Total Series A-2 Preferred Stock | 8,000,008.00 | $ | 2.40440 | 3,327,236.00 | 27.7514% |
| **Series A-1 Preferred Stock (Summer 2008)** | | | | | |
| Total Series A-1 Preferred Stock | 6,000,069.61 | $ | 2.40440 | 2,495,454.00 | 20.8137% |
| **Series A-1 Reserved For Warrant (1)** | | | | | |
| Total Series A-1 Warrants | | | | 10,397.60 | 0.0867% |
| **Series A Preferred Stock (Fall 2007)** | | | | | |
| Total Series A Preferred Stock | 1,000,000.00 | $ | 1.0000 | 1,000,000.00 | 8.3407% |
| **Common Stock (4)** | | | | | |
| Total Common Stock | (4,267,828.35) | | | 2,119,701.00 | 17.6797% |
| **Common Stock Reserved for Stock Incentive Plan (2), (3)** | | | | | |
| Total Stock Incentive Plan | | | | 1,412,391.00 | 11.7803% |
| **Grand Total** | 25,732,248.01 | | | 11,989,452.60 | 100.0000% |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

## Senior Managers



Michael Barrett, Chief Executive Officer

Mr. Barrett joined Admeld from Fox Interactive Media, where he was Executive Vice President, Chief Revenue Officer and oversaw worldwide revenue for all properties, including MySpace, IGN, FoxSports.com, Fox.com, AmericanIdol.com and Scout.com. Before Fox, Mr. Barrett held senior sales positions at interactive leaders AOL Media Networks, GeoCities/Yahoo! and Disney Online. Prior to joining Disney, he held senior positions with Meredith Publishing, Newsweek Magazine and Family PC Magazine.

Brian Adams, Co-Founder and CTO

Prior to founding Admeld, Mr. Adams was Vice President of Engineering at JumpTV. Prior to JumpTV, Mr. Adams had been with AOL where he led the development of the AOL Video advertising infrastructure. Prior to AOL, Mr. Adams was a founder of MyBookmarks.com which was sold to Backflip Inc. in 2000 and was a senior engineer at Angelfire.com.

Google Confidential and Proprietary

GOOG-DOJ-10590898

## Valuation Details 

- Applied following 2012 Multiples
  - Revenue:  Average of high and low cases based on (a) Digital Media comps trading at 0.5x - 2x 2012 rev (gross) and (b) SaaS comps trading at 2x - 4x 2012 rev (net)
  - EBITDA: Average of high and low cases based on (a) Digital Media comps trading at 4x - 8x EBITDA and (b) SaaS comps trading at 10x - 15x EBITDA
- The following chart summarizes the discounted cash flows (DCF) analysis

| Valuation summary | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Low Case | | | | | High Case | | | | |
| $M | 2011 | 2012 | 2013 | 2014 | 2015 | 2011 | 2012 | 2013 | 2014 | 2015 |
| Total Net revenue | 27,888 | 73,256 | 114,434 | 159,831 | 179,082 | 27,839 | 99,773 | 153,813 | 212,397 | 260,865 |
| CAGR 2011-15 (%) | | | | | 59% | | | | | 75% |
| | | | | | | | | | | |
| EBITDA | (3,270) | 23,094 | 40,639 | 59,791 | 73,047 | (3,320) | 36,814 | 61,209 | 86,860 | 113,290 |
| EBITDA margin (%) | -12% | 32% | 36% | 37% | 41% | -12% | 37% | 40% | 41% | 43% |
| | | | | | | | | | | |
| Enterprise Value | EV | % total | | | | EV | % total | | | |
| 2011-15 | 66,576 | 25% | | | | 103,945 | 20% | | | |
| Terminal Value | 202,398 | 75% | | | | 408,077 | 80% | | | |
| Total | 268,974 | 100% | | | | 512,022 | 100% | | | |
| | | | | | | | | | | |
| Implied 2012 EV/EBITDA multiple | -82x | | | | | -154x | | | | |
| Implied exit multiple | 6x | | | | | 7x | | | | |
| Assumed annual growth rate 2016 and beyond | 2% | | | | | 5% | | | | |

GOOG-DOJ-10590899