# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

UNITED STATES, *et al.*,

                *Plaintiffs*,

vs.

GOOGLE LLC,

                *Defendant*.

No. 1:23-cv-00108-LMB-JFA

## GOOGLE LLC'S NOTICE OF FILING

Defendant Google LLC ("Google") files the following additional exhibits that have been identified in the ***Declaration of Bryon Becker*** (Doc. 581):

# Exhibits 61-70

Those documents are filed herewith.

| | |
|---|---|
| Dated:  April 26, 2024. | Respectfully submitted, |
| *Of Counsel for Google LLC:* | /s/ *Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942) |
| Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Julie Elmer (*pro hac vice*)<br>Justina Sessions (*pro hac vice)*<br>Lauren Kaplin (*pro hac vice*)<br>Jeanette Bayoumi (*pro hac vice*)<br>Claire Leonard (*pro hac vice*)<br>Sara Salem (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com | THE LAW OFFICE OF<br> CRAIG C. REILLY, ESQ.<br>209 Madison Street, Suite 501<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com<br><br>Karen L. Dunn (*pro hac vice*)<br>Jeannie H. Rhee (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Joseph Bial (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*)<br>Martha L. Goodman (*pro hac vice*)<br>Bryon P. Becker (VSB #93384)<br>Erica Spevack (*pro hac vice*) |
| Daniel Bitton (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>kdunn@paulweiss.com |
| Bradley Justus (VSB # 80533)<br>David Pearl (*pro hac vice*)<br>Allison Vissichelli (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | Meredith Dearborn (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (646) 432-5100<br>Facsimile: (202) 330-5908<br>mdearnborn@paulweiss.com |
| | *Counsel for Google LLC* |