# EXHIBIT 61



PRIVILEGED AND CONFIDENTIAL
Google
Changes to Ad Manager, AdMob auction
DVA Review
2019-09-03

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204351



PRIVILEGED AND CONFIDENTIAL
Agenda
Today's focus: Results on Ad Manager Web inventory, sell-side and buy-side view covered separately
(App performance reviewed earlier -- changes deliver status-quo like outcomes at transition)
ASK: Approval to complete ~100% sellside transition to new auction model in 2 weeks
Google

- -1.5% Google gross revenue; neutral Google net revenue; -1.4% publisher payment from Google; neutral publisher payment overall

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204352



PRIVILEGED AND CONFIDENTIAL
End-state: Simple unified auction w/ equal access across indirect demand in end state
Ad Manager Unified Auction
Best guaranteed line item
- direct sales delivery
1
Reserve price from direct demand
Unified Auction (1P)
- Google buyers
- AdX RTB Buyers
- Open Bidding buyers
- Header Bidding
2
Pub-configurable uniform reserve price for Unified Auction

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204353



PRIVILEGED AND CONFIDENTIAL
End-state: Simple unified auction w/ equal access across indirect demand in end state
Ad Manager Unified Auction
(A) Remove AdX visibility into header bidding bids, prior to bidding ("last look")
Reserve price from direct demand
Unified Auction (1P)
- Google buyers
- AdX RTB Buyers
- Open Bidding buyers
- Header Bidding
2
Best guaranteed line item
- direct sales delivery
1
(B) AdX, Open Bidding, and Header Bidding all compete in unified 1P auction
(C) Unified floor price for AdX, Open Bidding and Header Bidding
Pub-configurable uniform reserve price for Unified Auction
Note: simplified for ease of explanation; (A), (B) and (C) apply to Ad Manager; (B) applies to Admob

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204354



PRIVILEGED AND CONFIDENTIAL
Ad Manager & AdMob migration to new auction model in Sep '19, with buyer option to continue submitting 2P bids
Current state
Mar'19
Announcement
Jun-Sep '19
Experiments phase
Sep-Oct'19^
100% sellside launch
H1'20
Bid Translation deprecation
Sellside view
Market announcement
Ad Manager & AdMob 1-10% experiments with new auction model
Ad Manager & AdMob full migration to new auction model
Buyside view
Market announcement
Option to submit 1P or 2P bids on experiment traffic*
Option to submit 1P/2P bids on 100% of traffic*
Only 1P bids allowed across 100% of traffic
*Buyers can continue submitting 2P bids through the temporary & optional "bid translation" service, which will be "intelligently" converted to 1P bids by the exchange
^This stage will include a <5% holdback for a period of 1-2 months for monitoring and analysis purposes
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204355

Sell-side view (web)
Impact of individual changes comprising this launch
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204357



Overall performance of 1P change positive for AdX Buyers

| | Impressions | MatchedQueries | Google Profit | Value Clamped | Revenue |
|---|---|---|---|---|---|
| Experiment::ControlSecondPriceAuctions 51390102 TOTAL * Adx_Buyer * Web | 210,260,985 | 239,725,984 | 40,037 | 369,810 | 223,883 |
| cGDNStaticNonVBBFloorGlobalAlchemist 51390159 TOTAL * Adx_Buyer * Web | [illegible] 23.33% [illegible] | [illegible] 25.16% [illegible] | 5,736 22.80% [illegible] | 37,525 -13.02% [illegible] | [illegible] 18.49% [illegible] |
| Experiment::ControlSecondPriceAuctions 51390102 Adx_Only * Adx_Buyer * Web | 119,647,911 | 148,303,710 | 30,959 | 309,070 | 195,604 |
| cGDNStaticNonVBBFloorGlobalAlchemist 51390159 Adx_Only * Adx_Buyer * Web | [illegible] 43.02% [illegible] | [illegible] 42.67% [illegible] | [illegible] 30.56% [illegible] | 30,682 -14.91% [illegible] | [illegible] 21.70% [illegible] |

AdX RTB impact:
+21.7% revenue
+43% impressions
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204361



Additional context slides
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02204379

## Market Perception

- *Mar '19:* Positive press following initial announcement to re. the migration of Ad Manager to a first price auction, around the improved simplicity this change would bring to the ecosystem
- *May '19:* Negative press upon subsequent announcement around our intent to unify pricing across all demand sources (including header bidding) and disallow the ability to set buyer-specific floors
- *May-June '19:* Extensive partner education through individual (>20 1:1 PM/eng/pub meetings) and group engagements (US/EMEA User groups) around benefits of changes, reaching >400 pubs
- *May-June '19:* Positive feedback received from a variety of publishers, including the Washington Post, Vice Media, NYT, MailOnline, etc
- *Jul '19:* A few unhappy publishers (including NewsCorp and the Guardian) who we continue to engage
- *Jun-Jul '19:* Regional sales teams conducted multiple hands-on workshops with clients around the operational aspects of setting unified floors in a first price auction

Google

Confidential + Proprietary

## Unifying floors (AdManager app & web)

**Material reduction in effective floors, which will improve Ad Manager inventory access for buyers**

- 56% queries have non-zero Unified Pricing floors vs. to ~80% queries with legacy floors
- When a UPR is set, it is ~72% (median) of the corresponding legacy Pricing rule floor.
- For AdWords, the avg. publisher floor reduces from $3.31 under legacy floors to $1.01 under UPR
- Estimated 6.4% increase in value of impressions won by AdX, that are currently blocked due to high legacy floors

**Negative effect on 3P SSP spend, since HB/OB demand previously had no floors applied on Ad Manager**

- Prior analysis showed 16.8% of HB impressions had a higher AdX bid, which was blocked due to a higher floor for AdX

Google

Confidential + Proprietary

# Last look removal (AdManager app & web)

**Reduced visibility into competing HB prices results in a material revenue drop for Ad Manager**

- On second-price traffic, this results in a 8% decrease in AdX revenue and impressions
- There is an increase in spend on 3P SSPs (DV3 is a large buyer of header bidding)
- Neutral impact on AdMob, since HB traffic is less significant on app

**Reduced incentive to inflate HB prices in Ad Manager is not easy to measure in the short-term**

- Pubs have no incentive to inflate prices in new HB setups
- Plan to educate pubs around strictly negative revenue consequences of HB price inflation, to correct for existing setups over time

Google

Confidential + Proprietary