# EXHIBIT 66

# REDACTED

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

UNITED STATES, et al.,                ) 1:23-cv-00108-LMB-JFA
                                      )
    Plaintiffs,                       )
                                      )
vs.                                   )
                                      )
GOOGLE LLC,                           )
                                      )
    Defendants.                       )
_____)

VIDEOTAPED 30(b)(6) DEPOSITION OF
CENTERS FOR MEDICARE & MEDICAID SERVICES
through the testimony of
CHRISTOPHER KOEPKE
August 25, 2023
9:00 a.m.

Reported by: Bonnie L. Russo
Job No. CS6075382

### Page 2

1  Videotaped 30(b)(6) Deposition of
2  Centers for Medicare and Medicaid Services
3  through the testimony of Christopher Koepke
4  held at:
5
6
7
8      Paul Weiss Rifkind Wharton & Garrison, LLP
9      2001 K Street, N.W.
10     Washington, D.C.
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
19  of the respective parties:
20
21
22

### Page 3

1  APPEARANCES:
2
3  On behalf of the Plaintiffs:
4      MARK H.M. SOSNOWSKY, ESQUIRE
5      VICTOR LIU, ESQUIRE
6      UNITED STATES DEPARTMENT OF JUSTICE
7      450 Fifth Street, N.W.
8      Washington, D.C. 20530
9      mark.sosnowsky@usdoj.gov
10     victor.liu@usdoj.gov
11
12  On behalf of the Defendant:
13     MARTHA L. GOODMAN, ESQUIRE
14     HEATHER MILLIGAN, ESQUIRE
15     AMY MAUSER, ESQUIRE
16     PAUL, WEISS, RIFKIND, WHARTON &
17     GARRISON, LLP
18     2001 K Street, N.W.
19     Washington, D.C. 20006
20     mgoodman@paulweiss.com
21     hmilligan@paulweiss.com
22     amauser@paulweiss.com

### Page 4

1  APPEARANCES (CONTINUED):
2
3  Also Present:
4      Orson Braithwaite, Videographer
5      Kenneth Whitley, Department of Health and Human
6      Services, Office of General Counsel
7
8  Also Present Via Remotely:
9      Alvin Chu, DOJ
10     David Grossman, DOJ
11     Jimmy McBirney, DOJ
12
13
14
15
16
17
18
19
20
21
22

### Page 5

1              I N D E X
2  EXAMINATION OF CHRISTOPHER KOEPKE      PAGE
3  BY MS. GOODMAN                 8
4  BY MS. MILLIGAN                74
5
6             EXHIBITS
7  Exhibit 76  E-Mail Chain dated 6-14-22    17
8      Attachment
9      CMS-ADS-0000018746-790
10 Exhibit 77  Acquisition Plan (AP) Template  45
11     CMS-ADS-0000023782-806
12 Exhibit 78  E-Mail Chain dated 7-12-21    68
13     CMS-ADS-0000380931-932
14 Exhibit 79  Client Authorization       70
15     to Buy #1
16     CMS-ADS-0001139301-302
17 Exhibit 80  CMS OE November 2020 Invoice   73
18     Inventory
19     CMS-ADS-0001153897-923
20 Exhibit 81  E-Mail Chain dated 1-28-21    88
21     CMS-ADS-0000373744-745
22 (Exhibits bound separately.)

Page 78

1  Q. Okay. Do you know whether it
2  applies to 2020 open enrollment display,
3  Hispanic?
4      MR. SOSNOWSKY: Objection. Form.
5      THE WITNESS: I know it applies to
6  purchases from Google in 2020 --
7      BY MS. MILLIGAN:
8  Q. Okay.
9  A. -- for a Spanish open enrollment.
10 Q. Okay. My question was whether CMS
11 knows if it applies to the 2020 open enrolled
12 display, Hispanic.
13     MR. SOSNOWSKY: Objection. Form.
14     THE WITNESS: And my answer is that
15 it applies to a variety of categories across
16 what is represented here in the invoice and
17 that we -- it is this small purchase of $220
18 over across $528,000. We don't know exactly
19 where that came from.
20     BY MS. MILLIGAN:
21 Q. Okay. And are the other line items
22 here, aside from the second and the, I guess,

