**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to exclude expert testimony of Anthony Ferrante and pursuant to Federal Rule of Civil Procedure 37, Federal Rule of Evidence 702, related case law, and Local Civil Rule 37, the Court hereby

FINDS the motion to exclude expert testimony of Anthony Ferrante is granted.

Accordingly, for good cause shown, it is hereby

ORDERED that Anthony Ferrante is excluded from testifying at any hearing or trial in this case and that any opinion contained in his expert report may not be introduced at any hearing or trial related to this case.

DATE: _____          _____