Exhibit C

ADVERTISEMENT



Vail, CO
March 25-27

Unraveling header bidding's problems with user data - Digiday

🔍            **DIGIDAY**            ✉  |  **SUBSCRIBE**  |  LOGIN

NEWS ▾        DIGIDAY +        PODCASTS        EVENTS        AWARDS

THE PROGRAMMATIC PUBLISHER

# Unraveling header bidding's problems with user data

By [Ross Benes](#)  •  March 20, 2017  •  3 min read  •

      

**2 / 3** FREE ARTICLES

Become a Digiday+
member for full access                                    [VIEW MEMBERSHIPS](#)



Ad tech is underline about tradeoffs.

Although header bidding has been heralded for its ability to increase revenue for publishers, an overlooked downside is that it can expose user data by allowing all bidders to access audience data. Header bidding also makes it easier for fraudsters to hide in the noise created by the vast amount of data points that come from multiple parties bidding on all available impressions.

"There are some real security concerns about header bidding that aren't being talked about," said an ad-fraud researcher requesting anonymity.

Because <u>waterfalling</u> — a technique where publishers move inventory from one market to the next — is inefficient at driving revenue, many publishers adopted header bidding, which simultaneously offers inventory to multiple exchanges before making calls to their ad servers. While waterfalling is clunky, one <u>benefit of this technique</u> is that it limits how much user data the bidders could harvest, said Todd Garland, CEO of digital ad network BuySellAds.

For example, if the highest-bidding network in the waterfall wins 50 percent of the impressions in the auction, then subsequently, half of the impressions for sale won't get passed along to other networks. With this approach, each network only obtains user data from whoever they sell impressions to, which is only a fraction of the total audience that the total impressions in the auction are sold to, Garland said.

But with header bidding having all calls go out simultaneously, each bidder can get access to data from all the users who were served impressions from the auction. A Rubicon Project spokesperson said, on average, the top 100 publishers in terms of

## TRENDING IN THE PROGRAMMATIC PUBLISHER

01   WTF SERIES

**WTF is a data clean room?**



02   WTF SERIES

**WTF is Google's Privacy Sandbox?**



SPONSORED

**How publishers are turning conversions into loyal subscribers and reducing churn**



03   THE PROGRAMMATIC PUBLISHER

**Apple's expanding ad ambitions: A closer look at its journey toward a comprehensive ad tech stack**



comScore traffic have four header bidding partners. But it also isn't unheard of for publishers to near double digits with their bidders.

"Many exchanges allow <u>demand-side platforms</u> to take bid requests and basically just 'listen' for data without spending money," said independent ad tech consultant Brad Holcenberg. "So the more [bidding partners] you work with, the more likely the data gets to their customers and can leak out further from there."

---

## ⊙ Sign up for the Digiday Daily Newsletter

Get the latest news on media, marketing and the future of TV, delivered each weekday morning

Business email

Job title

SIGN UP

---

While sources did not share any first-hand experiences, data leaking can be problematic for both publishers and users. When data leaks, it can devalue publisher

inventory because retargeters use audience data from premium publishers to target their users while they're visiting websites that have lower CPMs. Hyper-targeting can also irritate users and turn them onto ad blocking. And in the most extreme cases, leaks of personal data can allow bad actors to hack people's personal accounts and devices.

Jeremy Hlavacek, vp of programmatic at The Weather Company, said that while header bidding does make it easier for programmatic platforms to obtain user data, this effect is mitigated by the fact that data aggregators are connected to most supply-side platforms, so they can find indirect ways to obtain and sell user data even if waterfalling limits direct access to user data. But Hlavacek pointed out that with multiple partners bidding on all impressions available in the auction, header bidding significantly increases the amount of data points in the exchanges. Other sources said it's this data deluge that is most problematic when it comes to security.

"Header bidding generates as much as 10 times the amount of calls to get the same result," said Tom Kershaw, chief

## MOST READ

01    LIFE BEYOND THE COOKIE

**Here's what The Trade Desk actually thinks about Google's Privacy Sandbox**



02    LIFE BEYOND THE COOKIE

**Digiday's definitive, if not exhaustive, 2024 Google Chrome third-party cookie deprecation glossary**



technology officer of Rubicon Project. "Whenever you generate that much noise, it is much harder to track [fraudulent activity] because it becomes easier for people to hide."

Speaking on the condition of anonymity, an exec from an ad tracking firm said that data leakage is not affected by whether a header bidding product is browser-based or <u>server-side</u>. However, moving the auction to direct server connections could theoretically give publishers more control over who is bidding on their inventory.

"Regardless of the setup, it's about your governance and having control over which vendors are involved with bidding," the exec said. "It can get out of control if it is not managed properly."




https://digiday.com/?p=228164

---



03    LIFE BEYOND THE COOKIE

**Nine questions to consider as Google starts its move away from third-party cookies**

04    DIGIDAY @ CES

**AI Briefing: What marketing and tech experts noticed at CES 2024**



05    THE PROGRAMMATIC MARKETER

**DSPs prepare for heavy lifting within Privacy Sandbox**



---

Ⓓ Stories like this, in your inbox each morning

Business Email

Job Title

1/19/24, 9:09 AM
Case 1:23-cv-00108-LMB-JFA    Document 599-3 Filed 04/26/24 Page 8 of 10 PageID# 9504
Unraveling header bidding security vulnerabilities - Digiday

SIGN UP

## MORE IN MEDIA

VIEW MORE »



GENERATIVE AI

**Beyond CES: Samsung, Google and Qualcomm are kicking off the race for AI-powered devices**

January 18, 2024  •  6 min read

After CES 2024 and Samsung Unpacked, emerging tech trends are already gaining momentum across AI, mixed reality headsets and more.

1/19/24, 12:36 AM
Case 1:23-cv-00108-LMB-JFA   Document 599-3   Filed 04/26/24   Page 9 of 10 PageID# 9505
Unraveling header bidding security | Nieman Lab | Digiday



MEMBER EXCLUSIVE

**Media Briefing: Here are the Privacy Sandbox proposals publishers are prioritizing in early tests**

January 18, 2024  •  10 min read

Publishers are picking and choosing where they want to play in Google's Privacy Sandbox.



BEYOND ADS

**Professional publishers show out at Davos amid spikes in event sponsorship revenue**

January 17, 2024  •  4 min read

Publishers swarm to Davos swaddled by sponsorship revenue.

# DIGIDAY+

Get access to tools and analysis to stay ahead of the trends transforming media and marketing

SUBSCRIBE

## NEWSLETTER

Get Digiday's top stories every morning in your email inbox.

Business email

SIGN UP

## CONNECT

Follow @Digiday for the latest news, insider access to events and more.

FAQ        ADVERTISE        PRIVACY POLICY        MASTHEAD        **DIGIDAY** MEDIA        © 2024. ALL RIGHTS
DIGIDAY MEDIA                                                                                              RESERVED