# EXHIBIT 81

# In the Matter Of:

*United States vs*

*Google*

## KENNETH MARCO HARDIE

November 14, 2023



```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3      - - - - - - - - - - - - - x

 4     UNITED STATES OF AMERICA, :

 5     et al.,                    :

 6             Plaintiffs,        :

 7     v.                         :  CASE NO.

 8     GOOGLE, LLC,               :  1:23-cv-00108-LMB-JFA

 9             Defendant.         :

10      - - - - - - - - - - - - - x

11

12        VIDEOTAPED DEPOSITION OF KENNETH MARCO HARDIE

13                 Tuesday, November 14, 2023

14                        2:07 p.m.

15

16     JOB NO. 919087

17     Pages 1 through 129

18     Reported by:  Cassandra E. Ellis, CSR-CA #14448,

19     CSR-HI #475, CCR-WA #3484, RPR, RMR, RDR, CRR,

20     Realtime Systems Administrator #823848

21

22
```

|  | Page 106 |  | Page 107 |
|---|---|---|---|
| 1 | A.  We didn't get into -- we weren't | 1 | other contract terms, besides the -- did you |
| 2 | going -- we weren't going -- if your question is | 2 | prepare to testify as to any other contract |
| 3 | we were not going through this level of detail | 3 | terms, besides the -- which platforms the ad |
| 4 | in terms of individual GMP contracts. | 4 | agencies have agreements with respect to? |
| 5 | MR. RYBNICEK:  Counsel, we're going | 5 | A.  I would not characterize my prep as |
| 6 | to object, because I don't think the topic calls | 6 | focused on specific contract terms. |
| 7 | for a legal understanding of the terms effect. | 7 | Q.  Okay.  So do you know what the |
| 8 | He was prepared on -- in understanding what | 8 | platform fees are for DV360 for the federal |
| 9 | contracts exist and what terms are contained in | 9 | agency advertisers? |
| 10 | them. | 10 | A.  So in this case, there wouldn't be |
| 11 | Asking questions about what the | 11 | plays and fees, agency platform fees specific |
| 12 | legal effect of terms are goes beyond the scope | 12 | for the advertiser, because the advertising |
| 13 | of the topics in the 30(b)(6) notice. | 13 | agency is who has the seat or who has the |
| 14 | MS. CLEMONS:  Can we go off the | 14 | contract with Google. |
| 15 | record? | 15 | And many times, like, again, to |
| 16 | THE VIDEOGRAPHER:  Off the record. | 16 | example we use with Google is a massive |
| 17 | The time is 4:06. | 17 | conglomerate of agencies, which does billions of |
| 18 | (Recess.) | 18 | dollars with revenue through GMP across many, |
| 19 | THE VIDEOGRAPHER:  On the record. | 19 | many clients over the course of, you know, a |
| 20 | The time is 4:08. | 20 | year, and so I -- I would -- I cannot speak to |
| 21 | BY MS. CLEMONS: | 21 | what volume discounts each holding company would |
| 22 | Q.  Mr. Hardie, did you discuss any | 22 | have, so I -- I don't -- I don't know. |
|  | Page 108 |  | Page 109 |
| 1 | Q.  Okay.  Do you know whether there | 1 | large and complicated campaign.  There were at |
| 2 | are any contracts with advertising agencies that | 2 | least eight media agencies buying media, and |
| 3 | are specific to particular advertisers, | 3 | they were all doing it through -- the plan was |
| 4 | particularly federal agency advertisers? | 4 | for them to do it through the Wave Maker Seat, |
| 5 | A.  Can you repeat the question or | 5 | which is one the agencies there.  And the only |
| 6 | rephrase the question? | 6 | way that we could -- or the campaign, itself, |
| 7 | Q.  Does Google have any contracts with | 7 | could effectively be managed was if it was all |
| 8 | advertising agencies that are specific to a | 8 | bought through the Wave Maker Seat. |
| 9 | particular advertiser? | 9 | That is not normal practice, |
| 10 | A.  Current contracts, I'm not -- I | 10 | because normally multiple advertising agencies |
| 11 | can't say for sure. | 11 | aren't working on the same campaign in that way. |
| 12 | Q.  Do you know if Google had any | 12 | And so there were certain things that we had to |
| 13 | contracts with advertising agencies related to | 13 | do or that Google had to do in order to allow |
| 14 | the 2020 decennial census campaign? | 14 | the census agencies, the advertising agencies, |
| 15 | A.  Yes. | 15 | to be able to operate within -- within that |
| 16 | Q.  Were they specific to census? | 16 | instance to execute the campaign. |
| 17 | A.  There were specific parts of GMP | 17 | Q.  Okay.  So in that case, in the case |
| 18 | contracts that were related to census. | 18 | of the census 2020 campaign -- |
| 19 | Q.  What specific parts of GMP | 19 | A.  Mm-hmm. |
| 20 | contracts were related to census? | 20 | Q.  -- Google executed specific |
| 21 | A.  So the census, itself, was, again, | 21 | contracts with Wave Maker and other advertising |
| 22 | as we've talked about earlier, an incredibly | 22 | agencies that only governed purchases related to |

