# EXHIBIT 82

# REDACTED

# GOOGLE MARKETING PLATFORM ORDER FORM - ADVERTISING SERVICES

This Agreement is composed of the following parts:

Part 1: Cover Sheet
Part 2: Signature Page
Part 3: General Terms and Conditions

## Part 1: Cover Sheet

| Company Information | |
|---|---|
| Company Full Legal Name ("**Company**" or "**Parent**") | J.R. Reingold & Associates, Inc. |
| Principal Place of Business/Registered Office Address | 1321 Duke St. Alexandria 22314, US |
| Corporate Registration Number | |
| Company VAT Number / Tax ID | |
| **Deal Information** | |
| Effective Date | February 1, 2021 |
| Initial Term | 12 MONTHS |
| GMP Advertising Services | Display & Video 360 Campaign Manager |
| Auto-renewal | No |
| **Pricing Information** | |
| Default Billing Currency ("**Default Billing Currency**") | USD |
| Display & Video 360 Service | |
|    Exchange Rate | ██████ |
|    Non-Exchange Rate | ██████ |
| Campaign Manager and Nielsen DAR | Please see separate Pricing Sheet for these services |

## Campaign Manager and Nielsen DAR Pricing Sheet

| | |
|---|---|
| Campaign Manager Minimum Service Fee Start Date | February 1, 2021 |
| Campaign Manager Minimum Service Fee - Amount & Currency | ■■■■ |
| Campaign Manager Minimum Service Fee Period | Monthly |

**Currencies:**

| For Parent and AAA Affiliates incorporated in: | Applicable Billing Currency |
|---|---|
| Parent's country of incorporation and any other country not expressly listed below | USD |
| US | USD |

**Campaign Manager Rates:**

| CURRENCY: | USD |
|---|---|
| Campaign Manager Service | |
| Display CPM | ■■■ |
| Video/Audio CPM | ■■■ |
| Advanced Display Upcharge | ■■■ |
| Display CPC | ■■■ |

**Part 2: Signature Page**

AGREED AND ACCEPTED BY:

| J.R. Reingold & Associates, Inc. | GOOGLE LLC |
|---|---|
| By: *Paula Miller* (DocuSigned by) DE9AF721BE0B43B... | By: *Philipp Schindler* Authorized Signatory |
| Name: Paula Miller | Name: Philipp Schindler |
| Title: VP of Contracts | Title: |
| Date: 1/29/2021 | Date: 2021.01.30 17:26:52 -08'00' |

Highly Confidential

## Part 3: General Terms and Conditions

1. **Services.** This Google Marketing Platform Order Form – Advertising Services (this "**Order Form**"), is by and between Company and Google (as defined below), and is effective as of the Effective Date. This Order Form governs Company's access to the services available under the Google Marketing Platform (as rebranded by Google from time to time) selected on the Cover Sheet (collectively, the services subject to this Order Form are the "**Google Marketing Platform Advertising Services**" or "**Services**"), and supersedes any prior Order Form or agreement between the parties for, and solely as it relates to, the relevant Google Marketing Platform Advertising Services.

2. **Definitions.** The following terms are defined as:
   a. "**AAA Affiliate**" means an Affiliate of Company party to an Affiliate Adopting Agreement.
   b. "**CPM**" means cost per 1,000 impressions.
   c. "**Google**" means Google LLC.
   d. Company's "**Monthly Service Fees**" for a Service are the Service Fees payable with respect to that Service in a certain month.
   e. "**Quarter**" means the three month period following a Minimum Service Fee Start Date, and each three month period thereafter.
   f. "**Year**" means the twelve month period following a Minimum Service Fee Start Date, and each twelve month period thereafter.

