# EXHIBIT 84

Google

## Google Display & Video Ads Market Share

Global GTM
January 2018
SENSITIVE - DO NOT SHARE

Confidential + Proprietary

GOOG-DOJ-11785945









HIGHLY CONFIDENTIAL

GOOG-DOJ-11785949

| Id | Date | Text |
|---|---|---|
| 1 | 02/09/2018 08:11:04 | +1<br><br>We may want to include the share of wallet work when talking about access (the work Sofia is driving with OPG) as network inventory grows every year. |
| 1 | 02/09/2018 17:13:39 | how is this being defined/calculated? |
| 1 | 02/09/2018 17:13:39 | For FB we are including O&O and FAN (from analyst estimates), for GOOG we are taking actuals from our sell-side products and forecasts from RevForce team<br><br>Thanks Chris, I'm not familiar with the share of wallet work but will reach out to Sofia |

Google

Confidential • Proprietary

Appendix

| Buying Door | CAGR | |
|---|---|---|
| | 2012->2017 | 2017->2020 |
| Google Reservation | 31% | 17% |
| DBM | 68% | 26% |
| AdWords | 25% | 26% |
| GOOG | 31% | 25% |
| FB | 42% | 27% |
| AMZN | 23% | 32% |

| Selling Door | CAGR | |
|---|---|---|
| | 2012->2017 | 2017->2020 |
| AdExchange | 46% | 32% |
| AdMob | 71% | 24% |
| AdSense | -4% | -10% |
| Google O&O | 7% | 10% |
| YouTube | 41% | 33% |

Google

Confidential + Proprietary

All work and sources are listed in Display 2020 Working Trix

HIGHLY CONFIDENTIAL