# EXHIBIT 85

# Google

# Amazon Overview

dnoam@, shilpaa@

Confidential + Proprietary

HIGHLY CONFIDENTIAL
GOOG-DOJ-12634156



These numbers are meant to be directional and highlight the size of the markets Amazon is going after Cloud ($1.5 trillion) and Commerce ($22 trillion) and Amazon is accelerating the shift in both those markets to the cloud/online. Given the under penetration in both those markets (Cloud <5%) and (Commerce <1%), Amazon is currently the only company that is set up to dominate in both

Amazon is building out their business across three core pillars: AWS, Marketplace, & Prime. If they maintain their current growth trajectory, there's a world where Amazon is worth 3 Billion dollars by 2025.
AWS is their most profitable business (30% margin vs. 5% in retail).
Potential for $140B+ in profits alone from AWS in 2025.
They have proven time and again that they are willing to eschew short term profits for long term gain. Even at it's current run rate, AWS's profits have fueled their investments in Globalization, Prime shipping, prime video and Alexa. Amazon's bets, specifically around globalization + Alexa show no signs of slowing, especially as AWS profits accelerate.

HIGHLY CONFIDENTIAL









Whether we're talking about Alexa, Amazon hardware, Prime services, Amazon "Basics" products, or even Cloud services, they are all part of the same ecosystem intended to drive and support transactions on Amazon.

HIGHLY CONFIDENTIAL
GOOG-DOJ-12634161