IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal certain portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Expert Testimony of Anthony Ferrante as well as certain exhibits attached to the same motion, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to Defendant Google marking the redacted material as confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Motion to Exclude Expert Testimony of Anthony Ferrante and certain exhibits attached to the motion shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____       _____