# EXHIBIT 94

# INTENTIONALLY EXCLUDED