UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file certain sealed exhibits to the Declaration of Bryon Becker in Support of Google's Motion for Summary Judgment and Motions to Exclude, and redacted versions of Memorandum of Law in Support of Google LLC's Motion for Summary Judgment, Memorandum of Law in Support of Google LLC's Motion to Exclude the Testimony of Prof. Robin S. Lee, Memorandum of Law in Support of Google LLC's Motion to Exclude the Testimony of Adoria Lim, and Memorandum of Law in Support of Google LLC's Motion to Exclude the Testimony of Dr. Timothy Simcoe ("Motion").

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the exhibits and redacted text contain Google's confidential business information and trade secrets; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this \_\_\_\_ day of _____ 2024.

Alexandria, Virginia                                        _____