**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to exclude the opinions of Professor Itamar Simonson and related expert opinions of Dr. Mark Israel and pursuant to Federal Rule of Evidence 702 and related case law, the Court hereby:

GRANTS the motion to exclude the opinions at issue.

Accordingly, for good cause shown, it is hereby:

ORDERED that Professor Simonson is precluded from testifying at and offering any opinions at any hearing or trial in this case.

IT IS FURTHER ORDERED THAT Dr. Israel is precluded from testifying at any hearing or trial in this case regarding any market definition opinions that are based on or rely on any excluded opinions of Professor Simonson.

DATE: _____          _____