IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal certain portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Opinions of Defendant Google LLC's Expert Itamar Simonson and Related Expert Opinions of Dr. Mark Israel ("Motion") as well as certain exhibits attached to the same motion, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to Defendant Google marking the redacted material as confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of the memorandum of law in support and exhibits to Plaintiffs' Motion shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____