IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO SEAL EXHIBITS FOR BRIEFING ON SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**

1. On April 26, 2024, Plaintiffs filed motions to exclude testimony of two of Google's expert witnesses. ECF Nos. 587, 609. On that same date, Google filed a motion for summary judgment and motions to exclude testimony of three of Plaintiffs' expert witnesses. ECF Nos. 569, 572, 575, 578.

2. All of these filings were accompanied by requests to maintain material under seal. With respect to a significant amount of the material submitted under seal, the parties' basis for sealing is that another party (or non-party) has designated the material as "confidential" or "highly confidential" under the operative protective order in this action, *see* E.D. Va. L.R. 5(C) (setting forth procedures for filing materials where a non-filing party or non-party has designated the material as confidential). ECF Nos. 592-93, 605-06, 612, 617.

3. Pursuant to Local Rule 5, the parties' (and any interested non-parties') responses to these motions to seal are due on May 3, 2024. In those responses, Plaintiffs, Google, and any interested non-parties will be required to set forth a basis for continued sealing of material that they originally designated as confidential or highly confidential under the Modified Protective Order.

4. The parties respectfully request an extension until **June 7, 2024**, of the response deadline for all responses to motions to seal associated with Google's motion for summary judgment and the parties' total of five motions to exclude expert witness testimony, as well as the associated opposition briefs and replies.

5. The additional time to respond to these motions to seal will provide two key benefits: (1) The parties and interested non-parties will have sufficient time to ensure that their requests for continued sealing are as narrowly tailored as possible, facilitating the maximum amount of information ultimately being available on the public docket; and (2) a single response deadline of June 7, 2024, will allow the parties to file consolidated responses to multiple motions to seal, contributing to fewer total filings and a more streamlined docket.

6. The parties submit that good cause exists to grant this extension, as the parties have proceeded diligently in this matter, no party will be prejudiced by the requested relief, and the requested relief will not affect any other deadlines in this case. *See generally Roe v. Howard*, No. 1:16-cv-562, 2017 U.S. Dist. LEXIS 187258, *1-2 (E.D. Va. June 30, 2017).

7. The parties have met and conferred regarding the relief requested herein, and both Plaintiffs and Google join in this motion.

Dated: April 30, 2024

Respectfully submitted,

FOR THE PLAINTIFFS:

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |

FOR DEFENDANT:

| | |
|---|---|
| Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Julie Elmer (*pro hac vice*)<br>Lauren Kaplin (*pro hac vice*)<br>Scott A. Eisman (*pro hac vice*)<br>Jeanette Bayoumi (*pro hac vice*)<br>Claire Leonard (*pro hac vice*)<br>Sara Salem (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com<br><br>Daniel Bitton (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com<br><br>Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | */s/ Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942)<br>THE LAW OFFICE OF<br>CRAIG C. REILLY, ESQ.<br>209 Madison Street, Suite 501<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com<br><br>Karen L. Dunn (*pro hac vice*)<br>Jeannie S. Rhee (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*)<br>Martha L. Goodman (*pro hac vice*)<br>Bryon P. Becker (VSB #93384)<br>Erica Spevack (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>kdunn@paulweiss.com<br><br>Meredith Dearborn (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (202) 330-5908<br>mdearborn@paulweiss.com<br><br>Erin J. Morgan (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3387<br>Facsimile:  (212) 492-0387<br>ejmorgan@paulweiss.com<br><br>*Counsel for Defendant Google LLC* |