IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES, et al., )
)
        Plaintiffs, )
)
v. ) No. 1:23-cv-00108-LMB-JFA
)
GOOGLE LLC, )
)
        Defendant. )

## ORDER

Upon consideration of the Joint Motion for Extension of Time to Respond to Motions to Seal Exhibits for Briefing on Summary Judgment and Motions to Exclude Expert Testimony, and for good cause shown, the Court hereby ORDERS that the motion is GRANTED; and it is hereby ORDERED that any responses (by parties or non-parties) to the motions to seal at ECF Nos. 592, 605, and 612, shall be filed no later than **June 7, 2024**. IT IS FURTHER ORDERED that (1) any responses (by parties or non-parties) to motions to seal associated with any responses to or replies in support of motions to exclude expert testimony; and (2) any responses (by parties or non-parties) to motions to seal associated with any responses to or replies in support of Google's motion for summary judgment shall be filed no later than **June 7, 2024**.

DATE: May 1, 2024

/s/

Leonie M. Brinkema
United States District Judge