**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER SUSTAINING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING MOTION TO AMEND COORDINATION ORDER

Before the Court is Plaintiffs' Objections to the Magistrate Judge's Order of April 19, 2024 (ECF No. 560) denying Plaintiffs' Motion to Amend Order Regarding Coordination of Discovery (ECF No. 550). After considering the arguments and submissions of the parties, Plaintiffs' objections are SUSTAINED and IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Order Regarding Coordination of Discovery (ECF No. 550) is GRANTED as modified as follows:

1. Any portion of the Coordination Order permitting the use of documents produced after the Fact Discovery Cutoff in the Virginia Case if the documents are produced in the Virginia Case within 14 days of receipt and used for impeachment purposes at trial shall not apply to the Texas Case.

2. Paragraph 6 of the Coordination Order shall apply to the Texas Case, but only to transcripts (and exhibits) from depositions of witnesses who are already listed on any parties' initial disclosures served in this case. This shall expressly include testimony of corporate entities if the corporate entity is already listed on any parties' initial disclosure served in this case.

3. Plaintiffs are expressly prohibited from sharing any depositions transcripts (or exhibits) from the Texas Case with counsel for any MDL Plaintiff.

SO ORDERED THIS _____ DAY OF _____, 2024 IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA.