# Exhibit 5

| | |
|---|---|
| **From:** | Wolin, Michael (ATR) |
| **To:** | Zeke.DeRose@LanierLawFirm.com |
| **Cc:** | Wolin, Michael (ATR); Choi, Stephanie (ATR); Wood, Julia (ATR) |
| **Subject:** | US v. Google / Texas v. Google Coordination |
| **Date:** | Wednesday, March 20, 2024 4:36:00 PM |

Zeke,

We understand from the March 14 Joint Status Report filed by the Texas-led State Plaintiffs and Google that the parties plan to discuss the status of the coordination order in the EDTX case during the March 21 conference before Special Master David Moran.

The United States believes that the Coordination Order previously signed by Judge Jordan (Dkt. 266) should be rendered effective notwithstanding Judge Castel's order in SDNY declining to order further coordination. Several provisions, in particular paragraphs 3.f., 6.b., and 6.c., are vital to creating a level playing field between Google, on one hand, and the Texas and Virginia Plaintiffs, on the other hand. Those provisions, as applied to the Virginia Plaintiffs, should not be dependent on action by Judge Castel and are consistent with the provisions already ordered by the Court in the Virginia case in our Coordination Order.

Regards,
Michael Wolin


**Michael Wolin** (he/him)
Trial Attorney
United States Department of Justice
Antitrust Division | Transportation, Energy, and Agriculture Section
450 Fifth Street N.W., Suite 8000, Washington, DC 20530
michael.wolin@usdoj.gov | (202) 704-3270 (mobile)