# Exhibit 7

| | |
|---|---|
| **From:** | XIA, Rita |
| **To:** | Teitelbaum, Aaron (ATR); Wood, Julia (ATR); Mene, Gerard (USAVAE); aferguson@oag.state.va.us; spopps@oag.state.va.us; thenry@oag.state.va.us; kgallagher@oag.state.va.us; Brian Wang; Paula Blizzard; bryn.williams@coag.gov; jan.zavislan@coag.gov; steve.kaufmann@coag.gov; nicole.demers@ct.gov; yale.leber@law.njoag.gov; elinor.hoffmann@ag.ny.gov; morgan.feder@ag.ny.gov; david.mcdowell@ag.tn.gov; Bowers, Ethan (TN); Vernon, Jeffrey (ATR); tyler.corcoran@ag.tn.gov; Elizabeth.Maxeiner@ilag.gov; jayme.weber@azag.gov; cari.jeffries@doj.ca.gov; amy.hanson@atg.wa.gov; brandon.h.garod@doj.nh.gov; james.r.davis@doj.nh.gov; douglas.l.davis@wvago.gov; joseph.conrad@nebraska.gov; McGhee, Jasmine (NC); Marx, Jonathan (NC); Choksi, Kunal (NC); Tyler.Arnold@atg.wa.gov; kate.iiams@atg.wa.gov; colin.snider@nebraska.gov; zach.biesanz@ag.state.mn.us; evansj@michigan.gov; mertenss@michigan.gov; sprovazza@riag.ri.gov; Jennifer.Coronel@ilag.gov; Garcia, Kelly (ATR); JHarrison@oag.state.va.us; McBirney, Jimmy S. (CRT); Barry, Kaitlyn (ATR); Briskin, Craig (ATR); Clemons, Katherine (ATR); Guarnera, Daniel (ATR); Wolin, Michael (ATR); Choi, Stephanie (ATR); Strick, Amanda (ATR); Teslicko, David (ATR); Freeman, Michael (ATR); Gudzowski, Milosz (ATR); Laura Namba; lauren.pomeroy@doj.ca.gov; Gold, Matthew (ATR); comishj@michigan.gov; Sosnowsky, Mark (ATR); jon.woodruff@ag.state.mn.us; Longman, Timothy (ATR); Geiger, David (ATR); Longman, Timothy (ATR); Hansen, Rachel (ATR) |
| **Cc:** | craig.reilly@ccreillylaw.com; kdunn@paulweiss.com; jrhee@paulweiss.com; wisaacson@paulweiss.com; jbial@paulweiss.com; mdearborn@paulweiss.com; ejmorgan@paulweiss.com; Amy Mauser; mgoodman@paulweiss.com; Erica Spevack; bpbecker@paulweiss.com; cgreenbaum@paulweiss.com; Ayla Syed; Ali Vissichelli; Paul Yetter; Jamie Aycock; mbracewell@yettercoleman.com; mzorn@yettercoleman.com; MAHR, Eric (EJM); ELMER, Julie (JSE); KAPLIN, Lauren; MCCALLUM, Robert; KLEIN, Gayle (GRK); LIN, Daphne; BAYOUMI, Jeanette; TU, Xiaoxi; LEONARD, Claire; XIA, Rita; Daniel Bitton; Bradley Justus; dpearl@axinn.com; kperez@axinn.com; Courtney Smith |
| **Subject:** | [EXTERNAL] Subpoenas on EDVA Plaintiffs - The State of Texas et al. v. Google LLC, No. 4:20-cv-00957-SDJ (E.D. Tex.) |
| **Date:** | Friday, April 5, 2024 11:35:38 AM |

Counsel:

Google intends to serve subpoenas on all plaintiffs, including the eight Federal Agency Advertisers, in *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.) (the "Virginia Action") for their documents and depositions taken in the Virginia Action, to be reproduced in *State of Texas et al. v. Google LLC*, No. 4:20-CV-957-SDJ (E.D. Tex.) (the "Texas Action"). The subpoenas can be accessed at this FTP link:

https://data.us.freshfields.com/

Username: [redacted]
Password: [redacted]

**Google seeks only written permission to reproduce and use those materials from the Virginia Action in the Texas Action. The subpoenas contain a response date of April 19, 2024.**

Please let us know if we have permission to reproduce the materials in the Texas Action. **In addition, please let us know if you agree to accept service via this email by 5 pm ET on Monday, April 8, 2024.** We are available to discuss the subpoena and discuss any questions you may have.

Regards,
Rita

**Rita Xia**
Associate

**Freshfields Bruckhaus Deringer US LLP**
700 13th Street NW
Washington, DC 20005
T +1 202 777 4571 | M +1 202 815 5887
freshfields.com

Pronouns: she/her

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this [Privacy notice](). For further information about Freshfields Bruckhaus Deringer, please refer to our website at [www.freshfields.com]().