AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 05/16/2024

/s/ James A. Ryan
*Attorney's signature*

James A. Ryan
*Printed name and bar number*
U.S. Department of Justice, Antitrust Division
450 5th St., NW
Washington, DC 20530

*Address*

James.A.Ryan@usdoj.gov
*E-mail address*

(202) 353-3797
*Telephone number*

(202) 616-2441
*FAX number*