AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                     .

Date:     05/16/2024                              /s/ Victor K. Liu
                                                            *Attorney's signature*

                                                   Victor K. Liu (NY)
                                                *Printed name and bar number*

                                        U.S. Department of Justice, Antitrust Division
                                                      450 5th St., NW
                                                   Washington, DC 20530

                                                            *Address*

                                                   Victor.Liu@usdoj.gov
                                                      *E-mail address*

                                                    (202) 805-8657
                                                   *Telephone number*

                                                      *FAX number*