UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No. 1:23-cv-00108-LMB-JFA

**PROPOSED ORDER**

THIS MATTER is before the Court on Defendant Google LLC's Motion to Dismiss the United States' Damages Claim As Moot and to Strike the Jury Demand. Upon consideration of the motion, and arguments in support thereof and in opposition there, and it otherwise appearing proper to do so, it is hereby

ORDERED that Defendant's motion is GRANTED and that Plaintiff United States' claim for damages (Count V of the First Amended Complaint) is DISMISSED; and it is further

ORDERED that Plaintiffs' jury demand is stricken.

ENTERED this ____ day of June 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge