IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**SUPPLEMENT TO OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING MOTION TO AMEND COORDINATION ORDER FOR NEW INFORMATION**

On May 3, 2024, Plaintiffs filed an Objection to the Magistrate Judge's Order of April 19, 2024. *See* ECF Nos. 622 & 623. As recounted in Plaintiffs' memorandum in support, Google filed a joint motion in the *Texas* case[1] seeking permission to reproduce documents obtained from this case in the *Texas* case, and the United States filed a Statement of Interest in response requesting that Google be directed to raise its request for sharing discovery in this Court. *See* ECF No. 623, at 11-12. Plaintiffs' memorandum further explained that the court in the *Texas* case scheduled a hearing on Google's joint motion that would occur after the filing of the Objection, on May 6, 2024. *Id*. at 12.

This Supplement is to inform the Court that the hearing occurred on May 6, 2024. A transcript of the hearing is attached as Exhibit A. Plaintiffs understand that the parties in the *Texas* case are still meeting-and-conferring on Google's joint motion and, as of this filing, no further action has been taken.

---

[1] *State of Texas et al. v. Google LLC*, No. 4:20-cv-957 (E.D. Tex.).

1

Dated: May 16, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL E. WOLIN<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |