UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**DECLARATION OF NICK ALVAREZ**

I, Nick Alverez, declare as follows:

1.      I am employed by Justice Serves as a process server.

2.      The facts in this declaration are based on my personal knowledge.

3.      The law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss")

retained me to deliver an envelope to:

> Walt Cain
> Executive Officer, Antitrust Division
> U.S. Department of Justice
> Liberty Square Building
> 450 5th Street, NW, Suite 3000
> Washington, D.C.

4.      On the morning of May 16, 2024, I picked up from Paul, Weiss an envelope

addressed to Mr. Cain.

5.      I arrived at the Department of Justice ("DOJ") at about 10:20 a.m. that morning

and spoke to a security guard who told me that, in order to deliver a package, I would need to

call a DOJ point of contact to accept the package.  I had phone numbers for Mr. Cain, as well as

the general phone number for the Executive Office.  When I called Mr. Cain's number, the call

1

went into voicemail, and I left him a voicemail informing him that I was at the building and had a package to deliver to him. He did not respond to my message. I also tried the general number, which appeared to be busy or disconnected. I tried both numbers at least two more times.

6.      I then contacted the DOJ switchboard operator to try to obtain additional numbers for the Executive Office, and the switchboard operator connected me to multiple numbers within the Antitrust Division, but no one answered. I left a message at each of the numbers that went into voicemail, explaining that I was trying to deliver a package to the Executive Office.

7.      I then searched online for additional phone numbers at the Antitrust Division, and found an old DOJ directory. I found a number for what was listed as the Litigation Section of the Antitrust Division (202-307-0001). I called the number, and a woman named Denise answered. I explained that I was trying to deliver a package to Mr. Cain of the Executive Office of the Antitrust Division. She told me that she needed to ask for authorization to accept delivery, but that she would call me back.

8.      A few minutes later, Denise called me back and informed me she had authorization to accept the delivery and that she would be down in a few minutes.

9.      Denise met me in the entryway of the Liberty Square Building and introduced herself as Denise Lattimore, and told me that she was Head Secretary of the HCP and that she was authorized to accept delivery, and that she would hand-deliver the package to Mr. Cain.

10.      I gave Ms. Lattimore the envelope, and asked her if she would sign a form acknowledging receipt. The form that Ms. Lattimore signed is attached as Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2024 in Washington, D.C.

_____
Nick Alvarez

2

# Exhibit 1

Date:            May 16, 2023

Delivery to:      U.S. Department of Justice

                         Liberty Square Building

                         450 5th Street, N.W., Suite 3000

                         Washington, D.C.  20530

From:            Paul, Weiss, Rifkind, Wharton & Garrison LLP

                         2001 K Street, N.W.

                         Washington, D.C.  20006

Delivered by:     Nikolas Alvarez

| Delivery Accepted By | Name: _Denise Lattimore_ |
| --- | --- |
| | Title: _head Sec. / HCP_ |
| | Signature _[signature]_ |
| | Date/Time: _5/16/24_ |