# EXHIBIT 5

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
2                     ALEXANDRIA DIVISION
3        --------------------------:
         UNITED STATES, et al.,      :
4                                    :
                  Plaintiff,         :
5                                    :
              vs.                    : Case No.:
6                                    : 1:23-CV-00108-LMB-JFA
         GOOGLE, LLC,                :
7                                    :
                  Defendant.         :
8        --------------------------:
9
10
11       VIDEOTAPED DEPOSITION OF ALLEN OWENS, JR.
12
13       DATE:             September 28, 2023
14       TIME:             9:36 a.m.
15       LOCATION:         Paul, Weiss, Rifkind,
                              Wharton & Garrison LLP
16                         2001 K Street, Northwest
                           Washington, D.C. 20006-1047
17
         REPORTED BY:      Shari R. Broussard, RPR, CSR
18                         Reporter, Notary
19
20
21
22       Job No. CS6118347

Page 2

```
 1        A P P E A R A N C E S
 2  On behalf of Plaintiff:
 3      CHASE PRITCHETT, ESQUIRE
        KATHERINE CLEMONS, ESQUIRE
 4      ALVIN CHU, ESQUIRE
        U.S. Department of Justice
 5      450 5th Street, Northwest
        Washington, D.C. 20530
 6
    On behalf of Defendant:
 7
        MARTHA L. GOODMAN, ESQUIRE
 8      LEAH HIBBLER, ESQUIRE
        Paul, Weiss, Rifkind,
 9       Wharton & Garrison, LLP
        2001 K Street, Northwest
10      Washington, D.C. 20006-1047
        (202) 223- 7341
11      mgoodman@paulweiss.com
12  ALSO PRESENT:
13      Orson Braithwaite, Video Technician
14
15
16
17
18
19
20
21
22
```

Page 4

```
 1  DEFENDANT'S DEPOSITION EXHIBITS:  *     PAGE
 2  164 Plaintiff's Responses to Defendant
        Google LLC's Fifth Set of
 3      Interrogatories to the United States    101
 4
 5  PREVIOUSLY MARKED/REFERRED TO:
 6  55  Bates NAVY-ADS-241136 to 143
 7  60  Bates NAVY-ADS-28530 to 531
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22  (* Exhibits attached to transcript.)
```

Page 3

```
 1        C O N T E N T S
 2  EXAMINATION BY:              PAGE
 3    Counsel for Defendant        6
 4    Counsel for Plaintiff      105
 5
 6  DEFENDANT'S DEPOSITION EXHIBITS:  *   PAGE
 7  154 Navy Communications with Attorneys   17
 8  155 e-mails Re: Award of M&A contract, Bates
        NAVY-ADS-219026 to 173        27
 9
    156 Amendment of Solicitation/Modification of
10     Contract, No. 2, Bates NAVY-ADS-12880
        to 925                     32
11
    157 e-mails Re: Navy Advertising Contract
12     N00189-15-D-Z024, Bates NAVY-ADS-315296
        to 374                     40
13
    158 e-mail from Uhlan to Owens, 7/15/22,
14     Bates NAVY-ADS-72243          61
15  159 Digital Media Bill, Oct-22, Bates
        NAVY-ADS-374151 to 171        67
16
    160 Digital Medial Bill, Nov-22, Bates
17     NAVY-ADS-373978 to 4145        77
18  161 Digital Medial FY19 Q3 Refund, Bates
        NAVY-ADS-5844                82
19
    162 e-mails Re: Navy Refund Checks, Bates
20     NAVY-ADS-5834 to 837          83
21  163 Plaintiff United States of America's
        Responses to Defendant Google LLC's
22     Second Set of Interrogatories to the
        United States                99
```

Page 5

```
 1
 2        P R O C E E D I N G S
 3      VIDEO TECHNICIAN:  Good morning.  We are
 4  going on the record at 9:36 a.m. on
 5  September 28th, 2023.
 6      Please note that the microphones are
 7  sensitive and may pick up whispering, private
 8  conversations.  Please mute your phones at this
 9  time.
10      Audio and video recording will continue
11  to take place unless all parties agree to go off
12  the record.
13      This is Media Unit 1 of the
14  video-recorded deposition of Mr. Allen Owens in
15  the matter of United States, et al., versus
16  Google, LLC, filed in the United States District
17  Court, Eastern District of Virginia, Alexandria
18  Division, Case Number 1:23-cv-00108-LMB-JFA.
19      My name is Orson Braithwaite
20  representing Veritext Legal Solutions and I'm the
21  videographer.  The court reporter is Shari
22  Broussard from the firm Veritext Legal Solutions.
```

2 (Pages 2 - 5)

Page 18

1    A   Yes, that's right.
2    Q   Okay.  And so am I understanding
3  correctly that the first outreach to anybody at
4  the Navy recruiting command took place after the
5  filing of the complaint on January 24th, 2023?
6        MR. PRITCHETT: Objection. Form.
7        THE WITNESS: Can you repeat that
8  question one more time?
9  BY MS. GOODMAN:
10    Q   Am I understanding correctly that the
11  first outreach to anybody at the Navy Recruiting
12  Command took place after the filing of the
13  complaint on January 24th, 2023?
14    A   Yes.
15    Q   Okay.  Did anybody at the Navy
16  Recruiting Command have a choice as to whether to
17  participate in this lawsuit as a party or as an
18  entity on whose behalf the United States is
19  seeking damages?
20        MR. PRITCHETT: Objection. Form.
21        THE WITNESS: So I'm not privy to the
22  conversations that happened between DoD and DON,

