# EXHIBIT 6

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

UNITED STATES,           )Case No.
et al.,                  )1:23-cv-00108-LMB-JFA
                         )
    Plaintiffs,          )
                         )
vs.                      )
                         )
GOOGLE LLC,              )
                         )
    Defendant.           )
_____)

- HIGHLY CONFIDENTIAL -

VIDEOTAPED 30(b)(6) DEPOSITION OF
UNITED STATES POSTAL SERVICE
through the testimony of
CHRISTOPHER KARPENKO
September 26, 2023
12:37 p.m.

Reported by:  Bonnie L. Russo
Job No. 6105353

Page 2

1  Videotaped 30(b)(6) Deposition of
2  United States Postal Service through the
3  testimony of Christopher Karpenko held at:
4
5
6
7
8     Paul, Weiss, Rifkind, Wharton & Garrison, LLP
9           2001 K Street, N.W.
10          Washington, D.C.
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
19  of the respective parties:
20
21
22

Page 3

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3     DAVID GROSSMAN, ESQUIRE
       KATHERINE CLEMONS, ESQUIRE
4     JAMES RYAN, ESQUIRE
       ALVIN CHU, ESQUIRE
5     VINNIE SIDHU, ESQUIRE
       UNITED STATES DEPARTMENT OF JUSTICE
6     450 Fifth Street, N.W.
       Washington, D.C. 20530
7     david.grossman@usdoj.gov
       katherine.clemons@usdoj.gov
8     james.ryan@usdoj.gov
       alvin.chu@usdoj.gov
9     vinnie.sidhu@usdoj.gov
10
11 On behalf of the Defendant:
12    HEATHER MILLIGAN, ESQUIRE
       ANNELISE CORRIVEAU, ESQUIRE
13    PAUL, WEISS, RIFKIND, WHARTON &
       GARRISON, LLP
14    2001 K Street, N.W.
       Washington, D.C. 20006
15    hmilligan@paulweiss.com
       acorriveau@paulweiss.com
16
17 Also Present:
       Jonathan Perry, Videographer
18    Michael Weaver, United States Postal Service
19
20
21
22

Page 4

1                    I N D E X
2  EXAMINATION OF CHRISTOPHER KARPENKO       PAGE
3  BY MS. MILLIGAN                             7
4
5
6
7
8
9              EXHIBITS
10
11 Exhibit 135 E-Mail Chain dated 10-1-19      8
               Attachment
12             USPS-ADS-0000631770-825
13 Exhibit 136 E-Mail Chain dated 1-17-23     13
               USPS-ADS-0000902290-373
14
   Exhibit 137 E-Mail Chain dated 9-2-20      29
15             USPS-ADS-0000632284-285
16 Exhibit 138 E-Mail Chain dated 4-7-20      37
               USPS-ADS-0000160645-738
17
   Exhibit 139 E-Mail Chain dated 9-20-22     53
18             USPS-ADS-0000623759-841
19
20
21
22    (Exhibits bound separately.)

Page 5

1              P R O C E E D I N G S
2                  (12:37 p.m.)
3
4       THE VIDEOGRAPHER:  This is the
5  30(b)(6) deposition of the U.S. Postal Service,
6  Media Unit 1 of the testimony of Chris Karpenko
7  taken in the matter of the United States, et
8  al. versus Google LLC, case filed in the U.S.
9  District Court for the Eastern District of
10 Virginia, Alexandria Division, Case
11 No. 1:23-cv-00108-LMB-JFA.
12      We are at the offices of Paul Weiss,
13 2001 K Street, Northwest, in Washington, D.C.
14      The videographer is Jonathan Perry,
15 and the court reporter is Bonnie Russo both
16 here on behalf of Veritext.
17      And would counsel please introduce
18 themselves and state whom they represent.
19      MS. MILLIGAN:  Heather Milligan from
20 Paul, Weiss, Rifkind, Wharton & Garrison on
21 behalf of Google.  Also with me is my
22 colleague, Annelise Corriveau also from Paul

Page 74

1 BY MS. MILLIGAN:
2 Q. Sure.
3 A. Thank you.
4 Q. You testified that the postal
5 service is a federal agency. We buy media, and
6 the Department of Justice has filed a case with
7 Google in response to my question about how
8 USPS became involved in this litigation.
9 My follow-up question is: When did
10 USPS become involved in this litigation?
11 MR. GROSSMAN: I'll reiterate my
12 instruction not to reveal the content of any
13 communications with counsel, but you can answer
14 as to regards to the time period.
15 THE WITNESS: I would say
16 interactions would have been late December or
17 early -- most likely early January of 2023.
18 BY MS. MILLIGAN:
19 Q. Okay. Did USPS have a choice to
20 participate in this lawsuit?
21 MR. GROSSMAN: Objection to form.
22 THE WITNESS: I don't understand the

