# EXHIBIT 8

HIGHLY CONFIDENTIAL

Page 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF VIRGINIA
           ALEXANDRIA DIVISION
_____

UNITED STATES,        )Case No.
et al.,               )1:23-cv-00108-LMB-JFA
                      )
    Plaintiffs,       )
                      )
vs.                   )
                      )
GOOGLE LLC,           )
                      )
    Defendant.        )
_____)


            - HIGHLY CONFIDENTIAL -

        VIDEOTAPED 30(b)(6) DEPOSITION OF
           UNITED STATES CENSUS BUREAU
              through the testimony of
                 Kendall Oliphant
                September 27, 2023
                    9:39 a.m.



Reported by:  Bonnie L. Russo
Job No. 6097939
```

HIGHLY CONFIDENTIAL

Page 2

1  Videotaped 30(b)(6) Deposition of
2  United States Census Bureau through the
3  testimony of Kendall Oliphant held at:
4
5
6  Paul, Weiss, Rifkind, Wharton & Garrison, LLP
7     2001 K Street, N.W.
8     Washington, D.C.
9
10
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
19  of the respective parties:
20
21
22

Page 3

1  APPEARANCES:
2
3  On behalf of the Plaintiffs:
4     VICTOR LIU, ESQUIRE
5     KATHERINE CLEMONS, ESQUIRE
6     ALVIN CHU, ESQUIRE
7     UNITED STATES DEPARTMENT OF JUSTICE
8     450 Fifth Street, N.W.
9     Washington, D.C. 20530
10    victor.liu@usdoj.gov
11    katherine.clemons@usdoj.gov
12    alvin.chu@usdoj.gov
13
14 On behalf of the Defendant:
15    MARTHA L. GOODMAN, ESQUIRE
16    ANNELISE CORRIVEAU, ESQUIRE
17    PAUL, WEISS, RIFKIND,
18    WHARTON & GARRISON, LLP
19    2001 K Street, N.W.
20    Washington, D.C. 20006
21    mgoodman@paulweiss.com
22    acorriveau@paulweiss.com

Page 4

1  APPEARANCES (CONTINUED):
2
3  Also Present:
4     Michael A. Cannon, United States Department of
5     Commerce, Chief Counsel for Economic Affairs
6     Sam Whitthorne, DOJ, Paralegal
7     Claire Cushman, DOJ, Paralegal
8     Orson Braithwaite, Videographer
9
10 Also Present Via Remotely:
11    Rachel Zwolinski, United States Department of
12    Justice

Page 5

1                I N D E X
2  EXAMINATION OF KENDALL OLIPHANT        PAGE
3  BY MS. GOODMAN                          10
4  BY MR. LIU                             109
5
6
7
8                EXHIBITS
9
10 Exhibit 145    Amendment of            22
                 Solicitation/Modification
11               of Contract
                 11-21-18
12               CENSUS-ADS-0000073778-786
13 Exhibit 146   E-Mail Chain             28
                 dated 6-25-20
14               Attachment
                 CENSUS-ADS-0000668928-941
15
   Exhibit 147   E-Mail Chain             36
16               dated 4-12-18
                 Attachment
17               CENSUS-ADS-0000475977-018
18 Exhibit 148   2020 Census Paid         47
                 Media Campaign
19               Fact Sheet
                 CENSUS-ADS-0000052132-134
20
   Exhibit 149   Y&R Invoices             63
21               CENSUS-ADS-0000347549-692
22 Exhibit 150   Y&R Purchase Orders      78
                 CENSUS-ADS-0000350928-963

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 6

EXHIBITS (CONTINUED):

| | | |
|---|---|---|
| Exhibit 151 | Y&R Invoices CENSUS-ADS-0000316495-533 | 84 |
| Exhibit 152 | Integrated Communications Contract Order 18 12-1-20 CENSUS-ADS-0000366100-354 | 92 |
| Exhibit 153 | E-Mail Chain dated 3-3-21 CENSUS-ADS-0000687538-586 | 99 |

Page 7

PREVIOUSLY MARKED EXHIBITS:

Exhibit 21  Award/Contract 8-24-19

Exhibit 23  Order 15: Media Buying Process for Census PMO

Exhibit 27  E-Mail Chain dated 9-2-22 Attachment

Exhibit 32  Order for Supplies or Services 11-21-18

(Exhibits bound separately.)

Page 8

P R O C E E D I N G S

(9:39 a.m.)

THE VIDEOGRAPHER: Good morning. We are going on the record at a.m. on September 27, 2023.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Ms. Kendall Oliphant in the matter of United States, et al., versus Google LLC filed in the United States District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:23-cv-00108-LMB-JFA.

My name is Orson Braithwaite representing Veritext Legal Solutions, and I am the videographer. The court reporter is Bonnie

Page 9

Russo from the firm Veritext Legal Solutions.

Counsel will now state their appearances and affiliations for the record.

MS. GOODMAN: Martha Goodman of Paul Weiss for Defendant Google. I am joined by my colleague, Annelise Corriveau.

MR. LIU: Victor Liu from the United States Department of Justice on behalf of the United States, including the United States Census Bureau.

MS. CLEMONS: Katherine Clemons, Department of Justice.

MR. CHU: Alvin Chu, Department of Justice.

MR. CANNON: Michael Cannon, U.S. Department of Commerce.

MR. WHITTHORNE: Sam Whitthorne, paralegal with the Department of Justice.

MS. CUSHMAN: Claire Cushman, paralegal with the Department of Justice.

THE VIDEOGRAPHER: Thank you. Will the court reporter please swear

Page 106

1 whether it had a choice as to whether to
2 participate in the lawsuit brought by the
3 Department of Justice, correct?
4     MR. LIU: Objection. Form.
5 Foundation. Calls for a legal conclusion.
