# EXHIBIT 9

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF VIRGINIA

3                   ALEXANDRIA DIVISION

4        -----------------------X

         UNITED STATES, ET AL., :

5                               :

              Plaintiff,    :

6                               :  Case No.

              v.              :  1:23-cv-00108-LMB-JFA

7                               :

         GOOGLE LLC,            :

8                               :

              Defendant.     :

9        -----------------------X

10

11

12

13       VIDEOTAPED DEPOSITION OF SUSAN A. MCMEEN

14         Thursday, September 7, 2023; 9:45 a.m. EDT

15

16

17

18

         Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR,

19       CLR, RSA, NYRCR, NYACR, CA CSR 14409, NJ CCR

         30XI00244600, NJ CRT 30XR00019500, Washington State CSR

20       23005926, Oregon CSR 230105, TN CSR 998, NW CSR 589,

         Remote Counsel Reporter, LiveLitigation Authorized

21       Reporter, Notary Public

22       Job No. 6067835

Page 2

1     Videotaped Deposition of SUSAN A. MCMEEN,
2   held at the law offices of Paul, Weiss, Rifkind,
3   Wharton & Garrison LLP, 2001 K Street, Northwest,
4   Washington, D.C. 20006, before Cindy L. Sebo,
5   Registered Merit Court Reporter, Certified Real-Time
6   Reporter, Registered Professional Reporter, Certified
7   Shorthand Reporter, Certified Court Reporter, Certified
8   LiveNote Reporter, Real-Time Systems Administrator,
9   California Shorthand Reporter 14409, New Jersey
10  Certified Court Reporter 30XI00244600, New Jersey
11  Certified Realtime Reporter 30XR00019500, New York
12  Realtime Certified Reporter, New York Association
13  Certified Reporter, Washington State CSR 23005926,
14  Oregon CSR 230105, Tennessee CSR 998, New Mexico
15  CSR 589, Remote Counsel Reporter, LiveLitigation
16  Authorized Reporter and Notary Public, beginning at
17  approximately 9:45 a.m. EDT, when were present on
18  behalf of the respective parties:
19
20
21
22

Page 3

1        A P P E A R A N C E S :
2   Attorneys for Plaintiff:
3       U.S. DEPARTMENT OF JUSTICE
4       ANTITRUST DIVISION
5       MARK H.M. SOSNOWSKY, ESQUIRE
6       DAVID GROSSMAN, ESQUIRE
7       ALVIN CHU, ESQUIRE
8       450 Fifth Street, Northwest
9       Washington, D.C. 20530
10      202.412.7316
11      mark.sosnowsky@usdoj.gov
12      david.grossman@usdoj.gov
13      alvin.chu@usdoj.gov
14
15
16
17
18
19
20
21
22

Page 4

1     A P P E A R A N C E S (Continued):
2   Attorneys for Plaintiff:
3       U.S. DEPARTMENT OF TRANSPORTATION
4       ERIN D. HENDRIXSON, ESQUIRE
5       ASHLEY SIMPSON, ESQUIRE
6       1200 New Jersey Avenue, Southeast
7       Washington, D.C. 20590
8       erin.hendrixson@usdot.gov
9       ashley.simpson@usdot.gov
10
11  Attorneys for Defendant:
11      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
12      CARTER E. GREENBAUM, ESQUIRE
13      MARTHA L. GOODMAN, ESQUIRE
14      2001 K Street, Northwest
15      Washington, D.C. 20008-1047
16      cgreenbaum@paulweiss.com
17      mgoodman@paulweiss.com
18
19
20
21  ALSO PRESENT:
22      ORSON BRAITWAITHE, Videographer

Page 5

1           --oOo--
2       INDEX OF EXAMINATION
3           SUSAN A. MCMEEN
4       United States, et al. vs. Google, LLC
5       Thursday, September 7, 2023
6           --oOo--
7
8   EXAMINATION BY                    PAGE
9   Mr. Greenbaum             15, 187
10
11
12
13
14
15
        CERTIFICATE OF REPORTER            426
16
17
        ERRATA                    428
18
        ACKNOWLEDGMENT OF WITNESS          429
19
20
21
22

2 (Pages 2 - 5)

Page 10

--oOo--

INDEX TO EXHIBITS (Continued)

