# EXHIBIT 11

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
_____

UNITED STATES, et al.,          ) 1:23-cv-00108-LMB-JFA
                                )
    Plaintiffs,                 )
                                )
vs.                             )
                                )
GOOGLE LLC,                     )
                                )
    Defendant.                  )
_____)

- HIGHLY CONFIDENTIAL -

VIDEOTAPED DEPOSITION OF

COLONEL LENNOX MORRIS

September 1, 2023

9:06 a.m.

Job No. CS6074135
Reported by: Bonnie L. Russo

HIGHLY CONFIDENTIAL

Page 2

1    Videotaped Deposition of Colonel Lennox Morris
2    held at:
3
4
5
6      Paul Weiss Rifkind Wharton & Garrison, LLP
7      2001 K Street, N.W.
8      Washington, D.C.
9
10
11
12
13
14
15
16
17
18    Pursuant to Notice, when were present on behalf
19    of the respective parties:
20
21
22

Page 3

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3    JIMMY McBIRNEY, ESQUIRE
     CHASE PRITCHETT, ESQUIRE
4    ALVIN CHU, ESQUIRE
     KATHERINE E. CLEMONS, ESQUIRE (Via Remote)
5    UNITED STATES DEPARTMENT OF JUSTICE
     450 Fifth Street, N.W., Suite 700
6    Washington, D.C. 20530
     jimmy.mcbirney@usdoj.gov
7    chase.pritchett@usdoj.gov
     alvin.chu@usdoj.gov
8    katherine.clemons@usdoj.gov
9  On behalf of the Defendant:
10   MARTHA L. GOODMAN, ESQUIRE
     LEAH HIBBLER, ESQUIRE
11   PAUL, WEISS, RIFKIND,
     WHARTON & GARRISON, LLP
12   2001 K Street, N.W.
     Washington, D.C. 20006
13   mgoodman@paulweiss.com
     lhibbler@paulweiss.com
14
15
16   Also Present:
17  Orson Braithwaite, Videographer
   Mohamed Al-Darsani, United States Army
18
19
20
21
22

Page 4

1             I N D E X
2  EXAMINATION OF COLONEL LENNOX MORRIS    PAGE
3  BY MS. GOODMAN              8
4                      293
5  BY MR. McBIRNEY            293
6
7
              EXHIBITS
8
9  Exhibit 63  E-Mail dated 4-25-22     178
      Attachment
10     ARMY-ADS-0000329948-970
11  Exhibit 87  E-Mail Chain dated 3-10-22    52
      Attachment
12     ARMY-ADS-0000070535-547
13  Exhibit 88  E-Mail dated 10-21-21    98
      Attachment
14     ARMY-ADS-0000177268-490
15  Exhibit 89  E-Mail dated 3-15-22    160
      Attachment
16     ARMY-ADS-0000135957-958
17  Exhibit 90  E-Mail Chain dated 9-30-22   196
      Attachment
18     ARMY-ADS-0000186428-431
19  Exhibit 91  E-Mail dated 9-24-21    207
      Attachment
20     ARMY-ADS-0000179830-831
21  Exhibit 92  E-Mail Chain dated 4-11-22   215
      Attachment
22     ARMY-ADS-0000060557-559

Page 5

1  EXHIBITS (CONTINUED):
2  Exhibit 93  E-Mail Chain dated 4-11-22   218
      ARMY-ADS-0000155603-604
3
   Exhibit 94  E-Mail Chain dated 9-27-21   224
4     Attachment
      ARMY-ADS-0000071884-947
5
   Exhibit 95  E-Mail dated 12-13-22    229
6     ARMY-ADS-0000126052
7  Exhibit 96  E-Mail Chain dated 11-30-21   248
      Attachment
8     ARMY-ADS-0000176297-415
9  Exhibit 97  Budget Order Accepted    264
      OMD_000422
10
   Exhibit 98  Handwritten Notes    295
11     (RETAINED BY WITNESS)
      (TO BE ATTACHED)
12
   Exhibit 99  Solicitation, Offer    308
13     and Award
      1-3-17
14     ARMY-ADS-0000245462-462_134
15
16  PREVIOUSLY MARKED EXHIBITS:
17  Exhibit 63  E-Mail dated 4-25-22
      Attachment
18     ARMY-ADS-0000329948-970
19  Exhibit 64  E-Mail dated 3-3-22
      Attachment
20     ARMY-ADS-0000187047-077
21
22  (Exhibits bound separately.)

