# EXHIBIT 15

```
                                                          Page 1

 1
 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
 3      ALEXANDRIA DIVISION
 4      -------------------------------------------X
        UNITED STATES, et al.,
 5
                                        PLAINTIFF,
 6
                 -against-         Case No.:
 7                         1:23-CV-00108-LMB-JFA
 8
        GOOGLE, LLC,
 9
                                        DEFENDANT.
10      -------------------------------------------X
11
12                         DATE: September 20, 2023
13                         TIME: 9:30 A.M.
14
15          VIDEOTAPED DEPOSITION of LARA STOTT,
16      taken by the Defendant, pursuant to a Court
17      Order, held via videoconference, before
18      Rivka Trop, a Notary Public of the State of
19      New York.
20
21
22
23
24
25      Job No. CS6097892
```

Page 2

```
 1
 2  A P P E A R A N C E S:
 3
 4  UNITED STATES DEPARTMENT OF JUSTICE
       Attorneys for the Plaintiff
 5     UNITED STATES, ET AL
       450 Fifth Street, N.W.
 6     Washington, D.C. 20530
    BY: KATHERINE CLEMONS, ESQ.
 7         -and-
        RACHEL ZWOLINSKI, ESQ.
 8         -and-
 9         ALVIN CHU, ESQ.
10
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON,
11  LLP
       Attorneys for the Defendant
12     GOOGLE, LLC
       2001 K Street, N.W.
13     Washington, D.C. 20006
    BY: HEATHER MILLIGAN, ESQ.
14         -and-
        MARTHA L. GOODMAN, ESQ.
15
16  ALSO PRESENT:
        ORSON BRAITHWAITE, Videographer
17
18      CAPTAIN MICHAEL ELLIS
19           *   *   *
20
21
22
23
24
25
```

Page 3

```
 1          L. STOTT
 2          THE VIDEOGRAPHER:  Good morning we
 3  are going on the record at 9:39 a.m.,
 4  on September 20, 2023.  Please note
 5  that the microphones are sensitive and
 6  may pick up whispering, private
 7  conversations, please mute your phones
 8  at this time.  Audio and video
 9  recording will continue to take place
10  unless all parties agree to go off the
11  record.
12          This is media unit 1 of the
13  deposition Ms. Lara Stott in the matter
14  of United States et al. versus Google,
15  LLC, founded in the United States
16  District Court, Eastern District of
17  Virginia, Alexandria Division, Case No.
18  1:23-CV-00108-LMB-JFA.
19          My name is Orson Braithwaite from
20  Veritext Legal Solutions, and I am the
21  videographer.
22          The court reporter is Rivka Trop
23  from the firm Veritext Legal Solutions.
24          Counsel will now state their
25  appearances and affiliated for the
```

Page 4

```
 1          L. STOTT
 2  record.
 3          MS. MILLIGAN:  Heather Milligan
 4  from Paul, Weiss, Rifkind, Wharton &
 5  Garrison on behalf of Google.  With me
 6  is my colleague, Martha Goodman.
 7          MS. CLEMONS:  This is Katherine
 8  Clemons, with the Department of
 9  Justice, on behalf of the United States
10  and the witness.
11          MS. ZWOLINSKI:  Rachel Zwolinski,
12  on behalf of the United States.
13          MR. CHU:  Alvin Chu, on behalf of
14  the United States.
15          MR. ELLIS: Captain Michael Ellis,
16  Air Force Recruiting Service.
17          THE VIDEOGRAPHER:  Will the court
18  reporter, please, swear in the witness.
19  L A R A   S T O T T, called as a witness,
20  having been first duly sworn by a Notary
21  Public of the State of New York, was
22  examined and testified as follows:
23  EXAMINATION BY
24  MS. MILLIGAN:
25      Q.  Please state your name for the
```

Page 5

```
 1          L. STOTT
 2  record.
 3      A.  Lara Stott.
 4      Q.  Good morning, Ms. Stott.  We met
 5  the other day.
 6          Just for the record, my name is
 7  Heather Milligan, and I represent Google.
 8  You are the senior strategic adviser for
 9  marketing to the commander at Air Force
10  Recruiting Service, is that right?
11      A.  Yes.
12      Q.  Do you understand that you are
13  testifying today as a corporate
14  representative of the Air Force?
15      A.  I do.
16      Q.  In preparing for your testimony
17  today, did you review the overarching
18  contract between the Air Force and GSD&M?
19      A.  Yes, I did.
20          MS. MILLIGAN:  Can we go off the
21  record for just a minute.
22          THE VIDEOGRAPHER:  The time is
23  9:41 a.m.  We are off the record.
24          (Whereupon, an off-the-record
25  discussion was held.)
```

2 (Pages 2 - 5)

Page 54

1       L. STOTT
2  to that though as task order 28.
3      Q.  Could you clarify?
4      A.  So that is the call number of the
5  actual contract.  But each individual task
6  order has a number that started with 1 and
7  continues to go up under the current
8  contract.  And on page ending in 00003 you
9  will see at the top it says there FY20
10 special warfare combat support advertising
11 task order 0028.
12         I am just telling you that is how
13 we reference them.
14     Q.  You could set that aside.
15         How did the Air Force become
16 involved in this litigation?
17     A.  I would need to refer to my notes,
18 one second.
19         On December 23 of 2022, Michael
20 Wolin with the Department of Justice
21 e-mailed the Department of Defense Office of
22 General Counsel, Sivram Prasad.  And then
23 Sivram Prasad then contacted the Air Force
24 on December 23.  And then internally that
25 communication reached Mr. Barry Dickey at

