# EXHIBIT 18

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION
 3
      _____
 4                                  :
      UNITED STATES OF AMERICA,     :
 5    et al.,                       :
                                    :
 6          Plaintiffs              :
                                    :
 7         v.                       : No.  1:23-cv-00108
                                    :
 8    GOOGLE, LLC,                  :
                                    :
 9          Defendants.             :
      _____:
10
11              Tuesday, August 15, 2023
12
                Video Deposition of ALLEN OWENS,
13
      taken at the Law Offices of Paul, Weiss, Rifkind,
14
      Wharton & Garrison LLP, 2001 K St NW, Washington,
15
      DC, beginning at 9:37 a.m. Eastern Standard Time,
16
      before Ryan K. Black, Registered Professional
17
      Reporter, Certified Livenote Reporter and Notary
18
      Public in and for the District of Columbia
19
20
21
22
23
24
25    Job No. CS6037511
```

|  | Page 2 |
|---|---|
| 1 | A P P E A R A N C E S: |
| 2 |  |
| 3 | UNITED STATES DEPARTMENT OF JUSTICE |
|  | ANTITRUST DIVISION |
| 4 | BY: JIMMY MCBIRNEY, ESQ |
|  |     CHASE PRITCHETT, ESQ |
| 5 |     ALVIN CHU, ESQ |
|  |     MARK SOSNOWSKY, ESQ - Via Zoom |
| 6 |     KATHERINE CLEMONS, ESQ - Via Zoom |
|  |     JULIA TARVER-WOOD, ESQ - Via Zoom |
| 7 | 450 5th Street, N W |
|  | Washington, DC 20530 |
| 8 | 202 514 2414 |
|  | jimmy mcbirney@usdoj gov |
| 9 | chase pritchett@usdoj gov |
|  | alvin chu@usdoj gov |
| 10 | mark sosnowsky@usdoj gov |
|  | katherine clemons@usdoj gov |
| 11 | julia tarver-wood@usdoj gov |
| 12 | Representing - The United States of America |
| 13 |  |
| 14 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, |
|  | BY: MARTHA L GOODMAN, ESQ |
| 15 |     LEAH HIBBLER, ESQ |
|  | 2001 K St NW, |
| 16 | Washington, DC |
|  | 202 223 7341 |
| 17 | mgoodman@paulweiss com |
|  | lhibbler@paulweiss com |
| 18 |  |
|  | Representing - Google LLC |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 | ALSO PRESENT: |
| 24 |  |
|  | Orson Braithwaite - Legal Videographer |
| 25 | Ann Bruck - Department of the Navy |

|  | Page 3 |
|---|---|
| 1 | I N D E X |
| 2 | TESTIMONY OF: ALLEN OWENS          PAGE |
| 3 | By Ms. Goodman..............................6 |
| 4 | E X H I B I T S |
| 5 | EXHIBIT       DESCRIPTION           PAGE |
| 6 | Exhibit 52   a document Bates Numbered |
|  |              NAVY-ADS174029 through |
| 7 |              NAVY-ADS174060..................62 |
| 8 | Exhibit 53   a document Bates Numbered |
|  |              NAVY-ADS256935 through |
| 9 |              NAVY-ADS257031..................97 |
| 10 | Exhibit 54   a document Bates Numbered |
|  |              NAVY-ADS12756 through |
| 11 |              NAYV-ADS12800..................102 |
| 12 | Exhibit 55   a document Bates Numbered |
|  |              NAVY-ADS241136 through |
| 13 |              NAVY-ADS241143.................111 |
| 14 | Exhibit 56   a document Bates Numbered |
|  |              NAVY-ADS15543 through |
| 15 |              NAVY-ADS15622..................130 |
| 16 | Exhibit 57   a document Bates Numbered |
|  |              NAVY-ADS19114 through |
| 17 |              NAVY-ADS19182..................146 |
| 18 | Exhibit 58   a document Bates Numbered |
|  |              NAVY-ADS45197 through |
| 19 |              NAVY-ADS45206..................172 |
| 20 | Exhibit 59   a document Bates Numbered |
|  |              NAVY-ADS103897 through |
| 21 |              NAVY-ADS103900.................182 |
| 22 | Exhibit 60   a document Bates Numbered |
|  |              NAVY-ADS28530 through |
| 23 |              NAVY-LMS28531..................187 |
| 24 |  |
| 25 |  |

|  | Page 4 |
|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning.  We're |
| 2 | going on the record at 9:37 a m. on August 15th, |
| 3 | 2023.  Please note that the microphones are |
| 4 | sensitive and may pick up whispering and private |
| 5 | conversations.  Please mute your phones at this |
| 6 | time.  Audio and video recording will continue to |
| 7 | take place unless all parties agree to go |
| 8 | off the record. |
