# EXHIBIT 19

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
_____

UNITED STATES, ) 1:23-cv-00108-LMB-JFA
et al.,        )
               )
   Plaintiffs, )
               )
vs.            )
               )
GOOGLE LLC,    )
               )
   Defendant.  )
_____)

VIDEOTAPED DEPOSITION OF

LARA STOTT

September 18, 2023

9:33 a.m.

Reported by: Bonnie L. Russo

Job No. 6097869

| | |
|---|---|
| Page 2 | Page 4 |
| 1  Videotaped Deposition of Lara Stott held at: | 1  APPEARANCES (CONTINUED): |
| 2 | 2 |
| 3 | 3  Also Present: |
| 4 | 4  Captain Michael Ellis, Deputy Staff Advocate, |
| 5 | 5  Air Force Recruiting |
| 6      Paul Weiss Rifkind Wharton & Garrison, LLP | 6  Lieutenant Grant Wahlquist, Air Force |
| 7      2001 K Street, N.W. | 7  Commercial Law, Field Support Center |
| 8      Washington, D.C. | 8  Orson Braithwaite, Videographer |
| 9 | 9 |
| 10 | 10  Also Present Via Remotely: |
| 11 | 11  Katherine Clemons, DOJ |
| 12 | 12 |
| 13 | 13 |
| 14 | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18  Pursuant to Notice, when were present on behalf | 18 |
| 19  of the respective parties: | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |

| | |
|---|---|
| Page 3 | Page 5 |
| 1  APPEARANCES: | 1         I N D E X |
| 2 | 2  EXAMINATION OF LARA STOTT              PAGE |
| 3  On behalf of the Plaintiffs: | 3  BY MS. MILLIGAN                        9 |
| 4     MARK H.M. SOSNOWSKY, ESQUIRE | 4 |
| 5     RACHEL ZWOLINSKI, ESQUIRE | 5         EXHIBITS |
| 6     ALVIN CHU, ESQUIRE | 6  Exhibit 118    LinkedIn Profile of    15 |
| 7     UNITED STATES DEPARTMENT OF JUSTICE | 7                 Lara Stott |
| 8     450 Fifth Street, N.W. | 8  Exhibit 119    E-Mail Chain            36 |
| 9     Washington, D.C. 20530 | 9                 dated 9-14-22 |
| 10    mark.sosnowsky@usdoj.gov | 10                USAF-ADS-0000860595-602 |
| 11    rachel.zwolinski@usdoj.gov | 11 Exhibit 120   Article entitled        37 |
| 12    alvin.chu.liu@usdoj.gov | 12                "Recruiting is hard. |
| 13 | 13                these YouTubers may have |
| 14 On behalf of the Defendant: | 14                cracked the code" |
| 15    HEATHER MILLIGAN, ESQUIRE | 15 Exhibit 121   E-Mail Chain            86 |
| 16    MARTHA L. GOODMAN, ESQUIRE | 16                dated 6-14-22 |
| 17    PAUL, WEISS, RIFKIND, WHARTON & | 17                Attachment |
| 18    GARRISON, LLP | 18                USAF-ADS-0000861537-609 |
| 19    2001 K Street, N.W. | 19 Exhibit 122   E-Mail Chain           122 |
| 20    Washington, D.C. 20006 | 20                dated 9-18-22 |
| 21    hmilligan@paulweiss.com | 21                Attachment |
| 22    mgoodman@paulweiss.com | 22                USAF-ADS-0000001422-476 |

2 (Pages 2 - 5)

