# EXHIBIT 20

# REDACTED

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7466
EMAIL: JRHEE@PAULWEISS.COM

NEW YORK
BEIJING
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WILMINGTON

May 16, 2024

**By Hand Delivery**

Walt Cain
Executive Officer, Antitrust Division
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW, Suite 3000
Washington, D.C. 20530

Re: *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Dear Mr. Cain:

Our client, Google LLC ("Google"), is voluntarily tendering payment for the full amount of damages alleged by the United States in the above-referenced case.

Enclosed is a cashier's check from Wells Fargo bank in the amount of ▮▮▮▮▮▮. This payment includes ▮▮▮▮▮▮—the maximum amount of treble damages the United States could recover in this matter based on its own expert's calculation—plus ▮▮▮▮▮—the amount of prejudgment interest calculated by the United States' expert through June 30, 2024. *See* Lim Report 37, Fig. 20 (attached).

Please note that this voluntary tender of full monetary relief is not and should not be construed either as an admission that Google is liable in this action, or that the United States has suffered any damages. Google expressly denies liability for all claims asserted against it. Google makes this payment solely to moot the United States' damages claim in order to streamline this litigation for efficient resolution of the remaining equitable claims.

Sincerely,

Jeannie S. Rhee

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

    cc:    Julia Tarver Wood (by email)
           Aaron M. Teitelbaum (by email)

