# EXHIBIT 21

# REDACTED

**WELLS FARGO BANK, N.A.**
PO Box 5131, N9777-112 OFC
Sioux Falls, SD 57117-5131

000063   CW91FSSA



United States Department of Justice
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

May 14, 2024

CASHIER'S CHECK

---

PLEASE DETACH BEFORE DEPOSITING

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

11-24/1210

**Check Number:** ▓▓▓▓

**Date:** May 14, 2024

**WELLS FARGO**

Pay to the order of   United States Department of Justice

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓***

Drawer: WELLS FARGO BANK, N.A.


Authorized Signature

Authorized Signature

For U.S. v. Google LLC, CA No. 1:23-cv-108 (E.D. Va.)
Wells Fargo Bank, N.A.
FOR INQUIRIES: 480-394-3122