# EXHIBIT 20

# UNREDACTED VERSION FILED UNDER SEAL

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7466
EMAIL: JRHEE@PAULWEISS.COM

NEW YORK
BEIJING
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WILMINGTON

May 16, 2024

**By Hand Delivery**

Walt Cain
Executive Officer, Antitrust Division
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW, Suite 3000
Washington, D.C. 20530

Re: *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Dear Mr. Cain:

Our client, Google LLC ("Google"), is voluntarily tendering payment for the full amount of damages alleged by the United States in the above-referenced case.

Enclosed is a cashier's check from Wells Fargo bank in the amount of $2,289,751. This payment includes $2,235,457—the maximum amount of treble damages the United States could recover in this matter based on its own expert's calculation—plus $54,293—the amount of prejudgment interest calculated by the United States' expert through June 30, 2024. *See* Lim Report 37, Fig. 20 (attached).

Please note that this voluntary tender of full monetary relief is not and should not be construed either as an admission that Google is liable in this action, or that the United States has suffered any damages. Google expressly denies liability for all claims asserted against it. Google makes this payment solely to moot the United States' damages claim in order to streamline this litigation for efficient resolution of the remaining equitable claims.

Sincerely,

Jeannie S. Rhee

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

cc: Julia Tarver Wood (by email)
 Aaron M. Teitelbaum (by email)

## VIII. Prejudgment Interest

79. I understand that the court may rule that the United States is entitled to prejudgment interest ("PJI") in this matter, which is "simple interest on actual damages for the period beginning on the date of service of the pleading… and ending on the date of judgment[.]"[58] The United States has instructed me to calculate prejudgment interest using the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System.

80. I calculate prejudgment interest from January 24, 2023 (the date of service of the complaint) through June 30, 2024, a hypothetical judgment date. I use actual interest rates available through the date of this report. For the time period between the date of this report and the hypothetical judgment date, I do not have actual interest rates, so I use the last actual interest rate published prior to the date of this report.

81. In addition to prejudgment interest, I understand that the United States is also entitled to treble damages.[59] **Figure 20** summarizes the results of my calculations for prejudgment interest and treble damages below:

**Figure 20: Summary of Damages and Prejudgment Interest**

| But-For Take Rate [A] | AdX Overcharge [B] | Platform Fees Overcharge [C] | Total Damages [D] = [B] + [C] | Prejudgment Interest (PJI) [E] | Treble Damages [F] = [D] x 3 | PJI + Treble Damages [G] = [E] + [F] |
|---|---|---|---|---|---|---|
| 10.0% | $ 676,779 | $ 68,373 | $ 745,152 | $ 54,293 | $ 2,235,457 | $ 2,289,751 |
| 16.2% | 181,728 | 17,672 | 199,399 | 14,529 | 598,198 | 612,727 |
| 16.6% | 149,789 | 14,401 | 164,189 | 11,963 | 492,568 | 504,531 |

*Sources*: Federal Reserve H.15 Selected Interest Rates, accessed December 15, 2023.
[A] – [D]: See **Figure 19**.
*Note*: Prejudgment interest is based on total damages for the period, not treble damages.

---

[58] 15 U.S.C. § 15a.

[59] *Id.* ("Whenever the United States is hereafter injured in its business or property by reason of anything forbidden in the antitrust laws it may sue therefor in the United States district court for the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by it sustained and the cost of suit.").