UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC moves for leave to file under seal Exhibits 1, 12, 13, 14, 20, and 21 attached to its Memorandum of Law in Support of its Motion to Dismiss the United States' Damages Claim as Moot and to Strike the Jury Demand as well as certain portions of its Memorandum of Law that reference those exhibits. Upon consideration of the motion, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the presence of material protected from public disclosure under Federal Rule of Civil Procedure 5.2, and due to the Plaintiffs marking the exhibits as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that these exhibits and redacted text shall remain under seal until further order of the Court.

1

ENTERED this \_\_\_\_ day of _____ 2024.

Alexandria, Virginia                                  _____