Exhibit A

HIGHLY CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*, | |
| **Plaintiffs,** | **Case No. 1:23-cv-00108** |
| **v** | **HON. LEONIE H. M. BRINKEMA** |
| Google LLC, | |
| **Defendant.** | |

EXPERT REPORT OF
## TIMOTHY SIMCOE, PH.D.

**DECEMBER 22, 2023**

exclusionary conduct. Finally, I briefly summarize the purchases that federal agency advertisers ("FAAs") make through AdX.

15.  In Section IV, I provide the analytical framework for my damages calculations. The calculation proceeds in two steps. First, I estimate the total overcharge due to Google's conduct. Second, I use the tax incidence model to estimate the proportion of the total overcharge incurred by advertisers as opposed to publishers. I describe the quantitative inputs that are required at each step, as well as the data and methods that I use to estimate each input.

16.  In Section V, I present my estimates of each input to the damages model, and then combine those inputs to estimate the advertiser overcharges resulting from Google's conduct. Along the way, I also describe additional analyses that I have performed as "checks" or "robustness tests" on my analysis.

17.  In Section VI, I describe additional damages to FAAs that stem from Google's conduct, but that are not the result of overcharges on AdX specifically. Though I do not quantify these damages, I explain why they are likely to be significant.

## II. Open Web Display Ad Tech

18.  This section provides background information on the firms, technologies, products and services that comprise open web display advertising ("display advertising"), which is one type of online advertising. I describe buyers (advertisers) and sellers (publishers) of display advertising opportunities, and the ways that these parties transact. I also describe a group of technological products the "ad tech stack" that buyers and sellers of open web display advertising use to automate the purchase and delivery of open web display advertisements.[4]

19.  Professor Lee's Report provides additional information about many topics discussed in this section of my report.[5] Although this section of my report provides sufficient background to

---

[4]   Figure 30 in Appendix F summarizes a number of key display advertising terms and acronyms that are used throughout my Expert Report.

[5]   *See* Expert Report of Robin S. Lee, PhD, *United States of America, et al., v. Google, LLC*, Case No. 1:23-cv-00108, December 22, 2023 ("Lee Report"), Section II.

HIGHLY CONFIDENTIAL

understand my analysis of the harm to FAAs caused by Google's conduct, a reader seeking more information about specific display advertising technologies or business practices should refer to Section II of Professor Lee's Report.

## II.A. Display Advertising Basics

20.  Display advertising refers to various types of advertisements that may be served to users who browse websites or use mobile apps.[6] The business model adopted by many internet publishers involves bundling display advertisements together with content that users of an app or web site wish to consume.[7] If, when an internet user loads a web page, it contains an advertisement, that instance of a particular ad being shown to a particular user is called an impression.[8] The total number of impressions that a website could potentially serve (i.e., display to users) is referred to as a publisher's inventory.[9]

21.  Display ads may consist of images, text, interactive elements, audio, or some combination of these.[10] Some of the most common examples of display ads include banner ads, which function

---

[6]  *See* Lee Report, Section II.A.

[7]  Some publishers may both charge for their content, and advertise to their users. Publishers may also monetize their content in other ways, such as soliciting donations from users.

[8]  *See* Lee Report, Section II.A.1.; *see also,* "What is an Ad Impression? All You Need to Know," AdPushUp, May 29, 2023, https://www.adpushup.com/blog/what-is-an-ad-impression/ ("An ad impression is a fundamental metric in online advertising. It occurs when an advertisement is successfully displayed to a user on a website, mobile app, or any digital platform. It signifies that an ad has been visually presented, regardless of whether the user interacts with it or not.").

[9]  A publisher's inventory is not the total quantity of ads that were actually sold and displayed, but rather, the maximum amount that the publisher could have sold given the number of user visits and the tool configuration of each page. ████████████████████████████████████████████████████████████

[10]  *See* Lee Report, Section II.A.; *see also,* ████████████████████████████████████████████████████████████████████████████████████████████████████ *see also*, Michelle Ofiwe, "What Are Display Ads? Display Advertising Explained," Semrush Blog, July 9, 2021, https://www.semrush.com/blog/display-ads/ ("Display ads are graphic adverts that appear online on websites, mobile apps, and social media. They usually include text, images, video, and sometimes audio.").

Although some video advertisements may have an audio component, ads that are audio only are excluded from my analysis.

HIGHLY CONFIDENTIAL

**FIGURE 2: COMPONENTS OF THE AD TECH "STACK"**

| | Publisher Ad Server | Ad Exchange / Sell-Side Platform | Buyer Tools | |
| --- | --- | --- | --- | --- |
| | | | DSP | Ad Network |
| **Functionality** | Ad serving logic Publisher controls Monitoring and reporting | RTB auction management Inventory to bid matching | Bidding strategy User targeting Campaign mgmt | Simplified bid tools CPM-to-CPC pricing Reporting |
| **Google Product** | Ad Manager (GAM/DFP) | AdX | DV360 | Google Ads |
| **Typical Pricing** | Volume tier fee per direct impression served. Waived if exchange fee is charged. Low tier at GAM is $0.085 CPM. | "Take rate" or ad-valorem transaction taxon advertiser payments. Google averages 20% take rate on AdX. | Revenue share (similar to take rate) with volume discounts. | "Margin" based on difference between CPC fees and CPM costs. |
| **Other Providers** | Equativ Xandr | Equativ, Magnite (Rubicon), OpenX, Index Exchange, Xandr, Yahoo | Adobe, Amazon, TradeDesk, Verizon, Xandr | Criteo |

Source: Lee Report, Section II.B.1, Section II.D, Section IV.C, Section IV.D, and Section II.B.2.a.

### II.B.1. Publisher Ad Servers

30. Publisher ad servers allow publishers to connect with the ad tech ecosystem and automate the management of their ad inventory. These pieces of software allow publishers to set parameters that determine which advertisements will be allocated to each impression in their inventory—including impressions allocated through both direct and indirect sales channels.[24] To conduct an RTB auction, publisher ad servers must first integrate or connect with ad exchanges. If an ad server and an ad exchange are integrated, then the server can send "bid requests" for a particular impression to the exchange, and in turn, receive offers to purchase that impression from advertisers who also connect to the exchange.

31. As the layer in the stack that makes the final decision regarding what advertisement is matched to each impression opportunity, a publisher ad server is responsible for routing specific advertisements to individual web browsers.[25] Publisher ad servers may also have other features

---

[24] *See* Lee Report, Section II.B.1.; *see also*, "The Main Technology Platforms and Intermediaries in the Digital Advertising Ecosystem," The AdTech Book by Clearcode, accessed December 19, 2023, https://adtechbook.clearcode.cc/adtech-platforms-and-intermediaries ("All of the popular advertising agencies have their own agency trading desk which runs the programmatic media-buying activities for the agency's clients." and "First-Party Ad Server…This technological platform allows publishers to manage the ad slots on their website and display ads that have been sold directly to advertisers (i.e. direct campaigns).").

[25] *See* Lee Report, Section II.B.1.

that help publishers monitor sales, bill customers, and make inventory management decisions by tracking metrics such as click-through rates.[26]

32. Google's publisher ad server is GAM. Google originally acquired this product through its 2008 acquisition of DoubleClick. In many Google documents, the GAM publisher ad server is referred to by its legacy name of DoubleClick for Publishers ("DFP").[27]

33. Publisher ad servers generally charge a fixed fee for each direct impression served, with tiered volume discounts and possibly other negotiated discounts for individual publishers.[28] ▮



[29] Many publisher ad servers waive their fees if the transaction uses an ad exchange owned by the same firm. For example, Google does not charge ad serving fees for indirect impressions if those impressions are purchased by an advertiser using Google's AdX ad exchange.[30] ▮▮▮▮▮▮▮▮▮▮ [31]

### II.B.2. Ad Exchanges

34. Ad exchanges are the software tool that conducts the RTB auctions that are the defining feature of the programmatic indirect channel. Ad exchanges are also referred to as supply-side platforms

---

[26]   *See* Lee Report, Section II.B.1.

[27]   David Lawsky, "Google Closes DoubleClick Merger After EU Approval," Reuters, March 11, 2008, https://www.reuters.com/article/us-google-doubleclick-eu/google-closes-doubleclick-merger-after-eu-approval-idUSBFA00058020080311 ("Google Inc closed its $3.1 billion acquisition of online ad delivery company DoubleClick Inc on Tuesday, just hours after the deal won unconditional approval from the European Commission."); *see also*, GOOG-DOJ-AT-01510462, at -466 (06/23/2020) ("2008[:] DoubleClick acquisition (ad server, exchange)").

[28]   *See* Lee Report, Section II.D.

[29]   *See* Lee Report, Section II.D.

[30]   *See* Lee Report, Section II.D.

[31]   *See* Lee Report, Section V.B.2.a.

HIGHLY CONFIDENTIAL

in which buyers attract sellers to an exchange, and vice versa. Ultimately, because the number of buyers and sellers on an exchange determine its perceived quality, scale is an important dimension of competition among ad exchanges.[36]

37.  Google's ad exchange is called AdX.[37]  This product was originally acquired as part of Google's 2008 acquisition of DoubleClick.[38] AdX is currently the largest ad exchange. ███████████ ███████████████████████████████████████████████████████████████████ ████████████████████████████████████[39] Several other firms either currently operate or have previously operated ad exchanges, including Yahoo, Index Exchange, Pubmatic, Magnite, and Xandr.[40]

38.  Ad exchanges typically charge a fee based on a percentage of the amount bid by an advertiser to purchase an impression. This percentage is called the take rate. T███████████████████ ███████████████[41] ██████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████[42]

39.  ████████████████████████████████████████████████████ ██████████████████████████.[43] ███████████████████████████████

---

[36]  *See* The Report of Professor Gabriel Weintraub, PhD, *United States of America, et al., v. Google, LLC*, Case No. 1:23-cv-00108, December 22, 2023 ("Weintraub Report")*,* Section III.

