# Exhibit G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA <br><br> Hon. Leonie H. M. Brinkema |

**EXPERT REBUTTAL REPORT OF ROBIN S. LEE, PHD**

**February 13, 2024**

HIGHLY CONFIDENTIAL

Expert Rebuttal Report of Robin S. Lee, PhD

(456) ███ In this section and in Section V.D.2, ███

**V.C.2.a.** ███

(457) ███

(458) ███

(459) ███



Expert Rebuttal Report of Robin S. Lee, PhD

**Figure 29.** █████████████████████████████



(460)  ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
███████████

————————————

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████

Expert Rebuttal Report of Robin S. Lee, PhD

_____  February 13, 2024
Robin S. Lee, PhD                                    Date

HIGHLY CONFIDENTIAL

**Errata for the February 13, 2024 Expert Rebuttal Report of Robin S. Lee, PhD**

| Location | Original Text | Corrected Text |
| --- | --- | --- |
| Paragraph 35 | In this matter, the strength and importance of indirect effects for customer decisions will tend to vary across ad tech products *and* by direction | In this matter, the strength and importance of indirect **network** effects for customer decisions will tend to vary across ad tech products *and* by direction |
| ■■■■■ | ■■■■■ | ■■■■■ |
| Paragraph 176 | With respect to the first point, as I explained above in Section IV.A.**3**, simply using two different sales channels does not equate to close substitution between them | With respect to the first point, as I explained above in Section IV.A.**4**, simply using two different sales channels does not equate to close substitution between them |
| Paragraph 257 | Paragraph 257 is formatted as a paragraph. | For clarity, Paragraph 257 is a block quote from the document cited in footnote 417. For convenience, no change is made to the paragraph numbers. |
| ■■■■■ | ■■■■■ | ■■■■■ |
| Heading IV.E.3 | **IV.E.3** A single market for all ad tech products obscures rather than illuminates the relevant competition | Heading IV.E.3 should read as corrected: "**IV.F.1** A single market for all ad tech products obscures rather than illuminates the relevant competition" |
| Heading IV.E.4 | ■■■■■ | ■■■■■ |

HIGHLY CONFIDENTIAL – Subject to Protective Order

| | | |
|---|---|---|
| Heading IV.E.5 | ███████████████ | ███████████████ |
| Heading IV.F | **IV.F** Relevant geographic markets for publisher ad servers, ad exchanges, and advertiser ad networks | Heading IV.F should read as corrected: **"IV.G** Relevant geographic markets for publisher ad servers, ad exchanges, and advertiser ad networks" |
| Heading IV.F.1 | ███████████████ | ███████████████ |
| Heading IV.F.2 | **IV.F.2** My conclusions do not change whether the product markets are analyzed on a worldwide or US | Heading IV.F.2 should read as corrected: "**IV.G.2** My conclusions do not change whether the product markets are analyzed on a worldwide or US **basis"** |
| Paragraph 345 | Paragraph 345 is formatted as a paragraph. | For clarity, Paragraph 345 is a block quote from the document cited in footnote 532. For convenience, no change is made to the paragraph numbers. |
| Paragraph 436 | ███████████████ | ███████████████ |
| Paragraph 493 | Paragraph number 493 is formatted as red text. | As corrected, paragraph number 493 is properly formatted as black text. |
| Appendix A | | Appendix A begins with "In addition to the materials listed below, I incorporate by reference all materials cited within the footnotes in this report and in my initial report and the accompanying back up materials." |
| Appendix A.4 | ███████████████ | ███████████████ |
| Footnote 363 | I discuss the flaws with this market below in Section IV.G. | I discuss the flaws with this market below in Section **IV.F**. |
| Footnote 1022 | ███████████████ | ███████████████ |

HIGHLY CONFIDENTIAL – Subject to Protective Order

_____     \_\_MARCH 8, 2024_____
Robin S. Lee, PhD                                    Date

HIGHLY CONFIDENTIAL – Subject to Protective Order