**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal certain portions of Plaintiffs' Memorandum of Law in Opposition to Google LLC's Motion to Exclude the Testimony of Dr. Timothy Simcoe as well as certain exhibits attached to the same motion, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted pursuant to the Modified Protective Order, ECF No. 203, and applicable law.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Memorandum of Law in Opposition to Google LLC's Motion to Exclude the Testimony of Dr. Timothy Simcoe and certain exhibits attached to the motion shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____