# EXHIBIT 108

HIGHLY CONFIDENTIAL

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
         ALEXANDRIA DIVISION
_____

UNITED STATES,          )1:23-cv-00108-LMB-JFA
et al.,                 )
                        )
    Plaintiffs,         )
                        )
vs.                     )
                        )
GOOGLE LLC,             )
                        )
    Defendant.          )
_____   )


         - HIGHLY CONFIDENTIAL -

         VIDEOTAPED DEPOSITION OF

            COLONEL LENNOX MORRIS

              September 1, 2023

                  9:06 a.m.




     Job No. CS6074135
     Reported by:  Bonnie L. Russo
```

HIGHLY CONFIDENTIAL

Page 2

1  Videotaped Deposition of Colonel Lennox Morris
2  held at:
3
4
5
6     Paul Weiss Rifkind Wharton & Garrison, LLP
7     2001 K Street, N.W.
8     Washington, D.C.
9
10
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
19  of the respective parties:
20
21
22

Page 4

1               I N D E X
2  EXAMINATION OF COLONEL LENNOX MORRIS     PAGE
3  BY MS. GOODMAN                     8
4                                     293
5  BY MR. McBIRNEY                    293
6
7
              EXHIBITS
8
9  Exhibit 63  E-Mail dated 4-25-22         178
         Attachment
10       ARMY-ADS-0000329948-970
11 Exhibit 87  E-Mail Chain dated 3-10-22    52
         Attachment
12       ARMY-ADS-0000070535-547
13 Exhibit 88  E-Mail dated 10-21-21         98
         Attachment
14       ARMY-ADS-0000177268-490
15 Exhibit 89  E-Mail dated 3-15-22         160
         Attachment
16       ARMY-ADS-0000135957-958
17 Exhibit 90  E-Mail Chain dated 9-30-22   196
         Attachment
18       ARMY-ADS-0000186428-431
19 Exhibit 91  E-Mail dated 9-24-21         207
         Attachment
20       ARMY-ADS-0000179830-831
21 Exhibit 92  E-Mail Chain dated 4-11-22   215
         Attachment
22       ARMY-ADS-0000060557-559

Page 3

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3    JIMMY McBIRNEY, ESQUIRE
     CHASE PRITCHETT, ESQUIRE
4    ALVIN CHU, ESQUIRE
     KATHERINE E. CLEMONS, ESQUIRE (Via Remote)
5    UNITED STATES DEPARTMENT OF JUSTICE
     450 Fifth Street, N.W., Suite 700
6    Washington, D.C. 20530
     jimmy.mcbirney@usdoj.gov
7    chase.pritchett@usdoj.gov
     alvin.chu@usdoj.gov
8    katherine.clemons@usdoj.gov
9  On behalf of the Defendant:
10   MARTHA L. GOODMAN, ESQUIRE
     LEAH HIBBLER, ESQUIRE
11   PAUL, WEISS, RIFKIND,
     WHARTON & GARRISON, LLP
12   2001 K Street, N.W.
     Washington, D.C. 20006
13   mgoodman@paulweiss.com
     lhibbler@paulweiss.com
14
15
16
   Also Present:
17 Orson Braithwaite, Videographer
   Mohamed Al-Darsani, United States Army
18
19
20
21
22

Page 5

1  EXHIBITS (CONTINUED):
2  Exhibit 93  E-Mail Chain dated 4-11-22   218
         ARMY-ADS-0000155603-604
3
   Exhibit 94  E-Mail Chain dated 9-27-21   224
4        Attachment
         ARMY-ADS-0000071884-947
5
   Exhibit 95  E-Mail dated 12-13-22        229
6        ARMY-ADS-0000126052
7  Exhibit 96  E-Mail Chain dated 11-30-21  248
         Attachment
8        ARMY-ADS-0000176297-415
9  Exhibit 97  Budget Order Accepted        264
         OMD_000422
10
   Exhibit 98  Handwritten Notes            295
11       (RETAINED BY WITNESS)
         (TO BE ATTACHED)
12
   Exhibit 99  Solicitation, Offer          308
13       and Award
         1-3-17
14       ARMY-ADS-0000245462-462_134
15
16 PREVIOUSLY MARKED EXHIBITS:
17 Exhibit 63  E-Mail dated 4-25-22
         Attachment
18       ARMY-ADS-0000329948-970
19 Exhibit 64  E-Mail dated 3-3-22
         Attachment
20       ARMY-ADS-0000187047-077
21
22   (Exhibits bound separately.)

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 6

