# EXHIBIT 111




Have Confidence in Every Business Decision You Make

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02524665

# METHODOLOGY AND RESPONDENT PROFILE





**SAMPLE:**

Marketer and Agency contacts from The Advertiser Perceptions Ad Pros Community and trusted third-party partners as needed

Our Ad Pros Community represents the brands and agencies that are spending the most on advertising and marketing in the U.S. We continuously update, supplement, and refine the community based on movement in the market.

**QUALIFICATION:**
- Employed in the U.S.
- Involved in the purchase of programmatic advertising
- Used or plan to work with DSPs in the past/next 12 months
- Minimum $1 Million Annual Digital Ad Spend



DEMAND SIDE PLATFORMS REPORT
1H 2021

2

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02524666



# RESPONDENT PROFILE

| JOB TITLE/LEVEL | |
|---|---|
| C-Level | 17% |
| VP, SVP, EVP, President | 26% |
| Director/Supervisor | 36% |
| Department Head/ Group Manager | 7% |
| Manager | 12% |
| All Others | 2% |

| Fortune 500 | |
|---|---|
| Yes | 35% |
| No | 65% |

| PRIMARY DSP USAGE: | |
|---|---|
| Managed Service | 56% |
| Self-Service | 44% |

| ANNUAL DIGITAL AD SPEND: | |
|---|---|
| Mean | $95M |
| $50M+ | 30% |
| $10M-$50M | 41% |
| $1M-$10M | 29% |

| SELL PRODUCTS ON AMAZON | |
|---|---|
| Yes | 42% |
| No | 58% |

| PRIMARY DSP USAGE: AGENCY vs. MARKETER | |
|---|---|
| Managed Service: Marketer | 61% |
| Managed Service: Agency | 39% |
| Self-Service: Marketer | 36% |
| Self-Service: Agency | 64% |

| MEDIA INVOLVEMENT: | |
|---|---|
| CTV/OTT | 80% |
| Mobile App | 78% |
| Omnichannel | 62% |



Agency vs. Marketer

| HOLDING CO. vs. INDEPENDENT (AGENCY RESPONDENTS) | |
|---|---|
| Larger holding company | 47% |
| Independent agency | 53% |

DEMAND SIDE PLATFORMS REPORT
1H 2021

Advertiser Perceptions

3