# Exhibit G






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| REPORT PARAMETER NAME | LIST OF REPORT PARAMETER(S) ENTERED BY END USER |
|---|---|
| AGENCY NAME: | NATL HWY TRAFFIC SAFETY ADMIN |
| PO NUMBER: | [693JJ919F000031,693JJ919F000069,693JJ919F000070,693JJ920F000048,693JJ920F000017,693JJ921F000055,693JJ921F000169, 693JJ922F000011,693JJ923F000094] |
| FUND: | |
| BUDGET YEAR: | |
| BPAC: | |
| ORGANIZATION: | |
| OBJECT CLASS: | |
| CLOSED CODE: | |
| CANCEL FLAG: | |
| ADD RECEIPTS INFO: | No |





# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 6 | 10001 | 1101 | $1,000,000.00 | | | | | N | $0.00 | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | Base 1 - National and Regional Media and Communications Support Services | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6212 | $20,741.52 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Apr-19 |
| INV6244 | $134,459.75 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-May-19 |
| INV6267 | $185,316.75 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 7-Jun-19 |
| INV6300 | ($281,635.59) | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Jul-19 |
| INV6300 | $281,635.59 | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Jul-19 |
| INV6300R | $281,635.59 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Jul-19 |
| INV6327 | $377,846.39 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-Aug-19 |
| INV6327 | ($377,846.39) | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-Aug-19 |
| INV6331 | $272,578.65 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Aug-19 |
| INV6360 | $105,267.74 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-19 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| $1,000,000.00 | ($0.00) |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| Open | $1,000,000.00 | ($0.00) |





# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 6 | 20001 | 2101 | **$30,200,000.00** | | | | | N | **$0.00** | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | Base Year 1 - Statutorily-Mandated Advertising - HVE<br>Fully Obligated Amount - $30,200,000 | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6268 | $1,708,398.75 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 9-Jun-19 |
| INV6288 | $2,998,669.29 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 1-Jul-19 |
| INV6311 | $2,402,505.38 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 25-Jul-19 |
| INV6327 | $76,276.15 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Aug-19 |
| INV6327 | ($76,276.15) | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Aug-19 |
| INV6327 | $454,122.54 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Aug-19 |
| INV6358 | $426,466.30 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 10-Sep-19 |
| INV6368 | $8,183,773.14 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 19-Sep-19 |
| INV6397 | $1,671,582.59 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 10-Oct-19 |
| INV6431 | $3,039,520.94 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6431 | $7,212.51 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6446 | $55,221.67 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 6-Dec-19 |
| INV6514 | $4,717,771.67 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 10-Jan-20 |
| INV6554 | $2,131,625.87 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 10-Feb-20 |
| INV6588 | $1,183,658.31 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 9-Mar-20 |
| INV6620 | $1,246.31 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 9-Apr-20 |
| INV6913 | $430,000.00 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 10-Dec-20 |
| INV6938 | $788,224.73 | Y | 18X9202009.2019.2402090000.NCO0010000.25100.61006600 | 8-Jan-21 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| **$30,200,000.00** | **$0.00** |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| **Open** | **$30,200,000.00** | **$0.00** |

ESC
Enterprise Services Center



# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 6 | 30001 | 3101 | $4,901,932.73 | | | | | N | $0.00 | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | Base 1 - National and Regional Media and Communications Support Services | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6360 | $493,023.52 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-19 |
| INV6399 | ($255,420.66) | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Oct-19 |
| INV6399 | $255,420.66 | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Oct-19 |
| INV6399R | $255,383.25 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 22-Oct-19 |
| INV6434 | $198,261.11 | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6434 | ($198,261.11) | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6434R | $198,153.11 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 18-Nov-19 |
| INV6470 | $126,605.30 | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-19 |
| INV6470 | ($126,605.30) | N | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-19 |
| INV6470R | $201,551.40 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 17-Dec-19 |
| INV6515 | $236,550.26 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Jan-20 |
| INV6552 | $638,167.40 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Feb-20 |
| INV6584 | $648,714.06 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Mar-20 |
| INV6616 | $454,390.15 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Apr-20 |
| INV6647R | $420,431.05 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 8-May-20 |
| INV6677 | $143,697.24 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Jun-20 |
| INV6712 | $403,006.04 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Jul-20 |
| INV6753 | $176,411.27 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Aug-20 |
| INV6758_BY | $7,678.37 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Aug-20 |
| INV6793 | $84,215.67 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-20 |
| INV6799 | $23,006.68 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-20 |
| INV6830 | $349,568.92 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Oct-20 |
| INV6835 | $23,974.60 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 9-Oct-20 |
| INV6869 | $49,028.17 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Nov-20 |
| INV6872 | $7,065.70 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Nov-20 |
| INV6909 | $83,203.13 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-20 |
| INV6912 | $4,712.74 | Y | 80161919HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-20 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| $4,901,932.73 | $0.00 |






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 6 | 30001 | 3102 | $75,000.00 | | | | | N | $0.00 | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 80161819HS.2019.5205750000.NCO0010000.25100.61006600 | Base 1 - National and Regional Media and Communications Support Services | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6470 | $75,000.00 | N | 80161819HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-19 |
| INV6470 | ($75,000.00) | N | 80161819HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-19 |
| INV6515 | $75,000.00 | Y | 80161819HS.2019.5205750000.NCO0010000.25100.61006600 | 10-Jan-20 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| $75,000.00 | $0.00 |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| Open | $4,976,932.73 | $0.00 |





# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **4** | 6 | 40001 | 4101 | **$1,000,000.00** | | | | | N | **$0.00** | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | Execute a Drug Driving Behavioral and Social Norming Campaign | | 14-May-20 |

