# Exhibit I

# ORDER FOR SUPPLIES OR SERVICES

PAGE OF PAGES: 1 / 21

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 6. SHIP TO: |
|---|---|---|
| 09/30/2020 | 693JJ920A000005 | |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | a. NAME OF CONSIGNEE |
| 693JJ920F000034 | 693JJ920RQ000252 | DOT/NHTSA |

**5. ISSUING OFFICE** (Address correspondence to)
National Highway Traffic Safety Adm
Office of Acquisition Management
1200 New Jersey Avenue, S.E.
Washington DC 20590

**b. STREET ADDRESS**
1200 New Jersey Ave SE

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20590 |

**7. TO:** John Fitzpatrick

**a. NAME OF CONTRACTOR**
STRATACOMM LLC

**b. COMPANY NAME**

**c. STREET ADDRESS**
1200 G ST NW STE 350

**f. SHIP VIA**

**8. TYPE OF ORDER**

a. PURCHASE
REFERENCE YOUR:

X b. DELIVERY
Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| WASHINGTON | DC | 20005-6700 |

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**10. REQUISITIONING OFFICE**
AA for Communications & Consumer In

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))
- X a. SMALL
- b. OTHER THAN SMALL
- c. DISADVANTAGED
- d. WOMEN-OWNED
- e. HUBZone
- f. SERVICE-DISABLED VETERAN-OWNED
- g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM
- h. EDWOSB

**12. F.O.B. POINT**

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | | |
| Destination | Destination | | | |

**17. SCHEDULE** (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | GSA Contract #: GS23F0070N<br>DUNS Number: 932697089<br>Title: Vehicle Safety Communications Services<br><br>Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL (Cont. pages) ▶ |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

SEE BILLING INSTRUCTIONS ON REVERSE

| a. NAME | NHTSA CENTRALIZED OPERATIONS | $4,391,740.44 |
|---|---|---|
| b. STREET ADDRESS (or P.O. Box) | PO BOX 25740 | |
| c. CITY | d. STATE | e. ZIP CODE | | 17(i) GRAND TOTAL $4,391,740.44 ▶ |
| Oklahoma City | OK | 73125 | | |

| 22. UNITED STATES OF AMERICA BY (Signature) | 23. NAME (Typed) |
|---|---|
| ▶ Reba Dyer — Digitally signed by Reba Dyer Date: 2020.09.30 15:54:30 -04'00' | Reba Dyer<br>TITLE: CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 693JJ920A000005 | | | ORDER NO. 693JJ920F000034 | | |
|---|---|---|---|---|---|---|
| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
| | Admin Office:<br>    National Highway Traffic Safety Adm<br>    Office of Acquisition Management<br>    1200 New Jersey Avenue, S.E.<br>    Washington DC 20590 | | | | | |
| 00001 | Vehicle Safety Communication Services and Consumer Information Services<br>(Ceiling 2,104,767.90)<br><br>Accounting Info:<br>06502020VS.2020.5205750000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $591,740.44<br>Accounting Info:<br>06502020VS.2020.2501620000.NCO0010000.<br>25105.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $600,000.00<br>Accounting Info:<br>06501920VS.2020.3003060000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $300,000.00<br>Accounting Info:<br>06501920VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $400,000.00 | | | | 1,891,740.44 | |
| 00002 | Advertising and Media Buys<br><br>Accounting Info:<br>06502020VS.2020.5205750000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $2,100,000.00<br>Accounting Info:<br>06502020VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $192,000.00<br>Accounting Info:<br>06501920VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>Continued ... | | | | 2,500,000.00 | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) ▷ | | | | $4,391,740.44 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR 48 CFR 53.213(f)

Highly Confidential

NHTSA-ADS-0000718103

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 693JJ920A000005 | ORDER NO. 693JJ920F000034 |
|---|---|---|

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | 000000000.0000000000 Funded: $208,000.00 | | | | | |
| 00003 | FOR CEILING PURPOSES ONLY Amount: $213,027.46(Option Line Item) (None) 1 Days After Award | | | | 0.00 | |
| | The total amount of award: $4,604,767.90. The obligation for this award is shown in box 17(i). | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE(ITEM 17(H)) | ▷ | $0.00 |
|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR 48 CFR 53.213(f)

Highly Confidential

NHTSA-ADS-0000718104

BPA  693JJ920A000005
CALL 693JJ920F000034
Title: Vehicle Safety Communications and Consumer Information Services

This is a Time and Material Task Order in the amount of $4,391,740.44

The Contractor is required to sign for acceptance of this CALL and return one copy of this form to the Contracting Officer.

