Exhibit L

HIGHLY CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*, <br><br> **Plaintiffs,** <br><br> v <br><br> Google LLC, <br><br> **Defendant.** | Case No. 1:23-cv-00108 <br> HON. LEONIE H. M. BRINKEMA |

EXPERT REPORT OF

**TIMOTHY SIMCOE, PH.D.**

DECEMBER 22, 2023

HIGHLY CONFIDENTIAL



224. ███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

225. In Section IV.A.2, I explained how both economic theory ███████████████████ suggest that the comparables approach yields a conservative estimate of the take rate ████████ ██████████████████████ Thus, in my view, the estimates reported in Figure 15 provide an upper-bound estimate of the but-for take rate that provides a reliable basis for calculating the damages incurred by the FAAs.

### V.A.2. Event Study Approach

226. Section IV.A.2 describes the event study methodology that I use to obtain a second estimate of the AdX take rate that Google would charge but for its exclusionary conduct. This method uses a regression to estimate two key parameters. The first parameter, $\alpha$, measures the increase in market share that Google achieved by implementing UPR. Because Google could not implement UPR in the but-for world, this parameter provides an indication of the benefits that Google derives from its exclusionary conduct, and the corresponding harm to publishers and

estimates in column [B] are unbiased. ███

233. ███

234. ███

235. ███

236. ███[253]

---

[252] See the discussion at paragraphs 154 to 157 above.
[253] ███

HIGHLY CONFIDENTIAL

*[signature]*

Timothy Simcoe, Ph.D.

December 22, 2023



Expert Report of Timothy Simcoe, Ph.D.

| | | | | | |
|---|---|---|---|---|---|
| 130 | Figure 31 | 304 | "Ad Server Pricing, Epom…" | "'Ad Server Pricing,' Epom…" | Typo |
| 133 | Figure 33 | 321 | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences on and off Amazon.')…" | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences anywhere they spend their time.')…" | Typo |
| 134 | Figure 34 | 325 | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' May 4, 2023,…" | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' AdPushUp, May 4, 2023,…" | Typo |
| 134 | Figure 34 | 326 | "…('As of Apr 11 2020, Audience Netowrk no longer'…" | "…('As of Apr 11 2020, Audience Network no longer'…" | Typo |
| 134 | Figure 34 | 326 | "…'Meta Audience Network,' accessed December 20, 2023,…" | "…'Meta Audience Network,' Meta, accessed December 20, 2023,…" | Typo |

$\alpha + \beta_1 x + \beta_2 x^2$

January 13, 2024