IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of and certain exhibits to their Opposition to Defendant Google LLC's Motion to Exclude the Testimony of Adoria Lim ("Opposition"), and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted pursuant to the Modified Protective Order, ECF No. 203, and applicable law.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Opposition and under seal exhibits and redacted portions of exhibits of shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____