UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file certain sealed exhibits to the Declaration of Bryon Becker in Support of Google LLC's Oppositions to Plaintiffs' Motions to Exclude, and redacted versions of Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions of Itamar Simonson and Related Opinions of Mark Israel and Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions of Anthony Ferrante ("Motion").

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the exhibits and redacted text contain Google's confidential business information and trade secrets; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

1

2

ENTERED this _____ day of _____ 2024.

Alexandria, Virginia                                              _____