**APPENDIX A**

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 100 | Excerpts from the transcript of the deposition of Wayne D. Hoyer, expert witness on behalf of Plaintiffs in this case, taken on March 4, 2024 | Google has filed Exhibit 100 partially under seal as it quotes from material designated highly confidential by Plaintiffs. |
| 104 | Excerpts from the transcript of the deposition of Simon Whitcombe in his capacity as a corporate representative of Meta pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 28, 2023. | Google has filed Exhibit 104 under seal pursuant to third-party Meta's designation as highly confidential. |
| 105 | Excerpts from the transcript of the deposition of Kristy Kozlowski in her capacity as a corporate representative of Comcast pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 6, 2023. | Google has filed Exhibit 105 under seal pursuant to third-party Comcast's designation as highly confidential. |
| 106 | Excerpts from the transcript of the deposition of Michael Shaughnessy, Chief Operating Officer of Kargo, taken on August 9, 2023. | Google has filed Exhibit 106 under seal pursuant to third-party Kargo's designation as highly confidential. |
| 107 | Excerpts from the transcript of the deposition of Luke Lambert in his capacity as a corporate representative of Omnicom pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on August 29, 2023. | Google has filed Exhibit 107 under seal pursuant to third-party Omnicom's designation as highly confidential. |
| 110 | Excerpts from the transcript of the deposition of Christopher Koepke, Director of the Strategic Marketing Group for the Centers for Medicare and Medicaid Services ("CMS"), taken on August 21, 2023. | Google has filed Exhibit 110 partially under seal as it contains material designated highly confidential by Plaintiffs. |

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 112 | Excerpts from the Rebuttal Expert Report of Wenke Lee on behalf of Plaintiffs in this case, dated February 13, 2024. | Google has filed Exhibit 112 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 115 | Excerpts from the transcript of the deposition of Omri Farber in his capacity as a corporate representative of Meta pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 18, 2023. | Google has filed Exhibit 115 under seal pursuant to third-party Meta's designation as highly confidential. |
| 116 | Excerpts from the transcript of the deposition of Benneaser John in his capacity as a corporate representative of Microsoft pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 8, 2023. | Google has filed Exhibit 116 under seal pursuant to third-party Microsoft's designation as highly confidential. |
| 117 | Excerpts from the transcript of the deposition of Brian O'Kelley, co-founder and former CEO of AppNexus, taken on September 29, 2023. | Google has filed Exhibit 117 under seal to the extent a third-party may have designated the information contained in Exhibit 117 as confidential or highly confidential. |
| 118 | Excerpts from the Expert Report of Mark A. Israel on behalf of Google in this case, dated January 23, 2024. | Google has filed Exhibit 118 partially under seal for two reasons. First, as denoted in yellow highlighting, Exhibit 118 contains material designated highly confidential by Plaintiffs. Second, as denoted by blue highlighting, Google requests limited redactions pertaining to discussion of Google's profit and loss, and costs data, which Google has designated highly confidential. |