# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Defendant Google LLC ("Google") filed a motion seeking leave to file certain sealed exhibits to the Declaration of Bryon Becker in Support of Google LLC's Oppositions to Plaintiffs' Motions to Exclude, and redacted versions of Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions of Itamar Simonson and Related Opinions of Mark Israel and Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions of Anthony Ferrante. Pursuant to Local Civil Rule 5, Google hereby notifies Plaintiffs and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

| | |
|---|---|
| Dated: May 17, 2024 | Respectfully submitted, |
| | |
| Eric Mahr (pro hac vice) | /s/ Craig C. Reilly |
| Andrew Ewalt (pro hac vice) | Craig C. Reilly (VSB # 20942) |
| Julie Elmer (pro hac vice) | THE LAW OFFICE OF |
| Lauren Kaplin (pro hac vice) | CRAIG C. REILLY, ESQ. |
| Scott A. Eisman (pro hac vice) | 209 Madison Street, Suite 501 |
| Jeanette Bayoumi (pro hac vice) | Alexandria, VA 22314 |
| Claire Leonard (pro hac vice) | Telephone: (703) 549-5354 |
| Sara Salem (pro hac vice) | Facsimile: (703) 549-5355 |
| Tyler Garrett (VSB # 94759) | craig.reilly@ccreillylaw.com |
| FRESHFIELDS BRUCKHAUS | |
| DERINGER US LLP | Karen L. Dunn (pro hac vice) |
| 700 13th Street, NW, 10th Floor | Jeannie S. Rhee (pro hac vice) |
| Washington, DC 20005 | William A. Isaacson (pro hac vice) |
| Telephone: (202) 777-4500 | Amy J. Mauser (pro hac vice) |
| Facsimile: (202) 777-4555 | Martha L. Goodman (pro hac vice) |
| eric.mahr@freshfields.com | Bryon P. Becker (VSB #93384) |
| | Erica Spevack (pro hac vice) |
| Daniel Bitton (pro hac vice) | PAUL, WEISS, RIFKIND, WHARTON & |
| AXINN, VELTROP & HARKRIDER LLP | GARRISON LLP |
| 55 2nd Street | 2001 K Street, NW |
| San Francisco, CA 94105 | Washington, DC 20006-1047 |
| Telephone: (415) 490-2000 | Telephone: (202) 223-7300 |
| Facsimile: (415) 490-2001 | Facsimile (202) 223-7420 |
| dbitton@axinn.com | kdunn@paulweiss.com |
| | |
| Bradley Justus (VSB # 80533) | Meredith Dearborn (pro hac vice) |
| AXINN, VELTROP & HARKRIDER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 1901 L Street, NW | 535 Mission Street, 24th Floor |
| Washington, DC 20036 | San Francisco, CA 94105 |
| Telephone: (202) 912-4700 | Telephone: (628) 432-5100 |
| Facsimile: (202) 912-4701 | Facsimile: (202) 330-5908 |
| bjustus@axinn.com | mdearborn@paulweiss.com |
| | |
| | Erin J. Morgan (pro hac vice) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3387 |
| | Facsimile: (212) 492-0387 |
| | ejmorgan@paulweiss.com |
| | |
| | *Counsel for Defendant Google LLC* |