IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**DECLARATION OF AARON TEITELBAUM IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

I, AARON TEITELBAUM, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the United States Department of Justice, Antitrust Division.

2. I submit this declaration in support of the Plaintiffs' response to Google LLC's motion for summary judgment, filed on April 26, 2024, at ECF No. 569.

3. The information contained in this declaration is based on my personal knowledge, my involvement in this matter as one of several counsel of record, and information received from other staff at the Antitrust Division.

4. Exhibits, 1, 6-7, 11-14, 16, 24, 26, 28, 31-32, 46, 54-55, 64, 66-67, 69, 71, 73, 77, 79, 81, 85-90, 98, 114, 148, 169, 182, and 200 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct copies of excerpts of transcripts of depositions taken in this matter.

5. Exhibits 3-5, 9-10, 15, 17-23, 25, 33-45, 47-53, 56, 58-63, 65, 68, 70, 72, 74-76, 78, 80, 82-84, 91-96, 99-113, 115, 117-47, 149-68, 170-73, 178-81, 183-87, 192, and 194-95 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct copies of documents or excerpts of documents produced in discovery in this matter, or in the associated pre-complaint investigation.

6. Exhibits 8, 27, 29-30, 96, and 116 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct copies of expert reports, or excerpts thereof, prepared in this matter.

7. Exhibits 188-91 and 196-99 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct copies of declarations received in this matter.

8. Exhibits 174-76 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct copies of correspondence between Plaintiffs and Google in this matter.

9. Exhibit 57 to Plaintiffs' Response to Google's Motion for Summary Judgment is a true and correct copy of a publicly available website printout obtained on or about May 16, 2024.

10. Exhibits 152 and 180 to Plaintiffs' Response to Google's Motion for Summary Judgment are true and correct data excerpts from native spreadsheet files produced in discovery in this matter filtered to show only relevant data entries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2024, at Arlington, Virginia.

/s/ Aaron Teitelbaum
AARON M. TEITELBAUM
Senior Litigation Counsel
U.S. Department of Justice