# Plaintiffs' Exhibit 1
# (Under Seal)