# Plaintiffs' Exhibit 2
# (Redacted)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
---------------------------------------X
UNITED STATES OF AMERICA, et al.,

PLAINTIFF,

-against-

GOOGLE LLC,

DEFENDANT.

Civil 1:23-cv-00108
---------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In Re Google Digital Advertising Antitrust Litigation

1:21-MD-3010 (S.D.N.Y.)

---------------------------------------X

Trumbull, Connecticut

Wednesday, August 16, 2023

Reported by:

Rebecca Schaumloffel, RPR, CLR

JOB #: 2023-906726

TIME: 7:10 a.m. Eastern

Page 221
Page 223
Page 222
Page 224

Page 225
Page 227
Page 226
Page 228

Page 317
Page 319
Page 318
Page 320

Page 321
Page 323
Page 322
Page 324

Page 413
Page 415
Page 414
Page 416

Page 417

Page 418