# Plaintiffs' Exhibit 3
# (Under Seal)