# Plaintiffs' Exhibit 4
# (Under Seal)