# Plaintiffs' Exhibit 5
# (Under Seal)