# Plaintiffs' Exhibit 6
# (Under Seal)