# Plaintiffs' Exhibit 7
# (Redacted)

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA, )
et al.,                   )
                          )
        Plaintiffs,       ) Case No.
                          ) 1:23-cv-
   vs.                    ) 000108-LMB-
                          ) JFA
GOOGLE LLC,               )
                          )
        Defendant.        )
--------------------------

Wednesday, September 6, 2023
9:59 a.m.

Remote Zoom Videotaped Deposition of
KRISTY KOZLOWSKI, held before Stacey L.
Daywalt, a Court Reporter and Notary Public of
the District of Columbia.

Job No. CS6078882

Page 20

1    Q.   And you understand that you are
2    testifying pursuant to a subpoena issued by
3    Google in this case.  Correct?
4    A.   Yes.
5    Q.   And did you review any documents in
6    preparation for your deposition today?
7    A.   I've reviewed documents with counsel
8    related to the topics at hand, the one that is
9    up in the exhibit share right now, as well as
10   the subpoena and details around the subpoena.
11   Q.   Any other documents that you
12   reviewed in preparation for your testimony
13   today?
14   A.   Nothing that we reviewed
15   necessarily.
16        There were documents that we've
17   provided along the way, but did not review them
18   again.
19   Q.   Okay.  Why don't you describe your
20   role at Comcast for me.
21   A.   I'm the senior vice president of
22   media, strategy and planning.  What that
23   entails or encompasses from a responsibility
24   standpoint is sort of twofold.
25        I think the first thing to kind of

Page 21

1   share is that our organization is a little
2   decentralized in that we do have media teams
3   that sit across both headquarters and
4   divisions.
5           My role here is responsible for the
6   planning, buying and execution of all
7   headquarters media, which is -- primarily
8   focuses on brand and other key campaigns.
9           Additionally though my team also
10  sits as a centralized function whereby we are
11  responsible for building the overall media
12  capabilities and technologies in which we will
13  invest in for the total organization for the
14  planning and buying of media.
15          That also includes the oversight of
16  our in-house programmatic team that trades on
17  behalf of all of XFinity, Comcast Business and
18  corporate reputation, both headquarters and
19  divisions.
20      Q.  When you said "in-house programmatic
21  team," what do you mean?
22      A.  We have a team of traders that sit
23  at Comcast as Comcast employees whereby we are
24  in the platforms trading and bidding and
25  managing buys directly in the DSPs versus using

Page 183

1   ability to deliver an ad in a video environment
2   or on a site or with a partner that is serving
3   video content.
4        Q.   And what do you mean when you say
5   "in a video environment"?
6        A.   So online video, I look at if you
7   are on the web and you're watching -- if you're
8   on ESPN and you're looking at clips from last
9   night's football game and there was a pre-roll
10  opportunity before you look at the two-minute
11  clip in our ad serves, that would be online
12  video.
13       Q.   Is online video all in-stream video?
14       A.   Yes, I would say so.
15       Q.   Is online audio another channel for
16  Comcast?
17       A.   Yes, it is.
18       Q.   And can you explain what online
19  audio is.
20       A.   Online audio is essentially our
21  ability to buy media across partners like
22  Pandora, Spotify, even podcasting, Sirius, so
23  taking what was traditionally radio and the
24  broadcast format and allowing us to be able to
25  insert our ads digitally for people who might

Page 184

1    be listening on their desktop or their mobile
2    phone.
3        Q.    Does Comcast have KPIs for online
4    audio?
5        [REDACTED]

10       Q.    Are you aware of any specific online
11   audio campaign that used a acquisition metric?
12       A.    I'm not.
13       Q.    For online video, what KPIs does
14   Comcast use?
15       [REDACTED]

21       Q.    What percent of Comcast's online
22   video spend is an acquisition message?
23       A.    Probably over 70 percent.
24       Q.    Over 70 percent of online video is
25   acquisition?

