# Plaintiffs' Exhibit 9
# (Under Seal)