# Plaintiffs' Exhibit 10
# (Under Seal)