# Plaintiffs' Exhibit 13 (Redacted)

HIGHLY CONFIDENTIAL

Page 1

1

2       H I G H L Y   C O N F I D E N T I A L

3

        IN THE UNITED STATES DISTRICT COURT

4       FOR THE EASTERN DISTRICT OF VIRGINIA

        ALEXANDRIA DIVISION

5       ----------------------------x

        UNITED STATES, et al.,

6

                    Plaintiffs,

7

            vs.                      Case No.

8                                1:23-cv-000108

        GOOGLE LLC,

9

                    Defendant.

10      ----------------------------x

11

12              HIGHLY CONFIDENTIAL

13       VIDEOTAPED DEPOSITION OF BENNEASER JOHN

14              New York, New York

15          Friday, September 8, 2023

16                  9:17 a.m.

17

18

19

20

21

22

23      Reported by:

        Jennifer Ocampo-Guzman, CRR, CLR

24      JOB NO. 6082515

25

HIGHLY CONFIDENTIAL



**Page 6**

**Page 8**

1    JOHN - HIGHLY CONFIDENTIAL
2    A.  At Xandr.
3    Q.  And when did you start working at
4  Xandr?
5    A.  I started at AppNexus late 2012,
6  and AppNexus evolved to Xandr, part of the
7  AT&T acquisition.
8    Q.  And what was your position at
9  Xandr?
10    A.  CTO.
11    Q.  And you said prior to Xandr you
12  worked at AppNexus?
13    A.  Yes.
14    Q.  And when did you start working at
15  AppNexus?
16    A.  January 2013, to be exact.
17    Q.  And what was your position at
18  AppNexus?
19    A.  I played multiple roles.  I started
20  as head of engineering for web services, then
21  SVP of engineering for buyer side systems,
22  and then I took the CTO role.
23    Q.  And you're prepared to testify
24  today as the corporate representative of
25  Microsoft, including as to topics relating to

**Page 7**

**Page 9**

1    JOHN - HIGHLY CONFIDENTIAL
2  Xandr, which was acquired by Microsoft in
3  2022, and also AppNexus, which was acquired
4  by AT&T in 2018, when it was integrated into
5  AT&T's new tech offering, which was branded
6  Xandr, correct?
7    A.  That is correct.
8    MS. COLE:  I just want to state for
9    the record, to the extent that we have
10    the records and materials from the
11    transition.
12    MS. DUNN:  Understood.
13    Q.  And just for the record, Microsoft
14  acquired your former company Xandr, was that
15  in 2022?
16    A.  Uh-huh.
17    (Discussion off the record.)
18    A.  Oh, sorry, yes.
19    Q.  And Xandr, just for the record, is
20  an advertising technology company with buy
21  and sell side capabilities?
22    A.  That's correct, yes.
23    Q.  If you -- we'll show you Tab 2.

12    Q.  Can you state your name for the
13  record, please?
14    A.  Benneaser John, and I go by Ben
15  John.

18    Q.  What is your current position at
19  Microsoft?
20    A.  VP of engineering.
21    Q.  And when did you start working at
22  Microsoft?
23    A.  June 6, 2022.
24    Q.  And prior to Microsoft, where did
25  you work?

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL



Veritext Legal Solutions
800-567-8658                                                                 973-410-4098

HIGHLY CONFIDENTIAL



Veritext Legal Solutions

800-567-8658                                                                    973-410-4098

HIGHLY CONFIDENTIAL



Veritext Legal Solutions

800-567-8658                                                      973-410-4098

HIGHLY CONFIDENTIAL



Veritext Legal Solutions

800-567-8658                                                                973-410-4098

HIGHLY CONFIDENTIAL



Veritext Legal Solutions

800-567-8658                                                    973-410-4098

HIGHLY CONFIDENTIAL



Page 320

```
1
2   STATE OF _____ )
3                    ) :ss
4   COUNTY OF _____ )
5
6
7        I, BENNEASER JOHN, the witness
8   herein, having read the foregoing
9   testimony of the pages of this
10  deposition, do hereby certify it to be a
11  true and correct transcript, subject to
12  the corrections, if any, shown on the
13  attached page.
14
15  _____
16          BENNEASER JOHN
17
18  Sworn and subscribed to before
19  me, this        day of
20         , 2023.
21  _____
22  Notary Public
23
24
25
```

Page 321

```
1
2         C E R T I F I C A T E
3   STATE OF NEW YORK  )
4                  : ss.
5   COUNTY OF NEW YORK )
6        I, Jennifer Ocampo-Guzman, a
7   Certified Realtime Shorthand Reporter and
8   Notary Public within and for the State of New
9   York, do hereby certify:
10       That BENNEASER JOHN, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn, and that such deposition is
13  a true record of the testimony given by the
14  witness.
15       I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage, and that I am in no
18  way interested in the outcome of this
19  matter.
20       IN WITNESS WHEREOF, I have
21  hereunto set my hand this 12th day of
    September 2023.
22
23
24  JENNIFER OCAMPO-GUZMAN, CRR, CLR
25
```

