# Plaintiffs' Exhibit 14
# (Under Seal)