# Plaintiffs' Exhibit 15
# (Under Seal)