# Plaintiffs' Exhibit 16 (Redacted)

1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA

2

3    Civil Action No:  1:23-cv-00108-LMB-JFA
     _____

4    UNITED STATES, et al.,

5        Plaintiffs,

6    v.

7    GOOGLE LLC,

8        Defendant.
     _____

9

     CONFIDENTIAL VIDEOTAPED DEPOSITION OF TIM CRAYCROFT

10
                    August 15, 2023

11   _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 133

11        Q.  I know we talked about Quarter 2 2021
12   alone.  Has Google Display ads continued to grow even
13   after Quarter 2 of 2021?
14        A.  If I recall, yes, through the rest of
15   2021 and some of 2022.
16            These numbers are much higher than --
17   growth now, because this -- remember what was
18   happening in -- these are year-over-year numbers, and
19   remember what was happening in the world Q2 2020?  So
20   these are comparing to big drops the prior year.
21            So these growth rates are not
22   reflective of what's normal for the Display business.
23            The Display business this year is
24   declining modestly year over year.
25        Q.  What do you attribute that to?

16            MS. SESSIONS:  I'm sorry.  Can you just
17   ask that full question again, please?

Page 134

1         A.  Tough economy.  Less growth in
2   post-COVID of consumer digital behavior.  During
3   COVID, everyone went online, spent a lot more time
4   online.  So the supply side has stopped growing as
5   well at the rate that it did during COVID.
6         Q.  Has there been a change in consumer
7   behavior, meaning transitioning more to phone or
8   video?
9         A.  Yeah --
10            MS. SESSIONS:  Object to the form.
11        A.  Yeah.  We certainly see continued user
12   attention spent more in apps than on the web.

7         Q.  (By Mr. Freeman) Since you've been at
8   Google, to your knowledge, has Amazon developed and
9   implemented a AdX competitor?
10        A.  AdX, not DFP?
11        Q.  Correct.
12        A.  No.
13            There are -- anyway, there -- there are
14   many public job listings, even in the press
15   yesterday, for Amazon investing in building some sort
16   of publisher ad infrastructure.  But I don't know
17   exactly what it is.
18        Q.  Your information now about what Amazon
19   is doing is just publicly related information?
20        A.  Yep.
21        Q.  Do you remember particularly what
22   source that was that you read?
23        A.  It was just -- it was in trade press.
24   I don't know which one, but it's all just links to
25   the Amazon job site.

Page 137

[redacted]

7    Q.  Do you know how the price that they
8  agreed on was reached?
9    A.  No idea.
10    Q.  I know we talked about this, I think,
11  in the morning, about -- about last look.
12        Are you aware of whether Google ever
13  implemented last look?
14    A.  Nope.
15    Q.  Are you familiar with the term Admeld,
16  meaning A-d-m-e-l-d?
17    A.  It was a company, I believe, that
18  Google acquired.
19    Q.  Do you know why they acquired them?
20    A.  I don't remember.
21    Q.  Did that predate your time there?
22    A.  Yeah.
23    Q.  Do you know the term or project,
24  Project Bell, B-e-l-l?
25    A.  No, I don't.

Page 138

1    Q.  What about Project Poirot, meaning
2  P-o-i-r-o-t?
3    A.  I know I've seen that name.  I don't
4  know what it means, though.
5    Q.  Do you know the phrase "dynamic
6  allocation"?
7    A.  Yes.
8    Q.  What's your understanding of dynamic
9  allocation?
10    A.  I explained this in our prior session.
11  Large publishers monetize through a mix of direct
12  sold and then indirect demand that comes in through
13  the exchange.
14        The direct sold demand is typically a
15  contract to deliver a certain amount -- number of
16  impressions at a certain price.
17        Quite often, you'll have indirect
18  demand coming in from the exchange that's bidding
19  higher than those contracted fixed prices.  And there
20  will be cases where you will choose to serve the
21  lower-priced ad that was contractually committed
22  because it's contractually committed to deliver a
23  certain amount by a certain date, even though, if you
24  were to ignore that, the publisher could make more
25  money by letting in an ad from the exchange.

Page 139

1        There's a concept called pacing and
2  you -- for those direct sold demands that are
3  contractually committed, the ad server -- it says,
4  I've got a week to deliver a million impressions.
5  The advertiser wants them to deliver smoothly by day.
6  They don't want me to deliver seven days of
7  impressions in one day.  They want to spread them out
8  evenly.  So the ad server's keeping track of that.
9        And if something's under-pacing, so
10  we're behind schedule in delivering on that
11  contractual commitment, that potentially lower price
12  contracted fixed-price ad may serve instead of the
13  higher-priced ad that comes in from the exchange.
14        That's the dynamic allocation, rather
15  than a simple sorting of prices.
16    Q.  Are you familiar with the term
17  "realtime bidding"?
18    A.  Yes.
19    Q.  What does that mean?
20    A.  Realtime bidding is how ad exchanges
21  offer up the opportunity for many -- multiple buying
22  platforms, tens or hundreds, commonly, on every
23  single potential impression to bid for a potential
24  impression on a publisher website or app.
25    Q.  And I think you mentioned this in the

