# Plaintiffs' Exhibit 17
# (Under Seal)