# Plaintiffs' Exhibit 18
# (Under Seal)