# Plaintiffs' Exhibit 19
# (Under Seal)