# Plaintiffs' Exhibit 20
# (Under Seal)