**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>　　　　Plaintiffs, )<br>　　v. )<br>)<br>GOOGLE LLC, )<br>)<br>　　　　Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

**PLAINTIFFS' NOTICE OF FILING OF ADDITIONAL EXHIBITS IN SUPPORT OF OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby file the following additional exhibits that have been cited in their Opposition to Google's Motion for Summary Judgment, and referenced in the Declaration of Aaron Teitelbaum, ECF No. 656-1:

# EXHIBITS 21-40

These additional exhibits are included as attachments to this Notice.

Dated: May 17, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>CRAIG L. BRISKIN<br>ALVIN H. CHU<br>KATHERINE E. CLEMONS<br>ANDREW L. KLINE<br>VICTOR K. LIU<br>CHASE E. PRITCHETT<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |