# Plaintiffs' Exhibit 21
# (Under Seal)

# Plaintiffs' Exhibit 22

# (Under Seal)

# Plaintiffs' Exhibit 23
# (Under Seal)