# Plaintiffs' Exhibit 24
# (Redacted)

1

1

2    UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
3    ---------------------------------------X
     UNITED STATES OF AMERICA, et al,
4
                              PLAINTIFF,
5
             -against-
6
     GOOGLE LLC,
7
8                             DEFENDANT.

9    Civil 1:23-cv-00108
     ---------------------------------------X
10

11

12            DEPOSITION OF RYAN PAULEY

13              New York, New York

14          Wednesday, August 23, 2023

15

16

17

18   Reported by:

19   Rebecca Schaumloffel, RPR, CLR

20   JOB #:  2023-907960

21

22

23

24

25

Ryan Pauley - August 23, 2023

6

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | R. PAULEY                                          |
| 10:03AM | 2  | Does that make sense?                            |
| 10:03AM | 3  | A.    It does.                                   |
| 10:03AM | 4  | Q.    Okay.  Well, let me start by               |
| 10:04AM | 5  | asking you about your background.                |
| 10:04AM | 6  | Where were you born and raised?                  |
| 10:04AM | 7  | A.    I was born in Norristown,                  |
| 10:04AM | 8  | Pennsylvania, and raised in that area.           |
| 10:04AM | 9  | MS. SCHER:  Ryan, I'm going to                   |
| 10:04AM | 10 | ask you to just be a little bit louder           |
| 10:04AM | 11 | --                                               |
| 10:04AM | 12 | THE WITNESS:  Okay.                              |
| 10:04AM | 13 | MS. SCHER:  -- so that the                       |
| 10:04AM | 14 | people at the end of the table can               |
| 10:04AM | 15 | hear you.                                        |
| 10:04AM | 16 | THE WITNESS:  Sure.                              |
| 10:04AM | 17 | BY MR. VERNON:                                   |
| 10:04AM | 18 | Q.    Can you describe your educational          |
| 10:04AM | 19 | background?                                      |
| 10:04AM | 20 | A.    I attended Elon University for             |
| 10:04AM | 21 | undergraduate degree, and Georgetown             |
| 10:04AM | 22 | University for a master's degree.                |
| 10:04AM | 23 | Q.    What was your master's in?                 |
| 10:04AM | 24 | A.    Sports business.                           |
| 10:04AM | 25 | Q.    Okay.  And you work for Vox today;         |

Ryan Pauley - August 23, 2023

7

                              R. PAULEY

1

10:04AM   2    is that right?

10:04AM   3         A.    That's correct.

10:04AM   4         Q.    What is your current title at Vox?

10:04AM   5         A.    It's president of revenue and

10:04AM   6    growth.

10:04AM   7         Q.    And at a high level, what are your

10:04AM   8    responsibilities in your role today?

10:04AM   9         A.    I oversee all of the commercial

10:04AM  10    operations across our advertising,

10:04AM  11    subscription, commerce businesses, as well as

10:04AM  12    marketing, communications, events.

10:04AM  13         Q.    When did you start working at Vox?

10:04AM  14         A.    I started in 2011, April of 2011.

10:05AM  15         Q.    And was that before or after you

10:05AM  16    graduated college?

10:05AM  17         A.    Technically, it was before I

10:05AM  18    finished my master's degree at Georgetown,

10:05AM  19    after I had completed a degree at Elon.

10:05AM  20         Q.    When you started working at Vox,

10:05AM  21    how many employees did it have, roughly?

10:05AM  22         A.    About 40.

10:05AM  23         Q.    Okay.  So you were one of the

10:05AM  24    first ones?

10:05AM  25         A.    Yes.

Ryan Pauley - August 23, 2023

8

                              R. PAULEY

1

10:05AM  2      Q.    And can you just briefly describe

10:05AM  3  how your role and responsibilities at Vox

10:05AM  4  have evolved over time?

10:05AM  5      A.    Sure.  So when I started, there

10:05AM  6  was a very small company, as you noted, so I

10:05AM  7  started as a local sales intern, and

10:05AM  8  gradually have, sort of, taken on more

10:05AM  9  responsibility, started our programmatic

10:05AM  10  business in the early 2010s, oversaw ad

10:05AM  11  operations, pricing, yield, and then helped

10:05AM  12  launch the concert business in 2016.

