# Plaintiffs' Exhibit 25
# (Under Seal)