# Plaintiffs' Exhibit 32
# (Redacted)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF GABRIEL WEINTRAUB IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

Gabriel Weintraub, PhD., being duly cautioned, declares as follows:

1. I am over 21 years old and am competent to testify about the matters in this Declaration based on my personal knowledge.
2. Attached hereto as Exhibit A is a true and correct copy of the December 22, 2023, Expert Report of Gabriel Weintraub, PhD, along with associated errata. Attached hereto as Exhibit B is a true and correct copy of the February 13, 2024, Expert Rebuttal Report of Gabriel Weintraub, PhD, along with associated errata.
3. I authored the attached Expert Reports identified in Item (2) above and understood at the time I signed them that they were being prepared for use in this litigation. I am prepared to testify at trial, under oath, to the matters set forth in these reports. My statements set forth in these reports, as modified by associated errata, are true and correct to the best of my knowledge.
4. The exhibits attached to the reports described in Item (2) are true and correct copies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements in this Declaration are true and correct.

Dated: 5/10/2024

Signed: ______________________

Gabriel Weintraub, PhD.

City and Country: Santiago, Chile

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

United States of America, *et al.*,

**Plaintiffs,**

**v**

Google LLC,

**Defendant.**

**Case No. 1:23-cv-00108**

**HON. LEONIE H. M. BRINKEMA**

EXPERT REPORT OF

**GABRIEL WEINTRAUB, PH.D.**

**DECEMBER 22, 2023**

211. Lastly, as I discuss next in Section VI.C.1, Google implemented a program called Project Poirot, which reduced DV360's bids into exchanges that "[REDACTED]" starting in 2017.[491] As discussed above, in the dynamic region, AdX used sell side dynamic revenue sharing to charge advertisers a different amount depending on their exact bids. As a result, AdX was not a true second price auction due to sell side dynamic revenue sharing, and absent alterations to sell side dynamic revenue sharing or Project Poirot, the former may have triggered Project Poirot to shade DV360's bids into AdX. However, Google implemented sell side dynamic revenue sharing in a way that AdX could avoid triggering Project Poirot, which would have resulted in DV360 reducing its bids submitted to AdX as well. In particular, Google documents indicate that around 2016, Google [REDACTED] DV360 from Sell Side DRS V1, and that Google did not plan to activate Sell Side DRS V2 for DV360.[492] Further, Google documents indicate that tDRS's design s[REDACTED][493] Google's integration between the sell side and buy side was critical to execute these strategies. Furthermore, without knowing the details of both sell side dynamic revenue sharing and Project Poirot, Google's rivals did not have the same opportunity to work around Project Poirot in their auction design.

### VI.B.2. Impact of Google's Sell Side Dynamic Revenue Sharing on Rival Exchanges' Scale

212. [REDACTED]

491 [REDACTED] *see also*, Ravi Report, Section III.D.2.a.

492 [REDACTED]

493 [REDACTED]



494

495

496

497 *See also*, "Line item types and priorities," Google Ad Manager Help, Google, accessed December 17, 2023, https://support.google.com/admanager/answer/177279 ("House line items only serve when no remnant line items (Network, Bulk, Price Priority), Ad Exchange or Open Bidding demand are available to serve.").

498



213. 

214. As I did in Sections VI.A.2 ("last look"), I use Google's experiments to estimate the potential effect of sell side dynamic revenue sharing on rival exchange scale.

499

500

501

215. ███████████████████████████████

216. ███████████████████████████████





[redacted]

217. [redacted]

508 [redacted]

509 [redacted]

510 [redacted]



**TABLE 3: EFFECTS OF SELL SIDE DYNAMIC REVENUE SHARE ON RIVAL EXCHANGES**

| [redacted] | [redacted] | | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Sources and Notes: [redacted]

218. [redacted]

**TABLE 4: EFFECTS OF SELL SIDE DYNAMIC REVENUE SHARE ON RIVAL EXCHANGES – GAM JUNE 2023 ANALYSIS**

Sources and Notes:

219. Google's sell side dynamic revenue sharing in conjunction with "last-look" likely harmed advertisers by making suboptimal matches, in particular advertisers bidding through rival exchanges that are less likely to win. Specifically, sell side dynamic revenue sharing would yield suboptimal matches because AdX's buyer can win despite its lower valuation than a competing exchange's buyer. In addition, AdX's buyer can win because of AdX's last look advantage working through sell side dynamic revenue sharing and not because of its valuation of impressions. There could also be distributional effects for advertisers if some buyers tend to participate in more competitive auctions and others tend to participate in more non-competitive auctions.

