# Plaintiffs' Exhibit 33
# (Under Seal)

# Plaintiffs' Exhibit 34
# (Under Seal)

# Plaintiffs' Exhibit 35

# (Under Seal)

# Plaintiffs' Exhibit 36
# (Under Seal)

# Plaintiffs' Exhibit 37
# (Under Seal)

# Plaintiffs' Exhibit 38
# (Under Seal)

# Plaintiffs' Exhibit 39
# (Under Seal)

# Plaintiffs' Exhibit 40
# (Under Seal)