# Plaintiffs' Exhibit 41

# (Under Seal)

# Plaintiffs' Exhibit 42
# (Under Seal)

# Plaintiffs' Exhibit 43
# (Under Seal)

# Plaintiffs' Exhibit 44
# (Under Seal)

# Plaintiffs' Exhibit 45
# (Under Seal)