# Plaintiffs' Exhibit 47

# (Under Seal)

# Plaintiffs' Exhibit 48
# (Under Seal)

# Plaintiffs' Exhibit 49
# (Under Seal)

# Plaintiffs' Exhibit 50
# (Under Seal)

# Plaintiffs' Exhibit 51
# (Under Seal)

# Plaintiffs' Exhibit 52
# (Under Seal)

# Plaintiffs' Exhibit 53
# (Under Seal)