# Plaintiffs' Exhibit 54
# (Redacted)

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

---

*JOHN GENTRY*

*October 26, 2023*

---



Page 10

1    Q.   Yeah, just if I ask you a question and you
2  realize that you learned something in preparation
3  for your deposition that really isn't based on your
4  own personal experience but instead it's based on
5  someone else at OpenX's knowledge and you feel that
6  it's responsive to my question, then just say -- you
7  know, describe what I've just said.  Say it's within
8  someone else's knowledge.
9    A.   Okay.
10   Q.   And we'll kind of take it from there.
11        Does that make sense?
12   A.   Yeah.
13   Q.   Do you understand that the information you
14 provide during this deposition may be used by the
15 Department of Justice in other civil, criminal,
16 administrative, or regulatory cases or proceedings?
17   A.   Yes.
18   Q.   Let me ask you about your background.
19        Where were you born and raised?
20   A.    I was born in Los Angeles, California, and
21 I grew up in Palos Verdes, California, Palos Verdes
22 Estates.
23   Q.   Can you describe your educational
24 background?
25   A.   Sure.  High school here in the local

Page 11

1  community, Palos Verdes Estates.  I went to college
2  for two years at UC Santa Barbara, two years at
3  UCLA.  Graduated from UCLA.  And then I got my
4  master's in business from the Kellogg School at
5  Northwestern.
6    Q.   And you are the CEO of OpenX; is that
7  right?
8    A.   Yes.
9    Q.   Can you briefly describe, at a high level,
10 what OpenX is.
11   A.   OpenX is a global ad exchange, would be the
12 simple description of it.
13   Q.   And what is an ad exchange, just at a high
14 level?
15   A.   Okay.  So what we do is we support
16 publishers and their ability to sell their
17 inventory.  We do that by aggregating publisher
18 demand from across thousands of publishers.  They
19 will send ad requests to us when a given page on
20 their website or app opened, also potentially in a
21 CTV app as well.
22        At that point, we will then take those ad
23 requests and submit those through and federate those
24 out to a lot of what we call DSPs, demand-side
25 partners, who also have technology and algorithms

Page 12

1  that allow them to bid on behalf of advertisers to
2  place an advertisement in that space.
3    Q.   Okay.  As CEO of OpenX, what are your main
4  responsibilities?
5    A.   My main responsibilities are for everything
6  at the company.  You know, the classic CEO
7  responsibilities would be strategy, funding, people,
8  culture.
9    Q.   And can you describe sort of your
10 background at OpenX, meaning the other positions you
11 held prior to becoming CEO?
12   A.   Sure.  I joined OpenX originally as a
13 consultant in early 2012.  I believe it was either
14 February or March.  I became full-time in
15 September 1st of 2013 as president of the company.
16 I had responsibility for everything other than
17 finance, legal, HR, comms.
18        And then I became the CEO of the company in
19 February of 2020.
20   Q.   I'd like to ask you some questions about
21 the publisher ad service business.
22        Is that okay?
23   A.   Sure.
24   Q.   What was OpenX's first product?
25   A.   First product was an ad server.

Page 13

1  Originally, it was an open source ad server when the
2  company was founded before I was there, and then
3  they took that with the intention of turning it into
4  a for-pay ad server and run a, you know, for-pay ad
5  server into the marketplace.  Again, before I was
6  there.
7    Q.   Does OpenX still operate a publisher ad
8  server today?
9    A.   No, we don't.
10   Q.   And just roughly, when did OpenX stop
11 operating a publisher ad server?
12   A.    I think we started winding it down and
13 recognizing the essential challenges as early as
14 2015.  I believe we wound it down in 2018, 2019.
15 There was kind of a piece-by-piece process to that.
16   Q.   When OpenX competed in the publisher ad
17 server business, which company had the largest
18 publisher ad server?
19   A.    Google.
20   Q.   And what was Google's publisher ad server
21 known as?
22   A.    DFP, DoubleClick for Publishers.
23   Q.    If a publisher used a publisher ad server
24 other than Google's DFP, how much access did they
25 have to AdX?

