# Plaintiffs' Exhibit 55
# (Under Seal)

# Plaintiffs' Exhibit 56
# (Under Seal)