# Plaintiffs' Exhibit 57

Ad Manager



# Earn more.

See all the ways Google Ad Manager helps you take control of all your ad sales, make more impactful decisions, and grow your business.

FORMATS

## Make every ad count.

Power more engaging and dynamic ad experiences with out-of-the-box support for video, native, and custom ad formats.

Learn more

Ad Manager



VIDEO

# Ride the rise of video.

From live TV to short-form content in apps, bring the power of video to ad experiences everywhere.

Learn more



CAMPAIGN & YIELD MANAGEMENT

# Take control of your revenue.

Manage all your ad sources in one place and grow your business with the power of programmatic and data-driven decision-making.

Learn more

## Ad Manager



DATA & INSIGHTS

# Move from data to insights.

Get powerful analytics tools that proactively surface insights and detailed reports to help you make smarter decisions.

Learn more

Ad Manager



BRAND SAFETY

# Protect your business.

Keep your brand safe with a combination of strong advertising policies, publisher controls, and advanced technology.

Learn more





# Get started today.

Sign up to earn more from your ads and grow your business.

Get started

Follow us    

| About Google Ad Manager | Learning & support | Developers & partners | Related products | More from Google |
|---|---|---|---|---|
| Overview | Support | Google developers site | Google Marketing Platform | Think with Google |
| Capabilities | Blog | Ad Manager for developers | Google Ads | Google Revenue Solutions |
| Partner Solutions | Skillshop | Certified Publishing Partners | Google AdSense | Business Solutions |
| | | | Google AdMob | Google Workspace |
| | | | Google Cloud | |

Google

Google Ad Manager