# Plaintiffs' Exhibit 58
# (Under Seal)

# Plaintiffs' Exhibit 59
# (Under Seal)

# Plaintiffs' Exhibit 60
# (Under Seal)