# Plaintiffs' Exhibit 61
# (Under Seal)

# Plaintiffs' Exhibit 62

# (Under Seal)

# Plaintiffs' Exhibit 63
# (Under Seal)