# Plaintiffs' Exhibit 64 (Redacted)

```
                                                          Page 1

 1             UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION
 3
     _____
 4                              :
     UNITED STATES OF AMERICA,  :
 5   et al.,                    :
                                :
 6           Plaintiffs         :
                                :
 7        v.                    :  No.  1:23-cv-00108
                                :
 8   GOOGLE, LLC,               :
                                :
 9           Defendant.         :
     _____:
10
11              Tuesday, February 20, 2024
12
                Video Deposition of RAMAMOORTHI RAVI,
13
     PH.D., taken at the Offices of the United States
14
     Department of Justice, 450 Fifth Street
15
     Northwest, Washington, D.C., beginning at 9:32
16
     a.m. Eastern Standard Time, before Ryan K. Black,
17
     Registered Professional Reporter, Certified
18
     Livenote Reporter and Notary Public in and for
19
     the District of Columbia
20
21
22
23
24   Job No. CS6456599
25
```

| | Page 242 | | Page 244 |
|---|---|---|---|
| 1 | "Seller Best Practices." And if you flip to the | | |
| 2 | second page, at the bottom you'll see listed as a | | |
| 3 | best practice "to Ensure price floor parity | | |
| 4 | across your tech staff." And it says in the | | |
| 5 | last column, "Establishing consistent price | | |
| 6 | floors minimizes bidder errors and improves | | |
| 7 | bidder decision" -- "decisioning by eliminating | | |
| 8 | ambiguity." | | |
| 9 | All right. Does that surprise you to | | |
| 10 | see that Microsoft's Xandr company lists that as | | |
| 11 | a -- uniform price floors as a best practice? | | |
| 12 | MR. WOLIN: Objection to form. | | |
| 13 | THE WITNESS: Again, I've not thought | | |
| 14 | deeply enough to form a impression of surprise or | | |
| 15 | otherwise. | | |
| 16 | BY MR. ISAACSON: | | |
| 17 | Q. Right. When you say you haven't thought | | |
| 18 | deeply about it, are you saying that while you're | | |
| 19 | critical of Google implementing uniform pricing | | |
| 20 | rules, that you have no knowledge of whether its | | |
| 21 | competitors consider that to be a best practice | 21 | Q. All right. And since 2019, in the last |
| 22 | in the industry? | 22 | five years, do you know whether the industry has |
| 23 | MR. WOLIN: Objection to form. | 23 | moved towards unified pricing rules? |
| 24 | THE WITNESS: My opinions about uniform | 24 | MR. WOLIN: Objection to form. |
| 25 | pricing rules of Google come from examining the | 25 | THE WITNESS: While I know they have |

| | Page 243 | | Page 245 |
|---|---|---|---|
| 1 | context in which they were deployed, which is | 1 | moved towards the first-price auction format, I |
| 2 | what I describe in the report. | 2 | don't know all the details of the floors that |
| 3 | I would need to develop sufficient | 3 | they enforce. |
| 4 | context to understand whether these rules were | 4 | BY MR. ISAACSON: |
| 5 | appropriate or not and whether I should be | | |
| 6 | surprised or not. | | |
| 7 | BY MR. ISAACSON: | | |
| 8 | Q. Right. You have not done the work to | | |
| 9 | date to understand whether these rules were | | |
| 10 | appropriate or not; is that correct? | | |
| 11 | MR. WOLIN: Objection to form. | | |
| 12 | BY MR. ISAACSON: | | |
| 13 | Q. Referring to the unified -- unified | | |
| 14 | pricing rules? | | |
| 15 | MR. WOLIN: Same objection. | | |
| 16 | THE WITNESS: I did the work related to | | |
| 17 | Google's platform in examining the context of its | | |
| 18 | unified pricing rules. | | |
| 19 | BY MR. ISAACSON: | | |
| | | 21 | BY MR. ISAACSON: |
| | | 22 | Q. And do you agree, broadly speaking, that |
| | | 23 | establishing consistent price floors improves |
| | | 24 | bidder decisioning by eliminating ambiguity? |
| | | 25 | MR. WOLIN: Objection to form. |



62 (Pages 242 - 245)



Page 246
1    THE WITNESS: That is of the same
2 nature.
3    MR. WOLIN: Should we take a break for a
4 few minutes when you get to a good spot?
5    MR. ISAACSON: Yeah.
6    THE VIDEOGRAPHER: Going off the record
7 at 4:14.
8    (Recess taken.)
9    THE VIDEOGRAPHER: Back on the record at
10 4:27.
11 BY MR. ISAACSON:

