# Plaintiffs' Exhibit 65
# (Under Seal)