# Plaintiffs' Exhibit 66

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
_____

UNITED STATES,            )1:23-cv-00108-LMB-JFA
et al.,                   )
                          )
    Plaintiffs,           )
                          )
vs.                       )
                          )
GOOGLE LLC,               )
                          )
    Defendant.            )
_____)


VIDEOTAPED DEPOSITION OF
LARA STOTT
September 18, 2023
9:33 a.m.




Reported by:  Bonnie L. Russo
Job No. 6097869

Page 26

1    Q.   Do you participate in any industry
2  organizations or trade groups that relate to
3  marketing and advertising?
4    A.   Not as much anymore.  I used to be
5  more involved with it, but frankly, I just
6  don't have time now.
7    Q.   When were you involved with those
8  groups?
9    A.   It's probably in here.  Maybe not.
10      Certainly early in my career, I was
11  a member of some marketing associations, the
12  IABC, the PR one that is escaping my mind right
13  now.  I was actually an officer in that one for
14  a while.
15      Those -- those were probably the two
16  biggest between IABC and the one that I can't
17  recall the name of right now.
18    Q.   This is probably going to happen a
19  lot today with all of the acronyms, but IABC --
20  do you know what IABC stands for?
21    A.   International Association of
22  Business Communicators, I believe.

Page 27

1    Q.   Thank you.
2      Have you ever served as a board
3  member on any marketing or advertising
4  organizations?
5    A.   I have, but again, it's probably
6  been 20 years since that.
7    Q.   Do you recall what organizations or
8  organization that those were?
9    A.   The -- the PR one that I cannot --
10  PRSA.  Yes, Public Relations Society of
11  America.  There it is.
12    Q.   Okay.  So you served on the board of
13  PRSA?
14    A.   PRSA in Austin, and that was
15  probably early 2000, 2000 -- probably around
16  the time of when I was at Edelman, so 2002,
17  2003, somewhere in there.
18    Q.   All right.  And now turning to your
19  work at the air force --
20    A.   Uh-huh.
21    Q.   -- do you -- when you're talking
22  about your employer, do you use "air force"?

Page 28

1  Do you use -- or do you use "air force
2  recruiting service"?
3    A.   Air force recruiting service is how
4  I refer to them, yes.
5    Q.   Okay.  All right.  All right.
6      So what is your current position?
7    A.   I am the strategic marketing adviser
8  for the commander, which basically means that I
9  work for General Amrhein, but he has me down in
10  the marketing division.  And I work very
11  closely with the chief of that division, Barry
12  Dickey, as well as the rest of his team to
13  primarily advise, but there -- there are
14  special projects that I take on as well to --
15  to assist in the various brand management or
16  marketing tactics or strategies that we are
17  building.
18      I've helped build a regional
19  marketing organization.  That was one of the
20  first special projects that I had.  We are
21  looking very closely right now at a lot of the
22  social media we're doing across all of the

Page 29

1  components and the Space Force.
2      And there is various other special
3  projects that I get pulled into from time to
4  time.  I -- I work heavily in all of the annual
5  planning.
6      And then as far as with General
7  Amrhein goes, I provide him with kind of my
8  best counsel too.  Particularly when there is
9  new ideas or pitches that are coming into air
10  force recruiting service, I will give him kind
11  of a pulse on -- on, you know, what I believe
12  about that or do some research for him if he
13  asks me.
14      It's -- it's pretty broad-ranging,
15  but it's -- it's fun.
16    Q.   And does -- does Mr. Dickey report
17  to you?
18    A.   No.
19    Q.   Okay.  Do you have any direct
20  reports?
21    A.   I do not.
22    Q.   And do you -- is your -- do you

Page 78

1  MR. SOSNOWSKY: Objection. I'm
2  sorry. Go ahead -- is there a follow-up
3  question? Sorry.
4  BY MS. MILLIGAN:
5  Q. Have you -- are you familiar with
6  the term "open web display advertising"?
7  A. I was not before I read the lawsuit.
8  Q. Okay. So that is not a term you
9  used in the regular course of your work in
10 marketing over the last 30 years?
11 A. No. I have never been a media
12 buyer, so no, that's not something that I would
13 have typically come across.
14 Q. Okay. Is that -- do you consider --
15 is that what you understand open web display
16 advertising to mean, media buying?
17 MR. SOSNOWSKY: Objection. Form.
18 THE WITNESS: I understand it to be
19 a form of media buying.
20 BY MS. MILLIGAN:
21 Q. What do you understand the term
22 "walled garden" to mean?

