# Plaintiffs' Exhibit 68
# (Under Seal)