# Plaintiffs' Exhibit 70
# (Under Seal)