# Plaintiffs' Exhibit 72
# (Under Seal)