# Plaintiffs' Exhibit 74

# (Under Seal)