# Plaintiffs' Exhibit 75
# (Under Seal)