# Plaintiffs' Exhibit 76
# (Under Seal)