# Plaintiffs' Exhibit 78
# (Under Seal)