# Plaintiffs' Exhibit 80



# 2021 Suicide Prevention Month Digital Marketing Plan

U.S. Department of Veteran Affairs
Office of Mental Health and Suicide Prevention

Highly Confidential

## REACH OUT

- Reach Out will replace the current **Be There** campaign for Suicide Prevention Month (SPM) and beyond.

- Paid media will be the premier SPM strategy to reach audiences including Veterans, their closest supporters (family members, close friends, caregivers), and advocates and acquaintances (friends, supporters, communities, organizations, influencers, etc.).

- The paid media campaign will use multiple channels that have demonstrated efficiency while testing new channels and tactics that are relevant to the target audiences.

- The campaign aims to raise awareness among key audiences and drive them to the SPM campaign landing page to take further action.





2

VET-AF-ADS-0000122734



**Budget and Channels**

3

VET-AF-ADS-0000122735

## Budget Allocation by Primary Goal

Given an advertising budget that is similar to the 2020 budget, the percentages of media spend toward the goals of raising awareness and generating traffic have shifted slightly.

| Primary Goal | 2021 Budget | 2020 Budget (for reference) |
|---|---|---|
| Awareness | $1,125,000 (65%) | $1,500,000 (78%) |
| Traffic | $600,000 (35%) | $420,000 (22%) |
| Grand Total | $1,725,000 | $1,920,000 |

4

Highly Confidential

VET-AF-ADS-0000122736

# Channel and Tactic Overview

**Paid Media Tactics & Budget Allocation**

| Goal | Channel/Tactic | Budget |
|------|----------------|--------|
| Awareness | Digital Out of Home (DOOH) | $300,000 |
| | Linear TV | $350,000 |
| | Connected TV (CTV) – Including Live Sports | $75,000 |
| | Programmatic Video Ads | $150,000 |
| | YouTube Video View Ads | $30,000 |
| | YouTube Audio Ads | $100,000 |
| | Spotify: Audio/Video/Podcasts | $100,000 |
| | Bassmaster | $50,000 |
| | Instagram Image Ads | $25,000 |
| | Instagram Video Ads/Story Ads | $25,000 |
| Traffic | Display: High Impact/Cue Card Ads | $50,000 |
| | Display: Native Ads | $50,000 |
| | Display: Static Banner Ads | $100,000 |
| | YouTube Video Action Ads | $70,000 |
| | Facebook Ads: Static & Carousel | $250,000 |
| TOTAL | | $1,725,000 |

- The 2021 SPM campaign channels and tactics refine and expand upon those used in 2020.
- All new 2021 SPM channels/tactics are highlighted in blue.
- **Removed Channels:**
  - RallyPoint
  - Mavrck Influencers
- **New Channels:**
  - YouTube
  - Bassmaster
  - Instagram
- **Expanded Channels:**
  - Connected TV – Live Sports
  - Spotify – Podcasts
  - Display – High Impact Units & Cue Card Ads

5

VET-AF-ADS-0000122737



New Channels and Tactics

VET-AF-ADS-0000122738

## New Tactic: Live Sports Through Connected and Linear TV

- **Primary Goal**: Raising awareness
- **About This Tactic**: Pre-roll or mid-roll video ad placements on Connected TV devices/broadcast TV during sporting event coverage.
  - Sports include the NFL, College Football, NASCAR, and MLB
- **Why This Tactic**: Live sports reach a wide audience of sports viewers with premium inventory. Veterans over-index for watching sports, so this is an effective way to reach Veterans and their supporters.
- **Placements**: Sling, Roku, YouTube TV
- **Requirement**: Maximum video length of **30 seconds**



7

Highly Confidential

VET-AF-ADS-0000122739

## New Channel/Tactic: YouTube Audio Ads

- **Primary Goal**: Raising awareness
- **Why This Tactic:** Over half of all on-demand music streaming is through YouTube, the most popular destination for streaming music.
- Light Animation Example
- Static Example
- **Requirement:** Audio assets **must be uploaded as YouTube URLs**. Emphasis should be placed on the audio **component, with** lightly animated or static images to replace the video component. **Audio will be 15 seconds** and non-skippable.



8

VET-AF-ADS-0000122740

## New Tactic: Spotify Podcast Ads

- **Primary Goal**: Raising awareness

- **About This Tactic**: Streaming ad insertion will leverage 3P segments to target Veterans and their supporter audiences while dynamically inserting 30-second spots in podcast pre-roll and mid-roll slots.

- **Why This Tactic:** Spotify is the No. 1 podcast player in the U.S. Audiences are engaged: 81% of listeners take action (visiting or taking action on the website) as a result of listening to a podcast.

