# Exhibit F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

UNITED STATES, et al.,

Plaintiffs,

-against-

GOOGLE LLC,

Defendant.

No: 1:23-cv-00108-LMB-JFA

---

September 28, 2023
10:04 a.m.

DEPOSITION of SIMON WHITCOMBE, taken by Defendant, pursuant to Notice, held at the offices of COVINGTON & BURLING LLP, 620 Eighth Avenue, New York, New York before Wayne Hock, a Notary Public of the State of New York.

Job No. CS6114685

S. Whitcombe

is we compete with programmatic, but generally speaking, particularly on lower funnel which is the majority of the revenue that we generate from advertising at Meta, we perform more competitively than programmatic generally. And again, when advertisers allocate budget on performance, you know, we do very well generally versus programmatic. And that's why you see in a lot of these documents the search and YouTube and maybe Tik Tok, that's an area on upper funnel and lower funnel where we're not consistently performing better. It's -- it may be we'll change depending on an advertiser or the way that they think about measurement or -- it's a much less cut and dry.

Q. But just for publisher ad servers specifically, you almost never hear that Meta's owned and operated properties are competing with publishers' ad servers; correct?

S. Whitcombe

MR. BITTON: Objection to form. Lacks foundation. Vague. Outside the scope.

Q. Let me you ask a little bit about DSPs or demand side platforms.

Does that make sense?

A. Yes.

MR. BITTON: Objection to form. Lacks foundation.

Q. Fair to say that, in your job as

S. Whitcombe

an advertising sales leader for Facebook, you've never had to educate yourself about DSPs in detail; is that correct?

A. That's correct.

MR. BITTON: Objection to form. Leading.

Q. Can you identify any DSPs other than The Trade Desk?

A. No.

Q. Have you ever heard of MediaMath?

A. Oh, yeah, I've heard of MediaMath, yeah.

Q. Is MediaMath a DSP?

Q. Have you ever heard that an advertiser is switching budgets between MediaMath and Meta?

MR. BITTON: Objection to form.

S. Whitcombe

Q. Were you aware that MediaMath went bankrupt in June of 2023?

MR. BITTON: Objection to form.

THE WITNESS: I do recall reading about MediaMath going out of business, yes.

Q. Can you identify any specific impact that MediaMath's bankruptcy had on Meta's advertising business?

MR. BITTON: Objection to form. Lacks foundation.

Q. What impact did -- if any, did MediaMath's bankruptcy have on Meta's advertising business?

MR. BITTON: Objection to form. Asked and answered. Lacks foundation.

Page 194

S. Whitcombe
MS. PATCHEN: Objection. Asked and answered.
Q. Have you ever heard of The Trade Desk's OpenPath product?
A. No.
Q. What impact, if any, did The Trade Desk launching OpenPath have on Meta's advertising business?
MR. BITTON: Objection to form. Lacks foundation.
MS. PATCHEN: Objection. Same.
Q. Are you familiar with Yahoo's Gemini ad network?
A. No.
Q. Were you aware that Yahoo has announced that it was shutting down the Gemini network?
A. I was not aware.
MR. BITTON: Objection to form. Lacks foundation.

Page 195

S. Whitcombe
Q. What impact, if any, is Yahoo's -- does Yahoo's announcement that it is shutting down the Gemini ad network have on Meta's advertising business?
MR. BITTON: Objection to form. Lacks foundation. Leading.
MS. PATCHEN: Objection. Same.
Q. Yahoo also recently announced that it's closing its exchange.
Do you know that?
MR. BITTON: Objection to form. Lacks foundation.
THE WITNESS: I did not know that.
Q. What impact, if any, did Yahoo closing its exchange have on Meta's advertising business?
MR. BITTON: Objection to form. Lacks foundation.
MS. PATCHEN: Objection. Same.

