# Exhibit G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br>v.<br>Google LLC,<br><br>                              Defendant. | Case No. 1:23-cv-00108-LMB-JFA<br><br>Hon. Leonie H. M. Brinkema |

**EXPERT SUPPLEMENTAL REPORT OF ROBIN S. LEE, PHD**

**March 4, 2024**

HIGHLY CONFIDENTIAL

Expert Supplemental Report of Robin S. Lee, PhD

# Appendix B. Additional figures

## B.1. US publisher ad server market shares



Expert Supplemental Report of Robin S. Lee, PhD

_____      March 4, 2024
Robin S. Lee, PhD                                          Date

HIGHLY CONFIDENTIAL