IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of the motion and certain exhibits to their Opposition to Defendant Google LLC's Motion to Exclude the Testimony of Professor Robin S. Lee ("Opposition") and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby:

FINDS that the motion for sealing should be granted pursuant to the Modified Protective Order, ECF No. 203, and applicable law.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Opposition and the under seal and redacted portions of Plaintiffs' related exhibits shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____