# Plaintiffs' Exhibit 82
# (Under Seal)