# Plaintiffs' Exhibit 86

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

UNITED STATES, et al.,   ) Case No.
                         ) 1:23-cv-00108-LMB-JFA
                         )
    Plaintiffs,          )
                         )
vs.                      )
                         )
GOOGLE LLC,              )
                         )
    Defendant.           )
_____)

- HIGHLY CONFIDENTIAL -

VIDEOTAPED 30(b)(6) DEPOSITION OF
NATIONAL HIGHWAY TRAFFIC SAFETY ASSOCIATION
through the testimony of
SUSAN A. McMEEN
September 26, 2023
2:55 p.m.

Reported by: Bonnie L. Russo
Job No. 6105353

HIGHLY CONFIDENTIAL

Page 47

1   Q.   Understood.  So which -- and let me
2   go back and ask the question earlier again.
3           Which Google products did NHTSA
4   utilize in connection with the Safe Cars Save
5   Lives campaign?
6           MR. GROSSMAN:  Objection to form.
7           THE WITNESS:  It was a Google -- it
8   was the previously -- name of the DV360 prior
9   to that.  I -- I don't remember offhand.
10          BY MR. GREENBAUM:
11   Q.   Are you talking about DoubleClick
12  Bid Manager?
13          MR. GROSSMAN:  Objection to form.
14          THE WITNESS:  Because we're talking
15  2019, I would actually have to go pull the
16  actual information to be able to verify it.
17          BY MR. GREENBAUM:
18   Q.   Did NHTSA stop using Google products
19  in 2019 for the Safe Cars Save Lives campaign?
20   A.   I don't know exactly which year.  I
21  just threw that out as a year as an example.
22  Okay.  I can't -- I would have to go back in

HIGHLY CONFIDENTIAL

Page 48

1  time and look at those.  We have lots of
2  campaigns with a lot of different years and so
3  forth.  So I would really have to go back and
4  verify that.
5              I can tell you that we have used in
6  the past for the recalls campaigns we have used
7  some of those products.
8       Q.   Okay.  So I will make this easy and
9  ask you --
10      A.   Thank you.
11      Q.   -- about the automated driver
12  assistance technology campaign.
13              Does NHTSA currently use DV360 for
14  the automated driver assistance technology
15  campaign?
16      A.   So I can't -- are you -- what year
17  are you referring to?
18      Q.   Currently.
19      A.   2023.  I cannot speak exactly if it
20  would be used.  I can just -- I would have to
21  look at the plan to know for sure.
22      Q.   Okay.  But at some point between

HIGHLY CONFIDENTIAL

Page 49

1    2019 and 2023, NHTSA utilized DV360 for the
2    Automated Driver Assistance Technologies
3    campaign?
4         A.    That's correct.
5         Q.    Why did NHTSA utilize DV360 for that
6    campaign?
7              MR. GROSSMAN:  Objection to form.
8              THE WITNESS:  Because our ad agency
9    put together a media plan for us, and we
10   reviewed it with them and felt with their
11   recommendations that we would use that and
12   amongst other things for that -- for that
13   campaign.
14             BY MR. GREENBAUM:
15        Q.    And has using DV360 for the
16   automated driver assistance technology campaign
17   help NHTSA achieve its campaign objectives in
18   between 2019 and 2023?
19             MR. GROSSMAN:  Objection to form.
20             THE WITNESS:  So as I mentioned,
21   you're using a span of 2019 to 2023 or 2022 I
22   believe, and I do not believe that we used

HIGHLY CONFIDENTIAL

Page 50

1   DV360 in all those years.  At least one of
2   those years, I know we used it.  So -- but
3   because I can't tell you today what we're using
4   in 2023 exactly for that particular campaign.
5           I do know that we reviewed our
6   results, and then with the recommendation, the
7   ad agency on our behalf will make a purchase
8   for us.
9           BY MR. GREENBAUM:
10      Q.  So for the year that NHTSA utilized
11  DV360 for the automated driver assistance
12  technology campaign, did DV360 help NHTSA
13  achieve its campaign objectives?
14          MR. GROSSMAN:  Objection to form.
15          THE WITNESS:  Again, as I mentioned,
16  when we run a campaign, then we do -- they
17  provide us a report in how well it did.  I just
18  cannot recall at this moment exactly how that
19  did.
20          BY MR. GREENBAUM:
21      Q.  Did -- do you recall any complaints
22  about the quality of Google's services in

HIGHLY CONFIDENTIAL

Page 97

1    CERTIFICATE OF NOTARY PUBLIC

2            I, Bonnie L. Russo, the officer before
3    whom the foregoing deposition was taken, do
4    hereby certify that the witness whose testimony
5    appears in the foregoing deposition was duly
6    sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
13   which this deposition was taken; and further,
14   that I am not a relative or employee of any
15   attorney or counsel employed by the parties
16   hereto, nor financially or otherwise interested
17   in the outcome of the action.

18

19                    _____
                             *[signature: Bonnie L. Russo]*

20                    Notary Public in and for
21                    the District of Columbia
22   My Commission expires:  August 14, 2025

HIGHLY CONFIDENTIAL

Page 100

1  United States, Et Al v. Google, LLC
2  McMeen , NHTSA 30(b)(6) (#6105353)
3              ACKNOWLEDGEMENT OF DEPONENT
4      I, McMeen , NHTSA 30(b)(6), do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____    _____
12  McMeen , NHTSA 30(b)(6)                  Date
13  *If notary is required
14                  SUBSCRIBED AND SWORN TO BEFORE ME THIS
15           _____ DAY OF _____, 20___.
16
17
18                        _____
19                        NOTARY PUBLIC
20
21
22
23
24
25

1   David Grossman Esq

2   David.grossman@usdoj.gov

3                      September 27th, 2023

4   RE:    United States, Et Al v. Google, LLC

5       9/26/2023, McMeen , NHTSA 30(b)(6) (#6105353)

6       The above-referenced transcript is available for

7   review.

8       Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  (erratas-cs@veritext.com).

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19      If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                  Yours,

23              Veritext Legal Solutions

24

25

HIGHLY CONFIDENTIAL

Page 99

1   United States, Et Al v. Google, LLC

2   McMeen , NHTSA 30(b)(6) (#6105353)

3               E R R A T A  S H E E T

4   PAGE__40_ LINE__5__ CHANGE___Change "Youtube" to

5   "you contend"_____

6   REASON_____

7   PAGE__40_ LINE__12_ CHANGE___Change "that donated

8   media" to "about donated media"_____

9   REASON_____

10  PAGE_45__ LINE__16_ CHANGE__Change "who do it on

11  behalf will do" to "who do it on behalf and will

12  do"_____

13  REASON_____

14  PAGE_____ LINE_____ CHANGE_____

15  _____

16  REASON_____

17  PAGE_____ LINE_____ CHANGE_____

18  _____

19  REASON_____

20  PAGE_____ LINE_____ CHANGE_____

21  _____

22  REASON_____

23  _____  _____

24     McMeen , NHTSA 30(b)(6)               Date

25

HIGHLY CONFIDENTIAL

Page 100

1  United States, Et Al v. Google, LLC
2  McMeen , NHTSA 30(b)(6) (#6105353)
3                ACKNOWLEDGEMENT OF DEPONENT
4      I, McMeen , NHTSA 30(b)(6), do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11     _Susan McMeen_                        _10/27/23_
12  McMeen , NHTSA 30(b)(6)                    Date
13  *If notary is required
14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                       _____ DAY OF _____, 20___.
16
17
18                       _____
19                             NOTARY PUBLIC