# Plaintiffs' Exhibit 88

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
_____

UNITED STATES, et al., ) 1:23-cv-00108-LMB-JFA
)
Plaintiffs, )
)
vs. )
)
GOOGLE LLC, )
)
Defendant. )
_____)

- HIGHLY CONFIDENTIAL -

VIDEOTAPED DEPOSITION OF

COLONEL LENNOX MORRIS

September 1, 2023

9:06 a.m.

Job No. CS6074135
Reported by:  Bonnie L. Russo

HIGHLY CONFIDENTIAL

Page 24

1            THE WITNESS:  The individuals you
2     listed are a mix of AEMO and DDB personnel.
3            BY MS. GOODMAN:
4       Q.   Do you have any understanding of
5     whether Chris Pultorak, Holly Springer, Maria
6     Stuckel or Ron Davis work for DDB versus OMD?
7            MR. McBIRNEY:  Object to form.
8            THE WITNESS:  To my knowledge they
9     are all employees of DDB.
10           BY MS. GOODMAN:
11      Q.   And in June of 2023 did you change
12    jobs within the army?
13      A.   You said June of 2023?
14      Q.   Uh-huh.
15      A.   That seems correct.  In June of
16    2023.
17      Q.   Prior to June of 2023 you were the
18    paid media branch chief at AEMO; is that
19    correct?
20      A.   Prior to June I was the branch chief
21    for paid media, yes, ma'am.
22      Q.   When I say AEMO, I am referring to

HIGHLY CONFIDENTIAL

Page 25

1  the army enterprise marketing office.  That's
2  your understanding, correct?
3      A.   AEMO is the army enterprise
4  marketing office.
5      Q.   And you were the branch chief for
6  paid media from April 2021 until approximately
7  June of 2023; is that accurate?
8      A.   Those dates seem correct; April '21
9  to June of '23, that seems about right.
10     Q.   And prior to April of 2021 were you
11 the strategic marketing officer in AEMO?
12     A.   Prior to April of '21 I was one of
13 several strategic marketing officers for AEMO.
14     Q.   And did you hold the role of
15 strategic marketing officer from the time
16 period of approximately July 2020 through March
17 of 2021?
18     A.   July 2020 to March 2021, those dates
19 seem to be correct.
20     Q.   How did you come to work at AEMO?
21     A.   Can you clarify what you mean by how
22 I came to work?

HIGHLY CONFIDENTIAL

Page 202

1    A.   FY21, Q4 marketing mix modeling,
2    national paid media utilization assessment is
3    attached.
4    Q.   This is a similar deck that we
5    looked at -- similar to what we looked at in
6    Exhibit 63, correct?  Different time period but
7    same -- same concept, same kind of deck?
8    A.   Give me one second, ma'am.
9         This appears to be the preceding
10   marketing mix model assessment to the -- the
11   one we previously reviewed.
12   Q.   So just the one from the quarter
13   prior?
14   A.   This is from Q4, '21.  The previous
15   one was Q1, '22.
16   Q.   Okay.  And can you please turn in
17   Exhibit 64, please, to page ending in 7061.
18   And on this slide in -- under key implication
19   and optimization recommendations, it states:
20   "Leverage DCO across all programmatic
21   placements in order to drive more efficient
22   leads while reducing spend by 61 percent in

Page 203

1      leaning into the last touch data during Q1 to
2      assess tactic shifts impact."
3              In that sentence do you have an
4      understanding of what DCO means?
5          A.    Give me one moment.
6              The abbreviation for DCO is
7      currently slipping my mind.  I would have known
8      it at that time.  Right now I can't recall it.
9          Q.    Do you recall it to mean "dynamic
10     creative optimization"?
11         A.    I do.
12         Q.    What does that mean to your
13     recollection?
14         A.    So the dynamic creative optimization
15     was what we were referring to to some extent
16     earlier with the VIRS program for personalized
17     marketing.  It is dynamic in that, as you the
18     user are encountering army ads, they are served
19     to you in a bespoke way.
20              And the creative, again, it had
21     multiple creatives that can be optimized for
22     your user journey, so a JAG lawyer in your --

