# Plaintiffs' Exhibit 91
# (Under Seal)

# Plaintiffs' Exhibit 92
# (Under Seal)

# Plaintiffs' Exhibit 93
# (Under Seal)