# Plaintiffs' Exhibit 94

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NO. | | PAGE 1 OF 49 |
|---|---|---|---|---|

| 2. CONTRACT NO. 47QRAA21D001F | 3. AWARD/EFFECTIVE DATE AWARDED: 09-10-2021 EFFECTIVE: 09-12-2021 | 4. ORDER NO. 36C10X21F0097 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Anthony Zibolski | b. TELEPHONE NO. (No Collect Calls) None | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE 36C10X

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

**10. THIS ACQUISITION IS** [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR:
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 541511
SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP |

**15. DELIVER TO** CODE

See Section B.4

**16. ADMINISTERED BY** CODE 36C10X

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

**17a. CONTRACTOR/OFFEROR** CODE 1DWB2   FACILITY CODE

J.R. REINGOLD & ASSOCIATES, INC.
REINGOLD, INC. (ALEXANDRIA CI)

1321 DUKE ST

ALEXANDRIA VA 22314

TELEPHONE NO.   DUNS: 185056942 DUNS+4:

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE VAFSC

U.S. Department of Veterans Affairs
Financial Services Center
PO BOX 149971
(see Section B.2 invoicing/payment)
Austin TX 78714-8917

PHONE: 1-(877)-489-6135   FAX:

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | VA General Mental Health and Suicide Prevention Awareness and Education Outreach Support Services For billing purposes, use IFCAP PO Number 132-C10088 on all invoices. See CONTINUATION Pages. | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| 25. ACCOUNTING AND APPROPRIATION DATA See CONTINUATION Page | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $6,974,193.51 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA | [ ] ARE [ ] ARE NOT ATTACHED. |
|---|---|
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA | [X] ARE [ ] ARE NOT ATTACHED |

| [X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Kevin Miller* DocuSigned by: 0F7CEC90738047A... | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Anthony T. Zibolski 249632 Digitally signed by Anthony T. Zibolski 249632 Date: 2021.09.10 14:49:42 -04'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) Kevin Miller   Partner | 30c. DATE SIGNED 9/10/2021 | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Anthony Zibolski   Contracting Officer | 31c. DATE SIGNED See Block 31a |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Highly Confidential

VET-AF-ADS-0000163359

## Table of Contents

SECTION A .................................................................................................... 1

    A.1  SF 1449  SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS......... 1

SECTION B - CONTINUATION PAGES................................................................. 3

    B.1 CONTRACT ADMINISTRATION DATA.................................................... 3
    B.2 INVOICING INSTRUCTIONS................................................................. 4
    B.3 PRICE/COST SCHEDULE ................................................................... 6
    B.4 PERFORMANCE WORK STATEMENT ................................................10

SECTION C - CONTRACT CLAUSES ..................................................................46

    C.1 FSS ORDER INTRODUCTORY LANGUAGE .......................................46
    C.2  VAAR 852.212-70  PROVISIONS AND CLAUSES APPLICABLE TO VA
    ACQUISITION OF COMMERCIAL ITEMS (APR 2020) .................................46
    C.3  VAAR 852.219-75  SUBCONTRACTING COMMITMENTS MONITORING AND
    COMPLIANCE (JUL 2018) .........................................................................47
    C.4 MANDATORY WRITTEN DISCLOSURES.............................................47

SECTION D - CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS ..........................49

Highly Confidential

VET-AF-ADS-0000163360

## SECTION B - CONTINUATION PAGES

## B.1 CONTRACT ADMINISTRATION DATA

1. Contract Administration:  All contract administration matters will be handled by the following individuals:

    a. CONTRACTOR:      J.R. REINGOLD & ASSOCIATES, INC.
                                   1321 Duke Street
                                   Alexandria, VA 22314

                                   POC: Kevin Miller
                                   Phone: 202-427-5095
                                   Email: kmiller@reingold.com

    b. GOVERNMENT:     Strategic Acquisition Center – Frederick
                                   Department of Veterans Affairs
                                   5202 Presidents Court, Suite 103
                                   Frederick, MD 21703

Contracting Officer (CO):   Anthony Zibolski
                                   Anthony.Zibolski@va.gov
                                   240-215-1763

Contracting Officer's
Representative (COR):      See the COR Designation of Authority. In the absence of a COR Designation of Authority the Contracting Officer will retain and execute all COR duties.

