# Plaintiffs' Exhibit 95 (Redacted)

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 1. REQUISITION NO. 132-22-1-3299-0001 | | PAGE 1 OF 36 |
|---|---|---|---|---|---|
| 2. CONTRACT NO. 36C10X22C0004 | 3. AWARD/EFFECTIVE DATE 12-01-2021 | 4. ORDER NO. | 5. SOLICITATION NUMBER 36C10X22Q0029 | | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Anthony Zibolski | | b. TELEPHONE NO. (No Collect Calls) 240-215-0598 | | 8. OFFER DUE DATE/LOCAL TIME 11-29-2021 10:00 AM East |

9. ISSUED BY   CODE  36C10X

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

10. THIS ACQUISITION IS  ☐ UNRESTRICTED OR  ☒ SET ASIDE: 100 % FOR:
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☒ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8(A)

NAICS: 519190
SIZE STANDARD: $30 Million

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ  ☐ IFB  ☐ RFP | |

15. DELIVER TO   CODE

Department of Veterans Affairs
Records and Vault Center

11693 Lime Kiln Drive
Neosho, MO 64850

16. ADMINISTERED BY   CODE  36C10X

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

17a. CONTRACTOR/OFFEROR   CODE 65T66   FACILITY CODE

The District Communications Group

633 E Street, SE

Washington, DC 20003

TELEPHONE NO. 202-656-0098   DUNS: 965032878   DUNS+4:

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY   CODE  VAFSC

U.S. Department of Veterans Affairs
Financial Services Center
PO BOX 149971
(see Section B.2 invoicing/payment)
Austin TX 78714-8917

PHONE: 1-(877)-489-6135   FAX:

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED
☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES  See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The Department of Veterans Affairs Office of Mental Health and Suicide Prevention (OMHSP) Media Contract - KeepItSecure.net Campaign<br><br>Contract Type: Firm-fixed Price<br><br>See Section B.2 Price/Cost Schedule<br><br>included on all invoices.<br><br>For billing purposes, IFCAP PO Number **132-C20015** shall be included on all invoices. | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

25. ACCOUNTING AND APPROPRIATION DATA

132-3620160-3299-809400-2647 SP8CKPLA1

26. TOTAL AWARD AMOUNT (For Govt. Use Only)
$550,650.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA  ☐ ARE  ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA  ☒ ARE  ☐ ARE NOT ATTACHED
☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED
☐ 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
*/s/ Adam Clampitt/*

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
Adam Clampitt, President and CEO

30c. DATE SIGNED
12/1/2021

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
Anthony T. Zibolski 249632  Digitally signed by Anthony T. Zibolski 249632 Date: 2021.12.01 10:17:49 -05'00'

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Anthony Zibolski
Contracting Officer

31c. DATE SIGNED
12-01-2021

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449   (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Table of Contents

SECTION A ............................................................................................................................. 1

   A.1  SF 1449  SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS......... 1

SECTION B - CONTINUATION OF SF 1449 BLOCKS............................................................ 3

   B.1 CONTRACT ADMINISTRATION DATA ................................................................... 3
   B.2 INVOICING INSTRUCTIONS .................................................................................... 4
   B.3 PRICE/COST SCHEDULE ........................................................................................ 6
   B.4 PERFORMANCE WORK STATEMENT (PWS)......................................................... 7

SECTION C - ADDITIONAL SIMPLIFIED ACQUISITION TERMS AND CONDITIONS .......... 27

   C.1  52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)..................................... 27
   C.2 52.223-99 ENSURING ADEQUATE COVID-19 SAFETY PROTOCOLS FOR
   FEDERAL CONTRACTORS (OCT 2021) ...................................................................... 27
   C.3 52.252-2  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) ................. 28
   C.4  VAAR 852.212-70  PROVISIONS AND CLAUSES APPLICABLE TO VA
   ACQUISITION OF COMMERCIAL ITEMS (APR 2020) ............................................... 28
   C.5  VAAR 852.219-74  LIMITATIONS ON SUBCONTRACTING—MONITORING AND
   COMPLIANCE (JUL 2018) .............................................................................................. 29
   C.6  52.212-5  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT
   STATUTES OR EXECUTIVE ORDERS—COMMERCIAL ITEMS (JUN 2020)............. 30

SECTION D - CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS .......................... 36

Highly Confidential

VET-AF-ADS-0000857554

## SECTION B - CONTINUATION OF SF 1449 BLOCKS

**B.1 CONTRACT ADMINISTRATION DATA**
(Continuation from Standard Form 1449)

**1. Contract Administration:** All contract administration matters will be handled by the following individuals:

| | |
|---|---|
| a. CONTRACTOR: | The District Communications Group<br>Adam Clampitt<br>adam.clampitt@dcgcommunications.com<br>202-651-0099<br>DUNS Number: 965032878<br>Cage Code: 65T66 |
| b. GOVERNMENT: | Strategic Acquisition Center – Frederick<br>Department of Veterans Affairs<br>5202 Presidents Court, Suite 103<br>Frederick, MD 21703 |
| Contracting Officer (CO): | Anthony Zibolski<br>Anthony.Zibolski@va.gov<br>240-215-1763 |
| Contract Specialist (CS): | Hermann Degbegni<br>Hermann.Degbegni@va.gov<br>240-470-4329 |
| Contracting Officer's Representative (COR): | James D Leamon<br>james.leamon@va.gov<br>(832) 207-0652 |

Highly Confidential                                                         VET-AF-ADS-0000857555

**B.2 INVOICING INSTRUCTIONS**
**1. Submission -** In accordance with VAAR Clause 852.232-72 Electronic Submission of Payment Requests, all invoices shall be submitted electronically.

