# Plaintiffs' Exhibit 96 (Redacted)

**ORDER FOR SUPPLIES OR SERVICES**

PAGE | OF PAGES
1 | 21

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO (If any) |
|---|---|
| 09/30/2020 | 693JJ920A000005 |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| 693JJ920F000034 | 693JJ920RQ000252 |

5. ISSUING OFFICE (Address correspondence to)
National Highway Traffic Safety Adm
Office of Acquisition Management
1200 New Jersey Avenue, S.E.
Washington DC 20590

6. SHIP TO:

a. NAME OF CONSIGNEE
DOT/NHTSA

b. STREET ADDRESS
1200 New Jersey Ave SE

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Washington | DC | 20590 |

7. TO: John Fitzpatrick

a. NAME OF CONTRACTOR
STRATACOMM LLC

b. COMPANY NAME

c. STREET ADDRESS
1200 G ST NW STE 350

f. SHIP VIA

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| WASHINGTON | DC | 20005-6700 |

8. TYPE OF ORDER

a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

X  b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
See Schedule

10. REQUISITIONING OFFICE
AA for Communications & Consumer In

11. BUSINESS CLASSIFICATION (Check appropriate box(es))

X a. SMALL    b. OTHER THAN SMALL    c. DISADVANTAGED    d. WOMEN-OWNED    e. HUBZone

f. SERVICE-DISABLED VETERAN-OWNED    g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    h. EDWOSB

12. F.O.B. POINT

| 13. PLACE OF | 14. GOVERNMENT BL NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|

| a. INSPECTION | b. ACCEPTANCE |
|---|---|
| Destination | Destination |

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | GSA Contract #: GS23F0070N DUNS Number: 932697089 Title: Vehicle Safety Communications Services<br><br>Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL (Cont. pages) |
|---|---|---|---|---|

21. MAIL INVOICE TO:

SEE BILLING INSTRUCTIONS ON REVERSE

a. NAME
NHTSA CENTRALIZED OPERATIONS

b. STREET ADDRESS (or P.O. Box)
PO BOX 25740

$4,391,740.44

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Oklahoma City | OK | 73125 |

17(i) GRAND TOTAL

$4,391,740.44

22. UNITED STATES OF AMERICA BY (Signature)
▶ Reba Dyer
Digitally signed by Reba Dyer
Date: 2020.09.30 15:54:30 -04'00'

23. NAME (Typed)
Reba Dyer
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | ORDER NO. |
|---|---|---|---|
| | 693JJ920A000005 | | 693JJ920F000034 |

| ITEM NO.<br>(a) | SUPPLIES/SERVICES<br>(b) | QUANTITY ORDERED<br>(c) | UNIT<br>(d) | UNIT PRICE<br>(e) | AMOUNT<br>(f) | QUANTITY ACCEPTED<br>(g) |
|---|---|---|---|---|---|---|
| | Admin Office:<br>    National Highway Traffic Safety Adm<br>    Office of Acquisition Management<br>    1200 New Jersey Avenue, S.E.<br>    Washington DC 20590 | | | | | |
| 00001 | Vehicle Safety Communication Services and<br>Consumer Information Services<br>(Ceiling 2,104,767.90)<br><br>Accounting Info:<br>06502020VS.2020.5205750000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $591,740.44<br>Accounting Info:<br>06502020VS.2020.2501620000.NCO0010000.<br>25105.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $600,000.00<br>Accounting Info:<br>06501920VS.2020.3003060000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $300,000.00<br>Accounting Info:<br>06501920VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $400,000.00 | | | | 1,891,740.44 | |
| 00002 | Advertising and Media Buys<br><br>Accounting Info:<br>06502020VS.2020.5205750000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $2,100,000.00<br>Accounting Info:<br>06502020VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>000000000.0000000000<br>Funded: $192,000.00<br>Accounting Info:<br>06501920VS.2020.2501620000.NCO0010000.<br>25100.61006600.0000000000.0000000000.0<br>Continued ... | | | | 2,500,000.00 | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE(ITEM 17(H)) | | | | $4,391,740.44 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

**ORDER FOR SUPPLIES OR SERVICES**

**SCHEDULE CONTINUATION**

PAGE NO

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. 693JJ920A000005 | | | ORDER NO. 693JJ920F000034 | |
|---|---|---|---|---|---|

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | 000000000.0000000000 Funded: $208,000.00 | | | | | |
| 00003 | FOR CEILING PURPOSES ONLY Amount: $213,027.46 (Option Line Item) (None) 1 Days After Award | | | | 0.00 | |
| | The total amount of award: $4,604,767.90. The obligation for this award is shown in box 17(i). | | | | | |
| | TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | | $0.00 | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 348** (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

Highly Confidential

NHTSA-ADS-0000718104

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

This is a Time and Material Task Order in the amount of **$4,391,740.44**

The Contractor is required to sign for acceptance of this CALL and return one copy of this form to the Contracting Officer.

