# Plaintiffs' Exhibit 98
# (Redacted)

## In the Matter Of:

*United States vs*

*Google*

*KENNETH MARCO HARDIE*

*November 14, 2023*



```
                                                Page 6
 1                  KENNETH MARCO HARDIE
 2     having been duly sworn, testified as follows:
 3                     EXAMINATION
 4    BY MS. CLEMONS:
 5          Q.   Okay.  Mr. Hardie, I'm Katherine
 6    Clemons.  We met off the record, but I will
 7    introduce myself, for the record.
 8               I'm an attorney with the United
 9    States antitrust division.
10               Can you please state and spell your
11    full name for the record?
12          A.   Sure.  Kenneth Marco Hardie,
13    K-e-n-n-e-t-h, M-a-r-c-o, H-a-r-d-i-e.
14          Q.   And Mr. Hardie, do you go by Marco?
15          A.   Yes.
16          Q.   And are you currently working at
17    Google, LLC?
18          A.   Yes.
19    ████████████████████████████████████████
      ████████████████████████████████████
      ████████████████████████████████████
      ███████████████
```



```
                                                Page 8
...
21          A.   Yes.
```



Page 66

```
 2              MS. CLEMONS:  Okay.  We've been
 3     going about an hour, I don't know if you want to
 4     take a break?  I'm happy to keep going.
 5              MR. RYBNICEK:  Do you?
 6              THE WITNESS:  Yeah.
 7              THE VIDEOGRAPHER:  Off the record.
 8              The time is 3:08.
 9              (Recess.)
10              THE VIDEOGRAPHER:  On the record.
11              The time is 3:24.
12   BY MS. CLEMONS:
13         Q.   All right.  We are back from break.
14              Mr. Hardie, did you have any
15     discussions with your counsel while we were on
16     break?
17         A.   Yes.
18         Q.   And did you discuss the -- the
19     substance of your testimony or any of the
20     testimony that you've given so far today?
21         A.   Broadly.
22         Q.   Okay.  What did you discuss with
```

Page 67

```
 1     your counsel during the break about the
 2     testimony that you've given, broadly?
 3         A.   Doing a good job.
 4              MR. RYBNICEK:  Objection,
 5     objection, ask you -- instruct you not to answer
 6     to the extent it would reveal communications
 7     with attorneys, your attorneys.
 8   BY MS. CLEMONS:
...
17         Q.   Okay.  Okay.
```

Page 68

Page 69





Page 106

```
16              THE VIDEOGRAPHER:  Off the record.
17              The time is 4:06.
18              (Recess.)
19              THE VIDEOGRAPHER:  On the record.
20              The time is 4:08.
21    BY MS. CLEMONS:
```

Page 107

Page 108

Page 109



Page 110

```
20            MS. CLEMONS:  Okay.  Do -- all
21   right.  I think we're going to take a short
22   break, and then we'll come back on the record
```

Page 111

```
1    and finish up.
2            THE VIDEOGRAPHER:  Off the record.
3            The time is 4:13.
4            (Recess.)
5            THE VIDEOGRAPHER:  On the record.
6            The time is 4:25.
7    BY MS. CLEMONS:
```

Page 112

Page 113



Page 126

1    MR. RYBNICEK: Thank you.
2    **THE WITNESS: Thank you.**
3    THE VIDEOGRAPHER: This concludes
4    today's deposition.
5    We are off the record at 4:42.
6    (Signature having not been waived,
7    the deposition of KENNETH MARCO HARDIE was
8    concluded at 4:42 p.m.)
9    ACKNOWLEDGMENT OF DEPONENT
10   I, KENNETH MARCO HARDIE, do hereby
11   acknowledge that I have read and examined the
12   foregoing testimony, and the same is a true,
13   correct and complete transcription of the
14   testimony given by me and any corrections appear
15   on the attached Errata sheet signed by me.
16
17   _____    _____
18        (DATE)                (SIGNATURE)

Page 127

CERTIFICATE OF SHORTHAND REPORTER

I, Cassandra E. Ellis, Registered Professional Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of November 2023.

*Cassandra E. Ellis*

_____
CASSANDRA E. ELLIS, CSR-CA #14448, CCR-WA #3484,
CSR-HI #475, RPR, RMR, RDR,
CRR, REALTIME SYSTEMS
ADMINISTRATOR #823848

Page 128

E R R A T A   S H E E T

IN RE: UNITED STATES OF AMERICA, v. GOOGLE, LLC

RETURN BY: _____

PAGE   LINE   CORRECTION AND REASON

(DATE)    (SIGNATURE)

Page 129

E R R A T A   S H E E T   C O N T I N U E D

IN RE: UNITED STATES OF AMERICA, v. GOOGLE, LLC

RETURN BY: _____

PAGE   LINE   CORRECTION AND REASON

(DATE)    (SIGNATURE)

**HIGHLY CONFIDENTIAL**

# ERRATA SHEET FOR THE TRANSCRIPT OF M. HARDIE

Case Name: *United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Dep. Date: November 14, 2023

Deponent: K. Marco Hardie

| Page | Line | Correction | Reason for Correction |
|---|---|---|---|
| 16 | 7 | The phrase "other similar" should read "other civil" | Transcription error |
| 18 | 7 | ███████████ | Transcription error |
| 21 | 16-17 | ███████████ | Transcription error |
| 33 | 18 | ███████████ | Transcription error |
| 40 | 14 | ███████████ | Transcription error |
| 41 | 21 | ███████████ | Transcription error |
| 48 | 10 | ███████████ | Transcription error |
| 54-55 | 22-1 | ███████████ | Transcription error |
| 55 | 16-17 | ███████████ | Transcription error |
| 68 | 20-21 | ███████████ | Transcription error |
| 68 | 22 | ███████████ | Transcription error |
| 71 | 7 | ███████████ | Transcription error |
| 71 | 7-8 | ███████████ | Transcription error |
| 71 | 8 | ███████████ | Transcription error |
| 71 | 11 | ███████████ | Transcription error |

1

**HIGHLY CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 81 | 12 | ██████████ | Transcription error |
| 84 | 3 | ██████████ | Transcription error |
| 88 | 10 | ██████████ | Transcription error |
| 107 | 10-11 | ██████████ | Transcription error |
| 116 | 3 | ██████████ | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: January 3, 2024                    Signature: /s/ K. Marco Hardie