# Plaintiffs' Exhibit 99
# (Under Seal)

# Plaintiffs' Exhibit 100
# (Under Seal)

# Plaintiffs' Exhibit 101
# (Under Seal)

# Plaintiffs' Exhibit 102
# (Under Seal)

# Plaintiffs' Exhibit 103
# (Under Seal)

# Plaintiffs' Exhibit 104
# (Under Seal)

# Plaintiffs' Exhibit 105
# (Under Seal)

# Plaintiffs' Exhibit 106
# (Under Seal)

# Plaintiffs' Exhibit 107
# (Under Seal)

# Plaintiffs' Exhibit 108
# (Under Seal)

# Plaintiffs' Exhibit 109
# (Under Seal)

# Plaintiffs' Exhibit 110
# (Under Seal)

# Plaintiffs' Exhibit 111
# (Under Seal)

# Plaintiffs' Exhibit 112
# (Under Seal)

# Plaintiffs' Exhibit 113
# (Under Seal)