# Plaintiffs' Exhibit 115
# (Under Seal)