# Plaintiffs' Exhibit 117
# (Under Seal)

# Plaintiffs' Exhibit 118
# (Under Seal)

# Plaintiffs' Exhibit 119
# (Under Seal)

# Plaintiffs' Exhibit 120
# (Under Seal)

# Plaintiffs' Exhibit 121
# (Under Seal)

# Plaintiffs' Exhibit 122
# (Under Seal)

# Plaintiffs' Exhibit 123
# (Under Seal)

# Plaintiffs' Exhibit 124
# (Under Seal)

# Plaintiffs' Exhibit 125
# (Under Seal)

# Plaintiffs' Exhibit 126 (Under Seal)

# Plaintiffs' Exhibit 127
# (Under Seal)

# Plaintiffs' Exhibit 128
# (Under Seal)

# Plaintiffs' Exhibit 129 (Under Seal)

# Plaintiffs' Exhibit 130
# (Under Seal)