# Plaintiffs' Exhibit 131 (Under Seal)

# Plaintiffs' Exhibit 132
# (Under Seal)

# Plaintiffs' Exhibit 133
# (Under Seal)

# Plaintiffs' Exhibit 134
# (Under Seal)

# Plaintiffs' Exhibit 135
# (Under Seal)

# Plaintiffs' Exhibit 136
# (Under Seal)

# Plaintiffs' Exhibit 137
# (Under Seal)

# Plaintiffs' Exhibit 138
# (Under Seal)

# Plaintiffs' Exhibit 139
# (Under Seal)

# Plaintiffs' Exhibit 140
# (Under Seal)

# Plaintiffs' Exhibit 141
# (Under Seal)

# Plaintiffs' Exhibit 142
# (Under Seal)

# Plaintiffs' Exhibit 143
# (Under Seal)

# Plaintiffs' Exhibit 144
# (Under Seal)

# Plaintiffs' Exhibit 145
# (Under Seal)

# Plaintiffs' Exhibit 146
# (Under Seal)

# Plaintiffs' Exhibit 147
# (Under Seal)

# Plaintiffs' Exhibit 148
# (Under Seal)

# Plaintiffs' Exhibit 149
# (Under Seal)

# Plaintiffs' Exhibit 150
# (Under Seal)

# Plaintiffs' Exhibit 151
# (Under Seal)

# Plaintiffs' Exhibit 152
# (Under Seal)

# Plaintiffs' Exhibit 153
# (Under Seal)

# Plaintiffs' Exhibit 154
# (Under Seal)

# Plaintiffs' Exhibit 155
# (Under Seal)

# Plaintiffs' Exhibit 156
# (Under Seal)

# Plaintiffs' Exhibit 157
# (Under Seal)

# Plaintiffs' Exhibit 158
# (Under Seal)

# Plaintiffs' Exhibit 159 (Under Seal)

# Plaintiffs' Exhibit 160
# (Under Seal)

# Plaintiffs' Exhibit 161
# (Under Seal)

# Plaintiffs' Exhibit 162
# (Under Seal)

# Plaintiffs' Exhibit 163
# (Under Seal)

# Plaintiffs' Exhibit 164
# (Under Seal)

# Plaintiffs' Exhibit 165
# (Under Seal)

# Plaintiffs' Exhibit 166
# (Under Seal)

# Plaintiffs' Exhibit 167
# (Under Seal)

# Plaintiffs' Exhibit 168
# (Under Seal)