# Plaintiffs' Exhibit 169

Page 1

```
IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF VIRGINIA
        ALEXANDRIA DIVISION
----------------------------:
UNITED STATES, et al.,       :
                             :
          Plaintiff,         :
                             :
        vs.                  : Case No.:
                             : 1:23-CV-00108-LMB-JFA
GOOGLE, LLC,                 :
                             :
          Defendant.         :
----------------------------:
```

VIDEOTAPED DEPOSITION OF ALLEN OWENS, JR.

| | |
|---|---|
| DATE: | September 28, 2023 |
| TIME: | 9:36 a.m. |
| LOCATION: | Paul, Weiss, Rifkind, |
| | Wharton & Garrison LLP |
| | 2001 K Street, Northwest |
| | Washington, D.C. 20006-1047 |
| REPORTED BY: | Shari R. Broussard, RPR, CSR |
| | Reporter, Notary |

Job No. CS6118347

Page 46

1  service that VMLY&R shall do under this task
2  order, correct?
3      MR. PRITCHETT: Objection. Form.
4      THE WITNESS: Correct. This lays out
5  the -- the purchasing that is being requested.
6  BY MS. GOODMAN:
7      Q  Okay. And this task order does not set
8  a price for the advertising that Young & Rubicam
9  shall research, negotiate, and purchase, correct?
10     MR. PRITCHETT: Objection. Form,
11 foundation.
12     THE WITNESS: That is correct.
13 BY MS. GOODMAN:
14     Q  It simply sets a ceiling that they
15 cannot exceed; is that correct?
16     MR. PRITCHETT: Objection. Form,
17 foundation.
18     THE WITNESS: It does set the ceiling
19 they cannot exceed and it does list the
20 approximate number of impressions expected to get
21 for that.
22 BY MS. GOODMAN:

Page 47

1      Q  And that's an estimate, correct?
2      A  Due to the nature of the -- the -- the
3  market price changes, then yes, that's an -- that
4  is an estimate.
5      Q  Okay. And the task order does not set a
6  quantity of advertising to buy, correct?
7      MR. PRITCHETT: Objection. Form.
8      THE WITNESS: It does provide estimated
9  quantities of what's expected.
10 BY MS. GOODMAN:
11     Q  Of the impressions; is that what you're
12 referencing?
13     A  For -- for the top two major bullets of
14 digital display and online video as well as for
15 paid search, yes -- or, excuse me, paid social,
16 yes. And then for the remaining items it lists
17 out the approximate number of leads expected to be
18 garnered for the investment.
19     Q  Okay. And those are --
20     A  Again, those are estimates.
21     Q  That's my next question.
22     So you're looking at all of the

Page 48

1  estimates in scope, number three here, correct?
2      MR. PRITCHETT: Objection. Form.
3      THE WITNESS: Yes.
4  BY MS. GOODMAN:
5      Q  And the Navy does not tell VMLY&R how to
6  purchase ads, correct?
7      MR. PRITCHETT: Objection. Form,
8  foundation.
9      THE WITNESS: The Navy does not tell the
10 contractor how to perform the job. As stated
11 earlier, that -- that would be improper.
12 BY MS. GOODMAN:
13     Q  And, therefore, you do not tell the
14 contractor how to purchase the advertising
15 requested that they go purchase in scope three?
16     MR. PRITCHETT: Objection. Form,
17 foundation.
18     THE WITNESS: In scope three we lay out
19 the items that we are looking to purchase and then
20 based on a follow-on recommended plan is where we
21 lay out the specifics of what we're looking to
22 purchase. However, as you stated, we then do not

Page 49

1  tell them how to go and purchase them.
2  BY MS. GOODMAN:
3      Q  Okay. Does the Navy tell the contractor
4  what vendors to purchase advertising from?
5      MR. PRITCHETT: Objection. Form,
6  foundation.
7      THE WITNESS: In the form of an approved
8  reco deck or an approved recommended plan, the
9  Navy does. The Navy asks for a recommended plan
10 and relies on the experience and expertise of the
11 ad agency to provide a recommended plan, but they
12 do not purchase it until the Navy has approved the
13 plan.
14 BY MS. GOODMAN:
15     Q  And under the contract and task orders
16 for the contracts that we've been talking here --
17 about here today between the Navy and VMLY&R,
18 VMLY&R uses a subcontractor to purchase ads,
19 correct?
20     MR. PRITCHETT: Objection. Form,
21 foundation.
22     THE WITNESS: Based on my discussions

