# Plaintiffs' Exhibit 170
# (Under Seal)

# Plaintiffs' Exhibit 171
# (Under Seal)

# Plaintiffs' Exhibit 172
# (Under Seal)

# Plaintiffs' Exhibit 173
# (Under Seal)

# Plaintiffs' Exhibit 174 (Under Seal)

# Plaintiffs' Exhibit 175
# (Under Seal)

# Plaintiffs' Exhibit 176
# (Under Seal)