# Plaintiffs' Exhibit 177 (Intentionally Left Blank)