Case 1:23-cv-00108-LMB-JFA   Document 666-5   Filed 05/17/24   Page 1 of 1 PageID# 15341

# Plaintiffs' Exhibit 178
# (Under Seal)