# Plaintiffs' Exhibit 179
# (Under Seal)

# Plaintiffs' Exhibit 180

# (Under Seal)

# Plaintiffs' Exhibit 181 (Under Seal)