# Plaintiffs' Exhibit 182 (Redacted)

LEXITAS™

Page 254

| | |
|---|---|
| [redacted] | |
| 12  BY MS. CLEMONS: | |
| [redacted] | |
| 17        MR. JUSTUS: Objection. | |
| 18        Form. | |
| [redacted] | |
| 22  BY MS. CLEMONS: | |
| [redacted] | |

```
 2             MS. CLEMONS:  Okay.  We can
 3       take a break.
 4             THE VIDEOGRAPHER:  Going
 5       off record.  The time is 1621.
 6             (Short break.)
 7             THE VIDEOGRAPHER:  Going
 8       back on the record.  The time is
 9       1647.
10  BY MS. CLEMONS:
11       Q.    Before we went on break,
12  Professor Chevalier, you had mentioned
13  that advertisers don't directly pay for
14  exchange services.
15             Do you recall that
16  testimony?
17       A.    Yes.
18       Q.    What is your assessment
19  based on, that advertisers don't directly
20  pay for exchange services?
21       A.    So advertisers, you know,
22  enter -- well, advertisers or their
23  agencies enter into contracts or
24  relationships with, you know, contract
```

Page 257

```
 1  for the ad buying tools.  And then the ad
 2  buying tools, when they submit bids to ad
 3  buying tools, they're -- you know, they
 4  will pay a fee for the use of those ad
 5  buying tools.
 6             And then the fee that's
 7  being paid to the ad exchange is
 8  subtracted from the bid so that the bid
 9  is -- so that the publisher is -- you
10  know, the publisher is choosing between
11  bids.  But the publisher is the one who
12  enters into a contractual relationship
13  with the ad exchange.
14       Q.    So is your statement that
15  advertisers don't directly pay for
16  exchange services based on advertisers
17  not having a contract to pay for exchange
18  services?
19       A.    So the exchange services
20  are -- the exchange -- the exchange
21  services are deducted from the bid when
22  the bids are being, you know, evaluated
23  by the publisher.
24             And so, you know, I think
```





Page 258
1  that's the sense in which I mean that.
2  Like, the advertiser pays kind of an
3  explicit fee off the top for the ad
4  buying tools, but the fee is deducted

23            MR. JUSTUS:  Objection.
24            Form.

Page 262

11    BY MS. CLEMONS:

17              MR. JUSTUS:  Objection.
18         Form.

9    BY MS. CLEMONS:

19              MR. JUSTUS:  Objection.
20         Form.

10    BY MS. CLEMONS:

Page 326

[lines 1-10 redacted]

11        MS. CLEMONS:  Can we go off
12    the record?
13        MR. JUSTUS:  Sure.
14        THE VIDEOGRAPHER:  Going
15    off the record.  The time is
16    1845.
17        (Short break.)
18        THE VIDEOGRAPHER:  Going
19    back on the record.  The time is
20    1854.
21        MS. CLEMONS:  Thank you so
22    much for your time today,
23    Professor Chevalier.  I pass the
24    witness.

Page 327

1        MR. JUSTUS:  Nothing from
2  me.
3        MS. CLEMONS:  Go off the
4  record.
5        THE VIDEOGRAPHER:  This
6  marks the end of the deposition
7  of Judith Chevalier.
8        We're going off the record
9  at 1854.
10        **********
11        (Excused.)
12        (Deposition concluded at
13  approximately 6:54 p.m.)

