# Plaintiffs' Exhibit 183
# (Under Seal)

# Plaintiffs' Exhibit 184
# (Under Seal)

# Plaintiffs' Exhibit 185
# (Under Seal)

# Plaintiffs' Exhibit 186
# (Under Seal)

# Plaintiffs' Exhibit 187
# (Under Seal)