# Plaintiffs' Exhibit 192
# (Under Seal)