# Plaintiffs' Exhibit 193 (Intentionally Left Blank)