# Plaintiffs' Exhibit 194
# (Under Seal)