# Plaintiffs' Exhibit 195
# (Under Seal)