# Plaintiffs' Exhibit 200

# (Under Seal)