IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, as well as certain exhibits attached to the same Opposition, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because (1) the withheld documents and information were marked as Confidential or Highly Confidential by Defendant Google or by third parties, and Google and third parties should have time to address the permanent sealing of this information, and (2) the withheld documents and information concerning Federal Agency Advertiser commercial strategy and prices and contact information is sensitive business and personal information where the significant interest in confidentiality outweighs the presumption of public access.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the unredacted Opposition and exhibits shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____