# EXHIBIT 12

# (UNITED STATES' PROPOSED REDACTIONS)

| | |
|---|---|
| From: | ▮▮▮▮ (NHTSA) ▮▮▮▮ |
| To: | ▮▮▮▮ (NHTSA) |
| Sent: | 11/19/2020 8:08:01 AM |
| Subject: | ODI and Air Bag Recalls Campaign Performance Reports (Sept. 2019-Nov. 2020) |
| Attachments: | Final Air Bag Recalls Full Campaign Performance Report (September 2019 - November 2020).pdf; Final ODI Recalls Full Campaign Performance Report (September 2019 - November 2020).pdf |

▮▮

Please see attached air bags and recalls campaigns reports from September – November 2020. Both continued to perform well with the air bags campaign converting over 776K times (use of VIN Look-Up Tool) and recalls campaign delivering Over 1.5M conversions.

Here are some additional analyses on the two campaigns.

Overall, both campaigns continued to perform well after relaunching in early July. Since launching in September 2019, the ODI Recalls campaign drive 1,692,172 clicks and garnered 157,616,301 impressions. The average cost-per-click (CPC) was $0.46, and the average cost-per-acquisition (CPA) was $0.50. In addition, the campaign drove 1,564,143 conversions.

CPC remained extremely efficient throughout the year, driven primarily by search, despite the COVID-19 pandemic. Following the relaunch of the campaign in July, clicks and CTR remained low, which is likely due to the pandemic. People have been using their cars less and feel less urgency to bring their cars in for repair.

Search delivered an above-average CTR of 15.61% and the most efficient CPC across all channels at $0.29. Search also delivered the highest number of conversions with 969,832. For Display, the "Recall C" creative generated the highest number of total conversions (159,262) and had the lowest CPC ($0.72). The "Hour Glass" and "Don't Wait" creative was rotated into the buy when it relaunched in July, which explains the lower amount of impressions compared to Recall B and Recall C.

The Air Bag Recalls campaign drove 820,627 clicks and garnered 240,808,366 impressions since launching in September. The campaign also drove 776,968 conversions, and the overall CPA was $1.39. The average CPC was $1.31, a $0.06 increase since the last report. All mediums delivered above the CTR benchmark. Search delivered a CTR of 10.54% and the most efficient CPC across all channels at $0.56.

Display achieved the highest numbers of conversions at 444,363. For Display, the "Ominous Concept" creative generated the most direct conversions (8,723) and impressions (48,303,107), and the highest CTR (0.19%). We recommend consolidating to programmatic display (DV360) as it is the most efficient and effective platform in driving conversions.

Let me know if you have any questions on these reports.

▮▮
Marketing Specialist
National Highway Traffic Safety Administration (NHTSA)
▮▮▮▮

Case 1:24-cv-01535-LKG-A1B    Document 65-2    Filed 05/23/24    Page 3 of 7    PageID# 1749


**Campaign Objective:** Deliver engagement with the buttons on the "Safety Issues & Recalls" page
**Main KPI:** Total Campaign Page (CP) button conversions
  Clicks on the "Year Make Model" search button
  Clicks on the "Vehicle Identification Number (VIN)" search button

## Summary

| Clicks | Impressions | CPC | Conversions | CPA |
|---|---|---|---|---|
| 820,627 | 240,808,366 | $1.31 | 776,968 | $1.39 |

### CTR vs Clicks



| Year Month | CTR | Clicks |
|---|---|---|
| Sep 2019 | 0.41% | 69,014 |
| Oct 2019 | 0.32% | 101,273 |
| Nov 2019 | 0.34% | 66,236 |
| Dec 2019 | 0.32% | 56,700 |
| Jan 2020 | 0.37% | 86,252 |
| Feb 2020 | 0.3% | 64,309 |
| Mar 2020 | 0.39% | 99,236 |
| Jul 2020 | 0.31% | 98,088 |
| Aug 2020 | 0.41% | 48,403 |
| Sep 2020 | 0.31% | 57,541 |
| Oct 2020 | 0.29% | 54,234 |
| Nov 2020 | 0.42% | 19,341 |

### CPA vs Conversions



| Year Month | CPA | Conversions |
|---|---|---|
| Sep 2019 | $2.15 | 36,836 |
| Oct 2019 | $1.68 | 79,617 |
| Nov 2019 | $1.48 | 63,832 |
| Dec 2019 | $1.48 | 63,810 |
| Jan 2020 | $1.03 | 93,428 |
| Feb 2020 | $1.11 | 85,866 |
| Mar 2020 | $1.3 | 76,267 |
| Jul 2020 | $1.65 | 64,022 |
| Aug 2020 | $0.96 | 63,517 |
| Sep 2020 | $1.38 | 67,654 |
| Oct 2020 | $1.5 | 66,222 |
| Nov 2020 | $1.58 | 15,897 |

