AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America, et al.
*Plaintiff*
v.
Google LLC
*Defendant*

Case No. 1:23-cv-108-LMB-JFA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintifff United States of America .

Date: 05/29/2024

/s/ Matthew R. Huppert
*Attorney's signature*

Matthew R. Huppert (NY Bar No. 4993143)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
950 Pennsylvania Ave., NW
Washington, DCC 20530
*Address*

Matthew.Huppert@usdoj.gov
*E-mail address*

(202) 532-4725
*Telephone number*

(202) 616-8544
*FAX number*