# Plaintiffs' Exhibit B
# Additional Pages
# (Redacted)

HIGHLY CONFIDENTIAL

**Expert Report of Dr. Thomas S. Respess III (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Figure | Original | Corrected | Reason |
|------|-----------|----------|--------|----------|-----------|--------|
| 6 | 23 | . | . | "Google overcharged the FAAs a total of ███ assuming a ████ AdX But-For Take Rate, ████████ assuming a ████████ AdX But-For Take Rate, and ████ assuming a ████ AdX But-For Take Rate." | "Google overcharged the FAAs a total of ███ assuming a ████ AdX But-For Take Rate, ████ assuming a ████████ AdX But-For Take Rate, and ████ assuming a ████ AdX But-For Take Rate." | Correction |
| 6 | 24 | . | . | "Figure 1 below summarizes damages to the FAAs from both the AdX overcharge and platform fees overcharge, and prejudgment interest thereon. Total damages range from █████ to █████." | "Figure 1 below summarizes damages to the FAAs from both the AdX overcharge and platform fees overcharge, and prejudgment interest thereon. Total damages range from █████ to █████." | Correction |
| 7 | 26 | 3 | . | "at 16, n.4" | "at pp. 16-17, n.4" | Typo |
| 9 | 30 | 15 | . | "at p. 16, n.4" | "at pp. 16-17, n.4" | Typo |
| 12 | 36 | 19 | . | "*See* Rule 30(b)(6) Deposition of ████████ (Index Exchange), September 26, 2023, 148:21–153:21 ████████████████ ████████████████████ ████████████████████ ██████████████████" | "*See* Rule 30(b)(6) Deposition of ████████ (Index Exchange), September 26, 2023, 148:21–153:21. *See, e.g.,* 150:17-22 ████████████████ ████████████████████ ██████████████████" | Clarification |
| 17 | 46 | . | . | "The RFP60 Data also include variables called ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████" | "The RFP60 Data also include variables called ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████" | Clarification |
| 24 | 59 | 39 | . | ████████████████████ | ████████████████████ | Correction |
| 34 | 75 | . | . | "Figure 17 shows that AdX overcharged the FAAs a total of ████████████████ ████████████████" | "Figure 17 shows that AdX overcharged the FAAs a total of ████████████████ ████████████" | Correction |
| 34 | 75 | 55 | . | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████████ | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████████ | Correction |

