**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of their Opposition to

Defendant's Motion to Strike the Jury Demand and to Dismiss, and pursuant to Local Civil Rule

5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the

Court hereby

FINDS the motion for sealing should be granted due to Defendant Google marking the

redacted material as confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' opposition memorandum (ECF No.

688) shall be maintained under seal by the Clerk, until otherwise directed.


DATE: _____                    _____