## *** CIVIL MOTION MINUTES ***

Date: 5/31/2024　　　　　　　　　　　　　　Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:00 – 10:38 (00:38)　　　　　　　　Case No.: 1:23-cv-00108-LMB-JFA

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ]  Plaintiff:  Julia Wood, Michael Wolin, Aaron Teitelbaum, Gerard Mene, Tyler Henry
[ X ]  Defendant:  Craig Reilly, Jeannie Rhee, Bradley Justus, Caroline Boisvert, Blake Pescatore

**Re:**　　[ 622 ] Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re [ 560 ] Order on Motion to Amend/Correct Discovery Coordination Order

[ X ] The Court reverses [ 560 ] Order. The Court directs the parties to submit a revised proposed order.

[ X ] The Court directs the parties to meet and confer regarding setting a hearing date for next week.