UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**NOTICE OF APPEARANCE OF STAN M. DOERRER
ON BEHALF OF NON-PARTY SOVRN HOLDINGS, INC.**

PLEASE TAKE NOTICE that Stan M. Doerrer, Esq. hereby enters his appearance as counsel of record on behalf of non-party Sovrn Holdings, Inc. in the above captioned action. Please direct all future correspondence and papers in connection with this action to the undersigned.

Dated: May 31, 2024                  Respectfully submitted,

                                                         /s/ Stan M. Doerrer
                                                         Stan M. Doerrer, VSB No. 88857
                                                         LAW OFFICE OF STAN M. DOERRER PLLC
                                                         950 N. Washington Street,
                                                         Alexandria, VA 22314
                                                         Telephone: (703) 348-4646
                                                         Facsimile: (703) 348-0048
                                                         Email: stan@doerrerlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of May, 2024, I filed the foregoing document and served all counsel of record in this action via the Court's ECF filing system.

/s/ Stan M. Doerrer