UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING
<u>DEFENDANT GOOGLE LLC'S MOTION TO SEAL</u>**

This matter is before the Court on Defendant Google LLC's Motion to Seal relating to the Exhibits filed by Google LLC at ECF Nos. 581-585. Upon consideration, it is hereby:

**ORDERED** that the Defendant Google LLC's Motion to Seal is **GRANTED** in part.

Google LLC filed a public notice of its request to seal. This Court extended the deadline for responses to June 7, 2024 to allow interested parties a reasonable opportunity to object. The previously filed documents sought to be sealed contain information designated Confidential or Highly Confidential by non-party Sovrn Holdings, Inc. and falls within the definitions of Confidential or Highly Confidential according to the terms of the Protective Order entered by the Court. Additionally, the document contains confidential financial information that would result in irreparable harm to Sovrn Holdings, Inc. in the form of financial losses and loss of competitive advantage. Exhibit 36 does not contain superfluous information that can be made public; thus, redactions and other less drastic alternatives to sealing the entirety of the document would not suffice to protect Sovrn Holdings, LLC's financial information. Under the circumstances, there are no less drastic alternatives than sealing these documents.

Accordingly, it is hereby **ORDERED** that the following portions of documents found at ECF Nos. 581-585 be permanently sealed:

- Exhibit 1: Robin Opening Report, pp. 199 (Figure 47), 200 (Figure 48), 203 (Figure 49), 204 (Figure 50), 205 (Figure 51), 214 (Figure 54), D-3 (Figure 90), D-4 (Figure 91), D-5 (Figure 92), D-6 (Figure 93), D-7 (Figure 94), D-8 (Figure 95), E-2 (Figure 110), G-1 (Figure 122), G-2 (Figure 123), G-3 (Figure 124), G-4 (Figure 125). These portions of Exhibit 1 shall be redacted and sealed permanently.

- Exhibit 2: Metz Report, p. 242 (Figure 30). This portion of Exhibit 2 shall be redacted and sealed permanently.

- Exhibit 3: Robin Rebuttal Report, p. B-26 (Figure 88). This portion of Exhibit 3 shall be redacted and sealed permanently.

- Exhibit 5: Simcoe Opening Report, p. 11 (Figure 4), p. 16 (Figure 7), p. 17 (Figure 8), and p. 89. These portions of Exhibit 5 shall be redacted and sealed permanently.

- Exhibit 8: Lee Deposition, 240:8-241:22, 242:8-18, and 242:20-243:13. These portions of Exhibit 8 shall be redacted and sealed permanently.

- Exhibit 36 shall be sealed permanently in its entirety.

- Exhibit 93: Simcoe Reply Report, p. 11 (Figure 3). This portion of Exhibit 93 shall be redacted and sealed permanently.

IT IS SO ORDERED.

DATE: _____          _____