**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal certain portions of and certain exhibits to their Reply In Support of Plaintiffs' Motion to Exclude Testimony of Anthony Ferrante, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted pursuant to the Modified Protective Order, ECF No. 203, and applicable law.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Reply In Support of Plaintiffs' Motion to Exclude Expert Testimony of Anthony Ferrante and portions of Plaintiffs' related exhibits, or the entire exhibit, shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____