# EXHIBIT 128

HIGHLY CONFIDENTIAL

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
 2                 ALEXANDRIA DIVISION
 3
    UNITED STATES, et al.    §
 4                           §
    VS.                      §  NO. 1:23-cv-00108-LMB-JFA
 5                           §
    GOOGLE, LLC              §
 6
 7      ORAL AND VIDEOTAPED DEPOSITION OF BO BRADBURY
                    SEPTEMBER 8, 2023
 8                 HIGHLY CONFIDENTIAL
 9
10      ORAL AND VIDEOTAPED DEPOSITION OF BO BRADBURY,
11  produced as a witness at the instance of the Defendant and
12  duly sworn, was taken in the above styled and numbered
13  cause on Friday, September 8, 2023, from 9:39 a.m. to 4:56
14  p.m., before Janalyn Elkins, CSR, in and for the State of
15  Texas, reported by computerized stenotype machine, at the
16  JW Marriott, 112 E. 2nd Street, Austin, Texas, pursuant to
17  the Federal Rules of Civil Procedure and any provisions
18  stated on the record herein.
19
20
21
22
23
24
25  Job No. CS6091854
```

Page 2

```
 1            A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3     KATHERINE E. CLEMONS
       ISABEL AGNEW
 4     U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION
       450 Fifth Street, NW, Suite 7000
 5     Washington, DC  20530
       Tel:  (202) 598-2372
 6     Katherine.Clemons@usdoj.gov
       Isabel.agnew@usdoj.gov
 7
 8  FOR THE DEFENDANT:
       LAUREN KAPLIN
 9     LIJUN ZHANG
       FRESHFIELDS
10     700 13th Street, NW, 10th Floor
       Washington, DC  20005
11     Tel:  (202) 777-4518
       lauren.kaplin@freshfields.com
12     Lijun.zhang@freshfields.com
13
    FOR THE WITNESS:
14     NIALL LYNCH
       LATHAM & WATKINS
15     505 Montgomery Street, Suite 2000
       San Francisco, California  94111
16     Tel:  (415) 391-0600
       niall.lynch@lw.com
17
18
    Also Present:
19     PETER ZIERLEIN
       KAILEN MALLOY
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2                         PAGE
 3
    Appearances .................................  2
 4
    Stipulations ................................  5
 5
    BO BRADBURY
 6  Examination by Ms. Kaplin ...................   5
    Examination by Ms. Clemons ..................  99
 7  Further Examination by Ms. Kaplin ...........  200
    Further Examination by Ms. Clemons........... 209
 8
    Signature and Changes........................ 214
 9
    Reporter's Certificate....................... 216
10
11
              E X H I B I T S
12
    NO.      DESCRIPTION             PAGE
13  Exhibit 1    Email                  34
    Exhibit 2    Email                  62
14  Exhibit 3    Email                  76
    Exhibit 4    Contractor Performance
15               Assessment Report      82
    Exhibit 5    Solicitaion, Offer, and
16               Award                  92
    Exhibit 6    Invoice               159
17  Exhibit 7    Invoice               180
    Exhibit 8    Invoice               187
18  Exhibit 9    Invoice               187
19
20
21
22
23
24
25
```

Page 4

 1      THE REPORTER:  Mr. Lynch, are you going to
 2 want a copy?
 3      MR. LYNCH:  Yes.
 4      THE REPORTER:  And do you want a rough
 5 draft and real time?
 6      MR. LYNCH:  Whatever everyone else is
 7 getting.
 8      THE REPORTER:  And Ms. Clemons, do you want
 9 an expedite?
10      MS. CLEMONS:  Yes.
11      VIDEOGRAPHER:  Here begins the deposition
12 of Bo Bradbury.  Today's date is September 8, 2023.  The
13 time is 9:40 a.m.  Will counsel please identify
14 themselves for the record, after which the court
15 reporter will swear in the witness.
16      MS. KAPLIN:  Lauren Kaplin here with
17 Freshfields on behalf of Google.
18      MR. ZHANG:  Lijun Zhang with Freshfields on
19 behalf of Google.
