# EXHIBIT 130



# doubleclick

L&S Review

April 2009
Eyal Manor, Rahul Bafna, Joerg Heilig, Neal Mohan, Scott Spencer

Google Confidential and Proprietary

CONFIDENTIAL
GOOG-AT-MDL-009601474



# AdWords buyers on AdX Sellers



**Criteria**

- Inventory must comply with AdSense policies
- Any AdWords advertisers / agency can buy AdX inventory



**Validation**

- Inventory is reviewed by AdSense compliance team
- Non-compliant inventory is flagged and will not deliver to AdWords buyers



**Ramp**

- AdX inventory will be introduced to AdWords buyers using the experimentation framework.
- AdX inventory will also be gated by the AdX migration process

CONFIDENTIAL

GOOG-AT-MDL-009601495

# AdX buyers on AdSense Sellers



**Criteria**

- Only "certified" AdX buyers can buy inventory from AdSense
- Adherence to 3PAS opt-out
- New AdX buyer opt-out



**Validation**

- Vendor certification follows a similar process to 3PAS
- Specific criteria are different



**Ramp**

- AdX buyers will be gated by the AdX migration
- AdX buyers will be gated by the certification process

CONFIDENTIAL



CONFIDENTIAL

GOOG-AT-MDL-009601497



CONFIDENTIAL

GOOG-AT-MDL-009601511

## Overview:

In order for inventory to be offered for sale in AdSense from either Ad Exchange (AdX) (or DART Network Builder (DNB)), specific inventory and seller validation processes are required.

When inventory is offered for sale in AdSense, there are three categories of validation that are desired:

- Account Validation - this check is to identify duplicate accounts or fraudulent accounts.

- Click-SPAM - this check is to identify inventory that is fraudulent or creating false clicks or impressions

- Policy Validation - this check is to identify inventory that does not comply with AdSense's policies.

Google Confidential and Proprietary

# Challenge of Sub-syndication



With both AdX and DNB, there is the concept of "sub-syndication" where the seller is representing inventory that is not wholly owned by the seller.

Example, Martha Steward Living Omnimedia has "Martha's Circle", a set of web-sites that they sell. Should Martha Steward offer this inventory to AdSense, it would include sub-syndicated inventory from those partner sites.

Sub-syndicated inventory poses a unique risk to Google AdSense in that it is an opportunity for bad actors to enter into the AdSense service indirectly. Therefore, Google needs to take additional action when validating sub-syndicated inventory.



Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-009601513

## Available Validation Methods



There are two commonly used validation processes for inventory that comes into AdSense:

- Online Validation Process - a series of automated validation tools

- Direct Validation Process - a manual validation process done in combination with the client's account team

Given the scale of DNB and the Ad Exchange, while direct validation may be used for some sellers, the goal is to integrate these two products into the online validation process.

Online validation is also superior to the direct validation process in that we can do proactive and continuous validation. data at a sub-syndicate level.

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-009601514

## Proposed Solution 

**Phase 1 (Launch to April):**

Leverage a combination of the Ad Exchange services team with Sydney's over-sight to validate inventory offered via the exchange.

The expected scope is less than 50 publishers.

**Phase 2 (April to ongoing):**

Create an integration between the AdX inventory and the "online" validation process.



Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-009601515