# EXHIBIT 133

# In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*SUSAN SCHIEKOFER*

*September 26, 2023*



1

1     UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF VIRGINIA

3           ALEXANDRIA DIVISION

4

5   UNITED STATES OF AMERICA,    )
    et al,                       )
6                                )
          Plaintiffs,            )
7                                ) Case No.
          -vs-                   ) 1:23-cv-00108-LMB-
8                                ) JFA
    GOOGLE, LLC,                 )
9                                )
          Defendant.             )
10                               )

11

12

               ** HIGHLY CONFIDENTIAL **
13

       _____
14


15       VIDEO RECORDED 30(b)(6) EXAMINATION

16              OF:  GROUPM

17           BY:  SUSAN SCHIEKOFER

18     _____


19              TAKEN ON


20
           TUESDAY, SEPTEMBER 26, 2023
21


22
   CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
      CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24    CCR-WA (No. 21007264), CSR-CA (No. 14420),
      REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  912924

Page 6

```
 1              INDEX TO EXHIBITS
 2          WITNESS:   SUSAN SCHIEKOFER
 3           Tuesday, September 26, 2023
 4   MARKED          DESCRIPTION           PAGE
 5   Exhibit 1  Fair Disclosure wire dated
 6              September 29, 2014           86
 7   Exhibit 2  Email chain ending on
 8              August 1, 2018;
 9              NAVY-ADS-0000335396          133
10   Exhibit 3  Email chain ending on
11              September 12, 2018;
12              NAVY-ADS-0000349092          143
13   Exhibit 4  Subpart 16.5 -
14              Indefinite-Delivery Contracts 146
15   Exhibit 5  "U.S. Media Landscape Q2 2021
16              For Internal Use Only"; GROUPM
17              226                          150
18   Exhibit 6  "Programmatic 201";
19              GROUPM00000350               158
20   Exhibit 7  Census award contract;
21              CENSUS-ADS-00000273284       166
22
23
24
25
```

Page 7

```
 1              INDEX TO EXHIBITS
 2          WITNESS:   SUSAN SCHIEKOFER
 3           Tuesday, September 26, 2023
 4   MARKED          DESCRIPTION           PAGE
 5   Exhibit 8  Email chain ending on July 6,
 6              2023; DOJ-ADS-0000096800     176
 7
 8      ** All exhibits were attached to the
 9             original transcript **
10
11                   --o0o--
12
```

Page 8

```
 1                    ******
 2                  PROCEEDINGS
 3          September 26, 2023, 9:58 a.m.
 4               New York, New York
 5                    ******
 6          THE VIDEOGRAPHER:  We are now on
 7   the record, and the time is 9:58 a.m.
 8          This is the video recorded
 9   deposition of Susan Schiekofer in the
10   matter United States, et al., vs.
11   Google LLC.
12          Today's date is Tuesday,
13   September the 26th, 2023.
14          My name is Lem Lattimer, and the
15   court reporter is Jessica Waack.  We
16   are both in association with Lexitas
17   Legal.
18          All appearances are noted on the
19   record.
20          Will the court reporter please
21   swear in the witness.
22   ///
23   ///
24   ///
25   ///
```

Page 9

```
 1                    *****
 2          SUSAN SCHIEKOFER, sworn
 3     on oath and/or affirmed, called as a
 4   witness herein, was examined and testified
 5             as follows:
 6                    *****
 7                 EXAMINATION
 8   BY MR. VERNON:
 9       Q.   Good morning.
10       A.   Good morning.
11       Q.   So my name is Jeff Vernon.  I'll
12   be taking your deposition for the United
13   States.
14          Will you start by just stating
15   and spelling your name for the record.
16       A.   Susan Schiekofer.  S-u-s-a-n,
17   S-c-h-i-e-k-o-f-e-r.
18       Q.   Have you ever been deposed
19   before?
20       A.   No.
21       Q.   So let me just give you a couple
22   guidelines to help make the court reporter
23   process go smoothly.
24          So do your best to answer audibly
25   as opposed to with gestures or uh-huh or
```

Case 1:23-cv-00108-LMB-JFA   Document 708-7   Filed 05/31/24   Page 5 of 7 PageID# 17961
UNITED STATES OF AMERICA v
GOOGLE, LLC
30(b)(6), Highly Confidential
Susan Schiekofer
September 26, 2023

**Page 50**

1     MR. HUNSBERGER: Object to form.
2     THE WITNESS: That's hard for me
3   to answer because I would say that's on
4   an individual client basis.
5 BY MR. VERNON:
6   Q. Okay. Are there some clients for
7 which buying display ads through an
8 exchange would be your recommended best
9 option?
10     MR. HUNSBERGER: Object to form.
11     THE WITNESS: For some clients.
12 BY MR. VERNON:
13   Q. And then so why -- why would you
14 recommend for some clients that buying
15 through -- buying display through an
16 exchange would be the best option?
17     MR. HUNSBERGER: Object to form.
18     THE WITNESS: It's back to being
19   able to deliver audiences at scale, at
20   a cheap CPM. And if we apply, which
21   most of our clients want us to apply
22   what we call our inclusion list, then
23   it allows us to build a variation of
24   that marketplace that's brand suitable
25   for us and for our clients at a very

