# EXHIBIT 134

# In the Matter Of:

*UNITED STATES vs*

*GOOGLE*

*KEN BLOM*

*August 29, 2023*



1

1  HIGHLY CONFIDENTIAL

2  UNITED STATES DISTRICT COURT

3  FOR THE EASTERN DISTRICT OF VIRGINIA

4  ALEXANDRIA DIVISION

5  ------------------------------------------

6  UNITED STATES OF AMERICA, et al,

7                     Plaintiff,

8           vs.       Case No.
                      1:23-cv-00108-LMB-JFA
9  GOOGLE, LLC,

10                    Defendant.
   ------------------------------------------
11

12          **HIGHLY CONFIDENTIAL **

13

14     REMOTE VIDEOTAPED DEPOSITION OF

15                KEN BLOM

16

17

18

19         Tuesday, August 29, 2023

20            12:37 p.m. (EDT)

21

22

23  Reported by:

24  Joan Ferrara, RMR, FCRR

25  Job No. 2023-908869

Page 2

1    HIGHLY CONFIDENTIAL
2
3
4              August 29, 2023
5              12:37 p.m. (EDT)
6
7
8
9    HIGHLY CONFIDENTIAL VIDEOTAPED
10   DEPOSITION of KEN BLOM, held remotely via
11   Zoom, before Joan Ferrara, a Registered
12   Merit Reporter, Federal Certified Realtime
13   Reporter and Notary Public.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                HIGHLY CONFIDENTIAL
2    REMOTE APPEARANCES:
3
4    U.S. DEPARTMENT OF JUSTICE
5    ANTITRUST DIVISION
6         950 Pennsylvania Avenue
7         Washington, D.C. 20530
8    BY:  MATTHEW GOLD, ESQ.
9         KAITLYN BARRY, ESQ.
10        JULIA WOOD, ESQ.
11        JEFF VERNON, ESQ.
12        LAUREN POMEROY, ESQ.
13
14
15   ON BEHALF OF GOOGLE:
16   AXINN VELTROP & HARKRIDER, LLP
17        1901 L Street NW
18        Washington, DC 20036
19   BY:  BRADLEY JUSTUS, ESQ.
20        BLAKE PESCATORE, ESQ.
21
22
23
24
25

Page 4

1                HIGHLY CONFIDENTIAL
2    REMOTE APPEARANCES:  (Continued)
3
4    ON BEHALF OF THE WITNESS:
5    CROWELL & MORING
6         590 Madison Avenue
7         20th Floor
8         New York, New York 10022
9    BY:  JUAN A. ARTEAGA, ESQ.
10
11
12   ALSO PRESENT:
13
14        Jesus Arellano, Videographer
15        Elizabeth Aramayo, DOJ Paralegal
16        Chris Hickman, Esq., BuzzFeed
17
18
19
20
21
22
23
24
25

Page 5

1         K. BLOM - HIGHLY CONFIDENTIAL
2              THE VIDEOGRAPHER:  We are now on
3         the record.  Today's date is
4         August 29, 2023, and the time is 12:37
5         p.m. Eastern Standard Time.
6              This is the video deposition of
7         Ken Blom in the matter of United
8         States, et al., versus Google LLC,
9         filed in the United States District
10        Court for the Eastern District of
11        Virginia, Civil Action
12        Number 1:23-cv-00108.
13             This deposition is taking place
14        via web videoconference with all
15        participants attending remotely.
16             My name is Jesus Arellano.  I am
17        the videographer representing Lexitas.
18             All appearances will be noted on
19        the stenographic record.
20             Our court reporter today is Joan
21        Ferrara representing Lexitas.
22             The court reporter will now
23        swear in the witness.
24   KEN BLOM,
25        called as a witness, having been

## Page 110

```
 1        K. BLOM - HIGHLY CONFIDENTIAL
 2   competing with Facebook because that would
 3   be a stretch of a goal that we would, you
 4   know, not be able to motivate teams on.
 5        Q    Well, why did BuzzFeed partner
 6   with Google's AdX AdExchange to sell
 7   programmatic ads in 2017?
 8        A    It just -- we -- we were late to
 9   running programmatic ads.  We knew that
10   Google's AdX was a source of demand and
11   inventory and can get us up to speed as
12   fast as humanly possible, while we also
13   build out the rest of our tech stack.
14             So starting with Google AdX and
15   then moving to the other players and
16   partners to build out that competitive set
17   and create our ad stack and, you know, to
18   this day, we're constantly optimizing what
19   that looks like.
20             Sorry if I'm not answering the
21   question why, you know, it felt like a
22   natural -- a natural best way to start
23   getting into programmatic as that was new
24   for us in 2017.
25        Q    Was Google -- let me restart
```

## Page 111

```
 1        K. BLOM - HIGHLY CONFIDENTIAL
 2   that question.
 3             Was BuzzFeed's launch of
 4   programmatic ads sales through AdX
 5   successful?
 6        A    Yes, it was.
 7        Q    Can you tell us about that
 8   success?
 9        A    You know, I don't remember the
10   numbers because it was a while ago, but we
11   felt like launching programmatic, we had
12   some attainable goals as to how much
13   revenue we felt we were going to get from
14   programmatic.  And, you know, AdX being one
15   of the partners and delivering demand with
16   us, it helped us hit those goals.
17             Try to compare it to some of
18   these other companies, like a Hearst or a
19   Conde that's had programmatic stacks up for
20   15, 20 years, and then here we are in 2017
21   saying, We're going to start now, right?
22             These things get better over
23   time.  They don't start out extremely
24   successful -- or I -- and then when I say,
25   "extremely successful," it's not like, hey,
```

