# EXHIBIT 135

# REDACTED

## In the Matter Of:

*USA vs*

*Google*

## ERIC HOCHBERGER

## September 22, 2023



**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF VIRGINIA
 3                  ALEXANDRIA DIVISION
 4
 5
    UNITED STATES OF AMERICA, et al,)
 6                                  )
              Plaintiff,       )No.
 7                             )1:23-cv-00108
         vs.                   )-LMB-JFA
 8                             )
    GOOGLE, LLC,               )
 9                             )
              Defendant.       )
10  -------------------------------
11
12
13        ***   HIGHLY CONFIDENTIAL   ***
14     VIDEOTAPED DEPOSITION OF ERIC HOCHBERGER
15             Fort Lauderdale, Florida
16            Friday, September 22, 2023
17
18
19
20
21
22
23  Reported by:
    LISA M. MURACO
24  JOB NO. 911742
25
```

**Page 2**

```
 1
 2              Friday, September 22, 2023
 3              9:00 a.m.
 4
 5
 6       VIDEOTAPED Deposition of ERIC
 7  HOCHBERGER, held at the Fort Lauderdale
 8  Marriott North, 6650 N Andrews Ave, Fort
 9  Lauderdale, FL 33309, before LISA M.
10  MURACO, a Notary Public of the State of
11  Florida, New York, and Massachusetts.
```

**Page 3**

```
 1  A P P E A R A N C E S:
 2
 3     U.S. DEPARTMENT OF JUSTICE
 4     ANTITRUST DIVISION
 5         950 Pennsylvania Avenue
 6         Washington, D.C. 20530
 7     BY:   MICHAEL FREEMAN, ESQ.
 8           Michael.freeman@usdoj.gov
 9           MILOSZ GUDZOWSKI, ESQ.
10           Milosz.gudzowski@usdoj.gov
11
12
13     AXINN VELTROP & HARDRIDER
14         Attorneys for GOOGLE
15         1901 L Street NW
16         Washington, DC 20036
17     BY:   KENINA LEE, ESQ.
18           Klee@axinn.com
19           SAM SHERMAN, ESQ.
20           Ssherman@axinn.com
```

**Page 4**

