# EXHIBIT 147

```
 1                    *** HIGHLY CONFIDENTIAL ***

 2                    UNITED STATES DISTRICT COURT

 3                    EASTERN DISTRICT OF VIRGINIA

 4     ----------------------------------------x

 5     UNITED STATES OF AMERICA, et al.,

 6                           Plaintiff,

 7         -against-                       Civil Action No.

 8     GOOGLE LLC,                         1:23-cv-00108

 9                           Defendant.

10     ***CAPTION CONTINUED***

11     ----------------------------------------x

12              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                   EISAR A. LIPKOVITZ - VOLUME II
13                  Friday, November 10, 2023
                         Washington, D.C.
14                    9:40 a.m. - 5:57 p.m.
                        HYBRID DEPOSITION
15

16

17

18

19

20

21

22              Reported stenographically by:
           Richard Germosen, FAPR, CA CSR No. 14391
23         RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
           NCRA/NJ/NY/CA Certified Realtime Reporter
24             NCRA Realtime Systems Administrator
                    Job No. 2023-905988
25
```

### Page 403

1 more to me, you know, even the reason for the thread
2 is they have made a change.
3         What was the status quo?  I have no
4 idea.  Payam would know, which actually another
5 important point, I'd like to go back to previous
6 question, right, Payam is looking at the world from
7 a DSP lens, right.  So his point about
8 commoditization was to do with the fact that a lot
9 of the DSP demand is available on more and more
10 exchanges.  Where networks, because you asked me
11 earlier about Facebook, for example.  Facebook did
12 not use SSPs, right.  So I don't think our position
13 in GDN was particularly unique, right, in terms of,
14 you know, not participating in either, some SSPs or
15 all SSPs.  The difference we had is, unlike
16 Facebook, we had an exchange, they did not, or they
17 were talking about it, but I don't think they ever
18 built it, so hopefully it clarifies the previous
19 point.
20     Q.    And Payam continues:  If you look at
21 what Amazon is doing with AAP, Amazon advertising
22 platform and header bidding, there will be even more
23 pressure on the 10 percent.  I think SSP margins
24 will stabilize around 5 percent.
25         Do you see that?

### Page 404

1     A.    Sure.
2     Q.    Is AAP an SSP?
3     A.    So that is my understanding, and,
4 again, I don't even know if it ever got launched and
5 how far they got, but at the time was Facebook and
6 Amazon thinking about going there?  Yeah.
7     Q.    And Payam is suggesting here that
8 Amazon's AAP offering would put more downward
9 pressure on SSP take rates; right?
10        ATTORNEY ELMER:  Object to form.
11    A.    Yes.
12    Q.    And he believes per the next sentence
13 that the market will force SSP margins down to 5
14 percent; right?
15        ATTORNEY ELMER:  Object to form.
16    A.    He said let's call it 5 percent, but
17 sure.  I mean, and I think it's an important point
18 because it's clearly made up numbers based on
19 opinion that are round numbers, right, so I just
20 want to be clear there is no science behind it.
21 That's his opinion.
22    Q.    Right.
23        And the purpose of this thread was to
24 discuss whether to respond to the changes in
25 competitor's take rates; is that fair?

### Page 405

1         ATTORNEY ELMER:  Object to form.
2     A.    I would paraphrase it.  You know, I
3 have been pushing the team to come up with a
4 proposal for a while.  We discussed it yesterday to
5 death.  So, yes, I -- the purpose of the thread is
6 to tell people that, you know, if they think that
7 they have time, I'm not sure they do, right.  Here
8 is an example.  That was the purpose of the thread.
9     Q.    If we can turn to the next page
10 forward ending 535.  There is an email from you on
11 November 4, 2017 at 12:41.
12        Do you see that?
13    A.    Yes.
14    Q.    And you wrote:  Firstly, on the sell
15 side, we don't need to follow this race to the
16 bottom.  Is that right?
17    A.    Uh-huh.
18    Q.    All right.  You weren't concerned
19 that Google would lose business if it didn't cut its
20 prices to match the other SSP price cutting?
21    A.    I was very concerned.  This is why I
22 sent the email, but I also made it clear to the team
23 that we don't have to follow the race to the bottom.
24 So what I meant by that is, I felt that our margin
25 SSPs were too high and putting us at risk.  We need

