# EXHIBIT 148

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 3   ----------------------------------------X
     UNITED STATES OF AMERICA, et al,
 4
                                 PLAINTIFF,
 5
             -against-
 6
     GOOGLE LLC,
 7

 8                              DEFENDANT.

 9   Civil 1:23-cv-00108
     ----------------------------------------X
10              ***HIGHLY CONFIDENTIAL***

11          DEPOSITION OF APARNA PAPPU

12             28 Liberty Street

13             New York, New York

14           Friday, August 11, 2023

15

16

17

18   Reported by:

19   Rebecca Schaumloffel, RPR, CLR

20   JOB #:  2023-905985

21

22

23

24

25
```

Page 249

1                A. PAPPU
2     A.   We have -- not this -- like, not
3  in this particular conversation, but like I
4  said, we've had conversations about what
5  should the rev share be for the Ad Exchange
6  on the sell side.  So sounds like he's
7  brought that up as a possibility here.
8     Q.   Looking at the e-mail from you,
9  one e-mail up in the middle of the page
10 ending 4896.  It starts with "+1."
11          Do you see that?
12    A.   Yes.
13    Q.   Can you explain what that means?
14    A.   Generally, it's a short form for
15 agreement with clarification below, I guess,
16 in this case.
17    Q.   And so here you're agreeing with
18 clarification with some of the points made
19 from Mr. Bellack; is that fair?
20         MS. SESSIONS:  Object to the
21 form.
22    A.   I don't recall what my +1 was for,
23 but it sounds like I agreed with some things.
24    Q.   Okay.  And then in your e-mail
25 under the header "AdX," you write, "For all

Page 250

1                A. PAPPU
2  programmatic i.e. transactions including AdX
3  and EB."
4          What is "EB" referring to there?
5     A.   EB refers to exchange bidding.
6     Q.   So "For all programmatic i.e.
7  transactions including AdX and EB - sellside
8  charges for taking on risk of being a
9  clearing house so whatever 2% to 10 whatever
10 we think the market can bear but ideally
11 closer to 2%."
12         Did I read that correctly?
13    A.   Yes.
14    Q.   What did you mean when you said
15 "risk of being a clearinghouse"?
16    A.   What I meant by that is we do the
17 publisher payout based on the transactions.
18 Like we discussed in the auction what the
19 clearing price is.  Based on that, the
20 publisher makes money, and so every month we
21 would pay the publisher whatever they were
22 owed, whether or not the buyers paid us.  And
23 we would hope that the buyers would
24 eventually pay us.
25         So what the publisher didn't have

Page 251

1                A. PAPPU
2  to worry about was, am I going to be paid or
3  not, which was often kind of a pain for them,
4  so we took away that pain.
5     Q.   And here you're suggesting AdX's
6  revenue share should be between 2 percent and
7  10 percent, correct?
8     A.   Seems like it, yes.
9     Q.   And then you say it should be
10 "ideally closer to 2%," correct?
11    A.   Yes.
12    Q.   Why did you think it ideally
13 should be closer to 2 percent?
14    A.   It was just a stab based on
15 clearinghouse being the thing -- the
16 assumption that the clearinghouse is the
17 thing that publishers value.  If they value
18 other things, then that assumption doesn't
19 hold.
20    Q.   And then in looking at the e-mail
21 from Noam Wolf, he asked you, "why closer to
22 2% is your ideal."
23         Do you see that?
24    A.   Yes.
25    Q.   And you respond, "Just using

Page 252

1                A. PAPPU
2  credit cards as my baseline and thinking
3  about the value we provide."
4          Do you see that?
5     A.   Yes.
6     Q.   And so your understanding was that
7  credit card companies charge about
8  2 percent -- a 2 percent fee to process
9  transactions over their network; is that
10 right?
11    A.   I think that was the assumption,
12 yes.
13    Q.   And in the case of credit cards,
14 your view is that the fee corresponds to the
15 risk of being a clearinghouse?
16    A.   Basically, yes.
17    Q.   This also references changing the
18 pipes to be programmatic.  What did you mean
19 by that?
20    A.   I have no idea what the sentence
21 means, actually.  Struggling.
22    Q.   You wrote, "Unless we bring the
23 demand, changing the pipes to be programmatic
24 does not create enough value to be closer to
25 10 IMHO."

Page 293

```
 1
 2          C E R T I F I C A T E
 3
 4   STATE OF NEW YORK    )
                    : SS.:
 5   COUNTY OF NASSAU    )
 6
 7         I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10         That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14         I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto
19   set my hand this 14th day of August, 2023.
20         _____
21            REBECCA SCHAUMLOFFEL
22
23
24
25
```

Page 294

```
 1  ERRATA SHEET FOR THE TRANSCRIPT OF:
 2  Case Name:     In Re: US, et al. V. Google LLC
 3  Dep. Date:     August 11, 2023
 4  Deponent:      Aparna Pappu
 5            CORRECTIONS:
 6  Pg.  Ln.    Now Reads   Should Read    Reason
 7  ___  ___   _____   _____  _____
 8  ___  ___   _____   _____  _____
 9  ___  ___   _____   _____  _____
10  ___  ___   _____   _____  _____
11  ___  ___   _____   _____  _____
12  ___  ___   _____   _____  _____
13  ___  ___   _____   _____  _____
14  ___  ___   _____   _____  _____
15  ___  ___   _____   _____  _____
16  ___  ___   _____   _____  _____
17                         _____
18                         Signature of Deponent
19
20  SUBSCRIBED AND SWORN BEFORE ME
21  THIS____DAY OF_____,2023.
22
23  _____
24  (Notary Public)  MY COMMISSION EXPIRES:_____
25
```