**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | No: 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| *Defendant*. | |

**DEFENDANT GOOGLE LLC'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5(C) and the Modified Protective Order, Defendant Google LLC ("Google"), through its undersigned counsel, hereby respectfully moves this Court for an order granting Google's motion to seal. Google seeks leave to file certain sealed exhibits to the Declaration of Bryon Becker in Support of Google LLC's Replies in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude, and redacted versions of Google's Reply in Support of Its Motion for Summary Judgment, Google's Reply in Support of Its Motion to Exclude the Testimony of Prof. Robin S. Lee, Google's Reply in Support of Its Motion to Exclude the Testimony of Dr. Timothy Simcoe, and Google's Reply in Support of Its Motion to Exclude the Testimony of Adoria Lim. Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on opposing counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are contained in the memorandum of law concurrently filed in support of this motion. A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated: May 31, 2024 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | /s/ Craig C. Reilly |
| Andrew Ewalt (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Julie Elmer (*pro hac vice*) | THE LAW OFFICE OF |
| Lauren Kaplin (*pro hac vice*) | CRAIG C. REILLY, ESQ. |
| Scott A. Eisman (*pro hac vice*) | 209 Madison Street, Suite 501 |
| Jeanette Bayoumi (*pro hac vice*) | Alexandria, VA 22314 |
| Claire Leonard (*pro hac vice*) | Telephone: (703) 549-5354 |
| Sara Salem (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Tyler Garrett (VSB # 94759) | craig.reilly@ccreillylaw.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | |
| 700 13th Street, NW, 10th Floor | Karen L. Dunn (*pro hac vice*) |
| Washington, DC 20005 | Jeannie S. Rhee (*pro hac vice*) |
| Telephone: (202) 777-4500 | William A. Isaacson (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Amy J. Mauser (*pro hac vice*) |
| eric.mahr@freshfields.com | Martha L. Goodman (*pro hac vice*) |
| | Bryon P. Becker (VSB #93384) |
| | Erica Spevack (*pro hac vice*) |
| Daniel Bitton (*pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| AXINN, VELTROP & HARKRIDER LLP | 2001 K Street, NW |
| 55 2nd Street | Washington, DC 20006-1047 |
| San Francisco, CA 94105 | Telephone: (202) 223-7300 |
| Telephone: (415) 490-2000 | Facsimile (202) 223-7420 |
| Facsimile: (415) 490-2001 | kdunn@paulweiss.com |
| dbitton@axinn.com | |
| | Meredith Dearborn (*pro hac vice*) |
| Bradley Justus (VSB # 80533) | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| AXINN, VELTROP & HARKRIDER LLP | 535 Mission Street, 24th Floor |
| 1901 L Street, NW | San Francisco, CA 94105 |
| Washington, DC 20036 | Telephone: (628) 432-5100 |
| Telephone: (202) 912-4700 | Facsimile: (202) 330-5908 |
| Facsimile: (202) 912-4701 | mdearborn@paulweiss.com |
| bjustus@axinn.com | |
| | Erin J. Morgan (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone:  (212) 373-3387 |
| | Facsimile:  (212) 492-0387 |
| | ejmorgan@paulweiss.com |
| | |
| | *Counsel for Defendant Google LLC* |