**APPENDIX A**

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 127 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs in this case, dated December 22, 2023. | Google has filed Exhibit 127 under seal pursuant to Plaintiffs' designation as highly confidential.<br><br>Google does not take a position on whether all of Exhibit 127 should remain under seal. However, Google requests, as denoted by the blue highlighting, limited redactions of a chart and percentage based on Google's non-public proprietary data. Google's proposed redactions are narrowly targeted and would still allow the public to understand Exhibit 127's meaning. |
| 131 | Excerpts from the Expert Report of Mark A. Israel on behalf of Google in this case, dated January 23, 2024. | Google has filed Exhibit 131 partially under seal for two reasons. First, as denoted in yellow highlighting, Exhibit 131 contains material designated highly confidential by Plaintiffs. Second, as denoted by blue highlighting, Google requests limited redactions pertaining to analyses and discussion of Google's non-public proprietary customer data. Google's proposed redactions are narrowly targeted and would still allow the public to understand Exhibit 131's meaning. |
| 132 | Excerpts from the Expert Report of Paul R. Milgrom on behalf of Google in this case, dated January 23, 2024. | Google has filed Exhibit 132 partially under seal for two reasons. First, as denoted in yellow highlighting, Exhibit 132 contains material designated highly confidential by Plaintiffs. Second, as denoted by blue highlighting, Google requests limited redactions regarding pricing. Google's proposed redactions are narrowly targeted and would still allow the public to understand Exhibit 132's meaning. |
| 135 | Excerpts from the transcript of the deposition of Eric Hochberger, cofounder and CEO of Mediavine, taken on September 22, 2023. | Google has filed Exhibit 135 partially under seal as it contains material designated highly confidential by third-party Mediavine. |

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 137 | Excerpts from the Expert Rebuttal Report of Robin S. Lee on behalf of Plaintiffs in this case, dated February 13, 2024. | Google has filed Exhibit 137 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 138 | Excerpts from the transcript of the deposition of Luke Lambert in his capacity as a corporate representative of Omnicom pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on August 29, 2023. | Google has filed Exhibit 138 under seal pursuant to third party Omnicom's designation as highly confidential. |
| 139 | Excerpts from an invoice from GSD&M, dated December 19, 2019, produced by the Department of Justice ("DOJ") on behalf of the U.S. Air Force in this matter, and bearing Bates Nos. USAF-ADS-0000506005 to USAF-ADS-0000506063. | Google has filed Exhibit 139 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 140 | A document titled Public Voucher for Purchases and Services Other Than Personal, dated April 28, 2022, produced by the DOJ on behalf of the U.S. Army in this matter, and bearing Bates Nos. ARMY-ADS-0000504378 to ARMY-ADS-0000504386. | Google has filed Exhibit 140 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 141 | A document titled Production Bill, dated March 4, 2020, produced by the DOJ on behalf of the U.S. Census Bureau in this matter, and bearing Bates Nos. CENSUS-ADS-0000762511 to CENSUS-ADS-0000762525. | Google has filed Exhibit 141 under seal pursuant to Plaintiffs' designation as highly confidential. |

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 142 | An invoice from Universal McCann Worldwide, Inc., dated February 17, 2022, produced by the DOJ on behalf of the United States Postal Service ("USPS") in this matter, and bearing Bates Nos. USPS-ADS-0000669681 to USPS-ADS-0000669714. | Google has filed Exhibit 142 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 143 | An invoice from The District Communications Group, dated July 31, 2020, produced by the DOJ on behalf of the Department of Veterans Affairs ("VA") in this matter, and bearing Bates Nos. VET-AF-ADS-0000376131 to VET-AF-ADS-0000376155. | Google has filed Exhibit 143 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 144 | A document titled Digital Media Bill, dated June 20, 2022, produced by the DOJ on behalf of the U.S. Navy in this matter, and bearing Bates Nos. NAVY-ADS-0000250171 to NAVY-ADS-0000250227. | Google has filed Exhibit 144 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 145 | Excerpts from the report of Rosa M. Abrantes-Metz on behalf of Plaintiffs in this case, dated December 22, 2023. | Google has filed Exhibit 145 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 146 | Excerpts from the transcript of the deposition of Tim Craycroft, Google's Vice President and General Manager for YouTube ads, display ads, app ads, and publisher products, taken on August 15, 2023. | Google has filed Exhibit 146 under seal pursuant to third party Amazon's designation as highly confidential. |
| 150 | Excerpts from the transcript of the deposition of Simon Whitcombe in his capacity as a corporate representative of Meta pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 28, 2023. | Google has filed Exhibit 150 under seal pursuant to third party Meta's designation as confidential. |

