UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Defendant Google LLC ("Google") filed an amended motion seeking leave to file certain additional sealed exhibits (Exs. 83, 96) to the Declaration of Bryon Becker in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude, and a redacted version of Memorandum of Law in Support of Google LLC's Motion to Exclude the Testimony of Prof. Robin S. Lee. Pursuant to Local Civil Rule 5, Google hereby notifies Plaintiffs and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

| | |
|---|---|
| Dated: May 31, 2024 | Respectfully submitted, |
| Eric Mahr (pro hac vice)<br>Andrew Ewalt (pro hac vice)<br>Julie Elmer (pro hac vice)<br>Lauren Kaplin (pro hac vice)<br>Scott A. Eisman (pro hac vice)<br>Jeanette Bayoumi (pro hac vice)<br>Claire Leonard (pro hac vice)<br>Sara Salem (pro hac vice)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com<br><br>Daniel Bitton (pro hac vice)<br>AXINN, VELTROP & HARKRIDER LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com<br><br>Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | /s/ Craig C. Reilly<br>Craig C. Reilly (VSB # 20942)<br>THE LAW OFFICE OF<br>CRAIG C. REILLY, ESQ.<br>209 Madison Street, Suite 501<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com<br><br>Karen L. Dunn (pro hac vice)<br>Jeannie S. Rhee (pro hac vice)<br>William A. Isaacson (pro hac vice)<br>Amy J. Mauser (pro hac vice)<br>Martha L. Goodman (pro hac vice)<br>Bryon P. Becker (VSB #93384)<br>Erica Spevack (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>kdunn@paulweiss.com<br><br>Meredith Dearborn (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (202) 330-5908<br>mdearborn@paulweiss.com<br><br>Erin J. Morgan (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3387<br>Facsimile:  (212) 492-0387<br>ejmorgan@paulweiss.com<br><br>*Counsel for Defendant Google LLC* |