# Exhibit L

(File Included In the Backup Materials to the February 13, 2024 Expert Rebuttal Report of Professor Wayne Hoyer, Ph.D.)

From Ad Age Leading National Advertisers 2023 (June 26, 2023)
See more:   Ad Age Marketer Trees 2023
See notes at bottom of sheet.

© Copyright 2023 Crain Communications Inc. The data and information presented is the property of Crain and others and is protected by copyright and other intellectual property laws. For personal, non-commercial use only, which must be in accordance with Ad Age's Terms and Conditions at AdAge.com/terms. Archiving, reproduction, re-distribution or other uses are prohibited. For licensing arrangements, please contact lpicariello@crain.com.

## Ad Age Leading National Advertisers 2023: 200 biggest advertisers

Ranked by total U.S. advertising spending in 2022. Dollars in millions.

| Rank | Marketer | Total U.S. ad spending 2022 | Notes |
|---|---|---|---|
| 1 | Amazon | $13,483 | Estimated advertising and promotion spending. |
| 2 | Comcast Corp. | 6,756 | Estimated advertising, marketing and promotion spending. |
| 3 | Procter & Gamble Co. | 5,063 | Estimated marketing spending. Year ended June 2022. |
| 4 | Walt Disney Co. | 5,052 | Estimated ad spending. Year ended October 2022. |
| 5 | Alphabet (Google) | 4,373 | Estimated advertising and promotion spending. |
| 6 | American Express Co. | 4,274 | Estimated marketing expenses. |
| 7 | Capital One Financial Corp. | 3,838 | Estimated marketing expenses. |
| 8 | Verizon Communications | 3,556 | Ad spending. |
| 9 | Walmart | 3,412 | Estimated ad spending. |
| 10 | Charter Communications | 3,339 | Marketing expenses. |
| 11 | General Motors Co. | 3,245 | Estimated advertising and promotion spending. |
| 12 | L'Oreal | 3,036 | Estimated advertising and promotion spending. |
| 13 | JPMorgan Chase & Co. | 2,940 | Estimated marketing expenses. |
| 14 | LVMH Moet Hennessy Louis Vuitton | 2,749 | Estimated advertising and promotion spending. |
| 15 | Expedia Group | 2,654 | Estimated ad spending. |
| 16 | Samsung Electronics Co. | 2,569 | Estimated advertising and sales promotion spending. |
| 17 | Nestle | 2,429 | Estimated "consumer facing" marketing expenses. |
| 18 | AT&T | 2,365 | Estimated ad spending. AT&T on April 8, 2022, spun off its WarnerMedia business segment in a transaction with Discovery (now Warner Bros. Discovery). |
| 19 | Warner Bros. Discovery | 2,339 | Estimated pro forma ad spending. Discovery on April 8, 2022, changed its name to Warner Bros. Discovery after merging with WarnerMedia, formerly a business segment of AT&T. |
| 20 | Deutsche Telekom (T-Mobile US) | 2,300 | Estimated marketing expenses. |
| 21 | Paramount Global | 2,178 | Estimated ad spending. |
| 22 | Pfizer | 2,155 | Estimated ad spending. |
| 23 | Progressive Corp. | 2,033 | Ad spending. |
| 24 | PepsiCo | 2,001 | Estimated ad spending. |
| 25 | McDonald's Corp. | 1,949 | Estimated U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 26 | Booking Holdings | 1,894 | Estimated marketing expenses. |
| 27 | Stellantis | 1,838 | Estimated ad spending. |
| 28 | AbbVie | 1,787 | Estimated ad spending. |
| 29 | Unilever | 1,664 | Estimated brand and marketing investment costs. |
| 30 | Merck & Co. | 1,605 | Estimated advertising and promotion spending. |
| 31 | Bank of America Corp. | 1,593 | Estimated marketing expenses. |
| 32 | Toyota Motor Corp. | 1,550 | Estimated ad spending. Year ended March 2023. |
| 33 | Coca-Cola Co. | 1,548 | Estimated ad spending. Estimate based on a revision to Ad Age's spending model. |
| 34 | Diageo | 1,513 | Estimated marketing expenses. Year ended June 2022. |
| 35 | Target Corp. | 1,500 | Gross advertising expenses. |
| 36 | Intuit | 1,472 | Estimated ad spending. Year ended July 2022. |
| 37 | Ford Motor Co. | 1,468 | Estimated ad spending. |

