# Exhibit M

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

---

*ITAMAR SIMONSON, PH.D.*

*February 28, 2024*

---





Page 114

4        Q.    In the prior instances,
5   understanding they've been limited, in
6   which you have conducted preliminary
7   interviews, how many preliminary
8   interviews do you typically conduct?
9        A.    As I said, I can't think of
10  the last time I did that.  And I assume
11  we are talking about litigation,
12  litigation surveys.  Or are you including
13  academic?
14       Q.    Including academic surveys
15  as well.
16       A.    So in the case of academic,
17  let's say I usually worked with doctoral
18  students.  And I would say, why don't you
19  talk to some of your friends, fellow
20  doctoral students, and run the
21  questionnaire by -- by them and try to
22  get their, you know, feedback.
23            So that would be an example
24  that happened, I would say, quite a few

Page 115

1   times.
2        Q.    And is it important that the
3   participants in the preliminary interview
4   process be representative in any way of
5   the larger sample?
6        A.    No.
7        Q.    Why not?
8        A.    They just -- I mean, we talk
9   about a really small sample.  So you
10  could not draw any statistical
11  conclusions based on those few
12  qualitative initial interviews.
13

Page 116

Page 117













Page 150

```
 1   memories?
 2        A.     As I said, nothing comes to
 3   mind, but it's quite possible I did.
 4        Q.     Okay.  Do you think it's
 5   important for a preliminary interview to
 6   be capable of evaluation?
 7        A.     Could you repeat that.
 8        Q.     Do you think it's important
 9   for a preliminary interview to be capable
10   of evaluation?
11             MS. DEARBORN:  Form.
12             THE WITNESS:  As I said, I
13        typically don't -- don't conduct
14        preliminary interviews.
15             You know, sometimes, I
16        think it may be good for the
17        doctoral student to conduct them,
18        and maybe that would give that
19        student an idea.
20             But -- so -- so I don't
21        have such rules about the impact
22        or the use of preliminary
23        interviews for evaluation,
24        whatever you mean by evaluation.
```

Page 151

```
 1   BY MS. WOOD:
 2        Q.     When preliminary interviews
 3   are used to shape a survey, do you think
 4   it's important for the preliminary
 5   interviews to be capable of evaluation?
 6             MS. DEARBORN:  Form.
 7             THE WITNESS:  What do you
 8        mean by -- can you define
 9        evaluation?
10   BY MS. WOOD:
11        Q.     Evaluation by others.
12             MS. DEARBORN:  Same
13        objection.
14             THE WITNESS:  Evaluation --
15        absolutely not.  I mean, it
16        depends.  Again, it's such a
17        generic question --
18   BY MS. WOOD:
19        Q.     Well, is your answer
20   "absolutely not" or "it depends"?
21             MS. DEARBORN:  Counsel,
22        please let the witness finish his
23        answer.  This is the third time
24        you've interrupted him.  Please
```

Page 152

```
 1        let him finish his answers.
 2             THE WITNESS:  It's such a
 3        generic question.  Maybe there
 4        are conceivable situations.
 5             Let's say my students
 6        conduct, as part of their class
 7        assignment, they conduct such
 8        interviews, and they think it's
 9        important for me to share -- to
10        share with me, I should say, then
11        maybe they should present it in a
12        way that I can evaluate whatever
13        they are studying.
14             So it really depends.  But,
15        I mean, the term "evaluation" is
16        so generic.  It could mean all
17        kinds of things.
18             So I'm not sure how to --
19        how you want to -- how you want
20        me to interpret it.
21   BY MS. WOOD:
22
23
```

Page 153

```
(redacted)
```













Page 322

Page 324

```
 4              MS. WOOD:  Let's take a
 5      break.
 6              MS. DEARBORN:  Sure.
 7              THE VIDEOGRAPHER:  Going
 8      off the record at 4:18 p.m.
 9              (Short break.)
10              THE VIDEOGRAPHER:  We are
11      going back on the record at
12      4:38 p.m.
13  BY MS. WOOD:
14
```

Page 323

Page 325







Page 386

1

[REDACTED]

Page 388

```
 1           -   -   -
 2       ***********
 3       (Excused.)
 4       (Deposition concluded at
 5    approximately 5:53 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 387

[REDACTED]

```
16          MS. WOOD:  No further
17    questions, subject to the
18    reservation of rights.
19          MS. DEARBORN:  And subject
20    to our prior discussion.
21          THE VIDEOGRAPHER:  And we
22    are going off the record at
23    5:53 p.m.
24          Thank you.
```

Page 389

