# Exhibit N

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - x

UNITED STATES, et al.,      :

    Plaintiffs,             :

  v.                          : Case No.

GOOGLE, LLC,                : 1:23-cv-00108

    Defendant.              :

- - - - - - - - - - - - - - - x

Monday, March 4, 2024

Washington, D.C.

Job No. CS6484199

Videotaped Deposition of:

WAYNE D. HOYER, Ph.D.,

called for oral examination by counsel for the Defendant, pursuant to notice, at the United States Department of Justice, Antitrust Division, 450 Fifth Street, Northwest, Suite 11-248, Washington, D.C. 20001, before Christina S. Hotsko, RPR, CRR, of Veritext Legal Solutions, a Notary Public in and for the District of Columbia, beginning at 8:33 a.m., when were present on behalf of the respective parties:

Page 250

1      Q.  I'm asking about Advertiser Perceptions'
2   surveys, not the surveys that Dr. Simonson
3   conducted.
4          Are we on the same page?
5      A.  Okay.  Same criticism of that.  They just
6   ask frequent -- they don't ask frequency.  They
7   just ask how many tools used.
8      Q.  You think Advertiser Perceptions' surveys
9   were flawed because they don't ask about frequency
10  of use?
11         MR. SHEANIN:  Objection.  Form.
12  Foundation.
13         THE WITNESS:  As I said before, I haven't
14  seen their surveys.
15  BY MS. DEARBORN:
16     Q.  Right.  You haven't reviewed any of
17  Advertiser Perceptions' other surveys, correct?
18     A.  That's correct.
19     Q.  So you have no basis to say whether
20  they're asking about frequency of use.
21     A.  Well, other than what's said in the
22  footnote of the Simonson report.

Page 251

1      Q.  Okay.  So your entire opinion is based on
2   the footnote -- on this score is based on the
3   footnote in Dr. Simonson's report?
4          MR. SHEANIN:  Objection.  Form.
5   Misstates testimony.  Foundation.
6          THE WITNESS:  As I've said, I'm not
7   criticizing Ad Perceptions.  I criticize
8   Simonson's report and the fact that there's no
9   information on frequency of use.
10  BY MS. DEARBORN:
11     Q.  Okay.  Well, you do question
12  Dr. Simonson -- the results of Dr. Simonson's
13  survey, don't you?
14     A.  Yes.
15     Q.  And you have no basis to opine one way or
16  the other as to whether the results in the survey
17  are similar or different to those that
18  Advertiser Perceptions has reached in other
19  surveys that it's conducted, right?
20         MR. SHEANIN:  Objection.  Form.
21  Foundation.
22         THE WITNESS:  That's correct.



Pages 252 and 253 (redacted).

64 (Pages 250 - 253)

Page 258

[redacted]

Page 259

[redacted]

Page 260

[redacted]

Page 261

[redacted]

66 (Pages 258 - 261)

Veritext Legal Solutions

800-567-8658 973-410-4098

Page 262

Page 263

3  BY MS. DEARBORN:
4      Q.  You say you assume that he destroyed that
5  data.
6          Do you know one way or the other?
7      A.  I don't, but he should have.
8      Q.  Okay.  Once survey respondents opted out
9  of having their survey responses included in the
10 final results, it was appropriate for Dr. Simonson
11 not to look at those responses any further, right?
12     A.  Absolutely.
13     Q.  And it was appropriate for him not to
14 include them in his final report, right?
15     A.  Absolutely.
16     Q.  Because doing otherwise would have broken
17 a promise.
18     A.  Absolutely.
19

Page 264

Page 265

67 (Pages 262 - 265)



Veritext Legal Solutions
800-567-8658    973-410-4098



Veritext Legal Solutions

800-567-8658                                                                 973-410-4098



70 (Pages 274 - 277)







Veritext Legal Solutions
800-567-8658
973-410-4098





85 (Pages 334 - 337)

Page 458

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11    MR. SHEANIN: Thank you. I have no
12 further questions.
13    MS. DEARBORN: Nothing further.
14    VIDEO TECHNICIAN: Okay. This now ends
15 the deposition of Dr. Wayne Hoyer. We're off the
16 record at 5:16 p.m.
17    (Whereupon, at 5:16 p.m., the videotaped
18    deposition of WAYNE D. HOYER, Ph.D., was
19    concluded.)
20
21
22

Page 459

1    CERTIFICATE OF NOTARY PUBLIC
2    I, CHRISTINA S. HOTSKO, the officer before
3 whom the foregoing deposition was taken, do hereby
4 certify that the witness whose testimony appears in
5 the foregoing deposition was duly sworn by me; that
6 the testimony of said witness was taken by me in
7 stenotypy and thereafter reduced to typewriting under
8 my direction; that said statement is a true record of
9 the proceedings; that I am neither counsel for,
10 related to, nor employed by any of the parties to the
11 action in which this statement was taken; and,
12 further, that I am not a relative or employee of any
13 counsel or attorney employed by the parties hereto,
14 nor financially or otherwise interested in the
15 outcome of this action.
16 Dated: March 6, 2024
17
18    CHRISTINA S. HOTSKO
19    Notary Public in and for the
20    District of Columbia
21 My commission expires:
22 1 January 2027

116 (Pages 458 - 459)

Veritext Legal Solutions

800-567-8658                           973-410-4098

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

|  |  | is they were asked to focus on their biggest client." | is they were asked to focus on the client **they spent the most time on**." |  |
|---|---|---|---|---|
| 169 | 1-5 | [redacted] | [redacted] | Clarification |
| 173 | 12 | [redacted] | [redacted] | Correction |
| 199 | 1 | "colleagues from the University of Bern in Wharton" | "colleagues from the University of Bern **and** Wharton" | Clarification |
| 203 | 8-10 | "To ensure that our sample contains a sufficient number of companies with both **hot** -- low and high degrees of.." | "To ensure that our sample contains a sufficient number of companies with both -- low and high degrees of.." | Typo |
| 220 | 2-4 | [redacted] | [redacted] | Clarification |
| 241 | 6-7 | "It's not – there are not multiple quotes" | "**There** are multiple quotes" | Typo; Clarification |
| 252-253 | 21-5 | [redacted] | [redacted] | Transcription Error; Clarification |
| 253 | 10-11 | [redacted] | [redacted] | Clarification |
| 278 | 17 | [redacted] | [redacted] | Typo |
| 299 | 6-9 | [redacted] | [redacted] | Clarification |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| Page | Lines | Original | Corrected | Reason |
|---|---|---|---|---|
| 314-315 | 21-2 | "Because in Simon's [sic] report, people are opting to change and spending more and switching, diverting, in his question." | "Because in Simonson's report, people are opting to change and spending more and switching, diverting, in his question." | Typo |
| 353 | 13-14 | ███ | ███ | Typo |
| 356 | 21-22 | ███ | ███ | Clarification |
| 386 | 4-5 | ███ | ███ | Typo |
| 392 | 11 | ███ | ███ | Clarification |
| 397 | 9-10 | ███ | ███ | Typo |
| 412 | 6-7 | ███ | ███ | Clarification |
| 429 | 2-5 | ███ | ███ | Clarification |
| 430 | 2-3 | ███ | ███ | Clarification |

*[signature]*