# Exhibit O

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

United States of America, *et al.*,

**Plaintiffs,**

**v**

Google LLC,

**Defendant.**

**Case No. 1:23-cv-00108**

**HON. LEONIE H. M. BRINKEMA**

EXPERT REBUTTAL REPORT OF

**WAYNE D. HOYER, PH.D.**

**FEBRUARY 13, 2023**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**FIGURE 4:**

:

### III.A.4. Professor Simonson's Final Sample May Not be A Representative Sample of U.S. Advertisers

65. [106]

106 Simonson Report, Section III.B., ¶ 33.

Lee Initial Report, Section IV.F., ¶ 388,

Expert Report of Wayne D. Hoyer, Ph.D. Case No. 1:23-cv-00108 | Page 35



.[107]

66. .[108] Consequently, Prof. Simonson cannot draw conclusions about U.S. advertisers from his surveys. As a well-known treatise on the use of surveys in litigation notes, when "[t]he sampling frame excludes part of the target population…the survey's value depends on the proportion of the target population that has been excluded from the sampling frame and the extent to which the excluded population is likely to respond differently from the included population."[109] Furthermore "[i]f the sampling frame does not include important groups in the target population, there is generally no way to know how the unrepresented members of the target population would have responded."[110]

67.

a.

---

[107] Simonson Report, Section III.B., ¶ 34.

[108] *See* Simonson Report, Appendix I; *see also*,

[109] Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence,* 3rd ed. (Washington, DC: The National Academies Press, 2011), at 378.

[110] *See*, Shari Seidman Diamond, "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence,* 3rd ed. (Washington, DC: The National Academies Press, 2011), 379.

[157] .

83.

[158]

84.

[157] Simonson Report, Section IV.B.2., ¶ 81.

[158] *See* Itamar Simonson and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, (Chicago: American Bar Association, 2012), 243–259, at 245–246 ("Even if respondents misinterpret what the experimenter has in mind, the mere fact that many study participants form similar beliefs as to what is expected of them may bias the results. That is, demand effects can have a significant impact on research findings whether or not they conform to any particular research hypotheses or study objectives").

[redacted].[159] [redacted][160]

85. [redacted][161]

## III.C. [redacted]

86. A critical feature of a reliable survey, one that can provide insights into behavior, is that the respondents were attentive and responded carefully, ensuring their responses reflect their beliefs, actual behavior, or probable behavior in a hypothetical scenario. [redacted]

159 Simonson Report, Exhibit 1.

160 Simonson Report, Exhibit 37.

161 Simonson Report, Section IV.B.2., ¶ 81.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

121. 

Without details like demographics, work responsibilities, or job titles, it is not possible to determine the representativeness of the sample, the relevance of the respondents' feedback or the validity of the conclusions drawn from the pretests.

Wayne D. Hoyer, Ph.D.

Date: February 13, 2024

Expert Report of Wayne D. Hoyer, Ph.D. Case No. 1:23-cv-00108 | Page 71

## Expert Rebuttal Report of Wayne Hoyer (February 13, 2024)--Errata

| Page | Paragraph | Footnote | Original | Corrected | Reason |
|---|---|---|---|---|---|
| 43 | | 137 | [redacted] | [redacted] | Typo |
| 52 | 83 | . | [redacted] | [redacted] | Typo |
| 54 | 89 | | [redacted] | [redacted] | Typo |
| 56 | 92 | . | [redacted] | [redacted] | Typo |
| 57 | 95 | . | [redacted] | [redacted] | Typo |
| 59 | 97 | | [redacted] | [redacted] | Typo |

