UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR NON-PARTIES VML, LLC AND YOUNG & RUBICAM LLC

To:   The clerk of the court and all parties and counsel of record.

PLEASE TAKE NOTICE of the appearance of James D. Sadowski, Esq., an attorney with the law firm of Greenstein DeLorme & Luchs, P.C.  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  VML, LLC and Young & Rubicam, LLC.  These two companies have highly confidential documents that were produced during discovery in this case and those documents should only be filed under seal.

Respectfully submitted

Date:  June 3, 2024

/s/ James D. Sadowski
James D. Sadowski (VSB #38326)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  jds@gdllaw.com
*Counsel for Non-Parties VML, LLC and*
*Young & Rubicam, LLC*

4864-7755-4881.v1

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2024, I filed the foregoing Notice of Appearance of Counsel for Non-Parties VML, LLC and Young & Rubicam LLC, and a copy should be served by Notice of Electronic Filing on all persons designated to receive electronic notice in this case.

/s/ James D. Sadowski
James D. Sadowski