IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER SUSTAINING IN PART PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING MOTION TO AMEND COORDINATION ORDER[1]**

Before the Court is Plaintiffs' Objections to the Magistrate Judge's Order of April 19, 2024 denying Plaintiffs' Motion to Amend Order Regarding Coordination of Discovery. ECF No. 622.

*Whereas*, Plaintiffs seek access to "transcripts [including exhibits] from depositions of witnesses who are already listed on any parties' initial disclosures served in this case" (*see* ECF No. 622-1);

*Whereas*, upon hearing Plaintiffs' objections, the Court overruled the decision of the Magistrate Judge and ruled that Plaintiffs' request should be granted but that "the order would be, only those witnesses who are going to be called to testify, who have been deposed, their transcripts would be appropriate" (5/31/2024 Hearing Tr. at 10:24-11:1);

*Whereas*, counsel for Google represented to the Court: "So we would submit a way to go forward here is, let's exchange those witness lists on June 28th, and for anybody on those

---

[1] The parties met-and-conferred following the hearing but were unable to agree on a joint proposed order.

witness lists, we'll turn over the transcripts" (5/31/2024 Hearing Tr. at 11:8-11);

After considering the arguments and submissions of the parties, Plaintiffs' objections are SUSTAINED IN PART, and

IT IS HEREBY ORDERED that for any witness appearing on either side's Witness List filed on June 28, 2024, for whom a deposition was taken in *The State of Texas, et al. v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.) (the "Texas Case"), Google will produce to Plaintiffs the Texas Case deposition transcript (and exhibits thereto) by July 5, 2024, for use solely for impeachment of that witness. This shall include testimony of corporate entities if the corporate entity or one of its employees is listed on either side's Witness List filed on June 28, 2024.

SO ORDERED this \_\_\_\_\_ day of _____, 2024

_____

WE ASK FOR THIS:

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney<br><br>/s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov<br><br>/s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL E. WOLIN<br>AARON M. TEITELBAUM<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | JASON S. MIYARES<br>Attorney General of Virginia<br><br>/s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us<br><br>Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |