UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## ORDER

Upon consideration of the Joint Motion for an Additional Limited Extension of Time to Respond to Motions to Seal Exhibits for Briefing on Summary Judgment and Motions to Exclude Expert Testimony, and for good cause shown, the Court hereby ORDERS that the motion is GRANTED; and it is hereby ORDERED that any responses (by parties or non-parties) to the motions to seal at ECF Nos. 592, 605, 612, 642, 648, 651, 661, 667, 698, 712, 715, 719 shall be filed no later than **June 14, 2024**.

DATE: June 4, 2024

/s/ _____
Leonie M. Brinkema
United States District Judge