# EXHIBIT 22

# REDACTED

**From:** Wood, Julia (ATR) <Julia.Tarver.Wood@usdoj.gov>
**Date:** Saturday, Jun 01, 2024 at 8:10 PM
**To:** Mauser, Amy <amauser@paulweiss.com>, Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov>
**Cc:** Becker, Bryon P <BPBecker@paulweiss.com>, Freeman, Michael (ATR) <Michael.Freeman@usdoj.gov>, Nakamura, Brent (ATR) <Brent.Nakamura@usdoj.gov>, Garcia, Kelly (ATR) <Kelly.Garcia@usdoj.gov>, Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>, Tyler T. <THenry@oag.state.va.us>, Lauren Pomeroy <Lauren.Pomeroy@doj.ca.gov>, Morgan <morgan.feder@ag.ny.gov>, Dugan, Colleen (ATR) <Colleen.Dugan@usdoj.gov>, Rhee, Jeannie S <jrhee@paulweiss.com>, Robert McCallum <rob.mccallum@freshfields.com>, Andrew Ewalt <Andrew.Ewalt@freshfields.com>, Julie Elmer <Julie.Elmer@freshfields.com>, Dunn, Karen L <kdunn@paulweiss.com>, craig.reilly@ccreillylaw.com <craig.reilly@ccreillylaw.com>, bjustus@axinn.com <bjustus@axinn.com>, Bitton, Daniel S. <dbitton@axinn.com>
**Subject:** RE: [EXTERNAL] RE: United States et al v. Google LLC, 1:23-cv-00108-LMB-JFA (E.D. Va.) - Meet and Confer re Motion to Dismiss

Counsel – below is a description of the calculation for the FAAs' damages in this case, assuming a 5% but-for take rate. As we discussed, the figures, formulas, and methodology for this calculation are contained in the Lim Report with its associated errata. *See* Lim Report Paragraphs 73-81 (including relevant inputs from Figures 19, 20, 36, 37, and 38).

1. The **Total AdX Overcharge** based on a 5% take rate is taken from Lim Figure 38, with additional precision (▮▮) provided from the backup file for Figure 38: ▮▮▮▮▮▮.
2. 
3. The **Total AdX Overcharge** (▮▮▮▮▮▮) is then added to the ▮▮▮▮▮▮ ▮▮▮▮▮▮ to arrive at a **Total Overcharge** of ▮▮▮▮▮▮.
4. **Prejudgment Interest** is calculated using publicly available rates, as described in paragraphs 79 and 80 of the Lim Report, to arrive at a figure of: ▮▮▮▮. (This number can also be derived ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).
5. To calculate **Treble Damages**, multiply 3 times the **Total Overcharge** (▮▮▮▮▮▮) to arrive at ▮▮▮▮▮▮.
6. Finally, add **Prejudgment Interest** (▮▮▮▮) to **Trebled Damages** (▮▮▮▮▮▮) to arrive at **Total Damages** of: ▮▮▮▮▮▮.

Unfortunately, we noticed in our review that the damages figure used in our brief filed on Thursday incorrectly incorporated the wrong amount for the Total AdX Overcharge taken from Lim Figure 38. We used the number supplied in the original, uncorrected, Respess report and not from the corrected errata for Figure 38 that was served thereafter. The numbers we provide above have been changed to correct that error. We apologize for any confusion in that regard.

We are happy to continue our discussion and answer any additional questions you have.

Best,
Julia


**Julia Tarver Wood**
Senior Litigation Counsel
United States Department of Justice, Antitrust Division

450 Fifth Street NW | Washington, DC 20530
(202) 552-9047 (Mobile Phone)
Julia.Tarver.Wood@usdoj.gov
*Pronouns: She/Her/Hers*

**From:** Wood, Julia (ATR)
**Sent:** Friday, May 31, 2024 5:13 PM
**To:** Mauser, Amy <amauser@paulweiss.com>; Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov>
**Cc:** Becker, Bryon P <BPBecker@paulweiss.com>; Freeman, Michael (ATR) <Michael.Freeman@usdoj.gov>; Nakamura, Brent (ATR) <Brent.Nakamura@usdoj.gov>; Garcia, Kelly (ATR) <Kelly.Garcia@usdoj.gov>; Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>; Tyler T. <THenry@oag.state.va.us>; Lauren Pomeroy <Lauren.Pomeroy@doj.ca.gov>; Morgan <morgan.feder@ag.ny.gov>; Dugan, Colleen (ATR) <Colleen.Dugan@usdoj.gov>; Rhee, Jeannie S <jrhee@paulweiss.com>; Robert McCallum <rob.mccallum@freshfields.com>; Andrew Ewalt <Andrew.Ewalt@freshfields.com>; Julie Elmer <Julie.Elmer@freshfields.com>; Dunn, Karen L <kdunn@paulweiss.com>; craig.reilly@ccreillylaw.com; bjustus@axinn.com; Bitton, Daniel S. <dbitton@axinn.com>
**Subject:** RE: [EXTERNAL] RE: United States et al v. Google LLC, 1:23-cv-00108-LMB-JFA (E.D. Va.) - Meet and Confer re Motion to Dismiss

Folks – with my apologies, I spoke too soon about being able to send our calculations to you today.  I did not realize that one of the key people who assisted with the calculation is out this afternoon/evening ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  We will get the calculation to you as soon as possible, hopefully tomorrow.

Best,
Julia

**Julia Tarver Wood**
Senior Litigation Counsel
United States Department of Justice, Antitrust Division
450 Fifth Street NW | Washington, DC 20530
(202) 552-9047 (Mobile Phone)
Julia.Tarver.Wood@usdoj.gov
*Pronouns: She/Her/Hers*