**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC moves for leave to file under seal portions of Exhibit 22 attached to its Reply in Support of Its Motion to Dismiss the United States' Damages Claim and to Strike the Jury Demand as well as certain portions of its Reply.  Upon consideration of the motion, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted due to the presence of material protected from public disclosure due to the presence of material Plaintiffs marked as confidential or highly confidential.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that the redacted text in Exhibit 22 and Google's Reply in Support of Its Motion to Dismiss the United States' Damages Claim and to Strike the Jury Demand shall remain under seal until further order of the Court.

ENTERED this ____ day of _____ 2024.

Alexandria, Virginia                    _____