UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Defendant Google LLC ("Google) filed a motion seeking leave to file a redacted exhibit to Google LLC's Reply in Support of Its Motion to Dismiss the United States' Damages Claim and to Strike the Jury Demand as well as a redacted version of Google's Reply in Support of Its Motion to Dismiss the United States' Damages Claim and to Strike the Jury Demand.  Pursuant to Local Civil Rule 5, Google hereby notifies Plaintiffs and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.  If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

| | |
|---|---|
| Dated: June 5, 2024 | Respectfully submitted, |
| | |
| Eric Mahr (pro hac vice) | /s/ Craig C. Reilly |
| Andrew Ewalt (pro hac vice) | Craig C. Reilly (VSB # 20942) |
| Julie Elmer (pro hac vice) | THE LAW OFFICE OF |
| Lauren Kaplin (pro hac vice) | CRAIG C. REILLY, ESQ. |
| Scott A. Eisman (pro hac vice) | 209 Madison Street, Suite 501 |
| Jeanette Bayoumi (pro hac vice) | Alexandria, VA 22314 |
| Claire Leonard (pro hac vice) | Telephone: (703) 549-5354 |
| Sara Salem (pro hac vice) | Facsimile: (703) 549-5355 |
| Tyler Garrett (VSB # 94759) | craig.reilly@ccreillylaw.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | |
| 700 13th Street, NW, 10th Floor | Kannon K. Shanmugam (pro hac vice) |
| Washington, DC 20005 | Karen L. Dunn (pro hac vice) |
| Telephone: (202) 777-4500 | Jeannie S. Rhee (pro hac vice) |
| Facsimile: (202) 777-4555 | William A. Isaacson (pro hac vice) |
| eric.mahr@freshfields.com | Amy J. Mauser (pro hac vice) |
| | Martha L. Goodman (pro hac vice) |
| | Bryon P. Becker (VSB # 93384) |
| Daniel Bitton (pro hac vice) | Erica Spevack (pro hac vice) |
| AXINN, VELTROP & HARKRIDER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 55 2nd Street | |
| San Francisco, CA 94105 | 2001 K Street, NW |
| Telephone: (415) 490-2000 | Washington, DC 20006-1047 |
| Facsimile: (415) 490-2001 | Telephone: (202) 223-7300 |
| dbitton@axinn.com | Facsimile (202) 223-7420 |
| | kdunn@paulweiss.com |
| Bradley Justus (VSB # 80533) | |
| AXINN, VELTROP & HARKRIDER LLP | Meredith Dearborn (pro hac vice) |
| 1901 L Street, NW | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | 535 Mission Street, 24th Floor |
| Facsimile: (202) 912-4701 | San Francisco, CA 94105 |
| bjustus@axinn.com | Telephone: (628) 432-5100 |
| | Facsimile: (202) 330-5908 |
| | mdearnborn@paulweiss.com |
| | |
| | Erin J. Morgan (pro hac vice) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3387 |
| | Facsimile: (212) 492-0387 |
| | ejmorgan@paulweiss.com |
| | |
| | *Counsel for Defendant Google LLC* |