IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Sur-Reply in Further Response to Defendant's Motion to Dismiss the United States' Damages Claim and to Strike the Jury Demand. For good cause shown, Plaintiffs' motion is HEREBY GRANTED.

SO ORDERED THIS _____ DAY OF JUNE, 2024.

_____