**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal certain portions of and certain exhibits to their Sur-Reply In Opposition to Google's Motion to Strike the Jury Demand and to Dismiss, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS the motion for sealing should be granted pursuant to the Modified Protective Order, ECF No. 203, and applicable law.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the redacted portions of Plaintiffs' Sur-Reply In Opposition to Google's Motion to Strike the Jury Demand and to Dismiss and related exhibits shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____