IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Sur-Reply in Further Response to
Defendant's Motion to Dismiss the United States' Damages Claim and to Strike the Jury
Demand. For good cause shown, Plaintiffs' motion is HEREBY GRANTED.

SO ORDERED THIS 6th DAY OF JUNE, 2024.

/s/

Leonie M. Brinkema
United States District Judge