## *** CIVIL MOTION MINUTES ***

Date: 6/7/2024                                  Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:06 – 10:57 (00:51)                     Case No.: 1:23-cv-00108-LMB-JFA

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ]  Plaintiff: Julia Wood, Michael Wolin, Gerard Mene, Jonathan Harrison, Matthew Huppert
[ X ]  Defendant:  Craig Reilly, Karen Dunn, Amy Mauser, Jeannie Rhee, William Issacson

**Re:**      [ 628 ] MOTION to Strike Jury Demand and to Dismiss – **GRANTED – The matter is set for a BENCH trial on 9/9/2024 at 9:00 AM.**


Argued and:

[ X ] Summary Judgment Hearing set for June 21, 2024 at 10:00 AM.

[ X ] Parties to meet and confer regarding schedule for filing of witness and exhibit lists.

[ X ] Proposed findings of fact to be filed 3 weeks before trial.

[ X ] Court advised parties that during trial once an exhibit is "admitted" the parties have the responsibility of posting it to their respective website for public/media access.

[ X ] Order to Follow.