**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

UNITED STATES, et al.,                     )
                                           )
                Plaintiffs,                )
      v.                                   )          No. 1:23-cv-00108-LMB-JFA
                                           )
GOOGLE LLC,                                )
                                           )
                Defendant.                 )

**SUPPLEMENT TO PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

On May 17, 2024, Plaintiffs filed their Opposition to Defendant's Motion for Summary Judgment, ECF No. 656, and moved this Court to seal certain exhibits attached thereto, ECF No. 667. Plaintiffs' Exhibit 12—excerpts of a deposition of an employee of a non-party—was filed publicly with redactions at that time. ECF No. 656-13. Counsel for that non-party recently notified Plaintiffs that it was the non-party's intent to designate the entirety of the deposition transcript as highly confidential under the operative protective order, ECF No. 203. Therefore, pursuant to Local Rule 5(C), and for the reasons set forth in Plaintiffs' Motion to Seal and associated memorandum at ECF Nos. 667-68, Plaintiffs respectfully request that the Court maintain Plaintiffs' Exhibit 12 fully under seal until June 14, 2024, at which time the non-party will provide its bases, if any, for continued sealing in response to Plaintiffs' Motion to Seal, ECF No. 667.[1] *See* ECF No. 728.

---

[1] Counsel for the United States has contacted the Clerk's Office to request that this particular exhibit be sealed on the docket so that the associated non-party has the opportunity to advocate for continued sealing through a filing on or before June 14, 2024.

Dated: June 7, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Aaron M. Teitelbaum
AARON M. TEITELBAUM

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of
Virginia and local counsel for the
States of Arizona, California,
Colorado, Connecticut, Illinois,
Michigan, Minnesota, Nebraska, New
Hampshire, New Jersey, New York,
North Carolina, Rhode Island,
Tennessee, Washington, and West
Virginia