AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Magnite, Inc.   .

Date:   06/13/2024

/s/ Patrick Greco
*Attorney's signature*

Patrick Greco (Va. Bar No. 90756)
*Printed name and bar number*

300 New Jersey Ave NW, Ste 900
Washington, DC 20001

*Address*

Patrick@kressinmeador.com
*E-mail address*

(540) 905-2973
*Telephone number*

*FAX number*