AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omnicom Group, Inc., DDB Worldwide LLC, GSD&M LLC, and OMD USA LLC  .

Date:   06/13/2024

/s/ David L. Johnson
*Attorney's signature*

David L. Johnson (VA Bar No. 89289)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004

*Address*

david.johnson@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*