UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

Untied States et al.

vs.  Civil/Criminal Action No. 1-23-cv-00108-LMB-JFA

Google LLC

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Omnicom Group Inc. ("OMC"), DDB Worldwide LLC ("DDB"), GSD&M LLC, and OMD USA LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

OMC is a publicly-held corporation (NYSE:OMC). No publicly traded company holds more than 10% of OMC stock.

DDB is a wholly owned subsidiary of OMC. GSD&M and OMD are all wholly owned by wholly owned subsidiaries of OMC.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| June 13, 2024 | David L. Johhnson |
|---|---|
| Date | Signature of Attorney or Litigant |
| | Counsel for Omnicom Group Inc., DDB Worldwide LLC, GSD&M LLC, and OMD USA LLC |

Rev. 03/12/19