# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States, et al.<br>*Plaintiff*<br>v.<br>Google LLC<br>*Defendant* | )<br>)<br>)  Case No.  1:23cv108 LMB/JFA<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yieldmo, Inc.

Date:  June 14, 2024

*Attorney's signature*

Charles B. Molster, III  Va. Bar No. 23613
*Printed name and bar number*

Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
*Address*

cmolster@molsterlaw.com
*E-mail address*

(703) 346-1505
*Telephone number*

N/A
*FAX number*