### *** CIVIL MOTION MINUTES ***

Date: 6/14/2024                    Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:28 – 10:58 (00:30)              Case No.: 1:23-cv-00108-LMB-JFA

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

---

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

---

Appearances of Counsel for:

[ X ]  Plaintiff: Julia Wood, Michael Wolin, Gerard Mene, Tyler Henry, Michael Freeman, Craig Briskin

[ X ]  Defendant:  Craig Reilly, Karen Dunn, Amy Mauser, Jeannie Rhee, William Issacson

**Re:**   [ 572 ] MOTION to Exclude *Opinion Testimony of Prof. Robin S. Lee* **- DENIED**
[ 575 ] MOTION to Exclude *Opinion Testimony of Adoria Lim* **- DENIED**
[ 578 ] *MOTION to Exclude Opinion Testimony of Dr. Timothy Simcoe* **- DENIED**
[ 587 ] *MOTION to Exclude Expert Testimony of Anthony Ferrante*  **- GRANTED**
[ 609 ] *MOTION to Exclude Opinions of Itamar Simonson and Related Opinions of Mark Israel* **– DENIED**
[ 569 ] MOTION for Summary Judgment **– DENIED**

Argued and:

[ X ] Order to Follow.