AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Equativ SAS.

Date: 6/14/2024

/s/ Craig Gerald Falls
*Attorney's signature*

Craig Gerald Falls (VSB# 72926)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
United States
*Address*

cfalls@orrick.com
*E-mail address*

(202) 339-8611
*Telephone number*

(202) 339-8500
*FAX number*