IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that Google's Motion to Exclude Opinion Testimony of Prof. Robin S. Lee, [Dkt. No. 572]; Motion to Exclude the Testimony of Adoria Lim, [Dkt. No. 575]; Motion to Exclude the Testimony of Dr. Timothy Simcoe, [Dkt. No. 578]; and Motion for Summary Judgment, [Dkt. No. 569], be and are DENIED WITHOUT PREJUDICE; and it is further

ORDERED that plaintiffs' Motion to Exclude Opinions of Itamar Simonson and Related Opinions of Mark Israel, [Dkt. No. 609], be and is DENIED WITHOUT PREJUDICE, and plaintiffs' Motion to Exclude Testimony of Anthony Ferrante, [Dkt. No. 587], be and is GRANTED; and it is further

ORDERED that the Clerk UNSEAL the Memorandum Opinion explaining the Court's decision to grant Google's Motion to Dismiss the United States' Damages Claim as Moot and to Strike the Jury Demand, [Dkt. No. 748].

The Clerk is directed to forward copies of this Order to counsel of record and cancel the hearing scheduled for Friday, June 21, 2024.

Entered this 14 day of June, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge