AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

third party Amazon.com Inc.

Date: June 14, 2024

/s/ Michael R. Dziuban
*Attorney's signature*

Michael R. Dziuban, VA Bar No. 89136
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW,
Washington, D.C. 20036
*Address*

MDziuban@gibsondunn.com
*E-mail address*

(202) 955-8252
*Telephone number*

(202) 530-4247
*FAX number*