**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA |

**RULE 7.1 DISCLOSURE STATEMENT OF AMAZON.COM, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, third party Amazon.com, Inc., by and through its undersigned counsel, states as follows: Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock.

Dated:  June 14, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Michael R. Dziuban*
         Michael R. Dziuban

1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:   202.955.8500
Facsimile:     202.467.0539
Email:  MDziuban@gibsondunn.com

*Attorney for Third Party Amazon.com, Inc.*