# APPENDIX A

I. **Document Description: Excerpts From the Opening Expert Report of Prof. Robin S. Lee on behalf of Plaintiffs, dated December 22, 2023**

**This report or excerpts thereof containing Equativ Materials appears in the following documents:**

- **Exhibit 1** to Google's Memorandum in Support of its Motion for Summary Judgement (Dkt. Nos. 570 (redacted brief), 571 (sealed brief)), the Declaration of Bryon Becker in Support of Google's Motion for Summary Judgment and Motions to Exclude (Dkt. Nos. 581 (declaration), 581-1 (sealed exhibit)), Google's Memorandum in Support of its Motion to Exclude the Testimony of Prof. Robin S. Lee (Dkt. Nos. 573 (redacted brief), 574 (sealed brief)), Google's Memorandum in Support of its Motion to Exclude the Testimony of Adoria Lim (Dkt. Nos. 576 (redacted brief), 577 (sealed brief)), and Google's Memorandum in Support of Motion to Exclude the Testimony of Prof. Timothy Simcoe (Dkt. Nos. 579 (redacted brief), 580 (sealed brief))

- **Exhibit 8** to Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. Nos. 656 (redacted brief) 669 (sealed brief)), and the Declaration of Aaron Teitelbaum in Support of the same (Dkt. Nos. 656-1 (declaration), 656-9 (redacted exhibit), 670-7(sealed exhibit))

- **Exhibit A** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Robin S. Lee (Dkt. Nos. 660 (redacted brief), 660-1 (redacted exhibit), 663 (sealed brief), 663-1 (sealed exhibit))

- **Exhibit D** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Timothy Simcoe (Dkt. Nos. 640 (redacted brief), 640-4 (redacted exhibit), 644 (sealed brief), 644-4 (sealed exhibit))

- **Exhibit 127** to Google's Reply in Support of its Motion to Exclude the Testimony of Prof Timothy Simcoe and the Declaration of Bryon Becker in Support of the same (Dkt. Nos. 706 (redacted brief), 708 (declaration), 708-1 (sealed exhibit), 707 (sealed brief), 709-1 (sealed exhibit))

| Citation(s) | Basis for Sealing and/or Redaction |
|---|---|
| Footnote 552 | Information reveals detailed metrics on open-web display impressions transacted by Equativ and the geographic distribution of publishers and users based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |
| P. 266 (not including corresponding footnote) | Testimony from Deposition of Equativ CEO Arnaud Creput revealing Equativ's internal assessments of the market conditions, which impacts Equativ's competitive position.<br><br>Equative requests to redact as follows: "When asked why Equativ's publisher ad server lost [**REDACTED**] to Google's DFP, . . . . ad spend." |
| 183, footnote 634, Figure 45<br>199, Figure 47<br>200, Figure 48<br>Figure 84<br>Figure 85<br>Figure 86<br>D-3, Figure 90<br>D-4, Figure 91<br>D-8, Figure 95<br>D-9, Figure 96 | Detailed figures, charts, and graphs revealing Equativ's market share and other metrics related to open-web display (including impressions, spend, and display takes) based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |

| Citation(s) | Basis for Sealing and/or Redaction |
|---|---|
| D-18, Figure 107<br>Figure 108<br>E-2, Figure 110<br>G-1, Figure 122<br>G-3, Figure 124<br>G-9, Figure 130<br>G-10, Figure 131 | |
| 203, Figure 49<br>D-5, Figure 92<br>G-4, Figure 125 | Detailed figures, charts, and graphs revealing Equativ's net revenues on the sale of indirect open-web display impressions based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |
| 204, Figure 50<br>205, Figure 51<br>D-6, Figure 93<br>D-7, Figure 94<br>G-2, Figure 123 | Detailed figures, charts, and graphs revealing Equativ's ad exchange fees from indirect open-web display transactions based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |
| Paragraph 489 and footnote 700 | Information reveals expert analysis of Equativ's market shares based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests to redact paragraph 489 as follows: "I find that impression and net revenue shares among this subset of exchanges **[REDACTED]** involving ng US publishers or US users."<br><br>Equativ requests to redact footnote 700 as follows: "For example, I find that there is **[REDACTED]** share difference for AdX among this subset of exchanges, for both impressions and net revenues and across all years 2020 – 2022, between US market shares computed based on user versus publisher location. See Figure 86 and Figure 87 in Appendix |

| Citation(s) | Basis for Sealing and/or Redaction |
|---|---|
|  | C.4. ([**REDACTED**)] data does not contain net revenue information and is excluded from the calculation of net revenue shares)." |
| Footnote 567 | Information reveals expert analysis of Equativ's market shares based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |
| Footnote 635 | Equativ confidential document revealing Equativ's internal assessments of market conditions, which impacts Equativ's competitive position.<br><br>Equativ requests that this material remains sealed. |

II. **Document Description: Excerpts From the Rebuttal Expert Report of Prof. Robin S. Lee on behalf of Plaintiffs, dated February 13, 2024**

