UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00108 |
| Google LLC | ) | |
| *Defendant* | ) | |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc.

Date:   06/14/2024

*Connor Kelley*
*Attorney's signature*

Connor Kelley (VA Bar No. 93596)
*Printed name and bar number*

Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

*Address*

ckelley@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

**(202) 778-5628**
*FAX number*