UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and this Court's June 4, 2024 Order (Dkt. 728), non-party Meta Platforms, Inc. ("Meta") respectfully moves this Court to seal portions of Dkt. 644-4, Dkt. 663-1, Dkt. 663-15, Dkt. 670-7, and all data figures containing data pulled or otherwise derived from Meta's Audience Network data files. As discussed further in the accompanying memorandum of law, sealing a portion of these documents is necessary and tailored to protect Meta's sensitive, confidential, business information.

June 14, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

　　　　　　　　　　　　　　　　　　　*/s/ Connor Kelley*
　　　　　　　　　　　　　　　　　　　Connor Kelley (VA Bar No. 93596)
　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　850 Tenth St., NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　Telephone: 202-662-6000
　　　　　　　　　　　　　　　　　　　Facsimile: 202-778-5628
　　　　　　　　　　　　　　　　　　　ckelley@cov.com

1

E. Kate Patchen (*pro hac vice* application forthcoming)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*