UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>                      Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5(C), non-party Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Motion"), which seeks to seal portions of Dkt. 644-4, Dkt. 663-1, Dkt. 663-15, Dkt. 670-7, and all data figures containing data from Meta's Audience Network data files. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) Meta's interest in protecting its sensitive, confidential, business information outweighs the public's right of access; (iii) a procedure other than sealing is insufficient to protect Meta's interest; and (iv) Meta seeks to seal only as much as is necessary to protect its interest.

Accordingly, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the portions of Dkt. 644-4, Dkt. 663-1, Dkt. 663-15, Dkt. 670-7, and all data figures containing data pulled or otherwise derived from Meta's Audience Network data files,

1

as specified in the memorandum of law accompanying the Motion, shall remain UNDER SEAL until further order of this Court.

      **SO ORDERED** on this ___ day of _____, 2024.

                                                                                          _____
                                                                                      United States District Judge