AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Yahoo Ad Tech LLC .

Date: 06/13/2024

/s/ Robert G. Kidwell
*Attorney's signature*

Robert G. Kidwell VA Bar 47040
*Printed name and bar number*
555 12th Street NW, Suite 1100
Washington, D.C. 20004

*Address*

RGKidwell@mintz.com
*E-mail address*

(202) 661-8752
*Telephone number*

(202) 434-7400
*FAX number*