UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 1:23-CV-00108-LMB-JFA |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Yahoo Ad Tech LLC in the above captioned action certifies that (1) Yahoo Ad Tech LLC is an indirect wholly-owned subsidiary of College Parent, L.P., (2) Yahoo Ad Tech LLC is part of Apollo Investment Fund IX's portfolio, in which Apollo Global Management, Inc. has an indirect interest, and there is no publicly held corporation that owns a 10% or more interest in Apollo Global Management, Inc., and (3) Verizon Communications Inc., a publicly traded company, retains an indirect minority ownership interest of approximately 10% of Yahoo Ad Tech LLC.

Dated: June 14, 2024                           Respectfully submitted,

*/s/ Robert G. Kidwell*
ROBERT G. KIDWELL (VSB# 47040)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street N.W., Suite 1100
Washington, D.C. 20004
Telephone:  (202) 661-8752
Facsimile:  (202) 434-7400
RGKidwell@mintz.com

*Counsel for Non-party*
*Yahoo Ad Tech LLC*