UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs and Defendant Google LLC ("Google") have filed various motions to seal ("Motions"), seeking leave to file under seal certain exhibits and portions of their briefing submitted in connection with the parties' summary judgment, Daubert, and jury-demand motions; and non-party PubMatic, Inc. ("PubMatic") filed a Response to the Motions that the parties advised related to PubMatic's highly confidential documents or data ("Response").

Upon consideration of the Motions, Response, and supporting papers, the Court finds that:

(i) sufficient notice has been given (Dkt. Nos. 607, 645, 653, 664, 676, 714, 716, 741);

(ii) the following exhibits and/or excerpts contain PubMatic's confidential business information and/or trade secrets ("Sensitive Materials"):

| Filing | Citation |
|---|---|
| Google LLC's Memorandum of Law in Support of its Motion for Summary Judgment (Dkt. No. 571) | Page 7 ¶ 26 |
| Memorandum of Law in Support of Google LLC's Motion to Exclude Testimony of Dr. Timothy Simcoe (Dkt. No. 580) ("Simcoe Motion") | Page 6 n.4 |

| Simcoe Motion | Page 18 n.8 |
|---|---|
| Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 597-1) ("Lee Report, as Filed by Google"), Exhibit 1 to Declaration of Bryon Becker ("Becker Declaration") in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude | Page 199, Figure 47 |
| Lee Report, as Filed by Google | Page 200, Figure 48 |
| Lee Report, as Filed by Google | Page 201 n.703 |
| Lee Report, as Filed by Google | Page 203, Figure 49 |
| Lee Report, as Filed by Google | Page 203 |
| Lee Report, as Filed by Google | Page 204, Figure 50 |
| Lee Report, as Filed by Google | Page 205, Figure 51 |
| Lee Report, as Filed by Google | Page 214, Figure 54 |
| Lee Report, as Filed by Google | Page D-3, Figure 90 |
| Lee Report, as Filed by Google | Page D-4, Figure 91 |
| Lee Report, as Filed by Google | Page D-5, Figure 92 |
| Lee Report, as Filed by Google | Page D-6, Figure 93 |
| Lee Report, as Filed by Google | Page D-7, Figure 94 |
| Lee Report, as Filed by Google | Page D-8, Figure 95 |
| Lee Report, as Filed by Google | Page D-9, Figure 96 |
| Lee Report, as Filed by Google | Page E-2, Figure 110 |
| Lee Report, as Filed by Google | Page G-1, Figure 122 |
| Lee Report, as Filed by Google | Page G-2, Figure 123 |
| Lee Report, as Filed by Google | Page G-3, Figure 124 |
| Lee Report, as Filed by Google | Page G-4, Figure 125 |
| Report of Plaintiffs' Expert Rosa M. Abrantes-Metz (Dkt. No. 597-2), Exhibit 2 to Becker Declaration | Page 242, Figure 30 |
| Rebuttal Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 597-3), Exhibit 3 to Becker Declaration | Page B-26, Figure 88 |

| | |
|---|---|
| Report of Plaintiffs' Expert Timothy Simcoe (Dkt. No. 597-5) ("Simcoe Report, as Filed by Google"), Exhibit 5 to Becker Declaration | Page 39 |
| Simcoe Report, as Filed by Google | Figure 4 |
| Simcoe Report, as Filed by Google | Figure 7 |
| Simcoe Report, as Filed by Google | Figure 8 |
| Transcript of Deposition of Plaintiffs' Expert Robin S. Lee (Dkt. No. 597-7) ("Lee Deposition, as Filed by Google"), Exhibit 8 to Becker Declaration | Pages 240:10–241:11 |
| Lee Deposition, as Filed by Google | Pages 242:8–243:13 |
| Board Presentation Excerpt (Dkt. No. 599-3) | Entirety |
| Report of Google's Expert Judith A. Chevalier (Dkt. No. 599-6) ("Chevalier Report, as Filed by Google"), Exhibit 38 to Becker Declaration | Page 46, Figure 10 |
| Chevalier Report, as Filed by Google | Page 73, Figure 17 |
| Rebuttal Report of Plaintiffs' Expert Timothy Simcoe (Dkt. No. 604-2), Exhibit 93 to Becker Declaration | Figure 3 |
| Report of Plaintiffs' Expert Timothy Simcoe (Dkt. No. 644-1) ("Simcoe Report, as Filed by Plaintiffs re Simcoe Motion"), Exhibit A to Plaintiffs' Opposition to Google's Motion to Exclude Testimony of Dr. Timothy Simcoe ("Plaintiffs' Opposition re Simcoe Motion") | Figure 4 |
| Simcoe Report, as Filed by Plaintiffs re Simcoe Motion | Figure 5 |
| Simcoe Report, as Filed by Plaintiffs re Simcoe Motion | Figure 7 |
| Simcoe Report, as Filed by Plaintiffs re Simcoe Motion | Figure 8 |
| Simcoe Report, as Filed by Plaintiffs re Simcoe Motion | Paragraphs 223–24 & Figure 15 |
| Simcoe Report, as Filed by Plaintiffs re Simcoe Motion | Figure 54 |
| Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 644-4) ("Lee Report, as Filed by Plaintiffs re Simcoe Motion"), Exhibit D to Plaintiffs' Opposition re Simcoe Motion | Page 199, Figure 47 |
| Lee Report, as Filed by Plaintiffs re Simcoe Motion | Paragraph 519 |
| Lee Report, as Filed by Plaintiffs re Simcoe Motion | Page E-2, Figure 110 |
| Rebuttal Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 644-6) ("Lee Rebuttal Report, as Filed by Plaintiffs re Simcoe Motion"), Exhibit G to Plaintiffs' Opposition re Simcoe Motion | n.723 |
| Lee Rebuttal Report, as Filed by Plaintiffs re Simcoe Motion | Figure 29 |

