# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mediavine, Inc.

Date:   06/14/2024

/s/ Jennifer M. McLemore
*Attorney's signature*

Jennifer M. McLemore (VSB No. 47164)
*Printed name and bar number*

Williams Mullen
200 S. 10th Street, Suite 1600
Richmond, VA 23219

*Address*

jmclemore@williamsmullen.com
*E-mail address*

(804) 420-6330
*Telephone number*

(804) 420-6507
*FAX number*