**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

               *Plaintiffs*,

vs.

GOOGLE LLC,

               *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**NON-PARTY MEDIAVINE'S MOTION TO SEAL**
**EXHIBIT 135 PURSUANT TO LOCAL CIVIL RULE 5**

Non-party Mediavine, Inc., by counsel and pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5, moves to permanently file under seal Exhibit 135 (at Dkt. No. 709) ("Exhibit 135") to the Declaration of Byron Becker in Support of Google LLC's Replies in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude, as well as Google LLC's Reply in Support of Its Motion for Summary Judgment (at Dkt. No. 703) to the extent it contains any quotation or description of the sealed testimony in Exhibit 135. The grounds for this Motion are stated in an accompanying Memorandum.

Dated: June 14, 2024

Respectfully submitted,
MEDIAVINE, INC.

/s/ Jennifer McLain McLemore
Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
/jmclemore@williamsmullen.com

Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br>        *Plaintiffs*, <br><br>   vs. <br><br> GOOGLE LLC, <br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2024, I filed the foregoing document and served all counsel of record in this action through the Court's ECF filing system.

Dated: June 14, 2024                               /s/ Jennifer M. McLemore
                                                    Jennifer McLain McLemore