**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING**
**NON-PARTY MEDIAVINE INC.'S MOTION TO SEAL**

Upon consideration of Non-Party Mediavine, Inc.'s Motion to Seal Exhibit 135 Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5, and for good cause shown, this Court, having concluded that sealing of Exhibit 135 (at Dkt. No. 709) ("Exhibit 135") to the Declaration of Byron Becker in Support of Google LLC's Replies in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude, as well as Google LLC's Reply in Support of Its Motion for Summary Judgment (at Dkt. No. 703) to the extent it contains any quotation or description of the sealed testimony in Exhibit 135, is necessary to protect Mediavine, Inc.'s confidential and commercially sensitive financial information, that no alternative procedure will permit compliance, and having provided public notice of this Motion and an opportunity to object, the Motion to Seal is GRANTED, and the Clerk is hereby ORDERED to permanently seal Exhibit 135 (at Dkt. No. 709) to the Declaration of Byron Becker in Support of Google LLC's Replies in Support of Google LLC's Motion for Summary Judgment and Motions to Exclude, and Google LLC's Reply in Support of Its Motion for Summary Judgment (at Dkt. No. 703) to the extent it contains any quotation or description of the sealed testimony in Exhibit 135.

Date: _____  _____
U.S. District Court Judge

We ask for this:

_____
Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
jmclemore@williamsmullen.com

Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*