# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**NON-PARTY MEDIAVINE INC.'S NOTICE OF FILING A MOTION TO SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5, non-party Mediavine, Inc. ("Mediavine") by counsel, provides this Notice of Filing a Motion to Seal. Parties and non-parties may submit memoranda in support of or in opposition to Non-Party Mediavine Inc.'s Motion to Seal Exhibit 135 Pursuant to Local Civil Rule 5, within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the Motion to Seal as uncontested.

Dated: June 14, 2024

Respectfully submitted,
MEDIAVINE, INC.

/s/ Jennifer McLain McLemore
Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
jmclemore@williamsmullen.com

Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## CERTIFICATE OF SERVICE

　　I hereby certify that on this 14th day of June, 2024, I filed the foregoing document and served all counsel of record in this action through the Court's ECF filing system.


Dated: June 14, 2024　　　　　　　　　　　　/s/ Jennifer McLain McLemore
　　　　　　　　　　　　　　　　　　　　　Jennifer McLain McLemore