AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation and Xandr Inc.                                                                                    .

Date:        06/14/2024

/s/ Craig Gerald Falls
*Attorney's signature*

Craig Gerald Falls (VSB# 72926)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
United States
*Address*

cfalls@orrick.com
*E-mail address*

(202) 339-8611
*Telephone number*

(202) 339-8500
*FAX number*