AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    No: 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party The Interpublic Group of Companies, Inc.                                                            .

Date:    06/14/2024

/s/ Kellen S. Dwyer
*Attorney's signature*

Kellen S. Dwyer, Virginia Bar No. 97625
*Printed name and bar number*

Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404

*Address*

kellen.dwyer@alston.com
*E-mail address*

202-239-3300
*Telephone number*

202-239-3333
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 14[h] day of June, 2024, I filed the foregoing document and served all

counsel of record in this action via the Court's ECF filing system.

*/s/ Kellen S. Dwyer*
Kellen S. Dwyer, VSB No. 97625
Alston & Bird, LLP
950 F Street NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: kellen.dwyer@alston.com
