# ATTACHMENT B

# Plaintiffs' Exhibit 76
# (Under Seal)

# 2019-2020 HealthCare.gov Open Enrollment Campaign

Paid Media Plan

August 2019

CMS-ADS-0000041988

Case 1:23-cv-00108-LMB-JFA Document 805-3 Filed 06/14/24 Page 4 of 12 PageID# 19171

## Campaign Considerations



Highly Confidential
CMS-ADS-0000041989

## OE7 Tactics



Highly Confidential
CMS-ADS-0000041990



Highly Confidential

CMS-ADS-0000041991



Highly Confidential        CMS-ADS-0000041992



Highly Confidential
CMS-ADS-0000041993



Highly Confidential

CMS-ADS-0000041994



Highly Confidential

CMS-ADS-0000041995





Highly Confidential  CMS-ADS-0000041997