# ATTACHMENT C

# Plaintiffs' Exhibit 78

# FY'22 Holiday Media Recommendation

September 17, 2021



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

USPS-ADS-0000064864



PURPOSE

*To present and gain alignment on the FY'22 Holiday Equity media recommendation*



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064865



# AGENDA

- Campaign Parameters
- Strategic Approach & Target Audience
- Media Recommendation
- Measurement
- Next Steps

USPS-ADS-0000064866

# YOY HOLIDAY CHANNEL ALLOCATION

- Holiday budget and channel allocation percentages are relatively ▬▬▬ ▬▬▬ ▬▬▬

- Majority of spend within November
  - ▬▬ of investment allocated to November in order to focus on early HOL weeks for the USPS business



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

USPS-ADS-0000064876

# HOLIDAY MEDIA RECOMMENDATION



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

17

USPS-ADS-0000064880

## INTERCEPT CONSUMERS THROUGHOUT THE SEASON WITHIN THEIR PASSION POINTS EMPHASIZING HOW USPS WILL



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.



## OPTIMIZED DISPLAY PARTNER LIST ALLOWS FOR REACH/FREQUENCY MANAGEMENT

**Holiday FY'21 Spend**

**Holiday FY'22 Spend**





CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064913

## A COMBINATION OF STANDARD BANNERS, RICH MEDIA/HIGH IMPACT UNITS, & TAKEOVERS TO DRIVE QUALITY SITE TRAFFIC



**UNITED STATES POSTAL SERVICE**

51

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

USPS-ADS-0000064914

## INTRODUCE NEW PROGRAMMATIC TACTICS TO COMPLEMENT TRIED AND TRUE



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064915

# MEASUREMENT



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

67

Confidential

USPS-ADS-0000064930

## A25-54 HOLIDAY REACH



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064931

## KPI AND BENCHMARKS
### (TO BE UPDATED WITH FY'22)

| Media Channel | Target Market | |
|---|---|---|
| Display | General Market | |
| | Hispanic | |
| | African American | |
| Search | General Market | |
| | Hispanic | |
| Social: Traffic | General Market | |
| | Hispanic | |
| Social: Awareness | General Market | |
| Social: New* | General Market | |
| Streaming Audio | General Market | |
| | Hispanic | |

*provided by partner



69

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064932



NEXT STEPS

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064933

## NEXT STEPS FOR PLAN APPROVAL

|  | | Deadline |
|---|---|---|
| USPS review period on presented recommendation | | |
| Media to share Terrestrial Audio recommendation | | |
| | | |
| USPS alignment on presented recommendation | | |
| USPS alignment on Terrestrial Audio | | |
| | | |
| Multi-Channel Campaign Launch | | |

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

71

USPS-ADS-0000064934

# MATTERKIND GM DISPLAY METRICS



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064940

## MATTERKIND GM DISPLAY METRICS (CONT'D)



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-0000064942