UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan DeFosse of the law firm Sheppard Mullin Richter & Hampton LLP hereby enters his appearance in this matter as counsel of record for Non-Party Criteo Corp. and consents to electronic service of all papers in this action and requests CM/ECF notifications of filings in this case.

Dated:  June 14, 2024

/s/ Jonathan R. DeFosse

Jonathan R. DeFosse (VA Bar No. 48220)
jdefosse@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900

*Attorneys for Non-Party Criteo Corp.*