**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

### **NOTICE**

PLEASE TAKE NOTICE that the Court has instructed Plaintiff United States to file the attached on behalf of non-party Nexstar Media Group, Inc. ("Nexstar"), and to provide a cover notice. The attached has been prepared and signed by counsel for Nexstar. The act of filing by the United States does not constitute an endorsement or support of the arguments and positions set forth by Nexstar.

Dated: June 14, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Aaron M. Teitelbaum
AARON M. TEITELBAUM
MILOSZ GUDZOWSKI
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States