# **APPENDIX A**

**Proposed Redactions to Protect Confidential Microsoft Materials**

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| 605 | 597-1 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests that the following figures be redacted in their entirety:<br>• Pg. 184, Figure 45<br>• Pg. 199, Figure 47<br>• Pg. 200, Figure 48<br>• Pg. 204, Figure 50<br>• Pg. 205, Figure 51<br>• Pg. 214, Figure 54<br>• Pg. D-3, Figure 90<br>• Pg. D-4, Figure 91<br>• Pg. D-5, Figure 92<br>• Pg. D-6, Figure 93<br>• Pg. D-7, Figure 94<br>• Pg. D-8, Figure 95<br>• Pg. D-9, Figure 96<br>• Pg. D-18, Figure 107<br>• Pg. E-2, Figure 110<br>• Pg. G-1, Figure 122<br>• Pg. G-2, Figure 123<br>• Pg. G-3, Figure 124<br>• Pg. G-4, Figure 125<br>• Pg. G-9, Figure 130<br>• Pg. G-10, Figure 131 | Detailed figures reflecting expert's market share analyses, other calculations, or other disaggregated data specific to Microsoft utilizing Microsoft's internal, non-public proprietary transactional data. |
| 605 | 597-2 | Excerpts from the Expert Report of Rosa M. Abrantes-Metz on behalf of Plaintiffs | Microsoft requests that the following figure be redacted in its entirety:<br>• Pg. 242, Figure 30 | Detailed figure reflecting expert's analysis of Microsoft's take rate percentage utilizing Microsoft's internal, non-public proprietary transactional data. |
| 605 | 597-3 | Excerpts from the Expert Rebuttal | **On Pg. 101**: Microsoft requests that the specific percentage of | Report states confidential, non-public, and commercially |

---

[1] In many instances, the Parties have filed both (1) redacted versions of the documents or slipsheets noting a document was filed under seal and (2) sealed versions of the documents. Compare, e.g., Dkt. Nos. 581-1 and 597-1. For ease of review by the Court, the docket numbers included in this appendix refer to the sealed versions. Microsoft's requested redactions apply equally to both versions of such documents.

