# APPENDIX B

### References to Microsoft Materials Where No Redaction Needed

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description |
|---|---|---|
| 605 | 597-1 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs<br>• Pg. 70, n. 219 (cite to and quote from ATT-GCID-00000730)<br>• Pg. 70, n. 219 (cite to and quote from MSFT-LIT-0000065289)<br>• Pg. 113, n. 375 (cite to and quote from MSFT-LIT-0000046646)<br>• Pg. 113, n. 376 (cite to and quote from MSFT-LIT-0000046646)<br>• Pg. 183, n. 634 (noting that Xandr produced publisher ad server data)<br>• Pg. 266, n. 908 (cite to and quote from the 30(b)(6) deposition of Microsoft) |
| 605 | 597-4 | Excerpts from the Expert Report of Gabriel Weintraub on behalf of Plaintiffs<br>• Pg. 39, n. 159 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Pg. 139, n. 158 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Pg. 140, n. 162 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Pg. 110, n. 380 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Pg. 111, n. 384 (cite to and quote from the 30(b)(6) deposition of Microsoft) |
| 605 | 597-5 | Excerpts from the Expert Report of Timothy Simcoe on behalf of Plaintiffs<br>• Figure 14 |
| 605 | 597-8 | Excerpts from the transcript of the deposition of Robin S. Lee, expert witness on behalf of the Plaintiffs<br>• Tr. 285:2-286:4 (discussion of MSFT-LIT-0000000137) |
| 605 | 598-1 | Exhibit 24 to Microsoft 30(b)(6) deposition (demonstrative of the Microsoft Advertising Ecosystem) |

---

[1] In many instances, the Parties have filed both (1) redacted versions of the documents or slipsheets noting a document was filed under seal and (2) sealed versions of the documents. Compare, e.g., Dkt. Nos. 581-1 and 597-1. For ease of review by the Court, the docket numbers included in this appendix refer to the sealed versions.

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description |
|---|---|---|
| 605 | 599-6 | Excerpts from the Expert Report of Judith A. Chevalier on behalf of Google<br>• Figure 17 |
| 605 | 604-2 | Excerpts from the Expert Rebuttal Report of Timothy Simcoe on behalf of Plaintiffs<br>• Pg. 24 (reference to Xandr)<br>• Fn. 81 (cite to MSFT-LIT-0000002971)<br>• Figure 3 |
| 605 | 571 | Google LLC's Memorandum of Law in Support of Its Motion for Summary Judgment<br>• Pg. 5, n.3 (cite to Ex. 9)<br>• Pg. 6, para. 16 (reference to "Microsoft" and cites to Exs. 9 and 24)<br>• Pg. 6, para. 17 (cite to Ex. 29) |
| 661 | 663-1 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs<br>• Para. 201, n. 262 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Para. 224, n. 309 (cite to and quote from the 30(b)(6) deposition of Microsoft)<br>• Para. 283, n. 375 (cite to and quote from MSFT-LIT-0000046646)<br>• Para. 283, n. 376 (cite to and quote from MSFT-LIT-0000046646)<br>• Para. 283, n. 377 (cite to MSFT-LIT-0000046646)<br>• Para. 283, n. 379 (cite to and quote from MSFT-LIT-0000046646)<br>• Para. 288, n. 384 (cite to MSFT-LIT-0000046646)<br>• Para. 291, n. 391 (cite to MSFT-LIT-0000046646)<br>• Para. 302, n. 414 (cite to and quote from MSFT-LIT-0000046646)<br>• Para. 328, n. 478 (cite to and quote from ATT-GCID-00106990)<br>• Para. 331 (statement about Xandr's analysis)<br>• Para. 331, n. 481 (cite to MSFT-LIT-0000039894)<br>• Para. 346 (descriptions of and quotes from Xandr documents)<br>• Para. 346, n. 502 (cite to and quote from ATT-GCID-0000001)<br>• Para. 346, n. 503 (cite to MSFT-LIT-0000046646)<br>• Para. 379 (quote from Xandr document)<br>• Para. 379, n. 546 (cite to MSFT-LIT-0000046646) |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description |
|---|---|---|
| | | - Para. 395, n. 552 (reference to "Xandr")<br>- Para. 406, n. 567 (reference to "Xandr")<br>- Para. 445, n. 634 (reference to "Xandr")<br>- Para. 445, n. 636 (reference to "Xandr" in description of Figure 108) |
| 642 | 641 | Plaintiffs' Opposition to Google LLC's Motion to Exclude the Testimony of Dr. Timothy Simcoe<br>- Pg. 18 (reference to "Xandr" and contextualizing its take rate) |
| 642 | 644-3 | Excerpts from the Expert Rebuttal Report of Timothy Simcoe on behalf of Plaintiffs<br>- Para. 54, n. 81 (cite to MSFT-LIT-0000002971) |
| 642 | 644-7 | Excerpts from the Expert Report of Mark Israel on behalf of Google LLC<br>- Pg. 272, n. 324 (cite to and quote from MSFT-LIT-0000001326) |
| 642 | 644-8 | Excerpts from the Expert Report of Paul Milgrom on behalf of Google LLC<br>- Para. 240 (reference to "Xandr")<br>- Para. 240, n. 457 (cite to and quote from the 30(b)(6) deposition of Microsoft) |
| 712 | 709-1 | Excerpts from the Expert Report of Robin S. Lee on behalf of Plaintiffs<br>- Para. 189, n. 246 (cite to and quote from MSFT-LIT-0000046646)<br>- Appx. H, para. 2 (reference to "Xandr")<br>- Appx. H, para. 2, n. 1278 (cite to MSFT-LIT-0000073226) |
| 712 | 709-5 | Excerpts from the Expert Rebuttal Report of Robin S. Lee on behalf of Plaintiffs<br>- Para. 471 (references to "Xandr")<br>- Para. 471, n. 734 (reference to "Xandr")<br>- Para. 528 (statement about Microsoft) |
| 712 | 709-13 | Excerpts from the Expert Report of Rosa M. Abrantes-Metz on behalf of Plaintiffs<br>- Para. 120, n. 209 (cite to and quote from MSFT-LIT-0000065419)<br>- Para. 120, nn. 210-214 (cites to ATT-GCID-00111923) |
| 738 | 740-1 | Mahoney Declaration<br>- Pg. 10 (reference to "Xandr")<br>- FN 25 (cite to Xandr data) |

| Motion to Seal Dkt. No. | Sealed Document Dkt. No.[1] | Description |
|---|---|---|
| 738 | 740-2 | Excerpts from the Expert Rebuttal Report of Timothy Simcoe on behalf of Plaintiffs<br>• Pg. 6 (references to "Xandr") |
| 667 | 658-5 | Excerpts from the Deposition of Brian O'Kelley |