# Exhibit A

**(Previously Filed as Exhibit 9 to the Decl. of Bryon Becker, Dkt. Nos. 581-9 & 597-8)**

HIGHLY CONFIDENTIAL

Page 1

H I G H L Y    C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
-----------------------------x
UNITED STATES, et al.,

         Plaintiffs,

   vs.                   Case No.
                          1:23-cv-000108
GOOGLE LLC,

         Defendant.
-----------------------------x

       HIGHLY CONFIDENTIAL
 VIDEOTAPED DEPOSITION OF BENNEASER JOHN
       New York, New York
    Friday, September 8, 2023
        9:17 a.m.

Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 6082515

HIGHLY CONFIDENTIAL

## Page 2

September 8, 2023
9:17 a.m.

HIGHLY CONFIDENTIAL
Videotaped Deposition of
BENNEASER JOHN, held at the offices of
Paul, Weiss, Rifkind, Wharton &
Garrison LLP, 1285 Avenue of the
Americas, New York, New York, pursuant
to subpoena, before Jennifer
Ocampo-Guzman, a Certified Realtime
Shorthand Reporter and Notary Public of
the State of New York.

## Page 3

APPEARANCES:

UNITED STATES DEPARTMENT OF JUSTICE
Attorneys for Plaintiff United States
  325 7th Street, Suite 300
  Washington, DC 20004
BY:  JEFFREY VERNON, ESQ.
     KAITLYN BARRY, ESQ.
     JEFF QUI, ESQ., (via Zoom)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Google LLC
  1285 Avenue of the Americas
  New York, New York 10019
BY:  KAREN DUNN, ESQ.
     ERICA SPEVACK, ESQ.
     WILLIAM ISAACSON, ESQ. (p.m. session)
     JULIA WOOD, ESQ., (via Zoom)

AXINN, VELTROP & HARKRIDER LLP
Attorneys for Defendant Google LLC
  55 Second Street
  San Francisco, California 94105
BY:  ISABELLA SOLORZANO, ESQ.

## Page 4

APPEARANCES (Continued):

ORRICK HERRINGTON & SUTCLIFFE LLP
Attorneys for nonparty Microsoft and the
Deponent
  1152 15th Street, N.W.
  Washington, D.C. 20005-1706
BY:  EILEEN COLE, ESQ.
     ALLEN DAVIS, ESQ., (via Zoom)

ALSO PRESENT:
  CARLOS RIVERA, Videographer

## Page 5

HIGHLY CONFIDENTIAL
        THE VIDEOGRAPHER:  Good morning.
We are going on the record at 9:17 a.m.
on September 8, 2023.  Please note that
the microphones are sensitive and may
pick up whispering and minor
conversations; and please mute your
phones at this time.  Audio and video
recording will continue to take place
unless all parties agree to go off the
record.
        This is media unit number 1 of the
video-recorded deposition of Benneaser
John taken by counsel for defendant, in
the matter of the United States of
America versus Google LLC, filed in the
United States District Court, for the
Eastern District of Virginia, case
number 1:23-cv-000108-LMB-JFA.  The
location of this deposition is 1285
Avenue of the Americas, New York, New
York.  My name is Carlos Rivera
representing Veritext and I'm the
videographer.  The court reporter is
Jennifer Ocampo-Guzman also representing

HIGHLY CONFIDENTIAL

Page 282

JOHN - HIGHLY CONFIDENTIAL
1
2  answer was about demand.
3      Q.  Right.  But before you spoke about
4  demand and we will get to demand, you said
5  Xandr didn't have first-party properties.  Do
6  you remember saying that?
7      A.  Correct.
8      Q.  Okay.  Is it the case that
9  Microsoft has first-party properties?
10     A.  That is correct.
11     Q.  And Microsoft has now acquired
12 Xandr, right?
13     A.  That is correct.
14     Q.  Now, you did also mentioned
15 availability of demand, and I would ask you
16 just to look at the document in front of you
17 dated November 2022.
18     A.  Uh-huh, yes.
19     Q.  And if you looked at the left-hand
20 side of the page, this is a Xandr document,
21 after the acquisition by Microsoft and it
22 refers to "Unique Demand."  Do you see that?
23     A.  That is correct.
24     Q.  And if you look at "Unique Demand"
25 then there are four categories and the four

