# Exhibit B

**(Previously Filed as Exhibit 29 to the Decl. of Bryon Becker, Dkt. Nos. 582-9 & 598-4)**



# DSP Investment Strategy
May 20, 2019

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111192



EXHIBIT MSFT 14
Date: JOG 9/8/23



CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111239

Xandr's existing business is focused on omni-format web publishers and highly dependent on traditional display advertising

**2019 Forecasted Global SSP Revenue Mix**



■ Premium Video Pubs   ■ Digital Omni-Format Pubs   ■ O&O   ■ MSFT

**2019 SSP Revenue Forecast by Format**




■ Display   ■ Video



- ▓ of SSP revenue comes from Digital Omni-format Pubs, with only ▓ of revenue coming from Premium Video Pubs, despite ▓ YoY growth
- MSFT accounts for ▓ of SSP revenue, while O&O (Warner Media) represents only ▓



- Despite recent growth in video, ▓ of SSP revenue is expected to come from display advertising in 2019

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Excludes "Other" SSP revenue (e.g., YX, OAS, Demand Partners)

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111240

▓ of Xandr's current sell side revenue comes from EMEA, where competitive dynamics and customer needs differ meaningfully from the US

**Global Revenue by Region**



■ US   ■ EMEA   ■ RoW

- ▓ of Xandr's SSP revenue comes from outside of the US today, with ▓ of it coming from Ad Server, GSET / Int'l MSFT
- While the US business is primarily SSP driven, **the EMEA business is primarily ad server driven**, with anchor client implementation creating lasting relationships with our platform

**Xandr Total Addressable Market for Display and Video Spend ($M)**





2018   2019   2020   2021   2022   2023

— US   — LATAM   — EMEA   — APAC

- Though **traditional display spending is projected to decrease at a** ▓ CAGR between 2018 and 2023 in the US, the format should remain more resilient in EMEA, declining at a ▓ CAGR during the same period
- Factoring in the resilience of Display abroad, as well the structural barriers (YouTube) to video growth, **Xandr's Display and Video TAM in EMEA should exceed that of the US by 2023**

Excludes "Other" SSP revenue (e.g., YX, OAS, Demand Partners)

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111241

In evaluating our position in the display market, we remain competitive with publishers, but fall behind in addressing buy side customer needs



CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111242

This value gap is more prominent in video, where buyer-focused offerings are more critical



10

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Source: Internal Analysis completed with key commercial and product leaders based on industry research

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111243

## However, with market consolidation, investment in key areas will allow Xandr to become a must-have technology partner for sellers

**Strictly Confidential**
**xandr**







- Xandr maintains a strong reputation from the legacy SSP business
- ■

11

©2018 AT&T Intellectual Property. Xandr℠, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Source: ■

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111244