# Exhibit C

**(Previously Filed as Exhibit 87 to the Decl. of Bryon Becker, Dkt. Nos. 591-7 & 603-2)**

# Document Provided Natively

Hurd, Doug-Imported Data ███████████████ Xandr Future of Advertising_July 2020_Full.pptx
Strategy Team General\Xandr Future of Advertising_July 2020_Full.pptx

xandr

# Future of Advertising

xandr

July 2020

# Digital Display

**xandr**

### The display ad market is mature and declining

The US display ad market is expected to decline at a ▇ CAGR from 2020 to 2024

**US Gross Display Ad Spend ($M)[1]**

2020  2021  2022  2023  2024

### Marketers are shifting budgets from display to video

A growing portion of display ad budgets are expected to shift to video channels

**US Digital Ad Spend Share (%)[2]**

| Year | Video | Banner |
|---|---|---|
| 2020 | 48 | 42 |
| 2021 | 50 | 41 |
| 2022 | 51 | 40 |
| 2023 | 52 | 40 |
| 2024 | 54 | 38 |

■ Banner Display   ■ Rich Media Display
■ Sponsorships Display   ■ Video

### Few players capture bulk of display investment

Facebook, Google, and Amazon account for a growing share of programmatic display ad spend

**Facebook, Google, and Amazon share of US Programmatic Display Ad Spend[3]**

2019: 62% FB, GOOG, AMZN | 38% Other
2021: 64% FB, GOOG, AMZN | 36% Other

Note: FB tech used primarily for FB O&O, while Google ad tech is used for display advertising on the broader internet ecosystem

---

**Industry Players**

Display market players are primarily full stack solutions with O&O inventory, differentiated data assets, and self-service tools that cater to both enterprise and small business advertisers

**facebook**
- Facebook Ads Manager offers self-service advertising tools with unique display ad formats (e.g. Sponsored Photo, Carousel, Playable)
- Facebook is expected to capture ▇ of total US display revenue in 2020 [1]

**Google**
- Google Marketing Platform offers suite of ad solutions with Google data and inventory
- Google Display Network supports prebuilt and responsive display ads
- Google is expected to capture ▇ of total US display ad revenue in 2020[1]

**xandr**
- Xandr has strong display offerings given AppNexus' position as a historically display-first platform
- Proprietary data assets, O&O media, and converged/omnichannel capabilities increase value of display channel offerings

Sources: 1. Magna, 2020 and ▇▇▇▇▇; 2. eMarketer, March 2020; 3. eMarketer, October 2019.

27   Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr℠, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.