# Exhibit E

**(Previously Filed as Exhibit 116 to the Decl. of Bryon Becker, Dkt. Nos. 646-17 & 650-9)**

HIGHLY CONFIDENTIAL

Page 1

H I G H L Y   C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
-------------------------------x
UNITED STATES, et al.,

           Plaintiffs,

     vs.                    Case No.
                            1:23-cv-000108

GOOGLE LLC,

           Defendant.
-------------------------------x

        HIGHLY CONFIDENTIAL
  VIDEOTAPED DEPOSITION OF BENNEASER JOHN
        New York, New York
      Friday, September 8, 2023
          9:17 a.m.

Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 6082515

Veritext Legal Solutions
800-567-8658                                                                                     973-410-4098

HIGHLY CONFIDENTIAL

Page 2

```
 9              September 8, 2023
10              9:17 a.m.

13         HIGHLY CONFIDENTIAL
14      Videotaped Deposition of
15   BENNEASER JOHN, held at the offices of
16   Paul, Weiss, Rifkind, Wharton &
17   Garrison LLP, 1285 Avenue of the
18   Americas, New York, New York, pursuant
19   to subpoena, before Jennifer
20   Ocampo-Guzman, a Certified Realtime
21   Shorthand Reporter and Notary Public of
22   the State of New York.
```

Page 3

```
 2  A P P E A R A N C E S:

 4   UNITED STATES DEPARTMENT OF JUSTICE
 5   Attorneys for Plaintiff United States
 6      325 7th Street, Suite 300
 7      Washington, DC 20004
 8   BY:  JEFFREY VERNON, ESQ.
 9        KAITLYN BARRY, ESQ.
10        JEFF QUI, ESQ., (via Zoom)

12   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
13   Attorneys for Defendant Google LLC
14      1285 Avenue of the Americas
15      New York, New York 10019
16   BY:  KAREN DUNN, ESQ.
17        ERICA SPEVACK, ESQ.
18        WILLIAM ISAACSON, ESQ. (p.m. session)
19        JULIA WOOD, ESQ., (via Zoom)

21   AXINN, VELTROP & HARKRIDER LLP
22   Attorneys for Defendant Google LLC
23      55 Second Street
24      San Francisco, California 94105
25   BY:  ISABELLA SOLORZANO, ESQ.
```

Page 4

```
 2  APPEARANCES (Continued):

 4   ORRICK HERRINGTON & SUTCLIFFE LLP
 5   Attorneys for nonparty Microsoft and the
 6   Deponent
 7      1152 15th Street, N.W.
 8      Washington, D.C. 20005-1706
 9   BY:  EILEEN COLE, ESQ.
10        ALLEN DAVIS, ESQ., (via Zoom)

12  ALSO PRESENT:
13     CARLOS RIVERA, Videographer
```

Page 5

```
 1       HIGHLY CONFIDENTIAL
 2        THE VIDEOGRAPHER:  Good morning.
 3   We are going on the record at 9:17 a.m.
 4   on September 8, 2023.  Please note that
 5   the microphones are sensitive and may
 6   pick up whispering and minor
 7   conversations; and please mute your
 8   phones at this time.  Audio and video
 9   recording will continue to take place
10   unless all parties agree to go off the
11   record.
12        This is media unit number 1 of the
13   video-recorded deposition of Benneaser
14   John taken by counsel for defendant, in
15   the matter of the United States of
16   America versus Google LLC, filed in the
17   United States District Court, for the
18   Eastern District of Virginia, case
19   number 1:23-cv-000108-LMB-JFA.  The
20   location of this deposition is 1285
21   Avenue of the Americas, New York, New
22   York.  My name is Carlos Rivera
23   representing Veritext and I'm the
24   videographer.  The court reporter is
25   Jennifer Ocampo-Guzman also representing
```

