AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-00108-LMB-JFA |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Movant New York Times Co.

Date: 06/14/2024

/s/Jay Ward Brown
*Attorney's signature*

Jay Ward Brown (VA Bar. No. 34355)
*Printed name and bar number*

Ballard Spahr LLP
1909 K St., NW
12th Fl.
Washington, D.C. 20006
*Address*

brownjay@ballardspahr.com
*E-mail address*

(202) 508-1136
*Telephone number*

(202) 661-2299
*FAX number*