IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### STATEMENT PURSUANT TO FRCP RULE 7.1

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-Party The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Jay Ward Brown*
   Jay Ward Brown (Va. Bar No. 34355)
   1909 K Street NW, 12th Floor
   Washington, DC 20006
   (202) 508-1136
   brownjay@ballardspahr.com

   Demetri Brumis Blaisdell (*pro hac vice* forthcoming)
   Legal Department
   The New York Times Company
   620 Eighth Avenue
   New York, NY 10018
   Phone: (212) 556-7314
   Email: demetri.blaisdell@nytimes.com

*Counsel for Non-Party The New York Times Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2024, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

*/s/ Jay Ward Brown*
Jay Ward Brown (Va. Bar No. 34355)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1136
brownjay@ballardspahr.com