IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | No. 1:23-cv-00108-LMB-JFA<br><br>**[PROPOSED] ORDER RE: NON-PARTY THE NEW YORK TIMES COMPANY'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL** |

Before the Court is Plaintiffs' Motion To Seal Plaintiffs' Opposition to Exclude Professor Robin Lee (ECF No. 661) and Non-Party The New York Times Company's Memorandum in Support of Plaintiffs' Motion to Seal, as well as the supporting Declaration of Laura Sonnenfeld. Having considered these materials, the Court hereby orders the Motion is GRANTED in part and that the following materials will remain under seal until further order of the Court:

| Document | Portion(s) to Maintain Under Seal |
|---|---|
| Expert Report of Robin S. Lee, PhD (ECF No. 660-1 in public, redacted form, ECF No. 663-1 in sealed, unredacted form) | Paragraph 314, n.450. |

     ENTERED this _____ day of _____ 2024.

Alexandria, Virginia

                _____