UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR NON-PARTY VOX MEDIA, LLC

To:  The clerk of the court and all parties and counsel of record.

PLEASE TAKE NOTICE of the appearance of James D. Sadowski, Esq., an attorney with

the law firm of Greenstein DeLorme & Luchs, P.C.  I am admitted or otherwise authorized to

practice in this court, and I appear in this case as counsel for:  Vox Media, LLC ("Vox Media").

Vox Media has highly confidential documents that were produced during discovery in this case

and those documents should only be filed under seal.

Respectfully submitted

Date:  June 14, 2024

/s/ James D. Sadowski
James D. Sadowski (VSB #38326)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  jds@gdllaw.com
*Counsel for Non-Party Vox Media, LLC*

4873-4681-3640.v1

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2024, I filed the foregoing Notice of

Appearance of Counsel for Non-Party Vox Media, LLC, and a copy should be served by Notice

of Electronic Filing on all persons designated to receive electronic notice in this case.


/s/ James D. Sadowski
James D. Sadowski

2