IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF LAURA B. REASS
IN SUPPORT OF PLAINTIFFS' RESPONSE TO
GOOGLE'S MOTION TO SEAL**

I, Laura B. Reass, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 21 years old and am competent to testify about the matters in this Declaration based on my personal knowledge.

2. I am a staff attorney at the U.S. Department of Veterans Affairs (the "VA"), Office of General Counsel, and submit this Declaration in support of Plaintiffs' Response to Google's Motion to Seal.

3. Google's Exhibit 143, ECF No. 709-11 contains contact information of certain VA employees. Such contact information is not widely published or available to the general public as a matter of course, and making it available on the public docket threatens to disrupt orderly and efficient agency operations.

1

. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2024.

Signed: *[signature: L Reass]*

Laura Reass
Staff Attorney
Office of General Counsel
Department of Veterans Affairs
Washington, DC 20420