**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF STEPHEN HENCH**
**IN SUPPORT OF PLAINTIFFS' RESPONSE TO**
**GOOGLE'S MOTION TO SEAL**

Stephen Hench, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1.     I am over 21 years old and am competent to testify about the matters in this
Declaration based on my personal knowledge, upon information provided to me in my official
capacity, and upon conclusions and determinations reached and made in accordance therewith.

2.     I am a Senior Trial Attorney at the National Highway Traffic Safety
Administration ("NHTSA"), an operating administration of the U.S. Department of
Transportation, and submit this Declaration in support of Plaintiffs' Response to Google's
Motion to Seal.

3.     Defendant's Exhibit 76, ECF No. 588-6, is a true and correct copy of an excerpt
of an award/contract for Contract No. 693JJ919D000003 between NHTSA and Stratacomm
LLC, and email correspondence that includes an email attaching that excerpt (among other
documents).

1

4.      Mobile telephone contact information for NHTSA staff included in the cover email is not widely published or available to the general public as a matter of course, and making it available on the public docket threatens to disrupt orderly and efficient agency operations.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 13, 2024.

Signed: _____

Stephen Hench

County and State: Kane County, IL

2