# Defendant's Exhibit 62
# (Under Seal)