# EXHIBIT 67

**From:** ████ &lt;/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A0AEFE6EB27547C1A50BDC8A5CBECCF5-ERNG&gt;
**To:** ████
**CC:**
**Sent:** 1/28/2021 1:55:09 PM
**Subject:** RE: OE8 Campaign results

Great. thanks.

████
Division of Campaign Management (DCM)
Strategic Marketing Group (SMG), Office of Communications (OC)
Centers for Medicare & Medicaid Services (CMS)
7500 Security Boulevard, Mailstop: S1-13-05
Baltimore, MD 21244
████

---

**From:** ████
**Sent:** Thursday, January 28, 2021 1:40 PM
**To:** ████
**Subject:** RE: OE8 Campaign results

Hi ████ – See below in green:

---

**From:** ████
**Sent:** Thursday, January 28, 2021 11:16 AM
**To:** ████
**Subject:** [EXTERNAL] RE: OE8 Campaign results

████
Can you provide a more specific and concrete answer to the following:
- In layman and non technical terms – Why do you think search performed better compared to last year? Was there more volume? Yes, we increased the % of budget allocated from OE7 given strong performance, ████ – Refining the key words and removing underperforming terms also improved performance in driving enrollments.
- This is accurate?: Due to the COVID-19 national emergency, more people were eligible for Marketplace health insurance as a result of lost employment. Yes.
- Your last bullet means the following?: We think that health care was seen as a priority issue for people this year compared to last year due to the COVID-19 national emergency Yes.

████
Division of Campaign Management (DCM)
Strategic Marketing Group (SMG), Office of Communications (OC)
Centers for Medicare & Medicaid Services (CMS)
7500 Security Boulevard, Mailstop: S1-13-05
Baltimore, MD 21244
████

---

**From:** ████
**Sent:** Thursday, January 28, 2021 11:12 AM
**To:** ████
**Subject:** RE: OE8 Campaign results

Hi Team – See below. We have captured this in our final report and will have the full performance metrics and %s detailed (sharing ASAP). Year over year the campaign performed exceptionally well driven by channel optimizations and applied learnings from previous Open Enrollment periods.

- The factor that drove the most change year over year came from Search; we emphasized exact and phrase match keyword strategies, removing under-performing and broad match keywords from OE7 and past open enrollment years
- Shifted the display strategy in OE8 more towards our partner MiQ who has historically outperformed Google
- Increase in qualified individuals looking for healthcare plans (assumption) as unemployment rates increased significantly. To reach this broader audience we deployed Google targeting segments across display and video to reach adults 35-54 (while a small % of the total buy - ~5%, this proved successful in reaching this secondary audience)
- Given the COVID-19 environment, we also theorize that individuals had healthcare top of mind (more so than previous years), prompting more plan research and enrollments.

EXHIBIT 81 CMS 8.25.23

Highly Confidential

CMS-ADS-0000373744

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, January 28, 2021 9:49 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Subject:** [EXTERNAL] RE: OE8 Campaign results
**Importance:** High

Hey there – hate to be a pain. But, ▓▓▓ could really use an answer to why you think the campaign performed so well this year compared to last year. Does weber have any thoughts on this? If so, can you send them by noon today?

Thanks,

▓▓▓▓▓▓▓▓▓▓
Division of Campaign Management (DCM)
Strategic Marketing Group (SMG), Office of Communications (OC)
Centers for Medicare & Medicaid Services (CMS)
7500 Security Boulevard, Mailstop: S1-13-05
Baltimore, MD  21244
▓▓▓▓▓▓▓▓▓

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, January 27, 2021 7:05 PM
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** OE8 Campaign results

Hi ▓▓▓▓▓▓▓▓▓ – I know you're busy planning for the SEP. This week, we also need to submit our final report (this is a CMS report) on the fall campaign. Comparing year over year, the campaign performed exceptionally well. Do you know why it did so much better in OE8 or do you have any theories?

Thanks,
▓▓▓

▓▓▓▓▓▓▓▓▓▓
Director, Division of Campaign Management
Office of Communications/Strategic Marketing Group
7500 Security Boulevard, ▓▓▓▓▓▓
Baltimore, Maryland 21244
▓▓▓▓▓▓▓▓▓

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.