# EXHIBIT 73

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30 | | | | 1. REQUISITION NUMBER | | PAGE 1 OF 97 | |
|---|---|---|---|---|---|---|---|
| 2. CONTRACT NO. N0018921DZ024 | 3. AWARD/EFFECTIVE DATE 20-May-2021 | | 4. ORDER NUMBER | 5. SOLICITATION NUMBER N0018920RZ020 | | 6. SOLICITATION ISSUE DATE 28-Apr-2020 | |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ADELINA LACROCE | | | b. TELEPHONE NUMBER (No Collect Calls) [redacted] | | 8. OFFER DUE DATE/LOCAL TIME 03:00 PM 13 Jul 2020 | |
| 9. ISSUED BY CODE N00189 NAVSUP FLC NORFOLK PHILADELPHIA OFFICE ATTN: ADELINA LACROCE 700 ROBBINS AVENUE, BLDG. 2B PHILADELPHIA PA 19111-5083 TEL: [redacted] FAX: | | | 10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR: [ ] SMALL BUSINESS [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM [ ] HUBZONE SMALL BUSINESS [ ] EDWOSB [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS [ ] 8(A) | | NAICS: 541810 SIZE STANDARD: $16,500,000 | | |
| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP | | | |
| 15. DELIVER TO CODE N66715 NAVY RECRUITING COMMAND GOV'T REP. 5722 INTERGRITY DRIVE MILLINGTON TN 38054 | | | 16. ADMINISTERED BY CODE SEE ITEM 9 | | | | |
| 17a. CONTRACTOR/ OFFEROR CODE 0CME6 FACILITY CODE YOUNG & RUBICAM LLC GOV'T SALES 3 COLUMBUS CIR NEW YORK NY 10019-8760 TELEPHONE NO. | | | 18a. PAYMENT WILL BE MADE BY CODE HQ0337 DFAS COLUMBUS CENTER NORTH ENTITLEMENT OPERATIONS PO BOX 182317 COLUMBUS OH 43218-2317 | | | | |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM | | | | |
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | | | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| | SEE SCHEDULE | | | | | | |
| 25. ACCOUNTING AND APPROPRIATION DATA | | | | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) [redacted] | | | |
| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED | | | | | | | |
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED | | | | | | | |
| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | | | | [X] 29. AWARD OF CONTRACT: REF. N0018920RZ020 OFFER DATED 19-Mar-2021. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE | | | |
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | | | | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *BBlaney* | | | |
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | | 30c. DATE SIGNED | | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) [redacted] / CONTRACTING OFFICER EMAIL: [redacted] | | | 31c. DATE SIGNED 19-Apr-2021 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA – FAR (48 CFR) 53.212

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 97 |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| | **SEE SCHEDULE** | | | | |

| 32a. QUANTITY IN COLUMN 21 HAS BEEN |
|---|
| ☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____ |

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)  42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012) BACK
Prescribed by GSA – FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Yr Basic Advertising Services FFP | 12 | Months | [REDACTED] | [REDACTED] |

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
MILSTRIP: N6671521RC043A1
PSC CD: R701

MAX NET AMT     [REDACTED]

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | Base Yr Space Charges Media Placement COST | 1 | Lot | $56,515,825.79 | $56,515,825.79 NTE |

and Postage in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $56,515,825.79
Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX COST    $56,515,825.79

N0018921DZ024

Highly Confidential

NAVY-ADS-0000256938

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | Base Yr Additional Advertising FFP | 1 | Lot | | NTE |

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022. Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
   (blended hourly rate) x 700 hours = (Amount)

(2) Creative Strategy, Execution, and Production:
   (blended hourly rate) x 10,000 hours = (Amount)

(3) Media and Related Services:
   (blended hourly rate) x 500 hours = (Amount)

(4) Prospect Relationship Management and Fulfillment Operations:
   (blended hourly rate) x 3,000 hours = (Amount)

(5) Field Events Marketing:
   (blended hourly rate) x 500 hours = (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the

N0018921DZ024

Page 6 of 97

Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | Base Yr Additional Other Direct Expenses FFP | 1 | Lot | $6,591,469.97 | $6,591,469.97 NTE |

(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. The CLIN will be used in conjunction with CLIN -003 Additional Advertising Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $6,591,469.97.

Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX NET AMT        $6,591,469.97

Highly Confidential