# EXHIBIT 75

From:
To: **REDACTED**
Cc:
Sent: 9/18/2022 7:48:29 PM
Subject: [Non-DoD Source] Re: TO 64 Inspire/TO 63 Engage & Recruit | PO-1 | Reserve Media Plan - REVISED and CRM response
Importance: High
Attachments: TO 63&64 AFR CRM9.19.xlsx; TO 63_64 AFR RevMedia Recommendation 9.19.22.pdf

ALCON
GSD&M has updated the AFR media plan to end on 31 May 2023 along with the responses to the CRM. Please review and let us know if you have any additional questions. GSD&M will be sending the AIR requests tomorrow for both TOs in order to have time to place the media so that search may start on 1 October.

**REDACTED**



Date: Monday, August 15, 2022 at 4:25 PM
To:

ALCON
In accordance with the Performance Objective (PO-1) for TO 64 Inspire and TO 63 Engage & Recruit, GSD&M has attached the Reserve Media Plan for your review. GSD&M will plan to present with RSM on Wednesday 31 August via zoom.

If you have any questions, please let us know
AIM HIGH!

**REDACTED**

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.



EXHIBIT
122
9.18.23

Confidential                                                                     USAF-ADS-0000001422

2022 Comment Resolution Matrix (CRM)

| # | Initiator Name | Type (C/S/A) | Page # | Recommended Change, Question or Comment | Rationale (If Applicable) | Resolution (A/R/P) | Contractor Response | Commenter Concurrence | Adjudication |
|---|---|---|---|---|---|---|---|---|---|

Document Name: TO-0063/TO0064 AFR Inspire/Engage & Recruit Media Plan

**REDACTED**

Source - Enter the document identifier if the review is for a document set
Type (C/S/A) - Type of comment (A = Administrative; S = Substantive; C = Critical)
CRITICAL - Label a comment "Critical" if this comment would result in an organizational non-concur with the document
SUBSTANTIVE - Substantive comments are provided because sections in the document appear to be or are potentially unnecessary,
ADMINISTRATIVE - Administrative comments correct what appear to be typographical or grammatical errors

Page # - Enter page number for text referenced in comment  Enter "Gen" for general comments on the document not specific to any single
Para # - Enter the specific, complete paragraph number  Enter "Gen" for general comments on the document not specific to any singl
paragraph  If comment references a Table or Figure, enter the specific, complete Table/Figure number
Line #(s) - Enter the specific line number(s)
Recommended Change - Enter the specific change (i e  wording) you would like to see made to the document
Rationale - Provide specific justification for your proposed change
Resolution (A/R/P) - Leave blank  (A = Accept; R = Reject; P = Partial)
Response - Leave blank  Will be filled in by document author upon resolution of commen
Commenter Concurrence - Leave blank  Will be filled in by document author after discussing the resolution and response with the commente
Adjudication - Leave blank  Will be filled in by document adjudication authority in the event that the commenter non-concurs with a respons

Highly Confidential

USAF-ADS-0000001423



# FY 22 T.O. 0064/63 AFR MEDIA RECOMMENDATION

GSD&M    19 September 2022

Highly Confidential

FOUO – USAF Internal Use Only    1

USAF-ADS-0000001424

**REDACTED**

REDACTED

**REDACTED**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED