# EXHIBIT 76

From:
To: Vallese, Julie (NHTSA)
CC: Syner, Joey (NHTSA); McMeen, Susan (NHTSA)
Sent: 10/20/2022 4:11:08 PM
Subject: FW: OST Follow-up Questions Campaigns and Advertising Updated 10172022.docx
Attachments: 693JJ919D000003 Stratacomm IDIQ .pdf; 693JJ922D000020 Media Services for Traffic Safety Public.pdf; Approved Tech Eval Plan RFP 22R000014.pdf; RFP 693JJ922R000014 Media Services for Traffic Safety Public Service Campaigns .pdf

I have attached the follow

Susan McMeen
202 366-4165

From: Gray, Sherese (NHTSA) <sherese.gray@dol.gov>
Sent: Thursday, October 20, 2022 2:28 PM
To: McMeen, Susan (NHTSA) <susan.mcmeen@dot.gov>
Cc: Syner, Joey (NHTSA) <Joey.Syner@dot.gov>; Vallese, Julie (NHTSA) <julie.vallese@dot.gov>
Subject: OST Follow-up Questions Campaigns and Advertising Updated 10172022.docx

Susan,

I have attached the final RFP and Approved technical evaluation plan for AD Council.

Stratacomm Base IDIQ 693JJ919D000003, award date was 3/5/2019.

I have also included the RFP for the AD Council and the approved tech evaluation plan for the IDIQ contract.

With the question two in the memo, it references the following, but the five task orders mentioned in the comments from OST are the Ad Council task orders. Also, the ceiling amount listed, $38.9 million is the AD Council ceiling not the Stratacomm ceiling. The reference to Stratacomm is in error by OST. I also included the AD Council IDIQ contract.

Question 2 follows:

1. Behavioral Safety (Stratacomm) – To provide increased focus on highway safety issues such as increased seatbelt use, and lower crashes and fatalities resulting from impaired and distracted driving. Media activities for vulnerable roadway users such as pedestrians, motorcyclists, bicyclist, children, and older drivers are included under this contract. The contract was awarded a ceiling of $38.9M and included five Task Orders (Alcohol-Impaired Driving, Drug-Impaired Driving, Distracted Driving, Car Seat Safety, and Heatstroke). The contract also handles significant pass-through funds of about $35M each year for media buys. This is the first-time Stratacomm has been selected as the awardee for this contract.

The yellow highlighted area above is from the Ad Council IDIQ and the five task orders issued to Ad Council.

Thanks, and let me know if you need anything else.

*Sherese Gray*
Contracting Officer, Office of Acquisition Management
U.S. Department of Transportation (DOT)
National Highway Traffic Safety Administration (NHTSA)
1200 New Jersey Avenue, SE
West Building W51-310
Washington D.C. 20590
Telephone: (202) 366-3998

*Your Voice Matters, so please take a moment to complete the NFO Survey at:* https://www.surveymonkey.com/r/NFO-survey

DEPOSITION EXHIBIT 114

Highly Confidential

NHTSA-ADS-0000344712

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE OF PAGES 1 / 38 |
|---|---|---|---|
| 2. CONTRACT (Proc. Inst. Ident.) NO. 693JJ919D000003 | | 3. EFFECTIVE DATE See Block 20C | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 693JJ919RQ0000B3 |
| 5. ISSUED BY    CODE   NHTSA NFO-300 | | 6. ADMINISTERED BY (If other than Item 5)   CODE   NHTSAOAM | |
| Office of Acquisition Management 1200 New Jersey Ave SE Washington DC 20590 | | NHTSAOAM DOT/NHTSA/NFO-300 Office of Acquisition Management 1200 New Jersey Ave., SE Washington DC 20590 | SCD-C |

7. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)

STRATACOMM LLC
1200 G ST NW STE 350
WASHINGTON DC 20005-6700

8. DELIVERY
[ ] FOB ORIGIN    [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN    ITEM

CODE 100376822    FACILITY CODE

11. SHIP TO/MARK FOR   CODE   DOT/NHTSA
DOT/NHTSA
1200 New Jersey Ave SE
Washington DC 20590

12. PAYMENT WILL BE MADE BY   CODE   NHTSA CENTRALIZED C
NHTSA CENTRALIZED OPERATIONS
PO BOX 25740
Oklahoma City OK 73125

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304 (c) (     )   [ ] 41 U.S.C. 3304 (a) (     )

