# EXHIBIT 77

**From:**
**Sent:** 4/11/2022 11:53:15 AM
**Subject:** FW: Revised Optimization Process Review
**Attachments:** FY22 Optimization Process Update_08 APR REVISED.pptx

Respectfully,

MAJ, FA 58 (EN)
Branch Chief, Paid Media

Army Enterprise Marketing Office (AEMO)
11 West Quincy Court, Suite 310
Chicago, IL 60604
Cell:
NIPR:
SIPR:

**From:** (OMD) @omd.com>
**Sent:** Friday, April 8, 2022 4:17 PM
**To:** MAJ USARMY AEMO (USA) @army.mil>; MAJ USARMY AEMO (USA) @army.mil>
**Cc:** (OMD) @omd.com>; (OMD) @omd.com>; (OMD) @omd.com>
**Subject:** [Non-DoD Source] Re: Revised Optimization Process Review

Hello MAJ and MAJ

Thank you again for your time yesterday to review the new proposed approval process for optimizations. Please see attached for the revised overview which captures the changes we discussed:

- Addition of a budgetary guideline for cross-digital optimizations (up to)
- Addition of Optimization KPIs
- Removal of "Ad-Hoc"
- Removal of "mid/low funnel" distinction for digital channels

Please let us know if you have any additional feedback and/or are aligned with this approach.

Thank you!

**From:**
**Sent:** Tuesday, April 5, 2022 9:52 AM
**To:** MAJ USARMY AEMO (USA) @army.mil>; MAJ USARMY AEMO (USA) @army.mil>; (OMD) @omd.com>; (OMD) @omd.com>; (OMD) @omd.com>; (OMD) @omd.com>
**Subject:** Revised Optimization Process Review
**When:** Thursday, April 7, 2022 10:30 AM-11:00 AM.
**Where:**

**Purpose:** Team DDB to share proposed optimization approval process following conversation in last month's reporting call.

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
 @m.webex.com
Video Conference ID: 111 340 822 8
Alternate VTC instructions

Learn More | Meeting options

ARMY-ADS-0000060557

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

ARMY-ADS-0000060558