# Plaintiffs' Exhibit 92

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF PAGES 135 |
|---|---|---|---|---|---|
| 2. CONTRACT NO. W9124D19D0001 | 3. SOLICITATION NO. W9124D-16-R-0046 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 5. DATE ISSUED 03 Jan 2017 | 6. REQUISITION/PURCHASE NO. | |

| 7. ISSUED BY | CODE | W9124D | 8. ADDRESS OFFER TO (If other than Item 7) | CODE |
|---|---|---|---|---|
| MISSION AND INSTALLATION CONTRACTING CMD MICC FORT KNOX BLDG 1109B STE 373 199 6TH AVE FORT KNOX KY 40121-5720 TEL: FAX: | | | See Item 7 TEL: FAX: | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and _____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in _____ until _____ local time _____
   (Hour)          (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 - 2 | X | I | CONTRACT CLAUSES | 107 - 123 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 3 - 51 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 52 - 84 | X | J | LIST OF ATTACHMENTS | 124 - 135 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 85 - 87 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 88 - 93 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 94 - 97 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 98 - 106 | | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __10__ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | Net 30 Days | | | | |
|---|---|---|---|---|---|
| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 7K9K8 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| DDB CHICAGO INC. 225 N MICHIGAN AVE FL 10 CHICAGO IL 60601-7617 | | | / PRESIDENT-CEO |

| 15B. TELEPHONE NO. (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION | |
|---|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)( )  [ ] 41 U.S.C. 253(c)( ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
| 24. ADMINISTERED BY (If other than Item 7) CODE See Item 7 | | 25. PAYMENT WILL BE MADE BY  CODE HQ0490 DFAS IN VP GFEBS 8899 E. 56TH ST INDIANAPOLIS IN 46249-3800 | |
| 26. NAME OF CONTRACTING OFFICER (Type or print) TEL:   EMAIL: s.hannon-j.kennedy-butler.civ@mail.mil | | 27. UNITED STATES OF AMERICA | 28. AWARD DATE 20-Nov-2018 |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

| Previous Edition is Unusable | 33-134 | STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c) |

Confidential

ARMY-ADS-0000245462

W9124D19D0001

Page 2 of 135

Section A - Solicitation/Contract Form

<u>GENERAL PROVISIONS</u>

<u>GENERAL PROVISIONS</u>

NOTICE TO AWARDEE

AWARD PAGE Continued from Item 15A of SF 33

<u>DDB CHICAGO, INC.</u>

A1. The Contractor's proposal resulting from solicitation W9124D-16-R-0046, through Amendment 0007, dated 24 July 2018, is accepted for this requirement and incorporated by reference.

A2. This is a single award Indefinite-Delivery / Indefinite-Quantity (ID/IQ) contract. The program ceiling for this ID/IQ is ▮▮▮▮▮▮▮▮▮. The guaranteed minimum for this requirement is ▮▮▮▮▮▮ and is applicable ONLY for the Base Ordering Period of 20 Nov 18 through 19 Nov 23.

A3. This contract provides for an initial five (5) year ordering period (effective dates: 20 Nov 18 through 19 Nov 23), an optional three (3) year ordering period (effective dates: 20 Nov 23 through 19 Nov 26), and a final optional two (2) year ordering period (effective dates: 20 Nov 26 through 19 Nov 28).

A4. Ordering procedures, preparation of vouchers and billing instructions are described in Section G. Invoicing procedures will be addressed in each individual Task Order.

A5. A post-award conference will be held. The location and time will be revealed under separate correspondence.

A6. The Contractor is recognized as having an adequate accounting system and is hereby authorized to participate on any type task order that is permitted under this contract.

A7. FAR Clause 52.216-18 is changed to reflect the full amount of ordering periods as set forth in Section F. However, orders may only be placed in the award term periods if the Contractor receives the award term and the option is exercised.

A8. DDB Chicago Inc.'s proposal is hereby incorporated into this contract. Specific provisions are identified in Section H of this contract. This also includes the incorporation of the Small Business Subcontracting Plan, dated 26 October 2018.

THE CLAUSES IN THIS CONTRACT ARE APPLICABLE BASED ON THE RESULTING TASK ORDER TYPE (I.E. FIRM FIXED PRICE, COST PLUS AWARD FEE, etc.)

