# Defendant's Exhibit 97
# (Under Seal)