# EXHIBIT 99

**Y&R**

3 Columbus Circle
New York, New York 10019

**Digital Media Bill**

Bill Date: 11/21/2022

Due Date: 12/21/2022

**Nov-22**

Invoice 2B1354M1
Navy
Commander Navy Recru
5722 Integrity Dr
Millington TN, 38054
Attn:

| | |
|---|---|
| CLIENT | NV0 Navy |
| PRODUCT | NAV Navy |
| TASK ORDER NUMBER | N0018922FZ486 |
| CONTRACT NUMBER | N00189-21-D-Z024 |

| ITEM | | NET AMOUNT | | Amount |
|---|---|---|---|---|
| | 2B-IN-1354 | | | |
| Provisional Agency credit to the Navy | 2B-IN-1354CM | | | |
| | 2C-IN-1379 | | | |
| Provisional Agency credit to the Navy | 2C-IN-1379CM | | | |
| | 2C-SE-0390 | | | |
| | O-2C-1095 | | | |
| | 31-IN-1182 | | | |
| | | | **Balance Due** | |

**PLEASE REMIT TO:**
Y&R
P.O. BOX 751731
CHARLOTTE, NC. 28275-1731

**WIRE TRANSFER TO:**

ABA ROUTING#
ACCT #
SWIFT CODE

**ACH TO:**

ABA ROUTING#
ACCT #
SWIFT CODE
REF: Young & Rubicam
LOCKBOX #

**ORIGINAL**



**Billing Memo: N0018922FZ486 Re-upload**



- Inv# 2B-IN-1354: – was corrected with invoice 2B-IN-2991 for a finalized spend of (page 42)

- Inv# 2B-IN-1354: VMLYR is NOT charging the Navy this fee. Provisional credit of added on top cover sheet. Finalized spend at Overall agency billing credit of back to the Navy

- Inv# 2C-IN-1379: – was corrected with invoice 2C-IN-2312 for finalized spend of (page 87)

- Inv# 2C-IN-1379: VMLYR is NOT charging the Navy this fee. Provisional credit of added on top cover sheet. Finalized spend at . Overall agency billing debit of

- Inv# 2C-SE-0390: back up can be found on page 97. However a provisional credit of is added to the top cover sheet as VMLYR is NOT charging the Navy this fee.



3 Columbus Circle
New York, New York 10019



INVOICE DATE NOV20/22 INTERACTIVE MEDIA BILLING INVOICE 2B-IN-1354
DUE DATE DEC20/22 PAGE 1

CLIENT NV0 NAVY
PRODUCT NAV NAVY
ESTIMATE 099 JULY-SEPT MA DISPLAY /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF JUL/22

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ** | ** | CR |
| | | NET AMOUNT | CR** |
| | | ** CREDIT AMOUNT ** | CR** |

*****************************************************************************

PREVIOUS BILLS
--------------

27-IN-0685

PLEASE REMIT TO: Y&R
P.O. BOX 751731
CHARLOTTE, NC 28275-1731

WIRE TO:
ABA ROUTING# , ACCT# SWIFT CODE

ACH TO:
ABA ROUTING# ACCT# SWIFT CODE

REF: Y&R, LOCKBOX #
P.O. BOX 751731
CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**



3 Columbus Circle
New York, New York 10019

INVOICE DATE NOV20/22 INTERACTIVE MEDIA BILLING INVOICE 2B-IN-1354
DUE DATE DEC20/22 ** DETAIL BACK-UP ** PAGE 1

CLIENT NV0 NAVY
PRODUCT NAV NAVY
ESTIMATE 099 JULY-SEPT MA DISPLAY
/AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054



MONTH OF JUL/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| (101045) | | | | | |
| JUL01/22 | DISPLAY | | | | |
| (101517) | | | | | |
| JUL01/22 | DISPLAY | | | CR | |
| (101757,27) | | | | | |
| JUL01/22 | FEE | | | | |
| (102192) | | | | | |
| JUL01/22 | DISPLAY | | | CR | |
| (102209) | | | | | |
| JUL01/22 | FEE | | | CR | |
| (102882) | | | | | |
| JUL01/22 | DISPLAY | | | CR | |
| (103247) | | | | | |
| JUL01/22 | DISPLAY | | | CR | |
| (103572) | | | | | |
| JUL01/22 | DISPLAY | | | | |
| (104179) | | | | | |
| JUL01/22 | DISPLAY | | | CR | |
| JUL01/22 | FEE | | | | |

**ORIGINAL**



3 Columbus Circle
New York, New York 10019

INVOICE DATE NOV20/22 INTERACTIVE MEDIA BILLING INVOICE 2B-IN-1354
DUE DATE DEC20/22 ** DETAIL BACK-UP ** PAGE 2

CLIENT NV0 NAVY
PRODUCT NAV NAVY
ESTIMATE 099 JULY-SEPT MA DISPLAY /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF JUL/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| VENDOR *TOTAL* | | | | 23,937.19CR |
| (104267) | | | | |
| JUL01/22 | DISPLAY | | | |
| (105284) | | | | |
| 22 | DISPLAY | | | |
| (105355) | | | | |
| JUL01/22 | FEE | | | |
| (105632) | | | | |
| JUL01/22 | DISPLAY | | | |
| (105696) | | | | |
| JUL01/22 | DISPLAY | | | |
| (106047) | | | | |
| JUL01/22 | DISPLAY | | | |
| (107826) | | | | |
| JUL01/22 | DISPLAY | | | |
| (107938) | | | | |
| JUL01/22 | DISPLAY | | | |
| (108663) | | | | |
| JUL01/22 | DISPLAY | | | |
| (108966) | | | | |
| JUL01/22 | DISPLAY | | | |
| (110415) | | | | |
| JUL01/22 | DISPLAY | | | |

**ORIGINAL**



3 Columbus Circle
New York, New York 10019

INVOICE DATE NOV20/22
DUE DATE DEC20/22

INTERACTIVE MEDIA BILLING
** DETAIL BACK-UP **

INVOICE 2B-IN-1354
PAGE 3

CLIENT NV0 NAVY
PRODUCT NAV NAVY
ESTIMATE 099 JULY-SEPT MA DISPLAY /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF JUL/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| ** TOTALS ** | | | | CR | |

**ORIGINAL**