# EXHIBIT 139

GSD&M
PO BOX 685095
AUSTIN, TX 78703



AFRS/FM
550 D STREET WEST STE 1
JBSA RANDOLPH, TX 78150
COTR: Jim Askins

**FA300219FA097** Inv:                    0021-05
Due Date:                  1/19/2020
Date of Service:      11/21/19-12/20/19
Invoice Date:              12/19/2019

Contract No.:        FA3002-18-D-0008
Funding Citation:    $

TO Number:                                  **0021**
CLIN Number:
**0001 - SUPP/SVCES**    $
**0002 - FEE**                    $
**0003 - TRAVEL**            $

|        | Number | Estimate Number | Amount |
|--------|--------|-----------------|--------|
| 0001   | Direct Labor<br>General & Administrative<br>I-9C0018<br>L-9C0022<br>M-9C6000<br>V-9C9007 | | |
| 0002   | Fixed Fee | | |
| 0003   | PD-98720 | USC92119004 | |
|        | TOTAL AMOUNT DUE | | |

COST REIMBURSABLE - PROVISIONAL PAYMENT

We certify that a copy of this invoice has been forwarded to Defense Contract Audit Agency; Austin Area Suboffice; 300 East 8th Street; Room 701; Austin, TX 78701. We certify we did perform and furnish the services called for by the refere                                                                                          were of the quality and in accor                                                                                          to support payment of this invoic                                                                                          GSD&M IdeaCity LLC.

12/19/19

Analy

| Major Cost Element | Estimated Cost | This Billing | Prior Billings | Remaining |
|--------------------|----------------|--------------|----------------|-----------|
| | | | | |



Highly Confidential                                                                       USAF-ADS-0000506005

GSD&M LLC

**Job Summary**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

**Delivery Order**

See Filters

| Job | Actual Hours | Non-Billable Hours | Billable Hours | Labor Billable Amt | G&A Fee |
|---|---|---|---|---|---|

921-TO#19-0021 Digital Engagement
  USC92119003-Labor
  USC92119006-EA Media Planning
  USC92119007-EA Media Buying
  USC92119008-EA Media Stewardship
  USC92119009-HP Media Planning
  USC92119010-HP Media Buying
  USC92119021-AETC Fly in Production
  USC92119022-Media POV
  USC92119023-Misc airforceads Recr...
  USC92119024-USAFA Band Flyers
  USC92119025-FY 20 EA Display Ban...
  USC92119026-Squadron Request - H...
  USC92119027-P LinkedIn Pipeline B...
  USC92119028-Maj Fowler Wall Clings
  USC92119029-AFRS AR Literature ...
**921-TO#19-0021 Digital Engagement T...

USAF-ADS-0000506006

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

Page 66 of Rpt  STD-JD
Run On December 18, 2019, 11:01:22 AM
Requested by Kate Sanel

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

Delivery Order, Job, Month, Labor Category
Employee

| | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|---|

REDACTED

USAF-ADS-0000506007

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

Page 67 of Rpt  STD-JD
Run On December 18, 2019, 11:01:22 AM
Requested by Kate Sanel

**Invoice Date:** 19 DEC 19
**Invoice Status:** Invoiced Only
**Delivery Order, Job, Month, Labor Category**
          Employee

See Filters

| Actual Hours | Non Billable Hours | Billable Hours | Billing Rate | Labor Billable Amt | G&A Billing Rate | G&A Fee |

REDACTED

USAF-ADS-0000506008

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

**Delivery Order, Job, Month, Labor Category
Employee**

| Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters
Labor Billable Amt | G&A Billing Rate | G&A Fee |

REDACTED

USAF-ADS-0000506009

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

| Delivery Order, Job, Month, Labor Category Employee | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|---|

REDACTED

USAF-ADS-0000506010

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

| Delivery Order, Job, Month, Labor Category Employee | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|---|

REDACTED

USAF-ADS-0000506011

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

Delivery Order, Job, Month, Labor Category
Employee

| | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |

REDACTED

USAF-ADS-0000506012

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
|---|---|
| Invoice Status: | Invoiced Only |

| Delivery Order, Job, Month, Labor Category Employee | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|---|

# REDACTED

USAF-ADS-0000506013

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

Page 73 of Rpt  STD-JD
Run On December 18, 2019, 11:01:22 AM
Requested by Kate Sanel

**Invoice Date:** 19 DEC 19
**Invoice Status:** Invoiced Only
**Delivery Order, Job, Month, Labor Category**
**Employee**

| Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |

REDACTED

USAF-ADS-0000506014

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

| Invoice Date: | 19 DEC 19 |
| Invoice Status: | Invoiced Only |

Delivery Order, Job, Month, Labor Category
Employee

| | Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|---|



USAF-ADS-0000506015

Highly Confidential

GSD&M LLC

**Job Detail**

Invoice Date DEC 19, 2019
Original Invoice

Page 75 of Rpt  STD-JD
Run On December 18, 2019, 11:01:22 AM
Requested by Kate Sanel

