# EXHIBIT 140

| Standard Form 1034 Revised October 1987 Department of the Treasury 1 TFM 4-2000 | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL | | VOUCHER NUMBER A1002416 |
|---|---|---|---|

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION Mission and Installation Contracting CMD MICC FORT KNOX Bldg 1109B Ste 373 199 6th Ave Fort Knox KY 40121-5720 | DATE VOUCHER PREPARED 04/28/22 | SCHEDULE NUMBER |
|---|---|---|
| | CONTRACT NUMBER AND DATE W9124D19D0001   01/03/17 | PAID BY |
| | REQUISITION NUMBER AND DATES W9124D22F0089   02/04/22 - 11/15/22 | |

| PAYEE'S NAME AND ADDRESS | DDB Chicago Inc 225 N Michigan Ave Fl 10 Chicago IL 60601-7617 | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST / PER | AMOUNT (1) |
|---|---|---|---|---|---|
| | 03/01/22 - 03/31/22 | For details see SF1035 - total amount of claim transferred from page 01 of Army 1035 "COST REIMBURSABLE -PROVISIONAL PAYMENT" | 1 | | $ |
| (Use continuation sheet(s) if necessary) | | (Payee must NOT use the space below) | | TOTAL | $ |

| PAYMENT: PROVISIONAL ☐ COMPLETE ☐ PARTIAL ☐ FINAL ☐ PROGRESS ☐ ADVANCE ☐ | APPROVED FOR =$ | EXCHANGE RATE =$1.00 | DIFFERENCES |
|---|---|---|---|
| | BY 2 DFAS IN, VP GFEBS 8899 E 56th ST, Indianapolis IN 46249-3800 | | |
| | TITLE | | Amount verified; correct for payment (Signature or initials) |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

(Date) _____ (Authorized Certifying Officer) 2 _____ (Title) _____

ACCOUNTING CLASSIFICATION

| PAID BY | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH $ | DATE | PAYEE 3 | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

PER _____ TITLE _____

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

Highly Confidential                                                                                                                                         ARMY-ADS-0000504378

| Standard Form 1035 (EG)<br>September 1973<br>4 Treasury FRM 2000<br>1035-110 | | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL<br>CONTINUATION SHEET | | A1002416 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | SCHEDULE NO. | | |
| | | | | SHEET NO. | | |
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT | | | | | | |
| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE | | AMOUNT |
| | | | | COST | PER | |
| DDB Chicago Inc<br>225 N Michigan Ave<br>FL 10<br>Chicago IL 60601 | | Contract No. W9124D19D0001<br>TO 22-0089A - FY22 Nat Media Army | | | | Amount for Current Period |
| | CLIN #<br>0023AA | Major Costs Elements:<br>Invoice #DBCA-PI00013535 Media ODE | 1 | ▬▬▬ | | ▬▬▬ |
| | | Amount Due: | | | | $ ▬▬▬ |

Designed using Perform Pro, WHS/DIOR, Aug 96

Highly Confidential                                              ARMY-ADS-0000504379

Cover Note

Contract: W9124D19D0001

Mission and Installation Contracting CMD
MICC FORT KNOX
Bldg 1109B Ste 373
199 6th Ave
Fort Knox KY 40121-5720


Please find the voucher, A1002416 for Task Order TO 22-0089A - FY22 Nat Media Army

This Invoice Covers the period from    03/01/22 - 03/31/22


*(Summary for Labor & Overhead only; this does NOT include ODE, travel or fixed fee)*

| **Partner** | **Invoice #** | **Total** | **Date** |

Highly Confidential
ARMY-ADS-0000504380

# DDB

# Invoice

**DDB Chicago**
225 North Michigan Avenue
10th Floor
Chicago, IL 60601
USA

Phone : [redacted]
Tax ID # [redacted]

**220089A - FY22 NAT MEDIA ARMY**
VP GFEBS 8899 E 56TH ST.
Indianapolis, IN 46249
USA

Attn : [redacted]

| | | |
|---|---|---|
| **Invoice Number** | : | DBCA-PI00013535 |
| Invoice Date | : | 4/28/2022 |
| Due Date | : | 6/12/2022 |
| Client Name | : | ARMY CLIN 0023AA |
| Customer | : | 220089A - FY22 Nat Media Army |
| Customer Account | : | 220089A |
| Client fiscal period | : | FY 2022 |
| Project ID | : | DBCA-P00009006 |
| Project name | : | FY22 Nat Media Army - Media ODE |
| Media Type | : | MISC |
| Estimate Amount | : | [redacted] |

| Description | | Vendor Name | Invoice | Amount (USD) |
|---|---|---|---|---|
| POMD1 | OMD - Army | | | |
| OMD - Army | | OMD USA | FY22-ACTIVE-041922 | [redacted] |
| Total For POMD1 OMD - Army | | | | [redacted] |

**Amount Due (USD)** :  [redacted]

**To remit payment by wire:**
**Account name: DDB Chicago Inc**

Bank name: Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104
USA

Account number: [redacted]
ABA number: [redacted]
SWIFT code: [redacted]
IBAN

Send remittance detail to: [redacted]

1 of 1

Highly Confidential

ARMY-ADS-0000504381



# Invoice Certification

Invoice Date: 4/19/2022
Invoice Number: FY22-ACTIVE-041922
Invoice █████████

I certify that to the best of my knowledge all payments requested are for appropriate purposes and are in accordance with the subcontract terms.



