# EXHIBIT 142

**BILL TO:**
United States Postal Service - Marketing Services
475 L'enfant Plaza SW, ▮▮▮▮▮▮▮▮
Washington, DC 20260
Attn: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



### Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET
### NEW YORK, NY 10001
### INVOICE DETAIL

Invoice Date:  February 17, 2022
CONTRACT LINE ITEM 0001

Bill Month February 2022

| Description | Detail | Amount | Delivery Order | Finance No | Campain Name |
|---|---|---|---|---|---|
| All Media | ▮▮▮▮▮▮ | ▮▮▮ | 2ACCSR-21-C-0016 | ▮▮▮ | ▮▮▮ |

Master Invoice Grand Total: ▮▮▮▮▮

\*\*\* Remittance Address:\*\*\*

Universal McCann
P.O. BOX 74008228
CHICAGO, IL  60674-8228

Highly Confidential

USPS-ADS-0000669681

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

| | | | | | | |
|---|---|---|---|---|---|---|
| BILL MONTH: | February, 2022 | | | | | |
| FINANCE #: | | | | Invoice Date: | February 17 , 2022 | |
| CAMPAIGN NAME: | | | | Invoice Due Date: | March 19 , 2022 | |

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-1 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-1 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669682

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

| | |
|---|---|
| BILL MONTH:  February, 2022 | |
| FINANCE #: | Invoice Date:  February 17 , 2022 |
| CAMPAIGN NAME: | Invoice Due Date:  March 19 , 2022 |

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| CABLE | | | 22-14 | 2ACCSR-21-C-0016 | |
| CABLE | | | 22-14 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669683



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

BILL MONTH:   February, 2022
FINANCE #
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-15 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-15 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669684



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022

FINANCE #:

CAMPAIGN NAME:

Invoice Date:    February 17 , 2022

Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-16 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-16 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669685



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:                                                          Invoice Date:   February 17 , 2022
CAMPAIGN NAME:                                          Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-18 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-18 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669686

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:     February 17 , 2022
Invoice Due Date:     March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-2 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-2 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669687

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:     February, 2022
**FINANCE #:**                                                                                        Invoice Date:     February 17 , 2022
**CAMPAIGN NAME:**                                                                          Invoice Due Date:     March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-29 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-29 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*                      Universal McCann
                                                                  P.O Box 74008228
                                                                  Chicago, IL 60674-8228
                                                                  ABA Number:  ACH:021000322

Highly Confidential                                                                                                                USPS-ADS-0000669688

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:                                                                  Invoice Date:      February 17 , 2022
CAMPAIGN NAME:                                                    Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-30 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669689



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:    February 17 , 2022
Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-33 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-33 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669690



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:    February 17 , 2022
Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-34 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-34 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669691



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:    February 17 , 2022
Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | | | 22-36 | 2ACCSR-21-C-0016 | |
| SPOT NETWORK | | | 22-36 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669692



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:                                                          Invoice Date:      February 17 , 2022
CAMPAIGN NAME:                                               Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | | | 22-37 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***              Universal McCann
                                                   P.O Box 74008228
                                                   Chicago, IL 60674-8228
                                                   ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669693



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

BILL MONTH:   February, 2022

FINANCE #:                                              Invoice Date:      February 17 , 2022

CAMPAIGN NAME:                                Invoice Due Date:    March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK |  |  | 22-38 | 2ACCSR-21-C-0016 |  |
|  |  |  |  | TOTAL FOR T.O. |  |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669694



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:                                                                          Invoice Date:        February 17 , 2022
CAMPAIGN NAME:   1USP_FY22_OND_VID_CUST_Holiday          Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-42 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-42 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669695



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:  February, 2022
FINANCE #:                                                       Invoice Date:   February 17 , 2022
CAMPAIGN NAME:                                                  Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-43 | 2ACCSR-21-C-0016 | |
| DIGITAL | | | 22-43 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669696



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:      February 17 , 2022
Invoice Due Date:  February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-49 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-49 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-49 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669697



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW
Washington, DC 20260
Attn:

BILL MONTH: February, 2022

FINANCE #

CAMPAIGN NAME:

Invoice Date: February 17 , 2022

Invoice Due Date: February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-51 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-51 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-51 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669698



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-52 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-52 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669699



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-53 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-53 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669700



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:                                                          Invoice Date:   February 17 , 2022
CAMPAIGN NAME:                                          Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | | | 22-55 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669701

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-58 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669702



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022

FINANCE #:

CAMPAIGN NAME:

Invoice Date:   February 17 , 2022

Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-59 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | | | 22-59 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669703

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:      February 17 , 2022
Invoice Due Date:  February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-60 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669704

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn

BILL MONTH:   February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-61 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669705

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022

FINANCE #

CAMPAIGN NAME:

Invoice Date:       February 17 , 2022

Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-62 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669706

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022

FINANCE #:

CAMPAIGN NAME:

Invoice Date:   February 17 , 2022

Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-63 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669707



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:   February, 2022

FINANCE #:

CAMPAIGN NAME:

Invoice Date:   February 17 , 2022

Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-64 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669708

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

BILL MONTH:   February, 2022
FINANCE #:
CAMPAIGN NAME:

Invoice Date:   February 17 , 2022
Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-68 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669709



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn

BILL MONTH:   February, 2022

FINANCE #

CAMPAIGN NAME:

Invoice Date:      February 17 , 2022
Invoice Due Date:  February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | | | 22-71 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669710



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC  20260
Attn:

BILL MONTH:    February, 2022
FINANCE #:                                                          Invoice Date:      February 17 , 2022
CAMPAIGN NAME:                                                Invoice Due Date:  February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-73 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669711

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, I
Washington, DC  20260
Attn

BILL MONTH:   February, 2022

FINANCE #:

CAMPAIGN NAME:

Invoice Date:   February 17 , 2022

Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | | | 22-74 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669712



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW,
Washington, DC 20260
Attn:

BILL MONTH:   February, 2022

FINANCE #:                                                          Invoice Date:   February 17 , 2022

CAMPAIGN NAME:                                              Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | | | 22-76 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669713



**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, █████████
Washington, DC  20260
Attn: ███████████████████

BILL MONTH:   February, 2022

FINANCE #: ██████                                    Invoice Date:   February 17 , 2022

CAMPAIGN NAME: ████████████████        Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | ██████████ | ██████ | 22-77 | 2ACCSR-21-C-0016 | ████████ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669714