# EXHIBIT 144

# Y&R



3 Columbus Circle
New York, New York 10019

**Digital Media Bill**

Bill Date:
5/20/2022

**May-22**

Due Date:
6/20/2022

Invoice 253014M2
Navy
Commander Navy Recru
5722 Integrity Dr
Millington TN, 38054 Attn:

| CLIENT | NV0 Navy |
| PRODUCT | NAV Navy |
| TASK ORDER NUMBER | N0018921FZ966 |
| CONTRACT NUMBER | N00189-21-D-2024 |



| ITEM | | NET AMOUNT | | Amount |
|---|---|---|---|---|
| | 25-IN-3014 | | | |
| | 25-IN-3007 | | | |
| | 25-IN-3016 | | | |
| | 25-IN-3008 | | | |
| | 25-IN-3017 | | | |
| | 25-IN-3019 | | | |
| | 25-IN-3010 | | | |

**PLEASE REMIT TO:**
Y&R
P.O. BOX 751731
CHARLOTTE, NC. 28275-1731

**Balance Due***

**WIRE TRANSFER TO:**

ABA ROUTING#
ACCT #
SWIFT CODE

**ACH TO:**

ABA ROUTING#
ACCT #
SWIFT CODE
REF: Young & Rubicam
LOCKBOX #

\*\*

a.            of the invoice to go against N6671521RC00PA1
b.            of the invoice to go against N6671521RC000A1

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250171



**Y&R**

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    MAY20/22       SEARCH MEDIA BILLING            INVOICE 25-SE-3014
DUE DATE        JUN19/22                                       PAGE     1

CLIENT    NV0  NAVY                          NAVY
PRODUCT   NAV  NAVY                          COMMANDER NAVY RECRU
ESTIMATE  034  FY22 US NAVY-SEARCH           5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AB     MILLINGTON TN 38054

                                             MONTH OF   MAY/22

                              NET LESS CD
                                ORDERED        PREV. BILLED          BILLABLE

** TOTALS **                                **            **                   **

                                           NET AMOUNT                         **

                                      **  AMOUNT DUE **                        **


        PLEASE REMIT TO: Y&R
                         P.O. BOX 751731
                         CHARLOTTE. NC 28275-1731
        WIRE TO:
                 ABA ROUTING#           ,ACCT#           ,SWIFT CODE
        ACH TO:
                 ABA ROUTING#           ,ACCT#           ,SWIFT CODE
        REF:     Y&R, LOCKBOX
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731

        CONTRACT NUMBER: N00189-21-D-Z024
        CLIN NUMBER: 002

        THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
        TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
        CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

ORIGINAL

Highly Confidential

NAVY-ADS-0000250172



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        SEARCH MEDIA BILLING          INVOICE 25-SE-3014
DUE DATE       JUN19/22          ** DETAIL BACK-UP **          PAGE    1

CLIENT     NV0   NAVY                        NAVY
PRODUCT    NAV   NAVY                         COMMANDER NAVY RECRU
ESTIMATE   034   FY22 US NAVY-SEARCH          5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AB      MILLINGTON TN 38054
                                              ATTN:
                                              MONTH OF   MAY/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| | (101702) | | | |
| MAY01/22 | SEARCH | | | |
| | (101757,27) | | | |
| MAY01/22 | FEE | | | |
| | | | | |
| MAY01/22 | SEARCH | | | |
| ** TOTALS ** | | | | ** |

This invoice is a breakdown of the PAID SEARCH pre-bill in accordance with the approval to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250173

# Budget Breakout



## Funding provided as follows:

**TO #N0018922FZ324 (** **:**
- Apr
- May
- Jun

**TO #N0018921FZ966 ACRN AB (** **:**
- Apr
- May
  *This TO will cover April/May Paid Search & Affiliates only

*There will also be an additional TO in-market during April, as part of our March/Apr incremental heavy-up

NAVY TACTICAL MEDIA RECO

APRIL - JUNE 2022

1



Highly Confidential

NAVY-ADS-0000250175



NAVY-ADS-0000250176

## Peter Garlinghouse

| | |
|---|---|
| **From:** | Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) <. |
| **Sent:** | Thursday, March 3, 2022 12:54 PM |
| **To:** | |
| **Cc:** | |
| | CIV USN (USA) |
| **Subject:** | RE: FY22 Q3 Paid Media Plan |

Team,

Thanks for the great work here.  Q3 Media Plan approved!

V/r
Allen

**From:**
**Sent:** Wednesday, March 2, 2022 8:11 AM
**To:** Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) <                    >;

**Cc:**

**Subject:** [Non-DoD Source] FY22 Q3 Paid Media Plan

Good morning!
Attached is the FY22 Q3 tactical media plan that we will review during our call this afternoon. Please let me know if you have any issues opening the file, and we look forward to walking you through the proposal.
Thanks,

**VMLY&R** | group direction client engagement

mobile:
email:

1

NAVY-ADS-0000250177



3 Columbus Circle
New York, New York 10019

| | | | |
|---|---|---|---|
| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3007 |
| DUE DATE | JUN19/22 | | PAGE   1 |

| | | | |
|---|---|---|---|
| CLIENT | NV0   NAVY | | NAVY |
| PRODUCT | NAV   NAVY | | COMMANDER NAVY RECRU |
| ESTIMATE | 092   JAN-MAR'22 DISPLAY | | 5722 INTEGRITY DR |
| TASK ORDER NUMBER: | N0018921FZ966 ACRN AA | | MILLINGTON TN 38054 |
| | | | ATTN: |



MONTH OF   JAN'22

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ** | ** | CR |
| | NET AMOUNT | | CR** |
| | ** CREDIT AMOUNT ** | | CR** |

