# EXHIBIT 154



TEAM DDB

10 DECEMBER 2021

# The U.S. Army
## FY21 Q4 Marketing Mix Modeling
## National Paid Media Utilization Assessments

**Central Performance Hub | National Media**

© 2019 Team DDB. All Rights Reserved.

Highly Confidential

ARMY-ADS-0000187048



EXHIBIT
Omnicom 2