# EXHIBIT 155

| | |
|---|---|
| **From:** | |
| **Sent:** | 5/21/2021 9:55:56 AM |
| **To:** | @ ; Navy Team Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) < @ |
| **Subject:** | [Non-DoD Source] June/July Media Plan Recommendation |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 5/24/2021 3:00:00 PM |
| **End:** | 5/24/2021 4:00:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| | |
| **Required Attendees:** | ;Navy Team;Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA ; L e (VMLY&R) (VMLY&R) |
| **Optional Attendees:** | n f |
| **Attachments:** | Navy Tactical Reco June-July FINAL - Presented 5.24.21.pdf |

---

Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
282100173@t.plcm.vc
Video Conference ID: 128 494 882 6
Alternate VTC dialing instructions

Learn More | Meeting options

---

Privileged/Confidential Information may be contained in this message. If you are
not the addressee indicated in this message (or responsible for delivery of the
message to such person), you may not copy or deliver this message to anyone. In
such case, you should destroy this message and kindly notify the sender by reply
email. Please advise immediately if you or your employer does not consent to email
for messages of this kind. Opinions, conclusions and other information in this
message that do not relate to the official business of Group M Worldwide LLC and/or
other members of the GroupM group of companies shall be understood as neither given
nor endorsed by it. GroupM is the global media investment management arm of WPP.
For more information on our business ethical standards and Corporate Responsibility
policies please refer to WPP's website at https://no-click.mil/?http://www.wpp.com/WPP/About/



Highly Confidential

NAVY-ADS-0000019114



# JUNE - JULY
# TACTICAL RECOMMENDATION

Presented: May 24, 2021

35.1446, -90.0535
Display/Video, Social, Search
The Navy Partnership

AMERICA'S
**NAVY**™

Highly Confidential

NAVY-ADS-0000019115

Returning: ███████████████

# TACTIC: EFFICIENT AUDIENCE TARGETING AT SCALE

████████████████

**Partner Overview:**

████████████████

**Program Rationale:**

████████████████

**June Approach:**

████████████████

**July Approach:**

████████████████



**Campaign Details** (not including PMPs)
Estimated Total Impressions ███████
Total Spend: ███████
eCPM: $ ███████

15

Highly Confidential

NAVY-ADS-0000019129