# Plaintiffs' Exhibit 65

From:     &lt;/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
          (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A0AEFE6EB27547C1A50BDC8A5CBECCF5-ERNG&gt;
To:
Sent:     2/5/2021 9:20:58 AM
Subject:  RE: TRACKER

| ITEM | CMS APPROVAL DATE | CAMPAIGN | STATUS |
|---|---|---|---|
| "Big Difference/Lower Prices" Script | 2/4 | GM | Approved |
| Big Difference Rough Cut | 2/4 | GM | |
| Social & Digital | 2/4 | GM | Approved |
| "Did You Know" Rough Cut* | 2/4 | GM | Afterlaunch |
| Media Advisory | 2/4 | GM | Submitted |
| Search Feedback | 2/5 | GM | Sent to Josh |
| TV Scripts | 2/5 | Spanish | Approved |
| Digital Ads feedback | 2/5 | Spanish | Sent to Josh |
| Search terms feedback | 2/5 | Spanish | Sent to Josh |
| Media Plan approval | 2/5 | Spanish | |
| "Big Difference/Lower Prices" Final Video | 2/8 | GM | Approved |
| Talking Points | 2/8 | GM | |
| Digital Ads final approval | 2/8 | Spanish | |
| CMS to Approve Search | 2/8 | GM | |
| CMS to Confirm FFM States | 2/8 | GM | |
| "Did You Know" Script | 2/9 | GM | Complete |
| Search Final Approval | 2/9 | GM | |
| Search terms final approval | 2/10 | Spanish | |
| TV Rough Cut feedback | 2/12 | Spanish | |
| Digital Banner HTML5 Ads | 2/16 | GM | |
| TV Final Cut approval | 2/17 | Spanish | |
| "Did You Know" Final Video* | TBD | GM | Afterlaunch |

Division of Campaign Management (DCM)
Strategic Marketing Group (SMG), Office of Communications (OC)
Centers for Medicare & Medicaid Services (CMS)
7500 Security Boulevard, Mailstop: S1-13-05
Baltimore, MD  21244

From:
Sent: Friday, February 5, 2021 9:20 AM
To:

Subject: TRACKER

I think it would be good to simply paste the tracker into this email.  And update it in this email and send when updated.  That way we just sort by this email subject line for the latest.  As new things need to be cleared, we can add them to the tracker.

Thanks -

Highly Confidential