# Plaintiffs' Exhibit 68

**Centers for Medicare & Medicaid Services**
HealthCare.gov 2021 SEP
Client Authorization to Buy #1

|  |  |
|---|---|
| Agency: | **Weber Shandwick** |
| Client: | **Centers for Medicare & Medicaid Services (CMS)** |
| Client Code/Product Code: | **CMS HealthCare.gov SEP Outreach and Education Campaign** |
| Contract: | **75FCMC18D0046** |
| Task Order: | **75FCMC19F0002** |
| Modification: | **P00002** |
| ATB Date: | **2/1/2021** |
| Total Media Dollars: |  |
| Total Ad serving Dollars: |  |

| Item | Time period |  |  | Media Plan Totals |
|---|---|---|---|---|
| **Digital** |  |  |  |  |
| Linear TV | 2/15/21 - 5/15/21 |  |  |  |
| OTT | 2/15/21 - 5/15/21 |  |  |  |
| Digital Display | 2/15/21 - 5/15/21 |  |  |  |
| Social | 2/15/21 - 5/15/21 |  |  |  |
| Search | 2/15/21 - 5/15/21 |  |  |  |
|  | Total Media Buy |  |  |  |
|  | Ad serving |  |  |  |
|  | Grand Net Total |  |  |  |

Centers for Medicare & Medicaid Services (Client) signature authorizes Weber Shandwick (Agency) to purchase media totaling ▓▓▓ plus or minus 5 percent, on behalf of CMS under Task Order **75FCMC19F0002**. Media will be purchased in accordance with the above outline and Attachment A. With Client's consent, shifts in allocation of the spend across channels may be made without the need for a new ATB, so long as the total spend does not exceed the amount authorized in this document. Client signature also authorizes the purchase of ad serving totaling ▓▓▓ plus or minus 5 percent.

Agency will negotiate and purchase media at lowest gross media costs. Client agrees that it will be solely liable to pay for any media advertising authorized by this document until the earlier of: (a) funds specifically intended to pay for such media advertising have cleared to Agency; and (b) Client rescinds this authorization in writing before any applicable cancellation dates.

This ATB does not authorize Agency to exceed the total Task Order value.

| Client: |  | Digitally signed by |
|---|---|---|
| Client Signature: |  |  |
| Date: |  | Date: 2021.02.01 14:54:45 -05'00' |

**Weber Shandwick**



Date:
Prepared by:
Phone #:
E-mail:

| Special Enrollment Period 2021 | HealthCare.gov 1H 2021 | | | | | | GRPs | 1H'21 Est. TV GRPs | 1H'21 Est. Impressions | Client Goal | % OF BUDGET |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APRIL | MAY | JUN | | | | | |
| | 28 4 11 18 25 | 1 8 15 22 | 1 8 15 22 | 29 5 12 19 | 26 3 10 17 24 | 31 7 14 21 | | | | | |
| *General Market 18-54 (Uninsured)* | | | | | | | | | | | |
| Primetime | | 1 1 1 | | 1 1 1 | 1 | | | 7 | | | |
| Cable | | 38 28 28 | | 38 28 38 | 28 28 38 | | | 340 | | | |
| Cable Sports | | 6 6 6 | | 6 6 6 | 6 6 3 | | | 51 | | | |
| Broadcast Sports | | 2.5 2.5 2.5 | | 5 5 3 | 2.5 2.5 1.5 | | | 27 | | | |
| LINEAR TV | | | | | | | | 425 | 661,513,823.20 | | 39% |
| OTT | | 15 15 15 | | 15 15 15 | 15 15 15 | | | 135 | 210,915,110.54 | | 13% |
| | | | | | | | | | | | |
| *PROGRAMMATIC MEDIA* | | | 15 18 15 18 18 | 18 19 19 | 18 18 18 | | | 174 | 276,085,326 | | 7% |
| *HIGH IMPACT DIGITAL* | | | | | 16 21 18 | | | 32 | 50,000,000 | | 4% |
| *SOCIAL* | | | 9 9 9 9 9 | 9 9 9 9 | 9 9 9 | | | 120 | 187,611,984 | | 9% |
| *SEARCH* | | | 1 1 1 1 1 | 1 1 1 1 | 1 1 1 | | | 12 | 18,764,308 | | 20% |
| | | | | | | | | | | | |
| *AA/Black A18-54 (Uninsured)* | | | | | | | | | | | |
| *Targeting & Budget Allocation* | | | | | | | | | | | |
| LINEAR TV | | | 7 7 | 7 7 | 7 2 | | | 60 | 93,918,148 | | 3% |
| OTT | | | 1 1 1 | 1 1 1 | 1 1 1 | | | 12 | 18,340,444 | | 1% |
| | | | | | | | | | | | |
| *DIGITAL PROGRAMMATIC* | | | 8 4 4 4 4 4 | 4 4 4 4 | 4 4 4 | | | 48 | 69,021,332 | | 2% |
| *SOCIAL* | | | 2 2 2 2 2 2 | 2 2 2 2 | 2 2 2 | | | 21 | 33,107,997 | | 2% |
| | | | | | | | | | | | |
| *Adserving* | | | | | | | | | | | 0.3% |
| **TOTAL** | | | | | | | | 1,040 | | | |

NOTE: LINEAR/OTT BUDGETS INCLUSIVE OF SUBCONTRACTOR MEDIA BUYING AGENCY COMMISSION