# Plaintiffs' Exhibit 70

| | |
|---|---|
| **From:** | [redacted] MAJ USARMY AEMO (USA) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C6EE359D774A0188E74A58C63BA09B-LENNOX.G.MO> |
| **To:** | [redacted] CIV USARMY HQDA AAA (USA) |
| **CC:** | [redacted] MAJ USARMY AEMO (USA); [redacted] USARMY AEMO (USA); [redacted] LTC USARMY AEMO (USA); [redacted] Jr COL USARMY HQDA ASA MRA (USA) |
| **Sent:** | 11/29/2021 6:39:44 PM |
| **Subject:** | Documents (UNCLASSIFIED) |
| **Attachments:** | 2022 Paid National Media Strategy TOTAL ARMY- 21 JUL 2021.pdf; 2022 Paid National Media Tactical Recommendation ASL 22 OCT.pdf; FY '21 (27 SEP '21-25 SEP '22) National Media Upfront Tactical WIP Checkin 2 8-19-21.pdf; FY22-24 AMP - FINAL ARMY (18MAY21).pptx; NM POM Worksheet (7SEP21).xlsx; [Non-DoD Source] RE: Easiest Question You'll Get Today (UNCLASSIFIED); Q3 FY21 MMM Insights 09.01.2021_AEMO Action Officers Shared.pptx |

CLASSIFICATION: UNCLASSIFIED

Good afternoon Ma'am,

The following documents are attached as discussed this morning:

1. **BACKGROUND**
   a. FY22-24 AMP FINAL ARMY (18MAY21) –
      i. **Slide 7** identifies AEMOs Objectives and Key Results (OKRs). The OKRs within LOE 1 represent AEMOs support to the Army accessions mission.
   b. Q3 FY21 MMM Insights 09.01.2021_AEMO Action Officers Shared –
      i. **Slide 11** identifies the National Media contribution to marketing attributable EMM contracts, [redacted] (National – Digital, [redacted] + GM + AA TV, [redacted]
         1. [redacted] represents the goal for National Media's contribution to AEMO OKRs (Contracts/Leads).
      ii. **Slide 7** defines the performance of each media channel. For example, video (GM + AA TV, OLV-YouTube Non-Calling, OLV Non YT) performed well therefore AEMO will continue its investment.
   c. 2022 Paid National Media Strategy TOTAL ARMY- 21 JUL 2021
      i. **Slide 10** shows the approved investment scenario. For example, video (Linear TV - GM & MC (ENT/SP/Tentpoles), Streaming Video - Non YouTube, Streaming Video – YouTube) accounts for [redacted] the FY22 investment.
   d. 2022 Paid National Media Tactical Recommendation ASL 22 OCT
      i. **Slide 7** shows that the tactical plan will deliver more than [redacted] AEMOs OKRs based on performance outlined in MMM.
      ii. **Slide 8** shows how each channel contributes to the [redacted] For example, video (Linear TV, Online Video (Non YouTube), YouTube) will contribute [redacted]

2. **POM DEVELOPMENT FOR VIDEO MEDIA (EXAMPLE)**
   a. FY '21 (27 SEP '21-25 SEP '22) National Media Upfront Tactical WIP Checkin 2 8-19-21 [redacted]
      i. **Slide 1** identifies [redacted] Target Rating Points (TRPs) as the weekly benchmark ( [redacted] TRPs are what we purchase IOT run video content in market.
      ii. [redacted]
   [redacted] -DoD Source RE Easiest Question You'll Get Today (UNCLASSIFIED) [redacted]
      i. [redacted]
      ii. For FY24, Baseline cost was estimated at [redacted]
   c. NM POM Worksheet (7SEP21)
      i. Breaks down how historic costs were used to estimate FY24-FY28 costs.

I can provide clarification or additional documents as needed.

Respectfully,

[redacted]

Army Enterprise Marketing Office (AEMO)
11 West Quincy Court, Suite 310
Chicago, IL 60604
[redacted]

CLASSIFICATION: UNCLASSIFIED

ARMY-ADS-0000336340

TEAM DDB

25 OCT 2021

# 21 NMTF

## FY22 Paid National Media Tactical Recommendation

CONFIDENTIAL

Highly Confidential

**TEAM DDB**

AGENDA

1. BLUF

2. Strategic Background

3. Business Case

4. Defining Success

5. Risks, Challenges and Assumptions

6. FY22 Plan on a Page

7. FY22 Quarterly Plans

8. Media Plan Details

2

Highly Confidential

ARMY-ADS-0000336377