# Plaintiffs' Exhibit 72

**To:**
**Cc:**     Stewart-Curry, Dean E CIV USN (USA)[Dean.Stewart-Curry@navy.mil];
USN COMNAVCRUITCOM MIL
(USA)                                                                          USN
COMNAVCRUITCOM MIL (
**From:**   Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL
(USA)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8AAEDD1FAEF546ABA09D12D1640C031D-
ALLEN.M.OWE]
**Sent:**   Mon 8/22/2022 6:18:02 PM (UTC)
**Subject:**   FW: Q4 2022 Navy Media Incremental Recommendation
Navy 4Q22 Tactical Media Reco INCREMENTAL emailed 8.22.22.pptx
NAVY July _ Sept total $11M spend Campaign Flowchart 8.22 for Allen.xlsx
smime.p7s

Sandra,

Looks good, approved.  Thanks!

V/r
Allen

-----Original Message-----
From:
Sent: Monday, August 22, 2022 12:45 PM
To:
Cc:
                                                 ;

Subject: [URL Verdict: Neutral][Non-DoD Source] Q4 2022 Navy Media
Incremental Recommendation

Allen

How are you?  Attached please find our recommendation for the additional $2M
being applied to Q4 - specifically Sept 2022.  We've also updated and
attached the flowchart with the incremental.

Please let us know if you have questions prior to approval.

Thanks
Sandra


Managing Partner, Group Director

3 World Trade Center
New York, NY 10007, USA
https://usg01.safelinks.protection.office365.us/?url=http%3A%2F%2Fwww.wavema
kerglobal.com%2F&amp;data=05%7C01%7                                          %7C38c12
8d12a9c4841049e08da8466b613%7Ce3333e00c8774b87b6ad45e942de1750%7C0%7C0%7C637
967874175677473%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzli
LCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=HO2gsWBpE2eIY5yGgDJ
VzhHekHNiOTTEeKfQq1%2BDeUQ%3D&amp;reserved=0

Privileged/Confidential Information may be contained in this message. If you
are not the addressee indicated in this message (or responsible for delivery
of the message to such person), you may not copy or deliver this message to
anyone. In such case, you should destroy this message and kindly notify the
sender by reply email. Please advise immediately if you or your employer
does not consent to email for messages of this kind. Opinions, conclusions
and other information in this message that do not relate to the official
business of Group M Worldwide LLC and/or other members of the GroupM group
of companies shall be understood as neither given nor endorsed by it. GroupM
is the global media investment management arm of WPP.
For more information on our business ethical standards and Corporate
Responsibility policies please refer to WPP's website at
https://usg01.safelinks.protection.office365.us/?url=http%3A%2F%2Fwww.wpp.co
m%2FWPP%2FAbout%2F&amp;data=05%7C01%7C                               %7C38c
128d12a9c4841049e08da8466b613%7Ce3333e00c8774b87b6ad45e942de1750%7C0%7C0%7C6
37967874175677473%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMz
IiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=QKY9j9JDyUaghkiI4
cLc3rux8nWJhj6tiDc9EOk5mOU%3D&amp;reserved=0



NAVY-ADS-0000045199





NAVY-ADS-0000045201



**Execution & Content:**

Partner with [redacted] n high-impact activations that will provide a deeper look into careers and life in the Navy.

Engagement Prompts drive efficient upper/mid-funnel metrics (as seen during March-April incremental).

Category Takeovers (CTOs) see great success when placed within targeted and highly relevant categories that align with current events and interests of typical Navy audience.

**Approach & Highlights:**

**Inspire potential recruits with CTO content;**
- Execute [redacted] o coincide with beginning of NFL season as well as start of high school & college sports seasons (early Sept)
- Execute [redacted] o align with beginning of fall within a community frequented by our target audience

**Educate and engage potential recruits through an Engagement Prompt**
- [redacted] some targeting TBD based on theme]



**Execution & Content:**

Utilize the majority of the incremental budget toward promotion of our new *Endless Runner* lens.

Additionally, we will amplify current always-on creative across a variety of ad units and full-funnel campaigns to increase awareness, website traffic, and leads.

**Approach & Highlights:**

**Inspire potential recruits with video content and Audience Lens**

**Educate potential recruits with additional amplification of video content and website traffic campaigns**

- of interest-based audiences
- Retargeting
- Placements:

**Additional amplification of Convert content driving audiences to .com**

- Retargeting of
  LALs
- Placements: Multi-Format Delivery

Highly Confidential

NAVY-ADS-0000045203



Flowchart base plus incremental - page 1 of

| | |
|---|---|
| Market | U.S. |
| Campaign | FY22 Navy July-Sept |
| Flight | 7/1 - 9/30 |
| Budget | [redacted] |

**LEGEND**
* reflects CPV
** blended CPV &CMP

| Recommended Partners | July | Aug | Sept | Net Cost | CPM/ CPL/ CPC/ CPE | Impressions/Leads/ Clicks |
|---|---|---|---|---|---|---|
| Digital | | | | | | |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | | | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | | |
| [redacted] | $ [redacted] | $ [redacted] | $ - | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ - | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | | | $ [redacted] | $ [redacted] | | |
| [redacted] | | | $ [redacted] | | | |
| Total | [redacted] | | | | | |
| [redacted] | | | | | | |
| DIGITAL FEES | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | $ [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | $ [redacted] | | |
| FEES Sub-total | [redacted] | | | | | |
| DISPLAY/VIDEO SUB TOTAL | [redacted] | | | | | |
| [redacted] | | | | | | |
| Jobsite | | | | | | |
| [redacted] | | | | | | |
| [redacted] | $ [redacted] | | | | NA | NA |
| [redacted] | $ [redacted] | | | | NA | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | |

Highly Confidential

NAVY-ADS-0000045205