# Plaintiffs' Exhibit 91

# SOLICITATION, OFFER AND AWARD

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| FA300218D0008 | FA300217R0003 | ☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | | |

| 7. ISSUED BY | CODE | FA3002 | 8. ADDRESS OFFER TO (If other than item 7) |
|---|---|---|---|

FA3002 338 ESS CC
CP 210-652-6903, 2021 FIRST STREET WEST BLDG 853
JBSA RANDOLPH, TX 78150-4300
UNITED STATES
Jessica Santos, Contract Specialist, Email: jessica.santos@us.af.mil Telephone: 210-652-9757
Roberta Hatch, Contracting Officer, Email: roberta.hatch.2@us.af.mil Telephone: 801-696-7846

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and _____ copies for furnishings the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in _____ until _____ local time _____

(Hour)          (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | | B. TELEPHONE (NO COLLECT CALLS) | | | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|---|
| | | AREA CODE | NUMBER | EXTENSION | | |
| | | 210 | 652-9757 | | | |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ✕ | A | SOLICITATION/CONTRACT FORM | 1-2 | ✕ | I | CONTRACT CLAUSES | 20-43 |
| ✕ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3-7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| ✕ | C | DESCRIPTION/SPECS./WORK STATEMENT | 8 | ✕ | J | LIST OF ATTACHMENTS | 44 |
| ✕ | D | PACKAGING AND MARKING | 9 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ✕ | E | INSPECTION AND ACCEPTANCE | 10-14 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| ✕ | F | DELIVERIES OR PERFORMANCE | 15-17 | | | | |
| ✕ | G | CONTRACT ADMINISTRATION DATA | 18 | | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| ✕ | H | SPECIAL CONTRACT REQUIREMENTS | 19 | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | | CALENDAR DAYS(%) |
|---|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

| 15A. NAME AND ADDRESS OF OFFER-OR | CODE | 1PWR1 | FACILITY | | 16. NAME AND THE TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|---|

GSD&M LLC
828 W 6th St
Austin, TX 78703-5468
UNITED STATES
REDACTED

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE | NUMBER | EXTENSION | ☐ | | |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| See Schedule | USD 1,125,856,751.12 | See Section G - Contract Administration Data |

| 22. AUTHORITY FOR USING OTHER THAN FULL OPEN COMPETITION: | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|
| ☐ 10 U.S.C. 2304 (c)    ☐ 41 U.S.C. 3304(a) ( ) | | 25 |

| 24. ADMINISTERED BY (If other than Item 7) | 25. PAYMENT WILL BE MADE BY | CODE | F87700 |
|---|---|---|---|

ACCTG DISB STA NR 387700
DFAS DEAMS, 27 ARKANSAS RD
LIMESTONE, ME 04751-6216
UNITED STATES

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA | 28. AWARD DATE |
|---|---|---|
| | (Signature of Contracting Officer) | |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

**STANDARD FORM 33** (REV. 6/2014)
Prescribed by GSA - FAR (48 CFR) 53.214 (c)

## Section A - Solicitation/Contract Form

Increase Value and Incorporate revised PWS

North American Industry Classification System (NAICS): 541810

USAF-ADS-0000771834_0001

## Section B - Supplies or Services & Prices or Costs

### Additional Information/Notes

### Total Contract
Maximum: ▮▮▮▮▮▮▮▮ Dollars, U.S.

### Allowed Per Order
Minimum: ▮▮▮▮▮▮▮▮

### Government Obligation to Order
Maximum: ▮▮▮▮▮▮▮▮

| Item | Supplies/Service | Estimated Quantity | Unit | Unit Price | Amount |
|------|------------------|--------------------|------|-----------|--------|
| 0001 | National Advertising-Cost Provide advertising and event marketing services /supplies IAW PWS. Project completion date (PCD) resulting from Advertising Instruction Records (AIRs) approved during the Period of Performance (PoP) of the Task Order may extend beyond the PoP stated in Section F. Ordering Period is 2 Apr 18 - 1 Apr 22.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Cost No Fee | ▮▮▮ | Each | | Estimated Cost ▮▮▮▮ |
| 0002 | National Advertising-Fixed Fee Provide advertising and event marketing services /supplies IAW PWS. This CLIN shall not exceed the amount shown. Ordering Period is 2 Apr 18 - 1 Apr 22.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | 1,000 | Each | ▮▮▮▮ | Firm Price ▮▮▮ |
| 0003 | National Advertising-Travel Travel shall be IAW JFTR; no fee, overhead or profit shall be included with travel. Ordering Period is 2 Apr 18 - 1 Apr 22.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Cost No Fee | ▮▮ | Each | | Estimated Cost ▮▮▮ |
| 0004 | National Advertising - FFP Services Provide advertising and event marketing services/supplies IAW PWS. This CLIN shall not exceed the amount shown. | | | ▮▮▮ | |

