AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Stratacomm LLC                    .

Date: 06/14/2024

/s/ David B. Lacy
*Attorney's signature*

David B. Lacy (VSB No. 71177)
*Printed name and bar number*

CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
*Address*

dlacy@cblaw.com
*E-mail address*

(804) 697-4100
*Telephone number*

(804) 697-6112
*FAX number*