UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>             *Plaintiffs,*<br><br>    v.<br><br>GOOGLE LLC,<br><br>             *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF APPEARANCE

Please take notice that the following enters her appearance as counsel of record for Non-party Index Exchange Inc. in the above-captioned matter:

>  Mary C. Zinsner (VSB No. 31397)
>  TROUTMAN PEPPER HAMILTON SANDERS LLP
>  401 9th Street NW, Suite 1000
>  Washington, DC 20004
>  Telephone: (202) 274-1932
>  Facsimile: (202) 274-2994
>  mary.zinsner@troutman.com

Dated:  June 14, 2024                      Respectfully submitted,

**INDEX EXCHANGE INC.**

*/s/ Mary C. Zinsner*
Mary C. Zinsner (VSB No. 31397)
  mary.zinsner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1932
Facsimile: (202) 274-2994

*Counsel for Non-party Index Exchange Inc.*