**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.,*

               *Plaintiffs,*

    v.

GOOGLE LLC,

               *Defendant.*

No. 1:23-cv-00108-LMB-JFA

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the following enters her appearance as counsel of record for Non-party Index Exchange Inc. in the above-captioned matter:

Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
la.kuykendall@troutman.com

Dated:  June 14, 2024              Respectfully submitted,

                                    **INDEX EXCHANGE INC.**

                                    */s/ Laura Anne Kuykendall*
                                    Laura Anne Kuykendall (VSB No. 82318)
                                     la.kuykendall@troutman.com
                                    TROUTMAN PEPPER HAMILTON SANDERS LLP
                                    1001 Haxall Point, Suite 1500
                                    Richmond, VA 23219
                                    Telephone: (804) 697-1200
                                    Facsimile: (804) 698-1339

                                    *Counsel for Non-party Index Exchange Inc.*