AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Trade Desk, Inc.                                                                                                    .

Date:     06/14/2024                                          /s/ David L. Johnson
                                                                   *Attorney's signature*

                                                       David L. Johnson, VA Bar No. 89289
                                                              *Printed name and bar number*

                                                           Latham & Watkins LLP
                                                     555 Eleventh Street NW, Suite 1000
                                                          Washington, D.C. 20004

                                                                   *Address*

                                                         david.johnson@lw.com
                                                              *E-mail address*

                                                           (202) 637-2200
                                                             *Telephone number*

                                                           (202) 637-2201
                                                              *FAX number*