**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Before this Court are the following Motions to Seal:

- Defendant Google LLC's Motion to Seal (ECF No. 605)

- Plaintiffs United States et al.'s Motion to Seal (ECF No. 648)

- Plaintiffs United States et al.'s Motion to Seal (ECF No. 661)

- Plaintiffs United States et al.'s Motion to Seal (ECF No. 667)

- Defendant Google LLC's Motion to Seal (ECF No. 712)

Non-Party The Trade Desk, Inc. ("The Trade Desk"), filed a response in support of these Motions to Seal in accordance with Local Civil Rule 5(C), noting that various of the materials that the parties filed provisionally under seal contain confidential, financial, proprietary, and competitively sensitive business information belonging to The Trade Desk, which could cause significant harm to the business of The Trade Desk if released publicly. These materials and information satisfy the requisite sealing standards.

It is hereby ORDERED that the aforementioned Motions to Seal (ECF Nos. 605, 648, 661, 667, and 712) are **GRANTED** as to the following:

- Exhibits Filed in Support of Defendant's Motion for Summary Judgment (Sealing Motion at ECF No. 605):
    - Exhibit 3, attached to the Declaration of Bryon Becker (ECF No. 581-3)
    - Footnote 83 to Exhibit 5, attached to the Declaration of Byron Becker (ECF Nos. 581-5)
    - Exhibit 10, attached to the Declaration of Byron Becker (ECF No. 581-10)
    - Exhibit 62, attached to the Declaration of Byron Becker (ECF No. 586-2)
    - Figure 11 in Exhibit 97, attached to the Declaration of Byron Becker (ECF Nos. 595-7, 604-4)
- Exhibits Filed in Support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Adoria Lim (Sealing Motion at ECF No. 648):
    - Figures 6 & 7, Exhibit B to Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Professor Robin S. Lee (ECF No. 647-2)
- Exhibits Filed in Support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Professor Robin S. Lee (Sealing Motion at ECF No. 661):
    - Figures 6 & 7, Exhibit B to Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Professor Robin S. Lee (ECF No. 660-2)
- Exhibits Filed in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Sealing Motion at ECF No. 667):
    - Figure 10, Exhibit 97 (ECF No. 665-15)
- Exhibits Filed in Support of Defendant's Reply in Support of its Motion for Summary Judgment (Sealing Motion at ECF No. 712):
    - Exhibits 144 and 145 (ECF Nos. 708-18 and 708-29)

The foregoing shall remain permanently under seal.  IT IS SO ORDERED.

Entered this ___ day of _____, 2024.

Alexandria, Virginia

_____