UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al..*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Before this Court are the following Motions to Seal:

- Defendant Google LLC's Motion to Seal (ECF No. 605)
- Plaintiffs United States et al.'s Motion to Seal (ECF No. 612)
- Defendant Google LLC's Motion to Seal (ECF No. 651)
- Plaintiffs United States et al.'s Motion to Seal (ECF No. 661)
- Plaintiffs United States et al.'s Motion to Seal (ECF No. 667)
- Defendant Google LLC's Motion to Seal (ECF No. 712)

Non-Parties Omnicom Group Inc., DDB Worldwide Communications Group LLC, GSD&M LLC, and OMD USA LLC (collectively the "Omnicom Entities"), filed a response in support of these Motions to Seal in accordance with Local Civil Rule 5(C) and this Court's Order dated May 1, 2024 (ECF Nos. 621, 728), noting that various of the materials that the Parties filed provisionally under seal contain confidential, financial, proprietary, and competitively sensitive business information belonging to the Omnicom Entities, which could cause significant harm to

the business of the Omnicom Entities and their respective clients if released publicly. These materials and information satisfy the requisite sealing standards.

It is hereby ORDERED that the aforementioned Motions to Seal (ECF Nos. 605, 612, 651, 661, 667, and 712) are **GRANTED** as to the following:

- Exhibits Filed in Support of Defendant's Motion for Summary Judgment (Sealing Motion at ECF No. 605):
    - Exhibit 11, attached to the Declaration of Bryon Becker (ECF No. 597-10)
    - Exhibit 75, attached to the Declaration of Byron Becker (ECF Nos. 588-5, 602-5)
    - Exhibit 77, attached to the Declaration of Byron Becker (ECF No. 602-6)
    - Exhibit 97, attached to the Declaration of Byron Becker (ECF Nos. 595-7, 604-4)
- Exhibit Filed in Support of Plaintiffs' Motions to Exclude Opinions of Itamar Simonson and Related Opinions of Mark Israel (Sealing Motion at ECF No. 612):
    - Exhibit H (ECF No. 614-4)
- Exhibit Filed in Support of Defendant's Opposition to Plaintiffs' Motions to Exclude (Sealing Motion at ECF No. 651):
    - Exhibit 107, attached to the Declaration of Bryon Becker (ECF No. 650-5)
- Exhibit Filed in Support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Professor Robin S. Lee, PhD. (Sealing Motion at ECF No. 661):
    - Footnotes 193 and 315 in Exhibit E (ECF No. 663-3)
- Exhibits Filed in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Sealing Motion at ECF No. 667):

- - Exhibit 6 (ECF No. 670-5)
  - Exhibit 12 (ECF No. 670-11)
  - Exhibit 70 (ECF No. 659-8)
  - Exhibit 91 (ECF No. 665-11)
  - Exhibit 92 (ECF No. 665-11)
- Exhibits Filed in Support of Defendant's Reply in Support of its Motion for Summary Judgment (Sealing Motion at ECF No. 712):
  - Exhibit 138, attached to the Declaration of Bryon Becker (ECF No. 709-6)
  - Exhibit 139, attached to the Declaration of Bryon Becker (ECF No. 709-7)
  - Exhibit 140, attached to the Declaration of Bryon Becker (ECF No. 709-8)
  - Exhibit 154, attached to the Declaration of Bryon Becker (ECF No. 709-19)

The foregoing shall remain permanently under seal.  IT IS SO ORDERED.

Entered this \_\_ day of _____, 2024.

Alexandria, Virginia

_____