UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**PROPOSED ORDER**

Upon consideration of Plaintiffs' pending motions to seal, Dkt. Nos. 592, 612, 642, 648, 661, 667, 698, 719, as well as Defendant Google LLC's ("Google") Consolidated Response to Plaintiffs' Motions to Seal ("Consolidated Response"), the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the exhibits contain Google's confidential business information and trade secrets; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that the motions to seal are GRANTED with respect to the exhibits identified in Google's Consolidated Response, which shall remain under seal until further order of the Court.

ENTERED this \_\_\_\_ day of _____ 2024.

Alexandria, Virginia

_____