# Simcoe Ex. L
# (Google's Proposed Redactions)

Page 18

1  use RASTA?
2       A.      I couldn't speak to all product teams
3  for -- across all of Google.
4       Q.      What about for display advertising?
5       A.      For within display ads, there are
6  some cases where RASTA is not used for every launch.
7       Q.      Is there something else used instead?
8       A.      For -- could you clarify if there is
9  something used for a particular purpose?
10      Q.      If RASTA is not used for a launch, is
11 there another similar database that the Google team
12 uses?
13      A.      Let's see.  I think, first, I would
14 consider RASTA a tool rather than a database, but,
15 second, RASTA has a specific purpose of evaluating
16 metrics for changes within the ad serving system.
17 There are a variety of other launches and a variety
18 of other considerations that might be used when
19 evaluating those launches, and so RASTA isn't always
20 appropriate as a tool.
21      Q.      I think I understand.
22              So is RASTA used to evaluate the
23 metrics for all changes within the ad serving
24 system?
25      A.      Anything that's run as an experiment

Page 19

1  will typically go through RASTA.
2       Q.      Does Ariane identify launches that
3  include summaries of each launch?
4       A.      Yes.
5       Q.      Does each Ariane document also
6  contain links to other documents and sources?
7               ATTORNEY McCALLUM:  Object to form.
8               The witness can answer.
9       A.      It may contain a variety of links
10 within each ticket.
11      Q.      Does it link to experimental results
12 contained in RASTA?
13      A.      For the launches that use RASTA,
14 there would be links.
15      Q.      Are there any successor databases to
16 RASTA?
17      A.      Successor databases.  Could you
18 clarify?
19      Q.      Are there any databases or tools that
20 came into use later in time after RASTA that serve a
21 similar purpose?
22      A.      No.
23      Q.      Is the same true for Ariane?
24      A.      Ariane was replaced by the launch
25 tool providing similar functionality.

Page 20

1       Q.      What is a launch tool called?
2       A.      Launch.
3       Q.      Launch?
4       A.      Yeah.
5       Q.      When was Launch introduced?
6       A.      I don't recall the specific timing,
7  and say within the last few years.  I think roughly
8  2020 or 2021, thereabouts.
9       Q.      Why did Launch replace Ariane?
10      A.      I don't know the specifics for the
11 rewrite of the tool.
12      Q.      How is Launch different from Ariane?
13              ATTORNEY McCALLUM:  Object to form.
14              The witness can answer.
15      A.      There is differences in UI,
16 differences in the configurability, and I believe
17 that there are abilities to have more -- more
18 standard policies and practices governed at the
19 Google level.
20      Q.      What is UI?
21      A.      User interface.
22      Q.      Do employees at Google use Ariane or
23 Launch as a kind of summary or overview of
24 experiments?
25      A.      Yes.  The Launch tool can contain a

Page 21

1  summary in description.
2       Q.      In Ariane?
3       A.      Yes.
4       Q.      Do Ariane and Launch contain
5  summaries of experimental results?
6       A.      It may vary from launch to launch.
7  It depends on the specifics of the launch.
8       Q.      Is Launch generally seen as an
9  improvement over Ariane?
10              ATTORNEY McCALLUM:  Object to form.
11              The witness can answer.
12      A.      I don't really have a sense of the
13 company's company-wide sentiment.
14      Q.      I understand.
15              Do you like it better?
16      A.      Do I like it better?  It feels
17 roughly equivalent to me from a functionality
18 perspective.
19      Q.      The summaries that are in Ariane or
20 Launch, where do they come from?  Does somebody
21 write them?
22      A.      Yes.
23      Q.      Who writes them?
24      A.      This is typically done in
25 collaboration by the person who creates the launch

