IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:23-cv-00108-LMB-JFA, Case Name United States et al. v. Google LLC.
Party Represented by Applicant: Microsoft Corporation and Xandr Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Eileen Marie Cole
Bar Identification Number 469009     State DC
Firm Name Orrick, Herrington & Sutcliffe LLP
Firm Phone # 202-339-8400   Direct Dial # 202-339-8460   FAX # 202-339-8500
E-Mail Address eileen.cole@orrick.com
Office Mailing Address 2100 Pennsylvania Avenue, NW, Washington, DC 20037

Name(s) of federal district court(s) in which I have been admitted EDNY, SDNY, EDMI, DC

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*Eileen M. Cole*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Craig Gerald Falls     06/14/2024
(Signature)                (Date)
Craig Gerald Falls          72926
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

/s/ LMB
Leonie M. Brinkema
United States District Judge

June 14, 2024
(Date)