UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES, *et al.*,

        Plaintiffs,

vs.

GOOGLE LLC,

        Defendant.

No. 1:23-cv-00108-LMB-JFA

### NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party Meta Platforms, Inc. ("Meta") respectfully moves this Court to temporarily seal Dkt. 788-1, Dkt. 788-2, Dkt. 788-3, and Exhibit 1 to the memorandum of law accompanying this motion, which Meta requests replace Dkt. 788-2 on the docket.

June 17, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*