UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

### [PROPOSED] ORDER GRANTING NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

　　　　Pursuant to Local Civil Rule 5(C), non-party Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Motion"), which seeks to temporarily seal Dkt. 788-1, Dkt. 788-2, Dkt. 788-3, and Exhibit 1 to the memorandum of law accompanying the motion ("Exhibit 1"), and to have Exhibit 1—a corrected version of Dkt. 788-2—replace Dkt. 788-2 on the docket. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) Meta's interest in protecting its sensitive, confidential, business information outweighs the public's right of access; (iii) a procedure other than sealing is insufficient to protect Meta's interest; and (iv) Meta seeks to seal only as much as is necessary to protect its interest. This Court also finds that there is good cause to permit the corrected document to replace the original filing on the docket.

　　　　Accordingly, it is hereby

　　　　**ORDERED** that the Motion is GRANTED; and it is further

　　　　**ORDERED** that Dkt. 788-1, Dkt. 788-2, Dkt. 788-3, and Exhibit 1 shall remain temporarily UNDER SEAL until further order of this Court; and it is further

2

**ORDERED** that the Clerk's Office replace Dkt. 788-2 with Exhibit 1 on the docket for this matter.

**SO ORDERED** on this __ day of _____, 2024.

_____
United States District Judge