# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## NOTICE REGARDING CORRECTED FILING

Non-party Index Exchange Inc. ("Index"), by counsel, hereby attaches a corrected Memorandum of Law in Response to the Parties' Motion to Seal, previously filed at ECF No. 837, with an electronic signature of counsel on the last page. On Friday, June 14, 2024, Index timely filed its Memorandum of Law in Response to the Parties' Motion to Seal, pursuant to ECF No. 728, but inadvertently did not include an electronic signature of counsel within the nine-element signature block. The attached corrected Memorandum of Law in Response to the Parties' Motion to Seal contains the electronic signature of counsel on the last page and today's date, but is otherwise identical to ECF No. 837.

Dated: June 17, 2024                                    Respectfully submitted,

                                                        **INDEX EXCHANGE INC.**

                                                        */s/ Mary C. Zinsner*
                                                        Mary C. Zinsner (VSB No. 31397)
                                                          mary.zinsner@troutman.com
                                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                        401 9th Street NW, Suite 1000
                                                        Washington, DC 20004
                                                        Telephone: (202) 274-1932
                                                        Facsimile: (202) 274-2994

                                                        Laura Anne Kuykendall (VSB No. 82318)
                                                          la.kuykendall@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339

*Counsel for Non-party Index Exchange Inc.*