UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**NON-PARTY SOVRN HOLDINGS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Sovrn Holdings, Inc. in the above-captioned action certifies that: Sovrn Holdings, Inc. is a privately held corporation and no publicly traded corporation owns more than 10% of its shares.

Dated: June 21, 2024

                                                                              Respectfully submitted,

                                                                              */s/ Stan M. Doerrer*
                                                                              Stan M. Doerrer, VSB No. 88857
                                                                              THE LAW OFFICE OF STAN M.
                                                                              DOERRER PLLC
                                                                              950 N. Washington Street,
                                                                              Alexandria, VA 22314
                                                                              Telephone: (703) 348-4646
                                                                              Facsimile: (703) 348-0048
                                                                              Email: stan@doerrerlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2024, I filed the foregoing document and served all counsel of record in this action via the Court's ECF filing system.

/s/ Stan M. Doerrer