UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| UNITED STATES, *et al.*, |  |
|---|---|
| *Plaintiffs*, |  |
| vs. | No: 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, |  |
| *Defendant*. |  |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Amend the Court's Order Setting Pretrial Dates and Deadlines, and for good cause shown, it is hereby

ORDERED that the parties' Joint Motion to Amend the Court's Order Setting Pretrial Dates and Deadlines is GRANTED and the pretrial schedule is AMENDED as follows:

| Event | Deadline |
|---|---|
| Parties <u>exchange and file</u> witness lists, exhibit lists, and deposition designations. | July 5, 2024 |
| Any party proposing to use any confidential documents or confidential deposition testimony of third parties must notify the third party that their documents or deposition testimony has been listed for use at trial. | July 5, 2024 |
| Parties <u>exchange and file</u> objections to witness lists, exhibit lists, and deposition designations and exchange counter-designations. | July 19, 2024 |
| Parties <u>exchange and file</u> objections to counter-designations and exchange reply ("fairness") designations. | July 26, 2024 |
| Any party or non-party who objects to the public use of confidential documents or testimony must file a specific objection with a | July 26, 2024 |

| Event | Deadline |
|---|---|
| proposed acceptable redaction of the information. | |
| Parties <u>exchange and file</u> objections to reply ("fairness") designations. | July 31, 2024 |
| Parties exchange stamped copies of trial exhibits. | August 2, 2024 |
| All objections to a party's or a non-party's proposed redactions or to the use of confidential information in any respect must be filed. | August 2, 2024 |
| Oral argument, if needed, to address treatment of confidential information in exhibits or deposition designations. | August 9, 2024 |
| Deadline for parties to meet and confer regarding motions *in limine* | August 9, 2024 |
| Deadline to file all motions *in limine*, motions to address unresolved issues concerning deposition designations, and any other pretrial matter. | August 16, 2024 |
| Parties file Proposed Findings of Fact and Conclusions of Law | August 19, 2024 |
| Deadline for oppositions to all motions *in limine*, motions to address unresolved issues concerning deposition designations, and any other pretrial matter. | August 23, 2024 |
| Deadline for reply briefs to all motions *in limine*, motions to address unresolved issues concerning deposition designations, and any other pretrial matter. | August 28, 2024 |
| Oral argument for all motions *in limine*, motions to address unresolved issues concerning deposition designations, and any other pretrial matter. | September 4, 2024 |

DATE: _____     _____