UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Meta Platforms, Inc. discloses that it is a publicly traded corporation, it has no parent corporation, and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of April 1, 2024, the date set forth in its April 19, 2024 Proxy Statement.

June 27, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter, 850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (*pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2024 the foregoing was electronically filed on the Court's ECF system and served by that system upon all attorneys of record.

                                                      */s/ Connor Kelley*
                                                      Connor Kelley