IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v.                                                          )<br>)<br>GOOGLE LLC,                                             )<br>)<br>Defendant.   )<br>_____ ) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

This matter is before the court on plaintiff's motion to seal certain portions of their opposition to defendant's motion to dismiss the United States' damages claim as moot and to strike the jury demand. (Docket no. 689). In the memorandum in support of the motion to seal, plaintiffs state that they redacted portions of the opposition based on defendant designating that information as confidential. On June 6, 2024, defendant filed a response to this motion stating that it had no objection to the redactions in the memorandum being unsealed. (Docket no. 743).

Initially, the court finds that the materials filed relating to this motion to dismiss would require an analysis of the public's access under the First Amendment standard requiring that access may be restricted only if it is necessitated by a compelling government interest and the denial of access is narrowly tailored to serve that interest. *See Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004); *Doe v. Pub. Citizen*, 749 F.3d 246, 266 (4th Cir. 2014). Having reviewed the submissions of the parties and taking into account the Fourth Circuit's directives and defendant's agreement that the information does not need to remain under seal, it is hereby

ORDERED that the motion to seal is denied and within seven days plaintiffs shall file an unredacted version of their opposition to defendant's motion to dismiss the United States' damages claim as moot and to strike the jury demand in the public record.

Entered this 28th day of June, 2024.

                                                /s/
                                       John F. Anderson
Alexandria, Virginia                    United States Magistrate Judge

2