IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

This matter is before the court on defendant's motion to seal certain portions of its reply in support of its motion to dismiss the United States' damages claim as moot and to strike the jury demand and a portion of exhibit 22 that was attached to the reply. (Docket no. 732). In the memorandum in support of the motion to seal, defendant states that it redacted portions of the memorandum in support of its motion to dismiss and redacted portions of exhibit 22 based on plaintiffs designating that information as confidential. (Docket no. 733). On June 12, 2024, plaintiffs filed a response to this motion stating that they had no objection to the redactions in the memorandum being unsealed along with the substantive information that had been redacted in exhibit 22. (Docket no. 750). Plaintiffs attached to their response a proposed redacted version of exhibit 22 in which certain information was redacted to protect "personal information."

Initially, the court finds that the materials filed relating to this motion to dismiss would require an analysis of the public's access under the First Amendment standard requiring that access may be restricted only if it is necessitated by a compelling government interest and the denial of access is narrowly tailored to serve that interest. *See Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004); *Doe v. Pub. Citizen*, 749 F.3d 246, 266 (4th Cir. 2014).

1

Having reviewed the submissions of the parties and taking into account the Fourth Circuit's directives, the court finds

1. That the motion to seal the reply in support of the motion to dismiss is denied and docket number 731 shall be unsealed.

2. The motion to seal exhibit 22 is also denied. The information that plaintiffs seek to remain under seal is not of a sensitive nature and the specific individual is not identified in this document.

In accordance with this Order, within seven days defendant shall file in the public record an unredacted version of reply in support of the motion to dismiss along with an unredacted version of exhibit 22.

Entered this 28th day of June, 2024.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia