UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria_____ DIVISION

United States et al.
_____

                     vs.                        Civil/Criminal Action No. __1:23-cv-00108_____

Google LLC
_____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
__Vox Media, LLC_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
Vox Media Holdings, Inc; GNM Holdco, Inc.; Cafe Studios, Inc.; New York Media Holdings LLC. Ten percent or more of the stock of Vox Media Holdings, Inc.
is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded, and its affiliates.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__June 28, 2024_____         __/s/ James D. Sadowski_____
Date                                Signature of Attorney or Litigant
                                    Counsel for __Vox Media, LLC_____

Rev. 03/12/19