IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>**GOOGLE LLC,**<br><br>   Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF NORTH CAROLINA ON BEHALF OF JONATHAN RICHARD MARX

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Jonathan Richard Marx's Motion to Withdraw as Attorney for the State of North Carolina in the above-captioned matter. Mr. Marx was admitted to the Eastern District of Virginia pro hac vice on April 21, 2023 (Dkt. 155). Jasmine Spring McGhee, Kunal Janak Choksi, and Tyler T. Henry will continue to represent the State of North Carolina as Attorneys of Record in this matter. A proposed Order is submitted herewith.

*Oral argument is not requested on this motion.*

Respectfully submitted,

Dated June 28, 2024

*/s/ Tyler T. Henry*
Tyler T. Henry (VSB No. 87621)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 692-0485
Fax:   (804) 786-0122
THenry@oag.state.va.us

## CERTIFICATE OF SERVICE

    I, Tyler T. Henry, hereby certify that on June 28, 2024, a copy of the foregoing Motion to Withdraw as Attorney for the State of North Carolina on behalf of Jonathan Richard Marx was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: June 28, 2024                                     */s/ Tyler T. Henry*
                                                                    Tyler T. Henry