IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*,<br><br>     **Plaintiffs,**<br><br>     v.<br><br>**GOOGLE LLC,**<br><br>     **Defendant.** | **Civil Action No. 1:23-cv-00108-LMB-JFA** |

## ORDER

Pursuant to Local Rule 83.1, the Court hereby:

GRANTS Jonathan Richard Marx's Motion to Withdraw as Attorney for the State of North Carolina; and it is further

ORDERED that the Clerk of the Court shall strike his appearance and remove him from the CM/ECF service list in this matter; and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Jonathan Richard Marx in this matter.

ENTERED this _____ day of _____, 2024.

_____
United States District / Magistrate Judge