## **APPENDIX B**

| Exhibit No. | Sealed Document Dkt. No. |
|:---:|:---:|
| PX001 | 670-1 |
| PX002 | 670-2 |
| PX005 | 670-4 |
| PX009 | 670-8 |
| PX010 | 670-9 |
| PX016 | 670-15 |
| PX017 | 670-16 |
| PX018 | 670-17 |
| PX019 | 670-18 |
| PX020 | 670-19 |
| PX021 | 670-20 |
| PX022 | 670-21 |
| PX023 | 670-22 |
| PX025 | 670-24 |
| PX026 | 670-25 |
| PX028 | 670-27 |
| PX031 | 670-30 |
| PX033 | 670-32 |
| PX034 | 670-33 |
| PX035 | 670-34 |
| PX036 | 670-35 |
| PX037 | 670-36 |
| PX038 | 670-37 |
| PX039 | 670-38 |
| PX040 | 670-39 |
| PX042 | 670-41 |

| Exhibit No. | Sealed Document Dkt. No. |
|---|---|
| PX043 | 670-42 |
| PX044 | 670-43 |
| PX045 | 670-44 |
| PX047 | 670-45 |
| PX048 | 670-46 |
| PX049 | 670-47 |
| PX050 | 670-48 |
| PX051 | 671-1 |
| PX052 | 671-2 |
| PX053 | 671-3 |
| PX056 | 671-6 |
| PX058 | 671-7 |
| PX059 | 671-8 |
| PX060 | 671-9 |
| PX061 | 671-10 |
| PX062 | 671-11 |
| PX063 | 671-12 |
| PX064 | 671-13 |
| PX082 | 672-1 |
| PX097 | 672-10 |
| PX098 | 672-11 |
| PX104 | 673-4 |
| PX105 | 673-5 |
| PX106 | 673-6 |
| PX107 | 673-7 |
| PX108 | 673-8 |
| PX109 | 673-9 |
| PX110 | 673-10 |

| Exhibit No. | Sealed Document Dkt. No. |
|---|---|
| **PX111** | **673-11** |
| **PX113** | **673-13** |
| **PX115** | **673-15** |
| **PX117** | **673-17** |
| **PX118** | **673-18** |
| **PX119** | **673-19** |
| **PX120** | **673-20** |
| **PX121** | **673-21** |
| **PX122** | **673-22** |
| **PX123** | **673-23** |
| **PX124** | **673-24** |
| **PX125** | **673-25** |
| **PX127** | **673-27** |
| **PX129** | **673-29** |
| **PX130** | **673-30** |
| **PX131** | **674-1** |
| **PX132** | **674-2** |
| **PX133** | **674-3** |
| **PX134** | **674-4** |
| **PX135** | **674-5** |
| **PX136** | **674-6** |
| **PX137** | **674-7** |
| **PX138** | **674-8** |
| **PX139** | **674-9** |
| **PX140** | **674-10** |
| **PX141** | **674-11** |
| **PX142** | **674-12** |
| **PX143** | **674-13** |

| Exhibit No. | Sealed Document Dkt. No. |
|---|---|
| PX150 | 674-20 |
| PX151 | 674-21 |
| PX153 | 674-23 |
| PX160 | 674-30 |
| PX162 | 675-2 |
| PX165 | 675-5 |
| PX181 | 675-18 |
| PX182 | 675-19 |
| PX183 | 675-20 |
| PX184 | 675-21 |
| PX185 | 675-22 |
| PX186 | 675-23 |
| PX187 | 675-24 |
| PX194 | 675-26 |
| PX195 | 675-27 |
| PX200 | 675-28 |
| Lee Ex. B | 663-2 |
| Lee Ex. I | 663-9 |
| Lee Ex. L | 663-12 |
| Lee Ex. N | 663-14 |
| Simcoe Ex. B | 644-2 |
| Simcoe Ex. C | 644-3 |
| Simcoe Ex. F | 644-5 |
| Simcoe Ex. K | 644-9 |
| Simcoe Ex. N | 644-12 |
| Simcoe Ex. O | 644-13 |
| Lim Ex. C | 652-3 |
| Lim Ex. J | 652-10 |

| Exhibit No. | Sealed Document Dkt. No. |
|---|---|
| **Lim Ex. K** | **652-11** |
| **Lim Ex. L** | **652-12** |
| **Ferrante Ex. A** | **594-1** |
| **Ferrante Ex. B** | **594-2** |
| **Ferrante Ex. D** | **700-1** |
| **Simonson Ex. A** | **615-1** |
| **Simonson Ex. B** | **614-1** |
| **Simonson Ex. I** | **614-5** |
| **Simonson Ex. J** | **614-6** |
| **Simonson Ex. M** | **721-1** |
| **Simonson Ex. O** | **721-3** |