# PX 101

# (Google's Proposed Redactions)



CONFIDENTIAL

GOOG-AT-MDL-008622830

# DVIP PARTNERSHIP

## 12 month commitment from clients on Google qualifying spend in exchange for commercial and strategic support.







### outcome focused
business + marketing objectives aligned with scarce, gated, resources for top accounts

### strategic services & expertise
tailored  expertise and services from key Google experts

### financial + media incentives
added value funds & discount to support strategic investments

### display + video investment
qualifying Investment on YouTube, DV360 & Google Ads

Confidential + Proprietary

GOOG-AT-MDL-008622831



Confidential + Proprietary



QUALIFYING
DISPLAY & VIDEO
INVESTMENT
ACROSS GOOGLE ADS ECOSYSTEM

Google

Confidential + Proprietary    4

CONFIDENTIAL

GOOG-AT-MDL-008622833



**GOOGLE EXPERTISE & INCENTIVES TO HELP YOU ACHIEVE LONG-TERM & SHORT-TERM GOALS**

Google

CONFIDENTIAL

GOOG-AT-MDL-008622834



# CONSUMER LEADS, ONLINE CONVERSIONS OR ONLINE SALES

example services:

## Creative Works.

Helps brands achieve lower-funnel objectives through more effective ads on YouTube

## Commerce Fundamentals

Helps advertisers benchmark a brand's visibility on YouTube across vertical categories as a planning input into your video campaigns

## Advanced Attribution on GMP

By working with a GMP service partner, advertisers have the opportunity to advance platform measurement solutions, including Data Driven Attribution, custom DDA, and/or statistical / Machine Learning based digital attribution (requires DIF)

## Unification Labs

Create a clear roadmap with a marketer on how to best unify media into a single platform to improve reach and performance and identify the best use of automated media solutions

 *Requires Discretionary Incentive Fund Pairings*

**Optimize Creative w/ Digital Production Funds**
Invest in a creative idea with Creative Works by funding production edits to optimize existing creative to maximize online conversions via video

**Investigate Lower-Funnel Metrics w/ 3P Research**
Utilize a 3P measurement partner (Dynata, ipsos, etc.) to know your reach or understand your brand impact across screens

**GMP Service Partner Fee Relief**
Funds to partner with a platform specialist agency to facilitate managed services.

Illustrative and for discussion purpose only. Available services subject to change.

CONFIDENTIAL

GOOG-AT-MDL-008622835



CONFIDENTIAL

GOOG-AT-MDL-008622836

# Recommended Deal Commitment



Google                                                                                                    Confidential + Proprietary        8

CONFIDENTIAL

GOOG-AT-MDL-008622837



*2022 Investment Commitment to Unlock*

Google

Confidential + Proprietary   9

CONFIDENTIAL

GOOG-AT-MDL-008622838

# LET'S KEEP THIS MOVING →

**Today**            Confirm USPS 2023  business objectives and goals of partnership

**12/2/22**          Finalize DVIP proposal with aligned strategic services

**12/23/22**         Contract signature and partnership kick-off

**Ongoing**          Quarterly Partnership Reviews: Value + Investment

**6-month milestone** Deal check-in to re-evaluate services and incentives to latest USPS priorities

Google

CONFIDENTIAL

GOOG-AT-MDL-008622839

# USPS + Google

THANK YOU.

Confidential + Proprietary

CONFIDENTIAL

GOOG-AT-MDL-008622840