# PX 103

# (Google's Proposed Redactions)

# Reingold/Google Partners Dinner

Thursday, June 13th

## ATTENDEES

**Kevin Miller:** Founder of Reingold

**Joseph Ney:** Partner and Creative Director, Reingold

**Erin Damour:** Vice President, Reingold

**Courtney Rose:** Industry Director

**Marco Hardie:** Head of Industry

**Mike Westervelt:** Account Executive

**Kevin Fisher:** GMP Account Executive

**Micah Markman:** Senior Director of Technology, Reingold

## BACKGROUND

**Census**

- We continue to wait for Wavemaker to approve contract negotiations



- Once contracts are signed off on from Wavemaker, they will release budgets to us and we can begin to work with Reingold on the media plan.
    - We will not need to wait for all the smaller agencies to sign off on those contracts

CONFIDENTIAL

GOOG-AT-MDL-008312255

- Reingold has made it clear that they will be leaning on us heavily for media plan recommendations across both DV360 and AdWords

**Veteran Affairs**

- Reingold has officially launched their full-scale VA DV360 account as of yesterday.
    - Targeted goal for the VA's Suicide Prevention has moved upstream. We no longer only want to be in front of Veterans in their moment of crisis, but upstream to their family members and support systems.
    - The goal ultimately is to be able to predict areas where risk factors are increasing (i.e. unemployment) and match it with the VAs presence (both digitally and in-person)
    - We're in the early phases of this launch, and will need Google Cloud solutions with the VA for their internal (and more frequently updated) data to maximize effectiveness, but it's progressing forward and represents a one of a kind campaign that could literally save lives.
- On Friday, we shared a DMA map that updates weekly that is tuned to all the VA's buckets of "high risk or increased risk Keywords."
- It's our hope that we can use this dashboard to find DMA zones with increased query volume on specific buckets of at-risk KWs, to aid in predicting potential moments of crisis for Veterans.
- The increases in query volume would be matched with incremental increases of advertising. The specific buckets (ex. Veteran unemployment or Opioid withdrawals) would also help craft messages to put into field.

## CONVERSATION TOPICS

- How can Google be more helpful to Reingold? What additional support they believe they might need for the success of the Census.
    - Previously discussed: Every week, once or twice a week, working from the Reingold office when Census is launched for immediate support

- The VA and Google Cloud are beginning to talk about marrying their internal data to the action fields we create in our DMA mapping.
    - Goal Example: In DMA 526 we see increased query volume around Veteran Unemployment. We then can tell the VA, who could look up all the Veterans in that DMA and reach out to them with support or to plan an event if there are boots on the ground. This represents the first campaign of its kind where we can mobilize messaging and support from online to offline.

## ACTION ITEMS

- Potential Toast from Michael: To the continued growth of the partnership between Reingold and Google
- Headlines: "What headline would you like to see after the Census runs or this time next year for the VA...and in what publication?"
    - Goal here is to spark a broader conversation about what success looks like for both

## FOR COURTNEY

- Jack will be our go-to support if budgets come back soft for the Census. Making sure that he's aligned with what success looks like for the Census and the required investment levels to accomplish something like that is important.
- There's a chance they bring up the GMP partnership program; for that we've outlined what's required and sent them trainings and more. I would defer to Kevin Fisher for more here.

## TOAST BY NUMBERS:

- 9, Number of bottles of wine we're likely to go through tonight and years that we've been working with Reingold
- 92, Total hairs I will have left on my head come June 2020 and Weeks since my very first meeting with the Reingold team
- 116, Average cost of a bottle of wine tonight and the total meetings we've had with Reingold since I started!

- 150, Marco's Average golf score and the total text messages I've sent John Otmany bothering him about VA and the Census…this week
- 202, days until the Census launches

CONFIDENTIAL