# PX 149

# (Google's Proposed Redactions)



CONFIDENTIAL



GOOG-AT-MDL-006156099



CONFIDENTIAL



Army - Discovery; AEMO meeting (Fink engagement); YoY pull Q1 - Q3 in CS and use projected + pipeline for Q4 and add those together and 2020 is just CS

US Air Force: Big YTS wins- content, March Madness Sponsorship, Sports on YouTube TV and increased measurement on video via Leveraging BL on Auction (DV360)
Search: Full opportunity & Leads shortage playbook leveraged when in crisis
Full opportunity & Leads shortage playbook leveraged when in crisis

US Air Force: Search wins- Tested Value Based BIdding
Client touchpoints: In-person April 2022, GML & Exec Summit

GOOG-AT-MDL-006156101



-Our business is very diversified across products- and its the reason we continue to grow
-2019 comparatively was search heavy
-Even though our search "share" shrank, we still delivered incremental revenue
-DV growth comes from Army/USAF
-YT growth comes from navy (Mh), USMC (test action), usaf (growth everywhere)

CONFIDENTIAL



1. **Repetition doesn't spoil the prayer (Consolidation, MMM)**

2. **Few High Impact Meetings (Exec Summit, GML) > More Low Impact**

3. **Consistency is key - in relationships, in reporting, in organization (search full opp, Discovery situation, more transparency)**

GOOG-AT-MDL-006156103



CONFIDENTIAL



GOOG-AT-MDL-006156105



[Taylor] #2 TV > TV Screen Strategy: Double down on CTV
It is necessary to invest further on CTV (whether that means taking those dollars from linear for some branches or from other areas like cinema for other branches) because of the growth. The growth is not just those that can be reached via traditional YT, or on other streaming platforms like Hulu. 60% of users who watch YouTube on CTV are not reachable on Hulu. The growth of CTV represents a new bucket of folks - new potential recruit. Which brings us to #3....

GOOG-AT-MDL-006156106



Army partners: (Hulu, AMC, VIX, ESPN, Paramount/Viacom).

GOOG-AT-MDL-006156107



GOOG-AT-MDL-006156108



GOOG-AT-MDL-006156109



Expand in #3 on actually getting things done or the agency

GOOG-AT-MDL-006156110



GOOG-AT-MDL-006156111





**VISUALIZE THE POTENTIAL -**

**Why are we doing this**

**What is AARP getting out of it - here's the line that will be delivered to the board**

**Want to know the Webb resources are being deployed in the good place in AARP**
**Speak to revenue impact**

**PRE-PILOT (build the case) → primary goal: automated bidding to business KPI, secondary goal: poc for change management (building new muscle)**
**Campaign qualifications: Budget toward a specific media (search + YT for action)**
**Get alignment on automated bidding (learning time for Google algorithm) toward agreed upon KPI**
**[MMP - Part 1] Get alignment on the KPI (online membership conversion)**
**[MMP - Part 2, 3, 5] Proper campaign assessment**
**[MMP - Part 2] Get everything tracked in CM/SA360**
**[MMP - Part 3] Get alignment on naming conventions**
**[MMP - Part 5] Get alignment on measuring/tracking evergreen campaigns - who, how**

CONFIDENTIAL

**PILOT**
**Campaign qualifications: Creative Launch**
**[MMP - Part 1]**
**[MMP - Part 2]**
**[MMP - Part 3]**
**[MMP - Part 4]**
**[MMP - Part 5]**
**[MMP - Part 6]**
**[MMP - Part 7]**
**[MMP - Part 8]**

CONFIDENTIAL



**VISUALIZE THE POTENTIAL -**

**Why are we doing this**

**What is AARP getting out of it - here's the line that will be delivered to the board**

**Want to know the Webb resources are being deployed in the good place in AARP**
**Speak to revenue impact**

**PRE-PILOT (build the case) → primary goal: automated bidding to business KPI, secondary goal: poc for change management (building new muscle)**
**Campaign qualifications: Budget toward a specific media (search + YT for action)**
**Get alignment on automated bidding (learning time for Google algorithm) toward agreed upon KPI**
**[MMP - Part 1] Get alignment on the KPI (online membership conversion)**
**[MMP - Part 2, 3, 5] Proper campaign assessment**
**[MMP - Part 2] Get everything tracked in CM/SA360**
**[MMP - Part 3] Get alignment on naming conventions**
**[MMP - Part 5] Get alignment on measuring/tracking evergreen campaigns - who, how**

**PILOT**
**Campaign qualifications: Creative Launch**
**[MMP - Part 1]**
**[MMP - Part 2]**
**[MMP - Part 3]**
**[MMP - Part 4]**
**[MMP - Part 5]**
**[MMP - Part 6]**
**[MMP - Part 7]**
**[MMP - Part 8]**

