# PX 154

# (Google's Proposed Redactions)

# National Pork Board


Google
GOVERNMENT & ADVOCACY

### Client Objectives
- Make Pork the top animal protein choice at home buy ranking #1 amongst four categories - Tastes Good, Versatile, Easy Prep, Good for Me/My Family.
- Launch master brand strategy "Real Pork" in market.
- Continue to manage against the effects of COVID-19 on the industry and consumers.

### Google Objectives
- Better understand NPB business strategy, specifically the role of digital marketing, for the next 6-24 months to provide guidance to the client and determine prioritization amongst Google teams/WAS02 clients.
- Maintain/grow spend across Search, YouTube and FameBit.
- Support efforts for website overall to drive stronger alignment for other Google Products like GA360, etc.

### Measurement/KPIs
Brand Lift results still important as well as Views on FB. Continue re-evaluating the overall measurement model.

### Stakeholder Relationship Status
Overall ensure we present a One Google approach, aligning with partners at FameBit, Measurement and other Google divisions, for increased customer service.
- *Jacque Matsen, VP Marketing* - New to the team, focus will continue to be on education and relationship building; oversees not food marketing and comms
- *Angie Krieger, VP Marketing* - Will oversee all Channel and consumer marketing. Focuses on Food
- *Jenna DePerro, Marketing Director* - Key influencer, need to continue regular bi-weekly cadence and support her efforts to drive success at a campaign level.
- *Fleishman Hillard* - New agency brought on board to support all digital marketing and comms efforts.

## Media Breakdown

|  | Q3 YoY Growth | Q3 2019 Revenue | Q3 2020 Revenue Target |
|---|---|---|---|
| Search |  | ■ | ■ |
| YouTube | ■ | ■ | ■ |
| DVA |  | ■ | ■ |
| TOTALS |  | ■ | ■ |

**Headwinds:**
- New "Media" Agency
- Reduced budgets/lack of budget direction
- Internal communication and reorg.

**Tailwinds:**
- Strong relationships, trusted advisor status
- Still an opportunity to support Web & GA
- Interest in other Google products, teams

| Goals / Meeting | Timing | Notes |
|---|---|---|
| Understand Master Brand and NPB strategy as they move out of recovery and into more "normalized" actions. | Monthly | Get detailed breakdown of budget/media plan for 2020/2021 and how web work can impact spend. |
| Consistent bi-weekly with Pork Team Monthly with Jacque/Angie | Bi-weekly and Monthly | Campaign optimizations Monthly LT planning |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009758672

# MilkPEP 

Google
GOVERNMENT & ADVOCACY

### Client Objectives
MilkPEP's primary objectives are to increase consumption of milk in the United States. They divide that objective into three buckets: Milk, Chocolate milk, and Milk consumption by the US Hispanic audience. MilkPEP looks to achieve this by increasing awareness for the health benefits of milk, reminding mom's of the ways milk helps kids grow up strong, and reminding athletes that chocolate milk is a strong source of protein, especially for fitness recovery.

### Google Objectives
- Provide innovative ideas across our platforms to drive revenue growth and expand client's use across the universe of Google platforms across Google.
- Get a meeting with the MilkPEP and CE teams to to help shape the conversations around products, attribution and MMM by shifting them toward more impactful, media driven solutions

### Measurement/KPIs
- Views, VTR, Impressions

### Stakeholder Relationship Status
Must strengthen relationships across the board from agency to end-client.
- *Victor Zaborsky, VP Marketing, Milk* - Oversees all marketing aspects of Milk (regular). Good relationship with Famebit lead. Goal is to get a meeting this quarter to build relationship and pitch.
- *Miranda Abney, Sr. Director Marketing, Chocolate Milk* - Oversees all aspects of Chocolate Milk. Need to get a meeting to better understand goals and again establish a relationship.
- *Campbell Ewald (CE)* - Lead agency, very communicative but needs a TON of hand holding. Hoping to drive me strategic conversations with the team moving forward.

### Media Breakdown

|  | Q3 YoY Growth | Q3 2019 Revenue | Q3 2020 Revenue Target |
|---|---|---|---|
| Search |  | ▇ | ▇ |
| YouTube | ▇ | ▇ | ▇ |
| DVA |  | ▇ | ▪ |
| TOTALS |  | ▇ | ▇ |

**Headwinds:**
- Reduced budgets and shifts in funds due to COVID-19 effects (Olympics)
- Agency capabilities
- Agency & End-client relationships

**Tailwinds:**
- Open to executing more FameBit campaigns and we have an opportunity with the Olympics timing and FB team relationships.
- Stronger measurement opportunities, Agency seems open to testing.

| Goals / Meeting | Timing | Notes |
|---|---|---|
| MilkPEP: Victor & Miranda | Q3 | -Must get a meeting on the books to achieve three clear goals: Build relationship, understand the 3y plan to continue to best position Google as a partner, and the importance of the Olympics to position FameBit as a key piece of the plan. |
| CE | Q3 | -Push them to better organize and execute plans; We will work to provide them a framework to make our partnership more efficient.<br>-Further refine measurement options and get them on Brand Lift using NPB as a model. |

HIGHLY CONFIDENTIAL

# The Collective - NHTSA, FEMA, DOE


Google
GOVERNMENT & ADVOCACY

### Client Objectives
- *NHTSA* - Behavior Change
- *FEMA & DOE* - Drive Action

### Google Objectives
- *NHTSA & FEMA*: Establish end-client relationships.
- *DOE*: Continue to be a critical part of the planning process; support Accenture as they continue to onboard.

### Account Strategy
These accounts have all had to pivot due to COVID-19. FEMA is expected to spend in Q2, but spends for all three accounts are expected to begin in earnest in Q3.

- Back to Basics: Meetings, Pipeline, Revenue
- Provide Insights/Google Magic to differentiate us from competitors and keep the team top of mind i.e. customized Trends data.
- Continue to nurture agency relationships and work towards end-client contact.
- Education, Legislation and Planning - Stay in tune with how the agencies are being affected by elections and COVID legislation.

### Media Breakdown

|  | Q3 YoY Growth | Q3 2019 Revenue | Q3 2020 Revenue Target |
|---|---|---|---|
| NHTSA | ▇ | ▇ | ▇ |
| FEMA | ▇ | ▇ | ▇ |
| DOE | ▇ | ▪ | ▇ |
| TOTALS | ▇ | ▇ | ▇ |

**Headwinds:**
- Delays in congressional funding and end-client agency approvals due specifically to COVID-19 and changes in priority.

**Tailwinds:**
- Budgets are still there, have shifted and we must work to maintain and grow them.
- Trusted partner status across each of these clients.

| Goals | Notes |
|---|---|
| NHTSA | - Secure budgets for the end of the year<br>- Pitch them an always on strategy supported by research to build a case for additional budget and Search expansion |
| FEMA | - Continue to push DV360 to drive increased use and product diversification. |
| DOE | - Continuously meet, pitch and provide insights to DOE & Accenture. |