# PX 155

# (Google's Proposed Redactions)

Hello GAMT,

At the beginning of 2021, our team set an ambitious goal of delivering ▮▮▮ of total DV360 revenue this year. Overall, we are pacing about ▮▮▮ point behind target, recording ▮▮▮ **in total DV360 revenue, in the first half of the year.** With this impressive start, we anticipate gaining even stronger momentum in the back half of 2021. In Q3, we will be leading with key pitches for media consolidation for Public Health, pitching to winback VA budgets and capturing even more 3P CTV revenue with *Live It Up!*
*Inclusive of YouTube via DV360.

**Business Highlights:**
- ▮▮▮**E:** In the first half of the year, G&A added an incremental +▮▮▮ to CG&E's DVA revenue at ▮▮▮ growth rate YoY.
- ▮▮▮: Open auction inventory captured the bulk of the revenue; however, Programmatic Guaranteed deals (CTV/OTT, Site Direct) have been our ▮▮▮ adding ▮▮▮) to the business. This trajectory will likely continue to accelerate with Live It Up!
  - Key accounts driving Programmatic Guaranteed (PG) revenue:
    - US Air Force (▮▮▮): Shifted from buying CTV properties directly to purchasing through DV360. Only military branch to buy HULU via PG.
    - GMMB/ABA (▮▮▮): Executed a strong video strategy to reach potential consumers and used PG to drive influence in premium environments.
    - ASPA/HHS (▮▮▮): Partnered with the agency to consolidate direct publisher deals (Spotify, Twitch, Vevo, Fox Sports) into the platform via Programmatic Guaranteed to take advantage of frequency management benefits.

**Look Ahead: 2H'21 Key Opportunities:**
- **Public Health (▮▮▮ Oppty):** Revenue to be actualized closer to Q4 for Open Enrollment but we are working diligently to influence budgets during this planning period.
  - **Healthcare Exchanges ▮▮▮ Oppty):** Influence media agency to consolidate programmatic buying into DV360. Pitch scheduled for late July with key decision makers at the agency.
  - **State Health Departments (▮▮▮ Oppty):** Unlock programmatic revenue growth across fragmented agencies via GMP channel partners. Initial meeting with Redhouse/State Dept. of Pennsylvania completed with a follow-up scheduled for the end of July. Approach to be scaled to Duncan Channon/California Health (CTCP, CCA).
- **Veterans Affairs (▮▮▮ Pitch):** In anticipation of Suicide Prevention month, the team

<u>provided recommendations to the VA</u> to winback paused PREVENTS budget. Key opportunities highlighted: Linear TV on DV360, CTV, Audio, YouTube Masthead and <u>Tokyo Olympics sponsorships</u>.

- **Live It Up:** Partner with pods to capture more 3P CTV share. Develop G&A value-delivered reporting to showcase client benefits from 3P CTV media consolidation and scale to other G&A clients.

I'm looking forward to further reviewing the above opportunities with you and your teams in upcoming 1:1s.