# PX 157

# (Google's Proposed Redactions)

Message

**From:** Katie Baxter [katiebaxter@google.com]
**Sent:** 11/12/2021 4:03:29 PM
**To:** Alyssa Raiola [alyssaraiola@google.com]
**CC:** Sean Harrison [seanharrison@google.com]; Sabrina Abuzahra [sabuzahra@google.com]
**Subject:** Re: US Navy + GroupM 21/22 OYTD Internal Kick Off
**Attachments:** ref-with-yellow-cards-fifa18.gif

Actual footage of Sabrina w/ our Military clients 24/7



On Thu, Nov 11, 2021 at 4:45 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
Hey Sean-- wanted to highlight Sabrina's awesome leadership on the Navy Youtube One Deal-- Our deals team was originally asking for ▮▮▮ on their auction commitment, but Sabrina knew if we ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sabrina worked closely with the deals team + developed a back-channel relationship with Lauren (they're now text pals) to make sure we got them on board to be as optimistic as possible for their 2022 commitments. As of today they've signed on to commit ▮▮▮ (vs the original ask for ▮▮▮) for YT One Deal in 2021 *which includes commitment to spend on DV360.* Though ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ -- so this builds our faith that they will launch next year.

Amazing work Sabrina- so excited to see you grow your relationship with Lauren + close this deal 🐰
Alyssa
---------- Forwarded message ---------
From: **Sabrina Abuzahra** <sabuzahra@google.com>
Date: Thu, Nov 11, 2021 at 4:24 PM
Subject: Re: US Navy + GroupM 21/22 OYTD Internal Kick Off
To: Alyssa Raiola <alyssaraiola@google.com>
Cc: Torie Morris <vmorris@google.com>, Philip Kiselick <philipkiselick@google.com>, Owen Pierce <opierce@google.com>, Jake Goldklang <jakegoldklang@google.com>

Hi team!

Lauren officially signed off on ▮ as the official number for the One YouTube Deal -- this is higher than we were expecting because of their anticipated launch of DV360 this year. Below are our quarterly milestones.

|  | Q4'21 | Q1'22 | Q2'22 | Q3'22 | TOTAL |
|---|---|---|---|---|---|
| Total to submit by quarter | ▮ | ▮ | ▮ | ▮ | ▮ |

Can you walk me through what next steps look like?

Many thanks!
Sabrina

- **Sabrina Abuzahra**
- Account Manager
- sabuzahra@google.com
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

Click here to access chat: 24 hours a day, 7 days a week
Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

On Fri, Oct 29, 2021 at 8:40 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
> Hi Torie & team,
>
> Just a heads up that Sabrina & I are syncing with the WM team on this today. Will circle back with what we learn.
>
> Thanks!
> Alyssa
>
> On Tue, Oct 26, 2021 at 9:48 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
>> Yep I shot them a note asking to get on the phone this week.
>>
>> The ▮ accounts for incremental to come through the year, so they'll likely put some of it on YTS as well. I want to get clarity from them on if 100% of the remaining (ie the ▮) will go to auction or they want to put some of it to Select. Either way, we'll work to make sure they're above the qualifying mark.

Will let you know when we hear back from them (still waiting for their reply to schedule time).
Thanks,
Alyssa

On Tue, Oct 26, 2021 at 9:30 AM Torie Morris <vmorris@google.com> wrote:
Hi Alyssa -

Apologies, I meant US Navy (and WM).

The registration for YTS is ▮▮▮ for Navy, which means their **current** Auction number is ▮▮▮ which should qualify them for the program based on Phil's numbers.

Can you please confirm w/ WM that they are aligned to move forward and if yes, can they send us quarterly milestones for the Auction ALA?

* Torie Morris
* Video & Upfront Partnership Lead
* Google, Inc.
* vmorris@google.com
* 914-557-3247 (cell)

On Tue, Oct 26, 2021 at 9:26 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
Hey Torie,

I think a few wires are getting crossed here- this request is for Navy, and we are asking to confirm their YTS registration that you all have on the GroupM side.

We received an aggregate Youtube investment from Navy for our JBP, so we are looking to subtract the YTS registration from the total to get the auction amount.

Ie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks!
Alyssa

On Tue, Oct 26, 2021 at 8:53 AM Torie Morris <vmorris@google.com> wrote:
Hi Alyssa -

Chiming in to confirm that Auction registrations for GroupM aren't collected centrally so we will need to have the USMC re-confirm and sign off on their Auction number.

Knowing their original registration is fairly close to the 30% number Phil quoted, it would be great if you/Phil could quickly get on the phone with WM to confirm their participation and the number required.

Best,
Torie

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-004372480

- Torie Morris
- Video & Upfront Partnership Lead
- Google, Inc.
- vmorris@google.com
- 914-557-3247 (cell)

On Mon, Oct 25, 2021 at 4:53 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
Actually- just found an email from Lauren at WM saying that their upfront commitment was ▮▮▮▮▮▮▮ -- is that what you're seeing on your end?

On Mon, Oct 25, 2021 at 3:54 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
+Sabrina Abuzahra, who is now our Navy AM.

Phil, can you remind us what the Navy team has registered for YTS? The team committed to ▮▮▮ total on youtube in FY22 per our JBP, so we can ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Once we know the numbers I'm happy to take this to Sandra, Lauren & team and see if they're open to participating.

Thanks,
Alyssa

On Mon, Oct 25, 2021 at 2:39 PM Philip Kiselick <philipkiselick@google.com> wrote:
Hi Alyssa,

Now that your advertiser has finalized their YouTube Select registration, they are eligible to earn YouTube Credits based on their growth in auction investment! The minimum growth needed this year is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

As we all know, the credits are on an ▮▮▮▮▮▮▮▮▮▮ structure. This means that there is no downside to registering the auction growth as there is only value (free money) to be earned. We will need your help to continue to reiterate the value of the OYTD credits and push the clients to sign on. As part of that, please also ensure that they are using and finding value in the current 20/21 YT credits that they have available.

Details are outlined below:

- Qualifying Spend Baseline (Q4'20 - Q3'21): ▮▮▮
- Total Spend Needed (+30% growth): ▮▮▮
- Credit Value: ▮▮▮ (with "shortfall tier" of ▮▮▮ credit if pacing to ▮▮▮)
- Deadline to register for Broadcast year: 11/15/21
- Deadline to register for Calendar year: 12/31/21

I've also included Owen and Jake on this thread who will be helping us with all things OYTD moving forward. Please let us know of any questions.

Thank you!
Phil & Team

--

**Phil Kiselick**
Video & Upfront Partnerships
philipkiselick@google.com
704-877-1560

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004372482

--
Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--
Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--
Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Katie Baxter
Programmatic Account Manager
Government & Advocacy
katiebaxter@google.com

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-004372483