# PX 158

# (Google's Proposed Redactions)

### Revenue Highlights: (Q4 '19- Q3 '20)
- DOD Business is on track to deliver more revenue in Q1-Q3 2020 than the entirety of 2019:
  - ▮ 2019 vs. ▮ Q1-3 20 (▮ delivered H1, ▮ projected Q3)
- DOD Business will surpass ▮ in FY20, delivering ▮ incr. or ▮ YoY Growth
  - FY19 (Q4 18 -Q3 19) ▮ vs. FY20 ▮M (▮ Q4-Q2, ▮ projected Q3)
- DOD delivered ▮ incr. (▮ YoY) for Q2/Q3 largely to support COVID-related recruitment
  - ▮ Q2/Q3 2019 vs. ▮ Q2/Q3 2020 ▮ Q2, ▮ projected Q3)
- FY20 vs FY19 Growth (Q4-Q3 18/19 vs. Q4-Q3 19/20, including projection for Q3 20)
  - **Army/ARNG:** ▮ YoY, ▮ incremental
  - **Navy:** ▮ YoY, ▮ incremental
  - **USAF:** ▮ YoY, ▮ incremental (does **not** include ▮ net new revenue for USSF)
  - **USMC:** ▮ YoY, ▮ incremental

### Prioritize & Deliver Outcomes: Partnership Highlights
- **USAF/ "Total Force":** Continued to build on our relationship w/ GSD&M routed in value delivered & strong measurement solutions to successfully:
  - **Grow USAF partnership** ▮ **YoY:** in FY20 (does *not* include ▮ USSF revenue)
  - **Launch the US Space Force**: with Youtube as the inaugural partner
  - **DV360 Growth:** Grow the team from ▮ in DV360 in FY19, to ▮ in FY20, to a planned ▮ for FY21, making USAF the first branch to consolidate Hulu buying
  - **Set the Stage for FY21:** Total Force partnership in FY21 has projected ▮ YoY USAF growth, ▮ YoY USSF growth, and ▮ net new revenue for Air NG. Working with teams including AL, GPS, Multicultural team, DV360 & search team to deliver a best-in-class JBP.
- **USMC Partnership:** Built a relationship with a historically unengaged team in order to close a ▮ partnership, which is on pacing to deliver ▮ YoY).
  - **Understanding Goals:** Ran custom reach planner training for planning team ahead of 2020 to better understand priorities, which helped shape the JBP. Used 2019 value delivered and potential value add menu to kickstart JBP conversations with senior Account Director.
  - **Navigating Roadblocks:** USMC budgets were cut 30% in the middle of JBP negotiation-- took away value adds to better understand where priorities stood + built in stretch plan.

### Thrive in Changing Environments:
- **Co AM/AE Ownership:** Covered DOD AM & AE role + Amtrak/USPS AM role during the busiest time in team DOD's history to deliver our largest growth to date:
  - **Q2**: Covered both AM & AE DOD delivering ▮ YoY, or appx ▮ incr revenue
  - Stepped into AE role and led senior client engagements like Innovation Day & AMAP.
- **Leading US Army through their first FY with OMD, delivering** ▮ **YoY:** Worked through agency transition with the Army business, delivering ▮ incr. in FY20 vs. FY19 (Q4-Q3)
  - **Operational Rigor/ Val Delivered:** As AM, led team Army through complex launch of their new FY with organized process. Consistently highlight full opportunity & value delivered
  - **Revenue Diversification:** Leveraged strong relationship with end client and partnership with programmatic team to sell in local programmatic campaign- ▮ **in net new revenue**
  - **Senior Relationship Building:** Built new relationship with OMD strategy lead to secure clarity on goals ahead of FY21 planning; Led our second ever US Army end-client meeting to 35+ agency/end clients at the Army to highlight top opportunities for our FY21 partnership.

- **Pivoting with Amtrak:** Partnered with AE to close ███ Amtrak partnership pre, COVID. Then pivoted to delivering strategic insights and ultimately securing ███ travel safety campaign.
  - **Led development of custom Amtrak search dashboard:** in partnership with CM, gtech & search specialist, ultimately paving the way for travel safety campaign ███

**Lift Yourself & Others**
- **Delvelp Yourself & Others:** Met with every partner team on a scaled support plan. Coached & onboarded 20% AM & developed onboarding plan for bungee AM-- allowing us to dive
- **Collaborate Across Google- Upfronts:** Collaborated with video specialist & deal leads on custom narrative to prove military recruits cannot r be reliably reached with a TV-first strategy. Results:
  - ███ US Navy --> 20/21 commitment pending
  - ███ USMC --> ███ USMC Youtube One Commitment (███ YoY)
  - ███ USAF --> ███ Total Force (USAF/USSF) Youtube One Commitment ███ YoY USAF, ███ YoY USSF)
  - ███ US Army --> 20/21 commitment pending
- **Collaborate Across Google- Navy AMAP:** Only partner to participate in Navy's annual meeting. Led a presentation with Brand Unit to the Navy's new Admiral and 100 folks across NRC/ the partnership.
  - Collaborated with AL, CM & AM on strong value delivered. After session, admiral asked us to repeat the presentation for his full NRC leadership staff.

**Lead with Respect: Respect the Opportunity + Thought Leadership**
- **Respect the Opportunity- COVID Recruitment Strategy:** *We partnered with each branch of the DOD to pivot their strategy and focus on raising awareness of job stability & driving recruits during an uncertain economic climate. Our work with the DOD in Q2 & Q3, which centered on this strategy drove* ███ *YoY growth and* ███ *incremental revenue.*
  - **Navy:** Pitched a custom Masthead + GCS strategy to maximize reach *and* measure the number of users considering the Navy. ███ YoY for Q2 Youtube Spend ███ incr), highlighted in Allan's note, & paved the way for future military masthead pitches.
  - **USMC:** Presented max opp for USMC leads and qualified leads to secure ███ incremental, Moved 100% of campaigns to smart bidding, increasing qualified leads by 28%
  - **Army:** Worked with search specialist on a custom "full opportunity calculator" for OMD & presented this full opp along with search trend increases, secured ███ incremental across Army & ARNG for COVID-related search lead-gen
- **Thought Leadership:**
  - **Pod:** Serve as Pod COO, managing revenue tracking & pipeline management
  - **Vertical:** Lead AM Council (2019-Q1 20)- Lead monthly meetings/ ID round tables for all G&A AMs; Design content for AM breakout session during vertical off-site (Q1)
  - **CG&E:** Selected to represent G&A at Q1 "Reach Ready Series" focused on sharing best practices of Youtube + DV360 from the US Army case study
  - **GBO:** Presented at Dentsu executive summit for LCS Japan government team focused on sharing lessons from the US Navy Sailor vs Case Study ; Presented at GAAP (Government Affairs & Public Policy, Ads) offsite to educate our policy team partners on our work
  - **Industry:** Military Multicultural Summit- Partnered with multicultural leads to present a multicultural recruitment POV to 75+ agency POCs across the DOD resulting in key

engagements across Army (planning Army cultural academy), USAF (integrated in 20/21 JBP), and USMC (closer alignment with WT)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004550125