# PX 159

# (Google's Proposed Redactions)

Message

| | |
|---|---|
| **From:** | Alyssa Raiola [alyssaraiola@google.com] |
| **Sent:** | 12/1/2021 2:15:29 PM |
| **To:** | Taylor Rizzolino [trizzolino@google.com] |
| **CC:** | Katie Baxter [katiebaxter@google.com]; Sabrina Abuzahra [sabuzahra@google.com] |
| **Subject:** | Re: Rev Help for 2022 Planning: For Thursday |

Hey! Thanks both for working on this. To clarify,. are you talking about IQ rev or 2022 planning inputs for this note?

On Wed, Dec 1, 2021 at 8:01 AM Taylor Rizzolino <trizzolino@google.com> wrote:
> Hey Alyssa,
>
> Katie and I synced yesterday on the USAF inputs for DV360 and chatted with Rita on remaining launches. At this point, let's keep what Katie has in the trix for FY22 spend occurring in Q4 (for DV360).
>
> While Katie's help has been amazing (and crucial) in getting some launches off the ground, the remaining launches are TBD due to waiting on some creative.
> With GSD&M being closed for the holidays starting Dec. 17th, we think leaving for the meeting on the 6th as-is is the closest we will get for now.
>
> @Katie Baxter feel free to chime in if I missed anything.
>
> Thanks!
> Taylor
>
> On Mon, Nov 29, 2021 at 4:09 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
>> Thanks Katie! Tracking on everything here. I'll look out for the updates re: local & USAF new campaigns.
>>
>>
>>
>> On Mon, Nov 29, 2021 at 3:50 PM Katie Baxter <katiebaxter@google.com> wrote:
>>> Hi all,
>>>
>>> Confirming DV #s are updated as well. A few notes below:
>>>
>>> • **Army Local** is inputted and this is based on 2021 spend. I'm catching up with them next week so we should have more context then!
>>> • Confirming [redacted] is still accurate for estimated Navy TTD spend
>>> • Updated USAF Q4 FY22 numbers. This includes actual spend + what's forecasted in DD for FY22 campaigns. This includes:
>>>   o TO47 SSM
>>>   o TO51 ES
>>>   o TO51 Spec Warfare
>>>   o There is more coming, but it isn't loaded into the platform yet and we don't know how much more is coming. I'm catching up with Rita tomorrow and will ask for more deets then!
>>>
>>> Thanks!

Katie

On Mon, Nov 29, 2021 at 10:07 AM Sabrina Abuzahra <sabuzahra@google.com> wrote:
Thanks for keeping us all organized here, Alyssa! Confirming I have the Navy number updated. Let me know if you need anything else from me!



- **Sabrina Abuzahra**
- Account Manager
- sabuzahra@google.com
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

Click here to access chat: 24 hours a day, 7 days a week
Call: **1-866-2-GOOGLE (246-6453)** 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

On Mon, Nov 29, 2021 at 9:02 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
Hi team!

I added tabs for rev to our 2022 planning trix. A few things I need your help with:

**Army:** We'll primarily use JBP #s so this should be simple.

- @Katie Baxter can you please add an estimate for Army local on the "Army" tab (C10). Any notes you can add are helpful- and fine if it's an estimate.

**Navy:** Same with JBP

- @Sabrina Abuzahra as we chatted about, can you please fill out Q4 spend (C12 on Navy tab) and I'll subtract from JBP

- @Katie Baxter the total amount we think they spend on TTD per year is ▮, right? Just trying to see what base case scenario is if Q4 2022 was 100% DV3

**USAF:** We'll use JBP #s for the most part here so should be simple

- @Taylor Rizzolino & @Katie Baxter can you both please fill out the spend that happened in Q4 '21 as part of FY22? This will help me understand what portion will fall in calendar year 2022. I know there were some extensions etc, so make sure it's Q4 spend that's part of FY22.

**USMC:** @Taylor Rizzolino can you please lead/ fill out the trix? I've added some suggested notes to guide you but happy to have you take the lead. I'm here for any qs you have!

**Can you please have this to me by Thursday so I have Friday + Monday am pre planning to play around with any math?**

Thanks,
Alyssa

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Katie Baxter
Programmatic Account Manager
Government & Advocacy
katiebaxter@google.com

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Taylor Rizzolino
Google for Government
trizzolino@google.com

--

CONFIDENTIAL

GOOG-AT-MDL-004379106

Alyssa Raiola
DOD Lead | Google for Government
973.255.0190
alyssaraiola@google.com

CONFIDENTIAL

GOOG-AT-MDL-004379107