# PX 161

# (Google's Proposed Redactions)



# US Army + Google Business Review

FY'21 Wrap Up

January 13, 2022

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388617

# Your Google Team



Alyssa
Account Executive



Danielle
Analytical Lead



Sabrina
Account Manager



Melanie
DV360 Account
Manager (while
Katie is OOO!)



Lynea
DV360 Account
Specialist



Elizabeth
Analytical Lead



Aanand
Discovery
Specialist



Aaron
SA360 Specialist

Google

Confidential + Proprietary

GOOG-AT-MDL-004388618

# Today's Agenda

1.   Partnership Milestones

2.   FY21 Performance Review & New Opportunities

3.   Measurement Spotlight

4.   Q&A

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388619



I.  Partnership Update - Looking Back at FY21

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388620

# We Accomplished a lot together in FY21...

Proprietary + Confidential







- Search: ▮▮▮▮ EBRCs
- Discovery: ▮▮▮ EBRCs
- DV360: ▮▮▮ EBRCs

# Some other fun numbers...

Proprietary – Confidential

## 1st
DOD Branch to launch Discovery

## +5
New deals consolidated in FY21

## 20
Brand lift & search lift surveys run across Army Youtube Efforts in FY21

GOOG-AT-MDL-004388622



# Cost Savings

## OMG Saved AEMO ▮ by participating in the 20/21 Upfront

| Category | CPM | Cost | Impr. |
|---|---|---|---|
| Army FY21 @ Upfront CPMs | ▮ | ▮ | ▮ |
| Army FY21 @ Scatter CPM | ▮ | ▮ | ▮ |
| **Cost Savings** | -- | ▮ | -- |

HIGHLY CONFIDENTIAL

# Added Value

Proprietary – Confidential

| Thought Leadership | Innovation | Data & Measurement | Access to Google's Best & Brightest |
|---|---|---|---|
| Military Executive Summit Series<br><br>First to market beta opps | First to market with Discovery Ads<br>+<br>Recognized in Google/OMG Award Ceremony | Direct partnership with Google Data Center to provide more granular MMM data going into FY22 | Over 15 Googlers support team Army, including access to global PR, product, creative experts & engineers |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388624



# I.  Partnership Update - Looking Ahead to FY22

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388625

PARTNERSHIP OBJECTIVES



# Team DDB + Google FY22 Partnership Objectives

| | | | |
|---|---|---|---|
| Goal | **Drive Contracts + Improve Efficiency** | **Build the Prospect Base** | **Use Data to Make Better Decisions** |
| Focus Areas | **Understand & maximize tactics that drive contracts** | **Reach low propensity audiences with to addresses key misconceptions about the Army** | **Build cadence and rigor around insights & performance review to power agile decision making.** |



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388626

PARTNERSHIP RESOURCES



## Innovation + Deal Points
Commitment to bring the best of Google resources to AEMO & Team DDB

| AEMO Priority | Category | Description |
| --- | --- | --- |
| Drive more Contracts | Analytics Support | Google MMM Center of Excellence Partnership to enhance MMM granularity |
| | Technical Support | Hands-on-keyboard support to onboard contract-level data to optimize media directly for contracts |
| Innovation, Thought Leadership | First to Market Alpha/Beta Access | First to market access to 1) Discovery Experiments Alpha + 2) Google TV Carousel Ads |
| | Google Leadership Access | Executive level engagements (Government & Advocacy director to attend key AEMO events)  and exclusive access to Google events (GML, CES, Brandcast, etc) |
| | Google Specialists | Team of 20+ Googlers dedicated to Team Army across product, measurement, creative & insights: |
| | Dedicated AEMO Executive Summit | Access to team of executive advisors who partner with Google's top CMO & CEO partners for a custom AEMO event |
| Data to Power Agile Decision Making | Insights Support | Google search trends & top questions reporting to power agile decision making<br>Custom AEMO audience insights lab |

HIGHLY CONFIDENTIAL



II. FY21 Performance Review & New Opportunities

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388628

# FY'21 National Search YoY

Proprietary + Confidential



| Investment | Clicks | Avg. CPC | Click-through Rate (CTR) | EBRCs | Cost per EBRC |
|---|---|---|---|---|---|

## Key Growth Drivers:
- Outcome-based granularity: separated accounts by Compo and brand & non-brand
- Tailored auction-time bidding strategy for each account
- Data-driven attribution (DDA) to bid strategies

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388629

# FY'21 National Guard Search

Proprietary – Confidential



| Investment | Clicks | Avg. CPC | Click-through Rate (CTR) | EBRCs | Cost per EBRC |
|---|---|---|---|---|---|

Source: SA360

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388630

Proprietary + Confidential

# FY21 Search EBRCs



National EBRCs
driven by
Search

Guard EBRCs
driven by
Search

Total across
National +
Guard



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388631

# FY'21 SA360 Growth Drivers

Proprietary - Confidential



## PROJECT

**1** Auction Time Bidding

## IMPACT

Allowed Army advertising to adjust bidding by search query resulting in an ▮ lift in conversions and ▮ decrease in CPA.

