# PX 163

# (Google's Proposed Redactions)

Message

| From: | Sabrina Abuzahra [sabuzahra@google.com] |
|---|---|
| Sent: | 1/17/2023 1:50:14 PM |
| To: | Alyssa Raiola [alyssaraiola@google.com] |
| Subject: | Re: Team Mil Q1 '23 Gut Call Context |

Need any action from me on this?

On Fri, Jan 13, 2023 at 9:43 AM Alyssa Raiola <alyssaraiola@google.com> wrote:

| | |
|---|---|
| Locked In (Proj) | ▮ |
| Total Pipe @70% | ▮ |
| Gut with locked in + 70% pipe | ▮ |
| Total Pipe @50% | ▮ |
| Gut with locked in + 50% +70% pipe | ▮ |

**70% Overview:** ▮ **Total**

- ▮ in Misc DOD Rev not yet in platform - repeats every year (JAMRS, DOD)- High Confidence
- ▮ in Army/ARNG/USAF DV3- based on historical & verbal context from clients, not yet in platform- Variable, but based on best estimate
  - Most Army/ ARNG IOs end 2/28- estimation largely comes from March period. No indication that campaigns will be dark
  - USAF team has loaded new campaigns every week/ continues getting incremental- confident here
- ▮ Local Army DV3- Funding not yet confirmed, based on historical, likely to come back within Q
- ▮ USAF Misc incremental- High confidence

**50% Overview:** ▮ **Total**

- ▮ Additional ANG search incremental - This has been coming through pretty frequently, could happen
- ▮ for Continued Army search full opp- Team continuing to pitch this monthly

Additional Areas for Incremental --> *I will add these as net new 30% & 50% goals*

- Anthem Incremental (Consolidation)- Although the Army team is not going with Youtube as a main partner for the March launch and has passed on the March Madness opp, we are actively working across teams to push as much revenue as possible via DV3. *Our pipe above includes* ▮ *estimated for this in March- potential for this to increase ~+* ▮ *on top of this.*
- Navy - Pitching new campaign for Mar focused on Navy band - Pitched additional ▮ week to planned funds
- USAF- Continuing to bring sponsorship opps to the team as they've been interested in Int'l Women's Day & March Madness in the past- both fall in Q1- ▮

--

Alyssa Raiola

DOD Lead | Google for Government
973.255.0190
alyssaraiola@google.com

- **Sabrina Abuzahra**
- Account Manager
- sabuzahra@google.com
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

Click here to access chat: 24 hours a day, 7 days a week
Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

HIGHLY CONFIDENTIAL