# PX 164

# (Google's Proposed Redactions)



# Instructions

ObjectiVe: Show JO **how the business is tracking, what your focused on, and your sales strategy,**

Timeline
- 10/15 Incorporate Quality Tech Roadmaps Feedback into presentation (think about Q4 bridge to 2023 prios)
- 10/29 Territory Reviews Complete (template).
  - ○ Template is to help AEs / CSM structure their account reviews, but if this structure isn't working please feel free to take liberties!
  - ○ We added an OKR tracking slide that mimics the leaderboard  to help our sellers begin to think in that mindset as well
- 10/31 Customer Health Scorecard Completed  (incorporate for your top account)
- 10/31-11/4 MZ Preread + Feedback
- w/o 11/7 Presentation to Jo

CONTENT
- Day 1: Sub Verticals State of Biz (partner with teammates on narratives)
  - ○ Review 2023 TechChefs Plan (built on Jo's Opr Plan) || LCS strategy: 2023 FBR / Programmatic Plan /  2023 G&A.
  - ○ What Good looks like (Examples: SuperTech SubVerticals Strategies) (gaming)
- Day 2: Territory Review Timeline (your time to shine!)
  - ○ Demonstrate your understanding of business, through tech roadmap and how you're managing those TMPs through Sales Process that's anchored on CBOs/JBP.  What GMP big swings will unlock 2023 growth (for client and GMP)? What's customer health score? What obstacle are you hitting and what's the ask to Jo?

Two Questions for Monday AM.
What was highlight of your weekend?
What was 1 thing you did at work last week that enabled you to showcase a strength of yours?

GOOG-AT-MDL-008314346



I am the Govt guy this week - i struggled a little on what to cover today vs tomorrow

GOOG-AT-MDL-008314360

# State of the Union: US Government

**What are our strengths across our top accounts?**

1. **Agencies** are just as much our direct clients
2. **Partner Alignment** has been very beneficial and the lack detrimental
   a. US Air Force : Cardinal Path (Via GSD&M)  // US Army: Annalect  // Bounteous: USPS
3. Incredible **collaboration** and sharing across LCS, GMP and Specialist teams has been a **driving force**
4. Managed service seems to be a top priority - managing with DIF/DVIP where possible (USPS, Navy?)

**What challenges could prevent us from achieving our goals? Where do you need support?**

- Priority alignment is a key focus moving into '23
  - ○ ▮▮▮▮▮▮▮▮▮
  - ○ DoD / Public Health / Other
- Regulatory Roadblocks
  - ○ Impact Level 4, PII constraints, etc.
- Contracting with Government entities can be extremely difficult, even via partners
- Agency GMP Partner Support Model - No coverage for smaller agencies within HoldCos
  - ○ (Ex: Weber Shandwick within IPG, GSD&M + Porter Novelli within OMG, etc.)

**First Movers?**

**Where do I need help?**

- First Movers
  - ○ US Army (1PD)
  - ○ US Air Force / Amtrak / USPS (VBB)
- Knowledge Gap + Opportunity:
  - ○ Public Health

GOOG-AT-MDL-008314361

## State of the Business – OKRs

| US GOV | Attainment | OKR | | |
|---|---|---|---|---|
| % Quality Tech Roadmap | 100% | 100% | ⟹ | Tech Roadmap: Department of Defense<br>Gap: Public Health |
| GA4 SoT | 11% | 31% | ⟹ | Movers: US Air Force (Cardinal Path) + USPS (Bounteous)<br>Blockers: US Army / Navy (Adobe) |
| VBB | 21% | 20% | ⟹ | Movers: US Air Force (25%) / Amtrak (100%) / USPS (50%) |
| Foundational Projects | Q4 | 3 | ⟹ | US Air Force GA4 // USPS GA4<br>US Army Match ID - CM Offline API |
| Activation Projects | Q4 | 0 | ⟹ | Coming in Q1!<br>US Army - Activation from Match ID // USMC - Google Audiences<br>USPS DIF for 3P Partner Services to flip from TTD |

**Gap:** One "US Government" Account Name / Account Insight within Salesforce

Breakout over all?

DoD
HealthCare
Elections
"Other" (USPS, Amtrak, etc.)

GOOG-AT-MDL-008314362



CONFIDENTIAL

## 2022 in Review | What Informs 2023

### 2023 Business Plan

#### What We Learned

| Celebrate all wins | Plant where the sun shines | Count on complications, rely on rigor |
| --- | --- | --- |
| Don't let the business environment and resource constraints define our momentum. Stop and appreciate the work. | The biggest wins are driven by industry change, but they require relentless focus and a commitment to the long game. | We need process to manage complexity at scale. When we find a successful path, we should share and embrace the culture of reuse. |

#### What We'll Take into 2023

| Our business is at a maturation point | Simplify and focus |
| --- | --- |
| We will preserve the culture of hustle in G&A while bringing in more operational rigor that meets the needs of the business. We will develop an adaptive stance to market factors and the economic environment. | Leverage sector resources and programs to drive operational efficiency. Continue investing in the initiatives that deliver results: Starlight, AM/AE Roundtables, and Vertical Video Power Hours |

Google

How are you thinking about 1SP
What is missing from the sector that's leading us to augment (e.g. video power hour)
Tailoring to our clients and competitive space
Ashley to make sure the partner teams are accountable for delivering things through sector initiatives
Lean on product teams to create content for us

GOOG-AT-MDL-008314364



Exhibits
Kentucky Primary: 5/16/23
Mississippi Primary: Likely June 2023
Louisiana Primary: 10/14/23
General Election (MS, KY): 11/7/23
LA General Election: 11/18/23
Presidential Debates Likely to Start: late August - October, 2023
Presidential Primary spend begins to ramp up: November - December 2023

Is there headroom in elections that we may not realize in this target #
We have priorities shifting; is there anything we may immediately deprioritize next year to focus somewhere else?

GOOG-AT-MDL-008314365



Product Usage Doc: https://docs.google.com/spreadsheets/d/1g27C5s-ATvFia8BuppmzBaTAZ1hlloW49glJDT_v_9k/edit#gid=0

GOOG-AT-MDL-008314366



GOOG-AT-MDL-008314367



GOOG-AT-MDL-008314368