# PX 167

# (Google's Proposed Redactions)

## Project Starlight GAMT Workshop Notes





HIGHLY CONFIDENTIAL
GOOG-AT-MDL-006508443



## Army

Alyssa Raiola / Andrew Carroll
April 14, 2021

**Strengths to Steal with Pride**
- Navigating complex relationship map of end client and many, many agencies
- Super clear CBO (recruit 65K new soldiers, achieve 486K active soldiers) tied to marketing objectives (800K new leads)
- Building advocates in creative to bring back to client - lots to lift from how to partner with the Creative Works team overall as a way to get senior client engagement even beyond business results.
- Using client examples to drive competition (i.e. other branches)
- Developing a partnership that is broader than just marketing

**Opportunities to Learn from Others**
- TV share shift (Elections)
- Managing high share of spend (i.e. Census)
    - Make yourself an indispensable partner, not just on media
    - Separate DV360 from Google O&O

**Connections to Other Businesses**
- Media consolidation - driving it and defending it on DV360
- 200 Points for the US Government
- MMM and test and learn plans

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-006508446

**USPS**
Christina Uribe
April 28, 2021

**Strengths to Steal with Pride**
- Strategy to go direct to the end client to push pressure on the agency (who is more resistant to change).
- Focus on a small number of key priorities.

**Opportunities to Learn from Others**
- TV share shift breakthrough (Elections / sufficiency style approach).

**Connections to Other Businesses**
- VFT for VBM and elections
- TV Share Shift = big opportunity
- Agency transition

**Next Steps**
- Follow up with Daniele on questions to ask their agency

**Misc Notes/Questions**
- Addressable TV budget: performance vs reach, etc, all B2B? How to break that down and figure out where to focus.
    - Privacy related risks for this account - with growth on DV3, can that sustain? What are they (really UM) being sold by competitors? Do they care?
- Upfront: How to make the client care about the TV buy so it's not influenced by what the agency owes on their broader TV upfronts.
    - Objection = TV minimums for discounted deals.
    - TV = "Paying more for less, no matter what your discount looks like".  TRPs down 40%, yet prices are up.
- More opportunity here in terms of addressable than we have in some other places. Automation, share shift, value delivered – all those plays work. Do we have the engagement we need to make it happen? What is actually the right SOW we should have?
- Backchanneling often more important than the meeting itself - going into the room, you should already know what as many people as possible are going to say
- Need an exec level POV for USPS (can deliver to Chris Karpenko at a minimum) – maybe it's a JBP pitch of sorts, but more likely a memo-style POV across ads (TV reach), tech (data control, partner recommendation), and how automation is going to help them grow; headline, Chris, this is how you win. Questions to be asking, things to be planning for, etc.

_____

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-006508450