# PX 168

# (Google's Proposed Redactions)

**Team Public Health Secures ▮ from CMS to support Public Health Emergency Unwinding Efforts**

Just weeks after wrapping up Open Enrollment 2022, Team Public Health secured ▮ (April - October 2023, January - May 2024) from CMS to support Public Health Emergency Unwinding Efforts for Medicaid.

During the pandemic, the US Government declared a Public Health Emergency that allowed CMS to automatically re-enroll existing Medicaid participants in the program to ensure they retained coverage without actively renewing each year. On January 30th of this year, the Biden Administration announced they will end the Public Health Emergency, meaning States will again need to ensure that every eligible Medicaid enrollee goes through a renewal process for the program. This campaign is designed to raise awareness among the 15 million Americans who are currently on Medicaid that could lose critical healthcare coverage if they do not take action to renew their plan.

**The How:**
Over the past 9 months, Michelle, Cait, and Esteban partnered with CMS and their agencies to create a communications approach in partnership with the states to ensure people with Medicaid are aware of the steps they need to take to maintain their coverage. The campaign goals are a) focus on encouraging people to update their contact info and fill out the Medicaid renewal form and b) finding the individuals that may no longer qualify for Medicaid and send them to healthcare.gov. Anchoring on the success and our relationships from previous year round efforts with CMS, we pitched and won a full funnel plan spanning Search, Display, Video, Discovery, and Audio.

**The results:**
- ▮ on Display
- ▮ on Audio
- ▮ on Trueview
- ▮ on Discovery
- ▮ on Search

**What made the difference: Seamless collaboration**
- Michelle led the charge into breaking down the strategy and goals into appropriate initiatives and workflows with our C level contacts and several agency partners, while collaborating internally with the GAPP, Health, and Marketing teams on messaging and approach to ensure cohesion with upcoming launch efforts.

- Esteban built and delivered our Display, Discovery, and Search strategies. He developed the sample media plans with projected conversions based on results from similar public health initiatives to give the clients a strong sense on the value our team and Google products will deliver based on their investment.
- Cait led the charge on Video, and specifically leaned into YouTube Audio. She #recycled materials from go/G&Aaudio to understand the value prop for the client (incremental reach with "share of ear", multicultural targeting, low CPMs). Her excitement about the product was contagious and the client agreed to put ▬ of their overall budget into it.

HIGHLY CONFIDENTIAL