# PX 171

# (Google's Proposed Redactions)

# 2020 Joint Business Plan 

**Chief Business Objective (CBO)**: Save ~23M lives through awareness and behavior change to limit the number of driving deaths tied to drunk driving, reckless driving, recalls or lack of seatbelt usage, in 2020. Google's partnership will reach approximately 20-30% of 18-34 males at a frequency of 6-8x.

## Pillars of Partnership

### 1 Prevent Distracted Driving

**Key Strategy**
- Effectively and efficiently reach as many young Americans to change their attitudes and behaviors around distracted driving.

**KPI Tracking**
- Brand Lift - Awareness and Ad Recall. Specifically, the number of people who remember see the content.
- Frequency - the average number of times the reached audience saw your message
- Reach - The number of 18-34 year olds reach with NHTSA's message.

**Owners**
Brian O'Connor
Jacob Durant
Bridget Simonelli

Claudia Howard
Sven Reigle
Christine Wagner

### 2 Encourage People to Wear Seatbelts & Promote Railroad Crossing Safety

**Key Strategy**
- Engage users in new and efficient ways (audio ads, trueview for action, etc.)
- Provide options for always on campaigns supporting rail and seatbelt efforts to help reinforce flighted campaigns

**KPI Tracking**
- Brand Lift - Awareness and Ad Recall. Specifically, the number of people who remember see the content.
- Frequency - the average number of times the reached audience saw your message
- Reach - The number of 18-34 year olds reach with NHTSA's message.

**Owners** 
Brian O'Connor
Jacob Durant
Bridget Simonelli

Claudia Howard
Sven Reigle
Christine Wagner

### 3 Provide Insights and Innovative Product Adoption

**Key Strategy**
- Provide the team at Tombras and Statacomm with timely insights around the sector and target audiences.
- Hold Quarterly Business Reviews to uncover insights and analyze campaign performance.
- Consistently bring forward innovative product ideas to drive change with NHTSA's primary target audience of M18-34.
- Adopt Google Ads or DV360 for media consolidation to drive efficiencies.

**Owners** 
Brian O'Connor
Jacob Durant
Bridget Simonelli

Claudia Howard
Sven Reigle
Christine Wagner

### 4 Promote Auto Safety Issues & Recalls

**Key Strategy**
- Amplify awareness of Car Recalls with tentpole strategy, followed by remarketing strategy
- Adopt a proactive strategy to drive awareness and remind consumers where to go should issue arise with their vehicles via search.

**KPI Tracking**
- Americans delivered to the website.
- Searches for VIN lookup in recall tool.
- Phone Calls

**Owners** 
Sabena Toor
Kaitlyn Richards

Claudia Howard
Sven Reigle

## Google Commitments and Resources 

### Access

- Dedicated account team across Google Ads to support campaign optimization.

- Access to product innovations, Alphas, Betas, Director's Mix, etc.

- Bi-annual in-person meetings & bi-weekly phone syncs to drive performance.

### Insights

- Quarterly Business Review including audience insights & industry search trends analysis

- Dedicated measurement focus to further refine measurement models and KPIs across campaigns with reach and frequency targets in mind.

- Access to Google research and insights, Google Consumer Surveys, Brand Lift & Search Lift set-up and reporting, particularly focused on Mil. and Gen Z.

### Service

- Monthly account strategy meetings & bi-weekly optimization phone syncs

- Access to subject matter experts across Google for ongoing innovative media placements, strategic planning and development

- Google led Brand & Search Lift survey setup and reporting

## Partnership Timeline

### Q2
- Launch YT, Search, Display campaigns: Distracted Driving, Rail, Click it or Ticket, ODI

- Audience Insights, quarterly trends, Gen Z research

### Q3
- Launch YT, Search, Display campaigns: Impaired Driving, ODI

- QBR, Trends & Reporting

### Q4
- Launch YT, Search, Display campaigns: Impaired Driving, Rail, ODI

- QBR, Trends & Reporting

## Media Allocation

2020 Investment Breakdown* -

  

## Governance Plan

**Executive sponsors**
Google
Courtney Rose, Marco Hardie

NHTSA
Guy Jacobssen, Brian O'Connor
Sabena Toor

**Check-in Points**

| | |
|---|---|
| Bi-Weekly Calls: | Claudia, Sven, Brian, Bridget, Jacob |
| Monthly Check-In: | Google, Stratacomm, Tombras, GMMB |
| Quarterly Audience Review: | Google, Tombras, GMMB |
| Biannual Executive Briefing: | Google, Tombras, GMMB |