# PX 172

# (Google's Proposed Redactions)

# HHS- ASPA

Google
GOVERNMENT & ADVOCACY

## Main CBO: Increase vaccine confidence and uptake of COVID-19 vaccines

### Client Objectives
- Increase Vaccine Acceptance - Get more Americans Vaccinated; Reduce Vaccine Hesitancy - Complacency, Confidence, Convenience
- Establish government as authoritative source for information related to Covid vaccines
- Successfully complete the RFP process and rewin the business

### Google Objectives
- Support RFP process via insights, tools and media planning innovations.
- Maintain and grow presence and position on Search as a critical component for campaign success.
- Leverage DV360 as the right place localize and scale campaigns to reach audiences.
- Refine measurement plan via internal resources, agencies and end-client.

### Q3 Stakeholder Focus/Operating Conditions

| Who? | Role | Q3 Goal |
| --- | --- | --- |
| **FEDERAL AGENCIES**<br>Josh Peck<br>Sheila Walsh | Key end-clients; Interact with GAPP and Ads. Control budgets and influence/direct strategy. | *Coordination across Google*: helping to leverage the collective power of organization to help drive strategy and efficiency for Paid Media approach |
| **FMG**<br>Ronne Ostby<br>Imani Greene<br>Leah Hoffman | Long-term planning and strategy; lead Media and Research efforts for HHS as prime agency on Vaccine Education campaign. | *Support RFP process*: FMG is repitching the business, we need to arm them with our strategic POV, insights and tools to support their bid, while consistently elevating value delivered. |
| **REINGOLD**<br>Kiera McCaffrey<br>Meg Krause<br>Shannon Considine | Day-to-day account leads; Strategic input and hands on keyboard activation. Influence budgets via recommendations. | *Flawless Execution & Innovation*: Ensure Reingold can execute success campaigns across the platforms, efficiently. Level-up opportunities that differentiate our platforms and drive results. |

| Headwinds | Tailwinds |
| --- | --- |
| - New players at HHS/ASPA<br>- Account under review in Q3, potential for a new agency<br>- Budget fluidity - authorizations, modifications, lack of clear budget direction | - Focus on younger audiences and platforms within DV<br>- Product development across GAPP, Search, etc<br>- Experimentation within the account<br>- Relationships at FMG, RG; deep understanding of operations |

### Strategic Areas of Focus

| | |
| --- | --- |
| **BUILD THE FOUNDATION**<br>Search | - Maintain the monthly pitch/optimization cadence to drive impact/ position HHS info<br>- Continue to align closely with GAPP, Eng, Product to ensure we bring the best to the vaccine efforts (VSI access, OSRP, etc.)<br>- Encourage the client to enact Search Console to help strengthen our position on Search |
| **CONVINCE THE FENCE SITTERS**<br>YouTube & DV360 | - Work closely with Reingold to ensure HHS is developing durable privacy solutions<br>- Focus on scale of YouTube and position Google Audiences as a targeting solution<br>- Position CTV as a critical component of HHS strategy to reach the vaccine hesitant (Gen Z, Parents, etc.) |
| **DATA & DOLLAR AGILITY** | - Implement experiments in the account to help drive strategy, influence targeting and drive conversions in service of increased vaccination rates<br>- Provide detailed Wave 2, GM value delivered reports; implement Media Impact dashboard |

Check out Andrew's Plan - i'm doing this, here's why - suggest what detail
Make JBP Link very explicit
Shorten the distance between client and planning
Grow YouTube Revenue 30% VS Achieve Reach Goals → what do you need to say to the client, how will you get there, what internal resources will you need

# NHTSA 

### Client Objectives
BEHAVIOR CHANGE – Save lives through awareness and behavior change to limit the number of driving deaths tied to drunk driving, reckless driving, recalls or not wearing a seatbelt

### Google Objectives
Provide innovative ideas across our platforms to drive revenue growth and expand client's use across the universe of Google platforms through actionable insights.

### Measurement/KPIs
Reach and Frequency – Percentage is determined by campaign but generally lies between 20-30% Males 18-34.

### Stakeholder Relationship Status
We have spent 1H building a strong relationship at Stratacomm. They want to do more and spend more. Starting next fiscal they will run Rail and Heat stroke campaigns exclusively; they want to be more involved as the Prime agency in the work we do with Tombras. THere are also new players at Tombras as Brian O'connor has left the org.

- *Stephanie Brown, Senior Media Director, Stratacomm* – Key influencer, oversees day-to-day senior relationships and strategy between client and subcontractors. Extremely well versed in media industry but new to the team and agency.
- *Kim Miller, Associate Media Director, Stratacomm* – New to the team, previous Googler on G&A. Eager to share when we connect, great understanding of digital marketing and open to spending more.
- GMMB – As an agency takes a reactive approach to ODI/Recalls: this year the focus is to further develop the Search Strategy and implement an ML test based on winning a new NHTSA RFP.

