# PX 180

# (Google's Proposed Redactions)

Produced in Native

Alyssa Raiola - \tick-218513134_028\docs\alyssaraiola\Alyssa Raiola\tick-218513134_docs_alyssaraiola_7
Copy of Alyssa GP Master Doc - DCBP_1QGmfLSHydkQLkjukb4nFLt06eLgC9eDvLKo2RYlCpRs.xlsx
CONFIDENTIAL                                                                              GOOG-AT-MDL-007188258

| Client | Buying Door | Agency | Hold Co | Payments Profile |
|---|---|---|---|---|
| Army | DV360 | OMD | Omnicom | ■■■■■■ |
| ARNG | DV360 | OMD | Omnicom | ■■■■■■ |
| USAF | Direct | GSD&M | Omnicom | ■■■■■■ |
| USSF | Direct | GSD&M | Omnicom | ■■■■■■ |
| Navy | Direct | Wavemaker | Group M | ■■■■■■ |
| USMC | Direct | Mindshare | Group M | ■■■■■■ |

|  | **Demo** | **guarnteed** |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | | |
| US Department of Defense8807-8357-1919 | Influencers: 25+ | No |
| US Department of Defense8807-8357-1919 | Influencers: 25+ | No |
| UNITED STATES DEPARTMENT OF THE AIR FORCE7 | do 18-24) | No |
| UNITED STATES DEPARTMENT OF THE AIR FORCE7 | 18-44 | No |
| N/A | 18-24 | No |
| United States Marine Corps8921-1874-2783 | **M18-24 + DAR** | **YES** |

| Lineups? | Affinities? | Buys BOV? | Viewability Vendor | Viewability Billing |
|---|---|---|---|---|
| No | Yes | No | Double Verify | N/A |
| No | Yes | No | Double Verify | N/A |
| check | Sometimes | No | N/A | N/A |
| No | buy | No | N/A | N/A |
| No | Yes | No | MOAT | MOAT |
| No | Yes | No | Nielsen DAR | DAR Guarantee |

| Viewability Vendor ID | Brand Safety Vendor | Brand Safety Vendor ID |
|---|---|---|
| ███████████ | Double Verify | ███████████ |
| ███████████ | Double Verify | ███████████ |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| wavemaker | *Open Slate (TBD)* | *Open Slate (TBD)* |
| | *Open Slate (TBD)* | *Open Slate (TBD)* |

| Brand Lift Vendor | Brand Lift Vendor ID | ADH Vendor |
|---|---|---|
| Kantar | ███████████████ | N/A Programmatic |
| Kantar | ███████████████ | N/A Programmatic |
| Kantar | ███████████████ | N/A |
| N/A | N/A | N/A |
| N/A | N/A | Innovid |
| N/A | N/A | Innovid |

| ADH Vendor ID | Include Brand Lift? | Include Search Lift? |
|---|---|---|
| N/A Programmatic | Yes | ███████████ |
| N/A Programmatic | Yes | ███████████ |
| N/A | Yes | Yes |
| N/A | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |