# PX 192

# (Google's Proposed Redactions)

  

# Dept. of Veterans Affairs & Google

## FY22 Partnership Review & Plan

TABLE OF CONTENTS

- 2021 Performance Review (Lookback)
- FY22 Partnership Plan Proposal
  - Partnership Pillars
  - Program Specific Focus Areas
- Measurement Goals
- Google Support & Added Value Summary
- Recommended Investment
  - Program Overview
  - FY22 Financials
- Project Timelines and Teams



# 2021 Performance Review

In 2021, VA, in partnership with Google successfully delivered against ambitious media goals. In addition to **deepening the engagement with the VA community**, Google was able to **reach every American with critical messaging** about mental health services, suicide prevention, and public health resources.

This strong collaboration will continue to be integral in achieving VA's digital media goals. Looking ahead we plan to build on and accelerate this progress.

## VA's DV360 ads reached every American at least once

Google's programmatic ad buying platform (DV360) serves VA ads to Americans almost anywhere they were connected to the internet. Whether someone watches the latest basketball game on their Connected TV or reads a wsj.com article on their mobile phone, DV360 delivers ads to Americans at crucial moments. During 2021, Veterans Affairs did just that: through DV360, **Americans saw VA's message 5.1 billion times** via display, video, and YouTube ads.

| 15X | 5.1B | 50% | 225M |
|---|---|---|---|
| Frequency | Impressions | Video Completions | CTV Impressions |
| *Number of times every American was served an ad in 2021* | *Led to 4M actions taken after seeing a VA ad online* | *Of 2.2 billion video impressions served to Americans, 50% completed watching* | *85% of Americans served CTV ads watched them to completion* |

## VA 'owned the living room' through all-encompassing CTV strategy across 3P publishers and YouTube

Connected TV is the only way to reach Americans who are pivoting away from traditional TV. This trend is likely to continue as digital-first generations age, with 12% of US adults already labeled as cord-nevers (i.e. never owning a cable box). In 2021, VA demonstrated its commitment to reaching Americans on their streaming devices by investing $5.7M in CTV alone.

| 80% | 220M | 13+ | 39M |
|---|---|---|---|
| Americans Reached | Video Completions | # of Publishers | YouTube Views |
| *Over 257M Americans reached via CTV* | *85% of Americans watched ads to completion* | *ESPN, NFL, NBC, Fubo, SpotX, etc.* | *20% of total CTV impressions served* |

## VA's Mastheads spread gun safety awareness to 72M+ unique users

Mastheads put VA's message for gun safety and suicide prevention front and center on mobile phones, desktops, and living room TVs. The large scale reach of Mastheads were coupled with a focus on areas in the country that over index within the target demographic - driving the greatest potential impact for VA's investment dollars. Combined, VA's Mastheads garnered 188M total impressions across 72M unique users in less than one week.

| 72M | 2.6x | 0.80% |
|---|---|---|
| Unique Reach | Avg. Frequency | Avg. CTR |
| *Of the 188M impressions served, Mastheads reached over 72M unique users* | *Average number of times people saw your Mastheads in 2021* | *Average CTR across Mastheads in 2021 - exceeding the U.S. Government benchmark* |



# FY2022 Partnership Plan Proposal

## Dept. of Veterans Affairs and Google Partnership Goal

*Google will partner with VA to help Veterans access high-quality mental health care and eliminate suicide among all Veterans.*

Demand for VA's mental health services has grown over time. The **number of veterans receiving mental health care from VA increased by 90 percent** from fiscal year 2006 to 2019—more than three times the rate of increase for all VA health care services. As demand for services continues to grow it is critical that we amplify awareness for programs like Make The Connection and Veterans Crisis Line.

VA continues to prioritze suicide prevention programming as part of its broader mental health care strategy. An **average of 20 Veterans per day die as a result of suicide.** This accounts for 18 percent of all deaths by suicide while Veterans only represent about 8.5% of the US population. Moreover, about 67 percent of Veteran deaths by suicide were the result of firearm injuries.

In its *National Strategy for Preventing Veteran Suicide* the VA continues to focus on ending Veteran suicide through a public health approach that combines both community-based and clinically based strategies across prevention, intervention, and postvention areas of focus. Campaigns like Keep-It-Secure are vital in educating and empowering Veterans and their communities on the best ways to support a loved one in crisis.

