**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

---

UNITED STATES, *et al.*,

                Plaintiffs,

vs.

GOOGLE LLC,

                Defendant.

No. 1:23-cv-00108-LMB-JFA

---

**NON-PARTY PUBMATIC, INC.'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, non-party PubMatic, Inc. discloses that it is a publicly traded corporation, it has no parent corporation, and that, to its knowledge, no publicly held corporation owns ten percent or more of its stock.

Dated:  July 3, 2024

CARMICHAEL ELLIS & BROCK, PLLC

By: */s/ William Wirt Brock, IV*
    William Wirt Brock, IV
    (VSB# 67985)
    108 N. Alfred Street, 1st Floor
    Alexandria, Virginia 22314
    (703) 684-7908
    (703) 649-6360 (fax)
    wirt@carmichaellegal.com

*Attorneys for Non-Party PubMatic, Inc.*

Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By: */s/ Isaac B. Zaur*
    Isaac B. Zaur (*pro hac vice*)
    Nicole Gueron (*pro hac vice*)
    Alexander D. Bernstein (*pro hac vice*)
    220 Fifth Avenue, 14th Floor
    New York, New York
    (212) 633-4310
    izaur@cgr-law.com
    ngueron@cgr-law.com
    abernstein@cgr-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024 the foregoing was electronically filed on the Court's ECF system and served by that system upon all attorneys of record.

                                                                  */s/ William Wirt Brock, IV*
                                                                  William Wirt Brock, IV