# EXHIBIT 21

# REDACTED

**WELLS FARGO BANK, N.A.**
PO Box 5131, N9777-112 OFC
Sioux Falls, SD 57117-5131

000063   CW91FSSA



United States Department of Justice
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

May 14, 2024

CASHIER'S CHECK

---

PLEASE DETACH BEFORE DEPOSITING

**CASHIER'S CHECK**

11-24/1210

**WELLS FARGO**

Check Number: 0001000047

Date: May 14, 2024

Pay to the order of   United States Department of Justice          $2,289,751.00

***Two Million Two Hundred Eighty-Nine Thousand Seven Hundred Fifty-One dollars and 00/100***

Drawer: WELLS FARGO BANK, N.A.

*Authorized Signature*

For U.S. v. Google LLC, CA No. 1:23-cv-108 (E.D. Va.)
Wells Fargo Bank, N.A.
FOR INQUIRIES: 480-394-3122

*Authorized Signature*