UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S WITNESS LIST/RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Google LLC ("Google") hereby submits its witness list.

Google submits this witness list without waiving any of its rights, including the right to amend or supplement this list. Google also reserves the right to call any rebuttal witnesses.

Google expects to present the testimony, either Live ("L") or by deposition ("D"), or both, of the following witnesses:

Kirk Anton (L)

Per Bjorke (L)

Alejandro Borgia (L)

Brian Bumpers (Zulily) (D)

Courtney Caldwell (L)

Tim Craycroft (L)

Omri Farber (Meta) (D)

Anindya Ghose (L)

1

Marco Hardie (L)

Eric Hochberger (Mediavine) (D)

John Horning (L)

J. Andrew Hubbard (L)

Mark Israel (L)

Nirmal Jayaram (L)

Ben John (Microsoft) (D)

Christopher Karpenko (L)

Christopher Koepke (L)

Nitish Korula (L)

Chris Lewis (L)

Grant Longenbaugh (L)

Susan McMeen (L)

Paul Milgrom (L)

Neal Mohan (L)

Lennox Morris (L)

Jason Norris (L)

Ese Ofurhie (L)

Kendall Oliphant (L)

Allen Owens (L)

Todd Parsons (Criteo) (D)

Shailesh Prakash (L)

Martin Rinard (L)

Scott Sheffer (L)

Itamar Simonson (L)

Douglas Skinner (L)

Koby South (L)

Sarah Stefaniu (L)

Adam Stewart (L)

Lara Stott (L)

Dan Taylor (L)

Simon Whitcombe (Meta) (D)

Feliciano "Chano" Zavala (L)

      If the need arises, Google may present the testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses[1]:

Krishan Bhatia (Comcast) (D)

Ken Blom (Buzzfeed) (D)

Bo Bradbury (GSD&M) (D)

Andrew Casale (Index Exchange, Inc.) (D)

Judith Chevalier (L)

Arnaud Creput (Equativ) (D)

John Dederick (The Trade Desk) (D)

John Gentry (OpenX) (D)

---

[1] Google has included on its may call witness list a number of third parties it anticipates that Plaintiffs will include those individuals on their witness list. Google wishes to reserve the right to cross-examine or counter designate testimony outside of the scope of the direct testimony or affirmative designations proffered by Plaintiffs but also reserves the right to move to exclude or limit the testimony offered by these third parties.

Jay Glogovsky (New York Times) (D)

Jeremy Helfand (Disney) (D)

Sissie Hsiao (L)

Pooja Kapoor (L)

Kristy Kozlowski (Comcast) (D)

David Minkin (News Corporation) (D)

Jessica Mok (L)

Brian O'Kelley (AppNexus) (D)

Ryan Pauley (Vox) (D)

Susan Schiekofer (Group M) (D)

Adam Soroca (Magnite) (D)

Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures.

Dated: July 5, 2024

Eric Mahr (pro hac vice)
Andrew Ewalt (pro hac vice)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (pro hac vice)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*