**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

<u>**DEFENDANT GOOGLE LLC'S DEPOSITION TESTIMONY DESIGNATIONS**</u>

Pursuant to the Court's Order Modifying the Pretrial Schedule entered on June 24, 2024, ECF No. 871, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 30, Defendant Google LLC ("Google") provides the attached designations of deposition testimony Google may present at trial.

Google reserves the right to designate portions of the deposition testimony of witnesses identified on Plaintiffs' trial witness list as "will call" or "may call" witnesses in the event that Plaintiffs do not offer live testimony from any such witnesses. Google further reserves the right to supplement or amend these designations in light of any testimony inadvertently omitted from the current designations or which comes to Google's attention after this filing, and for which reasonable notice is given to Plaintiffs. Google further reserves the right to use deposition testimony without previously designating it for impeachment and to use any deposition testimony that Plaintiffs designate. Google also reserves the right to supplement these designations in response to any counter-designations provided by Plaintiffs.

1

Google reserves the right to challenge and object to Plaintiffs' use of any testimony in Google's designations on any appropriate grounds.  By including testimony in its designations Google does not waive any objections to the admissibility of any testimony.  Google reserves the right to amend its designations if appropriate in light of any motions *in limine* or other future pretrial rulings of the Court.

Dated: July 5, 2024

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions *(pro hac vice)*
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER
LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Bhatia, Krishan (Comcast)** |
|---|
| **Date of Deposition: September 21, 2023** |
| **Initial Designations** |
| 9:24 - 9:25 |
| 10:1 - 10:3 |
| 14:1 - 14:5 |
| 15:2 - 15:16 |
| 21:13 - 21:17 |
| 25:14 - 25:22 |
| 30:18 - 30:25 |
| 31:1 - 31:1 |
| 41:12 - 41:24 |
| 43:20 - 43:25 |
| 44:1 - 44:25 |
| 45:1 - 45:25 |
| 46:1 - 46:23 |
| 48:16 - 48:17 |
| 48:19 - 48:25 |
| 49:1 - 49:2 |
| 50:4 - 50:23 |
| 51:3 - 51:15 |
| 52:8 - 52:10 |
| 52:12 - 52:25 |
| 53:2 - 53:6 |
| 57:3 - 57:9 |
| 58:22 - 58:25 |
| 59:2 - 59:4 |
| 59:6 - 59:13 |
| 59:15 - 59:17 |
| 63:21 - 63:22 |
| 63:25 - 63:25 |
| 64:1 - 64:17 |
| 64:19 - 64:25 |
| 65:1 - 65:17 |
| 65:18 - 65:19 |
| 65:21 - 65:25 |
| 66:1 - 66:24 |
| 67:5 - 67:25 |
| 68:1 - 68:6 |
| 69:9 - 69:10 |
| 69:13 - 69:16 |
| 73:23 - 73:25 |
| 74:1 - 74:16 |
| 74:17 - 74:25 |
| 75:1 - 75:5 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Bhatia, Krishan (Comcast) |
|---|
| **Date of Deposition: September 21, 2023** |
| **Initial Designations** |
| 77:20 - 77:25 |
| 78:1 - 78:9 |
| 79:22 - 79:25 |
| 80:1 - 80:22 |
| 80:24 - 80:25 |
| 81:2 - 81:9 |
| 87:20 - 87:25 |
| 88:1 - 88:3 |
| 88:6 - 88:9 |
| 89:3 - 89:15 |
| 97:23 - 98:17 |
| 143:18 - 143:22 |
| 144:2 - 144:22 |
| 145:22 - 145:25 |
| 146:1 - 146:16 |
| 146:21 - 146:25 |
| 147:1 - 147:1 |
| 147:15 - 147:25 |
| 148:1 - 148:10 |
| 149:12 - 149:25 |
| 150:1 - 150:24 |
| 151:3 - 151:22 |
| 152:4 - 152:25 |
| 153:1 - 153:8 |
| 155:10 - 155:25 |
| 159:17 - 159:21 |
| 159:23 - 159:25 |
| 160:1 - 160:6 |
| 162:1 - 162:9 |
| 162:11 - 162:12 |
| 162:14 - 162:22 |
| 175:3 - 175:7 |
| 175:10 - 175:25 |
| 176:1 - 176:9 |
| 176:11 - 176:25 |
| 177:1 - 177:13 |
| 177:25 - 177:25 |
| 178:1 - 178:7 |
| 190:22 - 190:25 |
| 191:3 - 191:5 |
| 191:6 - 191:14 |
| 193:9 - 193:15 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Bhatia, Krishan (Comcast)** |
|---|
| **Date of Deposition: September 21, 2023** |
| **Initial Designations** |
| 193:16 - 193:19 |
| 193:21 - 193:22 |
| 193:24 - 193:25 |
| 194:1 - 194:6 |
| 194:14 - 194:21 |
| 194:24 - 194:25 |
| 195:1 - 195:16 |

| **Witness: Blom, Ken (Buzzfeed)** |
|---|
| **Date of Deposition: August 29, 2023** |
| **Initial Designations** |
| 8:12 - 8:19 |
| 9:13 - 9:17 |
| 11:10 - 11:25 |
| 12:2 - 12:2 |
| 12:3 - 12:11 |
| 12:12 - 12:25 |
| 13:2 - 13:18 |
| 14:4 - 14:7 |
| 14:8 - 14:14 |
| 17:16 - 17:19 |
| 18:21 - 18:22 |
| 19:2 - 19:2 |
| 25:2 - 25:6 |
| 26:4 - 26:19 |
| 37:8 - 37:9 |
| 54:15 - 54:16 |
| 54:18 - 54:20 |
| 67:19 - 67:24 |
| 69:23 - 69:25 |
| 70:2 - 70:3 |
| 70:7 - 70:10 |
| 70:13 - 70:25 |
| 71:2 - 71:25 |
| 72:2 - 72:20 |
| 73:5 - 73:6 |
| 73:8 - 73:10 |
| 73:12 - 73:15 |
| 75:22 - 75:25 |
| 76:4 - 76:11 |
| 76:13 - 76:13 |
| 76:19 - 76:21 |
| 76:25 - 76:25 |
| 78:24 - 78:25 |
| 79:2 - 79:9 |
| 80:8 - 80:16 |
| 80:17 - 80:23 |
| 80:25 - 80:25 |
| 81:2 - 81:4 |
| 81:6 - 81:25 |
| 82:2 - 82:3 |
| 83:21 - 83:25 |
| 84:2 - 84:2 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Blom, Ken (Buzzfeed)** |
|---|
| **Date of Deposition: August 29, 2023** |
| **Initial Designations** |
| 84:5 - 84:23 |
| 86:16 - 86:25 |
| 87:2 - 87:25 |
| 88:5 - 88:7 |
| 88:9 - 88:9 |
| 88:10 - 88:13 |
| 88:15 - 88:18 |
| 88:19 - 88:25 |
| 89:2 - 89:8 |
| 91:7 - 91:8 |
| 91:13 - 91:17 |
| 91:18 - 91:20 |
| 92:15 - 92:25 |
| 93:2 - 93:13 |
| 93:14 - 93:16 |
| 93:18 - 93:19 |
| 103:10 - 103:25 |
| 104:2 - 104:12 |
| 104:19 - 104:25 |
| 106:10 - 106:10 |
| 106:16 - 106:25 |
| 107:2 - 107:25 |
| 108:2 - 108:12 |
| 110:5 - 110:24 |
| 111:3 - 111:6 |
| 111:7 - 111:25 |
| 112:2 - 112:8 |
| 113:2 - 113:8 |
| 113:10 - 113:13 |
| 113:18 - 113:25 |
| 114:2 - 114:8 |
| 114:17 - 114:20 |
| 114:24 - 114:25 |
| 115:2 - 115:25 |
| 116:2 - 116:11 |
| 116:13 - 116:25 |
| 117:2 - 117:2 |
| 117:3 - 117:14 |
| 122:9 - 122:11 |
| 122:14 - 122:14 |
| 122:16 - 122:19 |
| 122:20 - 122:21 |

