# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF INTENT TO PRESENT DEPOSITION TESTIMONY

Plaintiffs, by and through undersigned counsel, notify the Court of Plaintiffs' intent to present deposition testimony pursuant to Federal Rule of Civil Procedure 32 and Federal Rule of Evidence 801. The deposition testimony to be presented is identified in Exhibit 1. The "Confidentiality" column refers to designations under the operative Protective Order, *see* ECF No. 203, and does not reflect Plaintiffs' views as to whether any portion of a particular deposition should remain under seal at trial. Plaintiffs reserve the right to designate additional deposition testimony in response to Google's designations of deposition testimony, which are due to be filed the same day as this filing. Plaintiffs intend to provide all designated deposition transcripts to the Court at the same time as the trial exhibits, or at a time otherwise directed by the Court, or mutually agreed upon by the parties. Should it be useful to the Court, Plaintiffs will provide the video excerpts of these depositions for review *in camera* to the extent available.

(See following page for signatures.)

Dated: July 5, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Chief Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Michael J. Freeman<br>MICHAEL J. FREEMAN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |