IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**UNITED STATES**, *et al.*,

    *Plaintiffs*,

vs.

**GOOGLE LLC**,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**PLAINTIFFS' WITNESS LIST**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order of June 24, 2024 (ECF No. 871), Plaintiffs, by and through undersigned counsel, hereby submit their witness list. Plaintiffs reserve the right to call additional witnesses, not listed below, for impeachment or rebuttal. Plaintiffs also reserve the right to amend or supplement this list.

Plaintiffs expect to present the testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses:

Abrantes-Metz, Rosa (L)

Amini, Ali Nasiri (L or D)

Avery, James (L or D)

Bellack, Jonathan (L or D)

Bender, Brad (L or D)

Bhatia, Gopal Krishan (D)

Blom, Ken (D)

Boland, Brian (L)

1

Bradbury, Bo (L or D)

Bumpers, Brian (D)

Cadogan, Tim (L)

Casale, Andrew (L or D)

Cox, Sam (L or D)

Craycroft, Tim (L or D)

Creput, Arnaud (L or D)

Crum, Henry (L)

Dederick, John ("Jed") (L or D)

Dischler, Jerry (L or D)

Dukellis, John ("Duke") (L or D)

Farber, Omri (L or D)

Friedman, Jay (L)

Gentry, John (L or D)

Giles, Jim (L or D)

Glogovsky, James (D)

Goel, Rajeev (L)

Harrison, Donald (L or D)

Helfand, Jeremy (D)

Hochberger, Eric (D)

Hsiao, Sissie (L or D)

Jayaram, Nirmal (L or D)

John, Benneaser ("Ben") (L or D)

Kershaw, Tom (L)

Kim, Woojin (L or D)

Korula, Nitish (L or D)

Lambert, Luke (L or D)

LaSala, Chris (L or D)

Layser, Stephanie (L)

Lee, Robin S. (L)

Levitte, George (L or D)

Lim, Adoria (L)

Lipkovitz, Eisar (L or D)

Loubser, Max (L or D)

Lowcock, Joshua (L)

Minkin, David (L or D)

Mohan, Neal (L or D)

O'Kelley, Brian (L or D)

Pappu, Aparna (L or D)

Parsons, Todd (D)

Pauley, Ryan (L or D)

Ravi, Ramamoorthi (L)

Rowley, Bryan (L or D)

Schiekofer, Susan (D)

Shaughnessy, Michael (D)

Sheffer, Scott (L or D)

Shodjai, Payam (L or D)

Simcoe, Timothy (L)

Sinaniyev, Vlad (D)

Soroca, Adam (L or D)

Spencer, Scott (L or D)

Spero, Jason (L or D)

Srinivasan, Rahul (L or D)

Stewart, Bonita (L or D)

Verma, Alok (L or D)

Weintraub, Gabriel (L)

Wheatland, Matthew (L)

Whitcombe, Simon (L or D)

Wolfe, Tim (L)

Zeng, Felix (L)

If the need arises, Plaintiffs may also present the testimony (live) of the following witnesses:

Hoyer, Wayne (L)

Pal, Martin (L)

Wilbur, Kenneth (L)

In addition, if the need arises, Plaintiffs may also present the testimony, either live or by deposition, or both, of any witness listed on Defendant's Witness List.

Plaintiffs' deposition designations and exhibit list are being filed separately.

Dated: July 5, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>STEVEN G. POPPS<br>Chief Deputy Attorney General<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL J. FREEMAN<br>KELLY D. GARCIA<br>AARON M. TEITELBAUM<br>JEFFREY G. VERNON<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |