Exhibit B

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

---

*ANTHONY J. FERRANTE*

*February 16, 2024*

---



1

1       IN THE UNITED STATES DISTRICT COURT

2     FOR THE EASTERN DISTRICT OF VIRGINIA

3           ALEXANDRIA DIVISION

4         CASE NO. 1:23-cv-00108-LMB-JFA

5

6   UNITED STATES OF
    AMERICA, et al.,
7
                    Plaintiffs,
8
          vs.
9

10  GOOGLE, LLC,

11
                    Defendant.
12

13            - HIGHLY CONFIDENTIAL -

14

15          Videotaped deposition of ANTHONY J.

16  FERRANTE, taken pursuant to notice, was held at the

17  offices of Axinn, Veltrop & Harkrider LLP, 114 West

18  47th Street, New York, New York  10036, taken

19  stenographically before MARGARET M. REIHL, RPR, CRR,

20  on  Friday, February 16, 2024, commencing at 9:34

21  a.m.

22

23

24  Job No. 92916

25

## Page 2

```
 1   A P P E A R A N C E S:
 2           US DEPARTMENT OF JUSTICE ANTITRUST
             DIVISION
 3
             BY:  JULIA TARVER WOOD, ESQUIRE
 4
                  MICHAEL FREEMAN, ESQUIRE
 5
             450 Fifth Street, NW, Suite 8700
 6
             Washington, D.C.  20530
 7
             (202) 307-0924
 8
             julia.wood@usdoj.gov
 9
             michael.freeman@usdoj.gov
10
             matthew.gold@usdoj.gov
11
             michael.wolin@usdoj.gov
12
             REPRESENTING THE UNITED STATES OF AMERICA
13
14
15   AXINN, VELTROP & HARKRIDER LLP
16   BY:  ALLISON M. VISSICHELLI, ESQUIRE
17   1901 L Street NW
18   Washington, D.C.  2003
19   (202) 469-3510
20   avissichelli@axinn.com
21   REPRESENTING THE DEFENDANT, GOOGLE
22
23
24
25
```

## Page 3

```
 1   PAUL, WEISS, RIFKIND, WHARTON &
 2   GARRISON LLP
 3   BY:  AMY J. MAUSER, ESQUIRE
 4        KATHERINE S. STEWART, ESQUIRE
 5   2001 K Street, NW
 6   Washington, D.C.  20006
 7   (202) 223-7300
 8   amauser@paulweiss.com
 9   kstewart@paulweiss.com
10   REPRESENTING THE DEFENDANT, GOOGLE
11
12
13   (VIA ZOOM):
14   OFFICE OF THE ATTORNEY GENERAL
15   BY:  JONATHAN M. HARRISON, ESQUIRE
16   202 NORTH 9TH STREET
17   RICHMOND, VIRGINIA 23219
18   (804) 786-6557
19   JHarrison@oag.state.va.us
20   REPRESENTING PLAINTIFF STATES
21
22
23   ALSO PRESENT:
24   JONATHAN PERRY, VIDEOGRAPHER
25
```

## Page 4

```
 1                     I N D E X
 2   WITNESS                              PAGE
 3   ANTHONY J. FERRANTE
 4     By Mr. Freeman                      ^
 5
 6                  - - -
 7               E X H I B I T S
 8   NO.       DESCRIPTION                 PAGE
 9
     Ferrante-
10   Lit-1     Expert Report of Anthony
               J. Ferrante 1/23/24          34
11
     Ferrante-
12   Lit-2     *10 Cyber Risks and Realities
               We're Seeing This Year -
13             And Beyond* dated 2/24/23     83
14   Ferrante-
     Lit-3     2021 Ads Safety Report       143
15
     Ferrante-
16   Lit-4     Digiday article, *Unraveling
               header bidding's problems
17             with user data* 3/20/17       194
18   Ferrante-
     Lit-5     *How Ads.txt Took Down 3ve,
19             As The FBI Took Down Its
               Creators* 12/3/18             207
20
     Ferrante-
21   Lit-6     Automatic Whitelisting for
               AWBid launched 12/5/13
22             GOOG-AT-MDL-012551468        212
23                  - - -
24
25
```

## Page 5

```
 1              THE VIDEOGRAPHER:  We are now on
 2       the record.  My name is Jonathan Perry.
 3       I am a videographer retained by Lexitas.
 4       This is a video deposition for the U.S.
 5       District Court for the Eastern District
 6       of Virginia, Alexandria Division, Case
 7       Number 1:23-cv-00108-LMB-JFA.  The date
 8       is February 16th, 2024.  The time is
 9       9:34 a.m.
10              We are at the offices of Paul
11       Weiss, 2001 K Street Northwest in
12       Washington, DC.  This deposition is
13       being taken in the matter of the United
14       States of America, et.al., versus
15       Google, LLC.  The name of the deponent
16       is Anthony Ferrante.  All counsel will
17       be noted on the stenographic record.
18       The court reporter is Peg Reihl, also
19       with Lexitas and would you please swear
20       in the witness.
21              ANTHONY FERRANTE, having been
22       duly sworn as a witness, was examined
23       and testified as follows:
24   BY MR. FREEMAN:
25       Q.    Good morning, sir.
```

Page 6

1        A.      Good morning.
2        Q.      We met off the record, but my
3   name is Michael Freeman.  I work with the
4   Department of Justice here with my colleague,
5   Julia Wood, also with Department of Justice.
6                I want to start just kind of with
7   deposition ground rules, just so we're all on
8   the same page here.  You're sworn under oath,
9   which means you are expected to tell the truth.
10  Anything you say today can be used by the DOJ in
11  any civil, criminal or administrative matter.
12               Do you understand that?
13       A.      Yes, I do.
14       Q.      And so is there anything that
15  occurred today that would prevent you from
16  telling the truth?
17       A.      No.
18       Q.      What I'm trying to get at is
19  there any medication that you're on that may
20  impair your ability to tell the truth or
21  understand why you're here today?
22       A.      Yes, I understand why I'm here,
23  and there's no reason why I cannot tell the
24  truth.
25       Q.      All right.  So this deposition is

Page 7

1   obviously recorded, and so it's important that
2   we don't talk over each one.  So I will let you
3   have full answers.  We need to make sure you
4   listen to the complete question and wait until
5   I'm done before you answer.
6                Do you understand that?
7        A.      Yes, I do.
8        Q.      And because there's a court
9   reporter, obviously it's natural -- we'll be
10  here for a few hours -- to potentially nod at
11  times.  But it's important to have verbal
12  answers, right, you understand that?
13       A.      Yes, I do.
14       Q.      All right.  And if you don't
15  understand a particular question, just please
16  let me know.  And so if you don't do that,
17  though, I'll assume you understand the question,
18  okay.
19               Do you understand that?
20       A.      Yes, sir.
21       Q.      All right.  At times your
22  attorney may make objections.  Unless they
23  instruct you not to answer, then you can still
24  answer the question.
25               Do you understand that?

Page 8

1        A.      Yes, I do.
2        Q.      We'll have breaks throughout
3   today.  So if you need a break at any point in
4   time, just let us know, and we'll do the best to
5   accommodate that.  We do typically like to break
6   every hour or so, okay?
7        A.      Yes, sir.
8        Q.      All right.  Do you agree to be
9   bound by these rules today?
10       A.      I do.
11       Q.      All right.  So I want to start
12  with just your background, starting back to your
13  education.
14               So where did you go to college,
15  sir?
16       A.      I went to Fordham University in
17  the Bronx, New York.
18       Q.      And did you graduate from Fordham
19  University?
20       A.      I did.
21       Q.      And a degree in what?
22       A.      Computer science.
23       Q.      What years did you attend Fordham
24  University for undergrad?
25       A.      I believe I arrived in 1997 and

Page 9

1   graduated in May of 2001.
2        Q.      Did you write any papers while
3   you were in college within the field of computer
4   science specifically?
5        A.      I'm sure I did.
6        Q.      Okay.  Were any of those papers
7   on the field of what I'll call "advertising
8   technology"?
9        A.      Is there a particular aspect of
10  advertising technology?
11       Q.      Well, did you write about any
12  aspect of advertising technology?
13       A.      Well, as you can appreciate,
14  advertising technology has an element of
15  security, and so I did a lot of work in
16  undergrad in the security field.
17       Q.      Were any of your papers
18  addressing publisher ad servers?
19       A.      Any of my papers publishing --
20  I'm sorry, can you repeat the question?
21       Q.      Yeah, sure.
22               Any of the papers that you wrote
23  in college, were they on the topic of or
24  incorporated publisher ad servers?
25       A.      They were not.

## Page 10

1    Q.    Were any of the papers that you
2    wrote on the topic of ad exchanges?
3    A.    From '97 to 2001, no.
4    Q.    Were any of the papers about
5    advertiser ad servers?
6    A.    No.
7    Q.    It's my understanding, then, you
8    went on and got a Master's degree; is that
9    right?
10   A.    Not immediately, but I did.
11   Q.    Okay.  So what did you do
12   immediately following graduation from your
13   undergrad from Fordham University?
14   A.    So after I graduated from Fordham
15   University in May of 2001, I continued to work
16   in private practice as a security consultant.  I
17   worked at a smaller -- through college to pay
18   for college, I worked at a smaller consultancy
19   firm where I focused on networking, web page
20   development and security.
21         It was in September of 2001 that
22   I started my new job at Ernst & Young as a
23   security consultant.  Unfortunately, my first
24   week at work -- or forgive me, the second week
25   of work, the second Tuesday of my first -- my

## Page 11

1    second week at Ernst & Young was September the
2    11th, which I witnessed the events of 911
3    firsthand in New York City.  And as you can
4    appreciate, it absolutely changed my life.
5          So while I did continue to work
6    at Ernst & Young for the next few months, I quit
7    my job to go back to school to get a Master's
8    degree in computer science at Fordham University
9    with the goal of joining the FBI to fight the
10   war on terrorism.
11         It was, I want to say, 2002 is
12   when I went back to school, September of 2002.
13   Or maybe it was September 2003, is when I went
14   back to graduate school.
15   Q.    So the -- if I understood you
16   correctly, you had two different employers
17   between graduating college and going back for
18   your Master's degree?
19   A.    So I worked at a small boutique
20   consultancy firm, really my sophomore year
21   through senior year of college.
22   Q.    What's the name of that
23   particular company?
24   A.    It's changed a few times since.
25   When I started working there, it was called

## Page 12

1    Array Technology Group.  It was a great firm.  I
2    think there were maybe 20 people there.  I was
3    the college intern.  I remember I beat the
4    streets to get the job.  I actually walked
5    around with paper resumes.  You remember what
6    those look like?  And I went to offices and
7    passed them out and got the job.
8          I worked -- I come from a very
9    blue-collar family, so I had to pay for college
10   and I worked -- when I did not have class, I
11   worked at Array Technologies in New York City
12   through my senior year.  I worked through
13   school.  The summer times, of course, I worked
14   full-time and through my senior year, which I
15   essentially had classes two days a week and
16   worked three days a week.
17         And then when I graduated in May,
18   they kept me on full-time until I started
19   full-time at E&Y -- or Ernst & Young it was
20   called at the time -- which was September 2001.
21   Q.    How long did you work at Ernst &
22   Young?
23   A.    You know, as we were talking
24   earlier, my memory is fuzzy on it.  I want to
25   say it was maybe a year, maybe 18 months.  It

## Page 13

1    took -- I know after 911 it was a very surreal
2    world at that point, and so it took time for me
3    to, you know, get prepared for graduate school,
4    get applications in and so -- but I do know I
5    started.  It couldn't have been the very next
6    September.  It must have been the following
7    September, I believe.  I can't recall, to be
8    honest.
9          I do know I graduated in -- from
10   graduate school with a Master's degree in
11   computer science.  I graduated, not in May, I
12   had additional courses to take.  It was more
13   like August, and it was in August 2004.  And it
14   was January 2005, is when I entered on duty to
15   the FBI academy in Quantico, Virginia,
16   January 23rd, 2005.
17   Q.    When you were at Ernst & Young,
18   was any part of your job dealing with
19   advertising technology?
20   A.    So, again, back to -- you asked
21   that question earlier.  Advertising technologies
22   have an element of security, and my focus was on
23   the security aspects of internet communications.
24   So, yes, I focused a lot on networking and
25   security of information traversing the internet.

Page 14

1   Q.    Was any of your job at Ernst &
2   Young having to deal with publisher ad servers?
3   A.    Not that I recall.
4   Q.    Was any part of your job at Ernst
5   & Young dealing with ad exchanges?
6   A.    Not that I recall.
7   Q.    Was any part of your job at Ernst
8   & Young dealing with advertiser ad servers?
9   A.    Not that I recall.
10  Q.    At your time -- so back when you
11  were at Ernst & Young, did you work with any
12  other advertising tech companies?
13  A.    That's a broad question. Can you
14  be more specific?
15  Q.    Sure.
16        Did you work with -- let's start
17  with Google in particular -- in the sale of
18  online ads?
19        MS. MAUSER: Object to form. You
20        can answer.
21        THE WITNESS: I don't really
22        recall. I will tell you as a 21,
23        22-year-old young professional, we had
24        some really cool clients, but I don't
25        recall.

Page 15

1   BY MR. FREEMAN:
2   Q.    Then backtracking just a bit, I
3   think you called it -- the company was Array
4   Technologies, could you spell that?
5   A.    A-R-R-A-Y Technologies Group,
6   ATG.
7   Q.    When you were at Array Technology
8   Group, did you work in the field dealing with
9   publisher ad servers?
10  A.    So I did a lot of work doing web
11  programming and publishing, and search engine
12  optimization was a thing then. It was in its
13  very early stages. So I would say the early
14  adoption or the early versions of search engine
15  optimization and ad technologies existed. And,
16  yes, I was involved with multiple clients,
17  programming their websites and leveraging the
18  1998, '99 through 2001 version of advertising
19  technologies.
20  Q.    So was search engine
21  optimization, is that the same as a publisher ad
22  server?
23  A.    Well, it's -- in order to
24  optimize your search engine results, you would
25  have to engage or utilize the advertising system

Page 16

1   processes.
2   Q.    So how did you engage or utilize
3   the advertising system processes when you were
4   at Array Technology Group?
5   A.    Back then, candidly it was pure
6   programming. It was HTML and JavaScript.
7   Q.    When you're talking about search
8   engine optimization, does that also include
9   advertisements that appear in search results?
10  A.    No, not in '97, '98. It was --
11  it was about getting the sites that I programmed
12  as high on search results as possible.
13  Q.    So I guess I'm a little unclear,
14  then, how search engine optimization is similar
15  to publisher ad servers?
16  A.    As I said earlier, it was -- my
17  work was programming the sites, the HTML and the
18  JavaScript, and programming them in a way that
19  search engines would pick them up and place them
20  in their search results. That was the extent of
21  my programming in 1997 and 1998 through 2001.
22  Q.    Any of the websites that you
23  worked on during your time at Array Technology
24  Group, were they selling any ads on their web
25  pages?

Page 17

1   A.    Candidly, I'm not even sure if
2   that was a thing back then. I believe -- I
3   mean, if I recall correctly, Yahoo was still
4   finding itself. I guess I can admit that
5   sitting in the lunchroom with my colleagues in
6   '98, we were talking about this really cool new
7   search engine called Google, and I remember
8   visiting Google and having it stamped "beta" in
9   the corner. So I'm not even sure if the
10  technologies you speak of, you're asking me
11  about, even existed then.
12  Q.    So do you recall any of the
13  websites that you worked on at your time at
14  Array Technology Group selling ads on their
15  particular website?
16  A.    I do not recall selling ads. I
17  recall programming sites in a way that would
18  allow them to land higher in search results.
19  Q.    Okay. So you went back to, I
20  think you said, Fordham University for your
21  Master's degree?
22  A.    I did.
23  Q.    And what was your Master's degree
24  in?
25  A.    Computer science.

Page 18

1    Q.   Similar question to your
2  undergrad, did you write any papers as part of
3  your graduate program just in the general field
4  of computer science?
5    A.   I'm sure I did.
6    Q.   Okay.  Were any of those papers
7  that you wrote as part of your Master's program
8  dealing with publisher ad servers?
9    A.   I do not recall.
10   Q.   Were any of the papers you wrote
11 in your -- seeking your Master's degree about ad
12 exchanges?
13   A.   I do not recall.
14   Q.   Were any of your papers that you
15 wrote as part of your graduate degree part of
16 advertiser ad servers?
17   A.   Do not recall.
18   Q.   Were any of your graduate papers
19 on the topic of header bidding spelling
20 spelling?
21   A.   No.
22   Q.   So I think you said you -- I
23 think in your words was -- we were talking about
24 Quantico, right, in January, 2005?
25   A.   Correct, the FBI Academy in

Page 19

1  Quantico, Virginia, January 23rd, 2005.
2    Q.   After you finished the academy --
3  FBI Academy in Quantico, where were you
4  assigned?
5    A.   So I graduated in May of 2005,
6  and they sent me right back to New York City.
7    Q.   So --
8    A.   Forgive me.  Sorry.  Where I
9  processed out of.  I processed out of New York.
10   Q.   You were part of the New York
11 field office?
12   A.   Correct.
13   Q.   Were you assigned to any
14 particular unit?
15   A.   Yes, I was assigned to the
16 national security cyber squad.
17   Q.   What were your duties as you were
18 a special agent at this time?
19   A.   Correct, I was a special agent
20 focusing on counter terrorism, counter
21 intelligence, matters all with a cyber nexus
22 spelling spelling.
23   Q.   I think I've heard you describe
24 this time as you were hunting down terrorists;
25 is that a fair and accurate representation?

Page 20

1    A.   Sure.  I'm sure I've said that
2  before, and that was a lot of the work that I
3  did.  It was actually one of the first cases I
4  worked, was a terrorism matter.
5    Q.   During your time as a special
6  agent in the New York field office, how many
7  cases were filed in criminal court where you
8  were the primary case agent?
9    A.   Not many.
10   Q.   More than ten?
11   A.   I don't even recall.  Definitely
12 not many.  I was a national security cyber
13 agent, so I worked a lot of counter intelligence
14 and terrorist matters, so filing them in
15 criminal court was a rarity.
16        As a matter of fact, I remember a
17 case I worked when I did work criminal cyber
18 matters, and I met the prosecutor in Southern to
19 swear out a warrant.  And she asked me to meet
20 her at a certain place, and I said, you know,
21 I'm not familiar with the courthouse, so it
22 wasn't many.
23   Q.   Was there more than five?
24   A.   I don't recall.
25   Q.   Do you recall definitively that

Page 21

1  there was at least one?
2    A.   I honestly don't recall.  I was
3  the case agent on hundreds of cases.  Whether or
4  not that case was a criminal case that was sworn
5  in the court, like I said, there were not many.
6  But there were many national security cases,
7  terrorism, counter intel, and there were indeed
8  criminal cases that I was a lead case agent on
9  but never any that went to court.
10   Q.   Why did the criminal cases that
11 you were the lead case agent on never go to
12 court?
13   A.   I mean, there's a myriad of
14 reasons why that can happen.
15   Q.   What are some of them?
16   A.   Leads go cold.
17   Q.   During your time as part of the
18 New York field office, how many times did you
19 testify in court as a special agent?
20   A.   I can't recall.  Very few.
21   Q.   Do you recall definitively at
22 least testifying at least once in court as a
23 special agent?
24   A.   I honestly don't recall.  I know
25 that, you know, I worked -- I certainly worked

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 9 of 109 PageID# 21199

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Anthony J. Ferrante
Highly Confidential
February 16, 2024

## Page 22

1  cases, like I said, terrorism, counter intel and
2  criminal matters.  But sitting in open court and
3  testifying in the witness stand, I can't recall.
4          Q.      During this time as part of the
5  New York field office, how many cases did you
6  investigate involving subjects or targets using
7  or misusing publisher ad servers?
8          A.      In my time in the New York field
9  office after arriving in 2005, we certainly saw
10 a spike in the exploitation of the advertising
11 ecosystem.  So the leveraging of the advertising
12 ecosystem as a vector in which to target users
13 was certainly on the rise.  It was something we
14 saw every single day, so it's hard for me to put
15 a number on how many cases I worked.  But I can
16 say there were many cases that involved the
17 leveraging of the ecosystem as a vector to
18 target users.
19         Q.      I want to break down, I guess,
20 the advertising ecosystem as you phrased it.
21                 How many cases involved subjects
22 or targets misusing publisher ad servers?
23         A.      So let's break down your
24 question.  How many cases involving subjects or
25 targets?  That's a tough question because we

## Page 23

1  don't always know the subject or target, okay,
2  but what we do know is what happened, which is
3  in some cases the exploitation of the
4  advertising ecosystem in which a -- for example,
5  a drive-by download was leveraged, a spoof
6  domain was leveraged.  And therefore, because
7  those elements of the advertising ecosystem were
8  exploited, users were affected, so I knew many
9  victims.  But who was behind it was the hard
10 part.
11         Q.      If you didn't know the identity
12 of a subject or target, how would you open that
13 case in the FBI?
14         A.      Well, the FBI has standards.
15 They had the -- I believe they call it DIOG, and
16 I mean, that's the whole point of the
17 investigation if you know who did it.  You have
18 to -- it's not as fun if you know who did it.
19 You have to conduct an investigation.
20         Q.      So how many cases did you open as
21 a special agent that involved bad actors using
22 or misusing publisher ad servers?
23         A.      I couldn't put a number on it.  I
24 couldn't put a number on it.  I would just go
25 back to my statement earlier that from when I

## Page 24

1  arrived in 2005 through my time in the New York
2  City field office, it was most certainly a
3  vector that was being exploited, similar to that
4  of spam e-mail and phishing e-mail.
5          Q.      While you might not know the
6  precise number, was it more than a hundred?
7          A.      I don't know.
8          Q.      Was it definitively more than 50?
9          A.      So I will tell you -- because I
10 can appreciate you wanting to have an answer
11 here, so I will tell you that these
12 investigations are complicated.  They are not as
13 simple as we see this person has exploited the
14 advertising ecosystem and has targeted this
15 entity or these groups of users.  What we see is
16 we see the victimization of end users, and that
17 is what generates or initiates an investigation.
18                 I can tell you that I ran, led,
19 contributed to hundreds if not thousands of
20 investigations, and they were not always clear
21 what had happened, how it happened, who did it,
22 how they did it, that's the point of the
23 investigation.
24                 And so when you ask me to put a
25 number on it, I don't know if we're really doing

## Page 25

1  justice to the fact that that's what -- that's
2  why we do investigations, is to understand that.
3  If I knew the answer and could tell you right
4  now, I'd be a really -- I'd be a really smart
5  person and, right, have a crystal ball in which
6  I can see these things.  That's what we did
7  every day in the FBI, is investigate these
8  matters.  They're complicated matters.  It was a
9  new vector, a new risk that was introduced to
10 the industry on the internet, much so like as I
11 said earlier, spam or phishing e-mails.
12                 I remember my first -- some of my
13 first meetings with significant clear defense
14 contractors where I sat them down and spoke to
15 them about the risks of phishing e-mails and how
16 they're being targeted to senior executives and
17 educating them on that.  Just like I remember
18 sitting down with organizations, talking to them
19 about how advertisements can be exploited and
20 drive-by downloads can happen and spoof domains
21 can occur for the facilitation of these criminal
22 activities.
23                 But, again, it wasn't always
24 clear as day when it started and throughout the
25 course of the investigation.

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 3:23-cv-03918-LMB-UFA   Document 899-2   Filed 07/09/24   Page 10 of 109

Highly Confidential

Anthony J. Ferrante
February 16, 2024

## Page 26

1    Q.    Do you remember any specific case
2  or investigation that you worked on while you
3  were in New York City field office involving,
4  I'll use your words, the advertising ecosystem?
5    A.    I think there's one referenced in
6  my report.
7    Q.    And which one is that?
8    A.    I forget the name of it.  If you
9  have my report, I'm happy to reference it to
10 you.  But I do remember it involved ad fraud,
11 and I know we arrested some Estonians
12 responsible for it.
13   Q.    Were you the lead case agent on
14 that particular case?
15   A.    No.
16   Q.    You were the -- a co-case agent
17 on that case?
18   A.    Can you be more clear with the
19 term "co"?
20   Q.    I'm sorry.are you familiar with
21 the phrase co-case agent?
22   A.    Of course I am.  I just want to
23 make sure we're using it in the same context.
24   Q.    Okay.  How would you define
25 "co-case agent"?

## Page 27

1    A.    So in the FBI there's a lead case
2  agent.  And for larger cases, that lead case
3  agent would partner with a colleague, and they
4  would be co-case agent.  The bigger the case,
5  the more co-case agents.
6    Q.    So using that definition, were
7  you a co-case agent in that particular case
8  where you arrested Estonians?
9    A.    In that particular case, I was
10 not.
11   Q.    In that particular case, were you
12 the affiant on any particular warrants related
13 to that case?
14   A.    I don't think so.
15   Q.    Did you sit at counsel's table
16 for any court proceedings related to that
17 investigation?
18   A.    I did not.
19   Q.    In that case, did the FBI use
20 assistance from private sector partners?
21   A.    I can't specifically recall, but
22 I want to say yes.  I mean, many times in these
23 technical cases the FBI partnered with private
24 industry.
25   Q.    Do you remember the FBI

## Page 28

1  partnering with Georgia Tech University?
2    A.    I don't recall -- oh, I'm sorry,
3  let's back up.  In general or on this case?
4    Q.    On this particular case?
5    A.    I don't recall.
6    Q.    I take it by that answer you
7  remember the FBI working with Georgia Tech
8  University on other cases?
9    A.    And to the more general question,
10 I don't recall.
11   Q.    Do you recall a professor at
12 Georgia Tech University by the name of Wenke
13 Lee -- and I'll spell that:  W-E-N-K-E, then
14 last name Lee, L-E-E?
15   A.    Do I recall Professor Lee outside
16 of these proceedings?  I do not.
17   Q.    So do you know whether he
18 assisted in that case that resulted in the
19 Estonians being arrested?
20   A.    I don't know.
21   Q.    Why would the FBI use the
22 assistance of private sector partners to
23 investigate a case?
24   A.    I think it's very common and well
25 known talking point from the government, from

## Page 29

1  the Department of Justice, from the FBI, from
2  the Department of Homeland Security.  Majority
3  of the internet infrastructure is privately
4  owned, and we're stronger together, so
5  partnerships are critical in proactive and
6  responsive cyber threats -- combating cyber
7  threats.
8    Q.    So while you weren't case agent
9  or affiant on a warrant, so what was your role
10 in that case involving the arrest of six
11 Estonians?
12   A.    I supported my colleagues.
13   Q.    What does that mean?
14   A.    I mean in a case like that is a
15 very large case, lots of data to process.
16 Excuse me.  Lots of technologies to understand
17 and unpack.  I was one of the more technical
18 members of our group, and so I was regularly --
19 I was regularly consulted for guidance.  I was
20 also at that point a more seasoned agent.
21   Q.    What does that mean?
22   A.    It means I was more experienced
23 than the younger folks, and so I would help
24 them.
25   Q.    Did you review any data for that

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 11 of 109 PageID#
23170
Highly Confidential
Anthony D. Ferrante
February 16, 2024

Page 30

1    particular case?
2        A.    Gosh, I don't recall, but I feel
3    like it was a all-hands-on-deck effort, so I'm
4    not sure how I couldn't have, but I don't recall
5    specifically.
6        Q.    For that particular case, are you
7    aware whether the FBI reached out to Google to
8    seek their assistance?
9        A.    It's my understanding that the
10   government did reach out to Google.
11       Q.    For that particular
12   investigation?
13       A.    Yes.
14       Q.    And what was Google's response?
15       A.    To be clear, again, because I was
16   not the case agent or the co-case agent, I'm not
17   sure who initiated that conversation, whether
18   Google reached out to the government or the
19   government reached out to Google.  But I do know
20   that Google was involved in the -- that
21   operation.
22       Q.    Being part of the FBI, are you
23   aware that sometimes the Department of Justice
24   do press releases in regards to big arrests?
25       A.    Yes.

Page 31

1        Q.    Are you aware, for this
2    particular case, whether there was any press
3    release by the Department of Justice?
4        A.    I think there was.
5        Q.    As part of being a special agent,
6    have you ever been asked to contribute to the
7    substance of any press release?
8        A.    Yes.
9        Q.    As part of that are you asked
10   what other outside institutions deserve credit
11   for that particular investigation?
12       A.    You know, I can't speak directly
13   to that.  The times that I was consulted, that
14   was not a question that was asked.
15       Q.    Have you read press releases by
16   the Department of Justice about large arrests?
17       A.    I'm sure I have.
18       Q.    Is it common in those press
19   releases, then, for the Department of Justice to
20   acknowledge the assistance of outside entities
21   that helped in the investigation?
22       A.    I'm sorry, can you repeat the
23   question?
24       Q.    Sure.
25             Is it common in press releases

Page 32

1    that are released by the Department of Justice
2    to acknowledge outside entities that helped in
3    the investigation?
4        A.    You know, I'm not sure if I can
5    answer that.  I didn't work in the press shop.
6    You say it's common, are you asking that
7    question in the context of today, or are you
8    asking in the context of that investigation that
9    we were speaking about earlier?
10             I can tell you from my
11   experiences in the FBI it's a very sensitive
12   topic, and I don't know if there is a clear
13   answer there.
14       Q.    Have you ever read Department of
15   Justice press releases that acknowledges outside
16   entities in their help of the investigation?
17       A.    I'm sure I have.
18       Q.    Did you read the press release
19   for this particular case that you're citing the
20   arrest of the six Estonians?
21       A.    I'm sure I have.  I think I
22   reference it in my report.
23       Q.    Is Google referenced as one of
24   the outside entities that helped the FBI in that
25   particular investigation?

Page 33

1        A.    I can't recall.  If you want to
2    pass me my report, we can look at it.
3        Q.    Do you remember Georgia Tech
4    University being one of the outside entities
5    that were acknowledged for assisting in that
6    investigation?
7        A.    As I sit here right now without
8    the press release in front of me, I can't
9    recall.
10       Q.    You cite another case in your
11   report that you referenced as the FBI
12   Minneapolis Division instituted case.
13             Are you familiar with what I'm
14   talking about?
15       A.    I recall referencing it in my
16   report.
17       Q.    Did you have any personal
18   involvement in that particular case?
19       A.    I don't think so.
20       Q.    Did any of the conduct that
21   occurred in that particular case occur on any
22   Google platform?
23       A.    I -- I can't answer that as I sit
24   here right here.  Can you show me my report?
25   Can we discuss it?  Can we walk through it?

| Page 34 | Page 36 |
|---|---|

**Page 34**

1    Q.    Sure.
2    A.    Can you be more specific?
3    Q.    Sure.
4         MR. FREEMAN:  We'll mark this as
5    Ferrante Lit Exhibit 1.
6         (Document marked for
7         identification as Ferrante-Lit
8         Deposition Exhibit No. 1.)
9 BY MR. FREEMAN:
10    Q.    So for identification what's been
11 now marked as Ferrante-Lit Exhibit Number 1 is
12 your report that you made in preparation for
13 this case; is that right?
14    A.    Correct.
15    Q.    So the case that I was talking
16 about occurs on paragraph 18 on page 9.
17         Do you see that?
18    A.    I do see that.
19    Q.    Okay.  So my question was in
20 relationship to this case that you talked about
21 in paragraph 18, did any of this conduct that
22 you described occur on any Google platform?
23    A.    You know, I'm not sure.
24    Q.    How did you gain information or
25 knowledge about this particular case?

**Page 36**

1 and knowledge about that particular case?
2    A.    Research.
3    Q.    Did you research anything beyond
4 the press release that is cited in footnote 11?
5    A.    Beyond the press release?
6    Q.    Yeah.
7    A.    Yeah, of course.
8    Q.    Okay.  What did you investigate
9 beyond the press release cited in footnote 11?
10    A.    Any sort of open source reporting
11 on the operation.  I mean, a couple of them are
12 cited.
13    Q.    What other sources of information
14 beyond the press release did you rely on to get
15 information about this particular investigation?
16    A.    As I said, open source reporting.
17    Q.    My question is: what open source
18 reporting did you review and rely on to gain
19 knowledge about this particular case?
20         MS. MAUSER:  Object to form.
21         THE WITNESS:  Well, I mean,
22         footnote 10, footnote 11, footnote 12,
23         for example, are three -- three
24         examples, are three citations that are
25         in my report to talk about the point

| Page 35 | Page 37 |
|---|---|

**Page 35**

1    A.    It's cited at the bottom,
2 footnote 14.
3    Q.    Just so we're clear, when you
4 talk about footnote 14, that's the press
5 release, right?
6    A.    Correct.
7    Q.    Did you have any independent
8 knowledge of this particular case outside of the
9 press release?
10    A.    Not that I recall.
11    Q.    Then going back just two
12 paragraphs to paragraph 16 on page 8, you
13 reference "the self proclaimed King of Fraud."
14         Do you see that?
15    A.    I do see that term, "King of
16 Fraud."
17    Q.    And you're referencing a
18 particular criminal prosecution of a Russian
19 national; is that correct?
20    A.    Correct.
21    Q.    Did you have any personal
22 involvement in that particular investigation?
23    A.    No.  I was not in the New York
24 City field office at that time.
25    Q.    How did you gather information

**Page 37**

1         that I'm trying to make here, which is
2         organized crime members gravitate
3         towards ad fraud because the risk to
4         reward ratio, risk to reward ratio.
5 BY MR. FREEMAN:
6    Q.    Did you review any other open
7 source information about this particular case
8 other than those noted in footnotes 10, 11 and
9 12?
10    A.    I'm sure I did.
11    Q.    Okay.  What other ones did you
12 review?
13    A.    I'm not sure.  I mean, I'm sure I
14 went to the internet and did as much research as
15 possible as I try to verify my information like
16 any investigator would do.  And so I looked at
17 various sources and have highlighted, like I
18 said, three of them here to cite my points in
19 the expert report.
20    Q.    You have an appendix to your
21 report, Appendix B starting on page 41; is that
22 right?
23    A.    I see page 41, Appendix B,
24 "Materials Referenced and Relied On."
25    Q.    What is encompassed within

## Page 38

1    Appendix B?
2          A.    This is a list of material that I
3    referenced and relied on in order to draw the
4    conclusions in my report.
5          Q.    So those open source -- open
6    sources that you used to gain information about
7    this particular investigation of the King of
8    Fraud, are those listed in Appendix B?
9          A.    I cited my --
10               MS. MAUSER:  Object to form.  You
11         can answer.
12               THE WITNESS:  Okay.  I've
13         cited -- what I speak about in paragraph
14         16, I cite with these footnotes.
15   BY MR. FREEMAN:
16         Q.    But you testified that you
17   reviewed other open sources about this
18   particular case to gain knowledge about it,
19   right?
20         A.    Of course.
21         Q.    So my question is: those other
22   sources that are not in footnotes 10, 11 and 12,
23   are those listed in Appendix B?
24         A.    So I think I need to just
25   explain.

## Page 39

1                I work in the security industry.
2    I wake up at 5:00 a.m., and I go to sleep 10:00
3    or 11:00 p.m.  That's all I do every day, is
4    read about security, security threats, security
5    risks, how to mitigate those risks and examples
6    of how others have done it.  So when you talk
7    about me citing every single source that I have
8    read, it's just impossible.  I'm a security
9    expert who started doing what I do at ten years
10   old, and I have done nothing since I was ten
11   years old.  And that's all I do; it is my
12   profession.
13               And so what I've done here is
14   written my expert report.  And the points that I
15   make in my expert report, I have cited in my
16   footnotes.  Not everything I read I relied on,
17   but I have read a lot of information.  I'm sure
18   you can appreciate that.
19         Q.    But my question is: what sources
20   of information did you review in order to
21   include this particular case in paragraph 16?
22         A.    And I believe I've answered that
23   by saying the footnotes that I've referenced in
24   the report.
25         Q.    But then in addition to those

## Page 40

1    three, there are other open sources that you
2    reviewed to gain information about this
3    particular investigation?
4          A.    Correct.  But like I said
5    earlier, as noted in Appendix B, materials that
6    I've referenced and relied on are listed.
7                And, Michael, if I may, we're
8    coming up on the hour.  And at your convenience,
9    can we take a wellness break?
10         Q.    Sure.  Let me have just maybe
11   three more questions, and then we'll do it just
12   to conclude on that particular paragraph.
13         A.    Sure.
14         Q.    So any of the conduct in this
15   particular case about the King of Fraud, did
16   that conduct occur on any Google platform?
17         A.    For Methbot?
18         Q.    Correct.
19         A.    As I sit here right now, I can't
20   answer that.  Can we look at my references?
21         Q.    You mean Appendix B?
22         A.    No, meaning footnote 12, "Methbot
23   then and now."
24         Q.    I'm just asking you as you sit
25   here today, do you recall whether Methbot had

## Page 41

1    any -- occurred on any Google platform?
2          A.    And as I answered, as I sit here
3    from memory, I can't recall.  But I would be
4    interested in reading footnote 12, but I
5    understand this is -- you're asking the
6    questions, not me.
7                MR. FREEMAN:  We can take a
8          break.
9                THE WITNESS:  Want to take a
10         break?
11               MR. FREEMAN:  I thought you
12         requested a break.
13               THE WITNESS:  Earlier.  But I
14         said at your convenience.  You ready?
15               MR. FREEMAN:  We can take a break
16         now.
17               THE WITNESS:  Okay.
18               THE VIDEOGRAPHER:  Off the record
19         10:22.  This ends media unit number one.
20               (Brief recess.)
21               THE VIDEOGRAPHER:  On the record
22         at 10:34.  This begins media unit two in
23         the deposition of Anthony Ferrante.
24   BY MR. FREEMAN:
25         Q.    Did you have any other positions

## Page 42

1  within the FBI other than being a special agent
2  in the New York field office?
3      A.   Yes.
4      Q.   I want to talk about your next
5  position within the FBI going oldest to most
6  recent.
7           So after you were a special agent
8  in the New York field office, what was your next
9  position within the FBI?
10     A.   So when I was in the New York
11 City field office, again, I got there in May of
12 2005.  I want to say it was sometime in 2006 or
13 2007 I joined where -- rather I was selected to
14 be a member of the FBI's Cyber Action Team,
15 which is essentially a rapid deployment team
16 within the FBI focused on significant cyber
17 events.  So I was a member of that team.
18          A few years later I was a member,
19 noncertified member of the Crisis Negotiation
20 Team.  And then right around that period of
21 time, I became a certified special agent bomb
22 technician.
23     Q.   And just so I'm clear, I think
24 you listed three different positions within the
25 FBI that you had all at the same time as being a

## Page 43

1  special agent in the New York field office?
2      A.   So I was a member of the cyber
3  action team, yes, through my time in New York,
4  whenever I got on that.  I believe it was 2006
5  through -- actually through my time at
6  headquarters, and then I forget what year, but I
7  did become a member of the crisis negotiation
8  team.
9           I stepped down from the crisis
10 negotiation team when I joined the special agent
11 and bomb technician program.  I served on that
12 team, and I forget when but I became a certified
13 special agent bomb technician maybe in 2009.
14 And I served as a bomb technician through the
15 remainder of my time in New York City.
16     Q.   Did you work on any case as part
17 of the cyber action team relating to bad actors
18 misusing publisher ad servers?
19     A.   Not that I recall.  Not as a
20 member of the cyber action team.
21     Q.   Did you work on any case as part
22 of the cyber action team relating to bad actors
23 misusing ad exchanges?
24     MR. FREEMAN:  Can we go off just
25      for 30 seconds?

## Page 44

1      MS. MAUSER:  Something keeps
2  beeping.
3           THE VIDEOGRAPHER:  (Pause.)  Off
4      the record at 10:47.
5           THE VIDEOGRAPHER:  On the record
6      at 10:39.
7  BY MR. FREEMAN:
8      Q.   Okay.  I'm going to reask my
9  question right before we took that break.
10     A.   Sure.
11     Q.   Did you work on any case as part
12 of the cyber action team relating to bad actors
13 misusing ad exchanges?
14     A.   Not that I recall, not as a
15 member of the cyber action team.
16     Q.   Did you work on any case as part
17 of the cyber action team related to bad actors
18 misusing advertiser ad servers?
19     A.   As a member of the cyber action
20 team in that capacity, not that I recall.
21     Q.   And then am I correct that your
22 roles as a crisis negotiator or bomb tech didn't
23 relate to publisher ad servers?
24     A.   It did not.
25     Q.   Or ad exchanges?

## Page 45

1      A.   It did not.
2      Q.   Or advertiser ad servers?
3      A.   It did not.
4      Q.   Okay.  So eventually you leave
5  New York City, right?
6      A.   I did.
7      Q.   But then you're still part of the
8  FBI, right?
9      A.   Correct.
10     Q.   Okay.  So what's your next
11 position with the FBI after you leave New York
12 City?
13     A.   So in 2013, I believe it was
14 July 2013, I promoted down to FBI headquarters
15 where I started as a supervisory special agent
16 at this point, and I started as a congressional
17 liaison in the cyber division working in the
18 front office.  I was in that post, I want to
19 say, weeks, maybe a few months until I started
20 serving as the de facto chief of staff and
21 principal advisor to the assistant director in
22 charge of the cyber division.
23     Q.   I want to go back then when you
24 were a supervisor special agent and
25 congressional liaison in that timeframe.

| Page 46 | Page 48 |
|---|---|

**Page 46**

1          So were you supervising any
2  special agents during that timeframe?
3          A.    It's a good question.  I did not
4  have a squad, but I certainly oversaw programs
5  and folks on our front office staff.
6          Q.    What type of programs did you
7  oversee during this particular timeframe?
8          A.    Well, at that time -- I mean when
9  I first got there it was -- I was responsible
10  for the congressional affairs portfolio.  So my
11  duties involved me being intimately involved
12  with all of our matters, criminal and national
13  security and ensuring that we were doing
14  everything we could to advertise our good
15  work -- not advertise -- to make sure Capitol
16  Hill was aware of our good work.  And so that
17  happened through various methods, whether they
18  were verbal briefings to various committees,
19  paper notifications, one to one meetings.
20          I worked very closely with the
21  FBI's office of congressional affairs and DOJ's
22  office of congressional affairs, but DOJ had a
23  different name for it, I forget it.
24          Q.    Okay.  If I caught all that,
25  during this timeframe you gave verbal briefings

**Page 47**

1  to members of Congress; is that what you're
2  talking about?
3          A.    Correct.
4          Q.    And then similarly with -- you
5  said paper notifications that were paper
6  notifications to members of Congress?
7          A.    Yeah, they called them
8  congressional notifications.  They went up to
9  the Hill.  Whether or not anyone read them, I
10  don't know.
11          Q.    Then you said you had, at times,
12  one-on-one meetings, is that with members of
13  Congress?
14          A.    Or staff, yeah, representatives
15  or staff.
16          Q.    Do you recall giving any verbal
17  briefings to members of Congress or their staff
18  about bad actors misusing publisher ad servers?
19          A.    I can't recall.
20          Q.    What about verbal briefings to
21  members of Congress or their staff about bad
22  actors misusing ad exchanges?
23          A.    I mean, the question as you ask
24  it, I'm not sure.  I mean, even the previous
25  question.  I want to go back to what I said

**Page 48**

1  earlier that it's a very broad topic.  And as I
2  said before, the advertising ecosystem, we saw
3  an uptick in it being used as a vector to which
4  consumers were being targeted.
5          And so did we give briefings to
6  members of Congress about domain spoofing, and
7  malvertising and drive-by downloads?  Of course.
8  I mean, that was what we did in the cyber
9  division, was investigator those matters.
10  Whether or not we stood before members of
11  Congress and attributed it to the advertising
12  ecosystem, I can't answer that as I sit here in
13  this chair.  But the threats that existed on --
14  in that ecosystem, that's all we briefed them
15  on.
16          Q.    What type of products do you
17  include when you say the phrase "advertising
18  ecosystem"?
19          A.    Well, when I use that phrase, I
20  am referring to from -- I mean, in this
21  particular instance, a consumer sitting at their
22  computer.  And when I say "consumer," let me be
23  more specific and just say a general US citizen
24  sitting at their computer, browsing the internet
25  and visiting various websites.

**Page 49**

1          When I talk about security risks,
2  I talk -- I'm referring to that US citizen
3  sitting at that computer, using that web
4  browser, browsing to different internet sites
5  and being targeted through advertisements,
6  drive-by downloads, spoof domains, scareware and
7  others.  That was a new vector that we saw in
8  the government from my time in New York through
9  my time at headquarters.
10          Q.    Do you include publisher ad
11  servers as part of the advertising ecosystem?
12          A.    The larger ecosystem when
13  speaking about advertising?
14          Q.    I'm going back to how you used
15  the phrase.  You used the phrase multiple times
16  today, "advertising ecosystem," right?
17          A.    Yes.
18          Q.    What I'm trying to get at is when
19  you use the phrase, "advertising ecosystem," are
20  you including publisher ad servers as part of
21  that ecosystem?
22          A.    Sure.
23          Q.    Are you including ad exchanges as
24  part of that ecosystem?
25          A.    Yes.

## Page 50

1   Q.   Are you including advertiser ad
2 servers as part of that ecosystem?
3   A.   I'm sorry, can you repeat that?
4   Q.   Yeah.
5   Are you including advertiser add
6 servers as part of that ecosystem?
7   A.   Advertiser ad servers, yes.
8   Q.   Is it possible for domain
9 spoofing to occur outside of the advertising
10 ecosystem?
11   A.   Of course.
12   Q.   Is it possible for drive-by
13 downloads to occur outside the advertising
14 ecosystem?
15   A.   That's a complicated question.
16 Can you be more specific?
17   Q.   Have you ever seen drive-by
18 downloads occur outside of publisher ad servers,
19 the ad exchange or advertiser ad servers?
20   A.   So then in your hypothetical, we
21 have a web browser?  Do we have a web browser?
22   Q.   I'm asking not in hypothetical
23 terms.
24   A.   Okay.
25   Q.   Did you see, as a member of the

## Page 51

1 FBI, drive-by downloads occur outside the
2 publisher ad servers, the ad exchange or the
3 advertiser ad servers markets?
4   MS. MAUSER:  Object to form.
5   THE WITNESS:  I think that's a
6   complicated question.
7   A drive-by download can exist
8   just sitting on a web page.  It has
9   nothing to do with the advertising.
10   Yes, I've seen that happen before.
11 BY MR. FREEMAN:
12   Q.   So I want to go back to: did you
13 give any verbal briefings to members of Congress
14 or their staff about bad actors misusing ad
15 exchanges?
16   A.   Specifically ad exchanges, I do
17 not recall.  Specifically noting and using the
18 term "ad exchanges" or even the "advertising
19 ecosystem," I do not recall.
20   I can tell you that the risks
21 that we saw that were being delivered, the pay
22 loads, the vectors being delivered to consumers,
23 to these US citizens is what we briefed because
24 that's what we did every day.
25   Q.   That included risk outside of the

## Page 52

1 advertising ecosystem, right?
2   A.   Yes.  And to be clear, I don't --
3 as you ask these questions, I don't -- yes.
4   Q.   Did you author any congressional
5 notifications about bad actors misusing
6 publisher ad servers?
7   A.   I can't recall.
8   Q.   Did you author any congressional
9 notifications about bad actors misusing ad
10 exchanges?
11   A.   I can't recall.  I have to
12 imagine they may be public.  I can tell you it
13 wasn't uncommon to issue a notification or
14 briefing on a bot net.  I can tell you
15 specifically we did extensive work in the bot
16 net -- in the bot net domain, in the bot net
17 space.
18   So as I sit here and I say I
19 can't recall, I'm happy to go back and check
20 because I'm sure some of that work was
21 associated with advertising -- the advertising
22 ecosystem.  I just can't recall right now.
23   Q.   Did you ever testify in court
24 while being a supervisory special agent with
25 also being the congressional liaison?

## Page 53

1   A.   No.
2   Q.   Did you ever testify in front of
3 Congress when you were in that particular
4 position?
5   A.   No.
6   Q.   When you were in that position,
7 did congressional members or their staff make
8 inquiries or requests to you?
9   A.   Yes.
10   Q.   Do you recall any specific
11 request from a member of Congress or their staff
12 about the advertising ecosystem?
13   A.   Specifically the advertising
14 ecosystem?
15   Q.   Yes.
16   A.   That term, "advertising"?
17   Q.   Let's start there, yes.
18   A.   The answer is no.
19   Q.   Do you recall any specific
20 request from a member of Congress or their staff
21 about publisher ad servers?
22   A.   Those exact terms?
23   Q.   Yes.
24   A.   No.
25   Q.   Do you recall any specific

1  request from a member of Congress or their staff
2  about ad exchanges?
3           A.    Again, those specific terms?
4           Q.    That's correct.
5           A.    I cannot recall.
6           Q.    Do you recall any specific
7  request from a member of Congress or their staff
8  about advertiser ad networks?
9           A.    Those specific words, no, I
10 cannot recall.
11          Q.    So I think, then, you said the
12 next position within the FBI, you were still a
13 supervising special agent but also the chief of
14 staff; is that right?
15          A.    That is correct.
16          Q.    You were the chief of staff to
17 who?
18          A.    To the assistant director of the
19 cyber division, Joseph Demarest.
20          Q.    When did you have that particular
21 position?
22          A.    Officially, I can't recall.  As I
23 said, I got there in July of 2013.  I served in
24 that congressional liaison post for a few
25 months.  Unofficially, I became essentially the

1  acting chief of staff.  I don't recall when I
2  was officially named, but I eventually was named
3  the 15 and the full bird chief of staff for the
4  cyber division spelling spelling.
5           Q.    When you say you were eventually
6  named -- did you say 15 like the number?
7           A.    GS15.
8           Q.    Yeah, meaning like the pay scale?
9           A.    Correct.  I was a 14 as a
10 supervisory special agent.
11          Q.    During the time that you were
12 chief of staff, did you supervise other FBI
13 special agents?
14          A.    Yes.
15          Q.    Did you have a squad?
16          A.    Yes.
17          Q.    How many members were on your
18 squad?
19          A.    That's a good question.  I don't
20 recall.  Twelve, 15, ten.  It ebbed and flowed.
21 It was essentially the front-office operations.
22          Q.    Other than supervising other
23 special agents, did you have any other role as
24 chief of staff?
25          A.    I was the principal advisor to

1  the assistant director overseeing the
2  administratively and operationally everything
3  that was going on in the division.  There were
4  five -- four or five sections, section chiefs.
5  Within those sections, unit chiefs.
6           I mean, I was the conductor that
7  kept all the trains running on time.
8           Q.    Would you author any memos, then,
9  to the assistant director of -- in the cyber
10 division?
11          A.    That's a good question.  If I
12 could have avoided it, I would have.  I'm sure I
13 authored memos to divisional staff, to the
14 field.  But I also oversaw my colleagues
15 authoring them and pushing them out.
16          Q.    Do you recall authoring any memo
17 during this timeframe about the advertising
18 ecosystem?
19          A.    Me personally authoring?
20          Q.    Yeah.
21          A.    No, I did not author.
22          Q.    During this time how many cases
23 did you supervise where targets or subjects were
24 misusing the advertising ecosystem?
25          A.    You know, that's an excellent

1  question.  And as I sit here right now, I can't
2  answer it.  I can tell you there were cases.
3           Q.    Do you recall the specifics of
4  any of those cases?
5           A.    No.
6           Q.    Did they result in criminal
7  prosecutions?
8           A.    I can't recall as I sit here
9  right now.
10          Q.    Were any of these cases that you
11 supervised during this timeframe involved
12 subjects or targets misusing header bidding
13 wrappers?
14          A.    Yeah, I mean, at that point in
15 time from that perspective, again, as I worked
16 in that role with the assistant director.  As I
17 said earlier, we saw more and more of those
18 security risks being exploited or used -- excuse
19 me -- as a vector to target US citizens.
20          And of course through the course
21 of our investigation, we wanted to know how it
22 was happening.  And so we saw more and more of
23 our work taking us to the advertising ecosystem.
24          So was I involved in case
25 briefings, case updates, trade craft, knowledge

Page 58

1  shares, attribution?  Yeah, I was involved in
2  all of that.
3          Q.    How many cases did you supervise
4  that involved bad actors using header bidding
5  wrappers?
6          A.    So I think we should maybe level
7  set.  And when you say the term "supervise," now
8  we're not talking about the case agent or
9  co-case agent, correct?
10         Q.    If I understand you correctly,
11 during this timeframe you didn't have any
12 independent cases in which you were the case
13 agent; is that correct?
14         A.    That is correct.
15         Q.    Okay.
16         A.    At headquarters I did not serve
17 as a case agent or a co-case agent on any case.
18         Q.    So my question when we talk about
19 supervisors, my understanding you had your own
20 squad, right?
21         A.    I had a squad.
22         Q.    And just so we're clear with
23 everyone who is not in this world, "squad" means
24 other special agents?
25         A.    Other special agents and

Page 59

1  professional staff, yes.
2          Q.    And you said that's roughly --
3  you had roughly -- it ebbed and flowed but with
4  roughly ten special agents?
5          A.    Yeah, ten to 12.
6          Q.    When I talk about supervise, I'm
7  talking about supervising special agents who
8  were the case agent on cases involving bad
9  actors misusing header bidding wrappers?
10         A.    So that's where I think, you
11 know, we just have to unpack it together as we
12 step through it.  As the chief of staff, my
13 responsibility was to oversee operationally,
14 administratively all cases in the FBI cyber
15 division so --
16         Q.    Let me stop you there just so
17 we're clear.
18               Including those not investigated
19 by members of your squad?
20         A.    My squad?
21         Q.    Yeah.
22         A.    The front-office squad?  None of
23 them were doing any investigations.  At the FBI
24 all investigations are done at the field level,
25 from the field office.  There are no cases run

Page 60

1  out of headquarters except for very, very
2  special ones.
3          All cases are run out of the
4  field.  The field is program managed, various
5  topics from headquarters, so the field takes
6  their cases, and they report them up to their
7  program manager.  And at that time, we had
8  rolled out a new way of conducting
9  investigations where we had strategic offices
10 and tactical offices.  And so there was some --
11 there were field offices working specific cases
12 that would then report into headquarters.
13         Now, that reporting into
14 headquarters is where it fell on my desk, and
15 that choreographing and understanding of the
16 cases and making sure everybody was coordinated
17 and everybody knew what was going on, not only
18 within the field offices, other field offices
19 within head quarters; making sure that our other
20 government agencies were briefed on these
21 various cases and make sure the Hill was aware
22 of what was going on, make sure the brass within
23 the Hoover Building was aware of these cases.
24 So that was my responsibility when I say I
25 oversaw.

Page 61

1          I think you're referring to the
2  term "supervising" in the traditional sense,
3  meaning like a subordinate and boss.  As the
4  chief of staff that was most certainly not my
5  role.  It was way more than that.
6          Q.    So the ten or so special agents
7  on your squad, they were not independently doing
8  investigations?
9          A.    They were not.
10         Q.    Do you recall any specific
11 investigation or case involving the misuse of
12 header bidding wrappers?
13         A.    I'm sorry, can you repeat the
14 question?
15         Q.    Yeah.
16         I think you previously testified
17 that you did recall investigations of subjects
18 or targets misusing header bidding wrappers; is
19 that right?
20         A.    That is correct.
21         Q.    So my question is: do you recall
22 specific ones that involved actors, subjects or
23 targets misusing header bidding wrappers?
24         A.    So when you say do I recall
25 specific ones, you have to be more specific.  I

| Page 62 | Page 64 |
|---|---|

**Page 62**

1  remember cases involving header wrappers.  I
2  recall many cases involving header wrappers.
3  Who was under investigation, how it occurred is
4  a different story.  Where it occurred, that
5  is -- that is where I think we just need to
6  unpack and step through.
7      Q.    Sure.
8          Do you recall what specific field
9  offices were investigating subjects or targets
10 misusing header bidding wrappers?
11     A.    I do not.
12     Q.    Do you recall the name of any
13 individual who was a subject or target of an
14 investigation involving the misuse of header
15 bidding wrappers?
16     A.    I do not.  You have to appreciate
17 from the FBI cyber division headquarters perch,
18 I mean, there are thousands of cases.  So
19 knowing the name of the actual individual, the
20 target, it just wasn't something that I would
21 do.
22     Q.    Do you recall the name of an
23 entity that was a subject or target involving
24 the misuse of header bidding wrappers?
25     A.    I mean, not as I sit here right

**Page 63**

1  now.
2      Q.    During this timeframe as being
3  chief of staff, did you ever testify in court?
4      A.    No, I thought we answered that
5  one.
6      Q.    Did you ever testify in front of
7  Congress --
8      A.    I did not.
9      Q.    -- in that role?
10         Did you testify in any other type
11 of proceeding that would not be criminal court
12 or Congress?
13     A.    And I assume your -- when you say
14 "testify," you are speaking the traditional
15 sense, raise-your-right-hand testimony?
16     Q.    That's correct?
17     A.    Then, no, not that I recall.  I
18 will say that I regularly walked the Hill with
19 my boss and gave briefings to members and their
20 staff.
21     Q.    Did you have any other positions
22 within the FBI that we haven't talked about?
23     A.    I became -- I took a joint duty
24 assignment and moved over to the National
25 Security Council in the Whitehouse in 2015,

**Page 64**

1  October of 2015.
2      Q.    How long did you have that role?
3      A.    I think it was just under two
4  years.  I served for the last 18 months in the
5  Obama administration, and then a few months of
6  the Trump administration.  As an FBI employee I
7  was apolitical, so I went back to work at the
8  Whitehouse on January 21st, 2017, worked for a
9  few months there on the National Security
10 Council.  I served as the director for cyber
11 incident response and the cyber directorate.
12     Q.    Did you conduct any
13 investigations while you had this joint duty
14 assignment?
15     A.    No, I had to give up my
16 investigative work.
17     Q.    Were you supervising other
18 individuals, other special agents within the FBI
19 during this time?
20     A.    No.
21     Q.    Did you ever testify in court
22 when you held this position or this joint duty
23 assignment?
24     A.    I did not.
25     Q.    Did you ever testify in front of

**Page 65**

1  Congress when you had this position?
2      A.    I did not.
3      Q.    Did you ever testify in any other
4  proceeding, other than court or Congress, when
5  you had this -- when you had this position?
6      A.    Again, when you say "testify,"
7  we're just going to assume that it is the
8  traditional sense raising your right hand and
9  giving testimony, correct?
10     Q.    That's correct.
11     A.    Yeah, no, I did not.
12     Q.    So during your time as an FBI --
13 I'm saying from the time you reported to
14 Quantico to the time you left the FBI, did you
15 ever testify in Federal Court?
16     A.    I can't recall.
17     Q.    Did you ever testify in State
18 Court?
19     A.    I can't recall.
20     Q.    So after you left the National
21 Security Council, what did you do next in your
22 career?
23     A.    So in April of 2017 I resigned
24 from government service and went into private
25 practice the same month.

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-WEF    Document 899-2    Filed 07/09/24    Page 20 of 109 PageID#
21721

Highly Confidential

Anthony J. Ferrante
February 16, 2024

Page 66

```
 1        Q.    Who was your employer when you
 2   left government service in April of 2017?
 3        A.    Who did I leave government
 4   service for?
 5        Q.    Yeah, when you left, who did you
 6   work for?
 7        A.    When I left, I worked for the
 8   U.S. government.  My next post was in private
 9   practice where I started working at FTI
10   Consulting, my current employer.
11        Q.    And you've been continuously
12   employed by FTI Consulting from April of 2017 to
13   present?
14        A.    Correct.
15        Q.    Since you've been with FTI
16   Consulting, consultants, how many times have you
17   testified in court?
18        A.    I can't recall.  I can tell you
19   that the public or the unsealed cases are listed
20   in my CV.
21        Q.    Are you suggesting that there are
22   cases that you testified in that are under seal?
23        A.    In court?
24        Q.    Yeah.  My question was: how many
25   times have you testified in court?
```

Page 67

```
 1        A.    Yeah, I can't recall.  I can tell
 2   you -- again, I'm not an attorney, so I'm not
 3   sure -- I don't pretend to know how that works.
 4   But the cases that I am allowed to disclose are
 5   written in my CV.  If you want to walk through
 6   them, I can tell you which ones ended up in
 7   court and which ones didn't.
 8        Q.    So how many times have you
 9   testified under oath in court?
10        A.    In a courtroom, right?  Because
11   we're under oath today, but we're not in a
12   courtroom.
13        Q.    In a courtroom?
14        A.    Okay.  Let's look.  So there are
15   two expert retentions Proofpoint, the via day
16   secure spelling spelling and then CDK Global,
17   those were in a courtroom.
18             And I can tell you that using the
19   traditional sense of being under oath, I
20   testified up on the Hill a couple years ago for
21   one of the committees.  I forget which one.
22        Q.    Let's go back, then, to that
23   before we get to your retention as an FTI
24   consultant.
25             What was the subject matter of
```

Page 68

```
 1   your testimony on the Hill a couple of years
 2   ago?
 3        A.    I forget exactly.  I want to say
 4   maybe it was the adoption of 5G and the
 5   associated risks.  It should be listed.
 6        Q.    Okay.  So now I want to talk
 7   about the two cases that you just cited where
 8   you testified in court.  Let's start with the
 9   Proofpoint, Incorporated case.
10             Did a court certify you as an
11   expert witness in that particular case?
12        A.    They did.
13        Q.    And what was the field of
14   expertise in which they certified you in?
15        A.    Reasonable measures as a cyber
16   security expert.  The exact language I know is
17   on the record.
18        Q.    What were you asked to opine
19   about in that particular case?
20        A.    The reasonable measures that
21   Proofpoint took to protect their intellectual
22   property.
23        Q.    What type of intellectual
24   property did they have?
25        A.    Source code, documents.
```

Page 69

```
 1        Q.    Does Proofpoint Incorporate --
 2   Incorporated operate in the advertising
 3   ecosystem?
 4        A.    I'm not sure I can answer that
 5   when you say "they operate."  I'm sure they do
 6   advertisings.
 7        Q.    Was part of -- was part of your
 8   testimony discussing Proofpoint's intellectual
 9   property as it relates to any product they have
10   in the advertising ecosystem?
11        A.    Again, can you reask the
12   question, and can we step through it?
13        Q.    Well, the source code -- let's
14   start there.  You said you testified about
15   source code.
16        A.    Source code and documents.
17        Q.    Okay.  Let's talk about just the
18   source code for a moment.
19        A.    Okay.
20        Q.    Was it source code relating to
21   the advertising ecosystem?
22        A.    I can't say for certain as I sit
23   here right now, but I will -- I will say I do
24   not think so.
25        Q.    And then similar question about
```

| Page 70 | Page 72 |
|---|---|

**Page 70**

1  the documents as you indicated.
2          Were the documents that you
3  reference as intellectual property of Proofpoint
4  related to the advertising ecosystem?
5      A.    Again, as I sit here right now, I
6  can't say definitively, but I know it was a lot
7  of material.
8      Q.    Okay.  Then the second one in
9  which you've testified, right, is just the
10  letters C-D-K Global, right, you see that?
11     A.    Correct.
12     Q.    Did the court in that particular
13  case certify you as an expert witness?
14     A.    They did.
15     Q.    In what field?
16     A.    The security field.  The exact
17  language I don't know, but I know there's a
18  transcript.
19     Q.    "Security field," meaning cyber
20  security field?
21     A.    Cyber security.
22     Q.    What were you asked to opine
23  about?
24     A.    Sensitive data and the risks of
25  that sensitive data and how passing that

**Page 71**

1  sensitive data without controls is very
2  dangerous and puts consumers, specifically US
3  consumers at risk, while in this case, Arizona
4  consumers.
5      Q.    Were you retained by CDK Global?
6      A.    I was, yes, correct.
7      Q.    And how was CDK Global passing
8  sensitive data?
9      A.    They weren't.  They were fighting
10  the -- I believe Brnovich was maybe the
11  governor.
12     Q.    Let's just spell it for the court
13  reporter.
14     A.    Sure, you want to spell it?
15     Q.    Sure B-R-N-O-V-I-C-H; is that
16  correct?
17     A.    Yes.
18     Q.    All right.  How was Brnovich
19  passing sensitive data?
20     A.    Yeah, I think you pronounced it
21  correctly.
22          Brnovich was pro passing
23  sensitive consumer -- Arizona consumer data to
24  third parties.  He wanted to make it freely
25  available and to share it with third parties

**Page 72**

1  while CDK Global did not want to do that because
2  it introduced a ton of risks to consumers.
3      Q.    How was Brnovich collecting
4  sensitive data?
5      A.    He wasn't.  I believe he was
6  either the governor or secretary of state; he
7  had an official political position within the
8  state.  He wasn't collecting it.  The car
9  dealerships in his states were.
10     Q.    How were the car dealerships
11  within the state of Arizona collecting sensitive
12  data?
13     A.    Well, I learned a lot in this
14  case.  Believe it or not, from the moment you
15  visit a car dealer's website through visiting a
16  showroom to test driving a vehicle, to
17  purchasing a vehicle, dealerships collect a lot
18  of data on consumers.  And they harvest that
19  data, and they were looking to share it freely
20  and without controls.  And CDK -- CDK Global did
21  not want that to occur because of the various
22  risks that created.
23     Q.    Was any part of that case in your
24  testimony related to the advertising ecosystem?
25     A.    Yes.

**Page 73**

1      Q.    What part of the case was
2  involving the advertising ecosystem?
3      A.    Like I just said, through my work
4  on that case I studied and learned how these car
5  dealerships were collecting data and then using
6  that data to target consumers for the purposes
7  of sales.
8      Q.    But how did that relate to the
9  advertising ecosystem?
10     A.    Well, I learned about a lot of
11  the data that these dealerships were collecting
12  and how they were collecting it and where they
13  were collecting it.
14     Q.    Were these car dealerships using
15  publisher ad servers to collect this data?
16     A.    My -- the scope of my work there
17  was not to unpack that aspect of it, rather just
18  the data that they were collecting and how they
19  were collecting it.
20     Q.    Is there any other time that
21  you've testified in court as an expert?
22     A.    Not that I can recall.
23     Q.    In Appendix A of your report --
24  starts on page 36 --
25     A.    Okay.

| Page 74 |
|---|

1    Q.    -- there's a list of articles
2 under the title, quote, "Recent publications,"
3 end quote.
4        Do you see that?
5    A.    Yes, sir, I do.
6    Q.    Is that a comprehensive list of
7 all the publications that you've authored in
8 whole or in part in the previous ten years?
9    A.    That -- I understand that is a
10 requirement, and we work very hard to keep this
11 updated.
12    Q.    So the answer to that is yes?
13    A.    To the best of my knowledge, yes.
14    Q.    Were any of these publications
15 that you authored in whole or in part peer
16 reviewed before publication?
17    A.    Yeah, I'm sure.  I mean, part of
18 our process is we peer review all of our work.
19    Q.    Were any of them blind peer
20 reviewed?
21    A.    No.
22    Q.    Which articles in Appendix A were
23 peer reviewed before publication?
24    A.    Again, I have to say -- I mean,
25 all of them should have been.  It's part of our

| Page 75 |
|---|

1 practice on the team.
2    Q.    Peer reviewed by who?
3    A.    Members of our team.
4    Q.    Within FTI Consulting?
5    A.    Within FTI Consulting, yes.  In
6 the first and most instances, yes.  In some
7 instances, I may take it outside to an academic
8 or a colleague in the legal industry for peer
9 review or co-authorship.
10    Q.    Which article listed in these
11 recent publications did you take to an outside
12 academic?
13    A.    I couldn't answer that right now.
14 I'd have to go through them all.  I'm happy to
15 do that.
16    Q.    Which one of these recent
17 publications was peer reviewed by someone
18 outside of FTI Consulting?
19    A.    Let me look.  I mean, I'm not
20 really sure as I sit here.  I can tell you some
21 of these pieces I would have most certainly
22 reached out to colleagues in the industry but
23 some I wouldn't have.  So I don't know as I sit
24 here and look at the titles.
25    Q.    What percentage of the

| Page 76 |
|---|

1 publications listed in this appendix were peer
2 reviewed by someone outside of FTI Consulting?
3    A.    Say maybe ten, 20%.
4    Q.    But you can't point to one
5 specific one that was peer reviewed by someone
6 outside of FTI Consulting?
7    A.    I mean, I want to say maybe the
8 Hill piece, "US Presidential Election is Under
9 Attack."
10    Q.    Who was that peer reviewed by?
11    A.    I don't know specific names.
12 But, I mean, that's what I do every day, and
13 most of my friends are security people.  And
14 maybe they don't work for FTI, but they work
15 either in the government or in the security
16 industry or in the security industry for the
17 government.
18    So, you know, I'm not really
19 secretive about my publications.  I enjoy
20 writing and publishing.  So if I have an
21 interesting piece in something like that, I
22 might have said -- sent it to someone and said
23 what do you think, am I crazy?
24    Q.    Were any of these publications
25 published in journals that require the pieces to

| Page 77 |
|---|

1 be peer reviewed before publication?
2    A.    So I can't answer that.  I would
3 have to send you to our team that actually
4 facilitates that whole process.  I don't know.
5    Q.    You don't know whether any of
6 your publications were published in journals
7 that require peer review before publication?
8    A.    What I said was I don't know if
9 any of the journals I published in require peer
10 review.  I wouldn't be the person to ask that.
11 I write the piece, pass it to the team who then
12 gets it published.
13    Q.    What journals have you published
14 in?
15    A.    Everything is listed here.  You
16 say "journal," I'm thinking in the traditional
17 sense like an academic journal or something.  I
18 don't know if I've really event been published
19 in a journal.  Like I said, everything is here.
20    Q.    Have you ever been published in
21 an academic journal?
22    A.    I don't know as I sit here.  I
23 would have to go through all of these.
24    Q.    As you sit here today, do you
25 recall being published in an academic journal?

Case 2:19-cv-06190-LMB-AFV   Document 899-2   Filed 07/09/24   Page 23 of 109 PageID#
29215
UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony J. Ferrante
February 16, 2024

Page 78

```
1        A.      Again, I don't know.  I've been
2   writing for -- in this topic in the security
3   industry for -- I mean, since I was 18.  But in
4   the last ten years, I don't know if any of these
5   are academic journals.  Here you go; New York
6   Law Journal, holistic view, Insurance Journal.
7   So those are two just based on the title.
8        Q.      Is the New York Law Journal an
9   academic publication?
10        A.      I don't know.  I was making that
11   just based on New York Law Journal.
12        Q.      So is it fair to say you don't
13   remember any academic publications that you
14   authored as you sit here today; is that fair?
15        A.      I'm sorry, can you repeat the
16   question?
17        Q.      Is it fair to say you don't
18   remember any specific academic publications that
19   you authored as you sit here today?
20        A.      I just said, you know, based on
21   looking at these titles, I can't answer that
22   question right now.  I'd have to go through each
23   of them.  I mean, the New York Law Journal, I
24   read that as New York Law School, maybe you read
25   it as New York State or New York City.  Again, I
```

Page 79

```
1   don't know.  If we pull the piece, we can look
2   at it and get clarification.  I'm just not sure.
3        Q.      So that's a long way of saying
4   you don't know of any academic publications that
5   you've had as you sit here today?
6        A.      Yeah.
7        Q.      Of these publications that you've
8   had, how many have been about malvertising?
9   Just for spelling M-A-L-V-E-R-T-I-S-I-N-G; is
10   that right?
11        A.      Oh, I'm sorry.
12        Q.      Malvertising, I'm just making
13   sure we're spelling it correctly.
14        A.      Yeah, I'm sure you can spell it
15   for the court reporter.
16              You asked me a question about how
17   many were focused on malvertising.  I'd have to
18   go through them to answer your question and then
19   to answer your question clearly.
20        Q.      So, again, as you sit here today
21   do you recall authoring any publication
22   discussing malvertising?
23        A.      I mean, of the 31 pieces, as I
24   sit here today, I can't say the substance of
25   them outside -- outside their titles, but I'm
```

Page 80

```
1   sure malvertising has been referenced.
2        Q.      And which ones are you sure that
3   they've been referenced?
4        A.      I don't know.  I'd have to look
5   at them.
6        Q.      How are you sure that they've
7   been referenced?
8        A.      I mean, malvertising is a risk.
9   It's been on the rise.  It's -- it's been a risk
10   to users over the years.
11        Q.      So is it your testimony today
12   that the word "malvertising" appears in at least
13   one of the publications listed?
14        A.      No, that's not my testimony, that
15   the word "malvertising" exists in one of these.
16              What I'm saying is malvertising
17   is a threat; it's a risk.  And in my recent
18   publications, the 31 recent publications in the
19   last ten years, I don't know what I've written
20   in those.  Is the concept of malvertising
21   referenced either directly or indirectly?  I'm
22   saying it's very possible, but I don't know.
23        Q.      How many of these publications
24   discuss header bidding?
25        A.      I don't know.
```

Page 81

```
1        Q.      Have you ever published personal
2   research results from studies that you've
3   conducted in this field?
4        A.      Personal?
5        Q.      Yeah.
6        A.      I don't know of -- anything I've
7   published I have done -- I mean, personal and
8   professional lives I feel like are so blurred
9   these days.  So anything I publish I've done
10   either professionally or academically.  And I
11   don't believe I was published as an academic but
12   conducted plenty of research.
13        Q.      What type of research have you
14   conducted?
15        A.      Period?
16        Q.      I'm sorry?
17        A.      Is that your entire question?
18        Q.      You said you conducted plenty of
19   research, rye?
20        A.      I mean, that's all I do is
21   research.  I told you started in this industry
22   when I was ten years old.  I'm cognizant that
23   I'm talking to the Department of Justice.  At
24   ten years old I was hacking computers,
25   ethically, of course.  I continued -- I wrote my
```

Page 82

1   first program at ten.  I hacked my first program
2   at ten.  That's research.  Business BASIC was
3   the language I learned at ten years old, which
4   then I then studied as an academic; HTML,
5   JavaScript, Java, Perl, PHP.  These are all
6   computer languages that I researched, studied,
7   wrote, compiled, decompiled, engineered, reverse
8   engineered, networks that I've built.  I mean,
9   that's all I've done since the age of ten is
10  research.
11          So then did I take that research
12  and publish on it?  No, not as an official
13  academic.  Professionally, sure.  I've taken
14  research that I've done and written papers, all
15  of which should be outlined here.
16      Q.     The first publication listed
17  under this title is one titled "10 Cyber Risks
18  and Realities We're Seeing This Year - And
19  Beyond."
20          Do you see that?
21      A.     I do see that.
22      Q.     And then you even have the date
23  of February of 2023; is that right?
24      A.     Yes.
25      Q.     So about a year ago?

Page 83

1       A.     Correct.
2       Q.     Did you list malvertising as one
3   of the top ten cyber risks and realities of this
4   year and beyond?
5       A.     I can't recall.
6       MR. FREEMAN:  We'll mark this as
7       Ferrante litigation Exhibit 2.
8          (Document marked for
9          identification as Ferrante-Lit
10         Deposition Exhibit No. 2.)
11  BY MR. FREEMAN:
12      Q.     So just for identification, is
13  this the article that you published that's
14  referenced in Appendix A of your report here?
15      A.     Yes.
16      Q.     Let me know when you've had time
17  to review it.
18      A.     (Witness reviews document.)
19         Okay.
20      Q.     Do you list malvertising as one
21  of the top ten cyber security risks and
22  realities of this year and beyond?
23      A.     Based on the titles alone, no.
24      Q.     Do you make any meaningful
25  distinction between malvertising and ad fraud?

Page 84

1       A.     In this article?
2       Q.     No, just generally in your field?
3       A.     Oh, meaningful distinction
4   between malvertising and ad fraud?
5       Q.     Correct.
6       A.     Yeah, of course.
7       Q.     What's the difference between?
8       A.     Ad fraud is the exploitation of
9   the advertising process, while malvertising is
10  using the ad ecosystem to target end users and
11  try to exploit end users or devices.
12      Q.     Do you list ad fraud as one of
13  the top ten cyber risk and realities of this
14  year and beyond?
15      A.     I do not.  Hold on, actually
16  pause.  I'd like to look at this more closely.
17         (Witness reviews document.)
18         So there are two references in
19  here that you can attribute to the uptick in
20  exploitation of the advertising ecosystem.
21      Q.     Okay, which two are those?
22      A.     The first one is "The government
23  mandated orders examining cyber securities are
24  increasing"; and then the second one is "Third
25  party reliance will cause multiple data

Page 85

1   breaches."
2       Q.     But you don't directly reference
3   ad fraud in this article?
4       A.     It's a journal piece.  I mean, I
5   talk about the risks.  I could write a book on
6   each of these based on the work we're doing.  So
7   I think it's important when you're writing,
8   what, may be a four or five-page piece to keep
9   it interesting to talk about it at a high level.
10  But those are two particular points that we see
11  more and more at work every day, and the
12  advertising ecosystem is absolutely involved.
13      Q.     But you don't address the
14  advertising ecosystem explicitly in that
15  article, do you?
16      A.     We don't use the words
17  "advertising ecosystem," but we talk about
18  third-party risk, and we talk about the
19  government -- my term "government hammer" --
20  that is being dropped on organizations that are
21  not protecting user data.
22      Q.     Those also -- those risks occur
23  outside of the advertising ecosystem as well,
24  right?
25      A.     Of course they occur outside the

UNITED STATES OF AMERICA
GOOGLE, LLC
Case 1:23-cv-00108-LMB-WEF    Document 899-2   Filed 07/09/24   Page 25 of 109 PageID#
21213
Highly Confidential
Anthony J. Ferrante
February 16, 2024

Page 86

1  advertising ecosystem.  But in this particular
2  paper, I'm talking about specific to the work
3  that we are doing currently at FTI Consulting
4  relating to the advertising ecosystem.
5          MR. FREEMAN:  We've been going
6     about an hour.  This is a logical break.
7          MS. MAUSER:  Fine by me.
8          MR. FREEMAN:  We can go off the
9     record.
10         THE VIDEOGRAPHER:  Off the record
11    11:38.  This ends media unit number two.
12         (Brief recess.)
13         THE VIDEOGRAPHER:  On the record
14    at 11:55.  This begins media unit three
15    in the deposition of Anthony Ferrante.
16  BY MR. FREEMAN:
17      Q.    Just one point of clarification
18  or question of clarification.  We've been
19  talking about advertising ecosystems.  When
20  you're using that phrase, you're talking about
21  the online or digital advertising ecosystem,
22  right?
23         MS. MAUSER:  Object to form.
24         THE WITNESS:  Correct.  That's
25    what this case is about, correct.

Page 87

1  BY MR. FREEMAN:
2      Q.    I understand.  I just want a
3  point of -- we're not talking about advertising
4  in print newspaper --
5      A.    No, I'm sorry.
6      Q.    -- or magazines or anything like
7  that?
8      A.    No.  Correct, online digital.
9      Q.    So then moving -- excuse me -- to
10  this particular case, Google retained you for
11  this case?
12      A.    Google did, yes.
13      Q.    Had you ever been retained by
14  Google prior to this case?
15      A.    Yes.
16      Q.    How many times have you been
17  retained by Google prior to this case?
18      A.    I believe the answer to that,
19  prior to this case, is three times.
20      Q.    What were the subject matters
21  that you were retained prior to this case?
22      A.    Yes.  Prior to this case, the
23  three retentions, as you can appreciate, two of
24  them are confidential.  They involve the need
25  for outside independent experts to support

Page 88

1  Google.  In the third instance, while it started
2  as a confidential matter, is now public.  But
3  that matter involves us, FTI Consulting,
4  supporting Google in the takedown -- or the
5  identification and the takedown of a bot net.
6      Q.    What was your role in the taking
7  down of the bot net?
8      A.    So I am the global practice
9  leader, so I have insights into all the cases we
10  work around the globe.  And so my role in that
11  case was ensuring quality control, the right
12  team was working on it, making sure that we were
13  doing our part.
14      Q.    The two matters that you said
15  were confidential, were they in relation to or
16  involved litigation?
17      A.    I don't know.  Can you be more
18  clear when you say "litigation"?  One of them
19  was -- so I think not.
20      Q.    Were you still working on any of
21  those matters when you were retained in this
22  particular case?
23      A.    The three of them that we spoke
24  about?
25      Q.    That's correct.

Page 89

1      A.    I mean, it's possible those
2  matters were still open.  I don't know if we
3  were actively billing or conducting any type of
4  work.
5      Q.    I don't want the substance, but
6  who contacted you to be retained in this
7  particular case?
8      A.    In this particular matter?
9      Q.    Yeah.
10      A.    The gentleman's name is William
11  Isaacson.
12      Q.    Is it true, then, your hourly
13  rate for this particular case is $1,350 per
14  hour?
15      A.    I believe that is correct.  It's
16  stated in my report.
17      Q.    How many hours have you worked on
18  this case to date?
19      A.    You know, I'm not sure.  Couldn't
20  really say.
21      Q.    Well, is it more than a hundred
22  hours?
23      A.    I'm not really sure.  I can tell
24  you that since retention I met regularly with my
25  team.  I meet weekly, if not more than once a

Page 90

1    week.  I know the team engaged with counsel
2    pretty regularly.  So, I mean, if you go back to
3    our original retention to present date and the
4    tallying of the hours, I'm sure it's hundreds of
5    hours.
6           Q.    Had you worked with Mr. Isaacson
7    on the other matters prior to this case?
8           A.    No.
9           Q.    Have you been paid at all by
10   Google to date?
11          A.    Paid?
12          Q.    Yeah.
13          A.    That's a really good question.
14   On this matter?
15          Q.    Correct.
16          A.    I don't know.
17          Q.    When were you retained for this
18   particular matter?
19          A.    I don't recall the exact date,
20   but I want to say it was this summer; June, July
21   of 2023.
22          Q.    So in preparing -- you ultimately
23   wrote a report in this case, right?
24          A.    That is correct.
25          Q.    In preparing for this -- for that

Page 91

1    report that you authored, how many internal
2    Google documents did you personally review?
3           A.    I mean, they're definitely cited
4    in the report.  But everything cited I reviewed.
5           Q.    Understood.
6                 My question is: did you review
7    any other internal Google documents that are not
8    cited in the report?
9           A.    I can't recall.
10          Q.    Did you review any type of source
11   code?
12          A.    Source code?
13          Q.    Yeah.
14          A.    Yes.
15          Q.    What source code did you review
16   in preparation for your report?
17          A.    Well, as part of our
18   investigation as a technical expert, I mean
19   that's what we do every day in these
20   investigations, is we'll read and then do field
21   testing.  And so as part of our investigation
22   here, there was source code involved,
23   particularly JavaScript, and then server calls.
24          Q.    Where did you review that source
25   code?

Page 92

1           A.    In the lab.
2           Q.    At FTI Consulting?
3           A.    Correct.
4           Q.    You still have the report in
5    front of you?
6           A.    I do.
7           Q.    Going back to Appendix B, on page
8    41, this is the appendix of "Materials
9    Referenced and Relied On," correct?
10          A.    Correct.
11          Q.    Do you cite any source code as
12   materials referenced or relied on for your
13   report?
14          A.    I'm not sure.  I don't know if we
15   would have listed the actual source code or cite
16   the source code.  When I say that when I looked
17   at the source code, it's part of our field
18   testing.  It's what we do every day.  In our
19   work every investigation we do because we are
20   technical experts.
21                We very much like to, you know,
22   to use the term "peek under the hood" or "peek
23   behind the curtain" to actually see the guts of
24   what's happening because there's reading it in
25   an article, and then there's seeing it.  And

Page 93

1    when it comes to looking at the TCIP
2    connections, the server calls, the JavaScript,
3    the HTML code, it's important to actually see it
4    so you can understand how it's working.  So I
5    don't know if we would have listed it, but I
6    know we would have done it.
7           Q.    Did your review of the source
8    code for this particular case help you form your
9    opinions in the report?
10          A.    It verified our opinions.
11          Q.    What type of things did the
12   source code verify?
13          A.    The existence of certain
14   configurations, how things were written, where,
15   examples, right, looking at the source code of
16   CNN.com versus the New York Times.com.  It's
17   insightful.
18          Q.    Did you look at any of the source
19   code that's proprietary to Google?
20          A.    Oh, no.  We looked at only open
21   source, what's available on the public internet.
22          Q.    Did you ask to see any source
23   code that was proprietary to Google?
24          A.    No.
25          Q.    Did you review any datasets as

Page 94

1 part of your preparation for this report?
2       A.      You have to be a little bit more
3 clear.
4       Q.      Well, in Appendix B, that you
5 referenced, of materials referenced and relied
6 on, are there any things that you would specify
7 as datasets that you relied on?
8       A.      Well, Appendix B in totality is a
9 data set.  I mean, I would almost say a lot of
10 these items could be categorized as datasets.
11 That's why I asked if you could be just more
12 specific.
13      Q.      When we talk about source code,
14 how would you define it?
15      A.      Source code?
16      Q.      Yeah.
17      A.      Actual code, programming
18 languages codes, BASIC, HTML, JavaScript, Perl,
19 PHP, C++, C, Python.
20      Q.      Did you conduct any surveys as
21 part of your preparation for this report?
22      A.      A survey?
23      Q.      Yeah.
24      A.      Survey of whom?
25      Q.      Well, did you interview any

Page 95

1 publishers as part of your preparation for this
2 report?
3       A.      No.
4       Q.      Did you interview any companies
5 that have publisher ad servers as part of
6 preparation for your report?
7       A.      Not that I recall.
8       Q.      Did you interview any companies
9 that have ad exchanges as part of preparation
10 for your report?
11      A.      Can you repeat that last
12 question?
13      Q.      Sure.  Well, let's start with
14 this.
15              What companies are you aware of
16 that have ad exchanges?
17      A.      I mean, some of the big players,
18 of course Google, PubMatic.
19      Q.      Do you know of any other
20 companies that have --
21      A.      OpenX, Amazon, Prebid.
22      Q.      What companies are you aware of
23 that have publisher ad servers?
24      A.      Yeah, I can't -- as I sit here
25 right now.

Page 96

1       Q.      What companies do you know that
2 have advertising ad networks?
3       A.      I mean, I have a list of all of
4 these.  I'm just trying to bucket them.  So as I
5 sit here right now -- trying to think.  I mean,
6 there are lots of players in this space; Adobe,
7 PubMatic, OpenX.  I think I said that.
8       Q.      Any others you can think of?
9       A.      Yeah, I can't -- as I sit here
10 right now, I can't think of them.
11      Q.      What's a demand-side platform?
12      A.      Demand-side platform, that is the
13 function of inventorying the various -- let's
14 call them publishers that demand the actual ad
15 space.
16      Q.      What is an advertising ad
17 network?
18      A.      Ad network is the match maker,
19 the demand for supply, in simple terms.
20      Q.      Does Google have a demand-side
21 platform product?
22      A.      Google has AdX, AdSense, Google
23 Ad Manager.
24      Q.      Are any of those would you
25 classify as demand-side platforms?

Page 97

1       A.      I think so.
2       Q.      Which ones would you clarify as
3 demand-side platforms?
4       A.      The manager.
5       Q.      Does Google have an advertising
6 ad network?
7       A.      Yes.
8       Q.      What's the name of that?
9       A.      Google Ad Manager?
10      Q.      Do you know any other companies
11 that have a demand-side platform?
12      A.      Not off the top of my head.
13      Q.      Do you know any other company
14 that have advertising ad network?
15      A.      Advertising ad network?
16      Q.      Yeah.
17      A.      Again, back to the previous
18 question, not off the top of my head.
19      Q.      So back to when I talked about
20 surveys, did you interview anyone who worked for
21 PubMatic in preparation for your report?
22      A.      No.
23      Q.      Did you review any deposition
24 transcripts from someone who worked at PubMatic?
25      A.      Not that I recall.

Page 98

```
1        Q.      Did you interview anyone who
2   worked with OpenX in preparation of your report?
3        A.      Not that I recall.
4        Q.      Did you review any deposition
5   transcript of anyone that worked at OpenX in
6   preparation of your report?
7        A.      Not that I recall.
8        Q.      Did you interview anyone who
9   worked with Amazon in preparation for your
10  report?
11       A.      No, not that I recall.
12       Q.      Did you review any deposition
13  transcript of anyone that worked at Amazon in
14  preparation of your report?
15       A.      I'm sorry, could you ask that
16  again?
17       Q.      Sure.
18               Did you review any deposition
19  transcript of anyone that worked at Amazon in
20  preparation of your report?
21       A.      Not that I recall.
22       Q.      Did you interview anyone who
23  worked at Google in preparation of your report?
24       A.      Interview anyone at Google --
25       Q.      Just for clarification, I don't
```

Page 99

```
1   want any communication with lawyers.
2        A.      Yes, no, I understand that.
3        Q.      Okay.
4        A.      Not that I recall.
5        Q.      Did you interview anyone who was
6   a former Google employee in preparation of your
7   report?
8        A.      No, I did not.
9        Q.      Did you review the deposition
10  transcript of anyone who worked at Google in
11  preparation of your report?
12       A.      Not that I can recall.
13       Q.      Did you review the deposition
14  transcript of any person who formerly worked at
15  Google in preparation of your report?
16       A.      Not that I recall.
17       Q.      Of the Google documents that you
18  did review, did any of them have hyperlinks
19  contained within them?
20       A.      I believe so, yes.
21       Q.      Did you review those hyperlink
22  documents?
23       A.      No, I did not, outside of reading
24  the actual hyperlink itself, I was unable to
25  click on those links.
```

Page 100

```
1        Q.      How many public Google documents
2   did you personally review in preparation of your
3   report?
4        A.      I mean, I couldn't put a number
5   on it.  I know I have a lot cited in my report.
6        Q.      Did you review any other
7   public -- Google public documents that is not
8   cited in your Appendix B?
9        A.      I mean, that's just such a broad
10  question.  I want to say I'm sure I did.
11  There's a lot of documents; there are a lot of
12  Google documents out there.  And if it wasn't
13  referenced in my report, then I certainly didn't
14  reference it in the report or rely on it.
15       Q.      Of the Google documents that
16  contained hyperlinks, did you ask to get the
17  underlying document that was hyperlinked?
18       A.      If I needed it or if I thought I
19  did, if I thought -- then I wouldn't have been
20  shy to ask.  I can't recall as I sit here if I
21  did or did not.
22               MS. MAUSER:  I can represent that
23  we did not provide Mr. Ferrante any
24  hyperlink to any document.  He only had
25  access to things as they were produced
```

Page 101

```
1   to you.
2                MR. FREEMAN:  Thank you.
3   BY MR. FREEMAN:
4        Q.      Did you review any documents from
5   PubMatic?
6        A.      If it's not listed in my report
7   as referenced or relied upon material then, no.
8        Q.      Did you review any internal
9   documents from OpenX?
10       A.      Internal documents from OpenX?
11       Q.      Yeah.
12       A.      Not that I recall.
13       Q.      Did you review any internal
14  documents from Amazon?
15       A.      No, not that I recall.
16       Q.      Did you review any internal
17  documents from any company other than Google?
18       A.      Okay, can you reask that
19  question, please?
20       Q.      Sure.
21               Did you review any internal
22  documents from any other company other than
23  Google?
24       A.      Okay, so I just want to make sure
25  I understood you correctly.
```

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Highly Confidential

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 29 of 109 PageID# 21218

Anthony J. Ferrante
February 16, 2024

## Page 102

1    Internal documents, no.
2    Q.    Did you ask to see internal
3 documents of any other company?
4    A.    No.
5    Q.    Are you familiar -- excuse me.
6          Are you familiar with a company,
7 Criteo, and I'll spell it.  C-R-I-T-E-O?
8    A.    Can you give me -- is it
9 referenced in my report?
10   Q.    Not necessarily.  I'm just asking
11 if you are familiar with that company being in
12 the field?
13   A.    It sounds familiar and that's why
14 I'm wondering where you read it.
15   Q.    Do you know what type of products
16 or platforms they have in the online advertising
17 ecosystem?
18   A.    Who's "they"?
19   Q.    Criteo?
20   A.    I mean, there are thousands of
21 providers out there.  You are going to have to
22 give me a little bit more than that.  Is it in
23 my report?  Let's start there.
24   Q.    Are you familiar with a company,
25 The Trade Desk?

## Page 103

1    A.    I've heard of the company, The
2 Trade Desk.
3    Q.    What product or platforms does
4 The Trade Desk offer in the online advertising
5 ecosystem?
6    A.    Again, as I sit here right now, I
7 can't answer that.  I'd have to familiarize
8 myself with it.
9    Q.    Are you familiar with a company
10 called Magnite?  I'll spell it again.
11 M-A-G-N-I-T-E.
12   A.    I can't recall.
13   Q.    Do you know what products or
14 platforms they offer in the digital advertising
15 ecosystem?
16   A.    With respect to Magnite, no.
17   Q.    Are you familiar with a company
18 by the name Index Exchange?
19   A.    I have heard of Index Exchange.
20   Q.    What product or platforms do they
21 offer in the online advertising ecosystem?
22   A.    As I sit right here, I couldn't
23 say.
24   Q.    Are you familiar with the company
25 Xandr, spelled X-A-N-D-R?

## Page 104

1    A.    Yes, Xandr, I believe, is -- it's
2 a player in the space, either an exchange or a
3 network.
4    Q.    Do you know what products or
5 platforms they offer in the digital online -- or
6 digital advertising ecosystem?
7    A.    Like I just said, an exchange or
8 a network.
9    Q.    Did you interview any advertisers
10 in preparation of your report?
11   A.    No.
12   Q.    Did you interview any advertising
13 agencies in preparation of your report?
14   A.    No.
15   Q.    How many internal Google
16 documents did you review that discussed header
17 bidding?
18   A.    I can't recall as I sit here.  I
19 would say that if I relied on them, they're most
20 certainly referenced in my report.
21   Q.    Did you rely on any other
22 internal -- strike that.
23          Did you review any other internal
24 Google document that is not referenced in
25 Appendix B of your report?

## Page 105

1    A.    I'm sorry, can you repeat that?
2    Q.    Did you review any other internal
3 Google document that is not referenced in
4 Appendix B of your report?
5    A.    Not that I recall.
6    Q.    How many public Google documents
7 did you review that discussed header bidding?
8    A.    And when you say "Google
9 documents," you mean official Google-stamped
10 publications?
11   Q.    What I mean by that is someone
12 who works for Google is the author of the
13 particular report or article?
14   A.    And it would sit on the Google
15 domain, or it's just a Google professional
16 publishing on header bidding?
17   Q.    The former, meaning how many
18 public Google documents did you review that were
19 on an owned and operated Google website?
20   A.    Yeah, so thank you for that
21 clarification.
22          As I sit here, I cannot
23 definitively say.
24   Q.    Was it more than 100?
25   A.    No.

## Page 106

1    Q.    Was it more than 50?
2    A.    No.
3    Q.    Was it more than 20?
4    A.    I don't recall.
5    Q.    What else did you do to prepare
6    for your report to discuss header bidding?
7    A.    Can you ask the question again?
8    Q.    I'll ask it slightly different.
9    A.    Okay.
10    Q.    What are all the things you did
11    to prepare for your report to discuss header
12    bidding?
13    A.    So for this particular matter,
14    once retained I built a small investigative team
15    that reviewed a totality of documents made
16    available to us, understood them, conducted
17    extensive open source research, started to frame
18    up a report and our concepts, continued that
19    work through verifying various pieces of
20    information that we learned and finalized the
21    report.
22    Q.    How many open source -- sources
23    did you read that discussed header bidding?
24    A.    Lots.
25    Q.    More than a hundred?

## Page 107

1    A.    I'm sure.  I mean, I feel like
2    since retained, again, back to my statement
3    earlier, I mean, that's all we do, and I'm just
4    one of a few members of the team.
5    Q.    Did you review any academic
6    journals that discussed header bidding?
7    A.    I couldn't say definitively.
8    Q.    You still have your report in
9    front of you?
10    A.    I do.
11    Q.    I want to talk to you about
12    Appendix C, which starts on page 47.  Just let
13    me know when you're there.
14    A.    Yes, I'm here.
15    Q.    Am I correct that this is a
16    series of graphs that is depicting information
17    from Google's 2020, 2021 and 2022 Ad Safety
18    Reports?
19    A.    That is correct.
20    Q.    So I want to start with the first
21    figure, which you identified as Figure I, and
22    that is showing ads that were blocked or
23    restricted by Google for "Abusing the Network,"
24    right?
25    A.    I'm just -- where did you read

## Page 108

1    that?
2    Q.    I'm just looking at the title of
3    the graph of Figure I.  The title of the graph
4    is "Abusing the Ad Network" correct?
5    A.    I see the actual graph itself.
6    It says "Abusing the Ad Network" at the top,
7    yes.
8    Q.    How are you defining what is
9    abusing the ad network?
10    A.    I'm not, Google is.
11    Q.    How did Google define "Abusing
12    the Ad Network"?
13    A.    They have documentation on it.
14    Q.    What is your understanding how
15    Google is defining the phrase "Abusing the Ad
16    Network"?
17    A.    Again, they have documentation on
18    it and I've referenced it, and they have set
19    policies and when they believe it was a
20    violation of those policies.
21    Q.    I'm asking as you sit here today
22    what is your recollection of how Google defined
23    "Abusing the Ad Network"?
24    A.    A violation of their policy.
25    Q.    What is your understanding of

## Page 109

1    what type of ads would violate a Google ad
2    policy?
3    A.    I'm sorry, could you reask the
4    question?
5    Q.    I'll phrase it slightly
6    differently.
7    Can you give me an example of a
8    type of ad that would have violated Google's ad
9    policy?
10    A.    Sure.  An ad that would look to
11    exploit the ecosystem, the ad ecosystem,
12    something that may try to conduct ad fraud.
13    Q.    How does Google determine whether
14    a particular ad violates one of their policies?
15    A.    How does Google determine that?
16    Q.    Yeah.
17    A.    Well, based on some of the
18    documentation that I've read, they -- it appears
19    they open cases and in -- adjudicate it like any
20    other technical incident responder would
21    adjudicate a matter.  They would investigate it
22    and understand what's happening, why it's
23    happening, who's responsible.
24    Q.    What documentation did you review
25    or read that discusses how they would determine

Case 3:20-cv-03664-LMR-SVK   Document 899-2   Filed 07/09/24   Page 31 of 109   Page ID #
2922
UNITED STATES OF AMERICA
GOOGLE, LLC
Highly Confidential
Anthony J. Ferrante
February 16, 2024

Page 110

1  whether an ad fit or violated one of their
2  policies?
3      A.   So I can't, as I sit here, point
4  you to the exact document.  And I can also
5  further state that the document I read was not a
6  playbook in how they determine this.  But what I
7  can tell you as a security professional, I read
8  documents that to me, as a security professional
9  who handles incidents every day and has helped
10 companies build incident response processes and
11 systems, that the documents that I viewed were
12 very clear to me that Google was investigating
13 and adjudicating an incident.
14     Q.   You used the phrase that Google
15 would open cases to make this determination; is
16 that right?
17     A.   I can't recall if I used that
18 exact term, but we can maybe -- we can either --
19     Q.   Whether you used it in the past,
20 do you agree that Google would open cases to
21 determine if a particular ad violated its
22 policies?
23     A.   So based on documents that I
24 reviewed, I did see what appeared to me as a
25 security professional -- professionals at Google

Page 111

1  discussing malicious behavior that had been
2  flagged.
3      Q.   Did you review e-mail
4  communications between those who worked at
5  Google discussing whether an ad violated one of
6  its policies?
7      A.   I did not.  I -- I'm sorry, let's
8  reask the question.
9      Q.   Did you review any e-mail
10 communications between those who worked at
11 Google discussing whether an ad violated one of
12 its policies?
13     A.   To answer your specific question,
14 did I review any e-mails in which Google
15 employees discussed if an advertisement violated
16 their policies?  I did not review an e-mail like
17 that that I can recall.
18     Q.   So what did you mean when you
19 said that "based on documents that I reviewed, I
20 did see what appeared to me as a security
21 professional -- professionals at Google
22 discussing malicious behavior that had been
23 flagged"?
24     A.   I don't recall the exact content
25 of the e-mail and what was being discussed, the

Page 112

1  malicious activity that was being discussed.
2  But I recall reading e-mails and thinking to
3  myself as a security professional that this
4  looks like to me that this is professionals
5  discussing potential policy violations, and they
6  were looking to investigate it and understand
7  it.
8      Q.   Okay.  I think you said two
9  different things, and I just want to be clear.
10     Did you review any e-mails of
11 Google employees discussing if an advertisement
12 violated one of their policies?
13     A.   I reviewed e-mails in which I
14 believe Google professionals were discussing
15 potential violations of policies.  It appeared
16 to be based on my professional assessment, that
17 they were actively conducting an investigation
18 into something that they thought was a violation
19 of policy.
20     Q.   Then why did you testify
21 previously "I did not review an e-mail like that
22 that I can recall"?
23     A.   Because you asked if it was
24 specific to advertising fraud, and I'm saying I
25 don't recall exactly what it involved.  That's

Page 113

1  why I repeated your question and was specific in
2  the words I used.
3      Q.   Did you cite any of these e-mail
4  communications that you reviewed in your report?
5      A.   I can't recall.  I mean, if
6  they're in -- I can't recall.
7      Q.   Well, go to Appendix B of your
8  report, which is page 41, and please point to me
9  the e-mail communication that you have reviewed
10 in preparation of this report.
11     MS. MAUSER:  Object to form.
12     Mischaracterizes his testimony.
13     THE WITNESS:  I can't recall
14     which one it was.  And if I don't
15     actually reference that exchange in my
16     report, I'm not sure if it would be
17     here.
18 BY MR. FREEMAN:
19     Q.   All right.  I'm not asking
20 whether it should be there.  I'm just asking
21 you: is there any e-mail communication
22 referenced in your report?
23     A.   As I sit here and flip through
24 this, I just can't recall, I'm sorry.  There's a
25 lot of material that I reviewed.

Case 3:20-cv-03664-LHB-SVK    Document 899-2    Filed 07/09/24    Page 32 of 109

UNITED STATES OF AMERICA A
GOOGLE, LLC
2022

Highly Confidential

Anthony J. Ferrante
February 16, 2024

## Page 114

1     Q.     Is it fair to say, as we sit here
2 today, you can't point me to any e-mail
3 communication that is cited in your report?
4          MS. MAUSER: Object to form.
5          THE WITNESS: Your question is:
6       is a citation in my report that
7       references an e-mail. I mean, we have
8       to look at every single one of them. Do
9       you want to do that?
10 BY MR. FREEMAN:
11     Q.     I'm asking you: can you point to
12 an e-mail communication that was cited in your
13 report?
14     A.     And I've answered if you want me
15 to point to an e-mail, I would have to go
16 through my citations, and I'm happy to do that.
17     Q.     Okay. Do that.
18     A.     Go through every single citation.
19 Do you have them?
20     Q.     No, I'm saying look at the list
21 in Appendix B and point to me --
22     A.     Let's look at the content. Let's
23 look at the content of them. I would have to
24 look at the content. I mean, the two at the
25 bottom are just letters and numbers. If you

## Page 115

1 want me to answer your question right now, like
2 I would have to go through them, and I'm happy
3 to do it.
4     Q.     Do you recall, as you sit here
5 today, citing an e-mail communication between
6 two Google employees discussing whether an ad
7 violated one of its policies?
8          MS. MAUSER: Objection, asked and
9       answered.
10          THE WITNESS: As I've said, I
11       don't recall if it's in my report, cited
12       in my report. I do recall reviewing it.
13 BY MR. FREEMAN:
14     Q.     Back to Figure I in Appendix C,
15 did you review the underlying data that supports
16 that graph?
17     A.     I did not.
18     Q.     What did you do to confirm its
19 accuracy?
20     A.     To confirm its accuracy? I
21 didn't do anything. I didn't think I needed to.
22     Q.     So this graph is showing the
23 number of ads blocked or restricted that fit the
24 "abusing the ad network" definition by Google,
25 right?

## Page 116

1     A.     Can you reask your question?
2     Q.     Sure, I'll ask you this: What is
3 Figure I showing?
4     A.     Figure I is a graph pulled from
5 Google's publication, from the 2020, 2021 and
6 2022 Ad Safety Report list categories of bad
7 ads, removal year after year.
8     Q.     How many ads that met the
9 definition of abusing the network, the ad
10 network, were not blocked or restricted by
11 Google?
12     A.     I can't answer that.
13     Q.     So to ask a slightly different
14 way. What is the detection rate by Google for
15 ads that are abusing the ad network during this
16 period?
17     A.     You're asking me -- I'm sorry,
18 can you repeat the question?
19     Q.     What was the detection rate by
20 Google for ads that were abusing the ad network
21 during this period?
22     A.     You're asking me Google's
23 detection rate?
24     Q.     That's right.
25     A.     I'm not sure if I can answer

## Page 117

1 that.
2     Q.     Why can't you answer it?
3     A.     Because I'm not sure if I've had
4 access to -- I can't recall if I had access to
5 that data.
6     Q.     So do you know what percent of
7 ads that met that definition were actually
8 blocked or restricted by Google?
9     A.     I'm not sure I'm understanding
10 your question. We're talking about Figure I.
11 Do I know what percentage of ads that were
12 blocked --
13     Q.     That's right.
14     A.     -- that fit the policy of abusing
15 the ad network? I just want to make sure we're
16 looking at the same page here.
17     Q.     Figure I is the sheer quantity of
18 ads that were blocked or restricted by Google
19 for abusing the ad network, correct?
20     A.     Correct.
21     Q.     And what I'm trying to figure out
22 is what percentage of ads that would fit the
23 "abusing the ad network" definition by Google
24 were not blocked or restricted?
25     A.     So you're asking me how many ads

## Page 118

1　made it through the network that were not
2　blocked?
3　　　Q.　That's correct.
4　　　A.　I can't answer that.
5　　　Q.　Why can't you answer that?
6　　　A.　You're asking me how many ads
7　went through the Google network?  I want to make
8　sure we're speaking the same language here.
9　You're asking me how many ads went through the
10　Google network that were not blocked?
11　　　Q.　That should have been.
12　　　A.　That should have been.  So how
13　many ads went through the Google network, Google
14　is telling us how many were blocked, but I'm --
15　you're asking me if I know how many that Google
16　didn't blocked that should have been blocked?
17　　　Q.　That's right.
18　　　A.　I can't answer that question.
19　　　Q.　Why can't you answer that
20　question?
21　　　A.　I'm confused.  You're asking me
22　how many ads go through the Google network.
23　Google has technologies and policies in place to
24　block ads, and you're asking me how many ads did
25　not get blocked by their technologies and

## Page 119

1　policies, yet still made it through the ad
2　network?
3　　　Q.　Correct.
4　　　A.　I can't answer that.
5　　　Q.　Did you review any documents that
6　would have provided that answer of the detection
7　rate that Google had of abusing the network ads
8　during this timeframe of 2020 to 2022?
9　　　A.　A Google document?
10　　　Q.　No, any document.
11　　　A.　I can't recall.
12　　　Q.　During the same time from 2020 to
13　2022 and using the same definition, how many ads
14　were blocked or restricted for abusing the
15　network by Amazon?
16　　　A.　I can't answer that question.
17　　　Q.　Why can't you answer that
18　question?
19　　　A.　Actually, yeah, let me rephrase
20　my answer.
21　　　　I can't recall.
22　　　Q.　During this same time period,
23　2020 to 2022, and using the same definition, how
24　many ads were blocked or restricted for abusing
25　the network by PubMatic?

## Page 120

1　　　A.　I can't recall.
2　　　Q.　During the same timeframe and
3　using the same definition, how many ads were
4　blocked or restricted for abusing the network by
5　OpenX?
6　　　A.　I just want to be clear, you keep
7　saying "the same definition."  Are we using
8　Google's definition?
9　　　Q.　Using Google's definition.
10　　　A.　Using Google's definition
11　PubMatic -- you're asking me how many
12　advertisements PubMatic blocked based on
13　Google's definition.  Wouldn't we use PubMatic's
14　definition?
15　　　Q.　Sure.  Do you know that answer?
16　　　　How many -- during 2020 to 2022,
17　how many ads were blocked or restricted for
18　abusing the network by PubMatic using PubMatic's
19　definition?
20　　　A.　I can't recall.
21　　　Q.　You can't recall or you didn't
22　see it?
23　　　A.　I can't recall if I saw it.
24　　　Q.　During the same timeframe, how
25　many ads were blocked or restricted for abusing

## Page 121

1　the network by Amazon?
2　　　A.　I can't recall if I saw that.
3　　　Q.　How many ads were blocked or
4　restricted during this timeframe for abusing the
5　network by Criteo?
6　　　A.　I can't recall if I saw that.
7　　　Q.　How many ads were blocked or
8　restricted by abusing the network by The Trade
9　Desk?
10　　　A.　I can't recall if I saw that.
11　　　Q.　How many ads were blocked or
12　restricted for abusing the network by Index
13　Exchange?
14　　　A.　I can't recall if I saw that.
15　　　Q.　How many ads were blocked or
16　restricted for abusing the network by Xandr?
17　　　A.　I can't recall if I saw that.
18　　　Q.　How many ads were blocked or
19　restricted for abusing the network by Magnite?
20　　　A.　I can't recall if I saw that.
21　　　Q.　How many ads were blocked or
22　restricted for abusing the network by Meta?
23　　　A.　I can't recall if I saw that.
24　　　Q.　Did you try to search for
25　information that would have given answers about

## Page 122

1  how many ads were blocked or restricted by any
2  of those companies?
3      A.    I'm sure I did.  I'm sure I
4  looked for it.
5      Q.    So is it fair to say that the
6  numbers listed or the graph in Figure I, you
7  don't know how those numbers compare to other
8  companies within the digital advertising
9  ecosystem; is that right?
10      A.    No.
11      Q.    No, that's not right?
12      A.    I don't agree with your
13  statement.
14      Q.    How does the amount that Google
15  blocked or restricted of ads in 2020 to 2022,
16  how does that compare to the amount of ads that
17  were blocked or restricted by any other company
18  in the digital advertising ecosystem?
19      A.    How does it compare?
20      Q.    Yeah.
21      A.    I mean, it depends how you look
22  at the data, how you unpack the data.
23      Q.    Can you testify today that Google
24  blocked the most ads for abusing the network
25  during 2020 to 2022?

## Page 123

1      A.    Can I testify today, as I sit
2  here right now, that they blocked the most?  No,
3  I can't testify to that because I don't know if
4  that's true.
5      Q.    All right.  So back to my
6  question, though, which is: would you agree that
7  you do not know how Google's numbers from 2020
8  to 2022 about blocking ads that were abusing the
9  network, how that compares to any other company?
10      A.    No, I'm not saying that.  I'm
11  saying -- what I'm saying is that there's no
12  single truth to this data.  There's a lot of
13  data out there about blocking ads.  And a lot of
14  that data, from what I gathered, is some of it
15  is self reported, some of it is looked at in
16  different chunks, different time frames.  So to
17  have an authority that states very clearly the
18  question that you're asking, it's just not that
19  clear.  It's very, very gray.
20          And so in my report I cite
21  Google's material alone because Google is my
22  client, and this was publicly available on their
23  website, and I thought it relevant to this case.
24      Q.    Did you do any sort of
25  comparative analysis of how these numbers in

## Page 124

1  Figure I compared to any other company in the
2  market?
3      A.    We did look at numbers, but you
4  have to appreciate numbers are numbers.  The
5  question is: is how are those numbers derived,
6  the definitions of what gets you those numbers.
7          Policies are written in a way
8  that they're interpreted by each organization.
9  And so what Google may view as abusing the ad
10  network, as they've titled this graph, those
11  other companies may not use the same exact
12  definition.  And so therefore, their numbers may
13  be different.
14          And so in the interest of
15  verifying information and being clear and not
16  seeing a source, a verified source of truth with
17  consistent data and definitions, I didn't
18  include it in the report.
19      Q.    Did you look for Amazon's
20  published information about how many ads they
21  blocked in any particular year?
22      A.    Of course.  But back to my point,
23  different organizations are going to create
24  their policies and then enforce their policies
25  different.  And having worked extensively in

## Page 125

1  this industry and worked extensively for big
2  tech, I assure you that they all have different
3  Rosetta Stones in which they decipher this for a
4  reason.
5      Q.    Are you testifying that Figure I
6  and the underlying data to support it, it's
7  impossible to compare that to other companies?
8      A.    There's one thing I've learned in
9  my profession, there are no definitives.  What
10  I'm saying is that it's very gray.  And in the
11  interest of clarity in my report, I wasn't able
12  to find something that I thought fairly
13  evaluated them.
14          And, again, couple that with my
15  experience in the industry, the last seven years
16  I've worked extensively in big tech, their
17  policies are different, they view data
18  differently, they categorize data differently,
19  and the numbers mean different things.
20          MR. FREEMAN:  This is a good
21  breaking point.  I don't know if you
22  want -- it's almost 1:00 for lunch.
23          MS. MAUSER:  That's fine by me.
24          THE VIDEOGRAPHER:  Off the record
25  12:50.  This ends media unit three.

## Page 126

1    (Luncheon recess.)
2         THE VIDEOGRAPHER:  On the record
3         at 1:33.  This begins media unit four in
4         the deposition of Anthony Ferrante.
5    BY MR. FREEMAN:
6         Q.    We left off talking about the
7    first figure in Appendix C.  I now want to move
8    to the second figure in Appendix C so on page
9    48, the top of that graph that says "Adult
10   Content."
11        Do you see that?
12        A.    I do see that.
13        Q.    What is the definition of adult
14   content ad?
15        A.    I'm not sure.  I would reference
16   the Google material citing the various policies
17   and their definitions.
18        Q.    How does Google determine whether
19   a particular ad fell into this category of
20   "adult content"?
21        A.    Consistent with the same -- the
22   subcategory abusing the ad network, they have a
23   policy that's written.  And when they believe --
24   they have a policy written that defines adult
25   content.  And when they believe an ad that fits

## Page 127

1    or violates that policy, is attempted to be
2    shown, they flag it.
3         Q.    Is that a manual process?
4         A.    You know, I'm not sure.  I'm sure
5    there are technologies in place, just given the
6    volume that I would expect.
7         Q.    Did you review any of their
8    source code for any of their automated filters?
9         A.    No, I did not.
10        Q.    Did you review any of the
11   underlying data supports Figure J in Appendix C?
12        A.    No, I did not.
13        Q.    How did you confirm the
14   accuracies of those particular numbers?
15        A.    How did I confirm the accuracy of
16   these numbers?
17        Q.    Yeah.
18        A.    I didn't.
19        Q.    Back to similar questions that I
20   asked you about the abusing the ad network of
21   how many ads made it through Google's platforms
22   that were shown that should have been blocked or
23   restricted?
24        A.    Are you speaking in general?
25        Q.    During this particular timeframe.

## Page 128

1    So let's be clear, right, Figure J is from the
2    timeframe of 2020 to 2022?
3         A.    Correct.
4         Q.    Right, let me ask this generally.
5         What is Figure J depicting in
6    Appendix C?
7         A.    Figure J is depicting the
8    subcategory of bad ads removed by Google that
9    violated their -- Google's policy as defined as
10   adult content.
11        Q.    So one category of "bad ads" was
12   abusing the ad network?
13        A.    Correct, the subcategory was
14   abusing the ad network, that is correct.
15        Q.    And then a separate subcategory
16   is adult content?
17        A.    That is correct.
18        Q.    All right.  So my question is:
19   during this timeframe of 2020 to 2022, did you
20   see any information that would show how many
21   adult content ads were shown through -- that
22   went through Google's platforms?
23        A.    Adult content ads that were shown
24   through Google's advertising platform?  Are
25   these adult content ads that violated their

## Page 129

1    policy?
2         Q.    That's right.
3         A.    Again, no, to consistent with my
4    answer to the last subcategory on abusing the ad
5    network, I don't have the data or the means to
6    even --
7         Q.    Did you look for the data that
8    would support how effective their filters were
9    in filtering out the adult content ads?
10        A.    Did I look at Google's filters?
11        Q.    Not necessarily the filters
12   itself.
13        Did you look for any data that
14   would indicate how many adult content ads went
15   through their platforms but were not blocked?
16        A.    So you're asking me Google has
17   filters -- Google has technologies and policies
18   in place to flag what they deem policy
19   violations?  And in this case we're speaking
20   about adult content.  You're asking me how many
21   ads were not blocked or removed yet they should
22   have been?
23        Q.    That's right.
24        A.    I can't answer that.
25        Q.    Why can't you answer it?

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 36 of 109 PageID# 23228

Anthony J. Ferrante
Highly Confidential
February 16, 2024

Page 130

1      A.      I don't have the data.
2      Q.      Did you look for the data?
3      A.      I'm not even sure that question
4  -- I'm not even sure -- I'm not even sure if
5  that question can be answered.  What you're
6  asking is attempts, malicious activity attempts
7  at an organization that are engineered in a way
8  that bypass controls and make it through.  So
9  you're asking me to quantify bad ads that were
10 not deemed bad ads by existing policies and
11 technologies in the first instance?
12     Q.      Correct.
13     A.      I can't answer that.
14     Q.      Do you know whether Google tried
15 to analyze how effective their filters were in
16 filtering out adult content ads?
17     A.      Do I know?
18     Q.      Yeah, do you know?
19     A.      I do not know.
20     Q.      During this same time period of
21 2020 to 2022, how many ads were blocked or
22 restricted for adult content by Amazon?
23     A.      I can't recall.
24     Q.      Are you saying you had that
25 information at one point in time?

Page 131

1      A.      I can't recall as I sit here
2  right now.  I'm sure I saw -- again, I saw lots
3  of data related to other players in this space.
4      Q.      Then how did the data that you
5  saw from other companies compare to Figure J?
6      A.      I can't recall.
7      Q.      Did you look at how many ads were
8  blocked or restricted by Meta that were adult
9  content?
10     A.      I can't recall specifically.
11     Q.      Do you know how many ads were
12 blocked or restricted for being adult content by
13 Criteo?
14     A.      Again, I cannot recall
15 specifically.
16     Q.      During the same timeframe, do you
17 know how many ads were blocked or restricted for
18 being adult content by The Trade Desk?
19     A.      I cannot recall specifically.
20     Q.      Do you know how many ads were
21 blocked or restricted for being adult content by
22 OpenX?
23     A.      I cannot recall.
24     Q.      Do you know how many ads were
25 blocked or restricted for being adult content

Page 132

1  during this timeframe by Magnite?
2      A.      I cannot recall.
3      Q.      Do you know how many ads were
4  blocked or restricted for being adult content
5  during this timeframe by PubMatic?
6      A.      I cannot recall.
7      Q.      Do you know how many ads were
8  blocked or restricted for being adult content
9  during this timeframe by Index Exchange?
10     A.      I cannot recall.
11     Q.      Do you know how many ads were
12 blocked or restricted for being adult content
13 during this timeframe by Xandr?
14     A.      I cannot recall.
15     Q.      So then is it fair to say that
16 you don't know how Google's numbers compared to
17 other companies with blocking or restricting ads
18 that were adult content, right?
19     A.      Based on the information
20 available to me and through the course of my
21 investigation, I was not able to do that equal
22 comparison.  As I stated last time, this data is
23 not consistent across platforms.  And the way
24 that these organizations interpret that data or
25 set these policies and how they enforce these

Page 133

1  policies, it varies.
2              As I said before, my experience
3  is different tech companies view this data
4  differently.
5      Q.      Again, that you are not able to
6  make that comparison, or you just chose not to
7  make that comparison?
8      A.      I looked for data.
9      Q.      But you don't know what that --
10 as you sit here today, what that data showed?
11     A.      That data -- there was no -- that
12 I can recall, and I would have put it in my
13 report, there was no clear, verifiable source
14 that evaluated this type of data in a way that I
15 believed was understandable and I could speak to
16 as an expert in the industry.
17     Q.      Does a company like Amazon also
18 have policies and procedures of what type of
19 content is permitted in their ads?
20     A.      I'd have to imagine, yes.
21     Q.      Have you reviewed those policies?
22     A.      What is publicly available.
23     Q.      Did you do any sort of comparison
24 of how Amazon's policies and procedures related
25 to content of ads compared to that of Google's?

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA    Document 899-2    Filed 07/09/24    Page 37 of 109    Anthony D. Ferrante
PageID# 21273

Highly Confidential
February 16, 2024

## Page 134

```
1          A.     Is there a specific content you
2  want to high -- you want to speak about?
3          Q.     Sure.
4                 Did you compare the policies and
5  procedures for adult content on Amazon and
6  compared that to the definition by Google?
7          A.     Again, what is publicly available
8  is what I looked at.
9          Q.     I'm saying did you compare
10 publicly available information about Amazon's
11 policies compared to Google's policies as it
12 relates to adult content in ads?
13         A.     I read both Google and Amazon and
14 others' policies that were publicly documented
15 on the web.
16         Q.     How does Amazon's policies
17 related to adult content differ from that of
18 Google's?
19         A.     I can tell you that what is
20 publicly available on the web is very high
21 level.
22         Q.     How does Amazon's policies
23 related to adult content differ from that of
24 Google's?
25         A.     I mean, as I sit here right now,
```

## Page 135

```
1  I can't tell you the comparison.
2          Q.     How does Criteo's related to
3  adult content differ from that of Google's?
4          A.     As I sit here right now, I can't
5  articulate that.
6          Q.     What about The Trade Desk, how
7  does The Trade Desk policies related to adult
8  content differ from that of Google's?
9          A.     As I sit here right now, I can't
10 articulate that.
11         Q.     How does OpenX's policies related
12 to adult content differ from that of Google's?
13         A.     As I sit here right now, I cannot
14 articulate that.
15         Q.     How does Magnite's policies
16 related to adult content differ from that of
17 Google's?
18         A.     As I sit here right now, I cannot
19 articulate that.
20         Q.     How does PubMatic's policies
21 related to adult content differ from that of
22 Google's?
23         A.     As I sit here right now, I cannot
24 articulate that.
25         Q.     How does the Index Exchange
```

## Page 136

```
1  policies differ from adult content that of
2  Google's?
3          A.     As I sit here right now, I cannot
4  articulate that.
5          Q.     How does Xandr's policies related
6  to adult content differ from that of Google's?
7          A.     As I sit here right now, I cannot
8  articulate that.
9          Q.     Moving down to Figure K, still in
10 Appendix C, what is Figure K?
11         A.     Figure K its another subcategory
12 of bad ads blocked or removed by Google.  The
13 subcategory is titled "Inappropriate Content."
14         Q.     What type of ad is incorporated
15 in inappropriate content?
16         A.     What type of ad?
17         Q.     I'll phrase it slightly
18 different.
19                What type of ad violates Google's
20 policies as it relates to inappropriate content?
21         A.     An ad that Google, their
22 technologies and their -- I'll call them
23 investigators -- believe violate their policy.
24         Q.     That's what I'm asking.  What is
25 Google's definition of inappropriate content?
```

## Page 137

```
1          A.     I don't have it off the top of my
2  head.
3          Q.     Did you review the underlying
4  data that supports Figure K?
5          A.     I did not.
6          Q.     What did you do to confirm the
7  accuracy of the numbers that are depicted in
8  Figure K?
9          A.     I didn't think I needed to.
10         Q.     Why didn't you think you needed
11 to?
12         A.     Because it's publicly available
13 content on Google's site.
14         Q.     Isn't it possible that publicly
15 available content is inaccurate?
16         A.     Of course it is.
17         Q.     So why would you feel -- why
18 would you not feel the need to verify whether
19 publicly available data is correct?
20         A.     I'm not sure what your question
21 is.
22         Q.     You said you didn't feel a need
23 to verify whether the publicly available data
24 was correct; am I right with that?
25         A.     That is correct.
```

UNITED STATES OF AMERICA
GOOGLE, LLC

Case 1:23-cv-00108-LMB-WEF v.
2222

Document 899-2   Filed 07/09/24   Page 38 of 109   Anthony J. Ferrante
Highly Confidential
February 16, 2024

## Page 138

1    Q.    My question is: why didn't you
2  feel a need to verify the publicly available
3  data that Google had?
4    A.    I reviewed a lot of material
5  throughout the course of this investigation.  In
6  addition to me, I led a team of investigators
7  who did the same.
8        When it came to published
9  statistics and material on the Google.com
10 domain, while of course we looked at it and
11 questioned it, going back to my client and
12 verifying it, I did not think was a good use of
13 our time.
14   Q.    How did you question it?
15   A.    Reading it in its totality,
16 understanding the data presented with it,
17 reading the various support documents included
18 with it.
19   Q.    You said "understanding the data
20 that was presented with it."
21       What data was presented with this
22 information as indicated in any of the charts in
23 Appendix C?
24   A.    Well, this data is pulled from
25 Google support documents as they document how

## Page 139

1  they do certain things, conduct certain
2  operations within Google.  And in my experiences
3  working with a lot of big tech companies, of
4  course I read -- I didn't just look at a chart.
5  I looked at the surrounding documents.  I looked
6  at what was publicly available, how they defined
7  certain things.  Of course they gave examples.
8  They talk about the work that they put into it.
9  And so when you said how did I question it?  I
10 questioned it to see if it was consistent with
11 my other clients and how they view this stuff.
12   Q.    What surrounding documents did
13 you review for the information that's contained
14 in the charts in Appendix C?
15   A.    I forget the exact name of it,
16 but it's a publicly available Google document
17 centered around their policies.
18   Q.    Are you aware of any time where
19 Google had to correct or amend a public document
20 for being inaccurate?
21   A.    Google, the company?
22   Q.    Yeah.
23   A.    I'm sure that's happened.
24   Q.    So then why would you take the
25 numbers as reported in Google's ad safety

## Page 140

1  reports for these years as truth?
2    A.    Because I think in totality,
3  given the scope of my work, the fact of the
4  matter is that Google is making efforts in this
5  space.  They're talking about their policies.
6  They're talking about -- they're being
7  transparent with their statistics.  Whether or
8  not this data was a hundred percent accurate or
9  needed a correction as you pointed out doesn't
10 change my views and my findings.
11       Google is an innovator.  They're
12 a leader, and they're setting examples for the
13 industry.  I read their policy documents; they
14 were consistent with my work in this space, and
15 I moved on.
16   Q.    Are those the policy documents
17 that you can't recall what the subject matter is
18 as you sit here today?
19       MS. MAUSER:  Object to the form.
20       Mischaracterizes testimony.
21       THE WITNESS:  Excuse me?
22 BY MR. FREEMAN:
23   Q.    You said that you relied on
24 policy documents to support the graphs in
25 Appendix C, right?

## Page 141

1    A.    Mm-hmm.
2    Q.    What policy documents?
3    A.    I forget the name of the title.
4    Q.    What was the substance of the
5  policy documents?
6    A.    It aligned what -- you know,
7  they're publicly available definitions of what
8  each subcategory is, talks about the work they
9  do to flag this content and take it down.  I
10 forget the exact title, but it's in my report.
11 I'm sure it's referenced.  Ad Safety Report.
12   Q.    Does the Ad Safety Report define
13 the term "adult content"?
14   A.    Define the term "adult content"?
15 It describes it.  I wouldn't necessarily suggest
16 that it defines it to the exact extent that the
17 legal definition might suggest or might want it
18 to be.  I would say that it has language
19 publicly available in their document to give the
20 reader a better understanding of it.
21   Q.    What is contained in the Ad
22 Safety Reports that give you an understanding of
23 what type of ads qualify as adult content?
24       MS. MAUSER:  Object to form.
25       THE WITNESS:  Can you show me the

## Page 142

1    Ad Safety Report, and we can walk
2    through it?
3  BY MR. FREEMAN:
4         Q.    I'm asking do you remember
5  anything within the Ad Safety Report?
6         A.    You're asking me if I remember it
7  off the top of my head?
8         Q.    That's correct.
9         A.    I'd be happy to discuss the Ad
10  Safety Report with you in the publicly available
11  definitions of the subcategories if you present
12  it to me.
13         If you're asking me if I've
14  memorized the Ad Safety Report, I'm going to
15  tell you that I have not.
16         Q.    I'm asking if you know, sitting
17  here today, whether you know how Google defines
18  "adult content"?
19         A.    I've answered that question.
20         Q.    I don't think you have, sir.
21         A.    Okay.
22         Q.    Do you remember --
23         A.    We can agree to disagree.  I
24  believe I've answered the question.
25         Q.    Do you remember how Google has

## Page 143

1  defined "adult content"?
2              MS. MAUSER:  Object to form.
3              Asked and answered.
4  BY MR. FREEMAN:
5         Q.    You have to answer.
6         A.    I have answered.  As I sit here
7  today, I have not memorized the Ad Safety
8  Report.  I know Google has listed their publicly
9  available criteria of what they view as adult
10  content.  If you have the report, I'm happy to
11  walk through it with you.
12              MR. FREEMAN:  I'm going to
13         mark -- which is Ferrante Lit Exhibit --
14         we're at 3, correct?
15              THE WITNESS:  Correct.
16              (Document marked for
17         identification as Ferrante-Lit
18         Deposition Exhibit No. 3.)
19  BY MR. FREEMAN:
20         Q.    Just for identification this is
21  the 2021 Ad Safety Report being one of the
22  things referenced to make Appendix C charts; is
23  that correct?
24         A.    Okay.  So what's your question?
25         Q.    I'm asking is that correct?

## Page 144

1         A.    What's your question, is what I
2  asked.
3         Q.    That Ferrante deposition Exhibit
4  Number 3 is one of the reports that form the
5  basis of the charts as listed in Appendix C?
6         A.    I didn't create these charts.
7  Google created these charts.
8         Q.    No, did you rely -- you're saying
9  Google made these charts?
10         A.    Yes.
11         Q.    So what did you do in preparation
12  for Appendix C?
13         A.    What did I do?
14         Q.    Well, you're saying you didn't
15  make the charts.
16         A.    I reviewed the material and
17  provided it in the report.
18         Q.    Okay.  So is -- back to my
19  question, is Ferrante Litigation Exhibit Number
20  3 in front of you one of the reports that
21  supports the numbers in the graphs in Appendix
22  C?
23         A.    This is the "Ads Safety Report"
24  that's referenced on page 51 that says
25  "Similarly, Google's 2020, 2021 and 2022 Ad

## Page 145

1  Safety Report lists categories of web pages
2  removed year after year." This is talking about
3  in that language that I reference that talks
4  about web pages.
5         Q.    Doesn't Ferrante Lit Exhibit 3
6  form part of the basis of Figure I, Figure L and
7  Figure J and Figure K?
8         A.    You're asking me if I took the
9  data from 3 and created these graphs?
10         Q.    Actually just --
11         A.    These graphs --
12         Q.    Where did the data come from to
13  make the graph of Figure I?
14         A.    I'm sure it's cited in my report.
15  I don't know exactly where.
16         Q.    Is one of the basis -- if you
17  read the top of Appendix C, "Google's 2020, 2021
18  and 2022 Ad Safety Reports lists categories of
19  'bad ads' removed year after year."
20         Do you see that?
21         A.    I do.
22         Q.    It says "The following graphs
23  demonstrate that Google has consistently removed
24  a high volume of bad ads for Adult Content,
25  Inappropriate Content, Misrepresentation,

Page 146

1   Enabling Dishonest Behavior, Dangerous Products
2   or Services, Counterfeit Goods and Abusing the
3   Ad Networks."
4            Do you see that?
5        A.   Yes, I see that.
6        Q.   So were Google's 2020, 2021 and
7   2022 Ad Safety Reports the basis of -- contain
8   the information that makes the charts in
9   Appendix C?
10       A.   Yes.
11       Q.   Okay.  You had indicated that
12  this particular report would help define or
13  suggest what fits into these subcategories,
14  right?
15       A.   It would have language.  As I
16  stated, it would be language that would be
17  publicly available and would not be at the
18  caliber of legally binding language but language
19  that someone could review and understand and
20  help them understand.
21       Q.   Okay.  Point to me where in this
22  exhibit the language that would help a reader
23  understand what "abusing the ad network" means?
24       A.   I mean, it's this entire
25  document.  If you sit down and read it, it

Page 147

1   starts right at the beginning, "When we make
2   decisions about ads and other monetized content
3   on our platform, user safety is at the very top
4   of our list.  In fact, thousands of Googlers
5   work around the clock to prevent malicious use
6   of our advertising network and make it safer for
7   people, businesses and publishers."
8        Q.   I'm asking you how would a reader
9   know --
10           MS. MAUSER:  I object to the form
11       to the extent this doesn't -- isn't a
12       complete document.
13           MR. FREEMAN:  Okay.
14  BY MR. FREEMAN:
15       Q.   How does a reader know what type
16  of ad violated its abusing the ad network
17  policy?
18           MS. MAUSER:  Again, I object to
19       form to the extent this isn't a complete
20       document.
21  BY MR. FREEMAN:
22       Q.   You can answer.
23       A.   I would say by reviewing this
24  document and then looking at the subcategories.
25       Q.   But you had indicated there would

Page 148

1   be language within these Ad Safety Reports that
2   would help a reader understand what Google's
3   definition of "adult content" would be, correct?
4        A.   That is what I said.
5            MS. MAUSER:  Object to form,
6        again, to the extent this is an
7        incomplete document.
8   BY MR. FREEMAN:
9        Q.   So what -- so what language
10  contained in the Ad Safety Report from 2021
11  helps a reader understand what is Google's
12  policy as it relates to adult content?
13           MS. MAUSER:  Object to form
14       again.  Same objection.
15           THE WITNESS:  As I said earlier,
16       the language is in a publicly available
17       document for the general public to
18       review, and this is not legally binding
19       language.  So I said it will give you an
20       idea.
21  BY MR. FREEMAN:
22       Q.   How do you have any idea of what
23  type of ad would violate the adult content
24  policy of Google by looking at the Ad Safety
25  Report from 2021?

Page 149

1            MS. MAUSER:  Object to form, to
2        the extent this isn't the complete
3        document.
4            THE WITNESS:  By reading this
5        document and then looking at the
6        subcategories.
7   BY MR. FREEMAN:
8        Q.   How do you have any idea of what
9   type of ad would violate the adult content
10  policy of Google by looking at the Ad Safety
11  Report from 2021?
12           MS. MAUSER:  Object to form again
13       for the same reason.
14           THE WITNESS:  I've answered the
15       question.  If you read the document and
16       then look at the subcategories, you get
17       an idea.  You asked me how would you
18       have any idea?  You get an idea.  Is it
19       an idea that is going to be something
20       that is debated in court?  I'm not
21       stating that; I'm not an attorney.  But
22       as an expert in the industry and having
23       helped organizations frame these very
24       documents, in my experiences this is
25       enough to document their policies around

| Page 150 | Page 152 |
|---|---|

**Page 150**

1  this type of material.
2  BY MR. FREEMAN:
3      Q.      During 2020 to 2022, how many ads
4  were blocked or restricted for inappropriate
5  content by Amazon?
6      A.      I can't answer that as I sit here
7  right now.
8      Q.      How many ads were blocked or
9  restricted for inappropriate content by Meta?
10     A.      I can't answer that as I sit here
11 right now.
12     Q.      How many ads were blocked or
13 restricted for inappropriate content by Criteo?
14     A.      I can't answer that as I sit here
15 right now.
16     Q.      How many ads were blocked or
17 restricted by The Trade Desk for inappropriate
18 content?
19     A.      I can't answer take as I sit here
20 right now.
21     Q.      How many ads were blocked or
22 restricted by OpenX for inappropriate content?
23     A.      I can't answer that as I sit here
24 right now.
25     Q.      How many ads were blocked or

**Page 151**

1  restricted by Magnite for inappropriate content
2  during this timeframe?
3      A.      I can't answer that as I sit here
4  right now.
5      Q.      How many ads were blocked or
6  restricted for inappropriate content by PubMatic
7  during this timeframe?
8      A.      I can't answer that as I sit here
9  right now.
10     Q.      How many ads were blocked or
11 restricted by Index Exchange during this
12 timeframe for inappropriate content?
13     A.      I can't answer that as I sit here
14 right now.
15     Q.      How many ads were blocked or
16 restricted by Xandr for inappropriate content
17 during this timeframe?
18     A.      I can't answer that as I sit here
19 right now.
20     Q.      What comparative analysis did you
21 do to compare Google's rate of blocking
22 inappropriate content ads to competitors?
23             MS. MAUSER:  Object to form, to
24         the extent you're characterizing his
25         report.

**Page 152**

1              THE WITNESS:  As I said before,
2          there was no clear, consistent measure
3          of that data.
4  BY MR. FREEMAN:
5      Q.      So the answer is you didn't do
6  any comparative analysis, right?
7      A.      Because the data was not
8  available to me.
9      Q.      Moving to Figure L in Appendix C,
10 what is figure L?
11     A.      Subcategory titled
12 "misrepresentation."
13     Q.      What type of ads violated
14 Google's policy as it relates to
15 misrepresentation of an ad?
16     A.      I'm sorry, can you repeat the
17 question?
18     Q.      What type of ad violated Google's
19 policy as it relates to misrepresentation of an
20 ad?
21     A.      An ad that Google technologies
22 and/or professionals deemed a violation of their
23 misrepresentation policy.
24     Q.      Did you review the underlying
25 data as it supports Figure L?

**Page 153**

1      A.      I did not.
2      Q.      What did you do to confirm the
3  accuracy of those numbers?
4      A.      I did not.
5      Q.      You did not confirm the accuracy
6  of those numbers?
7      A.      Outside of pulling it from Google
8  and their publicly available domain, I did not
9  feel the need.
10     Q.      How was pulling it from Google
11 confirming the accuracy?
12     A.      The Google domain, pulling it
13 from Google's website.
14     Q.      How does pulling that information
15 from Google's domain confirm the accuracy of the
16 numbers?
17     A.      As I've said in the past, Google
18 is my client, is providing information publicly
19 available to the world via their public domain,
20 Google.com.  This was pulled from an official
21 support site, policy site.  I pulled the data, I
22 pulled the information and believed it to be as
23 accurate as possible.
24     Q.      How can you say you believe it to
25 be as accurate as possible if you did nothing to

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony J. Ferrante
February 16, 2024

<table>
<tr><td colspan="2">

Page 154

1  confirm the accuracy of the numbers?
2          MS. MAUSER:  Object to form.
3          THE WITNESS:  Because I have no
4      reason to doubt it.  And, again,
5      consistent with what I said earlier, the
6      scope of my investigation, this is just
7      supporting document -- documentation to
8      demonstrate Google's efforts to ensure a
9      safe and secure experience for
10     consumers.
11 BY MR. FREEMAN:
12     Q.     Are you saying you have no reason
13 to doubt any information put out by Google on
14 Google's domain?
15     A.     I didn't say that.
16         MS. MAUSER:  Object to form.
17 BY MR. FREEMAN:
18     Q.     So what makes -- what would make
19 you doubt information posted about Google by
20 Google on a Google domain?
21     A.     It depends on the circumstances.
22     Q.     What circumstances would make you
23 question it or doubt it?
24         MS. MAUSER:  Object to form.
25         THE WITNESS:  It would depend on

</td></tr>
</table>

Page 156

1      that Google is making an effort.  Again,
2      they're an innovator; they're a leader.
3      They're clearly taking steps to combat
4      this risk that their consumers -- their
5      viewers and their consumers may
6      encounter.
7          There is no silver bullet in this
8      game.  There is no perfect.  And based
9      on what I've seen, Google, compared to
10     their peers, they are leaders in the
11     space.  So for me to sit down and spend
12     time validating this particular data, it
13     -- I'm not sure -- I'm not sure how you
14     think that would change things.
15 BY MR. FREEMAN:
16     Q.     How does the number of
17 inappropriate ads removed by Google from its
18 platform compare to the number of inappropriate
19 ads removed by publishers using header bidding?
20         MS. MAUSER:  Object to form.
21         THE WITNESS:  Excuse me?
22 BY MR. FREEMAN:
23     Q.     How does the amount of
24 inappropriate ads removed by Google during 2020
25 to 2022, how does that compare to the number of

Page 155

1      the circumstances.  But I can tell you
2      in this particular case, it wasn't going
3      to change my views, my opinions.
4  BY MR. FREEMAN:
5      Q.     The numbers of ads blocked
6  wouldn't change your opinion about how effective
7  Google is at blocking ads?
8          MS. MAUSER:  Object to form,
9      mischaracterizes his answer.
10         THE WITNESS:  What I'm saying is
11     that I provided this material to
12     demonstrate that Google has mechanisms
13     in place.  A number of ads blocked is
14     going do go up and down; it is a cat and
15     mouse game.  That's how security works,
16     and it's going to constantly evolve and
17     change.  So you're asking me did I
18     verify the data in Figure I, J, K, L and
19     I'm assuming the others, and you're
20     going to get similar answers, that's not
21     how security works.  Security is an
22     evolving threat.
23         And so for me to spend time
24     verifying and validating this data,
25     doesn't change my views in the sense

Page 157

1  inappropriate ads removed by publishers who are
2  using header bidding?
3          MS. MAUSER:  Object to form.
4          THE WITNESS:  I can't answer that
5      as I sit here right now.
6  BY MR. FREEMAN:
7      Q.     Why can't you answer it?
8      A.     Because that's a very defined
9  dataset that you're asking about.  And you're
10 asking about a single entity versus a cluster of
11 entities that are using two different
12 frameworks.  And those frameworks have been
13 implemented many different ways.  So, I mean,
14 you're asking an impossible question.
15     Q.     Why is it impossible to get data
16 from publishers about how many ads they removed
17 or blocked for being inappropriate content?
18         MS. MAUSER:  Object to form.
19         THE WITNESS:  Can you reask the
20     question?
21 BY MR. FREEMAN:
22     Q.     You said that I was asking an
23 impossible question, so my follow-up to that was
24 why is it impossible to get data from publishers
25 about how many ads they removed or blocked for

| Page 158 | Page 160 |
|---|---|
| 1 being inappropriate content? | 1     A.    It's a subcategory of bad ads |
| 2     A.    That wasn't your exact question. | 2 blocked or removed by Google. The subcategory |
| 3 Your question was how many publishers who | 3 is titled "Enabling Dishonest Behavior." |
| 4 leverage header bidding; did I hear that | 4     Q.    Did you review the underlying |
| 5 correctly? | 5 data for Figure M? |
| 6     Q.    Correct. | 6     A.    I did not. |
| 7         How does the number of ads that | 7     Q.    What did you do to confirm the |
| 8 were blocked by Google during this timeframe | 8 accuracy of Figure M, the numbers that support |
| 9 compare to the amount of ads removed by | 9 Figure M? |
| 10 publishers who are using header bidding -- | 10     A.    Consistent with my earlier |
| 11     MS. MAUSER: Object to form. | 11 questions of the other subcategories. |
| 12 BY MR. FREEMAN: | 12     Q.    Do you know what -- the amount of |
| 13     Q.    -- during the same timeframe? | 13 ads blocked or restricted for enabling dishonest |
| 14     A.    And how does it compare? The | 14 behavior by any other company? |
| 15 answer I have to that question is that is a | 15     A.    As I sit here right now, I can't |
| 16 unique set of data that I do not have right in | 16 answer that. |
| 17 front of me, so I can't answer that. | 17     Q.    Moving to Figure N on page 50. |
| 18     Q.    Have you seen any datasets | 18     A.    Yes. |
| 19 comparing Google's quantity of ads blocked or | 19     Q.    What's Figure N? |
| 20 restricted to any other company? | 20     A.    It's a subcategory of bad ads |
| 21     A.    I'm sure I have. There's a lot | 21 blocked or removed by Google. The subcategory |
| 22 of information out there. | 22 is titled "Dangerous Products or Services." |
| 23     Q.    Was that information cited in | 23     Q.    Did you review the underlying |
| 24 your report? | 24 data that supports Figure N? |
| 25     A.    If I relied on it -- if it's | 25     A.    Consistent with earlier, similar |

| Page 159 | Page 161 |
|---|---|
| 1 referenced or I relied on it then, yes, it would | 1 questions, I did not. |
| 2 be cited in my report. | 2     Q.    What did you do to confirm the |
| 3     Q.    Why wouldn't you have relied on a | 3 accuracy of the numbers that support Figure N? |
| 4 comparative dataset of Google compared to other | 4     A.    I did not. |
| 5 companies? | 5     Q.    Do you know how many ads or -- |
| 6     A.    Well, I discussed it earlier. I | 6 how many ads were blocked or restricted by any |
| 7 think -- I don't believe that there's a single | 7 other company for being dangerous products or |
| 8 source that actually receives the data and | 8 services? |
| 9 interprets the data equally across platforms. I | 9     A.    As I sit here right now, I can't |
| 10 think that the data is confusing. I think that | 10 answer that. |
| 11 the way various companies collect the data and | 11     Q.    What's Figure O? |
| 12 report on the data varies. | 12     A.    Figure O is another subcategory |
| 13     So I didn't see anything publicly | 13 of bad ads blocked or removed by Google. This |
| 14 available to me that I thought made -- made | 14 category is titled "Counterfeit Goods." |
| 15 sense or -- or I thought I could verify and sit | 15     Q.    Did you review the underlying |
| 16 before you today and talk you through it. | 16 data to support Figure O? |
| 17     Q.    Moving to Figure L in Appendix C, | 17     A.    I did not. |
| 18 what's Figure L? | 18     Q.    What you did do to confirm the |
| 19     A.    I'm sorry, of my report? | 19 accuracy of the numbers? |
| 20     Q.    Yeah, that's correct. | 20     A.    Consistent with earlier, similar |
| 21     A.    It is a subcategory "Bad Ads | 21 questions and answers, I did not. |
| 22 Blocked or Removed by Google." The subcategory | 22     Q.    Do you know how many ads were |
| 23 is titled "Misrepresentation." | 23 blocked or restricted by any other company for |
| 24     Q.    Then what is Figure M right below | 24 being counterfeit goods? |
| 25 it? | 25     A.    As I sit here right now, I can't |

## Page 162

1  answer that.
2        Q.      I'd like you to go to Figure E,
3  that's actually on page 19 of your report.
4        A.      Okay.  Okay.
5        Q.      What is Figure E?
6        A.      Let me read this.
7                (Witness reviews document.)
8                So this appears to be as stated
9  in paragraph 45, "The chart below depicts the
10 number of bad ads removed by Google from 2014 to
11 2022, based on its Ads Safety and Quality
12 Reports."
13       Q.      How does this chart -- or I
14 should say graph -- differ from the graphs that
15 are in Appendix C of your report?
16       A.      How does it differ?
17       Q.      Correct.
18       A.      I'm not sure it differs but
19 rather aggregates the data.
20       Q.      Well, it differs in years, right?
21       A.      Sure, it's longer.
22       Q.      All right.  So Figure E is
23 from -- tracking from 2014 to 2022, right?
24       A.      Yes, I do see that.
25       Q.      Okay.  And the appendix, the

## Page 163

1  graphs in Appendix C were a more limited
2  timeframe of that from 2020 to 2022, right?
3        A.      That is correct.
4        Q.      In Figure E is kind of the
5  aggregate of the subcategory graphs as depicted
6  in Appendix C, right?
7        A.      A version of it, correct.
8        Q.      Okay.  So what is the source of
9  information that made Figure E?
10       A.      It's footnoted.
11       Q.      Did you review the underlying
12 data that supports Figure E?
13       A.      Yes, I did.
14       Q.      I'm sorry?
15       A.      The underlying data that supports
16 Figure E.
17       Q.      Yeah.
18       A.      Meaning citation 46, did I review
19 that?  Yes, of course.
20       Q.      Which citation in footnote 46 is
21 a dataset?
22               MS. MAUSER:  Object to form.
23               THE WITNESS:  I'm sorry, I think
24       we're talking about two different
25       things.

## Page 164

1  BY MR. FREEMAN:
2        Q.      Okay.  How would you -- how would
3  you define data?
4        A.      How would I define data?  I mean,
5  that's a complicated question.  I would say data
6  is on this sheet of paper.
7        Q.      Is the Trade Press article data?
8        A.      Yes.
9        Q.      Okay.
10       A.      So that's where I think we're
11 talking about two different things.
12       Q.      Did you review the underlying
13 data collected by Google that supports Figure E?
14       A.      You're referring to the
15 statistical data?
16       Q.      That's right.
17       A.      Yes -- no, I did not.
18       Q.      What did you do to confirm the
19 accuracy of the statistical data that supports
20 Figure E?
21       A.      Again, it's -- it's data either
22 provided to me from Google or publicly available
23 from the Google domain and their various
24 official support sites documenting how Google
25 operates.  And so I reviewed that material,

## Page 165

1  analyzed it, and that is my views here on page
2  19.
3        Q.      How many ads that violated
4  Google's policies and therefore would be deemed
5  a bad ad were not blocked that should have been
6  blocked by their policies?
7        A.      I can't answer that.  I don't --
8  I don't even know if that question is
9  answerable.
10       Q.      You don't think -- strike that.
11               Do you know whether Google tries
12 to evaluate the effectiveness of their filters
13 in flagging bad ads?
14       A.      So are you asking me if I know
15 that?
16       Q.      Yeah, do you know that?
17       A.      I don't know that, but I have to
18 imagine they do.
19       Q.      Did you ask to review that type
20 of information?
21       A.      I did not.
22       Q.      Why didn't you ask to review that
23 type of information?
24       A.      I didn't think that was necessary
25 for me to reach my conclusions.

Page 166

1    Q.    Don't you think that the rate at
2  which they're catching bad ads would impact any
3  of your conclusions in your report?
4         MS. MAUSER:  Object to form.
5         THE WITNESS:  You will have to
6    reask the question.
7  BY MR. FREEMAN:
8    Q.    Does the rate at which Google
9  catches and therefore restricts or block bad
10 ads, would that impact any of your conclusions
11 in your report?
12   A.    It would be a data point, but I
13 don't -- I mean, you're asking a question that I
14 don't think appreciates or takes into
15 consideration the industry.
16        As I said earlier, this is a
17 cat-and-mouse game.  And you asked me if
18 Google -- I forget how you put it -- refines
19 their filters to catch bad actors, and I said I
20 didn't know, but I have to imagine.  And so
21 you're asking me if I think the rate in which
22 they catch bad actors would sway my view.
23        It's a data point but looking at
24 the totality of data, no, it really wouldn't.
25 The fact of the matter is that Google has

Page 167

1  demonstrated that they are a leader in this
2  space, they are an innovator, they are working
3  with colleagues across the industry to protect
4  their consumers.  And so the refinement of
5  filters and the success of those filters are not
6  going to change my views because that is one
7  single data point in hundreds, if not thousands,
8  of data-points that you need to consider in
9  totality in the security industry.
10        This is complicated material.
11 And one filter or the refinement of that filter
12 or the success or failure of that filter is not
13 going to define an organization in their
14 security posture in the efforts that they've
15 taken to protect consumers.
16   Q.    Does Google block or restrict bad
17 ads at a better rate than any other company?
18        MS. MAUSER:  Object to form.
19        THE WITNESS:  As I sit here right
20    now, I'm not sure I can answer that
21    question.  I can tell you --
22 BY MR. FREEMAN:
23   Q.    Why not?
24   A.    Why not?  Because I would need
25 data.  And you said "any other company," I would

Page 168

1  need data to review that and talk through it
2  with you.  It's a complicated subject.
3         What I can tell you, though, is
4  that Google has implemented, innovated and led
5  the charge on creating and sharing technologies
6  with the industry to help protect users.
7    Q.    In going back to Figure E from
8  2014 to 2022, how many bad ads were blocked or
9  restricted by Amazon?
10   A.    As I sit here right now, I can't
11 answer that question.
12   Q.    What about Criteo?
13   A.    I can't answer that question.
14   Q.    Meta?
15   A.    As I sit here right now, I can't
16 answer that question.
17   Q.    The Trade Desk?
18   A.    As I sit here right now, I can't
19 answer that question.
20   Q.    OpenX?
21   A.    As I sit here right now, I can't
22 answer that question.
23   Q.    Magnite?
24   A.    As I sit here right now, I can't
25 answer that question.

Page 169

1    Q.    PubMatic?
2    A.    As I sit here right now, I can't
3  answer that question.
4    Q.    Index Exchange?
5    A.    As I sit here right now, I can't
6  answer that question.
7    Q.    Xandr?
8    A.    As I sit here right now, I can't
9  answer that question.
10   Q.    Compared to publishers using
11 header bidding?
12        MS. MAUSER:  Object to form.
13        THE WITNESS:  As I sit here right
14    now, I can't answer that question.
15        I do want to highlight that I
16    think -- I do not think you can quantify
17    success or failure based on the number
18    of blocked ads.  It is a data point and
19    the totality of data that you have to
20    look at.
21 BY MR. FREEMAN:
22   Q.    But not just the success rate,
23 just the sheer quantity of ads that are blocked
24 by another company; is that not a data point?
25        MS. MAUSER:  Object to form.

| Page 170 | Page 172 |
|---|---|

**Page 170**

1    THE WITNESS:  Can you reask the
2    question?
3    BY MR. FREEMAN:
4    Q.    Sure.
5          You said that detection rate was
6    one data point, right?
7    A.    Detection, blocking, these are
8    just single -- singular data-points.  And you're
9    making such an emphasis on these data-points,
10   which, again, they're going to ebb and flow,
11   given the period of time that we look at, given
12   between now and a year from now.
13         As we sit here for this
14   deposition, there are hundreds, if not
15   thousands, of malicious actors innovating new
16   ways to defeat in-place technologies.  These
17   filters you speak about, thousands of people are
18   sitting home finding ways to defeat them.  This
19   is the security industry.  And to view an
20   organization, success or failure, based on a
21   singular filter or failure of a filter, you're
22   just not looking at it from a security
23   perspective at all.
24   Q.    Moving to page 20, Figure F, what
25   is Figure F?

**Page 172**

1    it says "took down 4.5 million web pages for
2    violating Google's policies against malware or
3    unwanted software."
4          And it goes on, but do you see
5    where I am?
6    A.    I do see that.
7    Q.    What does it mean when you put in
8    your report Google -- what I'm looking for, the
9    phrase "took down," what does that mean?
10   A.    They took efforts to remove them
11   from the internet.
12   Q.    What efforts did Google take to
13   remove them from the internet?
14   A.    You'd have to ask Google that.
15   Q.    How would one go about removing a
16   web page from the internet?
17   A.    Legal action, outside counsel,
18   internal legal department, cease and desist
19   letters.  It's very common in the industry.
20   Q.    Did Google remove the websites
21   from any search results if they flagged it?
22   A.    As I sit here right now, I'm not
23   sure I can answer that.  I would say I have to
24   imagine that they took steps to do that.
25   Q.    Did you review the underlying

**Page 171**

1    A.    Figure F is the numerical data
2    stating bad ads stopped in 2022.
3    Q.    Did you create this chart?
4    A.    No, this is pulled from Google's.
5    Q.    Did you review the underlying
6    data that supports Figure F?
7    A.    The underlying statistical data,
8    no, I did not review.
9    Q.    What did you do to confirm its
10   accuracy?
11   A.    I did not, consistent with
12   similar earlier questions asked and answered.
13   Q.    Moving to page 21, Figure G, what
14   is Figure G?
15   A.    Figure G is a graph.  This is a
16   representation of subcategories of Google
17   enforcement actions on publisher pages, the
18   number of pages Google has taken action against
19   in 2022.
20   Q.    What does it mean when it says
21   "Google took down the web page" or web pages?
22   A.    Where are you reading that?
23   Q.    In paragraph 48, you see that,
24   the second line towards the end it says "in
25   2022" you see that sentence?  "Google," and then

**Page 173**

1    statistical data for Figure G?
2    A.    I did not review.
3    Q.    What did you do to confirm its
4    accuracy?
5    A.    Consistent with earlier, similar
6    questions asked and answered, I did not.
7    MR. FREEMAN:  We've been going
8    about an hour.  Want to take -- we can
9    go off the record.
10   THE VIDEOGRAPHER:  Off the record
11   at 2:33.  This ends media unit number
12   four.
13   (Brief recess.)
14   THE VIDEOGRAPHER:  On the record
15   at 2:46.  This begins media unit five in
16   the deposition of Anthony Ferrante.
17   BY MR. FREEMAN:
18   Q.    I would like to move on to the
19   topic of header bidding, okay.
20         Am I correct that header bidding
21   became widely adopted by publishers in 2014 and
22   2015?
23   A.    I think that's a safe assessment.
24   2014.
25   Q.    You -- I'm sorry, you have your

## Page 174

1  report in front of you?
2      A.    I do.
3      Q.    Okay.  On page 28 is where you
4  start to begin talking about header bidding,
5  correct?
6      A.    Okay.  I'm on page 28.
7      Q.    And paragraph 66, the first
8  paragraph there, the second sentence says "It
9  became widely adopted by publishers in 2014 and
10  2015, before ads.txt was developed and became an
11  industry standard."
12           Do you see that?
13     A.    I do see that.
14     Q.    So is it correct, then, when you
15  are talking about it, you are talking about
16  header bidding in this context, that header
17  bidding became widely adopted by publishers in
18  2014 and 2015, right?
19     A.    Let me just read this to make
20  sure I'm understanding you correctly.  That is
21  correct.
22     Q.    Then in the next paragraph you
23  talk about header bidding being JavaScript code
24  that's placed on the header part of publisher's
25  website, also known as a header bidding wrapper.

## Page 175

1           Do you see that?
2      A.    I do see that language.
3      Q.    So when heading bidding started
4  to become widely adopted in 2014 and 2015, what
5  header bidding wrappers were used mostly by
6  publishers?
7      A.    What header bidding wrappers?
8      Q.    Yeah.
9      A.    Header bidding wrappers written
10  by the various publishers on their sites.
11     Q.    What companies had products in
12  header bidding?
13     A.    What companies?
14     Q.    Yeah, what companies offered
15  header bidding?
16     A.    In 2014 and 2015, it was becoming
17  adopted by the players in the industry.
18     Q.    So what is a header bidding
19  wrapper?
20     A.    Header bidding wrapper is
21  JavaScript code that sits in the header of a web
22  page that facilitates the bids, the bidding
23  process for ad -- advertisements on that page.
24     Q.    What companies offered header
25  bidding wrappers to publishers in 2014 and 2015?

## Page 176

1      A.    I mean, the header bidding
2  wrappers were written in the web pages
3  themselves.  So when you say what companies, it
4  was code that was written by a programmer in the
5  page so --
6      Q.    And that code would take them to
7  where?
8      A.    It would connect them to SSPs.
9  It would connect them to advertisers.  That code
10  would allow them to facilitate the bidding
11  process to place bids on their ads.
12     Q.    So my question is is what
13  companies created the code to facilitate header
14  bidding?
15     A.    What companies created the header
16  bidding code?
17     Q.    Yeah.
18     A.    I don't know if there was a
19  single company that created it, or if it was --
20  just became an industry -- an industry adopted
21  code.
22     Q.    But certain companies then issued
23  a product to help publishers with header
24  bidding, right?
25     A.    Well, an entire industry was

## Page 177

1  built around online advertisement.
2      Q.    I know, but I want to talk about
3  the part of online advertisement of using header
4  bidding?
5      A.    Correct.
6      Q.    Were there certain companies that
7  had products to help publishers with header
8  bidding?
9      A.    So header bidding is -- is a
10  framework, okay.  How it was implemented -- so
11  it's a technology.  How that technology was
12  implemented varied across the board.  And so,
13  yes, did that framework plug into other players
14  in the industry, SSPs, DSPs, ad networks, sure,
15  yes.  But in the end that header bidding code
16  allowed the publisher, the website, to receive
17  bids for advertisement space and then place
18  advertisements on their page.
19     Q.    But do you know or can you list
20  for me any header bidding wrappers that were
21  used in 2014 and 2015?
22           MS. MAUSER:  Object to form.  Go
23  ahead.
24           THE WITNESS:  I'm not sure --
25  you're asking me -- header bidding is

UNITED STATES OF AMERICA
GOOGLE, LLC
21289

Document 899-2   Filed 07/09/24   Page 48 of 109

Anthony J. Ferrante
Highly Confidential
February 16, 2024

Page 178

1            code.  It is JavaScript written code.  I
2            could sit down and write header bidding
3            code.  Does that make it the Ferrante
4            header bidding code?  Do you understand
5            what I'm saying?  So when you say "what
6            companies," I'm not sure I understand.
7    BY MR. FREEMAN:
8         Q.    Is header bidding different than
9    header bidding wrapper?
10        A.    "Header bidding wrapper" is the
11   code.  "Header bidding" is the term used to
12   describe the framework and the process in which
13   it occurs.
14        Q.    Okay.  And you principally make
15   three points about header bidding in security
16   vulnerabilities about bad actors can exploit,
17   right?  You talk about; one, the inability to
18   prevent fraud amongst the noise -- that's a
19   phrase that you used, "noise" in quotes of
20   multiple calls; second, the lack of -- and then
21   the phrase you used is "guardrails" to protect
22   against malvertising; and third, you say -- you
23   talk about user and publisher data leakage, in
24   particular vulnerabilities of header bidding, do
25   I have that, in broad brushes?

Page 179

1         A.    In broad brushes.  There are also
2    others, but we can talk through them.
3         Q.    Do you make any distinction in
4    your analysis between client side and server
5    side header bidding?
6         A.    Client side or server side header
7    bidding, do I make any distinction?
8         Q.    Yeah.
9         A.    I talk about header bidding and
10   how it -- I talk about header bidding in the
11   sense of telling a story about where it came
12   from and where it is today.
13        Q.    What is the difference between
14   client side header bidder and server side header
15   bidder?
16        A.    Client side header bidding is
17   when the entire process is facilitated through
18   the client, the web browser, the actual
19   consumers' machine.  As they sit in front of
20   their machine, the code is in the page that they
21   visit, and that code functions, makes the calls,
22   receives the returns, process the returns and
23   displays the ads.  That is client side header
24   bidding.
25        Q.    How does that differ from server

Page 180

1    side?
2         A.    Server side header bidding, which
3    is an implementation of the header bidding
4    framework.  And evolution of the header bidding
5    framework is when rather than that code
6    executing in the browser, it is calling a
7    server, connecting to that server and allowing
8    the server to do the lion's share of the
9    processing and the work and then returning
10   results.
11        Q.    One of the phrases you use is
12   kind of the distance between the advertisers and
13   the publishers and security vulnerabilities with
14   that; is that right?
15        A.    Yes.
16        Q.    When you talk about distance in
17   this context, what are you referring to?
18        A.    Can you point to my report of
19   where I reference that?
20        Q.    I'm just asking on a high level
21   of do you think there's any different security
22   concerns about the distance between advertisers
23   and publishers?
24        A.    Well, I think I know what you're
25   referring to, and I just want to confirm it, so

Page 181

1    I want to give you the best possible answer
2    here.  So if you could point to the paragraph.
3         Q.    Do you think there's any
4    difference in terms of the distance between
5    advertisers and publishers with those who are
6    doing client side header bidding as opposed to
7    those who are doing the server side client
8    bidding?
9         A.    Okay, can you give me a second?
10              (Witness reviews document.)
11              Do you want to reask your
12   question, please?
13        Q.    Do you think there's any
14   difference in terms of the distance between
15   advertisers and publishers with those who use
16   client side header bidding as opposed to those
17   who use server side client bidding?
18              MS. MAUSER:  Object to form.
19              THE WITNESS:  So do I think
20         there's distance?
21   BY MR. FREEMAN:
22        Q.    That's right.
23        A.    Between those who facilitate
24   client side and those who facilitate server
25   side?

## Page 182

1    Q.    Correct.

2    A.    I really don't understand the
3    question.

4    Q.    Okay.  I want to talk to you
5    about data leakage.

6    A.    Okay.

7    Q.    All right.  And in particular
8    paragraph 75, which is on page 30.  You say it
9    at the very beginning of paragraph 75, quote,
10   "The emergence of header bidding introduced
11   various security concerns regarding data leakage
12   as a result of the simultaneous manner in which
13   calls are sent to bidder."

14         Do you see that?

15   A.    I do see that.

16   Q.    When you use the word "concerns"
17   about data leakage with header bidding, are you
18   talking about data leakage that did occur or
19   that may occur?

20   A.    I'm talking about data leakage
21   that did occur.

22   Q.    Did you review any statistical
23   data that supports your claim that data leakage
24   occurred as a result of simultaneous manner in
25   which calls are sent to bidders in header

## Page 183

1    bidding?

2    A.    What is your question?  Can you
3    repeat that, please?

4    Q.    Did you review any statistical
5    data that supports your claim that data leakage
6    occurred as a result of -- of the simultaneous
7    manner in which calls are sent to bidders in
8    header bidding?

9    A.    I didn't need to review any
10   statistical data.

11   Q.    Why don't you need to review any
12   statistical data?

13   A.    Because I field tested it and saw
14   the data.

15   Q.    Where is your field testing
16   results in Appendix B of which you relied on?

17   A.    I don't have them.  Again, as we
18   spoke earlier, of course I looked at code.  And
19   I told you we field tested, and we looked at
20   this data.  This is one of the security concerns
21   that I cite, is that when the implementation of
22   header bidding, when bids are solicited, those
23   bids are solicited with personal data of users,
24   the sites that they're on, the previous pages
25   that they visited.

## Page 184

1    In addition to that, my regularly
2    conducted security work that I do every single
3    day in the industry today, I see the same exact
4    data.

5    Q.    When did you do your field
6    testing about data leakage in header bidding?

7    A.    Through the course of this
8    investigation.

9    Q.    What investigation?

10   A.    The investigation I conducted
11   which framed the basis of this report.

12   Q.    Walk me through what steps you
13   did in your field testing to support the claim
14   that data leakage occurred with header bidding?

15   A.    We have an implementation of
16   header bidding, we visited the site, we watched
17   the code function, we watched the parameters
18   past, and we looked at them.  We saw browser
19   information, IP address, previously visited
20   site.  I mean, sensitive user data that, again,
21   that's specific to this particular
22   investigation.

23         But as I said earlier, me and my
24   team are doing this every single day in other
25   cases where these sorts of questions are being

## Page 185

1    called in various platforms, in various types of
2    data, various types of implementation.  Excuse
3    me.

4    Q.    How many different websites did
5    you visit to watch the code function?

6    A.    I only needed one to see it.
7    Header bidding is a framework, a framework that
8    as we stated was adopted 2014, 2015.  There are
9    significant security risks in header bidding.
10   We watched them.

11         There is the ability to conduct a
12   man-in-the-middle attack.  If you're sitting in
13   Starbucks and you're sniffing traffic, you can
14   siphon personal data from other users on that
15   network.

16         If you can get into the bidding
17   process, you can gather personalized, sensitive
18   data of users visiting the site just by hiding
19   in plain site.  Literally placing yourself in
20   the bid process with no intention of bidding,
21   you're still able to collect that data.

22         You're able to buy access to
23   users machines.  You are able to play a bid of,
24   let's say, $25, which no one would compare to
25   you, and you would get the winning bid, which

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 50 of 109 PageID#
21944

Highly Confidential

Anthony J. Ferrante
February 16, 2024

## Page 186

1  then would give you an opportunity to launch
2  malware on someone's machine that would give
3  you -- essentially, you would buy access to
4  consumers' machines.
5              You would be able to collect data
6  on your competitors because in addition to you
7  being part of the bid process, you see what
8  others bid.  I mean, those are four significant
9  security concerns that I reference in my report
10 that header bidding introduced.
11        Q.    Where did you get the code to
12 insert into the website?
13        A.    It's publicly available code.
14        Q.    Where?
15        A.    I'd have to go back and check.
16        Q.    Then you relied on these field
17 test results to support your claim that data
18 leakage occurs as a result of the simultaneous
19 manner in which calls are sent to bidders?
20        A.    It's not a secret; it's very
21 well-documented.  What I wanted to do was
22 actually see it in play like we do every single
23 day.  We do this with all of our work, with all
24 of our technical investigations.  Of course we
25 want to see it in real time and --

## Page 187

1        Q.    So --
2        A.    I'm sorry to interrupt.  And it's
3  very well-documented; there are lots of articles
4  out there.  I mean, it is actually so
5  well-documented that that's where you can read
6  the story about how header bidding has evolved
7  to what it is today, which is a more secure
8  version of the earlier version -- you referred
9  to it earlier -- if done correctly, server side
10 header bidding.  But that's not -- I mean, that
11 is just such an evolution of it to where it is
12 today.
13        Q.    Just want to make sure I get the
14 time right.
15              After you were retained by Google
16 in this particular case, you ran your own field
17 test to determine how much data leakage there
18 was using the header bidding; is that right?
19        MS. MAUSER:  Object to form.
20        THE WITNESS:  So through the
21        course of this investigation, we found
22        lots of documentation highlighting the
23        risks.  Given the way we operate in the
24        industry and how we operate and conduct
25        these investigations, yes, of course, we

## Page 188

1  wanted to field test it, we wanted to
2  see it.  This is what we do every single
3  day.  We are an investigative -
4  technical investigative firm.  Of course
5  we're going to look at this.  This
6  wasn't hard to do.
7  BY MR. FREEMAN:
8        Q.    Where are your field test results
9  cited in your report?
10       A.    I mean, the results are in the
11 report.  You see it.  I mean, when you say
12 "field test results," you're talking about
13 looking at a screen.
14       Q.    Where do you say that you field
15 tested this in your report?
16       A.    You know, I'm not sure but --
17       Q.    Take your time.  Look at the
18 report in front of you and tell me where it says
19 that you field tested header bidding?
20       A.    This is what we do through the
21 course of the investigation.  We read, we
22 digest -- I talked about this earlier, how did
23 we get here?  We digested all the documents, and
24 we wear -- and we took steps to verify the
25 information that we learned.  I mean, we just

## Page 189

1  talked extensively about statistical data and
2  whether or not we validated it.  Of course we're
3  going to validate these claims.
4        Q.    How would anyone know reading
5  your report that you conducted a field test
6  about header bidding?
7        A.    I'm not sure I understand the
8  question.  I mean, my report is my report.
9  There's lots of data in my report.
10       Q.    But one of the things that you
11 said supported the claim that you said in
12 paragraph 75 was that you did your own
13 independent field test, right?
14       A.    Of course.
15       Q.    What I'm asking is where is the
16 fact that you conducted a field test in the
17 report?
18       A.    As I said earlier, I mean, it's
19 what we do through the course of our
20 investigations.  It is review, verify.
21              What sort of security researcher
22 would not want to look at this and be able to
23 verify it before they sign their name and raise
24 their right hand and swear to it?
25       Q.    Why didn't you include it in your

Page 190

1    report?
2         A.    This -- this is the -- I mean,
3    this is important.  And so I don't understand
4    why I wouldn't verify it.
5         Q.    Why wouldn't you include it in
6    your report if it supports one of the arguments
7    that you're making?
8         A.    But what do you want me to
9    include?  That's what I don't understand.  I
10   mean, this is -- this is like seconds in
11   reviewing data on a screen as it traverses the
12   wire.
13        Q.    Do you document that in any sort
14   of way?
15        A.    Do we document it?
16        Q.    Yeah, the results of your field
17   test?
18        A.    I mean, we did in the report, and
19   we cite our material.
20        Q.    Aside from the report, do you
21   document it in any fashion?
22        A.    I mean, of course we document our
23   stuff.
24        Q.    So if the results of the field
25   test were relied upon, why is it not in your

Page 191

1    Appendix B?
2              MS. MAUSER:  Object to form.
3              THE WITNESS:  I think -- I think
4         you're thinking this was like a massive
5         chemistry experiment with control groups
6         and noncontrol groups or whatever.  I
7         mean, this was -- this was sniffing the
8         wire for a short period of time as a
9         user visited a website and just watching
10        the data traverse.  It's seconds.  I
11        mean, that's the point of header bidding
12        being so insecure and why the need for
13        it to evolve was so critical.
14   BY MR. FREEMAN:
15        Q.    And you did this one time?
16        A.    That's all we needed to do.
17        Q.    And answer to that is yes, one
18   time?
19        A.    That's all we needed to do, is
20   one time.
21        Q.    You said that it's
22   well-documented, the fact that data leakage is a
23   result of header bidding, right?
24        A.    Yes.
25        Q.    What academic peer-reviewed

Page 192

1    journal did you cite to support that in your
2    report?
3         A.    I'm not sure.  Maybe we can look
4    in my cited sources, but it's no secret.  It's
5    well-documented.  That is why we took the steps
6    to do a quick field test.
7         Q.    Did you do any sort of
8    comparative analysis of the amount of data
9    leakage that occurs on header bidding that
10   occurs through a bid through AdX?
11        A.    So I can't recall the exact
12   players we used for the field test.  But, again,
13   I mean, separate from the field test it is very
14   well-documented.
15             And, again, I would just
16   highlight that header bidding is a framework
17   that is implemented a myriad of different ways.
18   I mean, I would be surprised if there were two
19   identical instances of header bidding
20   implemented the same exact way at two different
21   companies.
22        Q.    But how does the amount of data
23   leakage from the use of header bidding compare
24   to the data leakage from a bid request going
25   through AdX?

Page 193

1         A.    Well, again, I'm not sure how AdX
2    has their header bidding implementation
3    configured.  But I can tell you -- I mean, let's
4    take it to the framework level.  Header bidding
5    is code that sits on the browser.  When called
6    it has the send data about that user so it can
7    conduct an accurate bidding process.  Those
8    bidders get access to that data.  They're
9    sitting there, part of the bidding process,
10   seeing that data, collecting that data.  And
11   because it is done the way it is done, if you
12   are on the network sniffing data packets, you
13   are going to see that data because it is sent in
14   clear text.
15             Again, also, if you are hiding in
16   plain site and have no intention of bidding, you
17   can collect that data.
18             If you are the highest bidder,
19   you can buy access to users' machines.  You can
20   also collect competitive intel on your peers in
21   that space.
22        Q.    So one of the articles that you
23   cited in footnote 80, right, is an article title
24   "Unraveling Header Bidding's Problems with User
25   Data," right?

UNITED STATES OF AMERICA
GOOGLE, LLC

Case 3:18-cv-05095-LWB-GFA    Document 899-2    Filed 07/09/24    Page 52 of 109
25242
Highly Confidential

Anthony J. Ferrante
February 16, 2024

## Page 194

1      A.      Yes.
2          MS. MAUSER:  Let me show you
3    what's been marked as Ferrante-Lit
4    Exhibit 4.
5          (Document marked for
6          identification as Ferrante-Lit
7          Deposition Exhibit No. 4.)
8    BY MR. FREEMAN:
9      Q.      Is Ferrante-Lit Exhibit 4 the
10   same article that you were citing in paragraph
11   75?
12     A.      I believe so.
13     Q.      And in the first -- the third
14   paragraph on the first page of the article, it
15   says, quote, "There are some real security
16   concerns about header bidding that aren't being
17   talked about," end quote.
18          Do you see that?
19     A.      I do see that.
20     Q.      And the source of that
21   information, though, is that "Ad fraud
22   researcher requesting anonymity."
23          Do you see that?
24     A.      I do see that.
25     Q.      So we have no idea who that

## Page 195

1    person is, right?
2      A.      Sure.
3      Q.      Do you see then on page 4 of the
4    document, that below would be 4 out of 9,
5    talking about same?
6      A.      I see it, yes.
7      Q.      At the very bottom of the page,
8    it says "While sources did not share any
9    first-hand experiences, data leaking can be
10   problematic for both publishers and users."
11          Is that right?
12     A.      That's what it says, yes.
13     Q.      So in this article, there is no
14   firsthand knowledge of actual data leakage being
15   a problem as a result of header bidding, right?
16     A.      I don't know if I agree with that
17   statement.
18     Q.      Why don't you agree with that
19   statement?
20     A.      Because it says "sources did not
21   share."  Doesn't say they didn't have knowledge.
22     Q.      Okay.  There's nothing within the
23   article that you cite that supports that there
24   is firsthand knowledge of data leakage as a
25   result of header bidding, right?

## Page 196

1      A.      I'm sorry, can you repeat that
2    statement?
3      Q.      There's nothing within this
4    article that you cite that supports that there
5    is firsthand knowledge of data leakage as a
6    result of header bidding, right?
7      A.      No, I disagree with that
8    statement.
9      Q.      Why do you disagree with that?
10     A.      Because clearly there's knowledge
11   of it; there's an article written about it.
12   It's just no one wants to -- you've got an
13   anonymous source on page 1, and no one wants to
14   raise their hand and state it.
15     Q.      So how do you know it's accurate?
16     A.      The article?
17     Q.      Yeah.
18     A.      It's an article written about it.
19   I mean, it's got data that is -- like I said, it
20   is well-documented across the internet.
21     Q.      Then why wouldn't you cite those
22   documents as opposed to one that has the ad
23   fraud researchers requesting anonymity and
24   someone who doesn't want to share any firsthand
25   experience?

## Page 197

1      A.      You know, I can't answer that as
2    I sit here right now, but I'm sure there's a
3    reason.
4      Q.      As you sit here today, can you
5    provide me a specific example of data leakage
6    that occurred in the real world that resulted
7    from the simultaneous manner in which calls are
8    sent to bidders using header bidding?
9      A.      I'm sorry, can you reask the
10   question?
11     Q.      Sure.
12          Can you provide me a specific
13   example, other than your field test, where data
14   leakage occurred as a result of a -- of the
15   simultaneous manner in which calls are sent to
16   bidders when using header bidding?
17     A.      Can I give you a single
18   example --
19     Q.      Yeah.
20     A.      -- outside of my field test of a
21   very well-documented security gap in header
22   bidding?
23     Q.      That's right.
24     A.      I mean, I could talk to you about
25   it for hours.

Page 198

1    Q.    That's not my question.
2    A.    It happens all the time.  Packet
3  sniffing on local networks happens all the time.
4  It is how this stuff is conducted.  It is how
5  data on users is collected.  I mean, this is
6  happening -- data leakage, okay, through header
7  bidding, it's happening all the time.  So you're
8  asking me to give you a specific example?  I
9  mean, I could talk to you about dozens of cases
10  I worked in the FBI.  I could talk to you about
11  cases I'm still working today where this data is
12  available because of improperly -- improperly
13  configured websites.  I mean, this is a common
14  risk in the industry.
15    Q.    You had dozens of cases you
16  worked on at the FBI that was data leakage in
17  regards to header bidding?
18    A.    Data leakage with respect to
19  websites.
20    Q.    Okay.
21    A.    And user data.
22    Q.    That's not what I'm talking
23  about.
24          If it's so well-documented, why
25  can't you provide me a single example, other

Page 199

1  than your field test, where data leakage
2  occurred as a result of the simultaneous manner
3  in which calls are sent to bidders?
4          MS. MAUSER:  Object to form.
5          THE WITNESS:  I think I've
6      answered the question.
7  BY MR. FREEMAN:
8    Q.    What's the example then, repeat
9  it then?
10    A.    There are -- I've worked many
11  cases where user data leaks from a website.
12    Q.    But as a result of the
13  simultaneous manner in which calls are sent to
14  bidders in header bidding?  That's my question.
15    A.    Okay.  I'm not sure if I can
16  answer that right now.
17    Q.    So as you sit here today, you
18  can't provide me a single example, other than
19  your field test, where data leakage occurred as
20  a result of the simultaneous manner in which
21  calls are sent to bidders in header bidding?
22          MS. MAUSER:  Object to form.
23          THE WITNESS:  As I sit here
24      today, I cannot reference a case right
25      now.

Page 200

1  BY MR. FREEMAN:
2    Q.    I want to move on to your topic
3  about the lack of guardrails within header
4  bidding.
5          What do you mean when you use the
6  phrase "guardrails"?
7          Sir, I'm not asking about the
8  exhibit anymore.
9    A.    I know.  I'm still reading it,
10  though.
11    Q.    I have a specific amount of time
12  I'm allotted.
13          I'm asking you when you use the
14  phrase "guardrails," what do you mean by that
15  phrase?
16    A.    I mean when you -- in the context
17  of my report, I mean when you put revenue over
18  safety, and you do not take steps to vet or
19  understand your customers.  And so you introduce
20  a lot of players, some nefarious players into
21  the ecosystem.
22    Q.    In particular paragraph 73 of
23  your report, which is on page 29, you say,
24  quote, "With header bidding, there was a lack of
25  guardrails and standards for entry and

Page 201

1  participation, therefore making it easier for
2  threat actors, whose tactics include
3  malvertising, to enter and participate in header
4  bidding options."
5          Do you see that?
6    A.    I do see that.
7    Q.    What peer-reviewed research do
8  you have to support that claim?
9    A.    I'm wondering if it's cited.  I
10  mean, it's very well-documented.
11    Q.    Then why didn't you cite the very
12  well-documented research to support that claim
13  in your -- in your report?
14    A.    I'm not sure I didn't.  I mean,
15  going back to the Digiday piece.
16    Q.    Are you saying that you did cite
17  to a peer-reviewed journal that supports that
18  claim?
19    A.    I'm sorry what was your question?
20    Q.    Are you saying you did cite to a
21  peer-reviewed journal that supports that claim?
22    A.    A peer-reviewed journal?
23    Q.    Yeah.
24    A.    I don't think I cited a
25  peer-reviewed journal, but it's very

## Page 202

1  well-documented.
2       Q.      If it's very well-documented, why
3  didn't you cite to any document after making
4  that statement in your report?
5       A.      I believe I did.
6       Q.      Okay.  Let's go back to it.
7       A.      I mean --
8       Q.      Paragraph 73, the statement "With
9  header bidding, there was a lack of guardrails
10 and standards for entry and participation,
11 therefore making it easier for threat actors,
12 whose tactics include malvertising, to enter and
13 participate in header bidding auctions."
14              Do you see that?
15      A.      Mm-hmm.
16      Q.      Do you have any footnote for that
17 particular statement?
18      A.      There is no footnote for that
19 statement.
20      Q.      So what are you relying on to
21 make that statement?
22      A.      My professional experience,
23 totality of data that I reviewed, the fact that
24 the statistics, further in the paragraph,
25 highlight that by implementing vetting program

## Page 203

1  actually produced positive results and that
2  there are multiple articles that you can find
3  documenting how -- when the network put revenue
4  over quality, it generated -- it created risk.
5       Q.      But the statistic that you cite
6  in that paragraph, in paragraph 73, is from
7  2013, right?
8       A.      Later in the paragraph you're
9  referring to "In 2013 Google's research noted
10 that spam click rate through AWBid varied
11 anywhere from from ten to 70%, while AdX
12 remained at seven to 8%," is that what you are
13 referring to?
14      Q.      Well, you just said that based
15 off of my professional experience, totality of
16 data that I reviewed and the statistics I say
17 later in the paragraph, are those the statistics
18 you are talking about?
19      MS. MAUSER:  Object to form,
20      mischaracterizes his testimony.
21              THE WITNESS:  That's what I said.
22 BY MR. FREEMAN:
23      Q.      You said statistics further in
24 the paragraph highlight that by implementing the
25 vetting program actually produced positive

## Page 204

1  results?
2       A.      Correct.
3       Q.      And the statistics that you cite
4  in paragraph 73 is from 2013, right?
5       A.      That is correct.
6       Q.      And that year, then, is before
7  header bidding was widely adopted by publishers,
8  right?
9       A.      That is.
10      Q.      So the statistic analysis that
11 you have cited in paragraph 73 has nothing to do
12 with header bidding?
13      A.      It has to do with guardrails,
14 vetting.
15      Q.      But not guardrails in the sense
16 of header bidding, right?
17      A.      Guardrails with respect to just
18 entry into the bidding process.
19      Q.      But you would agree that those
20 statistics from 2013 are not within the context
21 of header bidding?
22      A.      It's guardrails with respect to
23 entry into the bidding process and the lack of
24 guardrails introduced an uptick in malvertising,
25 which is what -- is the security risk that we're

## Page 205

1  trying to mitigate.
2       Q.      But those statistics came from
3  research before header bidding was widely
4  adopted?
5       A.      We are speaking about guardrails,
6  though.  Header bidding is the framework, and it
7  is the implementation of that framework.  And
8  there are other data-points or other factors
9  that you can implement with the header bidding
10 framework.  And in this case I'm referring to
11 guardrails, guardrails in which entry into the
12 bidding process is vetted.  There are others
13 that were adopted later on due to the evolution
14 of the technologies.
15              What I'm highlighting here is
16 that in 2013, Google did research and allowed
17 nonvetted players to participate in their bids.
18 And the click rate through AWBid varied from 10
19 to 20%, while AdX remained from seven to 8%
20 highlighting that the guardrails helped.  And
21 that is another parameter, another data point
22 that should be factored.
23      Q.      But, again, guardrails, not in
24 the context of header bidding, right?
25      A.      Guardrails in the context of the

## Page 206

1 bidding process, digital advertising ecosystem.
2 There's a lot involved, and this is -- this is
3 an important data point that speaks to it.
4        Q.    Did you review the document, the
5 internal Google document that cites the research
6 finding ten to 70% of a spam click rate?
7        A.    Seventy-nine?
8        Q.    That's correct.
9        A.    Yeah, I'm sure I did if I
10 footnoted it.
11       Q.    And did you see the comment that
12 says that the ten to 70%, that this was before
13 blacklisting was applied, and 70% end was before
14 blacklisting.  Its 10% or so nowadays?
15       A.    Do you want to show me the
16 document?
17       Q.    Do you remember seeing that?
18       A.    Again, I mean, we can keep going
19 back to this memory test.  I'm sure I saw it,
20 and I'm sure I read it, but we can have a better
21 discussion if you show it to me.
22             MR. FREEMAN:  Okay.  I'll mark
23       Ferrante-Lit Exhibit 5.
24             (Document marked for
25       identification as Ferrante-Lit

## Page 207

1       Deposition Exhibit No. 5.)
2             THE WITNESS:  I do remember
3       seeing this document.
4 BY MR. FREEMAN:
5        Q.    Just so we're clear.  So on the
6 second page of the document, which at the bottom
7 ends with the Bates number 469, there's a chart;
8 is that right?
9        A.    I do see that chart.
10       Q.    Okay.  And is it this chart,
11 particularly the AWBid column of the chart, the
12 basis for the statistics you placed in your
13 report?
14       A.    You know, I can't say for certain
15 if this is the exact basis of the statistic put
16 in my report.
17       Q.    Where else would those statistics
18 have come from?
19       A.    As I sit here right now, I can't
20 say.  But I just want to be mindful that I'm not
21 exactly sure that this exact report is the basis
22 of it.
23       Q.    It's a document that you cited,
24 right?
25       A.    That is true.

## Page 208

1        Q.    So is it correct to infer that
2 the document you cited to support those
3 statistics was actually the document you relied
4 on to put statistics in the report?
5        A.    Sure.
6        Q.    Okay.  And then I'd asked you
7 about it without the document, but now do you
8 see that there are comments kind of attached to
9 the ten to 70% in the spam click rate column?
10             Do you see that?
11       A.    I do see that.
12       Q.    And the first comment says "Is
13 this overall before any blacklisting was
14 applied?"  With the second one being "70% end
15 was before the blacklisting.  10% or so is
16 nowadays."
17             Is that right?
18       A.    That's what it says.
19       Q.    What's your understanding of what
20 blacklisting is?
21       A.    Blacklisting is when you create a
22 list of indicators that are blocked.
23       Q.    And publishers can create
24 blacklisting lists even when they're using
25 header bidding?

## Page 209

1        A.    Publishers can use blacklisting?
2 I mean publishers have tools available to them
3 to blacklist external sources from touching
4 their sites, yes.
5        Q.    So is it fair to say that this
6 document that you cited says "The spam click
7 rate for AWBid at the time this document was
8 created was more like 10%," right?
9        A.    You know, I can't speak to what
10 that comment means exactly but I can speak as a
11 security professional that blacklisting is not
12 as foolproof as one might think it is.
13       Q.    Well, did you try to review any
14 of the underlying statistical analysis to
15 support these numbers before putting it in your
16 report?
17       A.    I did not.
18       Q.    Did you see any Google research
19 after 2013 showing the spam click rate for
20 AWBid?
21       A.    I'm sorry, can you repeat the
22 question?
23       Q.    Yeah.  The document that we've
24 been looking at and cited in your report is from
25 2013, right?

| Page 210 |
| --- |

1       A.      That is correct.

2       Q.      And it's about Google's research
3  showing spam click rate through AWBid in 2013,
4  right?

5       A.      That is correct.

6       Q.      My question is: did you see any
7  Google research after 2013 showing the spam
8  click rate for AWBid?

9       A.      I did not.

10      Q.      What is your understanding of
11 what AWBid is?

12      A.      AWBid was a pilot where they --
13 the precursor to some of the technologies that
14 have now evolved into open bidding.

15      Q.      Did you see any research after
16 2013 showing the spasm click rate for AdX?

17      A.      I can't recall as I sit here
18 right now.

19      Q.      If you would have seen something
20 like that, would that have been something you
21 would have included in your report?

22      A.      Possibly.

23      Q.      So what type of statistical
24 comparison did you do about the spam click rate
25 for header bidding as that compares to the spam

| Page 211 |
| --- |

1  click rate for AdX?

2       A.      I'm sorry, can you repeat the
3  question?

4       Q.      Did you compare the spam click
5  rate for header bidding to the spam click rate
6  for AdX?

7       A.      I did not.

8       Q.      I want to move, then, to the part
9  where you discuss noise in header bidding.

10      A.      Okay.

11      Q.      And specifically starting on
12 paragraph 70 on page 28, you cite to the IAB
13 Tech Lab Chief.

14              Do you see that in the second to
15 last sentence?

16      A.      I do.

17      Q.      With the tech lab chief saying,
18 quote, "Header bidding led to publishers being
19 more --" going on to the next page --
20 "promiscuous in their demand partnerships and
21 more willing to turn on demand partners, which
22 made it easier for bad actors to hide amongst
23 all the activity."

24              Do you see that?

25      A.      I do see that.

| Page 212 |
| --- |

1       Q.      And then you cite to a particular
2  article which has that quote, right?

3       A.      Yes.

4              MS. MAUSER:  So I'm going to show
5       you what's been marked as Ferrante-Lit
6       Exhibit -- this is 6, right?  Six.

7              THE WITNESS:  Correct.

8              (Document marked for
9       identification as Ferrante-Lit
10      Deposition Exhibit No. 6.)

11             THE WITNESS:  And Michael,
12      when -- like a three-minute warning,
13      five-minute warning?

14             MR. FREEMAN:  Let's do it now
15      before I -- we can go off the record.

16             THE VIDEOGRAPHER:  Off the record
17      3:38.

18             (Brief recess.)

19             THE VIDEOGRAPHER:  On the record
20      at 3:56.

21 BY MR. FREEMAN:

22      Q.      During our last session you had
23 talked about a field test that you did about
24 header bidding in data leakage, right?

25      A.      Correct.

| Page 213 |
| --- |

1       Q.      I just want to a little bit put
2  some more color on that in terms of what website
3  did you visit to conduct this field test?

4       A.      So you have to appreciate, again,
5  this is work that I do every single day in
6  private practice.  And as I told you earlier, I
7  was literally born and raised working in this
8  space, programming, the internet, security
9  networking.  So we talk about header bidding,
10 and when you take bits -- you take the pieces
11 that make up header bidding, and you take them
12 apart, you understand the technologies involved,
13 okay.  And so it's very easy to -- to read about
14 it and to understand it as a technology expert.
15 Again, this is what I do every single day.

16              And so when it comes to
17 conducting a field test, it's as simple as okay,
18 we have a website, we are -- user data is being
19 collected as the user visits the website, okay,
20 and how is that data being transferred?  Oh,
21 header bidding used, clear text communications.

22              Clear text communications is not
23 protected and is very much susceptible to
24 eavesdrop collection, or as we said before, data
25 leakage.  So -- so it's very easy for me and the

| Page 214 | Page 216 |
|---|---|
| 1 team to do this as we conducted our | 1 technologies for the U.S. government, going into |
| 2 investigative work. | 2 private practice and aiding organizations as |
| 3 Q. I want, though, to understand | 3 they are either exploited by malicious actors |
| 4 overall, but specifically for the field test | 4 themselves, or the U.S. government is hammering |
| 5 that you had previously talked about in this | 5 them with some sort of regulatory action because |
| 6 case, what website did you go to conduct it? | 6 they didn't do it correctly the first time. |
| 7 A. You know, as I sit here right | 7 I built an entire career on this |
| 8 now, I don't recall. But I can tell you that it | 8 exact subject matter. So just because an |
| 9 was an implementation of header bidding in which | 9 anonymous source was cited in Digiday, doesn't |
| 10 the security gaps were present. | 10 mean that it's not true. I'm telling you as |
| 11 And, again, those security gaps | 11 your expert this is true. Clear text |
| 12 are nothing new to me based on my experience in | 12 communications, for example, is susceptible to |
| 13 private practice, my time in the government, and | 13 eavesdropping. Sniffing packets on a wire is |
| 14 they're not new concepts. I mean, that's | 14 putting user data at risk. Sending user data to |
| 15 something important to know. These security | 15 potential bidders and looking at it |
| 16 gaps that existed in header bidding were not new | 16 holistically, some of those bidders may be |
| 17 concepts. I mean, candidly that's why they've | 17 hiding in plain site, not interested in placing |
| 18 expired or been retired, and the industry has | 18 a single bid can still collect that data. That |
| 19 evolved to newer, more enhanced, more secure | 19 is risk that was introduced by header bidding. |
| 20 protocols. | 20 I can cite work I've done in |
| 21 So as I sit before you as an | 21 private practice where a big tech company was |
| 22 expert in this case, I'm not telling you | 22 providing lots of data to their developers. And |
| 23 anything unique or novel for the industry. This | 23 a lot of that data was collected and misused. |
| 24 is well known and well-documented. But I, of | 24 That big tech company got in a lot of trouble by |
| 25 course, in preparation in conducting this work, | 25 the U.S. government. And in this case looking |

| Page 215 | Page 217 |
|---|---|
| 1 I wanted to see it. | 1 at the header bidding technologies, I see |
| 2 Q. You said now a few times -- let's | 2 parallels. And for me to be sitting before you |
| 3 talk specifically about data leakage in header | 3 today as an expert for Google and comparing |
| 4 bidding that is well-documented. | 4 header bidding to open bidding, I mean, there |
| 5 Where are you referring to data | 5 have just been dramatic security enhancements |
| 6 leakage being reported in header bidding? | 6 that have actually been adopted by the industry |
| 7 A. I'm telling you as the expert in | 7 and are widely used today. |
| 8 this case the technologies implemented, clear | 8 Q. Yeah, there's a lot to unpack |
| 9 text communication, it is well-documented | 9 there. |
| 10 throughout the internet. Everybody knows that | 10 So when you say -- getting back |
| 11 clear text communications are easily susceptible | 11 to it's been well-documented that there's data |
| 12 to eavesdrop collection, sniffing packets on the | 12 leakage with the use of header bidding, are you |
| 13 wire. It is why the credit card industry moved | 13 aware of a peer-reviewed academic journal that |
| 14 to encrypted communications. I mean, it's very | 14 concludes that? |
| 15 well-documented. | 15 A. I don't need one. It's well |
| 16 What I've done in my report, and | 16 known that clear text communications are |
| 17 we've gone back and forth on this, is I've cited | 17 susceptible to collection. |
| 18 some articles to just highlight that it's very | 18 Q. Is there -- |
| 19 well talked about by laypeople, okay, we're | 19 A. Header bidding utilizes clear |
| 20 talking VP of programmatic advertising in the | 20 text communication in some instances. |
| 21 Digiday report, okay. | 21 Q. Is there a peer-reviewed academic |
| 22 I'm sitting here before you as a | 22 journal that says clear text communications is |
| 23 technical expert, someone who has spent their | 23 susceptible to collection? |
| 24 entire career working in this space, | 24 A. Of course there are. |
| 25 investigating crimes, exploiting these very | 25 Q. What are they? |

UNITED STATES OF AMERICA
GOOGLE, LLC

Case 2:23-cv-00108-LK-FMA    Document 899-2    Filed 07/09/24    Page 58 of 109

23240

Highly Confidential

Anthony J. Ferrante
February 16, 2024

Page 218

1    A.    There are thousands.  It's
2 well-documented.  Clear text communications on
3 the internet are absolutely susceptible to
4 communication.
5    Q.    Can you name me one of the
6 thousands?
7    A.    Oh, that's -- that's an unfair
8 question.  That's like you asking -- that's an
9 unfair question, and you know it is.
10    Q.    Can you name one of them, one of
11 the thousands of well-documented peer-reviewed
12 academic journals that says clear text
13 communication is susceptible to collection?
14    A.    I -- Triply, I'm sure, has
15 dozens, if not hundreds, of peer-reviewed
16 academic articles on this.  You are talking
17 about a concept on the internet that has existed
18 for what, 25, 30 years.  Of course it's
19 well-documented that clear text communication is
20 susceptible to eavesdropping.  Why do you think
21 the credit card industry moved to encrypted
22 communications?  Why do you think the U.S.
23 government uses encrypted communications to
24 communicate sensitive data?  Because clear text
25 communication is susceptible to collection and

Page 219

1 eavesdropping.  I mean, this is like the most
2 basic concept.  So you are asking me for a
3 peer-reviewed article, like I don't have one off
4 the top of my head, but I assure you there are
5 thousands of them documenting that.
6    Q.    Nor did you cite one in your
7 report?
8    A.    I don't need to.  I don't need to
9 because I am an expert who has worked in this
10 industry for 30-plus years.
11    Q.    You are an expert in ad
12 technology?
13    A.    I'm an expert in internet,
14 security, networking.  And what I'm telling you
15 is the technologies utilized to facilitate ad
16 technologies are basic, basic common, commonly
17 used internet technologies.  They're the same
18 protocols, TCPIP, right.  It's the same protocol
19 that is used to push data from a website to, for
20 example, an ad exchange.  TCPIP.  TCPIP
21 scrambles the data, moves the data, reconfigures
22 the data, and then on the other end they read
23 it.  That data, if not encrypted is susceptible
24 to eavesdropping.
25    Q.    Do you consider yourself an

Page 220

1 expert in digital advertising technology?
2        MS. MAUSER:  Object to form.
3        THE WITNESS:  I consider myself
4    an expert in security and in this case
5    how it is applied in the digital
6    advertising space.
7 BY MR. FREEMAN:
8    Q.    Do you consider yourself an
9 expert in digital advertising technology?
10        MS. MAUSER:  Object to form.
11        THE WITNESS:  I consider myself
12    an expert in -- a security expert in how
13    it is applied in this particular case.
14 BY MR. FREEMAN:
15    Q.    So that answer to that is no, you
16 do not consider yourself an expert in digital
17 advertising technology, right?
18        MS. MAUSER:  Object to form.
19        THE WITNESS:  In the security
20    aspects of digital advertising.
21 BY MR. FREEMAN:
22    Q.    I want to go back to kind of
23 where we broke before taking our last break
24 about noise and specifically on paragraph 70 on
25 page 28 of your report.

Page 221

1        If you remember, we had went over
2 the quote from IAB tech lab chief?
3    A.    Yes, I remember that.
4    Q.    All right.  And then I showed
5 you, and I think now you still have in front of
6 you, what's been marked as Ferrante Litigation
7 Exhibit Number 6.
8        Do you have?
9    A.    I do see that, yes.
10    Q.    Just so we're clear, is
11 Ferrante-Lit investigation Exhibit Number 6 the
12 document where you got the quote that's cited in
13 paragraph 70?
14    A.    You're asking me that?
15    Q.    Correct.
16    A.    If I cited it, I'm assuming so,
17 but --
18    Q.    Here, I'll help you out.
19    A.    Let's just confirm it.
20    Q.    Go to page 2, 2 of 9.
21    A.    Okay.
22    Q.    Right below where there's a blank
23 advertisement, do you see the quote there?
24    A.    I do see it now.
25    Q.    Okay.  So is it fair that

## Page 222

1    Ferrante Litigation Exhibit Number 6 is a source
2    of the quote that you put into your report?
3         A.    Yes.
4         Q.    Within this document, Litigation
5    Exhibit 6, do you see any statistical data to
6    support the claim that header bidding led to
7    publishers being more promiscuous in their
8    demand partnerships?
9         A.    What's your question?
10        Q.    Is there any statistical data
11   that supports the claim that you quoted that
12   header bidding led to publishers being more
13   promiscuous in their demand partnerships?
14        A.    So, I'm sorry.  As I was reading
15   I was distracted.  Can you repeat your question?
16        Q.    Sure.
17             Is there any statistical data
18   cited in government -- or Plaintiffs Exhibit 6
19   that supports the claim that you quoted which
20   stated that header bidding led to publishers
21   being more promiscuous in their demand
22   partnerships?
23        A.    So this is a piece -- so in this
24   particular case, what I'm talking about here is,
25   again, speaking about the prevent ad fraud

## Page 223

1    amongst the noise, right, the lack of
2    guardrails.  What I'm talking about in citing
3    this report is other leaders in the space
4    talking -- stating their views about how header
5    bidding led to publishers being more promiscuous
6    in their demand partnerships and willing to turn
7    on more demand partners, which made it easier
8    for bad actors to hide in plain site.
9             And what I'm talking about is how
10   the industry was trending in a direction that
11   was creating more risk, and then the industry
12   responding with additional security enhancements
13   to mitigate that risk.  And so I speak about --
14   I quote the gentleman in paragraph 70.  I talk
15   about the noise and how just the sheer volume
16   can allow for malicious actors to hide in plain
17   site.
18             And then I speak to the fact that
19   the industry was migrating to newer technologies
20   to help prevent that.
21             And so if you're asking me for a
22   statistic, we can look further down in page 3 of
23   9 in the article where it just talks about how
24   the adoption of the new technology is 80% of
25   risk in a certain particular malicious actor

## Page 224

1    would have been mitigated if that security
2    enhancement was implemented prior.
3         Q.    But I'm asking you: did you
4    review any statistical data that supports other
5    leaders, quote, "that header bidding led to
6    publishers being more promiscuous in their
7    demand partnerships"?
8         A.    I didn't need to.  It was
9    well-documented in the industry.  This is one of
10   many cites that I read that talks about how
11   header bidding put revenue over quality, and
12   more and more users were able to get involved in
13   the bidding process, which created risk.
14        Q.    Is there academic peer-reviewed
15   articles that support the idea that header
16   bidding led to publishers being more promiscuous
17   in their demand partnerships?
18        A.    As I sit here right now, I can't
19   answer that.
20        Q.    So when you say it's
21   well-documented, it's well-documented where?
22        A.    In the data that I reviewed.
23        Q.    What data did you review?
24        A.    I've cited it in this, in this
25   report.

## Page 225

1         Q.    Are you talking about Plaintiffs
2    Exhibit 6?
3         A.    Six, it was also noted in
4    Plaintiffs Exhibit 4 and through the course of
5    migration with my team.  I mean, again, I've
6    cited this piece, just so I could cite this
7    piece, and you have something to look at.  But
8    it was very clear.  And if you think about it in
9    totality, when it comes to conducting these
10   operations, in totality, in addition to having
11   technical controls, having policy controls is
12   helpful in mitigating risk.  And through the
13   course of my work every single day today, that
14   is exactly the advice that I give my clients.
15             And so when I came across this
16   data point and saw others commenting on it and
17   could see the effects of it, I thought it was a
18   very interesting and worthy data point for my
19   report.
20        Q.    We're talking about data point.
21   You're talking about an article published by
22   Trade Press, right?
23        A.    That is the cite -- that is the
24   article which I cited here, but there was
25   overwhelming material that I read.

Highly Confidential

## Page 226

1    Q.    That were not Trade Press?

2    A.    Just other sources.

3    Q.    Like what?

4    A.    Again, through the course of my

5  investigation.  I mean, I've cited it here, but

6  I'm not understanding what your question is.

7    Q.    I'm asking you: did you see

8  anything other than Trade Press articles that

9  support the idea that header bidding led to

10  publishers being more promiscuous in their

11  demand partnerships, other than Trade Press

12  articles?

13    A.    The Trade Press article that

14  cites the IAB tech lab CTO, I mean, this is a

15  reputable organization, and he is quoted in this

16  article.  The source of the article, I mean,

17  AdExchanger, but he is the IAB tech lab CTO.

18    Q.    Isn't it possible to be misquoted

19  in a Trade Press article?

20    A.    I'm sure it is.

21    Q.    So what did you do to verify the

22  quote that you put in to your report that was

23  actually accurate?

24    A.    Well, like I said, I saw other

25  instances of it.  Let me flip through Exhibit 4

## Page 227

1  so I can point it out to you.

2    Q.    Exhibit 4 is also Trade Press,

3  right?

4    A.    Why do you keep saying "Trade

5  Press"?  This is AdExchanger, is the source

6  here.  This is Digiday.

7    Q.    You are not familiar with the

8  phrase "Trade Press"?

9    A.    The open internet?

10    Q.    Right.  So Exhibit 6 and Exhibit

11  4 are just articles published on the open

12  internet, right?

13    A.    But there are articles citing

14  experts in the industry.  They're citing people

15  who work in this industry.

16    Q.    Exhibit 4 says on -- "ad fraud

17  researcher who wants anonymity"?

18    A.    In that one particular quote.

19    Q.    So my question is, go back to it,

20  is: have you reviewed anything other than

21  articles published on the open internet that

22  support the idea that header bidding let

23  publishers -- led publishers be more promiscuous

24  in their demand partnerships?

25    A.    Did I review -- what was your

## Page 228

1  question?

2    Q.    Did you review anything other

3  than articles published on the open internet

4  that supported the idea that header bidding led

5  to publishers being more promiscuous in their

6  demand partnerships?

7    A.    Yes, in what I used was my

8  professional experience in this industry.  We

9  keep to coming back to this, but I do this work

10  every single day, looking at the totality of

11  information, understanding that through the

12  header bidding process it was well known in the

13  industry that they open the flood gates and

14  allowed revenues to take priority over quality.

15         And in my expert opinion, in my

16  expert work that I've been doing my entire

17  career that I built a career on.  I view that as

18  risk.  That's what I do.  I evaluate risk.  My

19  clients hired me to evaluate risk.  I evaluated

20  that risk for the United States Government.  And

21  I am telling you that that generated risk, and

22  that risk is easily mitigated, easily mitigated.

23  I don't need data to prove it, but easily

24  mitigated by having a proper know-your-customer

25  program in place, which is well adopted in

## Page 229

1  various industries, know-your-customer mentality

2  or program at an organization and provide --

3  proves positive results.

4         And what I've done here is cite

5  articles of different -- of leaders in the

6  industry that reinforce my point.

7    Q.    Why did you say that you cited to

8  the article, which is Litigation Exhibit 6, just

9  so I could cite this piece and you have

10  something to look at?

11    A.    It's just -- I'm writing it --

12  I'm a technologist, okay, I talk ones and zeros.

13  I'm writing an expert report for a courtroom so

14  it could be understood.  And I'm citing, again,

15  pieces of information that if someone reads the

16  report and they look at the citing, it makes

17  sense to them.

18    Q.    How much of the 3ve -- just so

19  we're clear for the record, 3ve spelled the

20  number 3-V-E, right?

21    A.    Correct.

22    Q.    How much of the 3ve's actions

23  occurred with publishers using header bidding?

24    A.    You know, as I sit here right

25  now, I'm not sure I can answer that question.

Case 1:23-cv-00108-LMB-WBD   Document 899-2   Filed 07/09/24   Page 61 of 109 PageID# 21812

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony J. Ferrante
February 16, 2024

Page 230

1    Q.    What specific publishers saw an
2  increase in domain spoofing as a result of using
3  header bidding?
4    A.    I mean, it was a well known,
5  well-documented risk so much so that the entire
6  industry adopted ads.txt.  So, again, I don't
7  want to talk in absolutes, but I will just say
8  that it was well known and well-documented, and
9  3ve highlighted that risk.
10    Q.    I'm asking you what specific
11  publisher saw an increase in domain spoofing as
12  a result of using header bidding?
13    A.    As I sit here right now, I can't
14  answer that.  But I can say that it was a
15  well-known security gap in the industry to the
16  point that it was widely adopted after 3ve
17  because 3ve highlighted the significant risk
18  that existed.
19    Q.    I think you talked a little bit
20  about it already or mentioned it at times in
21  terms of ads like A-D-S, period, T-X-T?
22    A.    Ads.txt, correct.
23    Q.    What is that?
24    A.    It's comparable to the SPF record
25  in e-mail.

Page 231

1    Q.    Can a publisher use ads.txt when
2  using header bidding?
3    A.    Yes, of course.
4    Q.    So that mitigation tool is not
5  unique to any particular publisher ad server?
6    A.    No, it's meant to be implemented
7  on the actual website itself.  As I said
8  earlier, think of it as SPF technology for
9  e-mail, sender policy framework, where you get
10  calls and validate the domain, the account, the
11  relationship and can actually validate that in
12  real time to make sure that you do, indeed, want
13  to speak to them or allow them to take part in
14  that process more appropriately.
15    Q.    Since being widely adopted in
16  2014 and 2015, do you know whether the use of
17  header bidding continues to grow?
18          MS. MAUSER:  Object to form
19      foundation.
20          THE WITNESS:  Okay.  Can you
21      reask the question?
22  BY MR. FREEMAN:
23    Q.    So basically since 2014, do more
24  publishers continue to use header bidding?
25    A.    Sure.  Header bidding is a

Page 232

1  framework, a framework that's widely adopted.
2  Header bidding exists today in enhanced formats
3  that have made it more secure.
4          I think what's important to note
5  is that organizations have adopted header
6  bidding and implemented it in their own unique
7  way that's best for them.
8    Q.    So if the use of header bidding
9  continues to grow, would you suspect that the
10  amount of malvertising or ad fraud would
11  increase as well?
12    A.    No, because header bidding as it
13  has grown in adoption and adopted by others in
14  the industry, it has evolved significantly since
15  it was introduced in 2014, 2015.  There have
16  been significant security enhancements.
17          The risks that I spoke to you
18  about last time, a lot of them have been adopted
19  and implemented by the various users of header
20  bidding today.  So header bidding is widely
21  used.  Amazon TAM has their version of header
22  bidding; Prebid has their own open source freely
23  available, publicly available version of header
24  bidding that lots of publishers will utilize and
25  tweak to their own liking.

Page 233

1          I mean, that's the reality of
2  this industry is that this code exists.  It's
3  evolved over years as with many things on the
4  internet.  Security has been baked in, and
5  people continue to use it and evolve and evolve
6  with it.
7    Q.    So then are you saying that the
8  rate of data leakage with the use of header
9  bidding has gone down in recent years?
10    A.    As security enhancements in
11  header bidding have evolved and been
12  implemented, been, first of all, innovative --
13  innovated, adopted and then implemented, the
14  security enhancements, specific data leakage,
15  while I cannot speak, you know, definitively
16  across the industry, has gone down as people
17  have implemented the evolved version of header
18  bidding.  It is the industry.  It is a
19  cat-and-mouse game.
20          As I said earlier, security
21  adversaries sit home and they spend all day
22  every day looking to exploit technologies as
23  innovators, leaders invest time and energy and
24  collaborate with peers in the industry to
25  mitigate those risks.  An entire profession has

Page 234

1  been built on the latter part, candidly on the
2  former part as well, if I'm being honest.
3        Q.     Are you familiar with a Google
4  project called YAvin, spelled Y-A-V-I-N?
5        A.     As I sit here right now, I can't
6  recall.
7        Q.     Are you familiar with AdXDirect?
8        A.     As I sit here right now, I can't
9  recall.
10        Q.     So you're not opining whether
11  those projects increased or decreased security?
12        A.     Again, if there's a document you
13  want to show me, I'm happy to look at it, but I
14  can't recall how I know those.
15        Q.     But I'm asking whether you are
16  opining about those particular projects and its
17  effect on cyber security?
18        A.     And, again, I'm responding by
19  saying I can't recall where I read that or how I
20  would know those names as I sit here right now.
21               I know that Google has taken
22  considerable steps in their open bidding
23  framework which, you know, the features of open
24  bidding, which have migrated and been adopted by
25  other players in the industry and implemented in

Page 235

1  header bidding.
2        Q.     So you talked about open bidding.
3               What is open bidding?
4        A.     Open bidding is a framework
5  developed by Google that, you know, closed a lot
6  of the gaps and mitigated a lot of the risks
7  that I spoke about earlier today.  It did away
8  with man-in-the-middle attacks on the wire.  The
9  sensitive user data was passed by encrypted
10  communications.  It did away with the listening
11  in plain site to nonlegitimate players in the
12  bidding process.  It did away with the ability
13  for malicious actors to buy access to users'
14  machines.  It spearheaded the effort with
15  partners in the industry to come up with the ads
16  technology, ads.txt framework.  It created a
17  know-your-customer program, a vetting process.
18  And then, again, with those technologies, it
19  helped stop the essential competitive intel
20  collected on peers in the bidding process.
21               So, I mean, those are six points
22  that open bidding and Google identified and as
23  innovators of the space, in the space, worked to
24  develop -- talked about these features and then
25  were very quickly adopted by others in the

Page 236

1  industry and applied them in the header bidding
2  framework.
3        Q.     Did you do any sort of field test
4  with open bidding?
5        A.     Yes.
6        Q.     When did you do open bidding
7  field testing?
8        A.     Well, again, back to what I had
9  said earlier, knowing the protocols in place,
10  for example, encrypted communications, I know
11  encrypted communications cannot be intercepted.
12  We talked about that earlier.  So conducting a
13  field test to ensure that you cannot capture
14  encrypted communications, that's easy.
15               The vetting of the program, of
16  course.  I was not able to do that, to test the
17  vetting.
18               Ads.txt, I did see in plain site.
19  That's very easy to do.  And then the data
20  leakage on the server side, I wasn't able to
21  test, of course, because I didn't have access to
22  that server side.
23        Q.     Did you do a field test as
24  preparation for your report here?
25        A.     On open bidding --

Page 237

1        Q.     Yeah, open bidding?
2        A.     Yeah, I just walked you through
3  it.  Again, these are basic internet protocols.
4        Q.     What I'm asking, though, it was
5  after you were retained by Google on this
6  particular case that you were conducted this
7  field test?
8        A.     Sure.  In this particular case
9  with respect to let's say ads.txt and encrypted
10  communications.  But I will highlight with the
11  exception of ads.txt that sort of testing on
12  encrypted communications is what we do every
13  day.  So -- but, yes, after being retained,
14  looking at -- sniffing the wire for technical
15  information, both encrypted and unencrypted is
16  very standard in the industry and something that
17  not only we did for this.  But candidly, I mean,
18  we're working on, I would say, a dozen cases
19  right now related to ads technology, ad
20  technology that is -- that is collecting data on
21  users with or without their consent and then
22  sending it somewhere.  So we're doing a lot of
23  test -- a lot of work in that space right now.
24               That's why when I talked earlier
25  about my predictions piece, when I talked about

Page 238

1  government -- government regulations and
2  third-party risk, that's exactly where that's
3  coming from.  You'd be surprised how many
4  publishers' websites implement different
5  technologies on their site that they just don't
6  understand how they work.  It's actually a
7  really big trend right now, third-party risk.
8         Q.    How many field tests did you
9  conduct on open bidding?  I'm sorry?
10        A.    I wanted to make sure you were
11 able to read your note.
12        Q.    I can.
13        A.    Okay.  Again, the technologies
14 are not -- they're trivial.  I mean, you are
15 talking about encrypted communication.  So how
16 many tests have I run on the encrypted
17 communications used in open bidding?  I've done
18 thousands of them because that's what I do in my
19 industry.  That's like -- that's like asking
20 Tiger Woods how many golf balls he hits in his
21 lifetime, okay?  That's what I do.  And in this
22 particular case, once retained, of course, we
23 looked and we said, okay, if header bidding is
24 clear text, let's see the clear text, and now
25 let's look at encrypted coms and make sure it is

Page 239

1  what it is.  And so we did that.
2         The ads.txt was actually quite
3  easy.  I mean, I can -- it's super easy to see
4  and to understand how it works.  So to see the
5  implementation of ads.txt is super simple.
6         Q.    I want to be clear, when you say
7  thousands of fields tests, I'm specifically
8  asking about field tests with open bidding.
9         Are you saying you did thousands
10 of field tests on open bidding?
11        A.    No, you're -- maybe I'm not doing
12 a good job of explaining myself.
13        Opening bidding is a framework
14 that uses secure communications.  And what I did
15 as an expert in the industry and know how
16 communications work, whether it's clear text or
17 encrypted communications, I, through the course
18 of my career, have conducted thousands of tests,
19 man-in-the-middle tests, packet sniffing tests
20 on encrypted communications, thousands, because
21 that what I do.  I mean, that's my job.  I did
22 it for the government; I do it here in private
23 practice.
24        Once retained by Google and
25 investigating header bidding versus open

Page 240

1  bidding, of course we looked at the
2  communication types; clear text versus
3  encrypted.  And so we demonstrated to ourselves
4  like, look, here's the difference between the
5  two.  So all we needed as was one in this
6  particular case because it confirmed what we
7  already knew.  And if I'm being honest, we did
8  it to the benefit of the younger staff.
9         Q.    Did you see any documents about
10 the detection rate of malvertising or ad fraud
11 for ads served through open or exchange bidding
12 in 2016?
13        A.    I'm sorry, can you -- can you
14 repeat that question?
15        Q.    Sure.
16        What was the detection rate of
17 malvertising or ad fraud for ads served through
18 open or exchange bidding in 2016?
19        MS. MAUSER:  Object to form.
20        THE WITNESS:  When you say "open
21        or exchange bidding," do you mean open
22        or header bidding?
23 BY MR. FREEMAN:
24        Q.    No, open and exchange bidding are
25 synonymous with Google; would you agree with

Page 241

1  that?
2         A.    Exchange bidding, I mean, I refer
3  to it as open bidding.
4         Q.    Do you know what exchange bidding
5  is in the context of Google?
6         A.    The term I've been using is "open
7  bidding."
8         Q.    Okay.
9         A.    So -- for in the interest of
10 clarity, because Google does have a habit of
11 renaming technologies, I will be referring to it
12 as "open bidding."
13        Q.    What was the detection rate of
14 malvertising or ad fraud for ads served through
15 open bidding in 2016?
16        A.    As I sit here right now, I'm not
17 sure.  I guess I would ask you if it's cited in
18 my report, I'm happy to talk through it.
19        Q.    Do you know the detection rate
20 for malvertising or ad fraud for ads served
21 through open bidding for any year?
22        A.    I would say pre ads.txt,
23 malvertising and domain spoofing, I mean, it was
24 high, it was climbing.  It was a known --
25 malvertising was a known threat.

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony J. Ferrante
February 16, 2024

Page 242

1    I mean, I remember when I was in
2    the government in 20 -- 2005, 2006, 2007, we
3    were seeing more and more -- we were seeing that
4    more and more as a vector.  As I said earlier,
5    there was spam e-mail and phishing e-mail, and
6    it was migrating to malvertising, you know, in
7    the various forms of malvertising.
8    So I don't have specific data
9    right in front of me, but I can tell you that as
10   a US Government employee, as an FBI agent, we
11   were talking about it more and more in the squad
12   area, we were seeing more and more threats
13   introduced through that vector, and it was just
14   becoming commonplace.
15   Q.    You said pre ads.txt,
16   malvertising was high.
17   How do you quantify that?
18   A.    I'm just telling you based on my
19   professional experience working in the field, we
20   were talking about it more and more.
21   I remember vividly just being in
22   the squad area of the FBI, working my cyber
23   cases, and, you know, starting to talk with my
24   colleagues and learn about their cases and, you
25   know, them talking about, hey, you know, this is

Page 243

1    something, you know, we're seeing more and more
2    of these days.  You know, at the time they
3    called it malvertising.  Of course since then,
4    it's been broken out in various aspects of
5    malvertising, but essentially pay loads or risk
6    introduced through advertising technologies.
7    Q.    Do you make any comparison of the
8    rate of malvertising or ad fraud in open bidding
9    compared to the waterfall dynamic?
10   A.    I believe I did in my report.  I
11   believe I spoke about some advantages of
12   waterfalling.  Is there something you want to
13   point me to and we can talk through it?
14   Q.    I'm not sure it's in there.
15   What I'm asking for is: do you
16   compare open bidding in the waterfall dynamic in
17   terms of malvertising or ad fraud?
18   A.    I'm not even sure I understand
19   your question.  Waterfalling is pre header
20   bidding and certainly pre open bidding.  It was
21   essentially the first iteration of -- widely
22   adopted first iteration of digital advertising.
23   And one of the arguments you make
24   is that the waterfall dynamic was more secure
25   than header bidding, right?

Page 244

1    A.    That's what I asked you.  If
2    there's a particular point in the report, I'm
3    happy to talk through it.  And when you asked
4    the question, you jogged my memory.  Is there a
5    paragraph you want to talk through?  Because I
6    do remember making that statement.
7    Q.    But I want to talk about not
8    compared to header bidding.
9    I'm saying the waterfall dynamic
10   compared to open bidding.
11   A.    Okay.  So what's your question
12   again?
13   Q.    Do you make any comparison of the
14   rate of malvertising or ad fraud, open bidding
15   compared to the waterfall dynamic?
16   A.    I don't know if you can because
17   waterfalling was essentially retired once header
18   bidding came into play.  Or if it wasn't
19   retired, it was just, you know, wasn't widely
20   adopted, so I'm not sure if you can make that
21   comparison.
22   Q.    Could you not look at historical
23   numbers of malvertising or ad fraud from the
24   waterfall dynamic compared to statistics from
25   open bidding?

Page 245

1    A.    Again, they didn't exist in the
2    same -- right, widely adopted, they didn't
3    exist.  Waterfalling evolved into header
4    bidding, which evolved into open bidding.  So
5    the two book ends, you know, I'm not sure if
6    there's enough data to compare that.
7    Q.    So a the answer is you didn't
8    make any comparison, though, between open
9    bidding in the waterfall dynamic in terms of
10   malvertising or ad fraud?
11   A.    The answer is I don't think it's
12   possible to make that comparison.
13   Q.    It's not possible to look at
14   historical rates of malvertising and ad fraud in
15   the waterfall dynamic, and take those historic
16   numbers and compare them to the numbers of
17   malvertising or ad fraud for open bidding?
18   A.    I mean, you're talking about
19   maybe years later.  I mean, the industry
20   completely changed.  The tools, techniques and
21   protocols of the adversaries completely changed.
22   I mean, you are not measuring apples to apples
23   here.  You're measuring apples in one era
24   towards oranges in another.  I mean, it's
25   completely different.

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 65 of 109 PageID# 21289

Highly Confidential

Anthony J. Ferrante
February 16, 2024

---

**Page 246**

```
 1              I can tell you what I view as the
 2   advantages of waterfalling, but you're not
 3   asking me that question.
 4         Q.    But I'm asking for the
 5   statistical support for that, of what was the
 6   rate of malvertising or ad fraud when the
 7   waterfall dynamic was widely adopted and used?
 8         A.    It was low.
 9         Q.    Like what?
10         A.    I don't know.  But I can tell you
11   that because the way the waterfalling process
12   was functioned, that the concept of
13   know-your-customer and the rating of your
14   advertiser actually, you know, organically and
15   not by design helped mitigate that particular
16   risk of malvertising.
17         Q.    You say it was "low," low using
18   what metric?
19         A.    I don't know.  I don't have data.
20   If you could point me to that particular
21   paragraph in my report, we both know it's in
22   here and in the interest -- I mean, I'm happy to
23   look for it, but it's your time.  I'm happy to
24   talk you through it.
25         Q.    I'm asking you whether you knew
```

**Page 247**

```
 1   or know now the rate of malvertising or ad fraud
 2   when the -- waterfall dynamic was widely adopted
 3   and used?
 4         A.    I'm just going to take a second
 5   to try to find that paragraph.
 6         Q.    Okay.
 7         A.    (Witness reviews document.)
 8              MS. MAUSER:  It's up to you if
 9   you want him to look for the paragraph.
10   It's right in front of him, he knows
11   it's there.  I can --
12              MR. FREEMAN:  Sure.  You can tell
13   him.
14              MS. MAUSER:  Anthony, I believe
15   it's paragraph 72 that you're looking
16   for.  That's the only reference I
17   recall.
18              THE WITNESS:  So much easier when
19   you can do these virtually because you
20   can search the documents.  Okay, let me
21   read paragraph 72.
22              (Witness reviews document.)
23              Okay, now, I'm sorry, what was
24   your question?
25   BY MR. FREEMAN:
```

**Page 248**

```
 1         Q.    You had stated that the rate of
 2   malvertising and ad fraud when waterfall dynamics
 3   was widely adopted was "low," was your word.
 4              I'm asking you to quantify that
 5   for me, what does "low" mean?
 6         A.    It was just low compared to
 7   header bidding.
 8         Q.    How do you know if something is
 9   low compared to something else if you don't know
10   the rate in which it's occurring in the
11   waterfall?
12         A.    I'm making that assessment based
13   on the totality of the information that I
14   reviewed.  And that when the waterfall technique
15   was utilized, there was a lower rate of
16   malvertising for specific reasons surrounding,
17   as I said earlier, the know -- a
18   know-your-customer organic program that wasn't
19   even -- wasn't even an intention, but it was a
20   positive by-product of the waterfall technique.
21   Because the way the waterfall technique worked
22   is only reputable people, bidders that you had
23   done business before in the past that it served
24   up legitimate, quality ads would climb to the
25   top.  And therefore, if they offered the price
```

**Page 249**

```
 1   that you were looking for, they would win the
 2   bid and be able to place the ad.
 3              That also helped protect user
 4   data.  Rather than send the sensitive user data
 5   to all bidders, it just went to those who
 6   actually had an opportunity to bid on the
 7   auction.  And so that technique, again, it was
 8   an organic by-product of the technique, did
 9   ensure lower malicious rates, lowest -- lower
10   malicious activity rates in the waterfall
11   technique.
12         Q.    Is it fair to say, though, you
13   can't quantify what that means?
14         A.    No, I don't think that's fair to
15   say.  I can say that in my report, I have not
16   cited any of that specific data, but I'm quite
17   certain that that can be done; waterfalling
18   compared to header bidding.
19         Q.    Isn't that one of your points
20   that you're trying to make that waterfall
21   technique was more secure than header bidding?
22         A.    In my professional opinion, I do
23   believe that.
24         Q.    So why wouldn't you cite the
25   statistical data to support that?
```

## Page 250

```
1        A.    Because it's a retired
2   technology.  Paper and pen and letters are more
3   secure than e-mail, but it doesn't mean people
4   still use it.
5        Q.    Are you saying that you've seen a
6   statistical analysis of the rate of malvertising
7   when the waterfall was widely adopted?
8        A.    No, I'm not saying that at all.
9   I'm saying that in my reverse engineering and
10  understanding of waterfalling and the material
11  that I've read, again, as an organic by-product
12  of the technique, it actually was more secure
13  for the reasons I outlined than header bidding.
14             But unfortunately, the industry
15  evolved.  And don't get me wrong, there are
16  benefits, different benefits in header bidding
17  than waterfalling.  But with the introduction of
18  those other benefits, it also introduced new and
19  other risks.  That's the industry we live in;
20  that's the world we live in and how things
21  operate.  And I think that's just a reality.
22       Q.    But if you don't have a
23  statistical metric to measure the rate of
24  malvertising in the waterfall, and you don't
25  have a statistical metric of the rate of
```

## Page 251

```
1   malvertising with the using of header bidding,
2   how can you say one is higher than another?
3        A.    Again, as I sit here as the
4   expert in this case just unpacking how these
5   techniques and understanding how they work, it's
6   just -- how could you not think that?  I mean,
7   you're talking about a bid going to three
8   people, three of your trusted partners, for
9   example, versus a bid going to 300 people that
10  you don't even know.  Of course there's going to
11  be more risk.
12             Do I have a statistical analysis
13  of that?  I do not.  And I'm going to say I do
14  not because you're talking about a technology
15  that's been retired for years and replaced with
16  header bidding.  And so I'm not sure where that
17  data would lie.  And even if that data did
18  exist, I'm not even sure if I would -- if I
19  would believe it was valid to the point where I
20  would want to sit before you and represent it.
21       Q.    Well, header bidding, as we've
22  already established, is still currently being
23  used, right?
24       A.    That is correct.  The evolution
25  of header bidding to where it is today with the
```

## Page 252

```
1   various security enhancements is being used.
2   But, again, it is being implemented, different
3   people are implementing it in different ways.
4        Q.    And open bidding is still being
5   used, right?
6        A.    Correct.
7        Q.    So what is the current rate of
8   malvertising or ad fraud in opening bidding?
9        A.    I mean, as I sit right here in
10  this chair and I'm asked the question, I can't
11  answer it.  And I'm wondering if it was in my
12  report.
13       Q.    What is the current rate of
14  malvertising or ad fraud in header bidding?
15             MS. MAUSER:  Object to form.
16             THE WITNESS:  I'm not sure if I
17        could answer that.  I know in my report
18        I talk about ad fraud and malvertising
19        on the rise to the point of reaching a
20        hundred billion dollars by 2024.  I
21        mean, ad fraud and malvertising is only
22        going to increase.  I mean, it's the
23        world we live in.  With the adoption of
24        more bandwidth, more internet-connected
25        devices, more users.  And, of course, as
```

## Page 253

```
1        I've said before is adversaries sit home
2        and cook up new ways in which to defeat
3        defenses, we're going to continue to see
4        a rise in this -- in this sort of
5        activity.
6             MR. FREEMAN:  I don't know how
7        long we've been going, yeah, it's been
8        about an hour.  We can take a break.
9             MS. MAUSER:  Sure.
10            THE VIDEOGRAPHER:  Off the record
11       at 4:54.  This ends media unit number
12       five.
13            (Brief recess)
14            THE VIDEOGRAPHER:  On the record
15       at 5:05.  This begins media unit six in
16       the deposition of Anthony Ferrante.
17  BY MR. FREEMAN:
18       Q.    I want to move to the topic of
19  3ve that you discuss in your report.
20            So when was 3ve first identified
21  as a potential problem?
22       A.    Give me one second here.
23            (Witness reviews document.)
24            Trying to find it in my report so
25  I can get the exact date.  Here we go.
```

## Page 254

```
1     Q.      I'll direct to you paragraph 58
2   on page 24.
3     A.      Okay, thank you.
4     Q.      The last sentence you quote -- or
5   you state "The publishers paid over 29 million
6   of United States dollars to the fraud service,"
7   and then you put a date range of between
8   January 2016 through May of 2017.
9             Do you see that?
10    A.      I do see that.
11    Q.      So is it fair to say that at some
12  point in 2016 3ve was identified as a problem?
13    A.      You know, knowing how things work
14  on the government side, it's hard to say exactly
15  when but certainly within that period.
16    Q.      Did you personally participate in
17  the investigation of 3ve?
18    A.      No, I did not.
19    Q.      Did you personally participate in
20  the prosecution of 3ve?
21    A.      No, I did not.
22    Q.      Were you ever called as a witness
23  for any court proceeding relating to the
24  prosecution?
25    A.      Of 3ve?
```

## Page 255

```
1     Q.      Yeah.
2     A.      No, I was not.
3     Q.      Just so we're clear, we're
4   talking about 3ve.  It was more than just one
5   individual ultimately charged; is that right?
6     A.      I don't recall the exact details.
7     Q.      Okay.  At the time 3ve was
8   investigated, you had already left the FBI; is
9   that right?
10    A.      Again, I don't know.  I didn't
11  leave the U.S. government until April of 2017 so
12  --
13    Q.      Okay.
14    A.      I was still a government
15  employee, I'm sure, when it was being
16  investigated.  But as we talked earlier, I was
17  detailed or assigned over to the White House, so
18  I wouldn't have been privy to information like
19  this.
20    Q.      So then you described 3ve on page
21  53 -- sorry, paragraph 53, page 22, just the
22  first sentence says "One of the most massive and
23  complex fraud operations in digital
24  advertising."
25            Do you see that?
```

## Page 256

```
1     A.      Yes.
2     Q.      And at the bottom of that
3   paragraph you say "At its peak, 3ve generated
4   between 3 billion and 12 billion or more daily
5   ad bid requests."
6             Do you see that?
7     A.      I do see that.
8     Q.      Okay.  What percent of those
9   fraudulent bid requests generated by 3ve went
10  through AdX?
11    A.      Open bidding?
12    Q.      Sure, we can do open bidding.
13    A.      You know, I'm not sure, but I can
14  tell you that it was Google and White Ops that
15  actually uncovered open bidding, so I don't have
16  the exact statistical data.
17            MS. MAUSER:  Repeat your last
18        answer.  I think you may have misspoke
19        but just --
20            THE WITNESS:  Okay.
21            MS. WOOD:  Do you want to have
22        the court reporter read it back?
23            (The court reporter read back the
24        record as requested.)
25            THE WITNESS:  It was Google and
```

## Page 257

```
1   White Ops that uncovered 3ve.
2   BY MR. FREEMAN:
3     Q.      But part of Google identifying
4   and helping with the prosecution of 3ve is
5   because that fraudulent activity was occurring
6   on their platforms?
7     A.      That is correct.  That is a safe
8   assessment to make.  I don't know the
9   statistical data, but it is safe to say.
10    Q.      Do you know, while not the
11  precise number, was it more than 50% of the
12  fraudulent bid requests were on Google platforms
13  in regards to 3ve?
14    A.      Again, I don't know the number,
15  but I do know that it was Google who was
16  instrumental in identifying it.  I also know
17  that it was Google who was instrumental in
18  developing technologies to prevent it from
19  happening again.
20    Q.      On page 26 of your report, Figure
21  H, that shows the bid request you say "Shortly
22  after the takedown of 3ve," correct?
23    A.      That is correct.
24    Q.      Did you review any of the
25  underlying data for this graph?
```

Page 258

1    A.    I did not review the underlying
2  data associated with this graph.  Statistical
3  data, that is.
4    Q.    Where did the -- where did this
5  graph come from?
6    A.    I'm not exactly sure.
7    Q.    Is this a graph showing bid
8  requests right before and after the takedown of
9  3ve only on Google platforms?
10    A.    Again, I'm not -- I'm not sure.
11  As I sit here right now, I just can't recall.
12    Q.    Do you have any evidence or
13  information to suggest that Google's products
14  were less vulnerable to 3ve's attacks than
15  others?
16    A.    Can you repeat the question?
17    Q.    Sure.
18          Do you have any evidence or
19  information to suggest that Google's products
20  were less vulnerable to 3ve's attacks than
21  others?
22    A.    When you say "Google's products,"
23  are you referring to a specific product?
24    Q.    I'm referring to DFP, double
25  click for publisher, and AdX, which depending on

Page 259

1  the timeframe we're talking about GAM?
2    A.    So the advertising
3  technologies -- you're asking if Google's
4  advertising technologies were less secure
5  against 3ve; is that your question?  I'm sorry.
6    Q.    Mine was slightly different.
7          Mine was: do you have any
8  evidence or information to suggest that Google's
9  products were less vulnerable to 3ve's attacks
10  than others, which I think is the opposite of
11  what you're saying.
12          Were they more -- do you have any
13  evidence to suggest that they were more secure
14  than others?
15    A.    I will say that I think the
16  entire advertising industry was susceptible to
17  the 3ve attack, and that's why I think it
18  happened at the scale that it did.  The 3ve
19  attack highlighted a security gap essentially,
20  as I said earlier, in the similar concept to the
21  SPF, the sender policy framework, that validates
22  partners that you want to conduct business with
23  in the advertising work space, in the
24  advertising space.  So I didn't look at one
25  versus the other because I viewed them both

Page 260

1  susceptible to the 3ve attack.  And when I say
2  "both," I mean open bidding and header bidding.
3  It utilized domain spoofing at such a large
4  scale programmatically, and that's exactly what
5  ads.txt as a result of the 3ve, that's exactly
6  what ads.txt was created to mitigate against.
7    Q.    So you talked about a security
8  gap that 3ve exploited, I don't know if you used
9  that word --
10    A.    Highlighted, exploited, sure.
11    Q.    But that security gap existed
12  both outside of Google's platforms and products
13  and also within Google's platforms and products,
14  right?
15    A.    You keep saying "products," but I
16  want to be really -- just because Google has so
17  many products, I want to be specific and say
18  their advertising products, fair?
19    Q.    Fair.
20    A.    Okay, yes.
21    Q.    We can be more specific.
22          That the security gap that
23  existed that 3ve exploited also was a security
24  gap within GAM, right?
25    A.    The spoofing of the domains?

Page 261

1    Q.    Correct.
2    A.    I want to be really clear because
3  3ve is a multi-faceted operation that involved
4  malware and recruitment of bots for a bot net,
5  but the actual -- okay, I want to be really,
6  really clear here, the actual creation and
7  interaction with spoofed domains was what was a
8  security gap in the advertising industry.  And
9  that aspect of 3ve was leveraged both in header
10  bidding and open bidding, that aspect of it.
11  There is so much more to 3ve, you know, the
12  exploitation of data centers, the exploitation
13  of BGP, which is, I mean, the internet, right.
14  And so in reading that, I mean, right away I
15  said these are significant Russian hackers who
16  conducted this operation.  So there was a huge
17  operation exploiting various aspects of the
18  internet.
19          But specific to your question,
20  the gap that was identified was the in -- the
21  nonverification of domains that publishers were
22  communicating with, and that's what was
23  leveraged by 3ve in both header bidding and open
24  bidding.
25          Does that make sense?

UNITED STATES OF AMERICA A.
GOOGLE, LLC

Case 3:01-cv-10878-LMB-JFA   Document 899-2   Filed 07/09/24   Page 69 of 109   Anthony J. Ferrante
Highly Confidential
February 16, 2024

Page 262

```
 1          Q.      So once Google and White Ops
 2   identified this potential problem, before the
 3   takedown is what I'm saying, did they seek the
 4   assistance from any other entities?
 5          A.      Yes, it's my understanding that
 6   they reached out to government, Department of
 7   Justice, the Federal Bureau of Investigation,
 8   Homeland Security.  I understand they talked to
 9   other security researchers in the industry.
10               I mean, the way I read it and in
11   my experience and having been involved with a
12   few of these in my time in government is they
13   created a task force to fight this problem.
14   It's a very common approach to a big problem
15   like this.
16          Q.      What did you do to understand the
17   3ve attack?
18          A.      Understand the 3ve attack?
19          Q.      Yeah.
20          A.      I read the open source material
21   on it.
22          Q.      Did you read anything that was
23   not publicly sourced about the 3ve attack?
24          A.      No.  I mean, if you're
25   specifically asking me if I read any government
```

Page 263

```
 1   material on it, the answer is no.  But I also
 2   only read what was publicly available on the
 3   internet.
 4          Q.      What is your understanding of why
 5   Google and White Ops sought the assistance from
 6   outside entities?
 7          A.      It's very common.  It's very
 8   common for entities like Google, like White Ops,
 9   like Microsoft.  I mean, name the player.  I
10   mean, even smaller players identify risk or
11   identify fraud on the internet and seek the
12   assistance from government.  It is -- I mean, I
13   think it's the model we all want to strive for.
14   You know, this partnership mentality where we're
15   all in it together.
16               And as you can appreciate, Google
17   has certain insights that I know from my
18   experience the government would love.  But, of
19   course, there's -- there's checks and balances
20   in place.  However, when Google identifies fraud
21   or malicious activity in the interest of
22   protecting the overall infrastructure that we
23   all utilize every day as American citizens, they
24   do have the ability to raise their hand and
25   reach out to government for assistance.  And in
```

Page 264

```
 1   those particular cases at this level, it's not
 2   unusual to create this task force approach to
 3   combat these threats.  It's very, very common.
 4          Q.      Did Google have any financial
 5   incentives to reach out to the FBI to help fight
 6   the 3ve attacks?
 7          A.      So I can actually answer this
 8   specific to my experience in private practice
 9   now for the last seven years.  There's actually
10   no financial benefit in cooperating with the
11   government.  As a matter of fact, it's extremely
12   expensive.  And in the cases that I'm working
13   today, cooperating with the government, it's a
14   lot of money for these organizations, but they
15   do it for the right reasons.  And, you know, I'm
16   grateful for that.
17          Q.      How much money did Google lose as
18   a result of 3ve?
19          A.      I'm not sure.
20          Q.      So are you really saying that
21   Google didn't have any financial incentive to
22   reach out to the FBI to help them stop the 3ve
23   attacks that were costing them money on their
24   platforms?
25               MS. MAUSER:  Object to form.  Go
```

Page 265

```
 1   ahead.
 2               THE WITNESS:  I'm not saying --
 3   sorry.  I'm not saying -- I mean, I
 4   can't answer if they had any financial
 5   incentives.
 6               What I'm stating is in my
 7   professional experience as a security
 8   expert working exactly these matters
 9   every day -- right now I'm working half
10   a dozen cases with the U.S. government
11   standing shoulder to shoulder with me,
12   and I can tell you from personal, real
13   experiences that I watch these companies
14   hemorrhage cash as they work as partners
15   with the U.S. government.
16               So I don't know if they had any,
17   to use your term, financial gain, but I
18   can tell you that it's also a financial
19   burden to them as they cooperate with
20   the U.S. government.
21               And the cases I'm working are not
22   nearly the size of the 3ve takedown, so
23   I can only imagine the expenses that
24   they incurred.
25   BY MR. FREEMAN:
```

UNITED STATES OF AMERICA
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA  Document 899-2  Filed 07/09/24  Page 70 of 109 PageID#
21960
Highly Confidential
Anthony J. Ferrante
February 16, 2024

Page 266

1    Q.    But wasn't Google hemorrhaging
2  cash as a result of the 3ve attacks?
3          MS. MAUSER:  Object to form.
4          THE WITNESS:  I mean, I'm not
5      sure of your question.
6  BY MR. FREEMAN:
7    Q.    You used a phrase that companies
8  were hemorrhaging cash as they work as partners
9  with the U.S. government?
10   A.    I was speaking to my experiences
11 as a security professional in the field today.
12 And in the last seven years, I've worked
13 multiple cases shoulder to shoulder with the
14 U.S. government, and I have watched these
15 companies, again, to use my term, hemorrhage
16 cash as they do the right thing and partner with
17 the government to create a more safe and secure
18 internet or safe and secure experience for US
19 citizens.
20         I cannot speak to Google's
21 financial gains or losses.  I'm only speaking to
22 my experiences with similar types of
23 interactions and partnerships with me and
24 companies in the U.S. government.
25   Q.    Do you know how much money Google

Page 267

1  spent as part of their assistance in the
2  investigation of 3ve?
3    A.    I will tell you off the top of my
4  head I can't recall as I sit here.  I will ask
5  you if it's noted in my report, if you want to
6  talk about it.
7    Q.    I didn't see any specific number
8  that you were attributing to Google's spending
9  on the investigation of 3ve.  And so I was
10 asking if you knew it independent of anything
11 written in your report?
12   A.    Yeah, no, sir.  I do not have
13 that information.
14   Q.    How do you think the
15 investigation and prosecution of 3ve will assist
16 a jury in determining whether Google monopolized
17 or attempted to monopolize any product?
18         MS. MAUSER:  Object to form.
19     Outside the scope of his report and his
20     expertise.
21         THE WITNESS:  Yeah, I don't think
22     I can answer that question.
23 BY MR. FREEMAN:
24   Q.    Why don't you think you can
25 answer that question?

Page 268

1    A.    I mean, one, I can't speculate
2  what a jury might think.  And then, I mean, the
3  obvious part my scope of this matter is so
4  focused that I don't think it captures the
5  totality of the information.
6    Q.    I want to direct you to paragraph
7  19 of your report, which is page 21.
8    A.    Paragraph 19?
9    Q.    I'm sorry, paragraph 49, I'm
10 sorry.
11         MS. MAUSER:  Page 21.
12 BY MR. FREEMAN:
13   Q.    Page 21, paragraph 49.  And in
14 that first sentence of paragraph 49, you say
15 quote, "Google has invested substantial amounts
16 of time, money and knowledge into the
17 development of standards, tools and industry
18 working groups in order to bolster the security
19 of the advertising ecosystem."
20         Do you see that?
21   A.    I do see that.
22   Q.    How much money has Google spent
23 last year in developing these standards and
24 tools?
25   A.    I can't answer that question as I

Page 269

1  sit here right now.  I'm not sure I had access
2  to that information.
3    Q.    Did you ask for that -- access to
4  that information?
5    A.    I am going to say I didn't ask
6  for it because I believe I know the answer to
7  that question.  I don't know if that's something
8  you can easily assess.
9    Q.    What I'm trying to get at is can
10 you quantify your statement that Google has
11 invested substantial amounts of money in
12 developing these standards and tools, how much
13 money?
14   A.    I can quantify it in the sense
15 that I can use this language.  Because as
16 someone who has worked in the industry for as
17 long as I have, knowing what goes into the
18 development of a brand new protocol, for
19 example, ads.txt, the amount of time and energy
20 is invested in working groups alone.  I mean,
21 when I was at the White House, I worked with
22 working groups from Google, from Amazon, from
23 Microsoft.  They have, you know, representatives
24 and dedication to the various causes.
25         The development of tools takes

## Page 270

1    time.  I mean, in my professional career,
2    whether through government -- whether in
3    government or private practice, any time taken
4    to develop tools is significant, which requires
5    an investment.
6              So as a security professional and
7    as someone who has been involved with the
8    investment of time, the investment of money, the
9    investment of knowledge, the investment of
10   development of standards, the development of
11   tools, the investment and development of working
12   groups, all those things I've been a part of and
13   either led or been at the table and contributed.
14   And I know how significant in time, human
15   resources and financial resources it takes.  So
16   that's why I make these statements.
17        Q.    And how would you define the word
18   "substantial" meaning a substantial amount of
19   money, what does "substantial" mean?
20        A.    I would say it's a -- I mean,
21   "substantial" to me means substantial.
22        Q.    That's not a definition.  So how
23   would you define substantial as you used it in
24   this particular paragraph?
25        A.    I'm not sure I understand the

## Page 271

1    question.  I would say --
2        Q.    Is a million dollars substantial
3    to you?
4        A.    I would say it's not a trivial
5    amount for a big tech organization.
6        Q.    Okay.
7        A.    I can tell you that I've assisted
8    other big tech organizations that have invested
9    substantial amounts of money.  And without
10   compromising confidentiality, I can tell you
11   that it's far more than a million dollars.
12        Q.    Did you see any financial
13   documents from Google indicating how much money
14   they spent on developing standards, tools to
15   bolster the security of the advertising
16   ecosystem?
17        A.    No.
18        Q.    Do you know how much Amazon
19   spends a year developing standard tools in order
20   to bolster the security of the ecosystem?
21        A.    I do not.
22        Q.    Do you know how much Meta spends?
23        A.    I will say that I work in this
24   industry every single day.  And without
25   compromising confidentiality of my clients, I

## Page 272

1    can tell you that I know across big tech that
2    substantial amounts of money are invested in the
3    securitization and the development of standards,
4    working groups, all the things listed in
5    paragraph 49, the first sentence that we talked
6    about with Google.  I can say confidently that
7    that investment is not trivial, and it is
8    significant.
9              I have been, excuse me, a part of
10   discussions in big tech, and I have actually
11   contributed to those investments in human
12   resources and in working groups with other peers
13   in the security industry, and I know it's
14   significant.  And I cannot say more without
15   compromising confidentiality, and I won't do
16   that.
17        Q.    Do you hold that same belief that
18   Amazon is spending substantial amounts of money
19   to develop standard tools to bolster the
20   security of the advertising ecosystem?
21        A.    So I just need to be really clear
22   here.  Big tech is a small group of people, and
23   I'm not comfortable talking and actually naming
24   organizations.  But I can tell you that I work
25   in this space every day, and I have been called

## Page 273

1    to assist organizations in big tech in response
2    to bolstering advertising technologies.  And I
3    see and understand through my workings with them
4    the investments they are making, the investments
5    that they are making.  And it is substantial.
6    That is my term, and I stand by it based on my
7    experiences.
8        Q.    Including companies like Amazon,
9    right?
10        A.    I'm going to leave it at big
11   tech.
12        Q.    So big tech meaning more than
13   just Google?
14        A.    I'm going to leave it at big
15   tech.  I am your security expert.  I'm quite
16   certain that throughout the course of this case
17   you can get a financial expert to actually
18   provide better opinions on that.
19        Q.    Well, I'm asking about your
20   opinion that you wrote in your report where you
21   say "Google has invested a substantial amount of
22   money, among other things, time, money and
23   knowledge."  I'm focusing right now on money, of
24   what that means and how that compares to other
25   big tech groups.

Case 1:23-cv-00108-LMB-WEF   Document 899-2   Filed 07/09/24   Page 72 of 109 PageID# 23762

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Highly Confidential

Anthony J. Ferrante
February 16, 2024

## Page 274

```
 1            So why don't you feel confident
 2   saying that Amazon spends and invests
 3   substantial amounts of money for standard tools
 4   in order to bolster the security of the
 5   advertising ecosystem, but you are confident to
 6   say Google does?
 7            MS. MAUSER:  Object to form.
 8            THE WITNESS:  I'm not saying that
 9        at all.  What I'm telling you is that I
10        want to respect the confidentiality of
11        my agreements with my clients, and that
12        I'm telling you that every day I'm doing
13        work in big tech on this topic, and I
14        see the investment they're making.  And
15        I consider their investment substantial.
16        And I consider the actions that they are
17        taking are on par with what I see
18        through my experiences and what I have
19        seen Google.
20   BY MR. FREEMAN:
21        Q.    Do you know how much money Criteo
22   is spending on developing standard tools to
23   bolster the security of the advertising
24   ecosystem?
25        A.    I do not.
```

## Page 275

```
 1        Q.    Would you consider what Criteo
 2   spends to be a substantial amount of money?
 3        A.    I don't know what they spend.
 4        Q.    What about The Trade Desk, are
 5   they spending substantial amounts of money to
 6   develop standard tools in order to bolster the
 7   security of the advertising ecosystem?
 8        A.    As I sit here right now, I can't
 9   answer that question.
10        Q.    What about OpenX?
11        A.    As I sit here right now, I can't
12   answer that question.
13        Q.    What about Magnite?
14        A.    As I sit here right here, I can't
15   answer that question.
16        Q.    So it's possible that those
17   companies are also spending substantial amounts
18   of money in developing standard tools in order
19   to bolster the security of the advertising
20   ecosystem?
21            MS. MAUSER:  Object to form.
22            THE WITNESS:  Again, as I sit
23        here right now, I can't answer that
24        question.  I would just also say that
25        you're very focused on money.  It's not
```

## Page 276

```
 1        only about money.  It's about time, it's
 2        about knowledge, it's about sharing of
 3        information.
 4   BY MR. FREEMAN:
 5        Q.    Are you saying it's not possible
 6   that Criteo or Trade Desk or OpenX is spending
 7   substantial amounts of time developing standard
 8   tools -- standards and tools in order to bolster
 9   the security of the advertising ecosystem?
10            MS. MAUSER:  Object to form.
11            THE WITNESS:  I'm not saying that
12        at all.  I'm just responding to your
13        question, which was specific about money
14        only.  And I'm saying that it's not only
15        about money.  It's about time, money and
16        knowledge, as I've written in my report
17        here.
18   BY MR. FREEMAN:
19        Q.    Okay.  Let's talk about time.
20            How are you defining substantial
21   amounts of time as you state in paragraph 49,
22   how do you quantify that?
23        A.    Time is -- I would quantify that
24   with a human resources commitment to issues.
25        Q.    Is 100 hours a substantial amount
```

## Page 277

```
 1   of time?
 2        A.    I wouldn't look at it as hours.
 3   I would look at it as teams, right, dedicated
 4   programs.
 5        Q.    Time meaning teams; is that what
 6   you're saying?
 7        A.    Time meaning human resources
 8   times.  I wouldn't look at it as 100 hours
 9   versus 200 hours.  I would look at it as teams.
10            In my professional experience, in
11   my strategic consulting to my clients, it's not
12   about time.  It's about do you have teams of
13   people working on these problems?
14        Q.    Okay.  How many teams does Google
15   have dedicated to the development of standards,
16   tools in order to bolster the security of the
17   advertising ecosystem?
18        A.    As I sit here right now, I can't
19   answer that question.
20        Q.    Why not?
21        A.    I mean, it's a very complicated
22   question, and Google is an organization -- a
23   sophisticated organization, so it would take
24   sitting down and walking through each team.
25            But I can tell you from what I
```

## Page 278

1  saw and what I learned about their commitment in
2  the space, I would quantify it as substantial.
3  I mean, they developed ads.txt.  They outed 3ve.
4  I mean, those are two massive operation.  That's
5  the entire industry -- I think the number I
6  quoted was $29 million was hemorrhaging.  I
7  mean, those are two really great examples.
8          Q.      They didn't do those by
9  themselves, right?
10         A.      They found it.  They partnered.
11 Google and White Ops partnered together and
12 raised their hand.
13         Q.      That's for 3ve.  There was a
14 whole working group outside of Google that also
15 helped in the development of ads.txt, right?
16         A.      But Google led the charge on it.
17         Q.      But the answer to my question is
18 yes, there are many other groups that led to the
19 development of ads.txt, right?
20         A.      But that's exactly what I'm
21 talking about; you are making my point exactly.
22 Google is at the forefront.  They are the
23 leaders in this space and they are saying, hey,
24 everybody, come with us, let's knowledge share,
25 let's share information, let's work together.  I

## Page 279

1  mean, it is the exact concept the U.S.
2  government wants, right, and it is the exact
3  concept that I think the industry wants.
4          The industry is not going to
5  adopt technologies that one person in a vacuum
6  develops.  They want to coalesce around an idea
7  and crowdserve it and make it the very best it
8  can through knowledge sharing, and that's
9  exactly what Google is doing.  And they did it
10 so well that ads.txt was widely adopted almost
11 immediately and endorsed by the IAB.
12         Q.      Does Amazon have -- how many
13 teams does Amazon have dedicated to the
14 development of standard tools in order to
15 bolster the security of the advertising
16 ecosystem?
17         A.      As I sit here right now, I can't
18 answer that question.
19         Q.      What about Criteo?
20         A.      As I --
21         MS. MAUSER:  Objection,
22         foundation.
23 BY MR. FREEMAN:
24         Q.      You can answer.
25         A.      As I sit here right now, I can't

## Page 280

1  answer that question.
2          Q.      Does The Trade Desk invest a
3  substantial amount of time in the development of
4  standard tools to bolster the security of the
5  advertising ecosystem?
6          A.      I don't have that information.
7  And as I sit here right now, I can't answer that
8  question.
9          Q.      Did you have access to Google's
10 information about that?
11         A.      I looked at the totality of the
12 information provided to me and what was
13 available in open source.
14         Q.      But you were retained by Google
15 as an expert.  Why didn't you ask Google for
16 that information that was not publicly
17 available?
18         A.      Based on what I had, I was able
19 to form an opinion.  Again, you're talking to
20 someone who works in this industry every single
21 day and is advice advising clients in big tech
22 on this topic and actually coming to the aid of
23 these clients when they have a crisis to combat
24 these sorts of risks.
25         So when I was retained and

## Page 281

1  started reading the information provided to me,
2  I could quantify it as an expert in this
3  industry.  They're making a substantial
4  investment.  That's why I used the term
5  "substantial."
6          Q.      Again, just to be clear you, used
7  the phrase "substantial" without defining any
8  particular metric or measurement, right?
9          A.      The measurement is my
10 professional experience and my day-to-day work
11 that I'm doing every single day compared to
12 other big tech.
13         Q.      Okay.  I want to direct your
14 attention to paragraph 41 on page 17.
15         A.      Yes.
16         Q.      You state that Google obtained
17 the, quote, "Trustworthy Accountability Group,"
18 which you refer to as TAG, T-A-G, right?
19         A.      Yes.
20         Q.      "Anti-Fraud Certification and
21 Certificate against Malware" and "TAG's Brand
22 Safety Certification," right?
23         A.      I see that, yes.
24         Q.      Did you look to see if any other
25 participants within the digital advertising

Page 282

1  ecosystem had certificates from TAG like Google?
2      A.    I'm sure I did.
3      Q.    Are you aware that The Trade Desk
4  has achieved certified against fraud by TAG?
5      A.    Am I aware of that?
6      Q.    Yeah, are you aware of that?
7      A.    As I sit here right now, I don't
8  recall but, okay.
9      Q.    Are you aware that The Trade Desk
10 is certified against malware by TAG?
11     A.    As I sit here right now, I don't
12 recall.
13     Q.    Are you aware that Criteo also
14 has achieved the brand safety certification by
15 TAG?
16     A.    I think that's great.  And, no, I
17 wasn't aware of that.
18     Q.    Are you aware that Criteo has
19 been certified against fraud by TAG?
20     A.    No, as I sit here right now, I
21 was not aware of that.
22     Q.    Are you aware that OpenX has the
23 brand safety certified by TAG?
24     A.    No, as I sit here right now, I
25 wasn't aware of that.  But I think these

Page 283

1  certifications are great, and it just speaks to
2  the evolution of the industry as everybody is
3  working together to implement enhanced
4  technologies for the safety and security of the
5  consumers.  I really do.
6      Q.    Are you aware that OpenX is
7  certified for transparency by TAG?
8      A.    No, as I sit here right now, I
9  was not aware of that.
10     Q.    Does Google have that
11 certification for transparency by TAG?
12     A.    As I sit here right now, I can't
13 recall.
14     Q.    Are you aware that Amazon
15 advertising has achieved the brand safety
16 certification by TAG?
17     A.    As I sit here right now, I can't
18 recall.
19     Q.    Are you aware that Xandr has the
20 brand safety certification by TAG?
21     A.    No, as I sit here right now, I
22 can't recall.
23     Q.    Are you aware that Magnite has
24 the brand safety certification by TAG?
25     A.    As I sit here right now, I can't

Page 284

1  recall.
2      Q.    Are you aware PubMatic has the
3  brand safety certification by TAG?
4      A.    No.  As I sit here right now, I
5  can't recall.
6      Q.    Are you aware of Index Exchange
7  having the brand safety certification by TAG?
8      A.    As I sit here right now, I can't
9  recall.
10     Q.    If that information were to be
11 true about these certifications of these
12 companies, does that change your opinion about
13 the value of Google's certification compared to
14 others in the market?
15           MS. MAUSER:  Object to form.
16           THE WITNESS:  Can you reask the
17     question?  Can you repeat the question?
18     I'm sorry.
19 BY MR. FREEMAN:
20     Q.    If that information were to be
21 true about these certifications of these
22 companies, does that change your opinion about
23 the value of Google's certifications compared to
24 others in the market?
25           MS. MAUSER:  Object to form.

Page 285

1           THE WITNESS:  As I said earlier,
2     I think it's great that these companies
3     are receiving these certifications.  I
4     think it speaks to the evolution of the
5     industry and how working together to
6     identify risk and mitigate that risk is
7     providing benefits to the consumers.
8     And these organizations are being
9     recognized for their work in this space.
10 BY MR. FREEMAN:
11     Q.    You said various iterations of
12 this throughout today, but that Google was a
13 leader in the cyber security within the
14 advertising -- digital advertising ecosystem; is
15 that right?
16     A.    I do believe that Google was an
17 innovator and leader in the space.
18     Q.    Okay.  What statistical data did
19 you review that supports the idea that Google
20 was a leader within this space?
21           MS. MAUSER:  Object to form.
22           THE WITNESS:  I wouldn't say that
23     the evidence would be in the form of
24     statistical data, rather innovative
25     data, rather in the innovation of frame

### Page 286

1  works.  And, you know, the clear example
2  there is the innovation of open bidding
3  and the various features in open
4  bidding.  You don't need me to tell you
5  that they're a leader in the space and
6  that they're an innovator.  Look at all
7  the other companies that have followed
8  their lead and adopted the same
9  features.
10        Google, again, made that
11  investment in time, money and knowledge
12  and -- and as I walked through those six
13  risks that they were able to mitigate,
14  shortly after them rolling out their
15  technologies or their framework
16  enhancements header bidding, rolled out
17  many of the same features.
18        In the current implementation of
19  header bidding, server side header
20  bidding, it's very similar to Google's
21  open bidding.  And as we all know, many
22  providers today have adopted header
23  bidding and tweaked it to their own
24  liking.  Amazon TAM is a great example.
25  Prebid, which is open source.

### Page 287

1             So when you say why do I consider
2          them a leader?  Well, one, because they
3          developed these new features and these
4          new protocols in which the industry
5          would operate.  But then that's further
6          endorsed by the industry complimenting
7          them by actually adopting the same
8          features and baking them into their
9          framework.
10  BY MR. FREEMAN:
11        Q.    Do you know the relative adoption
12  in the industry of header bidding compared to
13  open bidding?
14        A.    The relative adoption, I don't.
15  I don't.  I know that in the header bidding
16  space I know that when it is implemented, it's
17  very common for those organizations to implement
18  with their own proprietary or customized
19  implementation.
20        Q.    What peer-reviewed academic
21  journals did you review that supports the idea
22  that Google is a leader in cyber security in the
23  advertising ecosystem?
24        MS. MAUSER:  Object to form.
25        THE WITNESS:  I don't need a

### Page 288

1             peer-reviewed journal to tell me that.
2          As I just walked through having worked
3          in this industry my entire life and
4          having, you know, work in it today,
5          Google, again, made time, money and
6          knowledge investment into a more secure
7          platform for advertising.  And the -- as
8          I said earlier, the greatest compliment
9          or indicator that they're viewed as a
10          leader is everyone else in the industry
11          adopted their innovation, their
12          approach, and it is now widely used in
13          server side header bidding.
14  BY MR. FREEMAN:
15        Q.    I understand you said you didn't
16  need one, but what peer-reviewed academic
17  research did you review that supports that idea?
18        A.    I made that opinion based on my
19  professional experiences of working in the
20  security industry my entire life.  I didn't need
21  a peer review.  I made that opinion based on my
22  experiences.
23        Q.    So the answer to my question is:
24  you did not review or rely on any peer-reviewed
25  academic research to support the idea that

### Page 289

1  Google was a leader within cyber security of the
2  advertising ecosystem, right?
3        A.    The answer is no, I didn't need
4  one because I am making that -- I am forming
5  that opinion and writing that opinion based on
6  my experience as a security professional for my
7  entire life.
8        Q.    What surveys did you conduct or
9  review that supports the idea that Google is a
10  leader within cyber security in the advertising
11  ecosystem?
12        A.    Again, as I just walked through
13  with you I didn't need to conduct a survey.  I
14  see how the industry is adopting the very same
15  features Google developed that they are
16  implementing in header bidding.
17        Q.    So, again, is the answer is you
18  didn't rely on any survey or review any survey
19  that supports the idea that Google is a leader
20  in cyber security in the advertising ecosystem?
21        A.    I mean, you keep asking me about
22  surveys, but I don't understand what I would
23  survey.  The data is there, it's in front of us
24  all right now.  I mean Google innovated -- led
25  and innovated this more secure approach to

| Page 290 | Page 292 |
|---|---|

**Page 290**

1  online advertising.  They do it, they document
2  it, others read their documentation and take
3  what Google did and implement their same safe
4  and secure version of the features.
5          So while I did not interview or
6  survey, explicitly survey, implicitly, the
7  evidence is there if they -- the evidence is
8  there.
9          Q.    What led the industry to create
10 header bidding in the first place?
11         A.    Waterfall, the waterfall approach
12 was viewed to limit the amount of revenue that
13 could be generated.  And so there was a belief
14 that rather than stepping down a
15 performance-based or reputation-based ladder
16 that publishers could make more money if they
17 actually conducted bids.  I would also say that
18 the technology evolved a bit and allowed
19 publishers to reveal more information about
20 their users to allow more targeted
21 advertisements.
22         Q.    What interviews of Google
23 employees or former employees did you conduct or
24 review that supports the idea that Google is a
25 leader in cyber security in the advertising

**Page 291**

1  ecosystem?
2          MS. MAUSER:  Objection, asked and
3          answered.
4          THE WITNESS:  Yeah, all due
5          respect, I think I've answered that.
6  BY MR. FREEMAN:
7          Q.    The answer is you are not relying
8  on any interview of a Google employee or former
9  employee?
10         A.    I am relying on my experience as
11 a security professional.
12         Q.    What metric or metrics are you
13 opining that Google is better at than the rest
14 of their competitors in cyber security in the
15 advertising ecosystem?
16         MS. MAUSER:  Object to form, no
17         foundation.
18         THE WITNESS:  I think that's a
19         bit of a complicated question, so I
20         would ask that we can step through it.
21         When you say they're competitors, you
22         mean they're advertising competitors,
23         we're not talking about big tech or are
24         we?
25 BY MR. FREEMAN:

**Page 292**

1          Q.    Okay.  You've made the argument
2  that Google -- or you stated now Google was a
3  leader in cyber security in the advertising
4  ecosystem, right?
5          A.    Correct.
6          Q.    What other groups or companies
7  were they leading in cyber security in the
8  advertising ecosystem?
9          A.    What other groups was Google
10 leading?
11         Q.    You're saying they're a leader.
12 Who are they leading?
13         A.    They're leading the industry.
14         Q.    Who is in the industry?  That's
15 my question.
16         A.    I mean, you've rattled off a
17 bunch of names today.  I would say for the
18 purposes of our discussion, those folks.  I
19 mean, we're talking about a framework here, not
20 an actual company.  I mean, that is what I mean.
21 I mean, that is leadership.  That is not the
22 development of a business concept.  It's the
23 development of a framework, right.  That's like
24 saying the inventor of TCPIP, you know, built it
25 for, you know, selfish benefits.  He built it

**Page 293**

1  for the furtherance of internet communications.
2  And what I'm saying is what Google did was
3  develop a framework.
4          Open bidding is a framework that
5  they use today, and a framework that others -- a
6  framework, like TCPIP, a framework that others
7  saw, realized the features because of Google's
8  documentation and said we would like to develop
9  our version of that framework which led to the
10 evolution and the more secure version of header
11 bidding which is server side.  And what's more
12 is that while Google has their framework and
13 they've tweaked to the likes of the Google
14 organization, header -- those who deploy header
15 bidding have done the same thing.
16         Amazon has got their own
17 proprietary version of header bidding.  Open
18 bidding is their own -- I'm sorry -- Prebid has
19 their own free available version and people
20 download that base and tweak it to their liking
21 so I mean that's what I'm talking about with
22 leadership.  They developed a framework that is
23 now used throughout the industry.
24         Q.    Is it your testimony that they
25 have developed more products than others in the

Page 294

1   industry in cyber security in the advertising
2   ecosystem?
3           A.      My testimony is they've developed
4   a framework, not a product.  That's what I'm
5   talking about TCPIP, internet communications is
6   a framework that is now the backbone of the
7   internet, okay, it moves data.  What Google did
8   is they took -- they took freely available
9   concepts, right, internet concepts,
10  communication concepts and securitized them and
11  said hey, here is a more safe and secure
12  framework in which the advertising industry can
13  operate on and that framework, they use.  They
14  said this is ours, we're going to call it open
15  bidding by the by here are all the features
16  based on our lessons learned, our time, our
17  money and our knowledge investment has taught us
18  this over the years and we're going to document
19  all this and others in the industry, as the
20  industry works, see this and they say amazing,
21  we want to take this and bake these same
22  features into header bidding because we like
23  header bidding and we want to, you know, put our
24  special tweaks on it to make it our version of
25  header bidding like as Amazon has, as other

Page 295

1   organizations have.
2           It's similar to how when TCP was
3   created other engineers said is there a way to
4   make faster communication, so they came out with
5   UDP and that is what -- that is why I'm sitting
6   here as a security researcher saying that's
7   leadership.
8           MR. FREEMAN:  Want to take a
9       break?
10          THE VIDEOGRAPHER:  Off the record
11      at 5:58.
12          (Brief recess.)
13          THE VIDEOGRAPHER:  On the record
14      at 6:08.
15          MR. FREEMAN:  We have nothing
16      further at this time.
17          THE WITNESS:  Thank you.
18          MR. FREEMAN:  Okay we can go off
19      the record thank you.
20          THE VIDEOGRAPHER:  Off the record
21      6:08 p.m.  This ends today's testimony.
22          (Witness excused.)
23              — — —
24
25

Page 296

1       C E R T I F I C A T I O N
2           I, MARGARET M. REIHL, a
3   Registered Professional Reporter,
4   Certified Realtime Reporter, Certified
5   Court Reporter, Certified LiveNote
6   Reporter, do hereby certify that the
7   foregoing is a true and accurate
8   transcript of the testimony as taken
9   stenographically by and before me at the
10  time, place, and on the date
11  hereinbefore set forth.
12          I DO FURTHER CERTIFY that I
13  am neither a relative nor employee nor
14  attorney nor counsel of any of the
15  parties to this action, and that I am
16  neither a relative nor employee of such
17  attorney or counsel, and that I am not
18  financially interested in the action.
19
20  *Margaret Reihl*
21  -------------------------------------------
    Margaret M. Reihl, RPR, CRR, CLR
22  CCR License #XI01497
    NCRA License #047425
23
24
25

Page 297

1       ACKNOWLEDGMENT OF DEPONENT
2           I, ANTHONY J. FERRANTE, do hereby
3   certify that I have read the foregoing
4   pages and that the same is a correct
5   transcription of the answers given by me
6   to the questions therein propounded,
7   except for the corrections or changes in
8   form or substance, if any, noted in the
9   attached Errata Sheet.
10
11
12  _____
    ANTHONY J. FERRANTE          DATE
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 298

```
 1              ERRATA
 2  Page   Line
 3  ------:------------------------------------
 4  ------:------------------------------------
 5  ------:------------------------------------
 6  ------:------------------------------------
 7  ------:------------------------------------
 8  ------:------------------------------------
 9  ------:------------------------------------
10  ------:------------------------------------
11  ------:------------------------------------
12  ------:------------------------------------
13  ------:------------------------------------
14  ------:------------------------------------
15  ------:------------------------------------
16  ------:------------------------------------
17  ------:------------------------------------
18  ------:------------------------------------
19  ------:------------------------------------
20  ------:------------------------------------
21  ------:------------------------------------
22  ------:------------------------------------
23  ------:------------------------------------
24  ------:------------------------------------
25
```

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 79 of 109 PageID#
29269

Highly Confidential

Anthony D. Ferrante
February 16, 2024

## $

**$1,350** 89:13

**$25** 185:24

**$29** 278:6

## 1

**1** 34:5,8,11 196:13

**10** 36:22 37:8 38:22 82:17 205:18

**10%** 206:14 208:15 209:8

**100** 105:24 276:25 277:8

**10:00** 39:2

**10:22** 41:19

**10:34** 41:22

**10:39** 44:6

**10:47** 44:4

**11** 36:4,9,22 37:8 38:22

**11:00** 39:3

**11:38** 86:11

**11:55** 86:14

**11th** 11:2

**12** 36:22 37:9 38:22 40:22 41:4 59:5
256:4

**12:50** 125:25

**14** 35:2,4 55:9

**15** 55:3,6,20

**16** 35:12 38:14 39:21

**16th** 5:8

**17** 281:14

**18** 12:25 34:16,21 64:4 78:3

**19** 162:3 165:2 268:7,8

**1997** 8:25 16:21

**1998** 15:18 16:21

**1:00** 125:22

**1:23-cv-00108-lmb-jfa** 5:7

**1:33** 126:3

## 2

**2** 83:7,10 221:20

**20** 12:2 106:3 170:24 242:2

**20%** 76:3 205:19

**200** 277:9

**2001** 5:11 9:1 10:3,15,21 12:20 15:18
16:21

**2002** 11:11,12

**2003** 11:13

**2004** 13:13

**2005** 13:14,16 18:24 19:1,5 22:9 24:1
42:12 242:2

**2006** 42:12 43:4 242:2

**2007** 42:13 242:2

**2009** 43:13

**2013** 45:13,14 54:23 203:7,9 204:4,
20 205:16 209:19,25 210:3,7,16

**2014** 162:10,23 168:8 173:21,24
174:9,18 175:4,16,25 177:21 185:8
231:16,23 232:15

**2015** 63:25 64:1 173:22 174:10,18
175:4,16,25 177:21 185:8 231:16
232:15

**2016** 240:12,18 241:15 254:8,12

**2017** 64:8 65:23 66:2,12 254:8
255:11

**2020** 107:17 116:5 119:8,12,23
120:16 122:15,25 123:7 128:2,19
130:21 144:25 145:17 146:6 150:3
156:24 163:2

**2021** 107:17 116:5 143:21 144:25
145:17 146:6 148:10,25 149:11

**2022** 107:17 116:6 119:8,13,23
120:16 122:15,25 123:8 128:2,19
130:21 144:25 145:18 146:7 150:3
156:25 162:11,23 163:2 168:8 171:2,
19,25

**2023** 82:23 90:21

**2024** 5:8 252:20

**21** 14:22 171:13 268:7,11,13

**21st** 64:8

**22** 255:21

**22-year-old** 14:23

**23rd** 13:16 19:1

**24** 254:2

**25** 218:18

**26** 257:20

**28** 174:3,6 211:12 220:25

**29** 200:23 254:5

**2:33** 173:11

**2:46** 173:15

## 3

**3** 143:14,18 144:4,20 145:5,9 223:22
256:4

**3-V-E** 229:20

**30** 43:25 182:8 218:18

**30-plus** 219:10

**300** 251:9

**31** 79:23 80:18

**36** 73:24

**3:38** 212:17

**3:56** 212:20

**3ve** 229:18,19 230:9,16,17 253:19,20
254:12,17,20,25 255:4,7,20 256:3,9
257:1,4,13,22 258:9 259:5,17,18
260:1,5,8,23 261:3,9,11,23 262:17,
18,23 264:6,18,22 265:22 266:2
267:2,9,15 278:3,13

**3ve's** 229:22 258:14,20 259:9

## 4

**4** 194:4,7,9 195:3,4 225:4 226:25
227:2,11,16

**4.5** 172:1

**41** 37:21,23 92:8 113:8 281:14

**45** 162:9

**46** 163:18,20

**469** 207:7

**47** 107:12

**48** 126:9 171:23

**49** 268:9,13,14 272:5 276:21

**4:54** 253:11

## 5

**5** 206:23 207:1

**50** 24:8 106:1 160:17

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:20-cv-03010-APM-JFA Document 899-2 Filed 07/09/24 Page 80 of 109 PageID #: 29270

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**50%** 257:11

**51** 144:24

**53** 255:21

**58** 254:1

**5:00** 39:2

**5:05** 253:15

**5:58** 295:11

**5G** 68:4

**6**

**6** 212:6,10 221:7,11 222:1,5,18 225:2
227:10 229:8

**66** 174:7

**6:08** 295:14,21

**7**

**70** 211:12 220:24 221:13 223:14

**70%** 203:11 206:6,12,13 208:9,14

**72** 247:15,21

**73** 200:22 202:8 203:6 204:4,11

**75** 182:8,9 189:12 194:11

**8**

**8** 35:12

**8%** 203:12 205:19

**80** 193:23

**80%** 223:24

**9**

**9** 34:16 195:4 221:20 223:23

**911** 11:2 13:1

**97** 10:3 16:10

**98** 16:10 17:6

**99** 15:18

**9:34** 5:9

**A**

**A-D-S** 230:21

**A-R-R-A-Y** 15:5

**a.m.** 5:9 39:2

**ability** 6:20 185:11 235:12 263:24

**absolutely** 11:4 85:12 218:3

**absolutes** 230:7

**abusing** 107:23 108:4,6,9,11,15,23
115:24 116:9,15,20 117:14,19,23
119:7,14,24 120:4,18,25 121:4,8,12,
16,19,22 122:24 123:8 124:9 126:22
127:20 128:12,14 129:4 146:2,23
147:16

**academic** 75:7,12 77:17,21,25 78:5,
9,13,18 79:4 81:11 82:4,13 107:5
191:25 217:13,21 218:12,16 224:14
287:20 288:16,25

**academically** 81:10

**academy** 13:15 18:25 19:2,3

**access** 100:25 117:4 185:22 186:3
193:8,19 235:13 236:21 269:1,3
280:9

**accommodate** 8:5

**account** 231:10

**Accountability** 281:17

**accuracies** 127:14

**accuracy** 115:19,20 127:15 137:7
153:3,5,11,15 154:1 160:8 161:3,19
164:19 171:10 173:4

**accurate** 19:25 140:8 153:23,25
193:7 196:15 226:23

**achieved** 282:4,14 283:15

**acknowledge** 31:20 32:2

**acknowledged** 33:5

**acknowledges** 32:15

**acting** 55:1

**action** 42:14 43:3,17,20,22 44:12,15,
17,19 171:18 172:17 216:5

**actions** 171:17 229:22 274:16

**actively** 89:3 112:17

**activities** 25:22

**activity** 112:1 130:6 211:23 249:10
253:5 257:5 263:21

**actor** 223:25

**actors** 23:21 43:17,22 44:12,17
47:18,22 51:14 52:5,9 58:4 59:9
61:22 166:19,22 170:15 178:16 201:2

202:11 211:22 216:3 223:8,16 235:13

**actual** 62:19 92:15 94:17 96:14
99:24 108:5 179:18 195:14 231:7
261:5,6 292:20

**ad** 9:18,24 10:2,5 14:2,5,8 15:9,15,21
16:15 18:8,11,16 22:7,22 23:22 26:10
37:3 43:18,23 44:13,18,23,25 45:2
47:18,22 49:10,20,23 50:1,7,18,19
51:2,3,14,16,18 52:6,9 53:21 54:2,8
73:15 83:25 84:4,8,10,12 85:3 95:5,9,
16,23 96:2,14,16,18,23 97:6,9,14,15
107:17 108:4,6,9,12,15,23 109:1,8,
10,11,12,14 110:1,21 111:5,11 115:6,
24 116:6,9,15,20 117:15,19,23 119:1
124:9 126:14,19,22,25 127:20
128:12,14 129:4 136:14,16,19,21
139:25 141:11,12,21 142:1,5,9,14
143:7,21 144:25 145:18 146:3,7,23
147:16 148:1,10,23,24 149:9,10
152:15,18,20,21 165:5 175:23 177:14
194:21 196:22 219:11,15,20 222:25
227:16 231:5 232:10 237:19 240:10,
17 241:14,20 243:8,17 244:14,23
245:10,14,17 246:6 247:1 248:2
249:2 252:8,14,18,21 256:5

**add** 50:5

**addition** 39:25 138:6 184:1 186:6
225:10

**additional** 13:12 223:12

**address** 85:13 184:19

**addressing** 9:18

**Adexchanger** 226:17 227:5

**adjudicate** 109:19,21

**adjudicating** 110:13

**administration** 64:5,6

**administrative** 6:11

**administratively** 56:2 59:14

**admit** 17:4

**Adobe** 96:6

**adopt** 279:5

**adopted** 173:21 174:9,17 175:4,17
176:20 185:8 204:7 205:4,13 217:6
228:25 230:6,16 231:15 232:1,5,13,
18 233:13 234:24 235:25 243:22
244:20 245:2 246:7 247:2 248:3
250:7 279:10 286:8,22 288:11

**adopting** 287:7 289:14

**adoption** 15:14 68:4 223:24 232:13
252:23 287:11,14

**ads** 14:18 16:24 17:14,16 107:22 109:1 115:23 116:7,8,15,20 117:7,11, 18,22,25 118:6,9,13,22,24 119:7,13, 24 120:3,17,25 121:3,7,11,15,18,21 122:1,15,16,24 123:8,13 124:20 127:21 128:8,11,21,23,25 129:9,14, 21 130:9,10,16,21 131:7,11,17,20,24 132:3,7,11,17 133:19,25 134:12 136:12 141:23 144:23 145:19,24 147:2 150:3,8,12,16,21,25 151:5,10, 15,22 152:13 155:5,7,13 156:17,19, 24 157:1,16,25 158:7,9,19 159:21 160:1,13,20 161:5,6,13,22 162:10,11 165:3,13 166:2,10 167:17 168:8 169:18,23 171:2 176:11 179:23 230:21 235:15 237:19 240:11,17 241:14,20 248:24

**ads.txt** 174:10 230:22 231:1 235:16 236:18 237:9,11 239:2,5 241:22 242:15 260:5,6 269:19 278:15,19 279:10

**ads.txt.** 230:6 278:3

**Adsense** 96:22

**adult** 126:9,13,20,24 128:10,16,21, 23,25 129:9,14,20 130:16,22 131:8, 12,18,21,25 132:4,8,12,18 134:5,12, 17,23 135:3,7,12,16,21 136:1,6 141:13,14,23 142:18 143:1,9 145:24 148:3,12,23 149:9

**advantages** 243:11 246:2

**adversaries** 233:21 245:21 253:1

**advertise** 46:14,15

**advertisement** 111:15 112:11 177:1,3,17 221:23

**advertisements** 16:9 25:19 49:5 120:12 175:23 177:18 290:21

**advertiser** 10:5 14:8 18:16 44:18 45:2 50:1,5,7,19 51:3 54:8 246:14

**advertisers** 104:9 176:9 180:12,22 181:5,15

**advertising** 9:7,10,12,14 13:19,21 14:12 15:18,25 16:3 22:10,11,20 23:4,7 24:14 26:4 48:2,11,17 49:11, 13,16,19 50:9,13 51:9,18 52:1,21 53:12,13,16 56:17,24 57:23 69:2,10, 21 70:4 72:24 73:2,9 84:9,20 85:12, 14,17,23 86:1,4,19,21 87:3 96:2,16 97:5,14,15 102:16 103:4,14,21 104:6, 12 112:24 122:8,18 128:24 147:6 206:1 215:20 220:1,6,9,17,20 243:6, 22 255:24 259:2,4,16,23,24 260:18 261:8 268:19 271:15 272:20 273:2 274:5,23 275:7,19 276:9 277:17

279:15 280:5 281:25 283:15 285:14 287:23 288:7 289:2,10,20 290:1,25 291:15,22 292:3,8 294:1,12

**advertisings** 69:6

**advice** 225:14 280:21

**advising** 280:21

**advisor** 45:21 55:25

**Adx** 96:22 192:10,25 193:1 203:11 205:19 210:16 211:1,6 256:10 258:25

**Adxdirect** 234:7

**affairs** 46:10,21,22

**affected** 23:8

**affiant** 27:12 29:9

**age** 82:9

**agencies** 60:20 104:13

**agent** 19:18,19 20:6,8,13 21:3,8,11, 19,23 23:21 26:13,16,21,25 27:2,3,4, 7 29:8,20 30:16 31:5 42:1,7,21 43:1, 10,13 45:15,24 52:24 54:13 55:10 58:8,9,13,17 59:8 242:10

**agents** 27:5 46:2 55:13,23 58:24,25 59:4,7 61:6 64:18

**aggregate** 163:5

**aggregates** 162:19

**agree** 8:8 110:20 122:12 123:6 142:23 195:16,18 204:19 240:25

**agreements** 274:11

**ahead** 177:23 265:1

**aid** 280:22

**aiding** 216:2

**Alexandria** 5:6

**aligned** 141:6

**all-hands-on-deck** 30:3

**allotted** 200:12

**allowed** 67:4 177:16 205:16 228:14 290:18

**allowing** 180:7

**amazing** 294:20

**Amazon** 95:21 98:9,13,19 101:14 119:15 121:1 130:22 133:17 134:5,13 150:5 168:9 232:21 269:22 271:18 272:18 273:8 274:2 279:12,13 283:14 286:24 293:16 294:25

**Amazon's** 124:19 133:24 134:10,16, 22

**amend** 139:19

**America** 5:14

**American** 263:23

**amount** 122:14,16 156:23 158:9 160:12 192:8,22 200:11 232:10 269:19 270:18 271:5 273:21 275:2 276:25 280:3 290:12

**amounts** 268:15 269:11 271:9 272:2,18 274:3 275:5,17 276:7,21

**analysis** 123:25 151:20 152:6 179:4 192:8 204:10 209:14 250:6 251:12

**analyze** 130:15

**analyzed** 165:1

**and/or** 152:22

**anonymity** 194:22 196:23 227:17

**anonymous** 196:13 216:9

**answerable** 165:9

**answers** 7:3,12 121:25 155:20 161:21

**Anthony** 5:16,21 41:23 86:15 126:4 173:16 247:14 253:16

**Anti-fraud** 281:20

**anymore** 200:8

**apolitical** 64:7

**appeared** 110:24 111:20 112:15

**appears** 80:12 109:18 162:8

**appendix** 37:20,21,23 38:1,8,23 40:5,21 73:23 74:22 76:1 83:14 92:7, 8 94:4,8 100:8 104:25 105:4 107:12 113:7 114:21 115:14 126:7,8 127:11 128:6 136:10 138:23 139:14 140:25 143:22 144:5,12,21 145:17 146:9 152:9 159:17 162:15,25 163:1,6 183:16 191:1

**apples** 245:22,23

**applications** 13:4

**applied** 206:13 208:14 220:5,13 236:1

**appreciates** 166:14

**approach** 262:14 264:2 288:12 289:25 290:11

**appropriately** 231:14

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA    Document 899-2    Filed 07/09/24    Page 82 of 109 PageID#
23272

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**April** 65:23 66:2,12 255:11

**area** 242:12,22

**argument** 292:1

**arguments** 190:6 243:23

**Arizona** 71:3,23 72:11

**Array** 12:1,11 15:3,7 16:4,23 17:14

**arrest** 29:10 32:20

**arrested** 26:11 27:8 28:19

**arrests** 30:24 31:16

**arrived** 8:25 24:1

**arriving** 22:9

**article** 75:10 83:13 84:1 85:3,15 92:25 105:13 164:7 193:23 194:10,14 195:13,23 196:4,11,16,18 212:2 219:3 223:23 225:21,24 226:13,16,19 229:8

**articles** 74:1,22 187:3 193:22 203:2 215:18 218:16 224:15 226:8,12 227:11,13,21 228:3 229:5

**articulate** 135:5,10,14,19,24 136:4,8

**aspect** 9:9,12 73:17 261:9,10

**aspects** 13:23 220:20 243:4 261:17

**assess** 269:8

**assessment** 112:16 173:23 248:12 257:8

**assigned** 19:4,13,15 255:17

**assignment** 63:24 64:14,23

**assist** 267:15 273:1

**assistance** 27:20 28:22 30:8 31:20 262:4 263:5,12,25 267:1

**assistant** 45:21 54:18 56:1,9 57:16

**assisted** 28:18 271:7

**assisting** 33:5

**assume** 7:17 63:13 65:7

**assuming** 155:19 221:16

**assure** 125:2 219:4

**ATG** 15:6

**attached** 208:8

**attack** 76:9 185:12 259:17,19 260:1 262:17,18,23

**attacks** 235:8 258:14,20 259:9 264:6,23 266:2

**attempted** 127:1 267:17

**attempts** 130:6

**attend** 8:23

**attention** 281:14

**attorney** 7:22 67:2 149:21

**attribute** 84:19

**attributed** 48:11

**attributing** 267:8

**attribution** 58:1

**auction** 249:7

**auctions** 202:13

**August** 13:13

**author** 52:4,8 56:8,21 105:12

**authored** 56:13 74:7,15 78:14,19 91:1

**authoring** 56:15,16,19 79:21

**authority** 123:17

**automated** 127:8

**avoided** 56:12

**aware** 30:7,23 31:1 46:16 60:21,23 95:15,22 139:18 217:13 282:3,5,6,9, 13,17,18,21,22,25 283:6,9,14,19,23 284:2,6

**AWBID** 203:10 205:18 207:11 209:7, 20 210:3,8,11,12

---

**B**

**B-R-N-O-V-I-C-H** 71:15

**back** 8:12 11:7,12,14,17 13:20 14:10 16:5 17:2,19 19:6 23:25 28:3 35:11 45:23 47:25 49:14 51:12 52:19 64:7 67:22 90:2 92:7 97:17,19 107:2 115:14 123:5 124:22 127:19 138:11 144:18 168:7 186:15 201:15 202:6 206:19 215:17 217:10 220:22 227:19 228:9 236:8 256:22,23

**backbone** 294:6

**background** 8:12

**backtracking** 15:2

**bad** 23:21 43:17,22 44:12,17 47:18, 21 51:14 52:5,9 58:4 59:8 116:6 128:8,11 130:9,10 136:12 145:19,24 159:21 160:1,20 161:13 162:10 165:5,13 166:2,9,19,22 167:16 168:8 171:2 178:16 211:22 223:8

**bake** 294:21

**baked** 233:4

**baking** 287:8

**balances** 263:19

**ball** 25:5

**balls** 238:20

**bandwidth** 252:24

**base** 293:20

**based** 78:7,11,20 83:23 85:6 109:17 110:23 111:19 112:16 120:12 132:19 156:8 162:11 169:17 170:20 203:14 214:12 242:18 248:12 273:6 280:18 288:18,21 289:5 294:16

**basic** 82:2 94:18 219:2,16 237:3

**basically** 231:23

**basis** 144:5 145:6,16 146:7 184:11 207:12,15,21

**Bates** 207:7

**beat** 12:3

**beeping** 44:2

**begin** 174:4

**beginning** 147:1 182:9

**begins** 41:22 86:14 126:3 173:15 253:15

**behavior** 111:1,22 146:1 160:3,14

**belief** 272:17 290:13

**believed** 133:15 153:22

**benefit** 240:8 264:10

**benefits** 250:16,18 285:7 292:25

**beta** 17:8

**BGP** 261:13

**bid** 185:20,23,25 186:7,8 192:10,24 216:18 249:2,6 251:7,9 256:5,9 257:12,21 258:7

**bidder** 179:14,15 182:13 193:18

**bidders** 182:25 183:7 186:19 193:8 197:8,16 199:3,14,21 216:15,16 248:22 249:5

**bidding** 18:19 57:12 58:4 59:9 61:12, 18,23 62:10,15,24 80:24 104:17 105:7,16 106:6,12,23 107:6 156:19 157:2 158:4,10 169:11 173:19,20 174:4,16,17,23,25 175:3,5,7,9,12,15, 18,20,22,25 176:1,10,14,16,24 177:4,

8,9,15,20,25 178:2,4,8,9,10,11,15,24
179:5,7,9,10,16,24 180:2,3,4 181:6,8,
16,17 182:10,17 183:1,8,22 184:6,14,
16 185:7,9,16,20 186:10 187:6,10,18
188:19 189:6 191:11,23 192:9,16,19,
23 193:2,4,7,9,16 194:16 195:15,25
196:6 197:8,16,22 198:7,17 199:14,
21 200:4,24 201:4 202:9,13 204:7,12,
16,18,21,23 205:3,6,9,12,24 206:1
208:25 210:14,25 211:5,9,18 212:24
213:9,11,21 214:9,16 215:4,6 216:19
217:1,4,12,19 222:6,12,20 223:5
224:5,11,13,16 226:9 227:22 228:4,
12 229:23 230:3,12 231:2,17,24,25
232:2,6,8,12,20,22,24 233:9,11,18
234:22,24 235:1,2,3,4,12,20,22
236:1,4,6,25 237:1 238:9,17,23
239:8,10,13,25 240:1,11,18,21,22,24
241:2,3,4,7,12,15,21 243:8,16,20,25
244:8,10,14,18,25 245:4,9,17 248:7
249:18,21 250:13,16 251:1,16,21,25
252:4,8,14 256:11,12,15 260:2
261:10,23,24 286:2,4,16,19,20,21,23
287:12,13,15 288:13 289:16 290:10
293:4,11,15,17,18 294:15,22,23,25

**Bidding's** 193:24

**bids** 175:22 176:11 177:17 183:22,23
205:17 290:17

**big** 30:24 95:17 125:1,16 139:3
216:21,24 238:7 262:14 271:5,8
272:1,10,22 273:1,10,12,14,25
274:13 280:21 281:12 291:23

**bigger** 27:4

**billing** 89:3

**billion** 252:20 256:4

**binding** 146:18 148:18

**bird** 55:3

**bit** 15:2 94:2 102:22 213:1 230:19
290:18 291:19

**bits** 213:10

**blacklist** 209:3

**blacklisting** 206:13,14 208:13,15,
20,21,24 209:1,11

**blank** 221:22

**blind** 74:19

**block** 118:24 166:9 167:16

**blocked** 107:22 115:23 116:10
117:8,12,18,24 118:2,10,14,16,25
119:14,24 120:4,12,17,25 121:3,7,11,
15,18,21 122:1,15,17,24 123:2

124:21 127:22 129:15,21 130:21
131:8,12,17,21,25 132:4,8,12 136:12
150:4,8,12,16,21,25 151:5,10,15
155:5,13 157:17,25 158:8,19 159:22
160:2,13,21 161:6,13,23 165:5,6
168:8 169:18,23 208:22

**blocking** 123:8,13 132:17 151:21
155:7 170:7

**blue-collar** 12:9

**blurred** 81:8

**board** 177:12

**bolster** 268:18 271:15,20 272:19
274:4,23 275:6,19 276:8 277:16
279:15 280:4

**bolstering** 273:2

**bomb** 42:21 43:11,13,14 44:22

**book** 85:5 245:5

**born** 213:7

**boss** 61:3 63:19

**bot** 52:14,15,16 88:5,7 261:4

**bots** 261:4

**bottom** 35:1 114:25 195:7 207:6
256:2

**bound** 8:9

**boutique** 11:19

**brand** 269:18 281:21 282:14,23
283:15,20,24 284:3,7

**brass** 60:22

**breaches** 85:1

**break** 8:3,5 22:19,23 40:9 41:8,10,
12,15 44:9 86:6 220:23 253:8 295:9

**breaking** 125:21

**breaks** 8:2

**briefed** 48:14 51:23 60:20

**briefing** 52:14

**briefings** 46:18,25 47:17,20 48:5
51:13 57:25 63:19

**Brnovich** 71:10,18,22 72:3

**broad** 14:13 48:1 100:9 178:25 179:1

**broke** 220:23

**broken** 243:4

**Bronx** 8:17

**browser** 49:4 50:21 179:18 180:6

184:18 193:5

**browsing** 48:24 49:4

**brushes** 178:25 179:1

**bucket** 96:4

**build** 110:10

**Building** 60:23

**built** 82:8 106:14 177:1 216:7 228:17
234:1 292:24,25

**bullet** 156:7

**bunch** 292:17

**burden** 265:19

**Bureau** 262:7

**business** 82:2 248:23 259:22 292:22

**businesses** 147:7

**buy** 185:22 186:3 193:19 235:13

**by-product** 248:20 249:8 250:11

**bypass** 130:8

## C

**C++** 94:19

**C-D-K** 70:10

**C-R-I-T-E-O** 102:7

**caliber** 146:18

**call** 9:7 23:15 96:14 136:22 294:14

**called** 11:25 12:20 15:3 17:7 47:7
103:10 185:1 193:5 234:4 243:3
254:22 272:25

**calling** 180:6

**calls** 91:23 93:2 178:20 179:21
182:13,25 183:7 186:19 197:7,15
199:3,13,21 231:10

**candidly** 16:5 17:1 214:17 234:1
237:17

**capacity** 44:20

**Capitol** 46:15

**capture** 236:13

**captures** 268:4

**car** 72:8,10,15 73:4,14

**card** 215:13 218:21

**career** 65:22 215:24 216:7 228:17
239:18 270:1

**case** 5:6 20:8,17 21:3,4,8,11 23:13 26:1,13,14,17 27:1,2,4,7,9,11,13,19 28:3,4,18,23 29:8,10,14,15 30:1,6,16 31:2 32:19 33:10,12,18,21 34:13,15, 20,25 35:8 36:1,19 37:7 38:18 39:21 40:15 43:16,21 44:11,16 57:24,25 58:8,12,17 59:8 61:11 68:9,11,19 70:13 71:3 72:14,23 73:1,4 86:25 87:10,11,14,17,19,21,22 88:11,22 89:7,13,18 90:7,23 93:8 123:23 129:19 155:2 187:16 199:24 205:10 214:6,22 215:8 216:25 220:4,13 222:24 237:6,8 238:22 240:6 251:4 273:16

**cases** 20:3,7 21:3,6,8,10 22:1,5,15, 16,21,24 23:3,20 27:2,23 28:8 56:22 57:2,4,10 58:3,12 59:8,14,25 60:3,6, 11,16,21,23 62:1,2,18 66:19,22 67:4 68:7 88:9 109:19 110:15,20 184:25 198:9,11,15 199:11 237:18 242:23,24 264:1,12 265:10,21 266:13

**cash** 265:14 266:2,8,16

**cat** 155:14

**cat-and-mouse** 166:17 233:19

**catch** 166:19,22

**catches** 166:9

**catching** 166:2

**categories** 116:6 145:1,18

**categorize** 125:18

**categorized** 94:10

**category** 126:19 128:11 161:14

**caught** 46:24

**CDK** 67:16 71:5,7 72:1,20

**cease** 172:18

**centered** 139:17

**centers** 261:12

**Certificate** 281:21

**certificates** 282:1

**certification** 281:20,22 282:14 283:11,16,20,24 284:3,7,13

**certifications** 283:1 284:11,21,23 285:3

**certified** 42:21 43:12 68:14 282:4, 10,19,23 283:7

**certify** 68:10 70:13

**chair** 48:13 252:10

**change** 140:10 155:3,6,17,25 156:14 167:6 284:12,22

**changed** 11:4,24 245:20,21

**characterizing** 151:24

**charge** 45:22 168:5 278:16

**charged** 255:5

**chart** 139:4 162:9,13 171:3 207:7,9, 10,11

**charts** 138:22 139:14 143:22 144:5, 6,7,9,15 146:8

**check** 52:19 186:15

**checks** 263:19

**chemistry** 191:5

**chief** 45:20 54:13,16 55:1,3,12,24 59:12 61:4 63:3 211:13,17 221:2

**chiefs** 56:4,5

**choreographing** 60:15

**chose** 133:6

**chunks** 123:16

**circumstances** 154:21,22 155:1

**citation** 114:6,18 163:18,20

**citations** 36:24 114:16

**cite** 33:10 37:18 38:14 92:11,15 113:3 123:20 183:21 190:19 192:1 195:23 196:4,21 201:11,16,20 202:3 203:5 204:3 211:12 212:1 216:20 219:6 225:6,23 229:4,9 249:24

**cited** 35:1 36:4,9,12 38:9,13 39:15 68:7 91:3,4,8 100:5,8 114:3,12 115:11 145:14 158:23 159:2 188:9 192:4 193:23 201:9,24 204:11 207:23 208:2 209:6,24 215:17 216:9 221:12, 16 222:18 224:24 225:6,24 226:5 229:7 241:17 249:16

**cites** 206:5 224:10 226:14

**citing** 32:19 39:7 115:5 126:16 194:10 223:2 227:13,14 229:14,16

**citizen** 48:23 49:2

**citizens** 51:23 57:19 263:23 266:19

**City** 11:3 12:11 19:6 24:2 26:3 35:24 42:11 43:15 45:5,12 78:25

**civil** 6:11

**claim** 182:23 183:5 184:13 186:17 189:11 201:8,12,18,21 222:6,11,19

**claims** 189:3

**clarification** 79:2 86:17,18 98:25 105:21

**clarify** 97:2

**clarity** 125:11 241:10

**class** 12:10

**classes** 12:15

**classify** 96:25

**clear** 24:20 25:13,24 26:18 30:15 32:12 35:3 42:23 52:2 58:22 59:17 88:18 94:3 110:12 112:9 120:6 123:19 124:15 128:1 133:13 152:2 193:14 207:5 213:21,22 215:8,11 216:11 217:16,19,22 218:2,12,19,24 221:10 225:8 229:19 238:24 239:6,16 240:2 255:3 261:2,6 272:21 281:6 286:1

**click** 99:25 203:10 205:18 206:6 208:9 209:6,19 210:3,8,16,24 211:1, 4,5 258:25

**client** 123:22 138:11 153:18 179:4,6, 14,16,18,23 181:6,7,16,17,24

**clients** 14:24 15:16 139:11 225:14 228:19 271:25 274:11 277:11 280:21, 23

**climb** 248:24

**climbing** 241:24

**clock** 147:5

**closed** 235:5

**closely** 46:20 84:16

**cluster** 157:10

**CNN.COM** 93:16

**co-authorship** 75:9

**co-case** 26:16,21,25 27:4,5,7 30:16 58:9,17

**coalesce** 279:6

**code** 68:25 69:13,15,16,18,20 91:11, 12,15,22,25 92:11,15,16,17 93:3,8, 12,15,19,23 94:13,15,17 127:8 174:23 175:21 176:4,6,9,13,16,21 177:15 178:1,3,4,11 179:20,21 180:5 183:18 184:17 185:5 186:11,13 193:5 233:2

**codes** 94:18

**cognizant** 81:22

**cold** 21:16

**collaborate** 233:24

**colleague** 6:4 27:3 75:8

**colleagues** 17:5 29:12 56:14 75:22 167:3 242:24

**collect** 72:17 73:15 159:11 185:21 186:5 193:17,20 216:18

**collected** 164:13 198:5 213:19 216:23 235:20

**collecting** 72:3,8,11 73:5,11,12,13, 18,19 193:10 237:20

**collection** 213:24 215:12 217:17,23 218:13,25

**college** 8:14 9:3,23 10:17,18 11:17, 21 12:3,9

**color** 213:2

**column** 207:11 208:9

**combat** 156:3 264:3 280:23

**combating** 29:6

**comfortable** 272:23

**comment** 206:11 208:12 209:10

**commenting** 225:16

**comments** 208:8

**commitment** 276:24 278:1

**committees** 46:18 67:21

**common** 28:24 31:18,25 32:6 172:19 198:13 219:16 262:14 263:7,8 264:3 287:17

**commonly** 219:16

**commonplace** 242:14

**communicate** 218:24

**communicating** 261:22

**communication** 99:1 113:9,21 114:3,12 115:5 215:9 217:20 218:4, 13,19,25 238:15 240:2 294:10 295:4

**communications** 13:23 111:4,10 113:4 213:21,22 215:11,14 216:12 217:16,22 218:2,22,23 235:10 236:10,11,14 237:10,12 238:17 239:14,16,17,20 293:1 294:5

**companies** 14:12 95:4,8,15,20,22 96:1 97:10 110:10 122:2,8 124:11 125:7 131:5 132:17 133:3 139:3 159:5,11 175:11,13,14,24 176:3,13, 15,22 177:6 178:6 192:21 265:13 266:7,15,24 273:8 275:17 284:12,22 285:2 286:7 292:6

**company** 11:23 15:3 97:13 101:17, 22 102:3,6,11,24 103:1,9,17,24 122:17 123:9 124:1 133:17 139:21 158:20 160:14 161:7,23 167:17,25 169:24 176:19 216:21,24 292:20

**comparable** 230:24

**comparative** 123:25 151:20 152:6 159:4 192:8

**compare** 122:7,16,19 125:7 131:5 134:4,9 151:21 156:18,25 158:9,14 185:24 192:23 211:4 243:16 245:6,16

**compared** 124:1 132:16 133:25 134:6,11 156:9 159:4 169:10 243:9 244:8,10,15,24 248:6,9 249:18 281:11 284:13,23 287:12

**compares** 123:9 210:25 273:24

**comparing** 158:19 217:3

**comparison** 132:22 133:6,7,23 135:1 210:24 243:7 244:13,21 245:8, 12

**competitive** 193:20 235:19

**competitors** 151:22 186:6 291:14, 21,22

**compiled** 82:7

**complete** 7:4 147:12,19 149:2

**completely** 245:20,21,25

**complex** 255:23

**complicated** 24:12 25:8 50:15 51:6 164:5 167:10 168:2 277:21 291:19

**compliment** 288:8

**complimenting** 287:6

**comprehensive** 74:6

**compromising** 271:10,25 272:15

**computer** 8:22 9:3 11:8 13:11 17:25 18:4 48:22,24 49:3 82:6

**computers** 81:24

**coms** 238:25

**concept** 80:20 218:17 219:2 246:12 259:20 279:1,3 292:22

**concepts** 106:18 214:14,17 294:9, 10

**concerns** 180:22 182:11,16 183:20 186:9 194:16

**conclude** 40:12

**concludes** 217:14

**conclusions** 38:4 165:25 166:3,10

**conduct** 23:19 33:20 34:21 40:14,16 64:12 94:20 109:12 139:1 185:11 187:24 193:7 213:3 214:6 238:9 259:22 289:8,13 290:23

**conducted** 81:3,12,14,18 106:16 184:2,10 189:5,16 198:4 214:1 237:6 239:18 261:16 290:17

**conducting** 60:8 89:3 112:17 213:17 214:25 225:9 236:12

**conductor** 56:6

**confident** 274:1,5

**confidential** 87:24 88:2,15

**confidentiality** 271:10,25 272:15 274:10

**confidently** 272:6

**configurations** 93:14

**configured** 193:3 198:13

**confirm** 115:18,20 127:13,15 137:6 153:2,5,15 154:1 160:7 161:2,18 164:18 171:9 173:3 180:25 221:19

**confirmed** 240:6

**confirming** 153:11

**confused** 118:21

**confusing** 159:10

**Congress** 47:1,6,13,17,21 48:6,11 51:13 53:3,11,20 54:1,7 63:7,12 65:1, 4

**congressional** 45:16,25 46:10,21, 22 47:8 52:4,8,25 53:7 54:24

**connect** 176:8,9

**connecting** 180:7

**connections** 93:2

**consent** 237:21

**considerable** 234:22

**consideration** 166:15

**consistent** 124:17 126:21 129:3 132:23 139:10 140:14 152:2 154:5 160:10,25 161:20 171:11 173:5

**consistently** 145:23

**constantly** 155:16

**consultancy** 10:18 11:20

**consultant** 10:16,23 67:24

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA    Document 899-2    Filed 07/09/24    Page 86 of 109 PageID#
23270

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**consultants** 66:16

**consulted** 29:19 31:13

**consulting** 66:10,12,16 75:4,5,18 76:2,6 86:3 88:3 92:2 277:11

**consumer** 48:21,22 71:23

**consumers** 48:4 51:22 71:2,3,4 72:2,18 73:6 154:10 156:4,5 167:4,15 283:5 285:7

**consumers'** 179:19 186:4

**contacted** 89:6

**contained** 99:19 100:16 139:13 141:21 148:10

**content** 111:24 114:22,23,24 126:10, 14,20,25 128:10,16,21,23,25 129:9, 14,20 130:16,22 131:9,12,18,21,25 132:4,8,12,18 133:19,25 134:1,5,12, 17,23 135:3,8,12,16,21 136:1,6,13, 15,20,25 137:13,15 141:9,13,14,23 142:18 143:1,10 145:24,25 147:2 148:3,12,23 149:9 150:5,9,13,18,22 151:1,6,12,16,22 157:17 158:1

**context** 26:23 32:7,8 174:16 180:17 200:16 204:20 205:24,25 241:5

**continue** 11:5 231:24 233:5 253:3

**continued** 10:15 81:25 106:18

**continues** 231:17 232:9

**continuously** 66:11

**contractors** 25:14

**contribute** 31:6

**contributed** 24:19 270:13 272:11

**control** 88:11 191:5

**controls** 71:1 72:20 130:8 225:11

**convenience** 40:8 41:14

**conversation** 30:17

**cook** 253:2

**cool** 14:24 17:6

**cooperate** 265:19

**cooperating** 264:10,13

**coordinated** 60:16

**corner** 17:9

**correct** 18:25 19:12,19 34:14 35:6, 19,20 40:4,18 44:21 45:9 47:3 54:4, 15 55:9 58:9,13,14 61:20 63:16 65:9, 10 66:14 70:11 71:6,16 83:1 84:5 86:24,25 87:8 88:25 89:15 90:15,24

92:3,9,10 107:15,19 108:4 117:19,20 118:3 119:3 128:3,13,14,17 130:12 137:19,24,25 139:19 142:8 143:14, 15,23,25 148:3 158:6 159:20 162:17 163:3,7 173:20 174:5,14,21 177:5 182:1 204:2,5 206:8 208:1 210:1,5 212:7,25 221:15 229:21 230:22 251:24 252:6 257:7,22,23 261:1 292:5

**correction** 140:9

**correctly** 11:16 17:3 58:10 71:21 79:13 101:25 158:5 174:20 187:9 216:6

**costing** 264:23

**Council** 63:25 64:10 65:21

**counsel** 5:16 90:1 172:17

**counsel's** 27:15

**counter** 19:20 20:13 21:7 22:1

**counterfeit** 146:2 161:14,24

**couple** 36:11 67:20 68:1 125:14

**courses** 13:12

**court** 5:5,18 7:8 20:7,15 21:5,9,12, 19,22 22:2 27:16 52:23 63:3,11 64:21 65:4,15,18 66:17,23,25 67:7,9 68:8, 10 70:12 71:12 73:21 79:15 149:20 254:23 256:22,23

**courthouse** 20:21

**courtroom** 67:10,12,13,17 229:13

**craft** 57:25

**crazy** 76:23

**create** 124:23 144:6 171:3 208:21,23 264:2 266:17 290:9

**created** 72:22 144:7 145:9 176:13, 15,19 203:4 209:8 224:13 235:16 260:6 262:13 295:3

**creating** 168:5 223:11

**creation** 261:6

**credit** 31:10 215:13 218:21

**crime** 37:2

**crimes** 215:25

**criminal** 6:11 20:7,15,17 21:4,8,10 22:2 25:21 35:18 46:12 57:6 63:11

**crisis** 42:19 43:7,9 44:22 280:23

**Criteo** 102:7,19 121:5 131:13 150:13 168:12 274:21 275:1 276:6 279:19 282:13,18

**Criteo's** 135:2

**criteria** 143:9

**critical** 29:5 191:13

**crowdserve** 279:7

**crystal** 25:5

**CTO** 226:14,17

**current** 66:10 252:7,13 286:18

**curtain** 92:23

**customers** 200:19

**customized** 287:18

**CV** 66:20 67:5

**cyber** 19:16,21 20:12,17 29:6 42:14, 16 43:2,17,20,22 44:12,15,17,19 45:17,22 48:8 54:19 55:4 56:9 59:14 62:17 64:10,11 68:15 70:19,21 82:17 83:3,21 84:13,23 234:17 242:22 285:13 287:22 289:1,10,20 290:25 291:14 292:3,7 294:1

---

## D

**daily** 256:4

**dangerous** 71:2 146:1 160:22 161:7

**data** 29:15,25 70:24,25 71:1,8,19,23 72:4,12,18,19 73:5,6,11,15,18 84:25 85:21 94:9 115:15 117:5 122:22 123:12,13,14 124:17 125:6,17,18 127:11 129:5,7,13 130:1,2 131:3,4 132:22,24 133:3,8,10,11,14 137:4,19, 23 138:3,16,19,21,24 140:8 145:9,12 152:3,7,25 153:21 155:18,24 156:12 157:15,24 158:16 159:8,9,10,11,12 160:5,24 161:16 162:19 163:12,15 164:3,4,5,7,13,15,19,21 166:12,23,24 167:7,25 168:1 169:18,19,24 170:6 171:1,6,7 173:1 178:23 182:5,11,17, 18,20,23 183:5,10,12,14,20,23 184:4, 6,14,20 185:2,14,18,21 186:5,17 187:17 189:1,9 190:11 191:10,22 192:8,22,24 193:6,8,10,12,13,17,25 195:9,14,24 196:5,19 197:5,13 198:5, 6,11,16,18,21 199:1,11,19 202:23 203:16 205:21 206:3 212:24 213:18, 20,24 215:3,5 216:14,18,22,23 217:11 218:24 219:19,21,22,23 222:5,10,17 224:4,22,23 225:16,18, 20 228:23 233:8,14 235:9 236:19 237:20 242:8 245:6 246:19 249:4,16, 25 251:17 256:16 257:9,25 258:2,3 261:12 285:18,24,25 289:23 294:7

**data-points** 167:8 170:8,9 205:8

**dataset** 157:9 159:4 163:21

**datasets** 93:25 94:7,10 158:18

**date** 5:7 82:22 89:18 90:3,10,19
253:25 254:7

**day** 22:14 25:7,24 39:3 51:24 67:15
76:12 85:11 91:19 92:18 110:9 184:3,
24 186:23 188:3 213:5,15 225:13
228:10 233:21,22 237:13 263:23
265:9 271:24 272:25 274:12 280:21
281:11

**day-to-day** 281:10

**days** 12:15,16 81:9 243:2

**DC** 5:12

**de** 45:20

**deal** 14:2

**dealer's** 72:15

**dealerships** 72:9,10,17 73:5,11,14

**dealing** 13:18 14:5,8 15:8 18:8

**debated** 149:20

**decipher** 125:3

**decisions** 147:2

**decompiled** 82:7

**decreased** 234:11

**dedicated** 277:3,15 279:13

**dedication** 269:24

**deem** 129:18

**deemed** 130:10 152:22 165:4

**defeat** 170:16,18 253:2

**defense** 25:13

**defenses** 253:3

**define** 26:24 94:14 108:11 141:12,14
146:12 164:3,4 167:13 270:17,23

**defined** 108:22 128:9 139:6 143:1
157:8

**defines** 126:24 141:16 142:17

**defining** 108:8,15 276:20 281:7

**definition** 27:6 115:24 116:9 117:7,
23 119:13,23 120:3,7,8,9,10,13,14,19
124:12 126:13 134:6 136:25 141:17
148:3 270:22

**definitions** 124:6,17 126:17 141:7
142:11

**definitively** 20:25 21:21 24:8 70:6
105:23 107:7 233:15

**definitives** 125:9

**degree** 8:21 10:8 11:8,18 13:10
17:21,23 18:11,15

**delivered** 51:21,22

**demand** 96:14,19 211:20,21 222:8,
13,21 223:6,7 224:7,17 226:11
227:24 228:6

**demand-side** 96:11,12,20,25 97:3,
11

**Demarest** 54:19

**demonstrate** 145:23 154:8 155:12

**demonstrated** 167:1 240:3

**department** 6:4,5 29:1,2 30:23 31:3,
16,19 32:1,14 81:23 172:18 262:6

**depend** 154:25

**depending** 258:25

**depends** 122:21 154:21

**depicted** 137:7 163:5

**depicting** 107:16 128:5,7

**depicts** 162:9

**deploy** 293:14

**deployment** 42:15

**deponent** 5:15

**deposition** 5:4,12 6:7,25 34:8 41:23
83:10 86:15 97:23 98:4,12,18 99:9,13
126:4 143:18 144:3 170:14 173:16
194:7 207:1 212:10 253:16

**derived** 124:5

**describe** 19:23 178:12

**describes** 141:15

**deserve** 31:10

**design** 246:15

**desist** 172:18

**desk** 60:14 102:25 103:2,4 121:9
131:18 135:6,7 150:17 168:17 275:4
276:6 280:2 282:3,9

**detailed** 255:17

**details** 255:6

**detection** 116:14,19,23 119:6 170:5,
7 240:10,16 241:13,19

**determination** 110:15

**determine** 109:13,15,25 110:6,21
126:18 187:17

**determining** 267:16

**develop** 235:24 270:4 272:19 275:6
293:3,8

**developed** 174:10 235:5 278:3
287:3 289:15 293:22,25 294:3

**developers** 216:22

**developing** 257:18 268:23 269:12
271:14,19 274:22 275:18 276:7

**development** 10:20 268:17 269:18,
25 270:10,11 272:3 277:15 278:15,19
279:14 280:3 292:22,23

**develops** 279:6

**devices** 84:11 252:25

**DFP** 258:24

**differ** 134:17,23 135:3,8,12,16,21
136:1,6 162:14,16 179:25

**difference** 84:7 179:13 181:4,14
240:4

**differently** 109:6 125:18 133:4

**differs** 162:18,20

**digest** 188:22

**digested** 188:23

**Digiday** 201:15 215:21 216:9 227:6

**digital** 86:21 87:8 103:14 104:5,6
122:8,18 206:1 220:1,5,9,16,20
243:22 255:23 281:25 285:14

**DIOG** 23:15

**direct** 254:1 268:6 281:13

**direction** 223:10

**directly** 31:12 80:21 85:2

**director** 45:21 54:18 56:1,9 57:16
64:10

**directorate** 64:11

**disagree** 142:23 196:7,9

**disclose** 67:4

**discuss** 33:25 80:24 106:6,11 142:9
211:9 253:19

**discussed** 104:16 105:7 106:23
107:6 111:15,25 112:1 159:6

**discusses** 109:25

**discussing** 69:8 79:22 111:1,5,11,
22 112:5,11,14 115:6

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 88 of 109 PageID#
23278

Highly Confidential

Anthony J. Ferrante
February 16, 2024

**discussion** 206:21 292:18

**discussions** 272:10

**dishonest** 146:1 160:3,13

**displays** 179:23

**distance** 180:12,16,22 181:4,14,20

**distinction** 83:25 84:3 179:3,7

**distracted** 222:15

**District** 5:5

**division** 5:6 33:12 45:17,22 48:9
54:19 55:4 56:3,10 59:15 62:17

**divisional** 56:13

**document** 34:6 83:8,18 84:17
100:17,24 104:24 105:3 110:4,5
119:9,10 138:25 139:16,19 141:19
143:16 146:25 147:12,20,24 148:7,17
149:3,5,15,25 154:7 162:7 181:10
190:13,15,21,22 194:5 195:4 202:3
206:4,5,16,24 207:3,6,23 208:2,3,7
209:6,7,23 212:8 221:12 222:4
234:12 247:7,22 253:23 290:1 294:18

**documentation** 108:13,17 109:18,
24 154:7 187:22 290:2 293:8

**documented** 134:14

**documenting** 164:24 203:3 219:5

**documents** 68:25 69:16 70:1,2 91:2,
7 99:17,22 100:1,7,11,12,15 101:4,9,
10,14,17,22 102:1,3 104:16 105:6,9,
18 106:15 110:8,11,23 111:19 119:5
138:17,25 139:5,12 140:13,16,24
141:2,5 149:24 188:23 196:22 240:9
247:20 271:13

**DOJ** 6:10 46:22

**DOJ's** 46:21

**dollars** 252:20 254:6 271:2,11

**domain** 23:6 48:6 50:8 52:16 105:15
138:10 153:8,12,15,19 154:14,20
164:23 230:2,11 231:10 241:23 260:3

**domains** 25:20 49:6 260:25 261:7,21

**double** 258:24

**doubt** 154:4,13,19,23

**download** 23:5 51:7 293:20

**downloads** 25:20 48:7 49:6 50:13,
18 51:1

**dozen** 237:18 265:10

**dozens** 198:9,15 218:15

**dramatic** 217:5

**draw** 38:3

**drive-by** 23:5 25:20 48:7 49:6 50:12,
17 51:1,7

**driving** 72:16

**dropped** 85:20

**DSPS** 177:14

**due** 205:13 291:4

**duly** 5:22

**duties** 19:17 46:11

**duty** 13:14 63:23 64:13,22

**dynamic** 243:9,16,24 244:9,15,24
245:9,15 246:7 247:2

**dynamics** 248:2

---

## E

**E&y** 12:19

**e-mail** 24:4 111:3,9,16,25 112:21
113:3,9,21 114:2,7,12,15 115:5
230:25 231:9 242:5 250:3

**e-mails** 25:11,15 111:14 112:2,10,13

**earlier** 12:24 13:21 16:16 23:25
25:11 32:9 40:5 41:13 48:1 57:17
107:3 148:15 154:5 159:6 160:10,25
161:20 166:16 171:12 173:5 183:18
184:23 187:8,9 188:22 189:18 213:6
231:8 233:20 235:7 236:9,12 237:24
242:4 248:17 255:16 259:20 285:1
288:8

**early** 15:13,14

**easier** 201:1 202:11 211:22 223:7
247:18

**easily** 215:11 228:22,23 269:8

**Eastern** 5:5

**easy** 213:13,25 236:14,19 239:3

**eavesdrop** 213:24 215:12

**eavesdropping** 216:13 218:20
219:1,24

**ebb** 170:10

**ebbed** 55:20 59:3

**ecosystem** 22:11,12,17,20 23:4,7
24:14 26:4 48:2,12,14,18 49:11,12,
16,19,21,24 50:2,6,10,14 51:19 52:1,
22 53:12,14 56:18,24 57:23 69:3,10,
21 70:4 72:24 73:2,9 84:10,20 85:12,

14,17,23 86:1,4,21 102:17 103:5,15,
21 104:6 109:11 122:9,18 200:21
206:1 268:19 271:16,20 272:20
274:5,24 275:7,20 276:9 277:17
279:16 280:5 282:1 285:14 287:23
289:2,11,20 291:1,15 292:4,8 294:2

**ecosystems** 86:19

**educating** 25:17

**education** 8:13

**effect** 234:17

**effective** 129:8 130:15 155:6

**effectiveness** 165:12

**effects** 225:17

**effort** 30:3 156:1 235:14

**efforts** 140:4 154:8 167:14 172:10,12

**Election** 76:8

**element** 9:14 13:22

**elements** 23:7

**emergence** 182:10

**emphasis** 170:9

**employed** 66:12

**employee** 64:6 99:6 242:10 255:15
291:8,9

**employees** 111:15 112:11 115:6
290:23

**employer** 66:1,10

**employers** 11:16

**enabling** 146:1 160:3,13

**encompassed** 37:25

**encounter** 156:6

**encrypted** 215:14 218:21,23 219:23
235:9 236:10,11,14 237:9,12,15
238:15,16,25 239:17,20 240:3

**end** 24:16 74:3 84:10,11 171:24
177:15 194:17 206:13 208:14 219:22

**ended** 67:6

**endorsed** 279:11 287:6

**ends** 41:19 86:11 125:25 173:11
207:7 245:5 253:11 295:21

**energy** 233:23 269:19

**enforce** 124:24 132:25

**enforcement** 171:17

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA    Document 899-2    Filed 07/09/24    Page 89 of 109 PageID#
23279
Highly Confidential
Anthony D. Ferrante
February 16, 2024

engage 15:25 16:2

engaged 90:1

engine 15:11,14,20,24 16:8,14 17:7

engineered 82:7,8 130:7

engineering 250:9

engineers 295:3

engines 16:19

enhanced 214:19 232:2 283:3

enhancement 224:2

enhancements 217:5 223:12
232:16 233:10,14 252:1 286:16

enjoy 76:19

ensure 154:8 236:13 249:9

ensuring 46:13 88:11

enter 201:3 202:12

entered 13:14

entire 81:17 146:24 176:25 179:17
215:24 216:7 228:16 230:5 233:25
259:16 278:5 288:3,20 289:7

entities 31:20 32:2,16,24 33:4
157:11 262:4 263:6,8

entity 24:15 62:23 157:10

entry 200:25 202:10 204:18,23
205:11

equal 132:21

equally 159:9

era 245:23

Ernst 10:22 11:1,6 12:19,21 13:17
14:1,4,7,11

essential 235:19

essentially 12:15 42:15 54:25 55:21
186:3 243:5,21 244:17 259:19

established 251:22

Estonians 26:11 27:8 28:19 29:11
32:20

et.al. 5:14

ethically 81:25

evaluate 165:12 228:18,19

evaluated 125:13 133:14 228:19

event 77:18

events 11:2 42:17

eventually 45:4 55:2,5

evidence 258:12,18 259:8,13 285:23
290:7

evolution 180:4 187:11 205:13
251:24 283:2 285:4 293:10

evolve 155:16 191:13 233:5

evolved 187:6 210:14 214:19 232:14
233:3,11,17 245:3,4 250:15 290:18

evolving 155:22

exact 53:22 68:16 70:16 90:19 110:4,
18 111:24 124:11 139:15 141:10,16
158:2 184:3 192:11,20 207:15,21
216:8 253:25 255:6 256:16 279:1,2

examined 5:22

examining 84:23

examples 36:24 39:5 93:15 139:7
140:12 278:7

excellent 56:25

exception 237:11

exchange 50:19 51:2 103:18,19
104:2,7 113:15 121:13 132:9 135:25
151:11 169:4 219:20 240:11,18,21,24
241:2,4 284:6

exchanges 10:2 14:5 18:12 43:23
44:13,25 47:22 49:23 51:15,16,18
52:10 54:2 95:9,16

excuse 29:16 57:18 87:9 102:5
140:21 156:21 185:2 272:9

excused 295:22

executing 180:6

executives 25:16

exhibit 34:5,8,11 83:7,10 143:13,18
144:3,19 145:5 146:22 194:4,7,9
200:8 206:23 207:1 212:6,10 221:7,
11 222:1,5,18 225:2,4 226:25 227:2,
10,16 229:8

exist 51:7 245:1,3 251:18

existed 15:15 17:11 48:13 214:16
218:17 230:18 260:11,23

existence 93:13

existing 130:10

exists 80:15 232:2 233:2

expect 127:6

expected 6:9

expenses 265:23

expensive 264:12

experience 125:15 133:2 154:9
196:25 202:22 203:15 214:12 228:8
242:19 262:11 263:18 264:8 265:7
266:18 277:10 281:10 289:6 291:10

experienced 29:22

experiences 32:11 139:2 149:24
195:9 265:13 266:10,22 273:7 274:18
288:19,22

experiment 191:5

expert 37:19 39:9,14,15 67:15 68:11,
16 70:13 73:21 91:18 133:16 149:22
213:14 214:22 215:7,23 216:11 217:3
219:9,11,13 220:1,4,9,12,16 228:15,
16 229:13 239:15 251:4 265:8
273:15,17 280:15 281:2

expertise 68:14 267:20

experts 87:25 92:20 227:14

expired 214:18

explain 38:25

explaining 239:12

explicitly 85:14 290:6

exploit 84:11 109:11 178:16 233:22

exploitation 22:10 23:3 84:8,20
261:12

exploited 23:8 24:3,13 25:19 57:18
216:3 260:8,10,23

exploiting 215:25 261:17

extensive 52:15 106:17

extensively 124:25 125:1,16 189:1

extent 16:20 141:16 147:11,19 148:6
149:2 151:24

external 209:3

extremely 264:11

F

facilitate 176:10,13 181:23,24
219:15

facilitated 179:17

facilitates 77:4 175:22

facilitation 25:21

fact 20:16 25:1 140:3 147:4 166:25
189:16 191:22 202:23 223:18 264:11

facto 45:20

**factored** 205:22

**factors** 205:8

**failure** 167:12 169:17 170:20,21

**fair** 19:25 78:12,14,17 114:1 122:5 132:15 209:5 221:25 249:12,14 254:11 260:18,19

**fairly** 125:12

**familiar** 20:21 26:20 33:13 102:5,6, 11,13,24 103:9,17,24 227:7 234:3,7

**familiarize** 103:7

**family** 12:9

**fashion** 190:21

**faster** 295:4

**FBI** 11:9 13:15 18:25 19:3 23:13,14 25:7 27:1,19,23,25 28:7,21 29:1 30:7, 22 32:11,24 33:11 42:1,5,9,16,25 45:8,11,14 51:1 54:12 55:12 59:14,23 62:17 63:22 64:6,18 65:12,14 198:10, 16 242:10,22 255:8 264:5,22

**FBI's** 42:14 46:21

**features** 234:23 235:24 286:3,9,17 287:3,8 289:15 290:4 293:7 294:15, 22

**February** 5:8 82:23

**Federal** 65:15 262:7

**feel** 30:2 81:8 107:1 137:17,18,22 138:2 153:9 274:1

**fell** 60:14 126:19

**Ferrante** 5:16,21 34:5 41:23 83:7 86:15 100:23 124:4 143:13 144:3,19 145:5 173:16 178:3 221:6 222:1 253:16

**Ferrante-lit** 34:7,11 83:9 143:17 194:3,6,9 206:23,25 212:5,9 221:11

**field** 9:3,7,16 15:8 18:3 19:11 20:6 21:18 22:5,8 24:2 26:3 35:24 42:2,8, 11 43:1 56:14 59:24,25 60:4,5,11,18 62:8 68:13 70:15,16,19,20 81:3 84:2 91:20 92:17 102:12 183:13,15,19 184:5,13 186:16 187:16 188:1,8,12, 14,19 189:5,13,16 190:16,24 192:6, 12,13 197:13,20 199:1,19 212:23 213:3,17 214:4 236:3,7,13,23 237:7 238:8 239:8,10 242:19 266:11

**fields** 239:7

**fight** 11:9 262:13 264:5

**fighting** 71:9

**figure** 107:21 108:3 115:14 116:3,4 117:10,17,21 122:6 124:1 125:5 126:7,8 127:11 128:1,5,7 131:5 136:9,10,11 137:4,8 145:6,7,13 152:9,10,25 155:18 159:17,18,24 160:5,8,9,17,19,24 161:3,11,12,16 162:2,5,22 163:4,9,12,16 164:13,20 168:7 170:24,25 171:1,6,13,14,15 173:1 257:20

**filed** 20:7

**filing** 20:14

**filter** 167:11,12 170:21

**filtering** 129:9 130:16

**filters** 127:8 129:8,10,11,17 130:15 165:12 166:19 167:5 170:17

**finalized** 106:20

**financial** 264:4,10,21 265:4,17,18 266:21 270:15 271:12 273:17

**find** 125:12 203:2 247:5 253:24

**finding** 17:4 170:18 206:6

**findings** 140:10

**fine** 86:7 125:23

**finished** 19:2

**firm** 10:19 11:20 12:1 188:4

**first-hand** 195:9

**firsthand** 11:3 195:14,24 196:5,24

**fit** 110:1 115:23 117:14,22

**fits** 126:25 146:13

**five-minute** 212:13

**five-page** 85:8

**flag** 127:2 129:18 141:9

**flagged** 111:2,23 172:21

**flagging** 165:13

**flip** 113:23 226:25

**flood** 228:13

**flow** 170:10

**flowed** 55:20 59:3

**focus** 13:22

**focused** 10:19 13:24 42:16 79:17 268:4 275:25

**focusing** 19:20 273:23

**folks** 29:23 46:5 292:18

**follow-up** 157:23

**foolproof** 209:12

**footnote** 35:2,4 36:4,9,22 40:22 41:4 163:20 193:23 202:16,18

**footnoted** 163:10 206:10

**footnotes** 37:8 38:14,22 39:16,23

**force** 262:13 264:2

**Fordham** 8:16,18,23 10:13,14 11:8 17:20

**forefront** 278:22

**forget** 26:8 43:6,12 46:23 67:21 68:3 139:15 141:3,10 166:18

**forgive** 10:24 19:8

**form** 14:19 36:20 38:10 51:4 86:23 93:8 113:11 114:4 140:19 141:24 143:2 144:4 145:6 147:10,19 148:5, 13 149:1,12 151:23 154:2,16,24 155:8 156:20 157:3,18 158:11 163:22 166:4 167:18 169:12,25 177:22 181:18 187:19 191:2 199:4,22 203:19 220:2,10,18 231:18 240:19 252:15 264:25 266:3 267:18 274:7 275:21 276:10 280:19 284:15,25 285:21,23 287:24 291:16

**formats** 232:2

**forming** 289:4

**forms** 242:7

**found** 187:21 278:10

**foundation** 231:19 279:22 291:17

**frame** 106:17 149:23 285:25

**framed** 184:11

**frames** 123:16

**framework** 177:10,13 178:12 180:4, 5 185:7 192:16 193:4 205:6,7,10 231:9 232:1 234:23 235:4,16 236:2 239:13 259:21 286:15 287:9 292:19, 23 293:3,4,5,6,9,12,22 294:4,6,12,13

**frameworks** 157:12

**fraud** 26:10 35:13,16 37:3 38:8 40:15 83:25 84:4,8,12 85:3 109:12 112:24 178:18 194:21 196:23 222:25 227:16 232:10 240:10,17 241:14,20 243:8,17 244:14,23 245:10,14,17 246:6 247:1 248:2 252:8,14,18,21 254:6 255:23 263:11,20 282:4,19

**fraudulent** 256:9 257:5,12

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 91 of 109 PageID#
25281

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**free** 293:19

**freely** 71:24 72:19 232:22 294:8

**Freeman** 5:24 6:3 15:1 34:4,9 37:5
38:15 41:7,11,15,24 43:24 44:7 51:11
83:6,11 86:5,8,16 87:1 101:2,3
113:18 114:10 115:13 125:20 126:5
140:22 142:3 143:4,12,19 147:13,14,
21 148:8,21 149:7 150:2 152:4
154:11,17 155:4 156:15,22 157:6,21
158:12 164:1 166:7 167:22 169:21
170:3 173:7,17 178:7 181:21 188:7
191:14 194:8 199:7 200:1 203:22
206:22 207:4 212:14,21 220:7,14,21
231:22 240:23 247:12,25 253:6,17
257:2 265:25 266:6 267:23 268:12
274:20 276:4,18 279:23 284:19
285:10 287:10 288:14 291:6,25
295:8,15,18

**friends** 76:13

**front** 33:8 45:18 46:5 53:2 63:6 64:25
92:5 107:9 144:20 158:17 174:1
179:19 188:18 221:5 242:9 247:10
289:23

**front-office** 55:21 59:22

**FTI** 66:9,12,15 67:23 75:4,5,18 76:2,
6,14 86:3 88:3 92:2

**full** 7:3 55:3

**full-time** 12:14,18,19

**fun** 23:18

**function** 96:13 184:17 185:5

**functioned** 246:12

**functions** 179:21

**furtherance** 293:1

**fuzzy** 12:24

---

## G

**gain** 34:24 36:18 38:6,18 40:2 265:17

**gains** 266:21

**GAM** 259:1 260:24

**game** 155:15 156:8 166:17 233:19

**gap** 197:21 230:15 259:19 260:8,11,
22,24 261:8,20

**gaps** 214:10,11,16 235:6

**gates** 228:13

**gather** 35:25 185:17

**gathered** 123:14

**gave** 46:25 63:19 139:7

**general** 18:3 28:3,9 48:23 127:24
148:17

**generally** 84:2 128:4

**generated** 203:4 228:21 256:3,9
290:13

**generates** 24:17

**gentleman** 223:14

**gentleman's** 89:10

**Georgia** 28:1,7,12 33:3

**give** 48:5 51:13 64:15 102:8,22 109:7
141:19,22 148:19 181:1,9 186:1,2
197:17 198:8 225:14 253:22

**giving** 47:16 65:9

**global** 67:16 70:10 71:5,7 72:1,20
88:8

**globe** 88:10

**goal** 11:9

**golf** 238:20

**good** 5:25 6:1 46:3,14,16 55:19
56:11 90:13 125:20 138:12 239:12

**goods** 146:2 161:14,24

**Google** 5:15 14:17 17:7,8 30:7,10,
18,19,20 32:23 33:22 34:22 40:16
41:1 87:10,12,14,17 88:1,4 90:10
91:2,7 93:19,23 95:18 96:20,22 97:5,
9, 98:23,24 99:6,10,15,17 100:1,7,12,
15 101:17,23 104:15,24 105:3,6,8,12,
14,15,18,19 107:23 108:10,11,15,22
109:1,13,15 110:12,14,20,25 111:5,
11,14,21 112:11,14 115:6,24 116:11,
14,20 117:8,18,23 118:7,10,13,15,22,
23 119:7,9 122:14,23 123:21 124:9
126:16,18 128:8 129:16,17 130:14
134:6,13 136:12,21 138:3,25 139:2,
16,19,21 140:4,11 142:17,25 143:8
144:7,9 145:23 148:24 149:10 152:21
153:7,10,12,17 154:13,19,20 155:7,
12 156:1,9,17,24 158:8 159:4,22
160:2,21 161:13 162:10 164:13,22,
23,24 165:11 166:8,18,25 167:16
168:4 171:16,18,21,25 172:8,12,14,
20 187:15 205:16 206:5 209:18 210:7
217:3 234:3,21 235:5,22 237:5
239:24 240:25 241:5,10 256:14,25
257:3,12,15,17 258:9 260:16 262:1
263:5,8,16,20 264:4,17,21 266:1,25
267:16 268:15,22 269:10,22 271:13
272:6 273:13,21 274:6,19 277:14,22

278:11,14,16,22 279:9 280:14,15
281:16 282:1 283:10 285:12,16,19
286:10 287:22 288:5 289:1,9,15,19,
24 290:3,22,24 291:8,13 292:2,9
293:2,12,13 294:7

**Google's** 30:14 107:17 109:8 116:5,
22 120:8,9,10,13 123:7,21 127:21
128:9,22,24 129:10 132:16 133:25
134:11,18,24 135:3,8,12,17,22 136:2,
6,19,25 137:13 139:25 144:25 145:17
146:6 148:2,11 151:21 152:14,18
153:13,15 154:8,14 158:19 165:4
171:4 172:2 203:9 210:2 258:13,19,
22 259:3,8 260:12,13 266:20 267:8
280:9 284:13,23 286:20 293:7

**Google-stamped** 105:9

**Google.com** 138:9

**Google.com.** 153:20

**Googlers** 147:4

**Gosh** 30:2

**government** 28:25 30:10,18,19 49:8
60:20 65:24 66:2,3,8 76:15,17 84:2
85:19 214:13 216:1,4,25 218:23
222:18 228:20 238:1 239:22 242:2,10
254:14 255:11,14 262:6,12,25
263:12,18,25 264:11,13 265:10,15,20
266:9,14,17,24 270:2,3 279:2

**governor** 71:11 72:6

**graduate** 8:18 11:14 13:3,10 18:3,
15,18

**graduated** 9:1 10:14 12:17 13:9,11
19:5

**graduating** 11:17

**graduation** 10:12

**graph** 108:3,5 115:16,22 116:4 122:6
124:10 126:9 145:13 162:14 171:15
257:25 258:2,5,7

**graphs** 107:16 140:24 144:21 145:9,
11,22 162:14 163:1,5

**grateful** 264:16

**gravitate** 37:2

**gray** 123:19 125:10

**great** 12:1 278:7 282:16 283:1 285:2
286:24

**greatest** 288:8

**ground** 6:7

**group** 12:1 15:5,8 16:4,24 17:14
29:18 272:22 278:14 281:17

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Document 899-2   Filed 07/09/24   Page 92 of 109

23282

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**groups** 24:15 191:5,6 268:18 269:20,22 270:12 272:4,12 273:25 278:18 292:6,9

**grow** 231:17 232:9

**grown** 232:13

**GS15** 55:7

**guardrails** 178:21 200:3,6,14,25 202:9 204:13,15,17,22,24 205:5,11, 20,23,25 223:2

**guess** 16:13 17:4 22:19 241:17

**guidance** 29:19

**guts** 92:23

---

**H**

**habit** 241:10

**hacked** 82:1

**hackers** 261:15

**hacking** 81:24

**half** 265:9

**hammer** 85:19

**hammering** 216:4

**hand** 65:8 189:24 196:14 263:24 278:12

**handles** 110:9

**happen** 21:14 25:20 51:10

**happened** 23:2 24:21 46:17 139:23 259:18

**happening** 57:22 92:24 109:22,23 198:6,7 257:19

**happy** 26:9 52:19 75:14 114:16 115:2 142:9 143:10 234:13 241:18 244:3 246:22,23

**hard** 22:14 23:9 74:10 188:6 254:14

**harvest** 72:18

**HDML** 16:6

**head** 60:19 97:12,18 137:2 142:7 219:4 267:4

**header** 18:19 57:12 58:4 59:9 61:12, 18,23 62:1,2,10,14,24 80:24 104:16 105:7,16 106:6,11,23 107:6 156:19 157:2 158:4,10 169:11 173:19,20 174:4,16,23,24,25 175:5,7,9,12,15, 18,20,21,24 176:1,13,15,23 177:3,7, 9,15,20,25 178:2,4,8,9,10,11,15,24 179:5,6,9,10,14,16,23 180:2,3,4

181:6,16 182:10,17,25 183:8,22 184:6,14,16 185:7,9 186:10 187:6,10, 18 188:19 189:6 191:11,23 192:9,16, 19,23 193:2,4,24 194:16 195:15,25 196:6 197:8,16,21 198:6,17 199:14, 21 200:3,24 201:3 202:9,13 204:7,12, 16,21 205:3,6,9,24 208:25 210:25 211:5,9,18 212:24 213:9,11,21 214:9, 16 215:3,6 216:19 217:1,4,12,19 222:6,12,20 223:4 224:5,11,15 226:9 227:22 228:4,12 229:23 230:3,12 231:2,17,24,25 232:2,5,8,12,19,20, 21,23 233:8,11,17 235:1 236:1 238:23 239:25 240:22 243:19,25 244:8,17 245:3 248:7 249:18,21 250:13,16 251:1,16,21,25 252:14 260:2 261:9,23 286:16,19,22 287:12, 15 288:13 289:16 290:10 293:10,14, 17 294:22,23,25

**heading** 175:3

**headquarters** 43:6 45:14 49:9 58:16 60:1,5,12,14 62:17

**hear** 158:4

**heard** 19:23 103:1,19

**held** 64:22

**helped** 31:21 32:2,24 110:9 149:23 205:20 235:19 246:15 249:3 278:15

**helpful** 225:12

**helping** 257:4

**helps** 148:11

**hemorrhage** 265:14 266:15

**hemorrhaging** 266:1,8 278:6

**hey** 242:25 278:23 294:11

**hide** 211:22 223:8,16

**hiding** 185:18 193:15 216:17

**high** 16:12 85:9 134:2,20 145:24 180:20 241:24 242:16

**higher** 17:18 251:2

**highest** 193:18

**highlight** 169:15 192:16 202:25 203:24 215:18 237:10

**highlighted** 37:17 230:9,17 259:19 260:10

**highlighting** 187:22 205:15,20

**Hill** 46:16 47:9 60:21 63:18 67:20 68:1 76:8

**hired** 228:19

**historic** 245:15

**historical** 244:22 245:14

**hits** 238:20

**hold** 84:15 272:17

**holistic** 78:6

**holistically** 216:16

**home** 170:18 233:21 253:1

**Homeland** 29:2 262:8

**honest** 13:8 234:2 240:7

**honestly** 21:2,24

**hood** 92:22

**Hoover** 60:23

**hour** 8:6 40:8 86:6 89:14 173:8 253:8

**hourly** 89:12

**hours** 7:10 89:17,22 90:4,5 197:25 276:25 277:2,8,9

**House** 255:17 269:21

**HTML** 16:17 82:4 93:3 94:18

**huge** 261:16

**human** 270:14 272:11 276:24 277:7

**hundred** 24:6 89:21 106:25 140:8 252:20

**hundreds** 21:3 24:19 90:4 167:7 170:14 218:15

**hunting** 19:24

**hyperlink** 99:21,24 100:24

**hyperlinked** 100:17

**hyperlinks** 99:18 100:16

**hypothetical** 50:20,22

---

**I**

**IAB** 211:12 221:2 226:14,17 279:11

**idea** 148:20,22 149:8,17,18,19 194:25 224:15 226:9 227:22 228:4 279:6 285:19 287:21 288:17,25 289:9,19 290:24

**identical** 192:19

**identification** 34:7,10 83:9,12 88:5 143:17,20 194:6 206:25 212:9

**identified** 107:21 235:22 253:20 254:12 261:20 262:2

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 93 of 109 PageID#
23283

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**identifies** 263:20

**identify** 263:10,11 285:6

**identifying** 257:3,16

**identity** 23:11

**imagine** 52:12 133:20 165:18 166:20 172:24 265:23

**immediately** 10:10,12 279:11

**impact** 166:2,10

**impair** 6:20

**implement** 205:9 238:4 283:3 287:17 290:3

**implementation** 180:3 183:21 184:15 185:2 193:2 205:7 214:9 239:5 286:18 287:19

**implemented** 157:13 168:4 177:10, 12 192:17,20 215:8 224:2 231:6 232:6,19 233:12,13,17 234:25 252:2 287:16

**implementing** 202:25 203:24 252:3 289:16

**implicitly** 290:6

**important** 7:1,11 85:7 93:3 190:3 206:3 214:15 232:4

**impossible** 39:8 125:7 157:14,15, 23,24

**improperly** 198:12

**in-place** 170:16

**inability** 178:17

**inaccurate** 137:15 139:20

**inappropriate** 136:13,15,20,25 145:25 150:4,9,13,17,22 151:1,6,12, 16,22 156:17,18,24 157:1,17 158:1

**incentive** 264:21

**incentives** 264:5 265:5

**incident** 64:11 109:20 110:10,13

**incidents** 110:9

**include** 16:8 39:21 48:17 49:10 124:18 189:25 190:5,9 201:2 202:12

**included** 51:25 138:17 210:21

**including** 49:20,23 50:1,5 59:18 273:8

**incomplete** 148:7

**Incorporate** 69:1

**incorporated** 9:24 68:9 69:2 136:14

**increase** 230:2,11 232:11 252:22

**increased** 234:11

**increasing** 84:24

**incurred** 265:24

**independent** 35:7 58:12 87:25 189:13 267:10

**independently** 61:7

**Index** 103:18,19 121:12 132:9 135:25 151:11 169:4 284:6

**indicating** 271:13

**indicator** 288:9

**indicators** 208:22

**indirectly** 80:21

**individual** 62:13,19 255:5

**individuals** 64:18

**industries** 229:1

**industry** 25:10 27:24 39:1 75:8,22 76:16 78:3 81:21 125:1,15 133:16 140:13 149:22 166:15 167:3,9 168:6 170:19 172:19 174:11 175:17 176:20, 25 177:14 184:3 187:24 198:14 214:18,23 215:13 217:6 218:21 219:10 223:10,11,19 224:9 227:14,15 228:8,13 229:6 230:6,15 232:14 233:2,16,18,24 234:25 235:15 236:1 237:16 238:19 239:15 245:19 250:14, 19 259:16 261:8 262:9 268:17 269:16 271:24 272:13 278:5 279:3,4 280:20 281:3 283:2 285:5 287:4,6,12 288:3, 10,20 289:14 290:9 292:13,14 293:23 294:1,12,19,20

**infer** 208:1

**information** 13:25 34:24 35:25 36:13,15 37:7,15 38:6 39:17,20 40:2 106:20 107:16 121:25 124:15,20 128:20 130:25 132:19 134:10 138:22 139:13 146:8 153:14,18,22 154:13,19 158:22,23 163:9 165:20,23 184:19 188:25 194:21 228:11 229:15 237:15 248:13 255:18 258:13,19 259:8 267:13 268:5 269:2,4 276:3 278:25 280:6,10,12,16 281:1 284:10,20 290:19

**infrastructure** 29:3 263:22

**initiated** 30:17

**initiates** 24:17

**innovated** 168:4 233:13 289:24,25

**innovating** 170:15

**innovation** 285:25 286:2 288:11

**innovative** 233:12 285:24

**innovator** 140:11 156:2 167:2 285:17 286:6

**innovators** 233:23 235:23

**inquiries** 53:8

**insecure** 191:12

**insert** 186:12

**insightful** 93:17

**insights** 88:9 263:17

**instance** 48:21 88:1 130:11

**instances** 75:6,7 192:19 217:20 226:25

**instituted** 33:12

**institutions** 31:10

**instruct** 7:23

**instrumental** 257:16,17

**Insurance** 78:6

**intel** 21:7 22:1 193:20 235:19

**intellectual** 68:21,23 69:8 70:3

**intelligence** 19:21 20:13

**intention** 185:20 193:16 248:19

**interaction** 261:7

**interactions** 266:23

**intercepted** 236:11

**interest** 124:14 125:11 241:9 246:22 263:21

**interested** 41:4 216:17

**interesting** 76:21 85:9 225:18

**intern** 12:3

**internal** 91:1,7 101:8,10,13,16,21 102:1,2 104:15,22,23 105:2 172:18 206:5

**internet** 13:23,25 25:10 29:3 37:14 48:24 49:4 93:21 172:11,13,16 196:20 213:8 215:10 218:3,17 219:13,17 227:9,12,21 228:3 233:4 237:3 261:13,18 263:3,11 266:18 293:1 294:5,7,9

**internet-connected** 252:24

**interpret** 132:24

**interpreted** 124:8

**interprets** 159:9

**interrupt** 187:2

**interview** 94:25 95:4,8 97:20 98:1,8, 22,24 99:5 104:9,12 290:5 291:8

**interviews** 290:22

**intimately** 46:11

**introduce** 200:19

**introduced** 25:9 72:2 182:10 186:10 204:24 216:19 232:15 242:13 243:6 250:18

**introduction** 250:17

**inventor** 292:24

**inventorying** 96:13

**invest** 233:23 280:2

**invested** 268:15 269:11,20 271:8 272:2 273:21

**investigate** 22:6 25:7 28:23 36:8 109:21 112:6

**investigated** 59:18 255:8,16

**investigating** 62:9 110:12 215:25 239:25

**investigation** 23:17,19 24:17,23 25:25 26:2 27:17 30:12 31:11,21 32:3,8,16,25 33:6 35:22 36:15 38:7 40:3 57:21 61:11 62:3,14 91:18,21 92:19 112:17 132:21 138:5 154:6 184:8,9,10,22 187:21 188:21 221:11 226:5 254:17 262:7 267:2,9,15

**investigations** 24:12,20 25:2 59:23, 24 60:9 61:8,17 64:13 91:20 186:24 187:25 189:20

**investigative** 64:16 106:14 188:3,4 214:2

**investigator** 37:16 48:9

**investigators** 136:23 138:6

**investment** 270:5,8,9,11 272:7 274:14,15 281:4 286:11 288:6 294:17

**investments** 272:11 273:4

**invests** 274:2

**involve** 87:24

**involved** 15:16 22:16,21 23:21 26:10 30:20 46:11 57:11,24 58:1,4 61:22 85:12 88:16 91:22 112:25 206:2

213:12 224:12 261:3 262:11 270:7

**involvement** 33:18 35:22

**involves** 88:3

**involving** 22:6,24 26:3 29:10 59:8 61:11 62:1,2,14,23 73:2

**IP** 184:19

**Isaacson** 89:11 90:6

**issue** 52:13

**issued** 176:22

**issues** 276:24

**items** 94:10

**iteration** 243:21,22

**iterations** 285:11

**J**

**January** 13:14,16 18:24 19:1 64:8 254:8

**Java** 82:5

**Javascript** 16:6,18 82:5 91:23 93:2 94:18 174:23 175:21 178:1

**job** 10:22 11:7 12:4,7 13:18 14:1,4,7 239:12,21

**jogged** 244:4

**joined** 42:13 43:10

**joining** 11:9

**joint** 63:23 64:13,22

**Jonathan** 5:2

**Joseph** 54:19

**journal** 77:16,17,19,21,25 78:6,8,11, 23 85:4 192:1 201:17,21,22,25 217:13,22 288:1

**journals** 76:25 77:6,9,13 78:5 107:6 218:12 287:21

**Julia** 6:5

**July** 45:14 54:23 90:20

**June** 90:20

**jury** 267:16 268:2

**justice** 6:4,5 25:1 29:1 30:23 31:3, 16,19 32:1,15 81:23 262:7

**K**

**kind** 6:6 163:4 180:12 208:8 220:22

**King** 35:13,15 38:7 40:15

**knew** 23:8 25:3 60:17 240:7 246:25 267:10

**know-your-customer** 228:24 229:1 235:17 246:13 248:18

**knowing** 62:19 236:9 254:13 269:17

**knowledge** 34:25 35:8 36:1,19 38:18 57:25 74:13 195:14,21,24 196:5,10 268:16 270:9 273:23 276:2, 16 278:24 279:8 286:11 288:6 294:17

**L**

**L-E-E** 28:14

**lab** 92:1 211:13,17 221:2 226:14,17

**lack** 178:20 200:3,24 202:9 204:23 223:1

**ladder** 290:15

**land** 17:18

**language** 68:16 70:17 82:3 118:8 141:18 145:3 146:15,16,18,22 148:1, 9,16,19 175:2 269:15

**languages** 82:6 94:18

**large** 29:15 31:16 260:3

**larger** 27:2 49:12

**launch** 186:1

**Law** 78:6,8,11,23,24

**lawyers** 99:1

**laypeople** 215:19

**lead** 21:8,11 26:13 27:1,2 286:8

**leader** 88:9 140:12 156:2 167:1 285:13,17,20 286:5 287:2,22 288:10 289:1,10,19 290:25 292:3,11

**leaders** 156:10 223:3 224:5 229:5 233:23 278:23

**leadership** 292:21 293:22 295:7

**leading** 292:7,10,12,13

**Leads** 21:16

**leakage** 178:23 182:5,11,17,18,20, 23 183:5 184:6,14 186:18 187:17 191:22 192:9,23,24 195:14,24 196:5

www.LexitasLegal.com/Premier
Lexitas
888-267-1200   Index: interpret–leakage

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 95 of 109 PageID#
23285
Highly Confidential
Anthony J. Ferrante
February 16, 2024

197:5,14 198:6,16,18 199:1,19
212:24 213:25 215:3,6 217:12 233:8,
14 236:20

**leaking** 195:9

**leaks** 199:11

**learn** 242:24

**learned** 72:13 73:4,10 82:3 106:20
125:8 188:25 278:1 294:16

**leave** 45:4,11 66:3 255:11 273:10,14

**led** 24:18 138:6 168:4 211:18 222:6,
12,20 223:5 224:5,16 226:9 227:23
228:4 270:13 278:16,18 289:24 290:9
293:9

**Lee** 28:13,14,15

**left** 65:14,20 66:2,5,7 126:6 255:8

**legal** 75:8 141:17 172:17,18

**legally** 146:18 148:18

**legitimate** 248:24

**lessons** 294:16

**letters** 70:10 114:25 172:19 250:2

**level** 58:6 59:24 85:9 134:21 180:20
193:4 264:1

**leverage** 158:4

**leveraged** 23:5,6 261:9,23

**leveraging** 15:17 22:11,17

**Lexitas** 5:3,19

**liaison** 45:17,25 52:25 54:24

**lie** 251:17

**life** 11:4 288:3,20 289:7

**lifetime** 238:21

**likes** 293:13

**liking** 232:25 286:24 293:20

**limit** 290:12

**limited** 163:1

**links** 99:25

**lion's** 180:8

**list** 38:2 74:1,6 83:2,20 84:12 96:3
114:20 116:6 147:4 177:19 208:22

**listed** 38:8,23 40:6 42:24 66:19 68:5
75:10 76:1 77:15 80:13 82:16 92:15
93:5 101:6 122:6 143:8 144:5 272:4

**listen** 7:4

**listening** 235:10

**lists** 145:1,18 208:24

**Lit** 34:5 143:13 145:5

**literally** 185:19 213:7

**litigation** 83:7 88:16,18 144:19
221:6 222:1,4 229:8

**live** 250:19,20 252:23

**lives** 81:8

**LLC** 5:15

**loads** 51:22 243:5

**local** 198:3

**logical** 86:6

**long** 12:21 64:2 79:3 253:7 269:17

**longer** 162:21

**looked** 37:16 92:16 93:20 122:4
123:15 133:8 134:8 138:10 139:5
183:18,19 184:18 238:23 240:1
280:11

**lose** 264:17

**losses** 266:21

**lot** 9:15 13:24 15:10 20:2,13 39:17
70:6 72:13,17 73:10 94:9 100:5,11
113:25 123:12,13 138:4 139:3 158:21
200:20 206:2 216:23,24 217:8 232:18
235:5,6 237:22,23 264:14

**lots** 29:15,16 96:6 106:24 131:2
187:3,22 189:9 216:22 232:24

**love** 263:18

**low** 246:8,17 248:3,5,6,9

**lower** 248:15 249:9

**lowest** 249:9

**lunch** 125:22

**luncheon** 126:1

**lunchroom** 17:5

## M

**M-A-G-N-I-T-E** 103:11

**M-A-L-V-E-R-T-I-S-I-N-G** 79:9

**machine** 179:19,20 186:2

**machines** 185:23 186:4 193:19
235:14

**made** 34:12 106:15 118:1 119:1

127:21 144:9 159:14 163:9 211:22
223:7 232:3 286:10 288:5,18,21
292:1

**magazines** 87:6

**Magnite** 103:10,16 121:19 132:1
151:1 168:23 275:13 283:23

**Magnite's** 135:15

**Majority** 29:2

**make** 7:3,22 26:23 37:1 39:15 46:15
53:7 60:21,22 71:24 83:24 101:24
110:15 117:15 118:7 130:8 133:6,7
143:22 144:15 145:13 147:1,6
154:18,22 174:19 178:3,14 179:3,7
187:13 202:21 213:11 231:12 238:10,
25 243:7,23 244:13,20 245:8,12
249:20 257:8 261:25 270:16 279:7
290:16 294:24 295:4

**maker** 96:18

**makes** 146:8 154:18 179:21 229:16

**making** 60:16,19 78:10 79:12 88:12
140:4 156:1 170:9 190:7 201:1 202:3,
11 244:6 248:12 273:4,5 274:14
278:21 281:3 289:4

**malicious** 111:1,22 112:1 130:6
147:5 170:15 216:3 223:16,25 235:13
249:9,10 263:21

**malvertising** 48:7 79:8,12,17,22
80:1,8,12,15,16,20 83:2,20,25 84:4,9
178:22 201:3 202:12 204:24 232:10
240:10,17 241:14,20,23,25 242:6,7,
16 243:3,5,8,17 244:14,23 245:10,14,
17 246:6,16 247:1 248:2,16 250:6,24
251:1 252:8,14,18,21

**malware** 172:2 186:2 261:4 281:21
282:10

**man-in-the-middle** 185:12 235:8
239:19

**managed** 60:4

**manager** 60:7 96:23 97:4,9

**mandated** 84:23

**manner** 182:12,24 183:7 186:19
197:7,15 199:2,13,20

**manual** 127:3

**mark** 34:4 83:6 143:13 206:22

**marked** 34:6,11 83:8 143:16 194:3,5
206:24 212:5,8 221:6

**market** 124:2 284:14,24

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 96 of 109

Highly Confidential

23286

Anthony D. Ferrante
February 16, 2024

**markets** 51:3

**massive** 191:4 255:22 278:4

**Master's** 10:8 11:7,18 13:10 17:21, 23 18:7,11

**match** 96:18

**material** 38:2 70:7 101:7 113:25 123:21 126:16 138:4,9 144:16 150:1 155:11 164:25 167:10 190:19 225:25 250:10 262:20 263:1

**materials** 37:24 40:5 92:8,12 94:5

**matter** 5:13 6:11 20:4,16 67:25 88:2, 3 89:8 90:14,18 106:13 109:21 140:4, 17 166:25 216:8 264:11 268:3

**matters** 19:21 20:14,18 22:2 25:8 46:12 48:9 87:20 88:14,21 89:2 90:7 265:8

**MAUSER** 14:19 36:20 38:10 44:1 51:4 86:7,23 100:22 113:11 114:4 115:8 125:23 140:19 141:24 143:2 147:10,18 148:5,13 149:1,12 151:23 154:2,16,24 155:8 156:20 157:3,18 158:11 163:22 166:4 167:18 169:12, 25 177:22 181:18 187:19 191:2 194:2 199:4,22 203:19 212:4 220:2,10,18 231:18 240:19 247:8,14 252:15 253:9 256:17 264:25 266:3 267:18 268:11 274:7 275:21 276:10 279:21 284:15, 25 285:21 287:24 291:2,16

**meaning** 40:22 55:8 61:3 70:19 105:17 163:18 270:18 273:12 277:5,7

**meaningful** 83:24 84:3

**means** 6:9 29:22 58:23 129:5 146:23 209:10 249:13 270:21 273:24

**meant** 231:6

**measure** 152:2 250:23

**measurement** 281:8,9

**measures** 68:15,20

**measuring** 245:22,23

**mechanisms** 155:12

**media** 41:19,22 86:11,14 125:25 126:3 173:11,15 253:11,15

**medication** 6:19

**meet** 20:19 89:25

**meetings** 25:13 46:19 47:12

**member** 42:14,17,18,19 43:2,7,20 44:15,19 50:25 53:11,20 54:1,7

**members** 29:18 37:2 47:1,6,12,17, 21 48:6,10 51:13 53:7 55:17 59:19 63:19 75:3 107:4

**memo** 56:16

**memorized** 142:14 143:7

**memory** 12:24 41:3 206:19 244:4

**memos** 56:8,13

**mentality** 229:1 263:14

**mentioned** 230:20

**met** 6:2 20:18 89:24 116:8 117:7

**Meta** 121:22 131:8 150:9 168:14 271:22

**Methbot** 40:17,22,25

**methods** 46:17

**metric** 246:18 250:23,25 281:8 291:12

**metrics** 291:12

**Michael** 6:3 40:7 212:11

**Microsoft** 263:9 269:23

**migrated** 234:24

**migrating** 223:19 242:6

**migration** 225:5

**million** 172:1 254:5 271:2,11 278:6

**mindful** 207:20

**Mine** 259:6,7

**Minneapolis** 33:12

**mischaracterizes** 113:12 140:20 155:9 203:20

**misquoted** 226:18

**misrepresentation** 145:25 152:12, 15,19,23 159:23

**misspoke** 256:18

**misuse** 61:11 62:14,24

**misused** 216:23

**misusing** 22:7,22 23:22 43:18,23 44:13,18 47:18,22 51:14 52:5,9 56:24 57:12 59:9 61:18,23 62:10

**mitigate** 39:5 205:1 223:13 233:25 246:15 260:6 285:6 286:13

**mitigated** 224:1 228:22,24 235:6

**mitigating** 225:12

**mitigation** 231:4

**Mm-hmm** 141:1 202:15

**model** 263:13

**moment** 69:18 72:14

**monetized** 147:2

**money** 264:14,17,23 266:25 268:16, 22 269:11,13 270:8,19 271:9,13 272:2,18 273:22,23 274:3,21 275:2,5, 18,25 276:1,13,15 286:11 288:5 290:16 294:17

**monopolize** 267:17

**monopolized** 267:16

**month** 65:25

**months** 11:6 12:25 45:19 54:25 64:4, 5,9

**morning** 5:25 6:1

**mouse** 155:15

**move** 126:7 173:18 200:2 211:8 253:18

**moved** 63:24 140:15 215:13 218:21

**moves** 219:21 294:7

**moving** 87:9 136:9 152:9 159:17 160:17 170:24 171:13

**multi-faceted** 261:3

**multiple** 15:16 49:15 84:25 178:20 203:2 266:13

**myriad** 21:13 192:17

---

### N

**named** 55:2,6

**names** 76:11 234:20 292:17

**naming** 272:23

**national** 19:16 20:12 21:6 35:19 46:12 63:24 64:9 65:20

**natural** 7:9

**necessarily** 102:10 129:11 141:15

**needed** 100:18 115:21 137:9,10 140:9 185:6 191:16,19 240:5

**nefarious** 200:20

**negotiation** 42:19 43:7,10

**negotiator** 44:22

**net** 52:14,16 88:5,7 261:4

**network** 96:17,18 97:6,14,15 104:3,8

107:23 108:4,6,9,12,16,23 115:24
116:9,10,15,20 117:15,19,23 118:1,7,
10,13,22 119:2,7,15,25 120:4,18
121:1,5,8,12,16,19,22 122:24 123:9
124:10 126:22 127:20 128:12,14
129:5 146:23 147:6,16 185:15 193:12
203:3

**networking** 10:19 13:24 213:9
219:14

**networks** 54:8 82:8 96:2 146:3
177:14 198:3

**newer** 214:19 223:19

**newspaper** 87:4

**nexus** 19:21

**nod** 7:10

**noise** 178:18,19 211:9 220:24 223:1,
15

**noncertified** 42:19

**noncontrol** 191:6

**nonlegitimate** 235:11

**nonverification** 261:21

**nonvetted** 205:17

**Northwest** 5:11

**note** 232:4 238:11

**noted** 5:17 37:8 40:5 203:9 225:3
267:5

**notification** 52:13

**notifications** 46:19 47:5,6,8 52:5,9

**noting** 51:17

**nowadays** 206:14 208:16

**number** 5:7 22:15 23:23,24 24:6,25
34:11 41:19 55:6 86:11 100:4 115:23
144:4,19 155:13 156:16,18,25 158:7
162:10 169:17 171:18 173:11 207:7
221:7,11 222:1 229:20 253:11
257:11,14 267:7 278:5

**numbers** 114:25 122:6,7 123:7,25
124:3,4,5,6,12 125:19 127:14,16
132:16 137:7 139:25 144:21 153:3,6,
16 154:1 155:5 160:8 161:3,19
209:15 244:23 245:16

**numerical** 171:1

---

**O**

**oath** 6:8 67:9,11,19

**Obama** 64:5

**object** 14:19 36:20 38:10 51:4 86:23
113:11 114:4 140:19 141:24 143:2
147:10,18 148:5,13 149:1,12 151:23
154:2,16,24 155:8 156:20 157:3,18
158:11 163:22 166:4 167:18 169:12,
25 177:22 181:18 187:19 191:2
199:4,22 203:19 220:2,10,18 231:18
240:19 252:15 264:25 266:3 267:18
274:7 275:21 276:10 284:15,25
285:21 287:24 291:16

**objection** 115:8 148:14 279:21
291:2

**objections** 7:22

**obtained** 281:16

**obvious** 268:3

**occur** 25:21 33:21 34:22 40:16 50:9,
13,18 51:1 72:21 85:22,25 182:18,19,
21

**occurred** 6:15 33:21 41:1 62:3,4
182:24 183:6 184:14 197:6,14 199:2,
19 229:23

**occurring** 248:10 257:5

**occurs** 34:16 178:13 186:18 192:9,
10

**October** 64:1

**offer** 103:4,14,21 104:5

**offered** 175:14,24 248:25

**office** 19:11 20:6 21:18 22:5,9 24:2
26:3 35:24 42:2,8,11 43:1 45:18 46:5,
21,22 59:25

**offices** 5:10 12:6 60:9,10,11,18 62:9

**official** 72:7 82:12 105:9 153:20
164:24

**officially** 54:22 55:2

**oldest** 42:5

**one-on-one** 47:12

**online** 14:18 86:21 87:8 102:16
103:4,21 104:5 177:1,3 290:1

**open** 22:2 23:12,20 36:10,16,17 37:6
38:5,17 40:1 89:2 93:20 106:17,22
109:19 110:15,20 210:14 217:4
227:9,11,21 228:3,13 232:22 234:22,
23 235:2,3,4,22 236:4,6,25 237:1
238:9,17 239:8,10,25 240:11,18,20,
21,24 241:3,6,12,15,21 243:8,16,20
244:10,14,25 245:4,8,17 252:4
256:11,12,15 260:2 261:10,23 262:20

280:13 286:2,3,21,25 287:13 293:4,
17 294:14

**opening** 239:13 252:8

**Openx** 95:21 96:7 98:2,5 101:9,10
120:5 131:22 150:22 168:20 275:10
276:6 282:22 283:6

**Openx's** 135:11

**operate** 69:2,5 187:23,24 250:21
287:5 294:13

**operated** 105:19

**operates** 164:25

**operation** 30:21 36:11 261:3,16,17
278:4

**operationally** 56:2 59:13

**operations** 55:21 139:2 225:10
255:23

**opine** 68:18 70:22

**opining** 234:10,16 291:13

**opinion** 155:6 228:15 249:22 273:20
280:19 284:12,22 288:18,21 289:5

**opinions** 93:9,10 155:3 273:18

**opportunity** 186:1 249:6

**opposed** 181:6,16 196:22

**opposite** 259:10

**Ops** 256:14 257:1 262:1 263:5,8
278:11

**optimization** 15:12,15,21 16:8,14

**optimize** 15:24

**options** 201:4

**oranges** 245:24

**order** 15:23 38:3 39:20 268:18
271:19 274:4 275:6,18 276:8 277:16
279:14

**orders** 84:23

**organic** 248:18 249:8 250:11

**organically** 246:14

**organization** 124:8 130:7 167:13
170:20 226:15 229:2 271:5 277:22,23
293:14

**organizations** 25:18 85:20 124:23
132:24 149:23 216:2 232:5 264:14
271:8 272:24 273:1 285:8 287:17
295:1

**organized** 37:2

UNITED STATES OF AMERICA v. GOOGLE, LLC

Case 1:20-cv-03010-APM   Document 899-2   Filed 07/09/24   Page 98 of 109

Highly Confidential

23286

Anthony D. Ferrante
February 16, 2024

**original** 90:3

**others'** 134:14

**outed** 278:3

**outlined** 82:15 250:13

**oversaw** 46:4 56:14 60:25

**oversee** 46:7 59:13

**overseeing** 56:1

**overwhelming** 225:25

**owned** 29:4 105:19

**P**

**p.m.** 39:3 295:21

**packet** 198:2 239:19

**packets** 193:12 215:12 216:13

**pages** 16:25 145:1,4 171:17,18,21
172:1 176:2 183:24

**paid** 90:9,11 254:5

**paper** 12:5 46:19 47:5 86:2 164:6
250:2

**papers** 9:2,6,17,19,22 10:1,4 18:2,6,
10,14,18 82:14

**par** 274:17

**paragraph** 34:16,21 35:12 38:13
39:21 40:12 162:9 171:23 174:7,8,22
181:2 182:8,9 189:12 194:10,14
200:22 202:8,24 203:6,8,17,24 204:4,
11 211:12 220:24 221:13 223:14
244:5 246:21 247:5,9,15,21 254:1
255:21 256:3 268:6,8,9,13,14 270:24
272:5 276:21 281:14

**paragraphs** 35:12

**parallels** 217:2

**parameter** 205:21

**parameters** 184:17

**part** 13:18 14:4,7 18:2,7,15 19:10
21:17 22:4 23:10 30:22 31:5,9 43:16,
21 44:11,16 45:7 49:11,20,24 50:2,6
69:7 72:23 73:1 74:8,15,17,25 88:13
91:17,21 92:17 94:1,21 95:1,5,9
145:6 174:24 177:3 186:7 193:9
211:8 231:13 234:1,2 257:3 267:1
268:3 270:12 272:9

**participants** 281:25

**participate** 201:3 202:13 205:17
254:16,19

**participation** 201:1 202:10

**parties** 71:24,25

**partner** 27:3 266:16

**partnered** 27:23 278:10,11

**partnering** 28:1

**partners** 27:20 28:22 211:21 223:7
235:15 251:8 259:22 265:14 266:8

**partnership** 263:14

**partnerships** 29:5 211:20 222:8,13,
22 223:6 224:7,17 226:11 227:24
228:6 266:23

**party** 84:25

**pass** 33:2 77:11

**passed** 12:7 235:9

**passing** 70:25 71:7,19,22

**past** 110:19 153:17 184:18 248:23

**Paul** 5:10

**pause** 44:3 84:16

**pay** 10:17 12:9 51:21 55:8 243:5

**peak** 256:3

**peek** 92:22

**peer** 74:15,18,19,23 75:2,8,17 76:1,5,
10 77:1,7,9 288:21

**peer-reviewed** 191:25 201:7,17,21,
22,25 217:13,21 218:11,15 219:3
224:14 287:20 288:1,16,24

**peers** 156:10 193:20 233:24 235:20
272:12

**Peg** 5:18

**pen** 250:2

**people** 12:2 76:13 147:7 170:17
227:14 233:5,16 248:22 250:3 251:8,
9 252:3 272:22 277:13 293:19

**percent** 117:6 140:8 256:8

**percentage** 75:25 117:11,22

**perch** 62:17

**perfect** 156:8

**performance-based** 290:15

**period** 42:20 81:15 116:16,21 119:22
130:20 170:11 191:8 230:21 254:15

**Perl** 82:5 94:18

**permitted** 133:19

**Perry** 5:2

**person** 24:13 25:5 77:10 99:14 195:1
279:5

**personal** 33:17 35:21 81:1,4,7
183:23 185:14 265:12

**personalized** 185:17

**personally** 56:19 91:2 100:2 254:16,
19

**perspective** 57:15 170:23

**phishing** 24:4 25:11,15 242:5

**PHP** 82:5 94:19

**phrase** 26:21 48:17,19 49:15,19
86:20 108:15 109:5 110:14 136:17
172:9 178:19,21 200:6,14,15 227:8
266:7 281:7

**phrased** 22:20

**phrases** 180:11

**pick** 16:19

**piece** 76:8,21 77:11 79:1 85:4,8
201:15 222:23 225:6,7 229:9 237:25

**pieces** 75:21 76:25 79:23 106:19
213:10 229:15

**pilot** 210:12

**place** 16:19 20:20 118:23 127:5
129:18 155:13 176:11 177:17 228:25
236:9 249:2 263:20 290:10

**placing** 185:19 216:17

**plain** 185:19 193:16 216:17 223:8,16
235:11 236:18

**Plaintiffs** 222:18 225:1,4

**platform** 33:22 34:22 40:16 41:1
96:11,12,21 97:11 128:24 147:3
156:18 288:7

**platforms** 96:25 97:3 102:16 103:3,
14,20 104:5 127:21 128:22 129:15
132:23 159:9 185:1 257:6,12 258:9
260:12,13 264:24

**play** 185:23 186:22 244:18

**playbook** 110:6

**player** 104:2 263:9

**players** 95:17 96:6 131:3 175:17
177:13 192:12 200:20 205:17 234:25
235:11 263:10

**plenty** 81:12,18

**plug** 177:13

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA    Document 899-2    Filed 07/09/24    Page 99 of 109 PageID#
23289

Highly Confidential

Anthony D. Ferrante
February 16, 2024

**point** 8:3 13:2 23:16 24:22 28:25
29:20 36:25 45:16 57:14 76:4 86:17
87:3 110:3 113:8 114:2,11,15,21
124:22 125:21 130:25 146:21 166:12,
23 167:7 169:18,24 170:6 180:18
181:2 191:11 205:21 206:3 225:16,
18,20 227:1 229:6 230:16 243:13
244:2 246:20 251:19 252:19 254:12
278:21

**pointed** 140:9

**points** 37:18 39:14 85:10 178:15
235:21 249:19

**policies** 108:19,20 109:14 110:2,22
111:6,12,16 112:12,15 115:7 118:23
119:1 124:7,24 125:17 126:16 129:17
130:10 132:25 133:1,18,21,24 134:4,
11,14,16,22 135:7,11,15,20 136:1,5,
20 139:17 140:5 149:25 165:4,6
172:2

**policy** 108:24 109:2,9 112:5,19
117:14 126:23,24 127:1 128:9 129:1,
18 136:23 140:13,16,24 141:2,5
147:17 148:12,24 149:10 152:14,19,
23 153:21 225:11 231:9 259:21

**political** 72:7

**portfolio** 46:10

**position** 42:5,9 45:11 53:4,6 54:12,
21 64:22 65:1,5 72:7

**positions** 41:25 42:24 63:21

**positive** 203:1,25 229:3 248:20

**Possibly** 210:22

**post** 45:18 54:24 66:8

**posted** 154:19

**posture** 167:14

**potential** 112:5,15 216:15 253:21
262:2

**potentially** 7:10

**practice** 10:16 65:25 66:9 75:1 88:8
213:6 214:13 216:2,21 239:23 264:8
270:3

**pre** 241:22 242:15 243:19,20

**Prebid** 95:21 232:22 286:25 293:18

**precise** 24:6 257:11

**precursor** 210:13

**predictions** 237:25

**preparation** 34:12 91:16 94:1,21
95:1,6,9 97:21 98:2,6,9,14,20,23

99:6,11,15 100:2 104:10,13 113:10
144:11 214:25 236:24

**prepare** 106:5,11

**prepared** 13:3

**preparing** 90:22,25

**present** 66:13 90:3 142:11 214:10

**presented** 138:16,20,21

**Presidential** 76:8

**press** 30:24 31:2,7,15,18,25 32:5,15,
18 33:8 35:4,9 36:4,5,9,14 164:7
225:22 226:1,8,11,13,19 227:2,5,8

**pretend** 67:3

**pretty** 90:2

**prevent** 6:15 147:5 178:18 222:25
223:20 257:18

**previous** 47:24 74:8 97:17 183:24

**previously** 61:16 112:21 184:19
214:5

**price** 248:25

**primary** 20:8

**principal** 45:21 55:25

**principally** 178:14

**print** 87:4

**prior** 87:14,17,19,21,22 90:7 224:2

**priority** 228:14

**private** 10:16 27:20,23 28:22 65:24
66:8 213:6 214:13 216:2,21 239:22
264:8 270:3

**privately** 29:3

**privy** 255:18

**pro** 71:22

**proactive** 29:5

**problem** 195:15 253:21 254:12
262:2,13,14

**problematic** 195:10

**problems** 193:24 277:13

**procedures** 133:18,24 134:5

**proceeding** 63:11 65:4 254:23

**proceedings** 27:16 28:16

**process** 29:15 74:18 77:4 84:9 127:3
175:23 176:11 178:12 179:17,22
185:17,20 186:7 193:7,9 204:18,23
205:12 206:1 224:13 228:12 231:14

235:12,17,20 246:11

**processed** 19:9

**processes** 16:1,3 110:10

**processing** 180:9

**proclaimed** 35:13

**produced** 100:25 203:1,25

**product** 69:9 96:21 103:3,20 176:23
258:23 267:17 294:4

**products** 48:16 102:15 103:13 104:4
146:1 160:22 161:7 175:11 177:7
258:13,19,22 259:9 260:12,13,15,17,
18 293:25

**profession** 39:12 125:9 233:25

**professional** 14:23 59:1 81:8
105:15 110:7,8,25 111:21 112:3,16
202:22 203:15 209:11 228:8 242:19
249:22 265:7 266:11 270:1,6 277:10
281:10 288:19 289:6 291:11

**professionally** 81:10 82:13

**professionals** 110:25 111:21 112:4,
14 152:22

**professor** 28:11,15

**program** 18:3,7 43:11 60:4,7 82:1
202:25 203:25 228:25 229:2 235:17
236:15 248:18

**programmatic** 215:20

**programmatically** 260:4

**programmed** 16:11

**programmer** 176:4

**programming** 15:11,17 16:6,17,18,
21 17:17 94:17 213:8

**programs** 46:4,6 277:4

**project** 234:4

**projects** 234:11,16

**promiscuous** 211:20 222:7,13,21
223:5 224:6,16 226:10 227:23 228:5

**promoted** 45:14

**pronounced** 71:20

**Proofpoint** 67:15 68:9,21 69:1 70:3

**Proofpoint's** 69:8

**proper** 228:24

**property** 68:22,24 69:9 70:3

**proprietary** 93:19,23 287:18 293:17

**prosecution** 35:18 254:20,24 257:4 267:15

**prosecutions** 57:7

**prosecutor** 20:18

**protect** 68:21 167:3,15 168:6 178:21 249:3

**protected** 213:23

**protecting** 85:21 263:22

**protocol** 219:18 269:18

**protocols** 214:20 219:18 236:9 237:3 245:21 287:4

**prove** 228:23

**proves** 229:3

**provide** 100:23 197:5,12 198:25 199:18 229:2 273:18

**provided** 119:6 144:17 155:11 164:22 280:12 281:1

**providers** 102:21 286:22

**providing** 153:18 216:22 285:7

**public** 52:12 66:19 88:2 93:21 100:1, 7 105:6,18 139:19 148:17 153:19

**publication** 74:16,23 77:1,7 78:9 79:21 82:16 116:5

**publications** 74:2,7,14 75:11,17 76:1,19,24 77:6 78:13,18 79:4,7 80:13,18,23 105:10

**publicly** 123:22 133:22 134:7,10,14, 20 137:12,14,19,23 138:2 139:6,16 141:7,19 142:10 143:8 146:17 148:16 153:8,18 159:13 164:22 186:13 232:23 262:23 263:2 280:16

**publish** 81:9 82:12

**published** 76:25 77:6,9,12,13,18,20, 25 81:1,7,11 83:13 124:20 138:8 225:21 227:11,21 228:3

**publisher** 9:18,24 14:2 15:9,21 16:15 18:8 22:7,22 23:22 43:18 44:23 47:18 49:10,20 50:18 51:2 52:6 53:21 73:15 95:5,23 171:17 177:16 178:23 230:11 231:1,5 258:25

**publisher's** 174:24

**publishers** 95:1 96:14 147:7 156:19 157:1,16,24 158:3,10 169:10 173:21 174:9,17 175:6,10,25 176:23 177:7 180:13,23 181:5,15 195:10 204:7 208:23 209:1,2 211:18 222:7,12,20 223:5 224:6,16 226:10 227:23 228:5

229:23 230:1 231:24 232:24 254:5 261:21 290:16,19

**publishers'** 238:4

**publishing** 9:19 15:11 76:20 105:16

**Pubmatic** 95:18 96:7 97:21,24 101:5 119:25 120:11,12,18 132:5 151:6 169:1 284:2

**Pubmatic's** 120:13,18 135:20

**pull** 79:1

**pulled** 116:4 138:24 153:20,21,22 171:4

**pulling** 153:7,10,12,14

**purchasing** 72:17

**pure** 16:5

**purposes** 73:6 292:18

**push** 219:19

**pushing** 56:15

**put** 22:14 23:23,24 24:24 100:4 133:12 139:8 154:13 166:18 172:7 200:17 203:3 207:15 208:4 213:1 222:2 224:11 226:22 254:7 294:23

**puts** 71:2

**putting** 209:15 216:14

**Python** 94:19

## Q

**qualify** 141:23

**quality** 88:11 162:11 203:4 224:11 228:14 248:24

**Quantico** 13:15 18:24 19:1,3 65:14

**quantify** 130:9 169:16 242:17 248:4 249:13 269:10,14 276:22,23 278:2 281:2

**quantity** 117:17 158:19 169:23

**quarters** 60:19

**question** 7:4,15,17,24 9:20 13:21 14:13 18:1 22:24,25 28:9 31:14,23 32:7 34:19 36:17 38:21 39:19 44:9 46:3 47:23,25 50:15 51:6 55:19 56:11 57:1 58:18 61:14,21 66:24 69:12,25 78:16,22 79:16,18,19 81:17 86:18 90:13 91:6 95:12 97:18 100:10 101:19 106:7 109:4 111:8,13 113:1 114:5 115:1 116:1,18 117:10 118:18, 20 119:16,18 123:6,18 124:5 128:18 130:3,5 137:20 138:1,14 139:9

142:19,24 143:24 144:1,19 149:15 152:17 154:23 157:14,20,23 158:2,3, 15 164:5 165:8 166:6,13 167:21 168:11,13,16,19,22,25 169:3,6,9,14 170:2 176:12 181:12 182:3 183:2 189:8 197:10 198:1 199:6,14 201:19 209:22 210:6 211:3 218:8,9 222:9,15 226:6 227:19 228:1 229:25 231:21 240:14 243:19 244:4,11 246:3 247:24 252:10 258:16 259:5 261:19 266:5 267:22,25 268:25 269:7 271:1 275:9, 12,15,24 276:13 277:19,22 278:17 279:18 280:1,8 284:17 288:23 291:19 292:15

**questioned** 138:11 139:10

**questions** 40:11 41:6 52:3 127:19 160:11 161:1,21 171:12 173:6 184:25

**quick** 192:6

**quickly** 235:25

**quit** 11:6

**quote** 74:2,3 182:9 194:15,17 200:24 211:18 212:2 221:2,12,23 222:2 223:14 224:5 226:22 227:18 254:4 268:15 281:17

**quoted** 222:11,19 226:15 278:6

**quotes** 178:19

## R

**raise** 189:23 196:14 263:24

**raise-your-right-hand** 63:15

**raised** 213:7 278:12

**raising** 65:8

**ran** 24:18 187:16

**range** 254:7

**rapid** 42:15

**rarity** 20:15

**rate** 89:13 116:14,19,23 119:7 151:21 166:1,8,21 167:17 169:22 170:5 203:10 205:18 206:6 208:9 209:7,19 210:3,8,16,24 211:1,5 233:8 240:10, 16 241:13,19 243:8 244:14 246:6 247:1 248:1,10,15 250:6,23,25 252:7, 13

**rates** 245:14 249:9,10

**rating** 246:13

**ratio** 37:4

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony D. Ferrante

February 16, 2024

**rattled** 292:16

**reach** 30:10 165:25 263:25 264:5,22

**reached** 30:7,18,19 75:22 262:6

**reaching** 252:19

**read** 31:15 32:14,18 39:4,8,16,17 47:9 78:24 91:20 102:14 106:23 107:25 109:18,25 110:5,7 134:13 139:4 140:13 145:17 146:25 149:15 162:6 174:19 187:5 188:21 206:20 213:13 219:22 224:10 225:25 234:19 238:11 247:21 250:11 256:22,23 262:10,20,22,25 263:2 290:2

**reader** 141:20 146:22 147:8,15 148:2,11

**reading** 41:4 92:24 99:23 112:2 138:15,17 149:4 171:22 189:4 200:9 222:14 261:14 281:1

**reads** 229:15

**ready** 41:14

**real** 186:25 194:15 197:6 231:12 265:12

**realities** 82:18 83:3,22 84:13

**reality** 233:1 250:21

**realized** 293:7

**reask** 44:8 69:11 101:18 109:3 111:8 116:1 157:19 166:6 170:1 181:11 197:9 231:21 284:16

**reason** 6:23 125:4 149:13 154:4,12 197:3

**reasonable** 68:15,20

**reasons** 21:14 248:16 250:13 264:15

**recall** 13:7 14:3,6,9,22,25 17:3,12,16, 17 18:9,13,17 20:11,24,25 21:2,20, 21,24 22:3 27:21 28:2,5,10,11,15 30:2,4 33:1,9,15 35:10 40:25 41:3 43:19 44:14,20 47:16,19 51:17,19 52:7,11,19,22 53:10,19,25 54:5,6,10, 22 55:1,20 56:16 57:3,8 61:10,17,21, 24 62:2,8,12,22 63:17 65:16,19 66:18 67:1 73:22 77:25 79:21 83:5 90:19 91:9 95:7 97:25 98:3,7,11,21 99:4,12, 16 100:20 101:12,15 103:12 104:18 105:5 106:4 110:17 111:17,24 112:2, 22,25 113:5,6,13,24 115:4,11,12 117:4 119:11,21 120:1,20,21,23 121:2,6,10,14,17,20,23 130:23 131:1, 6,10,14,19,23 132:2,6,10,14 133:12 140:17 192:11 210:17 214:8 234:6,9, 14,19 247:17 255:6 258:11 267:4 282:8,12 283:13,18,22 284:1,5,9

**receive** 177:16

**receives** 159:8 179:22

**receiving** 285:3

**recent** 42:6 74:2 75:11,16 80:17,18 233:9

**recess** 41:20 86:12 126:1 173:13 212:18 253:13 295:12

**recognized** 285:9

**recollection** 108:22

**reconfigures** 219:21

**record** 5:2,17 6:2 41:18,21 44:4,5 68:17 86:9,10,13 125:24 126:2 173:9, 10,14 212:15,16,19 229:19 230:24 253:10,14 256:24 295:10,13,19,20

**recorded** 7:1

**recruitment** 261:4

**refer** 241:2 281:18

**reference** 26:9 32:22 35:13 70:3 85:2 100:14 113:15 126:15 145:3 180:19 186:9 199:24 247:16

**referenced** 26:5 32:23 33:11 37:24 38:3 39:23 40:6 80:1,3,7,21 83:14 92:9,12 94:5 100:13 101:7 102:9 104:20,24 105:3 108:18 113:22 141:11 143:22 144:24 159:1

**references** 40:20 84:18 114:7

**referencing** 33:15 35:17

**referred** 187:8

**referring** 48:20 49:2 61:1 164:14 180:17,25 203:9,13 205:10 215:5 241:11 258:23,24

**refinement** 167:4,11

**refines** 166:18

**regularly** 29:18,19 63:18 89:24 90:2 184:1

**regulations** 238:1

**regulatory** 216:5

**Reihl** 5:18

**reinforce** 229:6

**relate** 44:23 73:8

**related** 27:12,16 44:17 70:4 72:24 131:3 133:24 134:17,23 135:2,7,11, 16,21 136:5 237:19

**relates** 69:9 134:12 136:20 148:12 152:14,19

**relating** 43:17,22 44:12 69:20 86:4 254:23

**relation** 88:15

**relationship** 34:20 231:11

**relative** 287:11,14

**release** 31:3,7 32:18 33:8 35:5,9 36:4,5,9,14

**released** 32:1

**releases** 30:24 31:15,19,25 32:15

**relevant** 123:23

**reliance** 84:25

**relied** 37:24 38:3 39:16 40:6 92:9,12 94:5,7 101:7 104:19 140:23 158:25 159:1,3 183:16 186:16 190:25 208:3

**rely** 36:14,18 100:14 104:21 144:8 288:24 289:18

**relying** 202:20 291:7,10

**remainder** 43:15

**remained** 203:12 205:19

**remember** 12:3,5 17:7 20:16 25:12, 17 26:1,10 27:25 28:7 33:3 62:1 78:13,18 142:4,6,22,25 206:17 207:2 221:1,3 242:1,21 244:6

**removal** 116:7

**remove** 172:10,13,20

**removed** 128:8 129:21 136:12 145:2,19,23 156:17,19,24 157:1,16, 25 158:9 159:22 160:2,21 161:13 162:10

**removing** 172:15

**renaming** 241:11

**repeat** 9:20 31:22 50:3 61:13 78:15 95:11 105:1 116:18 152:16 183:3 196:1 199:8 209:21 211:2 222:15 240:14 256:17 258:16 284:17

**repeated** 113:1

**rephrase** 119:19

**replaced** 251:15

**report** 26:6,9 32:22 33:2,11,16,24 34:12 36:25 37:19,21 38:4 39:14,15, 24 60:6,12 73:23 83:14 89:16 90:23 91:1,4,8,16 92:4,13 93:9 94:1,21 95:2,6,10 97:21 98:2,6,10,14,20,23 99:7,11,15 100:3,5,13,14 101:6 102:9,23 104:10,13,20,25 105:4,13 106:6,11,18,21 107:8 113:4,8,10,16,

UNITED STATES OF AMERICA v
GOOGLE, LLC
Case 1:23-cv-01 08-LMB-JFA    Document 899-2    Filed 07/09/24    Page 102 of 109 PageID#
23202
Highly Confidential
Anthony D. Ferrante
February 16, 2024

22 114:3,6,13 115:11,12 116:6
123:20 124:18 125:11 133:13 141:10,
11,12 142:1,5,10,14 143:8,10,21
144:17,23 145:1,14 146:12 148:10,25
149:11 151:25 158:24 159:2,12,19
162:3,15 166:3,11 172:8 174:1
180:18 184:11 186:9 188:9,11,15,18
189:5,8,9,17 190:1,6,18,20 192:2
200:17,23 201:13 202:4 207:13,16,21
208:4 209:16,24 210:21 215:16,21
219:7 220:25 222:2 223:3 224:25
225:19 226:22 229:13,16 236:24
241:18 243:10 244:2 246:21 249:15
252:12,17 253:19,24 257:20 267:5,
11,19 268:7 273:20 276:16

**reported** 65:13 123:15 139:25 215:6

**reporter** 5:18 7:9 71:13 79:15
256:22,23

**reporting** 36:10,16,18 60:13

**reports** 107:18 140:1 141:22 144:4,
20 145:18 146:7 148:1 162:12

**represent** 100:22 251:20

**representation** 19:25 171:16

**representatives** 47:14 269:23

**reputable** 226:15 248:22

**reputation-based** 290:15

**request** 53:11,20 54:1,7 192:24
257:21

**requested** 41:12 256:24

**requesting** 194:22 196:23

**requests** 53:8 256:5,9 257:12 258:8

**require** 76:25 77:7,9

**requirement** 74:10

**requires** 270:4

**research** 36:2,3 37:14 81:2,12,13,
19,21 82:2,10,11,14 106:17 201:7,12
203:9 205:3,16 206:5 209:18 210:2,7,
15 288:17,25

**researched** 82:6

**researcher** 189:21 194:22 227:17
295:6

**researchers** 196:23 262:9

**resigned** 65:23

**resources** 270:15 272:12 276:24
277:7

**respect** 103:16 198:18 204:17,22
237:9 274:10 291:5

**responder** 109:20

**responding** 223:12 234:18 276:12

**response** 30:14 64:11 110:10 273:1

**responsibility** 59:13 60:24

**responsible** 26:12 46:9 109:23

**responsive** 29:6

**rest** 291:13

**restrict** 167:16

**restricted** 107:23 115:23 116:10
117:8,18,24 119:14,24 120:4,17,25
121:4,8,12,16,19,22 122:1,15,17
127:23 130:22 131:8,12,17,21,25
132:4,8,12 150:4,9,13,17,22 151:1,6,
11,16 158:20 160:13 161:6,23 168:9

**restricting** 132:17

**restricts** 166:9

**result** 57:6 182:12,24 183:6 186:18
191:23 195:15,25 196:6 197:14
199:2,12,20 230:2,12 260:5 264:18
266:2

**resulted** 28:18 197:6

**results** 15:24 16:9,12,20 17:18 81:2
172:21 180:10 183:16 186:17 188:8,
10,12 190:16,24 203:1 204:1 229:3

**resumes** 12:5

**retained** 5:3 71:5 87:10,13,17,21
88:21 89:6 90:17 106:14 107:2
187:15 237:5,13 238:22 239:24
280:14,25

**retention** 67:23 89:24 90:3

**retentions** 67:15 87:23

**retired** 214:18 244:17,19 250:1
251:15

**returning** 180:9

**returns** 179:22

**reveal** 290:19

**revenue** 200:17 203:3 224:11 290:12

**revenues** 228:14

**reverse** 82:7 250:9

**review** 29:25 36:18 37:6,12 39:20
74:18 75:9 77:7,10 83:17 91:2,6,10,
15,24 93:7,25 97:23 98:4,12,18 99:9,
13,18,21 100:2,6 101:4,8,13,16,21
104:16,23 105:2,7,18 107:5 109:24
111:3,9,14,16 112:10,21 115:15
119:5 127:7,10 137:3 139:13 146:19

148:18 152:24 160:4,23 161:15
163:11,18 164:12 165:19,22 168:1
171:5,8 172:25 173:2 182:22 183:4,9,
11 189:20 206:4 209:13 224:4,23
227:25 228:2 257:24 258:1 285:19
287:21 288:17,21,24 289:9,18 290:24

**reviewed** 38:17 40:2 74:16,20,23
75:2,17 76:2,5,10 77:1 91:4 106:15
110:24 111:19 112:13 113:4,9,25
133:21 138:4 144:16 164:25 202:23
203:16 224:22 227:20 248:14

**reviewing** 115:12 147:23 190:11

**reviews** 83:18 84:17 162:7 181:10
247:7,22 253:23

**reward** 37:4

**rise** 22:13 80:9 252:19 253:4

**risk** 25:9 37:3,4 51:25 71:3 80:8,9,17
84:13 85:18 156:4 198:14 203:4
204:25 216:14,19 223:11,13,25
224:13 225:12 228:18,19,20,21,22
230:5,9,17 238:2,7 243:5 246:16
251:11 263:10 285:6

**risks** 25:15 39:5 49:1 51:20 57:18
68:5 70:24 72:2,22 82:17 83:3,21
85:5,22 185:9 187:23 232:17 233:25
235:6 250:19 280:24 286:13

**role** 29:9 55:23 57:16 61:5 63:9 64:2
88:6,10

**roles** 44:22

**rolled** 60:8 286:16

**rolling** 286:14

**Rosetta** 125:3

**roughly** 59:2,3,4

**rules** 6:7 8:9

**run** 59:25 60:3 238:16

**running** 56:7

**Russian** 35:18 261:15

**rye** 81:19

---

**S**

**safe** 154:9 173:23 257:7,9 266:17,18
290:3 294:11

**safer** 147:6

**safety** 107:17 116:6 139:25 141:11,
12,22 142:1,5,10,14 143:7,21 144:23
145:1,18 146:7 147:3 148:1,10,24
149:10 162:11 200:18 281:22 282:14,

23 283:4,15,20,24 284:3,7

**sale** 14:17

**sales** 73:7

**sat** 25:14

**scale** 55:8 259:18 260:4

**scareware** 49:6

**school** 11:7,12,14 12:13 13:3,10 78:24

**science** 8:22 9:4 11:8 13:11 17:25 18:4

**scope** 73:16 140:3 154:6 267:19 268:3

**scrambles** 219:21

**screen** 188:13 190:11

**seal** 66:22

**search** 15:11,14,20,24 16:7,9,12,14, 19,20 17:7,18 121:24 172:21 247:20

**seasoned** 29:20

**seconds** 43:25 190:10 191:10

**secret** 186:20 192:4

**secretary** 72:6

**secretive** 76:19

**section** 56:4

**sections** 56:4,5

**sector** 27:20 28:22

**secure** 67:16 154:9 187:7 214:19 232:3 239:14 243:24 249:21 250:3,12 259:4,13 266:17,18 288:6 289:25 290:4 293:10 294:11

**securities** 84:23

**securitization** 272:3

**securitized** 294:10

**security** 9:15,16 10:16,20,23 13:22, 23,25 19:16 20:12 21:6 29:2 39:1,4,8 46:13 49:1 57:18 63:25 64:9 65:21 68:16 70:16,19,20,21 76:13,15,16 78:2 83:21 110:7,8,25 111:20 112:3 155:15,21 167:9,14 170:19,22 178:15 180:13,21 182:11 183:20 184:2 185:9 186:9 189:21 194:15 197:21 204:25 209:11 213:8 214:10,11,15 217:5 219:14 220:4,12,19 223:12 224:1 230:15 232:16 233:4,10,14,20 234:11,17 252:1 259:19 260:7,11,22, 23 261:8 262:8,9 265:7 266:11 268:18 270:6 271:15,20 272:13,20

273:15 274:4,23 275:7,19 276:9 277:16 279:15 280:4 283:4 285:13 287:22 288:20 289:1,6,10,20 290:25 291:11,14 292:3,7 294:1 295:6

**seek** 30:8 262:3 263:11

**seeking** 18:11

**selected** 42:13

**selfish** 292:25

**selling** 16:24 17:14,16

**send** 77:3 193:6 249:4

**sender** 231:9 259:21

**sending** 216:14 237:22

**senior** 11:21 12:12,14 25:16

**sense** 61:2 63:15 65:8 67:19 77:17 155:25 159:15 179:11 204:15 229:17 261:25 269:14

**sensitive** 32:11 70:24,25 71:1,8,19, 23 72:4,11 184:20 185:17 218:24 235:9 249:4

**sentence** 171:25 174:8 211:15 254:4 255:22 268:14 272:5

**separate** 128:15 192:13

**September** 10:21 11:1,12,13 12:20 13:6,7

**series** 107:16

**serve** 58:16

**served** 43:11,14 54:23 64:4,10 240:11,17 241:14,20 248:23

**server** 15:22 91:23 93:2 179:4,6,14, 25 180:2,7,8 181:7,17,24 187:9 231:5 236:20,22 286:19 288:13 293:11

**servers** 9:18,24 10:5 14:2,8 15:9 16:15 18:8,16 22:7,22 23:22 43:18 44:18,23 45:2 47:18 49:11,20 50:2,6, 7,18,19 51:2,3 52:6 53:21 73:15 95:5, 23

**service** 65:24 66:2,4 254:6

**services** 146:2 160:22 161:8

**serving** 45:20

**session** 212:22

**set** 58:7 94:9 108:18 132:25 158:16

**setting** 140:12

**Seventy-nine** 206:7

**share** 71:25 72:19 180:8 195:8,21 196:24 278:24,25

**shares** 58:1

**sharing** 168:5 276:2 279:8

**sheer** 117:17 169:23 223:15

**sheet** 164:6

**shop** 32:5

**short** 191:8

**shortly** 257:21 286:14

**shoulder** 265:11 266:13

**show** 33:24 128:20 141:25 194:2 206:15,21 212:4 234:13

**showed** 133:10 221:4

**showing** 107:22 115:22 116:3 209:19 210:3,7,16 258:7

**shown** 127:2,22 128:21,23

**showroom** 72:16

**shows** 257:21

**shy** 100:20

**side** 179:4,5,6,14,16,23 180:1,2 181:6,7,16,17,24,25 187:9 236:20,22 254:14 286:19 288:13 293:11

**sign** 189:23

**significant** 25:13 42:16 185:9 186:8 230:17 232:16 261:15 270:4,14 272:8,14

**significantly** 232:14

**silver** 156:7

**similar** 16:14 18:1 24:3 69:25 127:19 155:20 160:25 161:20 171:12 173:5 259:20 266:22 286:20 295:2

**similarly** 47:4 144:25

**simple** 24:13 96:19 213:17 239:5

**simultaneous** 182:12,24 183:6 186:18 197:7,15 199:2,13,20

**single** 22:14 39:7 114:8,18 123:12 157:10 159:7 167:7 170:8 176:19 184:2,24 186:22 188:2 197:17 198:25 199:18 213:5,15 216:18 225:13 228:10 271:24 280:20 281:11

**singular** 170:8,21

**siphon** 185:14

**sir** 5:25 7:20 8:7,15 74:5 142:20 200:7 267:12

**sit** 27:15 33:7,23 40:19,24 41:2 48:12 52:18 57:1,8 62:25 69:22 70:5 75:20,

UNITED STATES OF AMERICA v.
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 104 of 109   Anthony D. Ferrante
23264
Highly Confidential
February 16, 2024

23 77:22,24 78:14,19 79:5,20,24
95:24 96:5,9 100:20 103:6,22 104:18
105:14,22 108:21 110:3 113:23 114:1
115:4 123:1 131:1 133:10 134:25
135:4,9,13,18,23 136:3,7 140:18
143:6 146:25 150:6,10,14,19,23
151:3,8,13,18 156:11 157:5 159:15
160:15 161:9,25 167:19 168:10,15,
18,21,24 169:2,5,8,13 170:13 172:22
178:2 179:19 197:2,4 199:17,23
207:19 210:17 214:7,21 224:18
229:24 230:13 233:21 234:5,8,20
241:16 251:3,20 252:9 253:1 258:11
267:4 269:1 275:8,11,14,22 277:18
279:17,25 280:7 282:7,11,20,24
283:8,12,17,21,25 284:4,8

**site** 137:13 153:21 184:16,20 185:18,
19 193:16 216:17 223:8,17 235:11
236:18 238:5

**sites** 16:11,17 17:17 49:4 164:24
175:10 183:24 209:4

**sits** 175:21 193:5

**sitting** 17:5 22:2 25:18 48:21,24 49:3
51:8 142:16 170:18 185:12 193:9
215:22 217:2 277:24 295:5

**size** 265:22

**sleep** 39:2

**slightly** 106:8 109:5 116:13 136:17
259:6

**small** 11:19 106:14 272:22

**smaller** 10:17,18 263:10

**smart** 25:4

**sniffing** 185:13 191:7 193:12 198:3
215:12 216:13 237:14 239:19

**software** 172:3

**solicited** 183:22,23

**someone's** 186:2

**sophisticated** 277:23

**sophomore** 11:20

**sorry.are** 26:20

**sort** 36:10 123:24 133:23 189:21
190:13 192:7 216:5 236:3 237:11
253:4

**sorts** 184:25 280:24

**sought** 263:5

**sounds** 102:13

**source** 36:10,16,17 37:7 38:5 39:7

68:25 69:13,15,16,18,20 91:10,12,15,
22,24 92:11,15,16,17 93:7,12,15,18,
21,22 94:13,15 106:17,22 124:16
127:8 133:13 159:8 163:8 194:20
196:13 216:9 222:1 226:16 227:5
232:22 262:20 280:13 286:25

**sourced** 262:23

**sources** 36:13 37:17 38:6,17,22
39:19 40:1 106:22 192:4 195:8,20
209:3 226:2

**Southern** 20:18

**space** 52:17 96:6,15 104:2 131:3
140:5,14 156:11 167:2 177:17 193:21
213:8 215:24 220:6 223:3 235:23
237:23 259:23,24 272:25 278:2,23
285:9,17,20 286:5 287:16

**spam** 24:4 25:11 203:10 206:6 208:9
209:6,19 210:3,7,24,25 211:4,5 242:5

**spasm** 210:16

**speak** 17:10 31:12 38:13 133:15
134:2 170:17 209:9,12 223:13,18
231:13 233:15 266:20

**speaking** 32:9 49:13 63:14 118:8
127:24 129:19 205:5 222:25 266:10,
21

**speaks** 206:3 283:1 285:4

**spearheaded** 235:14

**special** 19:18,19 20:5 21:19,23
23:21 31:5 42:1,7,21 43:1,10,13
45:15,24 46:2 52:24 54:13 55:10,13,
23 58:24,25 59:4,7 60:2 61:6 64:18
294:24

**specific** 14:14 26:1 34:2 48:23 50:16
53:10,19,25 54:3,6,9 60:11 61:10,22,
25 62:8 76:5,11 78:18 86:2 94:12
111:13 112:24 113:1 134:1 184:21
197:5,12 198:8 200:11 230:1,10
233:14 242:8 248:16 249:16 258:23
260:17,21 261:19 264:8 267:7 276:13

**specifically** 9:4 27:21 30:5 51:16,17
52:15 53:13 71:2 131:10,15,19
211:11 214:4 215:3 220:24 239:7
262:25

**specifics** 57:3

**speculate** 268:1

**spell** 15:4 28:13 71:12,14 79:14
102:7 103:10

**spelled** 103:25 229:19 234:4

**spelling** 18:19,20 19:22 55:4 67:16

79:9,13

**spend** 155:23 156:11 233:21 275:3

**spending** 267:8 272:18 274:22
275:5,17 276:6

**spends** 271:19,22 274:2 275:2

**spent** 215:23 267:1 268:22 271:14

**SPF** 230:24 231:8 259:21

**spike** 22:10

**spoke** 25:14 88:23 183:18 232:17
235:7 243:11

**spoof** 23:5 25:20 49:6

**spoofed** 261:7

**spoofing** 48:6 50:9 230:2,11 241:23
260:3,25

**squad** 19:16 46:4 55:15,18 58:20,21,
23 59:19,20,22 61:7 242:11,22

**SSPS** 176:8 177:14

**staff** 45:20 46:5 47:14,15,17,21 51:14
53:7,11,20 54:1,7,14,16 55:1,3,12,24
56:13 59:1,12 61:4 63:3,20 240:8

**stages** 15:13

**stamped** 17:8

**stand** 22:3 273:6

**standard** 174:11 237:16 271:19
272:19 274:3,22 275:6,18 276:7
279:14 280:4

**standards** 23:14 200:25 202:10
268:17,23 269:12 270:10 271:14
272:3 276:8 277:15

**standing** 265:11

**Starbucks** 185:13

**start** 6:6 8:11 14:16 53:17 68:8 69:14
95:13 102:23 107:20 174:4

**started** 10:22 11:25 12:18 13:5 25:24
39:9 45:15,16,19 66:9 81:21 88:1
106:17 175:3 281:1

**starting** 8:12 37:21 211:11 242:23

**starts** 73:24 107:12 147:1

**state** 65:17 72:6,8,11 78:25 110:5
196:14 254:5 276:21 281:16

**stated** 89:16 132:22 146:16 162:8
185:8 222:20 248:1 292:2

**statement** 23:25 107:2 122:13
195:17,19 196:2,8 202:4,8,17,19,21
244:6 269:10

UNITED STATES OF AMERICA v
GOOGLE, LLC
Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 105 of 109 PageID#
23205
Highly Confidential
Anthony D. Ferrante
February 16, 2024

**statements** 270:16

**states** 5:14 72:9 123:17 228:20 254:6

**stating** 149:21 171:2 223:4 265:6

**statistic** 203:5 204:10 207:15 223:22

**statistical** 164:15,19 171:7 173:1 182:22 183:4,10,12 189:1 209:14 210:23 222:5,10,17 224:4 246:5 249:25 250:6,23,25 251:12 256:16 257:9 258:2 285:18,24

**statistics** 138:9 140:7 202:24 203:16,17,23 204:3,20 205:2 207:12,17 208:3,4 244:24

**stenographic** 5:17

**step** 59:12 62:6 69:12 291:20

**stepped** 43:9

**stepping** 290:14

**steps** 156:3 172:24 184:12 188:24 192:5 200:18 234:22

**Stones** 125:3

**stood** 48:10

**stop** 59:16 235:19 264:22

**stopped** 171:2

**story** 62:4 179:11 187:6

**strategic** 60:9 277:11

**Street** 5:11

**streets** 12:4

**strike** 104:22 165:10

**strive** 263:13

**stronger** 29:4

**studied** 73:4 82:4,6

**studies** 81:2

**stuff** 139:11 190:23 198:4

**subcategories** 142:11 146:13 147:24 149:6,16 160:11 171:16

**subcategory** 126:22 128:8,13,15 129:4 136:11,13 141:8 152:11 159:21,22 160:1,2,20,21 161:12 163:5

**subject** 23:1,12 62:13,23 67:25 87:20 140:17 168:2 216:8

**subjects** 22:6,21,24 56:23 57:12 61:17,22 62:9

**subordinate** 61:3

**substance** 31:7 79:24 89:5 141:4

**substantial** 268:15 269:11 270:18, 19,21,23 271:2,9 272:2,18 273:5,21 274:3,15 275:2,5,17 276:7,20,25 278:2 280:3 281:3,5,7

**success** 167:5,12 169:17,22 170:20

**suggest** 141:15,17 146:13 258:13,19 259:8,13

**suggesting** 66:21

**summer** 12:13 90:20

**super** 239:3,5

**supervise** 55:12 56:23 58:3,7 59:6

**supervised** 57:11

**supervising** 46:1 54:13 55:22 59:7 61:2 64:17

**supervisor** 45:24

**supervisors** 58:19

**supervisory** 45:15 52:24 55:10

**supply** 96:19

**support** 87:25 125:6 129:8 138:17, 25 140:24 153:21 160:8 161:3,16 164:24 184:13 186:17 192:1 208:8,12 208:2 209:15 222:6 224:15 226:9 227:22 246:5 249:25 288:25

**supported** 29:12 189:11 228:4

**supporting** 88:4 154:7

**supports** 115:15 127:11 137:4 144:21 152:25 160:24 163:12,15 164:13,19 171:6 182:23 183:5 190:6 195:23 196:4 201:17,21 222:11,19 224:4 285:19 287:21 288:17 289:9,19 290:24

**surprised** 192:18 238:3

**surreal** 13:1

**surrounding** 139:5,12 248:16

**survey** 94:22,24 289:13,18,23 290:6

**surveys** 94:20 97:20 289:8,22

**susceptible** 213:23 215:11 216:12 217:17,23 218:3,13,20,25 219:23 259:16 260:1

**suspect** 232:9

**sway** 166:22

**swear** 5:19 20:19 189:24

**sworn** 5:22 6:8 21:4

**synonymous** 240:25

**system** 15:25 16:3

**systems** 110:11

**T**

**T-A-G** 281:18

**T-X-T** 230:21

**table** 27:15 270:13

**tactical** 60:10

**tactics** 201:2 202:12

**TAG** 281:18 282:1,4,10,15,19,23 283:7,11,16,20,24 284:3,7

**TAG's** 281:21

**takedown** 88:4,5 257:22 258:8 262:3 265:22

**takes** 60:5 166:14 269:25 270:15

**taking** 57:23 88:6 156:3 220:23 274:17

**talk** 7:2 35:4 36:25 39:6 42:4 49:1,2 58:18 59:6 68:6 69:17 85:5,9,17,18 94:13 107:11 139:8 159:16 168:1 174:23 177:2 178:17,23 179:2,9,10 180:16 182:4 197:24 198:9,10 213:9 215:3 223:14 229:12 230:7 241:18 242:23 243:13 244:3,5,7 246:24 252:18 267:6 276:19

**talked** 34:20 63:22 97:19 188:22 189:1 194:17 212:23 214:5 215:19 230:19 235:2,24 236:12 237:24,25 255:16 260:7 262:8 272:5

**talking** 12:23 16:7 17:6 18:23 25:18 28:25 33:14 34:15 47:2 58:8 59:7 81:23 86:2,19,20 87:3 117:10 126:6 140:5,6 145:2 163:24 164:11 174:4, 15 182:18,20 188:12 195:5 198:22 203:18 215:20 218:16 222:24 223:2, 4,9 225:1,20,21 238:15 242:11,20,25 245:18 251:7,14 255:4 259:1 272:23 278:21 280:19 291:23 292:19 293:21 294:5

**talks** 141:8 145:3 223:23 224:10

**tallying** 90:4

**TAM** 232:21 286:24

**target** 22:12,18 23:1,12 57:19 62:13, 20,23 73:6 84:10

**targeted** 24:14 25:16 48:4 49:5 290:20

**targets** 22:6,22,25 56:23 57:12 61:18,23 62:9

**task** 262:13 264:2

**taught** 294:17

**TCIP** 93:1

**TCP** 295:2

**TCPIP** 219:18,20 292:24 293:6 294:5

**team** 42:14,15,17,20 43:3,8,10,12,17, 20,22 44:12,15,17,20 75:1,3 77:3,11 88:12 89:25 90:1 106:14 107:4 138:6 184:24 214:1 225:5 277:24

**teams** 277:3,5,9,12,14 279:13

**tech** 14:12 28:1,7,12 33:3 44:22 125:2,16 133:3 139:3 211:13,17 216:21,24 221:2 226:14,17 271:5,8 272:1,10,22 273:1,11,12,15,25 274:13 280:21 281:12 291:23

**technical** 27:23 29:17 91:18 92:20 109:20 186:24 188:4 215:23 225:11 237:14

**technician** 42:22 43:11,13,14

**technique** 248:14,20,21 249:7,8,11, 21 250:12

**techniques** 245:20 251:5

**technologies** 12:11 13:21 15:4,5, 15,19 17:10 29:16 118:23,25 127:5 129:17 130:11 136:22 152:21 168:5 170:16 205:14 210:13 213:12 215:8 216:1 217:1 219:15,16,17 223:19 233:22 235:18 238:5,13 241:11 243:6 257:18 259:3,4 273:2 279:5 283:4 286:15

**technologist** 229:12

**technology** 9:8,10,12,14 12:1 13:19 15:7 16:4,23 17:14 177:11 213:14 219:12 220:1,9,17 223:24 231:8 235:16 237:19,20 250:2 251:14 290:18

**telling** 6:16 118:14 179:11 214:22 215:7 216:10 219:14 228:21 242:18 274:9,12

**ten** 20:10 39:9,10 55:20 59:4,5 61:6 74:8 76:3 78:4 80:19 81:22,24 82:1,2, 3,9 83:3,21 84:13 203:11 206:6,12 208:9

**term** 26:19 35:15 51:18 53:16 58:7 61:2 85:19 92:22 110:18 141:13,14

178:11 241:6 265:17 266:15 273:6 281:4

**terms** 50:23 53:22 54:3 96:19 181:4, 14 213:2 230:21 243:17 245:9

**terrorism** 11:10 19:20 20:4 21:7 22:1

**terrorist** 20:14

**terrorists** 19:24

**test** 72:16 186:17 187:17 188:1,8,12 189:5,13,16 190:17,25 192:6,12,13 197:13,20 199:1,19 206:19 212:23 213:3,17 214:4 236:3,13,16,21,23 237:7,23

**tested** 183:13,19 188:15,19

**testified** 5:23 38:16 61:16 66:17,22, 25 67:9,20 68:8 69:14 70:9 73:21

**testify** 21:19 52:23 53:2 63:3,6,10,14 64:21,25 65:3,6,15,17 112:20 122:23 123:1,3

**testifying** 21:22 22:3 125:5

**testimony** 63:15 65:9 68:1 69:8 72:24 80:11,14 113:12 140:20 203:20 293:24 294:3 295:21

**testing** 91:21 92:18 183:15 184:6,13 236:7 237:11

**tests** 238:8,16 239:7,8,10,18,19

**text** 193:14 213:21,22 215:9,11 216:11 217:16,20,22 218:2,12,19,24 238:24 239:16 240:2

**thing** 15:12 17:2 125:8 266:16 293:15

**things** 25:6 93:11,14 94:6 100:25 106:10 112:9 125:19 139:1,7 143:22 156:14 163:25 164:11 189:10 233:3 250:20 254:13 270:12 272:4 273:22

**thinking** 77:16 112:2 191:4

**third-party** 85:18 238:2,7

**thought** 41:11 63:4 100:18,19 112:18 123:23 125:12 159:14,15 225:17

**thousands** 24:19 62:18 102:20 147:4 167:7 170:15,17 218:1,6,11 219:5 238:18 239:7,9,18,20

**threat** 80:17 155:22 201:2 202:11 241:25

**threats** 29:6,7 39:4 48:13 242:12 264:3

**three-minute** 212:12

**Tiger** 238:20

**time** 5:8 8:4 12:20 13:2 14:10 16:23 17:13 19:18,24 20:5 21:17 22:4,8 24:1 35:24 42:21,25 43:3,5,15 46:8 49:8,9 55:11 56:7,22 57:15 60:7 64:19 65:12,13,14 73:20 83:16 119:12,22 123:16 130:20,25 132:22 138:13 139:18 155:23 156:12 170:11 186:25 187:14 188:17 191:8,15,18,20 198:2,3,7 200:11 209:7 214:13 216:6 231:12 232:18 233:23 243:2 246:23 255:7 262:12 268:16 269:19 270:1,3, 8,14 273:22 276:1,7,15,19,21,23 277:1,5,7,12 280:3 286:11 288:5 294:16 295:16

**timeframe** 45:25 46:2,7,25 56:17 57:11 58:11 63:2 119:8 120:2,24 121:4 127:25 128:2,19 131:16 132:1, 5,9,13 151:2,7,12,17 158:8,13 163:2 259:1

**times** 7:11,21 11:24 12:13 21:18 27:22 31:13 47:11 49:15 66:16,25 67:8 87:16,19 215:2 230:20 277:8

**Times.com.** 93:16

**title** 74:2 78:7 82:17 108:2,3 141:3,10 193:23

**titled** 82:17 124:10 136:13 152:11 159:23 160:3,22 161:14

**titles** 75:24 78:21 79:25 83:23

**today** 6:10,15,21 8:3,9 32:7 40:25 49:16 67:11 77:24 78:14,19 79:5,20, 24 80:11 108:21 114:2 115:5 122:23 123:1 133:10 140:18 142:17 143:7 159:16 179:12 184:3 187:7,12 197:4 198:11 199:17,24 217:3,7 225:13 232:2,20 235:7 251:25 264:13 266:11 285:12 286:22 288:4 292:17 293:5

**today's** 295:21

**told** 81:21 183:19 213:6

**ton** 72:2

**tool** 231:4

**tools** 209:2 245:20 268:17,24 269:12,25 270:4,11 271:14,19 272:19 274:3,22 275:6,18 276:8 277:16 279:14 280:4

**top** 83:3,21 84:13 97:12,18 108:6 126:9 137:1 142:7 145:17 147:3 219:4 248:25 267:3

**topic** 9:23 10:2 18:19 32:12 48:1

78:2 173:19 200:2 253:18 274:13
280:22

**topics** 60:5

**totality** 94:8 106:15 138:15 140:2
166:24 167:9 169:19 202:23 203:15
225:9,10 228:10 248:13 268:5 280:11

**touching** 209:3

**tough** 22:25

**tracking** 162:23

**trade** 57:25 102:25 103:2,4 121:8
131:18 135:6,7 150:17 164:7 168:17
225:22 226:1,8,11,13,19 227:2,4,8
275:4 276:6 280:2 282:3,9

**traditional** 61:2 63:14 65:8 67:19
77:16

**traffic** 185:13

**trains** 56:7

**transcript** 70:18 98:5,13,19 99:10,14

**transcripts** 97:24

**transferred** 213:20

**transparency** 283:7,11

**transparent** 140:7

**traverse** 191:10

**traverses** 190:11

**traversing** 13:25

**trend** 238:7

**trending** 223:10

**Triply** 218:14

**trivial** 238:14 271:4 272:7

**trouble** 216:24

**true** 89:12 123:4 207:25 216:10,11
284:11,21

**Trump** 64:6

**trusted** 251:8

**Trustworthy** 281:17

**truth** 6:9,16,20,24 123:12 124:16
140:1

**Tuesday** 10:25

**turn** 211:21 223:6

**tweak** 232:25 293:20

**tweaked** 286:23 293:13

**tweaks** 294:24

**Twelve** 55:20

**type** 46:6 48:16 63:10 68:23 81:13
89:3 91:10 93:11 102:15 109:1,8
133:14,18 136:14,16,19 141:23
147:15 148:23 149:9 150:1 152:13,18
165:19,23 210:23

**types** 185:1,2 240:2 266:22

**typically** 8:5

## U

**U.S.** 5:4 66:8 216:1,4,25 218:22
255:11 265:10,15,20 266:9,14,24
279:1

**UDP** 295:5

**ultimately** 90:22 255:5

**unable** 99:24

**unclear** 16:13

**uncommon** 52:13

**uncovered** 256:15 257:1

**undergrad** 8:24 9:16 10:13 18:2

**underlying** 100:17 115:15 125:6
127:11 137:3 152:24 160:4,23 161:15
163:11,15 164:12 171:5,7 172:25
209:14 257:25 258:1

**understand** 6:12,21,22 7:6,12,15,
17,19,25 25:2 29:16 41:5 58:10 74:9
87:2 93:4 99:2 109:22 112:6 146:19,
20,23 148:2,11 178:4,6 182:2 189:7
190:3,9 200:19 213:12,14 214:3
238:6 239:4 243:18 262:8,16,18
270:25 273:3 288:15 289:22

**understandable** 133:15

**understanding** 10:7 30:9 58:19
60:15 108:14,25 117:9 138:16,19
141:20,22 174:20 208:19 210:10
226:6 228:11 250:10 251:5 262:5
263:4

**understood** 11:15 91:5 101:25
106:16 229:14

**unencrypted** 237:15

**unfair** 218:7,9

**unique** 158:16 214:23 231:5 232:6

**unit** 19:14 41:19,22 56:5 86:11,14
125:25 126:3 173:11,15 253:11,15

**United** 5:13 228:20 254:6

**University** 8:16,19,24 10:13,15 11:8

17:20 28:1,8,12 33:4

**Unofficially** 54:25

**unpack** 29:17 59:11 62:6 73:17
122:22 217:8

**unpacking** 251:4

**Unraveling** 193:24

**unsealed** 66:19

**unusual** 264:2

**unwanted** 172:3

**updated** 74:11

**updates** 57:25

**uptick** 48:3 84:19 204:24

**user** 85:21 147:3 178:23 184:20
191:9 193:6,24 198:21 199:11
213:18,19 216:14 235:9 249:3,4

**users** 22:12,18 23:8 24:15,16 80:10
84:10,11 168:6 183:23 185:14,18,23
195:10 198:5 224:12 232:19 237:21
252:25 290:20

**users'** 193:19 235:13

**utilize** 15:25 16:2 232:24 263:23

**utilized** 219:15 248:15 260:3

**utilizes** 217:19

## V

**vacuum** 279:5

**valid** 251:19

**validate** 189:3 231:10,11

**validated** 189:2

**validates** 259:21

**validating** 155:24 156:12

**varied** 177:12 203:10 205:18

**varies** 133:1 159:12

**vector** 22:12,17 24:3 25:9 48:3 49:7
57:19 242:4,13

**vectors** 51:22

**vehicle** 72:16,17

**verbal** 7:11 46:18,25 47:16,20 51:13

**verifiable** 133:13

**verified** 93:10 124:16

**verify** 37:15 93:12 137:18,23 138:2

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 108 of 109 PageID#
23206

UNITED STATES OF AMERICA v.
GOOGLE, LLC

Highly Confidential

Anthony D. Ferrante
February 16, 2024

155:18 159:15 188:24 189:20,23
190:4 226:21

**verifying** 106:19 124:15 138:12
155:24

**version** 15:18 163:7 187:8 232:21,23
233:17 290:4 293:9,10,17,19 294:24

**versions** 15:14

**versus** 5:14 93:16 157:10 239:25
240:2 251:9 259:25 277:9

**vet** 200:18

**vetted** 205:12

**vetting** 202:25 203:25 204:14 235:17
236:15,17

**victimization** 24:16

**victims** 23:9

**video** 5:4

**view** 78:6 124:9 125:17 133:3 139:11
143:9 166:22 170:19 228:17 246:1

**viewed** 110:11 259:25 288:9 290:12

**viewers** 156:5

**views** 140:10 155:3,25 165:1 167:6
223:4

**violate** 109:1 136:23 148:23 149:9

**violated** 109:8 110:1,21 111:5,11,15
112:12 115:7 128:9,25 147:16
152:13,18 165:3

**violates** 109:14 127:1 136:19

**violating** 172:2

**violation** 108:20,24 112:18 152:22

**violations** 112:5,15 129:19

**Virginia** 5:6 13:15 19:1

**virtually** 247:19

**visit** 72:15 179:21 185:5 213:3

**visited** 183:25 184:16,19 191:9

**visiting** 17:8 48:25 72:15 185:18

**visits** 213:19

**vividly** 242:21

**volume** 127:6 145:24 223:15

**VP** 215:20

**vulnerabilities** 178:16,24 180:13

**vulnerable** 258:14,20 259:9

## W

**W-E-N-K-E** 28:13

**wait** 7:4

**wake** 39:2

**walk** 33:25 67:5 142:1 143:11 184:12

**walked** 12:4 63:18 237:2 286:12
288:2 289:12

**walking** 277:24

**wanted** 57:21 71:24 186:21 188:1
215:1 238:10

**wanting** 24:10

**war** 11:10

**warning** 212:12,13

**warrant** 20:19 29:9

**warrants** 27:12

**Washington** 5:12

**watch** 185:5 265:13

**watched** 184:16,17 185:10 266:14

**watching** 191:9

**waterfall** 243:9,16,24 244:9,15,24
245:9,15 246:7 247:2 248:2,11,14,20,
21 249:10,20 250:7,24 290:11

**waterfalling** 243:12,19 244:17 245:3
246:2,11 249:17 250:10,17

**ways** 157:13 170:16,18 192:17 252:3
253:2

**wear** 188:24

**web** 10:19 15:10 16:24 49:3 50:21
51:8 134:15,20 145:1,4 171:21 172:1,
16 175:21 176:2 179:18

**website** 17:15 72:15 105:19 123:23
153:13 174:25 177:16 186:12 191:9
199:11 213:2,18,19 214:6 219:19
231:7

**websites** 15:17 16:22 17:13 48:25
172:20 185:4 198:13,19 238:4

**week** 10:24 11:1 12:15,16 90:1

**weekly** 89:25

**weeks** 45:19

**Weiss** 5:11

**well-documented** 186:21 187:3,5
191:22 192:5,14 196:20 197:21

198:24 201:10,12 202:1,2 214:24
215:4,9,15 217:11 218:2,11,19 224:9,
21 230:5,8

**well-known** 230:15

**wellness** 40:9

**Wenke** 28:12

**White** 255:17 256:14 257:1 262:1
263:5,8 269:21 278:11

**Whitehouse** 63:25 64:8

**widely** 173:21 174:9,17 175:4 204:7
205:3 217:7 230:16 231:15 232:1,20
243:21 244:19 245:2 246:7 247:2
248:3 250:7 279:10 288:12

**William** 89:10

**win** 249:1

**winning** 185:25

**wire** 190:12 191:8 215:13 216:13
235:8 237:14

**witnessed** 11:2

**wondering** 102:14 201:9 252:11

**Wood** 6:5 256:21

**Woods** 238:20

**word** 80:12,15 182:16 248:3 260:9
270:17

**words** 18:23 26:4 54:9 85:16 113:2

**work** 6:3 9:15 10:15,24,25 11:5 12:21
14:11,16 15:8,10 16:17 20:2,17 32:5
39:1 43:16,21 44:11,16 46:15,16
52:15,20 57:23 64:7,16 66:6 73:3,16
74:10,18 76:14 85:6,11 86:2 88:10
89:4 92:19 106:19 139:8 140:3,14
141:8 147:5 180:9 184:2 186:23
213:5 214:2,25 216:20 225:13 227:15
228:9,16 237:23 238:6 239:16 251:5
254:13 259:23 265:14 266:8 271:23
272:24 274:13 278:25 281:10 285:9
288:4

**worked** 10:17,18 11:19 12:8,10,11,
12,13,16 16:23 17:13 20:4,13,17
21:25 22:15 26:2 46:20 57:15 64:8
66:7 89:17 90:6 97:20,24 98:2,5,9,13,
19,23 99:10,14 111:4,10 124:25
125:1,16 198:10,16 199:10 219:9
235:23 248:21 266:12 269:16,21
288:2

**working** 11:25 28:7 45:17 60:11 66:9
88:12,20 93:4 139:3 167:2 198:11
213:7 215:24 237:18 242:19,22
264:12 265:8,9,21 268:18 269:20,22

UNITED STATES OF AMERICA v
GOOGLE, LLC

Case 1:23-cv-00108-LMB-JFA   Document 899-2   Filed 07/09/24   Page 109 of 109 PageID#
29200

Anthony D. Ferrante
Highly Confidential
February 16, 2024

270:11 272:4,12 277:13 278:14 283:3
285:5 288:19

**workings** 273:3

**works** 67:3 105:12 155:15,21 239:4
280:20 286:1 294:20

**world** 13:2 58:23 153:19 197:6
250:20 252:23

**worthy** 225:18

**wrapper** 174:25 175:19,20 178:9,10

**wrappers** 57:13 58:5 59:9 61:12,18,
23 62:1,2,10,15,24 175:5,7,9,25
176:2 177:20

**write** 9:2,11 18:2 77:11 85:5 178:2

**writing** 76:20 78:2 85:7 229:11,13
289:5

**written** 39:14 67:5 80:19 82:14 93:14
124:7 126:23,24 175:9 176:2,4 178:1
196:11,18 267:11 276:16

**wrong** 250:15

**wrote** 9:22 10:2 18:7,10,15 81:25
82:7 90:23 273:20

---

### X

**X-A-N-D-R** 103:25

**Xandr** 103:25 104:1 121:16 132:13
151:16 169:7 283:19

**Xandr's** 136:5

---

### Y

**Y-A-V-I-N** 234:4

**Yahoo** 17:3

**YAVIN** 234:4

**year** 11:20,21 12:12,14,25 43:6
82:18,25 83:4,22 84:14 116:7 124:21
145:2,19 170:12 204:6 241:21 268:23
271:19

**years** 8:23 39:9,11 42:18 64:4 67:20
68:1 74:8 78:4 80:10,19 81:22,24
82:3 125:15 140:1 162:20 218:18
219:10 233:3,9 245:19 251:15 264:9
266:12 294:18

**York** 8:17 11:3 12:11 19:6,9,10 20:6
21:18 22:5,8 24:1 26:3 35:23 42:2,8,
10 43:1,3,15 45:5,11 49:8 78:5,8,11,
23,24,25 93:16

**young** 10:22 11:1,6 12:19,22 13:17
14:2,5,8,11,23

**younger** 29:23 240:8

---

### Z

**zeros** 229:12