# Exhibit N





- -1.5% Google gross revenue; neutral Google net revenue; -1.4% publisher payment from Google; neutral publisher payment overall





HIGHLY CONFIDENTIAL                                                                                                   GOOG-DOJ-AT-02204354



## Buy-side view (web)

Google                                                                 Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                  GOOG-DOJ-AT-02204356

## Sell-side view (web)

Impact of individual changes comprising this launch

Google  Confidential + Proprietary

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02204357



# Removing Last Look* has significant negative impact

| | Impressions | Value Clamped | Revenue | Google Profit | GDN profit | Post Revshare Payout |
|---|---|---|---|---|---|---|
| LastLookOverDfpRemnant::GlobalControl 246003051 TOTAL * Adx_Only * Web | 548,549,820 | 1,786,486 | 690,764 | 154,233 | 56,196.1323 | 511,824 |
| tPriceFromSettingWinnerCostExperiment 246003052 TOTAL * Adx_Only * Web | 496,914,005 -9.41% [-9.56, -9.26] % | 1,699,227 -4.88% [-5.65, -4.12] % | 624,314 -9.62% [-9.95, -9.29] % | 144,356 -6.40% [-7.95, -4.86] % | 54,296.8083 -3.38% [-7.79, 1.03] % | 457,340 -10.64% [-10.79, -10.50] % |
| LastLookOverDfpRemnant::GlobalControl 246003051 Adwords_Buyer * Adx_Only * Web | 333,223,170 | 418,763 | 248,815 | 73,917 | 35,312.8161 | 174,720 |
| tPriceFromSettingWinnerCostExperiment 246003052 Adwords_Buyer * Adx_Only * Web | 298,497,863 -10.42% [-10.58, -10.26] % | 375,698 -10.28% [-11.15, -9.42] % | 220,983 -11.19% [-12.16, -10.21] % | 69,427 -6.07% [-9.41, -2.74] % | 34,838.0716 -1.34% [-8.48, 5.79] % | 151,396 -13.35% [-13.48, -13.22] % |
| LastLookOverDfpRemnant::GlobalControl 246003051 Dbm_Buyer * Adx_Only * Web | 108,676,700 | 1,164,124 | 287,571 | 62,827 | 20,883.3162 | 200,201 |
| tPriceFromSettingWinnerCostExperiment 246003052 Dbm_Buyer * Adx_Only * Web | 102,152,821 -6.00% [-6.18, -5.83] % | 1,147,250 -1.45% [-2.59, -0.31] % | 269,666 -6.23% [-6.43, -6.02] % | 59,667 -5.03% [-5.32, -4.74] % | 19,458.7367 -6.82% [-7.04, -6.61] % | 187,530 -6.33% [-6.52, -6.14] % |

Aggregate:
- -9.6% revenue
- -4.9% value

But allows bundling of other valuable changes, that can be positioned as pro-competitive (fairer platform for *all* buyers); Pub outreach to reduce HB boosts planned

* This impact is measured in a 2P auction state comparing performance with and without last look; Rasta source;

Google                                                                 Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                             GOOG-DOJ-AT-02204359

# Unified Pricing meaningfully improves inventory access by leveling the playing field

| | Impressions | Value Clamped | Revenue | Google Profit | Post Revshare Payout |
|---|---|---|---|---|---|
| nt::DBM1xWithLegacyRulesAppliedPublic 51390104 Adx_Only * Second price\|Private exchange * T | 233,006,841 | 395,382 | 323,221 | 85,638 | 221,945 |
| irstPriceAuctionExperiment::DBM1xPublic 51390103 Adx_Only * Second price\|Private exchange * T | 248,115,966 6.48% [6.31, 6.66] % | 409,350 3.53% [2.23, 4.84] % | 336,966 4.25% [3.85, 4.65] % | 88,778 3.67% [2.58, 4.75] % | 230,618 3.91% [3.61, 4.21] % |
| nt::DBM1xWithLegacyRulesAppliedPublic 51390104 Adx_Only * Second price\|Private exchange * D | 60,424,780 | 170,285 | 195,109 | 47,798 | 131,708 |
| irstPriceAuctionExperiment::DBM1xPublic 51390103 Adx_Only * Second price\|Private exchange * D | 83,970,264 38.97% [38.70, 39.23] % | 186,442 9.49% [8.31, 10.67] % | 210,711 8.00% [7.64, 8.36] % | 51,519 7.78% [7.41, 8.16] % | 141,660 7.56% [7.19, 7.92] % |

DBM impact:
- +8% revenue
- +9.5% value
- +39% impressions

Google    Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                                              GOOG-DOJ-AT-02204360

