UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

### ORDER

Upon consideration of the parties' Joint Motion to Modify The Court's Amended Order Setting Pretrial Dates and Deadlines, and for good cause shown, it is hereby

ORDERED that any party or non-party who objects to the public use of confidential testimony reflected in a party's reply ("fairness") designations must file a specific objection with a proposed acceptable redaction of the information by **July 31, 2024**.

DATE: July 18, 2024

/s/
Leonie M. Brinkema
United States District Judge