# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBIT LIST

Plaintiffs, by and through undersigned counsel, file their objections to the exhibits on Defendant's Exhibit List, attached hereto as Exhibit 1, in accordance with this Court's Order of June 24, 2024 (ECF No. 871). The "Confidentiality" column of the exhibit list refers to designations under the operative Protective Order, see ECF No. 203, and does not reflect Plaintiffs' views as to whether any portion of a particular exhibit should remain under seal at trial.

Plaintiffs reserve the right to supplement the objections set forth in Exhibit 1 based on the manner that the exhibits are used or introduced at trial, including, but not limited to, by objecting on the grounds that a proper foundation has not been established.

(See following page for signatures.)

Dated: July 19, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL J. FREEMAN<br>KELLY D. GARCIA<br>AARON M. TEITELBAUM<br>JEFFREY G. VERNON<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |