IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>**GOOGLE LLC**,<br><br>*Defendant.* | No: 1:23-cv-00108-LMB-JFA |

### PLAINTIFFS' OBJECTIONS TO GOOGLE'S WITNESS LIST

Pursuant to the Court's Order of June 24, 2024 (ECF No. 871), Plaintiffs, by and through undersigned counsel, hereby submit the following objections to Defendant Google LLC's Witness List/Rule 26(a)(3) Disclosures (ECF No. 891), dated July 5, 2024:

Plaintiffs reserve the right to object to Google calling any witness whose testimony is irrelevant, cumulative, or otherwise inadmissible under the Federal Rules of Evidence.[1] Plaintiffs further reserve the right to object to Google's use of any exhibit with any witness on the grounds that the witness lacks personal knowledge to testify about the exhibit.

Plaintiffs also object to Google listing as "may" call "[i]f the need arises" "[a]ny witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures" on the grounds that Google has failed, to date, to comply with the Court's Order of June 4, 2024 as to every "witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures." Having now seen Plaintiffs' Witness List, to the extent Google intends to reserve the right to call any specific witness from Plaintiffs' Witness

---

[1] Plaintiffs are submitting their objections to Google's deposition designations in a separate filing.

List during Google's case, the Court's Order of June 4, 2024 requires that Google immediately produce any transcripts of depositions of that witness taken in the case against Google pending in the U.S. District Court for the Eastern District of Texas.

Dated: July 19, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL J. FREEMAN<br>KELLY D. GARCIA<br>AARON M. TEITELBAUM<br>JEFFREY G. VERNON<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |