# Exhibit 2

Identification of Counter Designated Deposition Testimony

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Krishan Bhatia | 2023.09.21 | 68 | 7 | 69 | 8 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 69 | 23 | 70 | 2 | Public |
| Krishan Bhatia | 2023.09.21 | 70 | 7 | 70 | 8 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 70 | 10 | 70 | 16 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 78 | 10 | 78 | 11 | Public |
| Krishan Bhatia | 2023.09.21 | 78 | 18 | 79 | 5 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 79 | 6 | 79 | 21 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 93 | 16 | 93 | 23 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 145 | 2 | 145 | 11 | Public |
| Krishan Bhatia | 2023.09.21 | 146 | 17 | 146 | 20 | Public |
| Krishan Bhatia | 2023.09.21 | 147 | 2 | 147 | 9 | Public |
| Krishan Bhatia | 2023.09.21 | 153 | 9 | 153 | 12 | Public |
| Krishan Bhatia | 2023.09.21 | 153 | 15 | 153 | 21 | Public |
| Krishan Bhatia | 2023.09.21 | 153 | 23 | 154 | 4 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 154 | 5 | 154 | 15 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 157 | 14 | 157 | 16 | Public |
| Krishan Bhatia | 2023.09.21 | 157 | 19 | 157 | 22 | Public |
| Krishan Bhatia | 2023.09.21 | 158 | 22 | 159 | 16 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 167 | 23 | 168 | 3 | Public |
| Krishan Bhatia | 2023.09.21 | 168 | 8 | 168 | 13 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 168 | 15 | 169 | 4 | Highly Confidential |
| Krishan Bhatia | 2023.09.21 | 191 | 15 | 191 | 15 | Public |
| Krishan Bhatia | 2023.09.21 | 191 | 24 | 191 | 25 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Ken Blom | 2023.08.29 | 58 | 20 | 59 | 24 | Highly Confidential |
| Ken Blom | 2023.08.29 | 139 | 9 | 139 | 18 | Public |
| Ken Blom | 2023.08.29 | 139 | 19 | 139 | 21 | Public |
| Ken Blom | 2023.08.29 | 140 | 8 | 140 | 19 | Public |
| Ken Blom | 2023.08.29 | 142 | 16 | 142 | 21 | Public |
| Ken Blom | 2023.08.29 | 145 | 21 | 145 | 25 | Public |
| Ken Blom | 2023.08.29 | 146 | 11 | 146 | 13 | Public |
| Ken Blom | 2023.08.29 | 146 | 15 | 146 | 23 | Public |
| Ken Blom | 2023.08.29 | 155 | 13 | 155 | 18 | Public |
| Ken Blom | 2023.08.29 | 155 | 20 | 155 | 20 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Bo Bradbury | 2023.09.08 | 16 | 16 | 16 | 21 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 18 | 7 | 19 | 1 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 19 | 9 | 19 | 12 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 19 | 14 | 19 | 25 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 21 | 5 | 23 | 5 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 23 | 6 | 23 | 9 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 36 | 20 | 37 | 11 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 39 | 4 | 39 | 22 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 48 | 16 | 49 | 9 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 64 | 19 | 65 | 3 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 66 | 16 | 66 | 21 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 67 | 19 | 68 | 6 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 68 | 7 | 69 | 1 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | 125 | 4 | 125 | 16 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Andrew Casale | 2023.09.26 | 10 | 22 | 10 | 25 | Public |
