IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND PLAINTIFFS' EXHIBIT LIST[1]**

Plaintiffs move to amend Plaintiffs' Exhibit List to add the following exhibits: (1) GOOG-AT-MDL-B-007778984, an audio recording identified by Google on July 3, 2024 as a hyperlinked document associated with PTX-0751 (GOOG-DOJ-11692120); (2) a certified transcript of that recording, which Plaintiffs are in the process of preparing; and (3) GOOG-AT-MDL-B-007779357, a December 2020 Google presentation entitled "Do Display and Video Campaigns boost Search performance?" identified by Google on July 3, 2024 as a hyperlinked document associated with PTX-1012 (GOOG-DOJ-AT-00330626).

The proposed Amended Exhibit List is attached hereto as **Exhibit A**.

Local Rule 16 provides that parties can seek to amend scheduling orders upon a showing of good cause.

Plaintiffs timely filed Plaintiffs' Trial Exhibit List on July 5, 2024, in accordance with this Court's Order of June 24, 2024 (ECF No. 871). As noted on the cover page of Plaintiffs' Trial Exhibit List, ,Plaintiffs reserved the right to seek the Court's leave to amend their exhibit list after completing their review of linked document information provided by Google on July 3, 2024.

---

[1] Plaintiffs reserve the right to seek the Court's leave to further amend their exhibit list.

On July 3, 2024, and two days prior to the deadline for filing trial exhibit lists, Google stated in a letter to Plaintiffs that a recording hyperlinked to PTX-0751 (GOOG-DOJ-11692120) was produced to Plaintiffs as GOOG-AT-MDL-B-007778984 and that a document hyperlinked to PTX-1012 (GOOG-DOJ-AT-00330626) was produced to Plaintiffs as GOOG-AT-MDL-B-007779357.

Good cause exists because the exhibits are relevant to Plaintiffs' claims and hyperlinks are contained in exhibits that already appear on Plaintiffs' Trial Exhibit List.

Upon review of the material referenced in Google's July 3, 2024 letter, including the aforementioned recording, Plaintiffs promptly informed Google's counsel of its intention to request leave to amend Plaintiffs' Trial Exhibit List. Google has indicated that it does not oppose this motion.

(See following page for signatures.)

Dated: July 23, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Kelly D. Garcia<br>KELLY D. GARCIA<br>AARON M. TEITELBAUM<br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |