**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Amend Plaintiffs' Exhibit List, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. The Proposed Amended Exhibit List, attached to Plaintiffs' Motion as Exhibit A, shall be deemed Plaintiffs' operative trial exhibit list as of the date of this Order.

DATE: _____        _____