UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs,*

vs.

GOOGLE LLC,

    *Defendant.*

No: 1:23-cv-00108-LMB-JFA

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Amend Plaintiffs' Exhibit List, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. Plaintiffs shall file the Proposed Amended Exhibit List, attached to Plaintiffs' Motion as Exhibit A, as a separated docket entry and it shall be deemed Plaintiffs' operative trial exhibit list as of the date of this Order.

DATE: July 24, 2024

/s/
John F. Anderson
United States Magistrate Judge