UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

Untied States et al.

vs.

Google LLC

Civil/Criminal Action No. 1-23-cv-00108-LMB-JFA

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Omnicom Group Inc. ("OMC"), DDB Worldwide LLC ("DDB"), GSD&M LLC, Porter Novelli Public Services Inc. ("Porter Novelli") and OMD USA LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

OMC is a publicly-held corporation (NYSE:OMC).  No publicly traded company holds more than 10% of OMC stock.

DDB is a wholly owned subsidiaries of OMC.  GSD&M, Porter Novelli, and OMD are wholly owned by wholly owned subsidiaries of OMC.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

July 24, 2024

Date

David L. Johhnson

Signature of Attorney or Litigant
Counsel for Omnicom Group Inc., DDB Worldwide LLC, GSD&M LLC, Porter Novelli Public Services Inc., and OMD USA LLC

Rev. 03/12/19