AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.   1:23-cv-108-LMB-JFA

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                          .

Date:      07/25/2024

/s/ Sean Carman
*Attorney's signature*

Sean Carman (WA State Bar No. 24654)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8600
Washington, D.C. 20530

*Address*

sean.carman@usdoj.gov
*E-mail address*

(202) 805-8538
*Telephone number*

(202) 616-2441
*FAX number*