AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.   1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mars, Inc.                                                                                                                                            .

Date:   7/25/2024                                                         /s/ Tara Reinhart
*Attorney's signature*

Tara Reinhart, Virginia State Bar No. 37795
*Printed name and bar number*

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
*Address*

tara.reinhart@skadden.com
*E-mail address*

202-371-7630
*Telephone number*

202-661-9030
*FAX number*