UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

United States of America et al.

vs.

Google LLC

Civil/Criminal Action No. 1:23-cv-00108-LMB-JFA

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for LinkedIn Corporation in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

LinkedIn is a wholly owned subsidiary of Microsoft Corporation, a publicly held corporation.
Microsoft has no parent company, and no publicly held corporation holds more than 10% of its stock.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| 07/26/24 | /s/ John (Jay) Jurata, Jr. |
| Date | Signature of Attorney or Litigant |
| | Counsel for LinkedIn Corporation |

Rev. 03/12/19