# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiff*s,<br> v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

## NON-PARTY LINKEDIN CORPORATION'S NOTICE OF MOTION TO REDACT

Pursuant to Local Rule 5(C), non-party LinkedIn Corporation ("LinkedIn") hereby notices the filing of LinkedIn's contemporaneously filed Motion to Redact ("Motion"). As required by Rule 5(C), LinkedIn further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to its Motion, this Court may treat its Motion as uncontested.

Dated: July 26, 2024

Respectfully submitted,

*/s/ John (Jay) Jurata, Jr.*

John (Jay) Jurata, Jr. (VA Bar No. 46314)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: +1 (202) 261-3300
jay.jurata@dechert.com

*Attorney for Non-Party LinkedIn Corporation*