# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

           *Plaintiff*s,

  v.

GOOGLE LLC,

           *Defendant.*

No: 1:23-cv-00108-LMB-JFA

## NON-PARTY LINKEDIN CORPORATION'S MOTION TO REDACT

Pursuant to Local Rule 5(C) and the Court's June 24, 2024 Order, ECF No. 871, non-party LinkedIn Corporation ("LinkedIn") respectfully moves this Court to redact DTX 1991 and fully redact or seal DTX 2221, which are included on Google's exhibit list, and contain competitively sensitive and highly confidential revenue data and customer account information. *See* ECF No. 894. LinkedIn further requests that the competitively sensitive and highly confidential LinkedIn data not be shown on public screens at trial and that any testimony discussing or relating to the underlying data be conducted in closed session.

Dated: July 26, 2024

Respectfully submitted,

*s/ John (Jay) Jurata, Jr.*

John (Jay) Jurata, Jr. (VA Bar No. 46314)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: +1 (202) 261-3300
jay.jurata@dechert.com

*Attorney for Non-Party LinkedIn Corporation*