EXHIBIT A
Slip Sheet DTX 2221
[FILE UNDER SEAL]