# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiff*s,<br> v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

## [PROPOSED] ORDER GRANTING NON-PARTY LINKEDIN CORPORATION'S MOTION TO REDACT

Pursuant to Local Civil Rule 5(C), non-party LinkedIn Corporation ("LinkedIn") filed a Motion to Redact ("Motion"), which seeks to fully redact or seal DTX 2221, and redact portions of DTX 1991 on Google's trial exhibit list. *See* ECF No. 894. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) LinkedIn's interest in protecting its sensitive, confidential, business information outweighs the public's right of access; (iii) a procedure other than redaction and sealing is insufficient to protect LinkedIn's interest; and (iv) LinkedIn seeks to redact and seal only as much as is necessary to protect its interest. Accordingly, it is hereby:

  **ORDERED** that the Motion is GRANTED.

  **SO ORDERED** on this __ day of _____, 2024.

                           _____
                           United States District Judge