**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY MARS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and the Court's pretrial scheduling order dated June 24, 2024 (ECF No. 871), non-party Mars, Inc. ("Mars"), by undersigned counsel, respectfully moves this Court for an order granting Mars' motion to seal trial exhibit DOJ_MARS_0000570. This motion is made on the grounds set forth in the accompanying Memorandum in Support of Non-Party Mars, Inc's Motion to Seal.

Dated: July 26, 2024

Respectfully submitted,

/s/ *Tara Reinhart*
Tara Reinhart
(Va. Bar No. 37795)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7630
Facsimile: (202) 661-9030
tara.reinhart@skadden.com

Karen Hoffman Lent (*pro hac vice pending*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

2

Telephone: (212) 735-3276
Facsimile: (917) 777-3276
karen.lent@skadden.com

*Counsel for Non-Party Petitioner Mars, Inc.*