**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                           Plaintiffs,<br><br>               v.<br><br>GOOGLE LLC,<br><br>                           Defendant. | No. 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

Pursuant to Local Civil Rule 5(C), non-party Mars, Inc. ("Mars") filed a Motion to Seal ("Motion"), which seeks to seal trial exhibit DOJ_MARS_0000570.  Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) Mars' interest in protecting its and third-parties' sensitive, confidential, business information outweighs the public's right of access; (iii) a procedure other than sealing is insufficient to protect Mars' interest; and (iv) Mars seeks to seal only as much as is necessary to protect its interest.

Accordingly, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the unredacted exhibit shall be maintained under seal by the Clerk, until otherwise directed.

**SO ORDERED** on this ___ day of _____, 2024.

_____
United States District Judge