# Exhibit 1

Mars Client/
Media/Submedia/Marketplace    (All)

| Sum of BuyAmount | | | | Year | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Master Client Name | Media Category | Media | Marketplace | 2019 | 2020 | 2021 | 2022 | 2023 | Grand Total |
| MARS | Direct IO | CTV Direct IO | Direct | | | | | | |
| | | | NULL = No Selection | | | | | | |
| | | CTV Direct IO Total | | | | | | | |
| | | Interactive Direct IO | Direct | | | | | | |
| | | | NULL = No Selection | | | | | | |
| | | | Self service | | | | | | |
| | | Interactive Direct IO Total | | | | | | | |
| | Direct IO Total | | | | | | | | |
| | Programmatic | CTV Programmatic | Direct | | | | | | |
| | | | NULL = No Selection | | | | | | |
| | | CTV Programmatic Total | | | | | | | |
| | | Programmatic | Direct | | | | | | |
| | | | NULL = No Selection | | | | | | |
| | | | Open Exchange Managed Service | | | | | | |
| | | | Open Exchange Self Service | | | | | | |
| | | | Programmatic direct (guaranteed) Self Service | | | | | | |
| | | Programmatic Total | | | | | | | |
| | Programmatic Total | | | | | | | | |
| | Search | Search | Managed service | | | | | | |
| | | | NULL = No Selection | | | | | | |
| | | | Programmatic | | | | | | |
| | | | Self service | | | | | | |
| | | Search Total | | | | | | | |
| | Search Total | | | | | | | | |
| | Social | Social | NULL = No Selection | | | | | | |
| | | | Open Exchange Self Service | | | | | | |
| | | | Programmatic | | | | | | |
| | | Social Total | | | | | | | |
| | Social Total | | | | | | | | |
| MARS Total | | | | | | | | | |
| Grand Total | | | | | | | | | |

**Property Top Partners**
Partners are listed has been randomized, except top spender
Properties per Category

| Social Properties | Search Properties | Programmatic | Direct IO Interactive |
|---|---|---|---|
| | | | Listed Partners represent over 60% of Spend and there are over 100 others |
| FACEBOOK | GOOGLE ADS | Yahoo | You Tube |
| TIKTOK | BING | The Trade Desk | Paramount |
| SNAP INC FK SNAPCHAT | WALMART | DV360 | Tubi |
| LINKEDIN | DCM (SEARCH ADS 360) | Amazon | Disney |
| LIVE RAMP | SAM'S CLUB | | Roku |
| TWITTER | PACVUE CORPORATION | | Spotify |
| X CORP | DOORDASH | | iHeart |
| DCM(CAMPAIGN MANAGR) | BJS | | NBC |
| VIDMOB | ALBERTSONS COMPANIES | | |
| PINTEREST | APPLE SEARCH ADS | | |
| REDDIT.COM | TARGET CORPORATION | | |
| NIELSEN | AMAZON | | |
| | CRITEO | | |
| | INSTACART | | |
| | 84.51 LLC | | |
| | CITRUS AD INTL INC | | |

| Parent_Owner | SupplierName | medianame | 2,019 | 2,020 | 2,021 | 2,022 | 2,023 | 2,024 |
|---|---|---|---|---|---|---|---|---|
| FACEBOOK INC | FACEBOOK | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| TIKTOK | TIKTOK | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| SNAP INC | SNAP INC FK SNAPCHAT | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| PINTEREST | PINTEREST | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ADVANCE PUBLICATIONS INC | REDDIT.COM | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| NIELSEN BUSINESS MEDIA INC | NIELSEN | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| LINKEDIN CORPORATION | LINKEDIN | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| Acxiom Corporation | LIVE RAMP | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| TWITTER INC | TWITTER | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |
| X CORP | X CORP | Social | ▮ | ▮ | ▮ | ▮ | ▮ | |

| Parent_Owner | SupplierName | medianame | $2,019 | $2,020 | $2,021 | $2,022 | $2,023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| GOOGLE | GOOGLE ADS | Search | ■ | ■ | ■ | ■ | ■ | |
| MICROSOFT CORPORATION | BING | Search | ■ | ■ | ■ | ■ | ■ | |
| WALTON FAMILY | WALMART | Search | ■ | ■ | ■ | ■ | ■ | |
| AMAZON | AMAZON | Search | ■ | ■ | ■ | ■ | ■ | |
| CRITEO SA | CRITEO | Search | ■ | ■ | ■ | ■ | ■ | |
| MAPLEBEAR INC | INSTACART | Search | ■ | ■ | ■ | ■ | ■ | |
| KROGER | 84.51 LLC | Search | ■ | ■ | ■ | ■ | ■ | |
| CITRUS AD INTL INC | CITRUS AD INTL INC | Search | ■ | ■ | ■ | ■ | ■ | |
| GOOGLE | DCM (SEARCH ADS 360) | Search | ■ | ■ | ■ | ■ | ■ | |
| WALMART INC | SAM'S CLUB | Search | ■ | ■ | ■ | ■ | ■ | |

| Parent_Owner | SupplierName | medianame | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| VERIZON | YAHOO | DSP | ███ | ███ | ███ | ███ | ███ | |
| THE TRADE DESK | THE TRADE DESK INC | DSP | ███ | ███ | ███ | ███ | ███ | |
| AMAZON | AMAZON | DSP | ███ | ███ | ███ | ███ | ███ | |
| GOOGLE | DBM DSPLY AND VID360 | DSP | ███ | ███ | ███ | ███ | ███ | |

| Parent_Owner | SupplierName | medianame | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| GOOGLE | YOUTUBE | Interactive | ███ | ███ | ███ | ███ | ███ | |
| Paramount | CBS | Interactive | ███ | ███ | ███ | ███ | ███ | |
| ROKU INC | ROKU INC | Interactive | ███ | ███ | ███ | ███ | ███ | |
| THE WALT DISNEY CO | DISNEY AD SALES DAS | Interactive | ███ | ███ | ███ | ███ | ███ | |
| HULU | HULU | Interactive | ███ | ███ | ███ | ███ | ███ | |
| SPOTIFY LTD | SPOTIFY | Interactive | ███ | ███ | ███ | ███ | ███ | |
| IHEARTMEDIA INC | IHEART RADIO | Interactive | ███ | ███ | ███ | ███ | ███ | |
| Dotdash Meredith | DOT DASH (ABOUT.COM) | Interactive | ███ | ███ | ███ | ███ | ███ | |
| TUBI INC | TUBI INC FKA ADRISE | Interactive | ███ | ███ | ███ | ███ | ███ | |
| COMCAST CORPORATION | NBC | Interactive | ███ | ███ | ███ | ███ | ███ | |