# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**NON-PARTY LINKEDIN CORPORATION'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 5(C) and the Modified Protective Order (ECF No. 203, at 25), non-party LinkedIn Corporation ("LinkedIn") respectfully submits this Motion to Seal contemporaneously with its Motion to Redact. For all the reasons articulated in LinkedIn's Motion to Redact, accompanying Memorandum of Law, and supporting declaration, LinkedIn requests that this Court file under seal the unredacted version of DTX 2221.[1] The exhibit was provisionally filed under seal concurrently with LinkedIn's Motion to Redact and pursuant to this Court's Order outlining the procedure by which a non-party can object to the public use of confidential documents. *See* ECF No. 871.

Dated: July 26, 2024

Respectfully submitted,

*s/ John (Jay) Jurata, Jr.*

John (Jay) Jurata, Jr. (VA Bar No. 46314)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: +1 (202) 261-3300
jay.jurata@dechert.com

*Attorney for Non-Party LinkedIn Corporation*

---

[1] A redacted version of DTX 2221 is attached hereto as Exhibit A. The lettering of the Exhibit attached here corresponds with how the same Exhibit is lettered in the related Motion to Redact.