Case 1:23-cv-00108-LMB-JFA   Document 951-1   Filed 07/26/24   Page 1 of 1 PageID# 25882

# EXHIBIT A
# Slip Sheet DTX 2221
# [FILE UNDER SEAL]