**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

                *Plaintiff*s,

  v.

GOOGLE LLC,

                *Defendant.*

No: 1:23-cv-00108-LMB-JFA

**[PROPOSED] ORDER GRANTING NON-PARTY LINKEDIN CORPORATION'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5(C), non-party LinkedIn Corporation ("LinkedIn") filed a Motion to File Under Seal ("Motion"), which seeks to seal the unredacted version of DTX 2221. Having considered the Motion, LinkedIn's Motion to Redact, and accompanying memorandum of law, as well as any opposition thereto, this Court finds that good cause exists to seal the above referenced exhibits. Accordingly, it is hereby:

**ORDERED** that the Motion is GRANTED.

**SO ORDERED** on this __ day of _____, 2024.

 

                                            United States District Judge