AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

X Corp., as successor in interest to Twitter, Inc.                                                            .

Date:     07/26/2024

s/ Chad E. Wallace
*Attorney's signature*

Chad E. Wallace, VSB 92807
*Printed name and bar number*
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, Tennessee  37602

*Address*

cwallace@bakerdonelson.com
*E-mail address*

(423) 928-0181
*Telephone number*

(423) 928-5694
*FAX number*