**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY MARS, INC.'S NOTICE OF MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party Mars, Inc. ("Mars") hereby notices the filing of Mars' contemporaneously filed Motion to Seal ("Motion"). As required by Local Civil Rule 5, Mars hereby notifies Plaintiff United States, Defendant Google LLC, and any interested non-parties that they may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of this Motion, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: July 26, 2024

Respectfully submitted,

/s/ *Tara Reinhart*
Tara Reinhart
(Va. Bar No. 37795)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7630
Facsimile: (202) 661-9030
tara.reinhart@skadden.com

Karen Hoffman Lent (*pro hac vice pending*)
Skadden, Arps, Slate, Meagher & Flom LLP

2

One Manhattan West
New York, NY 10001
Telephone: (212) 735-3276
Facsimile: (917) 777-3276
karen.lent@skadden.com

*Counsel for Non-Party Petitioner Mars, Inc.*