## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiff, | Case No. 1:23-cv-00108-LMB-JFA |
| v. | |
| Google LLC | The Honorable Leonie M. Brinkema |
| Defendant. | |

### THE TRADE DESK, INC.'S MOTION TO SEAL EXHIBITS ENTERED INTO EVIDENCE AT TRIAL

Pursuant to Local Rule 5(c) of the Rules of the United States District Court for the Eastern District of Virginia and the Modified Protective Order, The Trade Desk, Inc. ("The Trade Desk"), through its undersigned counsel, hereby respectfully moves this Court for an order granting The Trade Desk's motion to seal certain of the parties' exhibits entered into evidence at trial ("Motion"). The Trade Desk seeks leave to file under seal and redact the following documents:

- Certain exhibits identified in Plaintiffs' Trial Exhibit List (Dkt. No. 892-1) and Defendant Google LLC's Trial Exhibit List (Dkt. No. 894) which are identified in Appendix A to this motion.

- Excerpts of the deposition testimony of The Trade Desk's Chief Revenue Officer, Jed Dederick, designated as highly confidential pursuant to the Modified Protective Order, and identified in Appendices B and C to this motion.

Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on relevant counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are contained in the memorandum of law concurrently filed in support of this motion. A proposed order is attached for the Court's convenience.

Date: July 26, 2024

/s/ David L. Johnson
David L. Johnson (VSB 89289)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
david.johnson@lw.com

Elizabeth Prewitt (*pro hac vice*)
Lauren Sun (*pro hac vice forthcoming*)
Ryan Maamoun (pro hac vice *forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1354
Facsimile: (212) 751-4864
elizabeth.prewitt@lw.com
lauren.sun@lw.com
ryan.maamoun@lw.com

Aaron T. Chiu (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
aaron.chiu@lw.com

*Attorneys for The Trade Desk, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2024, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will then send a notification of such filing to all counsel of record.


Date: July 26, 2024

*/s/ David L. Johnson*
David L. Johnson

# APPENDIX A

| TTD EXHIBIT NO. | TRIAL EXHIBIT NO. | RELIEF REQUESTED |
|---|---|---|
| Exhibit 1 | DTX 1444 | Under Seal |
| Exhibit 2 | DTX 1799 | Under Seal |
| Exhibit 3 | DTX 1800 | Under Seal |
| Exhibit 4 | DTX 1801 | Under Seal |
| Exhibit 5 | PTX 1714 | Under Seal |
| Exhibit 6 | PTX 1715 | Under Seal |
| Exhibit 7A | DTX 737 | Under Seal |
| Exhibit 7B | DTX 319 | Under Seal |
| Exhibit 8 | DTX 523 | Redactions Applied As Highlighted |
| Exhibit 9 | DTX 823 | Under Seal |
| Exhibit 10 | DTX 1022 | Under Seal |
| Exhibit 11 | DTX 1051 | Under Seal |
| Exhibit 12 | DTX 1456 | Under Seal |
| Exhibit 13 | DTX 1084 | Under Seal |
| Exhibit 14 | DTX 1254 | Under Seal |
| Exhibit 15 | DTX 1798 and DTX122 | Under Seal |
| Exhibit 16 | DTX 1139 | Under Seal |
| Exhibit 17 | DTX 520 | Under Seal |
| Exhibit 18 | DTX 1162 | Under Seal |
| Exhibit 19 | DTX 1198 | Under Seal |
| Exhibit 20 | DTX 1447 | Under Seal |

| Exhibit 21 | DTX 1170 | Under Seal |
|---|---|---|
| Exhibit 22 | DTX 1794 | Under Seal |
| Exhibit 23 | DTX 1795 | Under Seal |
| Exhibit 24 | DTX 1797 | Redactions Applied As Highlighted |
| Exhibit 25 | DTX 1205 | Under Seal |
| Exhibit 26 | DTX 1398 | Under Seal |

# APPENDIX  B

## Plaintiff's Deposition Designations of Jed Dederick's Deposition Testimony

| Page From | Line From | Page to | Line to |
|-----------|-----------|---------|---------|
| 44 | 21 | 45 | 22 |
| 61 | 7 | 61 | 24 |
| 69 | 20 | 70 | 15 |
| 126 | 5 | 127 | 20 |
| 130 | 20 | 134 | 4 |
| 134 | 18 | 134 | 20 |
| 134 | 22 | 135 | 3 |
| 135 | 4 | 136 | 11 |
| 136 | 12 | 136 | 25 |
| 137 | 2 | 137 | 15 |
| 144 | 15 | 145 | 18 |
| 163 | 11 | 163 | 13 |
| 163 | 16 | 165 | 20 |
| 167 | 14 | 170 | 4 |
| 170 | 13 | 170 | 15 |
| 170 | 17 | 172 | 7 |
| 172 | 8 | 173 | 3 |
| 173 | 4 | 174 | 4 |
| 174 | 5 | 174 | 8 |
| 174 | 10 | 174 | 24 |
| 179 | 19 | 179 | 23 |
| 179 | 25 | 180 | 22 |
| 180 | 25 | 181 | 25 |
| 182 | 2 | 182 | 20 |
| 191 | 24 | 193 | 9 |
| 193 | 10 | 195 | 2 |
| 195 | 4 | 195 | 25 |
| 196 | 12 | 198 | 18 |
| 198 | 21 | 202 | 5 |
| 202 | 22 | 203 | 8 |
| 217 | 10 | 219 | 4 |
| 219 | 5 | 220 | 7 |
| 220 | 8 | 220 | 10 |
| 220 | 11 | 221 | 10 |
| 221 | 12 | 221 | 23 |
| 222 | 3 | 223 | 9 |
| 223 | 12 | 224 | 23 |
| 224 | 25 | 225 | 11 |
| 225 | 23 | 229 | 2 |
| 229 | 4 | 230 | 2 |
| 230 | 3 | 230 | 8 |
| 230 | 10 | 230 | 24 |
| 231 | 14 | 231 | 20 |
| 231 | 24 | 232 | 15 |

