UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Google LLC <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA <br><br> The Honorable Leonie M. Brinkema |

### NON-PARTY THE TRADE DESK, INC.'S NOTICE OF MOTION TO SEAL

Pursuant to Local Rule 5(c) of the Rules of the United States District Court for the Eastern District of Virginia, The Trade Desk, Inc. ("The Trade Desk") hereby notices the filing of The Trade Desk's contemporaneously filed Motion to Seal ("Motion"). As required by Rule 5(c), The Trade Desk further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to its Motion, this Court may treat this motion as uncontested.

Date: July 26, 2024

*/s/ David L. Johnson*
David L. Johnson (VSB 89289)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
david.johnson@lw.com

Elizabeth Prewitt (*pro hac vice*)
Lauren Sun (*pro hac vice forthcoming*)
Ryan Maamoun (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1354
Facsimile: (212) 751-4864
elizabeth.prewitt@lw.com
lauren.sun@lw.com
ryan.maamoun@lw.com

Aaron T. Chiu (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
aaron.chiu@lw.com

*Attorneys for The Trade Desk, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Google LLC<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00108-LMB-JFA<br><br>The Honorable Leonie M. Brinkema |

**THE TRADE DESK, INC.'S CERTIFICATE OF SERVICE FOR DOCUMENTS FILED UNDER SEAL**

　　I hereby certify that I will cause the trial exhibits filed under seal in connection with The Trade Desk's Motion to Seal to be forwarded electronically to counsel of record for Plaintiff United States of America, et al. and Defendant Google LLC.

Date: July 26, 2024

　　　　　　　　　　　　　　　　　　　　　*/s/ David L. Johnson*
　　　　　　　　　　　　　　　　　　　　　David L. Johnson

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 26, 2024, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Date: July 26, 2024

               */s/ David L. Johnson*
               David L. Johnson