**APPENDIX A**

**Equativ Documents on Parties' Exhibit Lists**

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| A-1 | EQUATIV-000000001 - EQUATIV-000000077 | PTX 1674; DTX 1552 | Equativ Internal Guidelines Slide Deck | EQUATIV-000000009-10: Equativ proposes to redact the names and logos of Equativ's premium publishers, the identity of which is highly confidential, commercially sensitive information.<br><br>EQUATIV-000000016: Equativ proposes to redact the figures corresponding to monthly auctions, 2022 gross revenues, and organic growth in 2022, which is based on Equativ's internal, non-public and highly commercially sensitive data.<br><br>EQUATIV-000000017: Equativ proposes to redact the figures corresponding to 2021 traded revenues, revenue growth versus past year, and EBITDA, which is based on Equativ's internal, non-public and highly commercially sensitive data. |
| A-2 | EQUATIV-000000352-T-001 EQUATIV-000000414-T0063[1] | PTX 1660 | Charles River Associates (CRA) Report: Estimate of the damages incurred by Smart due to Google's anti-competitive practices in the online advertising intermediation sector condemned by the Competition Authority's decision of June 7, 2021 | Equativ proposes to redact all figures and tables or excerpts thereof that are based on CRA's analysis of Equativ's internal, non-public, and highly commercially sensitive data, which appear throughout. Equativ proposes to redact narrative explanations of the same, which also appear throughout, for the same reason. Equativ further proposes to redact Equativ's estimated damages incurred as a result of Google's anticompetitive practices due to the high commercial sensitivity of such figures. |

---

[1] Equativ produced this document in its original French. Counsel for Plaintiffs subsequently translated the document into English and provided the translation to Equativ. Counsel for Plaintiffs have represented that, to the extent they use this document at trial, they intend to use only the English translation. As a result, Equativ is submitting redactions to only the English translation (and not the original French document). For the avoidance of doubt, Equativ would object to the same portions of the French version as described here.

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| A-3 | EQUATIV-000000082 - EQUATIV-000000089 | PTX 1673 | Equativ Google AdX Mediation Document | EQUATIV-000000084: in the third bullet from top, Equativ proposes to redact the figure following "The maximum value for the AdX CPM Gate is [X]." This reveals details on the pricing strategy behind Equativ's offering, which is which is highly confidential, non-public, commercially sensitive information.<br><br>EQUATIV-000000085: Equativ proposes to redact the chart on Dense Granularity for the same reason as above.<br><br>EQUATIV-000000085: under "AdX Billing Basis, Equativ proposes to redact the four figures in example for the same reason as above.<br><br>EQUATIV-000000087: under "AdX CPM Gate," Equativ proposes to redact the figures reflected in chart for the same reason as above.<br><br>EQUATIV-000000087: under "Usual Use Case," Equativ proposes to redact the figure reflected in "AdX CPM = [X]" for the same reason as above.<br><br>EQUATIV-000000087: under "Mediation Protection Margin," Equativ proposes to redact the bullet point following "want to happen" for the same reason as above.<br><br>EQUATIV-000000087: under "Current Value," Equativ proposes to redact the figure in sentence below for the same reason as above.<br><br>EQUATIV-000000088: under "Equativ Floor Price," Equativ proposes to redact the middle sentence, which reveals Equativ's pricing formula, which is highly confidential, non-public, commercially sensitive information.<br><br>EQUATIV-000000088: under "GAM Bucket Prices," Equativ proposes to redact the three lines following first sentence, |

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| | | | | reveals details on the pricing strategy behind Equativ's offering, which is which is highly confidential, non-public, commercially sensitive information. |
| | | | | EQUATIV-000000088: under "GAM Floor Price," Equativ proposes to redact the sentence below for the same reason as above. |
| | | | | EQUATIV-000000088: under "Equativ Revenue Share Deficiency," Equativ proposes to redact the figure in first sentence for the same reason as above. |
| | | | | EQUATIV-000000088: under "Client-side Discrepancies," Equativ proposes to redact the figure in first sentence for the same reason as above. |
| | | | | EQUATIV-000000088: under "AdX CPM Gate Limit," Equativ proposes to redact the figures reflected in the sentence for the same reason as above. |
| | | | | EQUATIV-000000089: Equativ proposes to redact the figure reflected in first sentence on top of page for the same reason as above. |
| | | | | EQUATIV-000000089: under "Unmatched Ad Request Investigation," Equativ proposes to redact the figures in first sentence for the same reason as above. |
| A-4 | EQUATIV-000000415-EQUATIV-000000417 | PTX 1679 | 6/23/2023 email from Jesus Carrera to Ingrid Couasnon | EQUATIV-000000415: Equativ proposes to redact the name of the company in the email domain. This email exchange is with an Equativ potential customer, the identity of which is confidential, non-public information. |

