# A-1

# The Trusted Global Partner for Premium Publishers

**125K+** direct publisher domains & apps

**55%** of the top 1,000 biggest websites worldwide integrated

**1.6Tn** monthly auctions



12

**EQUATIV**

HIGHLY CONFIDENTIAL

**Only Fullstack Publishers**

# The Trusted Global Partner for Premium Publishers

**125K+** direct publisher domains & apps

**55%** of the top 1,000 biggest websites worldwide integrated

**1.6Tn** monthly auctions



13

**EQUATIV**

HIGHLY CONFIDENTIAL

EQUATIV-000000010

# Equativ by the numbers



| | | |
|---|---|---|
| ▇▇▇ monthly auctions | ▇▇▇ 2022 gross revenues | **19** data centers |
| **520+** employees (inc. 150 engineers & 175 customer facing teams) | **22** offices worldwide in 11 countries | ▇▇▇ organic growth in 2022 |
| **550k+** Domains | **3** Strategic acquisitions | **4k+** Agencies and Advertisers |

19

EQUATIV

HIGHLY CONFIDENTIAL

EQUATIV-000000016

# Equativ by the numbers



**North America** 25%
**EMEA** 60%
**LATAM** 10%
**APAC** 2%
**Other** 3%

Share of Auctions/Region



2021 Traded revenues

Revenue growth vs past year

EBITDA

**520** Employees (inc. 120 engineers)

**22** Offices worldwide

**19** Data centers

20

**EQUATIV**

HIGHLY CONFIDENTIAL

EQUATIV-000000017