# A-3

## Manage Setup

The setup in Manage is quite simple. An Advertiser, a campaign and dedicated insertions are created to call the AdX demand on the right format. ⚠ One insertion per format is to be created.

### Insertion Setup

- The channel is set to **Mediation/Ad-Network Insertion.**
- The priority is set to **Automatic (Holistic Yield)**.

> ⚠ If the mediation insertion with the AdX template is not in Holistic Yield priority, then the insertion will behave as a standard mediation insertion:
> - No floor will be sent to GAM.
> - The passback to Equativ in case AdX doesn't bid will still work.

- The Cost is set to **CPM** and its value determines the **AdX CPM Gate**. The maximum value for the AdX CPM Gate is . For a network in another currency, the ceiling value is converted.

| For Web Display inventory | For Web Outstream inventory |
|---|---|
| The template **AdX Mediation - Banner** is configured with the following parameters:<br>• **adUnit** is to be filled with the ad unit identifier given in GAM, once the ad unit has been created (see below).<br>• **sizes** is set to the list of sizes available for the insertion's format (e.g. 300x250,300x250)<br>• **orderId** is set to the Order ID in GAM, representing the pass back to Equativ. | The template **AdX Mediation - Outstream** is configured with the following parameters:<br>• **Google Publisher Tag URL** correspond to the adRequest sent to GAM to retrieve the VAST response |

## GAM Setup

Orders and Ad Units need to be implemented in GAM. Once the setup is complete, and the delivery running, the following happens for each ad request:

1. The Equativ tag on the publisher's page triggers an ad call targeting a Equativ format.
2. The Adcall triggers a Equativ insertion (the AdX one and others).
3. The AdX insertion triggers client-side an adcall to GAM targeting the corresponding Ad Unit and Equativ pass back Order ID
4. The Ad Unit triggers the AdX Order (used to call AdX) and the Equativ Holistic Order (used as a passback).
5. The AdX line item will trigger AdX bids.
6. Either GAM delivers the overbidding ad, or passback Equativ delivers its winner.

### Create the Equativ Holistic Ad Units

If the publisher is already using GAM to administrate its inventory, ad units targeting the same formats used in the AdX Mediation should already exist. However, they should <u>not</u> be used for mediation. One new ad unit is to be created for every insertion (and so format) implemented in Manage:

| For Web Display inventory | For Web Outstream inventory |
|---|---|
| • Name is set to **Smart_GAM_%Format_Name%**.<br>• Code is set to the same as the name.<br>• Sizes are chosen to be the same as in Manage **insertion** & **format sizes**.<br><br>ℹ **Manage Template Configuration**<br>Once the Ad Unit is created, it is now possible to obtain its identifier which is a required template parameter. In order to obtain the identifier:<br>• Click on the **Ad Unit**.<br>• go to **Tags**.<br>• Tag type is set to **Google Publisher Tag**.<br>• Click **Continue**<br>• Create passback tag is set to **enabled**.<br>• Sizes are chosen to be the same as in Manage **insertion** & **format sizes**.<br>• Click **Continue**<br>• Take a look at the line: `googletag.defineSlot('/19391845/GRUP0ADSL/adslzone.net', [[300, 250], [728, 90], [300, 600]], 'div-gpt-ad-1572951118100-0').addService(googletag.pubads());`<br>=> `/19391845/GRUP0ADSL/adslzone.net` is the Ad Unit identifier which needs to be written in the template parameter in Manage. | • Name is set to **Smart_GAM_%Format_Name%**.<br>• Code is set to the same as the name.<br>• Video Player Sizes are chosen to be the same as in Manage **insertion** & **format sizes**.<br><br>ℹ **Manage Template Configuration**<br>Once the Ad Unit is created, it is now possible to obtain its identifier which is a required template parameter. In order to obtain the identifier:<br>• Click on the **Ad Unit**.<br>• go to **Tags**.<br>=> `https://pubads.g.doubleclick.net/gampad/ads?sz=640x480|640x480&iu=/1095328/Mathieu_Banner_Video&env=vp&impl=s&gdfp_req=1&output=vast&unviewed_position_start=1&url=[referrer_url]&description_url=[description_url]&correlator=[timestamp]` is the Google Publisher Tag which needs to be written in the template parameter in Manage. |

### Create the Equativ Holistic Order & line items

One new order needs to be created in GAM, representing the Equativ pass back competition. In this order, 424 line items with different floor prices are to be created using a script:

- Name is set to **Smart_GAM - %line_item_CPM%.**
- Line item type is set to **Price priority (12)**
- Sizes should contain **all network sizes**.
- Start time is set to **Immediately.**
- End time is set to **Unlimited.**
- Delivery settings/rate (CPM) is set to **%line_item_CPM%.**
- Inventory targeting is set to **All inventory**.

> ✓ **Line Item CPM**
> %line_item_CPM% is different for each line item, following the prebid granuarity: 0.00, 0.01, 0.02, ..., 3.00, 3.05, 3.10, ..., 18.00, 19.50, 20.00.



