# A-4



## Fwd: Ad server Publishers change limitations
1 message

---------- Forwarded message ---------
De : **Jesús Carrera** <jcarrera@▉▉▉▉▉.com>
Date: lun. 6 juin 2022 à 12:17
Subject: Ad server Publishers change limitations
To: Ingrid COUASNON <icouasnon@smartadserver.com>

Ingrid

I am sending my thoughts around a Publisher view when we face our whise to change de Adserver technology, specially if the decision is avoid Google Technology

As you know, publishers have been lately working to know deeper our inventory to chase for the best results for our customers which can be translated into getting the greatest incomes for all the advertising Impressions that we serve.

The job we have done has been based not only on having the best quality inventory but getting the technology which helps us to know which is the campaign (direct or programmatic) that is willing to pay a higher price for that user, in that moment, in that position, in that device, etc…

This way we manage at the same time to be more efficient and achieve more and more ambitious objectives in the results of the campaigns.

1. Reasons why we would like to change the Ad Server

**Change the model of First Price Auction to Second Price Auction…. Except Google Adwords:**

Google decided, as the rest of the demanding technologies (DSPs), to change its bidding algorithm to go to a 1st Price-Auction model, paying the publishers for the real price that the advertisers are willing to pay for a programmatic bidding.

Nevertheless, this change didn't affect the biggest programmatic buyer in the open market, Google Adwords, which keeps its bidding system in the 2nd Price-Auction system, that is, paying a cent of USD more than the highest bidding and not the real value that the advertiser is willing to pay. This is extraordinarily relevant, since Google gets paid from the advertiser in a cost-per-click model and pays to the publisher with a cost-per-thousand views, which makes it impossible to calculate the real margin it is getting from this intermediation, in a totally opaque model.

**Inability to set programmatic floors to the programmatic buyers**

While Google changed its bidding system, except in Google Adwords, they made a decision very harmful to the publisher's control of their inventory, in our opinion, especially to those which have task forces in small and medium advertisers.

**HIGHLY CONFIDENTIAL**                                                                                                                                               EQUATIV-000000415



Chief Digital Officer

jcarrera@███████.com

En la diversidad surgen las historias

🌱 Sólo tenemos un planeta. Antes de imprimir este mensaje, por favor asegúrate de que es necesario.

HIGHLY CONFIDENTIAL                                                          EQUATIV-000000417