# A-5

23/06/2023 12:01  Messagerie Equativ - Fwd:



**Fwd:**
1 message

**De:** Arnaud Creput <acreput@smartadserver.com>
**Date:** 18 juin 2021 à 08:04:26 UTC+2
**À:** Juan Manuel Alvarez <jmalvarez@smartadserver.com>
**Cc:** Catherine MARLY <cmarly@smartadserver.com>, Ingrid COUASNON <icouasnon@smartadserver.com>
**Objet: Rép. :**

Great !
congrats ! 🙏
Can we communicate at least to product team ?

Le jeu. 17 juin 2021 à 19:33, Juan Manuel Alvarez <jmalvarez@smartadserver.com> a écrit :
Hello Arnaud , Catherine:

I have some good news from

I called Jesús this afternoon to say that we need an answer since we are adapting our roadmap, making a lot of efforts etc.

He told me that we won!!! 🙏 🎉 and reassured me but they can not disclose anything because they are ending their renego with google for a 2-3 year contract with a notice of at least 6 months. The rationale is that they do not trust google and are afraid of google to retaliate and cut their adex account, so they want first to sign the contract with them and then communicate that they are leaving ( no min fee). They are planning to close this next week ( according to google)

So we can't not disclose this winning yet with anyone to avoid any leakage and the risk of ruining their renegotiation.

Long story short, in the meantime they want to start the legal process asap, and since we negotiated with them a few special things, we need to draw up the draft on the contract taking that into consideration.
@ Catherine, could you please start the procedures?

Mary thanks!!

PS. I'm planning to go to Paris for my QBR the 22nd of july, I hope that by that time we've already signed the contract and celebrate!!!!! 🥂

**Juanma Alvarez**
**Country Manager**

Smart AdServer  www.smartadserver.com
M: + 34. 628.70.87.80
E:   jmalvarez@smartadserver.com
Calle Conde de Peñalver, 38, 4P | 28006. Madrid.

This message, and any attachments, contain(s) information that may be confidential or protected by privilege from disclosure and is intended only for the individual or entity named above. No one else may disclose, copy, distribute or use the contents of this message for any purpose. Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and notify the sender.

--



Arnaud Créput
Chief Executive Officer

https://mail.google.com/mail/u/0/?ik=03efa3244c&view=pt&search=all&permthid=thread-f:1769389128479652916&simpl=msg-f:1769389128479652916   1/2

HIGHLY CONFIDENTIAL                                                                                    EQUATIV-000000422