# A-7

| | Smart AdServer ("Fullstack") | | | | | Smart RTB+ | | | Smart for TV | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product Name** | | | | | | | | | | | | |
| **Description** | An integrated and flexible ad management platform to increase your ad revenue across all your monetization sources and for all digital ad formats. | | | | | An omnichannel programmatic monetization platform ranking among the top 10 globally. | | | A interoperable ad management platform to tame the transition of TV advertising to a digital experience | | | |
| **Delivery Model** | Self Service | | | | | Self Service | | | Self Service | | | |
| **Pricing Model** | CPM (on ad opportunities & deliveries) Rev share on programmatic transactions Rev share on data transactions | | | | | Rev share on programmatic transactions Rev sShare on data transactions | | | CPM (on ad opportunities & deliveries)Rev Share on programmatic transactionsRev Share on data transactions | | | |
| **Value Proposition** | . A tailored solution that best fits your interests . Command the real time competition across all your ad revenue sources . Retain control over your data & fully comply with privacy regulations | | | | | . Direct access to qualitative RTB demand . Demand facilitation . top ranking ad quality platform globally . Full control on inventory value with data driven decisioning & support | | | . Control of ad inventory allocation & customer experience . Secure your user data while generating an extra revenue stream . Demand facilitation for accelerated time to market | | | |
| **Key features** | . Real-time ad auction level analytics suite . Custom ad integration & templates for all digital content . Unified auction (Holistic+:competition across monetization channels including Google AdX . Brand safety & real time ad quality control makes Smart the most secure ad platform . Cookieless monetization solutions | | | | | . Real time bid level analytics suite . Price & block rules with advanced targeting options . Programmatic direct transaction efficiency tool . Cookieless monetization solutions | | | . Realtime ad break management and ad podding . TV ad scheduling system integration API . DAI vendor agnostic | | | |
| **#Clients** | | | | | | | | | | | | |
| **Segments** | Media publishers | Premium Marketplaces/ Saleshouse | Telcos | Social Platform | Retail Media | Publishers | Premium Marketplaces | Ad Networks | Broadcaster/ Right Owners | Operators/Service Providers | OTT or cTV platforms or OEM | Publishers / cTV Apps |
| **Flagship Reference** | | | | | | Top Comscore in many countries. | | | | | | |
| **Problem(s)/ Pain points** | | | | | | | | | | | | |
| **Value Proposition** | The scaled independent alternative to advertising giants: Giving media publishers back control over their most critical assets - data, audience & content - with a focus on quality, transparency, innovation, and performance through tailored services and expertise. | The customizable & integrated enterprise ad platform to operate your advertising business on your terms. Smart flexible solutions & expert teams adapt to your advertising needs across all formats and devices to help you build a differentiated business and scale quickly. | The tailored enterprise advertising stack that best fits your advertising business constraints and ecosystem to allow you to retain control over your most critical asset: data, with a focus on quality, transparency, innovation and performance. | The customizable & integrated enterprise ad platform to operate your advertising business on your terms, with a focus on quality, transparency, innovation and performance. Smart flexible solutions & expert teams best fits your advertising needs across all formats and devices to help you build a differentiated business and scale quickly. | Our integrated and independent advertising suite and ecosystem provides you with the optimal time to market in order to position yourself in the Retail Media market through a differentiated offering while maintaining control of your most critical asset: direct to consumer data. | Incremental revenue thanks to a top ranking monetization platform for all ad formats and environments providing direct access to unique demand sources (SBC, auction packages, curators, integrated DSP) and to all major DSPs on the market. To optimize your programmatic business, our intuitive UX provides you full control, actionable analytics and our expert team supports you for a fast integration with your preferred setup. | | | | | | |
| **Customer benefits** | Smart is adressing the urgent need for a strong ad tech alternative - Increase your revenue: Fair competition between all monetization channels (direct, deal ID, DSP, SSPs, AdX) means optimized path to demand and increased revenue for the publisher/seller. - Optimize your costs & time to market - Take back control over your audience, data and content | | | | | . Direct access to qualitative RTB demand. Demand facilitation. Top ranking ad quality platform glob | | | | | | |
| **Proofpoints** | 1. Protect your revenue with non consent monetization with performance targeting capabilities 2. Smart is the leader in the Privacy-First Future: Alternative ID support 3. Direct access to premium demand  (Google AdX, Amazon TAM, etc) 4. Smart, built to enhance your in-app inventory 5. A unique format templating system for seamless UX 6. Smart Is the most secure ad platform 7. Greater value guaranteed for publishers 8. Operational efficiency gains | | | | - Committed to ad serving: The powerful foundation of a unified platform and unique full holistic yield - Open platform: API, Third-party ID, 30+ DMP integrations - Data activation: First party data with PMPs, Audience discovery - Transparency & privacy: Traceability by design and privacy compliant | The Leading Independent SSP: Direct access to premium demand for programmatic publishers - A trusted independent solution with more than 950 direct Publishers, including the integration of 50% of the top 1,000 biggest websites worldwide - We support any type of integration, format, environment and deal - More than 60 DSPs integrated including LiquidM, a Smart DSP and DynAdmic a Smart managed DSP - Our proprietary sophisticated tools and technologies helps publishers to optimize campaign performance and revenues - Our advanced privacy-first solution features semantic targeting, alternative IDs and 1st party data to leverage publisher content and maximize revenues - Quality commitments - including traffic curation from any invalid traffic and intrusive creatives and delivery prevention from malicious advertisers | | | | | | |
| **Key features** | . Real time ad auction level analytics suite . Custom ad integration & templates for all digital content . Unified auction (Holistic+:competition across monetization channels including Google AdX and Amazon TAM) . Brand safety & real time ad quality control makes Smart the most secure ad platform . Cookieless monetization targeting solutions: 1st party data, alternative IDs, performance | | | | - Powerful ad serving capabilities: Big data reporting & accurate real-time forecasting with 18 years of experience | . PMP (preferred inventory accce                              . oRTB | | | | | | |
| **Documentation** | One pager | | | | | One pager | | | | | | |
| **Competition** | Competitive analysis | | | | | | | | | | | |
| **Key differentiators** | - Independent adtech platform with a shared-interest business approach | | | | | - Independent adtech platform | | | | | | |

