# A-9

# SmartAdserver Ratecard 2019 



| | OTHER FEE | | Fixed price | | | |
|---|---|---|---|---|---|---|
| | | | Minimum € | Standard € | Minimum $ | Standard $ |
| PRICING ADSERVING | Set up fee | | | | | |
| | Training | | | | | |
| | Big data premium | | | | | |
| | Forecast premium | | | | | |
| | Monthly Minimum | | | | | |
| | STANDARD CPM | Impressions for the month up to | CPM | | | |
| | | | Minimum € | Standard € | Minimum $ | Standard $ |
| | Standard Web & Mobile | 100 000 000 | | | | |
| | | 500 000 000 | | | | |
| | | 1 000 000 000 | | | | |
| | | Over 1 000 000 000 | | | | |
| | Auto Promo | For all impressions of the month | | | | |
| | Default Pixel | For all impressions of the month | | | | |
| | Click Command | For all click of the month | | | | |
| | ADDITIONAL CPM | Weight up to | CPM | | | |
| | | | Minimum € | Standard € | Minimum $ | Standard $ |
| | Overweight | 500 | | | | |
| | | 1000 | | | | |
| | | 2000 | | | | |
| | | 4000 | | | | |
| | | 8000 | | | | |
| | | 20000 | | | | |
| | Mobile SDK | For all impressions of the month | | | | |
| | RichmediaTemplate | For all impressions of the month | | | | |
| | Video hosted & non hosted | For all impressions of the month | | | | |

General Comments:

Any proposal **below the minimum of each grid** should be submitted to VP's preliminary approval

Any proposal **waiving tech fees** should be submitted to CM's preliminary approval

Note that **min CPM for RTB grid are in the same value in $/€** - do not convert

Please remember that for **HB**, the most important is **to be aligned with competitors** take rate (and not to be the highest)

| | RTB CONTRACT TYPE | | Open auctions | Private auction & Deals | Header Bidding | Deal + | Holistic + (Standard) | Holistic + (Managed) | Yield+ | Min CPM |
|---|---|---|---|---|---|---|---|---|---|---|
| PRICING RTB | Standalone | Minimum | | | | | n/a | n/a | | Min CPM per auctions of |
| | | Standard | | | | | | | Offered for HB contract | |
| | Fullstack | Minimum | | | n/a | | | | | - Premium publishers : Not mandatory |
| | | Standard | | | | | | $ Set up fee | | - Non Premium publishers : Mandatory (can be waived the first 2 month) |

| | | | Silver | Gold | Platinium |
|---|---|---|---|---|---|
| | | | *Amount to be charged on a monthly basis* | | |
| SERVICE | EMEA | Tier A | N/A | Free | |
| | | Tier B/C | Free | | |
| | AMERICAS | Tier A | N/A | Free | |
| | | Tier B/C | Free | | |