## APPENDIX B

**Equativ's Proposed Redactions to the Parties' Designations and Counter-Designations of the Deposition Transcript of Arnaud Creput (September 5, 2023)[1]**

| Page | Line(s) | Equativ's Proposed Redaction(s) and Basis for Objection |
|------|---------|----------------------------------------------------------|
| 14 | 7-9 | Equativ proposes to redact the names of its former customers referenced in these lines, the identity of which is confidential, non-public information. |
| 14 | 11 | Same as above. |
| 17 | 15-17 | Equativ proposes to redact the names of its potential customers referenced in these lines, the identity of which is confidential, non-public information. |
| 17 | 20-21 | Equativ proposes to redact the text in these lines that references Equativ's customer acquisition strategy, which impacts Equativ's competitive position. |
| 39 | 4 | Equativ proposes to redact the figure corresponding to its market share, which is nonpublic, highly sensitive commercial information. |
| 40 | 24-25 | Equativ proposes to redact the figure and description corresponding to its market share, which is nonpublic, highly sensitive commercial information. |
| 43 | 6-7 | Equativ proposes to redact the text in these lines that describes details of Equativ's investment strategy, which is nonpublic, highly sensitive commercial information. |
| 44 | 25 | Equativ proposes to redact the figures corresponding to its revenue, which is nonpublic, highly sensitive commercial information. |
| 61 | 20-22 | Equativ proposes to redact these lines in their entirety because they reveal Equativ's internal assessment of market conditions, which impacts Equativ's competitive position. |
| 63 | 3 | Equativ proposes to redact the name of its former customer referenced in these lines, the identity of which is confidential, non-public information. |
| 63 | 6 | Same as above. |

---

[1] Excerpts of the deposition with proposed redacts are attached as Exhibit B-1.

| Page | Line(s) | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| 63 | 16 | Same as above. |
| 63 | 18 | Same as above. |
| 63 | 23 | Same as above. |
| 64 | 4 | Same as above. |
| 64 | 6 | Same as above. |
| 65 | 2 | Same as above. |
| 65 | 4 | Same as above. |
| 65 | 10 | Same as above. |
| 65 | 20-21 | Equativ proposes to redact these lines in their entirety because they reveal details of Equativ's customer acquisition and retention strategy, which is nonpublic, highly sensitive commercial information. |
| 65 | 23-25 | Same as above. |
| 66 | 1-6 | Same as above. |
| 71 | 16 | Equativ proposes to redact the name of its former customer referenced in these lines, the identity of which is confidential, non-public information. |
| 72 | 3 | Same as above. |
| 72 | 9 | Same as above. |
| 72 | 12 | Same as above. |
| 77 | 24-25 | Equativ proposes to redact the text of these lines that describe Equativ's market share, which is nonpublic, highly sensitive commercial information. |
| 78 | 15 | Same as above. |
| 78 | 16-17 | Equativ proposes to redact the text of these lines that reveal Equativ's future commercial strategy in connection with its offerings, which is nonpublic, highly sensitive commercial information. |
| 78 | 20-23 | Same as above. |

| Page | Line(s) | Equativ's Proposed Redaction(s) and Basis for Objection |
|---|---|---|
| 79 | 3-5 | Same as above. |
| 80 | 12-13 | Equativ proposes to redact the figures corresponding to its take rate, which is nonpublic, highly sensitive commercial information. |
| 81 | 1-7 | Equativ proposes to redact the text in these lines describing Equativ's take rate, which is nonpublic, highly sensitive commercial information. |
| 81 | 11 | Equativ proposes to redact the figure corresponding to its revenue, which is nonpublic, highly sensitive commercial information |
| 81 | 24 | Equativ proposes to redact the figure corresponding to the number of its daily auctions, which is nonpublic, highly sensitive commercial information. |
| 82 | 11 | Equativ proposes to redact the figure corresponding to its organic growth rate, which is nonpublic, highly sensitive commercial information. |
| 82 | 15-16 | Same as above. |
| 85 | 1 | Same as above. |
| 85 | 7 | Same as above. |
| 95 | 5-6 | Equativ proposes the redact the text in these lines describing its revenue, which is nonpublic, highly sensitive commercial information. |
| 102 | 21-23 | Equativ proposes to redact the figures in this text corresponding to its revenue, which is nonpublic, highly sensitive commercial information. |
| 113 | 6-7 | Equativ proposes to redact the figures corresponding to its take rate, which is nonpublic, highly sensitive commercial information. |