**B-1**

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

---

*ARNAUD CREPUT*

*September 05, 2023*

---



14

1    easy, but it was feasible or possible to

2    sell our serving solution.

3              So most of the publishers with

4    us are based out in New Hope.  The core

5    countries we started earlier than the U.S.

6              So I can -- (undecipherable) --

7    and you mentioned this name ████.  We

8    lost ██████.  We lost ██████ in France.

9    We lost ██████.  We lost ██████ in Spain

10   and we come with this case later.  So

11   ██████████████████, the Spanish one.

12             I was listing some of the

13   publishers we lost over the past 10 years.

14   So there was a big wave of publisher losses

15   in 2015, '16 and '17.

16             So I mentioned a few names.

17   There are many.  I don't have all of them

18   in mind.  So this is the one the translator

19   listed a few seconds ago.

20             What I was saying as well is

21   that we started in the U.S. in 2014.  So we

22   started to operate in the U.S. in 2014.  It

23   was at the time where it was already almost

24   impossible to sign a new publisher on the

25   ad server side.

17

1          So the goal was to replace

2   Google DFP with Google Ad Manager at scale

3   on the ad server side.

4          So we invested a lot in terms of

5   resources, especially in the U.S., to

6   convince publishers to move from Google to

7   Equativ.

8          At that time, we hired a sole

9   strategy advisor.  His name is Greg Carman.

10  He's the former president of --

11  (undecipherable) -- in Brazil.  So very

12  well-known and close to large publishers.

13         And with others resources, we

14  pitched many large publishers in the U.S.

15  market, including ███████, including

16  ███████████, including ████████████

17  ████, and many other names, so more than 25

18  Tier 1 publishers in the U.S.

19         So we had more than 25 shots and

20  no goal.  Actually, ██████████████████

21  ███████████.  Sometimes we were quite far

22  in the demonstration, in the test we

23  performed with the publishers.

24         Each time this was a no-go.  For

25  one reason, it was never about product

39

1      A      DV360 has a market share, which

2   is calculated between 50 and 60 percent.

3   The DV360 market share in our SSP,

4   Equativ's SSP, is below █ percent.   And

5   this comes from the self-preferencing

6   behavior of DV360 towards Google AdX.

7              A certain number of DV360

8   functionalities are not interoperable with

9   the other SSPs.  Let me give you two

10  examples.

11             The first would be the consumer

12  match, which I mentioned earlier.

13             And the second would be the

14  guaranteed or the programmatic guaranteed

15  that doesn't work on all subjects with

16  competitors -- with competing SSPs.

17             Another example stems from the

18  fact that the agencies that use DV360 have

19  volume discounts with Google.  And that

20  only works if the campaigns go through

21  Google AdX.

22             So Google then not only

23  incentivizes the agencies to use DV360, but

24  also to have their campaign go through

25  Google AdX.  And this makes no difference

40

1   to the agencies.

2        Q     How does Google DV360's

3   self-preferencing in favor of AdX affect

4   competition among SSPs?

5             MR. JUSTUS:  Objection.  Form.

6   BY MR. VERNON:

7        Q     If at all.

8             THE INTERPRETER:  One second.

9        This is the interpreter.  Just one

10       second.

11       A     Yeah, the impact is a very

12  significant loss of income for all -- the

13  impact is a very substantial, very

14  significant loss of income for all the SSPs

15  because the DV360 market share is above 50

16  percent.  And this prevents competing SSPs

17  from achieving a critical size to lower

18  prices and innovate.

19       Q     Overall, how easy or difficult

20  is it for Equativ's SSP to compete with

21  Google AdX?

22             MR. JUSTUS:  Objection.  Form.

23       A     The Equativ SSP's market share

24  is ████████.  We calculate it as being

25  around █ percent.

