## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| *Defendant.* | |

### DEFENDANT GOOGLE LLC'S OBJECTIONS TO PLAINTIFFS' COUNTER DEPOSITION TESTIMONY DESIGNATIONS, AND GOOGLE'S "FAIRNESS" DESIGNATIONS

Pursuant to the Court's Order Modifying the Pretrial Schedule entered on June 24, 2024, ECF No. 871, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 30, Defendant Google LLC hereby submits its objections and "fairness" designations to Plaintiffs' counter deposition designations, dated July 19, 2024. *See* ECF No. 917-2. The objections and reply designations are contained in the attached exhibit. The objection codes are as follows:

| Code | Objection |
|---|---|
| 30b6 | Outside the scope of FRCP 30(b)(6) topics |
| 103 | Assumes facts not in evidence |
| 106 | Incomplete excerpt or designation |
| 402 | Irrelevant |
| 403 | Unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611b | Beyond the scope of direct |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |

Google reserves the right to amend and/or supplement the attached fairness designations and objections, including with respect to the Court's rulings on motions *in limine* or other pre-trial rulings, as well as in the event a witness whom Google intends to call live is unable to testify live and may only appear by deposition.  Google also reserves the right to introduce or use any of Plaintiffs' designations or counter designations at trial, including as Google's counter designations, to the extent Plaintiffs do not do so. Google further incorporates by reference herein its deposition designations, objections to Plaintiffs' designations, and counter designations as filed on July 5, 2024 and July 19, 2024, respectively. *See* ECF No. 893; ECF No. 917-2.

Dated: July 26, 2024

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions *(pro hac vice)*
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER
LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Krishan Bhatia | 2023.09.21 | 68 | 7 | 69 | 8 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 69 | 23 | 70 | 2 | Public | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 70 | 7 | 70 | 8 | Highly Confidential | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 70 | 10 | 70 | 16 | Highly Confidential | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 78 | 10 | 78 | 11 | Public | | |
| Krishan Bhatia | 2023.09.21 | 78 | 18 | 79 | 5 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 79 | 6 | 79 | 21 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 93 | 16 | 93 | 23 | Highly Confidential | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 145 | 2 | 145 | 11 | Public | | |
| Krishan Bhatia | 2023.09.21 | 146 | 17 | 146 | 20 | Public | | |
| Krishan Bhatia | 2023.09.21 | 147 | 2 | 147 | 9 | Public | | |
| Krishan Bhatia | 2023.09.21 | 153 | 9 | 153 | 12 | Public | | |
| Krishan Bhatia | 2023.09.21 | 153 | 15 | 153 | 21 | Public | | |
| Krishan Bhatia | 2023.09.21 | 153 | 23 | 154 | 4 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 154 | 5 | 154 | 15 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 157 | 14 | 157 | 16 | Public | 602 | |
| Krishan Bhatia | 2023.09.21 | 157 | 19 | 157 | 22 | Public | 602 | |
| Krishan Bhatia | 2023.09.21 | 158 | 22 | 159 | 16 | Highly Confidential | | |
| Krishan Bhatia | 2023.09.21 | 167 | 23 | 168 | 3 | Public | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 168 | 8 | 168 | 13 | Highly Confidential | 602, 611b | |
| Krishan Bhatia | 2023.09.21 | 168 | 15 | 169 | 4 | Highly Confidential | 602, 611b | 173:8-13 |
| Krishan Bhatia | 2023.09.21 | 191 | 15 | 191 | 15 | Public | | |
| Krishan Bhatia | 2023.09.21 | 191 | 24 | 191 | 25 | Public | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Ken Blom | 2023.08.29 | 58 | 20 | 59 | 24 | Highly Confidential | 611b | |
