UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**UNITED STATES,** *et al.*,

    **Plaintiffs,**

v.                                                 Case No.: 1:23-cv-00108-LMB-JFA

**GOOGLE LLC,**

    **Defendant.**

## NON-PARTY STRATACOMM LLC'S MOTION TO SEAL

Pursuant to Local Civil Rules 5(C) and 5(H) and this Court's June 24, 2024 Order (Dkt. 871), non-party Stratacomm LLC ("Stratacomm"), through its undersigned counsel, respectfully moves this Court to seal portions of certain confidential documents included on Defendant Google LLC's Exhibit List for trial (Dkt. 894). Specifically, Stratacomm respectfully requests that the Court protect from public view Stratacomm's proprietary information contained in the documents identified as DTX 0752, DTX 0871, DTX 1320, DTX 1334, and DTX 1368 on Google's Exhibit List. Stratacomm's proposed redaction of these documents is reflected in blue highlighting in Exhibits 1-5 (filed under seal) to the accompanying memorandum of law. As explained in the memorandum, sealing a portion of these documents is necessary and tailored to protect Stratacomm's sensitive, confidential, business information.

Dated: July 26, 2024.

Respectfully Submitted,

NON-PARTY STRATACOMM LLC

By Counsel

/s/ Grayson B. Cassada
David B. Lacy (VSB No. 71177)
dlacy@cblaw.com
Grayson B. Cassada (VSB No. 98007)
gcassada@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:  (804) 697-4100
Fax:  (804) 697-6112

## CERTIFICATE OF SERVICE

I hereby certify that on the July 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Grayson B. Cassada
Grayson B. Cassada (VSB No. 98007)
gcassada@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:   (804) 697-4100
Fax:   (804) 697-4112