UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**UNITED STATES**, *et al.*,

    Plaintiffs,

v.                                                     Case No.: 1:23-cv-00108-LMB-JFA

**GOOGLE LLC**,

    Defendant.

### [PROPOSED] ORDER GRANTING NON-PARTY STRATACOMM LLC'S MOTION TO SEAL

Pursuant to Local Civil Rules 5(C) and 5(H), non-party Stratacomm LLC ("Stratacomm") filed a Motion to Seal ("Motion"), which seeks to redact portions of DTX 0752, DTX 0871, DTX 1320, DTX 1334, and DTX 1368 on Google's trial exhibit list. *See* ECF No. 894. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) Stratacomm's interest in protecting its sensitive, confidential, business information outweighs the public's right of access; (iii) a procedure other than redaction and sealing is insufficient to protect Stratacomm's interest; and (iv) Stratacomm seeks to redact and seal only as much as is necessary to protect its interest. Accordingly, it is hereby:

    **ORDERED** that the Motion is GRANTED.

    **SO ORDERED** on this __ day of _____, 2024.

                                                                _____
                                                                 United States District Judge