UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**UNITED STATES,** *et al.***,**

    **Plaintiffs,**

v.                                                                             Case No.: 1:23-cv-00108-LMB-JFA

**GOOGLE LLC,**

    **Defendant.**

## NON-PARTY STRATACOMM LLC'S NOTICE OF MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party Stratacomm LLC ("Stratacomm"), through its undersigned counsel, hereby notices the filing of Stratacomm's contemporaneously filed Motion to Seal ("Motion"). As required by Rule 5(C), Stratacomm further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to its Motion, this Court may treat its Motion as uncontested.

Dated: July 26, 2024.                                         Respectfully Submitted,

                                                                             NON-PARTY STRATACOMM LLC

                                                                             By Counsel

/s/ Grayson B. Cassada
David B. Lacy (VSB No. 71177)
dlacy@cblaw.com
Grayson B. Cassada (VSB No. 98007)
gcassada@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:  (804) 697-4100
Fax:   (804) 697-6112

**CERTIFICATE OF SERVICE**

      I hereby certify that on the July 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Grayson B. Cassada
Grayson B. Cassada (VSB No. 98007)
gcassada@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:   (804) 697-4100
Fax:   (804) 697-4112