AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TikTok, Inc.

Date: 07/26/2024

/s/ John (Jay) Jurata, Jr.
*Attorney's signature*

John (Jay) Jurata, Jr. (VA Bar No. 46314)
*Printed name and bar number*

Dechert LLP
1900 K Street NW
Washington, DC 20001
*Address*

jay.jurata@dechert.com
*E-mail address*

(202) 261-3440
*Telephone number*

(202) 261-3333
*FAX number*