# EXHIBIT A

**Pivot Summary**

| | Connected TV | | | Desktop - App | | | Desktop - Site | | | Mobile - App | | | Mobile - Site | | | Other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Impressions | Gross Revenue | Net Revenue | Impressions | Gross Revenue | Net Revenue | Impressions | Gross Revenue | Net Revenue | Impressions | Gross Revenue | Net Revenue | Impressions | Gross Revenue | Net Revenue | Impressions | Gross Revenue | Net Revenue | Total Impressions | Total Gross Revenue | Total Net Revenue |
| Display | [redacted] | | | | | | | | | | | | | | | | | | | | |
| Amobee | [redacted] | | | | | | | | | | | | | | | | | | | | |
| 2022 | [redacted] | | | | | | | | | | | | | | | | | | | | |
| 2023 | [redacted] | | | | | | | | | | | | | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | | | | | | | | | | | | | |
| 2021 | [redacted] | | | | | | | | | | | | | | | | | | | | |
| 2022 | [redacted] | | | | | | | | | | | | | | | | | | | | |
| 2023 | [redacted] | | | | | | | | | | | | | | | | | | | | |

**Combined Data**

| Platform | Event Mon | Device | Media Typ | Ad Type | Impressions | Gross Revenue | Cost | Net Revenue | Impression Type |
|---|---|---|---|---|---|---|---|---|---|
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |
| TVDSP | [redacted] | | | | | | | | |



**3P Exchange Data**



2

**TVSP Data**



**Amobee Data**



4