# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

United States of America, *et al.*,

           Plaintiff,

  v.

Google LLC

           Defendant.

Case No. 1:23-cv-00108-LMB-JFA

The Honorable Leonie M. Brinkema

## NON-PARTIES OMNICOM GROUP INC., DDB WORLDWIDE COMMUNICATIONS GROUP LLC, GSD&M LLC, PORTER NOVELLI INC., AND OMD USA LLC'S NOTICE OF MOTION TO SEAL CERTAIN TRIAL EXHIBITS

Pursuant to Local Civil Rule 5(C), non-party Non-Parties Omnicom Group Inc., DDB Worldwide Communications Group LLC, GSD&M LLC, Porter Novelli Inc., and OMD USA LLC (collectively the "Omnicom Entities"), hereby notices the filing of the Omnicom Entities' contemporaneously filed Motion to Seal ("Motion"). As required by Rule 5(C), the Omnicom Entities' further state that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to it Motion, this Court may treat its Motion as uncontested.

Dated: July 26, 2024                                       Respectfully submitted,

*/s/ David L. Johnson*
David L. Johson (VSB No. 89289)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Niall E. Lynch (*pro hac vice*)
niall.lynch@lw.com
Aaron T. Chiu (*pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

*Counsel for Non-Parties Omnicom Group Inc., DDB Worldwide Communications Group LLC, GSD&M LLC, Porter Novelli Public Services Inc., and OMD USA LLC*