AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States et al., | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Case No.  1:23-cv-0108-LMB-JFA |
| Google LLC. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pinterest, Inc.

Date:   07/26/2024

_____
*Attorney's signature*

Dorothea R. Allocca (VA Bar #96855)
*Printed name and bar number*

Clifford Chance LLP
2001 K Street NW
Washington, DC 20006

*Address*

dodi.allocca@cliffordchance.com
*E-mail address*

(202) 912-5180
*Telephone number*

(202) 912-6000
*FAX number*