# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY TIKTOK, INC.'S MOTION TO REDACT

Pursuant to Local Rule 5(C) and the Court's June 24, 2024 Order, ECF No. 871, non-party TikTok, Inc. ("TikTok") respectfully moves this Court to redact DTX 1974, DTX 1990, and DTX 1991, and fully redact or seal DTX 250, DTX 2520, DTX 2521, and DTX 2522, which are included on Google's exhibit list, and which contain highly confidential, competitively sensitive revenue data and information identifying customers. *See* ECF No. 894. TikTok further requests that the competitively sensitive data not be displayed on public screens within the courtroom and that any proceedings or testimony involving the underlying data not be conducted in open court.

Dated: July 26, 2024

Respectfully submitted,

*s/ John (Jay) Jurata, Jr.*

John (Jay) Jurata, Jr. (VA Bar No. 46314)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone: +1 (202) 261-3300
jay.jurata@dechert.com

*Attorney for Non-Party TikTok, Inc.*