# EXHIBIT A

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 5: Advertisers With At Least $1 Million in 2022 TikTok Advertising Spending Among the Top 50 2022 U.S. Google Ads Advertisers**



| Advertiser | TikTok Advertising Spending | | | % Change |
| | 2020 | 2021 | 2022 | 2021 to 2022 |
|---|---|---|---|---|

**Sources**: TikTok_GoogleAdTech_00000695 to -98 and ▮

**Notes**: The table lists the ▮ advertisers with at least $1 million in 2022 TikTok ad spending among the top 50 Google Ads advertisers (according to web, non-video display, non-O&O ad spending in 2022).