# EXHIBIT B

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 23: Publisher Ad Server Shares Including Selected In-House Ad Servers, by Approximate U.S. Ad Spending, 2019-2022**

[Table content redacted]

**Sources:** See Section X.A in the appendix