# EXHIBIT D

# Slip Sheet DTX 250

# [FILED UNDER SEAL]