# EXHIBIT E

Slip Sheet DTX 2520

[FILED UNDER SEAL]