# EXHIBIT F

Slip Sheet DTX 2521

[FILED UNDER SEAL]