# EXHIBIT G

Slip Sheet DTX 2522

[FILED UNDER SEAL]