UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING NON-PARTY TIKTOK, INC.'S
MOTION TO REDACT**

Pursuant to Local Civil Rule 5(C), non-party TikTok, Inc. ("TikTok") filed a Motion to Redact ("Motion"), which seeks to redact DTX 1974, DTX 1990, and DTX 1991, and fully redact or seal DTX 250, DTX 2520, DTX 2521, and DTX 2522 on Google's trial exhibit list. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) TikTok's interest in protecting its highly confidential, competitively sensitive information outweighs the public's right of access; (iii) a procedure other than redaction and sealing is insufficient to protect TikTok's interest; and (iv) TikTok seeks to redact and seal only as much as is necessary to protect its interest. Accordingly, it is hereby:

    **ORDERED** that the Motion is GRANTED.

    **SO ORDERED** on this __ day of _____, 2024.

                                                                                  United States District Judge