# Exhibit D



CRI-00000104

Warning



*The information transmitted in the present document is intended only for the persons to which it is addressed and contains confidential and/or privileged material.*

*Pursuant to article L.2325-5 of the French Labour Code, employees' representatives are not authorized to reveal any information which has expressly been provided to them in confidence.*

*This document cannot not be reproduced or transmitted by any means, electronic, mechanical, photocopying, or otherwise without the written consent of Criteo.*

2 | Copyright © 2016 Criteo     PROJECT – STRICTLY CONFIDENTIAL

criteo.

CONFIDENTIAL

CRI-00000105

Table of contents

- Market trends
- Situation of Criteo today
- Our vision and strategy
- Execution plan

3 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL                criteo.

CONFIDENTIAL                                                                    CRI-00000106



CONFIDENTIAL



Three big trends are driving the transition towards marketers' needs

**Programmatic & data-rich** buying with real-time metrics

**Multiple devices & environments** leading to fragmented experiences

**Mobile ubiquity** digitizing offline activities

More opportunities to drive performance-based personalized ads

Strong need for seamless consumer campaigns

More data and trackable performance across more media & sales channels

5 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo.

CONFIDENTIAL

CRI-00000108



CONFIDENTIAL

CRI-00000109



CONFIDENTIAL

CRI-00000110

## We have 5 main threats to address

**1** Facebook

Facebook's Dynamic Product Ads has become an emerging competitive threat. While Criteo can buy this new ad format, Facebook is also encouraging retailers to upload their data directly, replicating Criteo's business in many ways

**2** Amazon

Amazon is emerging as a threat while its market shares keep growing on the e-commerce market and it is selling its own Ad solutions

**3** Ad blocking

Use of Ad-blocking is growing because of intrusive ads used by some industry players. This threat is being addressed as our business model is to create engagement by showing relevant and non-intrusive ads

**4** In-house ad-stack

More and more players are developing in-house ad network technology, urging us to strengthen our customer relationships and offer a differentiated solution

**5** Client requests

Growing customers expectations for complete and integrated solutions. Necessity to cover the full funnel in order to keep our leadership

8 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL

criteo

CRI-00000111

France is our most mature market

- Core business growth is significantly decreasing on the French market



9 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL    criteo.

CONFIDENTIAL

CRI-00000112



2

Situation of Criteo today

CONFIDENTIAL

CRI-00000113







## Key past events

11 | Copyright © 2016 Criteo PROJECT – STRICTLY CONFIDENTIAL criteo.

## Recent events

- September 2013: the firm filed for an IPO with US regulators to raise up to $190 million

**2015**

- We added over 3,000 clients and crossed the 10,000-client mark
- We maintained client retention at over 90%, while growing clients 42%
- We deployed great new products, such as our enhanced creative platform, our "Universal-Match" cross-device solution and dynamic product ads on Facebook

**2016**

- We added 1 000 net clients in Q3 2016, a new record in Criteo's history, approaching 13 000 clients
- Close to 7,000 advertisers are now live on dynamic ads on Facebook and Instagram.
- On October 25, 2016, we launched Criteo Predictive Search, a groundbreaking product that brings our proven performance-based approach to the large and fast-growing Google Shopping market.

PROJECT – STRICTLY CONFIDENTIAL

Focus on Hooklogic acquisition

Criteo has completed the acquisition of Hooklogic on the 9th of
November 2016 through a $250M transaction

### Benefits

✓ New demand: Extend Criteo's performance marketing business to
brand manufacturers
  > Hooklogic works with over 1,000 consumer brands
✓ Broader base of retailers partners: Expand the Hooklogic business
through Criteo's broad base of retail customers
✓ Future innovation: Provide additional expertise for enhancing existing
products and building future performance marketing products



14 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL

criteo.



Criteo in the Adtech / Martech landscape
Adtech: Paid Media
DSP
TURN
Retargeting
Mobile advertising
APPLOVIN
SEM platforms
Social advertising
Ad servers
Sizmek
Google
criteo.
wins [redacted] of head-to-head tests.
Martech: Owned and Earned Media
Email marketing
Constant Contact
Marketo
Marketing automation
Adobe
ORACLE
IBM
Social media marketing
Web content management
Adobe
ORACLE
criteo.
complements these vendors.
Data and Operations Infrastructure
Data management platform
Analytics
App measurement
Data providers
Tag management
Feed management
Digital commerce platform
MediaMath
ORACLE | bluekai
Adobe
Google
Adobe
TUNE
adjust
AppsFlyer
KOCHAVA
LiveRamp
Experian
neustar
TEALIUM
ensighten
UberTags
SIGNAL
channel intelligence
MERCENT
Lengow
shopify
Magento
criteo.
integrates with these technologies.
15 | Copyright © 2016 Criteo
PROJECT – STRICTLY CONFIDENTIAL
criteo.





