# Exhibit E



**Guillaume Bodereau**

Head of RTB Strategy

**Matteo Bordin**

Product Manager

January 2017

# Criteo Direct Bidder

BD Training v1

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015400



## Agenda

1. **What is Header Bidding?**

2. **How does it affect Criteo?**

3. **Criteo Direct Bidder**

   a. Our 3 solutions

   b. The value proposition

   c. Technical details



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015401

DTX-374 Page 2 of 34

## 1. What is Header Bidding?

3 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015402



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015403



# Header Bidding is…. dangerous

### Tech Trader Daily
News, analysis, and actionable investing ideas.

August 3, 2016, 3:03 P.M. ET

## Rubicon Plunges 33%, Criteo Drops 6% as 'Header Bidding' Dogs Online Ad Market

5 | Copyright © 2016 Criteo

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015404



## First lets look at - Ad servers 101

Advertiser 1 | Advertiser 2 | Advertiser 3 | Advertiser 4 | Advertiser X

Ad Server

**Publisher**

ads

**Users**

6 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015405



## The Ad Serving Waterfall

HIGHLY CONFIDENTIAL

7 | Copyright © 2016 Criteo

CRITEO_GOOGLELIT_0000015406

## Problems with the waterfall

- The waterfall is **extremely inefficient**, making it **difficult to optimise** inventory between different levels

- Sometimes it could make more sense to deliver programmatic ahead of guaranteed if another display opportunity will come

- The waterfall **gives a lot of control to the AdServer** (usually doubleclick)

- Historically, overall yields (average CPMs and fill rates) have dropped, putting **pressure on Publishers**

- **Latency** can end up being significant affecting page load times

8  |  Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015407

## Header Bidding – Today's status



- Currently Criteo ends up **bidding multiple times for an impression that we can only win once**

- We also end up **second pricing ourselves**

9 | Copyright © 2016 Criteo

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015408



2. How does Header-Bidding affect Criteo?

10 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015409



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015410

DTX-374 Page 11 of 34



CRITEO_GOOGLELIT_0000015411

# … It kills our Direct Relationships with our top publishers…

**Introduction of Header Bidding on Weather.com effectively decreased the importance of RTA and killed our leverage in direct negociations with them**



13 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015412



# …And is harmful to the performance we deliver to our Advertisers!

Value Capture Rate RTB (Jan 16 to May 16)

Cost per Unit of Value RTB (Jul 15 to May 16)

**Our competitiveness remained stable since mid-Jan.**

**Publishers get more of the value we bid for**

14 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015413

# How do we end-up paying more for the same thing?

1) **Header Bidders use First Price auctions**, wich are typically more expensive than 2nd Price auction when we bid the same thing

2) For a same display opportunity, all the bids we send through the different channels (RTA, RTBs, HBs) are transformed and mixed together ▮▮▮▮▮▮▮▮▮



Bid x Price structure on Google – one channel

15 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015414

# How do we end-up paying more for the same thing?

1) **Header Bidders use First Price auctions**, wich are typically more expensive than 2nd Price auction when we bid the same thing

2) For a same display opportunity, all the bids we send through the different channels (RTA, RTBs, HBs) are transformed and mixed together ████████████
████████████████
████████████████



Bid x Price structure on Google – one channel

Bid x Price structure on Google – several channels

16 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015415



Criteo Direct Bidder

17 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015416

# 3 solutions (for now…)

## PreBid adapter

- Prebid.Js was the 1st header-bidding solution launched on the market by appnexus and is still the most popular

- We tested our adapter on 7 publishers so far

## Index adapter

- Index (casale) jumped into HB with quite some success, especially in north america

- Tests still pending as adapter is still being developped (ETA eraly february.

## CDB Onpage

- No intermediary, no wrapper needed. It's RTA on steroid, able to bid and be as efficient as RTB, but directly on the page.

18 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015417

# ClearBid - Value proposition

- Eliminate third-party fees, hidden costs, and opaque bidding mechanisms for all impressions that Criteo buys direct.

- Efficiently monetize standard display inventory, ad-blocked impressions, and native ad units

- Directly plug the demand of 12,000 advertisers and enjoy an always-on auction liquidity

- Avoid latency with a direct connection into our proven programmatic platform, delivering responses in under 50ms per bid to over 120B requests per day.



