# Exhibit H



IPONWEB

PRODUCT UPDATE 2

# 2022 Win - '22 Incremental GDS



Full results available here

Internal use only, company confidential

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000006968

IPONWEB

# Q4'22 Critical 3s

**SCALE. THINK BIG - BECOME ESSENTIAL:**  **INTEGRATE, COLLABORATE, ALIGN:**  **DIFFERENTIATE. UNIQUE SOLUTIONS:**

*Internal use only, company confidential*

HIGHLY CONFIDENTIAL    CRITEO_GOOGLELIT_0000006969

IPONWEB // CRITEO

# What we sell and who pays us

| ACTIVATION | MONETIZATION |
|---|---|
| **CRITEO** COMMERCE-MAX<br>Commerce Media Demand Side Platform for enterprise brands, retailers and agencies<br>IPONWEB BidCore | **CRITEO** COMMERCE-YIELD<br>Commerce Media Monetization Platform for enterprise retailers and marketplaces<br>MABAYA |
| **CRITEO** COMMERCE-GROWTH<br>Acquisition & retention outcomes for performance marketers and agencies | IPONWEB the mediagrid<br>**CRITEO** COMMERCE-GRID<br>Commerce Supply Side Platform for media owners |

IPONWEB

# Terminology Refresher



**Products**
- Market segment & promise
- GTM, sales processes
- Client-facing UI (or API)

*Examples:*
- CMax
- BidSwitch
- CMax-A
- CGrowth



**Assets**
- Under-the-hood tech capabilities & processes to satisfy various promises
- Many-to-many relationship with products

*Examples:*
- RMP, CMS
- Product catalog support
- Billing process

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000006971

IPONWEB

# Products / Assets Overview

### TMG - Commerce SSP for Media Owners
- Grab market share with a unified SSP offering
- Enable differentiation with scaled Curation & Commerce capabilities
- Protect against future cookie changes with 1st party data

*Criteo integration status:*
- *Combined TMG & CDB assets to launch CGrid in 2023*

### BidCore - Flexible Buying Capabilities
- Support CMax and CGrowth agenda
- Further develop customization capabilities

*Criteo integration status:*
- *Integration ongoing through many channels*

### BidSwitch - Industry Solution for Trading Enablement
- Retain existing business
- Grab share in underserved areas (PMP / deals & direct connections)
- Support open trading ecosystem in a post-cookie world

*Criteo integration status:*
- *Maintain independent neutral industry position*

### Performance - Managed Service for Affiliate Buying
- Key revenue growth in a recession market
- Post-cookie performance

*Criteo integration status:*
- *Mostly independent through 2023, point integration opportunities TBD*

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000006972



IPONWEB

# Q1'23 Critical 3s

**HITTING OUR NUMBERS (SCALE):**

**ACCELERATE IOW INTEGRATION (INTEGRATE):**

**SUPPORT CRITEO CMP (DIFFERENTIATE):**

Internal use only, company confidential

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000006974

