# Exhibit J

| | |
|---|---|
| Control Number : | CRITEO_GOOGLELIT_0000000729 |
| All Custodians : | Criteo SA |
| Custodian : | Criteo SA |
| Date/Time Created : | 5/17/2023 4:56 AM |
| Date/Time Saved : | |
| Date/Time Last Modified : | 5/17/2023 12:00 AM |
| File Name : | BI4BD-22Q4 - Margin Targets Discussions-170523-085639.pdf |

✅ 22Q4 - Margin Targets Discussions

### 📄 Margin Monitoring 🔗

A change of +/- 2pp of margin (e.g. 40% to 42%) usually results in a variation of -1.5% to +1.5% in CexT.

Here is the link to the Margin monitoring report. The margin scorecard shows the difference between actual and targeted margin YTD/QTD/Last30days:

- **Green**: Actual margin is within 75% of the margin corridor. ( +/- 1.5pp for Retention and +/-3.75pp for Acquisition)
- **Orange**: actual margin between 75% and 100% of the margin corridor (+/- 1.5pp to 2pp for Retention and +/-3.75 to +/-5pp for Acquisition)
- **Red**: actual margin out of the margin corridor (+/- 2pp for Retention and +- 5pp for Acquisition)

- Project RACI & Key Stakeholders
- Margin Calendar
- Acquisition & Retention Margin Targets
- Other products (for information)

## Project RACI & Key Stakeholders 🔗

### Owners (Responsible): 🔗

The owners are responsible for the final numbers, completing the task (setting the targets), and creating the deliverable (loading the margin targets in Anaplan)

- **Finance DFH**: @Vincent Personnic , @Florence Tarrius , @Ophélie BERRIAT - BUISSON , @Michael Yervantian

### Reviewers (Consulted): 🔗

The reviewers are consulted and provide feedback on the proposed margin targets. They share their understanding of the current challenges faced in our markets and clients feedback, providing insights on the sustainability of the proposed levels of margin.

- **EMDs** @Rory Mitchell   @Kenneth Pao (Deactivated)   @Laure Sauteraud
- **SSEO** @Gregory Engel   @Szi-Wei Lo   @Gaizka Thomas
- **Strategic & Commercial Finance** @Denis Lledo   @Don Ford (Deactivated)   @Grace Wanru Zheng   @Paul-Marie Chassaing

### Final Approvers (Accountable): 🔗

The Final Approvers will confirm the final level of margin to be loaded into our systems, and the financial assumptions used in our forecast.

- **LT**: Company CFO and COO

### Other (Informed): 🔗

Informed folks need to be looped into the progress of the project. Here, the PAX team will monitor the actual levels of margin.

**PAX**: @Jérôme Caubert   @Jean-Baptiste Débordès   @Myriam Klikel

## Margin Calendar 🔗

- 16 sept. 2022 : feedback collection and PAX sanity check 2023 margins – **PAX & Reviewers**
- Beginning of October (before 5 oct. 2022 ): review and approve 2023 margins – **Final Approvers: CFO + CRO**
- Before 17 oct. 2022 : load 2023 margins in Anaplan ITF and adjust them per client segment - **Owners: Finance DFH**





**Proposed margin targets - How-to** 🔗

ℹ️ **How to use the table below ?**

Should you have a request for change gor a given scope, e.g. **BRAZIL - Retention**, please mention your name and comment to explain the rational for this change. For instance, see the example below.

| Region and Reviewers | Country | Retention | Acquisition | Request for change | Comment |
|---|---|---|---|---|---|
| AMERICAS | BRAZIL | ■ | ■ | YES (Retention)<br>YES (Acquisition) | • ■■■■<br>■■■■<br>■■<br>• ■■■■<br>■■■■ |

Note: the table above is for *illustrative* purposes only.

## Acquisition & Retention Margin Targets 🔗

| Region and Reviewers | Country | Retention | Acquisition | Request for change | Comment |
|---|---|---|---|---|---|
| AMERICAS | BRAZIL | | | | |
| ☐ @Rory Mitchell | CANADA | | | | |
| ☐ @Gregory Engel | SOUTH AMERICA | | | | |
| ☐ @Don Ford (Deactivated) | US | | | | |
| APAC | INDIA | | | | |
| ☐ @Kenneth Pao (Deactivated) | JAPAN | | | | |
| | KOREA | | | YES (Retention) | ■■■■ |
| ☐ @Sei-Wei Lo | | | | | |
| ☐ @Grace Wanru Zheng | | | | | |
| | PACIFIC | | | | |
| | SOUTH EAST ASIA | | | | |
| EMEA | BENELUX | | | | |
| ☐ @Laure Sauteraud | DACH | | | | |
| ☐ @Gaizka Thomas | EASTERN EUROPE | | | | |
| ☐ @Paul-Marie Chassaing | FRANCE | | | | |
| | IBERIA | | | | |
| | ITALY | | | | |
| | MEA | | | | |
| | NORDICS | | | | |
| | RUSSIA | | | | |
| | TURKEY | | | | |
| | UK | | | | |

⚠️ **Margin Boost in the US and APAC (excl. KOREA)** 🔗

The +2pp boost live since Q2 will be continued in Q4, until further notice.

HIGHLY CONFIDENTIAL                                         CRITEO_GOOGLELIT_0000000730

⚠️ **Margin boosts for Acquisition** 🔗

In September:

- we launched Margin ABTest for Acquisition in AMERICAS and EMEA
- we will increase margin on Similar Audiences ( ▬▬▬▬▬▬▬ ) as part of the *App Contextual* roll out

Therefore, the Acquisition margin is expected to increase to similar levels as the Retention/Retargeting margin.

## Other products (for information) 🔗

| Region and Reviewers | Country | App Install | Video |
|---|---|---|---|
| AMERICAS | BRAZIL | ■ | |
| | CANADA | ■ | |
| | SOUTH AMERICA | ■ | |
| | US | ■ | |
| APAC | INDIA | ■ | |
| | JAPAN | ■ | |
| | KOREA | ■ | |
| | PACIFIC | ■ | |
| | SOUTH EAST ASIA | ■ | |
| EMEA | BENELUX | ■ | |
| | DACH | ■ | |
| | EASTERN EUROPE | ■ | |
| | FRANCE | ■ | |
| | IBERIA | ■ | |
| | ITALY | ■ | |
| | MEA | ■ | |
| | NORDICS | ■ | |
| | RUSSIA | ■ | |
| | TURKEY | ■ | |
| | UK | ■ | |

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000731