# Exhibit K

| | |
|---|---|
| Control Number : | CRITEO_GOOGLELIT_0000000754 |
| All Custodians : | Criteo SA |
| Custodian : | Criteo SA |
| Date/Time Created : | 5/17/2023 5:00 AM |
| Date/Time Saved : | |
| Date/Time Last Modified : | 5/17/2023 12:00 AM |
| File Name : | ProductAnalytics-Understanding our Non-Second-Price-Bidder (NSPB)-170523-085934.pdf |

# Understanding our Non-Second-Price-Bidder (NSPB)

- Historical 2nd-Price auctions are over
- What should we bid?
    - 1st Price and 2nd Price auctions
    - General case
- How does the Non-Second-Price-Bidder work?
- Final Optimal Bid Formula:
    - 1st Step: Estimate pWin
        - Logistic regression Model
        - Example of learning
        - Asymptote
        - Negative Shapes issue
    - 2nd Step: Estimate degree of FirstPriceNess
        - Computing C2(b) using estimated pWin
- Range of computation of the optimal bid
    - Upper bound UB: The bid can not be higher than the value provided in the entry, otherwise, the yield can be negative
    - Lower bound LB : the lower bound of the searching range is defined by many parameters
- Final Optimal Bid Formula:
- Variables used in NSPB
- Monitoring NSPB
- Improving NSPB:

## Historical 2nd-Price auctions are over

Classic Second-price auctions, which were the standard 3 years ago, are becoming more and more rare.

In order to increase their short-term profit and with the apparition of Header Bidding, publishers and platforms RTB have moved to different and more complicated auction mechanisms:

- First price auctions (whose share of voice have constantly increased for 3 years and which currently represent ▮ of our Spend)
- Usage of Clearing Prices (or Floors) to guarantee a minimal spend
- Priority Rules (Sponsorship, Google First Look, PMPs)



Evolution of 1st Price

## What should we bid?

For a given estimation of the value of a display opportunity, the optimal bidding strategy depends on the auction type.

In an environment switching from 2nd price to 1st price, Criteo had to adapt its bidding strategy.

Let's consider a display opportunity, for which the estimated value is equal to:

$$V = eCPM \times bidRando_{user} \times (1 - MinMargin)$$

We want to bid in order to maximize our expected profit, or expected Yield.

$$Profit(b) = pWin(b) \times (V - cost(b))$$

### 1st Price and 2nd Price auctions



Bid effect     X     Competition effect     =     Expected yield

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000754



### How does the Non-Second-Price-Bidder work?

At TLAs Level, the computation of the optimal bid is done in arbitrage, in a speciffic library called External Bidder.

SSP → RTB → Arbitrage → RTB ┄┄►

The actual value received by the NSPB is the product of:

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000755



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000756

[redacted]

HIGHLY CONFIDENTIAL CRITEO_GOOGLELIT_0000000757

DTX-1546 Page 5 of 8



DTX-1546 Page 6 of 8

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000758

DTX-1546 Page 7 of 8

HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000759

Improving NSPB:

1. **Gather insights**
   Select new features or scope that could be integrated or taken into account in the models (for instance variables that could impact a winning rate curve, or an auction model).
   These are usually business insights, and can be provided by local teams

2. **Offline Tests: Do we improve the models?**
   The goal of this part is to see that our prediction models (particularly pWin one) are improved by this change. In other words, are we able to better predict a display considering that we participate? This analysis is purely offline, based on past data.
   Key Metrics: Log Likelyhood (LLH), RSME

3. **Online Tests: Does it bring value to Criteo?**
   When an improvement looks positive offline, we run an ABTest, and check whether we improve key publisher Metrics (both Short-term and Long-term).
   The most important metric is the "Subsidies Aware Long-Term Yield (or **SALTY**).

More details here:



HIGHLY CONFIDENTIAL

CRITEO_GOOGLELIT_0000000760