# Exhibit N

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 14: Criteo U.S. Web Non-Video Display Ad Spending by Exchange, 2022**

| Exchange | Spending ($ million) | % of spending |
|---|---|---|
| **Google** | ■ | ■ |
| Yahoo | ■ | ■ |
| Criteo Direct Bidder | ■ | ■ |
| TripleLift | ■ | ■ |
| Xandr | ■ | ■ |
| Magnite | ■ | ■ |
| PubMatic | ■ | ■ |
| Index Exchange | ■ | ■ |
| Media.Net | ■ | ■ |
| BidSwitch | ■ | ■ |
| Taboola | ■ | ■ |
| All Other | ■ | ■ |
| Total | $482.7 | 100.0% |

**Sources:** CRITEO_GOOGLELIT_0000015579