**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING NON-PARTY TIKTOK, INC.'S**
<u>**MOTION TO FILE UNDER SEAL**</u>

Pursuant to Local Civil Rule 5(C), non-party TikTok, Inc. ("TikTok") filed a Motion to File Under Seal ("Motion"), which seeks to seal the unredacted versions of DTX 250, DTX 2520, DTX 2521, and DTX 2522. Having considered the Motion, TikTok's Motion to Redact, and accompanying memorandum of law, as well as any opposition thereto, this Court finds that good cause exists to seal the above referenced exhibits. Accordingly, it is hereby:

**ORDERED** that the Motion is GRANTED.

**SO ORDERED** on this __ day of _____, 2024.

_____
United States District Judge
