UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

### **NON-PARTY CRITEO CORP.'S NOTICE OF MOTION TO SEAL**

Pursuant to Local Civil Rule 5(C), non-party Criteo Corp. hereby notices the filing of Criteo's contemporaneously filed Motion to Seal ("Motion"). As required by Local Civil Rule 5, Criteo hereby notifies Plaintiff United States, Defendant Google LLC, and any interested non-parties that they may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of this Motion, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated: July 26, 2024

/s/ Jonathan R. DeFosse

Jonathan R. DeFosse, VA Bar No. 48220
jdefosse@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900

*Attorneys for Criteo Corp.*