UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**[PROPOSED ORDER] GRANTING NON-PARTY THE INTERPUBLIC GROUP OF COMPANIES, INC.'S MOTION TO SEAL**

Upon consideration of IPG's motion to seal portions of trial exhibits parties have identified (Attachments A-L) and pursuant to Local Civil Rule 5, the Court hereby FINDS that the motion for sealing should be granted because the withheld documents and information were marked as Confidential by IPG, contain sensitive commercial information of IPG and / or contain personal information of IPG employees, and IPG has proposed narrowly tailored redactions.

Accordingly, for good cause shown, it is hereby ORDERED that IPG's motion to seal portions of Attachments A-L is GRANTED; and it is further ORDERED that only IPG's proposed redacted versions of these documents shall be publicly disclosed at trial.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2024.

Alexandria, Virginia _____ DATE: _____
Honorable John F. Anderson
United States Magistrate Judge