**APPENDIX A TO MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

| Exhibit | Objection | Portions to be Sealed | Basis for Sealing |
|---|---|---|---|
| Defendant's Trial Exhibit No. 378 (DTX 378) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• ARMY-ADS-0000245462-001 – ARMY-ADS_0000245462-050 | Davis Decl. ¶¶ 5, 10 |
| Defendant's Trial Exhibit No. 630 (DTX 630) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of:<br>• CMS-ADS-0000181785<br>• CMS-ADS-0000181786 | Herzog Decl. ¶ 4 |
| Defendant's Trial Exhibit No. 631 (DTX 631) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of:<br>• CMS-ADS-0000191004<br>• CMS-ADS-0000191005 | Herzog Decl. ¶ 5 |
| Defendant's Trial Exhibit No. 835 (DTX 835) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• USAF-ADS-0000110451 – USAF-ADS-0000110453 | Bradbury Decl. ¶ 5 |
| Defendant's Trial Exhibit No. 878 (DTX 878) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of:<br>• USAF-ADS-0000506007 – USAF-ADS-0000506015 | Bradbury Decl. ¶ 6 |
| Defendant's Trial Exhibit No. 940 (DTX 940) | Confidential, proprietary, and competitively sensitive business information of a non-party | DTX 940 in its entirety:<br>• OMC-GOOG-00113705 – OMC-GOOG-00113730 | Lambert Decl. ¶ 4 |
| Defendant's Trial Exhibit No. 1107 (DTX 1107) | Confidential, proprietary, and competitively sensitive | Highlighted portions of:<br>• USAF-ADS-0000771834<br>Excerpts at: | Bradbury Decl. ¶¶ 7, 15 |

**APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

|  |  |  |  |
|---|---|---|---|
|  | business information of a non-party | • USAF-ADS-0000771834_0002- USAF-ADS-0000771834_0016 |  |
| Defendant's Trial Exhibit No. 1113 (DTX 1113) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at: <br> • ARMY-ADS-0000245861 – ARMY-ADS-0000245871 | Davis Decl. ¶ 6 |
| Defendant's Trial Exhibit No. 1140 (DTX 1140) | Confidential, proprietary, and competitively sensitive business information of a non-party | Attachment in its entirety: <br> • ARMY-ADS-0000179831 | Stuckel Decl. ¶ 4 |
| Defendant's Trial Exhibit No. 1151 (DTX 1151) | Confidential, proprietary, and competitively sensitive business information of a non-party | DTX 1151 in its entirety: <br> • OMD_000236 – OMD_000421 | Stuckel Decl. ¶ 5 |
| Defendant's Trial Exhibit No. 1152 (DTX 1152) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at: <br> • USAF-ADS-0000022406 – USAF-ADS-0000022485 | Bradbury Decl. ¶ 9 |
| Defendant's Trial Exhibit No. 1163 (DTX 1163) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of: <br> • ARMY-ADS-0000336340 <br> All attachments in their entirety: <br> • ARMY-ADS-0000336341 – ARMY-ADS-0000336660 | Stuckel Decl. ¶ 6 |
| Defendant's Trial Exhibit No. 1172 (DTX 1172) | Confidential, proprietary, and competitively sensitive business information of a non-party | DTX 1172 in its entirety: <br> • ARMY-ADS-0000187048 – ARMY-ADS-0000187065 | Stuckel Decl. ¶ 7 |
| Defendant's Trial Exhibit | Confidential, proprietary, and competitively sensitive | Excerpts at: | Bradbury Decl. ¶ 10 |

**APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

| | | | |
|---|---|---|---|
| No. 1228 (DTX 1228) | business information of a non-party | • USAF-ADS-0000793801 – USAF-ADS-0000793803<br>• USAF-ADS-0000793805 – USAF-ADS-0000793811 | |
| Defendant's Trial Exhibit No. 1242 (DTX 1242) | Confidential, proprietary, and competitively sensitive business information of a non-party | Attachment in its entirety:<br>• ARMY-ADS-0000060559 | Stuckel Decl. ¶ 8 |
| Defendant's Trial Exhibit No. 1249 (DTX 1249) | Confidential, proprietary, and competitively sensitive business information of a non-party | Attachment in its entirety:<br>• ARMY-ADS-0000329949 – ARMY-ADS-0000329970 | Stuckel Decl. ¶ 9 |
| Defendant's Trial Exhibit No. 1267 (DTX 1267) | Confidential, proprietary, and competitively sensitive business information of a non-party | Attachment in its entirety:<br>• ARMY-ADS-0000134181 – ARMY-ADS-0000134222 | Stuckel Decl. ¶ 10 |
| Defendant's Trial Exhibit No. 1280 (DTX 1280) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• CMS-ADS-0000536747 – CMS-ADS-0000536794 | Herzog Decl. ¶ 6 |
| Defendant's Trial Exhibit No. 1294 (DTX 1294) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• USAF-ADS-0000861539 – USAF-ADS-0000861606 | Bradbury Decl. ¶ 11 |
| Defendant's Trial Exhibit No. 1299 (DTX 1299) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• ARMY-ADS-0000007772 – ARMY-ADS-0000007777 | Davis Decl. ¶ 7 |
| Defendant's Trial Exhibit | Confidential, proprietary, and competitively sensitive | Excerpts at:<br>• USAF-ADS-0000005727 – USAF-ADS-0000005787 | Bradbury Decl. ¶ 12 |

**APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

| | | | |
|---|---|---|---|
| No. 1318 (DTX 1318) | business information of a non-party | | |
| Defendant's Trial Exhibit No. 1327 (DTX 1327) | Confidential, proprietary, and competitively sensitive business information of a non-party | DTX 1327 in its entirety:<br>• ARMY-ADS-0000000246 – ARMY-ADS-0000000315 | Stuckel Decl. ¶ 11 |
| Defendant's Trial Exhibit No. 1333 (DTX 1333) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• ARMY-ADS-0000064499 – ARMY-ADS-0000064506<br>• ARMY-ADS-0000064508 – ARMY-ADS-0000064520<br>Highlighted portions at:<br>• ARMY-ADS-0000064497<br>• ARMY-ADS-0000064507 | Davis Decl. ¶¶ 8, 10 |
| Defendant's Trial Exhibit No. 1336 (DTX 1336) | Confidential, proprietary, and competitively sensitive business information of a non-party | DTX 1336 in its entirety:<br>• ARMY-ADS-0000000018 – ARMY-ADS-0000000107 | Stuckel Decl. ¶ 12 |
| Defendant's Trial Exhibit No. 1347 (DTX 1347) | Confidential, proprietary, and competitively sensitive business information of a non-party | Excerpts at:<br>• USAF-ADS-0000001424 – USAF-ADS-0000001476 | Bradbury Decl. ¶ 13 |
| Defendant's Trial Exhibit No. 1373 (DTX 1373) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of:<br>• ARMY-ADS-0000045770<br>All attachments (5 Excel spreadsheets) in their entirety:<br>• ARMY-ADS-0000045772 – ARMY-ADS-0000045778 | Stuckel Decl. ¶ 13 |
| Defendant's Trial Exhibit | Confidential, proprietary, and competitively sensitive | Highlighted portions of:<br>• CMS-ADS-0000529199 | Herzog Decl. ¶ 7 |

**APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

| | | | |
|---|---|---|---|
| No. 1381 (DTX 1381) | business information of a non-party | • CMS-ADS-0000529200 | |
| Defendant's Trial Exhibit No. 1394 (DTX 1394) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of: <br> • CMS-ADS-0000593107 <br> Excerpts at: <br> • CMS-ADS-0000593108 – CMS-ADS-0000593109 <br> Attachment (Excel spreadsheet) in its entirety: <br> • CMS-ADS-0000593110 | Herzog Decl. ¶ 8 |
| Defendant's Trial Exhibit No. 1399 (DTX 1399) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of: <br> • CMS-ADS-0000626504 – CMS-ADS-0000626506 <br> Attachment (Excel spreadsheet) in its entirety: <br> • CMS-ADS-0000626507 | Herzog Decl. ¶ 9 |
| Defendant's Trial Exhibit No. 1400 (DTX 1400) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of: <br> • ARMY-ADS-0000043190 <br> • ARMY-ADS-0000043191 <br> All attachments (13 Excel spreadsheets) in their entirety: <br> • ARMY-ADS-0000043192 – ARMY-ADS-0000043204 | Stuckel Decl. ¶ 14 |
| Defendant's Trial Exhibit No. 1461 (DTX 1461) | Confidential, proprietary, and competitively sensitive business information of a non-party | Highlighted portions of: <br> • CMS-ADS-0000531033 <br> Excerpts at: <br> • CMS-ADS-0000531034 – CMS-ADS-0000531072 | Herzog Decl. ¶ 11 |