```
Control Number :       GOOG-DOJ-12038253

All Custodians :       Deepti Bhatnagar

Custodian :            Deepti Bhatnagar

Date/Time Created :    10/16/2018 5:15 AM

Date/Time Sent :

MODIFICATION DATE :    10/16/2018 5:15 AM

File Name :            DBM Q+F Slide
                       Graveyard_1keqQP9SW66CpLMtT
                       2hrtjZAZfrckaKyO7dZmhIs8at8
                       .pptx
```



HIGHLY CONFIDENTIAL

GOOG-DOJ-12038253

DTX-618 Page 2 of 62

# Agenda

The Plan

- What is DV360?

- Impact of advertiser optimizations on DV360

  - Shift from manual bidding to optimized bidding

  - Shift from spending on 3PE to Adx

- What does the future hold?

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038254

# DV360 (formerly DBM)

- Bidding platform for our largest advertisers
- Acquired as "Invite Media" in 2010 for $81M.
- $7B+ this year up from <$1B in 2014.
- Still growing at nearly 30% YoY.



Display & Video 360

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038255

# DV360 Two Years Ago

- 83% of spend using manual bids
    - DBM acting primarily as infrastructure
    - Autobidding product existed, but didn't have much advertiser trust

- Almost half the spend was on exchanges running auctions with unfair pricing
    - Auctioneers charging something other than 2nd price
    - Publishers setting up complex series of auctions for the same ad opportunity



In this talk we will tell you how we changed this story.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038256



# How We Modernized DV360

**Two Major Efforts**
- Manual bidding reinvented to protect advertisers from unfair auctions
- Autobidding systems completely revamped

**Huge Resulting Shifts**
- Autobidding adoption up from 17% to 40%
- Revenue moved to exchanges that don't engage in pricing shenanigans
  - AdX for example grew from 45% to 70% of total DV360 spend

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038257

### Reinventing Manual Bidding

**Before:** CPM bids are a set of instructions from the advertiser.  We leave it to them to achieve their goals.

**New:** CPM bid is the "value" the advertiser expects to get from that impression. We will help them optimize for it, protecting them from auction shenanigans.

- Example: Poirot

- Example: Elmo

Note that in the old way, DV360 primarily plays the role of "pipes".

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038258



## Poirot

- Algorithmic framework to **detect and quantify** deviations from second price auctions using DBM data
- Bidding mechanism to **optimize bids** based on the input from the above framework
- Helps the advertiser win the same impression at a lower price in non-second-price auctions

Note that in the old way, DV360 primarily plays the role of "pipes".

## Elmo

- DBM is over 80% budget constrained
- Every query, a budget constrained ad participates in the auction with some budget throttling probability
- Exchanges have learned to exploit this arrangement using the idea of "multiple calls"
  - This a bid discovery mechanism, where we submit a random ad each query and the winner is the one with the highest bid
  - Makes the exchange look bigger than it is to trick the budget server

Note that in the old way, DV360 primarily plays the role of "pipes".

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038260

# Elmo

- Project Elmo leverages cookie based budget throttling to ensure more consistent prices for similar queries

- Every minute, we fix the advertisers that can purchase any query from a given cookie (budget throttling based on $cookie \times time\_bucket$)

- We bid the same across multiple calls since they occur close to each other in time



-25% spend on Pubmatic, for example.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038261

# Revamping Autobidding

In autobidding the advertiser tells us their goal explicitly instead of leaving us to infer it from the CPM bid.  The advertiser has to treat us like a black box.

Most popular example: *"maximize conversions subject to budget"*.

**We completely rebuilt our autobidding systems over the last two years:**

New System for Predictions: PEAR Army
- in-house ML system for per advertiser models

New System for Bidding: HDMI
- similar to GDN tech with enhancements for DV360

Prediction launches +60% value a same spend level.
HDMI launches

HIGHLY CONFIDENTIAL                                                                      GOOG-DOJ-12038262



## Performance Comparison

**Advertiser Goals**

- Increase sales
- Reduce the time that traders spend optimizing campaigns

**Measurement Approach**

- Run A/B tests to compare the results of automated vs. manual bidding

**Results**

- Across 7 H2H tests we saw an average uplift of ***over 100%*** in advertiser value for same spend
- Efficiency gains also reported, 10 hours per person per month in one case!

