Control Number :       GOOG-DOJ-14298902

All Custodians :       Vip Andleigh

Custodian :            Vip Andleigh

Date/Time Created :    9/5/2019 12:57 AM

Date/Time Sent :

MODIFICATION DATE :    10/4/2019 6:57 AM

File Name :            Awbid
                       Overview_1hqkT9rrOweIYqYn20
                       2CUE3wpYXOrpiHl1Qm6El9E-ug.
                       pptx



HIGHLY CONFIDENTIAL

GOOG-DOJ-14298902



**Product Overview**

## What is AWBid?

- Google Display Ads (GDA) buying inventory on third-party ad exchanges (non-AdX). Awbid also bids on the other S2S channel: yavin a.ka. demand product.
- Originally launched for remarketing ads, expanded to topic, in-market, affinity, icm vertical, and CIA/CIM targeting types in late 2018 & early 2019.
- There is no advertiser control.

Google Confidential and Proprietary

---

- Why it was launched originally for remarketing only?
- Remarketing is where Adwords faces the most competitive pressure and most benefit from additional reach. Majority of remarketing advertisers are not budget constrained and want more conversion volume.
- Greatly reduces concerns about impact to publisher business.
- Simplifying targeting helps meet tight exchange response deadlines
- Back in 2014, 2015 - GDA remarketing was facing stiff competition from industry; We also lost a few head to head tests with GDA competitors. One of the reasons was not having access to diverse inventory. Awbid's primary goal since its start has been to increase the inventory access to GDA remarketing & dynamic remarketing customers. That continues to be the mission of the team & product. In 2017/2018, we have also started focussing on growing net revenue (margin optimization, expansion to rest of the GDA ad demand)

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298903



## Terminology, Acronyms, Synonyms

- Buyer/buyside/demand usually represents advertiser. Seller/sellside/publisher/pub/inventory usually represents a website or app where they have allocated some space for ads. (So, a transaction is that buyer is buying a space from seller to show the ad).

- **GDA:** Google Display Ads (display part of Google Ads which was previously known as Adwords)

- **Third party ad-exchange:** Any ad-exchange that is not part of the Google Network (AdSense, AdMob, and Ad Exchange). Synonyms: 3p exchange, 3PE, cross-exchange, external exchange

- **DV360:** DV360 stands for Display & Video 360, formerly known as DBM / DoubleClick Bid Manager. It can be viewed as sister product for GDA. DV360 allows advertisers to buy inventory from Google partner inventory, and third-party exchanges. Synonyms: DV3, DBM, XBid, Skyray, etc.

- **Yavin:** Invite-only product for publishers which enables buyer (GDA, DV360) to directly integrate with pubs using S2S connection (openrtb interface). Its also known as 'Google Ad Connector'.

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298904





HIGHLY CONFIDENTIAL

GOOG-DOJ-14298906



In Awbid type2 serving, serving is split into two passes:
In first pass, we respond to exchange with bid and tag that contains adgroup-creative-id & other metadata that is needed to run the second pass. If awbid ad wins the auction, then the tag is rendered on the browser, which makes a call to bow & initiates seconds pass. In second pass,  creative fetch & fulfillment of the given creative id is done.
(Skip: Implement a lightweight creative fetch flow to fetch a given adgroup creative from the stack.)

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298907



HIGHLY CONFIDENTIAL

GOOG-DOJ-14298908



Google

## Key Metrics

- Awbid ARR is ~420M (profit / net revenue 138M)
- 10.6% of GDA remarketing revenue is from Awbid.
- 16.4% of GDA dynamic remarketing revenue is from Awbid.
- Reverse experiment Stats (2019-07-01 to 2019-07-07)

| | Revenue |
|---|---|
| DisableAwbidExperiment::DisableAwbid_Control<br>112381001<br>Adwords_Buyer * TOTAL * Iba Boom Impression * TOTAL | 671,829 |
| DisableAwbidExperiment::DisableAwbid_Experiment<br>112381002<br>Adwords_Buyer * TOTAL * Iba Boom Impression * TOTAL | 611,159<br>-9.03%<br>[-9.64, -8.42] % |
| DisableAwbidExperiment::DisableAwbid_Control<br>112381001<br>Adwords_Buyer * TOTAL * Iba Boom Impression * GPA | 211,451 |
| DisableAwbidExperiment::DisableAwbid_Experiment<br>112381002<br>Adwords_Buyer * TOTAL * Iba Boom Impression * GPA | 183,417<br>-13.26%<br>[-14.05, -12.46] % |
| DisableAwbidExperiment::DisableAwbid_Control<br>112381001<br>Adwords_Buyer * Exchange * Iba Boom Impression * TOTAL | 71,419 |
| DisableAwbidExperiment::DisableAwbid_Control<br>112381001<br>Adwords_Buyer * Exchange * Iba Boom Impression * GPA | 34,675 |

