UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

**NOTICE OF FILING SEALING MOTION PURSUANT TO LOCAL CIVIL RULE 5(C)**

    PLEASE TAKE NOTICE that non-party The Interpublic Group of Companies, Inc. ("IPG") filed a motion to seal portions of IPG's documents (PTX 1623 (Bates IPG-ADTECH_002361) and PTX 1654 (Bates IPG-ADTECH_000012)) and federal agency advertiser documents containing IPG's information (DTX 1176 (USPS-ADS-0000529112), DTX 1197 (USPS-ADS-0000529380), DTX 1222 (USPS-ADS-0000669680), DTX 1241(CMS-ADS-0000023248), DTX 1295 (USPS-ADS-0000899135), DTX 1296 (CMS-ADS-0000018746), DTX 1351 (USPS-ADS-0000623759), DTX 1452 (USPS-ADS-0000899149), DTX 1463 (USPS-ADS-0000902291), and Lim Exhibit F (UNDER SEAL) [excerpt of DTX 1547] (CMS-ADS-0001096610)) that Plaintiffs and Defendant have listed as potential trial exhibits. Pursuant to Local Civil Rule 5, IPG hereby notifies Defendant and Plaintiffs that they may submit objections in accordance with the June 24, 2024 Amended Court's Order Setting Pretrial Dates and Deadlines (ECF No. 871). If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: July 26, 2024

Respectfully submitted,

*/s/ Kellen S. Dwyer*

Kellen S. Dwyer, VSB No. 97625
Alston & Bird, LLP
950 F Street NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: kellen.dwyer@alston.com

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of July, 2024, I filed the foregoing document and served all counsel of record in this action via the Court's ECF filing system.

    */s/ Kellen S. Dwyer*
    Kellen S. Dwyer, VSB No. 97625
    Alston & Bird, LLP
    950 F Street NW
    Washington, DC 20004-1404
    Telephone: (202) 239-3300
    Facsimile: (202) 239-3333
    Email: kellen.dwyer@alston.com