IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES, *et al.*,

*Plaintiffs*,

vs.

GOOGLE LLC,

*Defendant*.

No. 1:23-cv-00108-LMB-JFA

**GOOGLE LLC'S NOTICE OF FILING**

As directed by the Court (Dkt. Nos. 547 & 871) Defendant Google LLC ("Google") has objected to the public use of certain trial exhibits (Dkt. No. 985). Notice is given of the filing of **REDACTED EXHIBITS** attached hereto.

Dated:  July 26, 2024.                          Respectfully submitted,

*Of Counsel for Google LLC:*                    */s/ Craig C. Reilly*
                                         Craig C. Reilly (VSB # 20942)
Eric Mahr (*pro hac vice*)                       THE LAW OFFICE OF
Andrew Ewalt (*pro hac vice*)                     CRAIG C. REILLY, ESQ.
Julie Elmer (*pro hac vice*)                     209 Madison Street, Suite 501
Justina Sessions (*pro hac vice)*                Alexandria, VA 22314
Lauren Kaplin (*pro hac vice*)                   Telephone: (703) 549-5354
Jeanette Bayoumi (*pro hac vice*)                Facsimile: (703) 549-5355
Claire Leonard (*pro hac vice*)                  craig.reilly@ccreillylaw.com
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS                            Karen L. Dunn (*pro hac vice*)
DERINGER US LLP                                  Jeannie H. Rhee (*pro hac vice*)
700 13th Street, NW, 10th Floor                  William A. Isaacson (*pro hac vice*)
Washington, DC 20005                             Joseph Bial (*pro hac vice*)
Telephone: (202) 777-4500                        Amy J. Mauser (*pro hac vice*)
Facsimile: (202) 777-4555                        Martha L. Goodman (*pro hac vice*)
eric.mahr@freshfields.com                        Bryon P. Becker (VSB #93384)
                                                 Erica Spevack (*pro hac vice*)
Daniel Bitton (*pro hac vice*)                   PAUL, WEISS, RIFKIND, WHARTON &
AXINN, VELTROP & HARKRIDER LLP                   GARRISON LLP
55 2nd Street                                    2001 K Street, NW
San Francisco, CA 94105                          Washington, DC 20006-1047
Telephone: (415) 490-2000                        Telephone: (202) 223-7300
Facsimile: (415) 490-2001                        Facsimile (202) 223-7420
dbitton@axinn.com                                kdunn@paulweiss.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)                     Meredith Dearborn (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)             PAUL, WEISS, RIFKIND, WHARTON &
AXINN, VELTROP & HARKRIDER LLP                   GARRISON LLP
1901 L Street, NW                                535 Mission Street, 24th Floor
Washington, DC 20036                             San Francisco, CA 94105
Telephone: (202) 912-4700                        Telephone: (646) 432-5100
Facsimile: (202) 912-4701                        Facsimile: (202) 330-5908
bjustus@axinn.com                                mdearnborn@paulweiss.com


                                         *Counsel for Google LLC*