Control Number :        GOOG-DOJ-AT-00088452

All Custodians :        Ali Nasiri Amini

Custodian :             Ali Nasiri Amini

Date/Time Created :     10/30/2019 8:34 PM

Date/Time Sent :

MODIFICATION DATE :     10/30/2019 10:07 PM

File Name :             auction
                        ..._1uMTEVII9HYlwLkkmQd3EOw
                        -_9ucZ6uwKBlFF71tjWig.pptx

Part 1:
"Second-Price Auction"
was designed to make
bidding easy!

Bid = value
aka: truthful bidding
(no bidding optimization)

Google

Confidential ▸ Proprietary

## Second-Price Auctions and "truthful" bidding

If an advertiser **knows** the value of a click/impression to himself,

then in **a second-price** auction, he should just bid this value.

$\rightarrow$ Bidding is trivial (no optimization needed)

- Well-celebrated theory.
- Served as a cornerstone of Google's ad model success in early days.
- Simplifies advertiser problem: Just tell us the value of a click to you.

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088453

# Part 2:
# Uncertainty in value

*Advertiser: But all clicks are not equal to me, I don't know the value of a click before auction but if I win I can measure it!*

Google

Significant heterogeneity
in value of clicks
especially in display ads.

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088454

# How uncertainty in value impacts bidding?

1. Bidding the expected value, **"Truthful bidding",** is not optimal!
2. It is hard to predict due to **"censored"** training data:
   Observed data is biased! We only observe value of clicks that we won, but we need to predict the value of queries that we are competing for.



Google                                                           Confidential + Proprietary

Most of

# Hidden information of competition

Allstate and Geico are competing on http://InsuranceReview.com.
Geico bids higher for users that already visited its website (Remarketing).

Allstate bids $1 cpc but sees:

- **For 10% of clicks:**
    - cpc = $0.95
    - avg(value) = $2
- **For 90% of clicks**
    - cpc = $0.5
    - avg(value) = $0.89

avg value over all clicks = $1

Google



GOOG-DOJ-AT-00088456





# Hidden information of competition

Allstate and Geico are competing on http://InsuranceReview.com.
Geico bids higher for users that already visited its website (Remarketing).

Allstate bids $1 cpc but sees:

- For 10% of clicks:
  - cpc = $0.95
  - avg(value) = $2
- For 90% of clicks
  - cpc = $0.5
  - avg(value) = $0.89

avg value over all clicks = $1

These are the clicks that Geico is bidding high on.

These could be the users that have visited Geico before.
→ They have more interest in buying insurance
→ They bring more value for Allstate.

Google

# Hidden information of competition

Allstate and Geico are competing on http://InsuranceReview.com.
Geico bids higher for users that already visited its website (Remarketing).

Allstate bids $1 cpc but sees:

- For 10% of clicks:
  - `cpc = $0.95`
  - `avg(value) = $2`
- For 90% of clicks
  - `cpc = $0.5`
  - `avg(value) = $0.89`

`avg value over all clicks = $1`

These are the clicks that Geico is bidding high on.

These could be the users that have visited Geico before.
→ They have more interest in buying insurance
→ They bring more value for Allstate.

Should Allstate continue bidding $1?

Google





# Hidden information of competition

Allstate and Geico are competing on http://InsuranceReview.com.
Geico bids higher for users that already visited its website (Remarketing).

Allstate bids $1 cpc but sees:

- For 10% of clicks:
  - `cpc = $0.95`
  - `avg(value) = $2`
- For 90% of clicks
  - `cpc = $0.5`
  - `avg(value) = $0.89`

`avg value over all clicks = $1`

Google

GOOG-DOJ-AT-00088460



# HDMI: a market model to predict result of any bidding rule

Features:
0010101010010100
1010010010010101
0010010101010100
1010010010100100

Step 1: map user features to few scores/signals (dimension reduction)

Smartass pCVR,
Brain pCVR,
PEAR pCVR,
...

Google

Confidential + Proprietary



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088462

## HDMI: a market model to predict result of any bidding rule

- Any bidding rule draws a hypersurface that separates the space to "won" vs "lost".
- The goal of the bidding optimization is to separate in a way that we win all users with
  E[Value - Cost] >0



Google

Confidential + Proprietary score

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088463

DTX-822 Page 13 of 32

## HDMI: a market model to predict result of any bidding rule

- **Challenge:** Build a model for market from partial biased data as buyer often has only access only to whatever he won in the past.
- HDMI recognizes this limitation in data and does appropriate correction.

Google



Confidential + Proprietary **score**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088464



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088465

# Observation: auction discount is much higher on Google Second-price auctions

| Exchange | Auction discount = cost / bid |
|---|---|
| AdX | 34% |
| AdSense | 40% |
| External Exchange | 11% |

We can not audit the code but we can run experiments to lower the bid on a small fraction of users and see what happens?

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088466

## Project Poirot

- **Detective Part:** Poirot explores the auction space using multiple experiments with various z values.
- Experiment data will be fed into a ML to learn how surplus varies vs bid multiplier in various segment of inventory



$$surplus = \sum_{imp\ i} (value_i - payout_i)$$

- **Judicial Part:** Poirot acts as a fair judge an adjusts the advertiser's bid in order to maximize surplus

Google

Confidential + Proprietary





## Result:

## Market shift to first price

Google

Confidential + Proprietary

Part 5:
Where we are
and
Where we want to be?

What should we do for Google AdX?

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088470

# Where we are

- We started with the second-price auction to make bidding truthful and easy!
- Even with second-price auction bidding is not trivial. (Bidder should actively model the market).
- Second price auctions is not verifiable. (Unless audit the code!).
- The rest of the market is shifting to the first price auction.

Google

Confidential + Proprietary

# Where we will be

- **Transparent first-price auction:** Highest bidder wins and pays her own bid. But the winner gets to know what the second highest bid was.
- **Advantage:** No need for bid-lowering experiments for price discovery.
- At Google we are converging to this solution as a step forward but we have not seen all the episodes of this show!

Google

Confidential + Proprietary



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088473



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088474



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088475



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088476



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088477



HIGHLY CONFIDENTIAL



## More: search for HDMI on Moma

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088479

## V1 Solutions

1) **Advertiser can compute E[value] from historical data and use that as the bid.**

2) **E[Value] may vary based on many features.**
   Advertisers have access to small subset of them in UI, we has access to a lot more.

1) **Tell us the value of past clicks and we build a ML to predict E[value] of future clicks based on a long list of impression features.**



Google

Confidential + Proprietary



# Optimal Bidding in second price auctions

Previous bids = training data

| E[value] | Bid | Highest bid | win | value |
|---|---|---|---|---|
| $1 | $1 | $0.9 | Y | $1.5 |
| $1 | $1 | $0.2 | Y | $0.5 |
| $1 | $1 | $1.2 | N | NA |
| $1 | $1 | $1.4 | N | NA |
| ... | ... | | | |
| $1 | $1 | $0.5 | Y | $1.0 |

Google

Confidential + Proprietary

## Using information in highest other bid (HOB)

At the time of bidding the HOB is not known, however
we can calculate expected profit margin for different values for HOB.

There is one value for which the advertiser profit would be zero (break-even point).

By submitting this value as the bid, advertiser buy all of queries with positive "expected" margin and loses the auction for all queries for which he has negative expected margin.

HDMI is the system we built for solving such bidding optimization.

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00088482