Control Number :        GOOG-AT-MDL-009068311

All Custodians :        Christian Cramer, Cristina
                        Bita, Kristen Gil, Kristin
                        Reinke, Mike Herring, Mike Roszak,
                        Ruth Porat, Yuki Richardson

Custodian :             Ruth Porat

Date/Time Created :     1/16/2020 10:37 PM

Date/Time Sent :

MODIFICATION DATE :     1/18/2020 2:31 AM

File Name :             Final Allocation
                        Methodologies_Jan
                        2020_1MbVTolepoOMc69xqiWsIr
                        FI8fhjsH1deo_ZyYs-j3Yg.pptx
                        ; Final A...

## Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence – Ability to influence |
|---|---|---|---|
| TI | Machines, data centers, networking, TI payroll (ex SBC) | Usage-based as per Resource Economy | Machine utilization due to ordering behaviour / forecast accuracy - **High** |
| | TI SBC, Corp Eng, Security & Privacy | Corp Eng: HC (FTEs and TVCs that have assets/equipment) TI SBC: In proportion to RE | Code reliability and scalability, and reduction of PA specific applications - **Medium** |
| Shared Eng | Eng teams supporting x-PA (e.g., payments infra, ads eng, eng interns) | Business Finance provides allocation rates, method varies case by case. | Shared Eng HC resourcing decisions - **High** Shared Eng Platforms/Tools Usage - **Low** PA-specific Platforms/Tools Usage - **Medium** |

Alphabet / Google

TI Price Variance

GOOG-AT-MDL-009068311

# Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence |
|---|---|---|---|
| REWS | Rent, building and fit-out depreciation<br><br>Security, transportation, employee perks, food | SqFt<br><br>Headcount | Office locations, office density, seated HC – **Medium** |
| POps | Staffing<br><br>HRBPs, ops, PeopleDev, benefits & comp | Offers accepted<br><br>Headcount | Volume and location of net hires, including accurate demand signals – **Medium** |
| Global Affairs | Legal, Government Affairs & Public Policy, Trust & Safety, and Google.org | Mostly direct, otherwise survey | Streamlining and standardization of contracts could lower costs – **Low/Medium** |
| Finance | FP&A and Accounting teams | FP&A: Survey, Acctg: POs/invoices/rev | **Low** |
| Central | Bad debt, VAT, and other taxes and other unallocated costs | Mostly direct, otherwise survey | **High** |

Alphabet / Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068312

## Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence |
|---|---|---|---|
| Sales | Salesforce and related support costs | By survey to assess product focus | Product complexity - **Medium** |
| Marketing | A&P plus marketing HC | A&P directly coded to PA, otherwise survey | Decision on PA-specific $ spent - **High** |

Alphabet / Google

Confidential & Proprietary

GOOG-AT-MDL-009068313



Tl;dr list of what we consider to be the most important changes/decisions needed coming out of the deep dives

GPI drivers most likely combination of HC metrics, direct coding to PA's

For 2018, the following was the split for House Ads CAC:
DVAA: $161m
Search Ads: $23m
YouTube: $98m
This was netted out through Stewardship: $282m of contra expense

GOOG-AT-MDL-009068314



Details of allocation methodologies



# Allocations: Keywords and Definitions

| | |
|---|---|
| Directly Coded | • Costs that are directly coded to a product code, which is mapped to a PA from the relevant cost pool |
| Needs Allocation | • Costs that need to be allocated out to PAs from the relevant cost pool |
| Allocated from Others | • Costs allocated to the function/PA from another function/PA |
| Survey | • Assigns costs from 'needs allocation' bucket to a PA based on survey results<br>• go/turboallocrates |
| Sweep | • Any remaining costs not assigned to PA is distributed in the same ratio resulting from the survey<br>• Ensures 'completeness' of cost allocation |

Alphabet



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068317



Need to solve for Stewardship cost; Items that are coded into the z99 bucket- Ok to utilize the sweep methodology for this.



Need to identify what truly belongs in Stewardship

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068319



Reviewing to update/change current methodology to allocate out more of the GPI costs that gets allocated back to the GPI after the survey

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068320



Should we be allocating research $ to the respective PA's instead of allocating back to research

-Question for the leadership at allocation reviews



Current Methodology

# Corp Eng Allocation - Movement of a Corp Eng Dollar (FY 2018)

[redacted]

**Alignment on Methodology**

[redacted] based on drivers (HC, Assets, Revenue)

Any remaining costs are allocated via survey (go/turboallocrates) and then swept

| | |
|---|---|
| FP&A SignOff | Patrick Walch (Finance Director) and Coy Ross (Finance Manager) |
| Accounting SignOff | Molly Murphy (Fixed Assets Manager) and Lily Yao (Corporate Accounting) |

- No update or change recommended
- A change or an update is recommended

Confidential & Proprietary



*includes the $5B EU fine coded to Platforms & Ecosystems PA□**proforma without $5B EU fine



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068324



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068325



Scott Kleman:  The trace-ability of cost and ability to explain input / output changes in the model is not satisfactory. In order to get improved reporting and trace-ability, we may need to simplify / change the model.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068326



GOOG-AT-MDL-009068327

DTX-877 Page 18 of 29



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068328



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068329



Watch List:
Friends of search
TI costs
Core Systems
Assistant

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068330



Watch List:  House Ads

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068331



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068332



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068333



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068334



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068335



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068336



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068337





HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068338