

Host: subir

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554704



Amit

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554705





GOOG-DOJ-AT-00554707



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554708

## Logistics Reminder

- Please stick to allocated time. Reminders issued when 5 mins left
- Follow presenter's guidance: asking questions during or after the presentation
- Any required follow ups/additional questions past time - enter them directly to the notes doc
- Note takers - keep AIs and follow up discussion in go/adspam-strategysummit20-notes

Google

Misha - 40 sec

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554709





Speaker: Subir

HIGHLY CONFIDENTIAL



Mission can help answer the big questions...

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554712



Alignment on and understanding of key challenges to prepare for 2021 planning (prepare for writing strategy docs for the APaS summit.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554713



The words may be different between how T&S states the mission and how eng states it, but they are both are closely aligned on defending our ads ecosystem against IVT. Puneet explain that T&S' mission closely aligned.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554714



Speaker: Per
Invalid traffic should not be material enough to impact or affect where or how an advertiser allocates budget.

Online advertising ought to get to the same point as some other "mature" areas - for example credit card: As long as you take basic precautions, few credit card holders have material concerns about credit card fraud.  Our dream is a future world where advertisers that take basic precautions (e.g., not buy "too cheap to be true" inventory from questionable sources that are not accredited) will not have to worry about invalid traffic and ad fraud in any material way.

Note: As with most other security/fraud areas, we'll "never be completely done".  After achieving the "end state" we expect to continue to invest in invalid traffic defenses to maintain that "end state".
Overall guiding principles are available in docs (provide references[1][2])

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554715



Speaker: Per
This is a bit of a moonshot.  Reminder that SI needs to be specific - know when you reach it.
Note that this includes defended (aka caught), undefended (aka uncaught), and unknown (see go/adspam-framework for definitions) non-policy invalid traffic; however, since we cannot measure/quantify the unknown category we'll only use defended and undefended as the goal.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554716



Speaker: Per
Mention that we'll do the "work breakdown structure" like for SI - define the next level down and each sub-team will also define their respective SIs.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554717



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554718



Speaker: Subir

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554719



Speaker: Subir

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554720



Speaker:Puneet

T&S also organizes itself in verticals & horizontals - 4V & 1H. As you can see, there's many similarities how Eng organizes it. Also have project based WGs like Impression spam and a few others.

What T&S does - categories of work...departure from how we used to call Ops and now this new language.

*Enforcement can include: credits | claw back | termination | zombie | suspension | throttle | warning | reinstate | payment hold | sweeps | blacklist maintenance | contract renewals | workflows / comms | Inbound leads: Appeals | Consults | ML | Governator | Throttling | research | SafetyNet | Escalations |  alerts  | Smart Leads).

** Product insights can include: product risk assessment, product roadmap, product strategy, new format analysis, tools, cases, contract review, pub comm

Add'l details on each category available here.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554721



Speaker: Per

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554722

## AdSpam's A&C annual goals recap (1/2)

Build trust in Google's advertising metrics by reducing invalid traffic to advertisers, users and publishers

- [Build Defenses] Reduce AdMob SIVT UDR to below 2% (baseline: ~5.4%) while reducing ad fraud on Google Play by $100M ARR. Projected EOY score: 1.00

- [Network Health] Improve network health by reducing cost-weighted Account Badness Rate (ABR) on AdSense and AdMob by 50% (currently 11% on AdSense and 6.1% % on AdMob). Projected EOY score: 0.70

- [Impression Defenses] Improve impression defenses to reach parity with click defenses for AdMob, AdSense, AdManager, and YouTube (impression based spend and payments account for about $xB ARR). Projected EOY score: 0.70

- [Botnets] Proactively detect >50% of revenue of botnets (incl. "traditional" mobile botnets) that reach "breakout" size in 2020, and reduce average breakout-to-lead latency by 50% to below 90 days. Projected EOY score: 0.70

- [Privacy] Launch issuing TrustTokens and have an approved plan for preserving IVT defensibility without dependencies on 3rd party cookies. Projected EOY score: 0.45

Google

https://docs.google.com/document/d/1vbI8Vb26gVgeubYqJNWqt41kuTcpODVxWglAfc0ansE/edit#

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554723

# AdSpam's A&C annual goals recap (2/2)

(cont.)

- [Metrics] Land continuous monitoring dashboards for Undefended IVT Rate (UDR) for core ads product areas: AdSense, AdX, AdMob, DV360, and [STRETCH] Search, YouTube, and GVP. Projected EOY score: **1.00**

- [Efficiency] Turndown Blitzen and Y deprecated systems to return 480K GCUs. Improve initial leads-to-defense time by 50% (to 3 months) and reduce SWE effort on model validation by 50%. Projected EOY score: **0.75**

- [Signals] Land Adshield 2.0, the next generation of in-app IVT signal collection libraries, and turn down legacy Adshield 1.0 by EOY. Projected EOY score: **0.70**

## Block fraud across PAs using Trust Graph

- [Expand coverage] $200M impact through AdSec & Adspam/Play collaboration . X% fraud reduction for one ARES client (Cloud, Gaia, Gmail, or YouTube). Projected EOY score: **0.75**
- [GA] Achieve Trust Graph GA with ASML integration and T&S onboarding. Projected EOY score: **0.60**

Google

GOOG-DOJ-AT-00554724



Speaker Puneet - strategy doc link here
In T&S, we have 7 priorities and aligned with T&S wide 6 pillars.

HIGHLY CONFIDENTIAL



Speaker: Puneet
*avoid sensitive ppl issues

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554726



Speaker Puneet
Bonus slide if needed - link to OKRs here quickly skim through the slide as most of it should align with common goals.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554727





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554729



Mission is critical for driving other elements that we need to run the business

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554730

# Strategic Intent

A declaration of an ambition that concretely describes the desired end-state.

*"How will we know when we are done?"*

See go/strategic-intent *for a more detailed explanation of strategic intent.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554731

# Which one do you think is better?

"Develop digital readiness for the transformation of the 21st Century to modernize Britain and create a more digitally-literate country."

Or

"To get everyone in the U.K. online by the end of 2012."

*- Martha Lane Fox, Appointed as UK's Digital Champion*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554732

## Example: AdSpam Sales Enablement

100% of our sales (and support) teams are *autonomously* able to communicate our AdSpam efforts with anyone, anywhere, anytime.

