

Google
2021 GDA Strategy
AWBid
Aug 2020
Strategy paper

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581461

DTX-978 Page 1 of 12



RMKT %:
https://experiments.corp.google.com/#/portal/experiments/analysis?qs=04bc94855:eyIxIjoAMgMiY29udGULYWRzIiwiMwNbATkSAWEaMWYaMjSKA1igFRMyBopzCKQTM4piJlYyJdE4ojpbBRYAAotzQyXX2MCLQiiki3i7BwkLDXQPc19wdWJsaXNoZXKM9sYXRmb3Jtigi6ARYiiijCitAzCLWOl9LIxzoICgwOEF8Pdo13SNSNeNmNuN2N-OGMaOOLeOOOcUjpjrOjCO2O-PGMqPSM6MxyZ2WPpuZ190eXBlkBi4IgY6MZDJAxd1c4_I03N0izjBjokKkJkLjDNgctMjAxOTA4MTQwk_IAGjeTWTeTeTuT2UCUETGY8GJlkrHTAHcmWPhudZHRMxi8OTWVqSEiYWdnlUZ425WQEVlNlPksinlDkwkgOJCBSXKQqO2SADBZUgSQeXaXeLaO-SN9A



RMKT %:
https://experiments.corp.google.com/#/portal/experiments/analysis?qs=04bc94855:eyIxljoAMgMiY29udGULYWRzliwiMwNbATkSAWEaMWYaMjSKA1igFRMyBopzCKQTM4piJlYyJdE4ojpbBRYAAotzQyXX2MCLQiiki3i7BwkLDXQPc19wdWJsaXNoZXKM9sYXRmb3Jtigi6ARYiiijCitAzCLWOl9LIxzoICgwOEF8Pdo13SNSNeNmNuN2N-OGMaOOLeOOOcUjpjrOjCO2O-PGMqPSM6MxyZ2WPpuZ190eXBlkBi4IgY6MZDJAxd1c4_I03N0izjBjokKkJkLjDNgctMjAxOTA4MTQwk_lAGjeTWTeTeTuT2UCUETGY8GJlkrHTAHcmWPhudZHRMxi8OTWVqSEiYWdnlUZ425WQEVlNlPksinlDkwkgOJCBSXKQqO2SADBZUgSQeXaXeLaO-SN9A

| Id | Date | Text |
|---|---|---|
| 1 | 08/14/2020 21:56:25 | @ethanli@google.com<br>does this 50 include both direct and indirect exchanges?<br><br>It seems there is ~20 (18) direct exchanges live on AWBid (and with live traffic), and ~25 SSPs/Exchanges indirectly live through BidSwitch.<br><br>@santoshkc@google.com @neillin@google.com to review/confirm.<br>_Reassigned to Ethan Li_ |
| 1 | 08/14/2020 21:56:25 | Yes thisithis both direct and indirect. |



AWBid Strategic Value
Advertiser Value
Maximize user access to inventories where Google has relatively small presence, especially important with Universal/Uberversal and automation.
Buyside Competitiveness
Keep up with buyside competitors in emerging inventory types and emerging markets with rapidly evolving sellside landscape.
Legal & Regulatory
Core to our fair access narrative.
Diversification & Resilience
Strong resilience to COVID-19; important source of diversification.
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581465

DTX-978 Page 5 of 12



AWBid Path Forward
Mobile Apps
Golden Eye (RMKT, UAC)
Network bidding
Video & CTV
VAC
Outstream
CTV
Others...
Potential targets: China, Japan, native, etc.
(To be explored and prioritized)
Horizontal: Platform-wide Changes
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581466

DTX-978 Page 6 of 12



AWBid Platform-wide Changes
Enable Google Audience on 3PE for AWBid (50% lift to non-remarketing revenue).
Enable more Google Ads demand: Search+, SDC non-remarketing, etc. (Search+ integration can more than double keyword targeting revenue on AWBid).
Enable/scale more inventory via exchanges, geographies (China, Japan), formats (native), targeting types (cookieless).
Improve yield and buying efficiency (margin adjustments, bidding model improvements).
Improve operational efficiency (discrepancy, unifying infrastructure and models).
Latency improvements and core resource allocation.
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581467

DTX-978 Page 7 of 12



Proprietary + Confidential
Mobile Apps - Golden Eye
Key Elements
Approved earlier in 2020
Joint with DV360, AdSpam, SDK-Infra, Serving Infra (BOW)
Uses GMA SDK for rendering and signal collection
Post-bid Signal Collection
APP
Google Server
3P SDK Receives adstring
Calls renderAd() API
GMA SDK Renders ad with spam signal listeners
Rendered ad object
Impression/ click notification w/ spam signals
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581468

DTX-978 Page 8 of 12



Mobile Apps - Golden Eye
Update
Completed most internal Eng design;
Implementing SDK changes and finalizing documentation;
Currently engaging with the following partners with plans to expand to more:
mopub
Tapjoy
InMobi
Fyber
Key Asks
Less constrained external messaging
Been introducing ourselves as DV360 team
Explicit approval to talk to more partners
Chartboost, Nexage, SpotX, Millennial and Vungle, Applovin
Prioritize UAC integration once the first major partners are integrated.
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581469

DTX-978 Page 9 of 12



Mobile Apps - Alternative Channels
On-platform
Waterfalls/LiveCPM, migrating to Open Bidding
Off-platform
Currently only waterfall integrations through the Admob SDK
AWBid
Integrations with 3P Exchanges
Yavin
Server-to-server integrations with large pubs
Direct pub relationship
Direct pub relationship
No pub relationship, integration through exchanges
Direct pub relationship
Control over signal collection, ad serving, SDK rending, mediation & auction
Control over signal collection, ad serving & SDK rendering
Control over signal collection, ad serving & SDK rendering.
Control over signal collection, ad serving & SDK rendering
Access full demand
Access full demand
Access full demand
Higher margin
Lacks user profile parity
Access full demand
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581470

DTX-978 Page 10 of 12



Mobile Apps - Golden Eye and Network Bidding
Device
MoPub Server
3rd-Party Servers
Publisher App
Ad request
MoPub SDK
Ad request
Network 1 Token: abc
Network 2 Token: def
Token: abc
Token: def
Network 1 Adapter
Network 2 Adapter
Token: abc
Token: def
Network 1 SDK
Network 2 SDK
Waterfall
MoPub Ad Server
MoPub Exchange
Bid request to Bidder
Token: abc
Network 1 Bidder
Bid request to Bidder
Token: def
Network 2 Bidder
Bid response back to MoPub Exchange
Bid response back to MoPub Exchange
DSP 1
DSP 2
DSP 3
Confidential + Proprietary
Google

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581471

DTX-978 Page 11 of 12

| Id | Date | Text |
|---|---|---|
| 1 | 08/14/2020 00:36:02 | made some changes in one of copy here: https://docs.google.com/presentation/d/1dyGCSt4as4JZHA1N8xm1nHiHVwFMDhPuhuTYJQ9-T54/edit#slide=id.g7dbb670d19_0_0 |

Proprietary + Confidential

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00581472

DTX-978 Page 12 of 12