Message
---

| | |
|---|---|
| **From:** | ariane-noreply@google.com [ariane-noreply@google.com] |
| **Sent:** | 8/13/2020 3:03:03 AM |
| **To:** | nirmaljayaram@google.com |
| **Subject:** | OVERDUE LAUNCH - Please update: [Launch 4032092] Optimizing number of creatives scored through project Phi |

REMINDER - Launch date overdue.
**Please modify launch status or update launch date!**
**Your role as nirmaljayaram:** Launch Subscriber
**Link:** https://ariane.googleplex.com/launch/4032092

Launch information:

| | |
|---|---|
| Launch ID | 4032092 |
| Name | **Optimizing number of creatives scored through project Phi** |
| Calendars | Ads & Comm (Display): Display Ads - Ads Quality |
| Launch Date | **2020-08-11** |
| Status | **Current** |
| Description | Project Phi (ariane/4000763) provides an analytical and scalable platform to dynamically control the trade-off between revenue and core usage by optimizing a given set of tuning parameters. With this framework we are able to jointly optimize various serving knobs in our serving stack. |



Impact: +0.1% revenue, +1.3% CPD and using -30K cores (release cores). Revenue + MH-CPD increases by 1.4% (equivalent to $350M ARR assuming 1-1 revenue and CPD tradeoff)

| | |
|---|---|
| Creator | ardestani |

Approvers:

| Ads & Comm (Display): Display Ads - Ads Quality | Status | Owners |
|---|---|---|

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00581338

| | | |
|---|---|---|
| PA Lead | Approved | pfatehpuria, bonniep, jaishan, clifforc, dmitby, amini |
| Eng (Display Ads Quality) | Approved | eettinger |
| Eng-GKS | FYI | ybai, shiw |
| PM | FYI | gda-quality-launch |
| Modeling | FYI | |
| Formats | FYI | |
| Legal | FYI | brjones, egarber |
| Logs | FYI | logs-launch+ariane |
| Privacy | Approved | pwg-display-approvers, pwg-display-delegate-approvers, apphosting-stubby-api--s-7egoogle-2ecom-3asecq-2dng |
| Latency | FYI | gdn-launch-latency-reviews |
| Policy Team | FYI | gpp-monetized-approvers |
| Resources | FYI | dvaa-resource-approvers |
| Finance | FYI | finance-ads-quality-launch-review |
| GTech | FYI | gtech-ads-gpto-gndisplay |

## Launch Attributes:

**Global attributes**

| | |
|---|---|
| PM | bbesson |
| TL | ardestani, hka, zibozhao, zackzuo, emaani |
| Design Document | https://docs.google.…HQqAPRodTwKGrM/edit#, slides: https://docs…GD4/edit?usp=sharing |
| UI mockups | |
| Privacy Design Document | https://eldar.corp.g…66866865/revisions/1 |
| Privacy Non-Impacting Launch | Yes |
| Privacy Non-Impacting Justification | This is a follow up on Ariane/4000763 and uses similar data and methodology. |
| Impact | Major |
| Launch Stage | Full Launch |
| L-Team | No |
| Patent review | false |
| User Controls Certification (go/uc-cert) | I certify |
| Privacy Master Tracking Bug | 160659049 |

**Display Ads - Ads Quality attributes**

| | |
|---|---|
| Display OKR | |
| UX Owner | |
| UX Impact | No |
| Privacy Diagnostic | https://spur.corp.go…ect-phi-creative/?ro |
| Display Privacy Review required? | No |
| Roll out type | |

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00581339

| | |
|---|---|
| Buganizer ID | |
| FLOGS as Data Source | |
| Auriel as Data Source | |
| Any other Data Sources | |
| Modeling Launch Review Date | |
| In-Person Launch Review Date | |
| Properties affected | AFC, Ad Exchange, O&O |
| Stats links (Rasta, REMH, Human Eval) | https://experiments.…PDjUKXlB5_BhIf1f3_rY |
| Network Impact Rasta | https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:6-Y-VL2PDjUKXlB5_BhIf1f3_rY |
| GKS Impact Level | Not Use or Change ID-keyed User-Data |
| GKS Stats Links | |
| SkyMo Impact | No |
| Resources Request Link | https://trebuchet.corp.google.com/#/launch/1596786235009487 |
| Rasta Impact Stage | Forward |
| Experiment fraction | 20 |
| Revenue impact | 0.1 |
| CPD | 1.3 |
| In-Person Launch Review | true |
| Offline Review | |
| CAQ no-op | |
| CAQ neutral | |
| System/End-to-End Tests | |
| TL who reviewed e2e tests | |
| Teams | CARE |
| Holdback Impact Rasta | TBD |
| Holdback Fraction | 1 |
| Impacts Apps Network Inventory | |
| Experiment ID to Launch | |
| **Logs attributes** | |
| Logs Ticket Link | |
| **Latency attributes** | |
| Latency data | |

Recipients: adigupta, amini, ardestani, bbesson, emaani, fongshen, hka, linsong, nirmaljayaram, zackzuo, zhenghua, zibozhao

Unsubscribe from this launch

HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-AT-00581340