

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366768

## Exec Summary

**#1 Trading & OKR Performance**

- Sellside inventory is 13% of all Buyside EMEA revenue (DVA: 69%)
- Q1-Q3, Sellside EMEA is at ▮▮▮, +5% Y/Y and 95% vs plan; Instream Video & Apps are the growth drivers (Sellside Plan/Targets was not revised w/r/t COVID)
- CPM recovery and continued Y/Y inventory growth pushed Sellside EMEA back to growth since July
- Apps: Now monetizing 89% of top Apps (+24 ppt Y/Y); 59% use Google mediation (+22 ppt Y/Y)
- Web: Winrates improved by +2 ppt in Q2 due to Google Ads' ability to fill query growth

**#3 Supporting the Ecosystem**

- Pandemic & privacy pose challenges for web publishers; EUCD & Reader revenue top of mind for News relations
- Successful launch of TCF v2 Integration w 40% of EEA traffic bein TCF v2 compliant / consent rate 90% / IAB TCF errors down to 15%

**#2 New Surfaces & Collaboration**

- Advanced TV: 55% pan-EMEA programmatic access for DV360; UK & DE remain challenges; pTV SoW @ ~20%
- Audio is a $400m p.a. opportunity (EMEA 2021: $30m p.a.); partner success cases e.g. w/ Spotify & Anghami
- Video beyond YT: Inventory-supported strategy for video media consolidation across buying doors – critical to our reach proposition; study shows +12% uplift in total Google Ad revenue for advertisers that spend on non-YT video

**Appendix | Internal Collaboration & Sales Rigor**

- X-ch collaboration between LPS and OPG has further improved – e.g. we needed zero escalations in our Brightline cycle
- A focus area is Sales rigor; we have x-ch Pipeline data for the first time, but still need to get consistent Sales behaviors to use Connect pipeline consistently

GOOG-AT-MDL-007366769



**#1**
**Trading & OKR Performance**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366770



Sellside inventory is 13% of all Buyside EMEA spend (DVA: 69%);
Sellside Video growth at +47% Y/Y (+32 ppt acceleration vs H1), 155% vs target

| | | Buyside EMEA x-ch (Q3'20 outlook) | | | ... of it, Sellside inventory | | | | Sellside-in- |
|---|---|---|---|---|---|---|---|---|---|
| | | $m | Y/Y | Y/Y vs H1 | vs target | $m | Y/Y | Y/Y vs H1 | vs target | % of total |
| Search | | | 1% | 2% | 106% | | -18% | 3% | 89% | 2% |
| DVA | Display | | 5% | 11% | 114% | | 0% | 10% | 112% | 80% |
| | Video | | 33% | 34% | 163% | | 47% | 32% | 123% | 62% |
| | DVA App Promo | | 31% | -18% | 94% | | 26% | -14% | 93% | 50% |
| | Total | | 13% | 6% | 110% | | 7% | 7% | 110% | 69% |
| YT | A&C | | 19% | 29% | 155% | | | | | |
| | Action | | 68% | 1% | 104% | | | | | |
| | App Promo | | 31% | -35% | 94% | | | | | |
| | YT Total | | 31% | 18% | 128% | | | | | |
| Total | | | 5% | 4% | 109% | | 3% | 7% | 104% | 13% |

Sellside growth
accelerated by
+7 ppt in Q3

Note: This view on the Sellside differs from how we report on EPS / OPG EMEA,
as the EMEA Buyside buys global inventory (i.e. incl. pubs managed by other EPS / OPG regions)

Optional talking points:
Here, we show the product categories that you're used to
On the left side, you see the Q3 outlook for the full EMEA Buyside
On the right side, you see what part of it comes from Sellside inventory
For example, you can see that Sellside Video inventory contributes 62% of your DVA Video
revenue, a segment that is growing +47% Y/Y after accelerating by 32% ppt compared to H1

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366771



Optional talking points:
You can see at the thick blue line that we recovered our Y/Y growth rate back to pre-crisis levels in recent weeks
This is driven by a good recovery of CPMs, and continued inventory growth – despite that flattening out after the traffic peaks publishers had seen during the crisis

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366772



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366773

| Id | Date | Text |
|---|---|---|
| 1 | 09/29/2020 13:22:50 | what does the footnote refer to. Also why only 2 of the 5 categories shown here? |
| 1 | 09/29/2020 13:22:50 | Good catch, re-added lost footnote. Reason was simplicity. If needed, can add all categories. |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366774



Optional talking points:

Here, we can see how differently Google Ads & DV360 performed during the crisis.

