

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585912



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585913



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585914



There are  two types of filters that are reducing the ad candidates: 1) enforcing a deterministic business logic (adgroup's targeting, frequency caps, etc)  2) filters that are trying to find the most relevant ads (quality filters). Project Brasilia seeks to unify all those quality filters to use a single principled scoring mechanism.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585915



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585916

## Motivations for Project Brasília

- Advertiser ROI/Revenue gains
  - Consistency throughout the stack by leveraging investment already made in final scoring (e.g., HDMI)
  - Score way more ads early on (with a high quality scorer)
- Accommodate an LPA world
  - Targeting restricts expected to be fewer (more expansions/full-auto in a cookieless world)
  - Current system cannot handle 10X-100X more eligible ad candidates after PSI (targeting)
- Core savings
  - Removing bulky and duplicated scoring and ranking logic
  - Using the new and highly efficient dot product/embedding-based retrieval technology
- Simplicity, easier to maintain and experiment
  - A more principled logging and experiment framework in AGS
  - Easier to understand and iterate on by removing heuristics and complex logic

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL

## More on motivations specifically for DV3

- DV3's current scoring mechanism in AGS is designed for a fixedCPM world
  - An average second-price bid (CPM) is computed per adgroup
  - There are no query-dependent models (unlike in GDA)
  - At the same time since Skyray, auto-bidding adoption grew from ~15% to 80% of eligible spend
- Early ad scoring used to be not as critical due to relatively small ad repository
  - Number of agroups grew from tens of thousands to close to a million since Skyray
    - Monthly active adgroups as of now are ~1M (compared to ~8M in GDA)
- As a result, we hope to see a larger quality gain in DV3 by revamping early ad scoring

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585918



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585919

| Id | Date | Text |
|----|------|------|
| 1 | 10/13/2020 20:45:40 | would similar tunning/heuristics handcrafting be needed to get to a lunch-able version of the project? |
| 1 | 10/13/2020 20:45:40 | we will have num2return cutoff that will be tuned using another model, but that is much less than existing system. On the subject of heuristics, they were added throughout the years, on the new system we try to avoid having any, but we haven't got to the experiment yet to say that is absolutely doable. |
| 1 | 10/13/2020 22:29:10 | Early budget filtering should not be enabled for the XBID corpus, mostly because we haven't figured out how to support Troubleshooting in conjunction with it. |

Google

Confidential • Proprietary

GOOG-DOJ-AT-00585920



GOOG-DOJ-AT-00585921

DTX-1014 Page 10 of 33

| Id | Date | Text |
|---|---|---|
| 1 | 08/17/2020 05:26:18 | While we are at it, any thoughts on exploration? I.e. in the first stage PSI match? |
| 2 | 08/17/2020 05:26:18 | We are thinking of building an "exploration" channel where a percentage of adgroups and creatives are randomly selected and are sent to mixer. This should help with the feedback loop -> if we never select a creative then we don't know it's performance. In this case PSI match only enforces must have business logic that the advertiser asked for, so randomization only happens afterwards in the scorer. Is this inline with what you are thinking or you mean even in PSI match we allow some randomization? |

Google

Confidential = Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585922



| Id | Date | Text |
|----|------|------|
| 2 | 10/13/2020 19:48:13 | do you have a link with a table of how this relevance score would work for different bidding strategies (maximize active views, TOS10/CIVA, custom bidding). How about the AV targeting early filtering? |

Google

Confidential • Proprietary





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585926

DTX-1014 Page 15 of 33



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585927

| Id | Date | Text |
|---|---|---|
| 2 | 08/17/2020 05:28:58 | how come there is no component of predicted cvr? What am i missing here? |
| 3 | 08/17/2020 05:28:58 | "Signal" here is essentially a predicted CVR for conversion optimized campaigns. For click optimized campaigns it is predicted CTR, etc. The only difference between this and the pCVR that we have is that the value comes from a dot product of 2 vectors of 128 dimensions each. |
| 3 | 10/13/2020 19:50:27 | what about cold starts? or it will completely rely on HDMI (bidding system)? |

Google

Confidential - Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585928

## Status

- High-level design is done (exp launch in Q1)
- Created multiple workstreams to work in-parallel on multiple components
  - Modeling: Initial models ready for analysis and experimentation.
  - Serving of models: GDA ready. DV3 needs more work (expected in Q4).
  - Load tests: Initial load test is done for GDA. More on the way especially for bid stack.
  - AGS Infra: Went over all AGS filters to see how they need to change.
  - AGS Auction code: Code complete.
  - Offline HDMI optimization: Developed a new HDMI platform shared between GDA/DV3.
  - Feature research: Work with Doc Targeting and other teams to enable useful and generalizable features for the models.

