2021 Ads P&L Outlook - V8

Philipp, Prabhakar, Jerry,

Please see below the latest 2021 Ads P&L outlook *(including organic Search and YouTube)*. We expect a total Ads operating profit of ▮▮▮▮ for FY 21, +52% YoY (26% 2Y CAGR), with a 50.5% operating profit margin. Compared to Plan, operating profit is ~$17.5B higher, reflecting stronger-than-expected revenue momentum across products and meaningful FX benefits. Compared to the previous forecast (referred to as "V7" below), operating profit is $98M lower, driven by a reduction in YT revenue forecast. *Search+ includes Consumer Gmail but excludes Play Ads.*

- **Summary:** expected growth rates for 2021 are: served rev of **37% YoY** (23% 2Y CAGR); booked rev of **40% YoY** (23% 2Y CAGR); net revenue of **40% YoY** (22% 2Y CAGR); gross margin of **43% YoY** (23% 2Y CAGR); opex of **19% YoY (**14% 2Y CAGR**)**; operating profit of **52% YoY** (26% 2Y CAGR).

- **Served Revenue (fixed-FX):** FY outlook at ▮▮▮▮, **$21.7B higher than Plan (111.6%** Plan attainment), and $0.3B lower than V7. Search and Display outlook were largely unchanged, while YT outlook was $0.3B lower than V7, driven by a pullback in both A&C (an extension of softness in July) and DR (recent slowdown in top advertisers).

- **Booked Revenue:** FY outlook at ▮▮▮▮, **$23.6B higher than Plan** driven by the stronger-than-expected served revenue outlook, as well as a **$3.0B FX gain** due to year-to-date USD weakness. Compared to V7, booked revenue is $0.3B lower, driven by served revenue forecast reduction.

- **Net Revenue:** FY outlook at ▮▮▮▮, (down $0.1B vs V7) with 69.6% net revenue margin, **1ppt higher than Plan,** driven by favorable mix including AdMob outperformance within DVA and mix shift to non-CACable formats in YT (Masthead, YT Search). Compared to V7, net revenue margin % is flat.

- **Gross Margin:** FY outlook at ▮▮▮▮, 64.6% gross margin, $0.3B lower than V7 driven by net revenue reduction and increase in DST forecast. Machine/Network cost is largely unchanged from V7 and $72M lower than plan driven by savings in Gmail, offset by YouTube unfavorability. Other CoS Y/Y growth is skewed higher due to an accounting change that reclassed $0.8B digital service tax (DST) from G&A Opex to Other CoS. DST ($0.2B over plan) and credit card fees (due to rev outperformance) are the primary driver of Other COS unfavorability to budget.

- **Opex:** overall growing **19% YoY,** slower than net revenue and gross margin growth. Compared to plan, we are seeing underspend across EngPM ($0.9B), more than offset by overspend in G&A (driven by $0.9B legal settlement, offset by $0.2B lower than

expected bad debt expense) and TI (represented by price variance, which indicates less materialized savings vs budget). Google Ads Opex is growing 8% YoY, with payroll spend tracking below plan. GBO Opex allocated to Ads P&L is forecasted to grow 20% YoY, roughly in line with plan. Compared to V7, Opex overall is $0.2B lower, primarily driven by reduction in EngPM payroll/non payroll forecast.

- **Operating profit:** ▇▇▇ for Total Ads, 50.5% operating profit margin, 4ppt higher YoY. By product, Search+ operating profit outlook is at ▇▇▇ (65.5% margin), Display at ▇▇▇ (11.0% margin), and Core YT is ▇▇▇ (14.7% margin).

Exhibit 1. Total Ads profit contribution

| Ads P&L $ in Billions | V8 | FY20 | Total Ads vs. Plan | % YoY | 2Y CAGR |
|---|---|---|---|---|---|
| Served Revenue (Fixed FX) | | | 21.7B | 37% | 23% |
| Booked Revenue | | | 23.6B | 40% | 25% |
| TAC | | | 4.7B | 37% | 22% |
| CAC | | | 0.9B | 47% | 37% |
| Net Revenue | | | 18B | 40% | 22% |
| Other COS | | | 0.3B | 71% | 41% |
| Machine/Network | | | -0.1B | -7% | 3% |
| **Gross Margin** | | | **17.8B** | **43%** | **23%** |
| *Gross Margin %* | 64.6% | 63.1% | 1.4ppt | 1.5ppt | -0.1ppt |
| **Total Opex** | | | 0.3B | 19% | 14% |
| *Opex % Rev.* | 14.1% | 16.6% | -1.7ppt | -2.5ppt | -1.2ppt |
| EngPM | | | ~0.9B | 14% | 14% |
|   Google Ads | | | ~0.3B | 8% | 14% |
|   Commerce | | | 0B | 24% | 5% |
|   Other EngPM | | | ~0.5B | 16% | 16% |
| GBO | | | 0B | 20% | 12% |
| Marketing | | | 0.1B | 47% | 18% |
| G&A | | | 0.7B | 15% | 14% |
| TI | | | 0.4B | 47% | N/A |
| **Operating Profit** | | | **17.5B** | **52%** | **26%** |
| *Operating Profit %* | 50.5% | 46.5% | 3.1ppt | 4ppt | 1.15ppt |

