

SMBP / IPG 2021 Business Plan

go/symphony2021

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147892



GOOG-AT-MDL-019147893

DTX-1042 Page 2 of 83



## Our Global Charter

### We exist to...

Help our partners succeed to their fullest potential
Fuel partner growth across OPG with our scaled expertise
Represent and inspire the mid-market voice

### So that we can...

Onboard, educate and grow our partners' digital revenue worldwide
Invest in and continue to develop an open web and apps ecosystem
Fund great content

### Because we believe...

Our partners fuel innovation, productivity, and future growth
Scale is king and drives big impact for our partners
SMBs stimulate the market economy and create jobs in all kinds of communities

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147894



HIGHLY CONFIDENTIAL



## Executive Summary

| | |
|---|---|
| **Our Goals** | • SMBP revenue is expected to hit ▮ in 2021, marking +12% YoY growth<br>• SMBP inventory is projected at 6.4T; 4.5% y/y (*tbc)<br>• Apps is expected to grow at +10% YoY, while Web is projected to grow by +13% YoY<br>• New Acquisitions is expected to drive ▮ clean revenue in 2021 (*tbc) |
| **The Plan** | • **"Symphony" Strategy:** Bringing together the best of teams to drive focus areas with **speed, intelligence** and **scale** while extracting maximum ROI from BAU operations with continued efficiency gains from automation and improvements in core capabilities<br>• **Core Execution remains critical to achieve OPG goals:** As the secret sauce for *Scale*, teams will double down to drive **operational excellence** via coordinated sales, automation and increased collaboration as one SMBP in order to deliver BAU goals most efficiently<br>• **Focus Areas** are key to achieving growth for OPG: Teams need to **innovate & collaborate, driving key results relentlessly & delivering 24% of the total incremental revenue**<br>• **Partner Centricity** remains at the heart of delivering the best of Google to our partners; PX champions efforts across OPG to provide best-in-class service to our partners<br>• **People**<br>   ○ Enable teams to be business owners, grow skills and enrich career experiences<br>   ○ Leverage expertise in key areas: acquisitions, marketing, partner support, and scalable sales opportunity growth to drive productivity and key business results |

* data can be found here

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147896



What unifies Global SMBP?

4 sub-functions x 4 regions

Shifting demands to have a centralized approach to an in-region approach: confusing and challenging

At the same time, let's remember that someone else in the world probably has the answer to the business problem we're solving for; Has the expertise to get things done

The collective capabilities and perspectives we have on this call should give us hope that as long as we're committed to stay on a common course, we will get there

Why Symphony?

A large ensemble - Work usually consisting of multiple distinct sections

Consists of a string section (violin, viola, cello, and double bass), brass, woodwind, and percussion instruments, which altogether number about 30 to 100 musicians

Each section plays, drums, strums to their parts to produce the best musical compositions

Likewise, each region and function makes their own music but brings the best to the global stage when opportune to play a piece together

At times, the violinists play solos; at other times, it's just the beat of the drums > so how we as conductors nurture the individual teams to serve as the centrepiece in that moment?

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147897



- Taking on scale in a much bigger way
- Plans need to be worked out more requiring more rigorous research, more delegation , and a greater focus on team alignment and clear metrics
- So by the outcome we want is few clear focus areas that unify this global team that we commit to driving performance for
- In essence, embrace our diverse skills and perspectives, nurture it, cheer one another on.... But we pick few but critical areas to drive performance in a concerted effort

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147898

## Symphony 2021: Our **Commitments**

1. SMBP regional/functional teams will drive performance under OPG 2021 Pillars anchored by our guiding principles of speed, intelligence and scale.

2. We continue to support region-first or function-first new initiatives with a clear mindset of scaling across the wider organization. We aim to sustain agility and accommodate market nuances.

3. We set goals, and we pursue them relentlessly.

4. We get better as a global organization when we share, learn and replicate best practices.



Feedback from Scott.
We need amplify/highlight quality as alternative to better in the speed section.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147900



GOOG-AT-MDL-019147901

DTX-1042 Page 10 of 83



Account-Based Marketing:

Acquire ABM Prospects w Nurture: Implement targeted nurture campaigns through targeted content, emails, webinars and events to increase ABM sign up rate

Multi-Touch: Refers to the close integration and deliberate timing of scaled and 1:1 pitches to drive efficiency and implementations

Scale For OPG: SMS expanded our menu of services and scope beyond email into video & online events, and beyond SMBP to drive upper funnel awareness and less complex optimizations to partners across the entire OPG to T1, CPT

GOOG-AT-MDL-019147902



**\*ALL NUMBERS TO BE FINALIZED.**



# 2021 Scalable Acquisition Plan

## 2020 Learnings

**Best practices/pilots that can scale globally?**

- ABM strategy on web works. We validated that prospects that we know about are good for business. For example in our initial campaigns we've seen higher ARPUs. $60 vs $33 for standard sign up and 95% of clean revenue comes from sign ups we know about. Scaling this to AdMob in 2021 is a priority.

