Control Number :        GOOG-DOJ-AT-00585809

All Custodians :        Nirmal Jayaram

Custodian :             Nirmal Jayaram

Date/Time Created :     6/13/2019 10:02 PM

Date/Time Sent :

MODIFICATION DATE :     1/22/2021 7:08 PM

File Name :             Display Ads
                        Auctions_13EUrv8E10POBTLrCC
                        BHSJ7JWkBtSfb3iMrlFObCjAro.
                        pptx



# Auctions in Display Ads

Bidding perspective
Ads Data Science Summit Q2
ajaybangla@ GTrade

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585809

## Team Introduction (Display Ads -> gTrade)

- gTrade: Team in display ads responsible for managing display ad ecosystem dynamics (interface between advertisers and external publishers)
- Comprises of data scientists, software engineers, product manager

     

amini@   nirmaljayaram@   ajaybangla@   loth@   amaan@   tlipus@

     

haou@   liweiliu@   meihuixie@   pooyaj@   bbesson@

Google   Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585810



HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00585811

# Changing world of auctions

- Google has always been a strong proponent of second-price auctions (search ads, later AdSense, Adx, AdMob, …)
- The outside world in the display ecosystem has moved further and further away from second pricing
- Adx (and Admob) is now moving for a first price auction in July
- We'll discuss the market (ecosystem) background, market direction, reason for Adx moving to first pricing, development of the 1p bidder,…



Google

Confidential + Proprietary

# Second price (2P) auctions

- Mechanism
  - Highest bidder wins
  - Pays max(runner-up bid, floor)
- Properties:
  - Incentive compatible (optimal bid = true value)
  - Maximizes welfare (allocates to buyers with highest values)
- Bidding
  - Trival bidding if advertiser knows the value of click/imp
  - Non trivial for other advertisers
    - Auto bidding solutions such as HDMI.



Second-Price Auction

200$  100$  50$  150$  250$

Sold to the purple gentleman for 200$

Clean second price auction

Google                                                                    Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585813

## 2P auctions

- Sellers: Exchanges are looking to exact more revenue but bridging the gap between winning bid and max(runnerup bid, floor)



- ○ Reserve floor optimization (RPO)

Google

Confidential + Proprietary

# Modified 2P auctions: Third Party Exchanges (3PE)

- Multicall
  - Dutch auction
  - Increase latency for user



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585815



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585816

# Header Bidding

- Header bidding script
  - Get live bids from partners
  - AdServe calls winning partner with floor=bid
- Auction of Auctions
  - Header auction 1P
  - SSP auction 2P
  - First price bid = clearing price
  - Inefficient!
- SSP migrated to 1P auctions



Google

Confidential + Proprietary

GOOG-DOJ-AT-00585817



GOOG-DOJ-AT-00585818

DTX-1054 Page 11 of 28

## Explore impact on surplus with bid shading

- Max E[surplus]
  - E[surplus] = (value-cost) * $P_{win}$(bid)
- Optimal bid
  - Second price: bid = value
  - Others: bid shading i.e. bid < value
- Bid shading: bid = $\alpha$ * value
  - E[surplus($\alpha$)] = (value-cost) * $P_{win}$($\alpha$*value)
  - In truthful 2P auctions $\alpha$=1 max surplus
  - In 1P auction a=1 gives zero surplus
  - Run background expts to measure surplus
    - Surplus = **sum(value - cost)** on all winning queries
    - Assumption: value = MaxCPM



Google

Confidential + Proprietary



## Optimal bid shading

- Goal: Optimal bid shading for advertisers on different query segments.
- Model surplus as a function of bid shading.

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585820



## AdX announces move to Transparent 1P auctions

# GOOGLE'S AD MANAGER WILL MOVE TO FIRST-PRICE AUCTION

The update will resonate across $48 billion programmatic landscape

**Google Switches To First-Price Auction**

by Sarah Sluis // Wednesday, March 6th, 2019 – 5:33 pm

Share:

Google will move to first-price auctions for Google Ad Manager, its publisher exchange and ad server, by the end of 2019. At that time, it will also run a single, unified auction and remove last look, ceding a key advantage Google held in a second-price world.

Google Ad Manager will be the last major exchange to switch to first-price auctions. Other exchanges tested or rolled out first-price auctions starting in 2017.

