

CONFIDENTIAL

GOOG-AT-MDL-009590561



CONFIDENTIAL

GOOG-AT-MDL-009590562



Erika

Q4-19 campaign CPIL $22

Calculation =(target audience population)*(Total campaign reach)*(absolute lift from brand tracker)

CONFIDENTIAL

GOOG-AT-MDL-009590563

## What We Learned

**1** To drive TV success efficiently, ensure sufficient weight and prioritize shorter formats
*Why care? TV won't drive lift with 50% :30s / 50% :15s when budget is <$36MM*

**2** YouTube met target lifts with a blend of Android and iOS users
*Why care? 34% was delivered against an iOS "in-market" audience on YouTube which historically saw no lift*

**3** We improved CPS YoY while diversifying channel mix as outcomes of DR Centralization
*Why care? Advancing D&S Performance measurement in '20 puts us on-track to understand true DR impact*

CONFIDENTIAL

GOOG-AT-MDL-009590564

## 1  To drive TV success efficiently, ensure sufficient weight and prioritize shorter formats

### WHY CARE

In Q4-20 TV did not drive lift. Lack of passing :15 creative forced consolidation of :15 inventory into :30 inventory which resulted in insufficient weight.

Prior to inventory changes, the TV plan had sufficient weight and was likely to efficiently drive lift in-market due to heavy :15s.

|  | Q4-20 Planned | Q4-20 Delivered |
|---|---|---|
| Unit Mix | 100% 15s | 51% 30s 49% 15s |
| Spend | ■■■■■ | ■■■■■ |
| Frequency | 22 | 12 |
| Lift | +3[1] | No Lift |
| Users Moved | 2.6[1] | 0 |
| CPIL | $11[1] | ∞ |

1. Estimated impact
Source: Dynata, MSO

58% reached 6x

GOOG-AT-MDL-009590565

# 1 — To drive TV success efficiently, ensure sufficient weight and prioritize shorter formats

## Do | Now

Identify key selling point (ksp) before developing assets.
MLMO **(Tommy)** | PHD **(Jordan)**

Implement concept testing for TV (in-progress)
MLMO **(Tommy)** | PHD **(Jordan)**

## Impact | Now

Create efficiency in the creative development process and salvage 3 weeks of TV launch delays due to non-passing creatives.

CONFIDENTIAL

GOOG-AT-MDL-009590566



**1** To drive TV success efficiently, ensure sufficient weight and prioritize shorter formats

### Do | Later

Leverage :15 units for a portion of TV inventory given :15 units are 75% as effective as :30 units but half the media cost.
ML (Katherine) | PHD (Trish)

### Impact | Later

| Unit Mix | Q4-21 Scenarios | | |
|---|---|---|---|
| | 100% :30s | 75% :30s / 25% :15s | 50% :30s / 50% :15s |
| Spend | ████████ | | |
| Frequency | 23 | 26 | 32 |
| Lift | +4 | +5 | +6 |
| Users Moved | 3.4MM | 4.3MM | 5.2MM |
| CPIL | $20 | $15 | $13 |

All plans pass PFC

CONFIDENTIAL

GOOG-AT-MDL-009590567

## 2  YouTube met target lifts with a blend of Android and iOS users

### WHY CARE

In Q4'20, YouTube accounted for ▮▮▮ of our digital spend and met consideration target lifts (2pts) due to 100% passing creatives and adequate frequency

The targeting strategy "In-Market for Android devices" reached a blend of Android to iOS with a higher than expected ratio of iOS (2:1).

Targeting both the right audience (In-market) and high passing creative was the major difference in driving consideration over the previous campaigns.

| Channel | Android to iOS User Composition* | Consideration Lift (Overall)* | Audience | Fundamental Diagnostics | |
|---|---|---|---|---|---|
| | | | | Creative Passing (Android only) | Frequency (Avg. Weekly) |
| YouTube Q4'20 | 66% / 34% | +2 (VAS + TruView) | In-Market for Android | 100% | 4 (VAS) 3 (TrV) |
| YouTube Q1'20 | 100% / 0% | +1 (TruView) | Device List + Affinity | 58% | 4 |
| YouTube Q4'19 | 33% / 67% | +0.4 (TruView) | | 23% | 4 |

*Source: YouTube BLS 2.0, rounded.
*Based on impression delivery volume from Doubleclick

## 2  YouTube met target lifts with a blend of Android and iOS users

### Do | Now

ML to internally determine the "In-Market for Android" audience blend between Android and iOS users
**ML (Brendan, Katherine)**

Saturate the "In-Market for Android" Android users before including iOS into the media mix
**Essence (Jessica, Anthony) | ML (Brendan)**

Continue to hit fundamentals (passing creative, frequency minimums, and PFC's)
**Essence (Jessica, Anthony) | ML + MLMO (Brendan, Amaya)**

Test "In-Market for Android" vs. "In-Market for Android AND iOS exclusion"
**Essence (Jessica, Anthony) | ML + MLMO (Brendan, Amaya)**

### Impact | Now

Reduction of up to 30% in YouTube spend against a less receptive audience.

Maintain and improve target lift on YouTube

Up to incremental 591K users moved to consideration on YouTube.

