Message

| | |
|---|---|
| From: | Sarah Stefaniu [sstefaniu@google.com] |
| Sent: | 8/9/2021 9:05:23 PM |
| To: | Mini Zhuohan Li [mzhuohanli@reingold.com] |
| CC: | Claudia Howard [claudiahoward@google.com]; roblesmark@google.com; Sarah Csanadi-Schwartz [scschwartz@reingold.com]; Caroline Sardella [csardella@reingold.com]; Michael Westervelt [mwestervelt@google.com] |
| Subject: | Re: Unusual & Large Volumes of Invalid Activities on MTC Invoices |

Hi Mini,

My apologies for the delay as I was OOO all last week. After consulting with one of our Search specialists on this matter this morning, I'm going to have to submit an internal escalation to the Ads Traffic Quality Team since they have the proper tools to investigate the root cause of the issue here. I will do my best to have an answer for you within the next business day.

Thanks,
Sarah

- **Sarah Stefaniu**
- Account Manager, Government & Advocacy
- Google, Inc.
- sstefaniu@google.com

On Mon, Aug 9, 2021 at 1:20 PM Mini Zhuohan Li <mzhuohanli@reingold.com> wrote:

> Hi team,
>
> I hope you had a great weekend!
>
> Any updates on this requests? Can we set up a call to chat this week?
>
> Thanks,
> Mini
>
> **From:** Claudia Howard <claudiahoward@google.com>
> **Sent:** Tuesday, August 3, 2021 4:32 PM
> **To:** Mini Zhuohan Li <mzhuohanli@reingold.com>
> **Cc:** Sarah Stefaniu <sstefaniu@google.com>; roblesmark@google.com; Sarah Csanadi-Schwartz <scschwartz@reingold.com>; Caroline Sardella <csardella@reingold.com>; Michael Westervelt <mwestervelt@google.com>
> **Subject:** Re: Unusual & Large Volumes of Invalid Activities on MTC Invoices
>
> [EXTERNAL]
>
> Adding Mike to this thread as well.

CONFIDENTIAL

On Tue, Aug 3, 2021 at 4:21 PM Claudia Howard <claudiahoward@google.com> wrote:

Thank you,  I just submitted a ticket to understand why such a high volume of invalid clicks are coming through understanding your position with respect to timing, I hope to get an answer/have this resolved shortly.

More to come!

CH

On Tue, Aug 3, 2021 at 4:18 PM Mini Zhuohan Li <mzhuohanli@reingold.com> wrote:

YES! Thank you, Claudia! Please see the ad account info below:

**DVA_MTC (208-618-6016)**

**From:** Claudia Howard <claudiahoward@google.com>
**Sent:** Tuesday, August 3, 2021 4:11 PM
**To:** Mini Zhuohan Li <mzhuohanli@reingold.com>
**Cc:** Sarah Stefaniu <sstefaniu@google.com>; roblesmark@google.com; Sarah Csanadi-Schwartz <scschwartz@reingold.com>; Caroline Sardella <csardella@reingold.com>
**Subject:** Re: Unusual & Large Volumes of Invalid Activities on MTC Invoices

[EXTERNAL]

Hi Mini, I was able to identify the path to hopefully get this resolved and understand how this occurred so it won't occur again.  As I don't work on the VA can you confirm the Account IDs for me so I ensure this properly tagged to the appropriate accounts?

Best,
Claudia

On Mon, Aug 2, 2021 at 10:08 PM Mini Zhuohan Li <mzhuohanli@reingold.com> wrote:

Claudia, thanks so much for jumping in! Please keep us posted!

Thanks,
Mini

**From:** Claudia Howard <claudiahoward@google.com>
**Sent:** Monday, August 2, 2021 3:30 PM
**To:** Mini Zhuohan Li <mzhuohanli@reingold.com>
**Cc:** Sarah Stefaniu <sstefaniu@google.com>; roblesmark@google.com; Sarah Csanadi-Schwartz <scschwartz@reingold.com>; Caroline Sardella <csardella@reingold.com>
**Subject:** Re: Unusual & Large Volumes of Invalid Activities on MTC Invoices

CONFIDENTIAL                                                                                                                                GOOG-AT-MDL-008668310

[EXTERNAL]

Hey Mini,

Let me dig and see what I can find out ASAP. More to come!

CH

On Mon, Aug 2, 2021 at 2:48 PM Mini Zhuohan Li <mzhuohanli@reingold.com> wrote:
> Hi Claudia and Mark,
>
> I hope you are having a great start of the week!
>
> I tried to reach Sarah with a rather urgent question on the Veterans Affairs account and received her OOO message. Our Finance team is working through July invoices this week, and I'd love to get a better understanding of the issue mentioned below before we submit billing requests to the client. Could you please kindly provide any insights or connect me with relevant resources this week?
>
> Thank you!
> Mini
>
> **From:** Mini Zhuohan Li
> **Sent:** Monday, August 2, 2021 2:38 PM
> **To:** Sarah Stefaniu <sstefaniu@google.com>
> **Cc:** Sarah Csanadi-Schwartz <scschwartz@reingold.com>; Caroline Sardella <csardella@reingold.com>
> **Subject:** Unusual & Large Volumes of Invalid Activities on MTC Invoices
> **Importance:** High
>
> Hi Sarah,
>
> I hope you had a great weekend!
>
> I'm reaching out with some questions regarding the MTC Google Ads invoices for June and July. We saw an unusually high number of invalid activities for both months: close to ▮▮▮ credits in June and over ▮▮▮ credits in July.
>
> While I understand that we are not charged for invalid activities, the discrepancies between invoices and Google Ads on-platform cost report have been substantial and unpredictable since June due to the invalid activities. This poses significant challenges for us to manage campaign pacing. In July, based on the invoice, we paced behind by ▮▮▮ for June; but we are right on pace based on the platform data. And platform data is what's available to us during the month.

CONFIDENTIAL

GOOG-AT-MDL-008668311

This is an urgent matter that we need to get a better understanding of ASAP. As you know, we are close to the end of this contract year and want to be sure to spend the media budget slated for FY21 (no underspending is allowed in MTC's case). I hope we can get on a call as soon as possible this week to have a discussion! Also please feel free to call my cell if you need more context from me : ).

Thanks so much!

---

**Mini Zhuohan Li**

*Paid Media Manager*

**Reingold, Inc.**
1321 Duke Street

Alexandria, VA 22314

Main: 202.333.0400

Cell: 301.221.1238

mzhuohanli@reingold.com

--

Claudia Howard
Senior Account Executive
Government & Advocacy
claudiahoward@google.com
202.695.8727

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

--

Claudia Howard
Senior Account Executive
Government & Advocacy
claudiahoward@google.com
202.695.8727

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

--

Claudia Howard
Senior Account Executive
Government & Advocacy
claudiahoward@google.com
202.695.8727

--

Claudia Howard
Senior Account Executive
Government & Advocacy
claudiahoward@google.com
202.695.8727

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

CONFIDENTIAL

GOOG-AT-MDL-008668313