Message

| | |
|---|---|
| **From**: | zsk [zsk@google.com] |
| **Sent**: | 4/25/2022 11:11:00 PM |
| **To**: | Julia Weinberg [weinberg@google.com] |
| **CC**: | Andrew Tucker [andrewtucker@google.com]; Ashley Burke [ashleyklair@google.com]; Atoshi Shorey [atoshi@google.com]; Daniel Tangeman [tangemand@google.com]; Eric Lo [ericllo@google.com]; Guille Vidal [gvidal@google.com]; Jagan Cuddapah [jcuddapah@google.com]; Jonathan Hager [jfhager@google.com]; Julia Reznikov [jreznikov@google.com]; Kerry Frum [kerryfrum@google.com]; Kirk Morris [kirkmorrisjr@google.com]; Lilly Pelton [lillianpelton@google.com]; Mike Schwimmer [mschwimmer@google.com]; Racquel Brown [racqbrown@google.com]; Scott Sheffer [ssheffer@google.com]; Shamieka Benjamin [shamieka@google.com]; Shane Rahmani [shanerahmani@google.com]; Simon Bolger [simonbo@google.com]; Tiffany Fung [tfung@google.com]; Tom Gorke [gorke@google.com]; Victor Hugo Ramos [vhramos@google.com] |
| **Subject**: | Re: Sony's Crunchyroll & Google GAM deal closed (part of xPA deal) |

Super cool, congrats again to the deal team!

On Mon, Apr 25, 2022 at 2:32 PM Julia Weinberg <weinberg@google.com> wrote:
> Kirk, it's super exciting to see the deal come to life in these press releases. Congrats to you and the whole xfn team that made this happen.
>
> Julia
>
>
> On Mon, Apr 25, 2022 at 2:17 PM Kirk Morris <kirkmorrisjr@google.com> wrote:
>> Hi everyone
>>
>> I want to share the exciting news with the Sell-Side team and XFNs that today we announced our partnership with Crunchyroll in a press release. You can find the press release below:
>> 1. PR Newswire
>> 2. Google Cloud Press Corner
>>
>> Thank you to Atoshi, Shamieka, and the Partnerships Solutions team for leading this press release.
>>
>> Congratulations again to everyone involved!
>>
>> Kirk
>>
>> On Thu, Mar 24, 2022 at 5:05 AM Mike Schwimmer <mschwimmer@google.com> wrote:
>>> Congratulations Kirk, Andrew, Atoshi and team! I'm excited for our team to help activate this deal. Thanks for the close collaboration with the gTech team to figure out the right technical levers across PAs (GAM + Google TV) to help add value for Sony.
>>>
>>>
>>> On Wed, Mar 23, 2022 at 2:34 PM zsk <zsk@google.com> wrote:
>>>> Congrats, this is a big win that took a lot of x-functional alignment. Nice work, and can't wait to see the results.
>>>>
>>>> On Wed, Mar 23, 2022 at 11:03 AM Jonathan Hager <jfhager@google.com> wrote:
>>>>> Congrats Kirk and team, and great work getting this deal signed!

HIGHLY CONFIDENTIAL					GOOG-AT-MDL-006848876

Jonathan Hager | Technical Deals Consultant - gTech | jfhager@google.com | (o) 303-729-3250 / (m) [redacted]

**I stand in solidarity with those seeking Justice and Racial Equity.**

*The Deals and Protocols Team is hiring!* *(contact me for details!)*

*This e-mail message is meant for the sole use of the intended recipient(s) and may contain CONFIDENTIAL and/or ATTORNEY CLIENT PRIVILEGED COMMUNICATIONS.  Please do not forward or share without the written approval of the sender.  If you are not the intended recipient, please contact the sender by reply email and delete the email.*

On Wed, Mar 23, 2022 at 12:32 PM Simon Bolger <simonbo@google.com> wrote:
> Congrats team!  Very complex deal, with great impact.  Well done on the broad x-functional collaboration to make this happen.
> Simon.

