Message

| | |
|---|---|
| **From:** | Darline Jean [darlinejean@google.com] |
| **Sent:** | 5/2/2022 1:30:39 PM |
| **To:** | Bipin Khurana [khuranab@google.com] |
| **Subject:** | Re: [Deal Review][GPX] Meeting agenda, May 3, 2022: (1) Ringier (2) Mediahuis |

Hi Bipin,
In light of Friday's announcement in reference to Marlena, After this month, please direct all deal reviews to me for GPL approval. Nash can continue to be the GPL approver for apps. Since I'm still pretty new, I will reach out directly to you with any questions.
Thanks much,
DJ

On Fri, Apr 29, 2022 at 1:45 PM Bipin Khurana <khuranab@google.com> wrote:
Privileged and Confidential

Scott, Marlena, Vik, Ron, Jessica (delegating for Kerry),

We have **2 Deals** for review at the **GPX** next week on Tuesday, May 3 @ 8:30 am PT.
Looking forward to seeing you all.
Have a great weekend!!


Regards,
Bipin

1. **[GP22-027] Ringier AG**
- **Reason for escalation**: Discount
- **Product(s):** DFP, AdX
- **Region(s):** EMEA
- **Deal Representatives:**
  o  Holm Münstermann (Head of News & Broadcast DACH, EMEA - DACH - LPS)
  o  Claudia Becker (Strategic Partner Lead, EMEA - DACH - LPS)
- **Ask for GPX:** Context: No contract has been executed since the GPX approval obtained in July 2021. Now the partner has agreed to a single stack with Google Ad Manager hence, we are coming back to GPX with request to approve the following ▮▮▮▮▮▮:
  o  PA: ▮▮▮ (approved in July 2021)
  o  PD: ▮▮▮ (approved in July 2021)
  o  PG: ▮▮▮ (approved in July 2021)
  o  Video hosted/DAI: ▮▮▮▮▮▮ (approved in July 2021)
  o  DFP Core Ad Serving: ▮▮▮▮ (vs. ▮▮ approved by in July 2021)
  o  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (new ask)
  o  1P Audience/DRM: ▮▮▮▮ (vs. ▮▮ approved in July 2021)
  o  Video - Non-Hosted: ▮▮▮▮ (vs. ▮▮ approved in July 2021))
  o  Data Transfer: ▮▮▮▮ (vs. ▮▮ approved in July 2021))
  o  Exchange Bidding (Instream/Apps): ▮▮ (vs. ▮▮ approved in July 2021))
  o  ▮▮▮▮▮▮▮▮▮▮▮ during 6 months migration phase (new ask)
  o  Term Length: 24 months (vs 24 months with ▮▮▮▮▮▮ after 12 months approved in July 2021)
- **Success Metrics:**
  o  **Revenue:** Per the table in the Deal Doc for Gross and Net Revenue.
  o  **Non Revenue:** Programmatic access to partner's live video inventory - Partner has a live video channel ("Blick TV"). We want to have IMA SDK and Google DAI implemented by end of 2022 and make it eligible for programmatic demand on AdX

HIGHLY CONFIDENTIAL

2. **[GP22-011] Mediahuis N.V.**
- **Reason for escalation**: Discount
- **Product(s):** DFP, AdX
- **Region(s):** EMEA
- **Deal Representatives:**
  - Kenny Valcks (Country Lead Belgium & Netherlands, EMEA - Northern Europe - LPS)
- **Ask for GPX:** Renew Mediahuis' open group deal with following ▇▇▇▇▇▇▇:
  - Core ad serving: ▇▇▇▇▇▇▇ (currently ▇▇▇)
  - ▇▇▇▇▇▇▇ on DFP (same as current)
  - 1P audience: ▇▇▇▇▇▇ (same as current)
  - DRM Video / Audio / Advanced Display: No discount (currently ▇▇▇)
  - Video Hosted: ▇▇▇▇▇▇ (currently ▇▇▇)
  - Video - Non Hosted: ▇▇▇▇▇▇ (currently ▇▇▇)
  - ▇▇▇▇▇▇ Adx revenue shares
  - PG: ▇▇▇ (same as current)
  - PD: ▇▇▇ (same as current)
  - PA: ▇▇▇ (same as current)
  - DT files: ▇▇▇▇▇▇ (same as current), currently they have 10 but can potentially increase to 24 (which we used as input in the deal model)
- **Success Metrics:**
  - **Revenue:** Per the table in the Deal Doc for Gross and Net Revenue.
  - **Non Revenue:**
    - Keep Mediahuis as an allie, from an EPS standpoint - Support us reputationally (Velocity) in 2022 and 2023, openly, and publicly on projects where we work together and have positive outcome
    - Keep Mediahuis as an allie, from an GPP standpoint, for Copyright and Garamond - Garamond has been presented to mediahuis in light of the Copyright legislation in NL
    - Grow our partnership, as they grow an-organically and buy other companies - Onboard the inventory of their acquisitions

--
You received this message because you are subscribed to the Google Groups "GPX Deal Review - All" group. To unsubscribe from this group and stop receiving emails from it, send an email to GPX-dealreview+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/GPX-dealreview/CAOfeYLJv71O6-jEMyDye21PSmcuDdVQXXpodzgwAyzN5CAncpQ%40mail.gmail.com.

--

Darline Jean
Managing Director | Global Publisher Platforms
darlinejean@google.com
917.841.3626

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018290784