Page 79

1  third from the bottom, for other forms of
2  advertising?
3      MR. SOSNOWSKY: Objection to form.
4      THE WITNESS: I'm sorry. Could you
5  repeat that, please, Heather. I'm not sure I
6  followed.
7      BY MS. MILLIGAN:
8  Q. Okay. Were the other line items
9  listed here, so 1, 3, 4, 5, 6, 7, and 9 for
10 other forms of advertising?
11     MR. SOSNOWSKY: Objection. Form.
12     THE WITNESS: For other forms of
13 advertising that -- for which Google placed
14 them, yes.
15     BY MS. MILLIGAN:
16 Q. And what forms of advertising are
17 those lines for?
18     MR. SOSNOWSKY: Objection. Form.
19     THE WITNESS: The first one is
20 search advertising in Spanish. So someone who
21 is typing into Google in Spanish on a Spanish
22 browser that they are looking for Medicare or a

Page 80

1  related topic, we bid on that and -- and
2  produced the ads for people who are looking for
3  that. That is how search advertisement works.
4      YouTube ads of different lengths are
5  also included here where we will show a video
6  to people in Spanish who are on YouTube.
7      We have some on English browsers
8  where people are doing Spanish searches, so we
9  run ads there as well. And then we also had
10 a -- a campaign at the same time on flu, which
11 is on this invoice, and we had YouTube ads in
12 Spanish on the importance of getting a flu shot
13 for people with Medicare.
14     Then we had discovery ads which are
15 a form of display ads but they are placed
16 within a restricted Google environment such as
17 Gmail.
18     And that would be the ads, I think,
19 unless I skipped a line. Did you notice if I
20 skipped a line? I tried to get them all.
21     BY MS. MILLIGAN:
22 Q. No, you didn't.

Page 81

1  A. Okay. Thank you.
2  Q. So is it fair to say that you used
3  multiple forms of advertising for the open
4  enrollment Medicare campaign?
5  A. It is fair to say that we -- within
6  Google's environment we used multiple forms of
7  advertisements, mostly display, search, videos
8  on YouTube, and of course the -- yeah, that's
9  what I meant. Those three, yep.
10 Q. Okay. And why?
11     MR. SOSNOWSKY: Objection. Form.
12     THE WITNESS: Well, this could be a
13 long marketing lecture.
14     So each one of these ads in each one
15 of these channels or tactics for delivering an
16 ad actually accomplishes a different goal with
17 the audiences, so search ads are for people who
18 are already interested in the topic so much
19 that they are searching for it.
20     And many people buy search ads on
21 Google, so we have to buy search ads on Google
22 in order to make sure that people who want

21 (Pages 78 - 81)

| | Page 82 | | Page 84 |
|---|---|---|---|
| 1 | information from Medicare, see that we have | 1 | Q. Okay. As a representative here on |
| 2 | that information versus other private entities, | 2 | behalf of CMS, do you have an understanding of |
| 3 | and our -- our information is not biased. So | 3 | the suppliers from which CMS purchases |
| 4 | that is only for people -- in marketing we call | 4 | advertising? |
| 5 | it the bottom of the funnel. They are about | 5 | MR. SOSNOWSKY: Objection. Form. |
| 6 | ready to take an action. | 6 | THE WITNESS: Depending on the many |
| 7 | The YouTube ads are videos, which | 7 | campaigns during this time period, we have a |
| 8 | can be engaging for some people, people who are | 8 | lot of different suppliers, and I have an |
| 9 | actually on YouTube to see them. Discovery ads | 9 | understanding. But for any specific project, I |
| 10 | are limited to people within a Google | 10 | would have to refer to the document -- |
| 11 | environment, such as Gmail, for which there is | 11 | BY MS. MILLIGAN: |
| 12 | specific targeting information available from | 12 | Q. Okay. |
| 13 | Google to deliver those ads to a much more | 13 | A. -- so I could, for instance, refer |
| 14 | narrow audience but our return on investment | 14 | to the document you gave me -- |
| 15 | could be a little higher but our reach isn't as | 15 | Q. Okay. |
| 16 | good. | 16 | A. -- if this is what you're interested |
| 17 | And then, lastly, the display ads | 17 | in. |
| 18 | can have outstanding reach because what is | 18 | Q. Let's start there. |
| 19 | often referred to as programmatic display goes | 19 | A. Okay. So in this case just on |
| 20 | to many different people because it goes across | 20 | the -- on the front chart, which you're looking |
| 21 | many different websites. Any website that a | 21 | at right there, that lists a few different |
| 22 | member of our audience might be on could see | 22 | groups: Telemundo, Google, which has the |