| Page 110 | Page 111 |
|---|---|
| 1  the 2020 census campaign; is that right?<br>2      A.   Yes, because there was no other<br>3  way -- no other feasible way for the campaign to<br>4  run.  It was such a unique and bespoke example,<br>5  that the normal processes would not have been<br>6  able to -- would not have been feasible in order<br>7  to make the campaign actually run.<br>8      Q.   Okay.  Are you aware of any other<br>9  federal agency advertisers that have had<br>10 specific mention in advertising agency contracts<br>11 with Google?<br>12     A.   Say that again.<br>13     Q.   Are you aware of any federal agency<br>14 advertisers -- strike that.<br>15          Are you aware of any contracts that<br>16 Google has with ad agencies, other than the one<br>17 for the census, that are specific to a<br>18 particular advertiser?<br>19     A.   I'm not aware.<br>20          MS. CLEMONS:  Okay.  Do -- all<br>21 right.  I think we're going to take a short<br>22 break, and then we'll come back on the record | 1  and finish up.<br>2          THE VIDEOGRAPHER:  Off the record.<br>3          The time is 4:13.<br>4          (Recess.)<br>5          THE VIDEOGRAPHER:  On the record.<br>6          The time is 4:25.<br>7  BY MS. CLEMONS:<br>8      Q.   Okay.  Mr. Hardie, I just have a<br>9  couple more quick questions for you.<br>10     A.   Okay.<br>11     Q.   Maybe more than a couple, but do<br>12 you know who Erin Corkins is?<br>13     A.   That name sounds familiar.<br>14     Q.   Okay.  Do you know if she works<br>15 with Anthony Altimari or in that group?<br>16     A.   I don't believe she actually works<br>17 with Anthony Altimari --<br>18     Q.   Okay.<br>19     A.   -- if I remember correctly.<br>20     Q.   Okay.  Do you know what a DVIP is?<br>21     A.   Yes.<br>22     Q.   What is that? |
| Page 112 | Page 113 |
| 1      A.   Display and video incentive<br>2  program.<br>3      Q.   And, briefly, what is a -- what is<br>4  the display and video incentive program?<br>5      A.   It is essentially a volume discount<br>6  for a certain level of display and video spend.<br>7      Q.   Okay.  And is that volume discount<br>8  for an ad agency broadly or for a specific<br>9  advertiser?<br>10     A.   It actually could be both or<br>11 either, I should say.<br>12     Q.   Are you aware of any DVIPs that are<br>13 specific to federal agency advertisers?<br>14          MR. RYBNICEK:  Objection to form.<br>15     A.   There have been DVIPs on behalf of<br>16 federal agencies before.<br>17     Q.   Do you recall any specific ones in<br>18 the past five years?<br>19     A.   Veteran's Affairs.<br>20     Q.   Okay.  So there was a specific<br>21 display and video incentive plan for Veteran's<br>22 Affairs? | 1      A.   Yes.<br>2      Q.   Okay.  Was that signed by Veteran's<br>3  Affairs or by their ad agency?<br>4      A.   It was signed by Reingold.<br>5      Q.   Okay.  DV360 -- I'm sorry to jump<br>6  around here -- is DV360, does that include<br>7  YouTube Select?<br>8      A.   YouTube Select is the most premium<br>9  inventory on YouTube.  YouTube can be bought<br>10 through DV360, so kind of translative property<br>11 there, you can buy YouTube Select DV.<br>12     Q.   Okay.  So it can include YouTube<br>13 Select?<br>14     A.   Yes, it can.<br>15     Q.   Or folks can buy YouTube Select<br>16 through other --<br>17     A.   You can buy YouTube Select directly<br>18 through Google Ads.<br>19     Q.   Okay.  Are you familiar with GMP<br>20 order forms?<br>21     A.   Specific order forms?<br>22     Q.   Or just the concept of Google |