3. **Applicable Terms.** This Order Form incorporates by reference and is subject to the general Google Platform Services Terms and Conditions available at https://www.google.com/intl/en_us/doubleclick/platform/terms.html and the Google Marketing Platform Advertising Service Specific Terms available at https://marketingplatform.google.com/intl/en_us/about/ads_platforms/gmp/advertising/terms/ (each as updated by Google from time to time and, collectively, the "**Terms**"). This Order Form together with the Terms are referred to as the "**Agreement**." Company should read the Terms carefully before entering into this Order Form. Google may amend the Terms from time to time and Company will check the Terms regularly for updates. Unless otherwise noted, all terms defined in the Terms and used in this Order Form will have the meanings given to them in the Terms. This Order Form may be amended in writing or by Company's acceptance of additional terms in the user interface of the applicable Google Marketing Platform Advertising Service.

4. **Term and Termination.** The "**Initial Term**" of the Order Form is the period beginning on the Effective Date and continuing for the Initial Term as set out on the Cover Sheet. If the field for "Auto-Renewal" is marked "Yes" on the Cover Sheet, this Order Form will automatically renew for additional 12 month periods following the end of the Initial Term (each, a "**Renewal Term**") unless either party notifies the other of its intent not to renew this Agreement at least 60 days prior to the end of the Initial Term or then-current Renewal Term (the Initial Term and all Renewal Terms are, collectively, the "**Term**").

5. **Minimum Service Fees.** The conversion rate used to determine if any applicable Minimum Service Fee is met will be the most recent spot rate resident in Google's financial systems at the time of the transactions, unless otherwise agreed by the parties in writing. Following the applicable Minimum Service Fee Start Date:

a. <u>For monthly Minimum Service Fees (any product)</u>: If, during any month of the Term, the sum of the Monthly Service Fees payable with respect to a particular Service for Company (including Affiliate Customers) and all AAA Affiliates is less than the Minimum Service Fee for such Service, Company will pay Google the Minimum Service Fee only.

b. <u>For Yearly or Quarterly Minimum Service Fees (any product)</u>: If, in a particular Year or Quarter (as applicable), the sum of the Monthly Service Fees paid with respect to a particular Service for Company (including Affiliate Customers) and all AAA Affiliates is less than the Minimum Service Fee for such Service, Company will pay Google the difference between the Minimum Service Fee for such Service and that sum (in addition to any Monthly Service Fees then payable for such Service).

c. <u>For Campaign Manager Minimum Service Fees</u>: For purposes of clarification, in addition to Company's Monthly Service Fee as described herein, impressions served on behalf of Company by a publisher using Google's proprietary Publisher-Paid service constitute "Ad impressions served hereunder by Standard Ad Serving" for purposes of determining whether the Campaign Manager Minimum Service Fee, if any, has been met.

6. **Billing Currencies**. The following terms and conditions and Service Fees will apply based on Company's usage of the Services. Company will be billed in the Default Billing Currency unless another currency is specified herein or otherwise approved by Google.

    a. <u>Display & Video 360 and Search Ads 360</u>. All Monthly Service Fees and costs for Display & Video 360 and Search Ads 360 will be invoiced to Company and AAA Affiliates in the currencies selected by Company (i) in the online interface of the Display & Video 360 Service; or (ii) through Company's Google Marketing Platform account team for Search Ads 360, as applicable. If required, currency conversion will be performed using the currency conversion rates utilised by the applicable Service from time to time (as determined by Google).

    b. <u>Campaign Manager and Nielsen Digital Ad Ratings</u>. All Monthly Service Fees and costs for Campaign Manager and Nielsen Digital Ad Ratings will be invoiced to Company and AAA Affiliates in the currencies and applicable rates specified on the <u>Campaign Manager and Nielsen DAR Pricing Sheet</u>.

7. **Display & Video 360 Service Fees**. Company's Monthly Service Fee for the Display & Video 360 Service is the sum of:

    [REDACTED]

8. **Search Ads 360 Service Fees**. Company's Monthly Service Fee for the Search Ads 360 Service [REDACTED]



9. **Campaign Manager Service Fees.** Company's Monthly Service Fee for the Campaign Manager Service is the sum of:



10. **Nielsen Digital Ad Ratings Service Fees.** Company's Monthly Service Fee for the Nielsen Digital Ad Ratings Service is