Page 19

1  but once DON was contacted, they contacted the OGC
2  at NETC, which is the Navy Education Training
3  Command -- it's the parent command over Navy
4  recruiting -- and that OGC is the one who
5  contacted me and instructed me to meet with DoJ.
6  BY MS. GOODMAN:
7    Q   Okay.  So who at -- who, if -- if
8  anyone, within the Navy made the decision for the
9  Navy Recruiting Command to participate as an
10  entity on whose behalf the United States is
11  seeking damages in this lawsuit?
12        MR. PRITCHETT: Objection. Form.
13        THE WITNESS: I don't have that
14  information, but if needed could contact the OGC
15  at NETC to pull that string and find out who in
16  the DON chain was the one.
17  BY MS. GOODMAN:
18    Q   Okay.  Do you know whether -- does the
19  Navy know whether the Navy had a choice as to
20  whether to participate in this lawsuit as an
21  agency on whose behalf the United States is
22  seeking money damages?

Page 20

1        MR. PRITCHETT: Objection. Form.
2        THE WITNESS: Yeah.  I don't -- sitting
3  here today I don't have that information of -- of
4  who the person was that -- that approved that.
5  BY MS. GOODMAN:
6    Q   And you did not undertake to figure out
7  that information in order to prepare for this
8  deposition; is that accurate?
9        MR. PRITCHETT: Objection. Form.
10        THE WITNESS: In order to prepare for
11  the -- the deposition, I found out the timelines
12  of when the departments were contacted but did not
13  ascertain the names of the people at the
14  departments who were the ones to approve this.
15  BY MS. GOODMAN:
16    Q   Okay.  Do you know -- does the Navy
17  know -- did you -- strike that.
18        Did you do anything to prepare to figure
19  out whether the Navy even had a choice as to
20  whether to participate in this lawsuit as an
21  entity on whose behalf the United States is
22  seeking damages?

Page 21

1        MR. PRITCHETT: Objection. Form, asked
2  and answered.
3        THE WITNESS: Yeah.  As -- as stated
4  earlier, ma'am, the -- the Department of Navy was
5  contacted and at that point in time, once they
6  contacted the Naval Education Training Command
7  OGC, that OGC contacted Navy Recruiting Command
8  and instructed them to participate.  So above the
9  NETC OGC, I don't have that information now, but
10  could contact the NETC OGC if needed to -- to find
11  that out.
12  BY MS. GOODMAN:
13    Q   Okay.  Do you know when the Navy -- when
14  did the Navy make a decision to participate in
15  this lawsuit --
16        MR. PRITCHETT: Objection.
17  BY MS. GOODMAN:
18    Q   -- an affirmative decision to
19  participate in this lawsuit as an entity on whose
20  behalf the United States is seeking money damages?
21        MR. PRITCHETT: Objection. Form,
22  foundation.

6 (Pages 18 - 21)

Page 106

1  through Google's Ad Exchange?
2      A   No, we do not.
3          MR. PRITCHETT:  Okay.  No further
4  questions.
5          MS. GOODMAN:  Okay.
6          VIDEO TECHNICIAN:  The time is
7  12:08 p.m.  We're off the record.
8          (Whereupon, at 12:08 p.m., the
9          deposition of ALLEN OWENS, JR.
10         was concluded.)
11                * * * * *
12
13
14
15
16
17
18
19
20
21
22

Page 107

1          CERTIFICATE OF NOTARY PUBLIC
2      I, SHARI R. BROUSSARD, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the witness whose testimony appears
5  in the foregoing deposition was duly sworn by me;
6  that the testimony of said witness was taken by me
7  in stenotype and thereafter reduced to typewriting
8  under my direction; that said deposition is a true
9  record of the testimony given by said witness;
10  that I am neither counsel for, related to, nor
11  employed by any of the parties to the action in
12  which this deposition was taken; and, further,
13  that I am not a relative or employee of any
14  counsel or attorney employed by the parties
15  hereto, nor financially or otherwise interested in
16  the outcome of this action.
17
18
                    _Shari R. Broussard_
19          SHARI R. BROUSSARD
        Notary Public in and for the
20          District of Columbia
21
    My commission expires:
22  August 14, 2025

Page 108

1      A C K N O W L E D G E M E N T
2          O F   D E P O N E N T
3
4
    I, ALLEN OWENS, JR., do hereby acknowledge
5
    I have read and examined the foregoing pages of
6
    testimony, and the same is a true, correct and
7
    complete transcription of the testimony given by
8
    me, and any changes or corrections, if any, appear
9
    in the attached errata sheet signed by me.
10
11
12
13
14
15
16
17
18
19
    _____
20  Date          ALLEN OWENS, JR.
21
22  Job No. CS6118347

Page 109

1  Katherine Clemons Esq.
2  katherine.clemons@usdoj.gov
3          October 2, 2023
4  RE:   United States, Et Al v. Google, LLC
5      9/28/2023, Allen Owens, Jr., Navy 30(B)(6) (#6118347)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions
24
25

28 (Pages 106 - 109)