Page 75

1 question.
2 BY MS. MILLIGAN:
3 Q. Mr. Karpenko, in preparation for
4 this deposition, did you prepare to testify
5 about the circumstances that led USPS to be
6 involved in this lawsuit?
7 A. I was asked on behalf of the postal
8 service through DOJ to come here and provide
9 responses to your questions.
10 Q. What did you do to prepare for this
11 deposition?
12 MR. GROSSMAN: Objection to the
13 extent -- I will instruct the witness not to
14 reveal any of the content of any communications
15 with counsel, but you can answer in general
16 what you did to prepare.
17 THE WITNESS: For this deposition?
18 BY MS. MILLIGAN:
19 Q. Yes.
20 A. I met multiple times with our USPS
21 counsel, DOJ counsel, my team, marketing team,
22 as well as I read and reviewed a number of

Page 76

1 different documents, for example, the contract.
2 I also had, through the course of my
3 normal activities, after-campaign reviews or
4 planning for this fiscal year, FY24. That
5 wasn't specific for this, but it certainly
6 could be relevant and relative to it.
7 Q. Who on your team did you meet with?
8 A. So I have a number of people on the
9 team. Mike Bottenberg primarily, Tyler Jett.
10 Shalene Starr I think was at a meeting at one
11 point. I think that was primarily from the
12 team specifically.
13 Q. Okay. Did you speak with anybody at
14 Universal McCann in preparation for this
15 deposition?
16 A. I have spoken with people at
17 Universal McCann in the course of my normal
18 business day but not specifically tied to this
19 deposition.
20 Q. Okay. And did you speak with
21 anybody at Matterkind in preparation for this
22 deposition?

Page 77

1 A. No.
2 Q. Who within USPS made the decision to
3 participate in this lawsuit?
4 MR. GROSSMAN: Objection to form and
5 foundation.
6 THE WITNESS: The postal service
7 always works with the Department of Justice.
8 BY MS. MILLIGAN:
9 Q. Okay.
10 A. They are our litigation arm if you
11 will.
12 Q. All right. And did -- do you know
13 one way or another whether or not USPS had a
14 choice whether or not to participate in this
15 lawsuit?
16 MR. GROSSMAN: Objection to form.
17 THE WITNESS: I don't know why the
18 postal service or any other agency wouldn't
19 work with the Department of Justice if they
20 felt that there was a potential case.
21 BY MS. MILLIGAN:
22 Q. All right. And along those lines

Page 82

1    MR. GROSSMAN: Thank you.
2    Nothing else.
3    THE VIDEOGRAPHER: Off the record at
4    2:37. That ends the deposition.
5    (Whereupon, the proceeding was
6    concluded at 2:37 p.m.)

Page 83

1    CERTIFICATE OF NOTARY PUBLIC
2    I, Bonnie L. Russo, the officer before
3    whom the foregoing deposition was taken, do
4    hereby certify that the witness whose testimony
5    appears in the foregoing deposition was duly
6    sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
13   which this deposition was taken; and further,
14   that I am not a relative or employee of any
15   attorney or counsel employed by the parties
16   hereto, nor financially or otherwise interested
17   in the outcome of the action.

20   Notary Public in and for
21   the District of Columbia
22   My Commission expires: August 14, 2025

Page 84

1    David Grossman Esq
2    David.grossman@usdoj.gov
3         September 27th, 2023
4    RE:  United States, Et Al v. Google, LLC
5    9/26/2023, Karpenko , USPS 30(b)(6) (#6105353)
6    The above-referenced transcript is available for
7    review.
8    Within the applicable timeframe, the witness should
9    read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   (erratas-cs@veritext.com).
16
17   Return completed errata within 30 days from
18   receipt of testimony.
19   If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions

Page 85

1    United States, Et Al v. Google, LLC
2    Karpenko , USPS 30(b)(6) (#6105353)
3         E R R A T A   S H E E T
4    PAGE_____ LINE_____ CHANGE_____
5    _____
6    REASON_____
7    PAGE_____ LINE_____ CHANGE_____
8    _____
9    REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____  _____
24   Karpenko , USPS 30(b)(6)           Date