6     THE WITNESS: The census bureau
7 participates in any requests. They -- they
8 respond to requests by the Department of
9 Justice.
10     If that request turns into
11 litigation, we support them with whatever
12 documentation they need.
13     BY MS. GOODMAN:
14   Q.  I appreciate that you support the
15 Department of Justice with whatever documents
16 they need.
17     My question is different which is
18 simply whether the census bureau has a choice
19 as to whether to participate in this lawsuit as
20 a federal agency for which the Department of
21 Justice is seeking money damages.
22     MR. LIU: Objection. Form.

Page 107

1 Foundation. Calls for a legal conclusion.
2     THE WITNESS: I don't know.
3     BY MS. GOODMAN:
4   Q.  Meaning the census bureau does not
5 know?
6   A.  The census bureau does not know.
7   Q.  Okay. When -- strike that.
8     Did the census bureau conduct any
9 investigation of alleged misconduct by Google
10 prior to its participation in this lawsuit as a
11 federal agency for which the Department of
12 Justice is seeking money damages?
13     MR. LIU: Objection. Privilege.
14     To the extent that your answer would
15 divulge attorney-client communications or
16 directions from attorneys, I would instruct you
17 not to answer. But if your answer would not
18 divulge those things, feel free to respond.
19     THE WITNESS: Not to my knowledge,
20 no.
21     BY MS. GOODMAN:
22   Q.  And not to the census bureau's

Page 108

1 knowledge?
2   A.  Not to the census bureau's
3 knowledge, no.
4   Q.  What facts is the census bureau
5 aware of regarding Google's alleged
6 monopolization?
7     MR. LIU: Objection. Privileged.
8     To -- to the extent that you can
9 answer without revealing attorney-client
10 communications or directions of attorneys, you
11 may answer.
12     THE WITNESS: Can you clarify,
13 please.
14     BY MS. GOODMAN:
15   Q.  What facts, if any, is the census
16 bureau aware of regarding Google's alleged
17 monopolization other than those learned through
18 interactions with counsel?
19     MR. LIU: Same objection.
20     Same instruction.
21     THE WITNESS: None.
22     MS. GOODMAN: Let's go off the

Page 109

1 record.
2     THE VIDEOGRAPHER: The time is
3 a.m. This ends Unit 2. We're off the record.
4     (A short recess was taken.)
5     THE VIDEOGRAPHER: The time is
6 a.m. We're on the record.
7     MS. GOODMAN: Thank you, Ms.
8 Oliphant.
9     I pass the witness.
10     MR. LIU: Thank you. Thanks, Ms.
11 Oliphant. I just have one question.
12     EXAMINATION BY COUNSEL FOR PLAINTIFF
13     BY MR. LIU:
14   Q.  Could census's subcontractors have
15 used a platform other than Google DV360 to
16 order programmatic advertising without
17 discussing it first with census?
18     MS. GOODMAN: Objection to form.
19     THE WITNESS: No, they couldn't have
20 because, in their proposal for Order 15 that
21 was accepted, they specifically stated that
22 would be the platform they would use. So if

HIGHLY CONFIDENTIAL

Page 110

1  they used anything other than that, it would be
2  in violation of that particular contract.
3          MR. LIU:  Thank you.  No further
4  questions.
5          MS. GOODMAN:  Off the record.
6          THE VIDEOGRAPHER:  The time is
7  a.m.  We are off the record.
8          (Pause.)
9          THE VIDEOGRAPHER:  The time is
10 a.m.  We're on the record.
11         MS. GOODMAN:  I think we were on the
12 record for 1 hour, 59 minutes, yes?
13         THE VIDEOGRAPHER:  Yes.
14         MS. GOODMAN:  Okay.  Off the record.
15         THE VIDEOGRAPHER:  The time is
16 a.m.  We're off the record.
17         (Whereupon, the proceeding was
18 concluded at 11:56 a.m.)
19
20
21
22

Page 111

1          CERTIFICATE OF NOTARY PUBLIC
2     I, Bonnie L. Russo, the officer before
3  whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly
6  sworn by me; that the testimony of said witness
7  was taken by me in shorthand and thereafter
8  reduced to computerized transcription under my
9  direction; that said deposition is a true
10 record of the testimony given by said witness;
11 that I am neither counsel for, related to, nor
12 employed by any of the parties to the action in
13 which this deposition was taken; and further,
14 that I am not a relative or employee of any
15 attorney or counsel employed by the parties
16 hereto, nor financially or otherwise interested
17 in the outcome of the action.
18
19
                    _____
20                  Notary Public in and for
21                    the District of Columbia
22 My Commission expires:  August 14, 2025

Page 112

1  MARTHA L. GOODMAN, ESQUIRE
2  mgoodman@paulweiss.com
3            September 28, 2023
4  RE:   United States, Et Al v. Google, LLC
5    9/27/2023, Kendall Oliphant  (#6097939)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 erratas-cs@veritext.com.
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22          Yours,
23          Veritext Legal Solutions
24
25

Page 113

1  United States, Et Al v. Google, LLC
2  Kendall Oliphant  (#6097939)
3        E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Kendall Oliphant              Date
25