SUSAN A. MCMEEN

United States, et al. vs. Google, LLC

Thursday, September 7, 2023

--oOo--

DEPOSITION

EXHIBIT NUMBER     DESCRIPTION                    PAGE

Exhibit 109   E-mail string with attachment,

Bates stamped

NHTSA-ADS-0000250045 through

NHTSA-ADS-0000250049          276

Exhibit 110   E-mail with attachment, McMeen
to Vallese, cc: McMeen, January
24, 2023, Bates stamped
NHTSA-ADS-0000328452 through
NHTSA-ADS-0000328455          299

Exhibit 111   Determination and Finding

checklists, Bates stamped

NHTSA-ADS-0000718826 through

NHTSA-ADS-0000718831          332

Page 12

--oOo--

INDEX TO EXHIBITS (Continued)

SUSAN A. MCMEEN

United States, et al. vs. Google, LLC

Thursday, September 7, 2023

--oOo--

DEPOSITION

EXHIBIT NUMBER     DESCRIPTION                    PAGE

Exhibit 115   Collection of documents,

Bates stamped

NHTSA-ADS-0000733231 through

NHTSA-ADS-0000733298          369

Exhibit 116   E-mail string, Bates stamped
NHTSA-ADS-0000648144 through
NHTSA-ADS-0000648146          378

Exhibit 117   E-mail string, Bates stamped

NHTSA-ADS-0000484070 through

NHTSA-ADS-0000484071          388

Page 11

--oOo--

INDEX TO EXHIBITS (Continued)

SUSAN A. MCMEEN

United States, et al. vs. Google, LLC

Thursday, September 7, 2023

--oOo--

DEPOSITION

EXHIBIT NUMBER     DESCRIPTION                    PAGE

Exhibit 112   E-mail with attachment, McMeen

to Susan and John, September

29, 2022, Bates stamped

NHTSA-ADS-0000384605 through

NHTSA-ADS-0000384607          343

Exhibit 113   E-mail string, Bates stamped
NHTSA-ADS-0000511601 through
NHTSA-ADS-0000511602          345

Exhibit 114   E-mail string with attachment,

Bates stamped

NHTSA-ADS-0000344712 through

NHTSA-ADS-0000344848          358

Page 13

--oOo--

P R O C E E D I N G S

--oOo--

Washington, D.C.

--oOo--

Thursday, September 7, 2023; 9:45 a.m. EDT

--oOo--

THE VIDEOGRAPHER:  Good morning.
We are going on the record at 9:45 a.m.
on September 7th, 2023.

Please note that the microphones
are sensitive and may pick up whispering
and private conversations.  Please mute
your phones at this time.

Audio and video recording will
continue to take place unless all parties
agree to go off the record.

This is Media Unit 1 of the
videorecorded deposition of
Ms. Susan McMeen, in the matter of
United States, et al. versus Google LLC,
filed in the United States District

Page 318

1  you --
2      A.   February, March.  I don't remember
3  when.
4      Q.   Okay.  What was your understanding,
5  prior to him reaching out to you, of any
6  anticompetitive conduct on the part of Google
7  affecting NHTSA's advertising?
8          MR. SOSNOWSKY:  So I'm going to
9      instruct -- object on the grounds of
10     privilege.
11         To the extent that your answer
12     would contain information received from
13     counsel, I would instruct you not to
14     answer.  But you can answer that question
15     otherwise if you have that information.
16         BY MR. GREENBAUM:
17     Q.   And to be clear, I'm asking you for
18 your understanding prior to Mr. Hench reaching
19 out to you.
20         MR. SOSNOWSKY:  Or any other
21     counsel, I would assume.
22         MR. GREENBAUM:  Well, Mr. Hench

Page 319

1  was the first.
2          BY MR. GREENBAUM:
3      Q.   So do you want me to ask the
4  question again?
5      A.   Sure, that would be lovely.
6      Q.   What was your understanding of any
7  anticompetitive conduct on the part of Google
8  affecting NHTSA's advertising prior to Mr. Hench
9  reaching out to you concerning this matter?
10     A.   I don't remember anything.
11     Q.   Prior to Mr. Hench reaching out to
12 you, did you have any views as to whether NHTSA
13 had been affected by any anticompetitive conduct
14 on the part of Google?
15         MR. SOSNOWSKY:  Object to form.
16         THE WITNESS:  Can you repeat the
17     question?
18         BY MR. GREENBAUM:
19     Q.   Prior to Mr. Lynch [sic] reaching
20 out to you, did you have any views as to whether
21 NHTSA had been affected by any anticompetitive
22 conduct on the part of Google?