HIGHLY CONFIDENTIAL

Page 6

1  P R O C E E D I N G S
2  (9:06 a.m.)
3
4  THE VIDEOGRAPHER: Good morning.
5  We are going on the record at
6  a.m. on September 1, 2023.
7  Please note that the microphones are
8  sensitive and may pick up whispering and
9  private conversations. Please mute your phones
10 at this time. Audio and video-recording will
11 continue to take place unless all parties agree
12 to go off the record.
13 This is Media Unit 1 of the
14 video-recorded deposition of Colonel Lennox
15 Morris in the matter of United States, et al.
16 versus Google LLC filed in the United States
17 District Court for the Eastern District of
18 Virginia, Alexandria Division, Case Number
19 1:23-cv-00108-LMB-JFA.
20 My name is Orson Braithwaite
21 representing Veritext Legal Solutions and I am
22 the videographer. The court reporter is Bonnie

Page 7

1  Russo from the firm Veritext Legal Solutions.
2  Counsel will now state their
3  appearances and affiliations for the record.
4  MS. GOODMAN: Martha Goodman from
5  Paul Weiss on behalf of Defendant Google LLC.
6  MR. McBIRNEY: Jim McBirney from the
7  Department of Justice --
8  MS. GOODMAN: Sorry.
9  MR. McBIRNEY: Oh, I'm sorry.
10 MS. GOODMAN: Leah Hibbler, my
11 colleague from Paul Weiss on behalf of Google.
12 MR. McBIRNEY: Good morning, Jim
13 McBirney on behalf of the United States and the
14 witness.
15 MR. PRITCHETT: Chase Pritchett on
16 behalf of the United States.
17 MR. CHU: Alvin Chu on behalf of the
18 United States.
19 MR. AL-DARSANI: Mohamed Al-Darsani
20 on behalf of the United States Army.
21 THE VIDEOGRAPHER: Thank you. Will
22 the court reporter please swear in the witness.

Page 8

1  COLONEL LENNOX MORRIS,
2  being first duly sworn, to tell the truth, the
3  whole truth and nothing but the truth,
4  testified as follows:
5  EXAMINATION BY COUNSEL FOR DEFENDANT
6  BY MS. GOODMAN:
7  Q. Good morning.
8  A. Good morning.
9  Q. Have you ever been deposed before?
10 A. I have not been deposed before.
11 Q. Some few basic rules of the
12 deposition I wanted to go over with you. Okay?
13 A. Okay.
14 Q. Please let me finish my question
15 before you begin your answer because the court
16 reporter cannot transcribe people talking at
17 the same time. Okay?
18 A. Okay.
19 Q. Please provide verbal answers as
20 opposed to head nods or uh-huh, uh-uh, which do
21 not -- the meanings do not come across on a
22 written transcript. Okay?

Page 9

1  A. Understood.
2  Q. If you don't understand my question
3  please let me know. Otherwise, I will assume
4  you understand it. Okay?
5  A. Understood.
6  Q. Okay. And can you be sure to speak
7  up a little bit so that the court reporter and
8  everybody in the room can hear you?
9  A. Can you hear me?
10 Q. Yes.
11 A. Okay.
12 Q. Is there any reason you are unable
13 to provide accurate testimony here today?
14 A. There is no reason I am unable to
15 provide accurate testimony.
16 Q. And what did you -- what did you do
17 to prepare for this deposition?
18 A. To prepare for this deposition I
19 flew here to D.C. from Louisville, met with
20 counsel for the government.
21 Q. How many times did you meet with
22 counsel for the government?

Veritext Legal Solutions
800-567-8658                                                                 973-410-4098

Page 206

1 have been that time frame.
2 Q. Okay. Do you know what other
3 providers were being used -- programmatic
4 platform providers were being used in the 2021
5 time frame?
6 A. Not specifically, ma'am.
7 Q. Why, to your knowledge, did the
8 programmatic investments shift more to the
9 Google product in this case to your knowledge?
10 MR. McBIRNEY: Object to form.
11 THE WITNESS: To the best of my
12 knowledge, that change would have been
13 consistent with our previous discussions in
14 terms of which platforms were the most
15 efficient for the army's dollar.
16 BY MS. GOODMAN:
17 Q. So is it accurate to say that the
18 army's investment in programmatic display
19 advertising shifted more to Google because
20 Google was performing better for the army than
21 any other programmatic provider?
22 MR. McBIRNEY: Object to form.

Page 207

1 THE WITNESS: I would maintain my
2 answer previously, that the efficiency of that
3 platform was more beneficial to the army than
4 other channels -- I'm sorry. Than other
5 platforms.
6 BY MS. GOODMAN:
7 Q. And when you say "efficiency," you
8 mean the efficiency of Google's programmatic
9 platform was more beneficial to the army than
10 other programmatic platforms; is that accurate?
11 MR. McBIRNEY: Objection. Form and
12 asked and answered.
13 THE WITNESS: I really don't have a
14 change to what I just stated, ma'am.
15 MS. GOODMAN: Can I have Exhibit 47.
16 (Deposition Exhibit 91 was marked
17 for identification.)
18 BY MS. GOODMAN:
19 Q. I'm handing you Exhibit 91,
20 ARMY-ADS-179830 through 179831.
21 A. Are you going to ask me to read the
22 last page?