Page 55

1       L. STOTT
2  Air Force Recruiting Service on January 12
3  of 2023.
4      Q.  Is Air Force involved in this
5  litigation -- strike that.
6         Prior to outreach by Michael
7  Wolin, did Air Force have any plans to sue
8  Google based on anything relating to the
9  subject matter of the complaint?
10        MS. CLEMONS:  Objection to form.
11     A.  No, our first involvement or first
12 notification there was on December 23, 2022.
13     Q.  Did Air Force have a choice to
14 participate in this litigation?
15        MS. CLEMONS:  Objection to form.
16     A.  That was directed by the
17 Department of Defense, Office of General
18 Counsel.
19     Q.  Are you saying that the decision
20 to participate in this litigation -- strike.
21        Are you saying that Air Force's
22 decision -- strike that.
23        Are you saying that Air Force's
24 participation in this litigation is due to a
25 decision made by the Office of General

Page 56

1       L. STOTT
2  Counsel for the Department of Defense?
3         MS. CLEMONS:  Objection to form.
4      A.  Yes, the Air Force was directed by
5  the DOD Office of General Counsel.
6      Q.  Did Air Force conduct any
7  investigation before -- strike that.
8         Did Air Force conduct any
9  investigation into the claims and
10 allegations made in the complaint prior to
11 deciding to participate in this lawsuit?
12        MS. CLEMONS:  Objection to form,
13    foundation.
14     A.  Our involvement by Air Force, Big
15 Air Force did not become involved until
16 December 23 and Air Force Recruiting Service
17 not until January 12 of 2023.  That was the
18 beginning of our involvement.
19     Q.  What did Air Force tell its ad
20 agency, GSD&M, about this lawsuit?
21        MS. CLEMONS:  Objection to form,
22    foundation.
23     A.  I did not have any conversations
24 with Ms. Dickey or with Ms. Hatch about how
25 GSD&M was notified or involved.

Page 57

1       L. STOTT
2         I can't really say if DOD reached
3  out to them directly or if that notification
4  came from Air Force Recruiting Service, but
5  I don't know.
6      Q.  What facts are Air Force aware of
7  regarding Google's alleged monopolization?
8         MS. CLEMONS:  Object to the extent
9    that calls for privileged
10   communications with counsel.  If you
11   could answer without referring to
12   privileged communications with counsel,
13   you may do so.
14     A.  That would all have been
15 conversations with counsel.
16     Q.  Ms. Stott, what did you do to
17 prepare for today's deposition?
18     A.  I had probably eight to ten
19 meetings with counsel.  I reviewed multiple
20 documents and spent a total of about 60
21 hours either reviewing documents or having
22 conversations with people internal at
23 Recruitment Service Marketing including
24 Ms. Hatch, Mr. Dickey, Maj. Lane.  I also
25 spoke with Maj. Brian Murray and Ms. Larisa

15 (Pages 54 - 57)

## Page 62

```
 1                L. STOTT
 2            D E C L A R A T I O N
 3
 4      I hereby certify that having been first
 5   duly sworn to testify to the truth, I gave
 6   the above testimony.
 7
 8      I FURTHER CERTIFY that the foregoing
 9   transcript is a true and correct transcript
10   of the testimony given by me at the time and
11   place specified hereinbefore.
12
13
14
              _____
15                LARA STOTT
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21
              _____
22            NOTARY PUBLIC
23
24
25
```

## Page 63

```
 1                L. STOTT
 2
 3            I N D E X
 4
 5   EXAMINATION BY              PAGE
 6    MS. MILLIGAN                4
      MS. CLEMONS                59
 7          E X H I B I T S
 8
 9   STOTT EXHIBITS
     EXHIBIT     EXHIBIT
10   LETTER      DESCRIPTION      PAGE
11
12   126      Document bearing Bates   6
              USAF-ADS-000041-6385
13   127      Document bearing Bates   7
              USAF-ADS-000077-1834
14
     128      Document bearing Bates  12
15            USAF-ADS-000061-8109
16   129      Document bearing Bates  29
              USAF-ADS-000077-1565
17
     130      Document bearing Bates  39
18            USAF-ADS-000077-1759
19   131      Document Bates No.    46
              USAF-ADS-0000013224
20
     133      Document bearing Bates  47
21            USAF-ADS-000084-8189
22   132      Document bearing Bates  53
              USAF-ADS-000077-1515
23
     134      Notes           58
24        (Exhibits retained by counsel.)
25
```

## Page 64

```
 1                L. STOTT
 2            C E R T I F I C A T E
 3
 4   STATE OF NEW YORK     )
                           : SS.:
 5   COUNTY OF QUEENS      )
 6
 7      I, RIVKA TROP, a Notary Public for and
 8   within the State of New York, do hereby
 9   certify:
10      That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14      I further certify that I am not related
15   to any of the parties to this action by
16   blood or by marriage and that I am in no way
17   interested in the outcome of this matter.
18      IN WITNESS WHEREOF, I have hereunto set
19   my hand this 20th day of September, 2023.
20
21
22            /s/ Rivka Trop
23            RIVKA TROP
24
25
```