| 9 |     This is Media Unit 1 of the |
| 10 | video-recorded deposition of Mr. Allen Owens |
| 11 | in the matter of United States, et al., versus |
| 12 | Google LLC, filed in the United States District |
| 13 | Court, Eastern District of Virginia, Alexandria |
| 14 | Division.  Case Number 1:23-cv-00108-LMB-JFA. |
| 15 |     My name is Orson Braithwaite, |
| 16 | representing Veritext Legal Solutions, and I'm |
| 17 | the videographer.  The court reporter is Ryan |
| 18 | Black from the firm Veritext Legal Solutions. |
| 19 |     Counsel will now state their appearances |
| 20 | and affiliations for the record. |
| 21 |     MS. GOODMAN:  Martha Goodman of the law |
| 22 | firm Paul Weiss on behalf of Google LLC, and I'm |
| 23 | joined by my colleague Leah Hibbler. |
| 24 |     MR. MCBIRNEY:  Jim McBirney on behalf of |
| 25 | the Department of Justice on behalf of the United |

|  | Page 5 |
|---|---|
| 1 | States and the witness. |
| 2 |     MR. PRITCHETT:  Chase Pritchett on |
| 3 | behalf of the United States. |
| 4 |     MR. CHU:  Alvin Chu on behalf of the |
| 5 | United States. |
| 6 |     MS. GOODMAN:  And then will any |
| 7 | attorneys appearing remotely please state your |
| 8 | presence. |
| 9 |     MR. SOSNOWSKY:  Mark Sosnowsky, U.S. |
| 10 | Department of Justice. |
| 11 |     MS. CLEMONS:  Katherine Clemons, |
| 12 | Department of Justice. |
| 13 |     MS. GOODMAN:  Is there any -- |
| 14 |     MS. BRUCK:  Ann Bruck, Department of |
| 15 | Navy. |
| 16 |     THE VIDEOGRAPHER:  We have a Ms. Wood. |
| 17 |     MS. TARVER-WOOD:  Yes.  This is Julia |
| 18 | Tarver-Wood from DOJ.  I'm not officially |
| 19 | entering an appearance.  I'll be in and out |
| 20 | throughout the day. |
| 21 |     THE VIDEOGRAPHER:  Thank you.  Will the |
| 22 | court reporter please swear in the witness? |
| 23 |         *   *   * |
| 24 | Whereupon -- |
| 25 |     ALLEN OWENS, |

|  | Page 210 |  | Page 212 |
|---|---|---|---|
| 1 | MR. MCBIRNEY: Object to form. | 1 | MR. MCBIRNEY: Objection. Assumes |
| 2 | THE WITNESS: Sitting here today, I -- I | 2 | facts. |
| 3 | cannot remember where I've seen that term. | 3 | THE WITNESS: Oftentimes, a lot of the |
| 4 | BY MS. GOODMAN: | 4 | businesses that we use will be referred to as a |
| 5 | Q.  Do you recall ever seeing it in any | 5 | partner if we're doing business with them, so |
| 6 | documents provided to you by VMLY&R? | 6 | I -- I may have referred to Google as a partner. |
| 7 | A.  As mentioned a moment ago, I cannot | 7 | BY MS. GOODMAN: |
| 8 | recall where I've seen the term. | 8 | Q.  Has Google helped the Navy with respect |
| 9 | Q.  And, thus, you don't know whether you've | 9 | to recruiting more sailors to join? |
| 10 | seen it in any documents provided by VMLY&R, | 10 | MR. MCBIRNEY: Objection; foundation. |
| 11 | correct? | 11 | THE WITNESS: We have found lots of |
| 12 | MR. MCBIRNEY: Objection. Asked and | 12 | value in many of the Google buys that we've done. |
| 13 | answered. Mischaracterizes the testimony. | 13 | BY MS. GOODMAN: |
| 14 | THE WITNESS: Yeah. As I -- as I | 14 | Q.  And the Google buys that you've done |
| 15 | testified, I don't recollect where I've seen the | 15 | that you've found value in, does that relate to |
| 16 | term. | 16 | YouTube buys? |
| 17 | BY MS. GOODMAN: | 17 | A.  Yes. |
| 18 | Q.  Okay. Have you had any discussions | 18 | Q.  Okay. And how about with respect to |
| 19 | with anybody about the term Open Web Display | 19 | search? |
| 20 | Advertising and what it means? | 20 | A.  Yes. |
| 21 | A.  Not to my knowledge. | 21 | Q.  Okay. Can you describe in any more |
| 22 | Q.  Prior to the filing of this lawsuit | 22 | detail the value that you have found in many of |
| 23 | in January of 2023, were you aware of any | 23 | the Google buys that the Navy has done? |
| 24 | anticompetitive conduct on the part of Google | 24 | A.  In particular, some of the YouTube |
| 25 | affecting Navy's advertising? | 25 | activations we've had have had extremely high |
|  | Page 211 |  | Page 213 |
| 1 | MR. MCBIRNEY: You can answer that | 1 | video completion rates. |
| 2 | question to the extent it does not disclose | 2 | Q.  Any other -- |