| | Page 6 | | Page 8 |
|---|---|---|---|
| 1 | EXHIBITS (CONTINUED): | 1 | Counsel will now state their |
| 2 | | 2 | appearances and affiliations for the record. |
| 3 | Exhibit 123    E-Mail Chain    153 | 3 | MS. MILLIGAN:  Heather Milligan with |
| 4 | dated 9-19-22 | 4 | the law firm Paul, Weiss, Rifkind, Wharton & |
| 5 | Attachment | 5 | Garrison on behalf of Google LLC. |
| 6 | USAF-ADS-0000418778-810 | 6 | MS. GOODMAN:  Martha Goodman from |
| 7 | Exhibit 124    E-Mail Chain    185 | 7 | Paul Weiss on behalf of Google. |
| 8 | dated 12-16-22 | 8 | MR. SOSNOWSKY:  Mark Sosnowsky with |
| 9 | Attachment | 9 | the Department of Justice on behalf of the |
| 10 | USAF-ADS-0000785936-960 | 10 | United States and the air force. |
| 11 | Exhibit 125    E-Mail Chain    216 | 11 | MS. ZWOLINSKI:  Rachel Zwolinski on |
| 12 | dated 8-2-22 | 12 | behalf of the United States. |
| 13 | Attachment | 13 | MR. CHU:  Alvin Chu on behalf of the |
| 14 | USAF-ADS-0000005724-787 | 14 | United States. |
| 15 | | 15 | CAPTAIN ELLIS:  Captain Mike Ellis, |
| 16 | | 16 | air force recruiting service. |
| 17 | | 17 | LIEUTENANT WAHLQUIST:  Lieutenant |
| 18 | | 18 | Grant Wahlquist, air force, commercial law |
| 19 | | 19 | field support center. |
| 20 | | 20 | THE VIDEOGRAPHER:  Thank you. |
| 21 | | 21 | Will the court reporter please swear |
| 22 | (Exhibits bound separately.) | 22 | in the witness. |

| | Page 7 | | Page 9 |
|---|---|---|---|
| 1 | PROCEEDINGS | 1 | LARA STOTT, |
| 2 | (9:33 a.m.) | 2 | being first duly sworn, to tell the truth, the |
| 3 | | 3 | whole truth and nothing but the truth, |
| 4 | THE VIDEOGRAPHER:  Good morning. | 4 | testified as follows: |
| 5 | We are going on the record at 9:33 | 5 | EXAMINATION BY COUNSEL FOR DEFENDANT |
| 6 | a.m. on September 18, 2023. | 6 | BY MS. MILLIGAN: |
| 7 | Please note that the microphones are | 7 | Q.   Hi.  Nice to meet you. |
| 8 | sensitive and may pick up whispering and | 8 | Could you state your name for the |
| 9 | private conversations.  Please mute your phones | 9 | record. |
| 10 | at this time.  Audio and video recording will | 10 | A.   It's Lara Stott. |
| 11 | continue to take place unless all parties agree | 11 | Q.   Okay.  And the pronunciation is |
| 12 | to go off the record. | 12 | Stott? |
| 13 | This is Media Unit 1 of the | 13 | A.   Yes. |
| 14 | video-recorded deposition of Ms. Lara Stott in | 14 | Q.   Great.  So my name is Heather |
| 15 | the matter of United States, et al. versus | 15 | Milligan, and I'm with the law firm Paul Weiss, |
| 16 | Google LLC filed in the United States District | 16 | and I represent Google. |
| 17 | Court, Eastern District of Virginia, Alexandria | 17 | Have you ever been deposed before, |
| 18 | Division, Case No. 1:23-cv-00108-LMB-JFA. | 18 | Ms. Stott? |
| 19 | My name is Orson Braithwaite | 19 | A.   No. |
| 20 | representing Veritext Legal Solutions, and I am | 20 | Q.   Okay.  So just going to start with a |
| 21 | the videographer.  The court reporter is Bonnie | 21 | few rules. |
| 22 | Russo from the firm Veritext Legal Solutions. | 22 | I'm going to try to break roughly |

3 (Pages 6 - 9)

|  | Page 254 |  | Page 256 |
|---|---|---|---|
| 1 | MS. MILLIGAN: This is prior to | 1 | concerns with." |
| 2 | outreach by counsel, so -- | 2 | My primary function is to make sure |
| 3 | MR. SOSNOWSKY: I understand that, | 3 | that we are executing an efficient marketing |
| 4 | but I'm -- well, I can still instruct her just | 4 | plan in order to achieve an end recruiting |
| 5 | because she has already asked several questions | 5 | mission. So insomuch as any vendor would be |
| 6 | about the time line. Okay. She says when she | 6 | performing or not performing, that's really |
| 7 | was with somebody that reached out -- | 7 | what I am looking at. |
| 8 | MS. MILLIGAN: Or you can just give | 8 | BY MS. MILLIGAN: |
| 9 | the -- instruct -- just give the instruction to | 9 | Q. So you did not have specific |
| 10 | the witness. | 10 | concerns as to Google? |
| 11 | MR. SOSNOWSKY: Okay. So I'm going | 11 | MR. SOSNOWSKY: Objection to form. |
| 12 | to instruct you not to reveal privileged | 12 | THE WITNESS: I don't recall any |
| 13 | communications or information or activities | 13 | specific issues or challenges or concerns with |
| 14 | that were done at the instruction of counsel | 14 | respect specifically to Google. But, again, it |
| 15 | that came from counsel. | 15 | would have been as a part of a broader |
| 16 | THE WITNESS: Okay. Then, no, I | 16 | marketing program in order to meet an end |
| 17 | can't answer that question. | 17 | recruitment mission. |
| 18 | BY MS. MILLIGAN: | 18 | BY MS. MILLIGAN: |
| 19 | Q. Okay. So your only knowledge of -- | 19 | Q. And earlier you said that you were |
| 20 | of the air force's involvement in this | 20 | not worrying about the lawsuit on a day-to-day |
| 21 | litigation came from counsel or communications | 21 | basis. |
| 22 | that were done at the direction of counsel? | 22 | Are you worrying about it at all? |