[37]  *See* Lee Report, Section II.C.2.
      AdX and DFP were combined to form GAM in June 2018. *See* Lee Report, Section II.C.

[38]  Complaint ¶ 16, ECF No. 208.

[39]  *See* Lee Report, Section. V.C.2.a., Figure 46.

[40]  Summaries of these ad exchanges are provided in Figure 32 in Appendix F; *see also*, Lee Report, Section IV.D.; *see also*, "The Main Technology Platforms and Intermediaries in the Digital Advertising Ecosystem," The AdTech Book by Clearcode, accessed December 19, 2023, https://adtechbook.clearcode.cc/adtech-platforms-and-intermediaries.

[41]  *See* Lee Report, Section II.D. and V.C.3.

[42]  This simplified example excludes various other fees that might be charged by the ad server or the buying tools to keep the exposition simple.

[43]  *See, e.g.*, Lee Report, Section IV.F.2.

impression available to a private auction.[66] They set parameters governing how often a given advertisement can be shown to a specific user.[67] For impressions that may be sold through an RTB auction, the configuration of the publisher ad server determines which advertiser ad networks and exchanges receive "bid requests" and whether there is a "floor" (or "reserve price") below which the impression will not be sold. Publishers generally adjust the tool configuration of their publisher ad server over time based on internal objectives, which may include "yield" (or "revenue") and ad quality, and changes in the market environment.[68]

54.  At the other end of the stack, buyers select a tool for purchasing impressions. When choosing a DSP or advertiser ad network, advertisers consider the amount of inventory that is addressable through the tool, as well as the other features of the product.[69] In contrast to publisher ad servers, however, many advertisers "multihome" (i.e., use more than one advertiser ad network or DSP) in order to access a larger quantity and variety of publisher inventory.[70]



---

[66]  *See* Lee Report, Section IV.C.; ████████████████████████████████████████████

[67]  *See* Lee Report, Section II.B.

[68]  *See* Lee Report, Section II.B.1. and Section VII.D.2.

[69]  *See generally* Lee Report, Section II.B.2.; *see also*, Tiffany Caldwell, "Programmatic Advertising: Choosing the Right DSP for Your Business," Portent, December 15, 2020, https://www.portent.com/blog/programmatic/programmatic-advertising-choosing-the-right-dsp-for-your-business.htm ("Evaluating the inventory, technology, brand-safe functionality, reporting and analytics, cost, and the partnership are all crucial to choosing the right DSP for your business. Evaluating a DSP may seem daunting, but it's an essential step in setting your business up for success when launching programmatic advertising.").

[70]  *See* Lee Report, Section III.C.

HIGHLY CONFIDENTIAL

### III.A.1. Markets for Ad Tech Tools

63.  Professor Lee's Report defines a set of relevant antitrust markets for publisher ad servers, ad exchanges, and advertiser ad networks.[89] I have reviewed his analysis and adopt his conclusion that these are relevant antitrust markets for the purpose of assessing Google's alleged anticompetitive conduct. I also adopt Professor Lee's conclusion that Google has substantial and sustained market power in the market for each of these ad tech tools.[90]

64.  There are a number of factors that contribute to Google's market power across the entire ad tech stack, and not all of those factors are specific to the market for individual ad tech tools. Some of the assets that differentiate Google from its competitors across the ad tech stack are: (i) Google's unique owned and operated ("O&O") inventory generated by Search and YouTube; (ii) its Google Ads advertisers, many of whom purchase Google's O&O inventory through its proprietary tools; (iii) the data that Google amasses on users across all of its businesses; and (iv) Google's publisher clients on DFP.[91] ██████████████████████████ ██████████████████████████████████████ ██ [92] ██████████████████████████████ ██████████████████████████████████ ██████████████ [93]

65.  In this report, I estimate the prices that Google would have charged for its publisher ad server and ad exchange products but-for its exclusionary conduct. The remainder of this sub-section

---

[89]  *See* Lee Report, Sections IV.C.–IV.E.
[90]  *See* Lee Report, Section V.
[91]  *See* Lee Report, Section V.A.1.
[92]  ████████████████████████████████████████████
[93]  ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

HIGHLY CONFIDENTIAL

provides an overview of those two markets and evidence that Google has market power within each of them.

66. Professor Lee's Report provides an extensive discussion of the evidence that publisher ad servers constitute a relevant antitrust market, and that Google possesses substantial and sustained market power within that market.[94] Here, I briefly summarize several key points from his analysis.

67. 

68. Several types of evidence indicate that Google has substantial and sustained power in the publisher ad server market.

---

[94]    *See* Lee Report, Sections IV.C. and V.B.
[95]    *See* Lee Report, Section II.B., Figure 19.

a.  Google's DFP ad server possesses a very high share of the market. 

b.

c.

69.  As with publisher ad servers, Professor Lee's Report provides an extensive discussion of the evidence that ad exchanges constitute a relevant antitrust market, and that Google possesses



96

97

98   *See* Lee Report, Section V.B.2.
99

100  *See generally* Lee Report, Section VIII.A.

HIGHLY CONFIDENTIAL

**FIGURE 4:** 

Notes: I calculate the take rate for each exchange as the fees collected by any given exchange divided by total advertising spending through that exchange on a monthly basis. I exclude from this figure exchanges whose produced data was insufficient to calculate either total advertiser spending or total fees collected by the exchange. See Appendix C.2.

74. 

---

HIGHLY CONFIDENTIAL



77.  The patterns illustrated in Figure 4 and Figure 5 are consistent with Professor Lee's conclusion that Google has substantial and sustained market power in the ad exchange market.[113]

---

[113]  *See* Lee Report, Section V.C.

delivered to a user; sponsored listings that appear on e-commerce platforms; and in-app advertisements that appear within a specific application on a mobile device.[120]

80. Open web display advertisements are display ads delivered along with a web page within a user's browser on a personal computer or mobile device. This format is referred to as "open web" because procurement and delivery is managed through the ad tech stack rather than through proprietary tools associated with a particular publisher like Meta or Amazon or a particular function (*e.g.*, search), and because it is delivered within a web browser as opposed to a mobile app. Within the digital advertising ecosystem, open web display advertising is recognized as a distinct and important advertisement format.[121]

81. From a publisher perspective, open web display advertising is distinctive because it does not require a website to have specific functionality.[122] Publishers of web sites that do not have particular content and features, such as general search and shopping, would find it difficult to substitute alternative digital ad formats for open web display advertisements. From an advertiser perspective, display advertising is distinctive because it reaches a large and diverse group of users in an environment where the use of standardized tools and formats leads to increased competition among publishers.

82. Many publishers sell open web display ad impressions through the programmatic indirect channel, and even the largest publishers are very small relative to the total quantity of open web display advertising.[123] In general, individual publishers can influence the price of impressions displayed on their own sites by adjusting content, improving targeting, or making other changes that improve a site's quality as perceived by advertisers. But publishers' price-setting power in the open web display market is ultimately limited by competition. Any publisher that seeks to

---

[120]  *See* Lee Report, Section II.A.

[121]  *See* Lee Report, Section IV.B.

[122]  For example, Google Search sells advertisements that are related to the users' search terms, offering a unique means of advertising that is not available to all website publishers. Likewise, video hosting sites such as YouTube benefit from the ability to display video ads prior to the video that the user wishes to view. Shopping websites, social media websites, and application developers may also have unique advertising opportunities that do not generalize to all web-based publishers. *See* Lee Report, Section IV.B.1.a.

[123]  For example, in 2022, the ten largest publishers accounted for 11.5 percent of the total impressions on AdX. *See* AdX Publisher Impression Shares workpaper.

HIGHLY CONFIDENTIAL

**FIGURE 7:**



---

In this context, "impression quality" can have different facets, including: the reputation of the publisher, whether the impression is likely to reach a unique or desirable group of end-users, whether there is information that allows the advertiser to specifically target a particular user who values the impression highly, or the size and ad type.