```
1              P R O C E E D I N G S
2                  (9:06 a.m.)
3
4           THE VIDEOGRAPHER:  Good morning.
5           We are going on the record at
6   a.m. on September 1, 2023.
7           Please note that the microphones are
8   sensitive and may pick up whispering and
9   private conversations.  Please mute your phones
10  at this time.  Audio and video-recording will
11  continue to take place unless all parties agree
12  to go off the record.
13          This is Media Unit 1 of the
14  video-recorded deposition of Colonel Lennox
15  Morris in the matter of United States, et al.
16  versus Google LLC filed in the United States
17  District Court for the Eastern District of
18  Virginia, Alexandria Division, Case Number
19  1:23-cv-00108-LMB-JFA.
20          My name is Orson Braithwaite
21  representing Veritext Legal Solutions and I am
22  the videographer.  The court reporter is Bonnie
```

Page 7

```
1   Russo from the firm Veritext Legal Solutions.
2           Counsel will now state their
3   appearances and affiliations for the record.
4           MS. GOODMAN:  Martha Goodman from
5   Paul Weiss on behalf of Defendant Google LLC.
6           MR. McBIRNEY:  Jim McBirney from the
7   Department of Justice --
8           MS. GOODMAN:  Sorry.
9           MR. McBIRNEY:  Oh, I'm sorry.
10          MS. GOODMAN:  Leah Hibbler, my
11  colleague from Paul Weiss on behalf of Google.
12          MR. McBIRNEY:  Good morning, Jim
13  McBirney on behalf of the United States and the
14  witness.
15          MR. PRITCHETT:  Chase Pritchett on
16  behalf of the United States.
17          MR. CHU:  Alvin Chu on behalf of the
18  United States.
19          MR. AL-DARSANI:  Mohamed Al-Darsani
20  on behalf of the United States Army.
21          THE VIDEOGRAPHER:  Thank you.  Will
22  the court reporter please swear in the witness.
```

Page 8

```
1           COLONEL LENNOX MORRIS,
2   being first duly sworn, to tell the truth, the
3   whole truth and nothing but the truth,
4   testified as follows:
5       EXAMINATION BY COUNSEL FOR DEFENDANT
6           BY MS. GOODMAN:
7       Q.   Good morning.
8       A.   Good morning.
9       Q.   Have you ever been deposed before?
10      A.   I have not been deposed before.
11      Q.   Some few basic rules of the
12  deposition I wanted to go over with you.  Okay?
13      A.   Okay.
14      Q.   Please let me finish my question
15  before you begin your answer because the court
16  reporter cannot transcribe people talking at
17  the same time.  Okay?
18      A.   Okay.
19      Q.   Please provide verbal answers as
20  opposed to head nods or uh-huh, uh-uh, which do
21  not -- the meanings do not come across on a
22  written transcript.  Okay?
```

Page 9