Total Estimated Obligated Amount: $1,300,000

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6330 | $7,220.35 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Aug-19 |
| INV6359 | $6,985.96 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-19 |
| INV6398 | $11,959.73 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Oct-19 |
| INV6435 | $132.92 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6467 | $276,799.29 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Dec-19 |
| INV6513 | $144,669.51 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Jan-20 |
| INV6553 | $104,079.99 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Feb-20 |
| INV6587 | $130,711.57 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 9-Mar-20 |
| INV6617 | $1,066.62 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 9-Apr-20 |
| INV6648 | $2,093.67 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 8-May-20 |
| INV6678 | $739.34 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 9-Jun-20 |
| INV6713 | $2,598.71 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 9-Jul-20 |
| INV6754 | $3,840.37 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Aug-20 |
| INV6797 | $296,079.80 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Sep-20 |
| INV6833 | $1,515.25 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 9-Oct-20 |
| INV6873 | $102.90 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Nov-20 |
| INV7008 | $2,346.87 | Y | 06501920ID.2019.5205750000.NCO0010000.25100.61006600 | 10-Mar-21 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| **$992,942.85** | **$7,057.15** |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| **Open** | **$1,000,000.00** | **$7,057.15** |






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 50001 | 5101 | $7,212.51 | | | | | N | $0.00 | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 18X920405A.2019.24045E0002.NCO0010000.25100.61006600 | Base 1 - Statutorily-Mandated Funding - Distracted Driving Fully Obligated Amount CLIN 00005 - $7,212.51 | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6431 | $7,212.51 | Y | 18X920405A.2019.24045E0002.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6431 | ($7,212.51) | Y | 18X920405A.2019.24045E0002.NCO0010000.25100.61006600 | 8-Nov-19 |
| INV6838 | $7,212.51 | Y | 18X920405A.2019.24045E0002.NCO0010000.25100.61006600 | 22-Oct-20 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| $7,212.51 | $0.00 |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| Open | $7,212.51 | $0.00 |






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **6** | 6 | 60001 | 6101 | **$14,047.00** | | | | | N | **$0.00** | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 06501819ID.2019.5205750000.NCO0010000.25100.61006600 | Execute a Drug Driving Behavioral and Social Norming Campaign | | 14-May-20 |

Fully Obligated Amount This CLIN - 14,047.00

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6435 | $14,047.00 | Y | 06501819ID.2019.5205750000.NCO0010000.25100.61006600 | 8-Nov-19 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| **$14,047.00** | **$0.00** |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| **Open** | **$14,047.00** | **$0.00** |






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

**PO Number:** 693JJ919F000031 | **PO Type:** Standard | **Supplier:** STRATACOMM LLC

**GTC Number:** | **Order Number:**

## RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 6 | 70001 | 7101 | $5,000,000.00 | | | | | N | $0.00 | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | Base 1 - Statutorily-Mandated Funding - Distracted Driving | | 14-May-20 |

## INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6838 | $180,087.49 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 22-Oct-20 |
| INV6875 | $275,000.00 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 10-Nov-20 |
| INV6878 | $600,533.30 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 20-Nov-20 |
| INV6913 | $1,208,444.00 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 10-Dec-20 |
| INV6938 | $1,772,781.70 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 8-Jan-21 |
| INV6949 | $750,224.17 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 21-Jan-21 |
| INV6978 | $149,999.50 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 10-Feb-21 |
| INV7009 | $50,000.01 | Y | 18X920405A.2020.24045E0002.NCO0010000.25100.61006600 | 10-Mar-21 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| $4,987,070.17 | $12,929.83 |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| Open | $5,000,000.00 | $12,929.83 |






# NATL HWY TRAFFIC SAFETY ADMIN

## BPO99001 - Purchase Order Status Summary

| PO Number: 693JJ919F000031 | PO Type: Standard | Supplier: STRATACOMM LLC |
|---|---|---|
| GTC Number: | Order Number: | |

### RELEASE / LINE / SHIPMENT / DISTRIBUTION INFORMATION

| Rel Num | Line Num | Rev Num | Ship Num | Dist Num | Dist Amount | TAS | TP BETC | Project Number | Task Number | Cancel Flag | Amount Cancelled | Cancel Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **8** | 6 | 80001 | 8101 | **$6,800,000.00** | | | | | N | **$0.00** | |

| AFF | Item Description | Req Number | Latest Oblg Date |
|---|---|---|---|
| 18X9202009.2020.2402090000.NCO0010000.25100.61006600 | Base Year 1 - Statutorily-Mandated Advertising - HVE | | 14-May-20 |

### INVOICE INFORMATION

| Invoice Num | Invoice Amount | Paid Flag | AFF | Invoice Date |
|---|---|---|---|---|
| INV6938 | $3,029,862.66 | Y | 18X9202009.2020.2402090000.NCO0010000.25100.61006600 | 8-Jan-21 |
| INV6949 | $2,095,407.21 | Y | 18X9202009.2020.2402090000.NCO0010000.25100.61006600 | 21-Jan-21 |
| INV6978 | $1,055,500.85 | Y | 18X9202009.2020.2402090000.NCO0010000.25100.61006600 | 10-Feb-21 |
| INV7009 | $570,018.38 | Y | 18X9202009.2020.2402090000.NCO0010000.25100.61006600 | 10-Mar-21 |

| Total Invoices | Distribution Amt AFTER Invoicing |
|---|---|
| **$6,750,789.10** | **$49,210.90** |

| PO Line Status | PO Line Amount Total | PO Line Remaining Amount Total |
|---|---|---|
| **Open** | **$6,800,000.00** | **$49,210.90** |