_____          9/30/2020
Contractor Signature                                      Date

Highly Confidential                                         NHTSA-ADS-0000718105

BPA  693JJ920A000005
CALL 693JJ920F000034
Title: Vehicle Safety Communications and Consumer Information Services

1. **AUTHORITY**

   The United States (U.S.) Department of Transportation (DOT), National Highway Traffic Safety Administration (NHTSA), establishes this CALL pursuant to FAR 13.303-5 and complies with conditions as set forth in that section.

2. **BACKGROUND**

   The National Highway Traffic Safety Administration's (NHTSA) mission is to save lives, prevent injuries, and reduce traffic-related health care and other economic costs associated with motor vehicle use and highway travel. To accomplish this, NHTSA collects and analyzes motor vehicle crash data, develops, promotes and implements education programs, vehicle safety standards, research, and enforcement programs.

   NHTSA's vehicle safety programs focus on initiating vehicle research, issuing vehicle safety standards, enforcing vehicle safety standards, conducting investigations on potential safety defects, and issuing recalls when appropriate. As the automotive industry's regulator, NHTSA provides a vital service not only to the manufacturers but also with every day consumers.

   Communicating to the consumer about NHTSA's role in vehicle safety research is a fundamental component of the Agency's effort to safeguard their interest and to promote understanding of their role in vehicle safety issues. NHTSA's primary means of interacting with consumers on alleged safety defects is through the Auto Safety Hotline and www.nhtsa.gov. To inform consumers on the crashworthiness of new vehicles and recommended technologies that can help avoid crashes altogether, NHTSA's New Car Assessment Program (NCAP) provides comparative safety information on a variety of vehicles. NCAP also encourages manufacturers to design vehicles to protect occupants in a crash, to include the latest advances in safety technologies, and to design vehicles to be less susceptible to rollover crashes.

   NHTSA's Office of Defects Investigation (ODI) conducts tests, inspections, and investigations necessary to identify and correct safety-related defects in motor vehicles and motor vehicle equipment. Consumer complaints regarding alleged vehicle safety defects are critically important to assist the agency to determine if a safety defect investigation should be initiated. It is important that the general public become aware of its role in providing information about safety defects to the agency. Many consumers are not aware that NHTSA is a valuable vehicle safety resource and a place for consumers to communicate alleged vehicle safety-related defects. More importantly, consumers do not fully appreciate their involvement in prompting the agency to commence an investigation into a potential vehicle safety defect. While not as publicly visible as the NCAP and ODI programs, NHTSA's Office of Vehicle Safety Research (OVSR) plans and implements research programs to continually further the Agency's goal of reducing crashes, fatalities and injuries. Research and testing are demonstrating the promising safety and mobility advancements that driver assistance technology and fully automated driving systems

BPA   693JJ920A000005
CALL  693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services



## 7. CALL AMOUNT

Call Ceiling Amount: **$4,604,767.90**

Call Total Obligated Amount: **$4,391,740.44**

## 8. SPECIFIC REQUIEMENTS

In fulfilling this Call Order requirements, the Contractor shall perform the following tasks.

### 8.1. TASK 1 – PARTICIPATE IN CALL KICK-OFF MEETING

Within a week of Call Order award, the Contractor shall contact the COR (TO) to schedule the Call Order kick-off meeting. The Call Order kick-off meeting shall take place within two (2) weeks of Call Order award.

Key members of the Contractor's staff who will be assigned major responsibility for carrying out the tasks of the Call Order shall meet at NHTSA headquarters in Washington, DC with the COR (TO) and other appropriate NHTSA personnel to:

- Discuss the administration of the Call Order, and

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

## 10   CALL ADMINISTRATION

### 10.1.   AVAILABILITY OF FUNDS

The amount presently available for payment by the Government and allotted to this Call Order is $**4,391,740.44**. The Contractor and NHTSA estimates the allotted amount will cover the performance from date of award through **August 11, 2021.** The Contractor and NHTSA estimates this period of performance will cover all identified activities under this Call Order.