1      A.    (Indicating affirmatively.)
2      Q.    And for display advertising, do you
3   have an understanding of the term "open web"?
4      A.    Yes.
5      Q.    And what is your understanding of
6   that term?
7      A.    The open web is just where
8   advertisers go in within the DSP platforms to
9   bid on inventory across all exchanges.
10     Q.    And does that differ from walled
11  gardens?
12           MS. DEARBORN:  Form.
13           THE WITNESS:  Yeah, I'm not sure I
14  understand the question.
15     Q.    Is the inventory available on the
16  open web different than the inventory available
17  in walled gardens?
18     A.    Yes.
19     Q.    And how is it different?
20     A.    Inventory and walled gardens like a
21  Meta or social is not available on the open
22  web.
23     Q.    I think we discussed earlier the
24  term "marketing funnel."
25           Do you recall that?

Page 186

1  A.  I do.
2  Q.  And what does the term "marketing
3  funnel" mean?
4  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬
8  Q.  And what are the different parts of
9  the funnel?
10 ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬
14 Q.  Are there different business
15 objectives associated with different parts of
16 the funnel?
17 ▮ ▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬
   ▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬
24 Q.  From Comcast's perspective, each
25 part of the funnel has a different business

Page 251

1    District of Columbia, to wit:
2                I, Stacey L. Daywalt, a Notary
3    Public of the District of Columbia, do hereby
4    certify that the within-named witness remotely
5    appeared before me at the time and place herein
6    set out, and after having been duly sworn by
7    me, according to law, was examined by Counsel.
8                I further certify that the
9    examination was recorded stenographically by me
10   and this transcript is a true record of the
11   proceedings.
12               I further certify that I am not of
13   counsel to any of the parties, nor an employee
14   of counsel, nor related to any of the parties,
15   nor in any way interested in the outcome of
16   this action.
17               As witness my hand and Notarial Seal
18   this 8th day of September, 2023.
19
20
21         [signature: Stacey Daywalt]
22         Stacey L. Daywalt, Notary Public
23         My Commission Expires:   4/14/2026
24
25

Page 254

1   United States, Et Al v. Google, LLC
2   Kristy Kozlowski (#6078882)
3                   ACKNOWLEDGEMENT OF DEPONENT
4      I, Kristy Kozlowski, do hereby declare that I
5   have read the foregoing transcript, I have made any
6   corrections, additions, or changes I deemed necessary as
7   noted above to be appended hereto, and that the same is
8   a true, correct and complete transcript of the testimony
9   given by me.
10
11  _____    _____
12  Kristy Kozlowski                          Date
13  *If notary is required
14                  SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                  _____ DAY OF _____, 20___.
16
17
18                      _____
19                      NOTARY PUBLIC
20
21
22
23
24
25

## ERRATA SHEET

**Re:** *United States et al v. Google, LLC*
**Deponent:** Kristy Kozlowski
**Date:** September 6, 2023

| Page: line(s) | Transcription | Change To | Reason |
|---|---|---|---|
| 9:9 | question | request | Transcription error |
| 26:16 | Buyer | Buyers | Transcription error |
| 32:24 | Sorry | Ms. Dearborn: Sorry | Transcription error |
| 53:3 | second bullet, says | second bullet, it says | Omission |
| 63:14 | In Comcast's view is | In Comcast's view, is | Omission |
| 65:3-4 | I'm going to buy this type of media of this type of media | "I'm going to buy this type of media of this type of media" | Omission |
| 65:18 | Comcast is going to buy | Whether Comcast is going to buy | Omission |
| 85:21 | Target-ability | Targetability | Transcription error |
| 104:4 | Does have a internal | Does have an internal | Transcription error |
| 113:11 | Is from 2017 update | Is from a 2017 update | omission |
| 119:12 | The YouTubes | YouTube | Transcription error |
| 122:1 | View-ability | Viewability | Transcription error |
| 135:3 | To slide | To the slide | Omission |
| 138:17 | Advertories | Advertorials | Transcription error |
| 184:11 | Used a | Used an | Transcription error |
| 199:2 | View-ability | Viewability | Transcription error |
| 203:13 | document prepared | document was prepared | Omission |
| 213:4 | Target-ability | Targetability | Transcription error |
| 213:18 | Target-ability | Targetability | Transcription error |

#97346505v1