81 (Pages 318 - 321)

*United States* v. *Google LLC*

Errata Sheet for the Transcript of the 30(b)(6) Deposition of Microsoft (Ben John)

(September 8, 2023)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 8 | 21 | buyer side systems | buy side systems | Transcription error |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 21 | 8 | concluded | concluded or didn't conclude | Transcription error |
| 25 | 9-11 | Microsoft's open to most of the publishers, anyone who has a relationship with Microsoft, I would say can buy. | Microsoft's open web – like most other publishers, anyone that does have a relationship with Microsoft, advertisers can buy. | Transcription error |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

1

| | | | | |
|---|---|---|---|---|
| ███ | ███ | ████████ | ██████ | ████████ |
| ███ | ███ | ██████ | ██████ | ████████ |
| ██ | ██ | ████ | █████ | ████████ |
| ███ | ███ | █████ | █████ | ████████ |
| ██ | ██ | ██████ | █████ | ████████ |
| ██ | ██ | ██████ | █████ | ████████ |
| ██ | ██ | █████ | ██████ | ████████ |
| ██ | ██ | ██████ | ██████ | ████████ |
| ██ | ██ | █████ | ██████ | ████████ |
| ██ | █ | ████ | ████ | ████████ |
| ██ | ██ | █████ | ████ | ████████ |
| ██ | ██ | ██ | █████ | ████████ |
| ██ | ██ | ██████ | ██████ | ████████ |
| ██ | █ | ████ | █████ | ████████ |
| ██ | ██ | ██████ | █████ | ████████ |
| ██ | ██ | ██████ | █████ | ████████ |
| ██ | █ | ██████ | ██████ | ████████ |
| ██ | ███ | █████ | ██████ | ████████ |
| 95 | 22 | PromoteIQ is the retail | PromoteIQ is a retail | Transcription error |
| ██ | █ | ████ | ████ | ████████ |
| ██ | ██ | █████ | █████ | ████████ |
| ██ | ██ | ██████ | █████ | ████████ |
| 97 | 5 | needed | native | Transcription error |

| 99 | 4 | read | reach | Transcription error |
|----|---|------|-------|---------------------|
| 99 | 7 | Microsoft or O&O | Microsoft O&O | Transcription error |
| 99 | 8 | And that is available, | And that is available for advertisers, | Transcription error |
| 99 | 9 | target outcomes to each audience. | target outcomes to reach the audience. | Transcription error |

| | | | | |
|---|---|---|---|---|
| ███ | ███ | ████████ | ████████ | ███ |
| ██ | ██ | ████ | ████ | ███ |
| ██ | █ | ███ | ███ | ███ |
| ██ | ██ | █████ | █████ | ███ |
| ██ | ██ | ███████ | ███████ | ███ |
| ██ | ██ | ███████ | ███████ | ███ |
| ██ | ██ | ██████ | ██████ | ███ |
| ██ | ██ | █████ | █████ | ███ |
| ██ | █ | ███ | ███ | ███ |
| ██ | ██ | ████ | ████ | ███ |
| ██ | ██ | ███ | ███ | ███ |
| ██ | ██ | ████ | ████ | ███ |
| ██ | ██ | ███ | ███ | ███ |
| ██ | ██ | ████ | █████ | ███ |
| ██ | ██ | ███ | ████ | ███ |
| ██ | ██ | ████ | █████ | ███ |
| ██ | ██ | ████████ | ███████ | ███ |
| 132 | 25 | Activision? | Activision Blizzard? | Transcription error |
| 133 | 14 | advertisers working for Microsoft | advertisers working through Microsoft | Transcription error |
| 133 | 21 | using us, two | using as two | Transcription error |
| 133 | 24-25 | work with the algorithms. | work with Yahoo and others. | Transcription error |
| ███ | ███ | ████████ | ██████ | ███ |

| | | | | |
|---|---|---|---|---|
| ■ | ▌ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| 195 | 2 | other display owners? | other display networks? | Transcription error |
| 195 | 5 | Google's – properties | Google's first party properties | Transcription error |
| 195 | 5 | small to medium to large scale, | small to medium to large scale advertisers, | Transcription error |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ▌ | ▬ | ▬ | ▬ |
| ■ | ▌ | ▬ | ▬ | ▬ |
| ■ | ▌ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |
| ■ | ■ | ▬ | ▬ | ▬ |



| | | Project Pro Rel (phonetic) | Project Poirot | |
|---|---|---|---|---|
| 253 | 20 | | | Transcription error |

| | | | | |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 288 | 22 | -- "Xander programmatic premium | -- "Xander premium programmatic | Transcription error |
| 288 | 23 | That's correct. | That is correct. | Transcription error |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ▮ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |



I, Benneaser John, the witness hearin, having read the testimony of the pages of the 30(b)(6) deposition of Microsoft, do hereby certify it to be a true and correct transcript, subject to the corrections shown on the above pages.

Executed this 23rd day of October, 2023 at New York, New York.

BENNEASER JOHN

18