Page 140

1  morning, but was there a period of time where
2  auctions were done by what was commonly referred to
3  as "waterfall"?
4    A.  Yes.
5    Q.  Can you describe to me the difference
6  between realtime bidding versus waterfall?
7    A.  Realtime bidding is letting multiple
8  demand sources, many DSPs, and then the many, many
9  advertisers using those DSPs -- so it's hundreds,
10  thousands of advertisers -- to compete in parallel
11  for a given impression.
12        Whereas a waterfall is -- you would
13  take each demand source -- in the pre-DSP days, it
14  would be an ad network that had aggregated advertiser
15  demand -- and you would put them in the order you
16  think would -- who would most often pay the most for
17  ad impressions, and then the next most, the next
18  most.
19        And so if ad network A that you
20  scheduled first in mediation couldn't fill an ad
21  impression, the waterfall goes to the next one and
22  goes to the next one.  And the art and science of
23  that is learning what order to put them in.
24    Q.  Is waterfall still implemented today?
25    A.  I'm not aware of it in the web.



**Page 169**

(redacted)

**Page 170**

(redacted)

```
14        MR. FREEMAN:  That's all we have for
15  you today.  Thank you.
16        THE DEPONENT:  Okay.
17        MS. SESSIONS:  I just have one
18  follow-up question --
19        THE DEPONENT:  Shoot.
20        MS. SESSIONS:  -- for you.
21              EXAMINATION
22  BY MS. SESSIONS:
```

(redacted)

**Page 171**

```
1        MS. SESSIONS:  I have no additional
2   questions.
3        We would like to mark the transcript as
4   highly confidential pursuant to the protective order,
5   and we would like to read and sign, please.
6        MR. FREEMAN:  Okay.
7        THE VIDEOGRAPHER:  Going off the record
8   at 2:47.  This marks the end of Media 4 of 4.
9        The foregoing deposition was concluded
10  at the hour of 2:47 p.m.  Total time on the record
11  was 3 hours and 46 minutes.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 172**

```
1        I, Tim Craycroft, the deponent in the
2   above deposition, do hereby acknowledge that I have
3   read the foregoing transcript of my testimony, and
4   state under oath that it, together with any attached
5   Amendment to Deposition pages, constitutes my sworn
6   testimony.
7
8   _____  I have made changes to my deposition
9   _____  I have NOT made any changes to my deposition
10
11
                      _____
12                          Tim Craycroft
13
14
            Subscribed and sworn to before me this_____
15
      day of _____, 20_____.
16
17
18      My Commission expires: _____
19
20
                      _____
21                      Notary Public
22
                      _____
23                      Address
24
25
```

Page 173

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, Matthew R. Moss, a Registered Professional
 4    Reporter, Federal Certified Realtime Reporter, and
 5    Notary Public within and for the State of Colorado,
 6    commissioned to administer oaths, do hereby certify
 7    that previous to the commencement of the examination,
 8    the witness was duly sworn by me to testify the truth
 9    in relation to matters in controversy between the said
10    parties; that the said deposition was taken in
11    stenotype by me at the time and place aforesaid and
12    was thereafter reduced to typewritten form by me; and
13    that the foregoing is a true and correct transcript of
14    my stenotype notes thereof.
15         That I am not an attorney nor counsel nor
16    in any way connected with any attorney or counsel for
17    any of the parties to said action nor otherwise
18    interested in the outcome of this action.
19         My commission expires:  April 28, 2025.
20
21         Matthew Moss
22         MATTHEW R. MOSS
           Registered Professional Reporter
23         Federal Certified Realtime Reporter
           and Notary Public
24
25
```

HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF TIM CRAYCROFT

Case Name:      In Re: Google Antitrust Investigation

Dep. Date:      August 15, 2023

Deponent:       Tim Craycroft

| Page | Line | Correction | Reason for Correction |
|------|------|------------|-----------------------|

1

HIGHLY CONFIDENTIAL

| Page | Line | Correction | Reason for Correction |
|------|------|------------|-----------------------|



HIGHLY CONFIDENTIAL

| Page | Line | Correction | Reason for Correction |
|------|------|------------|----------------------|
| | | | |
| 126 | 5 | Change "of" to "at" | Transcription error |
| | | | |
| 160 | 6 | Change "define" to "explain" | Transcription error |
| 160 | 20 | Change "as well as" to "as well as things like" | Transcription error |
| 168 | 24 | Change "T-row" to "tROAS" | Transcription error |
| 169 | 3 | Change "on" to "to" | Transcription error |

3

HIGHLY CONFIDENTIAL

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: _____9/8/23_____         Signature: _____