10:06AM  13          I took over as chief revenue

10:06AM  14  officer in -- at the end of 2018, which

10:06AM  15  included, sort of, overseeing the sales, the

10:06AM  16  sales team, the creative studio, in addition

10:06AM  17  to, you know, other strategy operations

10:06AM  18  responsibilities, and within the last two

10:06AM  19  months, assumed the title of president.

10:06AM  20      Q.    Was that a promotion?

10:06AM  21      A.    It was.

10:06AM  22      Q.    Okay.  About how many years of

10:06AM  23  experience do you have at Vox with

10:06AM  24  programmatic display ads?

10:06AM  25      A.    I'd say about ten years, at least.

Ryan Pauley - August 23, 2023

9

1                      R. PAULEY

10:06AM   2        Q.    Okay.  And I'm just going to ask

10:06AM   3   you for the city.

10:06AM   4             Do you live in the New York metro

10:06AM   5   area?

10:06AM   6        A.    I live in South Salem, New York,

10:06AM   7   about an hour north of the city.

10:06AM   8        Q.    Okay.  And do you work primarily

10:06AM   9   in New York?

10:07AM  10        A.    I do.

10:07AM  11        Q.    Do you regularly work anywhere

10:07AM  12   other than New York?

10:07AM  13        A.    Only business travel, mostly in

10:07AM  14   the U.S.

10:07AM  15        Q.    Okay.  But setting business travel

10:07AM  16   aside, there is nowhere else, other than New

10:07AM  17   York, that you regularly work; is that right?

10:07AM  18        A.    That's correct.

10:07AM  19        Q.    Okay.  All right.  So let me start

10:07AM  20   with asking you some questions about AdX,

10:07AM  21   Google AdX, and then UPR.

10:07AM  22             Does that make sense?

10:07AM  23        A.    Yes.

10:07AM  24        Q.    Today, approximately what

10:07AM  25   percentage of Vox's programmatic display

10

```
 1                  R. PAULEY
 2   revenue comes from Google AdX?
 3        A.    Today, it's about -- probably in
     ████████████████████████████
 5        Q.    Okay.  How does that percentage
 6   compare to the percentage for the next
 7   largest exchange?
 8        A.    I don't know the specifics, but
 9   it's meaningfully larger than the next
10   closest.
11        Q.    Can you give a ballpark of about
12   how much larger AdX is compared to the next
13   largest exchange for programmatic display?
14             MS. VISSICHELLI:  Objection to
15        form.
16        A.    I think the next largest would be
     ████████████████████████████
18        Q.    Okay.  For Open Auction display
19   ads -- well, let me ask you this:  What is a
20   take rate in the context of display ads?
21        A.    What is a take rate; is that the
22   question?
23        Q.    Yeah.
24        A.    For an SSP, it would be the rev
25   share that the SSP takes prior to the net
```

11

```
                         R. PAULEY
 1
 2   revenue that the publisher makes.
 3        Q.    Is the take rate effectively the
 4   price that an SSP or exchange charges Vox?
 5             MS. VISSICHELLI:  Objection to
 6        form.
 7        A.    I would say it's the percentage of
 8   the -- of a CPM that the SSP is taking prior
 9   to it getting to the publisher.
10        Q.    Okay.  For Open Auction display
11   ads, how do Google AdX's take rates compared
12   to the take rates of other exchanges?
13             MS. VISSICHELLI:  Objection to
14        form.
15        A.    They are generally higher,
16   particularly for the Open Auction.
17        Q.    And when you say, "they are
18   generally higher," do you mean AdX's take
19   rates are higher than other exchanges' take
20   rates or the other exchanges' take rates are
21   higher?
22             MS. VISSICHELLI:  Objection to
23        form.
24        A.    AdX's are higher.
25        Q.    Okay.  And do you know, roughly,
```