[redacted]

220. [redacted] Recall that in first price auctions, it is optimal for bidders to reduce their bids (Section II.A.1). [redacted]

221. [redacted]

511 *See* Ravi Report, Section III.D.4.; [redacted]

512 *See* Ravi Report, Section III.D.2.; [redacted]

513 *See* Ravi Report, Section III.D.4.; [redacted]

514 *See* Ravi Report, Section III.D.2.; [redacted]

515 [redacted]

516 [redacted]



[redacted]

222. [redacted]

---

[redacted]

517 [redacted]

518 [redacted]

519 *See* Ravi Report, Section III.D.2. ; [redacted]

520 [redacted]

521 [redacted]

223. [redacted]

224. [redacted]

---

522 *See* Ravi Report, Section III.D.2.

523 [redacted]

524 *See* Ravi Report, Section III.D.2. [redacted] *See* Ravi Report, Appendix F.1.

525 [redacted]

526 *See* Ravi Report, Appendix F.1; [redacted]

527 [redacted]

528 *See* Ravi Report, Appendix F.2.

[redacted]

225. Because Google owns both DV360 and AdX, Google had a particular incentive to reduce bids into rival exchanges and in that way provided AdX with an advantage. [redacted] Therefore, to the extent that Poirot resulted in DV360's bids on rival exchanges falling beneath those exchanges' price floors, AdX benefitted from Poirot, and rival exchanges were harmed by it.

226. [redacted]

---

529 *See* Ravi Report, Section III.D.2.a. and Appendix F.2; [redacted]

530 *See* Ravi Report, Section III.D.2.

531 *See* Ravi Report, Section III.D.2.c.; [redacted] *See also*, Ravi Report, Section III.D.2.a.

532 *See* Ravi Report, Section III.C.; [redacted]

533 *See* Ravi Report, Section III.A.2 and Appendix C.5; [redacted]

534 *See* Ravi Report, Section III.D.1.; [redacted]



### VI.C.2. Impact of Project Poirot on Rival Exchanges' Scale

227.

[535] *See* Ravi Report, Section III.D.4. and Section III.C.3..

[536]

[537] *See* Ravi Report, Section III.D.;

[538] *See* GOOG-AT-MDL-007393625

[539] *See* Ravi Report,

[540]

Gabriel Weintraub, Ph.D.