Page 18

1          MS. LEE:  Objection to form.
2          THE WITNESS:  Because of the fact that
3    they've got access, sole access to the massive
4    amounts of demand represented by AdX which is a
5    combination of the Google Ads ad network -- Google
6    Ads network, and also the DV360 demand.
7    BY MR. VERNON:
8       Q.   Why, if at all, is accessing AdX demand
9    important to publishers?
10         MS. LEE:  Objection to form.
11         THE WITNESS:  Publishers, you know,
12   prioritize -- their goal with an ad server and with
13   their ad business is to drive as much revenue as
14   possible to be able to fund investments in their
15   properties, so they have to drive the most revenue
16   they can.
17         When one ad server represents far and away
18   the best opportunity for monetization or revenue,
19   they are going to choose that ad server.
20   BY MR. VERNON:
21      Q.   In your experience, are publishers
22   realistically able to switch away from Google's DFP
23   for publisher ad serving?
24         MS. LEE:  Objection to form.
25         THE WITNESS:  I'm not aware of any

Page 19

1    publisher, and certainly that I can think of in my
2    personal knowledge, that has switched away from DFP
3    or what is now known as GAM.
4    BY MR. VERNON:
5       Q.   Okay.  Let me ask you some questions about
6    a different topic, OpenX's exchange and spending
7    from DV360.
8          Is that okay?
9       A.   Yes.
10      Q.   First question:  What is OpenX's main
11   business today?
12      A.   Our main business is our -- what we call
13   our exchange business, also called at times the
14   supply-side platform.
15      Q.   And how does OpenX's exchange compare with
16   other exchanges just in terms of size?
17      A.   Depends on the exchanges you're comparing
18   us to.  If you're comparing us to public market
19   competitors, PubMatic's about -- in terms of
20   revenue, PubMatic's about two and a half times as
21   large as us, Magnite's about six times as large as
22   us following several acquisitions, and then AdX is
23   far larger than us, but I don't know their numbers.
24      Q.   Sort of ballpark, where does OpenX's
25   exchange fall in terms of is it the first largest or

Page 20

1    the fifth largest or tenth largest exchange for
2    display?
3          MS. LEE:  Object to form.
4          THE WITNESS:  Somewhere in the fourth to
5    possibly sixth, I would guess that's -- you know,
6    without knowing competitor information and some of
7    the independents, I guess we're in that zone.
8    BY MR. VERNON:
9       Q.   Okay.  In the 2016 to 2017 time frame --
10   well actually, let me back up.
11         What is a DSP?
12      A.   A DSP is a demand-side platform.  It is a
13   company designed to enable advertisers to bid across
14   a variety of inventory sources or supply sources.
15   All typically digital.
16      Q.   And is it fair to say that DSPs bid on
17   OpenX's exchange?
18      A.   Yes.
19      Q.   In the 2016 to 2017 time frame, which DSP
20   was the largest buyer on OpenX's exchange?
21      A.   DV360, Google.
22      Q.   And what is DV360?
23      A.   DV360 is Google's demand-side platform.
24      Q.   How, if at all, did Google's DV360's
25   spending on the OpenX's exchange change over time?

Page 21

1          MS. LEE:  Objection to form.  Foundation.
2          THE WITNESS:  Is there a specific time
3    period that you're...
4    BY MR. VERNON:
5       Q.   Sure.
6          So in approximately 2018 or 2019, how, if
7    at all, did Google's DV360 spending on OpenX's
8    exchange change over time?
9          MS. LEE:  Objection to form.
10         THE WITNESS:  Google had been a strong
11   partner of ours since the early days of the company.
12   In 2018, really the second half of the year, we saw
13   a massive drop in DV360 spend on OpenX.
14   BY MR. VERNON:
15      Q.   How, if at all, did the decrease in
16   spending by DV360 on OpenX affect OpenX?
17         MS. LEE:  Objection to form.
18         THE WITNESS:  It was a devastating impact
19   to the company, resulting in severe financial
20   consequences.  We had to execute a large layoff in
21   December of 2018 and had a lot of negative effects
22   as a result of that.
23   BY MR. VERNON:
24      Q.   What were those negative effects?
25      A.   Really put us into what I would consider a