Page 306

1  before, I do not analyze any single competitor
2  for their effects on experimentation.
3      MR. ISAACSON: All right. I think I've
4  got five minutes left. I cede it.
5      MR. WOLIN: If we can go off the record
6  and just take five minutes so I can speak with my
7  colleagues, and then we'll come back and see if
8  we have any follow-up questions.
9      THE VIDEOGRAPHER: All right. We are
10 off the record at 6:12 p.m.
11     (Recess taken.)
12     THE VIDEOGRAPHER: Back on the record at
13 6:16.
14          EXAMINATION
15 BY MR. WOLIN:
16   Q. Okay. Professor Ravi, I just have one
17 or two questions for you.
18     Could you pull out your rebuttal report,
19 please, and turn to Paragraph 120 on Page 68?
20   A. Yes, I see it. Yeah.
21   Q. And the final sentence in Paragraph 120
22 reads, "The principal places where I cite source
23 code are where there's ambiguity or where the
24 code contradicts the documents." Did I read that
25 correctly?

Page 307

1    A. That's what I wrote in the last
2  sentence.
3    Q. And is that a true and accurate
4  statement of the work that you did in this case?
5    A. Yes. The principal places. There might
6  be one or other citations that -- to corroborate
7  other things. But the principal places where I
8  cite them are to clarify ambiguity or
9  contradictions.
10   Q. And if you look at the bottom of that
11 page, carrying onto the next page, do you see
12 Paragraph 123?
13   A. Yes, I see it.
14   Q. And specifically Subparagraph B that
15 starts, "Second, I personally conducted and
16 oversaw others." Do you see that?
17   A. Yes. I remember that description.
18   Q. And Subparagraph B explains the
19 methodology you applied in reviewing source code;
20 is that correct?
21   A. Yes. This paragraph was in the context
22 of my response to Professor Rinard's claims, and
23 it lays out the steps that I carried out in -- in
24 performing my own source code analysis.
25   Q. And the steps that are written on this

Page 308

1  page are ones that you applied in analyzing the
2  conducts that you analyzed in reaching your
3  opinions; is that correct?
4    A. Yes. I first considered the programs
5  that were relevant to the conducts I analyzed.
6  And then, from that, I used that to narrow down
7  the portion of the snapshots of code where I
8  would analyze the -- the logic behind the code
9  itself. And then I would use the code that I
10 saw, and any additional questions it raised, to
11 surface further documents. And I would repeat
12 the cycle daily in my source code analysis. Yep.
13     MR. WOLIN: Thank you, Professor Ravi.
14 We have no further questions.
15     MR. ISAACSON: No questions.
16     MR. WOLIN: All right. Thank you. The
17 deposition has ended.
18     THE VIDEOGRAPHER: All right. If that
19 is everything, off the record on February 20th,
20 2024, at 6:19 p.m.
21     (Deposition concluded -- 6:19 p.m.)

Page 309

         C E R T I F I C A T E

    I do hereby certify that I am a Notary
Public in good standing, that the aforesaid
testimony was taken before me, pursuant to
notice, at the time and place indicated; that
said deponent was by me duly sworn to tell the
truth, the whole truth, and nothing but the
truth; that the testimony of said deponent was
correctly recorded in machine shorthand by me and
thereafter transcribed under my supervision with
computer-aided transcription; that the deposition
is a true and correct record of the testimony
given by the witness; and that I am neither of
counsel nor kin to any party in said action, nor
interested in the outcome thereof.

    WITNESS my hand and official seal this
22nd day o

          [signature]

          Notary Public

Page 310

```
 1  MICHAEL WOLIN, ESQ.
 2  michael.wolin@usdoj.gov
 3              February 22, 2024
 4  RE:   United States, Et Al v. Google, LLC
 5     2/20/2024, Ramamoorthi Ravi (#6456599)
 6     The above-referenced transcript is available for
 7  review.
 8     Within the applicable timeframe, the witness should
 9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com.
16   Return completed errata within 30 days from
17  receipt of testimony.
18    If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22          Yours,
23          Veritext Legal Solutions
24
25
```

Page 311

```
 1  United States, Et Al v. Google, LLC
 2  Ramamoorthi Ravi (#6456599)
 3          E R R A T A  S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____   _____
24  Ramamoorthi Ravi                Date
25
```

Page 312

```
 1  United States, Et Al v. Google, LLC
 2  Ramamoorthi Ravi (#6456599)
 3          ACKNOWLEDGEMENT OF DEPONENT
 4    I, Ramamoorthi Ravi, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____   _____
12  Ramamoorthi Ravi                Date
13  *If notary is required
14          SUBSCRIBED AND SWORN TO BEFORE ME THIS
15          _____ DAY OF _____, 20___.
16
17
18          _____
19          NOTARY PUBLIC
20
21
22
23
24
25
```