Page 79

1  A. Do you mean based off of reading the
2  lawsuit?
3  Q. As I understand it, that's your only
4  familiarity with the term "walled garden" --
5  A. Yes.
6  Q. -- is from reading the lawsuit.
7  So yeah, but sitting here today,
8  what do you understand it to mean?
9  A. So as I recall from reading the
10 lawsuit, walled garden was the paid social
11 version of how an advertiser might purchase
12 programmatic display. It's just on the paid
13 social side instead of on the broader platform
14 side, if you will.
15 Q. What do you mean by "broader
16 platform side"?
17 A. Going back to the specific instance
18 of say a DV360 which is programmatic display
19 advertising, thousands and thousands of
20 websites are available through that platform as
21 opposed to a walled garden, which is going to
22 be focused specifically on that paid social

Page 80

1  platform, so in the instance of Meta, that
2  would be Facebook or Instagram.
3  Q. Okay. So the air force recruiting
4  service -- strike that.
5  Does the air force recruiting
6  service work with GSD&M to purchase
7  advertisements?
8  A. GSD&M makes media recommendations
9  and then after air force recruitment --
10 recruiting service has reviewed those
11 recommendations, we will either agree or
12 disagree and then we will direct them to
13 purchase the advertising on our behalf.
14 Q. Are you involved in that process?
15 A. Which part of the process do you
16 mean?
17 Q. The recommendation and review of
18 recommendation process.
19 A. I am part of the review process. I
20 will typically sit in on media -- media
21 briefings for the various components or the
22 various campaigns, and then we discuss those

Page 81

1  internally at recruitment marketing and the COR
2  on the media-buying program would then direct
3  the agency based off of the internal
4  discussions that we have had at RSM.
5  Q. Who is the COR on the contract
6  between air force recruiting service and GSD&M?
7  A. Are you referring to the overall
8  contract, or are you referring to a specific
9  task order?
10 Q. I am referring to the overall
11 contract.
12 A. The primary COR, my understanding is
13 Lieutenant Colonel Tiffany Taylor and then
14 Barry Dickey is the program manager.
15 And you are aware what COR means,
16 right, contracting officer representative.
17 Okay.
18 Q. Thank you. That is one that I am
19 familiar with out of probably the 30 we're
20 going to use today.
21 Okay. Barry Dickey is the program
22 manager. What does the program manager do?

Page 82

1    MR. SOSNOWSKY: Objection.
2    Foundation.
3        THE WITNESS: Mr. Dickey has
4    oversight of the entire advertising and
5    marketing program.
6        BY MS. MILLIGAN:
7    Q. Is his role, to the best of your
8    knowledge, defined by the FAR?
9        MR. SOSNOWSKY: Objection.
10   Foundation.
11       THE WITNESS: I have no idea.
12       BY MS. MILLIGAN:
13   Q. Okay. You understand that the role
14   of the COR is defined by the FAR?
15       MR. SOSNOWSKY: Objection. Form.
16   Foundation.
17       THE WITNESS: Do I understand that
18   personally? No. But I am not a COR and I am
19   not a contracting officer so that is really
20   outside the realm of my need to know.
21       BY MS. MILLIGAN:
22   Q. All right. And in your work with

Page 83

1    Weber Shandwick, did you have the occasion to
2    interact with the contracting officer for the
3    contract with the army?
4        MR. SOSNOWSKY: Objection. Form.
5        THE WITNESS: Yes.
6        BY MS. MILLIGAN:
7    Q. Okay. And what about the
8    contracting officer representative for the
9    army?
10       MR. SOSNOWSKY: Objection. Form.
11       THE WITNESS: Yes.
12       BY MS. MILLIGAN:
13   Q. Okay. How do you know that the COR
14   directs the ad agency?
15       MR. SOSNOWSKY: Objection. Form.
16       THE WITNESS: How do I know the COR
17   directs the ad agency. That's the COR's job.
18   The -- we have specific CORs designated for
19   each individual task order and they are the
20   only ones who can direct the agency, either
21   that COR, the primary COR, Colonel Taylor or
22   Mr. Dickey. That's it.