- **Requirement:** Maximum audio length of **30 seconds for pre-roll and 60 seconds for mid-roll.**

- Additional Spotify ads will include **sponsored session video** (a non-skippable video ad played in order for users to get 30 minutes of uninterrupted music) and **audio ads.**



9

Highly Confidential

VET-AF-ADS-0000122741

# New Channel/Tactic: Bassmaster Event Presence

- **Primary Goal:** Raising awareness
- **Why This Tactic:** Active duty Service members and Veterans comprise an estimated 25% of the Bassmaster audience.
- **Placements: 2021 Opens LIVE Series**
  - St. Lawrence River Northern Open: September 6-12
    - One-week home page roadblock
    - Banners – run of site
  - Lake Norman Southern Open: September 23-25
    - Banners – run of site
    - Six 30-second commercial spots during Opens LIVE livestreamed programming on Fox Sports 1
    - Exclusive sponsorship of the event page, leaderboard, and livestreaming weigh in
    - Custom in-show feature highlighting an Opens LIVE angler/Veteran discussing their service, importance of generating awareness of and need for mental health support, and Suicide Prevention Month, within livestreamed linear and digital coverage (2 total)

10

Brand Reach 34MM+
Readership: 3.3MM (Bassmaster + Bass TIMES)
Ave. site visits was 760K in 2020, but we are averaging over 1MM in 2021 YTD

Highly Confidential

VET-AF-ADS-0000122742

## New Channel/Tactic: Bassmaster – Digital Veteran Feature

### Additional Custom Content – Full Month of September

- **Custom Video Feature Created With a Veteran**
  - Video published online with an editorial feature that includes additional information, links to our website, and mental health resources.
  - Homepage promotion of video feature.
  - Social media promotion of the video feature (clip of feature up to 60 seconds, link to full video and story)
  - Editorial promotion within weekly newsletter
  - Co-branded banners/social posts driving viewers to content
- **Example:** 2020 Toyota Bonus Bucks story https://www.bassmaster.com/fantasy-fishing/homan-purple-heart-and-bonus-bucks

11

VET-AF-ADS-0000122743

## New Channel/Tactic: Instagram Image/Video/Story Ads

- **Primary Goal:** Driving traffic

- **About This Tactic:** Instagram newsfeed is the constantly updating list of photos and videos that appear when you open the Instagram app. Instagram Stories are full-screen vertical ads that appear to viewers between organic Instagram Stories.

- **Why This Tactic:** Because over half of Instagram users in the U.S. are ages 18–34, this tactic reaches younger Veterans and their supporters.

- **Placements:** Static image and video ads for newsfeed, video ads, for Stories placement.

- **Requirement:** Stories require **15-second video**. Newsfeed ads are a maximum of **30 seconds** long.





**Newsfeed**          **Stories**

12

https://www.statista.com/statistics/398166/us-instagram-user-age-distribution/#:~:text=As%20of%20April%202021%2C%2031.5,the%20United%20States%20were%20female.

## New Tactic: High-Impact Display Ads

- **Primary Goal:** Driving traffic
- **Why This Tactic:** High-impact display ads are more interactive than standard display ads and appear after users have disengaged with content on the page.
- **Placements:**
  - **Branded Carousel** – General "Reach Out" and SPM branding at the top, with tangible, swipeable examples at the bottom.
  - **Interactive Quiz** – Questions aligned with website design to have users navigate toward content that is appropriate for them.



**Branded Carousel**



**Interactive Quiz**

13

Mobile and 800x1100 size performed the best for MHM 2020 quiz units.

VET-AF-ADS-0000122745

# New Tactic: Cue Card Display Ads

- **Primary Goal:** Driving traffic
- **About This Tactic:** The cue card display ad has a flexible layout with room for a logo, background image, and **three frames** of ad copy. Viewers swipe vertically to see the content on each frame.
- **Why This Tactic:**
  - Layout works well to showcase SPM messaging. For example: frame one can state the main idea (take a moment), frame two can elaborate (example of taking a moment), and frame three can deliver a **call to action** to learn more.
  - Allows us to create **dynamic rules** that serve different messaging (ad copy) based on targeting.
  - One variant of cue card ads can be easily replicated by other "moments."
- **Placements:** Like static banners, shows alongside the content of a website or mobile site.

*Cue Card Ad Example: Find Inspiration in Fellow Veterans*



*Cue Card Ad Example: Spark Your Passion*



14

MHM Results: Achieved the most efficient cost per visit of $0.09 across all advertising tactics. Additionally, 16% of users visiting the splash page via Cue Card ads returned to the site as direct traffic, delivering a 6% conversion in the 2+ pageviews KPI.

Highly Confidential

# New Channel/Tactic: YouTube Video Action

- **Primary Goal:** Driving traffic
- **About This Tactic:** YouTube for action campaigns help drive conversions by adding prominent calls to action, headline text overlays, and an end screen to video ads.
- **Why This Tactic:** The video will raise awareness of SPM while the call-to-action card will drive users to the website to learn more and take further action.
- **Placements: 30-second** skippable video ads **on YouTube.**



15

Highly Confidential

VET-AF-ADS-0000122747