Page 196

S. Whitcombe
Q. You're aware that some exchanges have lowered their take rates in recent years?
MR. BITTON: Objection to form. Lacks foundation.
Q. When exchanges lowered their take rates in recent years, did that affect the price of ads sold on Meta's platform?
MR. BITTON: Objection to fortunately. Lacks foundation.
MS. PATCHEN: Objection. Same.
MR. BITTON: Leading.
Q. Can you identify any specific advertisers who moved some or all of their budgets from Meta to exchanges when exchanges lowered their take rates?
MR. BITTON: Objection to form. Lacks foundation. Leading.

Page 197

Q. Fair to say that, as a sales leader for Meta's advertising business, you haven't felt the need to educate yourself about how exchanges work; is that correct?
MR. BITTON: Objection to form.
MS. PATCHEN: Objection.
Is he testifying as the corporate representative now or in his personal capacity?
MR. VERNON: Both.
MR. BITTON: Objection to form. Lacks foundation. Outside the scope. Leading.

Page 198

Q. You were aware that some exchanges will do deals with particular publishers or advertisers under which the exchange agrees to lower its take rate for that particular publisher or advertiser?

MR. BITTON: Objection to form. Lacks foundation. Leading.

Q. Can you identify any specific advertisers who moved some or all of their advertising budgets to Meta -- I'm sorry, from Meta to exchanges because exchanges lowered their take rates or a specific publisher or advertiser?

MR. BITTON: Objection to form. Lacks foundation. Leading.

Q. What impact, if any, has exchanges lowering their take rates for specific publishers or advertisers had on Meta's advertising business?

Page 199

S. Whitcombe

MR. BITTON: Objection to form. Lacks foundation. Leading.

Q. Is it fair to say that you are not in a good position to testify based on personal knowledge about whether advertisers would switch between Meta and exchanges if exchanges change their take rates?

MR. BITTON: Objection to form. Lacks foundation. Calls for speculation. Leading.

MS. PATCHEN: Objection.

THE WITNESS: Can you repeat the question?

Q. Sure.

Is it fair to say that you're not in a good position to testify based on personal knowledge about whether advertisers would switch between Meta and exchanges if exchanges change their take rates?

MR. BITTON: Objection to form.

Page 200

S. Whitcombe

Lacks foundation. Calls for speculation. Leading.

Q. So I guess it would be fair to say that you're not in a good position to testify based on personal knowledge about whether advertisers would or would not switch between Meta and exchanges if exchanges change their take rate; is that fair?

MR. BITTON: Objection to form.

Page 201

S. Whitcombe

Leading. Calls for speculation. Lacks foundation.

MR. BITTON: Objection to form.

Page 202

MR. BITTON: Objection. Mischaracterizes the testimony. Lacks foundation. Leading.

Q. Have you heard of header bidding?

A. I've heard of it. I don't have a deep understanding of it, no.

Q. What impact, if any, did header bidding have on Meta's advertising business?

MR. BITTON: Objection to form. Lacks foundation. Leading.

Q. Will have you ever heard of Google's Open Bidding?

Page 203

S. Whitcombe

A. I have not.

Q. What impact, if any, did Google launching Open Bidding have on Meta's advertising business?

MS. PATCHEN: Objection. Calls for speculation.

MR. BITTON: Objection to form. Lacks foundation.

Page 204

MR. BITTON: Objection to form. Leading. Mischaracterizes the testimony. Lacks foundation.

Q. Okay.

In the last few years, open auction display advertising has shifted from a second price auction to a first price auction.

Are you aware of that?

MR. BITTON: Objection to form. Leading. Lacks foundation.

Page 205

S. Whitcombe

THE WITNESS: No, I'm not aware of that.

Q. What impact, if any, did open auction display's shift from a second price auction to a first price auction have on Meta's advertising business?

MS. PATCHEN: Objection. Calls for speculation.

MR. BITTON: Objection to form. Lacks foundation. Leading.

Q. Is it fair to say that changes in how competition works in open auction display don't, based upon what you hear, have a significant impact on Meta's advertising business?