HIGHLY CONFIDENTIAL

Page 204

1       in your example.
2           Q.   And when it says:  "Leverage DCO
3       across all programmatic placements," do you
4       have an understanding of what is meant by "all
5       programmatic placements"?
6           A.   My understanding would be just that,
7       all programmatic placements.
8           Q.   Are you aware of what all -- what
9       constituted all of the programmatic placements
10      around this time?
11          A.   I can't speak specifically to that.
12          Q.   Are you aware of any programmatic
13      placements to which this is referring?
14          A.   It would be referring to the
15      programmatic placements that were a part of the
16      media plan at that time.  Outside of that I
17      can't be specific on it.
18          Q.   Okay.  And do you know what vendors
19      or partners DDB used for programmatic
20      placements?
21              MR. McBIRNEY:  Object to form.
22              THE WITNESS:  To my knowledge, those

HIGHLY CONFIDENTIAL

Page 205

1    would be the vendors' platforms that we spoke
2    about before, DoubleClick campaign manager,
3    Google campaign manager, DV360.
4            BY MS. GOODMAN:
5        Q.   Do you know one way or another if
6    DV360 used any other providers for programmatic
7    advertisers for the army?
8            MR. McBIRNEY:  Objection.  Vague.
9            THE WITNESS:  My -- my recollections
10   is at one time there was -- there were multiple
11   programmatic platforms that were being used.
12   However, over time that shifted more to the
13   Google product in this case.
14           BY MS. GOODMAN:
15       Q.   What -- you said "at one time there
16   were multiple programmatic platforms being
17   used."
18           What's your best recollection of the
19   time period in which multiple programmatic
20   platforms were being used by DDB on behalf of
21   the army?
22       A.   My best recollection is 2021 would

HIGHLY CONFIDENTIAL

Page 206

1  have been that time frame.
2       Q.   Okay.  Do you know what other
3  providers were being used -- programmatic
4  platform providers were being used in the 2021
5  time frame?
6       A.   Not specifically, ma'am.
7       Q.   Why, to your knowledge, did the
8  programmatic investments shift more to the
9  Google product in this case to your knowledge?
10           MR. McBIRNEY:  Object to form.
11           THE WITNESS:  To the best of my
12  knowledge, that change would have been
13  consistent with our previous discussions in
14  terms of which platforms were the most
15  efficient for the army's dollar.
16           BY MS. GOODMAN:
17       Q.   So is it accurate to say that the
18  army's investment in programmatic display
19  advertising shifted more to Google because
20  Google was performing better for the army than
21  any other programmatic provider?
22           MR. McBIRNEY:  Object to form.

HIGHLY CONFIDENTIAL

Page 316

1           CERTIFICATE OF NOTARY PUBLIC

2              I, Bonnie L. Russo, the officer before

3      whom the foregoing deposition was taken, do

4      hereby certify that the witness whose testimony

5      appears in the foregoing deposition was duly

6      sworn by me; that the testimony of said witness

7      was taken by me in shorthand and thereafter

8      reduced to computerized transcription under my

9      direction; that said deposition is a true

10     record of the testimony given by said witness;

11     that I am neither counsel for, related to, nor

12     employed by any of the parties to the action in

13     which this deposition was taken; and further,

14     that I am not a relative or employee of any

15     attorney or counsel employed by the parties

       hereto, nor financially or otherwise interested

16     in the outcome of the action.

17

18                    _____

19                    Notary Public in and for

20                    the District of Columbia

21     My Commission expires:  August 14, 2024.

22

HIGHLY CONFIDENTIAL

Page 318

United States, Et Al v. Google, LLC

Lennox Morris (#6074135)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____   _____

Lennox Morris                                                    Date

Page 319

1  United States, Et Al v. Google, LLC
2  Lennox Morris (#6074135)
3              ACKNOWLEDGEMENT OF DEPONENT
4     I, Lennox Morris, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____    _____
12  Lennox Morris                              Date
13  *If notary is required
14                 SUBSCRIBED AND SWORN TO BEFORE ME THIS
15      _____ DAY OF _____, 20____.
16
17
18                 _____
19                 NOTARY PUBLIC
20
21
22
23
24
25