Highly Confidential                                                        VET-AF-ADS-0000163361

## B.2 INVOICING INSTRUCTIONS

**1. Submission -** In accordance with VAAR Clause 852.232-72 Electronic Submission of Payment Requests, all invoices shall be submitted electronically.

<u>**Tungsten (fka OB10) ELECTRONIC INVOICE SUBMISSION**</u>
<u>**FSC e-INVOICE PROGRAM THRU AUSTIN PORTAL**</u>
<u>**FSC MANDATORY ELECTRONIC INVOICE SUBMISSION FOR AUSTIN PAYMENTS**</u>

**Vendor Electronic Invoice Submission Methods:**
Fax, email and scanned documents are not acceptable forms of submission for payment requests. Electronic form means an automated system transmitting information electronically according to the accepted data transmissions below.

- VA's Electronic Invoice Presentment and Payment System – The Financial Services Center (FSC) in Austin, TX uses a third-party contractor, Tungsten, to transition vendors from paper to electronic invoice submission. Please go to this website: http://www.tungsten-network.com/US/en/veterans-affairs/ to begin submitting electronic invoices, free of charge.

- A system that conforms to the X12 electronic data interchange (EDI) formats established by the Accredited Standards Center (ASC) chartered by the American National Standards Institute (ANSI). The X12 EDI Web site is http://www.x12.org.

**Vendor e-invoice Set-up information:**
Please contact Tungsten at the phone number or email address listed below to begin submitting your electronic invoices to the VA Financial Services Center in Austin, TX for payment processing. If you have questions about the payment status of a properly submitted invoice, the e-invoicing program, or Tungsten, please contact the FSC at the phone number or email address listed below.
• Tungsten e-Invoice setup information: 1-877-489-6135
• Tungsten e-Invoice email: VA.Registration@tungsten-network.com
• FSC e-Invoice contact information: 1-877-353-9791
• FSC e-Invoice email: vafsccshd@va.gov
• http://www.fsc.va.gov/einvoice.asp

COMMUNICATIONS:
• https://www.federalregister.gov/articles/2012/11/27/2012-28612/vaacquisition-regulation-electronic-submission-of-payment-requests
• http://fcw.com/articles/2012/11/27/va-epayments.aspx?s=fcwdaily

Highly Confidential

VET-AF-ADS-0000163362

**2.Submission of Proper Invoice -** The following data must be included in an invoice for it to constitute a proper invoice:

a. Name and address of the contractor
b. Invoice date and number
c. IFCAP Purchase Order No.: 132-C10088
d. Contract No.: 47QRAA21D001F 36C10X21F0097
e. Item number, description, quantity, unit of measure, price, extended price and a total of supplies delivered, or services performed.

    1. Cumulative billing (per line item and total)
    2. Final invoices must be marked **'FINAL INVOICE'**
    3. Proof of supplies delivered, or services performed MUST also be provided. Signature, printed name and title of Government receiving official and date of delivery or performance period must be included.

**INVOICES THAT DO NOT COMPLY WITH THESE REQUIREMENTS SHALL BE REJECTED.**

**3.Contractor Remittance Address**
All payments by the Government to the contractor will be made in accordance with:
[X] 52.232-33, Payment by Electronic Funds Transfer - System for Award Management, or
[ ] 52.232-36, Payment by Third Party

**4.Invoice shall be submitted in the arrears**
a. Quarterly [ ]
b. Semi-Annually [ ]
c. Other [X] Monthly, after delivery and acceptance by the COR.