<u>**Tungsten (fka OB10) ELECTRONIC INVOICE SUBMISSION**</u>
<u>**FSC e-INVOICE PROGRAM THRU AUSTIN PORTAL**</u>
<u>**FSC MANDATORY ELECTRONIC INVOICE SUBMISSION FOR AUSTIN PAYMENTS**</u>
<u>**Vendor Electronic Invoice Submission Methods:**</u>
Fax, email and scanned documents are not acceptable forms of submission for payment requests. Electronic form means an automated system transmitting information electronically according to the accepted data transmissions below.

- VA's Electronic Invoice Presentment and Payment System – The Financial Services Center (FSC) in Austin, TX uses a third-party contractor, Tungsten, to transition vendors from paper to electronic invoice submission. Please go to this website: http://www.tungsten-network.com/US/en/veterans-affairs/ to begin submitting electronic invoices, free of charge.
- A system that conforms to the X12 electronic data interchange (EDI) formats established by the Accredited Standards Center (ASC) chartered by the American National Standards Institute (ANSI). The X12 EDI Web site is http://www.x12.org.

**Vendor e-invoice Set-up information:**
Please contact Tungsten at the phone number or email address listed below to begin submitting your electronic invoices to the VA Financial Services Center in Austin, TX for payment processing. If you have questions about the payment status of a properly submitted invoice, the e-invoicing program, or Tungsten, please contact the FSC at the phone number or email address listed below.
- Tungsten e-Invoice setup information: 1-877-489-6135
- Tungsten e-Invoice email: VA.Registration@tungsten-network.com
- FSC e-Invoice contact information: 1-877-353-9791
- FSC e-Invoice email: vafsccshd@va.gov
- http://www.fsc.va.gov/einvoice.asp

COMMUNICATIONS:
- https://www.federalregister.gov/articles/2012/11/27/2012-28612/vaacquisition-regulation-electronic-submission-of-payment-requests
- http://fcw.com/articles/2012/11/27/va-epayments.aspx?s=fcwdaily

Page 4 of 36

Highly Confidential                                                                                                                      VET-AF-ADS-0000857556

**2. Submission of Proper Invoice -** The following data must be included in an invoice for it to constitute a proper invoice:
a. Name and address of the contractor
b. Invoice date and number
c. IFCAP Purchase Order No.:
d. Contract No.:
e. Item number, description, quantity, unit of measure, price, extended price and a total of supplies delivered or services performed.

    1. Cumulative billing (per line item and total)
    2. Final invoices must be marked **'FINAL INVOICE'**
    3. Proof of supplies delivered or services performed MUST also be provided. Signature, printed name and title of Government receiving official and date of delivery or performance period must be included.

**INVOICES THAT DO NOT COMPLY WITH THESE REQUIREMENTS SHALL BE REJECTED.**

**3. Contractor Remittance Address**
All payments by the Government to the contractor will be made in accordance with:
[X] 52.232-33, Payment by Electronic Funds Transfer - System for Award Management, or
[ ] 52.232-36, Payment by Third Party

**4. Invoice shall be submitted in the arrears**
a. Quarterly [ ]
b. Semi-Annually [ ]
c. Other [X] Monthly, after delivery and acceptance by the COR.

Highly Confidential

VET-AF-ADS-0000857557

## B.3 PRICE/COST SCHEDULE

### Base Period of Performance (POP 12/01/2021 – 4/30/2022)

| ITEM | DESCRIPTION OF SERVICES | QTY | UNIT | |
|---|---|---|---|---|
| 0001 | 7.1.A. Create a Project Management Plan | 1 | EA | |
| 0002 | 7.1.B. Weekly impact metrics reports | 20 | EA | |
| 0003 | 7.1.C. Monthly impact metrics reports | 5 | MO | |
| 0004 | 7.1.D. Monthly Contract Progress Reports | 5 | MO | |
| 0005 | 7.1.E. Ad-Hoc Reports | 5 | MO | |
| 0006 | 7.2.A. Develop and periodically revise national paid media plan for the PSAs | 1 | EA | |
| 0007 | 7.2.B. Undertake paid media buys in accordance with approved national paid media plan | 5 | MO | |
| 0008 | 7.2.C. Track qualitative and quantitative information for inclusion in reports on a scheduled basis | 5 | MO | |
| 0009 | OPTIONAL: Paid Media Buy Expense (TBD) | 1 | LT | |
| | | | **Task Order Total** | |

---

[1] Any commissions received for Paid Media Buy (CLIN 0009) will either (a) be returned to the ordering agency or (b) applied as a credit to the cost of the project, as determined by the requiring activity at the time of credit.