_____          9/30/2020
Contractor Signature                                      Date

Highly Confidential

NHTSA-ADS-0000718105

BPA  693JJ920A000005
CALL 693JJ920F000034
Title: Vehicle Safety Communications and Consumer Information Services

## 1.  AUTHORITY

The United States (U.S.) Department of Transportation (DOT), National Highway Traffic Safety Administration (NHTSA), establishes this CALL pursuant to FAR 13.303-5 and complies with conditions as set forth in that section.

## 2.  BACKGROUND

The National Highway Traffic Safety Administration's (NHTSA) mission is to save lives, prevent injuries, and reduce traffic-related health care and other economic costs associated with motor vehicle use and highway travel. To accomplish this, NHTSA collects and analyzes motor vehicle crash data, develops, promotes and implements education programs, vehicle safety standards, research, and enforcement programs.

NHTSA's vehicle safety programs focus on initiating vehicle research, issuing vehicle safety standards, enforcing vehicle safety standards, conducting investigations on potential safety defects, and issuing recalls when appropriate. As the automotive industry's regulator, NHTSA provides a vital service not only to the manufacturers but also with every day consumers.

Communicating to the consumer about NHTSA's role in vehicle safety research is a fundamental component of the Agency's effort to safeguard their interest and to promote understanding of their role in vehicle safety issues. NHTSA's primary means of interacting with consumers on alleged safety defects is through the Auto Safety Hotline and www.nhtsa.gov. To inform consumers on the crashworthiness of new vehicles and recommended technologies that can help avoid crashes altogether, NHTSA's New Car Assessment Program (NCAP) provides comparative safety information on a variety of vehicles. NCAP also encourages manufacturers to design vehicles to protect occupants in a crash, to include the latest advances in safety technologies, and to design vehicles to be less susceptible to rollover crashes.

NHTSA's Office of Defects Investigation (ODI) conducts tests, inspections, and investigations necessary to identify and correct safety-related defects in motor vehicles and motor vehicle equipment. Consumer complaints regarding alleged vehicle safety defects are critically important to assist the agency to determine if a safety defect investigation should be initiated. It is important that the general public become aware of its role in providing information about safety defects to the agency. Many consumers are not aware that NHTSA is a valuable vehicle safety resource and a place for consumers to communicate alleged vehicle safety-related defects. More importantly, consumers do not fully appreciate their involvement in prompting the agency to commence an investigation into a potential vehicle safety defect. While not as publicly visible as the NCAP and ODI programs, NHTSA's Office of Vehicle Safety Research (OVSR) plans and implements research programs to continually further the Agency's goal of reducing crashes, fatalities and injuries. Research and testing are demonstrating the promising safety and mobility advancements that driver assistance technology and fully automated driving systems

Highly Confidential

NHTSA-ADS-0000718106

represent for the public, and its power and potential to greatly improve traffic safety. To build greater acceptance of current and future technologies, NHTSA wants to promote the technology, educate the public and motivate them to engage with it early and continually as it continues to evolve.

In addition to the program previously described, NHTSA needs to market other vehicle safety initiatives such as automated vehicles, Corporate Average Fuel Economy (CAFÉ), non- intrusive technologies to detect impaired drivers and unbelted occupants to prevent vehicles from operating on the roadways, alternative fuel vehicles, tire safety education, and vehicle theft prevention. By introducing these technologies and safety advancement now, NHTSA is seeking to provide consumers the information and knowledge need to adopt these lifesaving countermeasures.

NHTSA's Office of Communications and Consumer Information (OCCI) develops marketing strategies to promote and disseminate comprehensive vehicle safety consumer information programs to the public. While implementing these strategies, NHTSA identified a need for basic communication support in a timely manner, often on short notice with short deadlines to support long-term comprehensive vehicle safety communications activities, initiatives, and programs.

## 3.  PURPOSE AND OBJECTIVE

This Call Order seeks to provide NHTSA with timely, efficient, and expert project management knowledge and skills to implement a range of communication services to plan, conduct, evaluate, and document communications results for NHTSA vehicle safety campaigns and programs. NHTSA campaigns and programs may include but are not limited to: integrated media marketing; public relations; advertising; and digital strategies.