13 (Pages 46 - 49)

Page 50

1  with the FLC contracting officer, the term
2  "affiliate" was used to describe WaveMaker, the
3  one who purchases the ads for Navy.
4  BY MS. GOODMAN:
5      Q   I see.  So rather than describing
6  WaveMaker as a subcontractor, is it the Navy's
7  position that the more appropriate way to describe
8  them is affiliate?
9          MR. PRITCHETT:  Objection.  Form.
10         THE WITNESS:  Again, based on my
11 conversations with FLC, yes.
12 BY MS. GOODMAN:
13     Q   And what is FLC?
14     A   The Fleet Logistics Center, the one who
15 does contracts for the Navy.
16     Q   Okay.  And there's no contract between
17 Navy and WaveMaker, correct?
18         MR. PRITCHETT:  Objection.  Form,
19 foundation.
20         THE WITNESS:  The -- the marketing and
21 -- the only marketing and advertising contract
22 Navy has is with VMLY&R.

Page 51

1  BY MS. GOODMAN:
2      Q   And thus there's not one between the
3  Navy and WaveMaker, correct?
4          MR. PRITCHETT:  Same objections.
5          THE WITNESS:  The contract is between
6  VMLY&R and Navy and it's my understanding that
7  WaveMaker is an affiliate of VMLY&R and -- and
8  does that purchasing on their -- on -- on behalf
9  of them.
10 BY MS. GOODMAN:
11     Q   On behalf of VMLY&R?
12     A   Right.
13         MR. PRITCHETT:  Objection.  Form.
14 BY MS. GOODMAN:
15     Q   And there's no contract between Google
16 and the Navy for purposes of marketing and
17 advertising, correct?
18         MR. PRITCHETT:  Objection.  Form,
19 foundation.
20         THE WITNESS:  Correct, our contract is
21 with VMLY&R.
22 BY MS. GOODMAN:

Page 52

1      Q   Do you know -- does the Navy know how
2  WaveMaker makes purchases of ads for the Navy
3  under the contracts we've been discussing?
4          MR. PRITCHETT:  Objection.  Form.
5          THE WITNESS:  So the Navy tells them
6  which ads or which -- approves a plan which lays
7  out which vendors to buy from, but we do not tell
8  them what methods to employ to purchase those, we
9  rely on their expertise.
10 BY MS. GOODMAN:
11     Q   And so does the Navy know how WaveMaker
12 goes about actually purchasing the media for the
13 Navy under the contracts we've been discussing?
14         MR. PRITCHETT:  Objection.  Form.
15         THE WITNESS:  To an extent as what --
16 what would be provided in the reco deck, but as
17 far as the detailed execution of how those ads are
18 placed, again, the Navy relies on the expertise of
19 VMLY&R to do that.
20 BY MS. GOODMAN:
21     Q   Okay.  So the best understand- -- the
22 best representation of the Navy's understanding of

Page 53

1  how ads are actually purchased is found in the
2  tactical recommendation decks; am I understanding
3  your testimony correctly?
4          MR. PRITCHETT:  Objection.  Form.
5          THE WITNESS:  My testimony is that the
6  Navy's understanding of which vendors to utilize
7  would be laid out in that approved deck, but
8  the -- the method employed to go out and procure
9  the ad would -- would be something that VMLY&R
10 would -- would do themselves.  We wouldn't tell
11 them how to do it.
12 BY MS. GOODMAN:
13     Q   And is something that is not known to
14 the Navy, correct?
15         MR. PRITCHETT:  Objection.  Form.
16         THE WITNESS:  To an extent.  There would
17 be an exception such as our programmatic buying
18 with The Trade Desk.
19 BY MS. GOODMAN:
20     Q   What is -- what do you mean by that?
21     A   So you're -- you're asking which methods
22 are used to employ -- or which methods are