Page 328

1
2                CERTIFICATE
3
4
5        I HEREBY CERTIFY that the
6  witness was duly sworn by me and that the
   deposition is a true record of the
   testimony given by the witness.
7
8        It was requested before
   completion of the deposition that the
   witness, JUDITH A. CHEVALIER, Ph.D., have
9  the opportunity to read and sign the
   deposition transcript.
10
11   
12   _____
     MICHELLE L. GRAY,
13   A Registered Professional
     Reporter, Certified Shorthand
14   Reporter, Certified Realtime
     Reporter, Certified Court
15   Reporter and Notary Public
     Dated:  March 6, 2024
16
17
18        (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 329

1            INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8        After doing so, please sign
9  the errata sheet and date it.
10        You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14        It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Page 330

```
 1            - - - - - -
                E R R A T A
 2            - - - - - -
 3
 4  PAGE  LINE  CHANGE
 5   ____  ____  _____
 6      REASON:  _____
 7   ____  ____  _____
 8      REASON:  _____
 9   ____  ____  _____
10      REASON:  _____
11   ____  ____  _____
12      REASON:  _____
13   ____  ____  _____
14      REASON:  _____
15   ____  ____  _____
16      REASON:  _____
17   ____  ____  _____
18      REASON:  _____
19   ____  ____  _____
20      REASON:  _____
21   ____  ____  _____
22      REASON:  _____
23   ____  ____  _____
24      REASON:  _____
```

Page 331

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
 4         I,_____, do
 5  hereby certify that I have read the
 6  foregoing pages, 1 - 332, and that the
 7  same is a correct transcription of the
 8  answers given by me to the questions
 9  therein propounded, except for the
10  corrections or changes in form or
11  substance, if any, noted in the attached
12  Errata Sheet.
13
14
15   _____
16   JUDITH A. CHEVALIER, Ph.D.       DATE
17
18
19  Subscribed and sworn
    to before me this
20  _____ day of _____, 20_____.
21  My commission expires:_____
22
    _____
23  Notary Public
24
```

Page 332

```
 1            LAWYER'S NOTES
 2  PAGE  LINE
 3   ____  ____  _____
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

**Attorney Errata Sheet for the Transcription of Judith A. Chevalier**

**Case Name**: *United States et al v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**Depo. Date**: March 5, 2024

**Deponent**: Judith A. Chevalier

| Page | Line | Original | Correction | Reason for Correction |
|---|---|---|---|---|
| 3 | 21 | Yin Jia Qiu – Economist (US DOJ) – zoom | Yin Jia Qiu – Economist (US DOJ) – in person | Transcription Error |
| 26 | 23 | "I would love details." | "I would love details. Yes." | Transcription Error |
| 26 | 24 | "Yes. Thanks. Sorry." | "Thanks. Sorry." | Transcription Error |
| 40 | 13 | "I really couldn't single out" | "I really wouldn't single out" | Transcription Error |
| 74 | 15 | "Google's DV360 and Google's ad products?" | "Google's DV360 and Google Ads products?" | Transcription Error |
| 77 | 11 | "purchased through Xandr" | "purchased through Xandr's" | Transcription Error |
| 86 | 10 | "during, before, or after videos" | "during, before, or after other videos" | Transcription Error |
| 86 | 11 | "videos that display in a display" | "videos that play in a display" | Transcription Error |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 196 | 24 | "targeting or pricing algorithms for" | "targeting or pricing algorithms or" | Transcription Error |
| 221 | 21 | "choices are valuable" | "choices are variable" | Transcription Error |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |

Date: April 9, 2024   Signature: /s/ *Katherine E Clemons*

# HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: *United States et al. v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.)

Deposition Date: March 5, 2024

Deponent: Professor Judith Chevalier

## CORRECTIONS

| Page | Line | Change | Reason |
| --- | --- | --- | --- |
| 30 | 15 | Change "John" to "Jon" | Transcription Error. |
| 49 | 10 | Change "Professor Respess's" to "Dr. Respess's" | Clarification. |
| 69 | 13 | Change "compliment" to "complement" | Transcription Error. |
| 80 | 19 | Change "programatic" to "programmatic" | Transcription Error. |
| 80 | 20 | Change "programatic" to "programmatic" | Transcription Error. |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 238 | 8 | Replace "Professor Respess" with "Dr. Respess" | Transcription Error. |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 325 | 14 | Change "distribution" to "a distribution" | Transcription Error. |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: <u>April 3, 2024</u>

Signature: *Judith A Chevalier*