## Performance by Medium

| Medium | Impressions | Clicks | CTR | CPC | Investment | CPA | Conversions |
|---|---|---|---|---|---|---|---|
| Display | 216,608,809 | 366,726 | 0.17% | $1.91 | $700,321.53 | $1.58 | 444,363 |
| Facebook | 22,869,914 | 313,745 | 1.37% | $0.96 | $299,998.8 | $1.28 | 233,897 |
| Search | 1,329,643 | 140,156 | 10.54% | $0.56 | $78,063.51 | $0.79 | 98,708 |
| Grand total | 240,808,366 | 820,627 | 0.34% | $1.31 | $1,078,383.84 | $1.39 | 776,968 |

*Standard Display CTR benchmark-0.05-0.08%; Social CTR benchmark - 0.75-1.00%; Search CTR 1-2%

## Performance Highlights

• Since the campaign launched in September 2019, it has delivered over 240 million impressions and 820,627 clicks to the landing page, producing a click-through-rate (CTR) of 0.34% and a cost-per-click (CPC) of $1.31, a $0.06 increase since the last report. All mediums delivered above their respective CTR benchmarks. This campaign was paused from March 23 - July 6, 2020.

• Overall, the campaign generated 776,968 total campaign page button conversions, for an average cost-per-acquisition (CPA) of $1.39.

• Search delivered an above-average click-through-rate (CTR) at 10.54% and the most efficient CPC across all channels of $0.56.

• Display achieved the highest number of conversions (444,363), followed by Facebook (233,897).



## Display Platform

| Platform | Clicks | Impressions | CTR | CPC | Investment | CPA | Indirect conversions | Direct conversions | Direct Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|
| GDN | 274,736 | 117,750,961 | 0.23% | $1.01 | $277,333.82 | $1.56 | 148,841 | 28,887 | 10.51% |
| Digilant | 30,624 | 40,408,145 | 0.08% | $6.53 | $199,999.87 | $3.48 | 56,807 | 613 | 2.00% |
| DV360 | 61,366 | 58,449,703 | 0.10% | $3.63 | $222,987.85 | $1.07 | 204,206 | 5,009 | 8.16% |
| Grand total | 366,726 | 216,608,809 | 0.17% | $1.91 | $700,321.53 | $1.58 | 409,854 | 34,509 | 9.41% |

*Indirect Conversion Rate refers to when an ad is seen and then the user converts on the landing page (engages with recall tools) later within a 90-day window. Direct Conversions occur when the ad is clicked on and immediately the user engages with the recalls tools.

## Display Creative

| Creative Name | Clicks | Impressions | CTR | CPC | Investment | CPA | Indirect conversions | Direct conversions | Direct Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|
| Wheel Risk | 66,448 | 42,822,779 | 0.16% | $2.03 | $134,561.36 | $1.40 | 87,734 | 8,644 | 13.01% |
| Ominous Concept | 93,749 | 48,303,107 | 0.19% | $1.64 | $153,791.44 | $1.59 | 88,075 | 8,723 | 9.30% |
| Icon Concept A | 78,875 | 45,954,379 | 0.17% | $1.89 | $149,222.78 | $1.68 | 83,438 | 5,315 | 6.74% |
| Dummy Concept | 91,041 | 48,011,541 | 0.19% | $1.70 | $155,020.27 | $1.61 | 88,224 | 8,228 | 9.04% |
| Bomb On Board | 36,613 | 31,517,003 | 0.12% | $2.94 | $107,725.69 | $1.63 | 62,383 | 3,599 | 9.83% |
| Grand total | 366,726 | 216,608,809 | 0.17% | $1.91 | $700,321.53 | $1.58 | 409,854 | 34,509 | 9.41% |

**Display Performance Summary**
- The display portion of the campaign returned 34,509 conversions (direct conversions only) for a direct conversion rate of 9.41%.
- Display also drove over 216 million impressions and returned an overall CTR of 0.17%. This is above the display CTR benchmark of 0.05-0.08%.
- GDN generated the most direct conversions (28,887) and well as the lowest CPC ($1.01). However, DV360 drove the most efficient CPA ($1.07).
- Digilant continued to under-perform compared to other platforms in terms of cost efficiency. Following the conclusion of this campaign, we recommend consolidating to programmatic display (DV360) as it is the most efficient and effective platform in driving conversions.

**Creative Performance**
- "Ominous Concept" has achieved the most direct conversions (8,723) and impressions (48,303,107), and the highest CTR (0.19%).