**Expert Report of Dr. Thomas S. Respess III (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Figure | Original | Corrected | Reason |
|---|---|---|---|---|---|---|
| 39 | 85 | . | Figure 21 | ███████████ | ███████████ | Clarification |
| 52 | 105 | 100 | . | "the entity should: …B Assess" | "the entity should: …b. Assess" | Typo |
| 54 | 107 | . | . | "is auction activities" | "its auction activities" | Typo |
| 125 | . | . | . | "USAF-ADS-0000511496-USAF-ADS-0000511540." | "GSD&M_014239-GSD&M_014249." | Correction |
| 142 | . | . | Figure 40 | "USAF-ADS-0000511496" | "GSD&M_014239" | Correction |
| 144 | . | . | Figure 42 | ███████ | | Typo |
| 161 | . | . | Figure 63 | "USPS-ADS-0000977359" | "USPS-ADS-0000977359*" | Clarification |
| 161 | . | . | Figure 63 | "USPS-ADS-0000622684" | "USPS-ADS-0000622684*" | Clarification |
| 161 | . | . | Figure 63 | "IPG-ADTECH-010125" | "IPG-ADTECH-010125*" | Clarification |
| 161 | . | . | Figure 63 | "IPG-ADTECH-010127" | "IPG-ADTECH-010127*" | Clarification |
| 162 | . | . | Figure 64 | [Omitted] | "RFP60 Data for DV360*" | Clarification |
| 163 | . | . | Figure 65 | [Omitted] | "GOOG-AT-EDVA-DATA-000226020*" | Clarification |
| 166 | . | . | Figure 70 | "REINGOLD_000504" | "REINGOLD_000594" | Typo |
| . | . | . | Figures 1, 16-20, 35-38 | *See attached* Figures Errata. | *See attached* Figures Errata. | Correction |
| Workpaper | . | . | ██████████ | Tab ████ ████████, D8: | Tab ████ ███████ D8: | Typo |
| Workpaper | . | . | Figure 1 | ████████████████████ | █████████████████████ | Correction |
| Workpaper | . | . | Figures 13-19, Appendix D | Figures 13-19, ████████████ | Updated for change in ████████ | Correction |
| Workpaper | . | . | Figures 13-19, Appendix D | Figures 13-19, Appendix D.xlsx, Tab 'Figure 13', B3: "Figure 12: AdX Revenues and Actual Take through DV360 and Google Ads" | Tab 'Figure 13', B3: "Figure 13: AdX Revenues and Actual Take through DV360 and Google Ads" | Typo |
| Workpaper | . | . | Figures 13-19, Appendix D | Figures 13-19, Appendix D.xlsx, Tab 'Figure 13', B4: "Subject to the Respess Product Market Filters (Figure | Tab 'Figure 13', B4: "Subject to the Respess Product Market Filters (Figure 5)" | Typo |
| Workpaper | . | . | ████████ | [Omitted] | Workpaper i █████████ ████████████ *See* updated workpaper. | Clarification |
| Workpaper | . | . | ████████ | ████████████ | Deleted rows 23–32, 50, 54 from original. Updated rows 35 and 37 from original. Updated sources and notes in rows 43–46, 51–53, 55 from original. *See* updated workpaper. | Correction |
| Workpaper | . | . | Figures 32-34 | Figures 32-34.xlsx, 'In-scope Campaigns and Invoices' tab, rows 22–37, row 41. | Removed unused inputs in rows 22–37. Updated sources in row 41 to clarify. *See* updated workpaper. | Clarification |
| Workpaper | . | . | VA Damages Split Analysis | █████████████████ | This workpaper tab reflect corrected allocations of VA Damages ███████████. *See* updated workpaper. | Correction |
| Workpaper | . | . | VA Damages Split Analysis | ██████████████ | This workpaper tab has been updated to reflect changes in ██████████ *See* updated workpaper. | Correction |

HIGHLY CONFIDENTIAL

**Expert Report of Dr. Thomas S. Respess III (December 22, 2023)--Errata**

| Page | Paragraph | Footnote | Figure | Original | Corrected | Reason |
|---|---|---|---|---|---|---|
| Workpaper | . | . | VA Damages Split Analysis | VA Damages Split.xlsx, Tab ██████████. | The highlthing of this cell has been changed from Orange ████████ to Blue ████████. *See* updated workpaper. | Typo |
| Workpaper | . | . | VA Damages Split Analysis | VA Damages Split.xlsx, Tab ██████████. | The highlighting of this cell has been changed from Orange ████████ to Blue (████████). *See* updated workpaper. | Typo |
| Workpaper | . | . | VA Damages Split Analysis | VA Damages Split.xlsx, ██████████ ████████ | The text ████████ have been added to each cell where highlighting indicates it is ████████ ████████ | Clarification |

*TS Respess III*

January 13, 2024

HIGHLY CONFIDENTIAL

**Figure 20: Summary of Damages and Prejudgment Interest**



**Figure 20 (corrected): Summary of Damages and Prejudgment Interest**



N/A

HIGHLY CONFIDENTIAL

**Figure 35: AdX Overcharge for FAA Purchase Pathways**
**January 25, 2019 – January 24, 2023**



HIGHLY CONFIDENTIAL

**Figure 35 (corrected): AdX Overcharge for FAA Purchase Pathways**
**January 25, 2019 – January 24, 2023**



HIGHLY CONFIDENTIAL

**Figure 37: Platform Fees Overcharge to FAA Purchase Pathways**
**January 25, 2019 – January 24, 2023**



HIGHLY CONFIDENTIAL

**Figure 37 (corrected): Platform Fees Overcharge to FAA Purchase Pathways**
**January 25, 2019 – January 24, 2023**



HIGHLY CONFIDENTIAL

**Figure 38: Sensitivity Analysis for Damages to FAAs**
**($000s)**



HIGHLY CONFIDENTIAL

**Figure 38 (corrected): Sensitivity Analysis for Damages to FAAs**
**($000s)**