20      MR. LYNCH:  Niall --
21      MS. BOSCO:  Sorry, I'm on Zoom here, but
22 Veronica Bosco, also from Freshfields on behalf of
23 Google.
24      MR. LYNCH:  Niall Lynch from Latham &
25 Watkins on behalf of Omnicom and the witness Bo Bradley.

Page 5

 1      MS. MALLOY:  Kailen Malloy from Latham &
 2 Watkins, also on behalf on Omnicom and the witness.
 3      MS. CLEMONS:  Katherine Clemons, the
 4 Department of Justice on behalf of the United States of
 5 America.
 6      MS. AGNEW:  Isabel Agnew on behalf of
 7 United States.
 8      BO BRADBURY,
 9 having been duly sworn, testified as follows:
10      EXAMINATION
11   Q.  (BY MS. KAPLIN)  Good morning, Mr. Bradbury.
12   A.  Good morning.
13   Q.  My name is Lauren Kaplin.  I just introduced
14 myself.  I'm here representing Google.  Can you state
15 your full name again for the record?
16   A.  Yes.  Full name, Robert Easton Bradbury, III.
17 Bo is the nickname, so more manageable.
18   Q.  Thank you.
19      And who's your current employer?
20   A.  GSD&M.
21   Q.  Okay.  Your job title currently?
22   A.  Senior vice president, managing director.
23   Q.  Okay.  And where do you live?
24   A.  Austin, Texas.
25   Q.  You're represented here by counsel today?

2 (Pages 2 - 5)

Page 42

1      MS. CLEMONS: Objection, form.
2      THE WITNESS: It is. Yes.
3   Q. (BY MS. KAPLIN) So, sorry. How is it
4 purchased?
5   A. Yes. The partnerships are negotiated directly
6 with the respective entity.
7   Q. Including purchasing display advertising on
8 their website?
9   A. Correct.
10   Q. And then mobile tours, I think you already
11 described a little bit earlier?
12   A. Yes.
13   Q. Next under the engage phase, would you
14 describe -- we already -- you already talked about video
15 and social. The next one is online display. Can you
16 tell me what that includes?
17   A. Certainly. Again, this would be more what you
18 might want to consider your kind of traditional internet
19 or web advertising of messaging, typically in a static
20 form, which is then providing some call to action or a
21 link through to a designated, typically a page or the
22 home page, if you will, of airforce.com, Air National
23 Guard, corresponding website, et cetera. So somewhere
24 capturing interest. And then, if -- if we're doing a
25 good job of intriguing the individual, they access that

Page 43

1 unit and then pursue more information at another
2 destination.
3   Q. And so that would include like banner ads?
4   A. It would.
5   Q. Does it include native ads?
6      MS. CLEMONS: Objection, form.
7      THE WITNESS: Yes.
8   Q. (BY MS. KAPLIN) What about rich media ads?
9   A. Display, I think technically you could -- we
10 would probably consider that under really, video. But
11 yes. I think as we look to deliver video, it's
12 agnostic, whether that is in a digital sense or
13 streaming sense. But certainly from a technical
14 perspective, you could probably serve a rich unit or a
15 video unit through display. Yes, ma'am.
16   Q. Well, maybe I should have asked this question
17 first. What does rich media mean to you?
18   A. From my perspective, ma'am, I would say some
19 element of -- of motion; whether that is animation,
20 actual playing of video asset within a unit or maybe
21 some interactive element, if there is essentially kind
22 of, maybe, a gamification aspect within a display. Some
23 level of -- in its crudest description -- motion
24 interactivity.
25   Q. So it sounds like there's a little bit of

Page 44

1 overlap between some of these categories?
2      MS. CLEMONS: Objection, form.
3      THE WITNESS: Yes. Yes.
4   Q. (BY MS. KAPLIN) Partnerships and mobile tours
5 you already described. And then web and digital
6 experiences, what's that?
7   A. Yes. For the Air Force, we're very fortunate
8 to obviously have a very robust digital presence via its
9 own owned website. So airforce.com is kind of the key
10 focal point for communications, engagement with
11 audiences, influencers, prospects, et cetera. And
12 within that perspective, we actually have interactive
13 elements, whether that's kind of story-telling
14 components on there, whether that is specific gaming
15 executions that are developed. We have a gaming section
16 on the site.