**Page 51**

1   cheap CPM.
2     And we're able to optimize. I
3   mean, that's the other thing. If we
4   were in platform and if we have an
5   offer, let's say Dell computers, and we
6   see that, you know, we're on an
7   exchange and the exchange is bringing
8   in leads, you know, two times better
9   than another exchange -- usually it's
10   not just one exchange. Usually you're
11   buying several exchanges within
12   platform.
13     And if you see that one exchange
14   is performing better in terms of
15   generating either clicks, views, leads,
16   sales, you're going to optimize toward
17   that inventory.
18 BY MR. VERNON:
19   Q. Does buying premium video ads
20 have the same value proposition of creating
21 an audience at scale with cheap CPMs that
22 buying display through an exchange has?
23     MR. HUNSBERGER: Object to form.
24     MS. KLAUSNER: Objection to the
25   form.

**Page 52**

1     THE WITNESS: So there's scale,
2   but not -- so are you talking about --
3   what kind of video? Because there's,
4   like, different -- there's like linear
5   TV, there's CTV, there's online video,
6   there's social video. So, like, if you
7   could clarify.
8 BY MR. VERNON:
9   Q. Let's start with premium video,
10 meaning CTV.
11   A. Uh-huh.
12   Q. Does CTV have the same value
13 proposition of creating large audiences at
14 scale for cheap CPMs that buying a display
15 through exchanges has?
16     MR. HUNSBERGER: Object to form.
17     MS. KLAUSNER: Objection to the
18   form.
19     THE WITNESS: So CTV is really --
20   I mean, yes, right, there's scale. Not
21   as much scale as you can -- like,
22   display is basically available on any
23   website in the world, but video is not.
24   CTV, it's just a smaller
25   audience, right? CTV is the ads that

**Page 53**

1   come through your connected television,
2   right? So that's just a smaller
3   universe. There's just less places to
4   advertise CTV.
5     It depends on also the property.
6   You know, some obviously have more
7   scale than others. And the CPMs --
8   video CPMs are higher than display
9   CPMs.
10     So they don't -- they don't
11   equate CPM-wise, but the reason we do
12   so much video is just it's an impactful
13   ad format, you know, for brand recall,
14   building a brand.
15 BY MR. VERNON:
16   Q. One of the things I think you
17 said a minute ago was if you see one
18 exchange perform better than another, you
19 optimize towards the better performing
20 exchange --
21   A. Uh-huh.
22   Q. -- did I get that right?
23   A. Uh-huh.
24     MS. KLAUSNER: Objection to the
25   form.

Case 1:23-cv-00108-LMB-JFA   Document 708-7   Filed 05/31/24   Page 6 of 7 PageID# 17961

UNITED STATES OF AMERICA v
GOOGLE, LLC
30(b)(6), Highly Confidential
Susan Schiekofer
September 26, 2023

Page 54

```
 1        MR. HUNSBERGER:  Object to form.
 2   BY MR. VERNON:
 3        Q.   What do you mean by that?
 4        A.   Within a DSP, you have the
 5   ability to buy lots and lots of exchanges.
 6   So an exchange could be -- it could be AdX.
 7   It could be Magnite.  It could be PubMatic.
 8   It could be Yieldmo.  And there's, like a
 9   -- OpenX.  There's like spot -- like
10   there's just a ton of exchanges.  There's a
11   lot of people who have built exchanges.
12        What we do and what my team at
13   the center does is to evaluate.  Like, it
14   -- because we don't want to just buy the
15   same exchanges over and over against the
16   same audiences, because then you're just
17   gonna bombard the consumer with ads, like
18   the same ads, and that's usually a
19   negative.  So you want to make sure that
20   it's controlled.
21        So what our team does is to take
22   a look at inventory, is it unique, is it
23   quality, is it differentiating from another
24   exchange.
25        So we tend to have, you know, a
```

Page 55

```
 1   small group of exchanges that we consider
 2   preferred.  But I would say preferred is a
 3   loose term with exchanges because there's
 4   so much in them.
 5        They're not going to be as
 6   preferred and, say, like an NBC, but
 7   they're -- like, a preferred exchange,
 8   because we know -- they do a good job of,
 9   you know, vetting who's in the exchange,
10   working with us in terms of applying our
11   inclusion and exclusion lists.
12        And, like, they're just companies
13   that are developing tech and audiences, and
14   they do a better job than others.
15        Q.   What are the preferred exchanges,
16   at least that you remember?
17        A.   For us, we tend to work with ones
18   that I mentioned: AdX, PubMatic, Magnite,
19   Yieldmo, some smaller ones like AdTheorent.
20        It's like --
21        Q.   Can you spell that last one?
22        A.   AdTheorent?  A-d-T-h-e-o-r-a-n-t
23   [as spoken].  Like -- and I'll use -- and
24   they're not preferred, preferred, but
25   they're a company that some of our clients
```