## Page 112

```
 1        K. BLOM - HIGHLY CONFIDENTIAL
 2   if you turn on programmatic, in one month,
 3   you're going to have $100 million.  That's
 4   not what we set out to do.  We set out to
 5   build incrementally.
 6             And I think through AdX and just
 7   speaking of the success, I think we found
 8   that incremental growth.
 9             MR. JUSTUS:  Mr. Blom, if it's
10        okay with you, we're going to take a
11        short break.  I've got some more
12        questions, but I need to confer with
13        my colleague.
14             THE WITNESS:  Yeah, sure.
15             MR. JUSTUS:  We'll be back in
16        five.
17             THE VIDEOGRAPHER:  The time is
18        3:03 p.m., and we are going off the
19        record.
20             (Recess taken 3:03 p.m.)
21             (Resumed 3:12 p.m.)
22             THE VIDEOGRAPHER:  The time is
23        3:13 p.m., and we're back on the
24        record.
25   BY MR. JUSTUS:
```

## Page 113

```
 1        K. BLOM - HIGHLY CONFIDENTIAL
 2        Q    Mr. Blom, does BuzzFeed sell ads
 3   through exchanges other than Google's AdX
 4   AdExchange?
 5        A    Yes.
 6        Q    Roughly, how many ad exchanges
 7   does BuzzFeed sell ads through?
 8        A    20 to 30.
 9        Q    Can we bring up Tab 23?
10             (Exhibit 3, ads.txt file, 8
11        pages, was remotely introduced and
12        provided electronically to the
13        reporter, as of this date.)
14             MR. GOLD:  One second.  I'm just
15        opening up Tab 23, if it's okay with
16        you guys.
17   BY MR. JUSTUS:
18        Q    So, Mr. Blom, I'm showing you
19   what we'll mark as Blom Exhibit 3.
20             What is this document?
21        A    Our ads.txt file.
22        Q    What is that?
23        A    It is where -- ads.txt allows
24   you to see the exposure to, you know,
25   anything that is happening within ad calls
```

Case 1:23-cv-00108-LMB-JFA   Document 708-8   Filed 05/31/24   Page 6 of 6 PageID# 17930

UNITED STATES vs. GOOGLE — Highly Confidential — Ken Blom — August 29, 2023

## Page 162

```
 1
 2   ---------------- I N D E X ----------------
 3
 4   EXHIBIT 4      Power Point presentation    117
 5                  entitled "BuzzFeedInc
 6                  Programmatic
 7                  Capabilities," Bates
 8                  stamped BUZZ-LIT-000272
 9                  through 342
10
...
25
```

## Page 163

```
 1
 2                REPORTER CERTIFICATE
 3
 4       I, JOAN FERRARA, do hereby certify:
 5       That said deposition was taken at the
 6   time and place herein named; and that the
 7   transcript is a true record of the testimony
 8   as reported by me, a disinterested person,
 9   and was thereafter transcribed.
10       I further certify that I am not
11   interested in the outcome of the said
12   action, nor connected with, nor related to
13   any of the parties in said action, nor to
14   their respective counsel.
15       IN WITNESS WHEREOF, I have hereunto
16   set my hand this 29th day of August, 2023.
17
18
19
20            _____
21            JOAN FERRARA, RMR, CFRR
22
...
25
```

## Page 164

```
 1
 2              DEPOSITION ERRATA SHEET
 3
     Case Caption:
 4
                    UNITED STATES
 5                      vs.
                    GOOGLE LLC
 6
 7
 8       DECLARATION UNDER PENALTY OF PERJURY
 9
        I declare under penalty of perjury
10
     that I have read the entire transcript
11
     of my deposition taken in the captioned
12
     matter or the same has been read to me,
13
     and the same is true and accurate, save
14
     and except for changes and/or corrections,
15
     if any, as indicated by me on the
16
     DEPOSITION ERRATA SHEET hereof, with the
17
     understanding that I offer these changes
18
     as if still under oath.
19
20   SIGNATURE_____DATE:_____
                KEN BLOM
21
22   Subscribed and sworn to on the ____ day of
     _____, 20__ before me,
23   _____
     Notary Public,
24   in and for the State of _____
25
```

## Page 165

```
 1
 2              DEPOSITION ERRATA SHEET
 3
     Page No._____Line No._____Change
 4   to:_____
     Reason for
 5   change:_____
 6
     Page No._____Line No._____Change
 7   to:_____
     Reason for
 8   change:_____
 9
     Page No._____Line No._____Change
10   to:_____
     Reason for
11   change:_____
12
     Page No._____Line No._____Change
13   to:_____
     Reason for
14   change:_____
15
     Page No._____Line No._____Change
16   to:_____
     Reason for
17   change:_____
18
     Page No._____Line No._____Change
19   to:_____
     Reason for
20   change:_____
21
     Page No._____Line No._____Change
22   to:_____
     Reason for
23   change:_____
24
     SIGNATURE:_____DATE:_____
25            KEN BLOM
```