```
 1  A P P E A R A N C E S:
 2
 3     PRYOR CASHMAN
 4     Attorneys for Witness
 5         7 Times Square
 6         40th Floor
 7         New York, NY 10036
 8     BY:   KAVERI ARORA, ESQ.
 9           Karora@pryorcashman.com
10
11  ALSO PRESENT:
12  Legal Video Specialist, JEFF ABRAMS
13  General Counsel, Jamie Leiberman, for Mediavine
```

**Page 5**

1  IT IS HEREBY STIPULATED AND AGREED
2  by and between the attorneys for the
3  respective parties herein, that filing and
4  sealing be and the same are hereby waived.
5  IT IS FURTHER STIPULATED AND AGREED
6  that all objections, except as to the form
7  of the question, shall be reserved to the
8  time of the trial.
9  IT IS FURTHER STIPULATED AND AGREED
10 that the within deposition may be sworn to
11 and signed before any officer authorized
12 to administer an oath, with the same
13 force and effect as if signed and sworn
14 to before the Court.
15
16
17
18
19            - oOo -
20
21
22
23
24
25

**Page 6**

1       THE VIDEOGRAPHER:  We are now on the
2  record.  My name is Jeff Abrams.  I'm the
3  videographer retained by Lexitas.
4       This is a video deposition for the
5  United States District Court for the
6  Eastern District of Virginia.  Today's date
7  is September 22, 2023, and the video time
8  is 9:07 a.m.
9       This deposition is being held at
10 Fort Lauderdale Marriott North in Fort
11 Lauderdale, Florida, in the matter of
12 United States of America, et al.,
13 Plaintiff, versus Google, LLC, Defendant.
14      The deponent is Eric Hochberger.
15      All counsel will be noted on the
16 stenographic record.
17      Would all counsel please identify
18 themselves.
19      MR. FREEMAN:  Michael Freeman on
20 behalf of the Department of Justice.
21      MR. GUDZOWSKI:  Milosz Gudzowski for
22 the Department of Department of Justice.
23      MR. SHERMAN:  Sam Sherman on behalf
24 of Google.
25      MS. LEE:  Kenina Lee on behalf of

**Page 7**

1  Google.
2       MS. ARORA:  Kaveri Arora from Pryor
3  Cashman on behalf of the witness.
4       MS. LEIBERMAN:  Jamie Leiberman from
5  Mediavine.
6       THE VIDEOGRAPHER:  The court
7  reporter is Lisa Muraco, and she will now
8  swear in the witness.
9           *       *       *
10      E R I C  H O C H B E R G E R, called
11 as a witness, having been duly sworn by a
12 Notary Public, was examined and testified
13 as follows:
14 EXAMINATION BY
15 MR. FREEMAN:
16   Q.   Thank you.
17        Good morning.
18   **A.   Good morning.**
19   Q.   We met off the record.  But my name
20 is Mike, and this is my cocounsel Milosz.
21        So can you please state your name,
22 spelling both your first and last name for the
23 record.
24   **A.   Yes.  Eric Hochberger.  E-R-I-C,**
25 **H-O-C-H-B-E-R-G-E-R.**

**Page 8**

1   Q.   Have you ever been deposed before,
2  sir?
3   **A.   I have not.**
4   Q.   Have you ever testified in any trial
5  or arbitration?
6   **A.   I have not.**
7   Q.   All right.
8        So it kind of goes without saying,
9  but you were just placed under oath, which is
10 you're expected to tell the truth and that
11 anything you say today can be used in any
12 civil, criminal, or administrative proceeding.
13       You're aware of that?
14  **A.   Yup.**
15  Q.   And as you can see, there's lots of
16 equipment in the room.  It's being recorded
17 both by the court reporter and the
18 videographer.
19       So it's important that we don't talk
20 over each other.  You know, we'll be here for
21 probably several hours.  And just if you can
22 wait until I finish my question, and I'll let
23 you fully answer.
24       It's just really difficult to type
25 while people are talking at the same time, all

Case 1:23-cv-00108-LMB-JFA   Document 708-9   Filed 05/31/24   Page 5 of 6 PageID# 17995

21

8    Q.   Just at a high level, what does
9  Mediavine do?
10    **A.   At a high level, we help independent**
11  **publishers monetize their websites through**
12  **advertising.**
13    Q.   Do you also own and operate your own
14  websites, which in this world would be
15  publishers?
16    **A.   Yes, we own and operate a few of our**
17  **own properties as well.**

22

23

15    Q.   So obviously, we're here to talk
16  about Google, at least part of it.
17        So when was the last time you talked
18  to someone at Google?
19        MS. LEE:  Objection.  Form.
20    **A.   What form of communication?**
21    Q.   Any form.
22        So I guess we can break it down.
23        When was the last time you've had
24  any telephone call with someone at Google?
25    **A.   Over the summer.**

24

1    Q.   Who did you speak to?
2    **A.   Zach Kuney.**
3    Q.   What is Zach's role within Google?
4    **A.   I don't know his exact title.  But**
5  **he works with partnerships.**
6    Q.   What was the point of that
7  particular telephone call?
8    **A.   So Zach and I have just quarterly**
9  **catch-ups.**
10    Q.   Was anyone else on that call?
11    **A.   No.**
12    Q.   I don't know if this is different in
13  your mind.
14        When was the last time you had any
15  video conference with someone at Google?
16    **A.   That call would've been video.**
17    Q.   Then when was the last time you had
18  e-mail communication with someone at Google?
19    **A.   Likely around the summer as well.**
20  **So within the last few months.**
21    Q.   Who would that have been?
22    **A.   Either Kelly or Yani (phonetic) are**
23  **my other two contacts there.**
24    Q.   And to the best of your knowledge,
25  what do they do for Google?

149

1    Q.   Do the list of supply side partners
2  that I just listed reflect the current supply
3  side partners that Mediavine works with?
4    **A.   To the best of my knowledge, they**
5  **do.**
6         MS. LEE:  Thank you.
7         I don't have any further questions.
8         MR. FREEMAN:  I don't have anything
9  further.
10        THE VIDEOGRAPHER:  Everybody ready
11 to go off the record?
12        This concludes today's --
13        MS. ARORA:  I don't have anything.
14        THE VIDEOGRAPHER:  I'm sorry.
15        MS. ARORA:  Thank you.
16        MR. FREEMAN:  Do you want to mark it
17 as confidential or highly confidential?
18        MS. ARORA:  Yes, I would like to
19 mark it as highly confidential.
20        THE VIDEOGRAPHER:  Still on the
21 record?
22        MR. FREEMAN:  Yes.
23        So just so we're wrapping up and
24 concluding, I spoke to, and counsel for the
25 witness has indicated that for the time

150

1  being, pursuant to the protective order,
2  that the transcript be deemed highly
3  confidential.
4         Is that correct?
5         MS. ARORA:  Yes.  Thank you.
6         THE VIDEOGRAPHER:  Everybody ready
7  to go off?
8         MR. FREEMAN:  Yes.
9         MS. LEE:  Yes.
10        THE VIDEOGRAPHER:  The time is
11 1:16 p.m.
12        We are off the record.
13        (Time Noted:  1:16 p.m.)
14
15
16        ---------------------
17              ERIC HOCHBERGER
18
19 Subscribed and sworn to before me
20 this      day of           2023.
21
22 --------------------------------------
23
24
25

151

1                C E R T I F I C A T E
2
3  STATE OF FLORIDA    )
4                      ) ss.:
5  COUNTY OF PALM BEACH   )
6         I, LISA M. MURACO, a Notary Public
7    within and for the State of New York,
8    Florida, and Massachusetts, do hereby
9    certify:
10        That ERIC HOCHBERGER, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such
13   deposition is a true record of the
14   testimony given by such witness.
15        I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage; and that I am
18   in no way interested in the outcome of this
19   matter.
20        IN WITNESS WHEREOF, I have hereunto
21   set my hand this 25th day of September,
22   2023.
23                    ------------------------
24                    LISA M. MURACO
25

152

1
2                  I N D E X
3
4  WITNESS                                    PAGE
5  ERIC HOCHBERGER
6  MR. FREEMAN                                   7
7                                              144
8  MS. LEE
9                                              102
10                                             147
11
12             E X H I B I T S
13 DESCRIPTION                                PAGE
14 Plaintiff's Exhibit 3, Screen Shot of        41
   Mediavine's Website
15
16
   Plaintiff's Exhibit 1, Article              55
17
18
   Plaintiff's Exhibit 2, Mediavine Blog       76
19 Post
20
21 Hochberger Defendant's Exhibit 1,           105
   Mediavine Privacy Policy
22
23
   Hochberger Defendant's Exhibit 2, Page     128
24 from Mediavine's Website
25