### Page 406

1 to lower them, which is separate and distinct from
2 what they should be.
3         So Payam said 5 percent, which I said
4 yesterday, I felt that's too low, and I didn't think
5 that we have to have the cheapest product in the
6 market, right.  So I was trying to clarify my
7 position, and this is a nuanced topic.  So, yes, I
8 was a big fan of being more competitive, and I did
9 not like these madeup proposals that I called race
10 to the bottom, which is why my job was frustrating,
11 because, you know, everybody is sort of agreeing
12 with me, but even making ridiculous proposal don't
13 agree with each other.  So this is why it took a
14 very long time and then I left.
15    Q.    Now, Google didn't respond to
16 Rubicon's price drop by lowering its AdX take rate;
17 right?
18    A.    I think there was some changes done
19 in 2018.  They were not specific to Rubicon.  You
20 know, it's this whole narrative that I just
21 described.
22    Q.    So you believe that Google changed
23 its take rate on AdX from 20 percent in 2018?
24    A.    Again, it's a document that I need to
25 review, you know, and I don't remember what was the

Case 1:23-cv-00108-LMB-JFA   Document 708-21   Filed 05/31/24   Page 4 of 4 PageID# 18020

UNITED STATES vs. GOOGLE — Highly Confidential — Eisar Lipkovitz — November 10, 2023

## Page 615

1  Thank you so much for your time.  I
2  appreciate it.
3           (Time noted:  5:57 p.m.)
4
5           _____
6           EISAR A. LIPKOVITZ
7  Subscribed and sworn to before me
8  this _____ day of _____ 2023.
9
10
    _____
11  Notary Public
    My Commission Expires:
12
13  /
14  /

## Page 616

1  I wish to make the following changes, for the
2  following reasons:
3  PAGE LINE
4  ____ ____     CHANGE: _____
5               REASON: _____
6  ____ ____     CHANGE: _____
7               REASON: _____
8  ____ ____     CHANGE: _____
9               REASON: _____
10 ____ ____     CHANGE: _____
11              REASON: _____
12 ____ ____     CHANGE: _____
13              REASON: _____
14 ____ ____     CHANGE: _____
15              REASON: _____
16 ____ ____     CHANGE: _____
17              REASON: _____
18 ____ ____     CHANGE: _____
19              REASON: _____
20 ____ ____     CHANGE: _____
21              REASON: _____

## Page 617

1  PAGE LINE
2  ____ ____     CHANGE: _____
3               REASON: _____
4  ____ ____     CHANGE: _____
5               REASON: _____
6  ____ ____     CHANGE: _____
7               REASON: _____
8  ____ ____     CHANGE: _____
9               REASON: _____
10 ____ ____     CHANGE: _____
11              REASON: _____
12 ____ ____     CHANGE: _____
13              REASON: _____
14 ____ ____     CHANGE: _____
15              REASON: _____
16 ____ ____     CHANGE: _____
17              REASON: _____
18 ____ ____     CHANGE: _____
19              REASON: _____
20 ____ ____     CHANGE: _____
21              REASON: _____
22 ____ ____     CHANGE: _____
23              REASON: _____

## Page 618

1           C E R T I F I C A T E
2           I, RICHARD GERMOSEN, Fellow of the
3  Academy of Professional Reporters, stenographic New
4  Jersey Certified Court Reporter, New Jersey Certified
5  Realtime Court Reporter, California Certified
6  Shorthand Reporter, California Certified Realtime
7  Reporter, NCRA Registered Diplomate Reporter, and
8  NCRA Certified Realtime Reporter, do hereby certify:
9           That EISAR A. LIPKOVITZ, the witness
10 whose deposition is hereinbefore set forth, having
11 been duly sworn, and that such deposition is a true
12 record of the testimony of said witness.
13          I further certify that I am not related
14 to any of the parties to this action by blood or
15 marriage, and that I am in no way interested in the
16 outcome of this matter.
17          IN WITNESS WHEREOF, I have hereunto set
18 my hand this 12th day of November 2023.
19
20 _____
   RICHARD GERMOSEN,
21 FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
   NYACR, NYRCR
22 LICENSE NO. 30XI00184700
   LICENSE NO. 30XR00016800
23 California CSR No. 14391
   California CRR No. 198