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| 151 | Excerpts from an eMarketer spreadsheet, produced by Google in this matter, and bearing Bates No. GOOG-AT-DOJ-DATA-000066787. | Google has filed Exhibit 151 under seal pursuant to contractual obligations to maintain the confidentiality of the material. |
| 152 | Excerpts from the transcript of the deposition of Jeremy Helfand in his capacity as a corporate representative of Disney pursuant to Federal Rule of Civil Procedure 30(b)(6), taken on September 29, 2023. | Google has filed Exhibit 152 under seal pursuant to third party Disney's designation as confidential. |
| 153 | Excerpts from a presentation titled "Appendix," dated March 2020, produced by Disney in this matter, and bearing Bates Nos. HULU-008733 to HULU-008762. | Google has filed Exhibit 153 under seal pursuant to third party Disney's designation as confidential. |
| 154 | Excerpts from a presentation titled "The U.S. Army: FY21 Q4 Marketing Mix Modeling National Paid Media Utilization Assessments," dated December 10, 2021, produced by the DOJ on behalf of the U.S. Army in this matter, and bearing Bates Nos. ARMY-ADS-0000187048 to ARMY-ADS-0000187065. | Google has filed Exhibit 154 under seal pursuant to Plaintiffs' designation as highly confidential. |
| 155 | Excerpts from email correspondence from P. Garlinghouse to A. Owens, et al., with subject line "June/July Media Plan Recommendation," with attachment, dated May 21, 2021, produced by the DOJ on behalf of the U.S. Navy in this matter, and bearing Bates Nos. NAVY-ADS-0000019114 to NAVY-ADS-0000019182. | Google has filed Exhibit 155 under seal pursuant to Plaintiffs' designation as highly confidential. |

| Exhibit No. | Description | Basis for Sealing |
|---|---|---|
| **157** | A document titled "Canada Executive Briefing: 2021 Programmatic Business Risk Analysis," dated December 11, 2020, produced by Google in this matter, and bearing Bates Nos. GOOG-AT-MDL-006037366 to GOOG-AT-MDL-00637373. | Google has filed Exhibit 157 partially under seal because Google requests limited redactions pertaining to discussion of non-public revenue, customer, and business strategies pertaining to its DV360 business. |
| **158** | Excerpts from a spreadsheet titled "CMS AA DAO Transactions Report," dated May 17, 2023, produced by the DOJ on behalf of the Centers for Medicare and Medicaid Services ("CMS") in this matter, and bearing Bates No. CMS-ADS-0001096610. | Google has filed Exhibit 158 under seal pursuant to Plaintiffs' designation as highly confidential. |
| **159** | Excerpts from the Expert Report of Timothy Simcoe on behalf of Plaintiffs in this case, dated December 22, 2023. | Google has filed Exhibit 159 under seal pursuant to Plaintiffs' designation as highly confidential. |
| **161** | Excerpts from the Expert Report of Judith A. Chevalier on behalf of Google in this case, dated January 23, 2024. | Google has filed Exhibit 161 partially under seal for two reasons. First, as denoted in yellow highlighting, Exhibit 161 contains material designated highly confidential by Plaintiffs. Second, as denoted by blue highlighting, Google requests limited redactions pertaining to discussion of certain non-public proprietary data. Google's proposed redactions are narrowly targeted and would still allow the public to understand Exhibit 161's meaning. |