| Rank | Marketer | Total U.S. ad spending 2022 | Notes |
|---|---|---|---|
| 38 | Nike | 1,453 | Estimated advertising and promotion spending excluding estimated cooperative ad spending. Year ended May 2022. |
| 39 | Anheuser-Busch InBev | 1,400 | Estimated advertising and marketing expenses. |
| 40 | Berkshire Hathaway | 1,344 | Estimated U.S. ad spending. Estimate based on a revision to Ad Age's spending model. |
| 41 | Inspire Brands | 1,267 | Estimated U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 42 | Macy's | 1,265 | Gross advertising and promotional costs. |
| 43 | Wayfair | 1,262 | Estimated ad spending. |
| 44 | Yum Brands | 1,254 | Estimated U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 45 | Flutter Entertainment | 1,193 | Sales and marketing costs. Owns FanDuel. |
| 46 | Sanofi | 1,121 | Estimated ad spending. |
| 47 | Bristol-Myers Squibb Co. | 1,098 | Estimated advertising and product promotion expenses. |
| 48 | Meta Platforms (Facebook) | 1,073 | Estimated ad spending. |
| 49 | DoorDash | 1,045 | Estimated ad spending. |
| 50 | Netflix | 1,041 | Estimated marketing expenses. Estimate based on a revision to Ad Age's spending model. |
| 51 | Discover Financial Services | 1,035 | Marketing and business development expenses. |
| 52 | U.S. Government | 1,030 | Estimated ad spending. |
| 53 | Kroger Co. | 1,030 | Ad spending. |
| 54 | UnitedHealth Group | 1,029 | Estimated advertising and marketing expenses. |
| 55 | State Farm Mutual Auto Insurance Co. | 1,013 | Ad spending. |
| 56 | Home Depot | 998 | Estimated net advertising expenses. |
| 57 | Apple | 985 | Estimated ad spending. Year ended September 2022. |
| 58 | Honda Motor Co. | 965 | Estimated ad spending. Year ended March 2023. |
| 59 | Uber Technologies | 957 | Estimated ad spending. |
| 60 | Mars Inc. | 946 | Estimated advertising and promotion spending. |
| 61 | DraftKings | 946 | Estimated advertising and promotion spending. |
| 62 | Rocket Cos. | 946 | Marketing and advertising expenses. |
| 63 | Allstate Corp. | 942 | Ad spending. |
| 64 | Kohl's Corp. | 940 | Gross marketing expenses. |
| 65 | IAC | 924 | Estimated ad spending. |
| 66 | Gap Inc. | 878 | Estimated ad spending. |
| 67 | Estee Lauder Cos. | 876 | Estimated net advertising, merchandising, sampling, promotion and product development expenses. Year ended June 2022. |
| 68 | Haleon | 853 | Estimated advertising and promotion spending. GSK in July 2022 spun off its consumer health care products unit as a separate public company, Haleon. |
| 69 | Nissan Motor Co. | 852 | Estimated ad spending. Year ended March 2023. |
| 70 | Sony Group Corp. | 839 | Estimated ad spending. Year ended March 2023. |
| 71 | Constellation Brands | 837 | Estimated ad spending. |
| 72 | EssilorLuxottica | 837 | Estimated advertising and marketing expenses. |
| 73 | Take-Two Interactive Software | 830 | Estimated U.S. pro forma advertising, marketing and promotion spending including Zynga, acquired in May 2022. Year ended March 2023. |
| 74 | Lowe's Cos. | 824 | Estimated ad spending. |
| 75 | Hyundai Motor Co. | 822 | Estimated advertising and sales promotion spending. |
| 76 | Eli Lilly & Co. | 819 | Estimated ad spending. |
| 77 | Best Buy Co. | 799 | Ad spending. |
| 78 | Adidas | 771 | Estimated marketing and point-of-sale expenses. |
| 79 | Microsoft Corp. | 758 | Estimated ad spending. Year ended June 2022. |
| 80 | Recruit Holdings Co. | 750 | Estimated advertising and promotion spending. Year ended March 2023. |
| 81 | CVS Health Corp. | 747 | Ad spending. |
| 82 | Liberty Mutual Holding Co. | 745 | Ad spending. |