```
 1
 2             CERTIFICATE
 3
 4
 5       I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6    deposition is a true record of the
    testimony given by the witness.
 7
         It was requested before
 8    completion of the deposition that the
    witness, ITAMAR SIMONSON, Ph.D., have the
 9    opportunity to read and sign the
    deposition transcript.
10
11
12
    MICHELLE L. GRAY,
13    A Registered Professional
    Reporter, Certified Shorthand
14    Reporter, Certified Realtime
    Reporter and Notary Public
15    Dated:  February 29, 2024
16
17
18       (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

## Page 390

```
1              INSTRUCTIONS TO WITNESS

2

3              Please read your deposition

4    over carefully and make any necessary

5    corrections.  You should state the reason

6    in the appropriate space on the errata

7    sheet for any corrections that are made.

8              After doing so, please sign

9    the errata sheet and date it.

10             You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14             It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24
```

## Page 392

```
1

2            ACKNOWLEDGMENT OF DEPONENT

3

4              I,_____, do

5    hereby certify that I have read the

6    foregoing pages, 1 - 393, and that the

7    same is a correct transcription of the

8    answers given by me to the questions

9    therein propounded, except for the

10   corrections or changes in form or

11   substance, if any, noted in the attached

12   Errata Sheet.

13

14

15   _____

16   ITAMAR SIMONSON, Ph.D.          DATE

17

18

19   Subscribed and sworn

     to before me this

20   _____ day of _____, 20____.

21   My commission expires:_____

22

23   _____

     Notary Public

24
```

## Page 391

```
1              -  -  -  -  -

               E R R A T A

2              -  -  -  -  -

3

4    PAGE  LINE  CHANGE

5    ____ ____ _____

6         REASON: _____

7    ____ ____ _____

8         REASON: _____

9    ____ ____ _____

10        REASON: _____

11   ____ ____ _____

12        REASON: _____

13   ____ ____ _____

14        REASON: _____

15   ____ ____ _____

16        REASON: _____

17   ____ ____ _____

18        REASON: _____

19   ____ ____ _____

20        REASON: _____

21   ____ ____ _____

22        REASON: _____

23   ____ ____ _____

24        REASON: _____
```

## Page 393

```
1              LAWYER'S NOTES

2    PAGE  LINE

3    ____ ____ _____

4    ____ ____ _____

5    ____ ____ _____

6    ____ ____ _____

7    ____ ____ _____

8    ____ ____ _____

9    ____ ____ _____

10   ____ ____ _____

11   ____ ____ _____

12   ____ ____ _____

13   ____ ____ _____

14   ____ ____ _____

15   ____ ____ _____

16   ____ ____ _____

17   ____ ____ _____

18   ____ ____ _____

19   ____ ____ _____

20   ____ ____ _____

21   ____ ____ _____

22   ____ ____ _____

23   ____ ____ _____

24   ____ ____ _____
```

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 111 | 2 | | | Transcription Error or Mistake |
|-----|-----|-----|-----|-----|
| 112 | 19 | | | Spelling Error |
| 126 | 1 | "up 14" | "up being 14" | Transcription Error |
| 126 | 17:18 | | | Transcription Error/Clarification |
| 132 | 14 | | | Spelling Error |
| 133 | 3 | | | Spelling Error |
| 133 | 17 | | | Spelling Error |
| 133 | 21 | | | Spelling Error |
| 134 | 7 | | | Spelling Error |
| 134 | 14 | | | Spelling Error |
| 134 | 19:20 | | | Spelling Error |
| 135 | 16 | | | Spelling Error |
| 135 | 17 | | | Spelling Error |
| 135 | 18 | | | Spelling Error |
| 144 | 7 | | | Transcription Error or Mistake |
| 185 | 6:7 | | | Transcription Error or Mistake |
| 194 | 22 | | | Spelling Error |
| 199 | 17 | | | Transcription Error or Mistake |
| 200 | 9:10 | | | Transcription Error/Clarification |
| 206 | 2 | | | Spelling Error |
| 206 | 5 | | | Spelling Error |
| 212 | 16 | | | Spelling Error |
| 221 | 8:9 | | | Transcription Error/Clarification |
| 222 | 6:8 | | | Transcription Error/Clarification |
| 236 | 9:10 | | | Transcription Error/Clarification |
| 239 | 7 | | | Transcription Error or Mistake |
| 255 | 14 | | | Transcription Error or Mistake |
| 262 | 13 | | | Transcription Error/Clarification |
| 274 | 5 | | | Spelling Error |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 289 | 18 | ██████ | ██████ | Transcription Error/Clarification |
|-----|-----|--------|--------|-----------------------------------|
| 333 | 7 | ██████ | ██████ | Transcription Error or Mistake |
| 340 | 6:7 | ██████ | ██████ | Transcription Error or Mistake |
| 348 | 14 | ██████ | ██████ | Transcription Error or Mistake |
| 348 | 15 | ██████ | ██████ | Transcription Error or Mistake |
| 352 | 16 | ██████ | ██████ | Spelling Error |
| 352 | 24 | ██████ | ██████ | Spelling Error |
| 353 | 14 | ██████ | ██████ | Spelling Error |
| 354 | 7 | ██████ | ██████ | Spelling Error |
| 354 | 14 | ██████ | ██████ | Spelling Error |
| 354 | 16 | ██████ | ██████ | Spelling Error |
| 354 | 23 | ██████ | ██████ | Spelling Error |
| 355 | 5 | ██████ | ██████ | Spelling Error |
| 355 | 14 | ██████ | ██████ | Spelling Error |
| 357 | 6:7 | ██████ | ██████ | Transcription Error/Clarification |
| 358 | 22 | ██████ | ██████ | Spelling Error |
| 362 | 3 | ██████ | ██████ | Spelling Error |
| 363 | 2 | ██████ | ██████ | Transcription Error/Clarification |
| 364 | 8 | ██████ | ██████ | Spelling Error |
| 364 | 11 | ██████ | ██████ | Spelling Error |
| 365 | 16 | ██████ | ██████ | Transcription Error or Mistake |
| 370 | 2 | ██████ | ██████ | Spelling Error |
| 371 | 2 | ██████ | ██████ | Spelling Error |