**This report or excerpts thereof containing Equativ Materials appears in the following document:**

- **Exhibit 3** to Google's Memorandum in Support of its Motion for Summary Judgement (Dkt. Nos. 570 (redacted brief), 571 (sealed brief)), the Declaration of Bryon Becker in Support of Google's Motion for Summary Judgment and Motions to Exclude (Dkt. Nos. 581 (declaration), 581-3 (sealed exhibit)), and Google's Memorandum in Support of its Motion to Exclude the Testimony of Prof. Robin S. Lee (Dkt. Nos. 573 (redacted brief), 574 (sealed brief))

| Citation(s) | Basis for Sealing |
|---|---|
| B-26, Figure 88 | Detailed figure revealing Equativ's worldwide spending and impressions based on Equativ's internal, non-public and highly commercially sensitive data. Equativ requests that this material remains sealed. |

III. **Document Description: Excerpts from the Supplemental Expert Report of Robin S. Lee on behalf of Plaintiffs, dated March 4, 2024**

**This report or excerpts thereof containing Equativ Materials appears in the following document:**

- **Exhibit G** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Robin S. Lee (Dkt. Nos. 660 (redacted brief), 660-7 (redacted exhibit), 663 (sealed brief), 663-7 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| Appendix B, Page B-1, Figure 6 88 | Detailed figure revealing Equativ's worldwide impressions based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |

IV. **Document Description: Excerpts From the Expert Report of Gabriel Weintraub on behalf of Plaintiffs, dated December 22, 2023**

**This report or excerpts thereof containing Equativ Materials appears in the following document:**

- **Exhibit 4** to Google's Memorandum in Support of its Motion for Summary Judgement (Dkt. Nos. 570 (redacted brief), 571 (sealed brief)), and the Declaration of Bryon Becker in Support of Google's Motion for Summary Judgment and Motions to Exclude (Dkt. Nos. 581 (declaration), 581-4 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| 110 and footnote 381 | Testimony from Deposition of Equativ CEO Arnaud Creput revealing details of Equativ's competitive strategy.<br><br>Equativ requests that this material remains sealed. |

V. **Document Description: Excerpts From the Expert Report of Prof. Timothy Simcoe on behalf of Plaintiffs, dated December 22, 2023**

**This report or excerpts thereof containing Equativ Materials appears in the following documents:**

- **Exhibit 5** to Google's Memorandum in Support of its Motion for Summary Judgement (Dkt. Nos. 570 (redacted brief), 571 (sealed brief)), the Declaration of Bryon Becker in Support of Google's Motion for Summary Judgment and Motions to Exclude (Dkt. Nos. 581 (declaration), 581-5 (sealed exhibit)), Google's Memorandum in Support of its Motion to Exclude the Testimony of Adoria Lim (Dkt. Nos. 576 (redacted brief), 577 (sealed brief)), Google's Memorandum in Support of Motion to Exclude the Testimony of Prof. Timothy Simcoe (Dkt. Nos. 579 (redacted brief), 580 (sealed brief))
- **Exhibit A** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Timothy Simcoe (Dkt. Nos. 640 (redacted brief), 640-1 (redacted exhibit) 644 (sealed brief), 644-1 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| Figure 5<br>Figure 7 | Detailed figures revealing Equativ's worldwide spending and impressions based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |

**VI.    Document Description: Excerpts From the Expert Report of Rosa M. Abrantes-Metz on behalf of Plaintiffs, dated December 22, 2023**

**This report or excerpts thereof containing Equativ Materials appears in the following document:**

- **Exhibit 27** to Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. Nos. 656 (redacted brief), 669 (sealed brief)), and the Declaration of Aaron Teitelbaum in Support of the same (Dkt. Nos. 656-1 (declaration), 657-5 (redacted exhibit), 670-26 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| Paragraph 436 | Testimony from Deposition of Equativ CEO Arnaud Creput revealing Equativ's internal assessments of market conditions, which impacts Equativ's competitive position.<br><br>Equativ requests that this material remains sealed. |

VII.  **Document Description: Excerpts from the Supplemental Expert Report of Robin S. Lee on behalf of Plaintiffs, dated March 4, 2024**

This report or excerpts thereof containing Equativ Materials appears in the following document:

- **Exhibit G** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Robin S. Lee (Dkt. Nos. 660 (redacted brief), 660-7 (redacted exhibit), 663 (sealed brief), 663-7 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| Appendix B, Page B-1, Figure 6 | Detailed figure revealing Equativ's ad server impressions based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |

VIII.  **Document Description: Excerpts From the Expert Report of Mark A. Israel on behalf of Google, dated January 23, 2024**

This report or excerpts thereof containing Equativ Materials appears in the following document:

- **Exhibit H** to Plaintiffs' Opposition to Google's Motion to Exclude the Testimony of Prof. Timothy Simcoe (Dkt. Nos. 640 (redacted brief), 640-8 (sealed exhibit), 644 (sealed brief), 644-7 (sealed exhibit))

| Citation(s) | Basis for Sealing |
|---|---|
| Figure 41 | Detailed figure revealing Equativ's market share of indirect open web display exchange spending based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>Equativ requests that this material remains sealed. |