| | |
|---|---|
| Report of Expert Mark Israel (Dkt. No. 644-7) ("Israel Report"), Exhibit H to Plaintiffs' Opposition re Simcoe Motion | Paragraph 272, Figure 40 |
| Israel Report | Figure 41 (and related discussion) |
| Report of Google's Expert Judith A. Chevalier (Dkt. No. 644-13), Exhibit O to Plaintiffs' Opposition re Simcoe Motion | Page 48, Figure 11 |
| Report of Plaintiffs' Expert Timothy Simcoe (Dkt. No. 652-12), Exhibit L to Plaintiffs' Opposition to Google's Motion to Exclude Testimony of Lim | Paragraphs 223–24 & Figure 15 |
| Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 663-1) ("Lee Report, as Filed by Plaintiffs re Lee Motion"), Exhibit A to Plaintiffs' Opposition to Google's Motion to Exclude Testimony of Lee ("Plaintiffs' Opposition re Lee Motion") | Page 199, Figure 47 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Page 200, Figure 48 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Page 201 n.703 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Page 203, Figure 49 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Paragraph 494 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Page 204, Figure 50 |
| Lee Report, as Filed by Plaintiffs re Lee Motion | Page 205, Figure 51 |
| Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("Plaintiffs' Opposition re MFSJ") (Dkt. No. 669) | Page 10 |
| Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 670-7) ("Lee Report, as Filed by Plaintiffs re MFSJ"), Exhibit 8 to Plaintiffs' Opposition re MFSJ | Page 199, Figure 47 |
| Lee Report, as Filed by Plaintiffs re MFSJ | Page 200, Figure 48 |
| Lee Report, as Filed by Plaintiffs re MFSJ | Page 201 n.703 |
| Lee Report, as Filed by Plaintiffs re MFSJ | Page E-2, Figure 110 |
| Transcript of Deposition of Plaintiffs' Expert Robin S. Lee (Dkt. No. 670-25) ("Lee Deposition, as Filed by Plaintiffs re MFSJ"), Exhibit 26 to Plaintiffs' Opposition re MFSJ | Pages 298:6–299:14 |
| Rebuttal Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 673-16) ("Lee Rebuttal Report, as Filed by Plaintiffs re MFSJ"), Exhibit 116 to Plaintiffs' Opposition re MFSJ | Figure 29 |
| Lee Rebuttal Report, as Filed by Plaintiffs re MFSJ | Figure 30 |
| Google LLC's Reply in Support of its Motion to Exclude Testimony of Dr. Timothy Simcoe (Dkt. No. 707) | Page 13 n.10 |

| | |
|---|---|
| Report of Plaintiffs' Expert Robin S. Lee (Dkt. No. 709-1), Exhibit 127 to Declaration of Bryon Becker in Support of Google LLC's Replies in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude | Appendix H.1 |

(iii) only sealing the Sensitive Materials will sufficiently protect PubMatic from competitive harm;

(iv) the limited sealing and redaction properly balances PubMatic's interests as against the public's interest; and

(v) any potential public right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that the motion(s) to seal is GRANTED, as set forth above, and the Sensitive Materials shall remain under seal until further order of the Court.

ENTERED this \_\_\_\_ day of _____ 2024.

Alexandria, Virginia                              _____