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | Report of Robin S. Lee on behalf of Plaintiffs | MSAN revenue attributable to Microsoft' owned and operated properties be redacted:  "…MSAN data, over [**redacted**] % of spending…" | sensitive internal data on the distribution of Microsoft's revenue. |
| | | | Microsoft requests that the following figures be redacted in their entirety:<br>• Pg. B-7, Figure 69<br>• Pg. B-8, Figure 70<br>• Pg. B-9, Figure 71<br>• Pg. B-10, Figure 72 | Detailed figures reflecting expert's market share analyses utilizing Microsoft's internal, non-public proprietary data. |
| 605 | 597-5 | Excerpts from the Expert Report of Timothy Simcoe on behalf of Plaintiffs | Microsoft requests that the following figures be redacted in their entirety.<br>• Pg. 33, Figure 4<br>• Pg. 40, Figure 7<br>• Pg. 41, Figure 8 | Detailed figures reflecting expert's calculations of Microsoft's "take rates," average cost per mille (CPM), and other metrics utilizing Microsoft's internal, non-public, proprietary transactional data. |
| 605 | 597-7 | Excerpts from the transcript of the deposition of Robin Lee, expert witness on behalf of the Plaintiffs | For Tr. 282:5-283:22, Microsoft requests that the specific percentage of revenue coming from EMEA sale-side distribution be redacted as follows:<br>"… it says at the top of that page, '[**redacted**] percent of Xandr's current sale-side revenue comes from the EMEA.'"<br> "Q. So it says '[**redacted**] percent of Xandr's current sell-side revenue comes from EMEA…" | Transcript states confidential, non-public, and commercially sensitive internal data on the geographic distribution of Microsoft's revenue. |
| 605 | 597-8 | Excerpts from Microsoft 30(b)(6) deposition | Microsoft requests that the following transcript ranges be redacted:<br>• Tr. 286:6-287:16<br>• Tr. 304:24-305:15<br><br>Please see Exhibit A to the Decl. of Eileen Cole, which provides | Information reflects confidential, non-public, and commercially sensitive information on Microsoft's business strategies and market assessments. |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | this document with proposed redactions applied. | |
| 605 | 598-4 | Excerpts from Exhibit 14 to Microsoft 30(b)(6) deposition | Microsoft requests redactions to the pages stamped with Bates Nos. ATT-GCID-00111240 to ATT-GCID-00111244.<br><br>Please see Exhibit B to the Decl. of Eileen Cole, which provides this document with proposed redactions applied. | Information reflects confidential, non-public, and commercially sensitive internal data on Xandr's actual and projected revenues, assessments of market performance, and the geographic distribution of Xandr's revenue. |
| 605 | 603-2 | Excerpts from a presentation titled "Future of Advertising," dated July 2020, bearing Bates No. MSFT-LIT-0000000137 | Microsoft requests redactions to exhibit pages 1 and 3.<br><br>Please see Exhibit C to the Decl. of Eileen Cole, which provides this document with proposed redactions applied. | Information reflects confidential, non-public, and commercially sensitive internal data on Xandr's actual and projected revenues, and assessments of market performance, and the geographic distribution of Xandr's revenue. Excerpt also discloses non-public contact information for a Microsoft employee. |
| 605 | 603-4 | Excerpts from a presentation titled "SSP Business Investment Case," dated November 2019. | Microsoft requests redactions to the pages stamped with Bates Nos. ATT-GCID-00111240 to ATT-GCID-00111244.<br><br>Please see Exhibit D to the Decl. of Eileen Cole, which provides this document with proposed redactions applied. | Information reflects confidential, non-public, and commercially sensitive internal data on Xandr's actual and projected revenues, assessments of market performance, and the geographic distribution of Xandr's revenue. |
| 651 | 650-9 | Excerpts from Microsoft 30(b)(6) deposition | Microsoft requests that the following transcript ranges be redacted:<br>• Tr. 278:2-280:22<br>• Tr. 286:6-287:16<br><br>Please see Exhibit E to the Decl. of Eileen Cole, which provides this document with proposed redactions applied. | Information reflects confidential, non-public, and commercially sensitive information on Microsoft's business strategies and market assessments. |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| 605 | 574 | Google LLC's Memorandum of Law in Support of Its Motion to Exclude the Testimony of Prof. Robin S. Lee: | **Pg. 5, n. 3**: Microsoft requests that the specific market share projections be redacted: "Microsoft document showing Facebook with [**redacted**] % of total 2020 U.S. display ad revenue and Google with [**redacted**] % in 2020" | Information reflects confidential, non-public, and commercially sensitive internal market share projections based on internal, non-public proprietary data. |
| | | | **Pgs. 22-23** (quote from Ex. 89): Microsoft requests that the specific market share projections be redacted: "[**redacted**] % of Xandr's current sell side revenue comes from EMEA…" | Information reflects confidential, non-public, and commercially sensitive internal data on the geographic distribution of Xandr's revenue. |