Page 283

JOHN - HIGHLY CONFIDENTIAL
1
2  categories are projects that Microsoft and
3  Xandr are working on.  Do you see that?
4      A.  That is correct.
5      Q.  And the first project is called
6  Microsoft Audience Network bidder
7  integration.  Do you see that?
8      A.  Yes, I do.
9      Q.  And in the "Primary Audience and
10 Benefit" column, listing the primary audience
11 and benefits of the Microsoft Audience
12 Network bidder integration, it says, Monetize
13 SSP sellers will now get access to Microsoft
14 Audience Network demand originating from Bing
15 Search and Microsoft Audience Network
16 audience buys.  Do you see that?
17     A.  Yes, I do.
18     Q.  All right.  And then it says,
19 Microsoft Audience Network "buyers will be
20 able to access Monetize SSP's wide array of
21 publisher inventory."
22         Do you see that?
23     A.  Yes, I do.
24     Q.  And you don't dispute that this
25 Microsoft Xandr document refers to Monetize

Page 284

JOHN - HIGHLY CONFIDENTIAL
1
2  SSPs wide array of publisher inventory,
3  right?
4      A.  I do not.
5      Q.  And you don't dispute that when the
6  document says, Microsoft Audience Network
7  demand originated from Bing search and
8  Microsoft audience -- Microsoft Audience
9  Network audience buys, that it's describing
10 this as unique demand to which Xandr's
11 publishers will have access following the
12 Microsoft/Xandr acquisition?
13     A.  That is correct.
14     Q.  Okay.  So you're bringing the
15 demand that Microsoft has access to as a
16 result of its search advertising to Xandr's
17 publishers through Xandr Monetize, correct?
18     A.  Xandr publishers are one of the
19 publishers.  MSAN is and will continue to
20 provide the demand to outside of Monetize as
21 well.
22     Q.  Right.  And while we're on the
23 topic of demand, you spoke earlier about how
24 sophisticated publishers on the supply side
25 are partnering with Xandr and so you

Page 285

JOHN - HIGHLY CONFIDENTIAL
1
2  mentioned Axel Springer, right?
3      A.  That is correct.
4      Q.  News Corp is one, right?
5      A.  News Corp is not an Axel customer.
6  They're an SSP, but they're primarily Google
7  customer.
8      Q.  Right, but they're a publisher that
9  works with Xandr?
10     A.  As an SSP.
11     Q.  As an SSP, Hulu?
12     A.  Hulu did not work with us.
13     Q.  How about CNN?
14     A.  CNN as an SSP, not as an ad server
15 customer.
16     Q.  How about Warner Media?
17     A.  Warner Media did not use as an ad
18 server customer.
19     Q.  SSP?
20     A.  SSP, that's correct.
21     Q.  And Netflix, we've already talked
22 about Netflix?
23     A.  Correct.
24     Q.  Now, if you look down on the
25 left-hand side of the page, also in the

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL

Page 286

JOHN - HIGHLY CONFIDENTIAL
1
2  category of "Unique Demand" the fourth
3  project it refers to, it is "Microsoft
4  audience" -- sorry --
5      MS. DUNN:  Strike that.
6  ███
7  ███
8  ███
9  ███
10 ███
11 ███
12 ███
13 ███
14 ███
15 ███
16 ███
17 ███
18 ███
19 ███
20 ███
21 ███
22 ███
23 ███
24 ███
25 ███

Page 287

JOHN - HIGHLY CONFIDENTIAL
1
2  ███
3  ███
4  ███
5  ███
6  ███
7  ███
8  ███
9  ███
10 ███
11 ███
12 ███
13 ███
14 ███
15 ███
16 ███
17      I would like you to look now at
18  what we will mark as Exhibit 18.
19      (MSFT Exhibit 18, Document
20      entitled, "Reach audiences across
21      screens with premium advertising,"
22      marked for identification, this date.)
23   Q.  Now, you were asked by the
24  government counsel numerous questions about
25  Microsoft's Outlook in 2007.  Do you recall