2 (Pages 2 - 5)

```
                                                    Page 278
 1              JOHN - HIGHLY CONFIDENTIAL
 2  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 ...
25
```

```
                                                    Page 279
 1              JOHN - HIGHLY CONFIDENTIAL
 2  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 ...
25
```

```
                                                    Page 280
 1              JOHN - HIGHLY CONFIDENTIAL
 2  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 ...
22
23         MR. VERNON:  Sorry.  Objection,
24     scope.
25         Q.  All right.  I would like to hand
```

```
                                                    Page 281
 1              JOHN - HIGHLY CONFIDENTIAL
 2     you what we will mark as Exhibit 17.
 3         MS. SPEVACK:  Exhibit 17.
 4         (MSFT Exhibit 17, Document
 5     entitled, "Xandr in Microsoft, Product
 6     Synergies Sneak Peak," Bates Nos.
 7     MSFT-LIT-0000003426 through
 8     MSFT-LIT-0000003429, marked for
 9     identification, this date.)
10         Q.  Now, Mr. John, you recognize this
11     as a Xandr business record prepared on, dated
12     November 2022, in the ordinary course of
13     business?
14         A.  Yes, I do.
15         Q.  Okay.  Now earlier when government
16     counsel asked you about when Xandr competed
17     with Google and asked you why Xandr did not
18     tend to win that competition, the first
19     reason you said was that Xandr didn't have
20     first-party properties.
21         Do you recall saying that?
22         MR. VERNON:  Objection,
23     mischaracterizes.
24         A.  The question was about specific to
25     the publisher ad server on display, and my
```

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL

Page 282

JOHN - HIGHLY CONFIDENTIAL
1
2  answer was about demand.
3    Q.  Right.  But before you spoke about
4  demand and we will get to demand, you said
5  Xandr didn't have first-party properties.  Do
6  you remember saying that?
7    A.  Correct.
8    Q.  Okay.  Is it the case that
9  Microsoft has first-party properties?
10   A.  That is correct.
11   Q.  And Microsoft has now acquired
12 Xandr, right?
13   A.  That is correct.
14   Q.  Now, you did also mentioned
15 availability of demand, and I would ask you
16 just to look at the document in front of you
17 dated November 2022.
18   A.  Uh-huh, yes.
19   Q.  And if you looked at the left-hand
20 side of the page, this is a Xandr document,
21 after the acquisition by Microsoft and it
22 refers to "Unique Demand."  Do you see that?
23   A.  That is correct.
24   Q.  And if you look at "Unique Demand"
25 then there are four categories and the four

Page 283

JOHN - HIGHLY CONFIDENTIAL
1
2  categories are projects that Microsoft and
3  Xandr are working on.  Do you see that?
4    A.  That is correct.
5    Q.  And the first project is called
6  Microsoft Audience Network bidder
7  integration.  Do you see that?
8    A.  Yes, I do.
9    Q.  And in the "Primary Audience and
10 Benefit" column, listing the primary audience
11 and benefits of the Microsoft Audience
12 Network bidder integration, it says, Monetize
13 SSP sellers will now get access to Microsoft
14 Audience Network demand originating from Bing
15 Search and Microsoft Audience Network
16 audience buys.  Do you see that?
17   A.  Yes, I do.
18   Q.  All right.  And then it says,
19 Microsoft Audience Network "buyers will be
20 able to access Monetize SSP's wide array of
21 publisher inventory."
22       Do you see that?
23   A.  Yes, I do.
24   Q.  And you don't dispute that this
25 Microsoft Xandr document refers to Monetize