14. ACCOUNTING AND APPROPRIATION DATA
See Schedule

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT ► | $0.00 |

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-3 | X | I | CONTRACT CLAUSES | 30-37 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 5-8 | X | J | LIST OF ATTACHMENTS | 38 |
| X | D | PACKAGING AND MARKING | 9-10 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 11 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 12-16 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 17-23 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 24-29 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___1___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by

18. [ ] SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

20C. DATE SIGNED
3/5/2019

STANDARD FORM 26 (Rev. 2/2013)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

Highly Confidential

NHTSA-ADS-0000344713

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>693JJ919D000003 | | | PAGE<br>2 | OF<br>38 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
STRATACOMM LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | DUNS Number: 932697089<br>Indefinite Delivery Indefinite Quantity (IDIQ) contract 693JJ919D000003 is placed to procure national communications, advertising, marketing, and media support services as detailed below.<br>InvoiceApprover: SMOODYNHTSA IT Related Pur: NO | | | | |
| 00001 | CLIN FOR CEILING PURPOSES ONLY<br>Obligated Amount: $0.00 | | | | |
| 00002 | Obtain National Communications, Advertising, Marketing, and Media Support<br>Base Period Ceiling - $85,310,235.32<br>Obligated Amount: $0.00<br><br>Delivery: 02/27/2021 | | | | |
| 00003 | Obtain National Communications, Advertising, Marketing, and Media Support<br>Option Year 1 Ceiling - $44,216,098.22<br>Amount: $0.00(Option Line Item)<br><br>Delivery: 02/27/2022 | | | | 0.00 |
| 00004 | Obtain National Communications, Advertising, Marketing, and Media Support<br>Option Year 2 Ceiling - $43,738,162.41<br>Amount: $0.00(Option Line Item)<br><br>Delivery: 02/27/2023 | | | | 0.00 |
| 00005 | Obtain National Communications, Advertising, Marketing, and Media Support<br>Option Year 3 Ceiling - $43,700,269.64<br>Amount: $0.00(Option Line Item)<br><br>Delivery: 02/27/2024<br>DATA Act Reporting Indicator: P<br>PIID:693JJ919D000003<br>Reference IDV ID:<br><br>The total amount of award: $216,964,785.59. The obligation for this award is shown in box 15G. | | | | 0.00 |

AUTHORIZED FOR LOCAL REPRO

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Highly Confidential

NHTSA-ADS-0000344714

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

## SECTION A – SOLICITATION/CONTRACT FORM

52.203-18   PROHIBITION ON CONTRACTING WITH ENTITIES THAT REQUIRE CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS ON STATEMENTS--REPRESENTATION (JAN 2017)

52.203-19   PROHIBITION ON REPORTING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017)

3

Highly Confidential

NHTSA-ADS-0000344715

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

## PART I - THE SCHEDULE

### SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

**B.1   SUPPLIES/SERVICES**

The Contractor shall provide all the necessary personnel, materials, supplies and services which are necessary to perform national communications, marketing, and media support services as described in this contract. The Contractor shall fulfill work requirements in accordance with the Statement of Work (SOW), Section C and other terms and conditions of the contract. All support services provided to the Government shall be performed by the Contractor employees or personnel otherwise retained by the Contractor.

This is an Indefinite Delivery, Indefinite Quantity (IDIQ) Type Contract, whereby Firm Fixed Price (FFP), Cost Plus Fixed Fee (CPFF), or combination thereof, Task Orders shall be issued in accordance with FAR 16.5.

**B.2   OBLIGATION SUMMARY**

Minimum Obligation of the Government. The minimum guaranteed obligation of this IDIQ contract is the fair and reasonable cost (as determined by the Government) for the issuance of one (1) Task Order for no less than $50,101,358.

Maximum Obligation of the Contractor. The Contractor shall be obligated to provide supplies and services up to the maximum contract value amount of **$216,964,785.59** for the entire sixty (60) month period of performance. The maximum contract value includes the special funding provided to the Contractor by the Government to secure advertising airtime and/or print/internet space. See Section H.6. Statutorily-Mandated Advertising for more information.