Confidential

ARMY-ADS-0000245462_001

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | UNDEFINED | Job | UNDEFINED | ▆▆▆ |

Phase-In
CPFF
This CLIN covers the performance of phase-in activities. The maximum quantity is to accommodate the number of months of phase-in for this ordering period.
Base Ordering Period: 20 Nov 18 – 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▆▆▆ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 60 | Months | ▆▆▆ | ▆▆▆ |

Core Operations
FFP
This CLIN includes work associated with PWS Paragraph 5.2, Core Operations, and includes but is not limited to: Account management, briefings to Army leadership, fiscal, legal, and operational management, and the Development of the AMP. The Max Quantity shown is to accommodate the number of months within this base ordering period. Not to Exceed ▆▆▆.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

MAX NET AMT    ▆▆▆

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Direct Response
CPAF
This CLIN includes direct response tasks associated with the PWS paragraph 5.3 and includes but is not limited to: Marketing communications activities (Direct Mail, Direct Email, etc.) that are designed to provide information and solicit a response from the target audience.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▮ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | | UNDEFINED | Job | UNDEFINED | ▮ |

Direct Response
CPFF
This CLIN includes direct response tasks associated with the PWS paragraph 5.3 and includes but is not limited to: Marketing communications activities (Direct Mail, Direct Email, etc.) that are designed to provide information and solicit a response from the target audience.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0005 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Local Support
CPAF
This CLIN includes providing local support tasks associated with the PWS paragraph 5.4 and includes but is not limited to supporting the local marketing effort through field marketing personnel. The maximum quantity is only to accommodate the number of months within this base ordering period.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▮ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0006 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Local Support
CPFF
This CLIN includes providing local support tasks associated with the PWS paragraph 5.4 and includes but is not limited to supporting the local marketing effort through field marketing personnel.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

W9124D19D0001

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0007 | | UNDEFINED | Job | UNDEFINED | ▉NTE |

Creative Development
CPAF
This CLIN includes all tasks and deliverables associated with creative development as outlined in PWS paragraph 5.5. This includes but is not limited to: the development of messaging (verbal as well as visual) that communicate and deliver a defined message to an identified audience.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▉ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▉ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0008 | | UNDEFINED | Job | UNDEFINED | ▉NTE |

Creative Development
CPFF
This CLIN includes all tasks and deliverables associated with creative development as outlined in PWS paragraph 5.5. This includes but is not limited to: the development of messaging (verbal as well as visual) that communicate and deliver a defined message to an identified audience.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▉ |

W9124D19D0001

Page 7 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0009 | | UNDEFINED | Job | UNDEFINED | ▬NTE |

Production
CPAF
This CLIN includes all tasks and deliverables associated with production in accordance with PWS paragraph 5.6. It includes, but is not limited to: the development of the approved creative concepts for viewing on TV, listening on radio, or viewing in magazines, billboards, posters, banners, etc.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▬ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▬ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0010 | | UNDEFINED | Job | UNDEFINED | ▬ |

Production
CPFF
This CLIN includes all tasks and deliverables associated with production in accordance with PWS paragraph 5.6. It includes, but is not limited to: the development of the approved creative concepts for viewing on TV, listening on radio, or viewing in magazines, billboards, posters, banners, etc.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▬ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0011 | | UNDEFINED | Job | UNDEFINED | ▅NTE |

Events/Sponsorships
CPAF
This CLIN includes all tasks and deliverables associated with approved events as outlined in PWS paragraph 5.7. This CLIN involves the marketing discipline that engages consumers in person with an experience to help shape their perceptions of a brand and activates demand on the part of the consumer.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▅ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▅ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0012 | | UNDEFINED | Job | UNDEFINED | ▅NTE |

Event/Sponsorships
CPFF
This CLIN includes all tasks and deliverables associated with approved events as outlined in PWS paragraph 5.7. This CLIN involves the marketing discipline that engages consumers in person with an experience to help shape their perceptions of a brand and activates demand on the part of the consumer.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▅ |

W9124D19D0001

Page 9 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0013 | | UNDEFINED | Job | UNDEFINED | ▉NTE |

PR/Social Media
CPAF
This CLIN includes all tasks and deliverables associated with PR and Social Media as outlined in PWS paragraph 5.8. Specifically it includes but is not limited to elements such as Op-Ed pieces that present an opportunity.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▉ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▉ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0014 | | UNDEFINED | Job | UNDEFINED | ▉NTE |

PR/Social Media
CPFF
This CLIN includes all tasks and deliverables associated with PR and Social Media as outlined in PWS paragraph 5.8. Specifically it includes but is not limited to elements such as Op-Ed pieces that present an opportunity.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▉ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0015 | | UNDEFINED | Job | UNDEFINED | ▬ |