**Invoice Date:** 19 DEC 19
**Invoice Status:** Invoiced Only
**Delivery Order, Job, Month, Labor Category**
**Employee**

| Actual Hours | Non-Billable Hours | Billable Hours | Billing Rate | See Filters Labor Billable Amt | G&A Billing Rate | G&A Fee |
|---|---|---|---|---|---|---|

REDACTED

USAF-ADS-0000506016

Highly Confidential



AIR # 9021A178

REDACTED

GSD&M

INVOICE   DATE   DEC19/19          INTERNET  MEDIA  BILLING          INVOICE   I-9C-0018
DUE DATE          JAN18/20                                                        PAGE      1
CLIENT       USC   US AIR  FORCE                  US AIR  FORCE
PRODUCT    SEN   TO021  ENGAGEMENT          550  D STREET WEST,  SUITE  1
ESTIMATE    001   TO 021  HP DIGITAL               JBSA  RANDOLPH TX,  78150
                                                         HQ AFRS/FM  RYAN GARDNER

INSERT                                                              GROSS              NET                   NET
DATE           SPACE                                             BILLABLE          BILLABLE            BILLING

REDACTED                                  REDACTED

VENDOR TOTALS
       DEC/19

       JAN/20

       TOTALS

REDACTED

DEC04/19      FEE

JAN01/20      FEE

VENDOR TOTALS
       DEC/19

       JAN/20

       TOTALS

REDACTED

VENDOR TOTALS
       DEC/19

       JAN/20

       TOTALS

REDACTED

AIR# 9021A178

GSD&M

INVOICE DATE    DEC19/19          NATL VIDEO MEDIA BILLING          INVOICE  V-9C-9007
DUE DATE        JAN18/20                                            PAGE    1
CLIENT      USC  US AIR FORCE                    US AIR FORCE
PRODUCT     SEN  TO021 ENGAGEMENT                550  D STREET WEST, SUITE 1
ESTIMATE    001  TO 021  HP DIGITAL              JBSA RANDOLPH TX,  78150
                                                HQ AFRS/FM  RYAN GARDNER

INSERT                                          GROSS          NET          NET
DATE        SPACE                               BILLABLE       BILLABLE     BILLING

REDACTED



VENDOR TOTALS
        DEC/19

        JAN/20

        TOTALS

*ESTIMATE    TOTALS*
        DEC/19

        JAN/20

        TOTALS

GSD&M
PO BOX 685095
AUSTIN,  TX 78768

CONTRACT#:  FA3002-08-D-0008

TO#:  19-0021
CLIN#:   0001

AIR#:   9021A178

Highly Confidential                                          USAF-ADS-0000506018

AIR# 9021A178

REDACTED

GSD&M

INVOICE DATE DEC19/19          MAGAZINE MEDIA BILLING          INVOICE M-9C-6000
DUE DATE          JAN18/20                                                                      PAGE     1
CLIENT          USC  US AIR  FORCE                              US AIR  FORCE
PRODUCT          SEN  TO021  ENGAGEMENT                    550  D STREET WEST,  SUITE  1
ESTIMATE          002  TO 021  DIVERSITY                       JBSA  RANDOLPH TX,  78150
                                                                          HQ AFRS/FM  RYAN GARDNER

INSERT                                                                    GROSS          NET          NET
DATE          SPACE                                                      BILLABLE     BILLABLE     BILLING

REDACTED



*ESTIMATE     TOTALS*
                  JAN/20

                  TOTALS

          GSD&M
          PO BOX 685095
          AUSTIN,   TX 78768

          CONTRACT#:  FA3002-08-D-0008

          TO#:  19-0021
          CLIN#:  0001

          AIR#:  9021A178

AIR# 9021A178

REDACTED

GSD&M

INVOICE   DATE   DEC19/19          SOCIAL  MEDIA  BILLING                    INVOICE  L-9C-0022
DUE DATE          JAN18/20                                                            PAGE   1
CLIENT       USC   US AIR  FORCE                        US AIR  FORCE
PRODUCT    SEN   TO021  ENGAGEMENT                      550   D STREET WEST,  SUITE  1
ESTIMATE   001    TO 021  HP DIGITAL                    JBSA  RANDOLPH TX,  78150
                                                       HQ AFRS/FM  RYAN GARDNER

INSERT                                        GROSS              NET              NET
DATE       SPACE                              BILLABLE          BILLABLE          BILLING