█████ Midwest Finance Director, OMD

Digitally signed by █████
Date: 2022.04.19 15:23:46 -05'00'

Highly Confidential
ARMY-ADS-0000504382

Case 1:23-cv-00108-LMB-JFA   Document 823-21   Filed 06/14/24   Page 7 of 10 PageID# 19707



# OMD
## DDB CHICAGO BILLING SUMMARY
## ARMY NATIONAL BILLING
### April 2022

DBCA-P00009006 Media ODE

| Client Contact | |
|---|---|
| Client Billing Address | 225 N MICHIGAN AVE |
| City, State ZIP | CHICAGO, IL 60601 |

Invoice Number: **FY22-ACTIVE-041922**
Invoice Date: **4/19/2022**
Task Order: **220089A**
DDB PO: **DBCA-PO00036425-1**

| CLIENT | DDB PO # | MEDIA TYPE | INVOICE # | ESTIMATE | PUBLICATION | BILLING MONTH | MONTH OF SERVICE | Total |
|---|---|---|---|---|---|---|---|---|
| | DBCA-PO00036425 | INTERACTIVE | I-24-2399 | 25 22-NMTF_FY22_MASTER_AAC_ACT_GOG_DIS | GOOGLE.COM | APR/22 | MAR/22 | |
| | | INTERACTIVE Total | | | | | | |
| AAC Total | | | | | | | | |
| Grand Total | | | | | | | | |

| PO # | Sum of CURRENT PO AMOUNT | Sum of YTD INVOICED COST | Sum of PO Balance |
|---|---|---|---|
| DBCA-PO00036425 | | | |

Highly Confidential                                                                                                                                 ARMY-ADS-0000504383

```
INVOICE DATE  APR18/22      INTERACTIVE MEDIA BILLING      INVOICE I-24-2399
DUE DATE      MAY18/22                                     PAGE    1

CLIENT    AAC  NATIONAL ARMY          DDB CHICAGO
PRODUCT   ACT  ACTIVE                 225 N MICHIGAN AVE
ESTIMATE  025  22-NMTF FY22 MASTER    CHICAGO, IL 60601
               AAC ACT GOG DISC

                                         MONTH OF  MAR/22
```

| INSERT DATE | SPACE | | GROSS | NET | GROSS LESS CD |
|---|---|---|---|---|---|
| GOOGLE.COM ( ) | | | | | |
| MAR01/22 | DISPLAY | ORDERED | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ** TOTALS ** | | ORDERED | ▓▓▓* | ▓▓▓* | ▓▓▓* |
| | | | ** AMOUNT DUE ** | | ▓▓▓ |

```
           PLEASE REMIT TO: OMD USA LLC
                            PO BOX 207354
                            DALLAS, TX 75320-7354

                            PLEASE WIRE FUNDS TO:

                            COMPANY: OMD USA LLC
                            BANK:    WELLS FARGO BANK, N.A.
                            ADDRESS: 420 MONTGOMERY STREET
                                     SAN FRANCISCO, CA  94104

                            ACCNT #:  ▓▓▓
                                      ▓▓▓

                            SWIFT/BIC: ▓▓▓

           PO NUMBER:: 22-NMTF
```

ORIGINAL

Highly Confidential



## Invoice

Invoice number: 4099347681

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ▮▮▮▮▮

**Bill to**
Digital Reconciliation
OMD USA LLC
195 Broadway
New York, NY 10007
United States

**Advertiser**
Paul Anglin
US Department of Defense
1400 Defense Pentagon
Washington, DC 20301
United States

**Details**

| | |
|---|---|
| Invoice number | 4099347681 |
| Invoice date | Mar 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | ▮▮▮▮▮ |
| Account ID | ▮▮▮▮▮ |
| Purchase order | AAC ACT 025 |



**Google Ads**

Total amount due in USD  ▮▮▮▮▮
Due May 15, 2022

Summary for Mar 1, 2022 - Mar 31, 2022

Pay in USD:
Subtotal in USD  ▮▮▮▮▮
Tax (0%)  $0.00
Total amount due in USD  ▮▮▮▮▮

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**
Account holder name: Google LLC
Bank: Wells Fargo
SWIFT BIC: ▮▮▮▮▮
ABA #: ▮▮▮▮▮
Account #: ▮▮▮▮▮

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
Google LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email collections@google.com

Page 1 of 2

Highly Confidential

ARMY-ADS-0000504385

# Google™ Invoice

Invoice number: 4099347681

Account: AlwaysOn_C1_Discovery
Account ID:
Account budget: C1 Discovery Wave 2
Purchase order: AAC ACT 025
Mar 1, 2022 - Mar 31, 2022

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| AUC_CPC_SRCH_C1_GGL_DISCOVERY_ENG_ENG_FY22_22-NMTF_AAC BRD 025 | | Clicks | |
| Invalid activity | | | |
| | | Subtotal in USD | |
| | | Tax (0%) | $0.00 |
| | | Total in USD | |

Highly Confidential

ARMY-ADS-0000504386