*********************************************************************************

PREVIOUS BILLS
---------------

21-IN-3000

PLEASE REMIT TO:  Y&R
                  P.O. BOX 751731
                  CHARLOTTE   NC 28275-1731

WIRE TO:

ACH TO:     ABA ROUTING#          ACCT#          SWIFT CODE

REF:        ABA ROUTING#          ACCT#          SWIFT CODE
            Y&R  LOCKBOX
            P.O. BOX 751751
            CHARLOTTE, NC 28275-1731

CONTRACT NUMBER:  N00189-21-D-Z024
CLIN NUMBER:  002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

ORIGINAL

Highly Confidential

NAVY-ADS-0000250178

**Y&R**

3 Columbus Circle
New York, New York 10019

| | | | |
|---|---|---|---|
| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3007 |
| DUE DATE | JUN19/22 | ** DETAIL BACK-UP ** | PAGE    1 |

| | | | |
|---|---|---|---|
| CLIENT | NV0   NAVY | | NAVY |
| PRODUCT | NAV   NAVY | | COMMANDER NAVY RECRU |
| ESTIMATE | 092   JAN-MAR'22  DISPLAY | | 5722 INTEGRITY DR |
| TASK ORDER NUMBER: | N0018921FZ966 ACRN AA | | MILLINGTON TN 38054 |
| | | | ATTN: |

MONTH OF   JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| JAN01/22 | DISPLAY  (100621) | | | CR |
| JAN01/22 | ( 103247) DISPLAY | | | |
| JAN01/22 | (103572) DISPLAY | | | CR |
| JAN01/22 | (105632) DISPLAY | | | CR |
| JAN01/22 | (110328) DISPLAY | | | |
| ** TOTALS ** | | | | CR |

ORIGINAL

Highly Confidential

NAVY-ADS-0000250179



Online

Invoice date: 1/31/2022
Due date: 3/02/22
Invoice #: INV #78283801
MoS: January 2022

01/01/21
I/100621/NV0/NAV/092

Bill to
Wavemaker New York
New York, NY 10019
USA

Campaign
#3389 US Navy-1/1/22-3/31/22
Flight Dates: 01/01/2022 - 03/31/2022
PO Number: O-303GY

Line Item Details

| | Line Item Name | Cost Basis | Cost Per Unit | Billed Units | Reconciled Units | Invoiced Amount |
|---|---|---|---|---|---|---|
| 1 | 3rd Party Targeting: ▮▮▮ (Edu ROS) - January_P1VTVF5 | CPM | ▮ | ▮ | | ▮ |
| 2 | Jan_Outstream: 3rd Party Targeting: ▮▮▮ (Edu and Money ROS)_P1VTVF0 | CPM | ▮ | ▮ | ▮ | ▮ |
| 3 | Pre-roll: 3rd Party Targeting: ▮▮▮ Edu and Money ROS)_Jan_P1VTVF0 | CPM | ▮ | ▮ | | ▮ |
| 5 | 3rd Party Targeting: ▮▮▮ Edu ROS) - January_P1VTVF4 | CPM | ▮ | ▮ | | ▮ |
| 6 | 3rd Party Targeting: ▮▮▮ (Edu ROS) - January_P1VTV7M | CPM | ▮ | ▮ | | ▮ |
| 9 | 300X250/728X90 ADDED VALUE_January_P1VTVF2 | CPM | | | | ▮ |
| 19 | 3rd Party Targeting: ▮▮▮ (Edu ROS) - January_P1WL0L2 | CPM | ▮ | ▮ | | |

Subtotal: ▮ USD

Adjustments: ▮

TAX (0.0%): $0.00 USD

Amount Due: ▮ USD

Terms & Conditions
DUE UPON RECEIPT
REMIT TO:

Please send by ACH to:
▮▮▮
Bank Name: ▮▮▮
New York, NY 10036
ABA Routing Number ▮
Account Number ▮

*Please indicate invoice number in the Memo line

113

If by mail, send to ██████████████
Attn ████████████████████

Contact: billing@██████████ (t) 212-916-3677

Highly Confidential



# Invoice

| | |
|---|---|
| Date | 1/31/2022 |
| Invoice # | 38952 |

| | |
|---|---|
| Terms | Net 30 |
| Due Date | 3/2/2022 |
| Currency | US Dollar |
| IO Number | O-303GN |
| Service Period | January 2022 |
| Campaign | U.S. Navy - Q1, 2022 |
| IO_Description | |

**Bill To**
WaveMaker Global
PO Box 4614 GCS
New York NY 10163

01/01/22

I /103242/ NVØ /NAV /092



Hello,

Your most recent invoice is attached.

**Total Balance Due**

If you wish to pay by ACH/Wire:

Account Name:        Account Number:
Routing number:
SWIFT Code INTL WIRES:

If you are paying by check, please mail to:

For electronic payments, please send all remittance information to billing@

69

Highly Confidential



# Invoice

Invoice number: 4066539457

*I 1 b3572 1 NUŏ 1 NAŬ192* (handwritten)

*0073* (handwritten)

**Bill to**

Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

*1/22* (handwritten)

**Advertiser**

United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number ............................ 4066539457
Invoice date ................................ Jan 31, 2022
Payment terms ............................ Net 45
Billing ID ..................................... 4406-4332-9339

**YouTube Reservation**

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)                                               $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ ████ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ████ invoice.