USAF-ADS-0000771834_0002

| | | | | | |
|---|---|---|---|---|---|
| | Ordering Period is 2 Apr 18 - 1 Apr 22.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | 1,000 | Each | | Firm Price |
| 0005 | COVID-19 3610 Other Direct Costs<br><br>Paid leave for employees or subcontractors (not to exceed an average of 40 hours per week) to remain in a ready state during during the public health emergency declared for COVID-19. Ordering Period is 1 May 2020 - 30 Sep 2020.<br><br>Product Service Code: R701<br>Program: S10<br>Pricing Arrangement: Cost No Fee | | Each | Not to Exceed | Estimated Cost |
| 1001<br>Option Exercised | National Advertising - Cost. Provide advertising and event marketing services /supplies IAW PWS. Ordering Period is 2 Apr 22 - 1 Apr 25. Project Completion Date (PCD) shall not exceed the Task Order (TO) Period of Performance (PoP) without written Contracting Officer approval and a modification to the applicable TO.<br><br>Effective 1 Jun 23 under P00012, this CLIN shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or profit shall be included with travel.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Cost No Fee | | Each | Estimated | Estimated Cost |
| 1002<br>Option Exercised | National Advertising - Fixed Fee. Provide advertising and event marketing services /supplies IAW PWS. This CLIN FFP for fee is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 22 - 1 Apr 25.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | | Each | USD | Firm Price |
| 1003<br>Option Exercised | National Advertising - Travel. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or profit shall be included with travel. Ordering Period is 2 Apr 22 - 1 Apr 25.<br><br>Effective 1 Jun 23 under P00012, CLIN 1001 shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel | | Each | | |

Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| | shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or profit shall be included with travel.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Cost No Fee | | | | Estimated Cost<br>USD ▮ |
| 1004<br>Option Exercised | National Advertising - FFP. Provide advertising and event marketing services /supplies IAW PWS. This CLIN FFP is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 22 - 1 Apr 25.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | 1,000 | Each | USD ▮ | Firm Price ▮ |
| 1005 | National Advertising - Cost. Provide advertising and event marketing Non-Severable Services (NSS)/supplies IAW PWS. Ordering Period is 2 Apr 22 - 1 Apr 25.<br><br>NSS CLIN PCD shall not exceed the TO PoP without written Contracting Officer approval and a modification to the applicable TO.<br><br>Effective 1 Jun 23 under P00012, this CLIN shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or profit shall be included with travel.<br><br>Product Service Code: R701<br>Pricing Arrangement: Cost No Fee | ▮ | Each | ▮ | Estimated Cost ▮ |
| 1006 | National Advertising - Fixed Fee. Provide advertising and event marketing NSS services/supplies IAW PWS. This CLIN FFP for fee is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 22 - 1 Apr 25.<br><br>NSS CLIN PCD shall not exceed the PoP without written Contracting Officer approval and a modification to the applicable TO.<br><br>Product Service Code: R701<br>Pricing Arrangement: Firm Fixed Price | ▮ | Each | ▮ | Firm Price ▮ |
| | National Advertising - Cost. Provide advertising and event marketing services /supplies IAW PWS. Ordering Period is 2 Apr 25 - 30 Sep 27. Project Completion Date (PCD) shall not exceed the Task Order (TO) Period of Performance (PoP) without written Contracting Officer approval and a modification to the applicable TO. | | | | |

USAF-ADS-0000771834_0004

| | | | | | |
|---|---|---|---|---|---|
| Option Line Item 2001 | This CLIN shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or profit shall be included with travel.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Pricing Arrangement: Cost No Fee | | Each | Estimated | Estimated Cost |
| Option Line Item 2002 | National Advertising - Fixed Fee. Provide advertising and event marketing services /supplies IAW PWS. This CLIN FFP for fee is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 25 - 30 Sep 27.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | | Each | | |
| Option Line Item 2003 | National Advertising-Travel. Ordering Period is 2 Apr 25 - 30 Sep 27.<br><br>CLIN 2001 shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the JTR. No fee, overhead, or profit shall be included with travel.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Cost No Fee | 1 | Each | | |
| Option Line Item 2004 | National Advertising - FFP. Provide advertising and event marketing services /supplies IAW PWS. This CLIN FFP is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 25 - 30 Sep 27.<br><br>Product Service Code: R701<br>Signal Code: A<br>Weapon System Code: 000<br>Program: S10<br>Pricing Arrangement: Firm Fixed Price | | Each | | |
| Option Line Item 2005 | National Advertising - Cost. Provide advertising and event marketing Non-Severable Services (NSS)/supplies IAW PWS. Ordering Period is 2 Apr 25 - 30 Sep 27.<br><br>NSS CLIN PCD shall not exceed the TO PoP without written Contracting Officer approval and a modification to the applicable TO.<br><br>This CLIN shall include Travel costs. IAW FAR Subpart 31.205-46 "Travel Costs": travel shall be IAW the Joint Travel Regulation (JTR). No fee, overhead, or | | Each | | |

USAF-ADS-0000771834_0005

FA300218D0008P00014

| | | | | | |
|---|---|---|---|---|---|
| | profit shall be included with travel.<br><br>Product Service Code: R701<br>Pricing Arrangement: Cost No Fee | | | | |
| Option Line Item 2006 | National Advertising - Fixed Fee. Provide advertising and event marketing NSS services/supplies IAW PWS. This CLIN FFP for fee is estimated and shall be negotiated for each individual task order. Ordering Period is 2 Apr 25 - 30 Sep 27.<br><br>NSS CLIN PCD shall not exceed the PoP without written Contracting Officer approval and a modification to the applicable TO.<br><br>Product Service Code: R701<br>Pricing Arrangement: Firm Fixed Price | | Each | | |

USAF-ADS-0000771834_0006