Page 22

1  ticket and the project owners.
2       Q.    Who uses the summaries?
3       A.    The reviewers will use the summaries.
4       Q.    What is the function of the summary
5  beyond just the result of the experiment?
6       A.    It describes the change and provides
7  a record of the kinds of product changes that we're
8  making.
9       Q.    Does RASTA show the quantitative
10 results of the experiments?
11      A.    Yes, when available.
12            (Stenographer clarification.)
13      Q.    Does RASTA show the quantitative
14 results of the experiments?
15      A.    Yes, when available.
16      Q.    If I want to know why an experiment
17 was run, where would I look?
18            ATTORNEY McCALLUM:  Object to form.
19            The witness can answer.
20      A.    I think I couldn't really speculate
21 as to the origination of all of the experiments in
22 terms of the motivations and why.
23      Q.    Might the summary show why an
24 experiment was run?
25            ATTORNEY McCALLUM:  Object to form.

Page 23

1       A.    It's possible that some of the
2  artifacts provided would link to information.
3       Q.    Does RASTA run experiments on live
4  Web traffic?
5       A.    Yes.
6       Q.    Does RASTA pick samples from live Web
7  traffic?
8       A.    Technically, it's a different
9  system -- experimentation system that does the
10 sampling, but conceptually, yes.
11      Q.    What is the system that does the
12 sampling?
13            ATTORNEY McCALLUM:  Objection.
14 Beyond the scope.  That is topic 7C rather than 7D,
15 but the witness can answer.
16      A.    It's an experiment framework.  It's
17 called the experiment framework.
18      Q.    What is the function of the
19 experiment framework?
20      A.    It manages the configuration around
21 changes and performs some of that random selection
22 of different experiments.
23      Q.    Are RASTA experiments randomized?
24      A.    Yes.
25      Q.    Circling back, how would you find out

Page 24

1  what the motivation was for performing an
2  experiment?
3            ATTORNEY McCALLUM:  Object to form.
4       A.    I couldn't speculate for or state for
5  all experiments.  There's hundreds to a thousand,
6  thousands of experiments that we run across display
7  ads.
8       Q.    Does Google try to design RASTA
9  experiments to be as accurate as possible in a
10 scientific method kind of way?
11            ATTORNEY McCALLUM:  Object to form.
12      A.    We try to make sure that we have
13 statistical confidence within the metrics and that
14 there is sound data behind it.
15      Q.    What else does Google do to try to
16 make sure that you have statistical confidence
17 behind the metrics?
18            ATTORNEY McCALLUM:  Object to form.
19      A.    I'm not sure I understand the intent
20 of the question beyond --
21      Q.    You mentioned before that RASTA
22 experiments are randomized?
23      A.    Uh-huh.
24      Q.    Are there other design elements of
25 RASTA experiments that are standardized that help

Page 25

1  ensure the experiment accuracy?
2            ATTORNEY McCALLUM:  Object as beyond
3  the scope, but the witness can answer.
4       A.    Not within RASTA.
5       Q.    In the experiment framework?
6       A.    In the experiment framework, that
7  also remains largely within the random traffic
8  selection.
9       Q.    In each RASTA experiment, is the
10 traffic that receives the experimental treatment
11 chosen randomly from the population that was
12 eligible to participate in the experiment?
13            ATTORNEY McCALLUM:  Object as beyond
14 the scope of the deposition, but the witness can
15 answer.
16      A.    I didn't understand the difference
17 between that and the question around traffic
18 selection being random.
19      Q.    If your answer is the same, that's
20 okay.
21      A.    Okay.  I believe the answer is yes,
22 that it's chosen randomly from the population.
23      Q.    Are RASTA experiments blinded?
24            ATTORNEY McCALLUM:  The same
25 objection regarding scope of the deposition, but the