CONFIDENTIAL



**VISUALIZE THE POTENTIAL -**

**Why are we doing this**

**What is AARP getting out of it - here's the line that will be delivered to the board**

**Want to know the Webb resources are being deployed in the good place in AARP**
**Speak to revenue impact**

**PRE-PILOT (build the case) → primary goal: automated bidding to business KPI, secondary goal: poc for change management (building new muscle)**
**Campaign qualifications: Budget toward a specific media (search + YT for action)**
**Get alignment on automated bidding (learning time for Google algorithm) toward agreed upon KPI**
**[MMP - Part 1] Get alignment on the KPI (online membership conversion)**
**[MMP - Part 2, 3, 5] Proper campaign assessment**
**[MMP - Part 2] Get everything tracked in CM/SA360**
**[MMP - Part 3] Get alignment on naming conventions**
**[MMP - Part 5] Get alignment on measuring/tracking evergreen campaigns - who, how**

GOOG-AT-MDL-006156117

**PILOT**
**Campaign qualifications: Creative Launch**
**[MMP - Part 1]**
**[MMP - Part 2]**
**[MMP - Part 3]**
**[MMP - Part 4]**
**[MMP - Part 5]**
**[MMP - Part 6]**
**[MMP - Part 7]**
**[MMP - Part 8]**

CONFIDENTIAL



**VISUALIZE THE POTENTIAL -**

**Why are we doing this**

**What is AARP getting out of it - here's the line that will be delivered to the board**

**Want to know the Webb resources are being deployed in the good place in AARP**
**Speak to revenue impact**

**PRE-PILOT (build the case) → primary goal: automated bidding to business KPI, secondary goal: poc for change management (building new muscle)**
**Campaign qualifications: Budget toward a specific media (search + YT for action)**
**Get alignment on automated bidding (learning time for Google algorithm) toward agreed upon KPI**
**[MMP - Part 1] Get alignment on the KPI (online membership conversion)**
**[MMP - Part 2, 3, 5] Proper campaign assessment**
**[MMP - Part 2] Get everything tracked in CM/SA360**
**[MMP - Part 3] Get alignment on naming conventions**
**[MMP - Part 5] Get alignment on measuring/tracking evergreen campaigns - who, how**

GOOG-AT-MDL-006156119

**PILOT**
**Campaign qualifications: Creative Launch**
**[MMP - Part 1]**
**[MMP - Part 2]**
**[MMP - Part 3]**
**[MMP - Part 4]**
**[MMP - Part 5]**
**[MMP - Part 6]**
**[MMP - Part 7]**
**[MMP - Part 8]**

CONFIDENTIAL





GOOG-AT-MDL-006156122



GOOG-AT-MDL-006156123



○ Training with OS + VIT for implementation of PG deals for publishers slated for consolidation in FY23.
○ Campaign-level frequency caps across all campaigns for the ability to calculate cost-savings.
○ CM audience overlap analysis at end of 2H to show reduced levels of overlap across consolidated publishers.

GOOG-AT-MDL-006156124



GOOG-AT-MDL-006156125

Proprietary + Confidential

Hustle: Clear Relationship Mapping

# Focusing our Relationship Strategy into 5 Key Categories

| | Category | Strategy/ Focus Areas | Examples | Owner |
|---|---|---|---|---|
| **1** | Empower our Champions | 1. Ensure regular meetings with each of these stakeholders → Map out end of year engagements<br><br>2. Figure out ways to elevate these folks in their own organizations | Jonathan K. (Army)<br>Lauren U. (Navy)<br>Bree W. (USAF) | Alyssa, Sabrina, Taylor, Melanie |
| **2** | Strengthen Data, Tech + Analytics Relationships | 1. Army MMM workstream → continue to align to Google best practices; better understand opportunities for TV Share Shift<br>2. Closer relationship with USAF & Navy analytics teams<br>3. 1P Data Workstream → starting with USAF & Army | Annalect/OMD MKS<br>VMLY&R Analytics<br>TBD GSD&M POC | Ale Daniele, Grady Elisbeth, Doug, Anthony<br>Clover Quinn, Keith |
| **3** | Deepen Creative Partnerships | 1. Strengthen USAF Creative Partnership → Target for FY23 JBP<br>2. Army Creative meeting in the fall → Focus on ACS (Director Mix) | John Carstens (Army)<br>Ryan Blum (Navy)<br>Jeff Maki (USAF)<br>WT (USMC) | Brian, Tom, Peta, Steph, Kristen |
| **4** | Invest in Strategy Teams | 1. Include strategy teams in JBP process<br><br>2. Leverage Googlers coming from strategy teams to gain better understanding of strat-team incentives | Rachel Green (Army)<br>Justin Sanit (Navy)<br>Kate Gunning (USAF) | Alyssa, Sabrina, Taylor, Brian |
| **5** | Regular Cadence with the C Suite | 1. Share strong VD up the chain → short, simple recaps (ex DA for Army)<br>2. Intentional high impact meetings > Frequent meetings eg: AMAP | rADML Walker<br>Allan Owens<br>MG Fink<br>MAJ Morris | Alyssa, Sean |