**2** DDA

Allowed for appropriate bidding amounts for campaigns that assisted with conversions. Campaigns that lowered their DDA undervalue amount averaged a ▮ decrease in CPA and a ▮ increase in leads lowering spend by ▮

Google

# FY'21 Discovery National Performance

Proprietary + Confidential



| Investment | EBRCs | Cost per | Clicks | Avg. CPC | Avg. CTR | Interactions | Interaction Rate |
|---|---|---|---|---|---|---|---|

Source: Google Ads

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388633

# FY'21 Discovery National Guard Performance

Proprietary + Confidential

| Investment | EBRCs | Cost per EBRC | Clicks | Avg. CPC | Avg. CTR | Interactions | Interaction Rate |
|---|---|---|---|---|---|---|---|



Source: Google Ads

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388634

Proprietary + Confidential

# FY21 Discovery EBRCs



| National EBRCs driven by Discovery | Guard EBRCs driven by Discovery | Total across National + Guard |

  

GOOG-AT-MDL-004388635

# FY'21 Discovery Growth Drivers



|  | PROJECT | IMPACT |
|---|---|---|
| **1** | **Discovery Launch** | Expansion across all compos (AMEDD in FY22) & now the #2 EBRC driver with room to grow! |
| **2** | **tCPA Bidding Strategy on Discovery** | Allowed for us to stay flexible, while keeping a healthy cost per EBRC |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388636



Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388637

# Spanish Discovery Campaigns

Spanish Discovery Ads provide you with a new opportunity to reach bilingual prospects as they explore their interests and search for inspiration across their favorite Google feeds (YouTube, Gmail, and Discovery) - all within a single campaign.

- Find hard-to-reach bilingual users when they're open to discover new brands: by sharing visually rich, inspiring brand creative across feeds on Google properties → do so by repurposing creative from social feeds!
- Reconnect with your most valuable prospects if they've most recently visited your website – we know remarketing is one of Discovery's sweet spots
- Audience Targeting Tips:
    a. Apply top performing keywords from Spanish Search campaigns
    b. Test affinities like Spanish Language Music Fans
    c. Target Spanish Browser Settings

Google

GOOG-AT-MDL-004388638

# FY'21  National YouTube Select **Performance**

Proprietary – Confidential



| Investment | Avg. CPM | Impressions | Avg. VCR | Avg. CTR |
|---|---|---|---|---|

## Key Takeaways:

- Compared to other DoD YouTube Select campaigns, performance was strong for FY '21 National (DOD benchmarks: CTR: ▮▮▮▮▮▮

Source: DV360 & YouTube Reservation data

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388639

# FY'21 YouTube Growth Drivers

Proprietary - Confidential



| PROJECT | IMPACT |
|---------|--------|
| **1**   **YouTube Select Streaming TV Package** | Owned the Living Room with a higher avg. VCR than traditional YTS ▮▮▮ compared to ▮▮▮▮ + more efficient CPMs than other CTV partners |
| **2**   **Audience Alignment to Drive users down the funnel** | Continued aligning budgets to specific audience groups that are key for EBRC expansion (Gen Z, Influencers, Strategic Targets) & HM on horizon in FY22 |

GOOG-AT-MDL-004388640

# FY'21 DV360 National* **Performance**

Proprietary + Confidential



**Key Takeaways:**

- Across all media types, we're seeing engagement metrics **perform significantly above Military benchmarks**, largely due to our reliance on Machine Learning (i.e. auto-bidding)
- 2021 brought lots of new launches - including the launch of Personalized Marketing in Q3, as well as the **consolidation of 5 PG deals** across Upper Funnel tactics

Source: DV360, data pulled from October 2020 - November 2021. *Includes Compo 1, Compo 3, AMEDD, and Personalized Marketing

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388641

# FY'21 DV360 National Guard Performance

Proprietary - Confidential



## Key Takeaways:

- Similar to Army National, within Compo 2 we also saw very **strong performance** across engagement metrics compared to our **Military benchmarks**.
- Note that National Guard was paused in Q2 2021 and remained dark through the end of the year on DV360.

Source: DV360, data pulled from October 2020 – November 2021. *Includes Compo 2 only

Google

HIGHLY CONFIDENTIAL                                                                                          GOOG-AT-MDL-004388642

# Digital Consolidation in DV360 in 2021

Proprietary + Confidential



5+
partners

Digital buys consolidated in FY21 that allowed us to
**drive maximum reach**

Google

GOOG-AT-MDL-004388643

# FY'21 DV360 Growth Drivers

Proprietary – Confidential



## PROJECT | IMPACT

**1** Consolidation in DV360 maximizes efficiency

In 2021, we worked to **consolidate 5+ digital partners**. In 2022, we now have campaign frequency caps applied, which allows us to quantify cost savings and maximize unique reach across campaigns.

**2** Machine Learning Improves Performance

Both Army and National Guard saw **strong performance** across **engagement metrics** compared to our Government benchmarks, largely due to heavy utilization of auto-bidding.

**3** Google targeting paves the way for a cookieless future

2021 brought in a handful of new campaign launches (**Personalized Marketing / DCO, The Calling, etc.**), and Google's audience solutions provided **privacy-safe** ways to reach our target audiences at scale.

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004388644