### Media Breakdown

|  | Q3 YoY Growth | Q3 2020 Revenue | Q3 2021 Revenue Target |
|---|---|---|---|
| Search |  | ▇ | ▇ |
| YouTube | ▇ | ▇ | ▇ |
| DVA |  | ▇ | ▇ |
| TOTALS |  | ▇ | ▇ |

**Headwinds:**
- Short, specific flights limiting ability of some of our products
- Tightened budget direction

**Tailwinds:**
- Open to testing and other innovations
- Stratacomm taking on planning for '21-'22 Fiscal; we are building a relationship and have Trusted Advisor status
- Biden Administration open to more digital support

| Goals / Meeting | Timing | Notes |
|---|---|---|
| JBP | September | Currently building, need to get confirmation from agency on JBP |
| Diversified media strategy through testing | Bi-weekly and monthly | Provide a testing plan to help expand spend and get them to invest in an "Always On" strategy |
| In-person meeting with Stratacomm | September | 2021-2022 Planning session |



CONFIDENTIAL

GOOG-AT-MDL-009758850

## SSA 


Google
GOVERNMENT & ADVOCACY

### Client Objectives
BEHAVIOR CHANGE - Encourage six million Americans to create a mySSA account over the '21-22 fiscal year by increasing consideration 2%; Re-engage 15% of current user base to take actions online versus in-person to reduce overall agency expense.

### Google Objectives
Continue to build relationship with end-client and agency team. Drive increased revenue via a testing plan to influence fiscal '21-'22 budget; Product focus: get them on video!!!

### Measurement/KPIs
Conversions & Cost per Conversion - Priority conversion actions: account creations and account sign-ins

### Stakeholder Relationship Status
In Q1 we were finally able to have meetings with the end-client. It was very beneficial to our relationship with them as well as truly understanding their priorities for the next two years. We will keep these meetings going at a minum twice a year.
- *Dawn Bystry, John Whitney, Jeffrey Buckner, Social Security Administration* - Key end-clients across Comms, Marketing and Analytics. Deep understanding of their goals, consumers and analytics which drives their actions. Really focused on reducing foot-traffic at brick and mortar locations, and promoting three specific actions you can do online.
- *Laura Flury, Suresh John, Crosby Marketing* - Laura leads day-to-day efforts on the account. Understands what we are trying to accomplish and aligned on testing and getting SSA to do video. Suresh is SVP and focused on relationship with SSA, wants ot be involved with comms to them. Crosby recently won the re-bid extending relationship with SSA to 15+ years.

### Media Breakdown

|  | Q3 YoY Growth | Q3 2020 Revenue | Q3 2021 Revenue Target |
|---|---|---|---|
| Search | Sarah's FT % 🌑🌑 100/100 | ▇ | ▇ |
| YouTube | ▇ | ▇ | ▇ |
| DVA |  | ▇ | ▇ |
| TOTALS |  | ▇ | ▇ |

**Headwinds:**
- New operating environment with Biden Administration and getting campaigns back up and running
- Lack of video assets and need for SSA to produce them

**Tailwinds:**
- New operating environment with Biden Administration; digital-forward mindset
- End-client interaction and interest in what Google can bring to them directly
- Understanding of their analytics

| Goals / Meeting | Timing | Notes |
|---|---|---|
| Complete Testing Plan | August/Sept | Currently building, need to get confirmation from agency on JBP |
| Consistent bi-weekly meetings for support, relationship building and fact-finding. | Bi-weekly and monthly | Set bi-weekly syncs with SSA team; Work to meet with Stratacomm monthly to upsell opps |
| SSA end-client meeting | September | Build stronger relationship on this account and launch ML campaigns/Search growth. |



# Google
## Social Security Administration - FY'2021 Rev. Opp: ▇

**Now** — 3 Months — COMPLETED
- Secure 2021 budgets via follow-up on FY'2021 pitch.
  - *Sarah*: Continue asking for updates from agency during by-weekly syncs
- Build deeper relationships at Crosby with key decisions makers.
  - *Claudia & Sarah*: Meet with Sven to get intel and insights from his relationships
  - *Claudia*: Build relationship map to understand relationships and levels of engagement across the Pod/Vertical
- Make contact/introductions with end-clients at SSA.
  - *Claudia*: Secure contacts from Mike/Sven and make initial contact with SSA end-client.
- Stay current on happenings at the federal agency, any key appointments etc. as election occurs.
  - *Claudia & Sarah*: Stay up to date on news outlets & insights regarding end-client initiatives from Crosby

**Next** — 6 Months — COMPLETED
- Consistently pitch and optimize on currently running campaigns.
  - *Sarah*: Continue sending Crosby monthly optimization reports
- Begin formalized QBRs to highlight campaign performance, level-up insights.
  - *Sarah*: Work with Sumit to set up QBRs
  - *Claudia & Sarah*: Set time with the client 3 weeks post quarter to review results and recommendations
- Continue to build relationships and position Google as a critical partner to achieve business objectives.
  - *Claudia*: Monthly High-level engagements including touch base meetings, webinars, insights, etc.