Coupled with VA's expertise and Google's best-in-class tools we can deliver reliable, timely information to Veterans and their families with the **goal of promoting quality health care services and eliminating suicide in the Veteran community.**

## Three core objectives to achieve our partnership goal

- *Amplify Awareness Nationwide:* Google & VA will work together to amplify stories about Veterans and make more Americans aware of suicide prevention strategies.
- *Educate & Empower Communities:* Google & VA will partner together to promote local VA mental health care services for Veterans and their families.
- *Deliver the **right** message, at the **right** time:* Google & VA will deliver timely, critical resources to Veterans in crisis and offer quality information to those who need it most.

## VA specific program initiatives

| Make the Connection | Mental Health Services | Veterans Crisis Line | Keep-It-Secure |
|---|---|---|---|
| Make the Connection is an awareness campaign designed to highlight Veteran's true and inspiring stories of mental health recovery and to connect Veterans and their families with local mental health resources. | VA has a variety of mental health resources, information, treatment options, and more — all accessible to Veterans, Veterans' supporters, and the general public. This initiative promotes these critical resources. | Veterans in crisis or those concerned about one are encouraged to use the Veterans Crisis Line. A free, confidential resource that connects Veterans to a real person specially trained to support their needs. | Keep-It-Secure is an awarenes campaigns focused on learning how to identify and respond to a crisis and taking lethal means safety precautions to help lower the suicide rate in the Veteran community to zero. |



## Make The Connection

Objective: Increase awareness for Veteran's true and inspiring mental health recovery stories and mental health resources by using Google tools to connect Veterans and their families to VA-specific mental health programming.

*KPI: Video Views; Page Visits*

- Combine **TrueView for Reach and Bumper** ads to improve Ad Recall and Brand Awareness.
- Complement TrueView, CTV, and Native ads with **High Impact Display and In-App Ads** to maximize reach and drive page visits.
- Simplify the media buying process by: **(i) consolidating YouTube in DV360; and (ii) managing frequency at the campaign level to reach incremental new users.**

## Mental Health Services

Objective: Build awareness for mental health treatment options and services offered through the VA by leveraging Google Products to reach Veterans and their families with reliable, trustworthy information.

*KPI: Page Visits; Clicks*

- Enable **Video Action Campaigns** to leverage action-based format and smart bidding across in-stream, home feed, and Google Video Partners across YouTube to drive performance at scale.
- Utilize **keyword targeting** to granularly target content that is most relevant to mental health treatment options and services.
- Use **Google Search data** to inform location targeting for Americans who are searching at a higher percentage for mental health services in specific geographies.

## Veterans Crisis Line

Objective: Grow awareness for the confidential, 24/7 Veterans Crisis Line and encourage Veterans in crisis and their supporters to connect with a responder by using both click-to-call and click-to-text paid ads.

*KPI: Phone Calls, Text Messages*

- Lean into CTV and use **Brand Extension** to measure how video ads are increasing engagement with VA resources.
- Launch **Audio Ads & Youtube Music Ads** to reach VA and VA-adjacent communities where they are already spending time.
- Use **Search Lift** measurement tool to understand how video ads are impacting search behavior in the target audience.

Sam, Melanie, & Oliver

https://www.thinkwithgoogle.com/marketing-resources/data-measurement/customer-surveys/

As Americans feel the personal effects of COVID-19, organization and brand messages may matter more than ever

Pt. 1: Searches for anxiety, insomnia, loneliness, etc. are on the rise in the US.
(See Opioids Roundtable deck: https://docs.google.com/presentation/d/1Vk_m_9g-mgTH2SxmTpjLIfYrGCMo3HOzFAfnb3omHhA/edit#slide=id.g737f777a4c_0_1)

Pt. 2: Research also states that 60% of US adults are somewhat or very concerned about losing their job during the pandemic.
(Source: The Harris Poll, April 2020)

Pt. 3: People are responding best to brands that provide practical information or tips to help people deal with the situation, or that pledge money/aid/supplies (83%).
Running 'normal' advertising unrelated to coronavirus scored the lowest approval rating (52%).
(Source: GWI, April 2020)

Main point here - to raise awareness nationally - you need to focus on all people (Programmatic), ppl who don't watch TV, and then those watching linear TV (here's the extra you'll get when buying through Google)



# *Keep It Secure*

Objective: Increase awareness for suicide prevention resources with a specific focus on firearm safety and gun locks.
***KPI: Video Views***

- Combine **TrueView for Reach and Bumper ads** to improve Ad Recall and Brand Awareness.
- Complement TrueView, CTV, and Native ads with **High Impact Display and In-App Ads** to maximize reach.
- Launch **Audio Ads & Youtube Music Ads** to reach VA and adjacent communities where they are already spending time.