*__United States et al v. Google LLC__*
**Case No. 1:23-cv-00108-LMB-JFA**

| **Witness: Blom, Ken (Buzzfeed)** |
|---|
| **Date of Deposition: August 29, 2023** |
| **Initial Designations** |
| 122:24 - 122:25 |
| 123:10 - 123:24 |
| 135:4 - 135:5 |
| 140:8 - 140:19 |
| 157:20 - 157:24 |
| 158:2 - 158:4 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Bradbury, Bo (GSD&M)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 5:14 - 5:22 |
| 14:12 - 14:19 |
| 14:21 - 15:19 |
| 34:13 - 35:19 |
| 35:20 - 35:23 |
| 37:12 - 38:9 |
| 42:13 - 43:5 |
| 43:8 - 44:1 |
| 49:10 - 49:12 |
| 49:14 - 49:18 |
| 50:3 - 50:10 |
| 50:12 - 50:19 |
| 62:2 - 62:7 |
| 62:10 - 62:15 |
| 62:21 - 63:13 |
| 63:14 - 63:23 |
| 65:4 - 65:18 |
| 65:20 - 65:24 |
| 71:19 - 71:23 |
| 71:25 - 71:25 |
| 72:1 - 72:5 |
| 74:25 - 75:5 |
| 75:7 - 75:15 |
| 75:17 - 76:1 |
| 204:11 - 204:15 |
| 204:17 - 204:24 |
| 207:8 - 207:10 |
| 207:12 - 207:24 |
| 208:1 - 208:3 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Bumpers, Brian (Zulily)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 6:12 - 6:14 |
| 8:25 - 9:7 |
| 13:5 - 13:12 |
| 14:10 - 14:12 |
| 15:13 - 15:20 |
| 16:9 - 16:16 |
| 18:22 - 18:24 |
| 18:25 - 18:25 |
| 19:1 - 19:6 |
| 20:3 - 20:5 |
| 20:8 - 20:13 |
| 22:3 - 22:22 |
| 23:3 - 23:19 |
| 24:17 - 24:21 |
| 26:10 - 26:22 |
| 27:5 - 28:15 |
| 58:20 - 58:25 |
| 59:1 - 59:8 |
| 60:2 - 60:7 |
| 60:11 - 60:22 |
| 65:17 - 65:24 |
| 66:16 - 66:18 |
| 66:25 - 66:25 |
| 67:1 - 67:3 |
| 67:11 - 67:15 |
| 69:18 - 69:23 |
| 70:3 - 70:4 |
| 70:5 - 70:10 |
| 71:1 - 71:3 |
| 71:12 - 71:19 |
| 71:24 - 71:25 |
| 72:1 - 72:5 |
| 72:21 - 72:25 |
| 73:2 - 73:11 |
| 73:18 - 73:19 |
| 73:21 - 73:21 |
| 74:10 - 74:13 |
| 79:6 - 79:9 |
| 79:11 - 79:12 |
| 79:15 - 79:20 |
| 80:9 - 80:12 |
| 80:13 - 80:17 |

| **Witness: Bumpers, Brian (Zulily)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 81:9 - 81:11 |
| 81:12 - 81:14 |
| 81:16 - 81:17 |
| 82:4 - 82:6 |
| 82:8 - 82:9 |
| 84:19 - 84:21 |
| 84:23 - 85:9 |
| 86:1 - 86:4 |
| 86:5 - 86:6 |
| 86:8 - 86:8 |
| 89:5 - 89:20 |
| 89:22 - 89:25 |
| 90:1 - 90:1 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Casale, Andrew (Index Exchange)** |
|---|
| **Date of Deposition: September 26, 2023** |
| **Initial Designations** |
| 5:23 - 5:24 |
| 7:10 - 7:15 |
| 8:23 - 8:25 |
| 9:2 - 9:12 |
| 9:21 - 9:25 |
| 10:2 - 10:6 |
| 10:14 - 10:21 |
| 11:15 - 11:25 |
| 12:2 - 12:2 |
| 12:10 - 12:25 |
| 13:6 - 13:11 |
| 16:20 - 17:11 |
| 18:23 - 19:3 |
| 19:4 - 19:8 |
| 19:15 - 19:19 |
| 23:19 - 24:4 |
| 32:16 - 32:25 |
| 33:2 - 33:15 |
| 34:9 - 34:16 |
| 36:4 - 36:14 |
| 36:15 - 36:20 |
| 39:18 - 39:19 |
| 39:22 - 39:25 |
| 40:2 - 40:7 |
| 40:16 - 40:22 |
| 40:25 - 40:25 |
| 41:2 - 41:7 |
| 41:8 - 41:11 |
| 41:15 - 41:20 |
| 50:4 - 50:7 |
| 50:10 - 50:25 |
| 51:2 - 51:11 |
| 60:11 - 60:25 |
| 61:2 - 61:18 |
| 68:4 - 68:21 |
| 70:19 - 70:25 |
| 71:2 - 71:17 |
| 79:18 - 79:25 |
| 80:2 - 80:5 |
| 80:8 - 80:25 |
| 81:2 - 81:5 |
| 94:10 - 94:12 |

| **Witness: Casale, Andrew (Index Exchange)** |
|---|
| **Date of Deposition: September 26, 2023** |
| **Initial Designations** |
| 94:15 - 94:18 |
| 113:20 - 113:23 |
| 114:2 - 114:13 |
| 116:6 - 116:8 |
| 116:11 - 116:14 |
| 139:15 - 139:18 |
| 139:21 - 139:25 |
| 140:1 - 140:17 |
| 144:17 - 144:25 |
| 145:2 - 145:5 |
| 164:16 - 164:18 |
| 164:21 - 164:25 |
| 165:2 - 165:15 |
| 165:18 - 165:23 |
| 178:13 - 178:15 |
| 178:18 - 178:25 |
| 179:2 - 179:3 |
| 179:6 - 179:19 |
| 179:22 - 179:24 |
| 180:3 - 180:24 |
| 241:5 - 241:9 |
| 241:12 - 241:25 |
| 242:2 - 242:5 |
| 251:18 - 251:25 |
| 252:2 - 252:10 |
| 264:10 - 264:12 |
| 264:14 - 264:17 |
| 265:9 - 265:12 |
| 265:15 - 265:25 |
| 266:2 - 266:6 |
| 266:8 - 266:17 |
| 267:5 - 267:17 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Creput, Arnaud (Equativ)** |
|---|
| **Date of Deposition: September 5, 2023** |
| **Initial Designations** |
| 69:4 - 69:19 |
| 69:22 - 70:14 |
| 70:21 - 71:9 |
| 71:10 - 71:18 |
| 71:22 - 71:22 |
| 73:5 - 73:7 |
| 73:10 - 73:12 |
| 75:21 - 76:1 |
| 76:14 - 76:16 |
| 76:20 - 76:23 |
| 77:22 - 78:1 |
| 78:2 - 78:4 |
| 78:6 - 78:10 |
| 79:6 - 79:9 |
| 79:15 - 79:23 |
| 80:6 - 80:8 |
| 80:12 - 80:15 |
| 80:16 - 80:21 |
| 80:22 - 80:25 |
| 81:1 - 81:7 |
| 81:8 - 81:11 |
| 81:12 - 81:13 |
| 81:15 - 81:18 |
| 81:21 - 81:21 |
| 81:22 - 82:5 |
| 82:6 - 82:8 |
| 82:9 - 82:16 |
| 82:23 - 83:8 |
| 84:24 - 85:5 |
| 92:9 - 92:14 |
| 93:2 - 93:18 |
| 94:9 - 94:18 |
| 95:9 - 95:12 |
| 95:16 - 95:21 |
| 98:15 - 98:20 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Dederick, John (Trade Desk)** |
|---|
| **Date of Deposition: July 28, 2023** |

| Initial Designations |
|---|
| 7:10 - 7:11 |
| 8:3 - 8:5 |
| 8:6 - 8:8 |
| 8:12 - 8:16 |
| 8:21 - 8:24 |
| 12:24 - 12:25 |
| 13:2 - 13:2 |
| 13:4 - 13:4 |
| 13:5 - 13:25 |
| 14:2 - 14:8 |
| 14:9 - 14:13 |
| 14:19 - 14:25 |
| 15:2 - 15:6 |
| 15:22 - 15:25 |
| 16:2 - 16:20 |
| 16:23 - 16:25 |
| 17:3 - 17:11 |
| 18:21 - 18:25 |
| 19:2 - 19:2 |
| 19:17 - 19:25 |
| 20:2 - 20:6 |
| 23:14 - 23:20 |
| 32:17 - 32:20 |
| 33:8 - 33:11 |
| 41:7 - 41:10 |
| 44:2 - 44:4 |
| 44:12 - 44:25 |
| 45:2 - 45:4 |
| 46:6 - 46:10 |
| 46:14 - 46:18 |
| 47:2 - 47:9 |
| 48:17 - 48:25 |
| 49:2 - 49:8 |
| 52:11 - 52:14 |
| 52:19 - 52:22 |
| 53:25 - 53:25 |
| 54:2 - 54:5 |
| 54:6 - 54:23 |
| 55:6 - 55:8 |
| 56:19 - 56:25 |
| 57:2 - 57:13 |
| 58:9 - 58:15 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Dederick, John (Trade Desk)** |
|---|
| **Date of Deposition: July 28, 2023** |
| **Initial Designations** |
| 59:11 - 59:18 |
| 60:14 - 60:23 |
| 60:25 - 60:25 |
| 61:2 - 61:6 |
| 62:10 - 62:15 |
| 62:20 - 62:25 |
| 63:2 - 63:19 |
| 64:16 - 64:25 |
| 65:2 - 65:6 |
| 68:19 - 68:23 |
| 71:10 - 71:14 |
| 72:17 - 72:25 |
| 73:2 - 73:14 |
| 73:15 - 73:24 |
| 74:9 - 74:13 |
| 74:15 - 74:18 |
| 79:17 - 79:19 |
| 79:22 - 79:25 |
| 80:2 - 80:5 |
| 80:8 - 80:8 |
| 85:19 - 85:21 |
| 85:24 - 85:25 |
| 86:2 - 86:3 |
| 86:12 - 86:25 |
| 87:2 - 87:7 |
| 89:7 - 89:8 |
| 89:9 - 89:16 |
| 95:25 - 95:25 |
| 96:2 - 96:8 |
| 96:12 - 96:25 |
| 97:2 - 97:8 |
| 97:25 - 97:25 |
| 98:2 - 98:25 |
| 99:2 - 99:7 |
| 99:23 - 99:25 |
| 100:2 - 100:7 |
| 100:22 - 100:25 |
| 101:2 - 101:2 |
| 102:12 - 102:25 |
| 103:2 - 103:3 |
| 104:22 - 104:25 |
| 105:2 - 105:13 |