## Overall performance of 1P change positive for AdX Buyers

| | Impressions | MatchedQueries | Google Profit | Value Clamped | Revenue |
|---|---|---|---|---|---|
| iExperiment::ControlSecondPriceAuctions 51390102 TOTAL * Adx_Buyer * Web | 210,260,985 | 239,725,984 | 40,037 | 369,810 | 223,883 |
| cGDNStaticNonVBBFloorGlobalAlchemist 51390159 TOTAL * Adx_Buyer * Web | 30,252,572 23.33% [22.98, 23.67] % | 35,004,690 25.16% [24.79, 25.53] % | 5,736 22.80% [22.27, 23.33] % | 37,525 -13.02% [-13.36, -12.69] % | 30,950 18.49% [18.02, 18.96] % |
| iExperiment::ControlSecondPriceAuctions 51390102 Adx_Only * Adx_Buyer * Web | 119,647,911 | 148,303,710 | 30,959 | 309,070 | 195,604 |
| cGDNStaticNonVBBFloorGlobalAlchemist 51390159 Adx_Only * Adx_Buyer * Web | 19,964,068 43.02% [42.57, 43.47] % | 24,685,111 42.67% [42.14, 43.21] % | 4,716 30.56% [29.96, 31.16] % | 30,682 -14.91% [-15.26, -14.55] % | 27,772 21.70% [21.19, 22.20] % |

**AdX RTB_impact:**

- +21.7% revenue
- +43% impressions

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                                                       GOOG-DOJ-AT-02204361

## Buyers using Bid Translation service see improved competitiveness

| | Impressions | Value Clamped | Revenue | Google Profit | GDN profit | Post Revshare Payout |
|---|---|---|---|---|---|---|
| nent::RtbSurplusMaximizerOffExperiment 263561114 TOTAL * Adx_Only * Web | 432,803,661 | 1,358,981 | 557,220 | 118,764 | 37,909.0700 | 414,406 |
| urplusMaximizerWithSmartBiddingControl 263561113 TOTAL * Adx_Only * Web | 433,513,316 0.16% [0.04, 0.29] % | 1,374,839 1.17% [0.56, 1.77] % | 558,182 0.17% [-0.24, 0.58] % | 118,029 -0.62% [-2.00, 0.77] % | 36,720.4203 -3.14% [-7.26, 0.99] % | 416,003 0.39% [0.15, 0.62] % |
| nent::RtbSurplusMaximizerOffExperiment 263561114 Adx_Buyer * Adx_Only * Web | 56,279,098 | 94,383 | 81,054 | 13,526 | 0.0000 | 67,528 |
| urplusMaximizerWithSmartBiddingControl 263561113 Adx_Buyer * Adx_Only * Web | 57,950,269 2.97% [2.62, 3.32] % | 98,275 4.12% [3.66, 4.59] % | 83,777 3.36% [2.89, 3.82] % | 14,068 4.01% [3.48, 4.53] % | 0.0002 | 69,709 3.23% [2.77, 3.69] % |
| nent::RtbSurplusMaximizerOffExperiment 263561114 Demand_Syndication * Adx_Only * Web | 39,150,319 | 53,609 | 53,594 | 2,791 | 0.0000 | 50,815 |
| urplusMaximizerWithSmartBiddingControl 263561113 Demand_Syndication * Adx_Only * Web | 38,951,665 -0.51% [-0.83, -0.18] % | 53,378 -0.43% [-0.80, -0.06] % | 53,363 -0.43% [-0.80, -0.06] % | 2,777 -0.48% [-0.87, -0.09] % | 0.0000 | 50,597 -0.43% [-0.80, -0.06] % |

For AdX buyers, we maximize surplus in the BTS*:

- +1.2% overall value
- +4.1% AdX buyer value
- +3.4% AdX buyer revenue

* GDA/ DV3 are not using surplus maximizer; Rasta source

Google  Confidential + Proprietary

HIGHLY CONFIDENTIAL   GOOG-DOJ-AT-02204362

# Bundled changes that simplify the product have near neutral impact

- Changes include unified protections, removing anonymous inventory, etc
- Rationale for these changes:
    - Significant product simplification: Clean separation of pricing from protections
    - Cleans up 'branding type' / removes anonymous inventory (not ads.txt compliant)
- Impact is < 1% AdX web revenue*

\* when simultaneously enforcing old + new protections

Google                                          Confidential + Proprietary

HIGHLY CONFIDENTIAL                                          GOOG-DOJ-AT-02204363



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02204364



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02204365

> **PRIVILEGED AND CONFIDENTIAL**
>
> ## Summary
>
> - *Current results:* Near neutral (~1.5%) impact on revenue
> - *Short term expectations:* Improved Google performance as (1) AdX buyers stop overpaying, (2) Publishers remove inefficient header bidding 'boosts'
> - *Long term expectations:* Continued investments in optimizations across sellside and external + Google buyers should further improve performance. Unified auction which buyers can directly bid into should result in better positioning to compete against external 1P demand (eg. open bidding)
>
> **ASK: Approval to complete ~100% sellside transition to new auction model in 2 weeks**
>
> Google                                                         Confidential + Proprietary

- -1.5% Google gross revenue; neutral Google net revenue; -1.4% publisher payment from Google; neutral publisher payment overall

HIGHLY CONFIDENTIAL                                                                       GOOG-DOJ-AT-02204366

## Appendix

Google  Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                                                      GOOG-DOJ-AT-02204367