| Andrew Casale | 2023.09.26 | 11 | 2 | 11 | 14 | Public |
| Andrew Casale | 2023.09.26 | 81 | 6 | 81 | 7 | Public |
| Andrew Casale | 2023.09.26 | 81 | 10 | 81 | 18 | Highly Confidential |
| Andrew Casale | 2023.09.26 | 81 | 23 | 81 | 25 | Public |
| Andrew Casale | 2023.09.26 | 82 | 5 | 82 | 11 | Public |
| Andrew Casale | 2023.09.26 | 140 | 18 | 140 | 20 | Public |
| Andrew Casale | 2023.09.26 | 250 | 9 | 250 | 25 | Highly Confidential |
| Andrew Casale | 2023.09.26 | 251 | 3 | 251 | 17 | Highly Confidential |
| Andrew Casale | 2023.09.26 | 252 | 11 | 252 | 18 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Arnaud Creput | 2023.09.05 | 76 | 2 | 76 | 7 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 78 | 11 | 78 | 17 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 78 | 20 | 78 | 23 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 79 | 3 | 79 | 5 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 79 | 10 | 79 | 14 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 79 | 24 | 79 | 25 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 80 | 2 | 80 | 5 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 85 | 6 | 85 | 7 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 85 | 9 | 85 | 17 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 85 | 18 | 85 | 21 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 94 | 19 | 94 | 21 | Highly Confidential |
| Arnaud Creput | 2023.09.05 | 94 | 23 | 95 | 6 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| John Dederick | 2023.07.28 | 129 | 6 | 129 | 8 | Highly Confidential |
| John Dederick | 2023.07.28 | 129 | 10 | 130 | 4 | Highly Confidential |
| John Dederick | 2023.07.28 | 319 | 15 | 319 | 18 | Highly Confidential |
| John Dederick | 2023.07.28 | 319 | 20 | 319 | 20 | Highly Confidential |
| John Dederick | 2023.07.28 | 319 | 21 | 320 | 4 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Omri Farber | 2023.09.18 | 24 | 6 | 24 | 22 | Confidential |
| Omri Farber | 2023.09.18 | 47 | 7 | 47 | 14 | Highly Confidential |
| Omri Farber | 2023.09.18 | 49 | 17 | 49 | 21 | Highly Confidential |
| Omri Farber | 2023.09.18 | 53 | 6 | 53 | 11 | Public |
| Omri Farber | 2023.09.18 | 60 | 6 | 60 | 10 | Public |
| Omri Farber | 2023.09.18 | 60 | 11 | 60 | 22 | Public |
| Omri Farber | 2023.09.18 | 60 | 23 | 61 | 1 | Public |
| Omri Farber | 2023.09.18 | 116 | 21 | 117 | 2 | Confidential |
| Omri Farber | 2023.09.18 | 117 | 14 | 117 | 16 | Confidential |
| Omri Farber | 2023.09.18 | 117 | 21 | 118 | 2 | Confidential |