| Page From | Line From | Page to | Line to |
|---|---|---|---|
| 232 | 18 | 233 | 4 |
| 233 | 6 | 234 | 3 |
| 235 | 17 | 235 | 22 |
| 236 | 3 | 236 | 22 |
| 236 | 23 | 237 | 3 |
| 237 | 5 | 238 | 18 |
| 243 | 12 | 243 | 24 |
| 244 | 6 | 245 | 4 |
| 245 | 8 | 246 | 11 |
| 247 | 18 | 247 | 20 |
| 247 | 22 | 248 | 19 |
| 249 | 3 | 249 | 15 |
| 249 | 18 | 250 | 14 |
| 250 | 16 | 250 | 18 |
| 250 | 20 | 251 | 22 |
| 251 | 23 | 252 | 2 |
| 252 | 4 | 252 | 20 |
| 253 | 5 | 253 | 10 |
| 253 | 11 | 253 | 17 |
| 253 | 19 | 253 | 25 |
| 254 | 2 | 254 | 3 |
| 254 | 5 | 254 | 10 |
| 254 | 15 | 254 | 18 |
| 254 | 21 | 255 | 22 |
| 255 | 25 | 256 | 4 |
| 256 | 6 | 257 | 6 |
| 257 | 11 | 257 | 16 |
| 257 | 18 | 257 | 23 |
| 257 | 25 | 260 | 11 |
| 260 | 12 | 261 | 17 |
| 261 | 19 | 261 | 21 |
| 261 | 23 | 263 | 25 |
| 264 | 2 | 264 | 6 |
| 264 | 8 | 265 | 15 |
| 265 | 16 | 266 | 21 |
| 267 | 11 | 268 | 20 |
| 268 | 23 | 269 | 3 |
| 269 | 6 | 269 | 12 |
| 269 | 14 | 269 | 17 |
| 270 | 10 | 270 | 12 |
| 270 | 14 | 271 | 3 |
| 271 | 20 | 272 | 10 |
| 272 | 11 | 274 | 14 |
| 274 | 15 | 274 | 19 |
| 274 | 21 | 276 | 3 |
| 276 | 5 | 276 | 19 |
| 276 | 20 | 277 | 19 |
| 277 | 21 | 280 | 3 |

| Page From | Line From | Page to | Line to |
|:---:|:---:|:---:|:---:|
| 280 | 6 | 280 | 14 |
| 281 | 2 | 281 | 5 |
| 281 | 7 | 281 | 14 |
| 282 | 11 | 282 | 15 |
| 282 | 17 | 282 | 21 |
| 282 | 23 | 285 | 4 |
| 285 | 11 | 285 | 13 |
| 285 | 15 | 285 | 16 |
| 285 | 17 | 285 | 19 |
| 285 | 21 | 286 | 12 |
| 286 | 15 | 288 | 13 |

# APPENDIX C

**Defendant Google LLC's Deposition Designations of Jed Dederick's Deposition Testimony**

| Page From | Line From | Page to | Line to |
|:---:|:---:|:---:|:---:|
| 41 | 7 | 41 | 10 |
| 44 | 2 | 44 | 4 |
| 44 | 12 | 44 | 25 |
| 45 | 2 | 45 | 4 |
| 60 | 14 | 60 | 23 |
| 60 | 25 | 60 | 25 |
| 61 | 2 | 61 | 6 |
| 62 | 10 | 62 | 15 |
| 62 | 20 | 62 | 25 |
| 63 | 2 | 63 | 19 |
| 64 | 16 | 64 | 25 |
| 65 | 2 | 65 | 6 |
| 72 | 17 | 72 | 25 |
| 73 | 2 | 73 | 14 |
| 73 | 15 | 73 | 24 |
| 98 | 2 | 98 | 25 |
| 99 | 2 | 99 | 7 |
| 99 | 23 | 99 | 25 |
| 100 | 2 | 100 | 7 |
| 100 | 22 | 100 | 25 |
| 101 | 2 | 101 | 2 |
| 102 | 12 | 102 | 25 |
| 103 | 2 | 103 | 3 |
| 105 | 2 | 105 | 13 |
| 108 | 4 | 108 | 12 |
| 120 | 19 | 120 | 23 |
| 122 | 25 | 122 | 25 |
| 123 | 2 | 123 | 10 |
| 127 | 21 | 127 | 25 |
| 128 | 16 | 128 | 25 |
| 129 | 2 | 129 | 3 |
| 293 | 9 | 293 | 20 |
| 293 | 21 | 293 | 24 |
| 294 | 5 | 294 | 7 |
| 295 | 6 | 295 | 10 |