3

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| | | | | EQUATIV-000000417: Equativ proposes to redact the name of the company in the email domain and signature for the same reason as above. |
| A-5 | EQUATIV-000000422-EQUATIV-000000423 | PTX 1680 | 6/23/2023 Email from Arnaud Creput to Juan Manuel Alvarez et al. | EQUATIV-000000422: Equativ proposes to redact the name of the company in the subject line and body of the email. This email exchange is with an Equativ potential customer, the identity of which is confidential, non-public information. |
| A-6 | EQUATIV-000000420-EQUATIV-000000421 | PTX 1681 | Email from Jesus Carrera to Arnaud Creput et al. | EQUATIV-000000420: Equativ proposes to redact the name of the company in the email domain. This email exchange is with an Equativ potential customer, the identity of which is confidential, non-public information. |
| | | | | EQUATIV-000000421: Equativ proposes to redact the name of the company in the email domain and signature for the same reason as above. |
| A-7 | EQUATIV-000000090 | PTX 1682 | Equativ spreadsheet[2] on Smart AdServer, Smart RTB+, and Smart for TV | pp. 1-4: Equativ proposes to redact the text corresponding to "Flagship Reference." This describes Equativ's customers, the identity of which is confidential, non-public information. |
| | | | | pp. 1-4: Equativ proposes to redact the text corresponding to "Problems/Pain points" and "Problems." This reveals Equativ's internal assessment of the potential challenges of its offerings and market conditions, which impacts Equativ's competitive position. |

---

[2] In order to file Equativ's proposed redactions pursuant to the Court's June 24, 2024 Order (Dkt. 871), Equativ has converted this document that was produced as a native Excel spreadsheet into a PDF. Equativ has done the same for EQUATIV-000000091, which was produced in the same manner.

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| A-8 | EQUATIV-000000091 | PTX 1683 | Equativ spreadsheet on competitive analysis | Equativ proposes to redact the text corresponding to its own market share (under "Smart"), which is confidential, nonpublic information.<br><br>Equativ proposes to redact the text corresponding to "Weaknesses" under "Smart." This reveals Equativ's internal competitive assessment of its own offering, which impacts Equativ's competitive position.<br><br>Equativ proposes to redact the text corresponding to "Key takeaways / positioning of Smart against this player." This reveals Equativ's internal assessment of its offerings against specific competitors on a competitor-by-competition basis, which impacts Equativ's competitive position.<br><br>Equativ proposes to redact the figures associated with the ranking matrix. This shows Equativ's internal assessment of its offerings against specific competitors on a competitor-by-competition basis, which impacts Equativ's competitive position |
| A-9 | EQUATIV-000000459 | DTX 646 | Smart Adserver Ratecard 2019 | Equativ proposes to redact all figures in charts. These reveal the details of Equativ's specific pricing terms and structure, which is highly confidential, non-public, commercially sensitive information.<br><br>Under "General Comments" box, Equativ proposes to redact first sentence from top and last two sentences from bottom. These sentences provide insight for interpreting the figures contained in the charts that further elucidate Equativ's specific pricing terms and structure, which is highly confidential, non-public, commercially sensitive information. |
| N/A | EQUATIV-000000437 | DTX 2132 | Equativ spreadsheet on net SSP revenues, impressions, bids and | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and |