> ℹ **Script User Guide**
>
> Line items can be directly created through a script created and maintained by @Matthieu Sintobin . A working version of the script is attached below.


DFP-SmartAdx-Tool.zip
18 mai 2020, 03:12 PM

## Create the AdXchange Display Line Item

If the publisher is already using the AdX demand, an AdX order should be already existing on its GAM account. This order can be used for the holistic mediation. If there is no AdX order, let's create one called **AdXchange Display**, with the type **Ad Exchange**.

In this order, only one line item needs to be created:

- Name is set to **Smart_GAM_AdX_Mediation - NetworkName (NetworkID)**
- Line item type is set to **Ad Exchange (12)**
- In Expected creatives, **all possible sizes** going through the AdX Mediation are selected.
- Start time is set to **Immediately**.
- End time is set to **Unlimited**.
- In targeting, inventory, the **ad units of the AdX Mediation** created previously are selected.
- Finally, in the order list, click on "Automatically Generate Creative"

## Domains Setup

Publishers need to make sure that all their domains have their ads.txt file up to date, authorizing GAM and Equativ as **DIRECT**.

## Usual Check

- Manage RTB Impression VS RTB Impression True Count
- Unmatched Ad Request + No ad = Passback to Equativ
    - So Impressions on the AdX line item should equal to the Equativ Mediation Insertion.
- Average RTB Revenue / Adcall
- Average HB Revenue / Adcall
- Impression / Adcall

## Reporting & Billing

The reporting is not unified yet, so some information can only be found in GAM, and others in Manage.

### In Manage

#### AdX Impressions (Equativ Counting)

The user can report on the number of impressions made through AdX by filtering on its mediation insertion in Manage.

> 📄 **Discrepancies**
>
> There can be impression discrepancies between Equativ counting and GAM counting. In Manage, the user can report on Equativ counting, but GAM will pay the publisher according to its counting.

#### AdX Billing Basis

Equativ is taking a revenue share on AdX impressions. However, as the final AdX paid price is not available in Manage, we are instead using floors sent to Google, as a billing basis.

<u>For example:</u> Let's assume that after Equativ auctions, the floor sent to GAM is ▮ Then AdX overbid to ▮
=> The publisher's final gross revenue will be ▮ However, Equativ will charge its holistic+ revenue share on a basis of ▮

> ℹ In order to know the amount on which the publisher will be charged for the Holistic Mediation at the end of the month, we look at the cumulated floors sent to GAM (when AdX delivered), using the metric: **TotalMediationFloorPrices**
>
> Erreur du rendu de la macro 'jira' : Impossible de trouver l'instance Jira Server pour cette macro. Ce problème peut être dû à la configuration de lien d'application.
> .

HIGHLY CONFIDENTIAL

## In-Depth Price & Floor Logic 🔗

There are a few prices at stake in the Google AdX Mediation, including Equativ Best Price, AdX CPM Gate, Mediation Protection Margin Percentage (also called Last Look Fee), Equativ Floor Price, GAM Floor Price, GAM Bucket Prices.

### Equativ Best Price 🔗

This is the best price obtain by Equativ from the **Holistic Competition** (Header Bidding, Ad Serving, & RTB).

### AdX CPM Gate 🔗

The AdX CPM Gate is a fixed CPM set by the publisher on each of his mediation insertions in Cost/**CPM**. When Equativ Best Price is high enough, there is no need to call AdX, as they are likely not to overbid, and calling them would trigger extra costs for nothing. The AdX CPM Gate defines the maximum Equativ CPM above which we do not call AdX.

| AdX CPM Gate | Equativ Best Price | Call AdX ? |
|---|---|---|
| ██████ | ██████ | Yes |
| ██████ | ██████ | No |
| ██████ | ██████ | Yes |
| ██████ | ██████ | Yes |

**AdX CPM Gate Logic**

- If Equativ Best Price < AdX CPM => We call AdX.
- If not => We don't call AdX.

**Cost of calling GAM**

- GAM publishers are paying adserving fees even in the case of AdX not overbidding.
- It creates a waterfall call, increasing lag and so damaging customer experience on the page.

**Usual Use Cases**

For a fill rate increase: AdX CPM = 0.01 (we will call AdX only if Equativ doesn't have anything to display).

For calling AdX as frequently as possible: AdX CPM = ████

### Mediation Protection Margin 🔗

`INTERNAL ONLY` `DO NOT COMMUNICATE`

This is a percentage we add to Equativ Best Price, when creating the floor sent to GAM. This is a global field NOT configurable per network (AdnetworkHolisticFloorMarginPercentage).

Using Mediation enables our publishers to get more demand and so higher bids. However, in this mediation setup, we give our partner the "last look" advantage, which could lead to scenarios we don't want to happen:

████████████████████████████████████████

This case would hurt the publisher as it would add a partner in the ad chain, without getting more revenue: The share of the publisher is then reduced.