| | |
|---|---|
| **Product Name** | **Smart AdServer ("Fullstack")** |
| **Description** | An integrated and flexible ad management platform to increase your ad revenue across all your monetization sources and for all digital ad formats. |
| **Delivery Model** | Self Service |
| **Pricing Model** | CPM (on ad opportunities & deliveries) |
| **Value Proposition** | **. A tailored solution that best fits your interests**<br>. Command the real time competition across all your ad revenue sources.<br>. Keep control over your data & fully comply with privacy regulations. |
| **Key feature** | . Real time ad auction level analytics suite.<br>. Custom ad integration & templates for all digital contents.<br>**. Unified auction (Holistic+:competition across monetization channels including Google AdX)**<br>**. Brand safety & ad quality realtime control makes Smart the most secure ad platform**<br>**. Cookieless monetization solutions** |
| **#Clients** | |
| **Segments** | Media publishers    Premium Marketplaces    Telcos    Social Platform    Retail Media |
| **Flagship Reference** | [redacted] |
| **Problem(s)** | [redacted] |
| **Solution(s)** | |

| | |
|---|---|
| **Product Name** | **Smart RTB+** |
| **Description** | An omnichannel programmatic monetization platform among the top 10 ranking globally. |
| **Delivery Model** | Self Service |
| **Pricing Model** | Rev Share on programmatic transactionsRev Share on data transactions |
| **Value Proposition** | . Direct access to qualitative RTB demand<br>. Demand facilitation<br>. 1st ranking ad quality platform globally<br>. Full control on inventory value with data driven decisioning & support |
| **Key feature** | . Real time bid level analytics suite.<br>. Price & block rules with advanced targeting options<br>. Programmatic direct transaction efficiency tool<br>. **Cookieless monetization solutions** |
| **#Clients** | |
| **Segments** | **Publishers**         **Premium Marketplaces**         **Adnetworks** |
| **Flagship Referenc Problem(s)** | ███████████████████████████████████████████████ |
| **Solution(s)** | . PMP (preferred inventory acccess for increased yield and transparent margins) |

| | | | | |
|---|---|---|---|---|
| **Product Name** | | | **Smart for TV** | |
| **Description** | | | An interoperable ad management platform to manage the transition into digital TV | |
| **Delivery Model** | | | Self Service | |
| **Pricing Model** | | | CPM (on ad opportunities & deliveries) Rev Share on programmatic transactions Rev Share on data transactions | |
| **Key feature** | An interoperable ad management solution to manage the consumer transition into digital TV | | | |
| **#Clients** | | | | |
| **Segments** | **Broadcaster/ Right Owners** | **Operators/Service Providers** | **CTV platforms / OEM / Aggregators** | **Publishers / CTV Apps** |
| **Value Proposition** | Maintain control across Advanced TV platforms: | Services to manage UX and ad revenue | Full-stack technoligies to enable advertising performance | Unified inventory presentation to digital & TV buyers |
| **Flagship Reference** | | | | |
| **Problem(s)** | | | | |
| **Solution(s)** | . Sales (yield management/optimization) > Total video : Linear TV GRP + Video budget optimization (w/ digital)<br>. Targeting / Measurement > TV & Digital KPIs (ex : socio demo / DAR + digital shoppers)<br>. Execution > Precise inventory forecasting + Holistic view of inventory booked and pacing across all screen + Creative workflow | . Operator < > Broadcasters Linear TV / Addressable ad decisionning<br>. Multi-format inventory packaging (Live, Timeshifted, VOD)<br>. Inventory execution (managed and packages) + inventory sharing rules (inbound/outbound) | . Advertising OS (Adserver + SSP + SSAI + Data partner for device id and profiles > Infosum)<br>. Inventory execution (managed and packages) + inventory sharing rules (inbound/outbound)<br>. Data/audience graph (HH vs Profile) | . Holistic audience/profile management<br>. Contextual inventory / Packaging<br>. AVOD and FAST ad models<br>. Inventory yield management (managed and packages)<br>. Competitive separation in adbreak (US) |

| Status | Status | Key business challenges | |
|---|---|---|---|
| Solution available | Live | Broadcasters / Right Owners | 1 - Execution : Operational inefficiencies from managing x-screen deals into two systems (Linear & Addressable) > Creative workflow management for TV & Digital + Management of cross-platform campaign's audience delivery accross TV & Digital in one system |
| Work in progress | Signed | | 2 - Pricing : lack of understanding inventory value with addtionnal demand via audience segments > Understand the optimal way to sell 30s spot (GRP vs Audience based ad product) |
| Not available / under-developped | POC | | US : unable to manage and maximize yield for Upfront and Scatter marketplaces accross all of their inventory |
| | Verbal agreement | | 3 - Automation : Inabilty to leverage programmatic TV demand with true automation while respecting business rules (ie pod category exclusivity) |
| | | Operators/Service Providers | 1 - Increase revenue : Generate new revenue streams to increase ARPU thx to their unique assets (tuning & user data) |
| | | | 2 - Business protection : Maintain their market position with their subscribers by offering new video service (AVOD) |