43

```
1            If Equativ had more scale as an
2   SSP, how would that affect Equativ's
3   ability to compete with AdX, if at all?
4            MR. JUSTUS:  Objection.  Form.
5       A     So Equativ has made a profit
6   from the very beginning.  ██████████████
7   ██████████████████████████
8            MR. JUSTUS:  I'm sorry.  We have
9       a clarification before you begin this
10      translation, if that's okay.
11           THE INTERPRETER:  Go ahead.
12           CHECK INTERPRETER:  I believe
13      the company is Equativ, with a V, V-E,
14      as opposed to Equative without the E.
15      I mean that's the name of the company.
16           THE INTERPRETER:  Okay.
17           MR. VERNON:  E-Q-U-A-T-I-V, I
18      think.
19           THE INTERPRETER:  Equativ, okay.
20      The interpreter will say Equativ.  Now
21      the interpreter will translate.
22      A     Equativ has always reinvested
23   its profits into technology and
24   international expansion.
25           So if Equativ would have been
```

44

1    able to increase its growth on the ad

2    server in addition to growth on the SSP,

3    Equativ could have invested much more and

4    quicker both in technology and service to

5    its clients and in its international

6    expansion.

7            Equativ has always been an

8    extremely innovative company.  Equativ

9    could have reached the scale so as to

10   maintain and to increase its investments.

11           This, in order to offer its

12   clients a viable alternative to Google to

13   its ad server and also to the SSP.

14           And the publishers could have

15   chosen their technological partners on

16   their servers, which is not the case today.

17   Q    Why was Equativ not able to get

18   to this level of scale that you've been

19   discussing?

20           MR. JUSTUS:  Objection.  Form.

21           THE INTERPRETER:  I'll be right

22       there.

23   A    So between 2015 and 2022, the

24   sales revenue of Equativ's ad server went

25   from ██ to ██ million euros -- ██ to █,

61

1    Equativ?

2              MR. JUSTUS:   Objection.   Form.

3         A    A certain number of media

4    publishers tried that or did so in the

5    past.   But this requires an extremely major

6    investment.

7              The ad server is the part of ad

8    technology which is the most strategic and

9    the part which is most complex in terms of

10   its maintenance.

11             The ad server manages all the

12   complexity of digital advertising, the

13   differences in format, in operating

14   systems, in terms of devices which are

15   constantly evolving.

16             The majority of independent

17   competing ad servers stopped.   For example,

18   OpenX, O-P-E-N-X, and Verizon Media.

19             As far as Equativ is concerned,

20   ██████████████████████████████████████

21   ████████████████████████████████████

22   █████████████████████

23        Q    Let me ask you about Last Look.

24   Okay?

25        A    Okay.

63

1    something which is absolutely unfair.

2        Q     Let me ask you a different

3    question.  Let me ask you about █████████.

4    I'm going to try to speed this up a little

5    bit.

6             So  ████████  originally used DFP

7    as its publisher ad server, is that right?

8             MR. JUSTUS:  Objection.  Form.

9        A     Yes.  This is a Tier 1

10   publisher, the second largest publisher in

11   Spain, which used Google Ad Manager and a

12   year ago decided to migrate to Equativ.

13            In actuality, this is the most

14   important migration that we have conducted

15   over the last 5 years.

16            It took ██████████ one year to

17   decide to carry out this migration.

18   ████████ studied all the functionalities of

19   our server to be sure that they were at par

20   with Google.

21            The migration took 6 months,

22   with a significant amount of effort both

23   from ███████ and ████████, with some

24   commercial conditions that were extremely

25   disadvantageous for Equativ.

64

```
 1              The objective was to show all
 2    the publishers that an alternative solution
 3    could exist besides Google.
 4              After a year, ████████ decided to
 5    go back to Google.  This was last June.
 6    The reason cited by ████████ were all linked
 7    to the anticompetitive behavior of Google.
 8              In particular, the maintenance
 9    of two ad servers is counter-productive.
10              The AdX mediation, in spite of
11    all our efforts, does not work as well as
12    it should.
13              And as I said earlier, certain
14    types of campaigns, especially the
15    programmatic guarantee, do not work
16    properly.  And this stems from the lack of
17    interoperability of DV360 with competing ad
18    servers.
19              The programmatic guarantee works
20    well with competing DSPs such as the Trade
21    Desk.
22              THE INTERPRETER:  And the
23         interpreters will now switch.
24    BY MR. VERNON:
25         Q    So I think if you're done
```

65

1    with -- actually, one follow-up question on

2    ████████.