| Ken Blom | 2023.08.29 | 139 | 9 | 139 | 18 | Public | 611b, 602, 701 | |
| Ken Blom | 2023.08.29 | 139 | 19 | 139 | 21 | Public | 611b | |
| Ken Blom | 2023.08.29 | 140 | 8 | 140 | 19 | Public | | |
| Ken Blom | 2023.08.29 | 142 | 16 | 142 | 21 | Public | 602, 701 | |
| Ken Blom | 2023.08.29 | 145 | 21 | 145 | 25 | Public | 602, 701, 106 | 146:2-146:10 |
| Ken Blom | 2023.08.29 | 146 | 11 | 146 | 13 | Public | 602, 701 | |
| Ken Blom | 2023.08.29 | 146 | 15 | 146 | 23 | Public | 602, 701 | |
| Ken Blom | 2023.08.29 | 155 | 13 | 155 | 18 | Public | | |
| Ken Blom | 2023.08.29 | 155 | 20 | 155 | 20 | Public | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:23-cv-00108-LMB-JFA Document 967 Filed 07/26/24 Page 6 of 23 PageID# 41573
Google LLC's Objections and Fairness Designations to Plaintiffs' Counter Deposition Designations
Bradbury (GSD&M)

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Bo Bradbury | 2023.09.08 | 16 | 16 | 16 | 21 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 18 | 7 | 19 | 1 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 19 | 9 | 19 | 12 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 19 | 14 | 19 | 25 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 21 | 5 | 23 | 5 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 23 | 6 | 23 | 9 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 36 | 20 | 37 | 11 | Highly Confidential | 106, 611b | |
| Bo Bradbury | 2023.09.08 | 39 | 4 | 39 | 22 | Highly Confidential | 611b | |
| Bo Bradbury | 2023.09.08 | 48 | 16 | 49 | 9 | Highly Confidential | | |
| Bo Bradbury | 2023.09.08 | 64 | 19 | 65 | 3 | Highly Confidential | | |
| Bo Bradbury | 2023.09.08 | 66 | 16 | 66 | 21 | Highly Confidential | | |
| Bo Bradbury | 2023.09.08 | 67 | 19 | 68 | 6 | Highly Confidential | 106, 611b | |
| Bo Bradbury | 2023.09.08 | 68 | 7 | 69 | 1 | Highly Confidential | | |
| Bo Bradbury | 2023.09.08 | 125 | 4 | 125 | 16 | Highly Confidential | 402, 611b | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:23-cv-00108-LMB-JFA  Document 967  Filed 07/26/24  Page 7 of 23 PageID# 41574

Google LLC's Objections and Fairness Designations to Plaintiffs' Counter Deposition Designations          Casale (Index Exchange)

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Andrew Casale | 2023.09.26 | 10 | 22 | 10 | 25 | Public | | |
| Andrew Casale | 2023.09.26 | 11 | 2 | 11 | 14 | Public | | |
| Andrew Casale | 2023.09.26 | 81 | 6 | 81 | 7 | Public | | |
| Andrew Casale | 2023.09.26 | 81 | 10 | 81 | 18 | Highly Confidential | | |
| Andrew Casale | 2023.09.26 | 81 | 23 | 81 | 25 | Public | | |
| Andrew Casale | 2023.09.26 | 82 | 5 | 82 | 11 | Public | | |
| Andrew Casale | 2023.09.26 | 140 | 18 | 140 | 20 | Public | | |
| Andrew Casale | 2023.09.26 | 250 | 9 | 250 | 25 | Highly Confidential | | |
| Andrew Casale | 2023.09.26 | 251 | 3 | 251 | 17 | Highly Confidential | | |
| Andrew Casale | 2023.09.26 | 252 | 11 | 252 | 18 | Highly Confidential | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Arnaud Creput | 2023.09.05 | 76 | 2 | 76 | 7 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 78 | 11 | 78 | 17 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 78 | 20 | 78 | 23 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 79 | 3 | 79 | 5 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 79 | 10 | 79 | 14 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 79 | 24 | 79 | 25 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 80 | 2 | 80 | 5 | Highly Confidential | 402, 602, 701 | |
| Arnaud Creput | 2023.09.05 | 85 | 6 | 85 | 7 | Highly Confidential | | |
| Arnaud Creput | 2023.09.05 | 85 | 9 | 85 | 17 | Highly Confidential | | |
| Arnaud Creput | 2023.09.05 | 85 | 18 | 85 | 21 | Highly Confidential | | |