## Competitor employee growth rate: past 6 months trend

 | Copyright © 2016 Criteo PROJECT – STRICTLY CONFIDENTIAL

criteo

CONFIDENTIAL

CRI-00000120



CONFIDENTIAL

CRI-00000121



CONFIDENTIAL

CRI-00000122

## Focus on 2016 financial forecasts

| | |
|---|---|
| Revenue ex-TAC | $177 million, up 32% |
| Net income | $14,7 million, up 154% |
| Adjusted EBITDA | $54 million, up 55% |
| Free cash flow | $24 million, up $30 million year-on-year |
| Net new clients in the quarter | 1,000 |
| Total clients | Approaching 13,000 |

**Criteo surpassed analysts' estimates in the third quarter**

### Fourth Quarter 2016 Guidance
- We expect Revenue ex-TAC to be between $207 million and $210 million excluding HookLogic.
- We expect Adjusted EBITDA to be between $72 million and $75 million excluding HookLogic.

### Fiscal Year 2016 Guidance
- We expect Revenue ex-TAC growth to be between 33% and 34% at constant currency excluding HookLogic.
- We expect our Adjusted EBITDA margin as a percentage of revenue to increase between 120 basis points and 140 basis points excluding HookLogic.

criteo.

CONFIDENTIAL

CRI-00000123



## We have a truly global footprint with more than 2 300 employees worldwide

**90** countries covered | **31** offices in **19** countries | **77** nationalities*

Offices with more than 50 employees (October 2016)

| Offices | Total employees |
|---|---|
| Paris | 821 |
| Barcelona | 220 |
| Boston | 215 |
| New York | 136 |
| London | 128 |
| Tokyo | 110 |
| Munich | 84 |
| Singapore | 77 |
| Sao Paulo | 74 |
| Palo Alto | 54 |

**including: permanent, fixed term contract, professional contract & trainee*

Copyright © 2016 Criteo PROJECT – STRICTLY CONFIDENTIAL

criteo.

CONFIDENTIAL

## Focus on France: Financial results and forecasts

| K€ | 2016 Forecast | 2015 Actuals | 2014 Actuals |
|---|---|---|---|
| **CRITEO FRANCE SAS** | | | |
| Revenues | 142 328 | 154 258 | 129 338 |
| Other operating revenues* | 58 445 | 58 093 | 40 250 |
| Total operating revenues | 200 773 | 212 351 | 169 588 |
| Payroll** | 8 231 | 7 406 | 6 797 |
| % on operating revenues | 4% | 3% | 4% |
| Net income | 23 695 | 8 015 | 6 246 |
| % on operating revenues | 12% | 4% | 4% |
| **CRITEO SA** | | | |
| Revenues | 64 940 | 53 802 | 37 885 |
| Other operating revenues* | 355 611 | 257 841 | 150 354 |
| Total operating revenues | 420 551 | 311 643 | 188 239 |
| Payroll** | 119 671 | 72 382 | 53 001 |
| % on operating revenues | 28% | 23% | 28% |
| Net income | 68 861 | 60 721 | 23 021 |
| % on operating revenues | 16% | 19% | 12% |

**Criteo Fr. SAS is focusing on selling services to Tier 1 accounts, gathering mainly commercial teams**

**Criteo SA is the mother entity for the group, gathering the French R&D teams and group functions**

- 2015 R&D expenses: 61 464 K€
- 2015 Research tax credit: 3 054 K€

*incl. intercompany **incl. social charges

**Criteo France:**
- 2016 revenues decrease by €12m vs. 2015 due to transfer of Italian business from Criteo France to Criteo Italy on May 1st, 2016 (-€24m Italian revenues in 2016 vs. 2015), not fully offset French business growth (+8.5M€ versus 2015)
- 2016 net income increase by 16M€ vs. 2015 primarily explained by €12m extraordinary income from the sale of the Italian business to Criteo Italy

**Criteo SA:**
- 2016 revenues increase by €11m vs. 2015 mostly explained by the growth of Korean and Nordics' businesses (+20% YoY) that are included as branches of Criteo SA.
- 2016 other operating revenues increase by €98m vs. 2015 mostly due to increase in Technology Royalties and Management Fees billed to subsidiaries