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015418

DTX-374 Page 19 of 34



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015419



# Header Bidding
Working around the waterfall

**1** A tag on page in the "header" calls several SSPs which will provide Bids to be inserted in the Ad-Server

**2** Tens of "Price Priority" lines are created in the ad-server which allows networks to compete with direct lines.

21 | Copyright © 2016 Criteo

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015420

# Header Bidding
The line item setup

- **Line items setup is key** for a performing Header-bidding setup

- **You will always pay your bid (1st price auction)** but this bid will be assigned to the next lower price line to compete with the direct campaigns and EDA

- **The more granular** the line item setup is, **the more chance you have to win the auction** in the adserver



criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015421

DTX-374 Page 22 of 34



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015422

DTX-374 Page 23 of 34

# Intermarkets – Incrementality over RTB

| Affiliates | Difference (%) | % of CDB value captured | % of CDB's displays realized through another channel |
|---|---|---|---|
| **INTERMARKETS - US - CDB** | ■ | ■ | ■ |
| **BIDSWITCH - US - RTB - SONOBI** | ■ | ■ | ■ |
| **BIDSWITCH - US - RTB - SONOBI - INTERMARKETS** | ■ | ■ | ■ |
| **CASALEMEDIA - US - RTB - INTERMARKETS** | ■ | ■ | ■ |
| **CASALEMEDIA - US - RTB - RON** | ■ | ■ | ■ |
| **GOOGLE - US - RTB - INTERMARKETS** | ■ | ■ | ■ |
| **INTERMARKETS - US - ADBLOCKING** | ■ | ■ | ■ |
| **RUBICON - US - RTB - INTERMARKETS** | ■ | ■ | ■ |
| **TRIPLELIFT - US - RTB - RON** | ■ | ■ | ■ |
| **Total** | ■ | ■ | ■ |

- On Intermarkets, only half of the value is captured through another channel when shutting down CDB, mostly on Casale

- Only ■ ■ ■ of the displays are realized through another channel when shutting down CDB, mostly on Casale (AB

- Line items set up in Prebid are ok and reflected well our bids

24 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015423

# Intermarkets – Incrementality over RTA



criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015424

# WebAds – Linkiesta.it



CDB: Winning rate evolution per price band



- Criteo bids more frequently in RTB, but wins better in HB
- Possible way to boost participation rate in CDB: turn off our buying on Rubicon and Appnexus

26 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015425

# WebAds – Linkiesta.it

 

The first data prove that with CDB, Criteo pays what it bids: avg Bid display = avg CPM

27 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015426



28 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015427

# Criteo Direct Bidder Roadmap

| First publishers plugged | Index Adapter | Support for Native | Replace Cookie Targeting & RTA |
|---|---|---|---|
| **Q4 2016** | **Q1 2017** | **Q2 2017** | **Q3 2017** |
| General availability (prebid & standalone replacing RTA) | Arbitrage optimizations (multi placement) | Support for Video | Support for In App |

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015428

# The publisher graph



We are building a graph based on users coevents and computed offline, that enables to identify requests leading to the same display

The goal is to be able to select the best channel to buy our displays in real time

30 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015429

## Publisher Bidding

Real time purchasing decision & bidding strategy based on placement x channel set-up



**Real time decision on which channel to bid & what bid to place based on placement performance ; channel's incrementality & channel's auction set-up**

>Constant monitoring of channels incrementality one vs the other

>Adapted bidding to each publisher setting (dynamic floors) x RTB platform auction dynamics

>Ad placement viewability included as a performance driver

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015430

## Non 2nd price auctions
Predicting the winrate:

- What's the minimum price we need to bid to win this opportunity?

- Since we're paying 1st price on Header-bidding, bidding just enough to win the auction would significantly our Yield.

- AX teams are currently working on this project in parallel of the Publisher graph



32 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015431



33 | Copyright © 2016 Criteo

criteo.

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015432

# Publisher questionnaire

1. Which wrapper are you using

2. Which other bidders are participating?

3. Which currency do you request bidders to bid in? Which currency do you require for billing? (NOTE: today we need to bid and pay in the same currency)

4. Which ad server are you using?

5. Are Enhanced Dynamic Allocation or First Look enabled?

6. Which is the granularity of the line items?

7. Which is the minimum floor for the bidder?

8. Which priority those line items have in the ad server?

9. Which formats do you need?

10. How do you create line items?

11. Would it be possible to have write access to a DFP order, via a gmail account?

34 | Copyright © 2016 Criteo



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000015433