H2H tests.
Get anecdote about fewer hours.

**Driving Changes in the Market**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038264



Data.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038265

## Shift toward AdX and Other Clean Exchanges

Bidding optimizations on unfair exchanges helped level the playing field.

This caused a revenue shift towards exchanges who don't engage in such shenanigans.

Launches such as these contributed to

- Adx + AdSense growing from 45% to 70% of DV360 spend over this period
- +$130M in profit for Google



Sources:
https://www.emarketer.com/content/nearly-half-of-programmatic-impressions-are-sold-through-first-price-auctions
https://pubmatic.com/wp-content/uploads/2017/08/PubMatic-UnderstandingAuctionDynamics.pdf

https://dasnav.corp.google.com/v/displaynav/#dimensions=QI_DIM_ExtendedBuyerNetworkId:DBM|DBM_on_AdX,QI_DIM
_SellSideBreakdown:EXCHANGE_TRAFFIC&dimensions=QI_DIM_SellSideBreakdown:ADX_SELLER|AFC|AFD|EXCHA
NGE_TRAFFIC|GMAIL|MOBILE_APP&dimensions=QI_DIM_SellSideBreakdown:ADX_SELLER|AFC|AFD|GMAIL|MOBIL
E_APP&end=2018-10-01T00:00:00&granularity=month&history_id=1&metric=QI_MET_ValidTotalCostUSD&start=2017-
01-01T00:00:00&values_relative_to=1&view=displayglobal

GOOG-DOJ-12038266



Everyone was practically running first price auctions, so they became more transparent about it.

Sources:
https://www.emarketer.com/content/nearly-half-of-programmatic-impressions-are-sold-through-first-price-auctions
https://pubmatic.com/wp-content/uploads/2017/08/PubMatic-UnderstandingAuctionDynamics.pdf

HIGHLY CONFIDENTIAL

**Innovations that will drive the trends in 2019**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038268

**New Product:**
**Rules Based Custom Bidding**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038269



Rule based custom bidding is a new bidding strategy that we are building together with the KIR team. It allows our advertisers and agencies to express what they really value in advertising and optimize towards that value.
This bidding strategy allows them optimize beyond views, clicks, and conversion. The first step is to find out what features or signals in a query is important to them. Many advertisers and agencies already know that and use it in fixed bidding with complex targeting, we want to change that.
Once they know what features and signals they need, they can
2) Write a script on how to evaluate the value of a query in the most generic form. Upload the script to us. We take this script and score all of their historical impression data. Then we learn from that data to bid optimally on future received queries.
This a huge strategic investment for us because it allows us to enable agencies to bring their own secret sauce to auto-bidding. The nice thing about this is that there is no need for a huge investment on the advertiser's side -- just bring the script.

GOOG-DOJ-12038270

DTX-618 Page 19 of 62

**New Tech:**
**Budget Optimization**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038271





HIGHLY CONFIDENTIAL

GOOG-DOJ-12038272





Y CONFIDENTIAL



# Results for the revamped budget-based optimization

➤ Results for the new revamped budget-based bid optimization system improved over-all CPD by **10%** due to improved system design and lower end-to-end latency

➤ 1-Level simplified budget especially showed big reduction in budget throttling, and thus improving CPD by **40%** for maximize conversions

➤ With a concerted Sales effort, we plan to move as much spend as possible to the 1-level simplified budget mode

Clean 2p: bidding lower than value will result in lost impressions
Clearing price close to bid is a good indication that auction is unclean 2p

GOOG-DOJ-12038274

DTX-618 Page 23 of 62

**New Class of Products:**
**Outcome-Based Buying**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038275

# Outcome-Based Buying

- Why Outcome-Based Buying?
  - Risk-free advertising
    - Lower risk for advertiser since they pay for their desired outcome (e.g., click, conversion, or ActiveView)

  - Relaxing the constraint on margin
    - Instead of a per impression fixed margin, the constraint becomes on average margin
    - Take a low margin if it helps to win competitive queries (and higher margin to offset on other queries)

  - Allowing data sharing
    - Having access to a large shared dataset allows for better, more consistent performance for all advertisers

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038276



## What is coming next

- Starting Alpha testing for
  - Rule-based custom bidding
    - Roll out to large advertisers and agencies
  - Outcome-based buying with target CPA and pay-per-click option
    - Plan to have 10% of DBM's spend on this product by end of 2019
- Further improvements on our core technologies

- Outcome-Based Buying as well as other planned improvements are expected to help us reach a goal of 60% automated bidding spend by end of 2019

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038278

# Q&A

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038279

**Appendix**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038280



Agencies account for 80% of DBM revenue, with 60% from the Big 5 alone.