Google Confidential and Proprietary

Reference: https://screenshot.googleplex.com/4gMjb7Mt6EK



Net revenue has grown from 14M ARR in May 2016 to 138M ARR in March 2019

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298910

## Some stats

- QPS: 3M qps
- 550-600kqps bids submitted to exchanges
- >50 Exchanges launched, including Appnexus, Rubicon, OpenX, Index and Pubmatic (RightMedia is just about to sign contract)
- Win rate: 3%
- Latency: 111ms 95%@BOW for matched queries
- 9%-10% remarketing impact from reverse

100ms for 95%le @ bow for all exchange matched queries, 109ms for awbid matched queries. Most of the awbid eligible queries are also eligible for dbm, and hence they consume more latency. Reference:
https://rasta.corp.google.com/#/metrics?label=_:GgmzdmryRnvGSiGhfN2QdQ4zsuM

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298911

## Awbid challenges

- Latency: around 100ms deadline
- Spam: it's a wild world out there
- Cookie matching: >30% queries lost due absence of matched biscotti
- Safari ITP, GDPR etc. are much harder to solve in 3p ecosystem.
- Brand safety / domain misrepresentation
- Exchange policies on data use: no cross-exchange profile building, exchange coop still in progress
- Privacy: due to stale cookie match, actual user cookie could be opt out
- Weird auctions: soft/dynamic floors (less auction discount)
- Exchange bills discrepancy aka view loss

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298912

## Awbid challenges (contd.)

- Exchange publisher blocks, format requirements, click pricing problems, creative review/registration, and more...
- Publisher Quality: old enforcement system too aggressive without direct pub relationship (addressed to large extend with PQ2.0 launched in late 2016)

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298913



HIGHLY CONFIDENTIAL

GOOG-DOJ-14298914



# Criteo Compete Analysis

go/xExCompete ( Q1 2016)

author: namwar@ 2/26 ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

**Criteo data extracted from their site which says it's last updated on 12/11/2015, analysis may be missing partners Criteo onboarded in Jan/Feb 2016

| Exchange/Platform (Criteo Partners) | Status on AWBid Partners | Primary Market | AWBid Comments |
|---|---|---|---|
| AdForm | | | |
| Admax | On the roadmap | China | Via BidSwitch |
| AdMeta | On the roadmap | Sweden | Via BidSwitch; parent WideOrbit |
| AdRiver | On the roadmap | Russia | Via BidSwitch |
| AdScale | 2016 Q2 Launch | Germany | Can do Via BidSwitch and going direct |
| Adskom | On the roadmap | Indonesia | Via BidSwitch |
| Adtille | | | |
| Amobee | | | |
| AOL Adtech | On the roadmap | US | Via BidSwitch or direct |
| Appnexus | On the roadmap | US | In negotiations, about to close soon |
| Baidu | On the roadmap | China | In negotiations, about to close the renewal deal in March |
| Between Digital | On the roadmap | Russia | Via BidSwitch |
| Index Exchange | Launched | US | aka Casale Media |
| Centro | On the roadmap | US | Via BidSwitch |
| Cox | On the roadmap | US | Via BidSwitch |
| Facebook | On the roadmap | | |
| Falk Technologies | On the roadmap | Germany | Via BidSwitch |
| Fluct | | | |
| Geniee | On the roadmap | Japan | Via BidSwitch |
| Google | [illegible] | | |
| Billboard | On the roadmap | Turkey | Via BidSwitch |
| Improve | On the roadmap | EU | assumption, Improve=Improve Digital |
| Inneractive | On the roadmap | US | Via BidSwitch |
| MADS | On the roadmap | NL | Via BidSwitch |
| MicroAd | 2016 Q2 launch | | |
| Microsoft | | | isn't this now Appnexus or AOL, no MAX |
| Mobfox | On the roadmap | Austria | Via BidSwitch |
| Mocoplex | | | |
| MoPub | On the roadmap | US | Parent: Twitter |
| NetSprint | On the roadmap | Poland | Via BidSwitch |
| Nexage | On the roadmap | US | Via BidSwitch |
| OpenX | Launched | | |

HIGHLY CONFIDENTIAL GOOG-DOJ-14298915

## Rasta Tips

Awbid slice: Adwords buyer x content type = Exchange

https://screenshot.googleplex.com/PKROFJdNF03

Matched query latency: (buyer = None + remaining) x external exchange eligibility type x backend latency metrics (not performance metrics)

https://screenshot.googleplex.com/XERJrjb3QsZ

Don't use exchange eligibility slice for quality stats, unless you really know what's going on! :)

HIGHLY CONFIDENTIAL

GOOG-DOJ-14298916

## Awbid References

go/awbid team site, awbid-eng@ mailing list

go/awbid-console - production console

go/awbid-dremel for information on logs, sample queries

go/awbid-debug, go/awbid-bow-debug - to replay a debug request

HIGHLY CONFIDENTIAL