*Put differently: zero inbound requests to AdSpam Advocacy XFN team for individual help discussing ad fraud with customers.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554733

## Planning overview

**Strategic/annual planning (once a year)**
- Strategy updates
- Strategic intents (at AdSpam and sub-team levels)
- Annual OKRs (A&C level and sub-team level)

**Quarterly OKR planning (every quarter)**
- Team OKRs
- AdSpam A&C level OKRs (small subset of key OKRs)

Strategy updates are directional
Strategic intent is more open ended (can span multiple years)
Annual OKRs are more specific and time-bound?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554734

## "Half year OKR planning"

Suggested: Partially follow a "half-year planning" approach

- Half-year (6 months) planning tasks [in Nov/Dec for H1, in June for H2]
  - Gather input from and align with stakeholders
  - Review new trends/strategic changes/etc
  - Stack-rank projects
- Every quarter planning tasks: "official quarterly OKR planning"
  - Estimate efforts
  - Assign resources
  - Above/below the line decisions
  - Enter into EasyOKR etc

Goal is to reduce the planning overhead in a pragmatic way

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554735



Speaker: Per
While quarterly OKRs are a great way of planning near-term work, the OKRs approach tends to fall short when it comes to strategic planning and management. Why? → Because OKRs are bound to arbitrary durations of time.  As a result, teams, organizations, and PAs may find themselves optimizing for the short-term.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554736



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554737



Speaker: Per

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554738



Speaker: Per
Strategic intents inform/drive OKRs
OKRs lead teams to realize a strategic intent.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554739

| Id | Date | Text |
|---|---|---|
| 1 | 06/23/2020 08:45:48 | +bjorke@google.com flagging that the relationship should be called out wrt to the Strategic Intents and how they inform/drive the OKRs. Maybe do so verbally or add some text to the arrows. The key point to drive home is that the OKRs lead teams to realize a strategic intent, and not vice versa. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554740



Speaker: Per

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554741





Speaker: Aruna

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554743

| Id | Date | Text |
|---|---|---|
| 2 | 06/23/2020 14:44:17 | +bjorke@google.com Small nit: Let's rephrase as high-level strategic intents instead of 3-year strategic intents. |
| 1 | 06/23/2020 14:44:17 | This is APaS level slide as it is. The guidance is for 3 years |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554744



Speaker: Aruna

APaS Slides: https://docs.google.com/presentation/d/1N_D989fGKpVq1cuN0UEtFi-EhzgXmyZbxyTLl5kQD4k/edit#slide=id.g5d3751fd3e_3_53

Draft AdSpam strategy doc
July 14:
Solid draft AdSpam strategic intents (4-7 overall SIs; not sub-team specific)
Team: draft strategy doc, strategic intents (2-5 per team), and high-level roadmap
June/July: Stakeholder input, xfn engagement/discussions, etc.
Aug 25:
Final AdSpam strategy doc
Final AdSpam strategic intents
Draft annual A&C level OKRs
Team level final strategy doc, strategic intents, and high-level roadmaps
solid draft x-google engagements (Eg. botnet, TG etc)
solid draft HC/Opex plans
Nov/Dec:
Finalize annual A&C level OKRs (5-8 OKRs)
Q1 OKR planning
Separately: Q3 OKRs

GOOG-DOJ-AT-00554745

Leads summit
3-year strategic intents
Full doc for pre-read
1-3 slides to guide presentation
X-APaS position papers
1-3 slides to solicit input
No doc due for 7/14-16

Strategy summit
2021 plan proposals
Full doc (draft OKRs, project prioritization, HC / OpEx ask, X-google engagement plans, etc.)
1-3 slides to guide presentation
Final X-APaS position papers
Full doc for pre-read
1-3 slides to guide presentation
Note: full X-APaS position papers are due 8/3, but will be shared / iterated up to the strategy summit

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554746

| Id | Date | Text |
|----|------|------|
| 3 | 06/23/2020 09:25:50 | +bjorke@google.com same here. Suggest striking 3yr from strategic intents (we don't want to frame as time-bound?) |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554747



## X-APaS 2021 Position Papers (AdSpam related subset)

**Future of our content understanding ML infrastructure:** Given the myriad of systems we have across APaS (and PGP/AVID) around content understanding (images, sites, etc), what is our infrastructure strategy to ensure we are not too siloed and reinventing many wheels?

● AdSpam, AI, HUES (shepherd: Rob Malkin)

**Security, Privacy, and On-Device:** We often see privacy and various safety/security efforts at odds with each other (privacy has a natural tendency to want to reduce signal availability, security often depends on more and more signals). We have dabbled in on-device as a possible path to balance these tradeoffs. Given what we have learned in 2020, what is our 3 year vision around transparency, control, and on-device principles?

● AdSpam, HUES, UX (shepherd: Alejandro)

**Team Culture:** Improving our team culture and dynamic is a long-term challenge. What can we do short, medium and long term to improve EDII and empower diversity in the team?

● Mike, Tyese, Reid, Karin, Subir, TBD? (shepherd: Tyese)

Google

Speaker: Aruna

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554748

| Id | Date | Text |
|----|------|------|
| 1 | 06/23/2020 23:49:35 | @aruna@google.com |
| | | What's Alejandro's ldap? |
| | | Should we be engaging with the on-device x-apas 2021 position paper? _Reassigned to Aruna Kommu_ |
| 2 | 06/23/2020 23:49:35 | aborgia , FYI, Subir mentioned in the summit that he will connect the right group to Alejandro. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554749

## Building for the future

**One-time efforts**
- Platform investments
- Infra/tool migrations (what we know of: Zoomout | New: TBD)
- Others?

**Recurring efforts**
- Engineering and product excellence efforts
- MRC (2 or so audits per year)
- SOX (every year)
- Resource Planning (yearly & quarterly)

*Reminder: Be empathetic and supportive of asks across sub-teams within AdSpam*

Google

Speaker: Aruna

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554750



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554751



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554752



Outline

- Enforcement and training – prod models, TPU training, prebid and pre-budget, teacher/student training/serving (akademia), launch automation, experiments (rasta integration), lower latency policy
- Turndowns
- Simplifying signal ingestion and data governance.
- Standardizing downstream spam processing – credits, spam/unspam/retractions
- Machine constraints
- Preparing for Privacy, on-device

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554753



State of AdSpam Platforms

Famous picture that we use to scare Nooglers in AdSpam. At times this has also
helped in convincing senior leadership to do some painful investments.
But instead of focusing on the complexity I want to emphasize the strengths.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554754



Biggest strength is flexibility.
Training & enforcement - joined logs vs just the bare QEM or just the bare CEM
Enforcement options at different timescales - different options have different impact
on the business and our advertisers; These also come with tradeoffs around what you
can train with.
Protecting advertiser budgets & users against different kinds of spam

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554755

## Scaling the platforms - Highlights

- **AsPol (AdSpam Policy)** - The new policy rule enforcement system.