The charts show Ad Manager Open Auction (36% of Sellside EMEA revenue) to take out product mix effects.

Google Ads' superpower to take in high/infinite demand can be seen in the impression spike of the red line in the right chart

DV360 had lost a lot of demand, so both CPMs and volumes suffered.

What's really good to see is that both our key Buying Doors are now tracking at higher revenue growth compared to pre-crisis levels

[Open Auction excludes other transaction types such as PG, PA, PD]

[All AM inventory across Web, Video and Apps]

GOOG-AT-MDL-007366775



Optional talking points:

Here, you can see our performance as we cut and report it on the Sellside

In the bottom table, you can see the Q1-Q3 summary, which shows a growth of +5% Y/Y at 93% against target. Please note that we report against our original annual plan & did not adjust targets based on the crisis

In the top table, you can see our Q3 outlook.  Our main growth driver continues to be Apps. Video Instream is growing fastest, which is quite a success after it was hit hardest in Q2.

GOOG-AT-MDL-007366776

| Id | Date | Text |
|----|------|------|
| 1 | 09/29/2020 17:45:19 | @anakache@google.com<br>we've talked about gTech support for Apps in the past. Is there a revenue risk if gTech not engaged in OPG here? or are you comfortable with your technical support at the moment?<br>_Assigned to Anthony Nakache_ |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366777



Optional talking points:
As you can see, our attainment against target continued to improve throughout Q3, and we even went above 100% in recent weeks
If we manage to hit our Q4 plan, we would finish 2020 at ▮▮▮ +7% Y/Y

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366778



## **Apps Rigor:** Good progress on platform adoption; monetization improvements from new formats

| | APP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Goal | Increase Revs by driving platform adoption | | | | | | | | | | |
| Strategy | - Flip developers into admob mediation. Leverage OB | | | - Improve ads monetization by implementing new formats and leveraging firebase insights | | | | | | - Maintain a healthy ecosystem by preventing risk implementations | |
| Metric | Rev on platform | | | OB breadth | | New formats breadth | | Firebase breadth | | Rev at risk | |
| Format / Timeframe | % last 90 days | Delta P/Y | $ ytd | % last 90 days | Delta 90days | % ytd | Delta 60days | % last 90 days | Delta 90days | % last 90 days | Delta 90days |
| 2020 Target | 43% | 9 | [redacted] | n/a | n/a | 12% | n/a | 39% | n/a | 2.2% | n/a |
| (Directional) mid-Q3 2020 Target | 39% | n/a | [redacted] | n/a | n/a | 7% | n/a | 38% | n/a | 2.6% | n/a |
| Global XC | 37% | 7 | [redacted] | 21% | 4 | 10% | 4 | | | | |
| LPS | 56% | 20 | [redacted] | 51% | 4 | 17% | -3 | | | | |
| AMS LPS | 54% | 1 | [redacted] | 43% | 4 | 6% | -14 | Not LPS focus | | | |
| EMEA LPS | 65% | 14 | [redacted] | 73% | 4 | 14% | -8 | | | | |
| APAC LPS | 54% | 35 | [redacted] | 51% | 3 | 30% | -1 | | | | |
| OPG | 32% | 4 | [redacted] | 16% | 3 | 9% | 4 | 37% | 2 | 4.8% | -0.3 |
| AMS OPG | 32% | 5 | [redacted] | 15% | 1 | 5% | 2 | 38% | 3 | 4.0% | 0.0 |
| EMEA OPG | 32% | 3 | [redacted] | 20% | 4 | 7% | 5 | 41% | 4 | 4.4% | -0.3 |
| APAC OPG | 36% | 8 | [redacted] | 14% | 2 | 12% | 5 | 34% | 0 | 5.5% | -0.2 |