Google

Confidential • Proprietary



| Id | Date | Text |
|----|------|------|
| 1 | 10/19/2020 20:19:35 | @nekbote@google.com @mkahan@google.com<br>Niranjan - the essence of this proposal as it relates to creative opt is that creative selection can happen at the same time as ad group selection. Moshe and I have met with this team (Nirmal, Ehsan) previously and they are aware of the work underway to have CM be smarter about creative selection by using DV3 rotation strategy to guide it. We've also emphasized need to account for decisioning within CM as well since a lot more creative selection decisioning occurs on CM than DV3 today. They would like to do that in a later phase. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585931



HIGHLY CONFIDENTIAL

## Creative rotation proposal

- Brasilia can do adgroup and creative scoring in a single step. To be able to achieve this:
  a. Advertisers can choose between two options (to align with GDA):
     - Optimize creative selection towards the goal of the LineItem
     - Randomly select creatives
  b. For fixed bidding LineItems we would need to ask for a "goal" (e.g., clicks, views, conversions)
     - This goal can be used for creative selection and perhaps other "optimization" features

| Bidding Goal | Creative Opt Goal |
|---|---|
| Click | Optimize |
| Conversion | Optimize |
| ActiveView | Optimize |
| Custom | |
| Completion | Random |
| Time on screen | Random |
| Manual CPM | Random |

Google

Confidential + Proprietary

GOOG-DOJ-AT-00585933

| Id | Date | Text |
|---|---|---|
| 2 | 07/14/2020 13:40:19 | There is a concept of IO goal and that is 'mandatory' to express for every IO. The quality of that goal is not always accurate, but its the best we have today for fixed bidding.<br><br>https://screenshot.googleplex.com/qUG8Zh3FHaK.png |
| 1 | 07/14/2020 13:41:58 | Do we want to call out anything with regard to CM? If most creative optimization decisions are made in CM today, we may want to address this since if we don't the impact will be limited. |

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585934

## Brasilia and CroRay M4

- CroRay is bringing CM creative selection logic to bid time, possibly integrating the logic with Skyray creative rotation.
- Brasilia's original plan was to do creative rotation and adgroup selection in **one** step.
- Brasilia and M4 are compatible from a technical standpoint, however, our recommendation is not to change DV3 or CM (M4) creative rotation logic in Brasilia V1.
  a. This gives us time to finalize any product behavior changes.
  b. Removes the risk of unintended interactions between the two projects that may cause delays

Google

Confidential = Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585935



Silo vs Shared Models

- In mixer, we continue to build per-advertiser silo models to compute first-price optimized bids
- In AGS, we are exploring two options to compute advertiser's Desired Spend:
  - A single factorized model that predicts **views**, **clicks**, and **conversions**
  - Three separate models that predict **views**, **clicks**, and **conversions**

- **Question:** for the early stage, we have legal approval to build a shared model, but we are looking to discuss more broadly.

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585937

DTX-1014 Page 26 of 33

## Desired Spend Example

**Advertiser 1:** Wants to buy conversions at $12 CPA. targeting Bay Area

**Advertiser 2:** Wants to buy conversions at $10 CPA. targeting California

**Today (in any internal auction):**

Say Auction discount is 50% in California, 20% in Bay Area. and assume CVR is 10% for both.

We calculate maxCPM1 = 12 * 10% / (80%) = **$1.5**, maxCPM2 = 10 * 10% / (50%) = **$2.0**.

We allocate this auction to Advertiser 2.

But allocation to Advertiser 1 results in more revenue.

Google

Confidential + Proprietary

Proprietary + Confidential

## Current DV3 Creative Optimization

- **Display LineItems:**

  6% of LIs by spend pick a creative optimization goal that is not aligned with their bidding strategy

| Creative Optimization Goal | Spend Share |
|---|---|
| Conversions | 39% |
| Clicks | 17% |
| Even rotation | 44% |

- **Video LineItems:**

  26% of LIs by spend pick a creative optimization goal that is not aligned with their bidding strategy

| Creative Optimization Goal | Spend Share |
|---|---|
| Completion | 62% |
| Time on screen | 1% |
| Conversions | 36% |
| Even rotation | 1% |

Google

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585940



HIGHLY CONFIDENTIAL

| Id | Date | Text |
|----|------|------|
| 4 | 10/13/2020 20:33:02 | what would happen if this fails? |
| 4 | 10/13/2020 20:33:02 | we have query-level and query independent fallbacks if this fails. |

Google

Confidential – Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585942

## Other considerations

Values of queries we received can be a few orders of magnitude different

We need a system that allows the following:

    a.   To use considerably less CPU on some queries
    b.   Graceful degradation in revenue when we choose to spend less CPU processing queries

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585943

Privacy - Confidential

## Brasília & LPA

- In today's world, **RMKT** and **AUDIENCE** targeting significantly reduce number of ad candidates that need to be scored by helping advertisers narrow down their audience
- In a world, where our ability to effectively use those tools to narrow down advertisers' audience is limited, we need a more effective, consistent, and scalable way to score and select ads using the optimization technology
- We plan to run an experiment (1%) to test **Brasília's** effectiveness in this world:
    - For non-remarketing ads, in the experiment arm, expand targeting to Run-of-Network (RON) and use Brasília scoring to select most relevant ads

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585944