Exhibit 2. Ads profit contribution broken out by Search+, DVA, YT Ads

CONFIDENTIAL
GOOG-AT-MDL-002182531

| Ads P&L $ in Billions | Search $B | Search % YoY | Search 2Y CAGR | DVA $B | DVA % YoY | DVA 2Y CAGR | YouTube $B | YouTube % YoY | YouTube 2Y CAGR | Total Ads $B | Total Ads % YoY | Total Ads 2Y CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Served Revenue (Post PA) | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Booked Revenue | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| TAC | ▮ | 39% | 23% | 19B | 35% | 21% | | | | 44.8B | 37% | 22% |
| CAC | ▮ | 149% | 74% | | | | 15.9B | 46% | 37% | 16.3B | 47% | 37% |
| Net Revenue | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Other COS | ▮ | 76% | 45% | 0.3B | 61% | 20% | 0.4B | 54% | 43% | 3B | 71% | 41% |
| Machine/Network | ▮ | -4% | 5% | 1.1B | -13% | 1% | 1.7B | -8% | -1% | 6.9B | -7% | 3% |
| Gross Margin | ▮ | ▮ | ▮ | 7.2B | 54% | 2% | 11.6B | 57% | 51% | 129.7B | 41% | 2% |
| Gross Margin % | 77.3% | 1ppt | -0.2ppt | 26% | 2.9ppt | 1.35ppt | 39% | 3ppt | 3.2ppt | 64.6% | 1.5ppt | -0.1ppt |
| Total Opex | ▮ | 21% | 14% | 4.1B | 7% | 9% | 7.2B | 22% | 17% | 28.3B | 19% | 14% |
| Opex % Rev. | | -1.8ppt | -0.7ppt | 15% | -4.1ppt | -1.85ppt | 24.3% | -4.6ppt | -4.95ppt | 14.1% | -2.5ppt | -1.2ppt |
| EngPM | ▮ | 15% | 15% | 1.4B | -9% | 0% | 3.6B | 23% | 21% | 12B | 14% | 14% |
| Google Ads | ▮ | 26% | 25% | 1.2B | -10% | 1% | 0.6B | 10% | 19% | 3.4B | 8% | 14% |
| Commerce | ▮ | 24% | 5% | | | | | | | 0.9B | 24% | 5% |
| Other EngPM | ▮ | 11% | 14% | 0.2B | -1% | 0% | 3B | 26% | 21% | 7.8B | 16% | 16% |
| GBO | ▮ | 21% | 15% | 1.4B | 14% | 6% | 1.3B | 21% | 12% | 6.4B | 20% | 12% |
| Marketing | ▮ | 39% | 13% | 0B | 43% | 17% | 0.8B | 73% | 37% | 2.7B | 47% | 18% |
| G&A | ▮ | 19% | 14% | 1.1B | 19% | 30% | 1.3B | 3% | 5% | 6.1B | 15% | 14% |
| TI | ▮ | 70% | N/A | 0.2B | 20% | N/A | 0.3B | 31% | N/A | 1.1B | 47% | N/A |
| Operating Profit | ▮ | ▮ | ▮ | ▮ | 280% | 87% | 4.3B | 197% | ▮ | 105.4B | 52% | 4% |
| Operating Profit % | 65.5% | 2.8ppt | 0.55ppt | 11% | 7ppt | 3.2ppt | 14.7% | 7.5ppt | 8.15ppt | 50.5% | 4ppt | 1.15ppt |

*Notes:*
1) Search+ includes Search Ads - PA, and Search - PA. Consumer Gmail is also included in Search+. YT subscription products and Play Ads are excluded.
2) The large gap between Search served and booked revenues is due to Play Ads being included in Served Rev (to align with rev reporting elsewhere) but not in Booked Rev.
3) Starting FY21, GA is split into Search Ads/DVA on a 67/33 basis - this is the main driver for the fast Google Ads Opex growth in Search+ and the negative Google Ads Opex Y/Y growth in DVA.
4) Fast Commerce growth is due to inclusion of Lens costs in Search Ads PA mid-way last year.
5) The TI cost definition for Resource Economy vs non-RE has evolved overtime. In particular, Core Systems RE allocations to PA are now considered part of Machine/Network cost, but embedded within non-RE TI cost pre-2020. As a result, 2Y CAGR for TI Opex is marked as N/A.

CONFIDENTIAL
GOOG-AT-MDL-002182532