- Focused SEM budgets work better. Shifting budget from low ROI markets to high-performing ones and focusing on spending in few key markets helps drive increases in account net ROI. Removing brand keywords from high volume campaigns also ensures that budget is spent on incremental sign ups.

- Closely working with product & T&S helps reduce dirty revenue. Dirty revenue declined 74% Y/Y thanks to work on site eligibility classifier & project guardian.

## The big questions leading into 2021

- How to increase ABM impact. We saw ~1% sign up rate from scaled campaigns to ABM prospects when offering the sign up messaging. We want to find out if building longer term relationships with higher quality content delivers higher sign up rates.

- Increasing ABM coverage. As we exhaust our internal channels for reaching prospects how to do we continue to find high quality external channels where we are confident of reaching our exact target audience.

- Can we grow whales with targeted scaled pitches. SA is activating less clean whales this year than last and App activated whales are smaller than 2019. If we use pitches focused on ad format adoption and encourage app portfolio expansion

| 2021 Priorities | Planned actions | 2021 OKRs |
|---|---|---|
| ABM Nurture Program | ● Development of a nurture path containing content, email drip campaigns, events, webinars & events. Focused on driving marketing qualified leads. | MQL & Sign ups & $42M ARR |
| Whale Acceleration program | ● SA/SM/SO collaboration to drive ad format implementation of HiPo Apps via SMS MPR campaigns and 1:1 touch. Utilising monthly webinars to drive product adoption and ecosystem health. | $11M ARR |
| DEI | ● Exceed Google DEI benchmarks for our marketing materials by increasing representation across our comms, ads, case studies and panels. | Benchmark TBC |

### Top Asks

[Achieve marketing budget] Current budget ___ is small comparative to product size which limits campaign scope as current budget used to keep lights on ex(SMS emails). LinkedIn campaign ___ (deprioritized in OPEX, not approved by marketing) and is progress with Scott for H2 next year.

[SEM Budget] Approval for ___ per budget to continue. Our SEM campaigns have a restricted spend of $10K per country unless we commit to spend cash on our campaigns. If we spend 5% of our budget on cash we can get 95% of our budget free. If we don't spend we lose $11.4M ARR.

[AdMob Affiliate in NBU Countries] Would like SMBP support on X budget to run AdMob NBU campaign

[DEI] Help with translation is to ensure the language is correct and appropriate.

Google



# 2021 A-Team Plan

## 2020 Learnings

**Best practices/pilots that can scale globally?**

- [Multi-touch]: Doubling down as one SMBP team where A-team members will unlock the opportunity via coordinated sales, minimizing 1:1 efforts on low complex opportunities (solving for unified messaging to the customer, efficiency, signal improvement)

- [Implemented IDV]: A-team is pivoting to track IDV ARR as a key metric globally to further accelerate OE global A-team pilots hosted in 2020 did prove that the team has been able to close higher IDV Q/Q, while focusing on an always-on approach by combining 1:1 pitches and scaled activities in collaboration with XFN teams

## The big questions leading into 2021

- [Web Extract remaining opp via scale]: Double down on scaled initiatives to maximize the opportunity focused on sustaining revenue and increasing reach, minimum high touch impact only on top rev deals and Ad Manager optimization. Does focusing primarily on scale to extract the remaining opp on web lead to any potential risk.

- [Prioritization based on complexity]: As A-team has a strategic focus on going deeper on initiatives such as rising app and platforms for top partners as well as drive new format adoption via scale, it is critical for A-team AMs to maximize rev opp. via scale so as to deploy resources into high touch support for complex opps.

| 2021 Priorities | Planned actions | 2021 OKRs |
|---|---|---|
| New Growth | • Expand inventory with new ad formats ____. Opp that we aim to close in 2021 via coordinated multi-touch sales approach<br>• Enablers: Firebase/Inventics | Adoption & format |
| Account based marketing | • Incorporate market feedback to increase relevance of scalable comms and higher adoption rates via scalable channels<br>• Unified messaging via multi-touch approach | ____ rev trans/pitch optimization |
| Platform | • Self serve model to drive OE adoption across low/mid sized opps. 1:1 high-touch support resources for top opps only<br>• Retention as a key pillar driven via scale | On-platform rev + OE impressions |

## Top Asks

[Support on Scaled tracking]: Given the emphasis on scale moving into 2021, we request additional support on accurately measuring the impact of all scaled activities hosted by A-team: global consistency in methodology, attribution to the pitch source, only event, event + follow-up from sales team so as to make better informed decisions on where scale could solve to free resourcing.