The Unified Auction

Confidential + Proprietary

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00585822

# For most publishers, we have been running implicit first-price auctions for many years

| Line item 1 | CPM = $2 |
| Line item 2 | CPM = $1.5 |

.
.

| Line item N | CPM = $1 |

- For every publisher using line items (including header bidding) in DFP, first price auction is already a reality

- Line items CPMs are based on the amount of money publishers expect to receive (akin to first price bids)

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585823

## Adx competes in this implicit first price auction

Line item 1 — CPM = $2

Line item 2 — CPM = $1.5

.
.
.

Line item N — CPM = $1

Adwords —$5→ Adx

Criteo —$1→

floor = max of the above LI CPMs

- Today, Adx competes through a "**last look setup**" (i.e., if Adx bid > all these LI CPMs, adx winner will serve)

- Last look has been viewed as unfair by the market, and hence unsustainable

Google                                    Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585824

# Move to exchange bidding (Jedi)

- Exchange bidding was designed as an explicit first price implementation that
  - Removes the sequential nature of the line-item auction
  - Compares live bids instead of expected bids
- Should we let buyers decide where to bid?
  - Buyside: yes, we would like to control our own destiny (i.e., control the final bid into the Jedi auction)
  - Sellside: no, because if GDN moves, the Adx auction collapses
- A compromise was to continue to keep last look for Adx



Google

Confidential + Proprietary

## But, we were forced to give up last look



- But, <u>we were forced</u> (by FAN and other players) to give up last look within a year of launching Jedi
- Adx needed to determine a bid to be compared with Index's bid in a first price auction
- The bid Adx uses is the second priced bid in the Adx auction
- Leads to scenarios where Adwords loses to EB buyers simply because the highest competitor's bid was not high enough!

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585826

# The current state is unsustainable

- The current setup put the buyers participating in the Adx auction in a competitive disadvantage when we gave up last look

- There is market pressure to give up last look even outside Jedi

- It is of paramount importance to let GDN and DBM to bid into the final first price auction

- What happens to the Adx second price auction when GDN and DBM move out of it?

  - The second-price path becomes very sparse, and whoever stays in this path will have a very small chance of winning the final auction
  - Sophisticated buyers like Criteo (who have already built the first price bidding technology to buy on 3PE) will follow suit.
  - Unsophisticated buyers will struggle and we need to decide what to do for them

Google                                                                                    Confidential + Proprietary

HIGHLY CONFIDENTIAL                                           GOOG-DOJ-AT-00585827



GOOG-DOJ-AT-00585828

# AdX T1P (Transparent 1P) auction

- Non transparent
    - Submit bids => Observe win or not.
- Transparent
    - Post auction every participant gets Highest Other Bid (HOB)
    - No need to run exploration experiments to build the competitive landscape
- Fair access
    - No buyer specific floors.
    - No last look

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585829



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585830



DV360: Bidding into transparent 1P auction

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585831

## AdWords: Bidding into T1P auction

- AdWords internal auction: remains 2P
  - Advertisers & current auto bidding systems assume 2P auction
- Problem
  - Objective: Maximize E[surplus]
  - Constraints
    - E[payout] = 0.85 * E[revenue] per publisher
    - Incentive compatible

```
                    AdX 1P
                    Auction
                       ↑
                    AdWords
                    1P Bidder
                       ↑
                    AdWords 2P
                    Auction
```

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585832

# AdWords: Bidding into T1P auction

- 1P Bidder
  - $v_1$ and $v_2$: top 2 Adwords 2P bids
  - 1p bid = $f(\alpha v_1, CDF_{HOB})$
    - f : max E[surplus]
    - **α: chosen to hit buy side margin**
  - Cost = $max(v_2, f^{-1}(HOB)/\alpha)$ : min 2P bid to win since $v_1 > v_2$ and $f(\alpha v_1) > HOB$
  - Properties
    - Incentive compatible
    - Maximizes welfare for given spend

Google

Confidential + Proprietary

GOOG-DOJ-AT-00585833

## Timelines and Status

- Timelines



- Status
  - DV360
    - Expts with optimal bidding based on lognormal model for pHOB
  - AdWords
    - Starting experiments

Google

Confidential + Proprietary

GOOG-DOJ-AT-00585834

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00585835