Source: Dynata (BLS + Audience Validation), YouTube BLS 2.0

CONFIDENTIAL

GOOG-AT-MDL-009590569

## 2   YouTube met target lifts with a blend of Android and iOS users

### Do | Later

Shift more OLV allocation into YouTube to continue testing the effectiveness of VAS.
**Essence (Jessica, Anthony) | ML + MLMO (Brendan, Amaya)**

Ensure creative appeals to the respective audiences across Android and iOS.
**Essence (Jessica, Anthony) | ML + MLMLO (Brendan, Amaya)**

### Impact | Later

Up to incremental 470K users moved to consideration on YouTube.

CONFIDENTIAL

GOOG-AT-MDL-009590570

## 3  We improved CPS YoY while diversifying channel mix as outcomes of DR Centralization

### WHY CARE

Surpassed Pixel's CPS goal ($225) for Core CPS tactics ($196). Pixel 5 went OOS before Black Friday, impacting ability to scale.

**-29% units sold on -50% investment YoY;** improved acct. hygiene to Shopping and GDN RMKT were key efficiency drivers, a credit to DR Centralization.

**Non-SEM channels credit improved with the ADH MTA (Paid Media)** model vs last click; 2021 validation of incrementality via CLS - and CAM models - crucial to determine optimal tactical budget allocation.

| Channel | Spend (MV) ↓ | CPS Last Click | CPS MTA | Sales Last Click | Sales MTA |
|---|---|---|---|---|---|
| SEM | | $121 | $151 | 65.7K | 43.1K |
| GDN | | $1,413 | $311 | 2.8K | 10.5K |
| DV360 | | $2,686 | $112 | 0.5K | 9.8K |
| Amazon DSP | | $46,105 | $67 | 0.0K | 0.6K |
| Twitter | | $1,504 | $175 | 0.1K | 0.9K |
| Core Subtotal | | $196 | $171 | 69.2K | 64.9K |
| YouTube | | $25,449 | $420 | 0.1K | -4.5K |
| GDN | | $13,976 | - | 0.0K | - |
| Snapchat | | - | - | 0.0K | 0.0K |
| Test Subtotal | $2.5M | $24,344 | $456 | 0.1K | -4.5K |
| Total | $16.0M | $189 | $189 | 69.3K | 69.3K |

Source: Ads Data Hub; Google CLS, Snapchat CLS

CONFIDENTIAL

GOOG-AT-MDL-009590571

## 3   We improved CPS YoY while diversifying channel mix as outcomes of DR Centralization

### Do | Now

Expand CLS measurement where there were gaps in GDN, DV360; experiment with Google SEM CLS alpha (H1'21).
**Essence (Ryan Jones & Sam Lee)**

Leverage Q4'20 MTA (Paid Media) refreshed results and apply learnings to Q1'21 media mix (January '21).
**Essence (Ryan) | MLP (Shilpa Mishra  & Tom Garvey)**

### Impact | Now

We will increase our CLS comp. measured from 20% to 80%, enabling better channel mix and testing recommendations.

Shifting investment away from Banners and into YouTube and Social may increase Units Sold by up to 10% in H1'21 vs. projected Last-Click waterfall.

CONFIDENTIAL

GOOG-AT-MDL-009590572

## 3   We improved CPS YoY while diversifying channel mix as outcomes of DR Centralization

### Do | Later

Validate the incrementality on MTA (Paid Media) through MMT
**MLMO | MLP (Matt Klemchuk & Tom Garvey)**

Integrate ADH directly into reporting automation, increasing multiplier updates from monthly (H-T21) to real-time (TBD 2022).
**Essence (Sam & Max) | MLP (Matt Klemchuk & Tom Garvey)**

### Impact | Later

Allow quantification of MTA (Paid Media) incremental impact.

Increase our channel mix optimizations by 4x, improving from monthly manual adjustment to weekly.

CONFIDENTIAL

GOOG-AT-MDL-009590573

## Summary

| Do | Now | Impact | Now |
|---|---|
| Identify key selling point (ksp) before developing assets and implement concept testing on TV. | Create efficiency in the creative development process and salvage 3 weeks of TV launch delays due to non-passing creatives. |
| Saturate the "In-Market for Android" Android users before including iOS into the media mix. | Reduction of up to 30% in YouTube spend against a less receptive audience. |
| Expand CLS measurement where there were gaps | We will increase our CLS comp. measured from 20% to 80% |

| Do | Later | Impact | Later |
|---|---|
| Leverage :15 units for a portion of TV inventory | Up to 2.2MM incremental considerations |
| Shift more OLV allocation into YouTube to continue testing the effectiveness of VAS. | Up to incremental 470K users moved to consideration on YouTube. |
| Validated the incrementality on MTA through MMT | Validate up to 33% of our MTA campaign spend as incremental |

CONFIDENTIAL

GOOG-AT-MDL-009590574



CONFIDENTIAL

GOOG-AT-MDL-009590575



CONFIDENTIAL

GOOG-AT-MDL-009590576

## Calculations

| Metric | Formula |
|---|---|
| % of  budget driving any lift | (Spend driving consideration lift) / (Total brand spend INCLUDING mastheads and unmeasurable ) |
| % of budget driving lift above target | (Spend driving on-target consideration lift) / (Total brand spend INCLUDING mastheads and unmeasurable ) |

CONFIDENTIAL

GOOG-AT-MDL-009590577

DTX-1059 Page 17 of 17