On Wed, Mar 23, 2022 at 7:55 AM Kirk Morris <kirkmorrisjr@google.com> wrote:
> **Confidential - Internal Only**
>
> Hi everyone
>
> Andrew and I want to share a Google Ad Manager specific update on the outcome of the deal with Sony's Crunchyroll.
>
> **Impact:** Sony's Crunchyroll signed an AM360 deal valued at nearly [redacted] which is estimated to **grow impression volume 189% through access to new inventory across Desktop, mWeb, Apps, and OTT**.  The deal is a part of a xPA collaboration involving Google Ad Manager, Cloud, Platforms & Ecosystems, and Advertising, and paved the way for Sony US to become a Priority Partner. The AM360 deal includes:
>
> - [redacted] core ad serving discounts
> - [redacted] hosted video ad serving discounts
> - [redacted] non-hosted video ad serving discounts
> - 3 months dedicated gTech POC
> - Non-standard terms: risk mitigation and migration incentives
> - 1 year term with auto renewal
>
> **Background**
> Sony's Funimation division acquired Crunchyroll from AT&T for $1.2B in August 2021 to create the world's largest anime content creator and DTC service.  The Funimation and Crunchyroll businesses are merging into a unified global product under the Crunchyroll brand.  Global demand for anime content grew 118% over the past two years, making it one of the fastest-growing content genres by that metric during the pandemic.
>
> **Approach**
> With Funimation merging into Crunchyroll, we negotiated a deal that supported their technical needs through dedicated gTech support, mitigated risk and incentivized growth through non-standard terms, and expanded Google's inventory access to deliver mutual value and support other PAs.

**Learnings**
We documented our learnings here which include how we collaborate with XFNs to streamline approvals and scale knowledge across the sell-side through go/sell-side-deal-playbook and an April T1/CPT meeting.

Thank you to the individuals below and for everyone's support of this strategic deal:

**Executive Deal Sponsor:** Shane Rahmani
**Commercial Deal Team:** Tom Gorke (Lead), Jagan Cuddapah, Shane Rahmani
**Americas Partnerships Solutions Leads:** Atoshi Shorey, Marcus Ellington
**Web Manager:** Andrew Tucker
**Platforms:** Kirk Morris
**Finance:** Lily Pelton, Ashley Burke
**Legal:** Daniel Tangeman
**gTech:** Mike Schwimmer, Jonathan Hager, Guille Vidal, Kerry Frum, Racquel Brown, Tiffany Fung, Victor Hugo Ramos

Kirk and Andrew


On Thu, Mar 17, 2022 at 12:27 AM Tom Gorke <gorke@google.com> wrote:
**Confidential - Internal Only**

*tl;dr: Following several months of xPA collaboration and external engagement and negotiation, we recently executed a ▮▮▮▮▮ multi-year global strategic partnership with Sony's Crunchyroll division; relationship includes significant Cloud commitment and opportunity for future Sony growth, as well as separate deep collaboration with Platforms & Ecosystems and new, incremental commitments across Ads and Google Ad Manager.*

We are happy to share that we have finalized a multi-year strategic partnership with Sony's Crunchyroll division, the largest anime content provider in the world and an important and growing player in the Direct-to-Consumer (DTC) entertainment ecosystem. The deal is valued at ▮▮▮▮▮ across Cloud, Platforms & Ecosystems, Ads and Google Ad Manager.

Background
Sony's Funimation division acquired Crunchyroll from AT&T for $1.2B in August 2021 to create the world's largest anime content creator and DTC service. The Funimation and Crunchyroll businesses are merging into a unified global product under the Crunchyroll brand. Global demand for anime content grew 118% over the past two years, making it one of the fastest-growing content genres by that metric during the pandemic.

Approach
The partnership resulted from building a thorough understanding of Crunchyroll's business objectives that came via a C-suite listening session, deep dive workshops with each PA, and ongoing conversations with their executive team.