| | Page 83 | | Page 85 |
|---|---|---|---|
| 1 | one of our ads through that display. So if | 1 | highest spend in the month of November, |
| 2 | they never search, they are never on YouTube, | 2 | Microsoft, MiQ, Resonate, Univision, and Impre |
| 3 | they are still going to get one of our ads | 3 | Media. |
| 4 | because this increases our reach. | 4 | Q. Sitting here today and based on your |
| 5 | BY MS. MILLIGAN: | 5 | preparation -- preparation for this deposition, |
| 6 | Q. Okay. And is it fair to say that | 6 | can you think of any others? |
| 7 | over the course of the campaign CMS will | 7 | MR. SOSNOWSKY: Objection. Form. |
| 8 | consider shifting allocated dollars between the | 8 | THE WITNESS: Do you want me to just |
| 9 | channels you have described in order to | 9 | talk about Spanish and Medicare, or do you want |
| 10 | optimize spend? | 10 | me to talk about every single campaign we do? |
| 11 | MR. SOSNOWSKY: Objection. Form. | 11 | BY MS. MILLIGAN: |
| 12 | THE WITNESS: Yes. | 12 | Q. I am just asking for the suppliers |
| 13 | BY MS. MILLIGAN: | 13 | of advertising that you can name sitting here |
| 14 | Q. And in addition to Google, is it | 14 | today based on the preparation you did for this |
| 15 | fair to say that you bought advertising from | 15 | deposition. |
| 16 | suppliers other than Google? | 16 | MR. SOSNOWSKY: Objection. Form. |
| 17 | A. Yes. | 17 | Foundation. |
| 18 | Q. Which suppliers? | 18 | THE WITNESS: So "suppliers of |
| 19 | A. This invoice might not be exhaustive | 19 | advertisement," could you define that for me. |
| 20 | for the entire campaign, but for the month of | 20 | BY MS. MILLIGAN: |
| 21 | November, if you would like me to rely on this | 21 | Q. Do you -- |
| 22 | invoice, I can do that. | 22 | A. We have people who make ads. We |

22 (Pages 82 - 85)

Page 86

1  have people who place ads.
2      Q.   Okay.  Is that your understanding of
3  suppliers of advertising?
4      A.   That is a very small list of what
5  people do for advertising.
6      Q.   Okay.  What other supply -- supply
7  services are you -- are provided --
8      A.   So we work --
9           MR. SOSNOWSKY:  Hold on.  I'm
10 sorry --
11          THE WITNESS:  Yep.  Sorry.
12          MR. SOSNOWSKY:  -- let her finish
13 the question just because --
14          THE WITNESS:  Yeah.  Thank you very
15 much.  I appreciate that.
16          I'm sorry.  I interrupted.
17          BY MS. MILLIGAN:
18      Q.   What other suppliers' supplies do --
19 sorry.  Strike that.
20          You mentioned people who make the
21 ads.  You mentioned people who place the ads.
22 Are there other services that you would

Page 87

1  include --
2           MR. SOSNOWSKY:  Objection.
3           BY MS. MILLIGAN:
4      Q.   -- within suppliers of advertising?
5           MR. SOSNOWSKY:  Object to the form.
6           THE WITNESS:  There are.  There is
7  planning services for helping us develop media
8  plans.  There are vendors which specialize in a
9  particular channel, which would be similar to
10 what we just discussed.  There are directors
11 who direct film shoots.  There are graphic
12 artists who mock up advertisements.  It is a
13 rather large undertaking.
14          BY MS. MILLIGAN:
15     Q.   All right.  And for purposes of
16 Exhibit 80, why did -- why did CMS purchase
17 from the other vendors here aside from Google?
18          MR. SOSNOWSKY:  Objection.  Form.
19          THE WITNESS:  People in our
20 audience -- and in this case, these are people
21 on Medicare who are either over the age of 65,
22 and many of them are like 70, 80, 85 years old,

Page 88

1  and people with disabilities who are on
2  Medicare, we think about what they need to do
3  to save money on Medicare to make the most of
4  the program for themselves and what's a way to
5  remind them that this is -- that open
6  enrollment is the time to do that.
7           So you want -- as -- as that
8  audience has people who consume media in
9  different ways, we use different channels to
10 reach them to educate them that it's time.
11          BY MS. MILLIGAN:
12      Q.   Okay.  And what for this -- purposes
13 of this campaign, what services did MiQ
14 provide?
15      A.   MiQ does programmatic display
16 advertising, and as you can see, we spent about
17 5 percent of our display budget on them and
18 about 95 percent on Google.
19          MS. MILLIGAN:  Okay.  I'm going to
20 mark Exhibit 81 for the record.  It's
21 CMS-ADS-0000373744 through 3745.
22          (Deposition Exhibit 81 was marked