## Page 126

```
 1        MR. RYBNICEK:  Thank you.
 2        THE WITNESS:  Thank you.
 3        THE VIDEOGRAPHER:  This concludes
 4   today's deposition.
 5        We are off the record at 4:42.
 6        (Signature having not been waived,
 7   the deposition of KENNETH MARCO HARDIE was
 8   concluded at 4:42 p.m.)
 9        ACKNOWLEDGMENT OF DEPONENT
10        I, KENNETH MARCO HARDIE, do hereby
11   acknowledge that I have read and examined the
12   foregoing testimony, and the same is a true,
13   correct and complete transcription of the
14   testimony given by me and any corrections appear
15   on the attached Errata sheet signed by me.
16
17   _____       _____
18      (DATE)                    (SIGNATURE)
```

## Page 127

```
 1        CERTIFICATE OF SHORTHAND REPORTER
 2        I, Cassandra E. Ellis, Registered
 3   Professional Reporter, the officer before whom
 4   the foregoing proceedings were taken, do hereby
 5   certify that the foregoing transcript is a true
 6   and correct record of the proceedings; that said
 7   proceedings were taken by me stenographically
 8   and thereafter reduced to typewriting under my
 9   supervision; and that I am neither counsel for,
10   related to, nor employed by any of the parties
11   to this case and have no interest, financial or
12   otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto
14   set my hand this 15th day of November 2023.
15
16
17           Cassandra E. Ellis
18   _____
19   CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
20              CSR-HI #475, RPR, RMR, RDR,
21              CRR, REALTIME SYSTEMS
22              ADMINISTRATOR #823848
```

## Page 128

```
 1        E R R A T A   S H E E T
 2   IN RE:  UNITED STATES OF AMERICA, v. GOOGLE,
 3   LLC
 4   RETURN BY: _____
 5   PAGE   LINE    CORRECTION AND REASON
 6   ____   ____    _____
 7   ____   ____    _____
 8   ____   ____    _____
 9   ____   ____    _____
10   ____   ____    _____
11   ____   ____    _____
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20
21   _____    _____
22      (DATE)                 (SIGNATURE)
```

## Page 129

```
 1        E R R A T A   S H E E T   C O N T I N U E D
 2   IN RE:  UNITED STATES OF AMERICA, v. GOOGLE,
 3   LLC
 4   RETURN BY: _____
 5   PAGE   LINE    CORRECTION AND REASON
 6   ____   ____    _____
 7   ____   ____    _____
 8   ____   ____    _____
 9   ____   ____    _____
10   ____   ____    _____
11   ____   ____    _____
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20
21   _____    _____
22      (DATE)                 (SIGNATURE)
```