Page 320

1          MR. SOSNOWSKY:  Same objection.
2          THE WITNESS:  No.
3          BY MR. GREENBAUM:
4      Q.   At this time, what are your
5  feelings or views on your personal participation
6  in providing the information that Mr. Lynch
7  requested of you?
8          MR. SOSNOWSKY:  Objection to form.
9      I just need a moment to take a
10     look at that question.
11         (Whereupon, counsel reviews the
12     real-time screen).
13         MR. SOSNOWSKY:  You can answer
14     that question as long as you're not
15     divulging the specifics of what
16     information was requested of you or what
17     information you provided to counsel.
18         THE WITNESS:  Okay.
19     Can you repeat the question?
20         BY MR. GREENBAUM:
21     Q.   At this time, what are your
22 feelings or views on your personal participation

Page 321

1  in providing information requested by Mr. Lynch?
2          MR. SOSNOWSKY:  Same objections.
3          THE WITNESS:  So his name is
4      actually Hench, not Lynch.
5          BY MR. GREENBAUM:
6      Q.   Hench?
7      A.   Hench.
8      Q.   Thanks.
9      Okay.
10     A.   Just wanted to clarify that.
11     I'm just doing my job.
12     Q.   Did you ask Stratacomm for help to
13 provide information to Mr. Hench to respond to
14 his inquiry?
15         MR. SOSNOWSKY:  So that's a
16     yes-or-no question, and you can answer it
17     yes or no.
18         THE WITNESS:  I, personally, did
19     not.
20         BY MR. GREENBAUM:
21     Q.   Did you ask Ad Council?
22         MR. SOSNOWSKY:  Same instructions.

81 (Pages 318 - 321)

Page 426

C E R T I F I C A T E

1
2      I, Cindy L. Sebo, Nationally Certified Court
3   Reporter herein do hereby certify that the foregoing
4   deposition of SUSAN A. MCMEEN was taken before me
5   pursuant to notice; that said witness was duly sworn
6   remotely by a certified stenographer to tell the truth,
7   the whole truth, and nothing but the truth under penalty
8   of perjury; that the testimony of said witness was
9   correctly recorded to the best of my ability in machine
10  shorthand and thereafter transcribed under my
11  supervision with computer-aided transcription; that the
12  deposition is a true and accurate record of the
13  testimony given by the witness; and that I am neither of
14  counsel nor kin to any party in said action, nor
15  interested in the outcome thereof.
16
17  _____
18  Cindy L. Sebo, RMR, CRR, RPR, CSR, CCR, CLR,
    RSA, NYRCR, NYACR, CA CSR #14409, NJ CCR
19  30XI00244600, NJ CRT 30XR00019500,
    Washington CSR 23005926, Oregon State 230105,
20  TN CSR 998, NM CSR 589, Remote Counsel
    Reporter, LiveLitigation Authorized Reporter,
21  Notary Public
22

Page 427

E R R A T A

1
2   WITNESS:  SUSAN A. MCMEEN
3   DATE:      September 7, 2023
4   CAPTION:  United States, et al. versus Google LLC
5   PAGE  LINE  REASON FOR CHANGE:
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____

Page 428

E R R A T A

1
2   WITNESS:  SUSAN A. MCMEEN
3   DATE:      September 7, 2023
4   CAPTION:  United States, et al. versus Google LLC
5   PAGE  LINE  REASON FOR CHANGE:
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20
21  ____  ____  _____
22  DATE      SUSAN A. MCMEEN

Page 429

ACKNOWLEDGMENT OF WITNESS

1
2
3      I, SUSAN A. MCMEEN, do hereby certify that I
4   have read the foregoing pages herein, and that the same
5   is a correct transcription of the answers given by me of
6   the proceedings taken remotely to the questions therein
7   propounded under penalty of perjury, except for the
8   corrections or changes in form   or substance, if any,
9   noted in the attached errata sheet.
10
11
12  _____     _____
13  DATE               SIGNATURE
14
15  Subscribed and sworn to before me
16  this _____ day of_____, 20_____.
17
18     My Commission expires:
19  _____
20
21  _____
22     Notary Public

108 (Pages 426 - 429)