Page 208

1 Q. No, I am not.
2 A. All right.
3 Q. Okay. We tried to print it
4 differently, but sometimes instructions get
5 lost.
6   This is an e-mail you received from
7 Kelly Kapshandy on September 24, 2021, correct?
8 A. I received this e-mail from Kelly
9 Kapshandy, OMD, on September 24, 2021.
10 Q. Who is Kelly Kapshandy?
11 A. The name is familiar. I can't tell
12 you her official title.
13 Q. Do you know what role, if any, she
14 has with respect to the army's media purchases?
15 A. I can't speak to that specifically,
16 no.
17 Q. And she is attaching a Q3, FY21 MMM
18 national paid media quarterly optimization
19 tracker, yes?
20 A. She has attached MMM follow-up,
21 three tabs, MMM optimization tracker, a MMM Q3
22 media cost per contract, and an MMM paid media

Page 209

1 channel performance by quarter.
2 Q. Is this a document that -- a kind of
3 document that you would routinely receive from
4 somebody at OMD or DDB?
5 MR. McBIRNEY: Objection. Vague.
6 THE WITNESS: The purpose of this
7 document was to have a more simplified visual
8 of the quarter-over-quarter changes that we
9 executed based on the MMM as opposed to the
10 larger decks that we have looked at for the Q4,
11 '21 and Q1, '22.
12 BY MS. GOODMAN:
13 Q. And when you're seeing the more
14 simplified visuals of quarter-over-quarter
15 changes that were executed based on the MMM,
16 does that include the day-to-day, hour-by-hour
17 optimizations made by DDB and OMD as well?
18 MR. McBIRNEY: Objection.
19 Foundation.
20 THE WITNESS: This document includes
21 the optimizations that were recommended and
22 approved by the army in conjunction with the

HIGHLY CONFIDENTIAL

Page 314

1  And, again, we will simply reiterate
2  that the 30(b)(6) portion was not prepared to
3  start until after 6:00 p.m., and unfortunately,
4  the witness was not prepared to go this late
5  into the evening, and that was unexpected. But
6  that's where we are.
7      MS. GOODMAN: And I will also note
8  for the record that the witness took an hour
9  dinner break when everybody else was prepared
10 to move forward into the 30(b)(6) at the
11 conclusion of the day.
12     MR. McBIRNEY: And I will simply
13 note that that is because the witness believed
14 that having a dinner break would be helpful for
15 his ability to testify.
16     Evidently, that has not been how
17 things were borne out, but that is why the
18 witness had a reasonable dinner hour, asked to
19 have dinner before beginning a 30(b)(6) that
20 could go as late as three hours longer, which
21 at that point would have been 9:00 with no
22 food.

Page 315

1      MS. GOODMAN: Well, I offered you
2  snacks, as you recall, and the snacks are here
3  in the room, including Kind bars and popcorn
4  and Zbars and some super foods called almonds
5  and cashews and peanuts.
6      MR. McBIRNEY: Let the record
7  reflect that I am noticing for the first time,
8  as flagged by counsel, that there Zbars,
9  peanuts, and snacks characterized by counsel as
10 "super foods" of some sort.
11     MS. GOODMAN: All right.
12     THE VIDEOGRAPHER: The time is
13 p.m. we are off the record.
14     (Whereupon, the proceeding was
15 adjourned at 7:56 p.m.)
16
17
18
19
20
21
22

Page 316

1           CERTIFICATE OF NOTARY PUBLIC
2       I, Bonnie L. Russo, the officer before
3  whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly
6  sworn by me; that the testimony of said witness
7  was taken by me in shorthand and thereafter
8  reduced to computerized transcription under my
9  direction; that said deposition is a true
10 record of the testimony given by said witness;
11 that I am neither counsel for, related to, nor
12 employed by any of the parties to the action in
13 which this deposition was taken; and further,
14 that I am not a relative or employee of any
15 attorney or counsel employed by the parties
16 hereto, nor financially or otherwise interested
17 in the outcome of the action.
18
                    _____
19                   Notary Public in and for
20                   the District of Columbia
21    My Commission expires: August 14, 2024.
22

Page 317

1  Jimmy McBirney Esq
2  jimmy.mcbirney@usdoj.gov
3           September 6th, 2023
4  RE:    United States, Et Al v. Google, LLC
5     9/1/2023, Lennox Morris (#6074135)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 (erratas-cs@veritext.com).
16
17   Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25