| 3 | communications with counsel. | 3 | THE VIDEOGRAPHER: Counsel, the Zoom's |
| 4 | THE WITNESS: To my knowledge, no. | 4 | offline. |
| 5 | BY MS. GOODMAN: | 5 | MS. GOODMAN: Let's take a break. |
| 6 | Q.  And how about prior to this lawsuit, | 6 | MR. MCBIRNEY: We're going to be here a |
| 7 | did you ever have any concerns in your capacity | 7 | while. |
| 8 | as the director of marketing for the Navy | 8 | THE VIDEOGRAPHER: The time is 5:07 p m. |
| 9 | Recruiting Command that Google was engaging in | 9 | We're going off the record. |
| 10 | anticompetitive conduct related to digital | 10 | (Recess taken.) |
| 11 | advertising? | 11 | THE VIDEOGRAPHER: Time is 5:14 p.m. |
| 12 | MR. MCBIRNEY: Object to foundation. | 12 | We're on the record. |
| 13 | THE WITNESS: Prior to this, I had no | 13 | BY MS. GOODMAN: |
| 14 | knowledge of nor reason to suspect that of | 14 | Q.  Mr. Owens, can you describe any other |
| 15 | Google. | 15 | instances that the Navy has found value in any of |
| 16 | BY MS. GOODMAN: | 16 | the Google buys that it has done? |
| 17 | Q.  Prior to this lawsuit, did you have | 17 | A.  Paid search, as well. We've found value |
| 18 | ever -- did you ever have any concerns that | 18 | there. |
| 19 | Google was engaging in any conduct that was | 19 | I don't have a list at the ready, but |
| 20 | causing the Navy harm with respect to its digital | 20 | -- but there's -- it's been on many occasions. |
| 21 | advertising? | 21 | Q.  Can you approximate the number of |
| 22 | A.  Sitting here today, I can -- I can think | 22 | occasions that you've found value in Google buys |
| 23 | of no reason to believe that. | 23 | for the Navy? |
| 24 | Q.  You described Google, in fact, as a | 24 | MR. MCBIRNEY: Objection; foundation. |
| 25 | partner of the Navy, right? | 25 | THE WITNESS: Yeah. I -- I can't |

Page 278

1  Q. Other than yourself, was there
2  any person who is not a lawyer who provided
3  information that assisted in responding to the
4  interrogatories that you verified?
5      MR. MCBIRNEY: Objection to foundation.
6      THE WITNESS: Yeah. As I -- as I
7  testified earlier, I did have members of my
8  team assist me in providing my response to the
9  interrogatories.
10 BY MS. GOODMAN:
11  Q. Okay. Anybody outside of members of
12 your team assist in providing information to help
13 in res -- responding to the interrogatories?
14     MR. MCBIRNEY: Same objection.
15     THE WITNESS: Not that I recall.
16 BY MS. GOODMAN:
17  Q. Anybody at Wavemaker provide information
18 that assisted in responding to these
19 interrogatories?
20  A. Not that I recall.
21  Q. Same question as to VMLY&R.
22  A. Not that I recall.
23  Q. Did Mr. Edmondson provide any
24 information that was -- that assisted in
25 responding to the interrogatories that you

Page 279

1  verified?
2  A. I would consider him to be covered under
3  the question of VMLY&R, so not that I recall.
4  Q. Same question as to Sandra Mouio?
5  A. And same response. I would consider her
6  to be part of the Wavemaker entity, so not that I
7  recall.
8      MR. MCBIRNEY: Can I get a check on the
9  time?
10     THE VIDEOGRAPHER: 7:02.
11     MR. MCBIRNEY: I guess that's time.
12     MS. GOODMAN: Thank you for your time,
13 Mr. Owens.
14     THE VIDEOGRAPHER: Off the record,
15 Counsel?
16     MS. GOODMAN: Yes.
17     MR. MCBIRNEY: Off the record.
18     THE VIDEOGRAPHER: The time is 7:03 p.m.
19 We're off the record.
20     (Deposition concluded -- 7:02 p.m.)

Page 280

CERTIFICATE

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 17th day o[f]

_____
Notary Public

Page 281

Jimmy McBirney, Esq.
jimmy.mcbirney@usdoj.gov
            August 17, 2023
RE:   United States, Et Al v. Google, LLC
      8/15/2023, Allen Owens (#6037511)
   The above-referenced transcript is available for review.
   Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.
   The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com

   Return completed errata within 30 days from receipt of testimony.
   If the witness fails to do so within the time allotted, the transcript may be used as if signed.

      Yours,
      Veritext Legal Solutions