|  | Page 255 |  | Page 257 |
|---|---|---|---|
| 1 | That's a yes-or-no question. | 1 | MR. SOSNOWSKY: Objection to form. |
| 2 | MR. SOSNOWSKY: Object to form. | 2 | THE WITNESS: Am I worrying about a |
| 3 | But you can answer that yes or no. | 3 | lawsuit at all; is that what you're asking? |
| 4 | THE WITNESS: Yes. | 4 | BY MS. MILLIGAN: |
| 5 | BY MS. MILLIGAN: | 5 | Q. Yeah. Yes. |
| 6 | Q. Prior to this lawsuit in your -- in | 6 | MR. SOSNOWSKY: Same objections. |
| 7 | your role at the air force, were you aware of | 7 | THE WITNESS: No. Again, I have |
| 8 | any anticompetitive conduct on the part of | 8 | such a long list of things to do that this is |
| 9 | Google affecting U.S. Air Force's advertising? | 9 | not high on that priority list. |
| 10 | MR. SOSNOWSKY: Objection to form. | 10 | BY MS. MILLIGAN: |
| 11 | Foundation. | 11 | Q. Prior to this lawsuit -- sorry. |
| 12 | THE WITNESS: No, I don't believe I | 12 | Strike that. |
| 13 | was. | 13 | Where on the priority list is it? |
| 14 | BY MS. MILLIGAN: | 14 | MR. SOSNOWSKY: Objection to form. |
| 15 | Q. Prior to this lawsuit, did you have | 15 | THE WITNESS: Well down below all of |
| 16 | any concerns that Google was engaging in | 16 | those other things that get us to meeting |
| 17 | anticompetitive conduct related to digital | 17 | mission requirements and any other special |
| 18 | advertising? | 18 | projects that I get assigned to in order to |
| 19 | MR. SOSNOWSKY: Objection to form. | 19 | make things at air force recruitment service |
| 20 | Foundation. | 20 | marketing work better. |
| 21 | THE WITNESS: Again, I just -- I | 21 | BY MS. MILLIGAN: |
| 22 | want to be clear when you use words like "have | 22 | Q. And earlier we mentioned |

Page 266

1    THE VIDEOGRAPHER:  The time is 4:42
2    p.m.  We are off the record.
3         (Whereupon, the proceeding was
4    concluded at 4:42 p.m.)

Page 267

1         CERTIFICATE OF NOTARY PUBLIC
2         I, Bonnie L. Russo, the officer before
3    whom the foregoing deposition was taken, do
4    hereby certify that the witness whose testimony
5    appears in the foregoing deposition was duly
6    sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
13   which this deposition was taken; and further,
14   that I am not a relative or employee of any
15   attorney or counsel employed by the parties
16   hereto, nor financially or otherwise interested
17   in the outcome of the action.
18
19        _____
20           Notary Public in and for
21             the District of Columbia
22   My Commission expires:  August 14, 2025.

Page 268

1    Mark Sosnowsky, Esq.
2    mark.sosnowsky@usdoj.gov
3              September 19, 2023
4    RE:   United States, Et Al v. Google, LLC
5      9/18/2023, Lara Stott (#6097869)
6       The above-referenced transcript is available for
7    review.
8       Within the applicable timeframe, the witness should
9    read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   erratas-cs@veritext.com
16
17    Return completed errata within 30 days from
18   receipt of testimony.
19     If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22           Yours,
23           Veritext Legal Solutions

Page 269

1   United States, Et Al v. Google, LLC
2   Lara Stott (#6097869)
3         E R R A T A  S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____   _____
24  Lara Stott                Date