HIGHLY CONFIDENTIAL

██████████████████ ██████████████████████████████████

███████████████████████████████████████████████████

86. Figure 8 plots ███████████████████████████ (as illustrated in Figure 4) against the

████████████████████████████ ███████████████████

████████████████████████████████████████████████

███████ The gray line is based on a linear regression that measures the relationship between

██████████████████████████████████████████. [126]

**FIGURE 8:**



███████████████████████████████████

██████

██████████████████████████████

██████████████████████████████

██████████████████████████████

███████████████████████████████

█████████████████████████████

█████████████████████████████

████████

---

[126] ██████████████████████████████████████████████████████

87. The gray line in Figure 8 shows that, ███████████████████

███████████████████████████  █████████████████████

██████████████████  [127] Indeed, extrapolating from the linear regression model,

████████████████████████████████████████

███████████████████ ████████████████████████

████████████████████████████████████

██████████████████████████████

## III.C. Google's Exclusionary Conduct

88. Google has been accused of several types of exclusionary conduct that would lead to reduced competition and higher prices. I have reviewed Professor Lee's Report and agree with his conclusion that Google's conduct was exclusionary and resulted in materially higher fees paid by advertisers in the ad exchange market above the competitive rates that would have been paid but-for Google's conduct.[128] The following figure summarizes several types of exclusionary conduct



127 █████████████████████████████ *See, e.g.,* ████████████████████████

128 *See* Lee Report, Section VIII.A.1.

competitive pressure on bids from a particular source, either because doing so maximizes revenue in a specific auction or as part of a broader strategy to promote competition among ad tech intermediaries as well as advertisers.[147]

101.  In September 2019, Google adopted its UPR policy along with removal of its "last look" advantage from Dynamic Allocation, and a switch to a first-price auction format on AdX.[148] UPR eliminated publishers' ability to set publisher-specific price floors within DFP. █████



[149]

102.  The UPR policy acts like a "Most Favored Nation" clause that requires publishers to adopt a common pricing rule for all exchanges, and thereby prevent publishers from steering impressions to a particular demand source. This prevents publishers from placing competitive pressure on a particular buyer, such as AdX, by subjecting them to a higher floor. ███████████

---

[147]  *See* Lee Report Section VII.D.2.; *see also,*



[148]  *See generally*, Ravi Report, Section III.E.1.; *see also,*

[149]

HIGHLY CONFIDENTIAL

███████████████████████████████████

███████████████████████ 150

## III.D. The But-For World

103. A basic principle of antitrust damages is that harm to a plaintiff is assessed relative to a counterfactual "but-for" world where the challenged conduct did not occur. I consider a but-for world where:

   a. There is no tie between Google Ads and AdX. Thus, advertisers on Google Ads would be able to use a single buying tool to multihome among exchanges by submitting bids through multiple paths, including other exchanges with take rates lower than the 20 percent currently charged by AdX.

   b. There is no tie between AdX and DFP. Thus, AdX advertisers would be able to submit real-time bids into third-party publisher ad servers, making alternatives to DFP more attractive to publishers.

   c. Publishers can vary the floors for different exchanges within DFP, thereby exerting pressure on specific exchanges to reduce their take rates in order to win more auctions.

104. Both economic theory and the evidence presented in this case show how these changes would also produce greater competition in the relevant ad tech tool markets. It is my opinion that removing the two ties and ending Google's practice of prohibiting variable price floors on DFP would lead Google to compete by lowering its take rate.

---

150





120. Because publishers used variable floors to steer inventory to exchanges other than AdX before Google imposed UPR rules, it is reasonable to conclude those same economic incentives would lead them to do so again in a but-for world without UPR. As I explained above, publishers' reasons for steering demand reflect both idiosyncratic benefits of working with other exchanges and also a desire to place greater pressure on AdX to compete harder by reducing its take rate. [181]

121. When more impressions are sold through rival exchanges, and publishers have more flexibility to seek out low-cost supply pathways, economic theory suggests that Google would have incentives to reduce its take rate. This is the publisher-side version of the advertiser-side incentive that I described above in relation to the tie between AdX and Google Ads. These competitive incentives would be amplified by indirect network effects at the exchange level.

122. Thus, both economic theory and the available evidence of real-world market behavior show that, but for UPR, Google would face pressure to reduce its take rate in order to win more auctions.

123. Finally, although I have described the impacts of each type of but-for conduct independently, I note that market participants' rational incentives suggest that the types of conduct would reinforce one another in practice, leading to even stronger pressures for Google to reduce its stack-wide take rate. For example, but for the series of ties between Google Ads, AdX, and DFP, publishers using alternative publisher ad servers and RTB tools would be able to access demand

---



[181]   *See* Section III.D.1.

The two formulas are mathematically equivalent.[185] In practice, however, it can be easier to calculate total expenditures and the average percentage overcharge than to identify a specific but-for price paid for every transaction.

130.   Overcharge damages represent a transfer from the buyer to the seller. They do not measure the total harm caused by the exclusionary conduct. There is often additional harm in the form of surplus from sales that would have occurred in the but-for world, but do not occur in practice. Nevertheless, the overcharge does compensate the buyer for the difference between actual and competitive prices on all units actually purchased.

131.   I have been asked to calculate the percentage overcharge that FAA advertisers incurred due to Google's conduct in the relevant antitrust markets for ad tech tools. I understand that Dr. Respess will calculate the FAA's total expenditures and use my estimate of the percentage overcharge to calculate monetary damages incurred by the FAAs.

132.   My analysis focuses on the overcharge associated with the AdX ad exchange and the DFP publisher ad server. Because the as-is price for AdX and DFP is expressed as a take rate, the but-for price that I estimate below is also expressed as an *ad valorem* fee applied to the purchase price of each impression.[186]

133.   In Section II.B.2, I explained how the cost of an *ad valorem* tax is shared between buyers and sellers of a product or service, because the buyers pay more and the sellers receive less than they would without the tax. Economic models of tax incidence provide simple formulas for the buyers' and sellers' share of the total tax. Those formulas depend on the slope of the supply and demand curves for the underlying product.[187] This section of my report describes an economic model of tax incidence that can be applied to the AdX take rate to apportion the overcharge

---

[185]   This is because the percentage overcharge equals the average overcharge, divided by the average as-is price, and total expenditure is quantity purchased, multiplied by the average as-is price.

[186]   As I explained in Section II.B.1, DFP charges other fees for serving direct impressions, and to the extent those prices also reflect the market power associated with Google's exclusionary conduct, my overcharge estimates are conservative. My estimate includes only open web display advertising transactions conducted on AdX, for which DFP fees are "waived," given the 20 percent AdX take rate.

[187]   As explained below, the true economic cost of the tax to each party depends on the elasticities of each party, rather than the party on whom the tax is actually levied.

between advertisers and publishers. The model requires estimates of the slope of the supply and demand curves for open web impressions sold on AdX as inputs.[188]

134. The steps in my advertiser overcharge calculation are summarized in the following figure.

FIGURE 10: OUTLINE OF OVERCHARGE ESTIMATION

| 1 | Estimate total overcharge. |
|---|---|
| 2 | Estimate the proportion of the total overcharge paid by advertisers. |
| 2a | Estimate the price elasticity of AdX advertiser demand for AdX impressions. |
| 2b | Estimate the price elasticity of supply for impressions sold to AdX advertisers. |
| 2c | Combine estimates from steps 2a and 2b using the model of tax incidence to calculate the share of the total overcharge incurred by advertisers. |
| 3 | Combine the total overcharge from step 1 and the advertiser share from step 2c to calculate total percentage overcharge paid by FAAs. |

135. The remainder of this section explains each of these steps in more detail. First, in Section IV.A, I explain two approaches that I use to estimate the but-for take rate. Then, in Section IV.B, I explain the tax incidence framework used for apportioning the total overcharge, and the methods that I use to estimate the inputs to that model.

## IV.A. Methods for Estimating But-For Take Rate

136. I consider two different methods to estimate the but-for take rate: comparables and an event-study regression.

### IV.A.1. Comparables Approach

137. The comparables method is a commonly used approach to estimate damages in a variety of contexts.[189] The basic idea behind this methodology is to find transactions that were not

---

[188] In this section, I present the framework for my overcharge model by reviewing the economic theory of *ad valorem* taxes. I do this because the economic theory used to analyze other *ad valorem* fees is frequently applied to analyzing the effect of taxes, and because consumers commonly experience *ad valorem* fees through paying taxes. However, AdX's fee is not, strictly speaking, a tax.

[189] *See, e.g.*, National Research Council of the National Academies, "Reference Manual on Scientific Evidence: Third Edition," *National Academies Press*, accessed December 17, 2023,

influenced by the relevant conduct and use the price of those transactions as a benchmark to estimate the counterfactual but-for price that would have been paid in transactions that were influenced by the relevant conduct.[190] The comparables approach is sometimes referred to as the "market approach" because it relies on the market price of arms-length transactions as its primary form of evidence.

138. The comparables method proceeds in five steps:

    1. Identify characteristics of a transaction useful for assessing comparability,

    2. Based on relevant characteristics, choose a set of comparable transactions,

    3. Select weights or multiples so that each comparable is appropriately scaled,

    4. Calculate a weighted average price for the comparable transactions, and

    5. Compare the as-is price to the but-for price calculated in the previous step.

139. For the first step in the comparables approach, I use the characteristics of open web display advertising transactions, as described in Section III.A.1 above. I focus on impressions displayed to worldwide users, though I also perform my analysis on impressions displayed to US users as a robustness test. I exclude impressions that are not in the relevant market, including impressions sold via the direct channel, as well as a variety of advertising formats such as search advertising, social media, instream video, in-app, and ads served within the "walled gardens" owned and operated by large publishers such as Amazon or Facebook.[191]

140. For the second step in the comparables approach, I select all transactions where an advertiser pays an ad exchange other than AdX for serving an open web display impression. Although these transactions are selected based on characteristics of advertising impressions, the relevant price is the take rate charged by the ad exchange for facilitating the transaction between a publisher and advertiser.

---

https://nap.nationalacademies.org/read/13163/chapter/10; *see also*, Rosa M. Abrantes-Metz and Alberto D. Metz, "How to Approach the Calculation of Overcharge by Multisided Platforms," *Competition Policy International*, January 2023, https://www.brattle.com/wp-content/uploads/2023/02/How-to-Approach-the-Calculation-of-Overcharge-by-Multisided-Platforms.pdf.