```
1       A.   Understood.
2       Q.   If you don't understand my question
3   please let me know.  Otherwise, I will assume
4   you understand it.  Okay?
5       A.   Understood.
6       Q.   Okay.  And can you be sure to speak
7   up a little bit so that the court reporter and
8   everybody in the room can hear you?
9       A.   Can you hear me?
10      Q.   Yes.
11      A.   Okay.
12      Q.   Is there any reason you are unable
13  to provide accurate testimony here today?
14      A.   There is no reason I am unable to
15  provide accurate testimony.
16      Q.   And what did you -- what did you do
17  to prepare for this deposition?
18      A.   To prepare for this deposition I
19  flew here to D.C. from Louisville, met with
20  counsel for the government.
21      Q.   How many times did you meet with
22  counsel for the government?
```

3 (Pages 6 - 9)

Page 178

1  used in a deposition and that is why I am
2  providing the copy that has been previously
3  marked in a deposition for the record. But I
4  will take a break and provide a better copy for
5  the witness. Okay?
6      MR. McBIRNEY: We would appreciate a
7  legible copy for the witness. Thank you.
8      MS. GOODMAN: Let's take a break.
9      THE VIDEOGRAPHER: This ends Unit 4.
10 We are off the record.
11     (A short recess was taken.)
12     THE VIDEOGRAPHER: The time is 2:51.
13 This begins Unit 5. On the record.
14     (Deposition Exhibit 63 was marked
15 for identification.)
16     BY MS. GOODMAN:
17  Q.  Lieutenant Colonel, I am handing you
18 a reprinted copy of Exhibit 63. We were
19 looking at the page ending in 954. So please
20 turn to that page and let me know when you are
21 there.
22  A.  I'm there, ma'am.

Page 179

1   Q.  Okay. And the BLUF on this page is
2  to recommend further optimizations by reducing
3  programmatic display by an additional amount of
4  dollars, correct?
5   A.  My concern, ma'am, is that we are
6  skipping over some additional context here. So
7  the BLUF states: "In response to feedback on
8  COA 4, Team DDB recommends further
9  optimizations by reducing programmatic display
10 by an additional 385K and streaming audio by
11 114K.
12  Q.  Okay. And that's what DDB is
13 recommending in response to feedback on COA 4,
14 correct?
15  A.  Provided by the -- the feedback
16 provided by the army on COA 4 is my
17 understanding as I read it.
18  Q.  Okay. And so the recommendation is
19 to reduce the amount of money spent in
20 programmatic display, correct?
21  A.  This recommendation further
22 optimizes by reducing the programmatic display.

Page 180

1   Q.  And it also recommends shifting
2  those funds that are taken out of programmatic
3  display into most efficient channels, namely
4  Google Discovery and Reddit, correct?
5      MR. McBIRNEY: Object to form.
6      THE WITNESS: My understanding of
7  the sentence that reads: "Shift funds into
8  much efficient cost per channels, Google
9  Discovery and Reddit to maximize leads and
10 contracts" refers to the total reduction that
11 is occurring. So it appears here there is a
12 negative 4 percent for YouTube, a negative 29
13 percent per digital display, and a negative 37
14 percent for streaming audio.
15     BY MS. GOODMAN:
16  Q.  Okay. And so those reductions from
17 YouTube, digital display and streaming audio
18 are being shifted into Google Discovery and
19 Reddit; is that accurate?
20  A.  Those reductions are being shifted
21 into paid social at the 29 percent, that being
22 Facebook, Instagram, LinkedIn, Snapchat and

Page 181

1  Twitter; paid social on Reddit, paid search and
2  Google Discovery, which is listed here as
3  search discovery.
4   Q.  And is this an example of an
5  optimization across channels?
6      MR. McBIRNEY: Objection. Vague.
7      THE WITNESS: These are
8  optimizations across channels.
9      BY MS. GOODMAN:
10  Q.  Right. And in fact, it says COA 5,
11 comprehensive optimizations, correct?
12  A.  Where are you seeing that, ma'am?
13 Oh, on the bottom there?
14  Q.  No. It says -- there is a big star.
15 It says recommended, COA 5, comprehensive
16 optimizations, right?
17  A.  I read COA 5, comprehensive
18 optimizations.
19  Q.  And those comprehensive
20 optimizations are across different channels?
21  A.  Those channels are across the
22 channels listed here, yes.

Page 182

1  Q. And this particular COA 5
2  comprehensive optimization includes moving
3  money from, among other categories, digital
4  display into, among other categories, paid
5  social, correct?
6       MR. McBIRNEY: Object to form.
7       THE WITNESS: I would communicate
8  that as a reallocation versus a direct removal
9  of display dollars to paid social. Dollars are
10 removed and then reallocated to efficient
11 channels.
12      BY MS. GOODMAN:
13 Q. So in this particular instance DDB
14 is recommending removing dollars from digital
15 display and reallocating them to more efficient
16 channels which include paid social, correct?
17 A. The recommendation includes removing
18 dollars from digital display and other channels
19 and reallocating those dollars to more
20 efficient channels.
21 Q. And those more efficient channels
22 include paid social, correct?

Page 183

1  A. Paid social is one of the channels