### 10.2.   SUBMISSION OF INVOICES

**G.1 Submission of Invoices**:
Definitions. As used in this clause—

(1) Contract financing payment has the meaning given in FAR 32.001.
(2) Payment request means a bill, voucher, invoice, or request for contract financing payment or invoice payment with associated supporting documentation. The payment request must comply with the requirements identified in FAR 32.905(b), "Content of Invoices," this clause, and the applicable Payment clause included in this contract.
(3) Electronic form means an automated system transmitting information electronically according to the accepted electronic data transmission methods and formats identified in paragraph (c) of this clause. Facsimile, email, and scanned documents are not acceptable electronic forms for submission of payment requests.
(4) Invoice payment has the meaning given in FAR 32.001.
    a. Electronic payment requests. Except as provided in paragraph (e) of this clause, the contractor shall submit payment requests in electronic form. Purchases paid with a Governmentwide commercial purchase card are considered to be an electronic transaction for purposes of this rule, and therefore no additional electronic invoice submission is required.
    b. The Department of Transportation utilizes the Delphi eInvoicing web-portal for processing invoices. For vendors submitting invoices, and certain grantees submitting payment requests, they will be required to submit invoices to Operating Agency (NHTSA) electronically via the Delphi eInvoicing web-portal which is accessed via https://einvoice.esc.gov, and is authenticated via www.login.gov.   All persons accessing the Delphi eInvoicing web-portal will be required to have their own unique user Delphi eInvoicing ID and be credentialed through login.gov.  See www.login.gov for instructions.
    c. In order to receive payment and in accordance with the Prompt Payment Act, all invoices submitted as attachments in the Delphi eInvoicing web-portal must contain the following:
        i. Invoice number and invoice date.
        ii. Period of performance covered by invoice.
        iii. Contract number and title.

Highly Confidential
NHTSA-ADS-0000718117

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

      iv.  Task/Delivery Order number and title (if applicable).
      v.  Amount billed (by CLIN), current and cumulative.
      vi.  Total ($) of billing.
      vii.  Cumulative total billed for all contract work to date.
      viii.  Name, title, phone number, and mailing address of person to be contacted in the event of a defective invoice.

If the contract includes allowances for travel, all invoices which include charges pertaining to travel expenses will catalog a breakdown of reimbursable expenses with the appropriate receipts to substantiate the travel expenses.

(1) Electronic authentication. See www.login.gov for instructions. Click on the following link for instructions on establishing a login.gov account: https://login.gov/help/.
(2) To create a login.gov account, the user will need a valid email address and a working phone number. The user will create a password and then login.gov will reply with an email confirming the email address.
(3) Agency POC's will be responsible for communicating with vendor POC's to initiate the Delphi eInvoicing account creation process. Vendor POC's who will require access to the eInvoicing web-portal for invoice submission and payment tracking purposes will be required to provide their full name, valid email address, and current phone number to the agency POC to initiate the Delphi eInvoicing web-portal account. Vendor users and the agency POC will be notified via e-mail when the account is created. The vendor user will be provided detailed instructions for logging into their Delphi eInvoicing account.
(4) Training on Delphi. To facilitate use of DELPHI, comprehensive user information is available at http://einvoice.esc.gov.
(5) Account Management. Vendors are responsible to contact the Delphi Help Desk when their firm's points of contacts will no longer be submitting invoices, so they can be removed from the system. Instructions for contacting the Delphi Help Desk can be found at http://einvoice.esc.gov

\* NHTSA vendors will submit invoices to NHTSA electronically via the Delphi eInvoicing web-portal.  To initiate this process, you are requested to provide NHTSA with the following information (company name, contract/task order number/purchase order [PO] number, and up to two Points of Contact [POC] full names and their email addresses) as shown on the table below

| Company Name | NHTSA Contract # / Task Order # | Primary POC First Name | Primary POC Last Name | Primary POC Email | Secondary POC First Name | Secondary POC Last Name | Secondary POC Email |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Email the above information to the following email address: NHTSAISPVendors@dot.gov

Page **17** of **21**

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

Please note that the POCs you provide are the individuals you authorize to submit invoices to NHTSA on behalf of your company.  Your POCs will then receive a welcome letter from Delphi eInvoicing processing center with instructions on creating a Login.gov user account.  This account can then be used to access the eInvoicing web-portal.