Ryan Pauley - August 23, 2023

```
                                                        12
1                        R. PAULEY
2    how they compare?
3         A.    The -- there is a range, as you
4    might imagine, from other partners, but AdX
5    takes a 20 percent rev share of the Open
6    Auction, and others range between anywhere
7    from 5 to 15 percent.
8         Q.    Has Vox tried to negotiate for a
9    lower Open Auction take rate from AdX?
10        A.    We have.
11        Q.    And when Vox has tried to
12   negotiate for a lower Open Auction AdX take
13   rate, what happened?
14        A.    Nothing.  The take rate stayed --
15   the AdX take rate stayed the same.
16        Q.    Based on your -- were you involved
17   in those negotiations?
18        A.    Not directly, no.
19        Q.    Did you manage those negotiations?
20        A.    Managed, yeah.
21        Q.    Okay.  Based on your experience
22   and your involvement in managing them, why
23   has Vox not been able to negotiate for a
24   lower take rate for Open Auction from AdX?
25              MS. VISSICHELLI:  Objection to
```

Ryan Pauley - August 23, 2023

13

                         R. PAULEY

1

2     form.

3          A.    My opinion is that there is -- we

4     have -- we, Vox Media, has limited leverage

5     in those negotiations.

6          Q.    By "those negotiations," are you

7     referring to negotiations with AdX for take

8     rates?

9          A.    Specifically for take rates with

10    AdX, yes.

11         Q.    Why do you believe that Vox has

12    limited leverage when it's negotiating for

13    lower take rates with AdX?

14         A.    Because there is no -- at Vox, we

15    don't currently have any reasonable

16    alternatives to -- for where the Open Auction

17    revenue would otherwise go, if not through

18    AdX.

19         Q.    Why is that?

20         A.    My opinion is that AdX has the

21    largest -- the largest share of Open Auction

22    demand, and, thus, are able to deliver the

23    most amount of revenue at competitive prices,

24    competitive CPMs.

25         Q.    How do negotiations with Google's

Ryan Pauley - August 23, 2023

14

```
1                    R. PAULEY
2   AdX compare to negotiations with other
3   exchanges?
4             MS. VISSICHELLI:  Objection to
5        form.
6        A.   We have -- we have been able to
7   negotiate more favorable rev shares for Vox
8   Media from other partners, typically.
9        Q.   Have you also managed those
10  negotiations?
11       A.   Yes.  Again, not directly involved
12  but managed.
13       Q.   Okay.  Why is it that Vox has been
14  able to negotiate lower rev shares from
15  exchanges that were not AdX, but not been
16  able to negotiate a lower Open Auction rev
17  share for AdX?
18             MS. VISSICHELLI:  Objection to
19        form.
20       A.   In my opinion, I don't know the
21  direct motivations of any other SSPs.  But in
22  my opinion, the -- there is -- we have other
23  alternatives for, you know, SSPs that drive a
24  smaller amount of Open Auction display
25  revenue.
```

19

```
1                    R. PAULEY
2      Q.    Okay.  How did Vox use price
3  floors before UPR?
4           MS. VISSICHELLI:  Objection to
5      form.
```

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████

████████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████████

██████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

```
18     Q.    And what is UPR, just at a very
19  high level?
20     A.    Unified pricing rules was a change
21  that Google rolled out to institute, as is
22  evident in the name, sort of, one price floor
23  for all -- all programmatic partners.
24     Q.    How, if at all, did UPR affect
25  Vox's ability to set different price floors
```

```
1                      R. PAULEY
2   for different exchanges?
3        A.    It negated the ability to set
4   different price floors for different
5   exchanges.
6        Q.    I think a minute ago you said that
```

███████████████████████████████████████

███████████████████████████████████

```
9   revenue.
10            Do I remember that correctly?
11       A.    That's correct.
12       Q.    Let me ask you some questions
13  about how that's changed over time.
14            Does that make sense?
15       A.    Sure.
16       Q.    Let me take you a little farther
17  back in time first.
18            How did AdX's share of Vox's
19  programmatic display revenue change between
20  before header bidding was popularized and
21  after header bidding was popularized?
22            MS. VISSICHELLI:  Objection to
23       form.
24       A.    I'm sorry, can you repeat the
25  question.
```