December 22, 2023

**Expert Report of Gabriel Weintraub (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|---|---|---|---|---|---|
| 7 | 16 | 6 | "ad.spend" | "ad spend" | Typo |
| | | | | | |
| | | | | | |
| 11 | 22 | 10 | "See, e.g., "Internet Advertising Revenue Report," PwC, iab, April 2023, https://www.iab.com/wpcontent/ uploads/2023/04/IAB_PwC_Internet_Advertising_Revenue_Report_2022.pdf" | "See, e.g., "Internet Advertising Revenue Report," PwC, iab, April 2023, https://www.iab.com/wpcontent/ uploads/2023/04/IAB_PwC_Internet_Advertising_Revenue_Report_2022.pdf, **at 15**" | Clarification |
| 12 | 25 | . | "The tools to run RTB auctions for the purchase and sale of online display ads **is** called…" | "The tools to run RTB auctions for the purchase and sale of online display ads **are** called…" | Typo |
| 17 | 33 | 41 | "(e.g., the average spend for each conversion should not exceed a pre-specified target)."")." | "(e.g., the average spend for each conversion should not exceed a pre-specified target).") **(emphasis in original)**." | Clarification |
| 19 | 34 | 47 | "at 39**68**" | "at 39**52**" | Correction |
| 23 | 43 | 71 | "using machine algorithms" | "using machine **learning** algorithms" | Clarification |
| 24 | 44 | 77 | "no. 1 (**2014**)" | "no. 1 (**2015**)" | Typo |
| 25 | 46 | 88 | "EC '22: Proceedings of the **2023** ACM Conference on Economics and Computation **2023**" | "EC '22: Proceedings of the **23rd** ACM Conference on Economics and Computation" | Typo |
| 25 | 46 | 88 | "no. 1 (**2023**)" | "no. 1 (**2022**)" | Typo |
| 25 | 46 | 90 | "EC '22: Proceedings of the **2023** ACM Conference on Economics and Computation **2023**" | "EC '22: Proceedings of the **23rd** ACM Conference on Economics and Computation" | Typo |
| 25 | 46 | 90 | "no. 1 (**2023**)" | "no. 1 (**2022**)" | Typo |
| 26 | 46 | 90 | "(2023): 1–35, at 6" | "(2023): 1–35, at 6**–7**" | Clarification |
| 26 | 46 | 91 | "EC '22: Proceedings of the **2023** ACM Conference on Economics and Computation **2023**" | "EC '22: Proceedings of the **23rd** ACM Conference on Economics and Computation" | Typo |
| 26 | 46 | 91 | "no. 1 (**2023**)" | "no. 1 (**2022**)" | Typo |
| 26 | 47 | 93 | "See Lee Report, Section II.C.3. **and Section II.C.3.**, explaining…" | "See Lee Report, Section II.C.3., explaining…" | Typo |
| 28 | 51 | . | "Google Ad Manager ("GAM"), which includes a publisher ad **server, and** an ad exchange/SSP." | "Google Ad Manager ("GAM"), which includes a publisher ad **server and** an ad exchange/SSP." | Typo |
| 32 | 59 | 132 | "$\beta^1(x)$" | "$\beta^I(x)$" | Typo |
| 36 | 68 | 143 | "("we use the *market thickness* to represent the average number of ads competing for user impressions on an online advertising platform.") **(emphasis in original)**;" | "("we use the *market thickness* to represent the average number of ads competing for user impressions on an online advertising platform.");" | Correction |
| | | | | | |
| 38 | 70 | 154 | "**955**–1025" | "**965**–1025" | Typo |
| 38 | 70 | 157 | "**955**–1025" | "**965**–1025" | Typo |
| | | | | | |
| | | | | | |
| 56 | 93 | 225 | "1849–1864, at **1850**" | "1849–1864, at **1851**" | Typo |
| 60 | 98 | 243 | "209–218, at **217**" | "209–218, at **209**" | Correction |
| 60 | 98 | 244 | "209–218, at **217**" | "209–218, at **216**" | Correction |
| 63 | 101 | 258 | "24:8–26:**14**" | "24:8–26:**6**" | Clarification |
| | | | | | |
| 64 | 102 | 261 | "(Cambridge: MIT Press, **2021**)" | "(Cambridge: MIT Press, **2020**)" | Typo |
| 64 | 102 | 262 | "(Cambridge: MIT Press, **2021**)" | "(Cambridge: MIT Press, **2020**)" | Typo |
| 64 | 102 | 263 | "(Cambridge: MIT Press, **2021**)" | "(Cambridge: MIT Press, **2020**)" | Typo |
| 66 | 104 | 269 | "and 189**–190**" | "and 189" | Clarification |