Page 22

1  subscale position where we didn't have the ability
2  to invest in multiple areas of the business, whether
3  that be product or sales.  Massively impacted our
4  reputation in the marketplace in a negative way.  It
5  brought a lot of questions around the company's
6  viability.  Impacted our ability to retain our best
7  employees.
8       I think anybody would know it's a large
9  layoff.  We probably laid off -- this is my best
10 memory.  We were probably in the high four hundreds
11 and we laid off, you know -- got down to about 300.
12 So laid off -- if it wasn't 40 percent of the
13 company, you know, definitely north of 30 percent of
14 the company in that mid-December of 2018.  And
15 impacted our ability to execute into 2019 and
16 honestly put the company in a lot of trouble.
17      Our revenues went from -- we were about ▓
18 in 2017; 2018 we were about ▓ because the first
19 half of the year was strong; in 2019, we were down
20 to about ▓▓▓▓▓; and in 2020, the combination
21 of difficulties we had had plus COVID took us down
22 to about ▓▓▓▓▓▓▓ in net revenue in
23 2020.
24      It's very difficult to run an organization
25 of our scale at those numbers.

Page 23

1    Q.   One of the negative effects that you
2  mentioned as resulting from the decline in DV360
3  spending was -- I think you said it put OpenX in a
4  subscale position.
5       Can you explain what you meant by that?
6    A.   Yeah.  So you've got --
7       MS. LEE:  Objection to form.  Sorry.
8       THE WITNESS:  No, I'm sorry.  I'm trying to
9  get used to pausing.
10      MS. LEE:  No.  Go ahead.
11      THE WITNESS:  Yes.  In terms of the --
12 running an exchange of our scale, we run a global
13 exchange.  And to operate a global exchange, you
14 have to take on all of those publisher requests --
15 and by "publisher," that could be a website, that
16 could be an app, that could be a CTV provider.  We
17 have to manage all of that infrastructure cost to
18 take all those requests to offer those out to our
19 DSPs.
20      As the revenue drops, those costs remain
21 the same.  So really, you know, the only option we
22 had was to drop the number of people.  But then when
23 you drop the number of people, you also have a much
24 smaller number of people in which to run the
25 company, to call in customers, et cetera.

Page 24

1       So there's a level of scale at which once
2  you're comfortably covering your people and
3  infrastructure costs, and obviously real estate
4  numbers, you can then have the ability to invest and
5  grow the business, and we were below that level as a
6  result of the impact at the end of 2018.
7  BY MR. VERNON:
8    Q.   Can you give some examples of how OpenX
9  being in the subscale position affected OpenX's
10 ability to invest in the business.
11   A.   Yeah.  The short, simple answer to that --
12      MS. LEE:  Objection to form.
13      THE WITNESS:  The short, simple answer to
14 that is that we simply did not have the resources,
15 the amount of money to both cover our core costs,
16 the required costs of operating the exchange and our
17 offices and all the things that go with that, and
18 then we did not have the ability to invest on the
19 people side.
20      In the people side, technology businesses
21 are fundamentally driven by people -- whether that's
22 writing code, whether that is designing a product,
23 whether that is going into, as we say, a partner or
24 a customer and selling -- the core investment for
25 growth that we typically make is around people.  We

Page 25

1  did not have the resources after that to be able to
2  make the investments in people.
3       Our head count went from approximately 300
4  in -- 300 after the layoff to, in 2020, we got as
5  low as down close to 200, I believe, because we had
6  to reshuffle people again and we moved our
7  engineering out of the country to Kraków.  And today
8  we're still -- right now we're probably around
9  280 -- you know, somewhere around the 280 people
10 number.
11 BY MR. VERNON:
12   Q.   Was the decline in spending by Google's
13 DV360 on OpenX the only reason why OpenX laid people
14 off?
15      MS. LEE:  Objection to form.
16      THE WITNESS:  I can't state it was the
17 only, the sole reason, but it was certainly the
18 largest contributor to that dynamic that I can think
19 of.
20 BY MR. VERNON:
21   Q.   Okay.  To your knowledge, did OpenX ever
22 ask Google why DV360's spending on OpenX's exchange
23 dropped in the 2018-2019 time period?
24      MS. LEE:  Objection to form.
25      THE WITNESS:  Yes.  We asked them -- when