Veritext Legal Solutions
800-567-8658                                                        973-410-4098

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent:            Ramamoorthi Ravi

Case Name:           *United States et al. v. Google LLC*

Deposition Date:     February 20, 2024

## CORRECTIONS:

| Page | Line | Change or Correction | Reason |
|---|---|---|---|
| 49 | 3 | "I assessed the quality of pricing tool" should read "I assessed the quality of **a** pricing tool" | *Transcription Error or Mistake* |
| 51 | 23-24 | "It's at 151, if you need to – if you remember it?" should read "It's at 151, if you need to – **maybe** you remember it**.**" | *Transcription Error or Mistake* |
| 56 | 4 | "a separate one in New York" should read "a separate **event** in New York" | *Transcription Error or Mistake* |
| 57 | 12 | "InMobi helps procure advertising in mobile labs" should read "InMobi helps procure advertising in mobile **apps**" | *Transcription Error or Mistake* |
| 58 | 1-2 | "In some as – in locations in the ad stack" should read "In some as – in **some** locations in the ad stack" | *Transcription Error or Mistake* |
| 62 | 14 | "something I heard about early on" should read "something **I'd** heard about early on" | *Transcription Error or Mistake* |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 99 | 1-2 | "attract new customers or retain existing customers" should read "attract new customers **and** retain existing customers" | *Transcription Error or Mistake* |
| 101 | 22 | "reasonable, yeah. Trying" should read "reasonable **. . .** trying" | *Transcription Error or Mistake* |
| 103 | 6 | "two-sided platforms similarly posits that marquis" should read "two-sided platforms similarly posits that **marquee**" | *Transcription Error or Mistake* |

| 103 | 14-15 | "indeed, Ad Exchange is a two-sided platform" should read "indeed, **an ad exchange** is a two-sided platform" | *Transcription Error or Mistake* |
|---|---|---|---|
| 104 | 2 | "ad service have publishers and the ad exchanges," should read "ad **servers** have publishers and the ad exchanges," | *Transcription Error or Mistake* |
| 104 | 4 | "SSBs" should read "**SSPs**" | *Transcription Error or Mistake* |
| ■ | ■ | ■ | ■ |
| 123 | 12 | "We talked about **the** header bidding" should read "We talked about header bidding" | *Transcription Error or Mistake* |
| 134 | 6 | "I like that DFP made AdX more attractive…" should read "I **write** that DFP made AdX more attractive..." | *Transcription Error or Mistake* |
| 136 | 21-22 | "I have no opinion about specific features and other specific features…" should read "I have no opinion about other specific features." | *Clarification* |
| 138 | 15-16 | "And you said that" should read "And **you've** said that" | *Transcription Error or Mistake* |
| 143 | 24-25 | "That's generally correct, **yeah**." should read "That's generally correct." | *Transcription Error or Mistake* |
| 150 | 13-14 | "Google had its own implementation of header bidding…" should read "Google had its own **alternative to** header bidding…" | *Clarification* |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 177 | 15-16 | "MR. WOLIN: It's written for MBA students with short attention spans." is an answer and should not be attributed to Mr. Wolin | *Transcription Error or Mistake* |
| 198 | 21 | "dynamic revenue sharing to applying to Google" should read "dynamic revenue sharing to **apply** to Google" | *Transcription Error or Mistake* |
| 207 | 22 | "DV360 perform this bid shading" should read "DV360 **performed** this bid shading" | *Transcription Error or Mistake* |
| ■ | ■ | ■ | ■ |

2

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| ■ | ■ | ██████████████████ | ■ |
|---|---|---|---|
| ■ | ■ | ██████████████████ | ■ |
| ■ | ■ | ██████████████████ | ■ |
| ■ | ■ | ██████████████████ | ■ |
| ■ | ■ | ██████████████████ | ■ |
| 237 | 15 | "…a natural strategy to share" should read "…a natural strategy to **shade**" | *Transcription Error or Mistake* |
| ■ | ■ | ██████████████████ | ■ |
| ■ | ■ | ██████████████████ | ■ |
| ■ | ■ | ██████████████████ | ■ |
| 294 | 9-11 | "I examined the results of extensive computer models in arriving at the opinion" should read "I examined the results of extensive computer models in arriving at the **opinions**" | *Transcription Error or Mistake* |
| ■ | ■ | ██████████████████ | ■ |

Date: ____03/22/2024_____   Signature: _____

3