Page 84

1        BY MS. MILLIGAN:
2    Q. What's the primary COR?
3    A. Lieutenant Colonel Tiffany Taylor.
4    Q. Okay. Are you familiar with someone
5    named Jessica Santos?
6    A. I am.
7    Q. Okay. Do you work with Jessica
8    Santos?
9    A. I do.
10   Q. Okay. Do you know Jessica Santos's
11   job title?
12   A. She is also a contracting officer.
13   Q. Okay. Does she work on -- does she
14   work on any of the GSD&M contracts?
15   A. Yes.
16   Q. Okay. Do you know which specific
17   contract Jessica Santos works on?
18   A. I believe that she has several. I
19   know that she has public engagement task orders
20   which are TO70 and TO74. I believe she also
21   works on the creative development task order
22   which is TO62 and there is probably others, but

Page 85

1    again, that is not really what I need to worry
2    about on a day-to-day basis.
3    Q. Why does air force recruiting
4    service work with one agency?
5        MR. SOSNOWSKY: Objection.
6    Foundation. Form.
7        THE WITNESS: That was a decision
8    that was made before I joined air force
9    recruiting service, but my understanding of
10   that is, that the contract that air force
11   recruiting has with GSD&M is a contract that --
12   that requires that all recruitment marketing
13   and advertising be executed through GSD&M.
14       We have additional contracts with
15   other providers as well, but they have very
16   defined services.
17   Q. All right. Ms. Stott, I am marking
18   --
19       MS. MILLIGAN: We can go off the
20   record.
21       THE VIDEOGRAPHER: The time is 11:28
22   a.m. Off the record.

Page 122

1  one to the side.
2  (Deposition Exhibit 122 was marked
3  for identification.)
4  BY MS. MILLIGAN:
5  Q. All right. Ms. Stott, thank you for
6  your patience while I first and second chair
7  here.
8  I am marking as Exhibit 122 a
9  document Bates USAF-ADS-0000001422.
10  All right. Ms. Stott, do you see at
11  the first page here that this is an e-mail from
12  Nora Rudyk with GSD&M to a number of people,
13  including Barry Dickey and yourself?
14  A. Yes.
15  Q. All right. And this was sent on
16  September 18, 2022. Do you see that?
17  A. Yes, I do.
18  Q. All right. And Ms. Rudyk -- Rudyk
19  writes: "Alcon, GSD&M has updated the AFR
20  media plan to end on 31 May 2023 along with the
21  responses to the CRM. Please review and let us
22  know if you have any additional questions.

Page 123

1  GSD&M will be sending the AIR requests tomorrow
2  for both TOs in order to have time to place the
3  media so that search may start on 1 October.
4  Thank you."
5  Do you see that?
6  A. Yes, I do.
7  Q. Okay. What does Alcon mean?
8  A. All concerned.
9  Q. And what is the AIR requests?
10  MR. SOSNOWSKY: Objection.
11  Foundation.
12  THE WITNESS: That is the
13  advertising instruction record, and that is a
14  request that GSD&M has to send to the COR any
15  time they want to spend money to execute a
16  tactic.
17  BY MS. MILLIGAN:
18  Q. Okay. And turning to the
19  attachments, do you see here that there are two
20  attachments, an Excel file and a PDF file?
21  A. Yes.
22  Q. Okay. The first attachment is the

Page 124

1  comment resolution matrix.
2  Do you see that?
3  A. Yes.
4  Q. All right. And then the second
5  attachment is another deck from GSD&M, and this
6  is Fiscal Year 22 task orders 34 and -- sorry.
7  64 and 63 AFR media recommendation.
8  Is this the Fiscal Year 22 air force
9  reserve media recommendation?
10  A. Yes, it is.
11  Q. All right. And you provided
12  feedback on this deck; is that correct?
13  A. Yes, I did.
14  Q. All right. So turning to Slide 2
15  and just looking at the objective, can you
16  describe what the objective of this media plan
17  is in your own words.
18  MR. SOSNOWSKY: Objection.
19  Foundation.
20  THE WITNESS: For air force reserve,
21  they actually have two target audiences.
22  BY MS. MILLIGAN:

Page 125

1  Q. Okay.
2  A. Their first target audience -- and
3  it's really their primary audience -- is prior
4  service because air force reserve's recruiting
5  goal is to bring in 70 percent prior service,
6  meaning someone who has already served in the
7  air force or another military branch.
8  And typically those prospects have
9  already served out at least a four-year
10  contract on prior service. Sometimes it's a
11  two-year contract depending on the military
12  branch. But that's why the age there is 21 to
13  49.
14  And then their second audience is
15  nonprior service. That's the other 30 percent.
16  And for reserve we focus on a slightly older
17  target audience for the nonprior service
18  audience so that we're not competing with the
19  same target audience that we target from a
20  total-force perspective. And then air force
21  reserve also relies upon the advertising that
22  we do for total force to help them meet their

Page 174

1    THE WITNESS: That is one of many
2  goals, but yes.
3    BY MS. MILLIGAN:
4    Q. Okay. Are there any other factors
5  that come to mind?
6    MR. SOSNOWSKY: Object to form.
7    THE WITNESS: Any other factors as
8  to how we choose which media channels --
9    BY MS. MILLIGAN:
10   Q. Yeah.
11   A. -- to advertise on?
12   Q. Yeah. I guess like does price?
13   A. Sure. Again, when we have limited
14  budgets, we're looking at ways first to kind of
15  fill up that bottom part of the funnel to make
16  sure we're achieving the most new contacts that
17  we can. And engagements kind of play very
18  heavily into that tube because the more we can
19  get someone engaging with us on our -- on our
20  website typically, the more likely they are to
21  click on the apply now button and actually
22  become a new contact.

Page 175

1    And once we have sufficiently funded
2  those areas, then we will begin funding kind of
3  the upper end of the funnel which is about
4  building more awareness.
5    Q. And so for your -- for your
6  audience, I guess is it possible to I guess --
7  strike that.
8    For your -- is it possible for your
9  audience to enter the funnel at the engaged
10  level?
11   MR. SOSNOWSKY: Objection to form.
12   THE WITNESS: Sure. I -- I think
13  that every prospect has kind of a unique
14  journey through that prospect journey funnel.
15   BY MS. MILLIGAN:
16   Q. Okay. Is -- is privacy a factor
17  that you consider?
18   MR. SOSNOWSKY: Objection to form.
19   THE WITNESS: In what way? What do
20  you mean?
21   BY MS. MILLIGAN:
22   Q. When you are evaluating which

Page 176

1  channels to use for a specific advertising
2  campaign, does privacy factor into that
3  decisionmaking?
4    MR. SOSNOWSKY: Objection to form.
5    THE WITNESS: That's not really
6  something that I would be looking at. That
7  might be something that the COR might look at,
8  or depending on -- on what the channel was
9  going to be, there's, you know, other processes
10  that we go through with the air force
11  specifically with our chief information officer
12  and others who might evaluate that if it was
13  necessary.
14   BY MS. MILLIGAN:
15   Q. Okay. And how about historical ROI?
16   MR. SOSNOWSKY: Object to form.
17   THE WITNESS: Yes, we do look at
18  historical results of like campaigns. I think
19  you'll see in the media recommendations that
20  they will often reference how things have
21  performed historically. So, yes, that's
22  absolutely something that we look at.

Page 177

1    BY MS. MILLIGAN:
2    Q. And throughout the course of a
3  campaign, does -- does the air force make
4  changes to its initial strategy based on, say,
5  interim ROI reports?
6    MR. SOSNOWSKY: Objection to form.
7  Foundation.
8    THE WITNESS: We -- we will look at
9  it on a monthly basis and then a quarterly
10  basis. Sometimes the changes involve going
11  from channel to channel. Sometimes it's
12  slightly tweaking what the targeting is within
13  a channel.
14   It really just depends, again, on
15  the channel that you're using and the objective
16  that you're trying to meet with that channel,
17  especially keeping in mind that channels can be
18  used across the funnel for different purposes.
19   BY MS. MILLIGAN:
20   Q. Do you know in which channel does --
21  for the -- strike that.
22   For the EA campaign that we looked