MR. BITTON: Objection to form. Lacks foundation. Mischaracterizes the testimony. Leading.

THE WITNESS: Could you say that



Page 206

S. Whitcombe

one more time, I'm sorry?

Q. Sure.

Is it fair to say that, just based on what you hear in your job, that changes in how competition works in open auction display do not have a significant impact on Meta's advertising business?

MR. BITTON: Objection to form. Lacks foundation. Leading. Mischaracterizes the testimony.

Q. Let me switch topics a little bit. Your counsel may object, so I'm going to try to do this slowly.

It's fair to say you're aware, just as an individual in the world, there is antitrust scrutiny over Meta; is that fair?

MR. BITTON: Objection to form.

MS. PATCHEN: Objection. Outside the scope.

MR. BITTON: Outside the scope. Leading. Lacks foundation.

Page 207

S. Whitcombe

Q. And it's fair to say that if you were to say that display and social are separate markets, that would be against Facebook's interest with respect to antitrust litigation investigations relating to Facebook?

MS. PATCHEN: Objection. Outside the scope and calls for speculation.

MR. BITTON: Objection to form. Lacks foundation. Calls for a legal conclusion and opinion. Outside the scope. Leading.

THE WITNESS: Sorry, could you repeat the question?

Q. It's fair to say that if you were to say that display and social were separate markets, that would be against Facebook's interests with respect to the antitrust scrutiny of Facebook?

MS. PATCHEN: Same objections. This is far outside the scope of the questions.

MR. BITTON: I'll state

Page 208

S. Whitcombe

objection, outside the scope of the 30(b)(6) topics. Leading. Calls for speculation. Calls for legal opinions. And lacks foundation.

MR. BITTON: Sorry, counsel, you're referring to tab fourteen.

What does that mean?

Page 209

MR. BITTON: Yeah, I'll state the same objection.

And counsel, I'm warning you now because you're literally taking more time than you were allocated to cover deposition topics that were already covered in a prior deposition, so that's in contrast to court orders.

MR. VERNON: We'll be brief.

THE WITNESS: (Reviewing).

Which page especially again?

*United States v. Google LLC*

**Google's Errata Sheet for Google's Counsel's Questions in the**
**Transcript of the 30(b)(6) Deposition of Meta Platforms, Inc. (Simon Whitcombe) (September 28, 2023)**

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 9 | 10-11 | other of half | other half | Transcription error |
| 20 | 11 | offer customers | offer its advertiser customers | Transcription error |
| 21 | 9 | advertising spaces | advertising space | Transcription error |
| 24 | 6 | users that Meta serves | users does Meta serve | Transcription error |
| 26 | 3 | the owned | its owned | Transcription error |
| 28 | 18-19 | app element | ad element | Transcription error |
| 33 | 6-7 | based on newspaper websites | placed on newspaper websites | Transcription error |
| 38 | 5 | advertiser counts | advertiser accounts | Transcription error |
| 47 | 24 | [redacted] | [redacted] | [redacted] |
| 52 | 6-7 | gross the business | grows the business | Transcription error |
| 69 | 3 | [redacted] | [redacted] | [redacted] |
| 71 | 12 | [redacted] | [redacted] | [redacted] |
| 74 | 6 | [redacted] | [redacted] | [redacted] |
| 98 | 9 | or | for | Transcription error |
| 214 | 3 | provider programmatic | providers of programmatic | Transcription error |
| 229 | 7 | [redacted] | [redacted] | [redacted] |
| 230 | 8 | [redacted] | [redacted] | [redacted] |
| 235 | 10-11 | [redacted] | [redacted] | [redacted] |
| 241 | 18 | [redacted] | [redacted] | [redacted] error |

I have read the transcript of the 30(b)(6) deposition of Meta Platforms, Inc. for which Simon Whitcombe was the designated witness, and have listed all changes and corrections to my questions above, along with my reasons therefore.

**Date**: 11/1/2023

**Signature:**