Highly Confidential

VET-AF-ADS-0000163363

## B.3 PRICE/COST SCHEDULE

Period of Performance: September 12, 2021 through September 11, 2022

| ITEM | DESCRIPTION OF SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | 7.1.1 Kick-Off Meeting, Initial Project Management Plan (PMP) Contract | 1.00 | JB | $0.00 | $0.00 |
| 0002 | 7.1.2 Final Project Management Plan (PMP) | 1.00 | JB | $10,214.09 | $10,214.09 |
| 0003 | 7.2.1A Support Implementation of Outreach Campaigns on a National Level | 12.00 | MO | $19,595.96 | $235,151.55 |
| 0004 | 7.2.1B Develop and Implement Specific, Focused Campaigns for Mental Health Awareness Month in May and focused campaign for MST for use during Sexual Assault Awareness Month in April and T&H | 12.00 | MO | $45,336.31 | $544,035.69 |
| 0005 | 7.2.1C Provide Existing MTC, Suicide Prevention and Overall Mental Health Communication Content, including content focused on increasing support and awareness of Mental Health Summits NLT February, SUD, MST, Psychotherapy, VITAL Program, OTH Veterans and 12 external blogs specific to VA Mental Health as appropriate and in Accordance With Approved Messaging | 12.00 | MO | $71,394.34 | $856,732.11 |
| 0006 | 7.2.1D Logistics support for professional events/conferences | 26.00 | JB | $5,403.03 | $140,478.65 |
| 0007 | 7.2.1E Logistics Support, Attendance, and Take-Down for 26 Professional Events/Conferences within the U.S. | 26.00 | JB | $1,509.97 | $39,259.11 |
| 0008 | 7.2.1F Provide Support for Four Strategic Outreach Meetings at to-be-Determined Locations/VA Medical Centers (VAMC) | 4.00 | JB | $14,729.01 | $58,916.05 |
| 0009 | | 12.00 | MO | $11,766.83 | $141,201.94 |

Highly Confidential
VET-AF-ADS-0000163364

7.2.1G Establish Metrics and Report on Effectiveness of Outreach and Conferences/Events for Mental Health in General, MTC, Mental Health Month in May, Sexual Assault Awareness Month (April) and T&H efforts for the Great American Smokeout (November), the Great American Spitout (February), SUD and World No Tobacco Day (May).  Outreach Outcomes and Results will be Included in the Required Monthly Progress Reports Detailed in Section 9.0

| 0010 | | 12.00 | MO | $53,370.25 | $640,442.96 |
|---|---|---|---|---|---|

7.3.1A Full Time Graphic Support to Develop New Material and Expanded Current Outreach Tool Kits in Color, Black and White, and Web Versions with Print Instructions, and a Mobile Display Ensuring 508 Compliance.

| 0011 | | 12.00 | MO | $16,837.11 | $202,045.28 |
|---|---|---|---|---|---|

7.3.1B Full Time Graphic Support to Develop New 508 Compliant Outreach Tool Kits for MST for Sexual Assault Awareness Month, OTH, VOICES and Mental Health Summits

| 0012 | | 12.00 | MO | $2,239.97 | $26,879.65 |
|---|---|---|---|---|---|

7.4.1 Fulfillment, Distribution, Tracking, and Storage of Collateral and Other Materials and Assessment of Effectiveness

| 0013 | | 12.00 | MO | $6,447.53 | $77,370.40 |
|---|---|---|---|---|---|

7.5.1 Refined Metrics Document; Monthly Web and Social Media Dashboards, monthly PSA/Paid

| 0014 | | 12.00 | MO | $39,973.47 | $479,681.67 |
|---|---|---|---|---|---|

7.6.1A Website Maintenance Including Migration to New Structure and Overall Support for Web and Mobile

| 0015 | | 5.00 | JB | $4,635.27 | $55,623.22 |
|---|---|---|---|---|---|

7.6.1B Develop Five Website Splash Pages for Mental Health

| 0016 | | 12.00 | MO | $15,486.31 | $185,835.72 |
|---|---|---|---|---|---|

7.7.1A Social Media Monitoring, Maintenance, Moderation for MTC Social Media Properties (YouTube, Facebook, Instagram) and Monthly MTC Content - 36 Posts for (Facebook, Instagram, Twitter) all Properties Delivered the Proceeding Month