## 4.  OUTCOME OBJECTIVES

The strategic approach and execution of this Call Order seeks to provide NHTSA with a means of planning, executing, and implementing comprehensive marketing and communication strategies in a timely manner often on short notice and with short deadlines. NHTSA seeks the following outcomes for the intended audience or audience segment:

- Develop and recommend a comprehensive strategic and tactical communications plan for all NHTSA vehicle safety programs including advanced technologies and initiatives.
- Conduct consumer market research (qualitative and quantitative) to support development of communications strategies and creation of communications materials.
- Manage development of all documents that are necessary to get OMB approval of all research.
- Provide technical assistance to NHTSA to develop and promote vehicle safety communications to English, Spanish and other potential languages. Expertise

Highly Confidential

NHTSA-ADS-0000718107

needed includes the ability to conduct market research, understand the use of multimedia platforms may include, radio, print, digital, and Internet; develop communication strategies and tactics, use social media, and develop collateral materials to support the comprehensive strategic and tactical communications plan.

- Develop, maintain, and update new or existing content for NHTSA web sites.
- Conduct and expand partnership outreach to stakeholders that include but not exclusive to the automotive industry and safety community.
- Acquire photography and video services and manage the execution of photo and video shoots necessary to carry out NHTSA programs and campaigns as required. The Contractor shall manage talent rights/fees for existing and newly created advertisements.
- Conduct and/or participate in meetings and conference calls in support of vehicle safety issues and activities and provide meeting/conference notes in a timely manner.
- Provide assistance and logistics that may include Bites and B-Roll, video news releases, satellite media tours, radio media tours and event support.

The target audience for this effort may include but not be limited to:

- Consumers;
- Online Automotive Community Partners;
- Vehicle Manufacturers;
- Dealers;
- Fleet Managers;
- Businesses and Retailers who service vehicles;
- Aftermarket Retailers;
- Industry Associations;
- Insurance Companies
- Safety Advocates; and
- News Media.

## 5. SCOPE

The CALL's scope is the set of professional services and activities required to achieve the CALL's purpose and objectives that may include but not be limited to developing and implementing:

- Strategic planning activities;
- Marketing strategies;
- Market research (qualitative and quantitative);
- Creative development and production;
- Partnership outreach;
- Traditional and digital media plans and buys; and also
- Participating in meetings and brainstorming sessions.

Highly Confidential   NHTSA-ADS-0000718108

BPA  693JJ920A000005
CALL  693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

**6.**



## 7.  CALL AMOUNT

Call Ceiling Amount:  **$4,604,767.90**

Call Total Obligated Amount:  **$4,391,740.44**

## 8.  SPECIFIC REQUIEMENTS

In fulfilling this Call Order requirements, the Contractor shall perform the following tasks.

### 8.1.  TASK 1 – PARTICIPATE IN CALL KICK-OFF MEETING

Within a week of Call Order award, the Contractor shall contact the COR (TO) to schedule the Call Order kick-off meeting. The Call Order kick-off meeting shall take place within two (2) weeks of Call Order award.

Key members of the Contractor's staff who will be assigned major responsibility for carrying out the tasks of the Call Order shall meet at NHTSA headquarters in Washington, DC with the COR (TO) and other appropriate NHTSA personnel to:

- Discuss the administration of the Call Order, and

Highly Confidential

NHTSA-ADS-0000718109

- Discuss the project's objectives, planned course of action, milestones and deliverables, and any other issues the Contractor or Government identifies.

The Contractor shall be prepared with briefing materials to conduct a briefing that describes the Contractor's planned approach for the Call Order's requirement.

During the meeting the Contractor, COR (TO) and other NHTSA personnel will discuss specific details of the project to resolve any differences in approach and/or expected goals.

The Contractor shall plan for a two-hour meeting with no more than three Contractor personnel participating in the meeting. The Contractor's Call Order Project Manager shall attend and participate in this meeting.

## 8.2.  TASK 2 – IDENTIFY EMERGING COMMUNICATION NEEDS AND OPPORTUNITIES

The task objective is to identify emerging needs and opportunities to market NHTSA's comprehensive vehicle safety program.

The Contractor shall:

- Develop comprehensive communications plans for each project;
- Review existing strategies and communications plans and recommend strategic changes as necessary; and

For this period of performance, the Contractor shall plan to review existing communications strategy materials and to provide recommendations on improving materials to better communicate vehicle safety messages to the public for the Office of Defect Investigations, NCAP 5-Star Safety Ratings, and Automated Vehicles,

## 8.3  TASK 3 – CONDUCT MARKET RESEARCH TO SUPPORT COMMUNICATION STRATEGIES AND CREATION OF MATERIALS

The task objective is to develop a market research (qualitative and quantitative) plan and implement the plan once approved to collect data and analyze results to apply to the development of a communications strategy to support program office goals. In order to implement market research projects, the agency will have to follow the Paperwork Reduction Act's Information Collection Request (ICR) process.