14 (Pages 50 - 53)

Page 86

1  in -- or, excuse me, a final invoice adding --
2  ending in Zulu. Like the delivery number will --
3  will end in a Z or Zulu. And that will be
4  indicative of this -- this is the final billing on
5  that.
6        Since sometimes rebates come after --
7  after the fact, there can be a delay in when
8  that's -- in when that's happening. So that's one
9  of the reasons that this refund might be
10 occurring, the -- the $2,500 one.
11       I'm sorry, what was your question again?
12 It's -- it's -- it's a very complicated process,
13 but...
14 BY MS. GOODMAN:
15    Q   So you need to go look at the most final
16 invoice in order to know for sure how much money
17 the Navy, in fact, paid to VMLY&R under a
18 particular task order?
19       MR. PRITCHETT: Objection to form.
20       THE WITNESS: The -- all the invoices
21 would need to be looked at and -- in -- in order
22 to tell what was -- what was paid in total.

Page 87

1  BY MS. GOODMAN:
2     Q   And would you also need to look at any
3  refunds issued to the Navy?
4     A   Yes. If there were any refunds that --
5  that -- that occurred such as these -- and -- and,
6  again, you're -- you're providing me a -- an
7  e-mail with an attachment, but I'm not sure if
8  that was also on an invoice or not, so that's why
9  I'd have to pull up all of those. But -- but yes,
10 that would also have to be looked at.
11    Q   I'm handing you what's been -- a
12 document that we looked at in your first
13 deposition which we marked in your deposition as
14 Exhibit 60, so I'm going to mark it again as 60,
15 NAVY-ADS-28530 to 31. And this is an e-mail
16 thread that you're on along with Rae Ann Fisch
17 from VMLY&R.
18       Who is Ms. Fisch?
19    A   Ms. Fisch is one of the client
20 engagement folks, group -- well, as her title
21 states here, "Group Director, Client Engagement."
22 She's one of our main points of contact at the

Page 88

1  agency.
2     Q   And if you look at her e-mail
3  December 14th, 2022 that's in the middle of the
4  page -- the first page, I want to direct your
5  attention to the third open bullet down beginning
6  "How are recruiting results actually tracked."
7        Do you see that?
8     A   Uh-huh.
9     Q   Okay. And then there's a sub-bullet,
10 dark bullet, beginning "TNP Analytics."
11       Do you see that?
12    A   I do not.
13    Q   The --
14    A   Oh, yes, yes. "TNP Analytics provides
15 EOM"?
16    Q   Yes.
17    A   Yeah.
18    Q   What is TNP Analytics?
19    A   Sure. TNP, and I think I had mentioned
20 this in previous testimony, TNP is an acronym
21 standing for The Navy Partnership, and that
22 originates from when the agency was first brought

Page 89

1  on board in 2016. There were multiple affiliates
2  that were -- that were utilized during that first
3  contract, approximately five or six I believe.
4  And rather than -- since some of them had
5  differing e-mails and things like that, they
6  referred to themselves as The Navy Partnership or
7  TNP and that's just kind of carried forward.
8     Q   And so The Navy Partnership refers only
9  to people working at the ad agency, VMLY&R, or one
10 of its affiliates; is that accurate?
11       MR. PRITCHETT: Objection. Form.
12       THE WITNESS: Yes, that's accurate.
13 BY MS. GOODMAN:
14    Q   Okay. And then Ms. Fisch writes in the
15 middle of this bullet, "Yet due to the nature of
16 digital marketing channels, optimizations and
17 other advertising strategy adjustments are made in
18 realtime and are optimized based on key KPIs such
19 as Cost per Lead, RFI form completions and Q&I
20 lead trends."
21    A   I'm sorry, where are you reading that
22 from?