## Facebook Audience

| Audience | Clicks | Impressions | CTR | CPC | Investment | CPA | Indirect conversions | Direct conversions | Direct Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|
| Parents of Teens | 74,877 | 5,385,060 | 1.39% | $1.00 | $75,006.98 | $1.34 | 2,874 | 53,225 | 71.08% |
| Parents of Children | 71,630 | 5,306,367 | 1.35% | $1.05 | $74,999.89 | $1.45 | 2,668 | 49,088 | 68.53% |
| Car Owner | 84,134 | 6,070,781 | 1.39% | $0.89 | $74,993.54 | $1.19 | 2,549 | 60,384 | 71.77% |
| Car Buyer | 83,104 | 6,107,706 | 1.36% | $0.90 | $74,998.39 | $1.18 | 2,945 | 60,910 | 73.29% |
| Grand total | 313,745 | 22,869,914 | 1.37% | $0.96 | $299,998.8 | $1.28 | 11,036 | 223,607 | 71.27% |

## Facebook Creative

| Creative | Clicks | Impressions | CTR | CPC | Investment | CPA | Indirect conversions | Direct conversions | Direct Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|
| Wheel Risk | 19,029 | 2,250,920 | 0.85% | $1.40 | $26,698.22 | $2.09 | 190 | 12,778 | 67.15% |
| Ominous Concept | 21,133 | 1,829,733 | 1.15% | $1.33 | $28,079.56 | $1.73 | 1,290 | 14,944 | 70.71% |
| Icon Concept A | 76,937 | 4,816,070 | 1.60% | $0.95 | $73,366.80 | $1.23 | 3,676 | 55,983 | 72.76% |
| Dummy Concept | 81,698 | 6,109,887 | 1.34% | $1.08 | $88,247.48 | $1.22 | 5,324 | 66,815 | 81.78% |
| Bomb On Board | 114,948 | 7,863,304 | 1.46% | $0.73 | $83,606.74 | $1.14 | 556 | 73,087 | 63.58% |
| Grand total | 313,745 | 22,869,914 | 1.37% | $0.96 | $299,998.80 | $1.28 | 11,036 | 223,607 | 71.27% |

**Facebook Performance Summary**
- The Facebook portion of this campaign served over 22 million impressions, with 313,745 clicks to the landing page. This led to 223,607 direct conversions for a direct conversion rate of 71.27% and a CPA of $1.28.
- With 60,910 direct conversions, the "Car Buyer" audience was responsible for the greatest number of Facebook conversions.
- The "Bomb On Board" creative produced the most conversions (73,087 direct conversions). However, the "Dummy Concept" creative had the highest conversion rate at 81.78%.
- In terms of geographic performance, Texas had the most direct conversions and the highest conversion rate.



# 2019-2020 ODI Air Bag Recalls Campaign Final Performance Report
Sep 11, 2019 - Nov 8, 2020

## Search Campaign Summary

| Clicks | Avg CPC | CTR | Impressions | Conversions | Cost |
|---|---|---|---|---|---|
| 140,156 | $0.56 | 10.54% | 1,329,643 | 98,708 | $78,063.51 |

## Ad Group Performance

| Ad group | Clicks | Avg CPC | CTR | Impressions | Cost | Search impr share |
|---|---|---|---|---|---|---|
| Airbag Honda | 19,631 | $1.26 | 7.02% | 279,480 | $24,690.99 | 54.98% |
| Check Airbag | 17,443 | $0.35 | 13.57% | 128,588 | $6,095.66 | 46.55% |
| Recall Models | 12,429 | $0.39 | 19.92% | 62,399 | $4,876.00 | 46.88% |
| Airbag | 12,151 | $0.56 | 15.68% | 77,518 | $6,776.83 | 47.42% |
| Takata Toyota | 11,985 | $0.43 | 15.14% | 79,143 | $5,131.53 | 35.46% |