17      So again, we're leveraging, again, those
18 types of -- we're creating digital experiences. Those
19 can be carried through on the -- on the website. You'll
20 find some of those digital experiences also when
21 increasingly, as we move to a very much of a mobile web
22 environment, if we're creating something that someone
23 can interact with on a desktop setting, we want that to
24 be obviously accessible from a mobile setting and other
25 places. We may also take those types of engagements

Page 45

1 that we create and bring them to a mobile tour as well.
2      So imagine if Air Force has created a game
3 on airforce.com, we can also -- you may see that game at
4 a county fair, at a marketing footprint, allowing an
5 audience to interact with it there.
6   Q. So you raised an interesting point that I
7 wanted to just circle back on. You said that, you know,
8 you maybe want to be able to access it both on a mobile
9 device and desktop device. Does that apply for video,
10 social -- does that apply for the other categories as
11 well?
12      MS. CLEMONS: Objection, form.
13      THE WITNESS: Yes, it does.
14   Q. (BY MS. KAPLIN) So where would you -- if
15 you -- for the category online display, where would you
16 envision someone viewing those ads on web devices?
17      MS. CLEMONS: Objection -- objection, form.
18      THE WITNESS: It would be I think from --
19 it's clearly both. And you will have consumption of the
20 messaging, both in a desktop setting, but increasingly
21 in a mobile setting. And that's consistent with, I
22 think, overall digital penetration and how consumers'
23 access to the web is changing to be very mobile-centric.
24   Q. (BY MS. KAPLIN) And is that the same for video
25 and social as well?

HIGHLY CONFIDENTIAL

Page 214

1    ERRATA PAGE
2  WITNESS NAME: BO BRADBURY    DATE: 09/08/2023
3  PAGE  LINE  CHANGE           REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
   Job No. CS6091854

Page 215

1           ACKNOWLEDGMENT OF DEPONENT
2
3       I, BO BRADBURY, do hereby certify that I have
4  read the foregoing pages and that the same is a correct
5  transcription of the answers given by me to the
6  questions therein propounded, except for the corrections
7  or changes in form or substance, if any, noted on the
8  attached errata page.
9
10 _____
      BO BRADBURY              DATE
11
12
13 THE STATE OF TEXAS   )
                        )
14 COUNTY OF _____ )
15
       Before me,          , on this day
16 personally appeared BO BRADBURY, known to me (or proved
   to me under oath or through
17 (description of identity card or other document) to be
   the person whose name is subscribed to the foregoing
18 instrument and acknowledged to me that they executed the
   same for the purposes and consideration therein
19 expressed.
20    Given under my hand and seal of office this
      ____ day of         , .
21
22
          NOTARY PUBLIC IN AND FOR
23            THE STATE OF
24
25 Job No. CS6091854

Page 216

1           REPORTER'S CERTIFICATION
              DEPOSITION OF BO BRADBURY
2           TAKEN SEPTEMBER 8, 2023
3       I, Janalyn Elkins, Certified Shorthand
4  Reporter in and for the State of Texas, hereby certify
5  to the following:
6       That the witness, BO BRADBURY, was duly sworn
7  by the officer and that the transcript of the oral
8  deposition is a true record of the testimony given by
9  the witness;
10      That the original deposition was delivered to
11 LAUREN KAPLIN;
12      That a copy of this certificate was served on
13 all parties and/or the witness shown herein on
14 _____.
15      I further certify that pursuant to FRCP No.
16 30(f)(i) that the signature of the deponent was
17 requested by the deponent or a party before the
18 completion of the deposition and that the signature is
19 to be returned within 30 days from date of receipt of
20 the transcript.  If returned, the attached Changes and
21 Signature Page contains any changes and the reasons
22 therefor.
23      I further certify that I am neither counsel
24 for, related to, nor employed by any of the parties in
25 the action in which this proceeding was taken, and

Page 217

1  further that I am not financially or otherwise
2  interested in the outcome of the action.
3       Certified to by me this 10th day of September
4   2023.
5
6           *[signature: Janalyn Elkins]*
            JANALYN ELKINS
7           Texas CSR 3631
            Expiration Date 1/31/2025
8           Veritext Legal Solutions
            300 Throckmorton Street, Suite 1600
9           Fort Worth, Texas  76102
            Firm Registration No. 571
10          PH:  (817) 336-3042