Page 56

```
 1   work with that, like, they have a unique
 2   data set around health, health sites.
 3        So if we want -- if we're
 4   introducing, you know, a new healthcare
 5   product, they would be a good one.
 6        So, like, that goes into the mix
 7   too.  Like, some exchanges are better at
 8   video, some are better at display.  You
 9   know, so that will weigh into what we
10   consider preferred, but it's up to the
11   individual trader in platform to activate
12   and to look at the results.
13        Again, back to, like, is it
14   delivering, whatever it is we want, whether
15   it's a good cost per click, cost per view,
16   lead sale.  That's really individual and
17   customized based on the performance of a
18   particular campaign.
19        Q.   Can GroupM buyers use exchanges
20   outside of the preferred exchange list?
21        A.   They can.  We don't want them to.
22   And, you know, we try -- again, I have a
23   small team at the center.  So we're
24   influencing lots and lots of people.
25        You could have somebody brand new
```

Page 57

```
 1   start who maybe their manager didn't say,
 2   you're not supposed to use any more than
 3   these four exchanges, and maybe they go to
 4   a fifth that we don't want to use but we
 5   track it.  We see it that they're using it
 6   and we tell them that's not our preferred.
 7        On the other hand, maybe it
 8   performed really well and we'll take
 9   another look at it -- right? -- like, we're
10   not draconian about it, but what we try to
11   do is provide guidance.
12        Q.   Does your team try to encourage
13   buyers within GroupM to use the preferred
14   exchanges?
15        A.   Yes.
16        MR. HUNSBERGER:  Object to form.
17        THE WITNESS:  I'm sorry.  Yes.
18   BY MR. VERNON:
19        Q.   When your team encourages buyers
20   within GroupM to use the preferred
21   exchanges, do GroupM's buyers then use
22   those exchanges more frequently instead of
23   other exchanges?
24        MR. HUNSBERGER:  Object to form.
25        THE WITNESS:  Yeah.
```

Case 1:23-cv-00108-LMB-JFA   Document 708-7   Filed 05/31/24   Page 7 of 7 PageID# 17964

UNITED STATES OF AMERICA v
GOOGLE, LLC
30(b)(6), Highly Confidential

Susan Schiekofer
September 26, 2023

Page 182

```
 1   this deposition today.  We have no
 2   further questions, so we just wanted to
 3   say thank you, we appreciate it.
 4        THE WITNESS:  You're welcome.
 5        MS. KLAUSNER:  Great.
 6        MR. HUNSBERGER:  Thank you to the
 7   witness and counsel.
 8        MS. KLAUSNER:  Thank you.
 9        THE VIDEOGRAPHER:  The time is
10   3:05 p.m.
11        We're off the record.
12        (Time noted: 3:05 p.m.)
```

Page 183

```
 1        REPORTER CERTIFICATE
 2      I, the undersigned, do hereby certify:
 3      That SUSAN SCHIEKOFER was by me duly
 4   sworn in the within-entitled cause; that
 5   said deposition was taken at the time and
 6   place herein named; and that the deposition
 7   is a true record of the witness's testimony
 8   as reported by me, a disinterested person,
 9   and thereafter a total of 186 was
10   transcribed.
11      I further certify that I am not
12   interested in the outcome of the said
13   action, nor connected with, nor related to
14   any of the parties in said action, nor to
15   their respective counsel.
16      IN WITNESS WHEREOF, I have hereunto set
17   my hand this 26th day of September, 2023.
18   Signature: _X_Requested__Waived__Not Requested
19
20        _____
21            JESSICA R. WAACK
             Registered Diplomate Reporter
22           Certified Realtime Reporter
         California Certified Realtime Reporter
23         New York Realtime Court Reporter
           New York Association Court Reporter
24         Notary Public, State of New York
     CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25   CCR-WA (No. 21007264), CSR-CA (No. 14420)
```

Page 184

```
 1            INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over
 4   carefully and make any necessary
 5   corrections.  You should state the reason
 6   in the appropriate space on the errata
 7   sheet for any corrections that are made.
 8        After doing so, please sign the
 9   errata sheet and date it.
10        You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14        It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of
17   receipt of the deposition transcript by
18   you.  If you fail to do so, the deposition
19   transcript may be deemed to be accurate
20   and may be used in court.
```

Page 185

```
 1   DECLARATION UNDER PENALTY OF PERJURY
 2   USA VS. GOOGLE
 3   Date of Deposition:  September 26, 2023
 4
 5
 6        I, SUSAN SCHIEKOFER, hereby
 7   certify under penalty of perjury under the
 8   laws of the State of _____ that
 9   the foregoing is true and correct.
10
11       Executed this____ day of     , 2023,
12   at _____.
13
14
15        _____
16            SUSAN SCHIEKOFER
17
18   SUBSCRIBED AND SWORN BEFORE ME
19   THIS __ DAY OF _____, 20
20   _____
            NOTARY PUBLIC
21
22   MY COMMISSION EXPIRES:_____
```