| Rank | Marketer | Total U.S. ad spending 2022 | Notes |
|---|---|---|---|
| 83 | Walgreens Boots Alliance | 720 | Estimated net ad spending. Estimate based on a revision to Ad Age's spending model. |
| 84 | Amgen | 718 | Estimated pro forma ad spending. |
| 85 | Citigroup | 710 | Estimated advertising and marketing expenses. |
| 86 | Fox Corp. | 708 | Ad spending. |
| 87 | Restaurant Brands International | 693 | Estimated U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 88 | Molson Coors Beverage Co. | 692 | Estimated advertising and marketing expenses. |
| 89 | Volkswagen | 685 | Estimated ad spending. |
| 90 | GSK | 680 | Estimated ad spending excluding Haleon. GSK in July 2022 spun off its consumer products unit as an independent company, Haleon. |
| 91 | Reckitt | 672 | Estimated brand equity investment. |
| 92 | Kraft Heinz Co. | 663 | Estimated ad spending. |
| 93 | Colgate-Palmolive Co. | 661 | Estimated ad spending. |
| 94 | Gilead Sciences | 658 | Estimated ad spending. |
| 95 | Chewy | 649 | Advertising and marketing expenses. |
| 96 | LendingTree | 647 | Advertising and promotion spending. |
| 97 | Cox Enterprises | 640 | Estimated ad spending. |
| 98 | Dish Network Corp. | 631 | Ad spending. |
| 99 | Salesforce | 630 | Estimated ad spending. |
| 100 | Morgan Stanley | 622 | Estimated marketing and business development expenses. |
| 101 | MGM Resorts International | 615 | Estimated marketing spending including BetMGM, which is jointly owned by MGM Resorts International (50%) and U.K.-based Entain (50%). |
| 102 | Kering | 610 | Estimated ad spending. |
| 103 | Mercedes-Benz Group | 608 | Estimated ad spending. |
| 104 | Kenvue | 599 | Estimated ad spending. Kenvue, formerly the consumer health unit of Johnson & Johnson, staged an initial public offering in May 2023. |
| 105 | Henkel | 597 | Estimated ad spending. |
| 106 | Clorox Co. | 595 | Estimated ad spending. Year ended June 2022. |
| 107 | eBay | 593 | Estimated ad spending. |
| 108 | Visa | 586 | Estimated marketing expenses. |
| 109 | Kia Corp. | 581 | Estimated advertising and sales promotion spending. |
| 110 | AstraZeneca | 573 | Estimated ad spending. |
| 111 | Caesars Entertainment | 571 | Ad spending. |
| 112 | Johnson & Johnson | 567 | Estimated ad spending excluding Kenvue, the company's former consumer health unit. Kenvue staged an initial public offering in May 2023. |
| 113 | Albertsons Cos. | 562 | Net ad spending plus cooperative advertising allowances. |
| 114 | Peloton Interactive | 552 | Estimated ad spending. Year ended June 2022. |
| 115 | IBM Corp. | 551 | Estimated advertising and promotion spending. |
| 116 | Novartis | 549 | Estimated ad spending. |
| 117 | Adobe | 544 | Estimated ad spending. |
| 118 | General Mills | 534 | Estimated advertising and media expenses. |
| 119 | Dell Technologies | 529 | Estimated ad spending. |
| 120 | Signet Jewelers | 521 | Estimated gross advertising expenses. |
| 121 | Domino's Pizza | 519 | U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 122 | Sirius XM Holdings | 513 | Ad spending. |
| 123 | Takeda Pharmaceutical Co. | 511 | Estimated advertising and sales promotion spending. Year ended March 2023. |
| 124 | Elevance Health | 511 | Advertising and marketing expenses. |
| 125 | Block (formerly Square) | 506 | Estimated ad spending. |
| 126 | Wells Fargo & Co. | 505 | Advertising and promotion spending. |
| 127 | Marriott International | 502 | Estimated ad spending. |
| 128 | Novo Nordisk | 500 | Estimate based on a revision to Ad Age's spending model. |