| 128 | 6 | ███████████████ | Transcription error |
| 130 | 2 | ███████████████ | Transcription error |
| 132 | 14 | ███████████████ | Transcription error |
| 133 | 3 | ███████████████ | Transcription error |
| 133 | 17 | ███████████████ | Transcription error |
| 133 | 21 | ███████████████ | Transcription error |
| 134 | 7 | ███████████████ | Transcription error |
| 134 | 14 | ███████████████ | Transcription error |
| 134 | 19-20 | ███████████████ | Transcription error |
| 135 | 16 | ███████████████ | Transcription error |
| 135 | 18 | ███████████████ | Transcription error |
| 136 | 15 | ███████████████ | Transcription error |
| 141 | 17 | ███████████████ | Transcription error |
| 143 | 2 | ███████████████ | Transcription error |
| 148 | 1 | The words "might have followed" should read "might have been followed" | Omission |
| 149 | 16 | The words "apropos all" should read "all" | Transcription error |
| 155 | 4 | ███████████████ | Transcription error |
| 156 | 23 | ███████████████ | Transcription error |
| 157 | 23 | ███████████████ | Transcription error |
| 158 | 23 | ███████████████ | Transcription error |
| 177 | 6 | ███████████████ | Transcription error / clarification |
| 184 | 10 | ███████████████ | Transcription error |
| 194 | 22 | ███████████████ | Transcription error |
| 200 | 1 | ███████████████ | Transcription error |
| 200 | 9-10 | ███████████████ | Transcription error |
| 202 | 21 | ███████████████ | Clarification |
| 206 | 2 | ███████████████ | Transcription error |
| 206 | 5 | ███████████████ | Transcription error |

| | | "programmatic" | |
|---|---|---|---|
| 361 | 9 | ████████████████ | Clarification |
| 362 | 3 | ████████████ | Transcription error |
| 363 | 7 | ██████████████ | Transcription error |
| 364 | 8 | █████████████ | Transcription error |
| 364 | 11 | █████████████ | Transcription error |
| 366 | 22 | ███████████████ | Transcription error |
| 370 | 2 | █████████████ | Transcription error |
| 371 | 2 | █████████████ | Transcription error |
| 383 | 6 | ████████████ | Transcription error |
| 383 | 15 | ███████████████ | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date :  3/28/2024

*I. Simonson*

Itamar Simonson, Ph.D.

392

1

2               ACKNOWLEDGMENT OF DEPONENT

3

4                    I, Itamar Simonson, do

5    hereby certify that I have read the

6    foregoing pages, 1 - 393, and that the

7    same is a correct transcription of the

8    answers given by me to the questions

9    therein propounded, except for the

10   corrections or changes in form or

11   substance, if any, noted in the attached

12   Errata Sheet.

13

14

15   _I-Simonson_____  3/28/2024

16   ITAMAR SIMONSON, Ph.D.            DATE

17

18

19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.

21   My commission expires:_____

22

23   _____
     Notary Public

24