| 667 | 670-7 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests the following figures be redacted in their entirety. <br>• Pg. 199, Figure 47 <br>• Pg. 200, Figure 48 <br>• Pg. E-2, Figure 110 | Detailed figures reflecting expert's market share analyses, other calculations, or other disaggregated data specific to Microsoft utilizing Microsoft's internal, non-public proprietary transactional data. |
| 667 | 673-16 | Excerpts from the Expert Rebuttal Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests the following figures be redacted in their entirety. <br>• Pg. 162, Figure 29 <br>• Pg. 163, Figure 30 | Detailed figures reflecting expert's market share analyses, other calculations, or other disaggregated data specific to Microsoft utilizing Microsoft's internal, non-public proprietary transactional data. |
| 661 | 663-1 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs | **Para. 138, n. 178**: Microsoft requests that the specific fee amount charged by Microsoft be redacted: "Xandr also charges a [**redacted**] CPM ad serving fee… [**redacted**] is out [sic] rate card ad serving fee… Xandr charges an 'AdServing fee' of "[**redacted**] CPM" | Report states confidential, non-public, and commercially sensitive internal data on Microsoft's fee structure. |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | **Para. 139, n. 184 (quote from ATT-GCID-00000190)**:<br><br>Microsoft requests that the last two sentences in the parenthetical be redacted in full (following the sentence ending "Private Marketplaces (PMPs)"). | Report states confidential, non-public, and commercially sensitive internal data on Microsoft's fee structure. |
| | | | **Para. 139**: Microsoft requests that the specific take rate fee percentage charged by Microsoft be redacted: "…charges a take rate fee of [**redacted**] % for Open Auction…" | Report states confidential, non-public, and commercially sensitive internal data on Microsoft's fee structure. |
| | | | Microsoft requests that the following figures be redacted in their entirety:<br>• Pg. 184, Figure 45<br>• Pg. 199, Figure 47<br>• Pg. 200, Figure 48<br>• Pg. 203, Figure 49<br>• Pg. 204, Figure 50<br>• Pg. 205, Figure 51<br>• Pg. 214, Figure 54<br>• Pg. C-7, Figure 85<br>• Pg. D-19, Figure 107<br>• Pg. D-20, Figure 108 | Detailed figures reflecting expert's market share analyses, other calculations, or other disaggregated data specific to Microsoft utilizing Microsoft's internal, non-public proprietary transactional data. |
| 661 | 663-7 | Excerpts from the Expert Supplemental Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests the following figure be redacted in its entirety:<br>• Appx. B, pg. B-1, Figure 6 | Detailed figure reflecting expert's analysis utilizing Microsoft's internal, non-public, proprietary transactional data on impressions sold in the U.S. |
| 642 | 644-1 | Excerpts from the Expert Report of Timothy Simcoe on behalf of Plaintiffs | Microsoft requests that the following figures be redacted in their entirety:<br>• Pg. 33, Figure 4<br>• Pg. 35, Figure 5<br>• Pg. 40, Figure 7 | Detailed figures reflecting expert's analyses of "take rates," average CPM, and other calculations utilizing Microsoft's internal, non-public, proprietary transactional data. |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | • Pg. 41, Figure 8 | |
| 642 | 644-4 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests these figures be redacted in their entirety.<br>• Pg. 199, Figure 47<br>• Pg. E-2, Figure 110 | Detailed figures reflecting expert's market share analyses or other calculations utilizing Microsoft's internal, non-public, proprietary transactional data. |
| 642 | 644-6 | Excerpts from the Expert Rebuttal Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests that the following figure be redacted in its entirety:<br>Pg. 162, Figure 29 | Detailed figure reflecting expert's analysis of Microsoft's fees and market shares utilizing Microsoft's internal, non-public, proprietary transactional data. |
| 642 | 644-13 | Excerpts from the Expert Report of Judith A. Chevalier on behalf of Google | Microsoft requests that the following figure be redacted in its entirety:<br>• Figure 11 | Detailed figure reflecting expert's analysis of Microsoft's revenue share percentage utilizing Microsoft's internal, non-public, proprietary transactional data. |
| 605 | 599-6 | Excerpts from the Expert Report of Judith A. Chevalier on behalf of Google | Microsoft requests that the following figure be redacted in its entirety:<br>• Pg. 46, Figure 10 | Detailed figure reflecting expert's analysis of average revenue share percentages utilizing Microsoft's internal, non-public proprietary data. |
| 712 | 709-5 | Excerpts from the Expert Rebuttal Report of Robin S. Lee on behalf of Plaintiffs | Microsoft requests that the following figure be redacted in its entirety:<br>• Figure 31 | Detailed figure reflecting expert's analysis of Microsoft's bidding tool fees utilizing Microsoft's internal, non-public, proprietary transactional data. |