Page 288

JOHN - HIGHLY CONFIDENTIAL
1
2  that?
3      MR. VERNON:  About Outlook?
4  Objection to form mischaracterizes and
5  beyond the scope.
6      MS. DUNN:  I'll rephrase.
7   Q.  Do you recall being asked some
8  questions by government counsel about
9  Microsoft's view of the world in 2007?
10  A.  Today?
11  Q.  No, he asked you questions about
12  2007, when he was talking about --
13  A.  That's correct, during the talk,
14  yeah.
15  Q.  This is the Microsoft website
16  today, as it appears today, and this is the
17  web page that talks about Xandr and premium
18  programmatic advertising.  Do you see that in
19  front of you?  If you look at the URL at the
20  top it says --
21  A.  The URL, correct.
22  Q.  -- "Xandr programmatic premium
23  advertising"?
24  A.  That's correct.
25  Q.  And Microsoft, this is on

Page 289

JOHN - HIGHLY CONFIDENTIAL
1
2  Microsoft's website and it's telling
3  advertisers and publishers that they can help
4  solve your buyers and sellers greatest
5  advertising challenges with Xandr's platforms
6  that enable you to unlock the full value of
7  running programmatic advertising campaigns
8  across screens and tapping into engaged
9  audiences.  And so you don't disagree that
10 this is what Microsoft is telling people
11 today, do you?
12  A.  I don't disagree.
13  Q.  And if you look down, it refers to
14 the Xandr's end-to-end platforms?
15  A.  That is correct.
16  Q.  And would you do agree that having
17 an end-to-end platform helps prevent fraud?
18      MR. VERNON:  Objection, leading,
19      also scope.
20  A.  Yes.
21  Q.  If you look at page 2 of the
22 printout from Microsoft's website, it says
23 that premium advertising is available for a
24 variety of formats through Microsoft.  Do you
25 see that?

73 (Pages 286 - 289)

Page 290

JOHN - HIGHLY CONFIDENTIAL

A. Yes, that is correct.

Q. And it lists "connected TV, display and native." Do you see that?

A. Yes, I do.

Q. And it doesn't say those are, you know, aimed at different people, it just talks about all three of those there, right?

MR. VERNON: Objection, vague.

A. Can you clarify? What do you mean by that?

Q. Microsoft is telling people through its website that you can reach your desired audience with one of the world's largest marketplaces; it's talking about Xandr, right?

A. Yes, that is correct.

Q. And it specifically mentions that that goes from connected TV to display to native. You see that?

A. Right. You can reach the audience through one of those marketplaces, correct.

Q. Right.

And it specifically advertises, if you look down, there is a picture of the TV

Page 291

JOHN - HIGHLY CONFIDENTIAL

show "Stranger Things," and you can see in the top left-hand corner that that's being shown on Netflix. Do you see that?

A. Yes.

Q. And today Microsoft is touting, you can see on page 3, its exclusive technology and sales partnership with Netflix. Do you see that?

A. Yes, I do.

Q. It says, "all CTV advertising served on Netflix is exclusively available through the Microsoft advertising platform." Do you see that?

A. Yes, I do.

Q. And then if you go to the part at the bottom of the "Advertiser Platform," today what Microsoft is telling people who may be interested in its products that it has a robust data marketplace with access to premium supply across digital formats and flexible ways to transact.

Do you see that?

A. Yes, I do.

Q. And do you happen to know when it

Page 292

JOHN - HIGHLY CONFIDENTIAL

says "across digital formats," what formats it's talking about?

A. It's display, audio, video, CTV.

Q. All right. I would like to show you, sir, our Tab 53.

(MSFT Exhibit 19, Document entitled, "Xandr in Microsoft Product Synergy Slides - Phase 2 - For buyers - Talk Track," Bates Nos. MSFT-LIT-0000004160 through MSFT-LIT-0000004163, marked for identification, this date.)

MS. SPEVACK: Exhibits 19.

MS. DUNN: Exhibit 19.

Q. This is a document --

MR. VERNON: Can you wait until we get copies?

MS. COLE: And the first page? Metadata?

MS. DUNN: Yes, the first page is metadata. This is a document produced by Microsoft to Google and the date is November 9, 2022, on this document. It follows the Microsoft/Xandr acquisition

Page 293

JOHN - HIGHLY CONFIDENTIAL

and it is a talk track for buyers meant to accompany slides.

Q. Do you have any reason to doubt that this talk track for buyers was prepared in the ordinary course of business by Microsoft employees?

A. I don't know.

Q. All right. One of the things that you talked about in your testimony with the government attorney was demand, and so when we're talking about demand, just to be clear, you mean advertisers are the demand side, right?