Page 284

JOHN - HIGHLY CONFIDENTIAL
1
2  SSPs wide array of publisher inventory,
3  right?
4    A.  I do not.
5    Q.  And you don't dispute that when the
6  document says, Microsoft Audience Network
7  demand originated from Bing search and
8  Microsoft audience -- Microsoft Audience
9  Network audience buys, that it's describing
10 this as unique demand to which Xandr's
11 publishers will have access following the
12 Microsoft/Xandr acquisition?
13   A.  That is correct.
14   Q.  Okay.  So you're bringing the
15 demand that Microsoft has access to as a
16 result of its search advertising to Xandr's
17 publishers through Xandr Monetize, correct?
18   A.  Xandr publishers are one of the
19 publishers.  MSAN is and will continue to
20 provide the demand to outside of Monetize as
21 well.
22   Q.  Right.  And while we're on the
23 topic of demand, you spoke earlier about how
24 sophisticated publishers on the supply side
25 are partnering with Xandr and so you

Page 285

JOHN - HIGHLY CONFIDENTIAL
1
2  mentioned Axel Springer, right?
3    A.  That is correct.
4    Q.  News Corp is one, right?
5    A.  News Corp is not an Axel customer.
6  They're an SSP, but they're primarily Google
7  customer.
8    Q.  Right, but they're a publisher that
9  works with Xandr?
10   A.  As an SSP.
11   Q.  As an SSP, Hulu?
12   A.  Hulu did not work with us.
13   Q.  How about CNN?
14   A.  CNN as an SSP, not as an ad server
15 customer.
16   Q.  How about Warner Media?
17   A.  Warner Media did not use as an ad
18 server customer.
19   Q.  SSP?
20   A.  SSP, that's correct.
21   Q.  And Netflix, we've already talked
22 about Netflix?
23   A.  Correct.
24   Q.  Now, if you look down on the
25 left-hand side of the page, also in the

72 (Pages 282 - 285)

Page 286

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   category of "Unique Demand" the fourth
 3   project it refers to, it is "Microsoft
 4   audience" -- sorry --
 5        MS. DUNN:  Strike that.
 6   ████████████████████████████████
 7   ████████████████████████████████
 8   ████████████████████████
 9   ████████████████
10   ███████████████████████████
11   ████████████████████████████████
12   ████████████
13   ██████████████████████████████
14   ██████████████████████████████
15   ██████████████████████████████
16   ████████████████████████████████
17   ██████████
18   ████████████████
19   █████████████████████████
20   ███████████████████████████
21   █████████████████████
22   ██████████████████████
23   ████████████████████████████.
24   █████████████████████████
25   ███████████████████████
```

Page 287

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   █████████████████████████
 3   ██████████████████████████
 4   ██
 5   ██████████
 6   ███████████████████████████
 7   █████████████████████████
 8   ███████████
 9   █████████████████████████
10   ██████████████████████████████
11   ██████████████████████████████
12   ████████████████████████████████
13   ████████████
14   ████████████████████████
15   ███████████████
16   █████████████
17        I would like you to look now at
18   what we will mark as Exhibit 18.
19        (MSFT Exhibit 18, Document
20        entitled, "Reach audiences across
21        screens with premium advertising,"
22        marked for identification, this date.)
23        Q.  Now, you were asked by the
24   government counsel numerous questions about
25   Microsoft's Outlook in 2007.  Do you recall
```

Page 288

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   that?
 3        MR. VERNON:  About Outlook?
 4   Objection to form mischaracterizes and
 5   beyond the scope.
 6        MS. DUNN:  I'll rephrase.
 7        Q.  Do you recall being asked some
 8   questions by government counsel about
 9   Microsoft's view of the world in 2007?
10        A.  Today?
11        Q.  No, he asked you questions about
12   2007, when he was talking about --
13        A.  That's correct, during the talk,
14   yeah.
15        Q.  This is the Microsoft website
16   today, as it appears today, and this is the
17   web page that talks about Xandr and premium
18   programmatic advertising.  Do you see that in
19   front of you?  If you look at the URL at the
20   top it says --
21        A.  The URL, correct.
22        Q.  -- "Xandr programmatic premium
23   advertising"?
24        A.  That's correct.
25        Q.  And Microsoft, this is on
```

Page 289

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   Microsoft's website and it's telling
 3   advertisers and publishers that they can help
 4   solve your buyers and sellers greatest
 5   advertising challenges with Xandr's platforms
 6   that enable you to unlock the full value of
 7   running programmatic advertising campaigns
 8   across screens and tapping into engaged
 9   audiences.  And so you don't disagree that
10   this is what Microsoft is telling people
11   today, do you?
12        A.  I don't disagree.
13        Q.  And if you look down, it refers to
14   the Xandr's end-to-end platforms?
15        A.  That is correct.
16        Q.  And would you do agree that having
17   an end-to-end platform helps prevent fraud?
18        MR. VERNON:  Objection, leading,
19        also scope.
20        A.  Yes.
21        Q.  If you look at page 2 of the
22   printout from Microsoft's website, it says
23   that premium advertising is available for a
24   variety of formats through Microsoft.  Do you
25   see that?
```