*(End of Section B)*

Highly Confidential

NHTSA-ADS-0000344716

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

## SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

### C.1 BACKGROUND

The National Highway Traffic Safety Administration (NHTSA) is an operating administration within the U.S. Department of Transportation whose mission is to save lives, prevent injuries, and to reduce traffic-related deaths and economic losses resulting from motor vehicle crashes. NHTSA accomplishes its mission by:

- Researching and demonstrating promising strategies to encourage positive traffic safety behaviors;
- Planning and executing strategic communications campaigns to support program activity; and
- Providing grants to State and local Governments to enable them to conduct effective local highway safety programs.

### Disciplined Communications Approach

NHTSA's communications strategy uses a disciplined approach to develop and implement its communications programs. NHTSA communications activities are rooted in policy which provides the foundation for its messaging. Once policy has been established, program offices develop program initiatives and countermeasures associated with improving traffic safety. Finally, communications activities are based in research and use sound effective messaging to support NHTSA's policy and program efforts.

This disciplined approach includes reviewing traffic data, conducting and evaluating market research data, developing TV, radio, and digital creative materials, placing and negotiating advertising, conducting media relations, developing collateral materials, and developing partnerships.

While high visibility enforcement continues to be an important aspect of the national communications program, other integrated communications activity must continue throughout the year to keep the messages updated and in front of the American public. Consistent and continual reminders of the high human and economic costs of motor vehicle crashes must be developed, and effective communication must be maintained so that the public is aware of potential lifesaving behaviors.

### The Data

Research demonstrates that preventing impaired and distracted driving and increasing seat belt use will have the most significant impact on NHTSA's mission to increase the safety of the general driving public. Accordingly, NHTSA's priority programs are designed to prevent alcohol and drug impaired driving (including motorcycle riding), increase seat belt use, and decrease distracted driving. Other NHTSA campaigns also are designed to increase safety and address child passenger safety, drowsy driving, heatstroke, speed, teen driver safety, pedestrian safety, bicycles, school buses, and older drivers.

Impaired driving is one of the most often committed crimes in America. Operating a vehicle

Highly Confidential

NHTSA-ADS-0000344717

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

while impaired can have devastating consequences. In 2017, more than 10,000 people died in alcohol-related crashes in the United States, accounting for 29 percent of all traffic fatalities. Drunk or drugged drivers experience diminished judgment and decreased motor coordination and reaction time, putting at grave risk passengers, pedestrians, and other drivers.

Seat belt use has proven to be a lifesaving countermeasure and is required by law for a reason. In 2017, seat belts saved an estimated 14,955 lives of occupants 5 and older. From 2013 to 2017, seat belts saved nearly 69,000 lives. If all passenger vehicle occupants 5 and older involved in fatal crashes had worn their seat belts, an additional 2,549 lives could have been saved in 2017 alone.

For children age 1 to 13, traffic crashes are a leading cause of death. In 2017, 675 children under 13 were killed in the US in traffic crashes. Of those children under 13 killed in 2017, more than one in three (35%) were not using a car seat, booster seat or seat belt. NHTSA is committed to working closely with partners, safety advocates, and directly with consumers to help those who transport children make the kind of choices to keep them alive and safe.

Motorcycle crash-related fatalities have become a challenge to NHTSA's progress in increasing highway safety. In 2016, there were 5,286 motorcyclists killed—a 5.1-percent increase from the 5,029 motorcyclists killed in 2015.

Traffic crashes are among the leading causes of death among Hispanics from the ages of 1 to 34 years. As the Hispanic population continues to increase in the United States, their exposure to traffic crashes and resultant injuries and fatalities has the potential to increase. Therefore, specialized public information efforts targeted to the Hispanic population are needed to ensure safe driving behavior. To meet its mission of decreasing fatalities and injuries, NHTSA must continue to develop culturally appropriate messaging and national behavior based communication initiatives.

### C.2  PURPOSE

The purpose of this Contract is to acquire integrated media, marketing, and advertising services to enhance NHTSA's behavioral safety programs through NHTSA's Office of Communications and Consumer Information (OCCI). This support will be used by NHTSA, state partners, highway safety and public health advocates throughout the United States to promote traffic safety messages; raise traffic safety awareness; and increase positive traffic safety behaviors among segmented targeted populations through the combination of enforcement and related media support for the national seat belt and impaired driving campaigns. In addition, support is needed for strategically designed communication initiatives that support programs relating to child passenger safety, motorcycles, pedestrians, bicycles, school buses, distracted driving, older drivers, teen driver safety, and other NHTSA-based communication initiatives as identified.