Research
CPAF
This CLIN includes all tasks and deliverables associated with qualitative and quantitative research as outlined in PWS paragraph 5.9.
Qualitative Research involves insights from observations, interviews, or verbal interactions to gain in-depth understanding of a participant's perceptions, attitudes and behaviors, investigating the why and how of decision making.
Quantitative Research involves large sampling research that provides data driven insights for informed decision making and the where and when of decision making.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  | MAX COST | UNDEFINED |
|---|---|---|
|  | BASE FEE | UNDEFINED |
|  | SUBTOTAL MAX COST + BASE | ▬ |
|  | MAX AWARD FEE | UNDEFINED |
|  | TOTAL MAX COST + FEE | ▬ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0016 | | UNDEFINED | Job | UNDEFINED | ▬ |

Research
CPFF
This CLIN includes all tasks and deliverables associated with qualitative and quantitative research as outlined in PWS paragraph 5.9.
Qualitative Research involves insights from observations, interviews, or verbal interactions to gain in-depth understanding of a participant's perceptions, attitudes and behaviors, investigating the why and how of decision making.
Quantitative Research involves large sampling research that provides data driven insights for informed decision making and the where and when of decision making.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  | MAX COST | UNDEFINED |
|---|---|---|
|  | FIXED FEE | UNDEFINED |
|  | TOTAL MAX COST + FEE | ▬ |

W9124D19D0001

Page 11 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0017 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Digital
CPAF
This CLIN includes the tasks and deliverables associated with Web/Mobile/Internet/Gaming and those activities that involve the use of the World Wide Web to communicate the Army's message, increase awareness and lead generation as outlined in PWS paragraph 5.10.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▮ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0018 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Digital
CPFF
This CLIN includes the tasks and deliverables associated with Web/Mobile/Internet/Gaming and those activities that involve the use of the World Wide Web to communicate the Army's message, increase awareness and lead generation as outlined in PWS paragraph 5.10.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

W9124D19D0001

Page 12 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0019 | | UNDEFINED | Job | UNDEFINED | ▇ NTE |

Initiatives
CPAF
This CLIN includes tasks and deliverables associated with Initiatives as outlined in PWS paragraph 5.11. This includes innovative programs that are piloted/tested to determine their feasibility to provide incremental improvement to the recruiting process, or programs that assist in the Army in communicating to the target audiences that help in building brand equity, and leading to increased lead quality.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▇ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▇ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0020 | | UNDEFINED | Job | UNDEFINED | ▇ |

Initiatives
CPFF
This CLIN includes tasks and deliverables associated with Initiatives as outlined in PWS paragraph 5.11. This includes innovative programs that are piloted/tested to determine their feasibility to provide incremental improvement to the recruiting process, or programs that assist in the Army in communicating to the target audiences that help in building brand equity, and leading to increased lead quality.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▇ |

W9124D19D0001

Page 13 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0021 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Media Planning and Buying Labor
CPAF
This CLIN includes the labor costs associated with the tasks outlined in PWS paragraph 5.12.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| BASE FEE | UNDEFINED |
| SUBTOTAL MAX COST + BASE | ▮ |
| MAX AWARD FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0022 | | UNDEFINED | Job | UNDEFINED | ▮NTE |

Media Planning and Buying Labor
CPFF
This CLIN includes the labor costs associated with the tasks outlined in PWS paragraph 5.12.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |
|---|---|
| MAX COST | UNDEFINED |
| FIXED FEE | UNDEFINED |
| TOTAL MAX COST + FEE | ▮ |

W9124D19D0001

Page 14 of 135

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0023 | | UNDEFINED | Job | UNDEFINED | ▬ |

National and Local Media
COST
This CLIN includes the direct costs associated with National and Local Media procurements in accordance with the PWS and its associated deliverables as outlined in PWS paragraph 5.12. This CLIN applies to the Total Army.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |  | MAX COST | UNDEFINED |
|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0024 | | UNDEFINED | Job | UNDEFINED | ▬NTE |

Other Army Account Operations
COST
This CLIN includes the costs associated with PWS paragraph 5.2.15 and 5.13.
Base Ordering Period: 20 Nov 18 - 19 Nov 23

FOB: Destination
PSC CD: R701

|  |  |  | MAX COST | UNDEFINED |
|---|---|---|---|---|