REDACTED                            REDACTED

    VENDOR TOTALS
           DEC/19

           JAN/20

           TOTALS

*ESTIMATE   TOTALS*
           DEC/19

           JAN/20

           TOTALS

      GSD&M
      PO BOX 685095
      AUSTIN,   TX  78768

      CONTRACT#:  FA3002-08-D-0008

      TO#:   19-0021
      CLIN#:   0001

      AIR#:    9021A178

                          USAF-ADS-0000506020

GSD&M

INVOICE   DATE   DEC19/19          INTERNET  MEDIA  BILLING          INVOICE  I-9C-0018
DUE DATE          JAN18/20                                          PAGE     2
CLIENT      USC   US AIR  FORCE                US AIR  FORCE
PRODUCT    SEN   TO021   ENGAGEMENT           550  D STREET WEST,  SUITE  1
ESTIMATE   001   TO 021  HP DIGITAL           JBSA  RANDOLPH TX,  78150
                                              HQ AFRS/FM  RYAN  GARDNER

INSERT                                        GROSS          NET          NET
DATE        SPACE                            BILLABLE       BILLABLE      BILLING

REDACTED                                     REDACTED

        VENDOR TOTALS
            DEC/19

            JAN/20

            TOTALS

REDACTED

DEC01/19      FEE

JAN01/20      FEE

        VENDOR TOTALS
            NOV/19

            DEC/19

            JAN/20

            TOTALS

REDACTED

DEC01/19      DISPLAY

JAN01/20      DISPLAY

Highly Confidential                                    USAF-ADS-0000506021

GSD&M

INVOICE   DATE   DEC19/19          INTERNET  MEDIA  BILLING                INVOICE   I-9C-0018
DUE DATE          JAN18/20                                                 PAGE    3
CLIENT      USC   US AIR  FORCE                      US AIR  FORCE
PRODUCT    SEN   TO021  ENGAGEMENT                   550  D STREET  WEST,  SUITE  1
ESTIMATE   001   TO 021  HP DIGITAL                  JBSA  RANDOLPH TX,  78150
                                                     HQ AFRS/FM  RYAN  GARDNER

|  | | | | GROSS BILLABLE | NET BILLABLE | NET BILLING |
|---|---|---|---|---|---|---|
| INSERT DATE | SPACE | | | | | |
| VENDOR TOTALS | NOV/19 | | | | | |
| | DEC/19 | | REDACTED | | | |
| | JAN/20 | | | | | |
| | TOTALS | | | | | |

REDACTED

VENDOR TOTALS
            DEC/19

            JAN/20

            TOTALS

"ESTIMATE   TOTALS"
            NOV/19

            DEC/19

            JAN/20

            TOTALS

GSD&M
PO BOX  685095
AUSTIN,   TX  78768

Highly Confidential                                              USAF-ADS-0000506022

GSD&M

```
INVOICE  DATE   DEC19/19        INTERNET  MEDIA  BILLING              INVOICE  I-9C-0018
DUE DATE        JAN18/20                                              PAGE     4
CLIENT    USC   US AIR  FORCE                     US AIR  FORCE
PRODUCT   SEN   TO021  ENGAGEMENT                 550  D STREET WEST, SUITE 1
ESTIMATE  001   TO 021  HP DIGITAL                JBSA  RANDOLPH TX,  78150
                                                 HQ AFRS/FM  RYAN GARDNER


INSERT          SPACE                          GROSS           NET             NET
DATE            CONTRACT#:  FA3002-08-D-0006    BILLABLE        BILLABLE        BILLING


          TO#:   19-0021
          CLIN#:   0001


          AIR#:   9021A178
```

USAF-ADS-0000506023

828 W. 6ᵀᴴ ST. AUSTIN, TX 78703  512.242.4736  GSDM.COM

***** Original Invoice *****

# GSD&M

USAF-Cost Plus
Attn. HQ AFRS/FM
550 D St West, Suite 1
JBSA Randolph, TX 78150

**Invoice Date**  December 19, 2019
**Invoice Number**  PD-98720
**Product**  (921) TO#19-0021 Digital Engage...

AIR #9021A171

**Job**       (USC92119004) Travel

| | | |
|---|---|---|
| Travel-Commercial Airfare<br>REDACTED | 495.32 | 495.32 |
| Travel-Hotel<br>REDACTED | 12.00<br>225.30 | 237.30 |
| Travel-Meals<br>REDACTED | 114.35 | 114.35 |
| Travel-Mileage<br>REDACTED | 23.20 | 23.20 |
| Travel-Other<br>REDACTED | 24.83 | 24.83 |
| Travel-Taxi/Car Service<br>REDACTED | 96.44 | 96.44 |

Invoice Total                                        $      991.44

PLEASE REMIT EFT/WIRE PAYMENTS TO:
Account Name:      GSD&M

REDACTED

Bank:   Wells Fargo, N.A.          Mail Checks to: GSD&M
        420 Montgomery Street              P.O. Box  685095
        San Francisco, CA 94163           Austin, Texas 78768

Highly Confidential            USAF-ADS-0000506024