To pay by wire transfer, send to:
Account holder name: ████
Bank:
SWIFT BIC:
ABA #:
Account #:

Bank branch address:

USA

To pay by check, mail to:

NAVY-ADS-0000250183



# Invoice

Invoice number: 4066539457

Account ID: 3508702

Order name: Navy Jan - Mar '22 Tech

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ▓▓▓▓ US: Technology | Jan 1, 2022 - Mar 31, 2022 | ▓▓ | Impressions | Impressions | ▓▓ |
| YT US Skippable in-stream ad CPM : ▓▓▓▓ Lineups - ▓▓ US: Technology | Jan 1, 2022 - Mar 31, 2022 | ▓▓ | Impressions | Impressions | ▓▓ |
| | Subtotal in USD | | | | ▓▓ |
| | Tax (0%) | | | | $0.00 |
| | Total in USD | | | | ▓▓ |

Highly Confidential

# Invoice

Invoice number: 4066260949

**Bill to**

Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**

United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number ............................. 4066260949
Invoice date ................................ Jan 31, 2022
Payment terms ............................ Net 45
Billing ID ..................................... 4406-4332-9339

**YouTube Reservation**

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)                                                        $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@          with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official          invoice.

**To pay by wire transfer, send to:**

Account holder name
Bank:
SWIFT BIC:
ABA #:
Account #:

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250185



**Invoice**

Invoice number: 4066260949

Account ID: 3508532

Order name: Navy Jan – Mar '22 Sci & Edu

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ███ ███ - US: Science & Education | Jan 1, 2022 - Mar 31, 2022 | ███ | ███ Impressions | ███ Impressions | ███ |
| YT US Skippable in-stream ad CPM : ███ ███ - US: Science & Education | Jan 1, 2022 - Mar 31, 2022 | ███ | ███ Impressions | ███ Impressions | ███ |
| | Subtotal in USD | | | | ███ |
| | Tax (0%) | | | | $0.00 |
| | Total in USD | | | | ███ |

Highly Confidential



# Invoice

Invoice number: 4064224679

**Bill to**

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number .................................. 4064224679

Invoice date ..................................... Jan 31, 2022

Payment terms ................................ Net 45

Billing ID .......................................... 4406-4332-9339

**YouTube Reservation**

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**

Subtotal in USD

Tax (0%)                                                          $0.00

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections⬛ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ⬛ invoice.

**To pay by wire transfer, send to:**

Account holder name:⬛

Bank:

SWIFT BIC:

ABA #:

Account #:

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250187



# Invoice

Invoice number: 4064224679

Account ID: 3508714
Order name: Navy Jan - Mar '22 SP
Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ▇▇▇▇▇ ▇▇▇▇ - US: Spanish Language | Jan 1, 2022 - Mar 31, 2022 | ▇▇ | ▇▇ Impressions | ▇▇ Impressions | ▇▇ |
| YT US Skippable in-stream ad CPM : ▇▇▇▇▇ ▇▇ - US: Spanish Language | Jan 1, 2022 - Mar 31, 2022 | ▇▇ | ▇▇ Impressions | ▇▇ Impressions | ▇▇ |
| | | | Subtotal in USD | | ▇▇ |
| | | | Tax (0%) | | $0.00 |
| | | | Total in USD | | ▇▇ |

Highly Confidential



# Invoice

Invoice number: 4057022985

**Bill to**

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ........................... 4057022985

Invoice date .............................. Jan 31, 2022

Payment terms ......................... Net 45

Billing ID ................................... 4406-4332-9339

**YouTube Reservation**

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)                                                    $0.00

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@■■■■■ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ■■■■■ invoice.

**To pay by wire transfer, send to:**

Account holder name:

Bank:

SWIFT BIC:

ABA #:

Account #:

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250189



**Invoice**

Invoice number: 4057022985

Account ID: 3508716

Order name: Navy Jan - Mar '22 Streaming CTV

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| ▮ Non-skippable in-stream ad 15s CPM ▮ ▮ Connected TV (CTV) | Jan 1, 2022 - Mar 31, 2022 | ▮ | ▮ Impressions | ▮ Impressions | ▮ |
| | | | Subtotal in USD | | ▮ |
| | | | Tax (0%) | | $0.00 |
| | | | Total in USD | | ▮ |

Highly Confidential



# Invoice

Invoice number: 4059538250

**Bill to**

Accounts Payable

**Advertiser**

Media Edge CIA LLC, Wavemaker

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

| | |
|---|---|
| Invoice number | 4059538250 |
| Invoice date | Jan 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | 0072-6211-0483 |
| Account ID | 905-376-8407 |
| Purchase order | TBD |

**Google Ads**

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)                                    $0.00

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official invoice.

**To pay by wire transfer, send to:**

Account holder name:

Bank:

SWIFT BIC:

ABA #:

Account #:

**Bank branch address:**

USA

**To pay by check, mail to:**

For questions about this invoice please email collections@

Page 1 of 2

Highly Confidential



**Invoice**

Invoice number: 4059538250

Account: Navy Youtube Always On
Account ID: 905-376-8407
Account budget: Jan - Mar '22 Auction
Purchase order: TBD
Jan 1, 2022 - Jan 31, 2022

| Description | Quantity | Unit | Amount |
|---|---|---|---|
| A18-24_Jan-Mar22_Trueview_STEM Custom_Skippable | | Clicks | |
| A18-24_Jan-Mar22_TrueView_Life Events_Graduation Soon & In Market for Healthcare Jobs _15s nonskips | | Impressions | |
| A18-24_Jan-Mar22_TrueView_MC Custom Skippable | | Impressions | |
| Invalid activity | | | |
| | | Subtotal in USD | |
| | | Tax (0%) | $0.00 |
| | | Total in USD | |

Highly Confidential

NAVY-ADS-0000250192

# Invoice

| | |
|---|---|
| Date | 1/31/2022 |
| Invoice # | INVQI1605 |
| | |
| Terms | Net 30 |
| Due Date | 3/2/2022 |
| Memo | |