Page 26

1  witness can answer.
2       A.   I don't understand the term
3  "blinded."
4       Q.   Are experiment participants aware
5  that they are participating in an experiment?
6       A.   No.
7       Q.   If experiment results were to show,
8  for example, that a publisher had received less
9  money than anticipated, does Google compensate the
10 publisher?
11           ATTORNEY McCALLUM:  Object to form.
12      A.   Yeah, that would be outside of the
13 policies and practices.
14      Q.   What sizes are the experiment group
15 in RASTA typically?
16      A.   It may vary depending on the stage of
17 experimentation.  It frequently will ramp-up and
18 start from less than ▮▮▮▮, and depending on the
19 amount of data, it may go up towards ▮▮▮▮.
20      Q.   How long is the ramp-up period?
21           ATTORNEY McCALLUM:  I'll object to
22 this line of questioning as going beyond the scope
23 of the agreed testimony.  These are questions going
24 towards topics 7B and C, but the witness can answer.
25      A.   Many of the guidelines give around

Page 27

1  ▮▮▮▮ for a ramp-up stage.
2       Q.   If the volume of Google's
3  transactions were significantly smaller, would it
4  impact its ability to run experiments?
5            ATTORNEY McCALLUM:  Object to form.
6       A.   I'm not a statistician, so I wouldn't
7  know about the impact of the statistical confidence.
8       Q.   What is an experimental unit?
9       A.   I haven't heard the term before.
10      Q.   Okay.  Why would a decision-maker
11 choose to run an experiment for a longer than
12 standard period?
13           ATTORNEY McCALLUM:  Object to form.
14      A.   There might be a variety of reasons
15 why a decision-maker would want to run an experiment
16 longer.
17      Q.   Could you please name a few?
18      A.   Most likely if they wanted to see
19 more data, if there was inconclusive evidence from
20 the period run so far.
21      Q.   Is there any reason why a
22 decision-maker would choose to run an experiment for
23 a shorter period?
24      A.   Likewise, if there is already
25 confidence within results, that might be one reason

Page 28

1  they may run for a shorter period, that there is
2  nothing new to learn.
3       Q.   Is there something like a confidence
4  interval that applies to experiments?
5       A.   Yes.
6       Q.   Can you describe it?
7       A.   The confidence interval is something
8  that is serviced in RASTA, and it provides a
9  statistical measure of our confidence within the
10 results that are shown.
11      Q.   Does it have a standard value?
12      A.   I don't think I understand that, the
13 question, standard value.
14      Q.   My apologies.
15           Is there a standard confidence
16 interval used by Google for experiment?
17      A.   Oh, I see.
18           I, again, not being within the
19 statistician side, don't know about the details of
20 how that's implemented.
21      Q.   Great.
22           (Whereupon, document
23 GOOG-DOJ-AT-02204351 through 02204391, is received
24 and marked as Exhibit 1 for Identification.)
25

Page 29

1  BY ATTORNEY HANSEN:
2       Q.   Now, I would like to hand you a
3  document and ask you some questions about it.
4            ATTORNEY HANSEN:  Tab two, please.
5            CERTIFIED STENOGRAPHER:  Number one.
6  BY ATTORNEY HANSEN:
7       Q.   The document is being marked Hsueh
8  exhibit one.
9            It begins on a page with a Bates
10 number GOOG-DOJ-AT-02204351.
11           It's titled:  Changes to Ad Manager,
12 AdMob auction DVA Review, September 2019.
13      A.   Just give me a moment to flip
14 through.
15      Q.   Just please take a moment.
16      A.   Should I continue flipping through?
17 It's a pretty long document.
18      Q.   It is pretty long.
19           All right.  Have you generally
20 familiarized yourself with the document?
21      A.   Yes, through most of the major
22 sections.
23      Q.   Do you recognize this document?
24      A.   I do not.
25      Q.   Do you have any reason to doubt that