GOOG-AT-MDL-006156126



Hustle Meetings

## Focusing on the Right Meetings **at the Right Time**

|  | JUL – SEP 2022 | OCT – DEC 2022 |
|---|---|---|
| **Key Season/ Events** | FY23 Planning, New FY Launch for USAF | New FY launch for Navy & Army |
| **Most Critical Meetings/ Pitches** | 1. FY23 planning/ JBP renewal<br>2. Navy AMAP (Aug)<br>3. Army Chicago Trip<br>4. USAF Value Delivered for VBB Test | 1. AEMO Creative Meeting<br>2. Army AMP (Navy AMAP equivalent)<br>3. USMC '23 planning<br>4. USAF Website Relaunch<br>5. Army DV3 Roadmap to Launch |

Always on Strategies: 1) Monthly full opp 2) Monthly deal pacing 3) QBRs to showcase VD/ check in on partnerships

GOOG-AT-MDL-006156127

Proprietary & Confidential

## Partner Team Support

| TV -> TV Screen | Consolidation Momentum | Maximize Top Lead Drivers |
|---|---|---|
| **Danielle**<br>•Measurement: Incremental reach<br>•Measurement: Brand lift results<br>•What can we learn & what can we scale<br><br>**Ashley:**<br>•Up level pitches by bringing breadth & depth of CTV knowledge to help tailor to each branch's unique position in shifting<br>•Provide Google/YouTube POV for best practices in pitches & proactively share latest materials, updated stats important to Military demo<br><br>**Lauren O'Brian/ OMG Agency Team**<br>•Leverage new planner pilot to gain closer access to planning teams | **Melanie, Ric Benitez/ DLP Specialist Team**<br>•Pacing/performance support for newly consolidated deals<br>•Value Delivered support to determine cost-savings and additional new prospects reached<br>•Training / education on DV360 best practices<br><br>**Melanie**<br>•Strengthen relationship with new programmatic lead at OMD<br><br>**Chris Meis/ Programmatic AL**<br>•Reach planning across 3P partners, auction, and YouTube to determine incremental reach | **Jackson/Aaron/Soma/Tim**<br>•Focus on point of diminishing returns with a healthy CPA in full opportunity reporting across all Search Accounts<br><br>**Kelia**<br>•Continue educating the teams on the massive headroom & growth opportunity within Discovery; similar, regular, point of diminishing returns analysis to Search<br><br>**Danielle**<br>• Continue conversations with gTech, Platforms, and Cloud that enable long-term online/offline data consolidation<br>• MMM is our most durable measurement solution; ensure Google has a seat at the table for end client discussions & model optimizations. |

VBB  → Bidding to first party data as the outcome

-USAF - yes
-Navy- interested, not yet confirmed - test by EOQ
-USMC - need to start - 101 level, relationship reset
-Army - focusing on 1P integration

Broad Match
-Navy - small test, lot of pushback
-Army - yes, pitching to go 100%
-USAF = using at almost 100%
-USMC- need to start

GOOG-AT-MDL-006156128



Search is the #1 lead driver across the DoD ; & while it is the most mature medium for our clients, there is still significant revenue & outcome headroom as the DoD becomes more mature in how they approach Search automation & Measurement.

The USAF leads the way & Marines fairly nascent when it comes to VBB/Broad match. 2 guiding principles x-DoD to center on for 2H:

Leverage the culture of re-use & "value delivered" narratives from the USAF & US Army.

Both advertisers are "best in class" when it comes to product adoption with more documentation of the Army's Broad Match journey this year & USAFs highly successful VBB test.

We'll leverage Broad match results & learnings to ensure:

US Army moves to 100% depth & becomes the first DoD advertiser to

GOOG-AT-MDL-006156129

pilot the new Broad match alpha

Scale tests across the Marines account & ensure the new agency relationship starts with a major win

Defend value delivered with our initial test with the Navy

USAF has had a really successful VBB test, scaling those results in Q3 will pay dividends for the pods targets, but also in highlighting the opportunity x-DoD, specifically with the Navy, where we are optimistic to have a test ready by EOQ.

Uplevel conversations with Sr. Stakeholders to highlight performance wins & drive product adoption

Alyssa & Danielle have developed strong relationships across a wide array of partner teams. Selfishly, I plan on leveraging those relationships for 2 main purposes:

To push the Navy to innovate with Broad match + VBB

To educate Sr. clients on the future of measurement + bidding through Project Audubon later in 2H (land a narrative for how automation, BM + VBB will unlock more favorable outcomes for our biggest & most important advertisers)

CONFIDENTIAL

| Id | Date | Text |
|---|---|---|
| 1 | 07/29/2022 16:19:34 | @jacksonogb@google.com lmk if this works/ is correct! Figured this could be the visual and we can talk more in depth about what these mean |

CONFIDENTIAL

GOOG-AT-MDL-006156131