**Later** — 1 Year
- Develop JBP Lite with Crosby for SSA FY'2022.
  - *Claudia & Sarah*: Continue to monitor the client, agency and opportunity to bring forward the JBP at the appropriate moment.
- Revenue growth (5%+) as the account has been flat for 2+ years.
  - *Claudia & Sarah*: Monitor target and revise as necessary.
- Digital Summit with Crosby + SSA to provide critical business insights and support as the client moves towards digital expansion.
  - *Claudia*: Revive work from 2018 (MW/SR) and bring forward a measurement strategy session to guide conversations in support of CBOs

CONFIDENTIAL                                                                                       GOOG-AT-MDL-009758852



CONFIDENTIAL

GOOG-AT-MDL-009758853



CONFIDENTIAL          GOOG-AT-MDL-009758854

# Dept. of Labor - Job Corp


Google
GOVERNMENT & ADVOCACY

### Client Objectives
ACTION - The Department of Labor's Job Corps initiative is designed to provide real-world skills training to those who are of lower-income in the United States. Marketing efforts focus primarily on driving applications to the program and basic-level awareness programs. Coming out of COVID they have an opportunity as a large segment of their target was hit hard by the effects of the pandemic

### Google Objectives
- Secure ▇ commitment for Fiscal '21-'22
- Expanded strategy across Google platforms
- Understand the end-client matrix - who and how they interact with MP&F

### Measurement/KPIs
Clicks, Impressions, CTR, CPC

### Stakeholder Relationship Status
Overall ensure we present a One Google approach, aligning with partners at FameBit, Measurement and other Google divisions, for increased customer service.
- *Kelly Maslan, Sr. Media Buyer, MP&F Strategic Communications* - Oversees all aspects of Job Corp media campaigns. Very involved in the planning and execution. Works with end-clients at DOL.
- Need to expand stakeholder engagement past Kelly.

## Media Breakdown

|  | Q3 YoY Growth | Q3 2020 Revenue | Q3 2021 Revenue Target |
|---|---|---|---|
| Search |  | ▇ | ▇ |
| YouTube | ▇ | ▇ | ▇ |
| DVA |  | ▇ | ▇ |
| **TOTALS** |  | ▇ | ▇ |

**Headwinds:**
- No end-client relationship
- All interaction sits with Kelly, need to expand the universe
- No clear insight into 21-22 goals beyond proposed budget

**Tailwinds:**
- Strong relationships with Kelly, she sees us as a Trusted Advisor
- Understanding of the role of media and Google specifically in reaching their goals
- Committed budget!

| Goals / Meeting | Timing | Notes |
|---|---|---|
| Understand how they plan to allocate funds forth their new planning year Q2 - Q1 | Monthly | Get detailed breakdown of budget/media plan for 2021/2022 and how web work can impact spend. |
| Consistent bi-weekly with Pork Team Monthly with Angie | Bi-weekly and Monthly | Campaign optimizations Monthly LT planning |



# Federal Emergency Management Agency (FEMA) 
Google
GOVERNMENT & ADVOCACY

### Client Objectives
DRIVE AWARENESS - Keep the citizens of the United States safe from natural disasters and other emergencies by raising awareness, and driving consideration to those in potential danger zones about the benefits of flood insurance. FEMA wants to increase the number of US citizens with flood insurance to more than 5,000,000. Google's partnership will reach approximately 20-30% of 35-65+ adults males at a frequency of 6-8x.

### Google Objectives
Maintain trusted advisor status, and expand spend across DV360; Continue to nurture agency relationships and work towards end-client contact.

### Measurement/KPI
- Brand Lift - Measure Awareness and Ad Recall of FEMA and its National Flood Insurance Program among those who saw your video content on Youtube
- Frequency - Monitor the average number of times Americans in at-risk areas saw your message

### Stakeholder/Relationship
- FEMA - No end-client relationship, need to gain a contact at the agency.
- Sabena Toor, Media Supervisor, GMMB - Main contact at the agency who oversees FEMA. Very strong relationship. Moved to DV360 this year and was very pleased with experience and Brand Lift results. Must maintain relationship and push for increased budget.

### Media Breakdown



| | 19/20 YoY Growth | 2019 Revenue | 2020 Revenue | 2021 Revenue Target |
|---|---|---|---|---|
| Search | | | | |
| YouTube | | | | |
| DVA | | | | |
| TOTALS | | | | |

**Headwinds:**
- Delays in congressional funding and end-client agency approvals due specifically to COVID-19 and changes in priority.

**Tailwinds:**
- Budgets are still there, have shifted and we must work to maintain and grow them.
- Trusted partner status across each of these clients.

### Goals
- Secure budgets for the end of the year
- Pitch them an always on strategy supported by research to build a case for additional budget and Search expansion
- Continue to push DV360 to drive increased use and product diversification.
- Continuously meet, pitch and provide insights to deepen relationship and trusted advisor status

CONFIDENTIAL    GOOG-AT-MDL-009758857