**In Veterans' own words:**

Some Veterans find that they feel numb and lose interest in things they used to enjoy. Others start to feel hopeless, which may lead to thoughts of suicide. By reaching out for support, these Veterans connected to resources for recovery, including counseling or the Veterans Crisis Line.

Veterans discuss how they used alcohol or drugs in an attempt to cope with stress, nightmares, and other problems. It took strength for them to seek out more effective solutions, leave behind unhealthy ways of coping, and live healthier, more fulfilling lives.



# 2022 Measurement Goals

## Future-proof and Leverage First Party Website Analytics

With the changing privacy landscape, future-proofing your digital strategy is a necessary step to ensure you are armed with the data to continue your effective campaigns. Now that your GA4 instance is set up, activating GA4 to its fullest potential will allow you to build and privacy-safe audiences using your own first party data and with the direct BigQuery feed, can activate on insights to build propensity modeling to inform dynamic bidding using machine learning.

### 2022 Priority Projects:

| | |
|---|---|
| Now | • **Google Analytics Lab and Tagging Audit** with Google's GA Measurement Lead Expert. This session will ensure proper website tagging, ensure you are maximizing GA4, and answer key questions about insights and reporting.<br>• **Finish GA4 activation** by linking GA4 account to Google Ads, turning on Google Signals, bidding to GA4 conversions and exporting GA4 audiences to Ads and DV360. |
| Next | • **Build and Activate Propensity Model** with Google's Marketing Science team. Identify high value site visitors and use automation to find similar people.<br>• **Run experiment** to test propensity model, comparing results against a control group. |
| Long | • Incorporate model into **value based bidding strategy** leveraging Max Conversion bidding.<br>• CTV **propensity modeling** beta for lookalike model of CTV converts and bidding to conversion. |

## Activate on Paid Media Consolidation

Housing all of your paid media data into BigQuery opens up opportunities to activate on mature measurement and tactical cross-platform digital strategies. It places VA at the forefront of the ever-changing, less-visible cookieless future. With its data in one place, VA can now visualize a cross-platform view of total Americans reached, draw insights to increase operational efficiency, and eventually plan media holistically - measuring platform level impact.

### 2022 Priority Projects:

| | |
|---|---|
| Now | • **Visualize all of paid media** across dashboards for comprehensive overview of paid digital media strategy and inform internal business intelligence to answer stakeholder questions. |
| Next | • **Develop campaign insights** from aggregate visualizations, providing client with cross-platform recommendations. |
| Long | • Explore evolving opportunities for machine learning MMM modeling leveraging BigQuery data feeds. |

Christine



VA
Google
Pillars of our Partnership
Google Support and Added Value Summary
Overview
Google Support
Focus
Data and Measurement Support
Collaborate across all VA programs and their agency partners to support Google data integration and measurement
Customized bi-weekly reporting on reach/frequency of campaigns
Access to Google Surveys bi-monthly for customized field research
Customized dashboard for query volume
Bi-weekly Office Hours with agency partners
Organic search query volume reporting
Awareness and Recall brand lift study support
Measurement lab
Search path analysis and optimization
Search Lift Study Support
Strategy Insight & Expertise
Provide media recommendations and insights based on Americans digital behavior.
Monthly Office Hours
Audience Lab
Creative analysts to work with Reingold, DCG and other partner agencies
Google and VA Executive Summit
YouTube Video Support
Creative Works Video Consultation
Search coverage expansion to be there for those raising their hands
Programmatic optimization for scaling your reach across America and to those who need more information
Masthead and impact investment support
Website Analytics and Optimization Support
Leverage Google's team of engineers to maximize the efficacy of VA digital strategy.
Google Engineer Support
Diagnostics on website user behavior
A/B testing support
Google Analytics insights report delivered monthly
Campaign Specific Recommendations across Products
Human Truths consultation
Review of website content to match what Americans are searching for with the pages available to them on website
Website speed test and recommendations for optimizing

Oliver & Danielle

CONFIDENTIAL GOOG-AT-MDL-004530111

FY22 Recommended Investment

Google will partner with VA to help Veterans access high-quality mental health care and eliminate suicide among all Veterans.

| Amplify Awareness Nationwide | Educate & Empower Communities | Right Message, Right Time |
|---|---|---|

**Make the Connection**

Make the Connection is an awareness campaign designed to highlight Veteran's true and inspiring stories of mental health recovery and to connect Veterans and their families with local mental health resources.