*__United States et al v. Google LLC__*
**Case No. 1:23-cv-00108-LMB-JFA**

| Witness: Dederick, John (Trade Desk) |
|---|
| **Date of Deposition: July 28, 2023** |
| **Initial Designations** |
| 108:4 - 108:12 |
| 120:19 - 120:23 |
| 122:25 - 122:25 |
| 123:2 - 123:10 |
| 127:21 - 127:25 |
| 128:2 - 128:14 |
| 128:16 - 128:25 |
| 129:2 - 129:3 |
| 293:9 - 293:20 |
| 293:21 - 293:24 |
| 294:5 - 294:7 |
| 295:6 - 295:10 |

| Witness: Farber, Omri (Meta) |
|---|
| **Date of Deposition: September 18, 2023** |
| **Initial Designations** |
| 7:19 - 7:21 |
| 7:22 - 7:23 |
| 11:21 - 11:25 |
| 12:2 - 12:8 |
| 12:23 - 13:13 |
| 16:3 - 17:12 |
| 17:13 - 17:20 |
| 24:3 - 24:5 |
| 25:13 - 25:25 |
| 28:17 - 28:22 |
| 28:23 - 28:25 |
| 29:5 - 30:1 |
| 35:19 - 36:4 |
| 41:19 - 42:5 |
| 42:8 - 42:10 |
| 42:11 - 42:16 |
| 42:19 - 42:24 |
| 43:2 - 43:8 |
| 43:15 - 43:22 |
| 45:13 - 45:18 |
| 45:23 - 45:24 |
| 46:1 - 46:2 |
| 46:3 - 46:4 |
| 46:6 - 46:8 |
| 46:17 - 47:6 |
| 48:12 - 48:14 |
| 48:16 - 49:9 |
| 49:13 - 49:16 |
| 50:20 - 50:22 |
| 52:11 - 52:14 |
| 52:22 - 53:5 |
| 54:12 - 54:15 |
| 54:17 - 55:5 |
| 55:6 - 55:11 |
| 57:23 - 58:1 |
| 61:5 - 61:8 |
| 61:10 - 61:19 |
| 69:18 - 69:19 |
| 69:21 - 69:22 |
| 70:14 - 70:16 |
| 83:24 - 84:1 |
| 84:4 - 84:7 |

| Witness: Farber, Omri (Meta) |
|---|
| **Date of Deposition: September 18, 2023** |
| **Initial Designations** |
| 87:13 - 87:23 |
| 87:24 - 88:5 |
| 90:7 - 90:13 |
| 91:8 - 91:11 |
| 115:3 - 115:5 |
| 115:8 - 115:22 |
| 154:6 - 154:8 |
| 155:9 - 155:11 |
| 155:14 - 156:12 |
| 197:11 - 197:12 |
| 197:15 - 197:19 |
| 197:21 - 197:24 |
| 198:2 - 198:4 |
| 198:6 - 198:9 |
| 198:12 - 199:3 |
| 232:10 - 233:20 |
| 252:18 - 252:20 |
| 252:22 - 252:23 |
| 252:24 - 253:1 |
| 253:3 - 253:10 |
| 253:14 - 253:16 |
| 253:21 - 253:23 |
| 256:21 - 256:24 |
| 266:21 - 266:23 |
| 266:25 - 267:1 |
| 267:9 - 267:18 |
| 267:21 - 267:25 |
| 268:2 - 268:4 |
| 268:10 - 268:12 |
| 268:15 - 268:16 |
| 270:21 - 271:3 |
| 271:4 - 271:12 |
| 271:13 - 271:15 |
| 271:17 - 271:20 |
| 272:11 - 272:14 |
| 272:16 - 272:16 |
| 273:7 - 273:10 |
| 273:11 - 273:17 |
| 274:2 - 274:12 |
| 275:13 - 275:16 |
| 275:19 - 276:2 |
| 276:11 - 276:14 |

| Witness: Farber, Omri (Meta) |
| --- |
| **Date of Deposition: September 18, 2023** |
| **Initial Designations** |
| 276:16 - 277:5 |
| 277:14 - 277:16 |
| 277:20 - 277:21 |
| 277:23 - 278:12 |
| 278:18 - 278:21 |
| 278:23 - 279:3 |

| Witness: Gentry, John (OpenX) |
|---|
| **Date of Deposition: October 26, 2023** |
| **Initial Designations** |
| 7:25 - 8:4 |
| 11:6 - 11:12 |
| 63:17 - 63:20 |
| 63:22 - 64:3 |
| 119:11 - 119:16 |
| 120:14 - 120:21 |
| 121:8 - 121:10 |
| 122:13 - 122:15 |
| 122:18 - 123:4 |
| 123:9 - 124:2 |
| 124:3 - 125:15 |
| 127:1 - 127:3 |
| 127:19 - 128:8 |
| 131:21 - 131:23 |
| 131:25 - 131:25 |
| 132:1 - 132:9 |
| 132:11 - 132:13 |
| 132:22 - 133:16 |
| 133:23 - 134:5 |
| 135:8 - 135:11 |
| 135:13 - 135:24 |
| 136:6 - 136:15 |
| 136:24 - 138:7 |
| 138:11 - 139:2 |
| 139:18 - 139:22 |
| 140:2 - 140:5 |
| 140:7 - 140:9 |
| 141:1 - 141:3 |
| 141:25 - 142:9 |
| 142:15 - 145:2 |
| 146:22 - 147:7 |
| 147:9 - 147:10 |
| 148:5 - 148:7 |
| 148:14 - 148:17 |
| 148:20 - 149:2 |
| 149:12 - 150:7 |
| 150:10 - 150:24 |
| 151:8 - 151:18 |
| 152:4 - 152:7 |
| 152:10 - 152:14 |
| 164:6 - 164:8 |
| 164:15 - 164:19 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Gentry, John (OpenX)** |
|---|
| **Date of Deposition: October 26, 2023** |
| **Initial Designations** |
| 165:6 - 165:10 |
| 166:1 - 166:4 |
| 166:5 - 166:6 |
| 166:21 - 166:22 |
| 166:25 - 166:25 |
| 167:1 - 167:2 |
| 167:4 - 167:11 |
| 176:8 - 176:14 |
| 176:15 - 176:25 |
| 177:1 - 177:3 |
| 179:11 - 179:18 |
| 182:8 - 182:17 |
| 182:19 - 182:21 |
| 205:18 - 205:20 |
| 206:5 - 206:17 |
| 206:22 - 207:13 |
| 208:10 - 208:20 |
| 210:6 - 210:8 |
| 210:16 - 210:22 |
| 211:8 - 211:11 |
| 211:18 - 211:25 |
| 212:1 - 212:25 |
| 213:1 - 213:5 |
| 214:1 - 214:3 |
| 214:10 - 214:19 |
| 215:5 - 215:8 |
| 216:3 - 216:7 |
| 216:10 - 216:14 |
| 216:16 - 216:18 |
| 216:21 - 216:22 |
| 216:25 - 217:5 |
| 217:8 - 217:13 |
| 217:18 - 218:1 |
| 218:5 - 218:8 |
| 218:14 - 218:16 |
| 219:16 - 219:25 |
| 220:1 - 220:2 |
| 220:17 - 221:2 |
| 221:13 - 221:16 |
| 223:3 - 223:5 |
| 223:19 - 224:3 |
| 224:10 - 224:12 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Gentry, John (OpenX) |
|---|
| **Date of Deposition: October 26, 2023** |
| Initial Designations |
| 224:15 - 224:18 |
| 224:23 - 224:25 |
| 226:1 - 226:3 |
| 226:12 - 227:14 |
| 227:16 - 228:17 |
| 228:22 - 229:3 |
| 229:8 - 229:24 |
| 230:10 - 231:6 |
| 231:9 - 231:18 |
| 240:17 - 240:19 |
| 241:10 - 243:11 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Glogovsky, Jay (NY Times)** |
|---|
| **Date of Deposition: August 25, 2023** |
| **Initial Designations** |
| 6:12 - 6:15 |
| 10:6 - 10:8 |
| 10:11 - 11:4 |
| 11:7 - 11:13 |
| 12:17 - 13:15 |
| 13:17 - 14:7 |
| 14:9 - 14:17 |
| 34:9 - 35:6 |
| 35:9 - 36:7 |
| 41:25 - 42:5 |
| 42:22 - 43:19 |
| 44:7 - 44:16 |
| 44:17 - 44:20 |
| 46:20 - 46:25 |
| 47:2 - 47:14 |
| 47:15 - 47:25 |
| 48:2 - 49:11 |
| 49:12 - 49:16 |
| 51:4 - 51:8 |
| 51:11 - 51:21 |
| 51:24 - 52:7 |
| 52:11 - 52:25 |
| 53:2 - 53:2 |
| 53:6 - 53:7 |
| 53:9 - 53:12 |
| 55:12 - 55:19 |
| 55:20 - 55:25 |
| 56:2 - 56:5 |
| 56:6 - 56:12 |
| 56:16 - 56:19 |
| 57:24 - 58:21 |
| 60:6 - 60:10 |
| 64:19 - 64:25 |
| 65:2 - 65:4 |
| 73:22 - 74:6 |
| 74:7 - 74:25 |
| 75:2 - 75:10 |
| 75:14 - 75:16 |
| 75:21 - 75:25 |
| 77:2 - 77:18 |
| 79:25 - 80:12 |
| 80:15 - 80:22 |