| Omri Farber | 2023.09.18 | 156 | 14 | 156 | 19 | Highly Confidential |
| Omri Farber | 2023.09.18 | 199 | 5 | 199 | 6 | Highly Confidential |
| Omri Farber | 2023.09.18 | 199 | 8 | 199 | 11 | Highly Confidential |
| Omri Farber | 2023.09.18 | 233 | 22 | 234 | 7 | Highly Confidential |
| Omri Farber | 2023.09.18 | 253 | 25 | 254 | 1 | Confidential |
| Omri Farber | 2023.09.18 | 254 | 4 | 254 | 8 | Confidential |
| Omri Farber | 2023.09.18 | 281 | 7 | 281 | 11 | Confidential |
| Omri Farber | 2023.09.18 | 283 | 12 | 283 | 15 | Confidential |
| Omri Farber | 2023.09.18 | 283 | 18 | 283 | 24 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| John Gentry | 2023.10.26 | 64 | 5 | 64 | 8 | Public |
| John Gentry | 2023.10.26 | 64 | 10 | 65 | 16 | Public |
| John Gentry | 2023.10.26 | 65 | 17 | 65 | 18 | Public |
| John Gentry | 2023.10.26 | 65 | 20 | 66 | 8 | Public |
| John Gentry | 2023.10.26 | 119 | 5 | 119 | 7 | Public |
| John Gentry | 2023.10.26 | 119 | 17 | 120 | 2 | Public |
| John Gentry | 2023.10.26 | 120 | 7 | 120 | 7 | Public |
| John Gentry | 2023.10.26 | 120 | 9 | 120 | 13 | Public |
| John Gentry | 2023.10.26 | 120 | 22 | 121 | 7 | Public |
| John Gentry | 2023.10.26 | 121 | 11 | 122 | 3 | Public |
| John Gentry | 2023.10.26 | 126 | 17 | 126 | 20 | Public |
| John Gentry | 2023.10.26 | 145 | 3 | 145 | 7 | Public |
| John Gentry | 2023.10.26 | 239 | 2 | 239 | 5 | Public |
| John Gentry | 2023.10.26 | 239 | 8 | 239 | 20 | Public |
| John Gentry | 2023.10.26 | 239 | 22 | 240 | 9 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Counter Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Jay Glogovsky | 2023.08.25 | 43 | 20 | 44 | 2 | Confidential |
| Jay Glogovsky | 2023.08.25 | 52 | 8 | 52 | 10 | Confidential |
| Jay Glogovsky | 2023.08.25 | 53 | 13 | 53 | 15 | Confidential |
| Jay Glogovsky | 2023.08.25 | 53 | 17 | 53 | 25 | Confidential |
| Jay Glogovsky | 2023.08.25 | 54 | 2 | 54 | 4 | Confidential |
| Jay Glogovsky | 2023.08.25 | 54 | 24 | 54 | 25 | Confidential |
| Jay Glogovsky | 2023.08.25 | 55 | 2 | 55 | 7 | Confidential |
| Jay Glogovsky | 2023.08.25 | 59 | 19 | 59 | 25 | Confidential |
| Jay Glogovsky | 2023.08.25 | 60 | 2 | 60 | 5 | Confidential |
| Jay Glogovsky | 2023.08.25 | 62 | 6 | 62 | 14 | Confidential |
| Jay Glogovsky | 2023.08.25 | 62 | 15 | 62 | 16 | Confidential |
| Jay Glogovsky | 2023.08.25 | 66 | 5 | 66 | 7 | Confidential |
| Jay Glogovsky | 2023.08.25 | 66 | 10 | 66 | 13 | Confidential |
| Jay Glogovsky | 2023.08.25 | 66 | 14 | 66 | 18 | Confidential |
| Jay Glogovsky | 2023.08.25 | 68 | 3 | 68 | 9 | Confidential |
| Jay Glogovsky | 2023.08.25 | 68 | 12 | 68 | 19 | Confidential |
| Jay Glogovsky | 2023.08.25 | 75 | 17 | 75 | 20 | Confidential |
| Jay Glogovsky | 2023.08.25 | 85 | 5 | 85 | 8 | Confidential |
| Jay Glogovsky | 2023.08.25 | 87 | 12 | 87 | 16 | Confidential |
| Jay Glogovsky | 2023.08.25 | 89 | 4 | 89 | 9 | Confidential |