| Equativ Ex. # | Bates Range | Party Ex. # | Document Description | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|---|---|
| | | | auctions by month between March 2014 and April 2023 | highly commercially sensitive. Equativ objects to the public use of this document as a whole. |
| N/A | EQUATIV-000000434 | DTX 2131 | Equativ spreadsheet net SSP revenues by network and month between January 2014 and April 2023. | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and highly commercially sensitive. Equativ objects to the public use of this document as a whole. |
| N/A | EQUATIV-000000441 | DTX 806 | Equativ spreadsheet showing granular data by of publisher, location, network, gross revenue, and impressions for 2019 | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and highly commercially sensitive. Equativ objects to the public use of this document as a whole. |
| N/A | EQUATIV-000000442 | DTX 2523 | Equativ spreadsheet showing granular data by of publisher, location, network, gross revenue, and impressions for 2020 | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and highly commercially sensitive. Equativ objects to the public use of this document as a whole. |
| N/A | EQUATIV-000000443 | DTX 2524 | Equativ spreadsheet showing granular data by of publisher, location, network, gross revenue, and impressions for 2021 | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and highly commercially sensitive. Equativ objects to the public use of this document as a whole. |
| N/A | EQUATIV-000000444 | DTX 2525 | Equativ spreadsheet showing granular data by of publisher, location, network, gross revenue, and impressions for 2022 | The data is of a nature that it cannot practicably be redacted. In its entirety, the data is granular, internal, non-public, and highly commercially sensitive. Equativ objects to the public use of this document as a whole. |

**Equativ Data Reflected in Parties' Trial Exhibits**

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| PTX 1202 | Simcoe Opening Report Figure 7: Average Spend Per 1,000 Worldwide Impressions, 2018-2021 | The Court ruled in Dkt. No. 903 (ruling on Plaintiffs' motion to seal portions of their opposition to Google's motion to exclude the testimony of Dr. Simcoe along with certain exhibits) (hereinafter "Dkt. No. 903") that portions of this figure should remain under seal to protect the confidentiality of third parties. Consistent with that ruling, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's worldwide impressions based on recent, internal, non-public and highly commercially sensitive data. |
| PTX 1233 | Lee Opening Report Figure 51: AdX and third-party ad exchanges' shares of ad exchange fees from worldwide indirect open-web display transactions (2022) | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| PTX 1236 | Lee Opening Report Figure 45: Worldwide open-web display impressions served by publisher ad servers (2018-2022) | Same as above. |
| PTX 1237 | Lee Opening Report Figure 47: AdX maintains a substantial share of worldwide indirect open- web display impressions transacted through ad exchanges (2018–2022) | The Court ruled in Dkt. No. 903 that portions of this figure should remain under seal to protect the confidentiality of third parties. Consistent with that ruling, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's worldwide impressions based on recent, internal, non-public and highly commercially sensitive data. |
| PTX 1238 | Lee Opening Report Figure 48: AdX and third-party ad exchanges' shares of worldwide indirect open-web display impressions among ad exchange (2022) | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the data in this |

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| | | figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| PTX 1239 | Lee Opening Report Figure 49: AdX earns consistently high net revenues from the sale of worldwide indirect open-web display impressions (2018–2022) | Same as above. |
| PTX 1240 | Lee Opening Report Figure 50: AdX maintains a significant share of ad exchange fees fromworldwide indirect open-web display transactions (2018–2022) | Same as above. |
| PTX 1254 | Lee Opening Report Figure 84: Exchange impressions and spend by user and publisher location (2022) | Same as above. |
| PTX 1255 | Lee Opening Report Figure 85: Share of publisher ad server impressions by publisher location (2022) | Same as above. |
| PTX 1256 | Lee Opening Report Figure 86: Relative shares of indirect open-web display impressions by user and publisher location | Same as above. |
| PTX 1260 | Lee Opening Report Figure 90: AdX maintains a substantial share of US indirect open-webdisplay impressions transacted through ad exchanges (2018–2022) | Same as above. |
| PTX 1261 | Lee Opening Report Figure 91: AdX and third-party exchanges' shares of US indirect open-web display impressions among ad exchanges (2022) | Same as above. |
| PTX 1262 | Lee Opening Report Figure 92: AdX earns consistently high net revenues from the sale of US indirect open-web display impressions (2018–2022) | Same as above. |

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| PTX 1263 | Lee Opening Report Figure 93: AdX maintains a substantial share of ad exchange fees from US indirect open-web display impressions (2018–2022) | Same as above. |
| PTX 1264 | Lee Opening Report Figure 94: AdX and third-party exchanges' shares of ad exchange fees from US indirect open-web display transactions (2022) | Same as above. |
| PTX 1265 | Lee Opening Report Figure 95: AdX maintains a substantial share of worldwide indirect open- web display spend transacted through ad exchanges (2018–2022) | Same as above. |
| PTX 1266 | Lee Opening Report Figure 96: AdX maintains a significant share of US indirect open-web display spend | Same as above. |
| PTX 1277 | Lee Opening Report Figure 107: US open-web display impressions served by publisher ad servers (2018–2022) | Same as above. |
| PTX 1278 | Lee Opening Report Figure 108: Annual publisher ad-server impression shares with additional parties, global and US | Same as above. |
| PTX 1280 | Lee Opening Report Figure 110: Summary of worldwide open-web indirect display take rates among ad exchanges | The Court ruled in Dkt. No. 903 that portions of this figure should remain under seal to protect the confidentiality of third parties. Consistent with that ruling, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's take rates based on recent, internal, non-public and highly commercially sensitive data. |
| PTX 1292 | Lee Opening Report Figure 122: AdX maintains a substantial share of worldwide indirect open- web display impressions transacted through ad exchanges (2018–2022) | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |

9

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| PTX 1293 | Lee Opening Report Figure 123: AdX maintains a significant share of ad exchange fees from worldwide indirect open-web display transactions (2018–2022) | Same as above. |
| PTX 1294 | Lee Opening Report Figure 124: AdX maintains a substantial share of US indirect open-web display impressions transacted through ad exchanges (2018–2022) | Same as above. |
| PTX 1295 | Lee Opening Report Figure 125: AdX earns consistently high net revenues from the sale of US indirect open-web display impressions (2018–2022) | Same as above. |
| PTX 1300 | Lee Opening Report Figure 130: Worldwide open-web display impressions served by publisher adservers (2018–2022) | Same as above. |
| PTX 1301 | Lee Opening Report Figure 131: US open-web display impressions served by publisher ad servers(2018–2022) | Same as above. |
| PTX 1306 | Lee Opening Report Figure 137: Monthly coverage of exchanges that produced data (impressions) | Same as above. |
| PTX 1307 | Lee Opening Report Figure 138: Monthly coverage of exchanges that produced data (spend) | Same as above. |
| PTX 1312 | Weintraub Opening Report Figure 4: Monthly Number of Publisher with at Least One Impression Transacted on AdX and Rival Exchanges | Same as above. |
| PTX 1313 | Weintraub Opening Report Figure 5: Monthly Number of Demand Sources that Served at Least One Impression Through AdX and Rival Exchange | Same as above. |
| PTX 1314 | Weintraub Opening Report Figure 6: Monthly Volume of Impressions Won for AdX and Rival Exchanges | Same as above. |

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| PTX 1317 | Weintraub Opening Report Figure 9: Monthly Advertiser Spend for AdX and Rival Exchanges | Same as above. |
| PTX 1319 | Weintraub Opening Report Figure 11: Volume of Monthly Impressions for DFP and Rival Publisher Ad Servers | Same as above. |
| PTX 1478 | Lee Supplemental Report Figure 6: Annual US publisher ad server impression shares (2018–2022) | Same as above. |
| DTX 1893 | Israel Report Figure 76: Combined Advertising Buying Tool and Exchange Fees, 2020-2022 | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the data in this figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| DTX 1948 | Israel Report Figure 135: Shares Among Advertiser Buying Tools for All U.S. Display Advertising, 2022 | To the extent the material redacted in the box to the right of the pie chart includes any data that is specific to Equativ (as opposed to aggregating Equativ's data with that of other third parties), consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to such information, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| DTX 1949 | Israel Report Figure 136: Shares Among Ad Exchanges for all U.S. Display Advertising, 2022 | To the extent the material redacted in the box to the right of the pie chart includes any data that is specific to Equativ (as opposed to aggregating Equativ's data with that of other third parties), consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to such information, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| DTX 1950 | Israel Report Figure 137: Shares Among Publisher Ad Servers for All U.S. Display Advertising, 2022 | To the extent the material redacted in the box to the right of the pie chart includes any data that is specific to Equativ (as opposed to aggregating Equativ's data with that of other third parties), consistent with the Court's ruling in Dkt. No. |

| Party Ex. # | Document Description | Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| | | 903, Equativ proposes to redact its name corresponding to such information, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| DTX 1989 | Israel Report Table 22: U.S. Indirect Open Web Display (Non-Video) Exchange Spending Shares, 2019-2022 | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the information in this figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |
| DTX 1991 | Israel Report Table 24: Shares Among Advertiser Buying Tools, Ad Exchanges, and Publisher Ad Servers for All U.S. Display Advertising, 2022 | Consistent with the Court's ruling in Dkt. No. 903, Equativ proposes to redact its name corresponding to the information in this figure, which reflects Equativ's recent, internal, non-public and highly commercially sensitive data. |