**Current Value**

Currently, the Mediation Protection Margin is set to ████

**Equativ Floor Price** 🔗

This is the price we send to our mediation partners. It is computed with the following formula:

The floor sent to GAM would be in the currency of the network.

**GAM Bucket Prices** 🔗

GAM does not handle continuous floor prices, that is why we have to set some fixed floor prices in the publisher's GAM account. This ladder of prices creates a "bucket", using the dense granularity (📄 Mobile Price Granularity for Header Bidding ).

**GAM Floor Price** 🔗

## ⏭ Future Improvements 🔗

The following improvements are listed by decreasing priority.

### Augmented Scope Rampup & Data Analysis

To follow up the POC with beta tester customers, we would need to have a holistic vision on AdX mediation feature impacts on monetization. For example, what is the net AdX revenue uplift (for Equativ and the publisher), what demand sources is phagocyted by AdX?

We are currently only logging AdX impressions and corresponding Equativ floor prices (**only** when AdX wins the auction). Some logs should be added to the reporting API to get more information.

### Equativ Revenue Share Deficiency

If Equativ has no winner, the floor price sent to GAM is 0€. However, according to the business model, Equativ takes a revenue share out of the floor sent to GAM, so in case of AdX winning the impression, Equativ will get ▆ out of it.

The best way would be to consider Manage floor price rules (Global RTB floor, and others...), as this is also a basic & wanted feature from clients.
It could also be a minimum fee per impression.

### Floor Price Rules

Currently, Manage floor price rules are not taken into account in the floor sent to GAM, that is why the publisher has to set these floor price rules in GAM as well. In the case of a complex floor price strategy, this can be time-consuming.

Considering Manage floor price rules on the floor sent to GAM will solve this issue.

### Time outs

A good practice when calling a partner is to set a timeout, in order to trigger a chosen behavior in case the partner doesn't answer, whatever the reason (this has already happened because of a wrong setup of the feature in GAM, or in new status answered by GAM). Currently in this scenario, neither Equativ or GAM will deliver, resulting in a direct revenue loss for the publisher.

Adding a timeout calling GAM would limit this risk.

### Intelligent Adaptable AdX Protection Margin

The AdX protection margin is the best way to get the best monetization possible out of AdX, by increasing floors sent to them. Its value is currently a hardcoded value, impacting every network in the same way.

A future improvement could be to have a machine learning algorithm (like yield+) to change this value in real time, per network, per placement...

### Intelligent Adaptable AdX CPM Gate

The AdX CPM Gate is the best way to avoid lag on the publisher's page, and the GAM adserving fee. Its value is currently hardcoded for each insertion, without any indication to the publisher on what to put there.

A future improvement could be to have a machine learning algorithm to dynamically change this value.

### Client-side Discrepancies

We observe some discrepancies between GAM AdX impressions (AdX impressions on the Equativ/GAM specific ad unit), and Equativ AdX impressions (Impressions true count of the AdX mediation insertion in Manage), of around ▆.

Currently, we don't know when AdX calls its impression pixel. Investigating when this happens could enable Equativ to trigger more precisely its own impression pixel, and thus decrease discrepancies.

### AdX on In-App Inventory

The feature can be extended to in-app inventory with some changes in the backend.

### Mediation Holistic Regulation Improvement

The holistic regulation is using the true paid price of RTB and Header Bidding in order to choose the next holistic yield floor. This holistic yield floor intends to block future bids and let the late direct campaign deliver.

However, in the case of the mediation, we don't consider the true paid price, but only the floor sent to the mediation partner instead. In this situation, the algorithm handling the direct campaign lateness becomes biased (hard to assess the impact), and so should be adapted.

### AdX CPM Gate Limit

We are not able to run a fair competition between Equativ and AdX when Equativ winner is above ▆. That is why the current AdX CPM Gate is limited to ▆ (converted by network currencies).

This can be improved by changing the line item density in the GAM script to create line items, as well as changing them in Equativ backend logic. Cases above ▇ are rare (**<0.1%** of impressions) but they happen.

#### Unmatched Ad Request Investigation

Unmatched Ad Requests in GAM supposedly account for ad requests which didn't get any ad **because** of floor price rules. Appnexus, also using this kind of AdX mediation feature, reports around ▇ of unmatched Ad Request, while we have this figure between ▇ and ▇ at Equativ.

However, a more thorough investigation should confirm or not the above, and maybe reduce this number of unmatched ad requests.

#### API Sync Tool

A Manage reporting feature, linked to the GAM publisher account, displaying the AdX impression and revenue (from GAM).

#### Client-side Passback

Some publishers have other client-side low priority passback on their page. this doesn't work for now with the AdX template.

## 🔗 Related content 🔗

- Training deck Feb 2023 [📄 Support trainings | What is Adx Mediation and how does it work]

HIGHLY CONFIDENTIAL                                                                                                                                                                EQUATIV-000000089