3            You mentioned having to offer

4    ████████ terms to get ████████ to switch to

5    Equativ that you viewed as disadvantageous.

6    Can you just quickly list what those terms

7    were?

8        A    So, for example, we provided

9    free access to our ad server for a long

10   period of time.  We also covered ████████

11   migration fees.

12           THE INTERPRETER:  So the

13       interpreter stands corrected.

14       A    The migration cost concerning

15   the -- so concerning the migration cost

16   relative to the time needed by the teams or

17   the crews to conduct this migration, and

18   there was also the guarantee of minimum

19   revenue.

20       Q    ████████████████████████████████

21   ████████████████████████

22           MR. JUSTUS:  Objection.  Form.

23       A    ████████████████████████████████

24   ████████████████████████████████████████

25   ████████████████████████████████

66

```
1       Q      ███████████████████████
2   ██████████████████████████████████
3   ████████████████████████████████
4  ████████████████████████████████████
5   ███████████████████████
6       A         ███████
```

7            MR. JUSTUS:  Objection.  Form.

8            MR. VERNON:  So now I think what

9   makes most sense to me, I'm going to

10  reserve the rest of our time for

11  redirect and then probably take a

12  quick break and then pass the witness

13  to Google.

14           So if that makes sense, I think

15  we can go off the record and do a

16  quick break.

17           MR. JUSTUS:  Yeah.  So sorry, if

18  you're passing the witness to us,

19  we'll need a little bit more than a

20  quick break.  We'll take maybe 15

21  minutes and then we'll come back and

22  do our questioning.

23           MS. ARYANKALAYIL:  Okay with us.

24           THE VIDEOGRAPHER:  We are now

25  going off the record.  The time is

71

1    A    It was to better understand my

2  career at Equativ and my understanding of

3  the market situation.

4    Q    Did you discuss many of the

5  topics that you've been asked questions

6  about today?

7    A    The subjects were raised during

8  the first meeting in a very superficial

9  fashion.

10   Q    Okay.  Let's talk about the

11  second meeting.  Who initiated that second

12  meeting?

13   A    For the second meeting, we had

14  communicated with the Department of Justice

15  concerning the news about our client

16  ████████  and the DOJ proposed a meeting.

17   Q    So you reached out affirmatively

18  to the DOJ to talk again?

19        MR. VERNON:  Objection.

20   Mischaracterizes testimony, but go

21   ahead.

22   A    Yes.

23   Q    For this second meeting, which

24  you initiated with the DOJ, what do you

25  recall talking about?

1      MR. VERNON:  Objection to form.

2      A    Above all, we talked about the

3    ████████  issue.

4      Q    Did you also talk about other

5    topics for which the DOJ asked you

6    questions today?

7      A    No.

8      Q    What did you talk about other

9    than the ████████  issue?

10      A    For the second meeting, as far

11    as my memory is concerned, we almost

12    exclusively talked about ████████.

13      Q    Did you meet with the DOJ any

14    additional times in advance of your

15    deposition today?

16      A    No.

17      Q    You're sitting for this

18    deposition today in France, is that right?

19      A    I'm in Brussels, in Belgium.

20      Q    Did any foreign court order you

21    to sit for this deposition today?

22            THE INTERPRETER:  Did you say

23      order you to sit?

24            MR. JUSTUS:  Correct.

25            THE INTERPRETER:  Okay.

77

1   for Equativ's business?

2       A    This would seem to be necessary

3   to me in consideration of the numerous

4   conflicts of interest and the dominant

5   position of Google.  But I think that this

6   would be good not for all the competitors,

7   including Equativ, and also for the

8   publishers.

9       Q    When you say conflicts of

10  interest, what are you referring to?

11      A    The first conflict of interest

12  is that Google was a media owner.

13          The second conflict of interest

14  is that it is dominant both on the demand

15  and the supply side and operates both sides

16  of the value chain.

17      Q    Is that sometimes referred to as

18  having a full stack of ad tech products?