| Arnaud Creput | 2023.09.05 | 94 | 19 | 94 | 21 | Highly Confidential | | |
| Arnaud Creput | 2023.09.05 | 94 | 23 | 95 | 6 | Highly Confidential | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---------|-------------------|-----------|-----------|---------|---------|----------------------|-------------------|------------------------------|
| John Dederick | 2023.07.28 | 129 | 6 | 129 | 8 | Highly Confidential | | |
| John Dederick | 2023.07.28 | 129 | 10 | 130 | 4 | Highly Confidential | | |
| John Dederick | 2023.07.28 | 319 | 15 | 319 | 18 | Highly Confidential | 402, 611b, 701 | |
| John Dederick | 2023.07.28 | 319 | 20 | 319 | 20 | Highly Confidential | 402, 611b, 701 | |
| John Dederick | 2023.07.28 | 319 | 21 | 320 | 4 | Highly Confidential | 402, 611b, 701 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:23-cv-00108-LMB-JFA  Document 967  Filed 07/26/24  Page 10 of 23 PageID# 41577
Google LLC's Objections and Fairness Designations to Plaintiffs' Counter Deposition Designations
Farber (Meta)

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Omri Farber | 2023.09.18 | 24 | 6 | 24 | 22 | Confidential | | |
| Omri Farber | 2023.09.18 | 47 | 7 | 47 | 14 | Highly Confidential | | 47:22-47:25; 48:3-48:10 |
| Omri Farber | 2023.09.18 | 49 | 17 | 49 | 21 | Highly Confidential | | |
| Omri Farber | 2023.09.18 | 53 | 6 | 53 | 11 | Public | | |
| Omri Farber | 2023.09.18 | 60 | 6 | 60 | 10 | Public | 611b, 611c | |
| Omri Farber | 2023.09.18 | 60 | 11 | 60 | 22 | Public | 611b, 611c | |
| Omri Farber | 2023.09.18 | 60 | 23 | 61 | 1 | Public | 611b, 611c | |
| Omri Farber | 2023.09.18 | 116 | 21 | 117 | 2 | Confidential | 611b, 611c, 106 | |
| Omri Farber | 2023.09.18 | 117 | 14 | 117 | 16 | Confidential | 611b, 611c, 402 | |
| Omri Farber | 2023.09.18 | 117 | 21 | 118 | 2 | Confidential | 611b, 611c, 402 | |
| Omri Farber | 2023.09.18 | 156 | 14 | 156 | 19 | Highly Confidential | | |
| Omri Farber | 2023.09.18 | 199 | 5 | 199 | 6 | Highly Confidential | 611b, 611c | |
| Omri Farber | 2023.09.18 | 199 | 8 | 199 | 11 | Highly Confidential | 611b, 611c | |
| Omri Farber | 2023.09.18 | 233 | 22 | 234 | 7 | Highly Confidential | | |
| Omri Farber | 2023.09.18 | 253 | 25 | 254 | 1 | Confidential | 602 | |
| Omri Farber | 2023.09.18 | 254 | 4 | 254 | 8 | Confidential | 602 | |
| Omri Farber | 2023.09.18 | 281 | 7 | 281 | 11 | Confidential | 611b, 611c | |
| Omri Farber | 2023.09.18 | 283 | 12 | 283 | 15 | Confidential | 611b, 611c | |
| Omri Farber | 2023.09.18 | 283 | 18 | 283 | 24 | Highly Confidential | 611b, 611c | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| John Gentry | 2023.10.26 | 64 | 5 | 64 | 8 | Public | | |
| John Gentry | 2023.10.26 | 64 | 10 | 65 | 16 | Public | | |
| John Gentry | 2023.10.26 | 65 | 17 | 65 | 18 | Public | | |
| John Gentry | 2023.10.26 | 65 | 20 | 66 | 8 | Public | | |
| John Gentry | 2023.10.26 | 119 | 5 | 119 | 7 | Public | | 119:8-119:10 |
| John Gentry | 2023.10.26 | 119 | 17 | 120 | 2 | Public | | |
| John Gentry | 2023.10.26 | 120 | 7 | 120 | 7 | Public | | |
| John Gentry | 2023.10.26 | 120 | 9 | 120 | 13 | Public | | |
| John Gentry | 2023.10.26 | 120 | 22 | 121 | 7 | Public | | |
| John Gentry | 2023.10.26 | 121 | 11 | 122 | 3 | Public | | 122:4-122:6 |
| John Gentry | 2023.10.26 | 126 | 17 | 126 | 20 | Public | | |
| John Gentry | 2023.10.26 | 145 | 3 | 145 | 7 | Public | | |
| John Gentry | 2023.10.26 | 239 | 2 | 239 | 5 | Public | 611c | |
| John Gentry | 2023.10.26 | 239 | 8 | 239 | 20 | Public | 611c | |