22 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo

CRI-00000125

## Focus on France: Evolution of workforce, 2012-2015

| Legal entities / Types of contracts | Year end | Permanent (CDI) | Fixed term (CDD) | Apprentice | Professional contract | Trainee | Total |
|---|---|---|---|---|---|---|---|
| CRITEO SA | 2012 | 259 | 3 | 1 | 3 | 3 | 269 |
| | 2013 | 311 | 4 | 4 | 4 | 4 | 323 |
| | 2014 | 436 | 10 | 1 | 1 | 8 | 456 |
| | 2015 | 603 | 11 | 1 | 2 | 10 | 627 |
| CRITEO SAS | 2012 | 52 | 0 | 0 | 0 | 0 | 52 |
| | 2013 | 52 | 1 | 0 | 0 | 0 | 53 |
| | 2014 | 71 | 1 | 0 | 4 | 1 | 77 |
| | 2015 | 66 | 1 | 0 | 0 | 2 | 69 |
| TOTAL FRANCE | 2012 | 311 | 3 | 1 | 3 | 3 | 321 |
| | 2013 | 363 | 5 | 4 | 4 | 4 | 373 |
| | 2014 | 507 | 11 | 1 | 5 | 9 | 533 |
| | 2015 | 669 | 12 | 1 | 2 | 12 | 696 |

CONFIDENTIAL

CRI-00000126

Focus on France: Situation of workforce on the 31st October 2016

| | CRITEO SA | | | CRITEO France SAS | | | TOTAL FRANCE | | |
|---|---|---|---|---|---|---|---|---|---|
| | F | M | Total | F | M | Total | F | M | Total |
| Permanent (CDI) | 180 | 540 | 720 | 29 | 45 | 74 | 209 | 585 | 794 |
| Fixed-term (CDD) | 6 | 2 | 8 | 1 | 0 | 1 | 7 | 2 | 9 |
| Apprentice | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Professional contract | 1 | 3 | 4 | 0 | 0 | 0 | 1 | 3 | 4 |
| Trainee | 8 | 8 | 16 | 2 | 4 | 6 | 10 | 12 | 22 |
| Total | 195 | 554 | 749 | 32 | 49 | 81 | 227 | 603 | 830 |

24 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo

CONFIDENTIAL

CRI-00000127



CRI-00000128



CONFIDENTIAL

CRI-00000129



CONFIDENTIAL

CRI-00000130

We have powerful drivers of future growth for our core business

**1** Expand our **client base**

**2** Increase our **value to clients**

- Expand **global presence**
  in particular in APAC, LatAm and MEA

- Grow **midmarket** global penetration

- Enhance **core technology**
  (customer targets, universal catalog, kinetic design, smart header bidding…)

- Leverage our **cross-device graph**
  (offer user graph as-a-service to advertisers)

- Broaden **inventory supply**
  (mobile, social and native)

28 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo.

CONFIDENTIAL

CRI-00000131



## We continue to invest into new growth areas focused on performance

**The foundation of all our new product investments is the use of rich data sets on a real-time basis to drive performance**

**Scale allows pooled assets to drive performance in ways that were not possible before**

| | | |
|---|---|---|
| **Marketing Channels** | New channels | Search, Video, Offline |
| **Customer Lifecycle** | Acquisition marketing | Prospecting, App Install |
| **Verticals** | New verticals looking for performance for products sold online and offline | Manufacturers |

 | Copyright © 2016 Criteo PROJECT – STRICTLY CONFIDENTIAL

criteo.



CONFIDENTIAL

CRI-00000133

A tiered sales approach to increase market share



### Tier 1
Top-tier comScore sites
(typically top-100)



### Midmarket
Min. ~40k UV/month

- Field Sales
- High value, low volume
- Longer sales cycles
- White glove service
- Local in-market sales teams

- Inside Sales
- High volume, lower value
- Shorter sales cycles
- High degree of automation
- Regional hubs with satellite offices

31 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo

CONFIDENTIAL

CRI-00000134

## Focus on Email product



We are facing privacy regulation issues in several countries such as Canada, Netherlands & Australia, preventing the email product from running in significant markets.

**Product performance in the US is much lower than in Europe, limiting the overall market potential.**

We are receiving many complaints from end users in the US, affecting our deliverability: our complaint rate across the US (both T1 and MMS) is 5X higher than France.

Consumer complaints could create negative public relations for our advertisers and their overall brand reputation, affecting Criteo's image at the same time.

Overall, the email product presents too much risk and is not presenting the level of opportunity we originally thought.

As a consequence, we are planning to discontinue the product in the Americas and phase it out in Europe.

Further impacts per country should be addressed in 2017.