**Complications of working with agencies:**
1. The definition of "performance" is a mashup of agency and advertiser goals
2. They want to bring their own "secret sauce" to show they add value
3. They want control and transparency over the system
4. Collaboration is hard because of complex internal org structures

Remove text, booking and netflix as direct advertisers. Even large advertisers are sometimes direct.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038281

## DV360 for our Largest Advertisers

DV360 was built for very large advertisers, with their preferences in mind.

**Advertiser Preference**

I want control over what I buy.

⟹

**How it Works**

Adv manually sets CPM bids. Adv gets back detailed, per impression, reports.

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038282

# DV360 for our Largest Advertisers

DV360 was built for very large advertisers, with their preferences in mind.

**Advertiser Preference**

I want transparency in what I pay.

**How it Works**

Adv pays for impressions, regardless of outcome.
Adv pays us a fixed % fee.

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038283

## DV360 for our Largest Advertisers

DV360 was built for very large advertisers, with their preferences in mind.

**Advertiser Preference**

I want a high level of inventory access.

→

**How it Works**

We make many exchanges available beyond Google inventory.

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

## DV360 for our Largest Advertisers

DV360 was built for very large advertisers, with their preferences in mind.

**Advertiser Preference**

I don't want my data to benefit other advertisers.

$\longrightarrow$

**How it Works**

We don't build big cross advertiser models.

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038285



Agencies account for 80% of DBM revenue, with 60% from the Big 5 alone.

**Complications of working with agencies:**
1. The definition of "performance" is a mashup of agency and advertiser goals
2. They want to bring their own "secret sauce" to show they add value
3. They want control and transparency over the system
4. Collaboration is hard because of complex internal org structures

Remove text, booking and netflix as direct advertisers. Even large advertisers are sometimes direct.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038286



**Growth of Autobidding Outpacing Rest of DV360**

Autobidding status:
*100% YoY growth*
*40% adoption*

Note: This is "eligible" DV360 traffic, excluding YT and deals.

2 years ago we reported 12% adoption, at around $500M run rate.  That's ~15% in today's accounting.  We are at 40% now, and ~1.5B run rate.
Sheet with Casper's data.
Sheet with Nirmal's data.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038287



2 years ago we reported 12% adoption, at around $500M run rate. That's ~15% in today's accounting. We are at 40% now, and ~1.5B run rate.
Sheet with Casper's data.
Sheet with Nirmal's data.

HIGHLY CONFIDENTIAL



Agency  wants Google to run code snippets online.

Why that's a really bad idea:
The obvious safety reasons plus:
We are really good at prediction and bidding.
Too much complexity within agencies to support such a relationship, even if a decent prototype was possible.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038289



Agency wants Google to run code snippets online.

Why that's a really bad idea:
The obvious safety reasons plus:
We are really good at prediction and bidding.
Too much complexity within agencies to support such a relationship, even if a decent prototype was possible.

GOOG-DOJ-12038290



HIGHLY CONFIDENTIAL



# DV360 Fees

- DBM allows advertisers to setup complex fee structures including CPM and percentage fees
- For PPO, we offer to take the risk on all types of invoice-able fees as well and charge advertiser only when click happens
- Non-invoiceable fees are not supported yet



HIGHLY CONFIDENTIAL

GOOG-DOJ-12038293



# How it will work: Script based (2/2)

Customers will be able to create "models" for assigning values to impressions based on a combination of:

Performance Metrics (e.g. clicks, active view etc.)

User signals (e.g. user list etc.)

Contextual signals (e.g. website/app, time of day etc.)

Advertisers will be able to create up to N models:

For example, an advertiser could create models like "Upper funnel", "Mid funnel", "Mobile" etc...