- **Memento** - The new stateless enforcement system.

- **RTAS on all stacks** - CAT2, Click pingback, Call tracking, Viral, Search, DFP, Xbid.

- **ASML enforcement** at click ping back and prebid in addition to post-serve.

- **Teacher/Student training/enforcement** capabilities in ASML.

- **Richer unsupervised techniques** - Representation learning, Active learning, Label propagation, GCN heterogeneous graph processing.

- **Mendel and Rasta integrations** for streamlined experiments.

Google

AsPol - streaming grouping and aggregation

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554756

## Scaling the platforms - Challenges

- **Many more systems** than maintainers - fragmented know-how, monitoring and tooling.

- **High cost** of maintenance - leading to escalations.

- **Cost of tech debt and mandates** keeps increasing.

- **Difficult to reason about** - capabilities, impact, coverage.

- **Inability to invest** in solving other issues - signal ingestion, portability etc.

One of the ways in which we are trying to tackle these challenges is by putting more wood behind fewer arrows and limiting our focus on fewer systems - systems that cover all use cases (policy, non-policy, different enforcement options, different training options) which are built on modern sustainable architectures and technology.

To that end we have an A&c level goal to turn down blitzen which happens to be one of the largest and complicated system in our fleet. Back in 2018 we did a CM that stabilized Blitzen but the cracks are again beginning to show.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554757



Challenges:
- Blitzen non-determinism
- Blitzen lack of past spam capabilities
- No portability
- Incre/decre cannot be measured with metrics

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554758

| Id | Date | Text |
|---|---|---|
| 1 | 06/23/2020 12:08:41 | @jfmatthews@google.com  @vram@google.com sgty? |
| 1 | 06/23/2020 12:08:41 | Q4 seems very crammed given that its a short quarter. XFP/XFA = 7 pipelines (given that xfp views should get done in Q3). |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554759

## Scaling the platforms - Unit Turndowns

| Vertical | Unit | Ongoing work | Unlaunch ETA |
|---|---|---|---|
| Search | Dist | Shadow mode | Q3 |
| | Google | Slim review | Q3 |
| | External YJ | pCC and LGP models in soft launch | Q3 |
| | AFS | LGP models in development | Q3 |
| GDA | - | pXY models in development | Q3 |
| Mobile | - | pXY, pTouchDuration | Q3 |
| Video | - | pXY | Q3 |
| | Taco/TVI | Scoping; Not started | Q3/Q4 |

- Largely making good progress; search &gda -- well defended on asml; mobile &
video - pxy;
- unlaunches are followed by shadow mode experiments for a quarter to study if the
existing defenses are helping capture a unique fingerprint of spam.

- Shoutout to verticals and TnS - Cross team effort to streamline our defenses and
simplify our systems.

- So this is today and how we are walking down the path that we set out in 2018/2019.
But whats in store for the future. Beyond stabilizing and simplification we want to
invest in areas that can increase AdSpam's impact and improve productivity.

HIGHLY CONFIDENTIAL                                                              GOOG-DOJ-AT-00554760

| Id | Date | Text |
|---|---|---|
| 2 | 06/23/2020 16:47:44 | @kendrickb@google.com @jfmatthews@google.com does this look fine. I tried to compile info from the status spreadsheet and Kendrick's doc. |
| 1 | 06/23/2020 16:47:44 | For Afs, something like "sprint to develop PCC and LGP models in July" is the current status. <br><br> Video also has ongoing, required work to launch expanded PCC models. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554761



We want you to be able to not worry about how the data is sourced; you should be responsible for validation of sanity of data and the business logic that makes use of this data but everything else should be automated for you.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554762



This is a broad area that goes beyond Adspam but it is very relevant for our day to day operations. AdSpam is in the business of identify and enforcing IVT - both policy and non-policy. But there have been several incidents in the past where AdSpam annotations are used for correcting experiments that have gone wrong. There are new use cases emerging where Ads looks at AdSpam as a way to correct stats/advertiser payouts.

There are several reasons for this - we have a popular set of APIs and services for picking the relevant events that need to be corrected and we have the systems to produce the annotations that have the intended impact. But are these the correction annotations?

Beyond standardizing and clarifying our role we also want separation of concerns - AdSpam should not be in the business of monetizating IVT/correctons - not an area where our strengths are and we are not properly setup to handle this charter.

## Scaling the Platforms - Today & Beyond 

**Portability and Upstream defenses**

- Toolkit for portability of defenses at different timescales - prebid, pre-budget, post-serve.
- Automatic monitoring, validation, skew detection and other consistency checks.
- Consistent tooling and evaluation capabilities.
  - Helps protect advertiser budgets.
  - Critical for Real time stats.

**Business attribution**

- Build visibility and attribution as a first class use case in AdSpam.

  - Critical to understand impact of our systems
  - Critical for corrections during escalations.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554764



## Scaling the Platforms – Today & Beyond

### Privacy

- One of the biggest challenges facing AdSpam today.

- Expected to at least 2-3x the number of variants of filters.

- **Challenges**

  ○ Scalable what-if analysis and simulation.
  ○ Scaling our defenses for the long tail.
  ○ Ease of rollouts/rollbacks.
  ○ Automatic monitoring and consistency checks.
  ○ Time bound deliverables.