Template - Data as of Aug 15

**Notes**

- Metrics mostly relevant for OPG, as nearly all pure-play apps partners are managed by this channel
- e.g. high LPS EMEA "on platform" and "OB breadth" are portfolio effect of hybrid pubs vs pure-play pubs

- Tracking re **Rev on Platform**: 50+ implementations with IAP-focused partners who activate Smart Segmentation and/or want to leverage on **Open Bidding** (615 partners on OB)
- 41% of Admob revenue linked to **Firebase** (EMEA top region), buy-sell ongoing synergies on Firebase partners education
- **New Formats:** Rewarded now at 21.4% of total revenue, interstitials (38%) and banners (32%) remaining big revenue pillars. App Open format and Rewarded interstitial just been launched in August

Optional LPS commentary:
"New Formats Breadth" includes formats mainly suitable for gaming or app pure players (Rewarded IAP & Rewarded Interstitial). However, following the launch of Adaptive Inline Banners Open Beta in Ad Manager, LPS EMEA made great progress on this metric (14% vs. a 2020 target of 12%) thanks to a concentrated number of large publisher integrations (Letgo, eBay, DailyMail, etc). This metric slightly dropped recently due to change in volume mix (apps not opted-in the new formats growing faster than apps opted in).



Optional talking points:

A big driver for our apps growth is our increase in access. Apps represent 29% of EMEA Sellside revenue, up +3 ppt Y/Y

Here, we visualize the universe of the 2,000 largest addressable EMEA apps that constitute about 2/3rds of the opportunity

We monetize at least some part of their inventory of 89% of these apps, up +24 ppt Y/Y

Most partners use multiple demand sources. Where RTB has been a standard on the Web for a long time, in Apps, we are just transitioning out of a world of waterfalls. In this shift, it's beneficial if partners use Ad Manager or AdMob as their mediation solution, as it improves fair access for multiple demand sources.

Here, we also made significant inroads: 59% of top apps use our mediation solution, up +22 ppt Y/Y

Competition is fierce in the Apps sector, so it's challenging to grow our footprint with top apps further. We continue to win flips, but also lose when tests don't show superior performance with our solutions

DTX-1006 Page 13 of 46

## Web, x-Programmatic & Ecosystem Rigor: LPS EMEA PG growth significantly faster than Global; Strong Q3 progress on Funding Choices adoption



### Notes

**[1] Programmatic Guaranteed (PG)**
- Better revenue trend compared to LPS Americas – we believe driven by improved Buy-/Sellside collaboration & Buy Side focus on PG in EMEA
- OPG's PG decline is driven by a single Partner used to work with MSN and held several PG campaigns during H2'19 (in total –$27M)

**[2] Funding Choices**
- EMEA, esp. OPG, made a conscious push on Funding Choices, activating >150 accounts in Q3 alone (YTD 230)
- However, we would need product dev acceleration if we want FC to be the CMP of choice in the ecosystem (Product POV)

GOOG-AT-MDL-007366781

DTX-1006 Page 14 of 46



Optional talking points:

The Web data you see here is from Q2. The +20% growth in addressable inventory is driven mostly by user behavior related to the pandemic. Before, we only saw low-mid single digit growth in the addressable Web inventory.

Whilst maintaining our overall access incl. Ad serving, we made improvements on the See rate, meaning that we could bid on a relatively higher share of impressions

Win rates also improved, partly driven by the uniquely scalable Google Ads demand having had an edge in the crisis

Going forward, we see a lot of challenges for the Web – mostly related to privacy. There is considerable risk to lose important signals on a large share of inventory. Initiatives to mitigate include Funding Choices to improve consent and reduce ad blocking rates, cookieless ad serving, and better leveraging 1st party publisher data

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366782



Optional talking points:

On Video Strategic flips (a subset of 20 top EMEA broadcasters tracked globally), we had a target to sign 8 deals in 2020, and are on track to deliver 3 by the EOY. This is Canal+ (already signed on DAI Q3), with TVN (DAI) and TVP (AM360 full stack) both Q4 targets. The other 5 deals initially targeted were as follows:

ProSieben: historical full stack opportunity that we continue to push (on account of their investment in their YouTube MCN Studio71/X Sell), however anti-Google in general and unlikely to flip. Mitigation is to connect to their SSP YieldLab directly via DV360 (in progress, with LPS supporting)

France Televisions: confirmed will not be migrating to Ad Manager. Part politically motivated but also tied into fact broadcasters all using Freewheel (best practice etc)

Mediaset Italy: secured group deal Q1 2020, with O&O test in planning for syndicated content on 3rd party websites. Goal was to flip their primary O&O video however this is now considered unlikely for the foreseeable due to strong anti-Google sentiment. Mitigation in place via c-level engagement (MTV trip on hold due to Covid)

RAI: this was down for DAI with this now moving to 2021 (PG launched Q1 2020)

BBC: DAI target but moved to 2021

On "High Quality Video Inventory" (i.e. "Youtube-like inventory", defined as: having a device ID, being brandsafe, having a user cookie and having viewability >= 90%), EMEA is leading the way x-ch on YoY growth for this metric. And the positive progress here is quite critical for our "Beyond Youtube" strategy that we will deep dive during our next BRM

| Id | Date | Text |
|---|---|---|
| 2 | 09/30/2020 10:56:12 | @curwen@google.com this question should be for you |
| 1 | 09/30/2020 11:28:32 | Hi David, should we be successful with the Bouygues partnership (which is a custom implementation into their STBs), we will a. have a blueprint for other Android TV operators that wish to provide Addressable TV services to their broadcast partners (Vodafone is another 'whale' we have in the pipe in this regard alongside other French telcos), b. a lever in our wider strategy to flip the major French broadcasters on to our stack (TF1, France Televisions etc) on account of there being efficiencies on using AM360 when running Addressable TV ads with Bouygues (for example lower latency when running AM-AM inventory sharing vs. AM-FW) and c. a general reference case for our wider Addressable TV ambitions (mainly via the HbbTV standard). You can see the revenue opportunity for Addressable TV at go/advanced-tv-emea (our EMEA GTM strategy). |
| 2 | 09/30/2020 15:12:51 | @lutzenke@google.com<br>Lutz, building on the success of the Bouygues deal, how can we replicate/scale here?<br>_Reassigned to Lutz Enke_ |
| 2 | 09/30/2020 15:12:51 | If you are asking about this from a gTech support/scale angle, this is a relatively custom implementation (with a custom SDK).I would anticipate some of the implementation work would still scale to other similar Android TV operator partnerships (if we go down that road), and possible to our HbbTV implementations (which will also be client side). Jean will have most reliable POV on this thanks. |

GOOG-AT-MDL-007366784



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366785

DTX-1006 Page 18 of 46



Optional talking points:
We are making progress on (our primary metric) of securing programmatic TV access via DV360, with 55% overall access pan-EMEA. If we look at AM360 only, this is 39%. As a new metric we are unable to provide an accurate YoY increase, however we estimate this to be ~10+ppts for AM360 (driven by deals such as RAI and Discovery)
Other notable wins/launches include DAZN (DAI launch), Bouygues France (1st Addressable TV partnership in EMEA), Canal+ (DAI), Virgin Ireland (full stack), Mediaset Spain (renewal) and NENT (full stack), with a full stack test in progress with TF1 France
UK, DE (and FR to an extent) remain challenges for the sell side due to anti-Google sentiment, established competition (Freewheel in UK/FR) and investment in own ad tech (ProSieben & RTL in DE). Mitigation is to support the buy side in accessing inventory via DV360 (i.e. via broadcaster 3P SSPs), with DV3 already connected to Channel 4, and with Sky, ITV and ProSieben in progress. In addition an MG is being progressed in Germany for DAZN (BC scheduled for Oct 1, with escalation in progress to secure LCS leadership buy in)
For directional purposes, Programmatic TV revenue/Share of Wallet has been provided, with Ad Manager representing ~20%          of total pTV ads market ($0.2B) in 2019, with
$50m projected for 2020 (Covid impacted)

GOOG-AT-MDL-007366786



Optional talking points:

Audio is a key new initiative for 2021, we are now in open beta for AM360 for playlists & on-demand, and we will expand support to livestream, podcast & smart speakers next year. The overall audio revenue opportunity for Google sellside could reach 400M dollars. What we could capture next year, according to our product support and current pipeline is around 30M.