[Expansion of FDR support]: Opportunity to increase engagement with high opportunity and low engagement SMB publishers prior to transitioning responsive publishers to AMs: possible solutions include automation and TVC support.

Google



## 2021 Partner Experience Plan

### 2020 Learnings

**Best practices/pilots that can scale globally?**

- [Quality Assurance Program] Ensured the operational excellence for all 1:1 interactions with publishers with +80% quality score from all regions.
- [Site Approvals Cases Automation] Automated workflow will take care of all BRTA volumes and save PX approximately 400 working hours of doing BRTA cases or 1 FTE per quarter. Extension to AdSpam issues.
- [Top Droppers] Scaled campaigns targeted for contribution to cleaner ecosystem health in 2020, positioning to expand to other key topics in 2021.
- [Chatbot Launch] Expansion to other languages based on WeChat pilot launch.
- [Shortstop & Highlight] Unlocking opportunities for pitches in Cases, implemented in Q3 and $140k in Q4.

**The big questions leading into 2021**

- [Tier S Commission] Development of guiding principles and risk assessment.
- [PX Subject Matter Expert] Scoping and clear definition of expectations for SME in PX teams.
- [Community Forum] Should we invest in ensuring that the community forum medium is suited to support scalable efforts. (Pilot launch in Poland)

### 2021 Priorities

**New Growth**

**Account Based Marketing**

**Platforms**

### Planned actions

- PX key pillar - Proactive Partner Enablement
  Bring unique PX knowledge to drive partner growth across OPG. Extending support by proactive identification and outreach to deliver timely resolution to drive partner growth.

- PX key pillar - Platform Experience Enhancement
  Improve self-scalability of our scalable support platforms by improved program management and enhanced collateral. Ensure that they can be used as the primary point of contact for publishers.

- PX key pillar - Automation & Efficiency
  Gain deeper publisher insights and leverage data analysis to automate processes that provide better and faster outcomes for publishers and release FTE resources.

### 2021 OKRs

Engagement Rate
Revenue growth on impacted accounts 1M$

Self Scalability Rate SW, CW?

ETR time saving Case volume reduction...

### Top Asks

**[Shared OKRs with Product Team]**

Alignment between Product and OPG PX with shared OKRs and product roadmap for 1) Publisher experience enhancement 2) Problem solving

**[Privacy and Regulation, Ecosystem]**

GTM/PSL comms support and actionable guidelines to the cases from increased Regulations in User Privacy Policies, Ecosystem internal and external changes.

Google







HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147910



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147911



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147912



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147913



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147914



- In 2018, SMBP pitched 9.5k pubs for 52k offerings*

HIGHLY CONFIDENTIAL

| Id | Date | Text |
|---|---|---|
| 1 | 12/16/2020 06:15:12 | thanks Niamh. Keyvan is OOO. Is there someone who can help update the numbers please? |
| 1 | 12/16/2020 10:31:11 | I understand the data points here but I don't think it's an accurate representation to show the figures like this, a decline 175M in samestore is not the same as taking in 64M less in acquisitions. I think Y/Y growth is more representative if you want to compare like with like here. |
| 1 | 12/16/2020 10:31:11 | @waynewong@google.com - Could you please help here if possible? |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147916



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147917



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147918



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147919

| Id | Date | Text |
|----|------|------|
| 2 | 12/16/2020 06:17:47 | For relatively, what are the pruned and promoted amounts as % of total SMBP rev? (Out of curiosity on my part - if this isn't easily available don't worry) |
| 2 | 12/16/2020 06:17:47 | @keyvann@google.com to follow up |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147920



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147921



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147922



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147923



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147924



Implementations drove ███████ n incremental growth; The top 3 implementations were Auto Ads, Interstitials, and AdMob Rewarded Demand, which contributed to **54%** of in-year deal value

→ In 2020 YTD, SMBP **implemented 3.8k offerings for** ███ **uplift** spread across 2k SMBP publishers* compared to **4.2k implemented offerings** and ███ **uplift** in 2019 YTD

→ **28%** of Implemented Deal value globally sits in Auto Ads Implementations

In-year Deal Value of Top 10 Implementations ($, millions)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147925

1. **Global SMBP growth is driven by apps** across all regions except APAC, which was impacted by policy clean up in GRCN.