Partnership Overview
This xPA partnership will support Crunchyroll's transformation as they rebrand and relaunch as the single largest anime streaming provider in the world. This partnership includes:

HIGHLY CONFIDENTIAL                                                                 GOOG-AT-MDL-006848878

- **Cloud:** ▮/5 year committed spend that will position GCP as the data cloud for Crunchyroll. Additionally, at the request of Sony Global Group CIO, GCP rates have been extended beyond this deal and firmly positions GCP as a strong cloud provider for Sony overall.
- **Platforms & Ecosystems:** Deepened partnership to support the combination of the Crunchyroll and Funimation DTC apps on the Play platform on a global basis, along with securing partner ad inventory on Google TV with an estimated value of multi-million dollars over the projected lifetime of the deal.
- **Advertising:** One year ▮ incremental Ads DVIP (Display and Video Incentive Program) upfront for 2022; on top of ▮ of current annual Search spend. There is upside if DVIP and search are extended over the life of the 5 year cloud deal.
- **Google Ad Manager:** Estimated at ▮ annually, the Google Ad Manager 360 deal with Crunchyroll will unify their inventory on platform, enabling Google access to new inventory, and will grow impression volume.

We are currently working with our PR and Marketing teams xPA to bring this partnership to life through a press release and marketing executions. *We ask that you please keep this partnership confidential until we share publicly via PR and marketing.*

Upon closing of the partnership, Colin Decker, CEO Crunchyroll expressed how excited he and his executive team are about this holistic and elevated partnership across Google and they look forward to growing the relationship.

**Sony US is now a Priority Partner**
Not only is the partnership significant for Crunchyroll, but it also creates strong momentum for the broader Google-Sony relationship. Sony US was nominated as an "Incubation Partner" for the Americas Partnerships Solutions team and upon assessment, identifying future opportunities, and as a result of this deal, Sony US was approved as a Priority Partner. This deal showcases the power of bringing the One Google approach to our partners to help transform their business and build allyship.

While there are many people to thank, we'd like to highlight the core group, including business development, legal and finance leads across the teams who were part of this process.

**Executive Deal Sponsor:** Shane Rahmani
**Commercial Deal Team:** Tom Gorke (Lead), Jagan Cuddapah, Shane Rahmani
**Americas Partnerships Solutions Leads:** Atoshi Shorey, Marcus Ellington
**Nomination of Sony US as Incubation Partner:** Rory O'Callaghan, GCAS
**Cloud:** David Ooley, Santosh Eram, Munish Agarwal, Jagan Cuddapah, Jeff Katzen, Vidula Shinde, Jim Daly
**Google Ad Manager:** Andrew Tucker, Kirk Morris, Lily Pelton, Ashley Burke, Daniel Tangeman
**Ads:** Liz Correa, Rory O'Callaghan, Ryan Jody, Amy Yury Stickler, Alex Angeledes
**Platforms & Ecosystems:** Tom Gorke, Juanjo Duran, Jenna Mok, John Langan, Tamar Fruchtman, Divya Chandra, Wes Yu
**PR:** Angela He
**Legal Deal Lead:** Tamar Fruchtman
**Competition Counsel:** Rob Mahini

Thank you and congratulations to everyone who worked so hard to make this deal happen.

Atoshi, Jagan, Shane and Tom



--
Kirk Morris

Program and Strategy Lead, Web Platforms

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006848879

--
Simon Bolger
Director, Americas Online Partnerships,
Google
t: +1-650-889-6032

Blue Dot Listener

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks.

--
Zachary Kuney
Director, Global Partnerships

Go gle - Blue Dot Listener


We stand for racial justice and commit to the fight against systemic racism

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--
Kirk Morris

Program and Strategy Lead, Web Platforms
--

| Julia Weinberg | | Director, Strategic Partnerships | | weinberg@google.com | | (215) 620-2376 |

Blue Dot Ally

--
Zachary Kuney
Director, Global Partnerships

Go gle - Blue Dot Listener


We stand for racial justice and commit to the fight against systemic racism

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006848880