Page 89

1  for identification.)
2           THE WITNESS:  Thank you.
3           BY MS. MILLIGAN:
4      Q.   All right.  And do you have an
5  understanding of what these e-mails -- the
6  subject matter of these e-mails?
7           MR. SOSNOWSKY:  Objection.  Form.
8           THE WITNESS:  The subject line says
9  Open Enrollment 8 campaign results --
10          BY MS. MILLIGAN:
11      Q.   Okay.
12      A.   -- now, because we have multiple
13 things called open enrollment --
14      Q.   Understood.
15      A.   -- based on who is on the e-mail, I
16 can tell this is about the marketplace.
17      Q.   Okay.  And looking at the e-mail at
18 the bottom of the first page ending in 3744,
19 could you just -- could you read the second
20 bullet.
21      A.   So is this the one from Aaron Blazer
22 or the one from Seth Edlavitch?

Page 90

1  Q. The last e-mail on the page at the
2  bottom from Aaron Blazer.
3  A. Okay. Thank you.
4     And you wanted the second bullet?
5  Q. Yes. Actually, let me just -- let
6  me just -- so Aaron writes here: "We have
7  captured this in our final report and will have
8  full performance metrics and percentage
9  detailed. Year over year the campaign
10 performed exceptionally well driven by channel
11 optimizations and applied learnings from
12 previous open enrollment periods."
13    Did I read that correctly?
14 A. Yes, you did.
15 Q. Okay. And could you read out loud
16 the shift -- the second bullet.
17 A. So what the second bullet is
18 saying --
19 Q. Sorry. Could you read it out loud.
20 A. I can read it out loud.
21    "Shifted the display strategy in
22 Open Enrollment 8 more towards our partner MiQ,

Page 91

1  [REDACTED]
2  [REDACTED]
3  Q. Okay. And is -- is the open
4  enrollment for -- this is for -- this open
5  enrollment is for the marketplace,
6  Healthcare.gov?
7  A. Yes, it is.
8  Q. And is it fair to say that that
9  campaign is CMS's largest campaign in terms of
10 dollars between 2019 and 2023?
11 A. Yes.
12 Q. Okay. Thank you.
13 A. That bullet is taken out of context
14 from Aaron Blazer anyway. She -- there are
15 many factors which go towards the concept of
16 outperforming and many factors that go towards
17 how much we spend on a channel. Anyway this
18 was based on last-click attribution only.
19 Q. I will move to strike that last
20 part --
21    MR. SOSNOWSKY: Objection.
22    BY MS. MILLIGAN:

Page 92

1  Q. -- it was not responsive to the
2  question.
3     MR. SOSNOWSKY: Objection.
4     THE WITNESS: It does --
5     BY MS. MILLIGAN:
6  Q. Sir, there is no question pending.
7     MR. SOSNOWSKY: There is no question
8  pending, Chris. That's okay.
9     THE WITNESS: Okay.
10    BY MS. MILLIGAN:
11 Q. For the time period 2019 to 2023,
12 can CMS quantify its purchases of display
13 advertising from advertising agencies or
14 through advertising agencies?
15    MR. SOSNOWSKY: Objection. Form.
16    THE WITNESS: CMS can quantify that
17 number.
18    BY MS. MILLIGAN:
19 Q. Okay. Sitting here today as CMS's
20 representative, are you able to quantify that?
21 A. I would need to go over lots of
22 records and add them together.

Page 93

1  Q. Okay. And what records?
2  A. They would be final campaign
3  reports, final digital campaign reports.
4  Q. Anything else?
5  A. That would probably do it.
6  Q. Okay. And the same question for
7  price quotes.
8     MR. SOSNOWSKY: Object to the form.
9     THE WITNESS: I'm sorry. Price
10 quotes on -- on what?
11    BY MS. MILLIGAN:
12 Q. The price quotes that you -- that
13 CMS received for -- between the time period of
14 2019 and 2023 for purchases of display
15 advertising.
16    MR. SOSNOWSKY: Object to the form.
17    THE WITNESS: The price planning for
18 what we budget would be in our media plans, and
19 that would include estimates of what we are
20 paying for impressions and/or clicks.
21    BY MS. MILLIGAN:
22 Q. All right. And for actual prices