[190] The comparables approach is analogous to econometric estimation of "treatment effects" by comparing a treated group of transactions influenced by certain conduct to a control group that was not affected by the conduct.

[191] *See* Appendix C.

141.    For the third step, the choice of weights will typically depend on the data that is available. In this case, I have access to data produced by Google and several other ad exchanges. For each non-Google (or "third-party") exchange I observe the monthly gross and net revenues, as well as the total number of impressions sold each month. This allows me to calculate the average take rate (which equals net revenue divided by gross revenue) for each month. The third-party exchange data I rely on do not provide information about prices or take rates at the level of the individual impression.[192] Thus, I must compare the average take rates across different ad exchanges, as opposed to comparing take rates charged for comparable impressions.

142.    Given the data available to me, I use gross revenue weights to calculate the weighted average take rate for third-party exchanges. An exchange's gross revenue weight corresponds to its share of the total gross revenue collected from advertisers by all comparable exchanges between January 2019 and March 2023.[193]

143.    Gross revenue weights are one appropriate choice for two reasons. First, the weights ensure that "more important" exchanges (which sell more impressions or have higher average CPMs) exert more influence on the but-for price. Without weights, a relatively small exchange would have the same impact on the average take rate as a much larger one.[194] Second, gross revenue weights ensure that the weighted average take rate calculated in the final step of the comparables analysis is equal to the market-wide average take rate for all comparable transactions.[195] ███████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████  Using gross revenue weights

---

[192]   I understand that some third-party exchanges have produced impression- or bid-level data, but that these data do not cover as many exchanges, and they cover shorter time periods than the aggregate data that I use as inputs to my analysis.

[193]   I chose this time period because it overlaps the damages period and is the longest span of time for which it is possible to construct a "balanced panel" consisting of eight exchanges, including AdX, given the data produced.

[194]   For example, consider a case in which several general-purpose exchanges collectively account for 90 percent of gross exchange revenue and have a 14 percent take rate, while an equal number of smaller, specialty exchanges account for only 10 percent of gross exchange revenue and have an 18 percent take rate. Weighting the average take rate by gross revenue would result in an overall average take rate of 14.4 percent, while the unweighted average take rate would be 16 percent.

[195]   In mathematical terms, $\sum \tau_i \cdot w_i = \frac{\text{Total Net revenue}}{\text{Total Gross revene}}$, because $\tau_i = \frac{Net\ Revenue_i}{Gross\ Revenue_i}$ and $w_i = \frac{Gross\ Revenue_i}{Total\ Gross\ Revenue}$

that produce a market-wide average across all other exchanges ensures that the but-for take rate is based on a comparably diverse set of transactions.[196]

144.  I believe that the comparables approach is likely to produce conservative estimates of the but-for take rate compared to a model of equilibrium price setting that accounts for the differentiating features of Google's ad tech products within the but-for world. This view is based on a concept that economists call strategic complementarity.

145.  Economic models of markets where firms sell differentiated products or services, and compete by setting prices (rather than choosing quantities of a good to produce), are referred to as models of *differentiated Bertrand competition*.[197] In this type of competition, a change in price by one firm generally causes other firms in the same market to adjust their prices in the *same direction*.[198] Intuitively, an initial price cut would lead some customers to switch to the firm that reduces its price. Because its rivals now sell to fewer customers, they would have incentives to reduce their own price. This would create incentives for the first firm to reduce its price further, and so on. When prices in a competitive market move together in this fashion, economists say that they are strategic complements.[199]

---

[196]  I also note that the fact that other exchanges are operating at a much smaller scale and still charge these rates indicates Google would be able to cover its costs at these prices, and there is no concern that it would exit the market in the but-for world.

[197]  Jean Tirole, "Chapter 7: Product Differentiation: Price Competition and Non-Price Competition," *The Theory of Industrial Organization* (1988), 277–302.

[198]  Jan Potters and Sigrid Suetens, "Cooperation in Experimental Games of Strategic Complements and Substitutes," *The Review of Economic Studies* 76, no. 3 (2009): 1125–1147, at 1126 ("A straightforward but important implication of strategic complementarity is that a change in one player's choice gives the other player an incentive to move in the *same* direction"); *see also,* Nirvikar Singh and Xavier Vives, "Price and Quantity Competition in a Differentiated Duopoly," *The RAND Journal of Economics* 15, no. 4, (1984): 546–554; *see also,* Jeremy I. Bulow, John D. Geanakoplos, and Paul D. Klemperer, "Multimarket Oligopoly: Strategic Substitutes and Complements," *Journal of Political Economy* 93, no. 3 (1985): 488–511; *see also,* Xavier Vives, "Nash Equilibrium with Strategic Complementarities," *Journal of Mathematical Economics,* 19, no. 3 (1990): 305–321.

[199]  Jan Potters and Sigrid Suetens, "Cooperation in Experimental Games of Strategic Complements and Substitutes," *The Review of Economic Studies* 76, no. 3 (2009): 1125–1147, at 1127 ("For example, in the typical case of oligopolistic price competition with substitute goods (strategic complements), if a firm that aims at colluding sets a price above the Nash equilibrium level, then the best response for the competitor is to set a price above the Nash equilibrium level as well.").



146.   Ad exchanges and publisher ad servers are differentiated products. ██████████

███████████████████████████████████████████████████████

████████████████ ██████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████ 201 ████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████ I therefore expect that prices – that

is, take rates – in those markets are strategic complements.

147.   ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████ ██ ████████████████

████████████████████████████████████████████████████████████

███████████████████ 203 ████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████ 204

---

200   *See* discussion in Section II and Appendix F; s*ee also generally* Lee Report, Section II.B.

201   ████████████████████████████████████████████████

202   ████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████

203   ████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

204   ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

---

148. 

     Therefore, any market-wide competitive take rate estimated from existing as-is take rates of non-AdX exchanges is likely an overestimate (i.e., conservative) relative to the market-wide competitive take rate that I would estimate but-for Google's conduct.

### IV.A.2. Event Study Approach

149. In September 2019, Google's adoption of UPR imposed restrictions on publishers' ability to submit auctions with price floors that varied by demand source. Google's own analysis suggested that, although UPR upset its publisher customers, it also led to AdX winning many more impressions (without reducing its 20 percent take rate).[205] Section III.A.1 describes how Google's ability to impose UPR on publishers who had already revealed a preference for setting variable price floors is an indication of the degree of market power created by the ties between



---

[205] *See* Appendix H.1.

Google Ads, AdX, and DFP. In the but-for world, Google would not possess this market power, and its take rate elasticity of demand would be closer to what other exchanges face in the as-is world.

150. The preceding discussion suggests a thought experiment: If Google's customers were just as price sensitive as the customers of other exchanges, because Google lacked the market power that stems from certain of its prior conduct, how much would Google have needed to reduce its take rate to have attained the same increase in transactions as it gained through UPR? Subtracting the "UPR equivalent take rate" ███████████████████ would provide an alternative data point for the possible take rate that Google would charge in the but-for world. Ultimately, this analysis provides a (partial) measure of the effect of the conduct in which Google engaged in the as-is world, but not in the but-for world.

151. It is possible to estimate the UPR-equivalent take rate using an "event study" regression model combined with the data produced by Google and third-party exchanges. The event study regression takes the following form[206]:

$$\ln(Q_{it}) = \delta_i + \gamma_t + \rho \times isGoogle_i \times UPRImpl_t + \alpha \times isGoogle_i \times LRUPR_t - \beta\tau_{i,t} + \varepsilon_{i,t}$$

where,

$i$: identifies the exchange and $t$ identifies the month.

$Q_{i,t}$: is the number of impressions sold on exchange $i$ in month $t$,

---

[206] This regression can be derived from the widely applied discrete choice demand model of Berry (1994). In particular, suppose advertiser $i$ seeks to buy an impression with expected price $p$, and is selecting among several exchanges (indexed by $j$). The net benefits of buying through exchange $j$ are represented as $u_{ij} = X_i\theta + \xi_i - \beta p(1+\tau_i) + \varepsilon_{ij}$, where $X_i$ and $\xi_i$ are observed and unobserved exchange characteristics respectively; $p(1+\tau_i)$ is the bid required to purchase the impression through exchange $j$; and the term $\varepsilon_{ij}$ reflects idiosyncratic benefits that advertiser $i$ derives on exchange $j$. Assuming the advertiser chooses the exchange with the highest net benefits, Berry (1994) shows how to move from the choice model to my regression. The outcome variable in his paper is expressed as the log-ratio of market shares, $\ln(S_{it}/S_{0t})$ of the exchanges. In my regression, the share of the outside good, $S_{0t}$, is absorbed by the month effects and the unobserved exchange characteristics, $\xi_i$, are captured by the exchange fixed effects.

*See* Steven T. Berry, "Estimating Discrete-Choice Models of Product Differentiation," *The RAND Journal of Economics* (1994): 242-262.



157. Finally, I note that the introduction of UPR in September 2019 was accompanied by the move to a first-price auction and the removal of the "last look" benefit provided by Dynamic Allocation.