2  that those dollars would be reallocated to.
3  Q. And why is paid social, to your
4  knowledge, broken out into two different
5  categories here; Facebook, Instagram, LinkedIn,
6  Snapchat, Twitter being one and Reddit being
7  another?
8       MR. McBIRNEY: Objection.
9  Foundation.
10      THE WITNESS: I can't recall exactly
11 why those two are separated that way for this
12 document.
13      BY MS. GOODMAN:
14 Q. Do you have any recollection of
15 other instances where paid social was broken
16 out with Reddit being one subcategory and all
17 other social being another subcategory?
18      MR. McBIRNEY: Object to form.
19      THE WITNESS: I couldn't provide you
20 another example, not off the top of my head.
21      BY MS. GOODMAN:
22 Q. Do you have any memory of Reddit

Page 184

1  performing more efficiency than other forms of
2  paid social?
3       MR. McBIRNEY: Objection. Vague.
4       THE WITNESS: Without the analysis,
5  ma'am, I wouldn't be able to speak to Reddit's
6  performance specifically.
7       BY MS. GOODMAN:
8  Q. So if we look at the last page of
9  this document, COA 4, under COA 4 DDB
10 recommended reducing digital display by 22
11 percent, correct?
12 A. That appears to be correct, the 22
13 percent reduction for digital display for COA
14 4.
15 Q. And then what you actually approved
16 was a larger reduction of 29 percent, correct?
17      MR. McBIRNEY: Objection.
18 Foundation.
19      THE WITNESS: COA 5 recommends a
20 larger reduction of 29 percent.
21      BY MS. GOODMAN:
22 Q. And in your cover e-mail to this

Page 185

1  document, you said: "We concur with their
2  recommendation and will provide approval at
3  1600 today unless you object," correct?
4  A. We did. We concur with their
5  recommendation and will provide approval at
6  1600 today unless you object.
7  Q. Do you have any memory of anybody to
8  whom you sent this e-mail objecting to the
9  recommendation with which you concurred?
10 A. I wouldn't be able to recall that,
11 ma'am.
12 Q. So you don't know one way or the
13 other?
14 A. If they objected, I don't recall.
15 Q. Okay. What does EBRC stand for?
16      MR. McBIRNEY: Objection. Vague.
17      THE WITNESS: Could I see what you
18 are looking at, referring to?
19      BY MS. GOODMAN:
20 Q. No. I have just seen this acronym
21 across a number of documents; lower case E,
22 capital BRC.

Page 314

1  And, again, we will simply reiterate
2  that the 30(b)(6) portion was not prepared to
3  start until after 6:00 p.m., and unfortunately,
4  the witness was not prepared to go this late
5  into the evening, and that was unexpected. But
6  that's where we are.
7      MS. GOODMAN: And I will also note
8  for the record that the witness took an hour
9  dinner break when everybody else was prepared
10 to move forward into the 30(b)(6) at the
11 conclusion of the day.
12     MR. McBIRNEY: And I will simply
13 note that that is because the witness believed
14 that having a dinner break would be helpful for
15 his ability to testify.
16     Evidently, that has not been how
17 things were borne out, but that is why the
18 witness had a reasonable dinner hour, asked to
19 have dinner before beginning a 30(b)(6) that
20 could go as late as three hours longer, which
21 at that point would have been 9:00 with no
22 food.

Page 315

1      MS. GOODMAN: Well, I offered you
2  snacks, as you recall, and the snacks are here
3  in the room, including Kind bars and popcorn
4  and Zbars and some super foods called almonds
5  and cashews and peanuts.
6      MR. McBIRNEY: Let the record
7  reflect that I am noticing for the first time,
8  as flagged by counsel, that there Zbars,
9  peanuts, and snacks characterized by counsel as
10 "super foods" of some sort.
11     MS. GOODMAN: All right.
12     THE VIDEOGRAPHER: The time is
13 p.m. we are off the record.
14     (Whereupon, the proceeding was
15 adjourned at 7:56 p.m.)

Page 316

1  CERTIFICATE OF NOTARY PUBLIC
2     I, Bonnie L. Russo, the officer before
3  whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly
6  sworn by me; that the testimony of said witness
7  was taken by me in shorthand and thereafter
8  reduced to computerized transcription under my
9  direction; that said deposition is a true
10 record of the testimony given by said witness;
11 that I am neither counsel for, related to, nor
12 employed by any of the parties to the action in
13 which this deposition was taken; and further,
14 that I am not a relative or employee of any
15 attorney or counsel employed by the parties
16 hereto, nor financially or otherwise interested
17 in the outcome of the action.

19     Notary Public in and for
20     the District of Columbia
21 My Commission expires: August 14, 2024.

Page 317

1  Jimmy McBirney Esq
2  jimmy.mcbirney@usdoj.gov
3      September 6th, 2023
4  RE:   United States, Et Al v. Google, LLC
5  9/1/2023, Lennox Morris (#6074135)
6  The above-referenced transcript is available for
7  review.
8  Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12 The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 (erratas-cs@veritext.com).
16
17 Return completed errata within 30 days from
18 receipt of testimony.
19 If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22     Yours,
23     Veritext Legal Solutions