### 10.3.   AVAILABILITY OF FUNDS NOTIFICATION

The Contractor shall notify the COR (TO) when 75 percent of the total authorized Call Order funding has been expended; when the level-of-effort that the Contractor expects to incur under the Call Order in the next 30 days, when added to the level-of-effort previously expended in the performance of the Call Order will exceed 90 percent of the level established for that Call Order; or the level-of-effort required to perform the Call Order will be greater than the level- of-effort established for that Call Order.

### 10.4.   SUBCONTRACTS-ADVANCE NOTIFICATION AND CONSENT

Under this CALL, the requirements of *FAR 44.2 – Consent to Subcontract*, have been fulfilled for the following subcontracts:

**GMMB (Consultant)**

**Heart+Mind Strategies (GSA Teaming Partner GS-00F-396GA))**

Any future change or revision to the Statement of Work or other applicable aspects of this CALL shall include the subcontracts only to the extent that performance of the subcontract is directly affected by the change or revision.

### 10.5   CONTRACTING OFFICER'S REPRESENTATIVE (CALL) (COR (TO))

a) The Contracting Officer will designate a Contracting Officer's Representative (CALL (COR (TO)) to assist in monitoring the work under this CALL.  The COR (TO) is responsible for the technical administration of the CALL and technical liaison with the Contractor.  **The COR (TO) is not authorized** to change the scope of work or specifications as stated in this CALL, to make any commitments or other otherwise obligate the Government, or to authorize any changes which affect the CALL price, delivery schedule, period of performance, or other terms or conditions.
b) The Contracting Officer is the only individual who can legally commit or obligate the Government for the expenditure of public funds.  The technical administration of this CALL shall not be construed to authorize the revision of the terms and conditions of this CALL.  The Contracting Officer will authorize any such revision in writing.

#### 10.5.1.  DESIGNATION OF COR (TO)

The NHTSA designated COR (TO) is **Mike Joyce**.  While this list is not exhaustive, some of the COR's (TO) major responsibilities are:
a) Provide information and technical assistance from available Government resources as determined appropriate by the COR (TO);

Page 18 of 21

Highly Confidential
NHTSA-ADS-0000718119

b) Provide liaison with other Government/private sector agencies as appropriate; and
c) Stimulate the exchange of ideas and information among recipients of related projects through periodic meetings.

Complete COR (TO) point-of-contact information is:

DOT/NHTSA
**Name: Mike Joyce**
1200 New Jersey Avenue,
SE Washington, DC 20590
Telephone: **(202) 366-5600**
Email: Mike.Joyce@dot.gov

### 10.5.2. DESIGNATION OF ALTERNATE COR (TO)

In the event that the COR (TO) of record (identified in *10.5.1 Designation of COR (TO)* is unavailable for a period of time during which the Contractor requires technical guidance or during which the other COR (TO) duties must be fulfilled, the Contracting Officer has identified the individuals below to serve as the primary Alternate COR (TO) (ACOR (TO)).

**Primary ACOR: Kil-Jae Hong**
**Secondary ACOR: Elizabeth Nilsson**

Complete ACOR (TO) point-of-contact information for the primary is:

DOT/NHTSA
**Name: Kil-Jae Hong**
1200 New Jersey Avenue, SE
Washington, DC 20590
Telephone: (202) 493-0524
Email: Kil-Jae Hong

Complete ACOR (TO) point-of-contact information for the secondary is:

DOT/NHTSA
**Name: Elizabeth Nilsson**
1200 New Jersey Avenue, SE
Washington, DC 20590
Telephone: **(202) 366-3587**
Email: Elizabeth.Nilsson@dot.gov

Highly Confidential
NHTSA-ADS-0000718120