21

```
1                    R. PAULEY
2        Q.    Sure.
3              How did AdX's share of -- just at
4    a high level, how did AdX's share of Vox's
5    programmatic revenue change from before
6    header bidding was popularized to after
7    header bidding was popularized?
8              MS. VISSICHELLI:  Same
9        objection.
10       A.    I don't have the specific
11   percentages, but, generally, AdX's share
12   decreased as header bidding became more
13   prominent.
14       Q.    And what impact, if any, did UPR
15   have on AdX's share of Vox's programmatic
16   display revenue?
17             MS. VISSICHELLI:  Objection to
18       form.
19       A.    Post-UPR rollout, AdX's share
20   increased.
21       Q.    And do you have a ballpark sense
22   of how big that increase was?
23       A.    If I recall correctly, I think it
```

████████████████████████████████████

████████████████████████████████████

22

1                          R. PAULEY

2     after.

3          Q.    Okay.  Are you involved either

4     personally or in a management capacity in Vox

5     doing, sort of, deals with exchanges?

6               MS. VISSICHELLI:  Objection to

7          form.

8          A.    Yes, through primarily a

9     management capacity.

10         Q.    And can you describe the deals

11    that Vox would do with -- with an exchange?

12              MS. VISSICHELLI:  Objection to

13         form.

14         A.    We would do a deal outlining

15    different take rates, different rev shares

16    for different deal types for all inventory or

17    different segments of inventory.

18         Q.    At a high level, what were the

19    goals for those deals?

20         A.    Revenue -- revenue maximization.

21         Q.    To what extent were Vox's deals

22    with exchanges designed to give those

23    exchanges a higher share of Vox's display

24    inventory?

25              MS. VISSICHELLI:  Objection to

Ryan Pauley - August 23, 2023

23

R. PAULEY

1
2     form.
3     A.    The -- I guess by default, the
4   intention was to increase their share or give
5   them a share if they were not a partner
6   previously.  Ultimately, what we were trying
7   to optimize was the most -- the highest
8   possible price for any individual piece of
9   inventory.
10    Q.    Would those deals have shifted
11  shares from AdX to other exchanges?
12          MS. VISSICHELLI:  Objection to
13     form.
14    A.    Potentially, in certain cases.
15    Q.    Since there is an objection, let
16  me try reasking that question.
17          For the deals that Vox did with
18  other exchanges, to what extent would those
19  deals have potentially resulted in share
20  shifting from AdX to the other exchange?
21          MS. VISSICHELLI:  Objection to
22     form.
23    A.    They -- certain deals could have
24  resulted in -- in share moving away from AdX,
25  but not necessarily exclusively in every

Ryan Pauley - August 23, 2023

```
                                                    24
 1                    R. PAULEY
 2   case.
 3        Q.    Why would Vox do a deal with
 4   another exchange that could have the
 5   potential to shift share from AdX to that
 6   other exchange?
 7             MS. VISSICHELLI:  Objection to
 8        form.
 9        A.    If we could generate more revenue
10   for certain pieces of inventory.
11        Q.    Is part of that shifting to an
12   exchange with a lower take rate?
13        A.    It could be in certain cases, yes.
14        Q.    Going back to UPR, what impact, if
15   any, did UPR have on Vox's incentive to do
16   deals with exchanges other than AdX?
17        A.    I don't know if it had any
18   incentive or disincentive on -- on doing
19   deals with any other exchange or partner.  I
20   think it had -- it limited the revenue upside
21   of certain deals, potentially.
22        Q.    Would limiting the revenue --
23   would UPR's limit on the revenue upside
24   affect those deals in any way?
25             MS. VISSICHELLI:  Objection to
```

Ryan Pauley - August 23, 2023

25

```
1                      R. PAULEY
2         form.
3         A.    It would affect the deals insofar
4    as we may generate less revenue from certain
5    deals or certain partners than we either had
6    previously or would have expect to --
7    expected to prior to UPR.
8         Q.    And would that be good or bad for
9    Vox?
10             MS. VISSICHELLI:   Objection to
11        form.
12        A.    That would be bad.
13        Q.    Okay.  So let me see if I can go
14   back.
15             So what impact, if any, would UPR
16   have on Vox's deals with exchanges other than
17   AdX?
18        A.    Limit revenue potential would be
19   my general assessment.
20        Q.    Okay.  And what impact would that
21   have on Vox, if any?
22        A.    Limit the revenue opportunity for
23   Vox.
24        Q.    Okay.  So I think before -- one
25   thing that you said was, after header bidding
```