**Expert Report of Gabriel Weintraub (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|---|---|---|---|---|---|
| 68 | 109 | 279 | "at 3933" | "at 3933–**3934**" | Clarification |
| 68 | 109 | 279 | "(2017): 500–522." | "(2017): 500–522**, at 500, 510**." | Clarification |
| 70 | 112 | 284 | "**23:6**–24:6" | "**24:1**–24:6" | Clarification |
| 70 | 112 | . | "John Gentry of OpenX named personnel costs alongside infrastructure costs, and real estate costs as costs that need **to covered** in order to have the "ability to invest and grow the business."" | "John Gentry of OpenX named personnel costs alongside infrastructure costs and real estate costs as costs that need **to be covered** in order to have the "ability to invest and grow the business."" | Typo |
| 71 | 113 | 286 | "(09/09/2023)" | **No Date** | Correction |
| 73 | 115 | 296 | "247:17–248:**19**" | "247:17–248:**7**" | Clarification |
| 84 | 130 | 313 | "based on the analysis in **Professor Robin Lee's office**." | "based on the analysis in **the Lee Report**." | Clarification |
| 115 | 169 | 396 | "189:5–190:**18**" | "189:5–190:**3**" | Clarification |
| 146 | 220 | . | "Recall that in first price auctions, it is optimal for bidders to reduce their bids (Section **II.A.1**)." | "Recall that in first price auctions, it is optimal for bidders to reduce their bids (Section **II.C.1**)." | Typo |
| 152 | 229 | 552 | "Deposition of John Gentry (OpenX), October 26, 2023, 21:15–21:22 ("Q. How, if at all, did the decrease in spending by DV360 on OpenX affect OpenX?...THE WITNESS: It was a devastating impact to the company, resulting in severe financial consequences. We had to execute a large layoff in December of 2018 and had a lot of negative effects as a result of that.")." | Switch with text in footnote 553. | Correction |

**Expert Report of Gabriel Weintraub (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|---|---|---|---|---|---|
| 152 | 229 | 553 | "Deposition of John Gentry (OpenX), October 26, 2023, 22:17–23 ("Our revenues went from - we were about [REDACTED] in 2017; 2018 we were about [REDACTED] because the first half of the year was strong; in 2019, we were down to about [REDACTED]; and in 2020, the combination of difficulties we had had plus COVID took us down to about [REDACTED] in net revenue in 2020.")." | Switch with text in footnote 552. | Correction |
| 152 | 229 | . | "The CEO of OpenX, John Gentry, testified that OpenX's revenues fell from [REDACTED] in 2017 to [REDACTED] 2019." | "The CEO of OpenX, John Gentry, testified that OpenX's revenues fell from [REDACTED] in 2017 to [REDACTED] 2019." | Typo |
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
| C-1 | 3.a.ii. | 3 | "Letter from David R. Pearl to **Kelly Garcia**, September 8, 2023, 2." | "Letter from David Pearl to **Michael Freeman**, September 8, 2023, 2." | Correction |
| D-10 | 22 | 17 | "Letter from Julie Elmer to John Hogan, August 19, 2022, 5–6**\|8** (" | "Letter from Julie Elmer to John Hogan, August 19, 2022, 5–6 (" | Typo |
| [REDACTED] | [REDACTED] | | [REDACTED] | [REDACTED] | [REDACTED] |
| E-2 | 2 | . | "exchanges' bids **have the same variance** that is characterized **by the spread parameter**" | "exchanges' bids **have variance** that is characterized **by the same spread parameter**" | Clarification |
| E-21 | 42 | 21 | "Letter from David Pearl to Michael J. Freeman, July 28, 2023 (" | "Letter from David Pearl to Michael J. Freeman, July 28, 2023**, 2** (" | Clarification |
| F-2 | 3 | 5 | "John Rice, "11.2 Comparing Two Independent Samples", in Mathematical Statistics and Data Analysis, 3rd ed. (Duxbury: Thomson Brooks/Cole, 2007)." | "John Rice, "11.2 Comparing Two Independent Samples", in Mathematical Statistics and Data Analysis, 3rd ed. (Duxbury: Thomson Brooks/Cole, 2007)**, 421–444**." | Clarification |
| F-5 | 11 | 12 | ("Rule of Thumb[:] The basic formula is n=16/Δ^2 (2.3)."). | ("Rule of Thumb[:] The basic formula is n=16/Δ^2 (2.3) **where Δ=(μ_0-μ_1)/σ=δ/σ (2.4)**."). | Clarification |
| F-5 | 11 | 12 | N/2=16 ( p_p (1-p_p))/(p_1-p_0 ) | N/2=16 ( p_p (1-p_p))/(p_1-p_0 )**^2** | Correction |

[signature]

January 13, 2024

**Expert Report of Gabriel Weintraub (December 22, 2023)--Supplemental Errata**

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |

February 23, 2024