Page 106

```
 1          MS. LEE:  Objection to form.
 2          THE WITNESS:  Sorry.
 3          I understand what I think you're trying to
 4   say.
 5          In general, we assume responsibility for
 6   removing fraudulent transactions from our
 7   marketplace -- what we believe are fraudulent
 8   transactions from the marketplace.  And our
 9   relationship typically with fraud goes to the DSP
10   level, the demand-side partner.  And some DSPs, most
11   DSPs of size will -- if they find something
12   fraudulent will refuse to pay for it.  So that would
13   be on us for sending it to them.
14          There are differences in terms of a
15   relationship with different DSPs.  But, in general,
16   the larger DSPs are expecting us to filter out
17   fraudulent traffic.
18   BY MR. VERNON:
19     Q.    If fraud happens on OpenX's platform and
20   the DSP does not pay, does OpenX then not pay the
21   publisher, or does OpenX kind of eat the loss?
22     A.    It would depend on --
23          MS. LEE:  Objection to form.
24          THE WITNESS:  It would depend on the
25   situation.  The majority would be one-off, you know,
```

Page 107

```
 1   small instances where we would eat the loss.
 2          In the case where a publisher was doing
 3   something that we found to be fraudulent on their
 4   side, which the majority of publishers are not
 5   doing, but if we found that a publisher was acting
 6   in a way that we felt was fraudulent and wrong and
 7   likely intentional, in that case we would not pay
 8   the publisher.
 9   BY MR. VERNON:
10     Q.    Now let me ask you about a slightly
11   different situation.
12          If there's some sort of fraud on the
13   advertising side -- like, if an advertiser makes
14   some kind of fake ad or something like that, who
15   bears the risk then?
16          MS. LEE:  Objection to form.
17          THE WITNESS:  So on the advertiser side
18   going to the publisher, typically the only real
19   thing I can think of off the top of my head would be
20   a bad ad.  So some sort of malware or an ad that's
21   doing something that it should not do when it's on
22   the publisher's page.  And the publisher would hold
23   us accountable if that bad ad went through to them.
24   BY MR. VERNON:
25     Q.    So if a bad ad goes through OpenX to a
```

Page 108

```
 1   publisher and the publisher holds OpenX accountable,
 2   like what does that mean?
 3     A.    It could mean everything up to and
 4   including termination of us as a partner.  It
 5   depends on the nature of the ad.  It depends on the
 6   nature of what results from the ad.
 7          In some cases, you'll have an executive at
 8   a publisher who -- I can't think of any recent ones
 9   for OpenX.  But in the past, early days, you'd have
10   an executive at a publisher that would see an
11   inappropriate ad and immediately call their ad ops
12   person and complain and say, "Why is this on our
13   site?"
14          And the ad ops person would call us and
15   say, "How did this get through your filters?"
16          And, you know, the accountability would be
17   very much around the relationship.  It could result
18   in some sort of financial dynamic, but it's mostly
19   threatening the relationship we have with the
20   publisher.
21     Q.    Okay.  Thank you for walking me through
22   that, even though I only sort of understood it.
23          Let me ask you a little bit about Google
24   exchange bidding.  Is that okay?
25     A.    Sure.
```