Page 178

1  at earlier, which channels are most important
2  for air force in reaching your target audience?
3     MR. SOSNOWSKY: Object to form.
4  Foundation.
5     THE WITNESS: Again, it depends on a
6  lot of factors. It depends on what our budgets
7  are that year in particular because, again,
8  since we fund things from the lower end of the
9  funnel, the recruit and engage section.
10    But, generally speaking, again, we
11 want to be on the platforms that the specific
12 target audience -- so in this case for EA, it's
13 more that 17- to 24-year-old with a STEM
14 interest and, depending on the year, good
15 grades, physically fit. It's different things.
16 Kind of play with the aperture a little bit.
17    BY MS. MILLIGAN:
18    Q. Okay. So you're saying that you
19 focus on identifying which platforms are going
20 to have the greatest reach for your target
21 audience?
22    MR. SOSNOWSKY: Object to form.

Page 179

1     THE WITNESS: Not necessarily.
2  Again, it depends on what part of the funnel we
3  are working in. If we are working in the
4  recruit part of the funnel, then that's more
5  about generating new contracts, not about
6  reach. Reach is really a -- inspire end of the
7  funnel.
8     BY MS. MILLIGAN:
9     Q. Okay. I see.
10    And so when you -- earlier you
11 mentioned that sometimes the changes -- the
12 changes that you might make for an advertising
13 campaign involve going channel to channel.
14 What do you mean by that?
15    MR. SOSNOWSKY: Object to form.
16    THE WITNESS: If a -- if a channel
17 was underperforming, we might direct GSD&M to
18 shift dollars. They may recommend that we
19 shift dollars, and then we'll look at that
20 internally and determine if we agree with that
21 recommendation or not and then direct them one
22 way or another.

Page 180

1     I can't think of a specific example
2  off the top of my head, but I know that there
3  have been instances where we have gone either
4  channel to channel or shifted targeting within
5  a channel.
6     BY MS. MILLIGAN:
7     Q. What do you mean by "shifted
8  targeting" --
9     MR. SOSNOWSKY: Object to form.
10    BY MS. MILLIGAN:
11    Q. -- "within a channel"?
12    A. If we want to open the aperture, we
13 might remove STEM focus so that you're instead
14 going to 17- to 24-year-olds who are physically
15 fit and make good grades.
16    Q. Can you think of any other examples?
17    MR. SOSNOWSKY: Objection to form.
18    THE WITNESS: I mean, again, when we
19 make changes, it's -- it's because we have
20 noticed something is -- is off or wrong. So,
21 no, not specifically.
22    BY MS. MILLIGAN:

Page 181

1     Q. Okay. Do you know whether, in -- in
2  the course of its work for air force, GSD&M
3  works with any subcontractors to purchase
4  media?
5     MR. SOSNOWSKY: Objection to form.
6  Foundation.
7     THE WITNESS: Again, I think that
8  would be a better question for the contracting
9  officer or for the COR. I'm not really sure.
10    BY MS. MILLIGAN:
11    Q. And so you've discussed platforms
12 and channels. Are you -- I guess what's the
13 difference between those two terms in the way
14 that you use them?
15    MR. SOSNOWSKY: Object to form.
16    THE WITNESS: The way I use them,
17 the channel is the type of media, like paid
18 social or programmatic display or online video.
19    The platform are the various
20 platforms where you can purchase that type of
21 advertising. So in the instance of paid
22 social, that would be a Facebook or an

46 (Pages 178 - 181)

Page 266

1    THE VIDEOGRAPHER:  The time is 4:42
2 p.m.  We are off the record.
3       (Whereupon, the proceeding was
4 concluded at 4:42 p.m.)

Page 267

1       CERTIFICATE OF NOTARY PUBLIC
2       I, Bonnie L. Russo, the officer before
3 whom the foregoing deposition was taken, do
4 hereby certify that the witness whose testimony
5 appears in the foregoing deposition was duly
6 sworn by me; that the testimony of said witness
7 was taken by me in shorthand and thereafter
8 reduced to computerized transcription under my
9 direction; that said deposition is a true
10 record of the testimony given by said witness;
11 that I am neither counsel for, related to, nor
12 employed by any of the parties to the action in
13 which this deposition was taken; and further,
14 that I am not a relative or employee of any
15 attorney or counsel employed by the parties
16 hereto, nor financially or otherwise interested
17 in the outcome of the action.
18
19       *[signature: Bonnie L. Russo]*
20       Notary Public in and for
21         the District of Columbia
22 My Commission expires:  August 14, 2025.