| 0017 | | 12.00 | MO | $9,289.13 | $111,469.55 |
|---|---|---|---|---|---|

Page 7 of 49

|      | 7.7.1B Develop Approximately 24 Monthly Social Media Content Items for General Mental Health Outreach Closely Aligned with MTC Social Media Development Schedule |       |     |             |              |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|-------------|--------------|
| 0018 |                                                                                                                                                                  | 1.00  | JB  | $3,378.35   | $40,540.18   |
|      | 7.7.1C Social Media Strategy Implementation Plan                                                                                                                 |       |     |             |              |
| 0019 |                                                                                                                                                                  | 12.00 | MO  | $18,111.13  | $90,555.65   |
|      | 7.7.1D Social Media Strategy Implementation                                                                                                                      |       |     |             |              |
| 0020 |                                                                                                                                                                  | 12.00 | MO  | $22,477.17  | $269,726.02  |
|      | 7.8.1A Video Plan and Two Creative Sessions , Recruitment, Production, Professional Photography Services, and Post Production of Four Interview, Lifestyle, Social Media Shorts and Cutdowns, And b-roll Shoots for Mental Health; Editing of Videos to Create 96-120 Videos no Longer Than Five Minutes Including the Storage (cloud and hard) of 110 Terabytes of new and Preexisting Digital Media Content. Postproduction of ten Compilation Videos. |       |     |             |              |
| 0021 |                                                                                                                                                                  | 12.00 | MO  | $2,726.53   | $32,718.32   |
|      | 7.8.1B HD/SD Video Creative, Plan, Production and Post Production for Two NATIONAL TV COMMERCIAL-GRADE/QUALITY/PSAs in Los Angeles, CA or New York, NY; Four Total, Two per PSA - Social Media Platform Versions From Previously Captured PSA Footage; Professional, Behind-The-Scenes Photography Services; PSA Distribution to at Least 1,500 PSA Directors at National/Local TV Outlets; Reproduction Services for 100 Copies per PSA. |       |     |             |              |
| 0022 |                                                                                                                                                                  | 2.00  | JB  | $103,093.68 | $206,187.36  |
|      | 7.8.1C Video Creative, Plan, Production and Postproduction of Six HD, Short, 120 Second, Educational/Awareness Videos and video ads for Mental Health including MST, Psychotherapy, SUD, VOICES and Tobacco and Health. |       |     |             |              |
| 0023 |                                                                                                                                                                  | 4.00  | JB  | $45,509.84  | $182,039.36  |
|      | 7.9.1A Still Photography for all Video Shoots Including Photoshoot and Individual Copies (electronic) of Photos for all Testimonial Shoots for each Participant. |       |     |             |              |
| 0024 |                                                                                                                                                                  | 12.00 | MO  | $7,059.27   | $84,711.20   |
|      | 7.9.1B Full time still photo editor for mental health efforts                                                                                                     |       |     |             |              |

Highly Confidential

VET-AF-ADS-0000163366

| 0025 | | 1.00 | JB | $35,017.76 | $35,017.76 |
| | 7.10.1A Paid Media Plan | | | | |
| 0026 | | 1.00 | LT | $TBD | $TBD |
| | [1]7.10.1B Paid Media Buys Not to Exceed: TBD | | | | |
| 0027 | | 12.00 | MO | $TBD | $TBD |
| | [2]OPTIONAL 7.10.1C Paid Media social media monitoring | | | | |
| 0028 | | 1.00 | LT | $129,855.00 | $129,855.00 |
| | Travel Not to Exceed: $129,855.00 | | | | |
| 0029 | | 1.00 | LT | $2,097,505.00 | $2,097,505.00 |
| | Other Direct Costs (ODCs) Not to Exceed: $2,097,505.00 | | | | |
| | | | | **GRAND TOTAL:** | **$6,974,193.51** |

ACCOUNTING AND APPROPRIATION DATA

| ACRN | APPROPRIATION | REQUISITION NUMBER | AMOUNT |
|---|---|---|---|
| 1 | 132-3610160-4889-805800-2580 SP8CK | 132-21-4-4889-0020 | $6,974,193.51 |

---

[1] Any commissions received for Marketing and Public Relations Subcategory will either (a) be returned to the ordering agency or (b) applied as a credit to the cost of the project, as determined by the requiring activity at the time of credit.

[2] The amount is unknown and may fluctuate based on the amount of effort needed.

Highly Confidential VET-AF-ADS-0000163367