The Contractor shall:

- Develop a market research plan that supports program office research objectives;

Highly Confidential                                                                                     NHTSA-ADS-0000718110

- Prepare ICR documents for review by the Department of Transportation and Office of Management and Budget (OMB) prior to any implementation of market research; and

- Prepare PTA documents for review by the Department of Transportation….

- Submit a final report with full analyses of research data results.

For this period of performance, the Contractor shall plan for one round of qualitative and one round of quantitative research to support the Office of Defects Investigation's Recalls program in addition to one round of qualitative and one round of quantitative for the 5-Star Safety Ratings program.

## 8.4   TASK 4 – DEVELOP MATERIALS AND IMPLEMENT ACTIVITIES TO SUPPORT EMERGING COMMUNICATIONS NEEDS

The task objective is to develop materials, activities, and initiatives in support of recommendations approved under *6.2. Task 2. Identify Emerging Communication Needs and Opportunities.* These materials shall be innovative, compelling, and cutting edge. These materials may include, but not limited to videos, digital assets, fact sheets, animated infographics, social media assets, advertising content, and public relations plans.

The Contractor shall develop and implement these materials, activities, and initiatives that support NHTSA's emerging vehicle safety needs. These materials should support refresh materials for recalls, 5-Star Safety ratings, automated vehicles and theft prevention.

## 8.5   TASK 5 – PROVIDE WEB AND SOCIAL MEDIA SUPPORT

The task objective is to provide support for NHTSA web and social media activities relating to the Agency's comprehensive vehicle safety communications effort.

The Contractor shall:

- Conduct a review of existing NHTSA web sites content and provide recommendations on revising the content to better reach NHTSA's target audience and achieve objectives.

- Conduct a review of NHTSA's social media content and provide recommendations on how to improve tactics.

## 8.6   TASK 6 – CONDUCT PARTNERSHIP OUTREACH

The task objective is to support the agency's partnership outreach efforts to support all of NHTSA's vehicle safety programs to include but not limited to Recalls, 5-Star Rating program, Automated Vehicles, Vehicle Theft, and Tires.

Highly Confidential

NHTSA-ADS-0000718111

The Contractor shall:

- Maintain a database of existing and potential partnership contacts;
- Expand the partnerships
- Develop innovative strategies to engage the partners on the programs
- Participate in ongoing conference calls and meetings to facilitate discussions with partners as needed;
- Prepare outreach correspondence for all interaction with new and existing partners;
- Provide strategic guidance to the agency on expanding partnerships beyond the existing network.

The Contractor shall expand the strategic partners list to add at minimum 10 new partners and to maintain the existing database which contains almost 200 contacts.

## 8.7    TASK 7 – PLAN AND CONDUCT MEDIA BUYS

The task objective is to support national, regional or geo-targeted media buys to support NHTSA's vehicle safety programs including New Car Assessment Program (NCAP), Office of Defects Investigation (ODI), Office of Vehicle Safety Research's driver assistance technologies and other vehicle safety programs identified in this Call Order and by NHTSA. The Contractor shall plan and execute national, regional or geo-targeted media buys to support the 5-Star Safety Ratings, Safety Recalls, Air Bags Recalls, and Automated Vehicles. The Contractor, in consultation with the COR (TO) and the identified NHTSA Program Manager, shall plan and execute media buy activities from start-to-finish, providing technical assistance including but limited to the following:

- Participating in planning and operational meeting related to media buys
- Conducting Market Research
- Developing Appropriate Creative Collateral Materials
- Identifying New Markets
- Staging a National Press Event in the Washington, DC Metropolitan Area
- Developing Video News Releases, Bites and B-Roll, Satellite Media Tours and Photo shoots
- Driving Tips
- Developing and Producing Videos
- Developing and Distributing Vehicle Employer Toolkit
- Providing Additional Media and Marketing Services Needed

    The Contractor, in consultation and at the direction of the COR (TO), shall:

- Develop a national, regional, or geo-targeted media buy plans to include various mediums for Recalls, Air Bags, 5-Star Safety Ratings, and Automated Vehicles;
- Negotiate the best rates for each campaign media buy;
- Provide post buy analysis including a sizzle reel on a DVD or FTP site

Highly Confidential                                          NHTSA-ADS-0000718112

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

representing the value added media received during the media buy.