23 (Pages 86 - 89)

Page 90

1  Q  In the same dark bullet that began "TNP
2  Analytics." It's --
3  A  Oh, okay. Gotcha.
4  Q  Do you see where I am now?
5  A  Yes.
6  Q  Okay. And is it the TNP or members of
7  TNP who conduct the optimizations and other
8  strategy adjustments in realtime?
9       MR. PRITCHETT: Objection. Form.
10      THE WITNESS: So I can't speak with
11 certainty as to the specific instance that
12 Ms. Fisch was referring to when she sent this
13 e-mail back in December 14. But my understanding
14 would be that when she talks about "due to the
15 nature of digital marketing channels," it's
16 referring to the nature of how the longer a
17 campaign runs the more efficient it becomes as
18 machine learning can occur to find out what copies
19 is doing well per whatever the goal is, whether it
20 be cost per click or whatever, and that those
21 optimizations can run the longer that campaign
22 runs.

Page 91

1  BY MS. GOODMAN:
2  Q  And does anybody from the Navy sign off
3  on these realtime optimizations before they're
4  performed?
5       MR. PRITCHETT: Objection. Form.
6       THE WITNESS: So, no, in -- in
7  referencing a realtime optimization, I'm -- I'm
8  referencing the machine learning optimizations
9  that happen as -- as an ad is placed in multiple
10 places. So it's a -- it's a -- from my
11 understanding, it's an automated process to where
12 if you allow the campaign to run a longer period
13 of time, the copy that is working, the -- the
14 images that are working providing the best ROI for
15 that are then utilized. So it's like a -- a bunch
16 of AV testing happening at the same time. That's
17 my understanding of how that process works --
18 BY MS. GOODMAN:
19 Q  And what --
20 A  -- without human interference.
21 Q  What do you understand her to mean when
22 she says "due to the nature of digital marketing

Page 92

1  channels"?
2       MR. PRITCHETT: Objection. Form.
3       THE WITNESS: Just as I was describing.
4  Perhaps I didn't say it well, but due to -- for --
5  for instance, if you put a broadcast T.V.
6  commercial out, like you can't change the content
7  of that, it's out there. You'd have to take it
8  down and reissue. If you put a billboard up,
9  paper billboard up, like a physical billboard up,
10 you couldn't say, well, this one is working, the
11 other one is not, let's take it down. I mean,
12 you -- you could, but it would be a lengthy thing.
13      So, again, my understanding of what
14 she's describing here is due to the nature that,
15 you know, digital marketing allows for you to have
16 multiple copies, multiple audiences that you're
17 targeting with multiple images, and have machine
18 learning run in the background that can then find
19 which one's working and AV test and then realtime
20 optimize the best copy that's working or the best
21 images that are working or the best audiences that
22 are getting you the clicks or whatever the metric

Page 93

1  is that you're going after, that that's what she's
2  referencing here saying the key to digital
3  marketing as opposed to out of home or, you know,
4  broadcast, et cetera.
5  BY MS. GOODMAN:
6  Q  And is that a feature of digital
7  marketing across multiple kinds of digital
8  marketing such as display, video, social?
9       MR. PRITCHETT: Objection. Form,
10 foundation.
11      THE WITNESS: Yeah, it's my
12 understanding that that type of technology exists
13 in all of those.
14 BY MS. GOODMAN:
15 Q  Okay. Okay. You can set that to the
16 side.
17      Does the Navy have an amount of money in
18 mind that it believes would compensate Navy for
19 any alleged harm suffered by Google's
20 anticompetitive -- alleged anticompetitive
21 conduct?
22      MR. PRITCHETT: Objection. Form,

24 (Pages 90 - 93)

Page 106

1  through Google's Ad Exchange?
2      A    No, we do not.
3           MR. PRITCHETT:  Okay.  No further
4  questions.
5           MS. GOODMAN:  Okay.
6           VIDEO TECHNICIAN:  The time is
7  12:08 p.m.  We're off the record.
8           (Whereupon, at 12:08 p.m., the
9            deposition of ALLEN OWENS, JR.
10           was concluded.)
11               * * * * *