## Keyword Performance

| Keyword | Ad group | Clicks | Avg CPC | CTR | Impressions | Cost | Search impr share |
|---|---|---|---|---|---|---|---|
| airbag recall check | Check Airbag | 13,294 | $0.32 | 16.25% | 81,830 | $4,231.4 | 54.99% |
| defective airbags | Airbag | 9,618 | $0.56 | 20.12% | 47,807 | $5,414.91 | 50.91% |
| car airbag recall | Car Airbag | 7,686 | $0.34 | 12.7% | 60,498 | $2,579.73 | 27.82% |
| takata airbag toyota | Takata Toyota | 7,257 | $0.42 | 14.84% | 48,895 | $3,020.29 | 35.25% |
| recall airbag honda | Airbag Honda | 6,986 | $1.28 | 9.5% | 73,506 | $8,943.8 | 51.88% |
| nhtsa airbag recall | Nhtsa | 5,875 | $0.1 | 19.42% | 30,258 | $578.88 | 55.59% |
| airbag recall list | Airbag List | 5,543 | $0.26 | 22.62% | 24,506 | $1,441.97 | 30.38% |
| airbag recall models | Recall Models | 4,410 | $0.37 | 20.36% | 21,663 | $1,612.46 | 48.49% |
| ford airbag recall | Ford Airbag | 4,192 | $0.47 | 12.28% | 34,147 | $1,963.48 | 29.72% |
| takata airbag recall models | Recall Models | 3,875 | $0.36 | 25.62% | 15,124 | $1,411.51 | 59.19% |

## Ad Performance

| Headline 1 | Headline 2 | Description | Ad group | Clicks | Avg. CPC | CTR | Impr. | Cost |
|---|---|---|---|---|---|---|---|---|
| {Keyword:Auto Safety Recalls} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Airbag | 5,328 | $0.42 | 29.66% | 17,962 | $2,250.74 |
| {Keyword:Auto Safety Recalls} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Recall Models | 4,675 | $0.31 | 30.54% | 15,310 | $1,460.98 |
| {Keyword:Auto Safety Recalls} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Airbag List | 3,824 | $0.21 | 35.36% | 10,815 | $792.24 |
| {Keyword:Auto Safety Recalls} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Car Airbag | 3,178 | $0.31 | 21.48% | 14,792 | $972.58 |
| {Keyword: Vehicle Recall} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Airbag Honda | 2,641 | $0.98 | 11.36% | 23,247 | $2,587.10 |
| {Keyword: Vehicle Recall} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Takata Injuries | 2,090 | $0.39 | 27.44% | 7,618 | $818.00 |
| {Keyword:Auto Safety Recalls} | Safe Cars Save Lives | Use your VIN number to see if your vehicle has a recall. Learn more. | Check Airbag | 1,665 | $0.23 | 26.54% | 6,274 | $375.07 |
| {Keyword:Auto Safety Recalls} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Check Airbag | 1,616 | $0.22 | 26.77% | 6,036 | $347.68 |
| {Keyword: Vehicle Recall} | Check for Recalls. Save Lives. | Official Gov't Site For Vehicle Safety Recall Info. Learn More Now! | Have Airbag | 1,519 | $0.34 | 30.56% | 4,970 | $517.66 |
| {Keyword: Vehicle Recall} | Safe Cars Save Lives | Use your VIN number to see if your vehicle has a recall. Learn more. | Ford Airbag | 1,137 | $0.39 | 20.41% | 5,570 | $438.36 |





Highly Confidential

NHTSA-ADS-0000500226


## Search Campaign Overview
GMMB managed the Air Bag Recall Search Campaign from September 2019 - November 8, 2020 for a total spend of $78,063.51. This campaign was paused on March 23rd and resumed on July 6th. Air Bag Recall ads on Google targeted appropriate keywords to drive traffic to: https://www.nhtsa.gov/recalls

## Search Campaign Results
The campaign drove 140,156 clicks to the website while garnering 1,329,643 impressions. The average click-through-rate (CTR) was 10.54%, a slight increase of 0.05% month-over-month. However, this is still an extremely high CTR (the industry benchmark is 1-2%). The cost-per-click (CPC) increased slightly to $0.56. Overall, the campaign drove 98,708 conversions, leading to a conversion rate of 70.43%. The average CPA increased to $0.79.

Due to the COVID-19, pandemic, it's likely that drivers are commuting less and using their vehicles less often. This could promote a reduced urgency to research recalls causing an increase in CPC and CPA.

Keyword "airbag recall check" drove the vast majority of clicks with 13,294. The next highest number of clicks came from "defective airbags" which drove 9,618 clicks. Notably, two of the top three keywords in terms of clicks included the term "airbag recall," which indicates a high level of awareness among searchers for recall resources available on the NHTSA website.

## Search Cumulative Performance
Clicks: 140,156
Impressions: 1,329,643
CTR: 10.54%
Average CPC: $0.56
Conversions: 98,708
Conversion Rate: 70.43%
CPA: $0.79
Total Cost: $78,063.51

Highly Confidential

NHTSA-ADS-0000500227

## Creative Samples

### Icon Concept A
Facebook / Display


### Ominous Concept
Facebook / Display


### Dummy Concept
Facebook / Display



### Bomb on Board
Facebook / Display



### Wheel at Risk
Facebook / Display