| Rank | Marketer | Total U.S. ad spending 2022 | Notes |
|---|---|---|---|
| 129 | Suntory Holdings (Beam Suntory) | 496 | Estimated advertising and sales promotion spending. |
| 130 | Lions Gate Entertainment Corp. | 496 | Estimated ad spending. Year ended March 2023. |
| 131 | BMW Group | 496 | Estimated ad spending. Estimate based on a revision to Ad Age's spending model. |
| 132 | Roche Holding | 493 | Estimated ad spending. |
| 133 | Norwegian Cruise Line Holdings | 491 | Estimated ad spending. |
| 134 | Carvana Co. | 490 | Ad spending. |
| 135 | Synchrony Financial | 487 | Marketing and business development expenses. |
| 136 | Airbnb | 477 | Estimated brand and performance marketing expense. |
| 137 | Keurig Dr Pepper | 476 | Estimated advertising and marketing expenses. |
| 138 | Wendy's Co. | 468 | Estimated U.S. systemwide ad spending including spending from franchisees and company-owned restaurants. |
| 139 | Bayer | 463 | Estimated ad spending. |
| 140 | U.S. Bancorp | 456 | Marketing and business development expenses. |
| 141 | Hershey Co. | 453 | Estimated ad spending. |
| 142 | Pernod Ricard | 448 | Estimated advertising and promotion spending. Year ended June 2022. |
| 143 | DirecTV | 447 | Estimated advertising and promotion spending. |
| 144 | Church & Dwight Co. | 444 | Estimated marketing expenses. |
| 145 | Mondelez International | 441 | Estimated ad spending. |
| 146 | Doctor's Associates (Subway) | 440 | Estimated U.S. systemwide ad spending. |
| 147 | VF Corp. | 440 | Estimated net ad spending. |
| 148 | Teladoc Health | 440 | Estimated ad spending. |
| 149 | Kimberly-Clark Corp. | 440 | Estimated ad spending. |
| 150 | JCPenney (Penney OpCo) | 434 | Estimated ad spending. |
| 151 | Ferrero | 433 | Estimated ad spending. |
| 152 | Activision Blizzard | 432 | Estimated ad spending. |
| 153 | Carnival Corp. | 432 | Estimated selling expenses. |
| 154 | Qurate Retail | 431 | Estimated ad spending. |
| 155 | Nordstrom | 421 | Ad spending including vendor allowances. |
| 156 | Charles Schwab Corp. | 419 | Advertising and market development expenses. |
| 157 | United Services Automobile Association | 418 | Ad spending. |
| 158 | SelectQuote | 418 | Ad spending. |
| 159 | Bed Bath & Beyond | 418 | Estimated ad spending. Bed Bath & Beyond in April 2023 filed for Chapter 11 bankruptcy. Overstock in June 2023 agreed to buy select Bed Bath & Beyond assets including intellectual property, business data and rights to mobile apps. |
| 160 | Kellogg Co. | 415 | Estimated ad spending. |
| 161 | Mattress Firm Group | 414 | Estimated ad spending. Tempur Sealy International, a bedding products marketer, in May 2023 signed a deal to buy Mattress Firm, the biggest U.S. mattress specialty retailer. |
| 162 | Dick's Sporting Goods | 412 | Ad spending net of cooperative advertising. |
| 163 | Subaru Corp. | 412 | Estimated ad spending. Year ended March 2023. |
| 164 | Coty | 408 | Estimated advertising and promotion spending. Year ended June 2022. |
| 165 | Abbott Laboratories | 396 | Estimated ad spending. |
| 166 | Chanel | 396 | Estimated advertising, promotion and demonstration expense. |
| 167 | Toronto-Dominion Bank (TD Bank Group) | 396 | Estimated communication and marketing expenses. |
| 168 | Boehringer Ingelheim | 395 | Estimated ad spending. |
| 169 | Compagnie Financiere Richemont | 390 | Estimated communication expenses. Year ended March 2023. |
| 170 | Live Nation Entertainment | 389 | Ad spending. |
| 171 | TJX Cos. | 389 | Estimated ad spending. |
| 172 | Royal Caribbean Group | 382 | Estimated ad spending. |
| 173 | Experian | 381 | Estimated marketing and customer acquisition costs. |
| 174 | Chick-fil-A | 376 | Estimated advertising and promotion spending. |
| 175 | Ulta Beauty | 375 | Ad spending. |