A. That is correct.

Q. And the point of the advertisers in the demand is so that people can be reached and see the ads, right?

MR. VERNON: Objection, leading.

A. That is one unique talk point, audience reach, yes.

Q. Right.

And if you look at what it says in the buyer talk track under slide 4, it talks about the "Microsoft Advertising

Page 294

JOHN - HIGHLY CONFIDENTIAL

1  Marketplaces." Do you see that?
2  A. Yes, uh-huh, yes.
3  MR. VERNON: Show us where you are.
4  MS. DUNN: I'm on --
5  MR. VERNON: Never mind. I'm good.
6  Q. And it describes Microsoft
7  advertising ecosystem as expansive. Do you
8  see that?
9  A. Which paragraph? The second one?
10  Q. It's on slide 4, "Microsoft
11  Advertising Marketplaces" and it says,
12  "Microsoft advertising's expansive
13  ecosystem." Do you see that?
14  A. Yes, I do.
15  Q. And Microsoft's expansive ecosystem
16  allows you access to over one billion people.
17  Do you see where it says that?
18  A. Yes, I do.
19  Q. Do you happen to know that a
20  billion people is a seventh of the population
21  on earth?
22  A. Yes, I do.
23  MS. COLE: That's beyond the scope.
24  Q. Now, do you have any reason to

Page 295

JOHN - HIGHLY CONFIDENTIAL

1  doubt that this is true?
2  A. I do not.
3  Q. Now, it then says, "Here's a closer
4  look at the inventory available." And it
5  mentions Microsoft search network,
6  Microsoft's owned and operated sites that we
7  went through, Microsoft Audience Network,
8  which includes MSN, Outlook and Edge and it
9  mentions PromoteIQ which is the retail outfit
10  that we talked about. Do you see that?
11  A. Yes, I do.
12  Q. And Microsoft also wants buyers to
13  know that Xandr is one of the largest global
14  programmatic marketplaces. Do you see that?
15  A. Yes, I do.
16  Q. Now if you look at slide 5 in the
17  buyers talk track. It says, "We're excited
18  to be working as part of Microsoft to create
19  new valuable opportunities for advertisers.
20  With Microsoft, we're gaining significant
21  momentum across CTV, gaming shopper marketing
22  and native - further strengthening Xandr and
23  Invest DSP as your strategic partner to buy
24  across channels and format."

Page 296

JOHN - HIGHLY CONFIDENTIAL

1  And so when Microsoft and Xandr are
2  talking to the buyers about buying across
3  channels and formats, what they're talking
4  about is, at least, CTV, gaming, shopper
5  marketing, native and display, right?
6  MR. VERNON: Objection,
7  mischaracterizes native, display --
8  Q. It that what it says?
9  A. It says advertisers were able to
10  reach across different audiences and
11  different formats.
12  Q. Right. And it's telling buyers,
13  advertisers that they can reach people
14  through CTV, gaming, shopper marketing and
15  native all as a result of Microsoft and
16  Xandr, right?
17  A. That is correct.
18  Q. Okay. All right.
19  MS. DUNN: Okay. I would like to
20  show you, if we can hand the witnesses
21  tabs 26, 27 and 28.
22  MS. SPEVACK: It will be
23  Exhibit 20.
24  (MSFT Exhibit 20, Natively produced

Page 297

JOHN - HIGHLY CONFIDENTIAL

1  document, PowerPoint presentation
2  entitled, "Welcome to Microsoft
3  Advertising," Bates Nos.
4  MSFT-LIT0000002147, marked for
5  identification, this date.)
6  MS. SPEVACK: 21.
7  (MSFT Exhibit 21, Document, Bates
8  Nos. MSFT-LIT0000033249 through
9  MSFT-LIT0000033254, marked for
10  identification, this date.)
11  Q. I'm just going to ask you if
12  they're documents prepared in the ordinary
13  course of business. And I'm not going to ask
14  you any questions about them.
15  MS. SPEVACK: And 22.
16  (MSFT Exhibit 22, Natively produced
17  document, PowerPoint presentation
18  entitled, "Xandr Ad Server/Supplement,"
19  Bates No. MSFT-LIT0000028835, pages 1
20  through 16, marked for identification,
21  this date.)
22  (Discussion off the record.)
23  Q. So those three documents that I
24  just handed to you --

HIGHLY CONFIDENTIAL

Page 298

JOHN - HIGHLY CONFIDENTIAL

MR. VERNON: Do you have 20 and 21?