Page 290

JOHN - HIGHLY CONFIDENTIAL
1
2   A.   Yes, that is correct.
3   Q.   And it lists "connected TV, display
4   and native."  Do you see that?
5   A.   Yes, I do.
6   Q.   And it doesn't say those are, you
7   know, aimed at different people, it just
8   talks about all three of those there, right?
9        MR. VERNON:  Objection, vague.
10  A.   Can you clarify?  What do you mean
11  by that?
12  Q.   Microsoft is telling people through
13  its website that you can reach your desired
14  audience with one of the world's largest
15  marketplaces; it's talking about Xandr,
16  right?
17  A.   Yes, that is correct.
18  Q.   And it specifically mentions that
19  that goes from connected TV to display to
20  native.  You see that?
21  A.   Right.  You can reach the audience
22  through one of those marketplaces, correct.
23  Q.   Right.
24       And it specifically advertises, if
25  you look down, there is a picture of the TV

Page 291

JOHN - HIGHLY CONFIDENTIAL
1
2   show "Stranger Things," and you can see in
3   the top left-hand corner that that's being
4   shown on Netflix.  Do you see that?
5   A.   Yes.
6   Q.   And today Microsoft is touting, you
7   can see on page 3, its exclusive technology
8   and sales partnership with Netflix.  Do you
9   see that?
10  A.   Yes, I do.
11  Q.   It says, "all CTV advertising
12  served on Netflix is exclusively available
13  through the Microsoft advertising platform."
14       Do you see that?
15  A.   Yes, I do.
16  Q.   And then if you go to the part at
17  the bottom of the "Advertiser Platform,"
18  today what Microsoft is telling people who
19  may be interested in its products that it has
20  a robust data marketplace with access to
21  premium supply across digital formats and
22  flexible ways to transact.
23       Do you see that?
24  A.   Yes, I do.
25  Q.   And do you happen to know when it

Page 292

JOHN - HIGHLY CONFIDENTIAL
1
2   says "across digital formats," what formats
3   it's talking about?
4   A.   It's display, audio, video, CTV.
5   Q.   All right.  I would like to show
6   you, sir, our Tab 53.
7        (MSFT Exhibit 19, Document
8   entitled, "Xandr in Microsoft Product
9   Synergy Slides - Phase 2 - For buyers -
10  Talk Track," Bates Nos.
11  MSFT-LIT-0000004160 through
12  MSFT-LIT-0000004163, marked for
13  identification, this date.)
14       MS. SPEVACK:  Exhibits 19.
15       MS. DUNN:  Exhibit 19.
16  Q.   This is a document --
17       MR. VERNON:  Can you wait until we
18  get copies?
19       MS. COLE:  And the first page?
20  Metadata?
21       MS. DUNN:  Yes, the first page is
22  metadata.  This is a document produced
23  by Microsoft to Google and the date is
24  November 9, 2022, on this document.  It
25  follows the Microsoft/Xandr acquisition