### C.3  OBJECTIVE

The objective of this Contract is to provide timely, efficient, effective and expert marketing, and advertising support to NHTSA, and its partners, in the management of its national seat

Highly Confidential

NHTSA-ADS-0000344718

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

belt and impaired driving campaigns and other highway traffic safety programs regarding child passenger safety, distracted driving, speed, pedestrian, motorcycle, bicycle, school bus, teens, heatstroke prevention, railroad crossing safety, and older driver safety programs. Other campaigns that anticipated at this time may be included. In addition, the Contract may be used to develop communication materials for traffic safety efforts that target Hispanic and other ethnic populations.

## C.4 ACRONYMS AND DEFINITIONS

Refer to Attachment J.3 for acronyms and definitions of terms applicable to this Contract.

## C.5 CONTRACT REQUIREMENTS

### C.5.1 Contract Kickoff Meeting

Within two (2) weeks after Contract award, key members of the Contractor's staff shall meet with the NHTSA COR, Contracting Officer/Contract Specialist and other interested NHTSA staff. The purposes of the "Kick-Off" meeting shall be to:

- Review contractual matters, including terms and conditions of the Contract and any awarded Task Order;
- Review the Statement of Work and Milestones and Deliverables to ensure a common understanding of the general requirements; and
- Address questions.

As part of the kick-off meeting, the Contractor shall submit to the COR a Quality Assurance Quality Control (QAQC) plan detailing the Contractor's methods and procedures for ensuring the highest quality and timeliness of required deliverables and services.

The Kick-Off meeting will take place at NHTSA Headquarters in Washington, DC and last from one (1) to two (2) hours. The kick-meeting shall be invoiced under Task Order 0001 as no funds are obligated to the base contract.

### C.5.2 General Requirements

As discussed in Section G.7 of this Contract, specific project requirements will be assigned to the Contractor through the execution of contract Task Orders. In general terms, Task Order requirements could include the following (this list may not be all inclusive):

- Provide technical assistance to NHTSA to develop and promote traffic safety communications to reduce crashes, and the resulting injuries and deaths to English and Spanish speaking populations. The Contractor shall conduct market research, develop creative assets, understand the use of multimedia platforms that include television, radio, digital, social media, print, outdoor, mobile, and online; develop, review, and/or evaluate media plans; develop communication strategies and tactics; use social media; and develop collateral materials to support state/local campaigns.
- Develop national media buys for television, radio, digital, social media, print, out-

Highly Confidential

NHTSA-ADS-0000344719

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

of-home, mobile, and online. The Contractor shall plan for each cycle of paid advertising and, once the NHTSA COR approves the plan, place the advertising. Media buys support national high visibility enforcement campaigns to increase seat belt use, and decrease impaired and distracted driving. NHTSA anticipates that a minimum of five national media buys will be conducted per year and that each buy will run for approximately 7 – 15 days.

- Obtain approval for Federally-sponsored data collections as required by the Paperwork Reduction Act and Office of Management and Budget (OMB) regulations.
- Develop and deliver 508-compliant earned media materials in English and Spanish. This earned media will support NHTSA's traffic safety initiatives and priorities (seat belts, alcohol, and distraction) and other campaigns including, but not limited to, heatstroke, speed, teen safety, motorcycles, pedestrians, bicycles, school buses, older drivers, enforcement and justice services, drowsy driver safety programs and other traffic safety initiatives that NHTSA may identify. This earned material may also support traffic safety demonstration projects that support NHTSA's ongoing traffic safety efforts.
- Refresh existing advertisements and develop new advertisements for NHTSA priority areas and emerging highway safety issues.
- Acquire video and photography services, and plan and execute video and photo shoots necessary to carry out NHTSA programs and campaigns. The Contractor shall manage all talent rights/fees for existing and newly created assets.
- Adapt existing materials into culturally-appropriate language and create new materials that positively resonate with targeted populations, and meet the guidelines set forth by the American Translators Association.
- Plan and conduct national strategic communications forums and communications trainings.
- Produce and submit reports that provide well-organized and detailed analysis of NHTSA campaigns and demonstration activities.
- Conceptualize, coordinate, and conduct onsite brown-bag training sessions for NHTSA staff on communications and marketing issues that are relevant to ongoing outreach efforts.
- Develop and program digital content using the Drupal content management system to support www.nhtsa.gov and www.trafficsafetymarketing.gov.
- Plan and implement events.

*(End of Section C)*

Highly Confidential

NHTSA-ADS-0000344720