01/01/22

I/110328/NV0/NAV/092 PO #

**Bill To**
Wavemaker
PO BOX 4614
New York NY 10163
United States

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Direct Advertising Revenue | P1SRVNS_NV0_NAV_090_OLV_QUI ZLET██████████Run of Site_Demo_P13-24_Click and View█████NA P1SRVNS (Impressions) - Study Break - January 2022 | | | |
| Direct Advertising Revenue | P1SRQZ0_NV0_N AV_090_Audience_ ██████_1 P_BT_GM_16_24_ DIR_NA_320x50 High Viewability on top slot on Sel Page and sticky units_DM_DIS_CP M_DV_320x50_Run of Site_Demo_P13-24_320 x 50_Click and View_NV_NA P1SRQZ0 (Impressions) - January 2022 | | | |
| Direct Advertising Revenue | P1SRVQG_NV0_N AV_090_Audience_ ██████_1 P_BT_GM_16_24_ DIR_NA_Flashcard Ads High Performance Students_MT_DIS_CPM_N A_DV_1x1_Run of Site_Demo_P13-24_1 x 1_Click and View_NV_NA P1SRVQG (Impressions) - January 2022 | | | |
| Direct Advertising Revenue | Campaign: NV0_NAV_090_NAVY_2022_October-Decembe r_Display_Base Plan_N0018921FZ508 Campaign ID CP1FZRF Order # O-2VR90 | | | |

Thank you for your business!

| | |
|---|---|
| **Total Amount Due** | |

For ACH Delivery:
Account Name: ████████
Account Number: █
Bank Routing Number: █

For Wire Transfers:
Account Name: ████████
Account Number: █
Transit Number: █
Swift Code: █
General Bank reference address: █

116

NAVY-ADS-0000250193



**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3016 |
| DUE DATE | JUN19/22 | | PAGE   1 |

CLIENT     NV0   NAVY
PRODUCT    NAV   NAVY
ESTIMATE   092   JAN-MAR'22 DISPLAY
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF   JAN 22

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
| --- | --- | --- | --- |
| ** TOTALS ** | ** | | ** |
| | | NET AMOUNT | ** |
| | | ** AMOUNT DUE ** | ** |

*****************************************************************************

PREVIOUS BILLS
- - - - - - - - -

21-IN-3000
25-IN-3007                                    CR
- - - - - - - -

PLEASE REMIT TO:  Y&R
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731

WIRE TO:

ACH TO:   ABA ROUTING#              ACCT#          SWIFT CODE

REF:      ABA ROUTING#              ACCT#          SWIFT CODE
          Y&R, LOCKBOX
          P.O. BOX 751731
          CHARLOTTE, NC 28275-1731

CONTRACT NUMBER:  N00189-21-D-Z024
CLIN NUMBER:  002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250194

**Y&R**

3 Columbus Circle
New York, New York 10019

| | |
|---|---|
| INVOICE DATE   MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-1N-3016 |
| DUE DATE       JUN19/22 | ** DETAIL BACK-UP ** | PAGE   1 |

CLIENT    NV0   NAVY
PRODUCT   NAV   NAVY
ESTIMATE  092   JAN-MAR'22  DISPLAY
TASK ORDER NUMBER:  N0018921FZ966  ACRN AA

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF   JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| JAN01/22 | DISPLAY (105632) | | | | |
| ** TOTALS ** | | | | | ** |

ORIGINAL

Highly Confidential

NAVY-ADS-0000250195



# INVOICE

| | |
|---|---|
| Invoice Date | : 01/31/2022 |
| Invoice Number | : 100260971 |
| Customer ID | : 1200 |
| Due Date | : 05/01/2022 |
| Term | : Net 90 |
| Term Description | : Net 90 |
| Comments | : |

Bill-to Site Number:317689

BILL TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Number: 317689

SOLD TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

## DIGITAL ADVERTISING TRANSACTION DETAILS
### Month of Service January 2022

| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Media Cost | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Data Cost | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Feature Cost | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Fee | |
| | | | | SUBTOTAL | |
| | | | | TOTAL | |
| | | | | INVOICE CURRENCY | USD |

Checks should be mailed to Lockbox:

Balance Questions: ar@
Remittance Questions: ttd-remittance@

Overnight Lockbox Address:



ACH Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | |
|---|---|

94

Highly Confidential

NAVY-ADS-0000250196

Highly Confidential

NAVY-ADS-0000250197



# INVOICE

| | | |
|---|---|---|
| Invoice Date | : | 01/31/2022 |
| Invoice Number | : | 100260972 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |
| Comments | : | |

Bill-to Site Number: 317689

BILL TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

### DIGITAL ADVERTISING TRANSACTION DETAILS
Month of Service: January 2022

| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Media Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Data Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Feature Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Fee | |
| | | | | SUBTOTAL | |
| | | | | TOTAL | |
| | | | | INVOICE CURRENCY | USD |

Balance Questions: ar@
Remittance Questions: ttd-remittance@

**Overnight Lockbox Address:**

**ACH Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**Wires Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**International Wires Should Be Sent To:**

| Swift Code: | |
|---|---|

Highly Confidential

NAVY-ADS-0000250198

Highly Confidential

NAVY-ADS-0000250199



# INVOICE

| | | |
|---|---|---|
| Invoice Date | : | 01/31/2022 |
| Invoice Number | : | 100260973 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |
| Comments | : | |

Bill-to Site Number:317689

BILL TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD TO: Wavemaker
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

## DIGITAL ADVERTISING TRANSACTION DETAILS
### Month of Service January 2022

| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Media Cost | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Data Cost | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Feature Cost | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Fee | |
| | | | | SUBTOTAL | |
| | | | | TOTAL | |
| | | | | INVOICE CURRENCY | USD |

Checks should be mailed to Lockbox:

Balance Questions: ar@
Remittance Questions: ttd-remittance@

Overnight Lockbox Address:

ACH Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | |
|---|---|

Highly Confidential

Highly Confidential

NAVY-ADS-0000250201



# INVOICE

| | | |
|---|---|---|
| Invoice Date | : | 01/31/2022 |
| Invoice Number | : | 100260974 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |

Comments :

Bill-to Site Number:317689

BILL TO:  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD TO:  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

| DIGITAL ADVERTISING TRANSACTION DETAILS Month of Service: January 2022 | | | | | | |
|---|---|---|---|---|---|---|
| ADVERTISER | CAMPAIGN | QTY | IMPRESSIONS | CHARGE DESCRIPTION | | AMOUNT |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Media Cost | | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Data Cost | | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Feature Cost | | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Fee | | |
| | | | | SUBTOTAL | | |
| | | | | TOTAL | | |
| | | | | INVOICE CURRENCY | | USD |



Balance Questions: ar@▮▮▮▮▮
Remittance Questions: ttd-remittance@▮▮▮▮▮

**ACH Payments Should Be Sent To:**

| For Credit To: | ▮▮▮▮▮ |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**Wires Payments Should Be Sent To:**

| For Credit To: | ▮▮▮▮▮ |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**International Wires Should Be Sent To:**

| Swift Code: | |
|---|---|

Highly Confidential

NAVY-ADS-0000250202

Highly Confidential

NAVY-ADS-0000250203

**Y&R**

3 Columbus Circle
New York, New York 10019

| | | |
|---|---|---|
| INVOICE DATE   MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3008 |
| DUE DATE   JUN19/22 | | PAGE   1 |

```
CLIENT      NV0   NAVY                    NAVY
PRODUCT     NAV   NAVY                    COMMANDER NAVY RECRU
ESTIMATE    092   JAN-MAR'22 DISPLAY      5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA MILLINGTON TN 38054
```