Page 30

1  it is a true and accurate copy?
2      A.    I do not, not having seen the
3  document before.
4      Q.    Great.
5            What is DVA review?  Are you familiar
6  with it?
7      A.    Yes.  It is a review form for display
8  and video ads.
9      Q.    What is its function?
10     A.    It's to make decisions across the
11 display of video and app ads business.
12     Q.    Who is on it?
13     A.    The -- it would typically be senior
14 leadership amongst that organization.
15     Q.    Who would some of those people have
16 been in September 2019?
17           ATTORNEY McCALLUM:  Object to form as
18 beyond the scope of topic 7D.
19           The witness can answer.
20     A.    Yeah, I think I wouldn't know this --
21 don't recall the specific individuals in 2019.  It
22 typically would have been vice-presidents of
23 engineering and product.
24     Q.    Who are those people today?
25     A.    That would be Tim Craycroft, and Vlad

Page 31

1  Sinaniyev, and Jay, my boss.
2      Q.    I'd like to turn to the page that's
3  titled:  Agenda, on page ending 4352.
4            The green box says:  Ask, approval to
5  complete about 100 percent sell-side transition to a
6  new auction model in two weeks.
7            What does that mean?
8            ATTORNEY McCALLUM:  Object as beyond
9  the scope of topic 7D, but the witness can answer.
10     A.    Yeah, like I said, this is the first
11 time I'm seeing the document, and I wasn't
12 intimately familiar with this project or review, so
13 not sure what the authors intended in terms of the
14 decision.
15     Q.    Now, I'd like to turn to page ending
16 4360.  This slide is titled:  Unified Pricing
17 Meaningfully Improves Inventory Access by Leveling
18 the Playing Field; is that correct?
19           ATTORNEY McCALLUM:  Object to the
20 form and object as beyond the scope of topic 7D.
21           The witness can answer.
22     A.    That appears to be the title of this
23 slide.
24     Q.    This page is mostly occupied by a
25 table, and I'd like to ask more about the table.

Page 32

1            What is the source of this material?
2            ATTORNEY McCALLUM:  The same
3  objection.
4            The witness can answer.
5      A.    Again, first time seeing this
6  document.  So I don't really know, but it appears to
7  be a screenshot from RASTA.
8      Q.    In general, would RASTA look
9  different if viewed directly rather than viewing a
10 screenshot?
11     A.    The UI here would be similar and the
12 types of information would be similar.
13     Q.    Would this have captured the results
14 from RASTA accurately?
15           ATTORNEY McCALLUM:  Object to form.
16     A.    I couldn't say without knowing how it
17 was produced.
18     Q.    Does this table seem to show the
19 results of an experiment performed by Google?
20     A.    Yes, it appears so.
21     Q.    Did the experiment use live Web
22 traffic?
23     A.    I -- I couldn't say, but I would
24 expect so.
25     Q.    Was the web traffic only for open Web

Page 33

1  display advertising?
2      A.    I don't think I would be able to
3  determine that from this screenshot.
4      Q.    Can you determine when the experiment
5  was performed?
6      A.    No, I cannot.
7      Q.    Can you determine how long the
8  experiment would have taken?
9      A.    No.
10     Q.    Can you determine what proportion of
11 traffic the experiment used?
12           ATTORNEY McCALLUM:  Could you clarify
13 that question, counsel?
14     Q.    What proportion of live Web traffic
15 this experiment used?
16     A.    No, I couldn't determine that from
17 the screenshot.
18     Q.    If it was an experiment that occurred
19 within the standard guidelines you described
20 earlier, how long would it have taken?
21           ATTORNEY McCALLUM:  Object to form.
22     A.    Yeah, I couldn't really speculate for
23 the experiment, but again, generally, we would run
24 for one to two weeks.
25     Q.    And in general, what proportion of