**Mental Health Services**

VA has a variety of mental health resources, information, treatment options, and more — all accessible to Veterans, Veterans' supporters, and the general public. This initiative promotes these critical resources.

**Veterans Crisis Line**

Veterans in crisis or those concerned about one are encouraged to use the Veterans Crisis Line. A free, confidential resource that connects Veterans to a real person specially trained to support their needs.

**Keep-It-Secure**

Keep-It-Secure is an awarenes campaigns focused on learning how to identify and respond to a crisis and taking lethal means safety precautions to help lower the suicide rate in the Veteran community to zero.

U.S. Department
of Veterans Affairs

Google

VA
Google
FY22 Financials
Investment across Google
October 2021 - September 2022

Sam & Melanie

Project Timelines and Teams

Google will partner with VA to help Veterans access high-quality mental health care and eliminate suicide among all Veterans.

| Amplify Awareness Nationwide | | Educate & Empower Communities | Right Message, Right Time |
|---|---|---|---|
| **Make the Connection**<br>Make the Connection is an awareness campaign designed to highlight Veteran's true and inspiring stories of mental health recovery and to connect Veterans and their families with local mental health resources. | **Mental Health Services**<br>VA has a variety of mental health resources, information, treatment options, and more — all accessible to Veterans, Veterans' supporters, and the general public. This initiative promotes these critical resources. | **Veterans Crisis Line**<br>Veterans in crisis or those concerned about one are encouraged to use the Veterans Crisis Line. A free, confidential resource that connects Veterans to a real person specially trained to support their needs. | **Keep-It-Secure**<br>Keep-It-Secure is an awarenes campaigns focused on learning how to identify and respond to a crisis and taking lethal means safety precautions to help lower the suicide rate in the Veteran community to zero. |
| **Reingold**<br>Account Lead<br>Sarah Csanadi-Schwartz<br>Paid Lead<br>Anna Pedersen<br>Paid Support<br>Caroline Sardella | **Reingold**<br>Account Lead<br>Sarah Csanadi-Schwartz<br>Paid Lead<br>Hannah Price<br>Paid Support<br>Caroline Sardella | **Reingold**<br>Account Lead<br>Sarah Csanadi-Schwartz<br>Paid Lead<br>Erica Stoltz<br>Paid Support<br>Alina Seelinger | **Reingold**<br>Account Lead<br>Micah Markman<br>Paid Lead<br>Ali Belinkie<br>Paid Support<br>Alina Seelinger |

**Google Team**

| | | |
|---|---|---|
| **Lead:** Oliver Hart | **Programmatic Lead:** Sam Franklin | **Measurement Lead:** Christine Wagner |
| **Executive Sponsor:** Marco Hardie | **Programmatic AM:** Melanie Nash | **Account Manager:** Danielle Metzger |

| Now (1-2 months) | Next (3-5 months) | Later (6+ months) |
|---|---|---|
| • DVIP: Digital Production<br>• Creative Consultation by Creative Works: 3/30/22<br>• Youtube Brandcast 2022<br>• GA4 Transition<br><br>Ongoing<br>• Custom bi-weekly recommendations<br>• Reactive Technical Support<br>• Seasonal Market Insights / Audience Insights<br>• Search Analyst Support<br>• Programmatic Experts<br><br>April: Military Sexual Trauma & Sexual Assault Awareness Month | • DVIP: Digital Production & GMP Service Partners (if applicable)<br>• Quarterly Business Review<br>• Execute Tech Project<br>• Google Marketing Live 2022 (Virtual)<br>• FY23 JBP<br><br>Ongoing (+)<br>• Office Hours<br>• Creative Analyst Support<br>• Customized Audience Insights (3P)<br><br>May: Mental Health Month<br>July: Minority Mental Health Month | • FY22 Lookback & FY23 Planning<br>• Executive Summit<br>• Creative Consultation by Creative Works<br>• Privacy 2022 Roadshow<br>• Google ERG Engagement<br><br>Ongoing (+)<br>• Product Expert Engagements<br>• Lift Study Reporting<br><br>September: Substance Use Disorder Month |