| **Witness: Glogovsky, Jay (NY Times)** |
|---|
| **Date of Deposition: August 25, 2023** |
| **Initial Designations** |
| 80:24 - 81:5 |
| 81:8 - 81:10 |
| 81:14 - 81:18 |
| 81:20 - 81:22 |
| 82:16 - 83:4 |
| 83:24 - 83:25 |
| 84:5 - 84:6 |
| 84:12 - 84:13 |
| 84:15 - 84:15 |
| 84:16 - 84:17 |
| 84:19 - 84:25 |
| 85:2 - 85:4 |
| 85:9 - 85:17 |
| 85:20 - 85:25 |
| 86:3 - 86:6 |
| 86:9 - 86:11 |
| 86:12 - 86:12 |
| 86:15 - 86:16 |
| 87:5 - 87:7 |
| 87:8 - 87:9 |
| 87:11 - 87:11 |
| 88:4 - 88:20 |
| 90:14 - 90:25 |
| 91:2 - 91:7 |
| 91:8 - 91:11 |
| 91:14 - 91:20 |
| 92:5 - 92:12 |
| 92:14 - 92:15 |
| 92:17 - 92:20 |
| 92:21 - 92:25 |
| 93:15 - 93:25 |
| 94:3 - 94:5 |
| 94:6 - 94:16 |
| 94:18 - 94:18 |
| 95:7 - 95:13 |
| 98:9 - 99:2 |
| 99:15 - 99:17 |
| 99:19 - 99:21 |
| 99:22 - 99:24 |
| 100:4 - 100:7 |
| 103:17 - 104:15 |
| 104:16 - 104:17 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Glogovsky, Jay (NY Times) |
|---|
| **Date of Deposition: August 25, 2023** |
| **Initial Designations** |
| 105:17 - 105:23 |
| 106:22 - 106:23 |
| 106:25 - 107:6 |
| 107:7 - 107:10 |
| 108:19 - 108:21 |
| 108:22 - 109:23 |
| 110:14 - 112:4 |
| 112:16 - 113:3 |
| 116:2 - 116:13 |
| 116:15 - 116:18 |
| 116:21 - 116:25 |
| 117:3 - 117:4 |
| 118:18 - 118:25 |
| 119:2 - 119:13 |
| 119:14 - 119:16 |
| 119:17 - 119:21 |
| 120:2 - 120:11 |
| 120:12 - 120:19 |
| 123:8 - 123:10 |
| 123:12 - 123:25 |
| 124:2 - 124:3 |
| 165:3 - 165:5 |
| 165:8 - 166:7 |
| 182:23 - 182:25 |
| 183:3 - 183:10 |
| 184:14 - 184:18 |
| 184:21 - 184:25 |
| 185:2 - 185:4 |
| 185:12 - 185:15 |
| 185:18 - 185:25 |
| 186:2 - 186:6 |
| 249:20 - 249:22 |
| 249:24 - 250:7 |
| 254:10 - 254:13 |
| 254:16 - 254:22 |
| 274:2 - 274:5 |
| 274:7 - 274:10 |
| 274:13 - 274:16 |
| 274:18 - 274:19 |
| 274:20 - 274:25 |
| 275:2 - 275:4 |
| 275:25 - 275:25 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Glogovsky, Jay (NY Times)** |
| --- |
| **Date of Deposition: August 25, 2023** |
| **Initial Designations** |
| 276:2 - 276:5 |
| 276:7 - 276:16 |
| 277:14 - 277:17 |
| 277:20 - 277:23 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Helfand, Jeremy (Disney) |
|---|
| **Date of Deposition: September 29, 2023** |
| **Initial Designations** |
| 7:21 - 7:23 |
| 8:3 - 8:6 |
| 9:22 - 10:1 |
| 10:6 - 10:11 |
| 10:12 - 10:22 |
| 20:16 - 20:19 |
| 21:21 - 22:9 |
| 22:11 - 23:6 |
| 24:14 - 24:25 |
| 25:12 - 25:21 |
| 25:22 - 26:1 |
| 26:20 - 27:10 |
| 27:11 - 27:17 |
| 29:4 - 29:6 |
| 29:10 - 29:24 |
| 31:24 - 32:19 |
| 33:19 - 34:8 |
| 40:24 - 42:24 |
| 43:10 - 43:16 |
| 43:17 - 44:17 |
| 47:13 - 47:16 |
| 49:1 - 49:7 |
| 49:8 - 49:10 |
| 49:21 - 50:21 |
| 51:13 - 51:17 |
| 55:9 - 55:13 |
| 57:8 - 58:4 |
| 58:11 - 58:19 |
| 59:20 - 60:10 |
| 60:11 - 60:16 |
| 61:10 - 61:18 |
| 68:12 - 69:2 |
| 69:22 - 70:13 |
| 70:15 - 71:18 |
| 72:8 - 72:11 |
| 74:12 - 74:22 |
| 75:12 - 76:9 |
| 76:10 - 76:14 |
| 76:15 - 76:20 |
| 76:21 - 77:5 |
| 77:6 - 77:10 |
| 77:11 - 77:15 |