| Jay Glogovsky | 2023.08.25 | 89 | 12 | 89 | 13 | Confidential |
| Jay Glogovsky | 2023.08.25 | 89 | 15 | 89 | 15 | Confidential |
| Jay Glogovsky | 2023.08.25 | 89 | 16 | 89 | 25 | Confidential |
| Jay Glogovsky | 2023.08.25 | 90 | 2 | 90 | 2 | Confidential |
| Jay Glogovsky | 2023.08.25 | 90 | 3 | 90 | 3 | Confidential |
| Jay Glogovsky | 2023.08.25 | 90 | 5 | 90 | 9 | Confidential |
| Jay Glogovsky | 2023.08.25 | 96 | 11 | 96 | 15 | Confidential |
| Jay Glogovsky | 2023.08.25 | 96 | 17 | 96 | 21 | Confidential |
| Jay Glogovsky | 2023.08.25 | 100 | 8 | 100 | 9 | Confidential |
| Jay Glogovsky | 2023.08.25 | 100 | 11 | 100 | 15 | Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Counter  Deposition Designations

| | | | | | | |
|---|---|---|---|---|---|---|
| Jay Glogovsky | 2023.08.25 | 100 | 16 | 100 | 17 | Confidential |
| Jay Glogovsky | 2023.08.25 | 100 | 19 | 100 | 19 | Confidential |
| Jay Glogovsky | 2023.08.25 | 101 | 12 | 102 | 2 | Confidential |
| Jay Glogovsky | 2023.08.25 | 107 | 11 | 107 | 12 | Confidential |
| Jay Glogovsky | 2023.08.25 | 107 | 14 | 107 | 16 | Confidential |
| Jay Glogovsky | 2023.08.25 | 108 | 13 | 108 | 15 | Confidential |
| Jay Glogovsky | 2023.08.25 | 108 | 17 | 108 | 18 | Confidential |
| Jay Glogovsky | 2023.08.25 | 112 | 5 | 112 | 6 | Confidential |
| Jay Glogovsky | 2023.08.25 | 112 | 9 | 112 | 15 | Confidential |
| Jay Glogovsky | 2023.08.25 | 119 | 22 | 119 | 25 | Confidential |
| Jay Glogovsky | 2023.08.25 | 157 | 22 | 158 | 2 | Confidential |
| Jay Glogovsky | 2023.08.25 | 158 | 3 | 158 | 5 | Confidential |
| Jay Glogovsky | 2023.08.25 | 158 | 8 | 158 | 10 | Confidential |
| Jay Glogovsky | 2023.08.25 | 166 | 8 | 166 | 10 | Confidential |
| Jay Glogovsky | 2023.08.25 | 166 | 13 | 167 | 3 | Confidential |
| Jay Glogovsky | 2023.08.25 | 167 | 24 | 168 | 11 | Confidential |
| Jay Glogovsky | 2023.08.25 | 179 | 18 | 180 | 4 | Confidential |
| Jay Glogovsky | 2023.08.25 | 181 | 14 | 181 | 18 | Confidential |
| Jay Glogovsky | 2023.08.25 | 181 | 21 | 182 | 11 | Confidential |
| Jay Glogovsky | 2023.08.25 | 182 | 12 | 182 | 16 | Confidential |
| Jay Glogovsky | 2023.08.25 | 186 | 7 | 186 | 10 | Confidential |
| Jay Glogovsky | 2023.08.25 | 186 | 13 | 186 | 14 | Public |
| Jay Glogovsky | 2023.08.25 | 277 | 7 | 277 | 9 | Confidential |
| Jay Glogovsky | 2023.08.25 | 277 | 11 | 277 | 13 | Confidential |
| Jay Glogovsky | 2023.08.25 | 277 | 24 | 278 | 3 | Confidential |
| Jay Glogovsky | 2023.08.25 | 278 | 6 | 278 | 13 | Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Jeremy Helfand | 2023.09.29 | 23 | 7 | 23 | 16 | Public |
| Jeremy Helfand | 2023.09.29 | 25 | 1 | 25 | 11 | Public |
| Jeremy Helfand | 2023.09.29 | 48 | 16 | 48 | 25 | Public |
| Jeremy Helfand | 2023.09.29 | 55 | 14 | 56 | 16 | Public |
| Jeremy Helfand | 2023.09.29 | 58 | 3 | 58 | 10 | Public |
| Jeremy Helfand | 2023.09.29 | 58 | 20 | 58 | 25 | Public |
| Jeremy Helfand | 2023.09.29 | 69 | 3 | 69 | 21 | Highly Confidential |