19          MR. VERNON:  Object to the form.

20      A    When we talk about full stack in

21  Equativ, for us that's AdServer and SSP.

22      Q    Does Equativ also own a DSP.?

23      A    Equativ acquired a DSP called

24  Liquidem in 2020.  Today Equativ has a ███

25  ████████████████████ share of its sales

78

1    revenue in the self-serve DSP.

2        Q     Do you agree that Equativ

3    represents both advertising buyers and

4    publishers selling advertising?

5             MR. VERNON:  Objection to form.

6        A     In a certain sense, yes.  But

7    the primary client of Equativ are the

8    publishers.  The activity we have on the

9    demand side is weak to -- in order to bring

10   a little bit more demand to our publishers.

11       Q     Is it a conflict of interest for

12   Equativ to represent both advertising

13   buyers and publishers?

14       A     Equativ sales revenue from

15   self-serve DSP is less than ██ percent of

16   our sales revenue.  ████████████████████████

17   ██████████████.

18             THE INTERPRETER:  The

19        interpreter is unsure of one word.

20       A     ████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████████████

23   ██████████.

24             THE INTERPRETER:  The

25        interpreters will now switch.

79

1    BY MR. JUSTUS:

2        Q      Currently --

3        A      ██████████████████████████

4    ████████████████████████████████████

5    ████████████████████████████.

6        Q      So currently, Equativ does

7    operate both a DSP, an SSP, and an ad

8    server?

9        A      Yes.

10       Q      But it's a conflict of interest

11   when Google does the same thing?

12       A      With the difference that Equativ

13   does not have any -- does not dominate

14   either end of the equation.

15       Q      What are the benefits of having

16   a demand side platform, a supply side

17   platform, and an ad server at Equativ?

18       A      The goal is to offer solutions

19   so that our clients, the publishers, can

20   buy directly.  The goal is to offer the

21   publishers direct access and to reduce the

22   cost and to increase the transparency in

23   purchasing.  I'm sorry, advertisers.

24       Q      Does having a full stack of

25   products help protect against fraud?

80

1          MR. VERNON:  Objection.  Form.

2     A     No.  I think to prevent fraud,

3   it's important to have the tools of the

4   trade and there's a certain number of tools

5   that do exist.

6     Q     What is Equativ's standard take

7   rate from publishers for open auctions

8   conducted through Equativ's SSP?

9          THE INTERPRETER:  I'm sorry, did

10     you say take rate?

11          MR. JUSTUS:  Yes.

12     A     It's between ■ and ■ percent.

13     Q     Some publishers pay a ■ percent

14   take rate?

15     A     Yes.

16     Q     Is that rate discounted if a

17   publisher agrees to also use Equativ's ad

18   server?

19     A     It depends.  These are business

20   terms that are negotiated with the client.

21   So it depends.

22     Q     Sometimes does Equativ offer a

23   lower rate, a lower take rate, if a

24   publisher agrees to also use the Equativ ad

25   server?

81

```
1      A      The answer is ██, █████████
2   ████████████████████████████████
3   ██████████████████████.
4        ████████████████████████████
5   ████████████████████████████████
6   ████████████████████████
7   ████████████████████.
8      Q      How has Equativ's revenue
9   changed over the past 3 years?
10     A      Over the last 3 years, Equativ's
11  sales revenue ███████████.
12     Q      In 2022, did Equativ report
13  record net recurring revenue?
14            MR. VERNON:  Objection to form.
15     A      Equativ made an announcement
16  that the sales revenue was 92 thousand
17  million euros.
18            THE WITNESS:  92 million.
19            THE INTERPRETER:  92 million,
20      I'm sorry.
21     A      This was the record.
22     Q      How many daily auctions does the
23  Equativ SSP conduct, roughly?
24     A      Approximately ██ billion.
25     Q      Over the last year, has Equativ
```

82

1    increased the number of employees that it

2    has?

3         A     Yes.   In 2022, the answer is

4    yes, in a significant way.   And in 2023,

5    this has stabilized.

6         Q     What was the employee increase

7    in 2022?

8         A     A little over 100.

9         Q     What was Equativ's 2022 organic

10   growth rate?