| John Gentry | 2023.10.26 | 239 | 22 | 240 | 9 | Public | 701, 602 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Jay Glogovsky | 2023.08.25 | 43 | 20 | 44 | 2 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 52 | 8 | 52 | 10 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 53 | 13 | 53 | 15 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 53 | 17 | 53 | 25 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 54 | 2 | 54 | 4 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 54 | 24 | 54 | 25 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 55 | 2 | 55 | 7 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 59 | 19 | 59 | 25 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 60 | 2 | 60 | 5 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 62 | 6 | 62 | 14 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 62 | 15 | 62 | 16 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 66 | 5 | 66 | 7 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 66 | 10 | 66 | 13 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 66 | 14 | 66 | 18 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 68 | 3 | 68 | 9 | Confidential | 602, 611b | |
| Jay Glogovsky | 2023.08.25 | 68 | 12 | 68 | 19 | Confidential | 602, 611b | |
| Jay Glogovsky | 2023.08.25 | 75 | 17 | 75 | 20 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 85 | 5 | 85 | 8 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 87 | 12 | 87 | 16 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 89 | 4 | 89 | 9 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 89 | 12 | 89 | 13 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 89 | 15 | 89 | 15 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 89 | 16 | 89 | 25 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 90 | 2 | 90 | 2 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 90 | 3 | 90 | 3 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 90 | 5 | 90 | 9 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 96 | 11 | 96 | 15 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 96 | 17 | 96 | 21 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 100 | 8 | 100 | 9 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 100 | 11 | 100 | 15 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 100 | 16 | 100 | 17 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 100 | 19 | 100 | 19 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 101 | 12 | 102 | 2 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 107 | 11 | 107 | 12 | Confidential | 602 | |
| Jay Glogovsky | 2023.08.25 | 107 | 14 | 107 | 16 | Confidential | 602 | |
| Jay Glogovsky | 2023.08.25 | 108 | 13 | 108 | 15 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 108 | 17 | 108 | 18 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 112 | 5 | 112 | 6 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 112 | 9 | 112 | 15 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 119 | 22 | 119 | 25 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 157 | 22 | 158 | 2 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 158 | 3 | 158 | 5 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 158 | 8 | 158 | 10 | Confidential | 611b | |
| Jay Glogovsky | 2023.08.25 | 166 | 8 | 166 | 10 | Confidential | 602, 802 | |
| Jay Glogovsky | 2023.08.25 | 166 | 13 | 167 | 3 | Confidential | 602, 802 | |
| Jay Glogovsky | 2023.08.25 | 167 | 24 | 168 | 11 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 179 | 18 | 180 | 4 | Confidential | 602 | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Jay Glogovsky | 2023.08.25 | 181 | 14 | 181 | 18 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 181 | 21 | 182 | 11 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 182 | 12 | 182 | 16 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 186 | 7 | 186 | 10 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 186 | 13 | 186 | 14 | Public | | |