32 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL

criteo

CRI-00000135



CONFIDENTIAL

CRI-00000136



CONFIDENTIAL

CRI-00000137



Develop new offers & services: Focus on Predictive Search tool _____

**On October 25:** Criteo announced the launch of its Predictive Search tool, which helps retailers manage and refine their Google Shopping ads.

Our value proposition in Search: Better performance from Search with sophisticated, end-to-end, automated technology

Search:
- Addresses advertiser needs for relevant, accountable, seamless marketing
- Is a natural extension for Criteo's machine learning technology
- Offers a massive opportunity

The Predictive Search product is already available in the US and will begin rolling out globally in 2017: France in Q1 / UK & Germany in Q2

About 30 brands, including floral delivery service Teleflora and LA ecommerce brand Revolve Clothing, have been testing our Predictive Search tool.

35 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo.

CONFIDENTIAL



## Develop new offers & services: Focus on Cross-Device Graph

We are engaged in several opportunities to expand our cross-device graph:

- Adding **3rd-party data** to our clients' CRM data
- Enhancing our user graph with **probabilistic linkages**
- **Expanding our co-op** based on the exchange of IDs with clients

Our cross-device graph is already a strategic asset for Criteo: we leverage this key asset across our technology platform and advertiser ecosystem

In early 2017, we plan to offer "User graph as-a-service": provide granular cross-device linkages as a free service to our advertisers

criteo.



Develop new offers & services: Focus on Criteo Brand Solutions

| Enhanced Criteo solution | Hooklogic acquisition extends Criteo's performance marketing business to brand manufacturers |

New Criteo Brand Solutions will operate the Hooklogic Exchange, a performance marketing exchange that enables consumer brand manufacturers to:

- Bid on sponsored product ads embedded in ecommerce properties and high-traffic publisher sites

- Pay for clicks

- Measure ROI through Hooklogic's post-click attribution technology

Perspectives: Brand solutions should stand for 10% of the turnover by 2019

37 | Copyright © 2016 Criteo    PROJECT – STRICTLY CONFIDENTIAL

criteo.





## Improve core business technology: We are obsessed with technology leadership

**Always A/B testing new ideas**
25,000 offline tests in 2014
150,000+ in 2015
190,000 in H1 2016

**Innovating on core algorithms**
Click-through
Conversion
Basket size
Cost of sales

**Adding variables to engine**
120+ variables

**Customized integration to publishers**
Facebook
DoubleClick Ad Exchange
YAHOO! JAPAN
Taboola
kakao

**Enhancing Dynamic Creative**
Scalable across all devices and inventory, in particular in Native

**Embedding Cross-device Graph**
- Higher Engine performance
- Attribution for cross-device sales
- Additional user reach

**We have by far the largest independent R&D team in the industry**

470-strong R&D & product team

11-year focus on machine learning that generates sales

Paris- and California-based with global sourcing of talent

# Invest in new growth areas: We have a strong position in Asia-Pacific

**Mobile First Markets**

## Southeast Asia

- Continue to launch more app advertising campaigns for existing and new clients
- Continue to grow our key markets(Indonesia, Taiwan, Vietnam)
- Build in-app inventory and expand relationships with local publishers and platforms

## India

- Accelerate signing of local clients
- Aggressively launch app campaigns
- Sign local premium publishers incl. in-app

## China

- Export Business
- Apps
- Local Tier-1 business
- Midmarket

Copyright © 2016 Criteo PROJECT – STRICTLY CONFIDENTIAL

criteo.







## Empower internal resources: Focus on Workforce development

STRICTLY CONFIDENTIAL

**Workforce development plan in 2017 will focus on 4 key initiatives**

- Providing stronger and more strategic HR support to our business leaders
- Increasing automation and efficiency to operate as a best-in-class HR organization
- Creating/Strengthening the role the centers of excellence play in HR to better maximize both consistency and the depth of knowledge of our team
- Focusing on employee engagement and implementing processes and programs that make us an employer of choice

Empower internal resources: Focus on Workforce development

Focus on France: Foreseen workforce evolution for 2017

| Headcount by function (Criteo SA + Criteo France SAS) | 2016 | 2017 | change |
|---|---|---|---|
| Executive team | 5 | 5 | - |
| Global Services | 181 | 219 | +38 |
| HR | 52 | 52 | - |
| Marketing & Communication | 11 | 20 | +9 |
| Product & Corporate Technology | 83 | 99 | +16 |
| R&D | 342 | 412 | +70 |
| S&O | 172 | 179 | +7 |
| **Total** | **846** | **986** | **+140** |

43 | Copyright © 2016 Criteo   PROJECT – STRICTLY CONFIDENTIAL

criteo

CRI-00000146



CONFIDENTIAL

CRI-00000147