- Each "model" will be a collection of rules
- Advertisers can then upload these models to Display & Video 360 either via the UI or via the GCS buckets
- At the time of line item or insertion order creation, the advertiser will be able to select a "model" for optimization

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038294



# Example script based algorithm

Each model can be represented as a script in Display & Video 360. The script will generate a value for every impression.

| Use case example 1: Brand Signals | Use case example 1: Mid-Funnel Marketing |
|---|---|
| **Goal** | **Goal** |
| Optimize towards viewable impressions that happened on premium areas/apps | Optimize towards mid-funnel success metrics |
| **Model** | **Model** |
| A script with the following rules: | 1 * active_view + 5* click + |
| • If impression was viewable && URL was part of channel "Premium", then 10 | 10 * conversion_add_to_cart + 100 * conversion_online_sale |
| • If impression was viewable && URL is not part of channel "Premium", then 5 | |
| • If impression was not viewable, then 0 | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038295

# Market shift to first price



- In fact, exchanges are openly moving more and more to first price auctions.

- This is necessary for them in order to compete in the header bidding auction controlled by publishers (first price).

- Buyer platforms must adapt and protect advertisers from overpaying.

| 3PE provided auction type | DBM impression count (Aug 2018) |
|---|---|
| unspecified | 45.6% |
| first price | 30.8% |
| second price | 23.5% |

Sources:
https://www.emarketer.com/content/nearly-half-of-programmatic-impressions-are-sold-through-first-price-auctions
https://pubmatic.com/wp-content/uploads/2017/08/PubMatic-UnderstandingAuctionDynamics.pdf

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038296

# First price auctions

WIP need a graphic instead?

- One selling point of DV360 is that it enables advertisers to buy in many exchanges besides Google's AdX.

- Many of those exchanges sell a portion of their inventory via first priced auctions.

- In a second price auction, the advertiser can bid the value it places on the impression without fear of overpaying.

- In a first price auction, the advertiser may want to bid lower in some cases, as they can still win those impressions but pay less.

Clean 2p: bidding lower than value will result in lost impressions
Clearing price close to bid is a good indication that auction is unclean 2p

GOOG-DOJ-12038297

# Market shift to first price

- In fact, exchanges are openly moving more and more to first price auctions.

- This is a simplification from recent trends to more and more opaque "2nd-price-like" auctions.

- Buyer platforms must adapt and protect advertisers from overpaying.



Sources:
https://www.emarketer.com/content/nearly-half-of-programmatic-impressions-are-sold-through-first-price-auctions
https://pubmatic.com/wp-content/uploads/2017/08/PubMatic-UnderstandingAuctionDynamics.pdf

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038298

## A New Solution

- Our bidding system, HDMI, was upgraded to compute bids for first price auction.
- We two bids to serving, one for first price and one for second price, and decide how to bid based on the exchange's auction type.



HIGHLY CONFIDENTIAL

GOOG-DOJ-12038299



HIGHLY CONFIDENTIAL

GOOG-DOJ-12038300

DTX-618 Page 49 of 62



# GDN and DV360 from the Numbers

| Google Display Network | | Display & Video 360 (AKA DBM) |
|---|---|---|
| Top N advertisers make up XX% of spend | | Top N advertisers make up XX% of spend |
| 95% of spend is pay per click. | | 100% of spend is pay per impression. |
| Google charges a 15% variable margin which is non-transparent | | Google charges negotiated fee per impression, ranging from 6%-12%. |
| 60+% ask Google to bid on their behalf to optimize for conversions | WIP Need stats for head heaviness, or get ride of that one | 60% prefer to manage maximum CPM bids on their own |
| 46% of spend is budget constrained. | | 76% of spend is budget constrained. |
| 96% of spend on Google managed inventory | | 74% of spend on Google managed inventory |

Budget and third party inventory numbers from Rasta, month of September.
Consider a stat to show head-heaviness if I can get one, i.e. Top N advertisers make up XX% of spend

## Autobidding Complexities in DBM

**Typical Autobidding Problem**

*"Maximize conversions subject to my target CPA, please."*

**What Agencies Actually Want**

*"Get me **good enough** performance in terms of a **custom metric** we only track internally, while achieving a **list of constraints** (e.g. minimum viewability rate) which are actually **contractual obligations**, and make sure to bid above the floor in every private auction.  Oh, and no matter what definitely **spend the budget**."*

In fact the first goal is so ubiquitous in GDN that we can essentially optimize for conversions even when the advertiser doesn't give us a formal goal.
Right now the agencies accomplish this with teams of human traders / optimizers.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038302



We are driving adoption despite these challenges!