- Lack of clarity on interplay of on-device learning - is this complimentary to the existing privacy efforts or an additional requirement?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554765



And lastly a word from our sponsors - capital engineering

Ex. display doesn't serve the entire corpus of 300+M ads - only 20M at any time.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554766



## Summary: 2018 goals vs 2020 reality

| | Q1 2020 Status |
|---|---|
| **Coverage** Be the AdSpam solution for 95% non-policy spam | 97% |
| **Faster defenses** | |
| • 90% of spam caught seconds, protecting advertiser budgets | 93% pre-budget |
| • Identify and catch uncaught spam 3X faster | 3X faster, $1.2B incremental |
| • 3 week launch from spam leak discovery | 3 months |
| **Production stability** | |
| • Precision guarantee using online quality monitoring | GoldStone monitoring |
| • SLA adherence | 4 escalations past year |
| • <2 SWE/Q oncall overhead | 1 SWE/Q average |
| **Delight the user** | |
| • > 4/5 user rating | 4/5 |
| • < 12 hour model iteration | 10 hour |

Google



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554768



## Accelerating **Identification** using Entity Insights

Automatically annotate each Entity with insights using traffic, content, entity signals

**Anomaly score:** Scores indicating badness with signal-based reasoning

**Related entities:** Entity rings and clusters, entities with same signal fingerprints

**Related badness:** Related to existing or past attack?

**Active learning lift:** How much incremental spam if labeled for MLT

2020 Q2-Q3 Demonstrate feasibility

2020 Q3-Q4 Productionize as part of filter and validation launches

2021 proposal
- H1: GA on all verticals
- H2: Integrate with TnS review tools for **instantaneous** explorations

Google

GOOG-DOJ-AT-00554769







HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554772



## Accelerating signal utilization

*Make it easy to determine if a signal is useful, utilization will follow"*

2019: Manual signal and feature engineering in LGP

2020 H1: Launched VAEs to automatically determine signal buckets weights combinations and importance

2020 H2: A/B experimentation framework: GNNs to utilize both traffic and **entity signals**

We can accelerate a lot more in 2021

**Signal and rule suggestion framework**
- Rank order any set of signals based on potential spam importance
- Suggest rules based on signals to generate ground truth

Google

GOOG-DOJ-AT-00554773



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554774



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554775



## Monitoring Gaps

2019 Q4:

- GoldStone monitoring limited to ASML
- Handful of metrics used in quality monitoring
- No SFRC. Manual blacklists monitoring
- Quantity monitoring spews difficult to explain
- New launches require monitoring configured

2020 goal:

*"Any manual or automated filter is **automatically** quality and quantity monitored with slice-level attribution and 50% actionability"*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554776

## Monitoring Solution

| Gaps | 2020H1 | 2020H2 |
|------|--------|--------|
| GoldStone monitoring limited to ASM. | Demonstrate usefulness of GoldStone monitoring on Search and GDA filters | GoldStone to monitor all AdScam filtration |
| Handful of metrics used in quality monitoring | GoldStone integrated with ASTM. Currently uses 90 metrics | Add all possible metrics (~120). Integrate Botnets metrics |
| No SPRC, Manual blacklists monitoring | | Deploy GoldStone and quantity monitoring for blacklist monitoring |
| Quantity monitoring spikes difficult to explain | Proof of concept with Graph Mining attributing slices to quantity spikes | Productionize and deploy alongside quantity monitoring |
| New launches require monitoring configuration changes | Demonstrate Ensemble Metric is adequate to monitor quality of all Search and GDA filters | Automatically monitor *all* models as soon as they hit live traffic |

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554777

| Id | Date | Text |
|----|------|------|
| 1 | 06/22/2020 18:34:23 | +ykzhu@google.com please check if this aligns with our plans. _Assigned to Yong-Kang Zhu_ |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554778

DTX-951 Page 75 of 181



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554779



GOOG-DOJ-AT-00554780



GOOG-DOJ-AT-00554781



Speaker: Zack

Ads OKR: Land continuous monitoring dashboards for Undefended IVT Rate (UDR) for core ads product areas: AdSense, AdX, AdMob, DV360, and [STRETCH] Search, YouTube, and GVP.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554782

Speaker: Andrew

HIGHLY CONFIDENTIAL



Speaker: Souvik

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554784



Speaker: Souvik

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554785



Speaker: Souvik

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554786



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554787





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554789



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554790



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554791



## Major Privacy Initiatives

- **Web**
  - ○ Chrome's Potassium: Prevent ability to track users across sites (Privacy Sandbox)
  - ○ Ads' Newton: User transparency, choice, and control (opt in/out, who is collecting, delete)

- **Mobile apps**
  - ○ Anning: User transparency, choice, and control (opt in/out, who is collecting, delete)
  - ○ Event Attestation (aka "Secure ADID"): Core technology to make Anning work
  - ○ On Device Ads: "No data should leave your device"

- **Consent regulations leading to cookieless ads** (ePrivacy etc.) (web + mobile)
  - ○ No ads cookie/ADID etc. without user consent (currently in EU)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554792



## What Does This Mean For AdSpam?

- **Privacy for web**: Chrome's "Potassium" + Ads' "Newton" projects
  - How can we minimize the loss of defenses with no 3P Cookies + Anti-Covert Tracking?

- **Privacy for mobile apps**:
  - Anning + Event Attestation: WebViews vs In-App Browsers
    - Different defenses for Display/Video ad traffic within WebViews in Anning?
  - On Device Ads
    - No more logging of individual events (e.g. no more QEM, CEM)

- Web + mobile: **Consent regulations leading to cookieless ads** (ePrivacy etc.)
  - How do we handle loss of 1P/3P cookies/AAID with ePrivacy?

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554793





| | | | |
|---|---|---|---|
| **1P Cookie** | Visitor ID = 1234 | GAID ID = 2345 / Zwieback ID = ABCD | GFP Cookie = 3456 | GA = 4567 |
| **3P Cookie** | Biscotti = BCDE / GAIA = 2345 | N/A | Biscotti = BCDE / GAIA = 2345 | Conversion Cookie |
| **IP** | 1.2.3.4 | 1.2.3.4 | 1.2.3.4 | 5.6.7.8 |
| **UA** | Mozilla/5.0 (Linux; Android 10, Pixel 3a) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/83.0.4103.96 Mobile Safari/537.36.gzip(gfe) | | | |
| **Pseudo Cookie** | 0x123ABC | | | |
| **JS - Screen Dimensions** | 390x600 | | | |
| **p0f OS** | Linux 2.2.x-3.x | | | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554795



KEY TAKEAWAY: Can't track users cross-site (only within same "company")

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554796

## Research we need to explore?

- How can we achieve cross-site based filters (e.g. co-click) with help from Chrome?
  - Chrome's proposed Aggregated Reporting API
  - FLoC IDs?
  - Bloom filters in Chrome with Differential Privacy?
  - Crypto (Secure Multi-party Computation) + Cloud ML?