We have just started capturing this opportunity but Audio is a great product to further drive innovation and growth with our Partners, and our journey with Spotify is a great illustration of this: from launching the first Audio PG campaign, to testing Sponsored Sessions formats and Smart Speaker Monetisation

This flagship partnerships with Spotify along with strong product development, enabled us to activate more partners: Anghami (considered the Spotify of the Middle East), RTE, etc

A good buy-sell collaboration is already at play here in order to properly activate this new Audio inventory with our DV360 clients and it the product itself (DV360 Audio Marketplace) It's too early for buy-side asks on Audio though, but we might come back when the market shapes up



Optional talking points:

We've doubled down on our Buy-Sell collaboration initiatives to help accelerate Media Consolidation and increase demand and monetization on partner inventory
The key pillars of our Google Partner Inventory (GPI) commercialisation strategy are PG, Video Beyond Youtube, Apps, Audio. - you will hear more about the Beyond Youtube STrategy in the BRM on Oct 5th.
The collaboration between Sellside and LCS is in a good place and GTM landed a few collaboration programmes this year to facilitate the interactions and accelerate MC growth.
We have an "inventory champs" community now on both buy/sell sides to drive GPI commercialization and share best practices on how buy/sell can work together..
In market buy/sell working groups work together to facilitate deals and address publishers' push back on product adoption.
As a result of GTM re-structure, the advanced TV buy/sell GTM team are now both under PPP and work together on a joint DV360 access strategy and broadcaster prioritization.

GOOG-AT-MDL-007366788



Optional talking points:

Context for the BYT strategy

Google Partner Inventory for video represents a $300m+ opportunity in 2020. Our goal is to extend our customers reach by adding Google Partner Inventory for Google Ads (& 3P for DV3 customers) when buying YouTube to extend their awareness & reach goals on premium publishers.

A core pillar of this initiative is strong collaboration between sell-side and buy-side media team.

Beyond YT (BYT) is an inventory-supported strategy to facilitate video media consolidation across buying doors. BYT is critical to driving our reach proposition and accelerating TV+:

Helps us access TV as it digitises

Delivers better results for our customers

Drives incremental YT spend

The clusters' investments over the past 12 months across buyside & sellside are gaining traction, driving growth and showing what we need to be successful.

We see an opportunity to accelerate in 2021, and drive +$200m incremental for the business and will share more about the plan next week in the  BRM session Paul will be leading with your leads.

So how do we drive value to the business?

The BYT drives incremental value:

Our recently published Goliath study suggests that enabling BYT generates a 12% uplift in revenue for advertisers that also spend on non-YT (vs. YT inventory only) - with no cannibalisation effect reported.

2.   The BYT drives value to our Publishers:

Video queries in AM360 have increased in quality.

18% are considered "YT-like". This means inventory above 90% viewability, brand safe, and with demographic data.

Video quality has increased sharply since H1 2019 as driving "High Quality Video Inventory" has been a key focus in EMEA in H1 2020 with great progress. EMEA has been the fastest growing region on this BFM metric x-channel (LPS: +143% YoY and OPG + 149% YoY). BFM metric looks at audience, viewability, cookie passing, etc. with separate initiatives to drive this.

A big portion of AM360 video queries go unfilled. This has been consistent throughout 2019 and 2020 with an unfilled rate around 68%. Video queries are growing fast and demand is not keeping up.