2. **Strong growth in clean revenue** is leading to a high confidence in the sustainability of the business.

3. **Lower tiers were disproportionately impacted** by COVID across apps and web.

4. **Combining 1:1 and scaled interactions improved close rates.** Also validating increased investment in digital events, social and video outreach.

5. **ML improved acquisition lead qualification** by 2.8x and saves 90% scrubbing hours to find HIPO leads.

Key
Learnings
From 2020

Google



Spotlight Story · Dora from Mexico

Pre-COVID: Used most of her data to keep up with friends on WhatsApp and check Facebook.

Post-COVID: Has been struggling to conserve and top-up her mobile data since she lost her job due to COVID. She's prioritizing the little data she can afford towards her daughter's schooling (which has transitioned to WhatsApp). Dora's daughter is the now the primary phone user.

We heard similar stories from NIUs in other countries.

"Well now people talk through the internet and the phone. I get calls every day, I get video calls...But when I do many video calls...then it uses all the internet and the internet runs out." - Cristielen, Brazil

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147927



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147928



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147929



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147930



Add notes to this slide

GOOG-AT-MDL-019147931



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147932



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147933



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147934



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147935



**Spotlight Story · Alfonso from Mexico**

**Pre-COVID: Struggled to find stable jobs but ad-hoc jobs always turned up.**
**Post-COVID: Lost his job at a restaurant when COVID hit. Ad-hoc jobs like carpentry help put food on the table, but have become scarce. Recharging mobile data is stretching the limits of his reduced income. Alfonso has been conserving cell phone data by prioritizing emergency calls and lowering food costs with price-comparison shopping.**
**We heard similar stories from NIUs in other countries:**
**"[I] had planned to go the 42km back [to my village]. The price of vegetables and other essentials are cheaper [there], and there are no jobs in the city." - Mikhail, India.**

GOOG-AT-MDL-019147936



**\*ALL NUMBERS TO BE FINALIZED.**

**Target Trix: https://docs.google.com/spreadsheets/d/1bj2l31_v7-Fab-bW300a-33mEQijXtw6RSe8h21nHGM/edit#gid=499158272**

HIGHLY CONFIDENTIAL



**\*ALL NUMBERS TO BE FINALIZED.**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147938



Account-Based Marketing:

Acquire ABM Prospects w Nurture: Implement targeted nurture campaigns through targeted content, emails, webinars and events to increase ABM sign up rate

Multi-Touch: Refers to the close integration and deliberate timing of scaled and 1:1 pitches to drive efficiency and implementations

Scale For OPG: SMS expanded our menu of services and scope beyond email into video & online events, and beyond SMBP to drive upper funnel awareness and less complex optimizations to partners across the entire OPG to T1, CPT

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147939



**\*ALL NUMBERS TO BE FINALIZED.**

GOOG-AT-MDL-019147940

# Functional/Product 2020 Plans

| TEAM | DETAILS | OWNER(S) |
|---|---|---|
| Scaled Acquisition | Attract and acquire quality creators, build a healthy and engaged ecosystem | adunleavy@ |
| Scalable Communications | OPG's leading Center of Excellence for all things scaled. | vanvuong@ |
| A-Team | Shifting gears (1:1 vs scale) to accelerate partner growth through our three superpowers: adaptability, agility, and flexibility | prateekbajaj@ |
| Partner Experience | Move forward to create effortless support environment that empower partners and sustain excellent user experience. | seolkichol@ and vitalyporunov@ |
| SMBP Apps Plan | Grow new partners, formats and the platform | prateekbajaj@ |
| SMBP Web Plan | Pivoting web business to scale | darynach@ |
| NBU @ SMBP | Google must build for NBU markets in order to sustain long term growth in users and revenue | sballestiero@ |

Google

HIGHLY CONFIDENTIAL  GOOG-AT-MDL-019147941



HIGHLY CONFIDENTIAL



Source: https://docs.google.com/spreadsheets/d/1yaUTxa747i0DaNP0h8QBLFyIfx-
FKlE7N3DTJiQLCo0/edit?resourcekey=0-
qosmMuHzdTvC7KMwkAe5Dw#gid=1944865193