24 (Pages 90 - 93)

Page 94

1 paid?
2     A.   Those would be --
3          MR. SOSNOWSKY:  Object to the form.
4          THE WITNESS:  Those would be in the
5 final report.
6          BY MS. MILLIGAN:
7     Q.   And for the terms and conditions of
8 those purchases?
9          MR. SOSNOWSKY:  Object to the form.
10         THE WITNESS:  Those would be in the
11 planning but also in the invoices depending on
12 your definition of terms and conditions.
13         BY MS. MILLIGAN:
14    Q.   Thank you.
15         If I could just briefly turn your
16 attention back to Exhibit 79, and we were
17 looking at --
18    A.   I don't mean to be rude.  This is
19 what I have marked as 79.
20    Q.   I'm sorry.  80.
21    A.   There we go.  Thank you.  Trying to
22 be helpful.

Page 95

1     Q.   I appreciate that.  I appreciate
2 that.
3          Looking at Exhibit 80, we were
4 looking at the Google invoice in this exhibit
5 that is pages 3901 to 3903.  If I could turn
6 your attention to those pages.
7          Who paid this invoice, the amount in
8 this invoice, to Google?
9     A.   CMS paid this invoice through our
10 advertising agency.
11    Q.   Okay.  Which advertising agency?
12    A.   In this case Brunet-García.
13    Q.   Okay.  So in this instance,
14 Brunet-García served as -- as the middleman?
15         MR. SOSNOWSKY:  Objection to form.
16         THE WITNESS:  Brunet-García
17 purchased this at our direction.
18         BY MS. MILLIGAN:
19    Q.   Okay.  And did Brunet-García pay --
20 pay Google --
21         MR. SOSNOWSKY:  Objection.
22         BY MS. MILLIGAN:

Page 96

1     Q.   -- for the amount listed in this
2 invoice?
3          MR. SOSNOWSKY:  Objection to form.
4          THE WITNESS:  CMS paid Google
5 through Brunet-García.
6          BY MS. MILLIGAN:
7     Q.   Okay.  My question was whether
8 Brunet-García paid Google.
9          MR. SOSNOWSKY:  Objection to form.
10         THE WITNESS:  At CMS's direction.
11         BY MS. MILLIGAN:
12    Q.   Brunet-García paid Google --
13         MR. SOSNOWSKY:  Objection to form.
14         BY MS. MILLIGAN:
15    Q.   -- at CMS's direction?
16    A.   Yes.
17    Q.   Okay.  And CMS paid Brunet-García?
18         MR. SOSNOWSKY:  Object to the form.
19         THE WITNESS:  That is correct.
20         BY MS. MILLIGAN:
21    Q.   Has CMS paid fees for ad tech
22 services provided by Google.

Page 97

1          You can set aside -- this is not
2 specific to Exhibit 80.
3          MR. SOSNOWSKY:  Objection to form.
4          THE WITNESS:  Yes.
5          BY MS. MILLIGAN:
6     Q.   Okay.  And which ad tech services
7 has CMS paid those ad tech services for?
8     A.   For the use of ad placement --
9 sorry.  The technical term is escaping me but
10 ad-serving fees.
11    Q.   Okay.  And for the time period 2019
12 to 2023, what was the amount of those fees?
13    A.   Across all the campaigns, they would
14 have to be summed up across all the final
15 reports and/or invoices.
16    Q.   Okay.  And to whom does CMS pay
17 those fees?
18         MR. SOSNOWSKY:  Objection to form.
19         THE WITNESS:  To Google through our
20 ad agencies.
21         BY MS. MILLIGAN:
22    Q.   So CMS paid its -- its ad agencies

25 (Pages 94 - 97)

Page 98

1  for those fees?
2       MR. SOSNOWSKY: Objection to form.
3       THE WITNESS: As your first question
4  was, you asked did CMS purchase from Google.
5  And I answered yes, on the tech services, and
6  so that's what I am referring to. So we paid
7  those tech services through our ad agencies.
8       BY MS. MILLIGAN:
9       Q. So would -- in order to calculate
10 the amount of fees paid to CMS's advertising --
11 advertising agencies for ad tech services
12 provided by Google, aside from the final
13 reports, are there any other records that one
14 would need to make that calculation?
15      MR. SOSNOWSKY: Objection to form.
16      THE WITNESS: I would double-check
17 the math using the invoices.
18      BY MS. MILLIGAN:
19      Q. Which invoices?
20      A. The invoices that CMS receives.
21      Q. And who does CMS receive invoices
22 from?