## IV.B. Method for Apportioning Total Overcharge

158. This section explains the method I use to apportion the total overcharge between publishers and advertisers.

159. In economics, fees that are equal to a percent of a total sales amount are referred to as *ad valorem* fees. AdX's *ad valorem* fee functions similarly to a tax, creating a "wedge" between the price paid by advertisers and the price received by website publishers. The economic theory analyzing *ad valorem* fees frequently studies taxes, since this is the context in which consumers often have experience with *ad valorem* fees.[214] Many common taxes, such as sales taxes, are

---

[211] ██████████████████████████████████████████████████████████████

[212] Economic theory suggests that, holding all else equal, the switch from a second-price to a first-price auction format will have no impact on the expected revenue of the seller or the expected payment from the buyer. This famous result is known as the Revenue Equivalence Theorem. (*see, e.g.,* P. Milgrom, *Putting Auction Theory to Work*, Cambridge University Press, Cambridge, 2004.)

[213] ██████████████████████████████████████████████████████████████

[214] Hal R. Varian, *Intermediate Microeconomics: A Modern Approach*, ed. 2 (New York: W. W. Norton & Company, 1990), 283–284 ("There are several different kinds of taxes that one might impose. Two examples we will consider here are **quantity taxes** and **value** taxes (also called **ad valorem** taxes)…A value tax is a tax expressed in percentage units. State sales taxes are the most common example of value taxes. If your state has a

equal to a fixed percent of a transaction amount;  Rather, the tax burden depends on the relative price elasticities of publisher supply and advertiser demands.[215]

160.

161.    In this section, I explain the standard framework that economists use to measure the incidence from a tax or *ad valorem* fee. In this tax incidence model, a buyer or seller's share of the total cost of the tax depends on the elasticity (or slope) of the supply and demand curves for the item that is purchased. Section IV.B.1 explains the standard tax incidence model, which can be found in many textbooks, and Section IV.B.2 explains how I adapt that framework to the fees charged in the ad tech stack.

### IV.B.1. Tax Incidence Framework

162.    The price elasticity of demand captures the change in the quantity demanded when the price of a good changes from some baseline price.[216] Demand is said to be *elastic* when the percent change in quantity purchased exceeds the percent change in price. Demand is considered *inelastic* when

---

5 percent sales tax, then when you pay $1.05 for something (including the tax), the supplier gets $1.00.") (emphasis in original).

[215]    Hal R. Varian, *Intermediate Microeconomics: A Modern Approach*, ed. 2 (New York: W. W. Norton & Company, 1990), 288 ("[A] tax really shouldn't be regarded as a tax on firms or on consumers. Rather, taxes are on transactions *between* firms and consumers. In general, a tax will both raise the price paid by consumers and lower the price received by firms. How much of a tax gets passed along will therefore depend on the characteristics of demand and supply.").

[216]    *See* Edgar K. Browning and Jacquelene M. Browning, *Microeconomic Theory and Applications,* 4th ed. (New York: Harper Collins, 1992), 94 ("The price elasticity of demand is a measure of how sensitive quantity demanded is to a change in the price of a product. It can be defined as *the percentage change in quantity demanded divided by the percentage change in price*.").

HIGHLY CONFIDENTIAL

197. I do not use the instrumental variables method to estimate the elasticity of supply or demand for open web display impressions (although the Google experiments that I describe below can be viewed as an application of the IV method). I do, however, rely on the key insight of the IV methodology: shifts in supply will estimate the slope of the demand curve, and vice versa.

### IV.B.3.b. Estimating Elasticities with Simulated Auctions

198. In the auction context, the supply curve corresponds to the probability that a bidder will win the item being auctioned if they bid a certain price. Like all supply curves, this probability increases as the bid increases (that is, it slopes upward). Similarly, the demand curve is the probability that a seller will find a willing buyer as a function of given reserve price. Like all demand curves, this function slopes down.

199. 

200. Before describing how the simulations work, I note that the demand and supply for open web display impressions on AdX is slightly different from the supply or demand for a generic auction. As described in Section IV.B.2, it is the residual supply curve (i.e., net of purchases by advertisers on non-AdX exchanges) that is used in my tax incidence framework. The relevant supply function in this context corresponds to the probability that the highest AdX bid exceeds the larger of either the highest non-AdX bid ("HOB") or the reserve price. Similarly, the relevant demand curve represents that probability that there is an AdX bidder willing to pay more than the greater of the HOB or the reserve price.

201. For each auction in the data produced by Google, I extract the highest bid submitted through AdX, the HOB, and the reserve price (or floor) associated with the highest AdX bid. To estimate

---

234  Letter from David Pearl to Michael Freeman, August 22, 2023.

207. Once again, the "bunching" of AdX bids at the reserve price creates a potential bias. In particular, a small increase in the reservation price can lead to a large drop in the simulated AdX win rate, leading to a large estimated elasticity. This produces a bias because my simulation does not account for the fact that many AdX bidders that bid just above the floor would likely increase their bids to the new reservation price when faced with a slightly higher floor, instead of dropping out of the auction. Appendix H.3 shows how I correct this bias by choosing $\delta$ appropriately.

IV.B.3.c. ███████████



---

237  To understand the importance of this feature, see the discussion of instrumental variables in Section IV.A.2.

Expert Report of Timothy Simcoe, Ph.D.                    Case No. 1:23-cv-00108 | Page 86

| 1 | **Estimate total overcharge.** |
|---|---|
| 2 | **Estimate the proportion of the total overcharge paid by advertisers.** |
| 2a | Estimate the price elasticity of AdX advertiser demand for AdX impressions. |
| 2b | Estimate the price elasticity of supply for impressions sold to AdX advertisers. |
| 2c | Combine estimates from steps 2a and 2b using the model of tax incidence to calculate the share of the total overcharge incurred by advertisers. |
| 3 | **Combine the total overcharge from step 1 and the advertiser share from step 2c to calculate total percentage overcharge paid by FAAs.** |

### V.A.1. Comparables Approach

216. Section IV.A.1 explained how the comparables approach is a widely used method for estimating damages that, if applied correctly, will yield a reliable estimate of AdX's but-for take rate. The assumptions and steps for carrying out this analysis were described in Section IV.A.1. This section presents several estimates of the weighted average take rate charged by other exchanges in the as-is world (hereafter referred to as the "market-wide competitive take rate").

217. In order to calculate the market-wide competitive take rate,



HIGHLY CONFIDENTIAL

221. ████████████████████████

222. ████████████████████████

223. ████████████████████████

243

**FIGURE 15:** ██████████████████



242

243



225.  In Section IV.A.2, I explained how both economic theory ███████████████ suggest that the comparables approach yields a conservative estimate of the take rate ██████ ████████████████████  Thus, in my view, the estimates reported in Figure 15 provide an upper-bound estimate of the but-for take rate that provides a reliable basis for calculating the damages incurred by the FAAs.

### V.A.2. Event Study Approach

226.  Section IV.A.2 describes the event study methodology that I use to obtain a second estimate of the AdX take rate that Google would charge but for its exclusionary conduct. This method uses a regression to estimate two key parameters. The first parameter, $\alpha$, measures the increase in market share that Google achieved by implementing UPR. Because Google could not implement UPR in the but-for world, this parameter provides an indication of the benefits that Google derives from its exclusionary conduct, and the corresponding harm to publishers and

HIGHLY CONFIDENTIAL



## F.2    Glossary of Key Terms

**FIGURE 30: GLOSSARY OF KEY TERMS**

| | |
|---|---|
| **Ad exchange** | Ad exchanges are the software tool that conducts the RTB auctions that are the defining feature of the programmatic indirect channel. Ad exchanges are also referred to as supply-side platforms ("SSPs").[278] |
| **Advertiser ad networks** | Advertiser ad networks typically exist in the same "layer" of the stack as DSPs because they provide a tool that advertisers can use to purchase impressions. Unlike DSPs, which allow advertisers to bid for inventory directly, advertiser ad networks typically buy ad inventory from multiple publishers, bundle it into impression categories, and then resell that inventory to advertisers.[279] |

---

[278]   *See* Lee Report, Section II.B.3.; *see also*, Ryan Joe, "Defining SSPs, Ad Exchanges And Rubicon Project," AdExchanger, February 7, 2014, https://www.adexchanger.com/yield-management-tools/defining-ssps-ad-exchanges-and-rubicon-project/ ("The distinction between an ad exchange and a supply-side platform (SSP) has become muddled as the once disparate but complementary technologies have merged.").

[279]   "What is AdTech? Basic of The Ad Tech Ecosystem Explained," AdButler, May 5, 2021, https://www.adbutler.com/blog/article/what-is-ad-tech-the-ad-tech-ecosystem-explained ("Ad networks amalgamate and sell publishers' ad inventory within the ad tech space. They operate by establishing deals with publishers, bundling their available ad inventory into categories, and offering to sell that categorized inventory to interested advertisers.").

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **Ad Tech stack** | The set of technologies used to sell and publish an open web display impression are referred to as the "ad tech stack."[280] This term could refer to the entire suite of technologies available to display advertisers and publishers, or to the specific combination of ad tech products and platforms used by an individual firm.[281] |
| **Google Ads (*Adwords*)** | The advertiser-facing side of Google's advertiser ad network is called Google Ads[282] This service is used by advertisers to purchase third-party impressions via RTB auctions, and also to buy search and video ads on Google's own web sites (i.e., Google Search and YouTube).[283] |
| **AdX** | Google's ad exchange is called AdX, which facilitates transactions through primarily open and private auctions.[284] |
| **CPM** | Prices for display advertisements are typically quoted in terms of cost per mile ("CPM"), which is the amount an advertiser pays to purchase one thousand impressions.[285] |
| **DBM** | DoubleClick Bid Manager ("DBM"), now DV360, is Google's DSP[286] |

---

[280]  *See* Lee Report, Section II.A.1.