Ryan Pauley - August 23, 2023

```
                                                    26
 1                    R. PAULEY
 2    was popularized, AdX's share of Vox's
 3    programmatic display revenue went down to
 4    some degree; is that right?
 5              MS. VISSICHELLI:  Objection to
 6         form.
 7         A.    Sorry, can you repeat that.
 8         Q.    Sure.
 9              After header bidding was
10    popularized, I think you said before that
11    AdX's share of Vox's programmatic display
12    revenue went down to some extent; is that
13    correct?
14              MS. VISSICHELLI:  Objection to
15         form.
16         A.    That's correct.
17         Q.    And I take it, it's also fair to
18    assume that header bidding's share went up?
19              MS. VISSICHELLI:  Objection to
20         form.
21         A.    That would be correct.
22         Q.    When some share of Vox's
23    programmatic display revenue shifted from AdX
24    to header bidding, was that good or bad for
25    Vox?
```

260

1                       R. PAULEY

2        everyone else for being here today.

3             THE WITNESS:  Thank you, all.

4             THE VIDEOGRAPHER:  The time is

5        5:55 p.m.  We are off the record.

6

7             (Whereupon, at 5:55 p.m., the

8        Examination of this Witness was

9        concluded.)

10

11        _____

12                 RYAN PAULEY

13   Subscribed and sworn to before me
     this _____ day of _____, 2023.

14   _____

15             NOTARY PUBLIC

16

17

18

19

20

21

22

23

24

25

263

1

2       C E R T I F I C A T E

3

4   STATE OF NEW YORK       )
                           :  SS.:
5   COUNTY OF NASSAU        )

6

7          I, REBECCA SCHAUMLOFFEL, a Notary

8   Public for and within the State of New York,

9   do hereby certify:

10          That the witness whose examination

11  is hereinbefore set forth was duly sworn and

12  that such examination is a true record of the

13  testimony given by that witness.

14          I further certify that I am not

15  related to any of the parties to this action

16  by blood or by marriage and that I am in no

17  way interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto

19  set my hand this 24th day of August, 2023.

20  _____

21          REBECCA SCHAUMLOFFEL

22

23

24

25

UNITED STATES DISTRICTUNITED COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al, | : | Case No. 1:23-cv-00108 |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| - against - | : | |
| | : | |
| GOOGLE LLC, | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

### Errata for August 23, 2023 Ryan Pauley Deposition Transcript

| Page | Line | Change From | Change To | Reason |
|---|---|---|---|---|
| 26 | 7 | that. | that? | Transcription error |
| 37 | 9 | exists | exist | Transcription error |
| 43 | 23 | Vox media | Vox Media | Transcription error |
| 44 | 16 | publisher | publishers | Transcription error |
| 57 | 23 | revenues | revenues' | Transcription error |
| 60 | 20-21 | open Auction | Open Auction | Transcription error |
| 61 | 15 | How Many | how many | Transcription error |
| 112 | 13 | plans | plan | Transcription error |

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 128 | 11 | SP | SB | Transcription error |
| 200 | 11 | Fox | Vox | Transcription error |

I have read the transcript of my deposition, which took place on August 23, 2023, and subscribe to its accuracy, except for the corrections and amendments noted above.

*Ryan Pauley*

Ryan Pauley

State of Texas; County of Harris

Subscribed and sworn
to before me this

___25th___ day of ___October___ , 2023

*Courtney Jones* Courtney Jones   07/11/2027

Notary Public

**NOTARY PUBLIC · STATE OF TEXAS**

Courtney Jones

ID NUMBER
13444822-1
COMMISSION EXPIRES
July 11, 2027

Notarized online using audio-video communication

2