Page 109

```
 1     Q.    First of all, what is Google exchange
 2   bidding?
 3     A.    Google exchange bidding -- which is also
 4   called EBDA and is currently called Open Bidding --
 5   is the Google header bidding container, it is
 6   server-side based, that takes in multiple bidders
 7   from across the landscape -- multiple exchanges that
 8   would come across the landscape such as OpenX.
 9     Q.    Can you describe the relationship that
10   OpenX has with Google's exchange bidding?
11     A.    Sure.  We were an early adopter of exchange
12   bidding.  We worked with them for -- I don't
13   remember the exact start of the exchange bidding,
14   the exact year, but we worked with them all along.
15          The way it works is we place a bid into
16   exchange bidding, of OB, Google takes a 5 percent
17   fee and then, you know, passes that bid into the
18   publisher's ad server, assuming it's the winning bid
19   within OB.
20     Q.    What disadvantages, if any, does Google's
21   exchange bidding create for OpenX?
22          MS. LEE:  Objection to form.
23          THE WITNESS:  The biggest one is the
24   5 percent transaction fee that they take out of the
25   bid on the way through to the publisher.  The other
```

Page 110

1   one --
2   BY MR. VERNON:
3       Q.   Why is -- go ahead.
4       A.   The other one is it's a server integration.
5   So sometimes your ability to identify a user can be
6   impacted by that.  But I think in most cases if we
7   have other implementations with the publisher, we're
8   able to work around that.
9       Q.   Why is the 5 percent exchange bidding fee a
10  disadvantage for OpenX?
11      A.   Because the bid is going through at a
12  discount.
13           So, again, we want to win the impression.
14  So if I put a dollar bid through Open Bidding and I
15  put a dollar bid through free bid, which is an open
16  source container that many publishers use, the bid
17  for free bid goes into the ad server.  So it's
18  winning across free bid at a dollar, and the bid
19  through OB goes in at $0.95.
20      Q.   How, if at all, does Google exchange
21  bidding's 5 percent fee affect OpenX's ability to
22  compete with AdX?
23           MS. LEE:  Objection to form.
24           THE WITNESS:  To the best of my knowledge,
25  AdX is not being charged a 5 percent fee.

Page 111

1   Therefore, if we bid $1 and AdX bids $1, our dollar
2   would go through at $0.95 and AdX would go through
3   at $1.
4   BY MR. VERNON:
5       Q.   And what would happen then?
6       A.   AdX would win --
7           MS. LEE:  Objection to form.
8           THE WITNESS:  AdX would win the bid with a
9   dollar bid.
10  BY MR. VERNON:
11      Q.   When OpenX connects to a publisher through
12  exchange bidding, who has the direct relationship
13  with the publisher, OpenX or Google?
14      A.   Google.
15      Q.   What disadvantages, if any, does the fact
16  that Google has the direct relationship with the
17  publisher when OpenX uses exchange bidding create
18  for OpenX?
19           MS. LEE:  Objection to form.
20           THE WITNESS:  It's -- we do not -- we no
21  longer have a direct payment relationship.  Also,
22  Google OB does not allow for what's called
23  sequential liability.
24           What sequential liability is, is in the
25  event there is a financial problem with the

Page 112

1   demand-side platform and they go BK -- much like
2   MediaMath did this year -- and we are buying
3   directly with the publisher, which in the majority
4   of cases we have sequential liability, versus buying
5   through OB, if we could not go back -- we do not
6   have the right to withhold any spend to the
7   publisher to capture back the money that we might
8   have lost in that bankruptcy because we're taking,
9   for easy math I'll say a 15 percent fee, but we're
10  passing along to the publisher the other 85 percent.
11           And in the case where the -- somebody goes
12  bankrupt and can no longer pay and we've already
13  paid the publisher, that means that we've paid the
14  publisher that $0.85 and, you know, we're out that
15  $0.85.
16  BY MR. VERNON:
17      Q.   What importance is there, if any, to the
18  fact that when OpenX goes through Google exchange
19  bidding Google has the direct payment relationship
20  with the publisher rather than OpenX?
21           MS. LEE:  Objection to form.
22           THE WITNESS:  The first part of your
23  question I lost.
24  BY MR. VERNON:
25      Q.   Sure.