Page 268

1 Mark Sosnowsky, Esq.
2 mark.sosnowsky@usdoj.gov
3       September 19, 2023
4 RE:   United States, Et Al v. Google, LLC
5   9/18/2023, Lara Stott (#6097869)
6     The above-referenced transcript is available for
7 review.
8     Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 erratas-cs@veritext.com
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions
24
25

Page 269

1 United States, Et Al v. Google, LLC
2 Lara Stott (#6097869)
3       E R R A T A  S H E E T
4 PAGE_____ LINE_____ CHANGE_____
5 _____
6 REASON_____
7 PAGE_____ LINE_____ CHANGE_____
8 _____
9 REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Lara Stott              Date
25

```
                                                          Page 270
 1   United States, Et Al v. Google, LLC
 2   Lara Stott (#6097869)
 3              ACKNOWLEDGEMENT OF DEPONENT
 4      I, Lara Stott, do hereby declare that I
 5   have read the foregoing transcript, I have made any
 6   corrections, additions, or changes I deemed necessary as
 7   noted above to be appended hereto, and that the same is
 8   a true, correct and complete transcript of the testimony
 9   given by me.
10
11   _____    _____
12   Lara Stott                 Date
13   *If notary is required
14              SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20___.
16
17
18              _____
19              NOTARY PUBLIC
20
21
22
23
24
25
```

1 United States, Et Al v. Google, LLC
2 Lara Stott (#6097869)
3 E R R A T A   S H E E T
4 PAGE 147 LINE 12 CHANGE that to what
5 
6 REASON transcription error
7 PAGE 174 LINE 18 CHANGE tube to too
8 
9 REASON transcription error
10 PAGE 187 LINE 10, 16 CHANGE engaged to
11 engagement
12 REASON transcription error
13 PAGE 194 LINE 8-9 CHANGE ROTC academy to
14 ROTC and Academy
15 REASON transcription error
16 PAGE 247 LINE 10-11 CHANGE Schriber, S-C-H-R-I-B-E-R
17 to Schrider, S-C-H-R-I-D-E-R
18 REASON misstatement
19 PAGE ___ LINE ___ CHANGE ___
20 
21 REASON ___
22 
23 [signature]                              30 Oct 2023
24 Lara Stott                               Date
25

```
                                                          Page 269

 1    United States, Et Al v. Google, LLC
 2    Lara Stott (#6097869)
 3              E R R A T A   S H E E T
 4    PAGE  36   LINE  7   CHANGE plat to platform
 5    _____
 6    REASON transcription error
 7    PAGE  64   LINE  15  CHANGE Robby to Robbi
 8    *See also p. 67, line 9 and p. 156, line 20
 9    REASON transcription error / misspelling
10    PAGE 122   LINE  12  CHANGE Nora to Norah
11    *See also p. 154, line 12 and p. 217, line 10
12    REASON transcription error / misspelling
13    PAGE 131   LINE  9   CHANGE intra-segments to
14    interest segments
15    REASON transcription error
16    PAGE 136   LINE  1   CHANGE NCPE to and CPE
17    _____
18    REASON transcription error
19    PAGE 139   LINE  14  CHANGE nonprior to prior
20    _____
21    REASON transcription error
22
23    [signature: Lara Stott]                30 Oct 2023
24    Lara Stott                             Date
25
```

```
                                                      Page 270
 1    United States, Et Al v. Google, LLC
 2    Lara Stott (#6097869)
 3              ACKNOWLEDGEMENT OF DEPONENT
 4       I, Lara Stott, do hereby declare that I
 5    have read the foregoing transcript, I have made any
 6    corrections, additions, or changes I deemed necessary as
 7    noted above to be appended hereto, and that the same is
 8    a true, correct and complete transcript of the testimony
 9    given by me.
10
11    _____   30 Oct 2023
                                       _____
12    Lara Stott                       Date
13    *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                    _____ DAY OF _____, 20___.
16
17
18                    _____
19                    NOTARY PUBLIC
20
21
22
23
24
25
```