The Contractor shall plan for at least two Satellite Media Tours (SMT) and/or Radio Media Tours (RMT) for this period of performance and two national online media buys – one for recalls and one for 5-Star Safety Ratings.

# 9    DELIVERIES OR PERFORMANCE

## 9.1.  PERIOD OF PERFORMANCE

The Contractor shall complete all work required hereunder, including preparation, submission, review of any and all reports and other products within twelve (12) months after the effective date of award of the Call Order as prescribed in section 9.2 *Milestones and Deliverables*.

## 9.2.  MILESTONES AND DELIVERABLES

The Contractor shall meet all milestones and submit all deliverables on the due dates. NHTSA considers the milestones and deliverables listed below to be significant in the performance of this Call Order.

The COR (TO) and the Contractor may revise the milestones and deliverables schedule by mutual agreement between NHTSA and the Contractor. If NHTSA and the Contractor cannot mutually agree to a revision to the milestones and deliverables schedule below, the original milestones and deliverables schedule shall remain in effect.

### MILESTONES AND DELIVERABLES SCHEDULE

| Item No. | Task No. | Milestone (M)/Deliverable (D) | Due Date | Deliverable Submission |
|---|---|---|---|---|
| 1 | 8.1 | Contractor participates in kick-off meeting (M) | Within 2 weeks of Call Order Award | |
| 2 | 8.2 | Contractor recommends emerging communications needs and opportunities. (D) | Within 30 days of Kick-Off Meeting | Electronic |
| 3 | 8.3 | Contractor conduct market research and delivers final report. (M) (D) | As scheduled | Electronic |
| 4 | 8.4 | Contractor develops materials supporting recommendations. (M) (D) | As scheduled | Electronic |
| 5 | 8.5 | Contractor reviews NHTSA web sites and provides recommendations. (M) (D) | As scheduled | Electronic |

Highly Confidential

NHTSA-ADS-0000718113

| 6 | 8.5 | Contractor reviews NHTSA social media platforms, messaging and content. (M) (D) | As scheduled | Electronic |
|---|-----|---|---|---|
| 7 | 8.5 | Contractor drafts social media messages for posting. (D) | As scheduled | Electronic |
| 8 | 8.6 | Contractor conducts partnership outreach (M) | Ongoing | |
| 9 | 8.7 | Contractor develops and implements media buys (M) (D) | As scheduled | Electronic |
| 10 | 9.4.1 | Bi-Weekly Meetings | Bi-weekly | |
| 11 | 9.4.2 | Contractor submits Monthly Progress Report (D) | By the 10th day of the month following the month being reported | Electronic |
| 12 | 9.4.3 | Contractor submits final (annual) report (D) | With 30 days after the end of Period of Performance | Electronic |

### 9.3.  PLACE OF DELIVERY AND NUMBER OF COPIES

The Contractor shall deliver to the COR (TO) as prescribed all deliverables identified in section 9.2 Milestones and Deliverables. The Contractor shall furnish all deliverable items to the following address in the number specified.

| Mailing Address | Deliverable Item Numbers | Number of Deliverable Copies |
|---|---|---|
| DOT/NHTSA<br>**Name: Mike Joyce**<br>1200 New Jersey Avenue, SE Washington, DC 20590 Telephone: (202) 366-5600<br>Email: Mike.Joyce@dot.gov | 11, 12 | 1 |

Highly Confidential

NHTSA-ADS-0000718114

BPA  693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

| Mailing Address | Deliverable Item Numbers | Number of Deliverable Copies |
|---|---|---|
| **Reba Dyer, Contracting Officer** NHTSA 1200 New Jersey Avenue SE Washington, DC 20590 **202-366-7387** <u>Reba Dyer@dot.gov</u> | 11, 12 | 1 |

## 9.4.   MEETINGS AND REPORTS

NHTSA considers the meetings and reports listed below to be significant in the performance of this Call Order.

### 9.4.1.   PARTICIPATE IN BI-WEEKLY MEETINGS

The task objective is to provide bi-weekly updates on all CALL activities.

Beginning two weeks after Call Order award and continuing bi-weekly thereafter, the Contractor shall participate in a status meeting with the COR (TO) and other appropriate NHTSA officials to assess progress implementing the Call Order activities. The meeting's purpose will be to:

- Ensure that the Contractor, COR (TO), and other NHTSA personnel are receiving technical assistance as needed;
- Discuss progress being made on the Call Order;
- Discuss problems that either the Contractor or NHTSA encountered and define potential solutions to those problems; and
- Ensure all tasks/activities are on schedule and if not on schedule identify solutions for overcoming any obstacles or barriers to the tasks/activities.