Page 107

1           CERTIFICATE OF NOTARY PUBLIC
2      I, SHARI R. BROUSSARD, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the witness whose testimony appears
5  in the foregoing deposition was duly sworn by me;
6  that the testimony of said witness was taken by me
7  in stenotype and thereafter reduced to typewriting
8  under my direction; that said deposition is a true
9  record of the testimony given by said witness;
10  that I am neither counsel for, related to, nor
11  employed by any of the parties to the action in
12  which this deposition was taken; and, further,
13  that I am not a relative or employee of any
14  counsel or attorney employed by the parties
15  hereto, nor financially or otherwise interested in
16  the outcome of this action.
17
18
19       SHARI R. BROUSSARD
         Notary Public in and for the
20          District of Columbia
21
    My commission expires:
22  August 14, 2025

Page 108

1        A C K N O W L E D G E M E N T
2             O F   D E P O N E N T
3
4     I, ALLEN OWENS, JR., do hereby acknowledge
5     I have read and examined the foregoing pages of
6     testimony, and the same is a true, correct and
7     complete transcription of the testimony given by
8     me, and any changes or corrections, if any, appear
9     in the attached errata sheet signed by me.
10
11
12
13
14
15
16
17
18
19                _____   _____
20    Date                    ALLEN OWENS, JR.
21
22    Job No. CS6118347

Page 109

1   Katherine Clemons Esq.
2   katherine.clemons@usdoj.gov
3              October 2, 2023
4   RE:    United States, Et Al v. Google, LLC
5      9/28/2023, Allen Owens, Jr., Navy 30(B)(6) (#6118347)
6      The above-referenced transcript is available for
7   review.
8      Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 108

```
 1              A C K N O W L E D G E M E N T
 2                     O F   D E P O N E N T
 3
 4
 5    I, ALLEN OWENS, JR., do hereby acknowledge
 6    I have read and examined the foregoing pages of
 7    testimony, and the same is a true, correct and
 8    complete transcription of the testimony given by
 9    me, and any changes or corrections, if any, appear
10    in the attached errata sheet signed by me.
11
12
13
14
15
16
17
18
19    23 OCT 2023                    _____
20    Date                           ALLEN OWENS, JR.
21
22    Job No. CS6118347
```

```
                                                          Page 110
1    United States, Et Al v. Google, LLC
2    Allen Owens, Jr., Navy 30(B)(6)  (#6118347)
3                    E R R A T A   S H E E T
4    PAGE 8      LINE 3        CHANGE Change spelling of name from
5    Shuntay to Shantay Clarke.
6    REASON Had incorrect spelling.
7    PAGE 10     LINE 10,14,16 CHANGE Change spelling of name from
8    Shuntay to Shantay
9    REASON Had incorrect spelling.
10   PAGE 11     LINE 8,10,18  CHANGE Change spelling of name from
11   Shuntay to Shantay.
12   REASON Had incorrect spelling.
13   PAGE 43     LINE 8        CHANGE issues it to us -- to the Marketing
14   Department within the Navy Recruiting Command
15   REASON More complete answer.
16   PAGE 45     LINE 4        CHANGE change "they're" to "that are"
17
18   REASON potential typo or misheard line; this is more accurate
19   PAGE 90     LINE 18       CHANGE "copies" to "copy"
20
21   REASON typo or misheard; 'copy' refers to the words used in an ad
22
23   _____[signature]_____          23 OCT 2023
24   Allen Owens, Jr., Navy 30(B)(6)          Date
25
```

Page 110

1  United States, Et Al v. Google, LLC
2  Allen Owens, Jr., Navy 30(B)(6) (#6118347)
3            E R R A T A   S H E E T
4  PAGE 91    LINE 16    CHANGE AV to A-B
5
6  REASON This was misheard; this references A-B testing.
7  PAGE 92    LINE 19    CHANGE AV to A-B
8
9  REASON This was misheard; this references A-B testing.
10 PAGE____   LINE____   CHANGE____
11
12 REASON____
13 PAGE____   LINE____   CHANGE____
14
15 REASON____
16 PAGE____   LINE____   CHANGE____
17
18 REASON____
19 PAGE____   LINE____   CHANGE____
20
21 REASON____
22
23 _____    23 OCT 2023
24 Allen Owens, Jr., Navy 30(B)(6)        Date
25