| Rank | Marketer | Total U.S. ad spending 2022 | Notes |
|---|---|---|---|
| 176 | Ferguson | 369 | Estimated net advertising and marketing costs. |
| 177 | Tapestry | 367 | Estimated ad spending. Fiscal year. |
| 178 | Under Armour | 367 | Estimated ad spending. |
| 179 | Ally Financial | 366 | Advertising and marketing expenses. |
| 180 | AARP | 359 | Estimated ad spending. |
| 181 | PNC Financial Services Group | 355 | Marketing expenses. |
| 182 | 1-800-Flowers.com | 348 | Ad spending. |
| 183 | American Family Mutual Insurance Co. | 347 | Ad spending. |
| 184 | Tempur Sealy International | 347 | Estimated ad spending. Tempur Sealy in May 2023 signed a deal to buy Mattress Firm Group, the biggest U.S. mattress specialty retailer. |
| 185 | Tripadvisor | 347 | Estimated ad spending. |
| 186 | Shopify | 335 | Estimated ad spending. |
| 187 | Spotify Technology | 330 | Estimated ad spending. |
| 188 | FedEx Corp. | 326 | Estimated advertising and promotion spending. |
| 189 | Etsy | 324 | Estimated ad spending. |
| 190 | Publix Super Markets | 317 | Ad spending. |
| 191 | Philips | 317 | Estimated advertising and promotion spending. |
| 192 | AMC Networks | 315 | Estimated ad spending. |
| 193 | Intel Corp. | 315 | Estimated ad spending including direct marketing. |
| 194 | United Parcel Service | 312 | Estimate based on a revision of Ad Age's spending model. |
| 195 | Sleep Number Corp. | 309 | Ad spending. |
| 196 | Bausch Health Cos. | 308 | Estimated ad spending. |
| 197 | Starbucks Corp. | 302 | Estimated ad spending. |
| 198 | Altice USA | 300 | Ad spending. |
| 199 | Victoria's Secret & Co. | 299 | Estimated advertising and marketing expenses. |
| 200 | Mattel | 299 | Estimated advertising and promotion spending. |
|  | **Total (dollars in billions)** | **$210** |  |

Source: Ad Age Datacenter. Total U.S. advertising spending is Ad Age estimate. U.S. measured-media spending from Vivvix, including paid social data from Pathmatics. Numbers rounded. More info: vivvix.com. About LNA 2023: AdAge.com/aboutlna2023.

Total U.S. ad spending shown in this report is lower in some cases than U.S. measured-media spending figures. Vivvix's tally of spending in measured media is based on rate card, average pricing data supplied by media sellers and other factors. Major advertisers in many cases get significant discounts off rate card. Not all advertisers pay the same rate.