MS. DUNN: I'm not asking any questions about them. But, yeah, they're here. Okay.

Q. So my question about each of those three is the same, whether you recognize those as documents prepared by your company employees in the ordinary course of business?

A. That is correct.

Q. They have all been produced to Google in this litigation?

A. That is correct.

Q. Okay.

MS. DUNN: Let's show the witness our Tab 23.

MS. SPEVACK: This will be Exhibit 23.

(MSFT Exhibit 23, Natively produced document entitled, "Advertising at Microsoft Before June 7th, 2022," Bates No. MSFT-LIT-0000030367, pages 1 through 14, marked for identification, this date.)

Q. Now, this is a document where the

Page 299

JOHN - HIGHLY CONFIDENTIAL

metadata suggests that you prepared it.

A. That is correct.

Q. Okay. And is it, was it prepared in the ordinary course of business?

A. That is correct.

Q. Can you turn to page 10 of 14? Now first I will ask you, what was the purpose of preparing this document?

A. It's an internal discussion to -- let me see, two more slides -- just to orient myself to come up with plan and next steps. It's more like my stock meeting I believe.

Q. So this is --

A. So it says, thinking, this was thinking. It's more like my thought processes I just put together on these slides. If you noticed the last few slides are not properly formatted or beautified.

Q. So you said this is about plan and next steps. Did you say that?

A. That is correct.

Q. So if you look at slide 10 of 14?

A. 10 of 14, yes.

Q. The title of the slide is:

Page 300

JOHN - HIGHLY CONFIDENTIAL

Microsoft's "Meta DSP," and it describes Meta DSP as a "fully integrated Omnichannel DSP that provides an easy way to run omnichannel campaigns using premium inventory and exclusive data." Do you see that?

A. That is correct.

Q. What is an omnichannel campaign?

A. An omnichannel campaign is a buyer can buy multiple formats through one DSP.

Q. And why do you believe that an advertiser or buyer would want to run an omnichannel campaign?

A. We believe that's where the industry is going and currently, I think I said earlier, the agencies and buyers still operate different teams by different formats.

Q. And in your opinion, do advertisers care about reaching their target users?

A. Advertiser care about the reaching target users and they care about getting their return on their ad dollars and they also care about how and who reaching the budget, so each format they also operate their own groups, and that's how they manage

Page 301

JOHN - HIGHLY CONFIDENTIAL

the budgets also.

Q. And are you aware whether advertisers ever shift money across channels if they're not getting a return that they like?

MR. VERNON: Objection to form, vague, leading.

A. That's what I was hoping the industry would move, but it's very hard.

Q. And then in your slide that talks about the omnichannel campaign, it lists in red what I take to be the various channels; is that correct?

A. Formats, channels, that's correct.

Q. And so what are the omni channels, what are --

MS. DUNN: Strike that.

Q. The channels that you've listed as part of Microsoft's meta DSP, which would be a fully integrated omnichannel DSP, includes search display, native, video, CTV, DOOH, which is --

A. Digital out of home.

Q. -- digital out of home -- ATV, what

Page 302

1     JOHN - HIGHLY CONFIDENTIAL
2  is that? Is that analog TV perhaps?
3     A.  Probably. We call it like linear
4  TV. I don't know why it's called ATV here.
5     Q.  -- gaming, audio and social.
6         Now let me ask this question, which
7  is: You said earlier that display is on a
8  decline. Are any of these various channels
9  on a growth trajectory?
10        MR. VERNON: Objection to form,
11    mischaracterizes and vague.
12    A.  Video and CTV are in the growth.
13    Q.  And is gaming also a growth area?
14    A.  I don't have specific numbers to
15  believe that.
16    Q.  But based on your experience, would
17  you think so?
18    A.  They're not running a lot on
19  gaming, so I don't have data to provide you
20  on.
21    Q.  And what about social, is that a
22  growth area?
23        MR. VERNON: Objection, form.
24    A.  I don't have a direct information
25  about social.