Page 293

JOHN - HIGHLY CONFIDENTIAL
1
2   and it is a talk track for buyers meant
3   to accompany slides.
4   Q.   Do you have any reason to doubt
5   that this talk track for buyers was prepared
6   in the ordinary course of business by
7   Microsoft employees?
8   A.   I don't know.
9   Q.   All right.  One of the things that
10  you talked about in your testimony with the
11  government attorney was demand, and so when
12  we're talking about demand, just to be clear,
13  you mean advertisers are the demand side,
14  right?
15  A.   That is correct.
16  Q.   And the point of the advertisers in
17  the demand is so that people can be reached
18  and see the ads, right?
19       MR. VERNON:  Objection, leading.
20  A.   That is one unique talk point,
21  audience reach, yes.
22  Q.   Right.
23       And if you look at what it says in
24  the buyer talk track under slide 4, it talks
25  about the "Microsoft Advertising

Page 294

JOHN - HIGHLY CONFIDENTIAL

1  Marketplaces."  Do you see that?
2     A.  Yes, uh-huh, yes.
3        MR. VERNON:  Show us where you are.
4        MS. DUNN:  I'm on --
5        MR. VERNON:  Never mind.  I'm good.
6     Q.  And it describes Microsoft
7  advertising ecosystem as expansive.  Do you
8  see that?
9     A.  Which paragraph?  The second one?
10    Q.  It's on slide 4, "Microsoft
11 Advertising Marketplaces" and it says,
12 "Microsoft advertising's expansive
13 ecosystem."  Do you see that?
14    A.  Yes, I do.
15    Q.  And Microsoft's expansive ecosystem
16 allows you access to over one billion people.
17 Do you see where it says that?
18    A.  Yes, I do.
19    Q.  Do you happen to know that a
20 billion people is a seventh of the population
21 on earth?
22    A.  Yes, I do.
23       MS. COLE:  That's beyond the scope.
24    Q.  Now, do you have any reason to

Page 295

JOHN - HIGHLY CONFIDENTIAL

1  doubt that this is true?
2     A.  I do not.
3     Q.  Now, it then says, "Here's a closer
4  look at the inventory available."  And it
5  mentions Microsoft search network,
6  Microsoft's owned and operated sites that we
7  went through, Microsoft Audience Network,
8  which includes MSN, Outlook and Edge and it
9  mentions PromoteIQ which is the retail outfit
10 that we talked about.  Do you see that?
11    A.  Yes, I do.
12    Q.  And Microsoft also wants buyers to
13 know that Xandr is one of the largest global
14 programmatic marketplaces.  Do you see that?
15    A.  Yes, I do.
16    Q.  Now if you look at slide 5 in the
17 buyers talk track.  It says, "We're excited
18 to be working as part of Microsoft to create
19 new valuable opportunities for advertisers.
20 With Microsoft, we're gaining significant
21 momentum across CTV, gaming shopper marketing
22 and native - further strengthening Xandr and
23 Invest DSP as your strategic partner to buy
24 across channels and format."

Page 296

JOHN - HIGHLY CONFIDENTIAL

1        And so when Microsoft and Xandr are
2  talking to the buyers about buying across
3  channels and formats, what they're talking
4  about is, at least, CTV, gaming, shopper
5  marketing, native and display, right?
6        MR. VERNON:  Objection,
7     mischaracterizes native, display --
8     Q.  It that what it says?
9     A.  It says advertisers were able to
10 reach across different audiences and
11 different formats.
12    Q.  Right.  And it's telling buyers,
13 advertisers that they can reach people
14 through CTV, gaming, shopper marketing and
15 native all as a result of Microsoft and
16 Xandr, right?
17    A.  That is correct.
18    Q.  Okay.  All right.
19       MS. DUNN:  Okay.  I would like to
20    show you, if we can hand the witnesses
21    tabs 26, 27 and 28.
22       MS. SPEVACK:  It will be
23    Exhibit 20.
24       (MSFT Exhibit 20, Natively produced