MONTH OF   JAN/22

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ** | ** | CR |
| | | NET AMOUNT | CR** |
| | ** CREDIT AMOUNT ** | | CR** |

```
*******************************************************************
                         PREVIOUS BILLS
                         ---------------
                                          21-IN-3001
                                                          ----------
```

```
PLEASE REMIT TO:  Y&R
                  P.O. BOX 751731
                  CHARLOTTE  NC 28275-1731
WIRE TO:
                  ABA ROUTING#          ACCT#          SWIFT CODE
ACH TO:
                  ABA ROUTING#          ACCT#          SWIFT CODE
REF:              Y&R. LOCKBOX
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731
CONTRACT NUMBER:  N00189-21-D-Z024
CLIN NUMBER:  002
```

```
THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250204

**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3008 |
| DUE DATE | JUN19/22 | ** DETAIL BACK-UP ** | PAGE   1 |

CLIENT      NV0    NAVY
PRODUCT    NAV    NAVY
ESTIMATE   092   JAN-MAR'22 DISPLAY
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF    JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| ████████ | (101757,27) | | | |
| JAN01/22 | FEE | ██████ | ██████ | ██████ CR |
| ████████ | (102209) | | | |
| JAN01/22 | FEE | ██████ | ██████ | ██████ CR |
| ███████ | (105355) | | | |
| JAN01/22 | FEE | ██████ | ██████ | ██████ CR |
| ████████████ | | | | |
| JAN01/22 | FEE | ██████ | ██████ | ██████ CR |
| ** TOTALS ** | | | | ██████ CR |

ORIGINAL

Highly Confidential

NAVY-ADS-0000250205



01/01/22   Rep 73
I /101757,27/1V0/NAV/092

# Invoice

Invoice number: 4056804511

**Bill to**

Wavemaker Global LLC.
825 7th Ave
New York, NY 10019
United States

**Details**

Invoice number .................... 4056804511
Invoice date ......................... Jan 31, 2022
Payment terms ..................... Net 45
Billing ID .............................. 4406-4332-9339

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**
Subtotal in USD
Tax (0%)                                                    $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ ▇▇ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▇▇ invoice.

**To pay by wire transfer, send to:**          **Bank branch address:**          **To pay by check, mail to:**

Account holder name:
Bank:
SWIFT BIC:
ABA #:                                                         USA
Account #:

For questions about this invoice please email collections@ ▇▇                    Page 1 of 2

NAVY-ADS-0000250206



Invoice number. 4056804511

Account ID: 1496602

Adserving for DCM, Advertiser Id:5876121 Campaign Id:26976323

Jan 1, 2022 - Jan 31, 2022

| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|
| Advertiser: "Navy", ID: 5876121 - Campaign: "NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA", ID: 26976323, Billing Code: O-303JB-R0 - Fee: DISPLAY AD SERVING | CPM | ▓ | ▓ | ▓ |
| Advertiser: "Navy", ID: 5876121 - Campaign: "NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA", ID: 26976323, Billing Code: O-303JB-R0 - Fee: TRACKING AD IMPRESSIONS | CPM | ▓ | ▓ | ▓ |

| | |
|---|---|
| Subtotal in USD | ▓ |
| Tax (0%) | $0.00 |
| Total in USD | ▓ |

Highly Confidential

NAVY-ADS-0000250207



# INVOICE

MEDIA ___ I ___
PUB # 102209   REP # _____
C/Y/E   NVO / NAV / 92
INS DATE   1 - __ - 22
INV # _____
UID # _____

| Invoice Date | Invoice # |
|---|---|
| 2/3/2022 | 1235782 |
| **Terms** | **Due Date** |
| Net 45 | 3/20/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

Service Month:   1/31/2022

---

Account #: CUS-451

Bill To

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | NV0_NAV_9 2_NAVY_20 22_Jan-Mar_Displa y_Base Plan_N0018 921FZ966 ACRN AA | N00189 21FZ966 ACRN AA | 1304546 | United States Federal Government | Navy | | | | |
| | NV0_NAV_9 2_NAVY_20 22_Jan-Mar_Displa y_Base Plan_N0018 921FZ966 ACRN AA | N00189 21FZ966 ACRN AA | 1304546 | United States Federal Government | Navy | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | $0.00 |
| Amount Paid | |
| Amount Due | |

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail at@

1 of 1

Highly Confidential

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240700 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

**Account #: CUS-451**

**Bill To**

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan - Mar '22 Sci & Edu | | 1312444 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 Sci & Edu | | 1312444 | United States Federal Government | Navy | YouTube | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | $0.00 |
| Amount Paid | |
| Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account:
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240701 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
|  |  |

| Service Month: | 1/31/2022 |
|---|---|

**Account #: CUS-451**

**Bill To**

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
|  | Navy Jan - Mar '22 Tech |  | 1312445 | United States Federal Government | Navy | YouTube |  |  |  |
|  | Navy Jan - Mar '22 Tech |  | 1312445 | United States Federal Government | Navy | YouTube |  |  |  |

| | |
|---|---|
| **Subtotal** |  |
| **Tax Total (%)** | $0.00 |
| **Amount Paid** |  |
| **Amount Due** |  |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

NAVY-ADS-0000250210



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240702 |
| Terms | Due Date |
| Net 45 | 3/25/2022 |
| Original Invoice # | Amount Due |
| | |

| Service Month: | 1/31/2022 |
|---|---|

Account #: CUS-451

Bill To

Wavemaker Global LLC
PO BOX 4514 GCS
New York, NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan - Mar '22 Streaming CTV | | 1312446 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 Streaming CTV | | 1312446 | United States Federal Government | Navy | YouTube | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | $0.00 |
| Amount Paid | |
| Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account:
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240703 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

**Account #: CUS-451**

**Bill To**

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan – Mar '22 SP | | 1312448 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan – Mar '22 SP | | 1312448 | United States Federal Government | Navy | YouTube | | | |

| | |
|---|---|
| **Subtotal** | |
| **Tax Total (%)** | $0.00 |
| **Amount Paid** | |
| **Amount Due** | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account:
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential

E-mail: accounting

To:
**WaveMaker**
**P.O. Box 4616**
**Grand Central Station**
**New York, NY 10163**
**United States**

Invoice Date: Jan 31, 2022

## Invoice USI2201586

| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ad Serving | Pre Roll | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | Quizlet | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |
| 2 | Ad Serving | Pre Roll | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | The Trade Desk | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |
| 3 | Ad Serving | Pre Roll | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | US News | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |
| 4 | Ad Serving | Pre Roll Reserve | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | YouTube | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |
| 5 | Ad Serving | Pre Roll Non-skippable in-stream | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | YouTube | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |
| 6 | Ad Serving | Pre Roll TrueView in-stream | NV0_NAV_92_NAVY_2022_Jan-Mar_Display_Base Plan_N0018921FZ966 ACRN AA | YouTube | US Navy | Jan | MediaOcean campaign id - CP1J0YT | | | |

Pay by: Mar 02, 2022

| Total Price | |
|---|---|
| Tax | 0.00 |
| TOTAL | USD |

INNOVID EIN (Tax ID): 87-3769599

REMITTANCE ADDRESS:

WIRING INSTRUCTIONS:

ROUTING & TRANSIT #:
SWIFT CODE:
FOR CREDIT OF:
FINAL CREDIT ACCOUNT:

FX EUR ONLY:
RECEIVING BANK:
RECEIVING BANK SWIFT:
BENEFICIARY BANK:
BENEFICIARY BANK SWIFT:
FINAL CREDIT ACCOUNT:

FX MXN ONLY:
RECEIVING BANK:
RECEIVING BANK SWIFT:
BENEFICIARY BANK:
BENEFICIARY BANK SWIFT:
FINAL CREDIT ACCOUNT:

MEDIA ____ I ____
PUB # 102209   REP # ____
CRTE NV0 / NAV / 92
____ TE 1 - 1 - 22
____ Y # ____
____ B # ____

73

NAVY-ADS-0000250213

## Invoice

01/01/22     Rep 475
I/108987/NJ0/NAV/092

BILL TO
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY 10163

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2012-52464 | 02/01/2022 | | 03/03/2022 | Net 30 | |

**P.O. NUMBER**
O-303JB

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Advertising | | | |

Campaign: Navy_an-Mar_Display_Base Plan_2022

Brand/Client: Navy

Flight: 1/1/2022 - 1/31/2022

Views/Impressions:

Ad-type: YouTube Select

Opp ID: a8335dea-5ddb-11ec-9c98-02994e5d8eda

Please reach out to accounting@
if You send payment in non-USD for the first time.

BALANCE DUE

Checks via US Postal Service:

Overnight Courier Service:
Bank of America Lockbox Services

Wires/ACH Payments:

ABA or Routing number
Account Number: Cash Collateral Account Number
Swift Code:

NAVY-ADS-0000250214

# Invoice



BILL TO
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY 10163

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2012-52469 | 02/01/2022 | | 03/03/2022 | Net 30 | |

P.O. NUMBER
O-303JB

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Advertising | | | |

Campaign: Navy_an-Mar_Display_Base Plan_2022

Brand/Client: Navy

Flight: 1/1/2022 – 1/31/2022

Views/Impressions:

Ad-type:

Opp ID: a8335dea-5ddb-11ec-9c98-02994e5d8eda

Please reach out to accounting@
if You send payment in non-USD for the first time.

BALANCE DUE

Checks via US Postal Service:

Overnight Courier Service:
Bank of America Lockbox Services

Wires/ACH Payments:

ABA or Routing number
Account Number: Cash Collateral Account Number
Swift Code:

Highly Confidential



**Y&R**

3 Columbus Circle
New York, New York 10019

| | | |
|---|---|---|
| INVOICE DATE    MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3017 |
| DUE DATE       JUN19/22 | | PAGE    1 |

```
CLIENT      NV0  NAVY                    NAVY
PRODUCT     NAV  NAVY                    COMMANDER NAVY RECRU
ESTIMATE    093  22' JAN-MAR AFF/JOBS    5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA MILLINGTON TN 38054
                                         ATTN: DEAN STEWART-CURRY
                                         MONTH OF  JAN/22
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ** | ** | CR |
|  | NET AMOUNT | | CR** |
|  | ** CREDIT AMOUNT ** | | CR** |

```
*************************************************************************
                          PREVIOUS BILLS
                          --------------
                                        21-IN-3002
                                        25-IN-3009               CR
                                                        -----------
```

```
         PLEASE REMIT TO: Y&R
                          P.O. BOX 751731
                          CHARLOTTE, NC 28275-1731
         WIRE TO:
                   ABA ROUTING#         ,ACCT#         ,SWIFT CODE
         ACH TO:
                   ABA ROUTING#         ,ACCT#         ,SWIFT CODE
         REF:      Y&R, LOCKBOX #
                   P.O. BOX 751731
                   CHARLOTTE, NC 28275-1731

         CONTRACT NUMBER: N00189-21-D-Z024
         CLIN NUMBER: 002

         THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
         TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
         CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250216

**Y&R**

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        INTERACTIVE MEDIA BILLING       INVOICE 25-IN-3017
DUE DATE       JUN19/22            ** DETAIL BACK-UP **                PAGE   1

CLIENT    NV0  NAVY                             NAVY
PRODUCT   NAV  NAVY                             COMMANDER NAVY RECRU
ESTIMATE  093  22' JAN-MAR AFF/JOBS             5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA        MILLINGTON TN 38054

                                              MONTH OF   JAN/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| | (105284) | | | | |
| JAN01/22 | DISPLAY | | | | CR |
| ** TOTALS ** | | | | | CR |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250217



I/105284/NV0/NAV/93

1/22

# INVOICE

BILL TO
Wavemaker Global: Navy Partnership
PO Box 4614 GCS
New York, NY 10163

| | | INVOICE | 42702 |
| --- | --- | --- | --- |
| | | DATE | 01/31/2022 |
| | | TERMS | Net 30 |
| | | DUE DATE | 03/02/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 01/31/2022 | PPC | Jan Spend: (#O-2ZK4S) - January 2022 - Navy - 17/12/2021 | | | |
| 01/31/2022 | Agency Discount | Discount | | | |

BALANCE DUE

ACH/Wire Instructions:

Bank's Phone Number:

ABA Routing Number:
Account Number:
Beneficiary:
Beneficiary Address:

36

FEIN: 86-1205290
Page 1 of 1

Highly Confidential



**Y&R**

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        INTERACTIVE MEDIA BILLING      INVOICE 25-IN-3019
DUE DATE       JUN19/22                                       PAGE    1

CLIENT    NV0  NAVY                         NAVY
PRODUCT   NAV  NAVY                         COMMANDER NAVY RECRU
ESTIMATE  093  22' JAN-MAR AFF/JOBS         5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA    MILLINGTON TN 38054

                                            MONTH OF   JAN/22

                         NET LESS CD
                          ORDERED      PREV. BILLED         BILLABLE

** TOTALS **                      **              **              CR
                                  NET AMOUNT                     CR**
                         ** CREDIT AMOUNT **                     CR**

*******************************************      ***********************
                         PREVIOUS BILLS
                         --------------
                                     21-IN-3002
                                     25-IN-3009


         PLEASE REMIT TO: Y&R
                          P.O. BOX 751731
                          CHARLOTTE, NC 28275-1731
         WIRE TO:
                   ABA ROUTING#        ACCT#           SWIFT CODE
         ACH TO:
                   ABA ROUTING#        ACCT#           SWIFT CODE
         REF:      Y&R, LOCKBOX
                   P.O. BOX 751731
                   CHARLOTTE, NC 28275-1731
         CONTRACT NUMBER: N00189-21-D-Z024
         CLIN NUMBER: 002

         THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
         TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
         CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250219

**Y&R**

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22      INTERACTIVE MEDIA BILLING      INVOICE 25-IN-3019
DUE DATE       JUN19/22         ** DETAIL BACK-UP **              PAGE   1

CLIENT     NV0   NAVY                    NAVY
PRODUCT    NAV   NAVY                    COMMANDER NAVY RECRU
ESTIMATE   093   22' JAN-MAR AFF/JOBS    5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA MILLINGTON TN 38054

                                         MONTH OF   JAN/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| ▇▇▇ | (102545) | | | | |
| JAN01/22 | DISPLAY | ▇▇▇ | ▇▇▇ | ▇▇▇ | CR |
| ** TOTALS ** | | | | ▇▇▇ | CR |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250220



# INVOICE

I/102545/NV0/NAV/93

1/22

INVOICE #:  55891407
DATE:  01/31/2022
DUE DATE:  03/17/2022

TOTAL AMOUNT:
TOTAL DUE:

BILL TO:   Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is included in your payment reference

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| January 2022 Sponsored Jobs on [redacted] Wavemaker for U.S. Navy PO#: O-2ZK4X | |
| Discount | |
| Sales tax | 0.00 |
| TOTAL AMOUNT: | |

TOTAL DUE:

AMOUNT ENCLOSED:

### EFT/ACH Payments:

Beneficiary Bank:
Routing/Transit #:
Account title:          Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:

*Be sure to include invoice number(s) in the digital payment details for timely application to your account.*

### Check Payments:

Remit to:

*Be sure to include invoice number(s) on the check for timely application to your account.*

BILL TO:   Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO:

Invoice Date: 01/31/2022   Terms: Net 45   Due Date: 03/17/2022

Highly Confidential



# INVOICE

INVOICE #: 56471324
DATE: 01/31/2022
DUE DATE: 03/17/2022

TOTAL AMOUNT:
TOTAL DUE:

BILL TO:  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is
included in your payment reference

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Targeted Ads – Brand: ITAB-10473 PO# Navy, Month of Service: January,NV0/NAV/93 REVISED | |
| Discount | |
| Sales tax | 0.00 |
| TOTAL AMOUNT: | |

TOTAL DUE:

AMOUNT ENCLOSED:



### EFT/ACH Payments:

Beneficiary Bank:
Routing/Transit #:
Account title:          Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:

*Be sure to include invoice number(s) in the
digital payment details for timely application to
your account.*

### Check Payments:

Remit to:

*Be sure to include invoice number(s) on the
check for timely application to your account.*

BILL TO:  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO:

Invoice Date: 01/31/2022   Terms: Net 45   Due Date: 03/17/2022

Highly Confidential



# INVOICE

INVOICE #: **56690690**
DATE: **02/07/2022**
DUE DATE: **03/24/2022**

TOTAL AMOUNT:
TOTAL DUE:

**BILL TO:** Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is included in your payment reference

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| CMGD-2010179 PO Number: Navy – Month of Service: Jan – NV0/NAV/93 REVISED     IO Number: | |
| Terms: Monthly | |
| Cost:      USD | |
| Duration: 3 Months | |
| Discount | |
| Sales tax | 0.00 |
| TOTAL AMOUNT: | |

TOTAL DUE:

AMOUNT ENCLOSED:



### EFT/ACH Payments:

Beneficiary Bank:     Citibank Delaware
Routing/Transit #:
Account title:     Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:

*Be sure to include invoice number(s) in the digital payment details for timely application to your account.*

### Check Payments:

Remit to:

*Be sure to include invoice number(s) on the check for timely application to your account.*

**BILL TO:** Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO:

Invoice Date: 02/07/2022   Terms: Net 45   Due Date: 03/24/2022

Highly Confidential

**Y&R**

3 Columbus Circle
New York, New York 10019

INVOICE DATE   MAY 20/22          INTERACTIVE MEDIA BILLING          INVOICE 25-IN-3010
DUE DATE       JUN 19/22                                            PAGE     1

CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  093   22' JAN-MAR AFF/JOBS          5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA     MILLINGTON TN 38054

                                              MONTH OF   JAN 22

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | * | ** | CR |
| | | NET AMOUNT | CR** |
| | | ** CREDIT AMOUNT ** | CR** |

*****************************************************************************
                          PREVIOUS BILLS
                          --------------
                                        21-IN-3003
                                                        ----------

PLEASE REMIT TO:  Y&R
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731
WIRE TO:
                  ABA ROUTING#          ACCT#          SWIFT CODE
ACH TO:
                  ABA ROUTING#          ACCT#          SWIFT CODE
REF:              Y&R, LOCKBOX
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731
CONTRACT NUMBER:  N00189-21-D-Z024
CLIN NUMBER:  002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250224



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3010 |
| DUE DATE | JUN19/22 | ** DETAIL BACK-UP ** | PAGE 1 |

CLIENT     NV0   NAVY                    NAVY
PRODUCT    NAV   NAVY                    COMMANDER NAVY RECRU
ESTIMATE   093   22' JAN-MAR AFF/JOBS    5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA    MILLINGTON TN 38054

MONTH OF   JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| | (101757, 27) | | | | |
| JAN01/22 | FEE | | | | CR |
| ** TOTALS ** | | | | | CR |

ORIGINAL

Highly Confidential

NAVY-ADS-0000250225



01/01/22    Rp 73
I/101757,27/NV0/NAV/093

# Invoice

Invoice number: 4056605138

**Bill to**

Wavemaker Global LLC.
825 7th Ave
New York, NY 10019
United States

**Details**

Invoice number .................... 4056605138
Invoice date ...................... Jan 31, 2022
Payment terms ..................... Net 45
Billing ID ........................ 4406-4332-9339

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)                                          $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@         with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official         invoice.

**To pay by wire transfer, send to:**

Account holder name:
Bank:
SWIFT BIC:
ABA #:
Account #:

**Bank branch address:**

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**

93

For questions about this invoice please email collections@

Page 1 of 2

NAVY-ADS-0000250226



**Invoice**

Invoice number: 4056605138

Account ID: 1496602

Adserving for DCM, Advertiser Id:5876121 Campaign Id:26952884

Jan 1, 2022 - Jan 31, 2022

| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|
| Advertiser: "Navy", ID: 5876121 - Campaign: "NV0_NAV_93_NAVY_2022_Jan-Mar_Affiliates & Jobsites_Base Plan_N0018921FZ966 ACRN AA", ID: 26952884 - Fee: TRACKING AD CLICKS | CPC | | | |
| Advertiser: "Navy", ID: 5876121 - Campaign: "NV0_NAV_93_NAVY_2022_Jan-Mar_Affiliates & Jobsites_Base Plan_N0018921FZ966 ACRN AA", ID: 26952884 - Fee: TRACKING AD IMPRESSIONS | CPM | | | |
| Advertiser: "Navy", ID: 5876121 - Campaign: "NV0_NAV_93_NAVY_2022_Jan-Mar_Affiliates & Jobsites_Base Plan_N0018921FZ966 ACRN AA", ID: 26952884 - Fee: DISPLAY AD SERVING | CPM | | | |

| | | |
|---|---|---|
| Subtotal in USD | | |
| Tax (0%) | | $0.00 |
| Total in USD | | |

Highly Confidential

NAVY-ADS-0000250227