Page 70

1  than I'm familiar with.
2      Q.   Okay.  I have no further questions
3  about this document.  Thanks.
4           ATTORNEY HANSEN:  Sorry, that was
5  kind of fast.
6           Okay.  That concludes my questioning
7  today.  Thank you very much, Mr. Hsueh.
8           Counsel, for the record, the U.S. has
9  held other portions of the 30(b)(6) deposition open
10 based on the lack of preparation of the designated
11 witnesses.  We intend to use the balance of the time
12 and may use additional time as the Court permits to
13 remedy that deficiency.  For the record, the U.S.
14 has --
15          THE VIDEOGRAPHER:  We're at one hour
16 38, so --
17          ATTORNEY HANSEN:  The U.S. has 26
18 minutes on the record.
19          ATTORNEY McCALLUM:  And just for
20 clarity, can I ask counsel, are you contending that
21 this witness was insufficiently prepared as a
22 corporate representative?
23          ATTORNEY HANSEN:  No, sir, I'm not.
24          ATTORNEY McCALLUM:  Okay.  And we
25 obviously disagree and reserve all rights with

Page 71

1  respect to plaintiff's assertions that any other
2  Google witnesses were insufficiently prepared.
3           ATTORNEY HANSEN:  Okay.  Off the
4  record, please.
5           THE VIDEOGRAPHER:  All right.  If
6  that is everything, off the record on November 15,
7  2023 at 12:35.
8           (Time noted:  12:35 p.m.)
9
10          _____
11              JASON HSUEH
12 Subscribed and sworn to before me
13 this _____ day of _____ 2023.
14
15
    _____
16 Notary Public
    My Commission Expires:
17
18 /
19 /
20
21
22
23
24
25

Page 72

1       I wish to make the following changes, for the
2  following reasons:
3  PAGE LINE
4  ____ ____     CHANGE: _____
5              REASON: _____
6  ____ ____     CHANGE: _____
7              REASON: _____
8  ____ ____     CHANGE: _____
9              REASON: _____
10 ____ ____     CHANGE: _____
11             REASON: _____
12 ____ ____     CHANGE: _____
13             REASON: _____
14 ____ ____     CHANGE: _____
15             REASON: _____
16 ____ ____     CHANGE: _____
17             REASON: _____
18 ____ ____     CHANGE: _____
19             REASON: _____
20 ____ ____     CHANGE: _____
21             REASON: _____
22
23
24
25

Page 73

1  PAGE LINE
2  ____ ____     CHANGE: _____
3              REASON: _____
4  ____ ____     CHANGE: _____
5              REASON: _____
6  ____ ____     CHANGE: _____
7              REASON: _____
8  ____ ____     CHANGE: _____
9              REASON: _____
10 ____ ____     CHANGE: _____
11             REASON: _____
12 ____ ____     CHANGE: _____
13             REASON: _____
14 ____ ____     CHANGE: _____
15             REASON: _____
16 ____ ____     CHANGE: _____
17             REASON: _____
18 ____ ____     CHANGE: _____
19             REASON: _____
20 ____ ____     CHANGE: _____
21             REASON: _____
22 ____ ____     CHANGE: _____
23             REASON: _____
24
25

```
 1                  C E R T I F I C A T E
 2              I, RICHARD GERMOSEN, Fellow of the
 3    Academy of Professional Reporters, stenographic New
 4    Jersey Certified Court Reporter, New Jersey Certified
 5    Realtime Court Reporter, California Certified
 6    Shorthand Reporter, California Certified Realtime
 7    Reporter, NCRA Registered Diplomate Reporter, and
 8    NCRA Certified Realtime Reporter, do hereby certify:
 9              That JASON HSUEH, the witness whose
10    deposition is hereinbefore set forth, having been
11    duly sworn, and that such deposition is a true
12    record of the testimony of said witness.
13              I further certify that I am not related
14    to any of the parties to this action by blood or
15    marriage, and that I am in no way interested in the
16    outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto set
18    my hand this 15th day of November 2023.
19
20    _____
      RICHARD GERMOSEN,
21    FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
      NYACR, NYRCR
22    LICENSE NO. 30XI00184700
      LICENSE NO. 30XR00016800
23    California CSR No. 14391
      California CRR No. 198
24
25
```