| Witness: Helfand, Jeremy (Disney) |
|---|
| **Date of Deposition: September 29, 2023** |
| **Initial Designations** |
| 81:17 - 81:17 |
| 81:21 - 82:13 |
| 86:7 - 86:16 |
| 90:16 - 90:20 |
| 90:21 - 90:25 |
| 94:24 - 95:6 |
| 96:2 - 96:7 |
| 96:10 - 96:16 |
| 96:23 - 97:3 |
| 97:9 - 97:13 |
| 139:22 - 139:24 |
| 140:1 - 140:1 |
| 147:22 - 148:1 |
| 176:9 - 176:24 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Hochberger, Eric (Mediavine)** |
|---|
| **Date of Deposition: September 22, 2023** |
| **Initial Designations** |
| 7:21 - 7:25 |
| 15:21 - 15:25 |
| 18:10 - 18:17 |
| 21:8 - 21:17 |
| 22:4 - 22:6 |
| 22:10 - 22:15 |
| 22:16 - 22:17 |
| 22:19 - 22:22 |
| 32:3 - 32:9 |
| 32:10 - 32:16 |
| 33:4 - 33:10 |
| 33:25 - 34:2 |
| 34:4 - 34:14 |
| 34:15 - 34:18 |
| 34:22 - 35:18 |
| 35:22 - 36:3 |
| 37:8 - 37:20 |
| 39:17 - 39:24 |
| 40:8 - 40:11 |
| 46:3 - 46:13 |
| 47:13 - 47:23 |
| 48:13 - 48:25 |
| 49:1 - 49:6 |
| 50:16 - 50:22 |
| 50:23 - 51:7 |
| 53:22 - 54:3 |
| 54:10 - 54:11 |
| 62:9 - 62:11 |
| 62:14 - 62:15 |
| 63:7 - 63:12 |
| 63:19 - 63:22 |
| 63:25 - 64:11 |
| 66:25 - 67:10 |
| 69:8 - 69:22 |
| 72:19 - 72:22 |
| 78:24 - 79:10 |
| 81:23 - 82:5 |
| 82:17 - 82:19 |
| 82:22 - 83:4 |
| 96:8 - 96:9 |
| 96:11 - 96:20 |
| 97:12 - 97:14 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Hochberger, Eric (Mediavine)** |
|---|
| **Date of Deposition: September 22, 2023** |
| **Initial Designations** |
| 97:16 - 98:7 |
| 105:5 - 105:9 |
| 105:19 - 105:24 |
| 106:5 - 106:8 |
| 106:10 - 106:10 |
| 106:13 - 106:17 |
| 107:3 - 107:10 |
| 108:12 - 110:8 |
| 110:17 - 111:1 |
| 111:8 - 112:9 |
| 112:16 - 114:20 |
| 114:23 - 115:7 |
| 120:7 - 120:10 |
| 120:12 - 120:15 |
| 120:17 - 120:20 |
| 120:22 - 121:1 |
| 121:4 - 121:8 |
| 121:9 - 121:11 |
| 121:13 - 121:13 |
| 126:22 - 127:7 |
| 127:9 - 127:12 |
| 127:15 - 128:2 |
| 128:5 - 128:8 |
| 128:11 - 128:15 |
| 128:17 - 128:18 |
| 128:24 - 129:15 |
| 129:16 - 130:8 |
| 130:10 - 130:12 |
| 130:14 - 130:14 |
| 146:19 - 146:21 |
| 146:23 - 146:25 |
| 147:1 - 147:3 |
| 147:5 - 147:6 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: John, Ben (Microsoft)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 7:12 - 7:15 |
| 7:18 - 7:25 |
| 8:2 - 8:2 |
| 8:3 - 8:7 |
| 8:8 - 8:10 |
| 8:23 - 8:25 |
| 9:2 - 9:7 |
| 9:19 - 9:22 |
| 10:5 - 10:8 |
| 10:12 - 10:22 |
| 12:5 - 12:11 |
| 13:4 - 13:12 |
| 13:24 - 13:25 |
| 14:2 - 14:6 |
| 14:20 - 14:23 |
| 15:24 - 15:25 |
| 16:2 - 16:6 |
| 16:9 - 16:11 |
| 16:24 - 16:25 |
| 17:2 - 17:7 |
| 17:18 - 17:22 |
| 17:24 - 17:25 |
| 18:2 - 18:6 |
| 21:11 - 21:17 |
| 22:14 - 22:17 |
| 22:19 - 22:19 |
| 23:21 - 23:25 |
| 24:2 - 24:7 |
| 24:24 - 24:25 |
| 25:2 - 25:2 |
| 25:6 - 25:11 |
| 25:12 - 25:17 |
| 26:13 - 26:16 |
| 26:18 - 26:22 |
| 26:24 - 26:25 |
| 27:2 - 27:2 |
| 27:4 - 27:5 |
| 27:20 - 27:23 |
| 27:25 - 27:25 |
| 28:2 - 28:2 |
| 28:3 - 28:5 |
| 28:7 - 28:16 |

| **Witness: John, Ben (Microsoft)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 28:18 - 28:22 |
| 29:3 - 29:12 |
| 31:20 - 31:25 |
| 32:2 - 32:3 |
| 32:8 - 32:13 |
| 33:3 - 33:7 |
| 33:9 - 33:13 |
| 33:14 - 33:20 |
| 34:7 - 34:17 |
| 51:25 - 51:25 |
| 52:2 - 52:6 |
| 52:12 - 52:14 |
| 53:15 - 53:25 |
| 54:2 - 54:17 |
| 54:18 - 54:21 |
| 55:15 - 55:22 |
| 56:2 - 56:17 |
| 56:19 - 56:25 |
| 57:2 - 57:6 |
| 57:21 - 57:25 |
| 58:12 - 58:22 |
| 58:23 - 58:25 |
| 59:2 - 59:15 |
| 59:16 - 59:18 |
| 59:19 - 59:25 |
| 60:2 - 60:12 |
| 60:13 - 60:23 |
| 61:15 - 61:25 |
| 62:2 - 62:18 |
| 62:20 - 62:22 |
| 63:5 - 63:12 |
| 64:13 - 64:23 |
| 65:3 - 65:5 |
| 65:8 - 65:12 |
| 65:15 - 65:25 |
| 66:23 - 66:25 |
| 67:2 - 67:22 |
| 67:23 - 68:1 |
| 68:2 - 68:2 |
| 68:3 - 68:15 |
| 68:19 - 69:11 |
| 69:12 - 69:12 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: John, Ben (Microsoft)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 69:13 - 69:19 |
| 69:24 - 69:25 |
| 70:2 - 70:2 |
| 71:19 - 71:21 |
| 72:17 - 72:21 |
| 73:2 - 73:13 |
| 73:14 - 73:15 |
| 73:24 - 73:25 |
| 74:2 - 74:2 |
| 74:3 - 74:25 |
| 75:2 - 75:5 |
| 75:12 - 75:25 |
| 76:2 - 76:3 |
| 76:4 - 76:7 |
| 76:9 - 76:17 |
| 77:19 - 77:25 |
| 78:2 - 78:13 |
| 78:14 - 78:18 |
| 79:17 - 79:20 |
| 79:22 - 79:25 |
| 80:2 - 80:8 |
| 80:25 - 80:25 |
| 81:2 - 81:18 |
| 81:19 - 81:21 |
| 82:24 - 82:25 |
| 83:2 - 83:8 |
| 83:20 - 83:25 |
| 84:2 - 84:4 |
| 84:19 - 84:25 |
| 86:4 - 86:9 |
| 86:16 - 86:20 |
| 89:20 - 89:24 |
| 90:7 - 90:25 |
| 91:2 - 91:4 |
| 91:18 - 91:24 |
| 92:15 - 92:22 |
| 93:6 - 93:9 |
| 93:11 - 93:14 |
| 93:15 - 93:16 |
| 93:17 - 93:25 |
| 94:2 - 94:17 |
| 94:19 - 94:25 |

| **Witness: John, Ben (Microsoft)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 95:2 - 95:5 |
| 95:18 - 95:25 |
| 96:2 - 96:2 |
| 96:3 - 96:8 |
| 97:16 - 97:21 |
| 97:22 - 97:25 |
| 98:2 - 98:2 |
| 98:4 - 98:4 |
| 101:20 - 101:24 |
| 102:6 - 102:10 |
| 102:12 - 102:16 |
| 103:16 - 103:22 |
| 105:4 - 105:13 |
| 105:18 - 105:25 |
| 106:2 - 106:3 |
| 106:4 - 106:8 |
| 108:25 - 108:25 |
| 109:2 - 109:15 |
| 109:22 - 109:25 |
| 110:2 - 110:8 |
| 112:20 - 112:25 |
| 113:2 - 113:5 |
| 113:13 - 113:16 |
| 122:23 - 122:25 |
| 123:2 - 123:3 |
| 123:25 - 123:25 |
| 124:2 - 124:23 |
| 124:24 - 124:25 |
| 125:2 - 125:4 |
| 125:6 - 125:23 |
| 125:24 - 125:25 |
| 126:2 - 126:6 |
| 126:16 - 126:20 |
| 126:25 - 126:25 |
| 127:2 - 127:6 |
| 127:9 - 127:11 |
| 127:14 - 127:17 |
| 131:15 - 131:25 |
| 132:2 - 132:3 |
| 132:8 - 132:25 |
| 133:2 - 133:11 |
| 269:12 - 269:15 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: John, Ben (Microsoft) |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 269:17 - 269:21 |
| 270:7 - 270:11 |
| 270:13 - 270:15 |
| 270:17 - 270:20 |
| 270:24 - 270:25 |
| 271:2 - 271:6 |
| 279:4 - 279:25 |
| 280:2 - 280:3 |
| 280:5 - 280:5 |
| 281:4 - 281:9 |
| 281:10 - 281:14 |
| 282:19 - 282:25 |
| 283:2 - 283:4 |
| 284:5 - 284:13 |
| 286:6 - 286:9 |
| 287:9 - 287:15 |
| 287:19 - 287:22 |
| 288:25 - 288:25 |
| 289:2 - 289:12 |
| 289:16 - 289:17 |
| 289:20 - 289:20 |
| 289:21 - 289:25 |
| 290:2 - 290:2 |
| 290:12 - 290:22 |
| 291:16 - 291:25 |
| 292:2 - 292:4 |
| 292:7 - 292:13 |
| 292:21 - 292:25 |
| 293:2 - 293:3 |
| 294:16 - 294:19 |
| 296:2 - 296:18 |
| 296:25 - 296:25 |
| 297:2 - 297:6 |
| 297:8 - 297:11 |
| 297:17 - 297:22 |
| 298:6 - 298:10 |
| 298:19 - 298:24 |
| 298:25 - 298:25 |
| 299:2 - 299:6 |
| 299:23 - 299:25 |
| 300:2 - 300:7 |
| 300:8 - 300:10 |