| Jeremy Helfand | 2023.09.29 | 71 | 19 | 72 | 7 | Public |
| Jeremy Helfand | 2023.09.29 | 85 | 21 | 85 | 25 | Public |
| Jeremy Helfand | 2023.09.29 | 126 | 15 | 127 | 20 | Public |
| Jeremy Helfand | 2023.09.29 | 187 | 20 | 189 | 10 | Public |
| Jeremy Helfand | 2023.09.29 | 189 | 12 | 189 | 15 | Public |
| Jeremy Helfand | 2023.09.29 | 189 | 17 | 189 | 17 | Public |
| Jeremy Helfand | 2023.09.29 | 194 | 12 | 195 | 15 | Public |
| Jeremy Helfand | 2023.09.29 | 197 | 25 | 198 | 4 | Public |
| Jeremy Helfand | 2023.09.29 | 198 | 5 | 198 | 15 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Eric Hochberger | 2023.09.22 | 46 | 14 | 46 | 18 | Public |
| Eric Hochberger | 2023.09.22 | 46 | 21 | 46 | 24 | Public |
| Eric Hochberger | 2023.09.22 | 47 | 2 | 47 | 8 | Public |
| Eric Hochberger | 2023.09.22 | 47 | 10 | 47 | 12 | Public |
| Eric Hochberger | 2023.09.22 | 47 | 24 | 48 | 7 | Public |
| Eric Hochberger | 2023.09.22 | 48 | 9 | 48 | 9 | Public |
| Eric Hochberger | 2023.09.22 | 49 | 7 | 50 | 9 | Public |
| Eric Hochberger | 2023.09.22 | 50 | 12 | 50 | 14 | Public |
| Eric Hochberger | 2023.09.22 | 144 | 5 | 144 | 22 | Public |
| Eric Hochberger | 2023.09.22 | 144 | 23 | 145 | 16 | Public |
| Eric Hochberger | 2023.09.22 | 145 | 17 | 145 | 22 | Public |
| Eric Hochberger | 2023.09.22 | 145 | 24 | 146 | 1 | Public |
| Eric Hochberger | 2023.09.22 | 146 | 4 | 146 | 8 | Public |
| Eric Hochberger | 2023.09.22 | 146 | 10 | 146 | 10 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Ben John | 2023.09.08 | 34 | 18 | 34 | 25 | Highly Confidential |
| Ben John | 2023.09.08 | 35 | 2 | 35 | 8 | Highly Confidential |
| Ben John | 2023.09.08 | 53 | 4 | 53 | 14 | Highly Confidential |
| Ben John | 2023.09.08 | 70 | 3 | 70 | 10 | Highly Confidential |
| Ben John | 2023.09.08 | 70 | 25 | 71 | 14 | Highly Confidential |
| Ben John | 2023.09.08 | 133 | 12 | 134 | 6 | Highly Confidential |
| Ben John | 2023.09.08 | 194 | 22 | 195 | 7 | Confidential |
| Ben John | 2023.09.08 | 197 | 17 | 198 | 19 | Highly Confidential |
| Ben John | 2023.09.08 | 198 | 20 | 199 | 4 | Highly Confidential |
| Ben John | 2023.09.08 | 199 | 12 | 199 | 20 | Highly Confidential |
| Ben John | 2023.09.08 | 201 | 9 | 201 | 19 | Highly Confidential |
| Ben John | 2023.09.08 | 202 | 15 | 203 | 5 | Highly Confidential |
| Ben John | 2023.09.08 | 203 | 9 | 203 | 14 | Highly Confidential |
| Ben John | 2023.09.08 | 203 | 20 | 204 | 5 | Highly Confidential |
| Ben John | 2023.09.08 | 204 | 9 | 204 | 14 | Highly Confidential |
| Ben John | 2023.09.08 | 246 | 13 | 248 | 11 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---------|-------------------|-----------|-----------|---------|---------|----------------------|
| Kristy Kozlowski | 2023.09.06 | 34 | 24 | 35 | 19 | Public |
| Kristy Kozlowski | 2023.09.06 | 35 | 20 | 35 | 24 | Public |
| Kristy Kozlowski | 2023.09.06 | 36 | 3 | 36 | 3 | Public |
| Kristy Kozlowski | 2023.09.06 | 36 | 5 | 36 | 13 | Public |