11        A     In 2022, it was ■ percent.

12   However, we must be careful because the

13   reference here, 2021, was still impacted by

14   COVID.

15        Q     Was it ■ percent or ■ percent?

16        A     ■.

17        Q     You're sure about that?

18        A     I guess I'm sure, but I can

19   check.   I will tell you later.   But to me,

20   it's 30 percent, yeah.

21             MR. JUSTUS:   Can we bring up Tab

22        6?

23             (Exhibit 1, Internal Guidelines,

24        was remotely introduced and provided

25        electronically to the reporter, as of

85

```
 1              So it says ██ percent plus

 2    organic growth in 2022.

 3              Did I read that right?

 4      A     That's what's written on the

 5    slide, correct.

 6      Q     So you were mistaken earlier

 7    when you said ██ percent?

 8              MR. VERNON:  Objection to form.

 9      A     Let me verify the source of the

10    document, the veracity of its content, and

11    I'll tell you which of the figures is

12    correct.

13              It's very possible this is a

14    document from 2022 anticipating the

15    year-to-date growth in 2023, which was the

16    case until -- which was the case at the end

17    of October.

18      Q     Well, didn't we just look at a

19    slide that showed a 2023 event?

20      A     That's true.  Let me verify the

21    source of that document.

22      Q     How many -- according to this

23    document, how many monthly auctions does

24    Equativ conduct?

25      A     A billion daily.  The monthly
```

95

 1    SSP.

 2            Actually, this rationalizes the

 3    development efforts when the SSP was

 4    launched.  Currently, our sales revenue

 5    from the ad server are ███████████████

 6    ███.

 7        Q     So that didn't answer my

 8    question.

 9            What I'm asking you is, is it

10    your view that selling the SSP integrated

11    with the ad server produces a better

12    experience for publishers?

13            MR. VERNON:  Objection to form.

14            THE INTERPRETER:  The

15        interpreters will switch.

16        A     Yes.  Basically yes.  But we

17    also sell them separately.  We have

18    standalone ad server clients and we have

19    standalone SSP clients, and we're very

20    proud to have full stock clients, SSP and

21    ad server.

22        Q     Thank you.

23            Can non-DFP ad servers access

24    what you call AdX demand?

25        A     Through the AdX mediation term,

102

1    market share and had been in a downward

2    spiral for some years.

3                There was a 20 percent growth of

4    the SSP, and organic overall growth was 30

5    percent mainly powered by the new

6    solutions.  That is to say curation, retail

7    media and connected TVs.

8        Q     Let me break it down a little.

9                In the past 3 years, how have

10   Equativ's display ads -- publisher ad

11   serving revenues changed?  Have they gone

12   up, or down, or stayed the same?

13               MR. JUSTUS:  Objection.  Form.

14               THE INTERPRETER:  Could you

15       repeat that part?

16               MR. VERNON:  Yeah.  I don't

17       think you need to translate the

18       question.

19               THE WITNESS:  It's clear.

20       A     So what I was saying was that

21   the ad serving revenue was about ███

22   million euros in 2015.  It was █ million

23   euros last year.  And it will be close to █

24   million this year.

25       Q     And then if you were to focus on

113

```
 1                    Do you remember that?
 2        A    Yes.
 3        Q    How do Equativ's open auction
 4   SSP take rates compare to Google's?
 5        A    As far as I know, Google is
 6   around 20 percent.  Equativ is between ██
 7   and ██ percent below that.
 8        Q    Earlier counsel asked you
 9   questions about whether you hoped DOJ would
10   win in this lawsuit.
11                    Do you remember that?
12        A    Yes.
13        Q    And I think you said --
14        MR. JUSTUS:  Sorry.  Jeff, I'm
15   sorry to interrupt.  Can we go off the
16   record a second?
17        MR. VERNON:  Sure.
18        THE VIDEOGRAPHER:  We are now
19   going off the record.  The time is
20   11:34.
21             (Recess taken 11:34 a.m.)
22             (Resumed 11:35 a.m.)
23        THE VIDEOGRAPHER:  We are now
24   back on the record.  The time is
25   11:35.
```