| Jay Glogovsky | 2023.08.25 | 277 | 7 | 277 | 9 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 277 | 11 | 277 | 13 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 277 | 24 | 278 | 3 | Confidential | | |
| Jay Glogovsky | 2023.08.25 | 278 | 6 | 278 | 13 | Confidential | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Jeremy Helfand | 2023.09.29 | 23 | 7 | 23 | 16 | Public | | |
| Jeremy Helfand | 2023.09.29 | 25 | 1 | 25 | 11 | Public | | |
| Jeremy Helfand | 2023.09.29 | 48 | 16 | 48 | 25 | Public | | |
| Jeremy Helfand | 2023.09.29 | 55 | 14 | 56 | 16 | Public | | |
| Jeremy Helfand | 2023.09.29 | 58 | 3 | 58 | 10 | Public | | |
| Jeremy Helfand | 2023.09.29 | 58 | 20 | 58 | 25 | Public | | |
| Jeremy Helfand | 2023.09.29 | 69 | 3 | 69 | 21 | Highly Confidential | | |
| Jeremy Helfand | 2023.09.29 | 71 | 19 | 72 | 7 | Public | | |
| Jeremy Helfand | 2023.09.29 | 85 | 21 | 85 | 25 | Public | | 86:1-86:6 |
| Jeremy Helfand | 2023.09.29 | 126 | 15 | 127 | 20 | Public | 602 (126:24-127:11); 611b (127:12-20) | |
| Jeremy Helfand | 2023.09.29 | 187 | 20 | 189 | 10 | Public | 602 (188:23-189:10) | |
| Jeremy Helfand | 2023.09.29 | 189 | 12 | 189 | 15 | Public | 602 | |
| Jeremy Helfand | 2023.09.29 | 189 | 17 | 189 | 17 | Public | 602 | |
| Jeremy Helfand | 2023.09.29 | 194 | 12 | 195 | 15 | Public | 602 (195:2-195:15) | |
| Jeremy Helfand | 2023.09.29 | 197 | 25 | 198 | 4 | Public | 602 | |
| Jeremy Helfand | 2023.09.29 | 198 | 5 | 198 | 15 | Public | 602 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Eric Hochberger | 2023.09.22 | 46 | 14 | 46 | 18 | Public | 106, 611c | 46:20 - 46:20 |
| Eric Hochberger | 2023.09.22 | 46 | 21 | 46 | 24 | Public | 602 | |
| Eric Hochberger | 2023.09.22 | 47 | 2 | 47 | 8 | Public | 602, 611c | |
| Eric Hochberger | 2023.09.22 | 47 | 10 | 47 | 12 | Public | 602, 611c | |
| Eric Hochberger | 2023.09.22 | 47 | 24 | 48 | 7 | Public | 602, 611c | |
| Eric Hochberger | 2023.09.22 | 48 | 9 | 48 | 9 | Public | 602, 611c | |
| Eric Hochberger | 2023.09.22 | 49 | 7 | 50 | 9 | Public | | |
| Eric Hochberger | 2023.09.22 | 50 | 12 | 50 | 14 | Public | | |
| Eric Hochberger | 2023.09.22 | 144 | 5 | 144 | 22 | Public | 402 | |
| Eric Hochberger | 2023.09.22 | 144 | 23 | 145 | 16 | Public | 402 | |
| Eric Hochberger | 2023.09.22 | 145 | 17 | 145 | 22 | Public | | |
| Eric Hochberger | 2023.09.22 | 145 | 24 | 146 | 1 | Public | | |
| Eric Hochberger | 2023.09.22 | 146 | 4 | 146 | 8 | Public | | |
| Eric Hochberger | 2023.09.22 | 146 | 10 | 146 | 10 | Public | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---------|-------------------|-----------|-----------|---------|---------|----------------------|-------------------|------------------------------|
| Ben John | 2023.09.08 | 34 | 18 | 34 | 25 | Highly Confidential | | |
| Ben John | 2023.09.08 | 35 | 2 | 35 | 8 | Highly Confidential | | |
| Ben John | 2023.09.08 | 53 | 4 | 53 | 14 | Highly Confidential | | |
| Ben John | 2023.09.08 | 70 | 3 | 70 | 10 | Highly Confidential | | |
| Ben John | 2023.09.08 | 70 | 25 | 71 | 14 | Highly Confidential | | |
| Ben John | 2023.09.08 | 133 | 12 | 134 | 6 | Highly Confidential | | 134:22-134:25 |
| Ben John | 2023.09.08 | 194 | 22 | 195 | 7 | Confidential | 602, 611b, 701 (194:25-195:7) | |
| Ben John | 2023.09.08 | 197 | 17 | 198 | 19 | Highly Confidential | 602, 802 | |
| Ben John | 2023.09.08 | 198 | 20 | 199 | 4 | Highly Confidential | 602, 802 | |
| Ben John | 2023.09.08 | 199 | 12 | 199 | 20 | Highly Confidential | 602, 701, 802 | |
| Ben John | 2023.09.08 | 201 | 9 | 201 | 19 | Highly Confidential | 602, 802 | |
| Ben John | 2023.09.08 | 202 | 15 | 203 | 5 | Highly Confidential | 602, 802 (202:15-16); 602, 802 (202:19-203:3); 602, 701 (203:4-5) | |
| Ben John | 2023.09.08 | 203 | 9 | 203 | 14 | Highly Confidential | 602, 701 (203:9-11); 402, 602, 701 (203:12-14) | |