- Two years ago in this summit, around the end of Skyray, we reported 15% adoption and ~$500M run rate.
- Today we are at 40% with a *$1.5B run rate*.

WIP Need a flashier ch

2018 Goal: 40%

2 years ago we reported 12% adoption, at around $500M run rate. That's ~15% in today's accounting. We are at 40% now, and ~1.5B run rate.
Sheet with Casper's data.
Sheet with Nirmal's data.
Agency stats?

HIGHLY CONFIDENTIAL

## How are we doing it?

**Product Innovation**

**Technology Innovation**

**Prove that our performance improvements can't be ignored.**

H2H tests.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038304



# Results for the revamped budget-based optimization

- Results for the new revamped budget-based bid optimization system showed improvements due to improved system design and lower end-to-end latency
- 1-Level simplified budget especially showed big improvements for maximize conversions
- With a concerted Sales effort, we plan to move as much spend as possible to the 1-level simplified budget mode

Clean 2p: bidding lower than value will result in lost impressions
Clearing price close to bid is a good indication that auction is unclean 2p

## How are we doing it?

**Product Innovation**
- Offer more flexibility in how advertisers value the market
  - Optimize for high quality video views or "reached" users.
  - Allow agencies to send us custom code snippets to define a valuation of every impression
- Simplify other aspects of bidding
  - Work seamlessly with private auctions, other types of deals
  - Bid optimally given complex fee structures, deprecate ones that don't make sense
  - CampaignGroup (IO) Level Optimization, which optimally allocates budgets across campaigns.
- Show off what's under the hood
  - KIR team building a "Bidding Insights" product in the front end

**Technology Innovation**

**Prove that our performance improvements can't be ignored.**

H2H tests.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038306

DTX-618 Page 55 of 62

# How are we doing it?

**Product Innovation**

**Technology Innovation**
- 2017: Moved to HDMI for Bidding and PEAR Army for Prediction
  - TODO(eric): stats
- 2018: Long list of HDMI and Prediction Improvements
  - TODO(eric): stats for top launches
- New: Smarter Bidding in First Price Auctions
  - TODO(eric): stats
- New: Completely Revamped System for Optimizing to Budgets
  - TODO(eric): stats

**Prove that our performance improvements can't be ignored.**

H2H tests.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038307

# How are we doing it?

**Product Innovation**

**Technology Improvements**

**Prove that our performance improvements can't be ignored.**
- We encouraged advertisers to run H2H tests to show how much we can improve their performance.
  - Nissan: +102% clicks
  - Google Marketing: +47% clicks
  - Nissan: +78% conversions
  - Macy's: +71% conversions
  - Sky UK: +181% conversions
  - StubHub: +41% conversions

Note that we have spoken a lot about agencies but we still need to support traditional directs.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038308

**Autobidding with Best in Class Technology**

Prediction: PEAR Army, in-house ML system for siloed models
  ○  Launch impact +60% value at same spend since 2017

Bidding: HDMI, with enhancements for DV360
  ○  Launch impact +XX% value at same spend since 2017

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038309

## Flexibility in Defining Advertiser Value

Our most popular autobidding products take the form:

*maximize advertiser value (V) subject to a budget*

### Choices for "*V*"

| Advertising Goal | Existing in DV360 | WIP for DV360 | In the Dreams of a Sophisticated Advertiser |
|---|---|---|---|
| *Direct Response* | Clicks, Conversions | Incremental Conversions | `2 * clicks +`<br>`5 * signup_conversions +`<br>`10 * purchase_conversions` |
| *Brand* | Completed Videos Views | "Reached" Users | `if is_active_view:`<br>`  if publisher == "cnn.com":`<br>`    return 5.0`<br>`  else:`<br>`    return 1.0`<br>`else:`<br>`  return 0` |

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038310



HIGHLY CONFIDENTIAL

GOOG-DOJ-12038311

**New Tech: Intelligent Bidding in First Price Auctions**

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038312

## Poirot for Auto-bidding

- Optimal bidding looks very different in a first price auction - Poirot was our solution to protect manual bidders from non-second price auctions.
- This quarter we launched a version of Poirot for autobidding that works in tandem with HDMI.



**Result: +5%** conversions for advertisers, **+$40M** net revenue to Google.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12038313