- Anti-abuse teams want IPs, but Chrome wants us to move away from IPs
  - We're always asked if we can rely less on fingerprinting and more on Trust Tokens

- Can we build defenses only on 1P information with privacy budget enforcement?

- How well will CG (Q3) and Conversion Spam work with Differential Privacy?

- Optimal 1P Trust Token Issuance logic and developing 3rd party issuers (e.g. whiteops tokens)

- How much entropy does AdSpam need w.r.t a privacy budget?

- Effectiveness of Albus and third party IVT detection within Chrome Privacy Sandbox?

HIGHLY CONFIDENTIAL



## ePrivacy & Cookieless ads (August 2020)

- TCF (Transparency & Consent): industry framework for communicating user *consent*
  - TCFv2 cut-off date August 15, 2020 and more user controls.
- **ePrivacy Directive**: EU regulation that requires *consent* to use cookie or similar technology on user's device for non-essential purposes
- Serving cookieless ads:

| Narnia 3 (O&O) | Display | Conversions |
|---|---|---|
| • Zwieback/Visitor ID is a "mixed" use cookie (essential and non-essential)<br>• Proposal: New AdSpam only cookie or encrypted Zwieback/Visitor (Q3 2020) | • Ads related cookies are not essential.<br>• Serve cookieless ads on reservation and app mediation traffic. | • Conversion tracking needs consent.<br>• Project Macaron Code Yellow |

- AdSpam implications:
  - Short term: no cookie based defenses on cookieless traffic
  - Longer term:
    - Modifications to Event Attestation / Trust Token to remove public key
    - On-Device & In-Memory Frequency filtering

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554798

## EventAttestation and WebViews (Q4 2020 -> 2021)

Issues with Hybrid apps
- WebViews have their own cookie jars and separate from AAID/IDFA
  - AdSpam developed Biski to address this
- User Privacy and Transparency controls?
- Ambiguous if dealing with an 'App' or 'Browser'

With Anning – App developers to choose if they are more 'App' or a 'Browser':
- If 'App', then WebView can receive EventAttestation
  - Secure AAID + Basic DroidGuard attestation + Confirmed WebView!
- If 'Browser', then (long term) WebView removes 3P cookies and should use Chrome's Privacy Sandbox APIs

Open questions:
- GDA fragmentation? GDA web and GDA app?
- Is AGSA or Facebook app more 'app' or 'browser'?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554799

On-Device Ads (Project Leibniz) and AdSpam

- M1 milestone - AdMob/DRX app inventory, GDA interstitial + DV3 video demand

- Opportunities for *new personalization signals*, but many challenges:
  - No more event level logging (QueryEventMessage, ClickEventMessage)
    - How will past spam, recoveries, credits work in this new paradigm?
    - Pre-bid and post-serve filtration?
  - No more GAIA/AAID/Biscotti ⇒ Cookie Frequency defenses move "on device"
  - Train pModels and combiners on device
  - Graph building (LGP or co-click) on device?
  - New threats:
    - Compromised devices stealing the models or tampering with the weights
    - Access user/publisher/advertiser data
    - Reverse engineer on-device auction



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554801

## On-device Spam Fighting with ML: Options

*"What if we have access to no events server-side, only aggregates?"*



- Per-event prediction and enforcement on-device
- **Several challenges**
  - AdSpam Specific
    - How to build meaningful base model using only aggregated features?
    - How will model monitoring work under differential privacy?
    - Several techniques to "fine-tune". Which technique? How to validate without access to data?
  - General
    - How to prevent stealing and reverse engineering of model and enforcement mechanisms
    - Unclear serving feasibility at AdSpam scale
    - On-device model size, complexity constrained by memory and battery budget

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554802



Necessary "remedies", but leads to more complexity?

GOOG-DOJ-AT-00554803

DTX-951 Page 100 of 181



## Call To Action

Privacy changes affecting AdSpam are starting **now**!

Be mindful of privacy changes that's coming within ~2 years vs longer term efforts (e.g. on device).

Do we continue to launch web-based defenses using entities/signals that we know are going away within 2 years (e.g., 3rd party cookies, detailed UA and IP, other high-entropy signals)?

Request teams start investing time in new web-based defenses using alternative signals and approaches.

*Note: Privacy Team has limited resources with ~3 SWEs and 1 T&S*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554804



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554805

DTX-951 Page 102 of 181



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554806



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554807



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554808



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554809



Misha - 40 sec

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554810



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554811

| Id | Date | Text |
|---|---|---|
| 1 | 06/24/2020 04:49:32 | +andresf@google.com +subir@google.com +aruna@google.com Added the strategy slides - will check early Wed morning if you have suggestions for improvements. |

GOOG-DOJ-AT-00554812



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554813



New platform/infra allows us to take it to the next level - what innovations can we build on top of our infra?
We are developing new and promising approaches - clustering, risk modeling, organic labeling, etc.
We are getting much better at leveraging data across Google
Industry collaboration, standards, and hardening the ecosystem is gaining momentum
I think we are ready for take-off to new levels of IVT defenses.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554814



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554815



**1) Close gaps in IVT defenses and address largest IVT risks**
**Minimize IVT risk by addressing areas with weak defenses across Google's ads products, and address the largest IVT risks.**
**2) Ensuring long-term sustainable IVT capabilities: Build for the future**
**Ensure that AdSpam is able to effectively protect Google's ads business in the future: win the arms race with bad actors, adapt to ongoing shifts in privacy approaches and other ecosystem changes, and evolve in tandem with Google's ads products.**
**3) Support safe growth of new ads business**
**Support the sustainable growth of new business opportunities like new ad products, new formats, new environments, new deals, etc. across all of Google's ad product portfolio.**
**4) Protect Google by increasing IVT defenses and trust across the industry**
**In order to effectively fight and prevent IVT and ad fraud within Google, we need to increase IVT defenses and trust across the industry at large to minimize overall systemic risk.**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554816

# 1) Close gaps in IVT defenses and address largest IVT risks

**Description**: Minimize IVT risk by addressing areas with weak defenses across Google's ads products, and address the largest IVT risks.

**Challenges**:
- Large number of surfaces to defend (products, formats, devices, event types, logs, etc.)
- Adversarial nature means we can't launch in a "set it and forget it" mode
- Sophisticated fraud is attractive for some companies and cyber criminals
  - They are highly skilled and can mount sophisticated and scalable IVT operations (attacks)

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554817

## 2) Ensure long-term sustainable IVT capabilities: Build for the future

**Description**: Ensure that AdSpam is able to effectively protect Google's ads business in the future: win the arms race with bad actors, adapt to ongoing shifts in privacy approaches and other ecosystem changes, and evolve in tandem with Google's ads products.