There is an opportunity that is missed. Every additional 5% of queries that we fill is $315M additional revenue. It also reduces the risk of this revenue going to competitors. To unlock this we would need to: (1) use PG to capture more i/o reservations and (2) increase beyond YT buy-side demand.



**Apps:** Good alignment w LCS AppDev EPS and Play BD;
Strategic alignment w LCS in-country required for 2021

**with LCS AppDev** (detail)
- 20% of AppDev & OPG portfolio is common. +13 buy-side clients unlocked YTD, bringing $50M+ ARR incr.
- **Firebase:** Alignment to grow AdMob-linked revenue and migrate the bidding
- Grow **Rewarded in non-gaming** from 1.5% to 5% by unlocking new inventories with LCS and AppDev clients (food apps, shopping, fitness, travel)

**with LCS in-Country**
- **Alignment on key client activities** for specific opportunities; limited scale possible due to **data sharing restrictions** and sophisticated client setups
- **Complex pitches across Buyside, Sellside & Firebase**, e.g. for Rovio, Voodoo, Socialpoint, Ubisoft, Wargaming. Opening up **full stack integration** opportunities
- **Strategic alignment required for 2021** as competing ads revenue based UA optimisation solutions (Taichi and Peloton) need to be jointly managed

**with other teams**
- With **EPS** on the 4 Gaming **Prio Partners** in EMEA we partner on the four EMEA
- With **Play BD** we have focused on Total Revenue Consulting, a 2020 initiative where we **combine Play and AdMob business insights** for top partners

**Voodoo**

**ROVIO**

**Socialpoint**

**WARGAMING.NET**
LET'S BATTLE

**UBISOFT**

GOOG-AT-MDL-007366791

| Id | Date | Text |
|----|------|------|
| 3 | 09/30/2020 10:58:39 | As I understand, OPG AdMob is mostly supported by their own AdTech Sales Engineers under yaelkataz@ instead of gTech; so the gTech component would probably be most relevant for the LCS side of things.<br><br>To which degree this is already the case, as it's OPG-led, @anakache@google.com |
| 3 | 09/30/2020 17:01:59 | @lutzenke@google.com<br>Lutz, I'd pull gTech into this alignment discussion as well as there are big implications with highly technical service and technology needs on the buy/sell-side<br>_Reassigned to Lutz Enke_ |
| 1 | 09/30/2020 17:01:59 | @dsneddon@google.com<br><br>On the 2 points re: OPG and gTech.<br>1) I think we are well covered for Admob which historically has not been an area of expertise by gTech. But as we are diversifying into non Gaming, we see a lot more need for Ad Manager for Apps. This is definitely an area where we don't collaborate enough. The team actually brought that up with me a few weeks back. I asked them to give an overview of needs and challenges at the moment and I said I would share with you. I will circulate as soon as I have it.<br>2) While we are covered on Admob Sell side specific area, we have no competency on Buy side topics so anything that is truly Buy/Sell (e.g. Firebase integration or projects Taichi or Pelaton) should definitely be covered by gTech. My feeling is that it was but I will double check with the team. |

GOOG-AT-MDL-007366792

# #3
## Supporting the Publisher Ecosystem

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366793

## Pressure points on Publisher ecosystem

1. **Revenue diversification**, and exploring new business models in response to pandemic disruption

1. Supporting the **evolution of a cookie-less** ads ecosystem

1. Managing **regulatory pressures** on Publisher relations

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366794



## **Pandemic & Privacy** pose challenges publishers; our ad monetization revenue & other ecosysteem activities remain critical

| **Partner Segment** | **Gaming**<br>18% of D+V revenue*<br>**39%** of 2y growth | **News**<br>14% of D+V revenue*<br>15% of 2y growth | **Other LPS/T1**<br>35% of D+V revenue*<br>41% of 2y growth | **Torso/Tail**<br>33% of D+V revenue*<br>4% of 2y growth |
|---|---|---|---|---|
| Revenue Diversification Themes | IAP vs Ads | Reader Revenue / Subscriptions vs Ads | Various (Total Yield Mgmt, Data, Direct vs Programmatic..) | |
| Regulatory & Privacy Challenges | iOS 14 | Threat of cookies disappearing<br>Limited Ads / Cookieless Ad Serving<br>TCF v2 integration [illegible]<br>**EUCD** | | |
| Pandemic effects | Many Gaming partners experienced significant growth | Crisis response in Q2: AM fee relief for 100+ news pubs; Journalism Emergency Relief fund for 5,300+ local news orgs | Partners with large exposure to direct demand hard-hit | |
| Sentiment | **Satisfaction with Account Managers is high:** OPG T1 92%, +4 ppt vs Q1 and +1 ppt vs Global; LPS 88%, +7 ppt vs Global; detailed CSAT analysis WIP | | | |

- 40% of EEA traffic now TCF v2 compliant, up from 27% 2w ago
- Condsent rate now 90% based on valid TCF v2 traffic, gradually rising
- IAB TCF error rate has dropped from 46% (Aug 13) to less than 15%



## Revamped Partner Satisfaction surveys improve x-ch comparability; decline in satisfaction with Google; high satisfaction with Account Managers

- This year, larger **revamp of Sellside CSATs**, aligned top-line questions between LPS, OPG and other GP BD functions (downside: loss of long-term time series comparability for LPS)
- LPS EMEA -4 ppt (Global -6 ppt) decline on the main question comparable with LCS CustomerGeist (s. chart)
- Strong **Account Manager** satisfaction (used by OPG as main CSAT index)
  - LPS EMEA 88% (Global: 81%), new question for LPS
  - OPG T1 EMEA 92%, +4 ppt vs previous cycle (Global: 91%)
- Further analysis (incl. vertical breakdowns) coming soon)

Please rate your overall **satisfaction in Ad Serving & Ad Monetization with Google as a company**

Satisfied == extremely + mostly satisfied; neutral == slightly satisfied + neither/nor; Dissatisfied == slightly, mostly, extremely dissatisfied

**Pandemic & Privacy** pose challenges esp. for web publishers; our ad monetization revenue & other ecosysteem activities remain critical

### Challenges in the Ecosystem

- The Pandemic hit many publishers' revenues hard, and has accelerated several existing ecosystem shifts that are existential challenges to many publishers

- The privacy-first ecosystem, with the need for consent and the threat of cookies disappearing, is a high risk especially for the Web ecosystem

- "Future of Publishing" memo: OA will not replace reservation in the foreseeable future; Publishers seek platforms that support a unified strategy beyond ads as they are diversifying their revenue streams

### How we are helping

- Crisis response in Q2: Ad Manager fee relief for 100+ news publishers; Journalism Emergency Relief fund for 5,300+ local news organizations

- In Q3, our teams continue to spend significant time on activities only partially related to ad monetization, esp. with news publishers, such as supporting TCF v2 compliance

- Working on solutions for cookieless ad serving

- EUCD related conversations are a significant effort for LPS and OPG T1 Web

### Our impact

- With direct sales being hit hardest in the crisis, our programmatic demand was and is critical for publishers

- Partner satisfaction with Account Managers is high (OPG T1 92%, +4 ppt vs previous cycle and +1 ppt vs Global; LPS 88%, +7 ppt vs Global)

- Successful launch of TCF v2: 40% of EEA traffic is TCF v2 compliant already (+13 ppt W/2W)

- Consent rate is 90% on valid TCF v2 traffic, rising

- IAB TCF error rate went down from 46% (Aug 13) to 15% (Sep 29

GOOG-AT-MDL-007366797

| Id | Date | Text |
|----|------|------|
| 4 | 09/29/2020 17:52:32 | @pcoffey@google.com<br>TCF remains a challenge for us (esp from technical perspective) - it's by no means complete.<br>Let's stay vigilant on this<br>_Assigned to Paul Coffey_ |

GOOG-AT-MDL-007366798



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366799

Appendix:
Sellside Pipeline

GOOG-AT-MDL-007366800



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366801

For LPS EMEA, using Pipeline consistently for Deals & Self-Identified Optimizations
is still early days – this is a key focus for our Sales Rigor in Q4

| | In QTR Attsmt | Uncovered Value (% of Surfaced Opps) | | Stuck Value (% of Accepted Opps) | | Value to be Pitched, $M | Pitched Value (% Pitch Rate) | | Avg. Days Accept to Pitch (Wght. by ARR) | | Implemented Deal Value (% Close Rate) | | Imp. Deal Value, in QTR | Impl. Value Q2'0 Y/Y | Pipeline to Attn Y-V (as % of ID target) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Global Sellside** | 97% | $351M | 5% | $719M | 3% | $704M | $2135M | 67% | 20.4 | 28.5 | $528M | 25% | $62M | 11% | $153M | 2% |
| LPS AMS | 97% | $65M | 7% | $12M | 6% | $142M | $279M | 61% | 37.7 | 57.2 | $39M | 14% | $7M | 19% | $1.1M | 1% |
| LPS APAC | 83% | $5M | 3% | $9M | 11% | $30M | $93M | 72% | 10.1 | 4.1 | $32M | 34% | $4M | 229% | $4M | 9% |
| LPS EMEA | 96% | $25M | 8% | $19M | 11% | $79M | $140M | 56% | 18.7 | 24.4 | $44M | 32% | $3M | 3% | $8M | 2% |
| OPC AMS | 133% | $9M | 4% | $58M | 6% | $88M | $432M | 67% | 17.2 | 20.7 | $87M | 28% | $14M | 6% | $29M | 2% |
| OPC APAC | 98% | $68M | 3% | $7M | 1% | $169M | $607M | 60% | 23.6 | 25.1 | $210M | 35% | $53M | 19% | $64M | 9% |
| OPC EMEA | 92% | $58M | 3% | $71M | 1% | $186M | $586M | 71% | 18.8 | 29.8 | $117M | 29% | $31M | 23% | $23M | 2% |
| **Total** | | | | | | | | | | | | | | | | |

Data comparability between Regions &
Channels yet very limited, as tracking
behaviors are not consistent – e.g. new
deals / prospects not consistently part of
the pipeline.



Appendix:
X-Channel Collaboration

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366803

Improving x-ch collaboration on partners & scaled engagements (trainings); smooth Brightline process with zero escalations needed

### Frontline Collaboration

- LPS & OPG T1 Web NE successfully continues with their x-ch collaboration model, incl.:
  - Hybrid partners where OPG manages monetization & LPS sensitive CXO relationships
  - LPS supporting OPG on demand
  - x-ch holiday coverage
- CEE Hybrid: LPS leading the Advanced TV biz dev for OPG-managed medium-sized TV companies
- "Partner Hub": EMEA-wide trainings for publishers over VC – born of necessity, here to stay

### Sellside Brightline

- Exceptionally smooth Brightline cycle with zero escalations – great progress on x-ch collaboration
- Mandate for LPS Cluster Leads to optimize for long-term x-ch growth (vs own portfolio) helps
- Active partners:
  - 4 moves to LPS
  - 13 moves to OPG
- Prospects
  - 19 moves to LPS (mostly related to Advanced TV & Audio)
  - 10 LPS prospects dropped (mostly commerce-related)

GOOG-AT-MDL-007366804

# Appendix:
# Apps vs Web Trends

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366805



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366806



Appendix:
Media Consolidation
Collaboration in Italy

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366808



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366809



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366810



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-007366811

## With a systematic approach involving all teams we are tackling the media consolidation opportunity

**Dedicated task force to meet monthly to work on top opportunities**

- Partners
  - Agency PoC
  - LPS PoC
- CSDI/SES
  - Programmatic expert
- Sectors
  - 3 Programmatic Experts

**Monthly check-in during IH meeting**

- Discussion and best practice sharing among
  - All LCS - IH
  - Agency Heads
  - Head of LPS
  - Head of Data&Insights
  - Head of Display and Video Solutions

**Quarterly steering committee**

- Discussion during mgmt meeting among SL and Sales Finance
  - Discuss overall trends
  - Decide on roadblocks identified by IH

Google