OPG 2021 Pillar Survey: https://docs.google.com/document/d/1fCpW2Sx4tKBMLczY-t6Bgcu-kSlpfO7P0SsBjt2z-_M/edit?ts=5f087b9f#

GOOG-AT-MDL-019147944



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147945



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147946



- Goal: Drive X incremental traffic, X Leads and X revenue from Nature & SEO.
- Goal: Drive X sign ups and $X revenue.
- Goal: Drive $7M ARR uplift on HiPO sign ups.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147947



GOOG-AT-MDL-019147948



GOOG-AT-MDL-019147949

DTX-1042 Page 58 of 83

## Scalable Marketing Solutions

Our fundamental purpose is to serve as OPG's leading Center of Excellence for all things scaled







### 2020 EOY Summary

*How did we do?*

SMS finished the year at $XB Overall Reachable BoB (X% vs target, +X% YoY). Web drove $XM and Apps drove $XM incremental Implemented ARR in 2020.

Alongside new email campaigns, global SMS considerable Inroads expanding to new channels, including YouTube (X videos produced in 2020) and Gather (X webinars hosted). We also made great progress expanding into ecosystem health (Top Dropper), scaling project Purple success, and pioneering coordinated multi-touch initiatives.

### Our 2021 Pillars

*What's next?*

SMS Web will own XB (X% y/y) and Apps XB (X% y/y). To deliver against these targets, we formulated three core pillars:

1. Reachability
Grow our pool of opted-in users across channels to deliver the right message at the right time.

2. Proactive and Intelligent Comms
Engage partners with targeted, personalized comms at every stage of the publisher journey.

3. Efficiency through Data
Achieve greater insights and automation through improved reporting and tracking infrastructure.

### How do we get there?

*What's different In 2021?*

To pull off this new strategy, SMS is making two big changes:

1. Scalable comms: PgM and deeper subject matter experts (SMEs)
Alignment on webinar topics for global OPG with deeper content expertise and improved proactiveness with our internal CoE processes and building trust with our stakeholders as we move into 2021.

2. Intelligent scaled pipeline approach
Improving scaled and 1:1 sales coordination and alignment by leveraging our data insights and delivering a scaled content strategy across channels.



GOOG-AT-MDL-019147950



GOOG-AT-MDL-019147951

DTX-1042 Page 60 of 83



## A-Team: What are we doing differently in 2021?

**Context & Strategy**

In 2021 OPG SMBP will mature into a ▮▮▮▮ 12% Y/Y) business and the A-Team will continue to manage ~50% of that revenue via a hybrid approach of 1:1 and scaled interactions (*estimated target)
- **Apps:** Focus on going deeper with top opportunities/rising apps via strategic initiatives such as SCRs, UX consultation, and onboarding on Platform
- **Web:** Double down on scaled initiatives to maximize the opportunity focused on sustaining revenue and increasing reach; minimum high touch impact only on top rev deals and Ad Manager optimization

**Success Metrics**

- Implemented Deal Value
- Unique partners pitched & optimized
- Revenue touched/optimized at scale

In 2021, the team will be factoring in for two new M1 metrics to ensure that we are set for the right model to capture both depth (top accounts rev) and breadth (maximizing optimization for unique partners)

**Operations Excellence**

- **Multi-touch initiatives:** Doubling down as one SMBP team where A-team members will be unlocking the opportunity via coordinated sales; minimizing 1:1 efforts on low complex opportunities (solving for unified messaging to the customer, efficiency, signal improvement).
- **Scaled webinars:** A-team AMs will only be hosting the webinars for respective languages; efficiency gains via support from SMS w.r.t event logistics and content creation
- **OE lead/region:** To help with global alignment on OE metrics, improved OE metrics Q/Q, weekly sales activities, etc. Drive automation based on trends to increase reach (ex.: account based marketing in collaboration with SMS)

**In discussion (WIP)**

- **Increased reachability for top partners:** Additional PDR support/TVC request to help AMs reach out to top rev partners who are currently non-contactable
- **Scaled Tracking:** Support required to ensure the team is able to track the impact of scaled activities (Project Purple)

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147952

| Id | Date | Text |
|---|---|---|
| 2 | 12/16/2020 11:05:02 | @prateekbajaj@google.com |
| 3 | 12/16/2020 11:07:42 | My sense is that is may reduce slightly from 50%. As EMEA web is significant |
| 3 | 12/17/2020 01:26:49 | Is this still the case removing A-team Web EMEA? (Another curiosity question, not essential to answer now if info not readily available) |
| 1 | 12/17/2020 01:26:49 | @niamhdonagh @ajayluther@google.com   : I will be working with PI in early Jan to revisit the number, yes it will be reducing with the change in EMEA web. Hence, not closing the comment, will update the same once Q1 BoBs are built. |