Page 99

1       MR. SOSNOWSKY: Objection to form.
2       THE WITNESS: We receive the
3  invoices, as we just looked at, from Google
4  through our advertising agency.
5       BY MS. MILLIGAN:
6       Q. Okay. And the invoice that we just
7  looked at, who was the recipient of that
8  invoice in the first instance?
9       MR. SOSNOWSKY: Objection to form.
10 Foundation.
11      THE WITNESS: I don't think it lists
12 the staff member on this particular one --
13      BY MS. MILLIGAN:
14      Q. So here --
15      A. -- yeah. It's -- the document you
16 gave me doesn't actually -- it would go through
17 our office of financial management. They
18 probably see it first.
19      Q. Who -- and "who" means people and
20 entities -- received that, the invoice -- the
21 Google invoice in Exhibit 80 in the first
22 instance? Feel free to look at it.

Page 100

1       MR. SOSNOWSKY: Objection to form.
2  Foundation.
3       THE WITNESS: The invoice was sent
4  on our behalf to Brunet-García.
5       BY MS. MILLIGAN:
6       Q. Okay. And so it was received by
7  Brunet-García?
8       MR. SOSNOWSKY: Objection to form.
9  Foundation.
10      THE WITNESS: In order to pay Google
11 on our behalf.
12      BY MS. MILLIGAN:
13      Q. It was received by Brunet-García in
14 order to pay Google?
15      MR. SOSNOWSKY: Object to form.
16 Foundation.
17      THE WITNESS: It's on our behalf.
18      BY MS. MILLIGAN:
19      Q. Is that --
20      THE COURT REPORTER: I'm sorry. I
21 didn't hear your answer.
22      THE WITNESS: It's on our behalf.

Page 101

1  Thank you.
2       BY MS. MILLIGAN:
3       Q. So is that yes?
4       MR. SOSNOWSKY: Objection to form.
5  Foundation.
6       THE WITNESS: Advertising agencies
7  act on our behalf to pay our vendors.
8       BY MS. MILLIGAN:
9       Q. Okay. Did you understand my
10 question?
11      A. Yes.
12      Q. Okay. So when the invoice was sent
13 on your behalf from Google to Brunet-García, is
14 it correct that Brunet-García received that
15 invoice?
16      MR. SOSNOWSKY: Objection. Asked
17 and answered several times now.
18      You can tell her again.
19      THE WITNESS: Yes.
20      BY MS. MILLIGAN:
21      Q. Thank you.
22      Does CMS have an amount in mind that

Page 114

1  wrongful instructions to -- with regard to
2  answering questions based on the outcome of
3  today's hearing before Judge Anderson.
4       MR. SOSNOWSKY:  Okay.  We obviously
5  object to that.  You've had full cooperation
6  from Mr. Koepke, and we do not have further
7  questions.  We will read and sign.  It is our
8  position that CMS is done.
9       MS. MILLIGAN:  Thank you for your
10  time today.
11       THE WITNESS:  Thank you.  As I said,
12  this was fascinating.
13       THE VIDEOGRAPHER:  Going off the
14  record.  The time is 11:44.
15       (Whereupon, the proceeding was
16  concluded at 11:44 a.m.)
17
18
19
20
21
22

Page 115

1           CERTIFICATE OF NOTARY PUBLIC
2       I, Bonnie L. Russo, the officer before
3  whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly
6  sworn by me; that the testimony of said witness
7  was taken by me in shorthand and thereafter
8  reduced to computerized transcription under my
9  direction; that said deposition is a true
10  record of the testimony given by said witness;
11  that I am neither counsel for, related to, nor
12  employed by any of the parties to the action in
13  which this deposition was taken; and further,
14  that I am not a relative or employee of any
15  attorney or counsel employed by the parties
16  hereto, nor financially or otherwise interested
17  in the outcome of the action.
18
19
        _____
20         Notary Public in and for
21            the District of Columbia
22  My Commission expires:  August 14, 2025

Page 116

1  Victor Liu Esq
2  victor.liu@usdoj.gov
3           August 28th, 2023
4  RE:   United States, Et Al v. Google, LLC
5  8/25/2023, Christopher Koepke (#6075382)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  (erratas-cs@veritext.com).
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 117

1  United States, Et Al v. Google, LLC
2  Christopher Koepke (#6075382)
3         E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23  _____    _____
24  Christopher Koepke              Date
25