[281]  "What is AdTech? Basics of The Ad Tech Ecosystem Explained," AdButler, May 5, 2021, https://www.adbutler.com/blog/article/what-is-ad-tech-the-ad-tech-ecosystem-explained ("The assembly of an 'ad tech stack' refers to the selection of various ad platform and tool components that will be used to accomplish objectives within the advertising ecosystem. For publishers, an ad tech stack involves selecting tools that optimize ad revenue – while for advertisers, it means finding platforms that offer the most cost effective way to distribute ads.").

[282]  *See* Lee Report, Section II.C.3.a.

[283]  *See* Lee Report, Section II.C.3.a.

[284]  *See* Lee Report, Section II.C.2.

[285]  Some advertisers pay on a cost per click ("CPC") basis that depends on the number of internet users who click on an advertisement, as opposed to merely viewing it. In the open web channel, prices quoted to an advertiser on a CPC basis are generally converted to CPM basis by an intermediary before the auction takes place. *See* Lee Report, Section II.B.2.

[286]  *See* Lee Report, Section II.C.4.

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **DFP** | DoubleClick for Publishers ("DFP"), now GAM, is Google's publisher ad server[287] |
| **Display ads** | Display ads may consist of images, text, interactive elements, audio, or some combination of these.[288] Some of the most common examples of display ads include banner ads, which function as digital billboards on websites, interactive ads that users can engage with, and interstitial ads that popup and cover a user's entire screen, forcing the user to engage with them.[289] |
| **DSP** | DSPs allow advertisers to connect into the ad tech ecosystem and automate the process of purchasing internet ads.[290] DSPs help advertisers manage their advertising campaigns by allowing them to define their budgets, set bidding strategies, and target a specific audience.[291] |

---

[287]  David Lawsky, "Google closes DoubleClick merger after EU approval," Reuters, March 11, 2008, https://www.reuters.com/article/us-google-doubleclick-eu/google-closes-doubleclick-merger-after-eu-approval-idUSBFA00058020080311 ("Google Inc closed its $3.1 billion acquisition of online ad delivery company DoubleClick Inc on Tuesday, just hours after the deal won unconditional approval from the European Commission."); *see also*, ███████████████████████████████████████████████████████████

[288]  *See* Lee Report, Section II.A.; *see also*, Michelle Ofiwe, "What Are Display Ads? Display Advertising Explained," Semrush Blog, July 9, 2021, https://www.semrush.com/blog/display-ads/ ("Display ads are graphic adverts that appear online on websites, mobile apps, and social media. They usually include text, images, video, and sometimes audio.").

Although some video advertisements may have an audio component, ads that are audio only are excluded from my analysis.

[289]  Michelle Ofiwe, "What Are Display Ads? Display Advertising Explained," Semrush Blog, July 9, 2021, https://www.semrush.com/blog/display-ads/ ("Banner ads are a bit like digital billboards. They're located in high-traffic spots, usually at the front, bottom, or side of the webpage, and are also known as one of the best ways to drive traffic online…Rich media ads (or interactive ads) come under the HTML category…With a rich media ad, you can even simultaneously play a video and invite the user to engage with a poll or survey... Interstitial Ads These are image or HTML ads that pop up when you open an app or website. They cover the screen so that the user has to engage with them (even if only to click them away) to access the site.").

[290]  "What is AdTech? Basics of The Ad Tech Ecosystem Explained," AdButler, May 5, 2021, https://www.adbutler.com/blog/article/what-is-ad-tech-the-ad-tech-ecosystem-explained. ("DSPs are the advertiser counterpart to SSPs. They allow advertisers to connect to the programmatic ecosystem, allowing them to configure an automated ad buying process.").

[291]  *See* Lee Report, Section II.B.2.a. A major advantage of web advertising over traditional advertising channels is the ability of advertisers to target the specific users that the advertisers are most interested in reaching. Advertisers and their agencies rely on ad tech platforms to provide information contained in "cookies" and other user-level data to identify the consumers who best achieve the goals of an advertising campaign. A key benefit of cookies is that they allow advertisers to target users who have already visited their website or visited related sites, searched for context related to an advertiser's product, or who match advertisers' target demographic characteristics.

| | |
|---|---|
| **DV360** | Google's DSP is called Display and Video 360 (DV360).[292] |
| **Exchange Bidding** | Former name for "Open bidding" |
| **GAM** | Google's publisher ad server is GAM. Google originally acquired this product through its 2008 acquisition of DoubleClick. In many Google documents, the GAM publisher ad server is referred to by its legacy name of DoubleClick for Publishers ("DFP").[293] |
| **Header bidding** | Header bidding was originally developed as a means for ad exchanges to submit real-time bids into Google's publisher ad server at a point in time when Google provided that advantage exclusively to AdX.[294] |
| **Impression** | If, when an internet user loads a web page, it contains an advertisement, that instance of a particular ad being shown to the user is called an impression.[295] |
| **Open bidding** | In 2018, Google introduced "Open Bidding" (previously referred to as "Exchange Bidding") to the AdX platform in response to the increasing popularity of header bidding.[296] Instead of a pre-bidding process followed by a subsequent auction (or series of auctions) run by the publisher ad server—as occurs in header bidding—Google's Open Bidding conducts a single auction |

---

[292] *See* Lee Report, Section II.C.4.

[293] David Lawsky, "Google closes DoubleClick merger after EU approval," Reuters, March 11, 2008, https://www.reuters.com/article/us-google-doubleclick-eu/google-closes-doubleclick-merger-after-eu-approval-idUSBFA00058020080311 ("Google Inc closed its $3.1 billion acquisition of online ad delivery company DoubleClick Inc on Tuesday, just hours after the deal won unconditional approval from the European Commission."); *see also*, ██████████████████████████ ██████████████.

[294] *See* Lee Report, Section II.E.3.

[295] *See* Lee Report, Section II.A.1.

[296] *See* Lee Report, Section II.E.4.; *see also*, ████████████

| | where bids from non-AdX exchanges are allowed to compete with bids from AdX and other sources of advertising demand.[297] |
|---|---|
| **Publisher Ad Server** | Publisher ad servers allow publishers to connect with the ad tech ecosystem and automate the management of their ad inventory. These pieces of software allow publishers to set parameters that determine which advertisements will be allocated to each impression in their inventory—including impressions allocated through both direct and indirect sales channels.[298] |
| **SSP** | Ad exchanges are also referred to as supply-side platforms ("SSPs").[299] |
| **UPR** | Unified Pricing Rules ("UPR") placed restrictions on publishers' ability to set different price floors for each exchange. |
| **Walled Garden** | A closed ecosystem where the service provider has total control over all the operations in the ecosystem.[300] |

---

[297] *See* Lee Report, Section II.E.4.; *see also*, "Introduction to Open Bidding," Google Ad Manager Help, accessed December 19, 2023, https://support.google.com/admanager/answer/7128453?hl=en ("Open Bidding allows you to invite third-party demand partners to compete for your inventory in a single auction with real-time, server-to-server bidding…Open Bidding in Ad Manager also reduces the latency historically associated with header bidding. Ad Manager communicates directly with third-party demand partners in a server-to-server connection…Open Bidding…is handled by the Ad Manager ad server, which calls all yield partners at once so they can compete in real time during the dynamic allocation process.").

[298] *See* Lee Report, Section II.B.1.; *see also*, "The Main Technology Platforms and Intermediaries in the Digital Advertising Ecosystem," The AdTech Book by Clearcode, accessed December 19, 2023, https://adtechbook.clearcode.cc/adtech-platforms-and-intermediaries ("All of the popular advertising agencies have their own agency trading desk which runs the programmatic media-buying activities for the agency's clients." and "First-Party Ad Server…This technological platform allows publishers to manage the ad slots on their website and display ads that have been sold directly to advertisers (i.e. direct campaigns).").

[299] *See* Lee Report, Section II.B.3.; *see also*, Ryan Joe, "Defining SSPs, Ad Exchanges And Rubicon Project," AdExchanger, February 7, 2014, https://www.adexchanger.com/yield-management-tools/defining-ssps-ad-exchanges-and-rubicon-project/ ("The distinction between an ad exchange and a supply-side platform (SSP) has become muddled as the once disparate but complementary technologies have merged.").

[300] *See* Ravi Report, Appendix C.6.c.