Page 113

1           What effect on OpenX, if any, is there from
2   the fact that when OpenX connects to a publisher
3   through Google exchange bidding, Google is the one
4   that has the direct payment relationship with the
5   publisher rather than OpenX?
6           MS. LEE:  Same objection.
7           THE WITNESS:  One example would be that
8   Google is aggregating the money.  So it looks like
9   Google is providing more money to the publisher.
10          The other is what I just mentioned in terms
11  of sequential liability, where in the event we have
12  a problem with a buyer in the marketplace, we are
13  not able to capture the money we've already paid
14  out, which can go upside down for us.
15          And also it's just -- it is a -- it puts us
16  one step away from the -- from the publisher.
17          It also has become a dynamic with the
18  demand side of the business where DSPs are choosing
19  to buy through Open Bidding less because of the
20  5 percent fee, amongst other reasons.
21  BY MR. VERNON:
22      Q.   What is Prebid?
23      A.   Prebid is a -- what we call a container,
24  which is open source software.  It is designed to
25  manage multiple header bidders.

## Page 114

1    So OpenX has our header bidder that we bid
2  through, and Magnite has their header bidder they
3  bid through.  A publisher might use PubMatic --
4  sorry -- Prebid to manage those various header
5  bidder implementations.
6    Q.    Overall, would OpenX prefer to connect to a
7  publisher through Google exchange bidding or through
8  Prebid?
9    A.    Prebid.
10   Q.    I'm sorry.  Can you say that again?
11   A.    Prebid.  Sorry.
12   Q.    Why would OpenX prefer to connect to a
13 publisher through Prebid instead of through Google
14 exchange bidding?
15   A.    Publishers prefer us to connect -- we would
16 like to get more of their demand through Prebid and
17 not through Google.
18         We also would like to connect through
19 Prebid as it's, in many cases, a client-side
20 implementation, which gives us a view to the page,
21 better data.
22         And then lastly, we don't -- there's not
23 5 percent taken out of our bid if we go through
24 Prebid and not OB.
25   Q.    Okay.  If we can just go back to something

## Page 115

1  you said earlier.
2         I think earlier you said when Google
3  DV360's spending on OpenX decreased in around 2018,
4  the impact was devastating.
5         Why was it devastating?
6         MS. LEE:  Objection to form.
7         THE WITNESS:  The company, up until that
8  point, had been trending very well.  We were a clear
9  leader in the marketplace.  We had a great culture.
10 We had a large -- we had a number of people that we
11 could invest aggressively in product development and
12 other things.
13         In terms of the specific word
14 "devastating," outside of the impact to the company
15 of the massive drop in revenue, a layoff of that
16 large of a scale is psychologically devastating
17 across the team.  It's devastating in terms of the
18 reaction that we would then get in the marketplace
19 from our partners and customers.  And also
20 devastating in the context of we are trying to fight
21 our way back from a much tougher position going
22 forward.
23 BY MR. VERNON:
24   Q.    So focusing on the layoffs that OpenX
25 conducted after DV360's spending on OpenX dropped,

## Page 116

1  why were those layoffs psychologically devastating?
2    A.    We had a great culture at the company.  We
3  had a lot of people that cared about each other.  It
4  was a classic what I would say, you know,
5  start-up-type vibe.
6         And, you know, I can remember the morning
7  and I can remember that we got in a room as a
8  leadership team and agreed that we were all going to
9  be there and walk around -- be very direct with
10 people and try and support them however we could.
11         And we walked around the offices and people
12 filled their boxes and they were crying and there
13 was tremendous amounts of sadness.  And it was -- it
14 was just deeply -- deeply saddening for both the
15 people that were getting terminated and also for the
16 people that were remaining.
17   Q.    Given Google's position in the display
18 exchange business overall, is it easy to compete
19 against Google?
20         MS. LEE:  Objection to form.
21         THE WITNESS:  No.
22 BY MR. VERNON:
23   Q.    So I think --
24         MR. VERNON:  Can we go off the record?
25         THE VIDEOGRAPHER:  Is everyone okay with