This meeting may take place via conference call or in-person (given at least two days' notice by the COR (TO)). The parties will discuss and mutually agree to a meeting location. If no agreement can be reached, the meeting will take place at the COR (TO)'s address listed in section 7.*3 Place of Delivery and Number of Copies.*

### 9.4.2.   SUBMIT MONTHLY PROGRESS REPORT

The Contractor shall submit a monthly progress report detailing the previous month's activities by the 10th of every month following the month being reported.

At a minimum, the report shall include the following:

- Accomplishments made during that reporting period organized by task;

Highly Confidential

NHTSA-ADS-0000718115

- An analysis and interpretation of those accomplishments, and an assessment of the results achieved, particularly as they relate to testing campaign messages or in evaluating the impact of the campaign;
- Funding expended during the reporting period and a total of expenditures for the Call Order;
- A response to the following statement: "Based upon expenditures to date, the actual total cost incurred in the performance of the Call Order is (Over Budget) (On Budget) (Under Budget) for the current Call Order term;"
- What is planned during the next reporting period and upcoming costs associated with those plans;
- Technical assistance requests for the upcoming reporting period;
- Problems and/or delays the Contractor has encountered;
- Actions that the Contractor needs NHTSA to address to overcome any problems or delays; and
- Preliminary or interim results, conclusions, trends, or other items of information that the Contractor believes are of timely interest to NHTSA.

The Contractor shall deliver the report shall be in Microsoft Word format via email.

The Contractor shall submit the monthly progress report in enough detail so that the COR (TO) can easily identify activities to the appropriate level-of-effort submitted on invoice for payment, and list remaining milestones and deliverables. Monthly progress reports shall contain enough information to allow the COR (TO) to make a determination as to whether invoices should be approved or revised based upon the activities and accomplishment for which payment is sought.

The COR (TO) will approve the monthly progress report or will return it to the Contractor to revise, if necessary, within one (1) week of receipt.

The Contractor shall plan on no more than one revision to the monthly progress report.

### 9.4.3. SUBMIT FINAL SUMMARY REPORT

Within 30 days of after the end of each Period of Performance, the Contractor shall submit a draft summary report that documents and reviews the accomplishments for this Call Order. The draft summary report shall include a list and brief summary of materials developed, dissemination methods used, feedback from the field, a list of partners secured, notable accomplishments, evaluation results and recommendations for future efforts. The draft summary report shall also include an executive summary which shall serve as a standalone document. This executive summary shall contain project background information and a summary of activities and results accomplished under this Call Order.

Within three (3) weeks of receipt of the draft summary report, the COR (TO) will approve the report or will return it to the Contractor to revise.

Highly Confidential                                                              NHTSA-ADS-0000718116

## 10   CALL ADMINISTRATION

### 10.1.   AVAILABILITY OF FUNDS

The amount presently available for payment by the Government and allotted to this Call Order is $**4,391,740.44**. The Contractor and NHTSA estimates the allotted amount will cover the performance from date of award through **August 11, 2021**. The Contractor and NHTSA estimates this period of performance will cover all identified activities under this Call Order.

### 10.2.   SUBMISSION OF INVOICES

**G.1 Submission of Invoices**:
Definitions. As used in this clause—

(1) Contract financing payment has the meaning given in FAR 32.001.
(2) Payment request means a bill, voucher, invoice, or request for contract financing payment or invoice payment with associated supporting documentation. The payment request must comply with the requirements identified in FAR 32.905(b), "Content of Invoices," this clause, and the applicable Payment clause included in this contract.
(3) Electronic form means an automated system transmitting information electronically according to the accepted electronic data transmission methods and formats identified in paragraph (c) of this clause. Facsimile, email, and scanned documents are not acceptable electronic forms for submission of payment requests.
(4) Invoice payment has the meaning given in FAR 32.001.
  a. Electronic payment requests. Except as provided in paragraph (e) of this clause, the contractor shall submit payment requests in electronic form. Purchases paid with a Governmentwide commercial purchase card are considered to be an electronic transaction for purposes of this rule, and therefore no additional electronic invoice submission is required.
  b. The Department of Transportation utilizes the Delphi eInvoicing web-portal for processing invoices. For vendors submitting invoices, and certain grantees submitting payment requests, they will be required to submit invoices to Operating Agency (NHTSA) electronically via the Delphi eInvoicing web-portal which is accessed via https://einvoice.esc.gov, and is authenticated via www.login.gov.  All persons accessing the Delphi eInvoicing web-portal will be required to have their own unique user Delphi eInvoicing ID and be credentialed through login.gov.  See www.login.gov for instructions.
  c. In order to receive payment and in accordance with the Prompt Payment Act, all invoices submitted as attachments in the Delphi eInvoicing web-portal must contain the following:
    i. Invoice number and invoice date.
    ii. Period of performance covered by invoice.
    iii. Contract number and title.

Highly Confidential

NHTSA-ADS-0000718117

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

    iv.  Task/Delivery Order number and title (if applicable).
    v.  Amount billed (by CLIN), current and cumulative.
    vi.  Total ($) of billing.
    vii.  Cumulative total billed for all contract work to date.
    viii.  Name, title, phone number, and mailing address of person to be contacted in the event of a defective invoice.

If the contract includes allowances for travel, all invoices which include charges pertaining to travel expenses will catalog a breakdown of reimbursable expenses with the appropriate receipts to substantiate the travel expenses.

(1) Electronic authentication. See www.login.gov for instructions. Click on the following link for instructions on establishing a login.gov account: https://login.gov/help/.

(2) To create a login.gov account, the user will need a valid email address and a working phone number. The user will create a password and then login.gov will reply with an email confirming the email address.

(3) Agency POC's will be responsible for communicating with vendor POC's to initiate the Delphi eInvoicing account creation process. Vendor POC's who will require access to the eInvoicing web-portal for invoice submission and payment tracking purposes will be required to provide their full name, valid email address, and current phone number to the agency POC to initiate the Delphi eInvoicing web-portal account. Vendor users and the agency POC will be notified via e-mail when the account is created. The vendor user will be provided detailed instructions for logging into their Delphi eInvoicing account.

(4) Training on Delphi. To facilitate use of DELPHI, comprehensive user information is available at http://einvoice.esc.gov.

(5) Account Management. Vendors are responsible to contact the Delphi Help Desk when their firm's points of contacts will no longer be submitting invoices, so they can be removed from the system. Instructions for contacting the Delphi Help Desk can be found at http://einvoice.esc.gov

\* NHTSA vendors will submit invoices to NHTSA electronically via the Delphi eInvoicing web-portal.  To initiate this process, you are requested to provide NHTSA with the following information (company name, contract/task order number/purchase order [PO] number, and up to two Points of Contact [POC] full names and their email addresses) as shown on the table below

| Company Name | NHTSA Contract # / Task Order # | Primary POC First Name | Primary POC Last Name | Primary POC Email | Secondary POC First Name | Secondary POC Last Name | Secondary POC Email |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Email the above information to the following email address: NHTSAISPVendors@dot.gov

Highly Confidential

NHTSA-ADS-0000718118

Please note that the POCs you provide are the individuals you authorize to submit invoices to NHTSA on behalf of your company. Your POCs will then receive a welcome letter from Delphi eInvoicing processing center with instructions on creating a Login.gov user account. This account can then be used to access the eInvoicing web-portal.

## 10.3.   AVAILABILITY OF FUNDS NOTIFICATION

The Contractor shall notify the COR (TO) when 75 percent of the total authorized Call Order funding has been expended; when the level-of-effort that the Contractor expects to incur under the Call Order in the next 30 days, when added to the level-of-effort previously expended in the performance of the Call Order will exceed 90 percent of the level established for that Call Order; or the level-of-effort required to perform the Call Order will be greater than the level- of-effort established for that Call Order.

## 10.4.   SUBCONTRACTS-ADVANCE NOTIFICATION AND CONSENT

Under this CALL, the requirements of *FAR 44.2 – Consent to Subcontract*, have been fulfilled for the following subcontracts:

### GMMB (Consultant)

### Heart+Mind Strategies (GSA Teaming Partner GS-00F-396GA))

Any future change or revision to the Statement of Work or other applicable aspects of this CALL shall include the subcontractors only to the extent that performance of the subcontract is directly affected by the change or revision.

## 10.5   CONTRACTING OFFICER'S REPRESENTATIVE (CALL) (COR (TO))

a)   The Contracting Officer will designate a Contracting Officer's Representative (CALL (COR (TO)) to assist in monitoring the work under this CALL. The COR (TO) is responsible for the technical administration of the CALL and technical liaison with the Contractor. **The COR (TO) is not authorized** to change the scope of work or specifications as stated in this CALL, to make any commitments or other otherwise obligate the Government, or to authorize any changes which affect the CALL price, delivery schedule, period of performance, or other terms or conditions.

b)   The Contracting Officer is the only individual who can legally commit or obligate the Government for the expenditure of public funds. The technical administration of this CALL shall not be construed to authorize the revision of the terms and conditions of this CALL. The Contracting Officer will authorize any such revision in writing.

### 10.5.1. DESIGNATION OF COR (TO)

The NHTSA designated COR (TO) is **Mike Joyce**. While this list is not exhaustive, some of the COR's (TO) major responsibilities are:

a)   Provide information and technical assistance from available Government resources as determined appropriate by the COR (TO);

Highly Confidential                                         NHTSA-ADS-0000718119

BPA   693JJ920A000005
CALL 693JJ920F000034
Title:  Vehicle Safety Communications and Consumer Information Services

b) Provide liaison with other Government/private sector agencies as appropriate; and

c) Stimulate the exchange of ideas and information among recipients of related projects through periodic meetings.

Complete COR (TO) point-of-contact information is:

DOT/NHTSA
**Name: Mike Joyce**
1200 New Jersey Avenue,
SE Washington, DC 20590
Telephone: **(202) 366-5600**
Email: Mike.Joyce@dot.gov

### 10.5.2.   DESIGNATION OF ALTERNATE COR (TO)

In the event that the COR (TO) of record (identified in *10.5.1 Designation of COR (TO)* is unavailable for a period of time during which the Contractor requires technical guidance or during which the other COR (TO) duties must be fulfilled, the Contracting Officer has identified the individuals below to serve as the primary Alternate COR (TO) (ACOR (TO)).

**Primary ACOR: Kil-Jae Hong**
**Secondary ACOR: Elizabeth Nilsson**

Complete ACOR (TO) point-of-contact information for the primary is:

DOT/NHTSA
**Name: Kil-Jae Hong**
1200 New Jersey Avenue, SE
Washington, DC 20590
Telephone: (202) 493-0524
Email: Kil-Jae Hong

Complete ACOR (TO) point-of-contact information for the secondary is:

DOT/NHTSA
**Name: Elizabeth Nilsson**
1200 New Jersey Avenue, SE
Washington, DC 20590
Telephone: **(202) 366-3587**
Email: Elizabeth.Nilsson@dot.gov

Highly Confidential

NHTSA-ADS-0000718120

## 10.6.   CONTRACTOR PERSONNEL

### 10.6.1.   CONTRACTOR CALL PROJECT MANAGER

The Contractor shall appoint a CALL Project Manager who shall serve as the Contractor's authorized supervisor for technical and administrative work performed under this CALL.  The CALL Project Manager shall provide the single point-of-contact between the Contractor and the COR (TO) or other duly authorized representative under this CALL.

The CALL Project Manager shall receive and execute, on behalf of the Contractor, such technical assignment directives as the COR (TO) or other duly authorized representative under CALL provides.

Complete Contractor CALL Project Manager point-of-contact information is:

**Jennifer Heilman**
1200 G Street NW | Suite 350 |
Washington, DC 20005
Office: 202.589.2731
Mobile: 410.688.7485
Email jheilman@stratacomm.net

### 10.6.2.   CONTRACTOR KEY PERSONNEL

The Contractor personnel as specified below are considered essential to the work being performed under this CALL and may, with the consent of the Contracting parties, be changed from time-to-time during the course of the CALL by adding or deleting personnel, as appropriate.

Before removing, replacing, or diverting any of the specified individuals, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective.  The Contractor shall submit information to support the proposed action to enable the Contracting Officer to evaluate the potential impact of the change on the CALL. The Contractor shall not remove or replace personnel under this CALL until the Contracting Officer approves the change.

The Key Personnel under this CALL are:

**John Fitzpatrick, (Stratacomm) Senior Strategic Counsel**
**Jennifer Heilman, (Stratacomm) Program Manager, PR & Media Relations**
**Andrew Cober, (Heart + Mind) Senior Vice President**

## 10.7.   MODIFICATIONS

### 10.7.1.   UNILATERAL MODIFICATIONS

The Contracting Officer has the authority under this CALL to execute unilateral modifications for the following purposes

NHTSA-ADS-0000718121

Title:  Vehicle Safety Communications and Consumer Information Services

- Provide incremental funding
- Change the COR (TO) or Alternate COR (TO)
- Make other administrative changes which do not affect the legal obligation of the Contractor

## 10.7.2.  BILATERAL MODIFICATIONS

Either party may propose bilateral modifications to this CALL at any time during the period of performance of this CALL and shall become effective upon approval by both parties.

**DISCLOSURE OF CONFLICT OF INTEREST (AUG 2013)**
Refer to the BPA – 693JJ920A000005

**SECTION 508 COMPLIANCE**
Refer to the BPA – 693JJ920A000005

(End of Call)

Highly Confidential

NHTSA-ADS-0000718122