Page 303

1     JOHN - HIGHLY CONFIDENTIAL
2     Q.  Okay. And then if you look on the
3  right-hand side under SSP, programmers and
4  clubs, you see that --
5     A.  Page number, please.
6     Q.  I'm sorry, on the same slide.
7     A.  Same slide, yeah.
8         MS. DUNN: And actually strike
9     that.
10    Q.  One last question on the last
11  piece. If an advertiser wasn't seeing a
12  return on investment on display might they
13  shift advertising dollars to CTV or something
14  else?
15        MR. VERNON: Objection to form,
16    vague and leading.
17    A.  As I said, I haven't seen that
18  happen based on the RFPs that we received.
19    Q.  But you agree it's possible?
20    A.  It is.
21        MR. VERNON: Objection to form.
22    A.  It's possible they make the
23  decisions, but I don't have a direct data
24  point on that.
25    Q.  Okay. Now, if you look on the

Page 304

1     JOHN - HIGHLY CONFIDENTIAL
2  right-hand side of your slide, that talks
3  about the Meta DSP?
4     A.  That's right.
5     Q.  You list various SSP programmers?
6     A.  That is correct.
7     Q.  And there is various kinds of
8  inventory here in your, in the slide that you
9  envision. There is social media. There is,
10  I see Meta. I see Instagram. There is
11  streaming. I see Roku and Netflix and Hulu.
12  There is gaming. There is Spotify and there
13  is a search.
14        Do you see all of those programs on
15  the right?
16    A.  That is correct.
17    Q.  And so does that mean that part of
18  Microsoft Meta DSP would take advantage of
19  supply that comes from all of those types of
20  inventory?
21        MR. VERNON: Objection, vague,
22    compound.
23    A.  To be clear, this is now not direct
24  integration.
25

Page 305

1     JOHN - HIGHLY CONFIDENTIAL
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16        MS. DUNN: Can we go off the
17    record?
18        THE VIDEOGRAPHER: The time is
19  6:01 p.m. and we're off the record.
20        (A brief recess was taken.)
21        THE VIDEOGRAPHER: The time is
22  6:04 p.m. and we are back on the record.
23        MS. DUNN: Mr. John, I'm handing
24  what we marked as Microsoft 24.
25        (MSFT Exhibit 24, Document

77 (Pages 302 - 305)

HIGHLY CONFIDENTIAL

Page 306

JOHN - HIGHLY CONFIDENTIAL

1 entitled, "Microsoft Advertising
2 Ecosystem," marked for identification,
3 this date.)
4     Q.  This is just a computerized version
5 of the schematic that you marked up earlier,
6 and I just want to give you a one more
7 opportunity to -- I think we got everything
8 right that you said, but if there is anything
9 that we got wrong, please let us know.  And
10 otherwise, we will be done.
11        MS. COLE:  Take a minute and review
12     it and make sure that it's accurate and
13     has whatever limitations in it you want.
14     Take the time and review it.
15     A.  Can I clarify a couple of things?
16     Q.  Sure.
17     A.  So when I put an Microsoft
18 advertising line to here, Bing is the only
19 one, DuckDuckGo, AOL and Yahoo run
20 separately.  We provides the APIs and the
21 mechanisms, so users don't X one thing, but
22 just, you know, since you put that box here,
23 I just wanted to clarify that.
24     The MSX, display and native, just

Page 307

JOHN - HIGHLY CONFIDENTIAL

1 one change there.
2     Yes.
3     Q.  Just one quick question, can you
4 access Bing and DuckDuckGo and AOL and Yahoo
5 through Microsoft Advertising?
6     A.  AOL and DuckDuckGo and Yahoo, they
7 leverage our search network.  Right.  From an
8 advertising buying perspective, APR sending
9 advertising dollars, I don't recall what I
10 think about that.  Sorry.
11     Q.  Do we need to do anything to the
12 schematic, or are you okay?
13     A.  You can leave this now.
14     Q.  Great.
15     And then that's an exhibit.  You
16 can keep that.  And then, sorry, one last
17 thing is, we've marked your cheat sheets as
18 Microsoft 25, 26 and 27.
19        (MSFT Exhibit 25, Cheat sheet,
20     marked for identification, this date.)
21        (MSFT Exhibit 26, Cheat sheet,
22     marked for identification, this date.)
23        (MSFT Exhibit 27, Cheat sheet,
24     marked for identification, this date.)

Page 308

JOHN - HIGHLY CONFIDENTIAL

1     Q.  We just want you to verify those
2 are the documents that you brought with you
3 to this deposition.
4     A.  This is something that I couldn't
5 read.  This looks like it.
6     Q.  Just make sure they're your
7 authentic cheat sheets.
8        MS. COLE:  And they're all still
9     designated "highly confidential."
10        MS. DUNN:  Understood.
11     A.  That is correct.
12        MS. DUNN:  Thank you, very much,
13     sir.
14        THE WITNESS:  Thank you.
15        MR. VERNON:  So we do have some
16     questions.  I don't believe it will be
17     the full hour we have left.  I can
18     actually go now or we can take a short
19     break.
20        THE WITNESS:  It's up to you.  I
21     can go.
22 EXAMINATION BY
23 MR. VERNON:
24     Q.  Earlier counsel for Google asked

Page 309

JOHN - HIGHLY CONFIDENTIAL

1 you some questions about a document
2 discussing unique demand for Microsoft.  Do
3 you remember that?
4     A.  That is correct, yes.
5     Q.  For display, which company has more
6 unique demand, Google or Microsoft?
7     A.  Google.
8        MS. DUNN:  Objection to form.
9     Q.  Why do you say that?
10     A.  Because the display advertising
11 that runs across all the publishers from a
12 small scale and large scale, Google has the
13 largest supply.  So advertiser dollars goes
14 from -- advertisers dollars comes through
15 Google for display.
16     Q.  Which company has the most unique
17 demand for display?
18     A.  Google.
19     Q.  The unique demand that Microsoft
20 and its companies have, it's available
21 through is Xandr's SSP; is that right?
22     A.  That is correct.
23     Q.  Does Xandr's SSP bid on a realtime
24 basis for a publisher, even when that

HIGHLY CONFIDENTIAL

Page 310

JOHN - HIGHLY CONFIDENTIAL

1  publisher does not use Xandr's publisher ad
2  server?
3     A.  Of course, yes.
4     Q.  Why?
5     A.  Because by the start of the, open
6  the ecosystem, that when a demand that comes
7  through Microsoft and the demand goes through
8  monetize, you would be able to access through
9  the third-party websites apps, through an
10 SSP.
11    Q.  Does Google AdX do the same thing?
12    A.  Google AdX make the demand
13 available, but not all demand is available
14 through that, the large demand goes through
15 the direct customers, those are part of AdX,
16 just access to customers.
17    Q.  Does Google's AdX bid on a realtime
18 basis --
19       MR. VERNON:  Let me ask a different
20    question.
21    Q.  How does Xandr's practice of making
22 the demand available on Xandr's SSP
23 different, if at all, from Google's AdX's
24 practice of making the demand on Google AdX

Page 311

JOHN - HIGHLY CONFIDENTIAL

1  available to publishers that don't use
2  Google's publisher ad server?
3     A.  So Xandr Monetize gets a demand to
4  Invest, through Microsoft, with this
5  integration, and it was getting before too,
6  and third-party DSPs, like Google.  So we get
7  the demand.  When they get the demand,
8  through monetize exchange, any publishers,
9  those who are winning, will get the demand,
10 right through our exchange.  And if your
11 question, now your question is specifically
12 about the unique first-party demand, which is
13 Xandr and Microsoft, it runs the same option
14 that we run for any third-party.  So from a
15 greeting option perspective, third-party
16 vendors and first-party vendors go through
17 the same process.
18    Q.  Does Xandr tell publishers that if
19 they want access to Xandr's unique demand,
20 they must use Xandr's publisher ad server?
21    A.  No, we do not.
22    Q.  And why?
23    A.  So we treat those two things
24 separately.  We provide access to specific

Page 312

JOHN - HIGHLY CONFIDENTIAL

1  technology and charge a fee.  If you are
2  leveraging an ad server, you would pay a fee
3  and you would leverage the technology.  From
4  a demand source, they can be bring their own
5  demand through managed IO.  Like a direct
6  sale.  We bring the demand from what is
7  available, third-party demand available, so
8  we have more providing a technology solution
9  for them, so we treat those things separate.
10    Q.  Google's counsel asked you some
11 questions about Microsoft's position in
12 display.  Do you remember that?
13       MS. DUNN:  Objection to scope.
14    A.  Microsoft questions specifically on
15 display?
16    Q.  Right.
17    A.  Can you clarify what is the
18 question, so I will be able to confirm?
19       MR. VERNON:  I'll be honest.  My
20    memory is not perfect at this late hour.
21    Q.  I recall counsel asking you
22 questions about Microsoft's position in
23 display.  Do you remember that, or no?
24    A.  Positioning about -- in my

Page 313

JOHN - HIGHLY CONFIDENTIAL

1  understanding, it's not Microsoft's
2  positioning of the market, whether it's
3  demand goes only to display or omnichannel,
4  how the demand gets diverted against multiple
5  formats.
6     Q.  Let me ask you this:  For display
7  in general, which company has a larger
8  position, Google or Microsoft?
9        MS. DUNN:  Objection to form.
10    A.  Google.
11    Q.  And how big is the difference?
12       MS. DUNN:  Objection to form.  He's
13    not a competition expert.
14    A.  Based on the demand that we see
15 from Google, as well as the publisher market
16 share that Google has, Microsoft and -- I
17 believe it's Google has the largest.
18    Q.  Let me show you one document.
19       MR. VERNON:  What number are we at?
20       MS. SPEVACK:  This one is going to
21    be 28.
22       (MSFT Exhibit 28, PowerPoint
23    presentation entitled, "2019 Publisher
24    Tools and Direct Supply," Bates Nos.

79 (Pages 310 - 313)

Page 318

```
 1       JOHN - HIGHLY CONFIDENTIAL
 2   evolves, multiple players started picking
 3   compared to the display advertising.
 4       Q.  Okay.
 5           MR. VERNON:  Could we go off the
 6   record.  Just give me two minutes.  I
 7   just want to make sure I asked all the
 8   questions.
 9           THE VIDEOGRAPHER:  The time is
10   6:19 p.m. and we're off the record.
11       (A brief recess was taken.)
12           THE VIDEOGRAPHER:  The time is
13   6:21 p.m. and we're back on the record.
14       Q.  Do you have that document in front
15   of you that we were just looking at?
16       A.  Yes, I do.
17       Q.  And the one that refers to the
18   "marketplace lock-in in Display."  Do you see
19   that?
20       A.  Yes, I do.
21       Q.  Earlier counsel asked you some
22   questions about meetings between the DOJ and
23   Microsoft with Xandr.  Do you remember that?
24       A.  Yes, I do.
25       Q.  Did Microsoft or Xandr create this
```

Page 319

```
 1       JOHN - HIGHLY CONFIDENTIAL
 2   document that talks about marketplace lock-in
 3   for display for purposes of showing it to the
 4   DOJ?
 5       A.  Absolutely not.
 6           MR. VERNON:  Okay.  With that, and
 7   unless counsel for Google has further
 8   questions, I'm done with my questions,
 9   and I thank you and the court reporter
10   and the videographer and to everyone for
11   taking the time to sit here on a Friday.
12           THE WITNESS:  Thank you, all.
13           MS. DUNN:  Thank you very much.  We
14   appreciate you very, very much.
15           THE VIDEOGRAPHER:  We're going off
16   the record at 6:22 p.m., and this
17   concludes today's testimony given by Ben
18   John.  The total number of media units
19   was five, and they will be retained by
20   Veritext.
21       (Time noted:  6:22 p.m.)
```

Page 320

```
 1
 2   STATE OF _____ )
 3                           ) :ss
 4   COUNTY OF _____ )
 5
 6
 7       I, BENNEASER JOHN, the witness
 8   herein, having read the foregoing
 9   testimony of the pages of this
10   deposition, do hereby certify it to be a
11   true and correct transcript, subject to
12   the corrections, if any, shown on the
13   attached page.
14
15           _____
16              BENNEASER JOHN
17
18   Sworn and subscribed to before
19   me, this       day of
20         , 2023.
21   _____
22   Notary Public
```

Page 321

```
 1
 2       C E R T I F I C A T E
 3   STATE OF NEW YORK  )
 4                      : ss.
 5   COUNTY OF NEW YORK )
 6       I, Jennifer Ocampo-Guzman, a
 7   Certified Realtime Shorthand Reporter and
 8   Notary Public within and for the State of New
 9   York, do hereby certify:
10       That BENNEASER JOHN, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn, and that such deposition is
13   a true record of the testimony given by the
14   witness.
15       I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no
18   way interested in the outcome of this
19   matter.
20       IN WITNESS WHEREOF, I have
21   hereunto set my hand this 12th day of
       September 2023.
22
23
                    J. Ocampo-Guzman
24       JENNIFER OCAMPO-GUZMAN, CRR, CLR
25
```