Page 297

JOHN - HIGHLY CONFIDENTIAL

1     document, PowerPoint presentation
2     entitled, "Welcome to Microsoft
3     Advertising," Bates Nos.
4     MSFT-LIT0000002147, marked for
5     identification, this date.)
6        MS. SPEVACK:  21.
7        (MSFT Exhibit 21, Document, Bates
8     Nos. MSFT-LIT0000033249 through
9     MSFT-LIT0000033254, marked for
10    identification, this date.)
11    Q.  I'm just going to ask you if
12 they're documents prepared in the ordinary
13 course of business.  And I'm not going to ask
14 you any questions about them.
15       MS. SPEVACK:  And 22.
16       (MSFT Exhibit 22, Natively produced
17    document, PowerPoint presentation
18    entitled, "Xandr Ad Server/Supplement,"
19    Bates No. MSFT-LIT0000028835, pages 1
20    through 16, marked for identification,
21    this date.)
22       (Discussion off the record.)
23    Q.  So those three documents that I
24 just handed to you --

HIGHLY CONFIDENTIAL

Page 318

JOHN - HIGHLY CONFIDENTIAL

1 evolves, multiple players started picking
2 compared to the display advertising.
3    Q.  Okay.
4        MR. VERNON:  Could we go off the
5    record.  Just give me two minutes.  I
6    just want to make sure I asked all the
7    questions.
8        THE VIDEOGRAPHER:  The time is
9    6:19 p.m. and we're off the record.
10       (A brief recess was taken.)
11       THE VIDEOGRAPHER:  The time is
12   6:21 p.m. and we're back on the record.
13   Q.  Do you have that document in front
14 of you that we were just looking at?
15   A.  Yes, I do.
16   Q.  And the one that refers to the
17 "marketplace lock-in in Display."  Do you see
18 that?
19   A.  Yes, I do.
20   Q.  Earlier counsel asked you some
21 questions about meetings between the DOJ and
22 Microsoft with Xandr.  Do you remember that?
23   A.  Yes, I do.
24   Q.  Did Microsoft or Xandr create this

Page 319

JOHN - HIGHLY CONFIDENTIAL

1 document that talks about marketplace lock-in
2 for display for purposes of showing it to the
3 DOJ?
4    A.  Absolutely not.
5        MR. VERNON:  Okay.  With that, and
6    unless counsel for Google has further
7    questions, I'm done with my questions,
8    and I thank you and the court reporter
9    and the videographer and to everyone for
10   taking the time to sit here on a Friday.
11       THE WITNESS:  Thank you, all.
12       MS. DUNN:  Thank you very much.  We
13   appreciate you very, very much.
14       THE VIDEOGRAPHER:  We're going off
15   the record at 6:22 p.m., and this
16   concludes today's testimony given by Ben
17   John.  The total number of media units
18   was five, and they will be retained by
19   Veritext.
20       (Time noted:  6:22 p.m.)

Page 320

STATE OF _____)
                      ) :ss
COUNTY OF _____)

    I, BENNEASER JOHN, the witness
herein, having read the foregoing
testimony of the pages of this
deposition, do hereby certify it to be a
true and correct transcript, subject to
the corrections, if any, shown on the
attached page.

                _____
                    BENNEASER JOHN

Sworn and subscribed to before
me, this        day of
        , 2023.
_____
Notary Public

Page 321

           C E R T I F I C A T E
STATE OF NEW YORK  )
                   : ss.
COUNTY OF NEW YORK )

    I, Jennifer Ocampo-Guzman, a
Certified Realtime Shorthand Reporter and
Notary Public within and for the State of New
York, do hereby certify:
    That BENNEASER JOHN, the witness
whose deposition is hereinbefore set forth,
was duly sworn, and that such deposition is
a true record of the testimony given by the
witness.
    I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no
way interested in the outcome of this
matter.
    IN WITNESS WHEREOF, I have
hereunto set my hand this 12th day of
September 2023.


                _J. Ocampo-Guzman_
                JENNIFER OCAMPO-GUZMAN, CRR, CLR