| Witness: John, Ben (Microsoft) |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 301:11 - 301:15 |
| 301:19 - 301:24 |
| 302:5 - 302:9 |
| 302:12 - 302:12 |
| 305:25 - 306:11 |
| 306:16 - 306:25 |
| 307:2 - 307:3 |
| 307:20 - 307:25 |
| 308:7 - 308:8 |
| 308:12 - 308:12 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Kozlowski, Kristy (Comcast) |
|---|
| **Date of Deposition: September 6, 2023** |
| **Initial Designations** |
| 6:10 - 6:11 |
| 11:25 - 12:4 |
| 16:1 - 16:5 |
| 19:8 - 19:13 |
| 20:19 - 21:19 |
| 25:6 - 25:10 |
| 25:18 - 25:20 |
| 30:23 - 31:9 |
| 31:14 - 31:17 |
| 39:8 - 40:17 |
| 62:3 - 62:20 |
| 62:22 - 62:22 |
| 63:14 - 63:18 |
| 63:20 - 64:12 |
| 67:5 - 67:16 |
| 67:20 - 67:21 |
| 92:12 - 92:21 |
| 119:18 - 119:21 |
| 119:24 - 120:21 |
| 122:7 - 122:18 |
| 131:24 - 132:19 |
| 134:13 - 134:25 |
| 135:14 - 135:16 |
| 135:22 - 136:3 |
| 136:9 - 136:12 |
| 136:16 - 136:21 |
| 137:7 - 137:11 |
| 139:14 - 139:17 |
| 139:20 - 139:23 |
| 139:25 - 141:4 |
| 141:12 - 141:21 |
| 142:4 - 142:11 |
| 142:12 - 142:19 |
| 143:10 - 143:14 |
| 143:15 - 143:18 |
| 185:2 - 185:11 |
| 185:13 - 185:14 |
| 231:13 - 231:17 |
| 234:17 - 234:19 |
| 234:21 - 235:6 |
| 236:8 - 236:24 |
| 237:24 - 238:6 |

| **Witness: Kozlowski, Kristy (Comcast)** |
|---|
| **Date of Deposition: September 6, 2023** |
| **Initial Designations** |
| 238:7 - 238:10 |
| 238:13 - 238:15 |
| 239:16 - 239:21 |
| 239:23 - 239:23 |
| 240:2 - 240:11 |
| 241:11 - 241:16 |
| 246:4 - 246:12 |
| 246:14 - 246:17 |
| 246:20 - 246:25 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Minkin, David (News Corp)** |
|---|
| **Date of Deposition: September 22, 2023** |
| **Initial Designations** |
| 12:11 - 12:13 |
| 13:6 - 13:13 |
| 13:14 - 13:22 |
| 46:13 - 46:25 |
| 50:5 - 50:16 |
| 52:18 - 52:19 |
| 52:21 - 52:22 |
| 52:23 - 52:25 |
| 53:2 - 53:12 |
| 55:11 - 55:13 |
| 55:15 - 55:15 |
| 55:24 - 55:25 |
| 56:2 - 56:14 |
| 56:15 - 56:16 |
| 56:18 - 56:19 |
| 56:20 - 56:24 |
| 57:2 - 57:8 |
| 58:3 - 58:4 |
| 58:6 - 58:7 |
| 59:5 - 59:11 |
| 60:13 - 60:14 |
| 60:16 - 60:20 |
| 60:21 - 60:23 |
| 66:18 - 66:20 |
| 66:24 - 66:25 |
| 67:2 - 67:6 |
| 67:10 - 67:12 |
| 68:11 - 68:14 |
| 70:5 - 70:9 |
| 70:19 - 70:20 |
| 72:10 - 72:13 |
| 94:18 - 94:20 |
| 94:21 - 94:23 |
| 95:4 - 95:8 |
| 96:5 - 96:7 |
| 96:11 - 96:19 |
| 96:20 - 96:21 |
| 96:23 - 96:25 |
| 97:2 - 97:3 |
| 97:5 - 97:7 |
| 97:13 - 97:20 |
| 98:7 - 98:25 |

| **Witness: Minkin, David (News Corp)** |
|---|
| **Date of Deposition: September 22, 2023** |
| **Initial Designations** |
| 99:2 - 99:7 |
| 99:8 - 99:15 |
| 99:16 - 99:23 |
| 99:24 - 100:5 |
| 101:20 - 102:3 |
| 102:21 - 102:24 |
| 103:4 - 103:8 |
| 105:2 - 105:3 |
| 105:5 - 105:16 |
| 108:4 - 112:20 |
| 114:10 - 114:13 |
| 114:17 - 114:21 |
| 116:25 - 117:14 |
| 121:13 - 122:6 |
| 125:16 - 125:19 |
| 126:3 - 127:8 |
| 128:2 - 128:12 |
| 128:14 - 128:25 |
| 129:2 - 129:4 |
| 129:6 - 129:18 |
| 129:19 - 129:22 |
| 129:23 - 129:25 |
| 130:2 - 130:6 |
| 144:11 - 144:14 |
| 145:3 - 145:9 |
| 151:6 - 151:21 |
| 152:3 - 152:10 |
| 152:16 - 152:20 |
| 153:7 - 153:10 |
| 153:14 - 153:25 |
| 154:2 - 154:7 |
| 176:20 - 176:25 |
| 177:2 - 177:11 |
| 177:17 - 177:22 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: O'Kelley, Brian (AppNexus) |
|---|
| **Date of Deposition: September 29, 2023** |
| **Initial Designations** |
| 11:3 - 11:6 |
| 57:22 - 57:23 |
| 58:7 - 58:17 |
| 194:5 - 194:14 |
| 194:15 - 194:18 |
| 194:23 - 194:23 |
| 194:24 - 194:24 |
| 195:1 - 195:13 |
| 195:14 - 195:23 |
| 196:2 - 196:5 |
| 196:8 - 196:10 |
| 199:15 - 199:17 |
| 200:2 - 201:18 |
| 201:24 - 202:18 |
| 203:1 - 203:2 |
| 205:5 - 205:8 |
| 205:11 - 205:11 |
| 205:13 - 205:15 |
| 206:15 - 206:17 |
| 206:21 - 206:23 |
| 207:1 - 207:2 |
| 207:5 - 207:5 |
| 210:21 - 210:24 |
| 211:4 - 211:9 |
| 211:13 - 211:13 |
| 226:3 - 226:6 |
| 226:9 - 226:9 |
| 229:14 - 229:17 |
| 230:1 - 230:5 |
| 237:22 - 237:24 |
| 238:3 - 238:4 |
| 249:5 - 249:11 |
| 251:21 - 251:23 |
| 252:14 - 252:20 |
| 252:21 - 253:10 |
| 254:11 - 254:13 |
| 254:15 - 254:22 |
| 255:19 - 255:21 |
| 255:24 - 255:24 |
| 256:1 - 256:1 |
| 256:7 - 258:1 |
| 260:17 - 261:4 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: O'Kelley, Brian (AppNexus) |
|---|
| **Date of Deposition: September 29, 2023** |
| **Initial Designations** |
| 261:7 - 261:9 |
| 261:12 - 262:6 |
| 262:14 - 262:17 |
| 267:5 - 267:19 |
| 268:7 - 268:9 |
| 268:12 - 268:18 |
| 269:17 - 269:22 |
| 270:1 - 270:1 |
| 270:16 - 271:14 |
| 271:17 - 271:21 |
| 271:24 - 272:2 |
| 274:11 - 275:15 |
| 275:18 - 275:24 |
| 276:1 - 276:3 |
| 276:6 - 276:18 |
| 278:22 - 280:8 |
| 281:10 - 281:12 |
| 281:17 - 282:4 |
| 282:15 - 282:16 |
| 283:10 - 283:13 |
| 283:19 - 285:24 |
| 286:16 - 286:18 |
| 286:20 - 287:14 |
| 289:7 - 289:10 |
| 290:7 - 290:22 |
| 292:3 - 292:6 |
| 292:9 - 292:22 |
| 293:1 - 293:6 |
| 301:21 - 301:23 |
| 302:2 - 302:8 |
| 302:11 - 302:19 |
| 305:5 - 305:7 |
| 305:10 - 306:2 |
| 307:12 - 307:16 |
| 321:4 - 321:6 |
| 321:8 - 323:3 |
| 323:6 - 324:5 |
| 324:11 - 324:13 |
| 324:15 - 324:20 |
| 324:24 - 325:15 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Parsons, Todd (Criteo)** |
| --- |
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 9:7 - 10:15 |
| 14:3 - 14:12 |
| 14:15 - 14:16 |
| 14:20 - 14:22 |
| 14:23 - 15:5 |
| 18:15 - 19:5 |
| 25:18 - 25:23 |
| 26:3 - 26:7 |
| 30:14 - 33:3 |
| 38:14 - 38:23 |
| 38:24 - 39:5 |
| 39:6 - 39:15 |
| 39:16 - 39:18 |
| 39:20 - 40:3 |
| 40:4 - 40:10 |
| 40:19 - 41:7 |
| 41:11 - 41:19 |
| 41:20 - 42:5 |
| 44:5 - 44:20 |
| 47:11 - 48:11 |
| 51:5 - 51:11 |
| 55:4 - 55:10 |
| 58:6 - 58:9 |
| 58:18 - 59:8 |
| 60:20 - 60:24 |
| 60:25 - 61:17 |
| 62:11 - 62:17 |
| 63:22 - 64:14 |
| 64:15 - 65:9 |
| 66:14 - 66:21 |
| 67:4 - 67:7 |
| 67:11 - 67:19 |
| 68:2 - 68:25 |
| 69:2 - 69:7 |
| 69:9 - 69:10 |
| 70:11 - 70:15 |
| 70:19 - 70:23 |
| 70:24 - 71:10 |
| 71:24 - 72:4 |
| 72:5 - 72:25 |
| 73:10 - 73:13 |
| 73:15 - 73:15 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Parsons, Todd (Criteo)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 73:16 - 73:22 |
| 73:24 - 74:3 |
| 74:5 - 74:5 |
| 74:6 - 74:9 |
| 74:11 - 74:11 |
| 75:11 - 75:13 |
| 75:15 - 75:15 |
| 76:13 - 76:20 |
| 76:21 - 77:4 |
| 77:6 - 77:12 |
| 78:19 - 79:9 |
| 79:24 - 80:12 |
| 80:15 - 80:15 |
| 80:16 - 80:23 |
| 81:7 - 81:22 |
| 82:24 - 83:16 |
| 83:17 - 84:7 |
| 84:14 - 84:18 |
| 84:21 - 85:6 |
| 85:17 - 85:25 |
| 86:8 - 86:21 |
| 88:25 - 89:16 |
| 89:22 - 89:23 |
| 90:2 - 90:16 |
| 90:17 - 91:17 |
| 92:2 - 92:11 |
| 93:14 - 93:22 |
| 99:16 - 99:25 |
| 100:2 - 100:5 |
| 100:11 - 101:5 |
| 107:5 - 107:14 |
| 108:10 - 108:16 |
| 108:19 - 108:22 |
| 109:3 - 109:10 |
| 109:21 - 109:24 |
| 110:5 - 110:21 |
| 113:3 - 113:17 |
| 114:4 - 114:6 |
| 114:8 - 114:13 |
| 115:11 - 115:14 |
| 115:24 - 116:5 |
| 118:15 - 119:10 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Parsons, Todd (Criteo)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Initial Designations** |
| 122:2 - 122:7 |
| 124:6 - 124:11 |
| 125:14 - 125:16 |
| 125:20 - 125:25 |
| 126:2 - 126:8 |
| 126:9 - 126:18 |
| 127:18 - 128:2 |
| 128:9 - 128:16 |
| 129:6 - 129:10 |
| 129:20 - 129:22 |
| 129:23 - 130:18 |
| 131:3 - 131:9 |
| 131:14 - 131:21 |
| 132:2 - 133:6 |
| 133:10 - 133:21 |
| 135:11 - 135:20 |
| 138:19 - 139:7 |
| 140:15 - 140:17 |
| 140:23 - 141:3 |
| 142:20 - 143:2 |
| 144:3 - 144:12 |
| 145:19 - 146:4 |
| 146:5 - 146:6 |
| 146:8 - 146:12 |
| 148:11 - 148:23 |
| 148:25 - 149:5 |
| 149:8 - 149:20 |
| 149:21 - 150:11 |
| 155:8 - 156:7 |
| 156:11 - 156:22 |
| 175:2 - 175:14 |
| 181:12 - 181:23 |
| 182:2 - 182:11 |
| 184:15 - 184:25 |
| 205:13 - 205:17 |
| 211:10 - 212:6 |
| 212:7 - 212:12 |
| 212:14 - 212:21 |
| 212:22 - 213:2 |
| 213:9 - 213:15 |

| **Witness: Pauley, Ryan (Vox)** |
|---|
| **Date of Deposition: August 23, 2023** |
| **Initial Designations** |
| 3:25 - 3:25 |
| 4:2 - 4:4 |
| 6:25 - 6:25 |
| 7:2 - 7:3 |
| 7:4 - 7:12 |
| 7:13 - 7:14 |
| 8:22 - 8:25 |
| 34:9 - 34:25 |
| 35:2 - 35:20 |
| 36:3 - 36:11 |
| 71:23 - 72:10 |
| 72:11 - 72:17 |
| 79:19 - 80:7 |
| 98:12 - 98:16 |
| 107:21 - 108:7 |
| 108:8 - 108:17 |
| 127:20 - 127:25 |
| 128:2 - 128:7 |
| 128:19 - 129:9 |
| 130:13 - 130:24 |
| 131:15 - 131:19 |
| 132:8 - 132:24 |
| 133:24 - 134:9 |
| 137:18 - 137:25 |
| 138:2 - 138:15 |
| 138:18 - 138:18 |
| 139:4 - 139:18 |
| 140:10 - 140:19 |
| 141:22 - 141:25 |
| 142:2 - 142:10 |
| 142:11 - 142:25 |
| 143:2 - 143:6 |
| 143:17 - 143:21 |
| 144:2 - 145:3 |
| 147:17 - 147:25 |
| 148:2 - 148:20 |
| 150:10 - 150:19 |
| 151:11 - 151:25 |
| 152:2 - 152:3 |
| 153:4 - 153:7 |
| 153:10 - 153:16 |
| 154:17 - 154:20 |

| Witness: Pauley, Ryan (Vox) |
|---|
| **Date of Deposition: August 23, 2023** |
| **Initial Designations** |
| 156:6 - 156:16 |
| 156:24 - 157:18 |
| 159:17 - 159:20 |
| 160:2 - 160:13 |
| 161:5 - 161:25 |
| 162:2 - 162:7 |
| 162:15 - 162:18 |
| 163:7 - 163:10 |
| 164:5 - 164:19 |
| 164:23 - 164:25 |
| 165:2 - 165:9 |
| 166:12 - 166:21 |
| 167:2 - 167:3 |
| 167:7 - 167:13 |
| 167:25 - 167:25 |
| 168:2 - 168:15 |
| 168:18 - 168:22 |
| 169:12 - 169:19 |
| 172:7 - 172:13 |
| 173:2 - 173:5 |
| 174:10 - 174:17 |
| 174:22 - 174:25 |
| 175:2 - 175:25 |
| 176:2 - 176:2 |
| 176:9 - 176:13 |
| 176:19 - 176:22 |
| 177:12 - 177:15 |
| 177:24 - 177:25 |
| 178:2 - 178:4 |
| 178:5 - 178:24 |
| 180:11 - 180:25 |
| 181:2 - 181:3 |
| 182:3 - 182:13 |
| 184:5 - 184:8 |
| 184:11 - 184:13 |
| 187:17 - 188:15 |
| 188:22 - 188:25 |
| 189:2 - 189:20 |
| 190:23 - 190:25 |
| 191:4 - 191:9 |
| 196:10 - 197:7 |
| 200:10 - 201:4 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| |
|---|
| **Witness: Pauley, Ryan (Vox)** |
| **Date of Deposition: August 23, 2023** |

| Initial Designations |
|---|
| 201:10 - 201:13 |
| 201:18 - 201:24 |
| 202:24 - 202:25 |
| 203:2 - 203:25 |
| 204:5 - 204:13 |
| 204:16 - 204:25 |
| 205:2 - 205:4 |
| 205:5 - 205:9 |
| 205:13 - 205:16 |
| 205:22 - 205:25 |
| 206:2 - 206:2 |
| 206:3 - 206:6 |
| 206:16 - 206:25 |
| 207:14 - 207:17 |
| 208:19 - 208:25 |
| 209:2 - 209:3 |
| 209:14 - 209:21 |
| 211:7 - 211:12 |
| 212:25 - 213:1 |
| 213:2 - 213:5 |
| 213:8 - 213:16 |
| 214:6 - 214:9 |
| 218:11 - 218:25 |
| 219:13 - 219:16 |
| 220:24 - 220:25 |
| 221:2 - 221:11 |
| 221:19 - 221:22 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Schiekofer, Susan (GroupM)** |
|---|
| **Date of Deposition: September 26, 2023** |
| **Initial Designations** |
| 9:14 - 9:17 |
| 13:4 - 13:8 |
| 17:16 - 17:18 |
| 18:7 - 18:19 |
| 19:19 - 19:22 |
| 19:23 - 19:24 |
| 20:1 - 20:10 |
| 22:22 - 22:24 |
| 23:1 - 23:1 |
| 31:8 - 31:11 |
| 31:13 - 32:1 |
| 43:3 - 43:5 |
| 43:9 - 43:18 |
| 43:20 - 43:21 |
| 43:23 - 44:5 |
| 47:18 - 47:21 |
| 47:25 - 48:1 |
| 54:3 - 55:19 |
| 75:10 - 75:10 |
| 75:17 - 75:21 |
| 75:24 - 76:22 |
| 79:13 - 79:17 |
| 79:21 - 80:5 |
| 93:20 - 93:21 |
| 93:25 - 94:5 |
| 123:15 - 123:25 |
| 124:2 - 124:4 |
| 124:6 - 124:6 |
| 124:8 - 124:10 |
| 124:14 - 124:16 |
| 131:2 - 131:4 |
| 132:13 - 132:23 |
| 132:25 - 133:7 |
| 152:1 - 152:2 |
| 152:5 - 152:9 |
| 158:3 - 158:10 |
| 158:18 - 159:2 |
| 159:18 - 160:10 |
| 160:16 - 160:23 |
| 161:14 - 161:16 |
| 162:24 - 163:16 |
| 163:19 - 163:23 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Schiekofer, Susan (GroupM)** |
|---|
| **Date of Deposition: September 26, 2023** |
| **Initial Designations** |
| 164:3 - 164:3 |
| 168:22 - 169:12 |
| 169:15 - 169:17 |
| 169:19 - 170:2 |
| 170:3 - 170:6 |
| 171:7 - 171:9 |
| 171:14 - 171:21 |
| 176:5 - 176:24 |
| 177:2 - 177:6 |
| 177:7 - 177:18 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| Witness: Soroca, Adam (Magnite) |
|---|
| **Date of Deposition: August 31, 2023** |
| **Initial Designations** |
| 7:21 - 8:1 |
| 11:20 - 11:22 |
| 13:14 - 13:18 |
| 59:22 - 60:2 |
| 60:4 - 60:4 |
| 60:11 - 60:16 |
| 85:14 - 85:17 |
| 87:17 - 87:20 |
| 88:10 - 88:20 |
| 101:12 - 101:16 |
| 103:7 - 103:9 |
| 103:15 - 103:15 |
| 107:10 - 107:16 |
| 107:18 - 107:18 |
| 111:9 - 111:11 |
| 111:13 - 111:18 |
| 111:20 - 111:21 |
| 112:1 - 112:8 |
| 112:16 - 113:7 |
| 114:2 - 114:9 |
| 115:2 - 115:5 |
| 115:20 - 116:10 |
| 120:21 - 120:22 |
| 121:5 - 121:20 |
| 122:14 - 123:13 |
| 129:14 - 129:14 |
| 129:21 - 130:8 |
| 133:1 - 133:7 |
| 133:14 - 133:16 |
| 133:21 - 134:1 |
| 134:9 - 134:10 |
| 135:5 - 135:14 |
| 146:1 - 146:3 |
| 146:5 - 146:7 |
| 146:10 - 146:15 |
| 147:3 - 148:6 |
| 148:8 - 149:2 |
| 149:7 - 149:13 |
| 149:15 - 149:17 |
| 149:19 - 149:21 |
| 150:1 - 150:3 |
| 150:5 - 150:5 |

| Witness: Soroca, Adam (Magnite) |
|---|
| Date of Deposition: August 31, 2023 |

| Initial Designations |
|---|
| 151:22 - 152:12 |
| 152:17 - 152:18 |
| 153:2 - 153:13 |
| 153:18 - 154:11 |
| 155:12 - 155:14 |
| 155:18 - 156:7 |
| 156:19 - 157:6 |
| 157:7 - 157:13 |
| 159:13 - 159:15 |
| 160:19 - 161:9 |
| 161:10 - 161:10 |
| 161:12 - 161:14 |
| 167:21 - 167:22 |
| 168:3 - 168:13 |
| 168:18 - 169:2 |
| 169:16 - 170:8 |
| 171:1 - 171:4 |
| 173:16 - 174:9 |
| 177:5 - 177:6 |
| 177:8 - 177:13 |
| 177:15 - 178:17 |

*United States et al v. Google LLC*
Case No. 1:23-cv-00108-LMB-JFA

| **Witness: Whitcombe, Simon (Meta)** |
|---|
| **Date of Deposition: September 28, 2023** |
| **Initial Designations** |
| 5:19 - 5:21 |
| 5:23 - 6:2 |
| 8:17 - 9:5 |
| 9:15 - 9:22 |
| 12:2 - 12:8 |
| 14:8 - 14:16 |
| 15:21 - 16:12 |
| 22:3 - 22:9 |
| 22:17 - 22:21 |
| 28:12 - 28:24 |
| 28:25 - 29:3 |
| 29:6 - 29:10 |
| 30:12 - 30:21 |
| 30:22 - 31:16 |
| 32:19 - 32:21 |
| 32:23 - 33:3 |
| 33:4 - 33:7 |
| 33:9 - 33:9 |
| 33:10 - 33:13 |
| 33:15 - 33:15 |
| 33:16 - 33:18 |
| 33:20 - 33:24 |
| 35:13 - 35:17 |
| 35:19 - 36:20 |
| 36:21 - 37:2 |
| 37:3 - 37:7 |
| 37:9 - 37:9 |
| 45:18 - 45:22 |
| 46:7 - 46:14 |
| 46:15 - 46:15 |
| 46:18 - 46:21 |
| 46:24 - 47:9 |
| 49:6 - 49:11 |
| 49:12 - 49:13 |
| 49:16 - 49:24 |
| 49:25 - 50:3 |
| 50:6 - 50:11 |
| 55:5 - 55:9 |
| 55:16 - 55:17 |
| 55:19 - 55:19 |
| 56:11 - 56:14 |
| 57:20 - 57:23 |

| **Witness: Whitcombe, Simon (Meta)** |
|---|
| **Date of Deposition: September 28, 2023** |
| **Initial Designations** |
| 60:17 - 60:20 |
| 60:21 - 60:21 |
| 60:24 - 61:8 |
| 63:25 - 64:7 |
| 64:9 - 64:9 |
| 64:10 - 64:13 |
| 64:16 - 64:16 |
| 66:22 - 67:3 |
| 67:9 - 67:11 |
| 68:11 - 68:22 |
| 71:12 - 71:16 |
| 72:10 - 72:13 |
| 72:16 - 72:17 |
| 72:23 - 73:3 |
| 73:6 - 73:6 |
| 76:25 - 77:5 |
| 77:22 - 78:5 |
| 78:12 - 78:12 |
| 85:15 - 85:20 |
| 85:23 - 85:24 |
| 86:16 - 86:19 |
| 86:22 - 86:24 |
| 94:22 - 95:2 |
| 95:4 - 95:9 |
| 95:10 - 95:12 |
| 101:9 - 101:12 |
| 101:15 - 102:11 |
| 176:14 - 176:17 |
| 176:20 - 177:18 |
| 221:7 - 221:11 |
| 221:22 - 222:6 |
| 222:18 - 223:4 |
| 223:5 - 223:10 |
| 223:13 - 223:13 |
| 224:6 - 224:9 |
| 224:14 - 225:3 |
| 225:25 - 226:6 |
| 226:7 - 226:11 |
| 226:14 - 226:17 |
| 227:7 - 227:11 |
| 230:6 - 230:9 |
| 230:12 - 230:16 |

***United States et al v. Google LLC***
**Case No. 1:23-cv-00108-LMB-JFA**

| **Witness: Whitcombe, Simon (Meta)** |
| --- |
| **Date of Deposition: September 28, 2023** |
| **Initial Designations** |
| 230:17 - 230:20 |
| 230:23 - 230:24 |
| 231:9 - 231:18 |
| 232:3 - 232:7 |
| 232:10 - 232:19 |
| 239:3 - 239:7 |
| 240:11 - 240:19 |
| 242:13 - 242:24 |
| 243:11 - 243:14 |
| 271:22 - 271:25 |
| 272:4 - 272:16 |