| Kristy Kozlowski | 2023.09.06 | 36 | 14 | 37 | 6 | Public |
| Kristy Kozlowski | 2023.09.06 | 37 | 16 | 37 | 23 | Public |
| Kristy Kozlowski | 2023.09.06 | 41 | 21 | 42 | 23 | Public |
| Kristy Kozlowski | 2023.09.06 | 45 | 3 | 46 | 14 | Public |
| Kristy Kozlowski | 2023.09.06 | 46 | 15 | 47 | 1 | Public |
| Kristy Kozlowski | 2023.09.06 | 47 | 2 | 47 | 8 | Public |
| Kristy Kozlowski | 2023.09.06 | 47 | 10 | 47 | 10 | Public |
| Kristy Kozlowski | 2023.09.06 | 47 | 11 | 48 | 10 | Public |
| Kristy Kozlowski | 2023.09.06 | 48 | 11 | 48 | 17 | Public |
| Kristy Kozlowski | 2023.09.06 | 49 | 6 | 50 | 3 | Public |
| Kristy Kozlowski | 2023.09.06 | 50 | 4 | 50 | 7 | Public |
| Kristy Kozlowski | 2023.09.06 | 50 | 8 | 50 | 16 | Public |
| Kristy Kozlowski | 2023.09.06 | 50 | 18 | 50 | 24 | Public |
| Kristy Kozlowski | 2023.09.06 | 60 | 8 | 61 | 2 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 73 | 19 | 74 | 6 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 86 | 19 | 86 | 21 | Public |
| Kristy Kozlowski | 2023.09.06 | 97 | 15 | 98 | 16 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 185 | 15 | 185 | 22 | Public |
| Kristy Kozlowski | 2023.09.06 | 186 | 2 | 186 | 21 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 186 | 24 | 187 | 2 | Public |
| Kristy Kozlowski | 2023.09.06 | 187 | 4 | 188 | 15 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 188 | 16 | 188 | 20 | Public |
| Kristy Kozlowski | 2023.09.06 | 188 | 22 | 188 | 22 | Public |
| Kristy Kozlowski | 2023.09.06 | 189 | 24 | 191 | 9 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 217 | 14 | 217 | 19 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 217 | 20 | 217 | 21 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Counter Deposition Designations

| | | | | | | |
|---|---|---|---|---|---|---|
| Kristy Kozlowski | 2023.09.06 | 217 | 23 | 217 | 23 | Public |
| Kristy Kozlowski | 2023.09.06 | 217 | 24 | 218 | 7 | Highly Confidential |
| Kristy Kozlowski | 2023.09.06 | 229 | 20 | 230 | 4 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| David A. Minkin | 2023.09.22 | 47 | 8 | 47 | 17 | Public |
| David A. Minkin | 2023.09.22 | 54 | 10 | 54 | 13 | Public |
| David A. Minkin | 2023.09.22 | 54 | 17 | 54 | 21 | Public |
| David A. Minkin | 2023.09.22 | 55 | 16 | 55 | 23 | Public |
| David A. Minkin | 2023.09.22 | 57 | 9 | 57 | 15 | Public |
| David A. Minkin | 2023.09.22 | 57 | 16 | 57 | 22 | Public |
| David A. Minkin | 2023.09.22 | 58 | 17 | 58 | 19 | Public |
| David A. Minkin | 2023.09.22 | 58 | 21 | 58 | 23 | Public |
| David A. Minkin | 2023.09.22 | 67 | 19 | 67 | 20 | Public |
| David A. Minkin | 2023.09.22 | 67 | 22 | 68 | 10 | Public |
| David A. Minkin | 2023.09.22 | 68 | 15 | 68 | 18 | Public |
| David A. Minkin | 2023.09.22 | 68 | 20 | 68 | 22 | Public |
| David A. Minkin | 2023.09.22 | 68 | 23 | 69 | 10 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 114 | 14 | 114 | 16 | Public |
| David A. Minkin | 2023.09.22 | 117 | 15 | 117 | 19 | Public |
| David A. Minkin | 2023.09.22 | 127 | 9 | 127 | 15 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 130 | 3 | 130 | 20 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 145 | 10 | 145 | 18 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 154 | 8 | 154 | 9 | Public |
| David A. Minkin | 2023.09.22 | 154 | 11 | 154 | 13 | Public |
| David A. Minkin | 2023.09.22 | 178 | 17 | 178 | 22 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 178 | 23 | 179 | 11 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 179 | 15 | 179 | 18 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 179 | 19 | 179 | 21 | Highly Confidential |
| David A. Minkin | 2023.09.22 | 186 | 18 | 186 | 20 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Brian O'Kelley | 2023.09.29 | 205 | 18 | 205 | 22 | Public |
| Brian O'Kelley | 2023.09.29 | 206 | 1 | 206 | 4 | Public |
| Brian O'Kelley | 2023.09.29 | 208 | 9 | 208 | 13 | Public |
| Brian O'Kelley | 2023.09.29 | 208 | 16 | 208 | 18 | Public |
| Brian O'Kelley | 2023.09.29 | 226 | 11 | 226 | 15 | Public |
| Brian O'Kelley | 2023.09.29 | 226 | 18 | 227 | 3 | Public |
| Brian O'Kelley | 2023.09.29 | 227 | 5 | 227 | 8 | Public |
| Brian O'Kelley | 2023.09.29 | 227 | 11 | 227 | 24 | Public |
| Brian O'Kelley | 2023.09.29 | 237 | 12 | 237 | 21 | Public |
| Brian O'Kelley | 2023.09.29 | 238 | 10 | 238 | 13 | Public |
| Brian O'Kelley | 2023.09.29 | 238 | 16 | 239 | 3 | Public |
| Brian O'Kelley | 2023.09.29 | 290 | 23 | 291 | 1 | Public |
| Brian O'Kelley | 2023.09.29 | 291 | 4 | 292 | 1 | Public |

17

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Todd Parsons | 2023.09.08 | 189 | 23 | 189 | 25 | Highly Confidential |
| Todd Parsons | 2023.09.08 | 190 | 2 | 190 | 2 | Highly Confidential |
| Todd Parsons | 2023.09.08 | 206 | 14 | 206 | 16 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Ryan Pauley | 2023.08.23 | 108 | 23 | 109 | 2 | Public |
| Ryan Pauley | 2023.08.23 | 109 | 5 | 109 | 6 | Public |
| Ryan Pauley | 2023.08.23 | 136 | 18 | 137 | 17 | Public |
| Ryan Pauley | 2023.08.23 | 152 | 11 | 152 | 21 | Public |
| Ryan Pauley | 2023.08.23 | 154 | 21 | 154 | 24 | Public |
| Ryan Pauley | 2023.08.23 | 186 | 2 | 186 | 11 | Confidential |
| Ryan Pauley | 2023.08.23 | 241 | 7 | 241 | 9 | Public |
| Ryan Pauley | 2023.08.23 | 241 | 12 | 241 | 12 | Public |
| Ryan Pauley | 2023.08.23 | 241 | 13 | 242 | 11 | Highly Confidential |
| Ryan Pauley | 2023.08.23 | 242 | 14 | 242 | 23 | Highly Confidential |
| Ryan Pauley | 2023.08.23 | 242 | 24 | 243 | 9 | Public |
| Ryan Pauley | 2023.08.23 | 243 | 10 | 243 | 14 | Public |
| Ryan Pauley | 2023.08.23 | 246 | 24 | 247 | 14 | Public |
| Ryan Pauley | 2023.08.23 | 247 | 15 | 247 | 16 | Public |
| Ryan Pauley | 2023.08.23 | 247 | 19 | 248 | 5 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Adam Soroca | 2023.08.31 | 61 | 9 | 61 | 10 | Public |
| Adam Soroca | 2023.08.31 | 61 | 12 | 61 | 15 | Public |
| Adam Soroca | 2023.08.31 | 61 | 16 | 61 | 16 | Public |
| Adam Soroca | 2023.08.31 | 61 | 18 | 61 | 20 | Public |
| Adam Soroca | 2023.08.31 | 61 | 21 | 62 | 1 | Public |
| Adam Soroca | 2023.08.31 | 62 | 3 | 62 | 3 | Public |
| Adam Soroca | 2023.08.31 | 102 | 13 | 102 | 15 | Public |
| Adam Soroca | 2023.08.31 | 102 | 18 | 102 | 19 | Public |
| Adam Soroca | 2023.08.31 | 102 | 20 | 103 | 3 | Public |
| Adam Soroca | 2023.08.31 | 192 | 19 | 192 | 19 | Public |
| Adam Soroca | 2023.08.31 | 192 | 21 | 192 | 22 | Public |
| Adam Soroca | 2023.08.31 | 193 | 1 | 193 | 2 | Public |
| Adam Soroca | 2023.08.31 | 193 | 4 | 193 | 5 | Public |
| Adam Soroca | 2023.08.31 | 193 | 6 | 193 | 8 | Highly Confidential |
| Adam Soroca | 2023.08.31 | 193 | 10 | 193 | 10 | Public |
| Adam Soroca | 2023.08.31 | 193 | 11 | 193 | 15 | Highly Confidential |
| Adam Soroca | 2023.08.31 | 193 | 16 | 193 | 18 | Highly Confidential |
| Adam Soroca | 2023.08.31 | 193 | 20 | 193 | 20 | Highly Confidential |
| Adam Soroca | 2023.08.31 | 193 | 21 | 193 | 22 | Highly Confidential |
| Adam Soroca | 2023.08.31 | 194 | 1 | 194 | 2 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

Plaintiffs' Counter  Deposition Designations

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality |
|---|---|---|---|---|---|---|
| Simon Whitcombe | 2023.09.28 | 9 | 6 | 9 | 9 | Confidential |
| Simon Whitcombe | 2023.09.28 | 11 | 18 | 11 | 25 | Confidential |
| Simon Whitcombe | 2023.09.28 | 12 | 10 | 12 | 16 | Confidential |
| Simon Whitcombe | 2023.09.28 | 16 | 14 | 16 | 21 | Confidential |
| Simon Whitcombe | 2023.09.28 | 29 | 25 | 30 | 11 | Confidential |
| Simon Whitcombe | 2023.09.28 | 31 | 17 | 31 | 25 | Confidential |
| Simon Whitcombe | 2023.09.28 | 32 | 2 | 32 | 8 | Confidential |
| Simon Whitcombe | 2023.09.28 | 33 | 25 | 34 | 19 | Confidential |
| Simon Whitcombe | 2023.09.28 | 37 | 10 | 37 | 16 | Confidential |
| Simon Whitcombe | 2023.09.28 | 52 | 4 | 52 | 13 | Confidential |
| Simon Whitcombe | 2023.09.28 | 52 | 16 | 53 | 5 | Confidential |
| Simon Whitcombe | 2023.09.28 | 74 | 16 | 74 | 17 | Highly Confidential |
| Simon Whitcombe | 2023.09.28 | 74 | 20 | 75 | 11 | Highly Confidential |
| Simon Whitcombe | 2023.09.28 | 77 | 9 | 77 | 16 | Confidential |
| Simon Whitcombe | 2023.09.28 | 102 | 12 | 102 | 15 | Confidential |
| Simon Whitcombe | 2023.09.28 | 102 | 17 | 103 | 4 | Confidential |
| Simon Whitcombe | 2023.09.28 | 122 | 16 | 122 | 23 | Confidential |
| Simon Whitcombe | 2023.09.28 | 141 | 18 | 141 | 23 | Confidential |
| Simon Whitcombe | 2023.09.28 | 221 | 17 | 221 | 21 | Confidential |
| Simon Whitcombe | 2023.09.28 | 227 | 19 | 228 | 2 | Confidential |
| Simon Whitcombe | 2023.09.28 | 243 | 3 | 243 | 7 | Highly Confidential |
| Simon Whitcombe | 2023.09.28 | 243 | 10 | 243 | 10 | Highly Confidential |
| Simon Whitcombe | 2023.09.28 | 244 | 4 | 244 | 11 | Highly Confidential |