| Ben John | 2023.09.08 | 203 | 20 | 204 | 5 | Highly Confidential | 402, 602, 701 | |
| Ben John | 2023.09.08 | 204 | 9 | 204 | 14 | Highly Confidential | 402, 602, 701 | |
| Ben John | 2023.09.08 | 246 | 13 | 248 | 11 | Highly Confidential | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:23-cv-00108-LMB-JFA Document 967 Filed 07/26/24 Page 17 of 23 PageID# 41584
Google LLC's Objections and Fairness Designations to Plaintiffs' Counter Deposition Designations
Kozlowski (Comcast)

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Kristy Kozlowski | 2023.09.06 | 34 | 24 | 35 | 19 | Public | 611b, 602 | |
| Kristy Kozlowski | 2023.09.06 | 35 | 20 | 35 | 24 | Public | 611b, 602 | |
| Kristy Kozlowski | 2023.09.06 | 36 | 3 | 36 | 3 | Public | 611b, 602 | |
| Kristy Kozlowski | 2023.09.06 | 36 | 5 | 36 | 13 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 36 | 14 | 37 | 6 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 37 | 16 | 37 | 23 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 41 | 21 | 42 | 23 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 45 | 3 | 46 | 14 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 46 | 15 | 47 | 1 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 47 | 2 | 47 | 8 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 47 | 10 | 47 | 10 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 47 | 11 | 48 | 10 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 48 | 11 | 48 | 17 | Public | 602 | |
| Kristy Kozlowski | 2023.09.06 | 49 | 6 | 50 | 3 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 50 | 4 | 50 | 7 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 50 | 8 | 50 | 16 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 50 | 18 | 50 | 24 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 60 | 8 | 61 | 2 | Highly Confidential | | 51:5-19; 51:20-23; 51:25; 52:1-4; 52:6-15; 52:21-53:9; 53:12-14; 59:16-60:4; 60:7 |
| Kristy Kozlowski | 2023.09.06 | 73 | 19 | 74 | 6 | Highly Confidential | | |
| Kristy Kozlowski | 2023.09.06 | 86 | 19 | 86 | 21 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 97 | 15 | 98 | 16 | Highly Confidential | 611b | 99:8-12; 99:13-25; 100:3-22 |
| Kristy Kozlowski | 2023.09.06 | 185 | 15 | 185 | 22 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 186 | 2 | 186 | 21 | Highly Confidential | 611b (186:2-186:13) 106, 611b (186:14-21) | |
| Kristy Kozlowski | 2023.09.06 | 186 | 24 | 187 | 2 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 187 | 4 | 188 | 15 | Highly Confidential | 611b | |
| Kristy Kozlowski | 2023.09.06 | 188 | 16 | 188 | 20 | Public | | |
| Kristy Kozlowski | 2023.09.06 | 188 | 22 | 188 | 22 | Public | | 188:23-189:2 |
| Kristy Kozlowski | 2023.09.06 | 189 | 24 | 191 | 9 | Highly Confidential | 611b | |
| Kristy Kozlowski | 2023.09.06 | 217 | 14 | 217 | 19 | Highly Confidential | 611b | |
| Kristy Kozlowski | 2023.09.06 | 217 | 20 | 217 | 21 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 217 | 23 | 217 | 23 | Public | 611b | |
| Kristy Kozlowski | 2023.09.06 | 217 | 24 | 218 | 7 | Highly Confidential | 611b | |
| Kristy Kozlowski | 2023.09.06 | 229 | 20 | 230 | 4 | Public | 611b | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| David A. Minkin | 2023.09.22 | 47 | 8 | 47 | 17 | Public | | |
| David A. Minkin | 2023.09.22 | 54 | 10 | 54 | 13 | Public | | |
| David A. Minkin | 2023.09.22 | 54 | 17 | 54 | 21 | Public | | |
| David A. Minkin | 2023.09.22 | 55 | 16 | 55 | 23 | Public | | |
| David A. Minkin | 2023.09.22 | 57 | 9 | 57 | 15 | Public | | |
| David A. Minkin | 2023.09.22 | 57 | 16 | 57 | 22 | Public | | |
| David A. Minkin | 2023.09.22 | 58 | 17 | 58 | 19 | Public | 602 | |
| David A. Minkin | 2023.09.22 | 58 | 21 | 58 | 23 | Public | 602 | |
| David A. Minkin | 2023.09.22 | 67 | 19 | 67 | 20 | Public | | |
| David A. Minkin | 2023.09.22 | 67 | 22 | 68 | 10 | Public | | |
| David A. Minkin | 2023.09.22 | 68 | 15 | 68 | 18 | Public | 602 | |
| David A. Minkin | 2023.09.22 | 68 | 20 | 68 | 22 | Public | | |
| David A. Minkin | 2023.09.22 | 68 | 23 | 69 | 10 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 114 | 14 | 114 | 16 | Public | | |
| David A. Minkin | 2023.09.22 | 117 | 15 | 117 | 19 | Public | | |
| David A. Minkin | 2023.09.22 | 127 | 9 | 127 | 15 | Highly Confidential | | 127:16-23; 127:25 |
| David A. Minkin | 2023.09.22 | 130 | 3 | 130 | 20 | Highly Confidential | | 130:24-131:3 |
| David A. Minkin | 2023.09.22 | 145 | 10 | 145 | 18 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 154 | 8 | 154 | 9 | Public | | |
| David A. Minkin | 2023.09.22 | 154 | 11 | 154 | 13 | Public | | |
| David A. Minkin | 2023.09.22 | 178 | 17 | 178 | 22 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 178 | 23 | 179 | 11 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 179 | 15 | 179 | 18 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 179 | 19 | 179 | 21 | Highly Confidential | | |
| David A. Minkin | 2023.09.22 | 186 | 18 | 186 | 20 | Public | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Brian O'Kelley | 2023.09.29 | 205 | 18 | 205 | 22 | Public | | |
| Brian O'Kelley | 2023.09.29 | 206 | 1 | 206 | 4 | Public | | |
| Brian O'Kelley | 2023.09.29 | 208 | 9 | 208 | 13 | Public | | |
| Brian O'Kelley | 2023.09.29 | 208 | 16 | 208 | 18 | Public | | |
| Brian O'Kelley | 2023.09.29 | 226 | 11 | 226 | 15 | Public | | |
| Brian O'Kelley | 2023.09.29 | 226 | 18 | 227 | 3 | Public | | |
| Brian O'Kelley | 2023.09.29 | 227 | 5 | 227 | 8 | Public | | |
| Brian O'Kelley | 2023.09.29 | 227 | 11 | 227 | 24 | Public | | |
| Brian O'Kelley | 2023.09.29 | 237 | 12 | 237 | 21 | Public | | |
| Brian O'Kelley | 2023.09.29 | 238 | 10 | 238 | 13 | Public | | |
| Brian O'Kelley | 2023.09.29 | 238 | 16 | 239 | 3 | Public | | |
| Brian O'Kelley | 2023.09.29 | 290 | 23 | 291 | 1 | Public | | |
| Brian O'Kelley | 2023.09.29 | 291 | 4 | 292 | 1 | Public | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:23-cv-00108-LMB-JFA Document 967 Filed 07/26/24 Page 20 of 23 PageID# 41587
Google LLC's Objections and Fairness Designations to Plaintiffs' Counter Deposition Designations
Parsons (Criteo)

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Todd Parsons | 2023.09.08 | 189 | 23 | 189 | 25 | Highly Confidential | | |
| Todd Parsons | 2023.09.08 | 190 | 2 | 190 | 2 | Highly Confidential | | |
| Todd Parsons | 2023.09.08 | 206 | 14 | 206 | 16 | Highly Confidential | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Ryan Pauley | 2023.08.23 | 108 | 23 | 109 | 2 | Public | 602 | |
| Ryan Pauley | 2023.08.23 | 109 | 5 | 109 | 6 | Public | 602 | |
| Ryan Pauley | 2023.08.23 | 136 | 18 | 137 | 17 | Public | | |
| Ryan Pauley | 2023.08.23 | 152 | 11 | 152 | 21 | Public | | 152:22-24 |
| Ryan Pauley | 2023.08.23 | 154 | 21 | 154 | 24 | Public | | 154:25 - 155:15 |
| Ryan Pauley | 2023.08.23 | 186 | 2 | 186 | 11 | Confidential | 611b | |
| Ryan Pauley | 2023.08.23 | 241 | 7 | 241 | 9 | Public | 602 | |
| Ryan Pauley | 2023.08.23 | 241 | 12 | 241 | 12 | Public | 602 | |
| Ryan Pauley | 2023.08.23 | 241 | 13 | 242 | 11 | Highly Confidential | 802 (242:3-11) | |
| Ryan Pauley | 2023.08.23 | 242 | 14 | 242 | 23 | Highly Confidential | 802 (242:14); 602 (242:20-23) | |
| Ryan Pauley | 2023.08.23 | 242 | 24 | 243 | 9 | Public | | |
| Ryan Pauley | 2023.08.23 | 243 | 10 | 243 | 14 | Public | 611c | |
| Ryan Pauley | 2023.08.23 | 246 | 24 | 247 | 14 | Public | 602, 611c (247:11-14) | |
| Ryan Pauley | 2023.08.23 | 247 | 15 | 247 | 16 | Public | 602, 611c | |
| Ryan Pauley | 2023.08.23 | 247 | 19 | 248 | 5 | Public | 602 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Adam Soroca | 2023.08.31 | 61 | 9 | 61 | 10 | Public | 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 61 | 12 | 61 | 15 | Public | 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 61 | 16 | 61 | 16 | Public | 611b, 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 61 | 18 | 61 | 20 | Public | 611b, 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 61 | 21 | 62 | 1 | Public | 611b, 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 62 | 3 | 62 | 3 | Public | 611b, 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 102 | 13 | 102 | 15 | Public | 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 102 | 18 | 102 | 19 | Public | 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 102 | 20 | 103 | 3 | Public | 402, 602, 701 | |
| Adam Soroca | 2023.08.31 | 192 | 19 | 192 | 19 | Public | 611b | |
| Adam Soroca | 2023.08.31 | 192 | 21 | 192 | 22 | Public | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 1 | 193 | 2 | Public | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 4 | 193 | 5 | Public | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 6 | 193 | 8 | Highly Confidential | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 10 | 193 | 10 | Public | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 11 | 193 | 15 | Highly Confidential | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 16 | 193 | 18 | Highly Confidential | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 20 | 193 | 20 | Highly Confidential | 611b | |
| Adam Soroca | 2023.08.31 | 193 | 21 | 193 | 22 | Highly Confidential | 611b | |
| Adam Soroca | 2023.08.31 | 194 | 1 | 194 | 2 | Public | 611b, 106 | 194:4 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Witness | Date of Deposition | Page From | Line From | Page to | Line to | Party Confidentiality | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|---|---|---|
| Simon Whitcombe | 2023.09.28 | 9 | 6 | 9 | 9 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 11 | 18 | 11 | 25 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 12 | 10 | 12 | 16 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 16 | 14 | 16 | 21 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 29 | 25 | 30 | 11 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 31 | 17 | 31 | 25 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 32 | 2 | 32 | 8 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 33 | 25 | 34 | 19 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 37 | 10 | 37 | 16 | Confidential | | 37:17-37:19; 37:21 |
| Simon Whitcombe | 2023.09.28 | 52 | 4 | 52 | 13 | Confidential | 611b | |
| Simon Whitcombe | 2023.09.28 | 52 | 16 | 53 | 5 | Confidential | 611b | |
| Simon Whitcombe | 2023.09.28 | 74 | 16 | 74 | 17 | Highly Confidential | | |
| Simon Whitcombe | 2023.09.28 | 74 | 20 | 75 | 11 | Highly Confidential | | |
| Simon Whitcombe | 2023.09.28 | 77 | 9 | 77 | 16 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 102 | 12 | 102 | 15 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 102 | 17 | 103 | 4 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 122 | 16 | 122 | 23 | Confidential | 611b, 611c, 802 | |
| Simon Whitcombe | 2023.09.28 | 141 | 18 | 141 | 23 | Confidential | 611b, 611c, 402, 602, 701, 802 | |
| Simon Whitcombe | 2023.09.28 | 221 | 17 | 221 | 21 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 227 | 19 | 228 | 2 | Confidential | | |
| Simon Whitcombe | 2023.09.28 | 243 | 3 | 243 | 7 | Highly Confidential | | |
| Simon Whitcombe | 2023.09.28 | 243 | 10 | 243 | 10 | Highly Confidential | | |
| Simon Whitcombe | 2023.09.28 | 244 | 4 | 244 | 11 | Highly Confidential | | |