**Challenges**: Developing a deeper understanding, more comprehensive knowledge, and better methods, tools, and techniques to
- scale with Google's evolving ads products
- adapt to dynamic  and increasingly sophisticated bad actors
- maintain defenses in the new privacy-first online environment.

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554818

## 3) Support safe growth of new ads business

**Description**: Support the sustainable growth of new business opportunities like new ad products, new formats, new environments, new deals, etc. across all of Google's ad product portfolio.

**Challenges**:
- Providing IVT defenses for new products and deals that may not "fit the mold"
  - new interaction models
  - not using "standard" ads backends (e.g., logs)
- Supporting custom deals while maintaining economy of scale and avoiding one-off solutions
- Achieving defensibility in environments that lack signal collection

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554819

## 4) Protect Google by increasing IVT defenses and trust across the industry

**Description**: In order to effectively fight and prevent IVT and ad fraud within Google, we need to increase IVT defenses and trust across the industry at large to minimize overall systemic risk.

**Challenges**:

- Sharing information without
  - leaking privacy sensitive data
  - giving the secrets to "bad guys"
- Hard to motivate an industry mostly focused on short-term revenue to invest for the long-term sustainability
- Lack of ground truth/effective advertising ROI metrics makes it hard to justify investments
- Monetary incentives not always aligned with sustained and effective IVT defenses

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554820

# Topics to consider for L2 strategic intents

Some ideas/food for thought:

- Not relying on 3rd party cookies for AdSpam defenses
- "Connect the dots" leveraging data from across Google (Trust Graph etc)
- Impression defenses on par with click defenses
- Know your users and partners (entities, pubs, supply partners, sites, apps, etc.)
- SIVT level defenses for all DCLK products
- Productivity/time from attack to launch
- Use organic labeling across all areas
- 95% of all IVT from cases covered by major press outlets have been filtered by Google

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554821



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554822



GOOG-DOJ-AT-00554823

DTX-951 Page 120 of 181

Trust Graph Powered Analysis | 30 mins

PST: 8:15am - 8:45am
GMT: 4:15pm - 4:45pm
IST: 8:45pm - 9:15pm

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554824

## Building for the next generation of AdSpam impact

- Thesis: as our ads products continue to grow in size and complexity, and as bad actors continue to innovate, the key to our success will be our ability to scale

- There are many components to scaling (including automation), but we will always be dependent on human insights to understand the problem space

- Building tools that enable our analysts and engineers to achieve maximal impact will be a critical part of AdSpam's success

- TrustGraph, and apps using TG data (eg. TG Insights, Telescope, and SmartLeads), will be key drivers of innovation in detection and our ability to scale

Speaker: Zack

a) educate (feedback I keep hearing is folks dont know the vision/plan)
b) build enthusiasm (some selling on the future potential - but not overselling)
c) feedback / alignment

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554825



Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554826



Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554827



Talking points:
analysts can browse data using a combination of graphs and tables
mention that we have graph extraction (aka graph query language 0.5) as input
first version of this will be Smartmeter
would like to get feedback on the possibility of integrating this with other investigation
tools

| Id | Date | Text |
|---|---|---|
| 1 | 06/22/2020 21:14:25 | @xinzhao@google.com Please take a look at this slide and the next one. I plan to verbally say that these 2 UI would be combined at some point in the future in Smartmeter. Does this sound good to you?<br><br>@zacharylf@google.com for a FYI<br>_Reassigned to Xin Zhao_ |
| 1 | 06/22/2020 21:14:25 | SG. This is indeed our plan. The graph help visualize the most relevant clusters/nodes, while tables provide detailed info and highlights from users' interpretation on signals. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554829



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554830



Might skip this if we don't have time

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554831



Unified Trust Graph -> Trust Model -> Trust Score

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554832

## Recent Wins: (Q1/Q2)

- Within Adspam:
  - ○ [Q2] User Trust Graph ($35M ARR)
  - ○ [Q2] Mobile Model Disruptive Ads v3 ($8.1M ARR)
  - ○ [Q2] AdspamRisk - AdMob Unified Model ($100M ARR)
  - ○ [Q1] AdspamRisk - Online Graph Mining ($11M ARR)
  - ○ [Q1] AdspamRisk - Admob Risk Propagation Model ($12M ARR)

- Outside of Adspam:
  - ○ [Q1] AI^2 - Offline Graph Mining for UBP ($40M ARR)
  - ○ [Q1] Android App Security Eng - 12k developers caught annually

There are some launches here that we could include.

GOOG-DOJ-AT-00554833

| Id | Date | Text |
|----|------|------|
| 2 | 06/22/2020 18:10:38 | @kalpa@google.com |
| 3 | 06/22/2020 21:17:47 | Just added ones from here:<br><br>https://docs.google.com/document/d/1AN7Ht8j6rwtGVUYwZe0Ia2HI8fCbsSzF20NWHdcqs2Y/edit# |
| 1 | 06/22/2020 21:26:21 | I am unable to edit but we should add these launches too -<br>https://docs.google.com/presentation/d/1z7iyGGJEL8Kf9Rb1Ily7VwTbgUH1OH568SlwM0z6BTc<br>/edit#slide=id.g7e4601850f_1_0 |
| 1 | 06/22/2020 23:34:41 | +hsiaosu@google.com Do you have any material on early wins for UTG and  AdSpam Risk we can highlight here? |
| 4 | 06/22/2020 23:34:41 | I filled out a few more from here:<br><br>go/tg-impact&engagement-tracker |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554834



Simplify this slide, stress that we'll make privacy easier.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554835



Skip this

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554836



Talking points:
analysts can browse data using a combination of graphs and tables
mention that we have graph extraction (aka graph query language 0.5) as input
first version of this will be Smartmeter
would like to get feedback on the possibility of integrating this with other investigation tools

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554837





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554839



The goal of this session is to seed a conversation about the big picture trends and challenges facing AdSpam as we go about our 2021 planning.

This isn't a TED talk, I don't have a crystal ball, but hopefully this will start a useful discussion and help us frame our annual strategies in a way to address some of these challenges.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554840

## AdSpam operates in a complex and dynamic space

- The Digital Ads Ecosystem is constantly growing and evolving
- Google is itself a large, complex organization with a wide array of products both new and established needing AdSpam support.
- AdSpam has been relatively successful in standardizing our policies and requirements to enable us to scale across Google's ads business and integrate most new products.
- However, there are an increasing number of new products and requests that don't fit neatly into our standardized solution, requiring custom work and constant realignment.

**The main drivers of complexity appear to be accelerating. What else can we do to get ahead of the problem?**

Google

AdSpam operates in a really complex space. Externally, the digital ads ecosystem is growing, evolving, and maturing - reaching new forms of media.

Internally, Google's variety of businesses, infrastructure, and organizational structure is extremely complex in its own right.

We've developed ways to help us navigate complexity (like alignment), and address it more structurally through standardizing our integration requirements, and innovating in our analysis methodologies and infrastructure (eg, ASML, TrustGraph, Organic Labeling).

This has helped us be relatively successful in both supporting new product requirements and feature requests, and scaling our defenses across Google's wide array of businesses, as part of our "standard solution"

The emerging trends that are driving the complexity we deal with on a daily basis, originating both internally and externally to Google, are pointing to an expansion in variety and diversity of online ad experiences for users and platforms where they happen.

As a result, we're increasingly seeing requests fall outside of these standard processes and solutions, requiring custom work and constant alignment.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554841

As we go through strategic planning, how can we get ahead of these trends? Are there any asymmetric bets we can invest in in 2021?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554842



Starting with external trends:

The ads ecosystem follows user behavior. Increasingly, users are engaging with ad supported content across a higher number and wider variety of devices. We've all heard about the shift from desktop to mobile, and now we're seeing the beginnings of a shift to wearables, smart speakers, and connected TV devices. New devices, ad formats, attack vectors, signals and collection mechanisms, all require additional attention from AdSpam.

The second trend to call out here is similar - as the digital ads ecosystem matures, we're starting to see a shift in "traditional" ad spend moving to digital, and from digital to programmatic. While CTV, DOOH, and Audio are all multi-billion-dollar markets already, look at how much is still spent on their traditional siblings -- over $250B!

Not all of this will move to digital, and what does isn't going to move all at once, but I think this does at least hint that we'll continue to see continued growth in these new areas for the years to come.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554843



Within Google, we're increasingly seeing an effort to consolidate ad format and inventory offerings, to allow advertisers to run the same ad in more places. For example, if you look at recent developments in the YouTube app, you'll notice AFS ads, Shopping ads, and Feed ads have been incorporated into the Home and Search pages.

At the same, innovation in formats and billing models are challenging some of AdSpam's assumptions around expected user interactions, metrics, and even logs and event-hierarchies.

For example, in immersive formats on Search such as Shopping, Local Services, or Maps, we often log multiple clicks for each ad - the first is to open the immersive, the second is the ad click. Enhanced Conversions have found that their requirements can't be met with the AdEvents logs.



By way of example: CTV, Audio, and DOOH are the "next big thing", and incorporate a lot of these trends.
[DEFINE THE TERMS]

We're the furthest along in our defense of CTV, and so far, we've tried to apply the standard AdSpam playbook.

As we expand down the long-tail of CTV devices, and into smart speakers and billboards, do we need a different approach? How does the definition of IVT change for these formats?

Recent shifts if Mobile app advertising and related abuse vectors are also rapidly changing, and challenging us in unique ways - I believe Zack is going to cover some of these in a future session.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554845



So how do these trends affect AdSpam?

These trends are pointing to two new business requirements that we'll need to find a way to support.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554846

## AdSpam Challenges

These new requirements will pose some significant challenges for AdSpam:

- **Signal Collection:** As the number and variety of device platforms and implementations needed to support the ads business expands, it will be difficult to ensure adequate and consistent signal collection.

- **Non-Standard Implementations:** As more products require custom work from AdSpam, it will increasingly be a challenge to scale and maintain our defenses across all of Google's businesses.

- **Organizational Alignment:** As formats, signal collection mechanisms, and device platforms shift, does our organizational structure and vertical/horizontal team structure set us up for success?

- **Elevated Operational Costs:** Any gaps or shortcomings in our approach to defending new products increases the operational burden on our T&S teams.

Google

And becoming flexible enough to support those new requirements won't be easy.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554847



So as we go through this strategic planning summit and related exercises, I think
there are a few key questions that I hope we can keep in the back of our minds.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554848



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554849

| Id | Date | Text | |
|----|------|------|---|
| 1 | 06/16/2020 22:03:35 | @spacemanspiff@google.com @atali@google.com | Proprietary + Confidential |
| 1 | 06/16/2020 22:03:35 | @sulabha@google.com I think you had a couple slides to share too | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554850



Organic Labeling (OL)

*Organic Labeler is one that labels entities having no evidence of spam*

Slides heavily stolen from a bunch of different slide decks by rahulmah@.

HIGHLY CONFIDENTIAL



Uncaught spam << 0.5%.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554852



Uncaught spam << 0.5%.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554853



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554854



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554855



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554856



rahulmah: As per OL insights we know that at least 30-40% FPs are in form of collateral damage and turn downs are not the complete solution? We expect this to be the case across verticals as well.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554857



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554858



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554859





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554861



Impression Spam – Problem Statement

*Ad impressions are much less well-defended across Google's ad products than are ad clicks...*

*...yet impressions represent > 50% of total monetized ad spend.*

As of early 2020, the dollar-weighted pure CPM-based IVT rate is 1.6%, vs CPC-based IVT rate of 8.1%

*Meanwhile, publishers already have, and face new incentives, to inflate impressions: Impressions are already the event by which GAM publishers are paid for monetization, and will be for AdMob in 2020, and AdSense in 2021.*

Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554862



Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554863

## Impression Spam – Vision and Goals

**Vision:** *IVT on ad impression is as equally well defended as IVT on ad clicks.*

Goals, in order of priority:

1) We do not charge advertisers for invalid impressions, wasting spend and eroding ROI.

2) We do not pay publishers for invalid impressions, incentivizing more fraud and abuse.

3) We protect both advertisers from underfiltration and publishers from overfiltration.

Google

Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554864



## Impression Spam - Roadmap

**2019 - Launch impression-based signal collection technology across all product surfaces**

**2020 - Launch impression defenses**
- Establish principles for how to evaluate and enforce impression spam (go/impression-spam-principles)
- Launch monitoring dashboard for impression spam gaps
- Launch high impact impression filters for AdSense, AdMob, GAM and YT
- Design and develop Project Fauve (go/fauve-prd)
- Identify (& bridge) gaps in AdSpam tooling to support impression spam workflows
- Launch continuous monitoring of impression UOIs for AdSense, AdMob, GAM, and YT to measure existing impression-based IVT (achieve by "extending" click-based UOI to also cover impressions)

**2021 - Measure success and drive broader improvements**
- Drive adoption of industry standards and technologies, such as Event Attestation, which can help reduce impression spam on other ad networks.
- Develop and adopt "credible grade"-like metric for impressions", perhaps based on click signals

Speaker: Arun

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554865



## Impression Spam 2020

- **Formed Impression Spam Working Group** in Eng, and in T&S
- **WhiteOps Integration based augmented defenses**
  - ○ Albus 3PE (Q3)
- **Direct Impression defenses** (aka native defenses)
  - ○ GDA pCookie/pCTR models doubled query spam rate from 1.08% to 2.00% (extensible(0103)2)
  - ○ Mobile pCookie/pCTR models (Q3)
  - ○ GVP pCookie/pCTR (H2, maybe)
- **Transfer Learning based Impression defenses**
  - ○ GDA Click to Query impression defenses (Q3)
  - ○ Mobile Click to Query (H2)
- Imputations
- Prevention

**Call to Action:**
- **Understand** how CPM and CPC-to-CPM impacts and affects your products
- **Help us** improve our measurement of impression spam, and understanding of top attack vectors
- **Drive** impression spam defenses on your networks, leveraging product specific signals, and shrink the gap

Speaker: Arun?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554866



Speaker: Prachi

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554867

## Impression Spam Principles – A Re-Think

1) **Detecting Invalid Impressions at Scale Requires Using Downstream Events**
   a) TLDR: Can we create an "ImpressionCredibleGrade" to assess baskets of events?

2) **The Law of Spammy Entities – Part 1 – Verdict Transferability**
   a) TLDR: If the clicks associated with a particular entity are spammy, our default position should be to assume the impressions are invalid

3) **The Law of Spammy Entities – Part 2 – Pipeline Transferability**
   a) TLDR: If you determine a particular entity has invalid clicks and impressions on GDA, you should bias towards blacklisting this entity on other demand sources (eg. DV360)

1) **Impression Spam Requires an Appropriate Precision Bar**
   a) TLDR: We should determine an acceptable precision bar for impression spam defenses, which may be lower than for click defenses

go/impression-spam-principles

Google

Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554868

## Impression Spam Solutions – Les Fauves!

- While we aim to launch impression-event classification, there may be limits
    - ○ Transfer learning, imputation, entity labeling – all will help significantly
    - ○ Impression metrics will also help
    - ○ BUT there are probably limits that will prevent complete parity with clicks

- But we can also use auction levers to a) better defend and b) gain information
    - ○ Eg. Project Fisher prevented conv spam, but not by better marking conversion spam

- Proposed solution – **Project Fauve** (what's in a name anyway?)
    - ○ Develop risk models that identify publishers likely to drive impression spam
    - ○ Apply mechanism to shift demand pre-auction from CPM to CPC
    - ○ Metrics, models, and dashboards to interpret observed changes post-treatment

*TLDR: instead of better classifying invalid impression events, lets classify risky publishers, and require them to generate clicks in order to generate revenue*

go/fauve-prd

Google

Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554869





Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554871



Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554872



Speaker: Zack

GOOG-DOJ-AT-00554873

Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554874



Speaker: Zack

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554875

# 2020 H2 Roadmap

| | Reduce latency & expand enforcement | Programmatic signals, verdicts, & leads sharing | Improve detection & classification |
|---|---|---|---|
| Summary | Align enforcement **principles and practices** across top abuse vectors | Eliminate organizational information gaps and maximally **leverage** signals and leads from across PAs | Dramatically **improve both independent and joint** ad fraud **detection & classification** recall |
| 2020H1 Highlights | - Aligned on new Ad Fraud definition, expected to go live in July<br>- Enforcement expanded on Google Play using the Credible Technical Evidence policy | - SmartLeads-Marmot integration completed<br>- Play Auto-suspend launched for high precision flags from AdSpam<br>- Joint enforcement against Cheetah Mobile from AdSpam and Play for Disruptive Ads: $45M AAR | -Launched AdFraud2020 Dash<br>- Landed disruptive ads dynamic detection migration from AppCrawler to Marmoset<br>- Landed Bianca disruptive ads traffic based detection with AdMob data<br>- Landed App CoClick Filter: $4.2M ARR<br>- Landed Caprice filter (pTouchDuration) in ramp up: $19.7M ARR<br>- Developed Unified PubAppRisk model: $140M ARR.<br>- Launched Bianca disruptive ads SmartLeads generator |
| 2020H2 Plans | - El Paso policy bundle (Oct 25) and further enforcement practice alignment.<br>- Inactive ads policy roll out and enforcement implementation with Detox | - Magellan project: improving auto detection and using AdSpam signals to improve Marmot ability to detect<br>- Overhaul of how ASE APK categorization are applied on ads serving | - Developing impression defences (expecting >$50M ARR)<br>- Multisource attribution and measurement in Ad Fraud tracking<br>- Additional SmartLeads ad fraud generators |
| 2020EOY | **ON TRACK** | **ON TRACK** | **ON TRACK** |

Google

Speaker: Zack

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00554876



Speaker: Xin

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554877

## AdSpam, Play, Android Collaboration

- **Leadgen engine**: generate entity-level leads from our event-level detection

- **SmartLeads**: end-to-end support for leads sharing
  - o   leads signal compilation, sharing, result tracking, dashboard

- **Magellan**: an intelligent pipeline to run apps and detect ad fraud activities
  - o   Use ads traffic info to guide app automation
  - o   Use app automation to save leads validation cost
  - o   Collect ad fraud evidence efficiently

- **Bi-directional feedback loop**
  - o   Use AdSpam leads to help improve Play detection
  - o   Use Play detection feedback to improve AdSpam leadgen rules

Google

Speaker: Xin

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554878



Speaker: Xin

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554879



Speaker: Xin

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554880



Speaker: Prachi

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554881



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554882



Reminder to provide feedback

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554883



Reminder to provide feedback

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00554884