Google

GOOG-AT-MDL-019147953



## Partner Experience

PX drives innovative solutions focus on Automation, Proactiveness and Brand Loyalty while ensuring Publisher Experience through all platforms

| PROVIDE GREAT CONTENT IN A TRUSTED & CLEAN ECOSYSTEM for Users | EXPAND REACH for Advertisers | INNOVATE TO ENABLE FUTURE GROWTH for Partners | Risk & Dependencies |
|---|---|---|---|
| Focus on pre-empting publisher problems and switch from reactive to **proactive support** through Education and Proactive Communications at scale. Bring unique PX knowledge to drive partner growth and education at scale across OPG.<br><br>● Education at scale<br>– PX Webinar series<br>– Top Issues Video Content Creation<br>● Email Campaigns with SMS/PSL/Product team | Be the thought leaders to achieve high-quality and maintain self-solvability of our scalable support platforms by **improved program management and enhanced collateral.** Ensure that they can be used as the primary point of contact for publishers.<br><br>● Forum Enhancement<br>● Extend PX Scope to wider OPG business: Ad Manager Support Pilot, HiFo AdMob, Shortstop & Highlight<br>● Dedicated Product Platform Leads improving End-to end UX & Issue resolution on HC | Gain deeper publisher insights and **leverage data analysis to automate processes** that provide better and faster outcomes for publishers and release FTE resources.<br><br>● Automation(Cases agent)<br>● ChatBot<br>● UI Notifications in Product Menu<br>● TroubleShooter/Service Menu<br>● Smart Journey Optimization (HC Discoverability and Audit)<br>● My AdSense Help Center Page | ● **Technical enablement** for automation need<br>● Rely on **stakeholders'** approval on some of the implementation(eg. AdSpam team)<br>● **Privacy and Regulation:** Increased Regulations in User Privacy Policies. Apps Ecosystem change such as iOS14<br>● **Product dependencies**<br>● Core performance drop during the launch phase of new initiatives<br>● Longer Resolution Time due to one step further guidance |

Google

GOOG-AT-MDL-019147954



## Partner Experience

PX moves forward to create effortless support environment that empower partners and sustain excellent user experience

| What we focused in 2020 | How 2021 will look like |
|---|---|

**What we focused in 2020**

Focus on 1:1 support operational excellence. Global PX engaged with 10K unique number of publishers.

- Providing **1:1 support to +13K cases** globally.
- Delivering **88.1% tCsat and 77.3% TRT** with +5.1% YoY growth in case volume.
- Touched publishers with **$2.17B** in ARR.
- Quality Assurance launch ensured the operational excellence across the markets for all 1:1 interactions with publishers with **+80% quality score from all regions.**
- **Automated cases are projected to save 1.6 FTE time** with cases robot designed for BRITA (site approval) and AdSpam issue categories.

**How 2021 will look like**

PX CSR Role will continue to evolve in 2021:

- **40%** (reduction from 50% in 2020) allocation to **core work**, which includes 1:1 external reactive **1:1 support**, support to **High potential publishers** and enhanced **Sales & PX cooperation** (SWP/Rising Apps/T1 Ad Manager Pilot)
- **60%** allocation to **strategic initiatives**

PX commits to drive innovative solutions focus on **Automation & Proactiveness and Brand Loyalty** while ensuring Publisher Experience through all platforms.

1.  **Automation & Efficiency**

1.  **Platform Experience Enhancement**

1.  **Proactive Partner Enablement**

PX vision is to **create effortless support environment that empowers partners.** We will anticipate and provide effective solutions to partners through all scalable platforms as Subject Matter Experts & Platform Leads.

Google



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147956



- 11% of NBU Revenue is considered "Dirty"
- Quality Terminated Revenue in NBU regions represents a larger share (50% vs. FBU 30%)
- Low Connectivity is a common challenge within NBU regions, resulting in 25-30% of Apps sessions being offline
- Lack of technical expertise and lack of content available in all languages result in stronger reliance on Publisher-to-Publisher education.

| Id | Date | Text | |
|----|------|------|--|
| 3 | 12/16/2020 07:17:30 | Requires further discussion to clarify clear focus areas and goals. | Proprietary + Confidential |



1) Opportunity Sizing
2) Focus Areas for NBU in 2021
3) How do we plan to get there. (Collecting insights , more localised support, customised comms, easier optimization for partners, automated solutions.
Given NBU's size and long term growth potential, focus on Scale & Optimizing for the Future to drive $1.86M
(NBU contributing to 20% of OPG Growth)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147959



from our revenue that we got from AdSense to lay down those cable.

As you just saw, it was not easy for them to start a website, they faced several challenges but they never gave up! Thanks to their effort 5000 people in a small village in India can now access the world's information.

Stories like Sushant's are what really keeps our team going. Whether we're helping publishers through our products, programmes, or teaching them about user experiences, I like to know that we're helping the everyday person.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147960

| OPG Pillars | Strategic Focus Areas | Owners | Sponsors | Mid Quarter (Update) |
|---|---|---|---|---|
| Ecosystem | Ecosystem Health (Apps/Web) | joaoa@, @ajayluther | Joao | Apps: AEH Score at 30.3% (95.4% attr) substantially below target on sellers json (51% attr). Email campaigns for iOS14 and sellers json in production as well as 3.4-led monthly webinar. 1:1 activities also a priority for both components. |
| Sustain Reach | Drive On Platform Rev | prateekbajaj@, zucchi@, krod@ | Jason | On-platform rev: 122.4% to target Non-waterfall adoption: 93.5% (102% to target) OB activations: 67 partners onboarded 108.7% ARR Note: All proactive OB pitching on pause pending legal PR advise. Outlook may miss goal in Q2 if no proactive 1:1 pitch resumes |
| | Scale Open Bidding | | | |
| | Defend On Platform Revenue | | | |
| Accelerate To Enable Faster Growth | Accelerate New Format Adoption | mishe@, ericasett@ | Jill | Accel New Formats: App open ads multi-touch campaign launched 1/12 with x-fnd team of SMS and PSL marketing teams to create webinar deck and email content. GTO Q406 APP adopted with touched 544M ARR (baseline 121S partners 924 9M ARR as of 1/12). Rewarded interstitial campaign scheduled 2/24. Q2 priority will be to promote a new format, such as full screen native ads or conduct a second round campaign for app open ads and reward interstitial again with new approaches / content. Rising Apps: Global targets and teardown complete. The new Rising Apps Playbook has been launched for SPM engagement. Global brainstorm session consolidation being added to workstream. |
| | Rising Apps | silulucy@ | | |
| | Scaling AdSense Automation | darynach@ | | |
| | Firebase | amatsumoto@ | | |
| | H5 Gaming | julianabao@ | | |
| | Multi-Touch | vanvuong@, darynach@, aleamacintyre@ | | Scaled Pipeline: First iteration of Scaled Pipeline released for AdMob and AdSense, including in-depth User Guide. Deep-dive 1hr available for Auto Ads AdSense Nurture Prospects ABM: Due to the big success of Linkedin campaign in Q4'20, we've launched Linkedin again this quarter to 79K web ABM prospects, which is 6%+ more pubs compared to Q4. Development of Apps Nurture is underway. Xlarge remaining web has secured budget for |
| | Acquire Nurture Prospects with ABM | adunleavy@ / bemaagar@ / sscarlett@ | | |
| | Scale For OPG | vanvuong@, darynach@, ggrimes@ | | |

Expand Reach > Platform > Scale OB: OB onboarding guide externally sharareble and ready for Open Beta launch. ETA: March
Defend OB: working with PSL to use Healthscore dash signals to build scalable campaign

| Id | Date | Text |
|---|---|---|
| 4 | 02/17/2021 06:46:12 | One Update Per Pillar |
| 8 | 02/18/2021 03:18:31 | @ktersini@google.com<br>_Assigned to Kaylee Menalis_ |
| 1 | 02/18/2021 04:53:05 | added |
| 6 | 02/18/2021 07:55:40 | @dairine@google.com - FYI<br>_Reassigned to Dairine Kennedy_ |
| 1 | 02/18/2021 08:20:56 | @sdunleavy@google.com  can you add update on ABM @bernaagar@google.com<br>@darynach@google.com to update on the adsense 3 part scaled pilot |
| 2 | 02/18/2021 08:34:10 | @ajayluther@google.com  @darynach@google.com  the information here and below will be very<br>similar for AdSense - dasha can you add our 3 part scaled pilot for auto ads and ajay you can<br>decide if we should just remove scaling adsense automation from this section as we will be<br>calling out the same work twice |
| 9 | 02/18/2021 08:34:10 | Yes, I will clean  it up once everyone has entered it. |
| 1 | 02/18/2021 09:55:18 | LGTM! Are you ok with having WIP initiatives (onboarding guide / scalable campaign)? |
| 1 | 02/18/2021 11:04:51 | thanks Prateek. |
| 2 | 02/18/2021 11:05:27 | _Marked as resolved_ |
| 3 | 02/18/2021 11:07:28 | _Re-opened_<br>@prateekbajaj@google.com Do we have the data OB activations by region? it's nice to have but<br>not a must. thanks. |
| 4 | 02/18/2021 14:13:22 | tienl@google.com; please find regional level breakdown here: |
| 3 | 02/18/2021 14:49:58 | @tienl@google.com<br>@ajayluther@google.com<br>@krod@google.com<br>@zucchi@google.com<br>for your review. |

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147963



# A-Team– Revenue & Activities /FTE

Incremental Revenue (IDV)/FTE

| | Current FTE | | Quadratic Rooting FTE | |
|---|---|---|---|---|
| | Apac | Wks | Apac | Wks |
| AMS | | | $3,466,506 | $5,353,942 |
| APAC | | | $13,482,798 | $17,546,562 |
| EMEA | | | $5,492,924 | $4,970,650 |
| Global (Avg) | | | $6,730,486 | $8,306,274 |

Touched Revenue/FTE

| | Current FTE | | Quadratic Rooting FTE | |
|---|---|---|---|---|
| | Apac | Wks | Apac | Time |
| AMS | | | $22,068,366 | $48,384,414 |
| APAC | | | $100,363,602 | $80,806,259 |
| EMEA | | | $30,926,786 | $35,125,930 |
| Global (Avg) | | | $44,964,083 | $53,175,254 |

Pitches/FTE

| | Current FTE | | Quadratic Rooting FTE | |
|---|---|---|---|---|
| | Apac | Wks | Apac | Wks |
| AMS | 365 | 322 | 475 | 440 |
| APAC | 704 | 498 | 792 | 581 |
| EMEA | 435 | 412 | 506 | 549 |
| Global (Avg) | 468 | 384 | 566 | 502 |

Optis/FTE

| | Current FTE | | Quadratic Rooting FTE | |
|---|---|---|---|---|
| | Apac | Wks | Apac | Wks |
| AMS | 132 | 135 | 171 | 165 |
| APAC | 228 | 261 | 257 | 304 |
| EMEA | 94 | 138 | 109 | 184 |
| Global (Avg) | 140 | 164 | 169 | 214 |

Google



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147965



Combining regulatory environment challenges and ecosystem health?
Web: Number of websites is stable, growing through NBU,

GOOG-AT-MDL-019147966



Combining regulatory environment challenges and ecosystem health?
Web: Number of websites is stable, growing through NBU,



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147968



APPS:
On the apps side, the risk log that Gabriel put together here is probably a good place to start: https://docs.google.com/spreadsheets/d/13isyzP-H-tIK3Xh-dj-eT2w-muEoN7sQ1cB_DxK0GW0/edit#gid=384532715
I'd specifically call out the challenges around app ecosystem health, the risk of IDFA going away, and tailwinds around new formats and use of Rewarded beyond Gaming (for Apps and Web).
WEB
here is web risk
log.https://docs.google.com/spreadsheets/d/1aXvDtRwUb3lV0ZBTopYqlWx04LsoiMjaMdmvJfk81R8/edit#gid=384532715





Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

GOOG-AT-MDL-019147971



Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147972



Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147973

Here's how we're going to work together

## PX

| THE WHAT | ACTIVITIES | OWNER(S) |
|---|---|---|
| PX Regional Leads Alignment | • Will meet bi-weekly to align on team progress, metrics, product, people, and strategies across all and apps<br>• Ensure streamlining/replication of scalable activities wherever possible through sharing best practice<br>• EMEA/AMS, EMEA/APAC, APAC/AMS | •PX Managers<br>(APAC: Joao/Jia; EMEA: Claire/Alice; AMS: Raissa) |
| PX Pillars | • Core Work Excellence<br>• Automation & Efficiency<br>• Experience Enhancement | • PX managers / initiative leads |
| PX Enablers | • RPT/PTS resources to develop strategic tools/APIs to improve support efficiency<br>• Shared OKRs w/ internal teams(PSL, product, T&S, SMS..) to ensure customer experience | • PX managers / SMEs |

Google

Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147974