HIGHLY CONFIDENTIAL

**FIGURE 31: EXAMPLES OF PUBLISHER AD SERVERS**

| | |
|---|---|
| **Zedo** | Established in 1999, Zedo historically provided publishers with ad tech products and services—including ad serving—but was acquired in 2021 and no longer competes in the publisher ad server market.[301] |
| **Broadstreet** | Broadstreet offers an ad management platform that includes a publisher ad server catering primarily to local business and B2B publishers.[302] |
| **AdButler** | AdButler provides an array of online advertising solutions including display publisher ad servers.[303] |
| **Epom** | Epom provides publisher ad server-related services to customers of varying sizes, offering pricing plans that depend, in part, on the volume of expected ad impressions and traffic amount.[304] Epom also provides services to advertisers through its DSP.[305] |
| **Kevel** | Kevel offers publisher ad server-related services and provides its customers with the capability to design their own custom ad platforms.[306] In addition to its |

---

[301] "ZEDO," Crunchbase, accessed December 19, 2023, https://www.crunchbase.com/organization/zedo ("ZEDO provides online advertising products and services to internet publishers, advertisers and agencies.", "Acquisition[:] Dec 8, 2021 **Warner Bros. Discovery** acquired **ZEDO** for an **undisclosed amount**") and ("Founded Date[:] Nov 1, 1999") (emphasis in original); *see also*, Our Bureau, "Discovery, Inc. acquires assets of ad-tech co ZEDO," The Hindu BusinessLine, updated December 8, 2021, https://www.thehindubusinessline.com/info-tech/discovery-inc-acquires-assets-of-ad-tech-co-zedo/article37895120.ece ("Discovery, Inc on Wednesday announced that it had acquired the assets, technology and intellectual property off ZEDO, an Inda and United States-based advertising technology company. 'The acquisition will bring ZEDO's technology in-house and enable faster innovation across Discovery's ad solutions,' the company said in an official release.").

[302] *See* "Our Story," Broadstreet, accessed December 19, 2023, https://broadstreetads.com/our-story/.

[303] *See* "Digital Advertising Technology for the Planet's Best Businesses," AdButler, accessed December 19, 2023, https://www.adbutler.com/#Display ("We bring together everything you need to manage, serve and track any type of ad on any screen. AdButler's products power ad serving for web sites, apps, marketplaces, retailers, email newsletters, connected TV, digital out of home, and everything in between.").

[304] Ad Server Pricing, Epom, accessed December 20, 2023, https://epom.com/pricing/ad-server.

[305] "DSP Server Pricing," Epom, accessed December 19, 2023, https://epom.com/pricing/dsp.

[306] "Our Mission," Kevel, accessed December 18, 2023, https://www.kevel.com/about ("Kevel offers the infrastructure APIs needed to quickly build custom ad platforms for sponsored listings, internal promotions, native ads, and more.").

| | |
|---|---|
| | publisher ad server, Kevel offers its customers the ability to build their own custom ad platforms. |
| **Smart** | Smart AdServer was relaunched as Equativ in 2022; it continues to operate globally and now, in addition to its publisher ad server, Smart also offers an exchange, buyer tools, and media services.[307] |
| **Uprival** | Uprival provides publisher ad server-related services to both publishers and advertisers.[308] |

### FIGURE 32: EXAMPLES OF AD EXCHANGES

| | |
|---|---|
| **Yahoo** | Yahoo used to operate an ad exchange alongside its DSP but earlier this year in February announced that it was shutting down its ad exchange.[309] Yahoo continues to operate an ad exchange and DSP under Yahoo Advertising.[310] |
| **Index Exchange** | Index Exchange is a global firm that provides programmatic advertising solutions through its platform, which includes an ad exchange partnered with over 150 DSPs.[311] |

---

[307] Marisa Nelson, "Smart AdServer Rebrands as Equativ," Equativ, June 8, 2022, https://equativ.com/blog/press-release/smart-adserver-rebrands-as-equativ/ ("Global adtech company, Smart AdServer has re-launched its global presence in 14 countries under the new name, Equativ." and "Equativ offers the market its own independent ad server, SSP, buyer tools, and media services to fulfill the promise of advertising technology.").

[308] UpRival, accessed December 19, 2023, https://uprival.com/ ("UpRival at the core is an Ad Server built specifically for Media Buyers and Ad Networks").

[309] Anthony Vargas, "Yahoo Shuttering Its SSP Is Evidence That Ad Exchanges Are Becoming Interchangeable," AdExchanger, February 15, 2023, https://www.adexchanger.com/platforms/yahoo-shuttering-its-ssp-is-evidence-that-ad-exchanges-are-becoming-interchangeable/ ("The end of Yahoo's SSP represents an unexpected shift in the digital advertising landscape. The move, which Yahoo announced last week, demonstrates how difficult it's become for supply-side platforms to prove their value in a commoditized marketplace.").

[310] "Yahoo Exchange," yahoo! Advertising, accessed December 20, 2023, https://www.advertising.yahooinc.com/our-dsp/exchange.

[311] Index Exchange, accessed December 19, 2023, https://www.indexexchange.com/ ("Our ad exchange enables media owners to grow revenue and marketers to reach consumers on any screen, through an ad format."); "Exchange Access and Transactions," Index Exchange, accessed December 19, 2023, https://www.indexexchange.com/product/exchange-access-transactions/ ("We partner with over 150 demand-side platforms, making it easy to access our exchange through your existing workflows and preferred DSPs.").

HIGHLY CONFIDENTIAL

| Pubmatic | Founded in 2006, Pubmatic is a global firm that operates an ad exchange and offers solutions for buyers and publishers.[312] Pubmatic also offers a header bidding solution under the name OpenWrap.[313] |
| --- | --- |
| Amazon Publisher Services | Amazon Publisher Services, as the name suggests, offers solutions targeted for publishers (large and mid-size) through its cloud-based marketplace.[314] |
| Magnite | Established in 2020, Magnite advertises itself as the largest independent sell-side advertising company.[315] Along side its ad exchange, Magnite also offers publisher header biddings solutions through its Prebid.org solution.[316] |
| Xandr | Xandr, a subsidiary of Microsoft, offers a full suite of ad tech solutions, including an ad exchange and DSP.[317] Similar to Magnite and Pubmatic, alongside its own ad exchange, Xandr also offers header bidding solutions.[318] |

[312] "PubMatic is First Sell-Side Technology Provider to Offer Powerful Experian Commerce Data in Both the US and UK," PubMatic, November 6, 2023, https://pubmatic.com/news/pubmatic-is-first-sell-side-technology-provider-to-offer-powerful-experian-commerce-data-in-both-the-us-and-uk/ ("PubMatic's sell-side platform empowers the world's leading digital content creators across the open internet to control access to their inventory and increase monetization by enabling marketers to drive return on investment and reach addressable audiences across ad formats and devices.").

[313] "Meet OpenWrap: Revenue and Control in One Unified Header Bidding Solution," PubMatic, accessed December 19, 2023, https://pubmatic.com/products/openwrap/ ("Our unified header biding solution, OpenWrap, features specialized infrastructure that gives publishers innovative custom management tools and performance optimization insights to unlock new revenue opportunities across all channels, formats, devices, and screens.").

[314] Amazon Publisher Services, accessed December 19, 2023, https://aps.amazon.com/aps/index.html ("Amazon Publisher Services is a suite of cloud services that brings you solutions built by Amazon.").

[315] Magnite, accessed December 19, 2023, https://www.magnite.com/ ("Magnite is the world's largest independent sell-side advertising company.").

[316] "Magnite for Sellers," Magnite, accessed December 19, 2023, https://www.magnite.com/sellers/ ("We know Prebid because we co-founded Prebid.org. That's why the world's top publishers rely on Demand Manager for turnkey wrapper management and yield optimization…Prebid is the foundation for ad tech's next decade: community-driven, future-proof, and transparent…Configure and optimize every aspect of your header with intuitive UIs and real-time analytics.").

[317] "Publisher Platforms," Microsoft Advertising, accessed December 19, 2023, https://about.ads.microsoft.com/en-us/solutions/xandr/publisher-platforms-scaled-buying-selling-solutions ("Unlock the full value of your inventory and improve the experience for your consumers with Monetize SSP, Monetize Ad Server, and Yield Analytics. Xandr is uniquely positioned to offer you scaled, streamlined buying and selling platforms that are helping to shape the future of media monetization.").

[318] "Publisher Platforms," Microsoft Advertising, accessed December 19, 2023, https://about.ads.microsoft.com/en-us/solutions/xandr/publisher-platforms-scaled-buying-selling-solutions ("With Prebid-powered header bidding technology, deals capabilities, and curated premium demand, Xandr's

HIGHLY CONFIDENTIAL

**FIGURE 33: EXAMPLES OF DSPS**

| | |
|---|---|
| **Zeta** | Zeta advertises a cloud based, AI powered marketing platform for advertisers, which includes a DSP.[319] |
| **Yahoo** | Yahoo DSP Advertising Solutions offers identity solutions, measurement tools and access to Yahoo "premium inventory" and native marketplaces.[320] |
| **Amazon Ads** | Amazon DSP, offered under Amazon Ads, enables advertisers to promote their products and services to third-party websites and across various Amazon properties, including Twitch and Freevee, as well as on Amazon devices like Fire TV and Echo Show.[321] |
| **MediaMath** | MediaMath, was a popular DSP that filed for bankruptcy earlier this year June.[322] |
| **The Trade Desk** | The Trade Desk operates a DSP that boasts access to a marketplace of 350+ partners.[323] |

supply-side platform (SSP) powers monetization through advanced tools to manage demand for all channels and formats—from display to Connected TV (CTV) to native.").

[319] Zeta Global, accessed December 20, 2023, https://zetaglobal.com ("We are Zeta: the AI-Powered Marketing Cloud[.] We unify identity, intelligence, and activation to create better experiences for consumers and better results for brands."); "Activation," Zeta Global, accessed December 20, 2023, https://zetaglobal.com/platform/activation/.

[320] "Yahoo DSP Advertising Solutions", yahoo! Advertising, accessed December 20, 2023, https://www.advertising.yahooinc.com/our-dsp ("Exclusive access to Yahoo premium inventory and one of the largest premium native marketplaces.").

[321] "Amazon DSP," Amazon Ads, accessed December 19, 2023, https://advertising.amazon.com/solutions/products/amazon-dsp ("Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences on and off Amazon."); *see also*, "Display ads," Amazon Ads, accessed on December 19, 2023, https://advertising.amazon.com/products/display-ads?ref_=a20m_us_p_all_da ("Display ads help your brand connect with customers across Amazon properties like Twitch and Freevee and devices like Fire TV and Echo Show, as well as premium third-party content.").

[322] Kendra Barnett, "MediaMath's Dramatic and Drawn-out Downfall: 'Leadership Really Messed This Up'," *The Drum*, July 3, 2023, https://www.thedrum.com/news/2023/07/03/behind-mediamath-s-dramatic-and-drawn-out-downfall-leadership-really-messed-up ("Popular demand-side platform (DSP) MediaMath, which at one point was valued at over $1bn, filed for Chapter 11 bankruptcy on Friday evening.").

[323] "Demand Side Platform," The Trade Desk, accessed December 19, 2023, https://www.thetradedesk.com/us/our-platform/dsp-demand-side-platform ("With our demand-side platform,

HIGHLY CONFIDENTIAL

**FIGURE 34: EXAMPLES OF ADVERTISER AD NETWORKS**

| | |
|---|---|
| **Adsterra** | Adsterra was founded in 2013 and operates an advertiser ad network that serves over 400 publishers.[324] |
| **Amazon Publisher Services** | In addition to Amazon's ad exchange, discussed above, Amazon Publisher Services also operates an advertiser ad network.[325] |
| **Meta** | Meta operated an advertiser ad network called Audience Network serving open web display ad impressions. However, it recently changed the type of ads it would fill through its advertiser ad network, choosing to focus on only mobile app ad impressions instead.[326] |

# Appendix G: Derivation of Advertiser Overcharge

288. In this Appendix, I provide the mathematical details of how I derive the formula for advertisers' share of total overcharge in Section IV.B.2. As explained therein, I assume that the total publisher supply of impressions equals the total advertiser demand of impressions. Mathematically, this assumption can be represented by the following market clearing condition:

$$S\big((1-\tau)\cdot P\big) = D^A(P) + D^O(P^O)$$

---

you can use data to reach more people wherever they are. Plus, get total transparency into performance, so you can optimize toward the goals that are most important to your business." and "Access a marketplace of 350+ partners").

[324] "Advanced Advertising Network With a unique Partner Care Approach," Adsterra, accessed December 19, 2023, https://adsterra.com; *see also*, Shubham Grover, "Adsterra Review: Factsheet, Overview, Payment, Pros, and Cons," AdPushUp, May 15, 2021, https://www.adpushup.com/blog/adsterra-review-factsheet-overview-payment-pros-and-cons/ ("Adsterra is a popular ad network in the ad tech industry." and "**Founded in:** 2013…**Live publishers:** 438 (as per SimilarTech)") (emphasis in original).

[325] Shubham Grover, "22 Best Ad Networks for Publishers in 2023," May 4, 2023, https://www.adpushup.com/blog/the-best-ad-networks-for-publishers/ ("Whether you are a mid-sized publisher, small publisher, or a large publisher, Amazon Publisher services has solutions for everyone. It is one of the best ad networks."); *see also*, Amazon Publisher Services, accessed December 20, 2023, https://aps.amazon.com/aps/index.html.

[326] "Changes to Web and In-Stream Placements," Meta, accessed December 19, 2023, https://www.facebook.com/business/help/645132129564436 ("As of Apr 11 2020, Audience Netowrk no longer fills any ad requests to web and in-stream placements. We've made this decision based on where we see growing demand from our partners, which is in other formats across mobile apps."); *see also*, "Meta Audience Network," accessed December 20, 2023, https://www.facebook.com/audiencenetwork/.

HIGHLY CONFIDENTIAL

Timothy Simcoe, Ph.D.

December 22, 2023

**Expert Report of T. Simcoe (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|------|-----------|----------|----------|-----------|--------|
| 7 | 10 | 1 | "Rounding our the top five…" | "Rounding out the top five…" | Typo |
| | | | ████████████████████ | █████████████████████████ | ██ |
| | | | ██████████████ | ███████████████████████ | |
| 9 | 15 | . | "…framework for my damages calculations." | "…framework for my advertiser overcharge calculations." | Clarification |
| 9 | 18 | . | "…a group of technology products the 'ad tech stack' that buyers…" | "…a group of technology products (the 'ad tech stack') that buyers…" | Typo |
| 10 | 20 | 9 | GOOG-DOJ-AT-02199478, at -485 (05/26/2021) | GOOG-DOJ-AT-02199478, at -485 (06/2019) | Typo |
| 11 | 21 | 11 | "Interstitial Ads These" | "Interstitial Ads[:] These" | Typo |
| 11 | 23 | 12 | "*See* Lee Report, Section IV.B.4., Figure 32 and Section IV.B.4." | "*See* Lee Report, Section IV.B.4, Figure 32." | Typo |
| 12 | 24 | 15 | Lee Report, Section II.B.2. | Lee Report, Section II.B.1. | Typo |
| | | | ████████████████ | ████████████████ | ████ |
| | | | ████████████ | ████████ | ███ |
| | | | ████████████ | ████████ | ███ |
| 17 | 37 | 38 | "Complaint ¶ 16, ECF No. 208." | "Defendant Google LLC's Answer to Plaintiffs' Complaint ¶ 16, ECF No. 208." | Clarification |
| 17 | 37 | 39 | "Lee Report, Section. V.C.2.a., Figure 46." | "Lee Report, Section. V.C.2.a., Figures 47 and 48." | Clarification |
| 17 | 39 | 43 | "Lee Report, Section IV.F.2." | Lee Report, Section IV.E. | Typo |
| 20 | 49 | 59 | "Lee Report, Section V.D.2., Figure 59 and Section V.C.2., Figure 49." | "Lee Report, Section V.D.2., Figure 57 and Section V.C.2., Figure 47." | Typo |
| | | | ████████████████████ | ████████████████████ | ██ |
| 24 | 55 | 73 | "your app… See" | "your app…Learn" | Typo |
| 24 | 55 | 75 | "This means that on some days we might not reach your average daily budget, and on others we might exceed it." | "This means that on some days you might not reach your average daily budget, and on others you might exceed it." | Typo |
| 27 | 58 | 88 | "And from our experience" | "And from your experience" | Typo |
| | | | ████████████████ | ████████████████ | ██ |

HIGHY CONFIDENTIAL



| 43 | 88 | Figure 9 | $TakeRate = \alpha + \beta \cdot CPM$ <br> "Lee Expert Report, Section I.A.2., Figure 2." | $TakeRate = \alpha + \beta \cdot CPM + \varepsilon$ <br> "Lee Expert Report, Section I.E.2., Figure 2." | Typo |
| 43 | 90 | 131 | "Ravi's Expert Report contains the following appendices to be cross-referenced:" | "See the appendix discussions in The Expert Report of R Ravi appendices on the following topics:…" | Clarification |
| 47 | 99 | | "If no advertiser bids above the floor, then the publisher may re-allocate the impression by re-auctioning the impression, or filling the space with a default or house advertisement." | "If no advertiser bids above the floor, then the publisher may fill the space with a default or house advertisement." | Clarification |
| 67 | 151 | | "…$- \beta\tau_{i,t}+\varepsilon_{i,t}$" | "…$- \beta\tau_{i,t}+\xi_{i,t}$" | |
| 67 | 151 | | "$\varepsilon_{i,t}$: is an econometric error term" | "$\xi_{i,t}$: is an econometric error term" | Typo |
| 76 | 171 | 222 | "…as illustrated in Figure 12 and Figure 13. For completeness, a graphical analysis of that case is provided in Appendix D." | "…as illustrated in Figure 12 and Figure 13." | Clarification |
| 79 | 181 | | "This process is analogous to the price changes depicted in and Figure 13…" | "This process is analogous to the price changes depicted in Figure 13…" | Typo |
| 80 | 185 | | "This is analogous to the graphical analysis of a shift in the supply curves due a tax…" | "This is analogous to the graphical analysis of a shift in the supply curves due to a tax…" | Typo |

HIGHY CONFIDENTIAL



92          229          "...instruments in many other studyes.246 The     "...instruments in many other studies,246 to address the potential     Clarification
                         potential endogeneity of prices of a well-known     endogeneity of prices, a well-known econometric concern..."
                         econometric concern..."

107         266     265  "and at page 233"          "and at page 232"          Typo

Expert Report of Timothy Simcoe, Ph.D.

HIGHY CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 130 | Figure 31 | 304 | "Ad Server Pricing, Epom…" | "'Ad Server Pricing,' Epom…" | Typo |
| 133 | Figure 33 | 321 | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences on and off Amazon.')…" | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences anywhere they spend their time.')…" | Typo |
| 134 | Figure 34 | 325 | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' May 4, 2023,…" | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' AdPushUp, May 4, 2023,…" | Typo |
| 134 | Figure 34 | 326 | "…('As of Apr 11 2020, Audience Netowrk no longer'…" | "…('As of Apr 11 2020, Audience Network no longer'…" | Typo |
| 134 | Figure 34 | 326 | "…'Meta Audience Network,' accessed December 20, 2023,…" | "…'Meta Audience Network,' Meta, accessed December 20, 2023,…" | Typo |

$\alpha + \beta_1 x + \beta_2 x^2$

**January 13, 2024**