## Page 117

1  going off the record?
2         Mr. Kressin?
3         MS. LEE:  Yes.
4         MR. KRESSIN:  Yes.
5         THE VIDEOGRAPHER:  Off the record.  The
6  time is 11:50 a.m.
7         (Recess.)
8         THE VIDEOGRAPHER:  And we're back on the
9  record.  The time is 12:01 p.m.
10        MR. VERNON:  So we, the DOJ, are going to
11 reserve the rest of our time for redirect and pass
12 the witness to Google.
13        And we're also happy to go off the record.
14        THE VIDEOGRAPHER:  Okay.  We're off the
15 record.  The time is 12:02 p.m.
16        (Luncheon recess taken at 12:02 p.m.)
17
18
19
20
21
22
23
24
25

Page 306

```
 1         DECLARATION UNDER PENALTY OF PERJURY
 2
 3         I hereby declare under penalty of perjury
 4   that the foregoing is my deposition under oath; that
 5   I have read same; and that I have made the
 6   corrections, additions, or changes to my answers
 7   that I deem necessary.
 8
 9         In witness thereof, I hereby subscribe my
10   name this     day of          , 2023.
11
12
13
14
15         _____
                 JOHN GENTRY
16
17
18
19
20
21
22
23
24
25
```

Page 307

```
 1         DEPONENT'S CHANGES OR CORRECTIONS
 2
 3         Note:  If adding to your testimony, print
 4   the words you want to add.  If deleting from your
 5   testimony, print the words you want to delete.
 6   Specify with "Add" or "Delete" and sign this form.
 7
 8   DEPOSITION OF:     JOHN GENTRY
 9   DATE OF DEPOSITION:  OCTOBER 26, 2023
10
11   PAGE   LINE    CHANGE/ADD/DELETE
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20   ____   ____    _____
21   ____   ____    _____
22   ____   ____    _____
23   ____   ____    _____
24   ____   ____    _____
25   Deponent's Signature _____ Date _____
```

Page 308

```
 1   COUNTY OF LOS ANGELES, )
                            )
 2   STATE OF CALIFORNIA,   )
 3
 4         I, Cody R. Knacke, Registered Professional
 5   Reporter, Certified Shorthand Reporter in and for
 6   the State of California, License No. 13691, hereby
 7   certify that the deponent was by me first duly sworn
 8   and the foregoing testimony was reported by me and
 9   was thereafter transcribed with computer-aided
10   transcription; that the foregoing is a full,
11   complete, and true record of said proceedings.
12         I further certify that I am not of counsel
13   or attorney for either or any of the parties in the
14   foregoing proceedings and caption named or in any
15   way interested in the outcome of the cause in said
16   caption.
17         The dismantling, unsealing, or unbinding of
18   the original transcript will render the reporter's
19   certificate null and void.
20         In witness whereof, I have hereunto set my
21   hand this day:  October 27, 2023.
22
23
24         _____
25         CODY R. KNACKE, RPR, CSR No. 13691
```

306

```
 1            DECLARATION UNDER PENALTY OF PERJURY

 2

 3        I hereby declare under penalty of perjury

 4   that the foregoing is my deposition under oath; that

 5   I have read same; and that I have made the

 6   corrections, additions, or changes to my answers

 7   that I deem necessary.

 8

 9        In witness thereof, I hereby subscribe my

10   name this      day of          , 2023.

11

12

13

14                       DocuSigned by:

                        John Gentry
15                     895CF74BBF7C4B8...
                     _____
16                      JOHN GENTRY

17

18

19

20

21

22

23

24

25
```

*United States v. Google LLC*

Google's Errata Sheet for Google's Counsel's Questions in the Transcript of the 30(b)(1) Deposition of John Gentry (October 26, 2023)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 182 | 10 | fulfill | fill | Transcription error |
| 208 | 5 | the bid disintermediation | the disintermediation | Transcription error |
| 217 | 14 | "bidder" | "Bidder" | Transcription error |
| 217 | 19 | bidder | Bidder | Transcription error |
| 218 | 5 | bidder | Bidder | Transcription error |
| 272 | 13 | exchange bidding | Exchange Bidding | Transcription error |
| 290 | 9 | on | of | Transcription error |
| 290 | 13 | basis on your | basis of your | Transcription error |

I have read the transcript of the 30(b)(1) deposition of John Gentry and have listed all changes and corrections to my questions above, along with my reasons therefore.

Date: 11/25/2023                    Signature: