# Exhibit D

Page 1

1
2      H I G H L Y    C O N F I D E N T I A L
3     IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF VIRGINIA
4     ALEXANDRIA DIVISION
      -----------------------------x
5     UNITED STATES, et al.,
6                  Plaintiffs,
7            vs.              Case No.
                             1:23-cv-000108
8     GOOGLE LLC,
9                  Defendant.
      -----------------------------x
10
11
12              HIGHLY CONFIDENTIAL
13        REMOTE/ORAL/WEB VIDEOCONFERENCE
14    VIDEOTAPED DEPOSITION OF JAMES GLOGOVSKY
15            Friday, August 25, 2023
16                  9:11 a.m.
17
18
19
20
21
22
23      Reported by:
        Jennifer Ocampo-Guzman, CRR, CLR
24
25    Job No. CS6072653

Page 2

1

2

3

4

5

6

7

8                          August 25, 2023

9                           9:11 a.m.

10

11

12               HIGHLY CONFIDENTIAL

13               Remote/Oral/Web Videoconference

14      Videotaped Deposition of JAMES

15      GLOGOVSKY, held via Zoom Web

16      Videoconference, pursuant to subpoena,

17      before Jennifer Ocampo-Guzman, a

18      Certified Realtime Shorthand Reporter

19      and Notary Public of the State of New

20      Jersey.

21

22

23

24

25

Page 3

1

2        A P P E A R A N C E S:

3

4             UNITED STATES DEPARTMENT OF JUSTICE

5             Attorneys for Plaintiff United States

6                  325 7th Street, Suite 300

7                  Washington, DC 20004

8             BY:   JEFFREY VERNON, ESQ.

9                   DIANA HENRY, ESQ.

10                  RACHEL HANSEN, ESQ.

11                  LEVI MARKS, ESQ.

12

13            NEW YORK STATE OFFICE OF THE ATTORNEY

14            GENERAL

15            Attorney for Plaintiff State of New York

16                 28 Liberty Street

17                 New York, New York 10005

18            BY:   MORGAN FEDER, ESQ.

19

20

21

22

23

24

25

Page 4

```
 1

 2          APPEARANCES (Continued):

 3

 4               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

 5               Attorneys for Defendant Google LLC

 6                    1285 Avenue of the Americas

 7                    New York, New York 10019

 8          BY:   ERIN J. MORGAN, ESQ.

 9                    ELIZABETH NORFORD, ESQ.

10

11

12               THE NEW YORK TIMES

13               Attorney for The New York Times and the

14               Deponent

15                    620 Eighth Avenue

16                    New York, New York 10018

17          BY:   DEMETRI BLAISDELL, ESQ.

18

19

20          ALSO PRESENT:

21               MARC FRIEDMAN, Videographer

22

23

24

25
```

Page 5

1          HIGHLY CONFIDENTIAL

2              THE VIDEOGRAPHER:  Good morning.

3      We are going on the record at 9:11 a.m.

4      on Friday, August 25, 2023.  Please note

5      this deposition is being conducted

6      virtually.  Quality of recording depends

7      on the quality of the camera and

8      internet connection of all participants.

9      What is heard from the witness and seen

10     on screen is what will be recorded.

11     Audio and video recording will continue

12     to take place unless all parties agree

13     to go off the record.  This is media

14     unit number 1 of the video-recorded

15     deposition of James Glogovsky in the

16     matter of United States, et al., versus

17     Google LLC.  This case is filed in the

18     United States District Court, Eastern

19     District of Virginia, Alexandria

20     division, case number 1:23-CV-00108.

21             My name is Marc Friedman.  I'm the

22     certified video legal specialist and

23     your court reporter today is Jennifer

24     Guzman and we are both from the firm of

25     Veritext Legal Solutions.  I'm not

Page 6

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2          related to any party in this action, nor

3          am I financially interested in the

4          outcome.  If there are any objections to

5          these proceedings, please state them

6          now.

7              Hearing no objection, counsel will

8          be noted on the stenographic record.

9              At this time our court reporter

10         will swear in our witness and we can

11         proceed.

12     J A M E S   G L O G O V S K Y, called as a

13     witness, having been duly sworn by a Notary

14     Public, was examined and testified as

15     follows:

16     EXAMINATION BY

17     MS. MORGAN:

18         Q.   Good morning, Mr. Glogovsky.  We

19     met right before we started, but I'm Erin

20     Morgan.  I work at a law firm called Paul

21     Weiss and I represent Google in this case.

22             Have you ever been deposed before?

23         A.   Yes.

24             MS. MORGAN:  I'm getting a little

25         bit of a delay.  Is anybody else getting

Page 10

1                GLOGOVSKY - HIGHLY CONFIDENTIAL
2            A.   I studied at Southern Illinois
3        University in Carbondale, Illinois.
4            Q.   What did you study?
5            A.   Finance.
6            Q.   And what did you do after college?
7            A.   I began working at the Weather
8        Channel, in media.
9            Q.   And I'm sorry.  I didn't hear --
10       oh, in media, okay.
11               How long were at the Weather
12       Channel?
13           A.   A little over five years.
14           Q.   And then where did you go after
15       that?
16           A.   I went to a startup.
17           Q.   What kind of start up?
18           A.   It was an agency startup, for
19       media.
20           Q.   Like an ad agency?
21           A.   Yes.
22           Q.   What was that agency called?
23           A.   Anthro Agency.
24           Q.   And what did you do there?
25           A.   I was director of strategy and

Page 11

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      operations.
3              Q.   What kind of strategy were you
4      directing?
5                  MR. BLAISDELL:  Object to the form
6              of the question.
7              A.   Largely media strategy work.
8              Q.   When you say media, what are you
9      referring to?
10             A.   Display and social media, across a
11     handful of platforms.
12             Q.   What kind of platforms?
13             A.   Ad buying platforms.
14                 (Discussion off the record.)
15                 MS. MORGAN:  Maybe you could just
16             try to speak up.  Okay.
17             Q.   What ad buying platforms?
18             A.   There were a number of them.
19     Mostly, the predominant ones in social and
20     display media --
21                          (Discussion off the
22             record.)
23                 MS. MORGAN:  Can we go off the
24             record again and try to troubleshoot
25             this.  I don't want to use time on the

Page 12

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              record to work on the audio.

3                  THE VIDEOGRAPHER:  Standby, the

4              time is 9:21 a.m.  We're going off the

5              record.

6                  (A brief recess was taken.)

7                  THE VIDEOGRAPHER:  The time is

8              9:26 a.m. and we are back on the record.

9          Q.    Okay.  After another audio break, I

10    think we're ready to continue.  Right before

11    the break, you were saying, I think that at

12    your previous job, at an ad agency, you

13    directed strategy related to ad buying in

14    social media and display media; is that

15    right?

16         A.    Yes.

17         Q.    Okay.  What type of, can you give

18    me just like a couple of examples of the

19    platforms you were buying on?

20         A.    We were primarily buying on DB,

21    Google's buying platform.

22         Q.    Okay.  When did you come to The New

23    York Times?

24         A.    I joined The New York Times in

25    2017, I believe in August.

Page 13

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.    Was there anything between the ad

3      agency and New York Times?

4          A.    I worked at Vice Media.

5          Q.    What did you do at Vice?

6          A.    I was director of revenue

7      operations.

8          Q.    And what did that entail?

9          A.    It included the responsibilities of

10     managing our monetization efforts around

11     programmatic, also the pricing and inventory

12     responsibilities for our direct business and

13     then also managing a lot of our data

14     operations to ensure that we had accurate

15     forecasting.

16         Q.    It's a lot of things.

17              Okay.  So you came to The New York

18     Times in 2017.  What was your role when you

19     came to the Times?

20         A.    I started at The New York Times as

21     director of yield.

22         Q.    What did that role entail?

23         A.    Primary responsibilities was the

24     pricing and inventory for our direct

25     business.

Page 14

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               Q.   How has your role changed over

3     time, just briefly?

4               A.   My role has evolved and changed

5     periodically.  I went from director of yield

6     to now vice president of revenue operations

7     and analytics, which has a broader remit.

8               Q.   What is that broader remit, what's

9     your -- what do you do now?

10              A.   I still oversee digital direct

11    pricing and inventory, with the additions of

12    our print business, also custom pricing,

13    sales planning or media planning, ad

14    operations and solutions and programmatic.

15              Q.   I think you said this, but you do

16    that across digital and print?

17              A.   That is correct.

18              Q.   Okay.  I am going to come back to

19    that.

20                   But I want to start by asking

21    whether you're aware that between the fall of

22    2019 through 2021 the Department of Justice

23    conducted an investigation into Google's ad

24    tech business.  Are you aware of that?

25              A.   I am aware.

Page 34

1           GLOGOVSKY - HIGHLY CONFIDENTIAL
2               realtime as saying something that I was
3               saying that I did not.
4                   (Discussion off the record.)
5                   MS. MORGAN:  I want to move on to
6               talking about a topic that I think will
7               not surprise you that we are going to
8               cover, which is advertising.
9               Q.   Does The New York Times make money
10      by selling ad space?
11              A.   Yes.
12              Q.   Does The New York Times print ads?
13              A.   Yes.
14              Q.   Did The New York Times also sell
15      digital ads?
16              A.   Yes.
17              Q.   Where do digital ads run?
18              A.   Digital ads run across our many
19      surfaces, both web and app base.
20              Q.   When you say "web," is that
21      NewYorkTimes.com or is there some other
22      aspect of the web?
23              A.   That is NewYorkTimes.com, along
24      with our games, cooking, athletic.
25              Q.   Are there individual apps for

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      games, cooking and the athletic?

3          A.   Yes.

4          Q.   And is there also a New York Times

5      app?

6          A.   Yes.

7              MS. MORGAN:  I will confess.  I

8          have all of those apps.

9          Q.   Digital ads, do digital ads run on

10     all of those different apps?

11         A.   Yes.

12         Q.   Does The New York Times run ads

13     during its podcasts?

14         A.   Yes.

15         Q.   Is that considered part of digital?

16         A.   We classify audio as part of

17     digital.

18         Q.   Does The New York Times run e-mail

19     ads?

20         A.   Yes.

21         Q.   Are those also classified as part

22     of digital?

23         A.   Yes.

24         Q.   Any other things that fall into

25     that digital category that you can think of?

Page 36

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          A.   We also have a video business

3     within the web and apps, and that would be

4     considered digital as well.  And we also have

5     a custom or a branded content studio which

6     produces mostly digital content, which would

7     also be classified as digital.

8          Q.   Does the -- where does the branded

9     content run?

10          A.   Largely on NewYorkTimes.com.

11          Q.   And is the -- when you refer to the

12     branded content, are you talking about The

13     New York Times branded content or content for

14     other advertisers?

15          A.   It is mostly other advertisers'

16     content that we help craft with them.

17          Q.   I'm going to come back to this,

18     because there is a lot to unpack here.

19               But generally, who advertises on

20     New York Times' properties?

21               MR. BLAISDELL:  Object to the form

22          of the question.

23          A.   It's a broad-based number of

24     advertisers across a number of categories.

25          Q.   Do advertisers typically buy only

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. BLAISDELL:  Objection to form.

3          A.   It's a difficult question.  We

4     typically receive RFPs from an agency or an

5     advertiser that has a number of desires or

6     stipulations in which they're trying to

7     accomplish.  They may produce that they are

8     soliciting RFPs from a number of different

9     publishers, but it does vary greatly

10    depending on the agency and advertiser.

11         Q.   Okay.  Let's take a look at a

12    document, which is Bates stamped

13    NYTGOOGADTECH 0004.

14                   MS. MORGAN:  Libby, can you put

15              that in the exhibit?  Okay.  This is

16              going to be our next great tech

17              experiment, if we can get this document

18              to work.

19                   (Discussion off the record.)

20                   MS. MORGAN:  Oh, yes, refresh the

21              folder.

22                   MR. VERNON:  I don't see it yet.

23              Oh, there we go.

24                   MS. MORGAN:  Okay, great.

25                   (NYT Exhibit 1, Document entitled,

```
 1              GLOGOVSKY - HIGHLY CONFIDENTIAL
 2                 "Ad Leadership Update-March4," Bates
 3                 Nos. NYTGOOGADTECH0000004 through
 4                 NYTGOOGADTECH0000019, marked for
 5                 identification, this date.)
 6              Q.   Mr. Glogovsky, do you see that
 7         exhibit in the folder?
 8              A.   I do not.
 9              Q.   Did you try refreshing it?
10                 MR. VERNON:  It worked for me, but
11                 it's only loaded in part.
12                 MS. MORGAN:  Can we go off the
13                 record while we get it loaded.
14                 MR. BLAISDELL:  That's fine with
15                 me.
16                 THE VIDEOGRAPHER:  Standby, please.
17                 The time is 9:57.  We are going off the
18                 record.
19                 (A brief recess was taken.)
20                 THE VIDEOGRAPHER:  The time is
21                 10:01 and we are back on the record.
22              Q.   Mr. Glogovsky, you should have a
23         document in front of you that's titled "Ad
24         Leadership Update-March 4."  Do you see that?
25              A.   Yes.
```

Page 43

GLOGOVSKY - HIGHLY CONFIDENTIAL

1

2      Q.   Do you recognize this document?

3      A.   Yes.

4      Q.   What is it?

5      A.   It is an update for our ad

6  leadership team dated March 4th which we

7  regularly produce in general practice.

8      Q.   So these, are these documents

9  created in the normal course of The New York

10 Times business?

11     A.   In the normal course, yes.

12     Q.   Do you participate in -- well, I

13 guess I should ask, is this a presentation

14 that's delivered?

15     A.   Can be a presentation.  It also

16 does not always lead to a presentation.

17     Q.   Do you participate in drafting

18 these kind of decks?

19     A.   Generally, yes.

20     Q.   Do you remember if you participated

21 in drafting this deck?

22     A.   I --

23     Q.   It's -- if you don't know, it's a

24 while ago.

25     A.   I don't know specifically for this

Page 44

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      one.

3           Q.   It's such like a weird feeling to

4      be like I'm being shown documents from years

5      ago and someone wants me to say if I wrote

6      it.  Like, it's okay.  Okay.

7                Let's take a look at page 3, which

8      is Bates stamped with the end Bates 0006.  Do

9      you see that?

10          A.   Yes, yes.

11          Q.   What is this chart showing?

12          A.   This chart is an update of our

13     revenue position as of the time of this deck

14     was created, broken out at this time by the

15     product categorizations that we have within

16     the ad department.

17          Q.   At the top there is three blue

18     lines that say, "Total Advertising, Print"

19     and "Digital."  Do you see that?

20          A.   I do.

21          Q.   Are print and digital the primary

22     categories of ads available on New York

23     Times' properties?

24          A.   At the time of this document's

25     creation, yes, those were the two primary

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   What falls into the digital and

3     custom category?

4          A.   Products that fall within the

5     digital and custom is the digital display,

6     programmatic, video, e-mail, podcasts,

7     branded content which is produced by T-Brand.

8          Q.   Does The New York Times, I think

9     you said that these kind of updates are given

10    periodically; is that right?

11         A.   Yes, periodically.

12         Q.   Do your periodical periodic

13    reportings of ad revenue always encompass

14    both print and digital?

15              MR. BLAISDELL:  Object to the form.

16         A.   When we are providing a holistic

17    view of the advertising department's revenue

18    and business, we do typically provide both

19    digital and print in those updates.

20         Q.   Okay.  Let's focus on digital.

21              Based on this chart -- well, let's

22    say this, under the "Digital" line item there

23    are a bunch of different rows starting with

24    "Display."  Do you see that?

25         A.   I do.

Page 47

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              Q.    Okay.   The first line says,

3          "Display Total," and then under that there's

4          a line that says, "Direct Banners & PG."  Do

5          you see where I am on the chart?

6              A.    I do.

7              Q.    What are direct banners and PG,

8          what is that category?

9              A.    Direct banners and PG are the

10         display ads on, running on The New York

11         Times' properties that are directly sold to

12         our advertisers through a typical insertion

13         order and have not been procured in a

14         nonguaranteed manner.

15             Q.    What's the difference, is there a

16         difference between direct banner and PG?

17                   MR. VERNON:   Objection, leading.

18             A.    We have classified direct banner

19         and PG under the same, because that has a

20         direct relationship with either the

21         advertiser and/or agency, and we have grouped

22         them together for that purpose.

23             Q.    What does "PG" stand for?

24             A.    PG stands for programmatic

25         guarantee.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               Q.    And what is programmatic guarantee?

3               A.    Programmatic guarantee is the

4     technology provided by a number of ad

5     technology companies to allow agencies to

6     directly sell ads through a virtual or

7     digital insertion order into the publisher

8     and The New York Times ad server and buying

9     products that are similar to the direct

10    business and typically, or actually always

11    have a guaranteed contractual value and

12    impressions.

13              Q.    You said that direct banners and PG

14    run across The New York Times' properties.

15    What properties are you referring to?

16              A.    The digital banners that are

17    directly sold typically run on the

18    NewYorkTimes.com and their associated apps

19    and web views, and they also include,

20    oftentimes, our other properties such as

21    cooking or games, depending on the available

22    ad experience at the time of this document,

23    and sends them.

24              Q.    Do they run for cooking and games,

25    do they run also on the cooking games apps?

```
1         GLOGOVSKY - HIGHLY CONFIDENTIAL
2         A.   It's a nuanced answer.  Typically
3    we do try and deliver ads across all of the
4    available surfaces and properties of The New
5    York Times, but not all of the surfaces are
6    exactly the same or have the same ad
7    experience.  So there may be surfaces of a
8    specific game or cooking, or what have you,
9    that may not have an ad experience or
10   equivalent to what we have on The New York
11   Times' property.
12        Q.   What about The New York Times' app,
13   like the news app, does that include direct
14   banner and PG?
15        A.   The New York Times' app does
16   include direct banners and PG.
17        Q.   Does New York Times have the
18   flexibility to change the volume of ads it
19   serves on NewYorkTimes.com versus The New
20   York Times' apps?
21             MR. VERNON:  Objection, leading.
22             MR. BLAISDELL:  Object to form.
23        A.   The New York Times does have the
24   capability of adjusting the ad experience and
25   the quantity or density of ads in any of our
```

```
                                                Page 51

 1          GLOGOVSKY - HIGHLY CONFIDENTIAL

 2      from The New York Times' website on to the

 3      app.

 4              So the question I asked is:  If

 5      display ads on The New York Times became

 6      prohibitively expensive, could The New York

 7      Times start serving the display ads that were

 8      on the website on its app?

 9              MR. VERNON:  Same objections.

10              MR. BLAISDELL:  Object to the form.

11          A.  It is a difficult answer or

12      question to answer.  Our -- we take great

13      pride in both approaches on how many ads we

14      serve in any of our properties, and we want

15      to make sure that it's not disruptive, and

16      also the cost implications would not be a

17      reason why, exclusive reason why we would

18      make a change such as that.

19          Q.  Are there other reasons you might

20      shift available ad space from the web to the

21      apps?

22              MR. VERNON:  Objection, leading.

23              MR. BLAISDELL:  Object to the form.

24          A.  For ads specifically, there would

25      be not many reasons why it should do that.
```

Page 52

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2       Obviously if apps ads performed better, and

3       we wanted to move in that direction for our

4       advertisers and demand in the market shifted,

5       those would be reasons that we would

6       consider, but not determine completely if we

7       would make that change or not.

8              Q.   Are there other reasons you would

9       consider making the change?

10             A.   Not that I'm aware of.

11             Q.   The second row in this document,

12      right under where we were before, it says,

13      "Programmatic-Open/PMP."  What is that

14      category describing?

15             A.   That category is describing the

16      open auction and PMP revenue that we earn

17      from a number of our ad tech providers, SSPs

18      and this is a total of that revenue during

19      this period of time.

20             Q.   What does "PMP" stand for?

21             A.   PMP or private marketplace deal is

22      another way of describing it.  It is where a

23      publisher such as New York Times would work

24      with the SSP and/or DSP, an advertiser, to

25      set up a direct link in the SSP and DSP to

```
 1            GLOGOVSKY - HIGHLY CONFIDENTIAL
 2       run on The New York Times.
 3            Q.   How is that different from an open
 4       auction?
 5                 MR. VERNON:  Objection, leading.
 6            Q.   Is that different from an open
 7       auction?
 8                 MR. VERNON:  Same objection.
 9            A.   It is different from open auction
10       as, it is open auction, we do not have direct
11       relationships with that specific advertiser
12       or potentially the DSP itself.
13            Q.   Do you know how much of this open
14       slash PMP category is revenue derived from
15       PMP?
16                 MR. BLAISDELL:  Object to the form.
17            A.   I do not recall the share PMP made
18       up of this number on this document at the
19       time it was created.
20            Q.   Do you have a general sense, like
21       was it less than 50 percent or more than
22       50 percent?
23            A.   Generally speaking, PMPs make a
24       ████████████████████████████████████
   ██    ████████████████████████████
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   Is that true today?

3          A.   That trend is generally accurate

4     today.

5          Q.   When you say "That trend," what are

6     you referring to?

7          A.   That PMP revenue is ███████████

8     ████████████████████████████████

9     ██████████████████████

10         Q.   Is it like a ███████████████████

11    ████████████████████

12              MR. VERNON:  Object to the form.

13         A.   I do not recall the exact number.

14    I do know that it is ████████████████  for

15    sure.

16         Q.   Do you know if it's above ████

17    █████████?

18              MR. BLAISDELL:  Object to the form.

19         A.   It's a difficult question to

20    answer, because it does vary day by day, or

21    even by week, or even quarter, and does

22    oftentimes depend on the seasonality effect

23    of when it's most in demand.

24         Q.   Why are open auction and PMP

25    grouped together?

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          A.   Open auction and PMP are grouped

3     together for the purpose because they're

4     nonguaranteed.  There is no contractual

5     obligations that guarantee impressions or

6     revenue between The New York Times or the SSP

7     or the advertiser itself.

8          Q.   What was the revenue in 2019 for

9     this category?

10               MR. BLAISDELL:  Object to the form.

11               MR. VERNON:  Also vague.

12          Q.   Well, I'm looking at the -- I'm

13     looking at the chart we're on the line that

14     says, "Programmatic-Open/PMP" and I think

15     there is at least an estimated revenue from

16     2019 on here.  Am I reading that correctly?

17          A.   The estimate revenue for 2019 was

18     for Q1 of 2019 and the number here was

19     $9.8 million.

20          Q.   On this chart do you agree with me

21     that that's less than half of the Q1 2019

22     revenue listed for direct banner and PG

23     display?

24          A.   I do agree with you that it's less

25     than half.

Page 56

1            GLOGOVSKY - HIGHLY CONFIDENTIAL

2            Q.    Is that common?

3            A.    Generally speaking, our direct

4       business creates the larger share of our

5       direct business.

6            Q.    I think you said our direct

7       business creates the larger share of our

8       direct business, do you mean generally

9       speaking our direct business creates the

10      larger share of our display business?

11           A.    Yes.  Thank you for the

12      clarification.

13           Q.    It's okay.

14                 There is another category on

15      here -- well, I guess I should say before we

16      move on from that, are open/PMP display ads

17      available on the web and on the app?

18           A.    As of today, yes, we do have open

19      auction and PMP on web and our apps.

20           Q.    There's a category below this that

21      says "Other Display," what are the other,

22      what are the things that fall into the "Other

23      Display" category?

24           A.    Typically our finance team who

25      leads the preparation of this specific chart

                                                        Page 57

 1          GLOGOVSKY - HIGHLY CONFIDENTIAL

 2     use "Other Display" as a revenue line for

 3     deferrals and recon or any adjustments that

 4     may happen within the accounting process.

 5          Q.   So am I right in understanding that

 6     "Other Display" does not refer to a different

 7     channel through which display ads can be

 8     sold; it's like an accounting category?

 9               MR. VERNON:   Objection, vague.

10          A.   You would be correct, that it is

11     not another channel for display ads on our

12     properties, and it is for accounting

13     purposes, generally.

14          Q.   How does The New York Times decide

15     through --

16               MS. MORGAN:   Well, let me ask a

17          different question.

18          Q.   Does The New York Times make a

19     decision about which sales channels it's

20     going to use to sell display ads?

21               MR. BLAISDELL:   Object to the form.

22          A.   Can you clarify the question?

23          Q.   Yeah.

24               Does The New York Times decide how

25     much of its sales inventory it wants to sell

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2      in Category 1, direct banner and PG versus

3      Category 2 open/PMP?

4          A.    We do not have stipulations, but it

5      is our strategic endeavor to focus on our

6      direct banners and PG with direct

7      relationships with advertisers and agencies.

8          Q.    Does The New York Times decide how

9      much of its display ad space it wants to sell

10     through PMP versus open auction?

11            MR. BLAISDELL:  Object to the form.

12         A.    We have ambitions for PMPs to grow,

13     because it does have a higher level of

14     certainty that it is coming from a advertiser

15     or agency that is known and it typically

16     trades at a higher CPM.

17         Q.    When you say "it typically trades

18     at a higher CPM," do you mean a higher CPM

19     than open auction?

20         A.    Yes.  PMPs typically trade at a

21     higher CPM than open auction.

22         Q.    So is it your -- let me see, you

23     said it's your ambition to focus on direct

24     first; is that right?

25            MR. BLAISDELL:  Object to form.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. VERNON:  Objection,

3               mischaracterizes.  Also leading.

4          Q.    You can answer.

5          A.    It is a strategic priority for us

6     to focus on the direct relationships with

7     advertisers and agencies, and the direct

8     display banners and PG would be our priority,

9     yes.

10         Q.    Is it a strategic priority for The

11    New York Times to focus on PMP sales over

12    open auction sales?

13                   MR. VERNON:  Objection, leading.

14         A.    I would not say that it is a

15    strategic priority for the ad department, as

16    a whole, that PMPs are larger or more

17    profitable -- or, I'm sorry -- more revenue

18    than open auction.

19         Q.    Today are the majority of the

20    display ads The New York Times serves sold

21    through direct sales or programmatic

22    guarantee sales?

23         A.    Can you clarify if you mean

24    impressions?  I just want to make sure I

25    heard you correctly.

Page 60

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2         Q.    Yeah, impressions.

3         A.    ███████████████████████████

██████████████████████████████████████

██████████████████████

6         Q.    Does most of The New York Times

7    revenue on display ads come from direct

8    sales?

9         A.    ██████████████████████ comes from

10   direct sales.

11        Q.    I guess I should say direct sales

12   and programmatic guarantee.

13             Do you know what the division of

14   revenue is between direct sales and

15   programmatic guarantee, how do those two

16   compare?

17             MR. BLAISDELL:  Object to the form.

18        A.    I do not recall a specific share.

19        Q.    Do you have like a rough sense?

20        A.    ████████████████████.

21        Q.    ██████████████████████████

22        A.    ████████████████████████████.

23             MS. MORGAN:  I think this is a good

24   time for us to take a ten-minute break,

25   if everybody's amenable to that.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   Okay.  So before we went on the

3     break, we were looking at this document, and

4     we were on the page, which I am realizing now

5     I never marked, I guess.

6               MS. MORGAN:  Let's mark this as

7          Glogovsky Exhibit 1.

8               (Discussion off the record.)

9          Q.   So I'm on the same document.  I'm

10    on the same chart.  I want to look at the

11    lines that are below the display lines we

12    just talked about.  There's, like, I don't

13    know, ten or so things there starting with

14    "Video" and ending with "Wirecutter."

15              Do you see where I am?

16         A.   I do.

17         Q.   For purposes of this chart, are all

18    of these categories part of the digital

19    revenue line?

20         A.   For the purposes of this chart,

21    yes, they are all part of the digital revenue

22    line.

23         Q.   The first line is "Video."  What is

24    that referring to?

25         A.   Video is the pre-roll and mid-roll

Page 64

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. BLAISDELL:  Object to the form.

3          A.    At the time of this chart open

4     auction and PMP would only include display

5     and video ads.

6          Q.    Do New York Times advertisers that

7     do programmatic buying buy both video and

8     display ads?

9                    MR. VERNON:  Objection, leading.

10         A.    I do not know.

11         Q.    Do you have any reason to think

12    that they do not?

13         A.    I do not have any reason to believe

14    that they would not buy both display and

15    video.

16                   MR. VERNON:  Hold on a second.

17         Objection, foundation to the last

18         question and answer.

19         Q.    Are the video ads that fall into

20    the programmatic category served on the web?

21         A.    Yes.

22         Q.    Are they also served in New York

23    Times' apps?

24         A.    Yes.

25         Q.    So the "Video" line below that,

Page 65

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2          that actually says "Video," are those ads

3          served both on the web and in the app?

4              A.   Yes.

5              Q.   The line below that says, "E-mail."

6          What is that referring to?

7              A.   At the time of this document in the

8          period the revenue is reporting, it would be

9          inclusive of the programmatic and direct sole

10         display ads within our newsletters or

11         e-mails.

12             Q.   Are e-mail ads, what do e-mail ads

13         look like?

14             MR. BLAISDELL:  Object to the form.

15             A.   E-mail ads are very similar, at the

16         time of this document preparation and when

17         ads were serving, very similar to display

18         banner ads that you would see within web and

19         app environments.

20             Q.   To the extent e-mail ads are sold

21         programmatically, are they sold through the

22         same process as programmatic sales for

23         display banner ads?

24             MR. VERNON:  Objection, leading and

25             vague.

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2     A. Can you please clarify the

3 question?

4     Q. Yes.

5     Do you use the same ad tech tools

6 to programmatically sell e-mail ads that you

7 use to sell display ads?

8     MR. VERNON:  Objection, same

9   objections.

10    A. For e-mail or newsletter

11 programmatic, we use different ad technology

12 to fulfill the space available within

13 newsletters.

14    Q. What technology do you use to fill

15 the space available in newsletters?

16    A. The primary technology that we use

17 to serve programmatic within our newsletters

18 would be LiveIntent.

19    Q. What's LiveIntent?

20    A. LiveIntent is a newsletter based ad

21 tech company that helps publishers enable

22 monetization within their newsletters, both

23 directly as an ad server and through

24 monetization purposes filling

25 programmatically.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      type you're specifying?

3          Q.    Yeah.   If advertisers want to use,

4      want to programmatically buy display ads and

5      they also want to programmatically buy e-mail

6      ads, is it possible for them to shift their

7      spend from display to e-mail if they find

8      that e-mail is more useful for their

9      purposes?

10             MR. VERNON:   Objection, leading.

11             MR. BLAISDELL:   Object to the form.

12         A.    From our standpoint and where we

13     are positioned in the buyer workflow, we do

14     not have that insight of how easy or

15     impossible or possible that would be.   We

16     have two different technologies running --

17     sorry -- a separate technology running for

18     newsletters, which would make it difficult

19     for us to have any influence over that.

20         Q.    The line below "E-mail" says

21     "Classified," what is that describing?

22         A.    Classified is our, is typically our

23     print classifieds.   This was our digital

24     classifieds, which we were running at the

25     time of this creation of this document.

Page 73

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2          Q.    Are they sold directly?
3          A.    Wirecutter, although the revenue
4      sits on this line item, is not sold and
5      managed primarily by the advertising
6      business, that would be represented in this
7      grid or chart.  The revenue primarily comes
8      from, my understanding, programmatic open and
9      PMP, and makes up a small share of this
10     chart.
11         Q.    Before we move off this chart, we
12     talked about the video that served program --
13     or that purchased programmatically falls into
14     the "Programmatic-Open/PMP" category.  Are
15     e-mail ads, are e-mail ads also sold
16     programmatically?
17         A.    E-mail ads are sold
18     programmatically as well as direct, yes.
19         Q.    Do they also fall into this
20     "Programmatic-Open/PMP" --
21             MS. MORGAN:  Let me rephrase.
22         Q.    Do the programmatic sales of e-mail
23     ads also fall into the
24     "Programmatic-Open/PMP" category that
25     includes display ads and video ads?

Page 74

```
 1            GLOGOVSKY - HIGHLY CONFIDENTIAL
 2            A.   At this time of this document,
 3       programmatic, open auction and PMP revenue
 4       related to newsletters and e-mail would be
 5       within the e-mail line in the chart and
 6       referencing the document it makes that clear.
 7            Q.   If you go to -- well, really
 8       quickly, are you familiar with native ads?
 9            A.   I am.
10            Q.   What are native ads?
11            A.   Native ads are ads that are
12       intended to look and feel like the publisher,
13       in this case The New York Times' content.
14            Q.   Does The New York Times sell native
15       ads or native ad space?
16            A.   There have been a number of
17       experiments and explorations into native ads.
18       We consider our T-Brand content, since it is
19       an ad itself and does look and feel like The
20       New York Times domain would be one
21       consideration as a native ad.  We do also
22       sell our Flex Frames that are meant to feel
23       and look like The New York Times' content.
24       So, yes, we do.
25            Q.   Are Flex Frames display ads?
```

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2           A.   Flex Frames would be considered

3    display ads.

4           Q.   So where do native ads fall on this

5    chart?

6           A.   We do not have a line item within

7    this chart that explicitly calls out native

8    directly.

9           Q.   So would native ads fall into the

10   display category?

11              MR. BLAISDELL:  Object to form.

12              MR. VERNON:  Object, objection,

13       form.

14          A.   They would fall within the display

15   category is how we have personally classified

16   them.

17          Q.   Are native ads sold directly?

18          A.   Flex Frames, our ad format that is

19   unique to The New York Times and considered

20   native would be sold directly.

21          Q.   Are native ads sold

22   programmatically?

23          A.   We have experimented with native

24   ads and on select surfaces and times we have

25   turned on native ads programmatically.

Page 77

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2               Does The New York Times use Google
3     ad tech tools?
4          A.   Yes.
5          Q.   Which Google ad tech tools does The
6     New York Times use?
7          A.   New York Times advertising
8     department uses Google Ad Manager as their
9     primary Google ad tech tool.
10          Q.   What do you use Google Ad Manager
11     for?
12          A.   Google Ad Manager's primary purpose
13     is our ad server for direct digital
14     advertising, which would be inclusive of
15     display ads, native ads and video.  We also
16     use Google Ad Manager as our primary
17     monetization platform to serve programmatic
18     ads to our supply.
19          Q.   Does New York Times use Google Ad
20     Manager to operate Flex Frames?
21          A.   Google Ad Manager is the ad server
22     that we use to deliver and serve our Flex
23     Frame ad business.
24          Q.   And I think you said this earlier,
25     but is Flex Frames sold directly?

Page 78

1                GLOGOVSKY - HIGHLY CONFIDENTIAL
2            A.    Flex Frames are sold directly both
3        direct and PG, which would be in the line
4        from the subsequent document.
5            Q.    Do you use any other Google
6        sell-side tools?
7                 MR. BLAISDELL:  Object to the form.
8            Q.    Besides Google Ad Manager?
9            A.    Not that I'm aware of.  Google ad
10       manager is our primary sell-side platform.
11           Q.    Does The New York Times advertise
12       itself using Google buy-side tools?
13                MR. BLAISDELL:  Object to the form.
14           A.    To my knowledge, we have used, at
15       least in the past, Google's buy-side platform
16       to deliver ads, marketing The New York Times.
17           Q.    Do you know which buy-side
18       platform?
19                MR. BLAISDELL:  Objection to form
20           and scope.
21           Q.    Are you aware that there are
22       multiple Google buy-side platforms?
23                MR. BLAISDELL:  Same objections.
24           A.    The buy-side platform that I am
25       aware of using would be -- what is it called

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     -- the primary DSP that Google offers the

3     market.  I apologize for not recalling the

4     specific name.

5          Q.   Is that outside the scope of your

6     job?

7          A.   That is outside of the scope of my

8     job.

9          Q.   Has there ever been a time during

10    your career at The New York Times when The

11    New York Times was not using Google ad tech

12    tools?

13         A.   Can you repeat the question?

14         Q.   Yes.

15              Has there ever been a time during

16    your career at The New York Times when The

17    New York Times was not using Google ad tech

18    tools?

19         A.   During my career --

20         Q.   During your time at The New York

21    Times.

22         A.   During my time or career at The New

23    York Times we have been on Google ad

24    technology.

25         Q.   Are you familiar with ads.txt or

Page 80

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      authorized digital seller text files?

3           A.   Yes.

4           Q.   What is that?

5           A.   Ads.txt is an industry initiative

6      that publishers publicly disclose the SSPs or

7      programmatic partners that they worked with,

8      with a public file on the domain that would

9      be followed by their primary domain with

10     ads.txt at the end of it.

11          Q.   Why does it exist, to your

12     knowledge?

13               MR. BLAISDELL:  Object to the form.

14               MR. VERNON:  Objection, foundation.

15          A.   Ads.txt, to my knowledge, was an

16     industry initiative to help reduce the amount

17     of ad fraud domain spoofing and to better

18     declare who publishers are working with so

19     that was recognized.

20          Q.   Does The New York Times use ads.txt

21     or does it maintain an ads.txt page?

22          A.   Yes.

23               MR. BLAISDELL:  Object to form.

24               MS. MORGAN:  I'm going to show you

25          another document, which I am going to

```
                                              Page 81

 1              GLOGOVSKY - HIGHLY CONFIDENTIAL

 2           mark as Glogovsky Exhibit 2.

 3                (NYT Exhibit 2, Document entitled,

 4           "Nytimes.com/ad.txt," marked for

 5           identification, this date.)

 6                MS. MORGAN:  See if we can get it

 7           to work.  It's a small one.  Oh, good, I

 8           have it.  Okay.  If you reload the

 9           document, it should be in there and it's

10           just marked Exhibit 2.

11           Q.   Do you see that?

12           A.   I do.

13           Q.   Okay, great.

14                Do you know what this document is?

15           A.   It appears to be our ads.txt file.

16           Q.   Do you have any reason to question

17      whether this is an accurate version of the

18      ads.txt file?

19                MR. BLAISDELL:  Object to the form.

20           A.   I do not have any reason to believe

21      that it's not an accurate representation

22      based on the time.

23           Q.   Is the ads.txt file maintained in

24      the course of The New York Times' ordinary

25      business?
```

Page 82

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2              MR. VERNON:  Counsel, for the

3          purposes of the record, can you explain

4          or make a representation as to where

5          this comes from?  Like, did you pull it

6          from the website or kind of where it is?

7              MS. MORGAN:  It comes from the

8          website that is listed at the top of the

9          page New York Times, slash, ads.txt.

10         The URL is printed up there and it was

11         printed two days ago at 11:30 a.m.,

12         11:36.

13             MR. VERNON:  Thank you.

14             MS. MORGAN:  I can just ask my

15         question again.

16         Q.   Is The New York Times ads.txt file

17    created and maintained in the normal course

18    of business?

19         A.   It is our general practice to

20    maintain it over the course of regular

21    business.

22         Q.   Are the entities that are listed on

23    this page a list of digital sellers that are

24    permitted to sell New York Times ad

25    inventory?

Page 83

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          A.   Yes, the names on this list are the

3     ad technology that are permitted to sell on

4     our site.

5          Q.   The first item on the list says,

6     "Amazon-adsystem.com."

7               What is that referring to?

8          A.   Amazon-adsystem.com is the Amazon

9     programmatic technology that is made

10    available to publishers and often goes by

11    Amazon Publisher Services.

12         Q.   Are you familiar with header

13    bidding?

14         A.   I am.

15         Q.   What is it?

16         A.   Header bidding is an alternative

17    that publishers, inclusive of The New York

18    Times, uses to create demand.  It is a

19    wrapper that goes into the file of the site,

20    and allows programmatic partners to place

21    bids and compete and then puts that bid into

22    the ad call and eventually is potentially

23    selected to serve on the website.

24         Q.   Does Amazon Publisher Services

25    place ads on New York Times' properties?

Page 84

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. VERNON:  Objection, leading and

3              vague.

4                    MR. BLAISDELL:  Object to the form.

5              A.    Amazon-adsystems or APS does place

6          ads.

7              Q.    Does it do that via header bidding?

8              A.    It is difficult answer to -- or

9          question to answer.  It does include header

10         bidding, but may not be limited to header

11         bidding.

12             Q.    What kind of inventory does Amazon

13         put on The New York Times' properties?

14                   MR. BLAISDELL:  Object to the form.

15             A.    It is predominantly display media.

16             Q.    Does it also put on any other types

17         of ad inventory besides display?

18                   MR. BLAISDELL:  Object to the form.

19             A.    In how we classify the ads coming

20         through programmatic, we would classify them

21         as display.  There may have been experiments

22         into other formats, but display is the vast

23         majority of what is placed.

24             Q.    When you say how we classify it, do

25         you mean to include programmatically sold

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      video ads?

3           A.   What I was referencing is display

4      or native.

5           Q.   Does Amazon place video ads on New

6      York Times' properties?

7           A.   I don't have any evidence to

8      suggest that they do not.

9           Q.   Okay.  The next entry is

10     "AppNexus.com," what is that?

11          A.   AppNexus is another ad technology

12     company now goes by the name of Xandr, which

13     was recently, relatively recently purchased

14     by another technology firm that places ads on

15     The New York Times.

16          Q.   What technology firm purchased

17     Xandr?

18               MR. BLAISDELL:  Object to the form

19          and scope.

20          A.   From my recollection, Microsoft.

21          Q.   Does Xandr sell The New York Times

22     digital inventory?

23          A.   Xandr is one of the SSPs that has

24     the capability of selling The New York Times'

25     inventory.

Page 86

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2          Q.   I guess I should ask you this as an
 3     easier question:  Are all of the entities
 4     listed on the ads.txt page entities that The
 5     New York Times allows to sell its digital
 6     inventory?
 7               MR. BLAISDELL:  Object to form.
 8               MR. VERNON:  Objection to form.
 9          A.   The ad technology companies within
10     this ad.txt file do have the authorization of
11     selling The New York Times' supply, yes.
12          Q.   Do they do that programmatically?
13               MR. VERNON:  Objection to form.
14               MR. BLAISDELL:  Object to form.
15          A.   These file -- this file or these
16     partners would be selling programmatically.
17          Q.   I will give you a second to look at
18     the list, but are any of the entities listed
19     here also selling New York Times' digital
20     inventory directly?
21          A.   Can you clarify selling as in
22     sourcing demand or can you just clarify that
23     statement?
24          Q.   Do they facilitate direct sales?
25     How about that?
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               A.    Thank you.

3                     These are exclusively programmatic

4          relationships and do not source direct deals.

5               Q.    Does Xandr place ads on The New

6          York Times' properties via header bidding?

7               A.    Yes.

8               Q.    What kind of inventory does Xandr

9          place on The New York Times' properties?

10                    MR. BLAISDELL:  Object to the form.

11              A.    Display ads.

12              Q.    Does Xandr also place video ads on

13         New York Times' properties?

14              A.    There is -- they do have the

15         capability of placing video ads, but it would

16         be a very small share of the overall.

17              Q.    What about native ads?

18                    MR. BLAISDELL:  Object to the form.

19              A.    Not to my knowledge.

20              Q.    We can skip over Google because we

21         already talked about that.  Although is there

22         a reason that there are two entries for

23         Google, to your knowledge?

24                    MR. BLAISDELL:  Object to the form.

25              A.    I do not recall the exact reasons

Page 88

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2      off the top of my head why we have two
 3      entries for Google.
 4          Q.    The entity below that says,
 5      "IndexExchange.com."  What is that referring
 6      to?
 7          A.    Index Exchange or IX is another ad,
 8      ad tech provider for SSPs, or is an SSP.
 9          Q.    Does Index Exchange place ads or
10      does Index Exchange sell The New York Times'
11      ad inventory?
12          A.    Yes.
13          Q.    Does it place ads on New York
14      Times' properties via header bidding?
15          A.    Yes.
16          Q.    What kind of inventory does it
17      place on New York Times' properties?
18          A.    Primarily display ads and a very
19      small amount of video ads would be
20      potentially possible as well.
21          Q.    What about native ads?
22          A.    Not to my knowledge.
23          Q.    Below Index Exchange is
24      "LiveIntent.com."  What's that referring to?
25          A.    LiveIntent is our newsletter
```

Page 89

1              GLOGOVSKY - HIGHLY CONFIDENTIAL
2         programmatic monetization platform and also
3         our newsletter ad server.
4              Q.   Does LiveIntent sell New York
5         Times' ad inventory?
6              A.   Yes.
7              Q.   What kind of ad inventory does it
8         sell?
9              A.   Newsletter display ads.
10             Q.   Any other types of ads?
11             A.   No.
12             Q.   Do the display ads that it sells
13        for newsletters also appear on the web?
14                  MR. VERNON:   Objection, vague.
15             A.   No.
16             Q.   You testified earlier that
17        Wirecutter is both a newsletter and it has a
18        website.  Do you remember that?
19             A.   I do.
20             Q.   Does LiveIntent serve ads on
21        Wirecutter?
22             A.   No.
23             Q.   Does it serve any ads that appear
24        on a website?
25             A.   No, they are exclusively our

Page 90

```
 1              GLOGOVSKY - HIGHLY CONFIDENTIAL
 2        newsletter monetization partner.
 3              Q.    How are the newsletters delivered?
 4              MR. BLAISDELL:  Object to the form.
 5              A.    Can you clarify, to the end user or
 6        the technology?
 7              Q.    To the end user, are they delivered
 8        over e-mail or some other way?
 9              A.    Yes, over e-mail.
10              Q.    Does LiveIntent use header bidding
11        to place ads on The New York Times'
12        properties?
13              A.    No.
14              Q.    The line below that says,
15        "openx.com."  What's the -- several lines
16        below that, what is that referring to?
17              A.    OpenX is another SSP technology
18        partner that we use.  The subsequent line
19        items for each of these are the separate
20        integrations that we have for header bidding
21        and open bidding.
22              Q.    Does OpenX then place ads on The
23        New York Times' properties via header
24        bidding?
25              A.    Yes, that is one of the paths.
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   And does it also place ads on The

3     New York Times' properties using open

4     auction -- sorry -- open bidding?

5          A.   Thank you for clarifying.  Yes, it

6     does place ads through both header bidding

7     and open bidding.

8          Q.   What kind of ad inventory does it

9     place on New York Times' properties?

10         A.   Predominantly display media with

11    the possibility of a small amount of video.

12         Q.   What about native?

13         A.   Not that I recall.

14         Q.   The line below "Openx," says,

15    "rubiconproject.com."  Do you see that?

16         A.   Yes.

17         Q.   What is that referring to?

18         A.   Rubicon is another ad technology

19    SSP that we partner with.  I believe it's now

20    called Magnite after a rebrand.

21         Q.   Does Magnite -- I'm just going to

22    call it Magnite -- does Magnite, does The New

23    York Times use Magnite technology to sell its

24    ad inventory?

25         A.   Can you clarify "use Magnite

Page 92

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2       technology"?
3          Q.   I can ask the question in a
4       different way.
5               Does Magnite place ads on The New
6       York Times' properties?
7          A.   Rubicon does place ads on The New
8       York Times' properties.
9          Q.   Does Rubicon or Magnite place ads
10      on The New York Times' properties via header
11      bidding?
12         A.   Yes.
13              MR. BLAISDELL:  Object to the form.
14         Q.   What kind of ad inventory does it
15      place on The New York Times' properties?
16              MR. BLAISDELL:  Object to the form.
17         A.   Magnite predominantly fills or
18      sells our inventory as display banners, with
19      a small minority share potentially going to
20      video.
21         Q.   Below that is "triplelift.com."  Do
22      you see that?  What is TripleLift?
23         A.   I do.  TripleLift is the ad
24      technology SSP that we work with, that we
25      work with, one of.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   Does TripleLift place ads on The

3     New York Times' properties?

4          A.   Yes.

5          Q.   Does it do that via header bidding?

6          A.   Yes.

7          Q.   What kinds of inventory does

8     TripleLift place on The New York Times'

9     properties?

10              MR. BLAISDELL:  Object to the form.

11         A.   TripleLift provides two types of

12    ads on The New York Times, predominantly

13    display ads.  They have also in the past and

14    currently deliver native ads as well.

15         Q.   Okay.  Below TripleLift is

16    "pubmatic.com."  What is that referring to?

17         A.   PubMatic is a ad technology SSP

18    that we partner with across a number of

19    integrations.

20         Q.   Does The New York Times allow

21    PubMatic to sell its ad inventory?

22         A.   Yes.

23         Q.   Does it do that via header bidding?

24         A.   Yes.

25         Q.   What kinds of ads does it place?

Page 94

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. BLAISDELL:  Object to the form.

3           A.    Predominantly display ads with the

4      potential of a small minority share of video

5      ads.

6           Q.    Below that is "media.net."  What is

7      that referring to?

8           A.    Media.net is an ad technology SSP

9      that we partner with.

10          Q.    Does media.net sell New York Times

11     ad inventory?

12          A.    Yes.

13          Q.    Does it do so via header bidding?

14          A.    Yes.

15          Q.    What kind of ads does it place on

16     The New York Times' properties?

17                   MR. BLAISDELL:  Object to the form.

18          A.    Display.

19          Q.    Anything else?

20          A.    Not that I'm aware of.

21          Q.    Below that "is Yahoo.com."  What's

22     Yahoo.com referring to?

23          A.    Yahoo.com is an ad technology SSP

24     that we partner with.

25          Q.    Does Yahoo -- is there a specific

Page 95

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      tool at Yahoo, is there a name for the tool
3      that you use?
4          A.   Not that I'm aware of a specific
5      name.  We have classified it internally as
6      Yahoo.com.
7          Q.   Does Yahoo.com sell New York Times
8      ad inventory?
9          A.   Yes.
10         Q.   Does it do so via header bidding?
11         A.   It would either header bidding or
12     open bidding.  We have experimented with
13     both.
14         Q.   Below Yahoo.com there are some
15     additional entries, another Google.com,
16     something call aps.amazon.com,
17     IndexExchange.com.  Do you know why there are
18     repeat entries for Google, Index Exchange,
19     TripleLift, LiveIntent?
20         A.   Typically when there is a repeat
21     entry, the name is repeated, the identifier
22     is unique to it and based on a different
23     integration, whether that be a different
24     header bidding solution or open bidding.
25         Q.   What is aps.Amazon.com?

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2              A.    This is synonymous with

3        Amazon-adsystems.com above, APS or

4        aps.Amazon.com would be their solution for

5        this specific integration.

6              Q.    Do these SSPs sell New York Times

7        digital inventory on the web?

8                    MR. BLAISDELL:  Object to form.

9                    MR. VERNON:  Objection, vague and

10                compound.  Vague meaning --

11             Q.    Does The New York Times use the

12       SSPs listed on this, I guess I should say the

13       providers, does The New York Times use the

14       providers listed on this ads.txt file to add

15       inventory, to sell ad inventory on the web?

16                   MR. VERNON:  Same objection.

17             A.    The list, the list is both

18       comprehensive of the providers or SSPs

19       selling on web, but it also includes partners

20       or providers that do not sell on the web

21       either.

22             Q.    Where do the people that do not

23       sell on the web sell?

24                   MR. BLAISDELL:  Object to the form.

25             A.    On this document, the two that

Page 98

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.    Anyone else that you can think of?

3          A.    I'm unaware.

4          Q.    Why does The New York Times have so

5     many different platforms that sell its

6     inventory?

7                MR. BLAISDELL:  Object to the form.

8                MR. VERNON:  Object to form.

9          Q.    Why does The New York Times have

10    more than one platform that sells its

11    inventory?

12         A.    The New York Times has experimented

13    with a number of different platforms.  And

14    based on those experiments and the results of

15    those experiments, we have concluded that a

16    number or more than one platform helps drive

17    incremental revenue through competition.

18         Q.    When you say it drives revenue

19    through competition, what kind of competition

20    are you referring to?

21         A.    The competition that I'm referring

22    to is exclusively the bid competition within

23    the ad call and the number of competing bids,

24    whether that be our direct business within

25    the ad server or programmatic bids that have

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     been solicited.

3          Q.   Do the providers that are listed on

4     the ads.txt file compete against each other

5     to sell ad inventory?

6               MR. VERNON:  Objection, vague and

7          compound and leading.

8               MR. BLAISDELL:  Object to the form.

9               THE WITNESS:  Apologize to make

10         everyone do that.  Again, can you please

11         repeat the question?

12              MS. MORGAN:  Let's see that I can

13         ask a better question, although I don't

14         know that I can.

15         Q.   There are several providers listed

16    on the ads.txt file that we just talked

17    about.  Do you know who I'm referring to?

18              MR. BLAISDELL:  Object to form.

19         Q.   List of providers, do you know what

20    I'm referring to?

21         A.   Yes.

22         Q.   Do the providers that are on that

23    list compete against each other to sell New

24    York Times' ad inventory?

25              MR. VERNON:  Objection, vague,

Page 100

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               compound, leading.

3                    MR. BLAISDELL:  Objection to form.

4               A.   It is our intention to have these

5          providers in specific surfaces compete with

6          our direct business to elicit higher CPMs and

7          drive incremental revenue.

8               Q.   These are programmatic providers;

9          is that right?

10                   MR. BLAISDELL:  Object to the form.

11              A.   It's a nuanced answer.  They are

12         primarily programmatic open auction and PMP

13         providers; however, there are providers or

14         provider that also provides programmatic

15         guaranteed, which would be considered direct.

16              Q.   Does The New York Times make ██████

██         ████████████ available via header bidding?

18                   MR. BLAISDELL:  Object to the form.

19              A.   No.

20              Q.   What amount of ████████████████████

██         ████████ via header bidding?

22                   MR. BLAISDELL:  Object to the form.

23              A.   ███████████████████████████

██         ████████████████████████████████████████

██         ██████████████████

Page 101

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.    Is there a ███████████

███████████████████████████████████

████████?

5          A.   ████████████████████████

████████████████████████████████

████████████████████  ███████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████  ████████████████

██████████████████.

12         Q.   What kind of factors do you

13   consider in making that decision?

14         A.   ████████████████████████████

███████████████████████████████

██████████████████████████████

███████████████████████████████

█████████████████████████████████

███████████.

20         Q.   When you say "operational," what do

21   you mean?

22         A.   ███████████████████████████

█████████████████████████████████

██████████████████████████

█████████████████████████████

Page 102

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2     ███████████████████.

3              Q.   We just talked about a list of SSPs

4     or supply-side platforms.  Are you familiar

5     with DSPs or demand-side platforms?

6              A.   I am familiar with DSPs.

7              Q.   What are they?

8              A.   Demand-side platforms is the

9     technology in which agencies and/or

10    advertisers or clients use to buy ads and

11    place them across the web.

12             Q.   Does The New York Times work with

13    multiple demand-side platforms?

14             A.   The New York Times, like other

15    publishers, primary working relationships are

16    with the SSPs, which typically have

17    relationships with the DSPs.  There are a

18    number of examples where we have talked to

19    them, but do not have a working relationship

20    with them on an ongoing basis.

21             MS. MORGAN:  I'm about to load

22         another big document, so maybe this a

23         good time to take a five-minute break

24         so, we can load the document.  Is

25         everybody okay with that?

```
1            GLOGOVSKY - HIGHLY CONFIDENTIAL
2                    MR. VERNON:  Fine with the break,
3                and I will try not to get kicked out
4                this time.
5                    MS. MORGAN:  Okay.  Perfect.  We
6                can go off the record.
7                    THE VIDEOGRAPHER:  Sorry.  I was
8                muted.
9                    The time is 11:35.  We are going
10               off the record.  This will end media
11               unit number 2.
12                   (A brief recess was taken.)
13                   THE VIDEOGRAPHER:  The time is
14               11:43 a.m.  We are back on the record.
15               This will be the start of media unit
16               number 3.
17               Q.   Mr. Glogovsky, during the break and
18           in an effort to save time, we loaded a
19           document that I am going to mark as Glogovsky
20           Exhibit 3.  It should be in your folder.  Can
21           you let me know if you see it.
22                   (NYT Exhibit 3, Document entitled,
23               "Index Exchange Bidder Test Results,"
24               Bates Nos. NYT_TXAG_00000108 through
25               NYT_TXAG_00000115, marked for
```

Page 104

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2             identification, this date.)
 3                  THE WITNESS:  Exhibit 3, I do.
 4          Q.   Great.  Do you recognize this
 5      document?
 6          A.   I do.
 7          Q.   What is it?
 8          A.   It is a recap of a test completed
 9      and accompanied with a recommendation around
10      whether or not we should continue using a
11      integration for a header bidder.
12          Q.   Is this something that was created
13      in the normal course of business at The New
14      York Times?
15          A.   Yes.
16          Q.   This document is titled, "Index
17      Exchange Bidder Test Results."
18               You testified earlier that The New
19      York Times has used Index Exchanges ad tech
20      to sell digital ad inventory.  Does The New
21      York Times normally test the ad tech that it
22      uses to sell digital ad inventory?
23                  MS. MORGAN:  Sorry, Diana, did you
24             have a raised hand?  Are you unable to
25             see the exhibit?
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. VERNON:   I may take a minute.

3          I have an objection to this document.   I

4          think it has not been produced to us,

5          which may or may not be -- it may be our

6          fault but -- I don't know, but --

7                    MS. MORGAN:   I think this is a

8          document that is from the Texas AG file.

9                    MR. VERNON:   Yeah, I think it has

10         not been produced to us.   I'm not

11         100 percent sure.   Anyway, go ahead.

12                   MS. MORGAN:   Okay.   Well, I think

13         we can iron that.

14                   I'm sorry.   Did Diana have a

15         question that we need to address?   Okay.

16         I will return to my question then.

17         Q.   Does The New York Times regularly

18    test the ad tech tools that it uses to sell

19    digital ad inventory?

20                   MR. BLAISDELL:   Object to the form.

21         A.   As general practice, we do review

22    the ad technology platforms and partnerships

23    and technology over the course of business.

24         Q.   Why does New York Times do that?

25         A.   It's for a number of factors.   One

1            GLOGOVSKY - HIGHLY CONFIDENTIAL

2       of which is the tax or resources required to

3       manage technology in the number of platforms

4       and whether or not we are driving incremental

5       revenue or not.

6            Q.   When you're talking about resources

7       needed to manage the resources required to

8       manage technology, are you referring to

9       people?

10           A.   Yes.

11           Q.   Anything else?

12           A.   For resources specifically I am

13      referring to people.

14           Q.   And when you talk about driving

15      incremental revenue, what do you mean by

16      that?

17           A.   It is our goal to work with a

18      number of programmatic partners and

19      technology to drive revenue that we would not

20      have received without working with them

21      specifically.

22           Q.   Do you know why Index Exchange was

23      tested?

24                MR. BLAISDELL:  Object to the form.

25           A.   Index Exchange was tested as we

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      were working through to better understand how
3      to improve our site performance and header
4      bidding typically adds tax to the site
5      performance and may slow down the page load
6      for the end reader or user.
7          Q.   When you say site performance, what
8      site are you referring to?
9          A.   I am specifically speaking to the
10     NewYorkTimes.com.
11         Q.   Was the Index Exchange used on The
12     New York Times app?
13             MR. BLAISDELL:  Object to the form.
14         A.   Not that I recall.  Index Exchange
15     has been primarily a website and mobile web
16     programmatic partner.
17         Q.   Did someone at The New York Times
18     request that Index Exchange be tested?
19             MR. BLAISDELL:  Object to the form.
20         A.   I do not recall.
21         Q.   Who performed the test?
22             MR. BLAISDELL:  Object to the form.
23         A.   The test was done in collaboration
24     with a number of partners.  The ads business
25     was responsible for understanding the revenue

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      and financial impact and test of this nature.

3      We also work with our technology partners and

4      our data and insights group, which is

5      responsible for helping us understand the

6      results of the test.

7          Q.   Are all of the partners that you

8      just referred to in-house at The New York

9      Times?

10         A.   All of the partners that I referred

11     to are all New York Times teams or

12     individuals.

13         Q.   Did you use a vendor to help, like

14     an outside vendor or party to help with the

15     testing?

16              MR. BLAISDELL:  Object to the form.

17         A.   No, this was a test done completely

18     within our means and resources.

19         Q.   Let's turn to the next page, which

20     ends in 000109.  Do you see that?

21         A.   I do.

22         Q.   This section at the top is

23     entitled, "Recommendation & Test Setup," and

24     under "Recommendation," it says the

25     following:  "It's our recommendation to

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     remove Index Exchange wrapper integration and

3     migrate all Index demand open plus PMPs to

4     Google's exchange building EBDA.  The test

5     confirmed our hypothesis that Index

6     Exchange's wrapper integration isn't

7     providing incremental value and instead it's

8     adding additional tech and operational burden

9     to the organization.  Additionally, based on

10    evidence, we do not believe there will be a

11    revenue impact to the programmatic business."

12          What is "wrapper integration"?

13          A.   Wrapper integration would be

14    synonymous with header bidder partner.  We --

15    we would use them interchangeably.

16          Q.   What does it mean "to migrate all

17    Index demand to Google's exchange bidding"?

18          A.   Before this test, Index was running

19    within the Index wrapper or header bidder.

20    We would shift that partner from that header

21    bidder solution into the, at the time, Google

22    exchange bidding which is now more commonly

23    known as open bidding.

24          Q.   What does it mean to shift the

25    partner from that solution to Google exchange

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      bidding, like what do you actually do?

3              MR. BLAISDELL:  Object to the form.

4          A.   We would take the appropriate steps

5      of turning off the partner and notifying them

6      that they would not be running within that

7      header bidding solution and turning them on

8      within Google's exchange bidding, and the

9      shift would be then removing, the next step

10     of the shift would be removing the line of

11     code which the header bidder is on our site

12     at the header and from removing that by our

13     technologist.

14         Q.   In the second sentence of this

15     paragraph, it says, that "the test confirmed

16     our hypothesis that Index Exchange's wrapper

17     integration isn't providing incremental value

18     and instead it's adding additional tech and

19     operational burden to the organization."

20              What additional tech burden was

21     being added by Index Exchange's wrapper?

22         A.   The tech burden that we are

23     outlining here is the technology impact

24     around the site performance, which could also

25     include the speed in which the page is

Page 111

1    GLOGOVSKY - HIGHLY CONFIDENTIAL
2    loading for the end user or reader.
3         Q.   And what's the operational burden
4    you're talking about?
5         A.   Operationally that is the personnel
6    and time of those people responsible for
7    managing that specific integration and also
8    the partnership in which we had with Index
9    Exchange.
10        Q.   You said that the tech, the tech
11   burden you were referring to could include
12   issues with the speed in which the page is
13   loading for the end user or reader.  Why does
14   that matter to The New York Times?
15        A.   There are a number of factors why
16   this is important for us.  It is both ad
17   related and also the user or reader
18   experience.  It is our priority to provide a
19   experience for our readers that loads quickly
20   and has a proper or fast experience for them
21   to consume the content.  On the ad side any
22   slow down in the ad, in the page load and the
23   process around loading the content and the
24   ads has incremental or negative impacts,
25   sorry, negative impacts to the number of ads

Page 112

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      that may serve and potentially the

3      viewability of those ads that we are placing

4      on the surface.

5          Q.   In your experience does header

6      bidding often impact reader experience?

7              MR. VERNON:  Objection, leading and

8          vague.

9          A.   It is hard to say for certain that

10     it had a impact to the reader for them to

11     know and be able to say it is due to a

12     specific reason.  It was our conclusion that

13     this could be one aspect in which why a page

14     load speed could be slowed down and then

15     affect the reader experience.

16         Q.   What does it mean that Index

17     Exchange's wrapper is not providing

18     incremental value?

19         A.   Over the normal course of testing

20     at The New York Times, we try to use the

21     appropriate methodologies that allow us to

22     test both the control and a variant.  In this

23     experience, the results bared out that there

24     was no excess revenue coming from or

25     incremental revenue coming from open auction

Page 113

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      by eliminating Index's wrap and other SSPs
3      were able to make up for that revenue loss.
4          Q.   If you go to the page that's marked
5      0112, at the bottom, do you see where I am?
6          A.   Yes.
7          Q.   The first bullet on that page says,
8      "There was initial concern if the other SSP
9      partners would take on the share of revenue
10     that was removed from Index."  What does
11     "other SSP partners" refer to?
12         A.   At the time of this test was
13     conducted, the other SSP partners would have
14     been the SSPs that we disclosed in our ad.txt
15     and the partners that we were working with at
16     that time.
17         Q.   And what's the concern that's being
18     highlighted in this bullet?
19         A.   During the course of the test, we
20     do outline many hypothetical situations which
21     could produce a negative or a positive
22     impact.  One of those hypotheticals, which we
23     did not know at the time of the test
24     beginning, was whether or not as their SSP
25     partners would fill those now vacated

Page 116

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   Why was the recommendation to

3     migrate all of Index Exchange's demand to

4     Google's exchange bidding?

5               MR. BLAISDELL:  Object to the form.

6          A.   We made the recommendation to move

7     the partners out of Index Exchange or Index

8     Exchange -- sorry -- out of Index Exchange

9     header bidding to open bidding or EB, because

10    EB typically has a lower impact on the site

11    performance and is also managed within Google

12    Ad Manager, which would limit the impact of

13    operational burden.

14         Q.   When you say "site performance" --

15    I'm sorry, when you said EB typically has a

16    lower impact on site performance, do you mean

17    that EB typically delivers a better reader

18    experience?

19              MR. BLAISDELL:  Object to the form.

20              MR. VERNON:  Objection, leading.

21         A.   No, what I meant by that is that EB

22    has typically lower impact on our site

23    performance and could result in faster page

24    speed.

25         Q.   What does it mean to have lower

                                                    Page 117

 1              GLOGOVSKY - HIGHLY CONFIDENTIAL

 2         impact on site performance?

 3              A.   It could be a result -- the result

 4         could be faster load time for the page.

 5              Q.   Why did The New York Times not

 6         migrate the demand to other SSP partners?

 7                   MR. BLAISDELL:  Object to the form.

 8              A.   Can you please clarify?  SSP

 9         partners or --

10              Q.   Yeah.

11                   There were three SSPs or solutions

12         identified on the Bates, the page ending in

13         112, I think you said it was AdX, EB, OpenX

14         and AppNexus.  My question is:  Why did The

15         New York Times migrate the Index Exchange,

16         why did it migrate the Index Exchange demand

17         to Google, Instead of OpenX and AppNexus?

18              A.   We cannot move SSP demand from one

19         SSP to another.  We can only move SSP demand

20         or partner to header bidding integrations.

21         OpenX and AppNexus on the document that

22         you're referencing are not header bidding

23         solutions.

24              Q.   Were there any other header bidding

25         solutions that The New York Times was working

Page 118

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      with at this time, besides Index Exchange?

3           A.    Yes, at this time.

4           Q.    Why did you decide not to migrate

5      to those other header bidding solutions?

6                MR. BLAISDELL:  Object to the form.

7           A.    We were focused on testing Index

8      and the conclusion of this test may have led

9      us to test other solutions, and in the time

10     we wanted to preserve the revenue, and open

11     bidding or EB was available to us with

12     limited disruption.

13          Q.    Okay.

14               MS. MORGAN:  Let's put up another

15          document.  Let's do this one.

16               While we are waiting for that to

17          load...

18          Q.    Are you familiar with the Facebook

19     Audience Network?

20          A.    I am.

21          Q.    What is it?

22          A.    Facebook Audience Network from my

23     understanding is their programmatic solution

24     for publishers to extend ads that are bought

25     on Facebook to deliver across publishers that

Page 119

1       GLOGOVSKY - HIGHLY CONFIDENTIAL
2       adopt or work with Facebook Audience Network.
3            Q.   Did The New York Times work with
4       Facebook Audience Network at any point in
5       your time there?
6            A.   Yes.
7            Q.   What did Facebook Audience Network
8       do for The New York Times, what service did
9       it provide?
10           A.   They acted as a programmatic ad
11      technology partner that we considered to be
12      similar to an SSP so they placed ads on
13      our -- in our supply.
14           Q.   Does The New York Times still use
15      Facebook Audience Network?
16           A.   No, they do not.  No, we do not.
17           Q.   Did The New York Times end its
18      relationship with Facebook Audience Network
19      at some point during your time at The New
20      York Times?
21           A.   Yes.
22           Q.   Do you remember when that was?
23           A.   I don't remember the specific date
24      off the top of my head, or year, but it was
25      multiple years ago.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.    Do you remember why?

3          A.    There were a number of reasons.

4     There is many factors into why we begin or

5     stop working with any number of programmatic

6     partners or ad technology firms.  For

7     Facebook specifically, and those reasons,

8     they can be ad quality, the revenue, whether

9     it was incremental or not, and as I mentioned

10    earlier, the operational burden that more

11    partners have to the business.

12         Q.    When you refer to ad quality, what

13    are you talking about?

14         A.    The New York Times has ad

15    acceptability and standards guidelines, and

16    we want to ensure that the ads that are seen

17    or potentially could be seen by a reader are

18    up to those standards that we have outlined

19    in ad acceptability and standards.

20         Q.    Was Facebook Audience Network not

21    delivering ads that were acceptable under The

22    New York Times' standards?

23              MR. BLAISDELL:  Object to the form.

24         A.    It's a difficult question to

25    answer, as we don't see every ad that is

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2            A.    It is our firm belief that we

3      should have certain level of transparency of

4      which ads and the number of ads and the price

5      of those ads are made available to us as they

6      are transacting on our owned and operated

7      properties.

8            Q.    Has The New York Times ceased

9      working with other ad tech partners besides

10     Facebook Audience Network?

11               MR. BLAISDELL:   Object to the form.

12           A.    There have been partners that we no

13     longer work with, yes.

14           Q.    Can you think of any examples?

15           A.    We -- in both partners, both SSP

16     and ad technology, one of the best examples I

17     can provide is obviously the Index Exchange

18     wrapper no longer working with, as well as

19     Media.net's wrapper.

20           Q.    We talked about Index Exchange.

21     Why did you stop working with Media.net's

22     wrapper?

23           A.    Similarly a test concluded that the

24     incrementality and the impact to the

25     operations and resources did not provide us

Page 124

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2       the necessary value to maintain that specific
3       wrapper relationship.
4            Q.   Were there also tech burdens
5       related to the Media.net's wrapper?
6                MR. BLAISDELL:  Object to the form.
7            A.   I don't have that document or
8       recall specifically, but I can conclude that
9       would be a similar outcome.
10           Q.   Similar to Index Exchange?
11           A.   For the -- yes.
12           Q.   Okay.
13               MS. MORGAN:  I think this document
14           should be loaded now, which I am going
15           to mark as Exhibit 4.
16               (NYT Exhibit 4, E-mail dated
17           10/25/18, Bates Nos.
18           GOOG-DOJ-AT-00587215 and
19           GOOG-DOJ-AT-00587216, marked for
20           identification, this date.)
21           Q.   Do you see that?
22           A.   Yes.
23               MS, MORGAN:  Amazing, every time
24           it's like a miracle to me that it shows
25           up.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2     across our overall business.
3          Q.    Today for display The New York
4     Times uses Google's DFP as its publisher ad
5     server; is that right?
6               MS. MORGAN:  Object to the form.
7          A.    Yes.
8          Q.    Prior to using DFP as The New York
9     Times' publisher ad server, The New York
10    Times used a publisher ad server that it had
11    built and operated itself; is that right?
12              MS. MORGAN:  Object to the form,
13         leading.
14         A.    Yes, that's correct.
15         Q.    I am going to reask.
16              Before using DFP as its publisher
17    ad server, what did The New York Times use as
18    its publisher ad server?
19         A.    The New York Times used a
20    proprietary ad server to fulfill our ads
21    across our properties before Google Ad
22    Manager or DFP.
23         Q.    And who built and operated that
24    proprietary ad server?
25         A.    The New York Times resources and

Page 142

GLOGOVSKY - HIGHLY CONFIDENTIAL
personnel.

Q.   When approximately did The New York Times switch from using The New York Times' proprietary ad server to using DFP?

A.   I cannot recall the specific date. It was prior to my employment at The New York Times.  I believe it was around 2015.

Q.   Why did The New York Times switch from using The New York Times' proprietary publisher ad server to using Google's DFP as its publisher ad server for display?

A.   There were a number of factors into which we made the decision to sunset the use of our own proprietary ad server and migrate to DFP or now Google Ad Manager.  Amongst them was aligning ourselves with the industry standard that other publishers were using, the capability of utilizing Google's programmatic demand, most specifically dynamic allocation which is a feature of Google's programmatic tool, also it helped with improving our personnel operations and also reducing the impact of billing discrepancies with our direct relationships

Page 143

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      with advertisers and agencies.

3          Q.   One of the things that you

4      mentioned, I think you said one of the

5      reasons that The New York Times switched from

6      using its proprietary publisher ad server to

7      using Google's DFP was to align yourself with

8      the industry standard.  Do you remember that?

9          A.   Yes.

10         Q.   What did you mean by "the industry

11     standard"?

12         A.   We recognize that our competitors,

13     direct competitors in the space were using

14     Google Ad Manager as their primary ad serving

15     capability and other publishers in the space

16     as well was using Google Ad Manager or DFP

17     and allowed us to evaluate whether or not it

18     would be sufficient to continue using our own

19     priority -- proprietary ad server or shift to

20     Google Ad Manager, which we perceived as the

21     industry standard ad server.

22         Q.   When you say that -- well, let me

23     ask one basic question.  Does Google Ad

24     Manager refer to the same thing roughly as

25     DFP?

Page 144

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          A.    Yes.

3          Q.    When you say that Google Ad Manager

4     was the industry standard publisher ad

5     server, what do you mean by that?

6          A.    In short --

7               MR. BLAISDELL:  Object to the form.

8          A.    In short it was the ad server that

9     many publishers were using and agencies and

10    advertisers were acquainted with.

11         Q.    What's your sense for, if you focus

12    on United States-based publishers, what's

13    your sense for how many of them use DFP by

14    Google as their publisher ad server?

15              MS. MORGAN:  Objection to form,

16         lacks foundation.

17              MR. BLAISDELL:  Object to form.

18         A.    I can't speak on the percentage or

19    know the number of advertisers -- I'm

20    sorry -- publishers that use Google Ad

21    Manager as their ad server.  My assumption is

22    that it is a substantial size of publishers

23    using this ad server.

24         Q.    One of the other things that you

25    mentioned as a factor in The New York Times'

Page 145

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      decision for switching from its proprietary

3      publisher ad server to switching to DFP was

4      dynamic allocation.  Do you remember that?

5          A.    I do.

6          Q.    Can you elaborate on what you

7      meant?

8              MS. MORGAN:  Objection to form.

9          A.    Dynamic allocation was a feature

10     that was not widely available or a feature

11     that's offered by other ad technology

12     partners, to our knowledge, and it allowed

13     for improved competition within the ad call,

14     in allowing programmatic to have the

15     capability of being prioritized or competing

16     with other programmatic more efficiently, and

17     also the direct business, which would

18     effectively improve the yield for The New

19     York Times if we had that enabled.

20         Q.    Do you have an understanding of

21     whether switching from The New York Times'

22     proprietary ad server to switching to DFP as

23     the display publisher ad server had any

24     impact on how much revenue New York Times got

25     from Google's AdX?

Page 146

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2              MS. MORGAN:  Objection to form.

3          A.    Sorry.  Can you clarify the

4      question?

5          Q.    Sure.

6              When The New York Times switched

7      from using its proprietary publisher ad

8      server for display to using Google's DFP as

9      its publisher ad server for display, what

10     impact, if any, did it have on the amount of

11     revenue that The New York Times received from

12     Google's AdX?

13         A.    Switching to Google Ad Manager

14     allowed us to operate with programmatic

15     partners more effectively in the now modern

16     space of programmatic, historically

17     programmatic was at the beginning of the

18     programmatic lifespan, it was a tag-based

19     solution which was in efficient and

20     ineffective and switching to Google Ad

21     Manager allowed us to work with more partners

22     more effectively and utilize features that

23     were not available within our own proprietary

24     ad server.

25         Q.    When you mentioned a tag-based

Page 147

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      system, what were you referring to?

3          A.   In the past, early days in

4      programmatic, the programmatic partner,

5      whether that be a network or a specific

6      advertiser that wanted to create a

7      programmatic-ish relationship, they would

8      send us a creative tag that would be placed

9      into the ad server and then submit bids

10     within that tag, but that did not mean that

11     that programmatic bid would win, and

12     ultimately making that impression unfilled

13     and not being monetized for the publisher,

14     which would then put the revenue at a

15     deficit.  The modern programmatic space now

16     allows for more bids to be submitted, and

17     then fill when something chooses not to win

18     the bid, or that's not the right audience for

19     it, that they did not compete, compete to win

20     the CPM.

21          MR. BLAISDELL:  I'll just object to

22      the form of the last question.

23          Q.   Under tagged-based bidding for

24     display in multiple exchanges submit realtime

25     bids for the same impression?

 1          GLOGOVSKY - HIGHLY CONFIDENTIAL

 2                  MS. MORGAN:  Objection to form,

 3            lacks foundation.

 4          A.   A tagged-based solution is not an

 5     exchange and it would be -- it would not be

 6     as effective.

 7          Q.   Why is a tagged-based system for

 8     display not as effective in your opinion?

 9                  MS. MORGAN:  Objection, form.

10                  MR. BLAISDELL:  Object to the form.

11          A.   The tagged-based solution is not as

12     effective because when the specific tag is

13     entered into the ad server, it will be called

14     by the ad server and it may win, but a bid

15     may not be returned or the bid may not be

16     won, within the tag, and then it would go

17     unfilled and there would be essentially a

18     blank space and the publisher would not earn

19     revenue on that.

20          Q.   Let me go back to another question.

21               When The New York Times switched

22     from using its proprietary publisher ad

23     server for display to using Google's

24     publisher ad server, what effect, if any, did

25     that have on the amount of revenue The New

Page 149

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      York Times got from Google's AdX?

3              MS. MORGAN:  Objection to form.

4          A.    I cannot speak to the specific

5      numbers off the top of my head, but switching

6      to Google Ad Manager allowed us to

7      incorporate programmatic more fully into our

8      advertising business, and resulted in ██

   ██  ████████████████████████████████████████

   ██  ████████████████████████████████████

11         Q.    Let me turn back to The New York

12     Times' proprietary publisher ad server.

13             What disadvantages, if any, are

14     there to The New York Times using a publisher

15     ad server for display that it has built and

16     operated itself?

17             MR. BLAISDELL:  Object to form.

18             MS. MORGAN:  Objection to the form.

19         A.    Just to clarify, disadvantages?

20         Q.    Right.

21         A.    Maintaining ad technology that is

22     homegrown, built internally, whether that be

23     an ad server, has several disadvantages.

24     One, the operational support and

25     infrastructure in capital resources required

Page 150

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2    to maintain that and to evolve with the

3    industry changes would require us to invest a

4    significant portion.  And then also just

5    staying up to date with the evolving

6    landscape of the ad formats and being able to

7    adapt to our clients' needs readily and

8    availably, or quickly.

9        Q.   Do you know if any publishers other

10   than The New York Times use their own

11   proprietary publisher ad server for display

12   today?

13            MS. MORGAN:  Objection to form.

14            MR. BLAISDELL:  Object to form.

15       A.   I do not know of any off the top of

16   my head.

17       Q.   Do you know how common it is today

18   for publishers to use their own proprietary

19   publisher ad servers for display?

20            MR. BLAISDELL:  Object to form.

21       A.   I do not know the commonality of

22   it.  I know that there is essentially an

23   industry standard for an ad server.  I would

24   suspect that it's low.

25       Q.   Today, do you view building a

Page 151

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      proprietary ad server for display as being a

3      viable alternative to Google's DFP ad server?

4                MR. BLAISDELL:  Object to form.

5                MS. MORGAN:  Objection to form.

6          A.   It's a complicated question to

7      answer, and it depends on the priorities and

8      the strategy of the publisher themselves.

9      For The New York Times, at this time it is

10     not something that we are looking to do, but

11     for other publishers that believe they have a

12     competitive advantage or have the capability

13     to do this well, that could be possible for

14     them, but I cannot speak or speculate on, on

15     that.

16         Q.   For The New York Times today, why

17     is building a proprietary publisher ad server

18     for display in your view not something The

19     New York Times is looking something to do?

20               MS. MORGAN:  Objection to form.

21               MR. BLAISDELL:  Object to form.

22         A.   Today we have many different

23     strategic priorities that are prioritized

24     ahead of building homegrown technology

25     specifically around ad serving, and it is not

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2     something that we are looking to do at this
 3     point.
 4          Q.   Today, in your opinion, would it be
 5     easy for The New York Times to build and
 6     maintain a proprietary publisher ad server
 7     for display?
 8               MS. MORGAN:  Objection to form.
 9               MR. BLAISDELL:  Object to form.
10          A.   Easy is a pretty relative term.  I
11     suspect that it would not be easy for the
12     reasons that I outlined why we made the
13     switch to Google Ad Manager or DFP.  It would
14     be require a large amount of capital
15     resourcing, personnel resourcing and
16     infrastructure output that would be required
17     to make that change.
18          Q.   In your opinion would it be a good
19     idea for The New York Times to start using a
20     proprietary ad server for display today?
21               MS. MORGAN:  Object to form.
22               MR. BLAISDELL:  Object to form.
23          A.   Can you repeat the question?
24          Q.   Sure.
25               Just in your opinion would it be a
```

Page 153

GLOGOVSKY - HIGHLY CONFIDENTIAL

1    good idea for The New York Times to start

2    using a proprietary publisher ad server for

3    display today?

4              MS. MORGAN:  Objection to form.

5              MR. BLAISDELL:  Object to form.

6         A.   In my personal capacity as an

7    individual, I would not make that

8    recommendation.

9         Q.   Why would you personally not

10   recommend that The New York Times develop its

11   own proprietary publisher ad server system

12   today?

13             MS. MORGAN:  Objection to form.

14        A.   In my own personal capacity, I

15   believe that there are many different

16   priorities that supersede the need for making

17   that change, and there are -- there is value

18   in economies of scale in using a standard

19   infrastructure and system.

20        Q.   Why do you think there is value in

21   economies of scale for display publisher ad

22   servers that are not built as a proprietary

23   ad server by the publisher?

24             MS. MORGAN:  Objection to form.

Page 154

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. BLAISDELL:  Object to form.

3          A.    I'm sorry.  I'm going to ask you to

4     repeat that once more.

5          Q.    Sure.

6                    Focusing on publisher ad servers

7     that are not built as proprietary ad servers

8     of a publisher, why do you think that there

9     are economies of scale in display publisher

10    ad serving?

11                   MR. BLAISDELL:  Object to form.

12         A.    The economies of scale I'm

13    referencing is the features that get rolled

14    out at a -- in a broad-based way, allows

15    multiple users of that technology to benefit

16    at the same time, or roughly the same time,

17    and also aligns or is able to make changes to

18    industry trend changes, whether that be ad

19    formats or targeting or anything along those

20    lines.

21         Q.    Whether The New York Times moved

22    away from using its proprietary publisher ad

23    server to Google's DFP ad server, did The New

24    York Times consider using any other publisher

25    ad servers instead of DFP?

```
                                         Page 155
 1            GLOGOVSKY - HIGHLY CONFIDENTIAL
 2            A.   I do not recall off the top of my
 3       head, yeah.
 4            Q.   So I am going switch topics a
 5       little bit.  I'm going to try ask you asking
 6       you questions off the top of your head.  If
 7       we need a document, we can go there.
 8                 For programmatic display, for The
 9       New York Times, what is the largest exchange
10       in terms of the percentage of the New York
11       Times' programmatic display revenue that that
12       exchange handles?
13                 MS. MORGAN:   Objection to form.
14            A.   ████████████████████████████████
         ████████████████████████████████████████████
         ████████████████████
17            Q.   If I use the phrase "AdX," will you
18       understand that I'm referring to the Google's
19       ad exchange?
20            A.   Yes.
21            Q.   What percentage approximately of
22       The New York Times' programmatic display
23       revenue does Google's AdX exchange account
24       for?
25            A.   It's difficult to say as it varies
```

Page 156

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2      day to day, week by week and even by quarter.

3      ████████████████████████████████████

█      ████████████████████████████████.

5           Q.   Do you believe that Google's,

6      Google AdX percentage of The New York Times

7      programmatic display revenue would be

8      typically above 70 percent or below

9      70 percent?

10               MS. MORGAN:  Objection to form.

11               MR. BLAISDELL:  Object to form.

12          A.   Can you clarify "typically"?  I'm

13     sorry, I want to be very precise on this.

14          Q.   On average in a given year, for any

15     of the past three years, would Google AdX'

16     percentage of The New York Times'

17     programmatic display revenue be more or less

18     than 70 percent?

19               MS. MORGAN:  Objection to form.

20          A.   I don't know the specifics as it

21     varies greatly day by day.  ████████████████

█      ████████████████████████████████

█      ████████████████████████████████

█      ████████████████████████████████

█      ████████████████████████████████

Page 157

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   I would ask you to turn back to

3     Exhibit 3.  This was the document with the

4     title, "Index Exchange Bidder Test Results"

5     at the top.

6               I'm going to ask you to turn to

7     page, it's page 5 in the PDF and it ends with

8     the Bates number 112.

9          A.   I have it open.  Sorry.  If you

10    need my confirmation.

11         Q.   No worries.

12              First question, do you remember

13    about what date this document, like there are

14    charts on this page that show shares of The

15    New York Times' revenue by partner.  Do you

16    know about what date range that chart would

17    apply to?

18         A.   On this slide specifically, I

19    cannot recall the date range, and it does not

20    look to be present on this slide

21    specifically.

22         Q.   Do you remember about when The New

23    York Times was considering switching away

24    from Index Exchange's header bidding wrapper?

25         A.   I believe this test was conducted

```
 1        GLOGOVSKY - HIGHLY CONFIDENTIAL
 2     in 2019.
 3        Q.   Would it be fair to assume that
 4     these revenue share numbers are from around
 5     2019 or slightly earlier, like possibly 2018?
 6           MR. BLAISDELL:  Object to form.
 7           MS. MORGAN:  Object to form.
 8        A.   The revenue percentages or share of
 9     revenue would be isolated to the test itself,
10     around that period of time.
11        Q.   If you look at, let's start with
12     the share chart in the upper right, there
13     are -- it says, "revenue by partner control
14     variant," and then -- I'm just describing
15     this for the record -- there is a sort of
16     line share chart and on the left axis there
17     is like various percentage numbers like
18     zero percent, 20 percent.  Do you see that?
19        A.   I do.
20        Q.   This chart, is it fair to say that
21     this chart indicates that AdX and open
22     bidding accounted for around 70 percent to up
23     to around 80 percent bearing by time of The
24     New York Times' programmatic display revenue?
25           MS. MORGAN:  Objection to form.
```

Page 159

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              MR. BLAISDELL:  Object to form.

3              MS. MORGAN:  Also lacks foundation.

4      A.    Sorry.  Can you please repeat the

5   question?

6      Q.    Sure.

7              This chart entitled, "Revenue by

8   Partner:  Control Variant" shows that AdX and

9   open bidding accounted for approximately

10  70 percent and up to 80 percent approximately

11  of New York Times' programmatic display

12  revenue as of the time of this chart; is that

13  fair?

14             MS. MORGAN:  Objection to form,

15         lacks foundation.

16     A.    Based on this chart in front of me,

17  yes, I think that's fair.

18     Q.    Were you involved in the tests that

19  are depicted on this slide?

20             MR. BLAISDELL:  Object to form.

21     A.    As my responsibilities around this

22  time of this test, I would have been

23  involved.

24     Q.    Do you remember if you were

25  involved in creating this document,

Page 160

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2       Exhibit 3?

3              A.    Yes, I believe I was involved.

4              Q.    Do you know where the data that

5       forms the basis for this "Revenue By Partner:

6       Control Variant" chart would come from?

7              A.    The data used for this chart would

8       have been provided by our partners in the

9       data and insights group and the data would

10      have been built off of our data warehouse

11      which includes Google's data transfer files

12      and our partner data that is aggregated and

13      adjusted.

14             Q.    Do you have any reason to believe

15      that this "Revenue By Partner:  Control

16      Variant" chart is inaccurate in any way?

17             A.    I do not have any reason to believe

18      it would be inaccurate in any way.

19             Q.    If you were to set aside this chart

20      for the moment, would your expectation be

21      that AdX and open bidding combined would

22      account for around 70 percent of The New York

23      Times' programmatic display revenue in

24      approximately 2019?

25                   MR. BLAISDELL:  Object to form.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MS. MORGAN:   Object to the form.

3          A.    Speaking for this chart in the

4     specific timeframe that it is representing,

5     AdX, with the inclusion of its other, with

6     our other programmatic partners running

7     within EB, yes, it would be at or above

8     70 percent, with the inclusion of exchange

9     bidding.

10         Q.    And the answer that you just gave,

11    are you basing that on your own knowledge or

12    on the chart?

13         A.    I am using the production document

14    in front of me as the basis of my answer.

15         Q.    I see.

16              Setting this document aside, what

17    is your understanding of the -- what was your

18    best estimate of --

19              MR. VERNON:   I'm sorry.   Can I

20         start over again?

21         Q.    Setting this document aside, what

22    would be your best estimate for today, the

23    percentage of New York Times' programmatic

24    display revenue that comes from AdX

25    specifically?

Page 162

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MR. BLAISDELL:  Object to form.

3          A.    AdX specifically, with the

4     exclusion of our partners running within open

5     bidding, it would be the majority share, but

6     I do not expect it to be the number in the

7     document here, with the exclusion of EB, and

8     it varies depending on seasonality and

9     whether or not there are direct campaigns

10    that could even influence the share of

11    programmatic revenue that is generated by

12    AdX.

13         Q.    Setting aside this document, what

14    would your best estimate be for the

15    percentage of New York Times' programmatic

16    display revenue that comes from AdX and open

17    bidding combined?

18                    MS. MORGAN:  Objection to form.

19                    MR. BLAISDELL:  Object to form.

20         A.    My best guess, without the data in

21    front of me, and I could speculate that it

22    would be between ████████████████ .

23         Q.    Okay.  So it sounds like your best

24    estimate is that, as of today, AdX would

25    account for ████████████████ of New York

Page 163

1           GLOGOVSKY - HIGHLY CONFIDENTIAL
2       Times' programmatic display revenue; is that
3       correct?
4               MS. MORGAN:  Objection to form.
5               MR. BLAISDELL:  Object to form.
6           A.   Yes.
7           Q.   Apologies.  Let me just reask this
8       slightly.
9               As of today, what would your
10      estimate be for the percentage of The New
11      York Times' programmatic display revenue that
12      comes from AdX?
13              MR. BLAISDELL:  Object to form.
14          A.   Sorry.  Can you please repeat the
15      question?
16          Q.   Sure.
17              As of today, what would your best
18      estimate be for the percentage of The New
19      York Times' programmatic display revenue that
20      comes from AdX?
21              MR. BLAISDELL:  Object to form.
22          A.   Based on my best guess for web and
23      apps, not inclusive of audio or newsletter,
24      and explicitly AdX, I would suspect that the
25      share of revenue for open auction would be

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2    ████████████████████████.

3       Q.   What is your best the estimate, as

4    of today, for what the share would be for the

5    second largest exchange in terms of the share

6    of The New York Times' programmatic display

7    revenue that would come from that exchange?

8          MS. MORGAN:  Objection to form.

9          MR. BLAISDELL:  Object to form.

10       A.   Once again, only web and app and

11    excluding newsletter and audio for the second

12    largest programmatic partner, the best guess

13    I have would range and vary depending on the

14    seasonality and time of year and platform

15    would be between ███████████████████.

16       Q.   And which exchange would be the

17    second largest for the programmatic display

18    for The New York Times?

19          MR. BLAISDELL:  Object to form.

20       A.   That number or -- I'm sorry -- that

21    exchange varies.  We have seen exchanges

22    perform more strongly in different periods of

23    the year, and I cannot recall who, what

24    number to be at this ask exact moment, in

25    this, or today or in recent history.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              Q.    Understood.

3                    Is having access to AdX for

4      programmatic display good for The New York

5      Times?

6                    MS. MORGAN:  Objection to form.

7                    MR. BLAISDELL:  Object to form.

8              A.    I think it's a complicated question

9      to answer for our programmatic revenue,

10     isolating that, to that, AdX is a benefit for

11     our programmatic revenue, revenue in the

12     overall ad business, yeah.

13             Q.    Why is that?

14             A.    We -- we review a number of

15     different criteria when looking at

16     programmatic partners to potentially partner

17     with.  Obviously that is inclusive of

18     revenue, but the uniqueness or the

19     incrementality of that revenue is very, very

20     important.  The other parts are also the

21     amount of resources and operational expense

22     that would be required, expense both being in

23     time and wages, and also the capabilities

24     that a partner may provide or should provide

25     for ad quality controls and who we allow on

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2    and who we can block.  Google AdX, if I was

3    looking at this as a new partner, would be

4    able to fulfill most of those criteria, both

5    in quality controls and uniqueness of

6    revenue, and also not operationally

7    burdensome as potentially others.

8        Q.   How unique or not unique is the

9    revenue that Google AdX brings to New York

10   Times?

11            MS. MORGAN:  Objection to form.

12            MR. BLAISDELL:  Object to form.

13        A.   ████████████████████████████

██  ████████    ██████████████████████████

██  ██████████████████████████████████

██  ████████████████████    ████████████████

██  ███████████████████████████████████

██  ████████████████████████████████

██  ████████████████████████████████████

██  █████████████████████████████████████

██  ███████████████████████████████████

██  ██████    ███████████████████████████

██  ██████████████████████████████████████

██  █████████████████████████████████████

██  ████████████████████████████████████

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          ██████████████████████████████████

3          ████████████████████████.

4                Q.    Has The New York Times performed

5          the uniqueness test that you described for

6          either AdX or other exchanges for

7          programmatic display?

8                A.    I don't recall a specific date or

9          test for Google specifically.

10               Q.    What do you recall about the tests

11         that The New York Times has conducted about

12         the uniqueness of programmatic display

13         exchanges?

14                     MS. MORGAN:   Objection to form.

15               A.    Sorry.  Can you please repeat the

16         question?

17               Q.    Sure.

18                     What do you recall about any tests

19         that The New York Times conducted about the

20         uniqueness of different programmatic display

21         exchange partners?

22               A.    I'm really sorry.  Can you please

23         clarify?

24               Q.    Okay.  Did The New York Times

25         conduct any tests designed to figure out

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2    whether particular exchanges provided unique

3    revenue for programmatic display?

4         A.  ████████████████████████████

     ██████████████████████████████████

     ███████████  █████████████████████

     █████████████████████████████████

     █████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████

     ████████████

12        Q.   One thing you mentioned when you're

13   talking about whether Google AdX brought

14   unique revenue or not was what other people

15   tell you, including Google.  Do you remember

16   that?

17        A.   I do.

18        Q.   What, if anything, did Google tell

19   you about the uniqueness of the revenue that

20   The New York Times could get from Google's

21   AdX?

22            MS. MORGAN:  Objection to form.

23            MR. BLAISDELL:  Object to form.

24        A.   I do not recall the specifics as

25   this, this switch has taken place for, for a

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     long time now, relatively speaking.  I don't

3     remember the specifics of it.  But we are

4     aware that there are advertisers that use

5     Google and prefer Google as their ad

6     technology, and we would assume that is, that

7     is unique demand that we would not get from

8     other ad technology.

9          Q.   Why do you assume that Google's AdX

10     exchange provides The New York Times unique

11     demand for programmatic display?

12               MS. MORGAN:  Objection to form.

13          A.   It is also our understanding that

14     Google's buy-side platform, which is popular

15     on the buy side, would be another reason why

16     the unique demand would be coming through

17     AdX.

18          Q.   When you're referring to the

19     Google's buy-side platforms, are you

20     referring to the Google's DSP or the Google

21     display network or something else?

22               MS. MORGAN:  Objection to form.

23          A.   Referencing both of them.

24          Q.   What's your understanding of how

25     unique or not unique the demand is from

```
                                              Page 170

 1          GLOGOVSKY - HIGHLY CONFIDENTIAL

 2     Google's DSP?

 3               MR. BLAISDELL:  Object to form.

 4          A.   ████████████████████████████

    ████████████████████████  ████████████

    █████████████████████████████████████████

    ████████████████████████████

    █████████████████████████████████████████

    ████████████████████████████████████

    ███████████████████████████████████

    █████████████████████████████████████████

    ████████████████████████████████████████

    ████████████████████.

14          Q.   Do you know one way or the other

15     whether the demand from Google's DSP is

16     unique?

17               MR. BLAISDELL:  Object to form.

18          A.   Sorry.  Can you please clarify?

19          Q.   Sure.

20               Do you know whether -- how about

21     this:  What is your best, best estimate,

22     using your experience in the industry, as to

23     whether the demand that comes from Google's

24     DSP is either unique or not unique?

25               MS. MORGAN:  Objection to form.
```

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2           Q.    Focusing on open auction

3       specifically, what is your best estimate for

4       whether Google's DSP either does or does not

5       provide unique demand for The New York Times?

6               MR. BLAISDELL:  Object to form.

7           A.    I'm going to ask you to clarify

8       again.  I'm trying to understand what you're

9       looking for as the best guess.

10          Q.    Just qualitatively whether your

11      best estimate, based on your experience in

12      the industry, is either that Google's DSP

13      does provide unique revenue for The New York

14      Times or it does not?

15          A.    ███████████████████████████

        ████████████████████████████

        ████████████████████████████

        ██████████████████████████████

        ████████     ██████████████████

        ███████████████████████████████

        ██████████████████████████

        █████████████

23          Q.    So stepping aside from the question

24      of a specific percentage, what's your best

25      estimate for, based on your experience in the

Page 173

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      industry, whether the Google DSP either does
3      or does not provide unique demand to The New
4      York Times for open auction specifically?
5               MS. MORGAN:  Object to form.
6          A.   For -- I'm sorry.  I'm still
7      struggling with the question.  I am going to
8      have to ask you again.
9          Q.   Sure.
10              So I don't want to ask about a
11     specific percentage.
12         A.   Okay.
13         Q.   What I do want to ask about is just
14     your best estimate, again based on your
15     experience, for whether Google's DSP either
16     does provide unique revenue to New York Times
17     for open auction specifically or it does not?
18              MS. MORGAN:  Objection to form.
19              MR. BLAISDELL:  Object to form.
20         A.   From my personal capacity and my
21     experience that you called out, I do believe
22     that Google AdX does provide unique demand.
23         Q.   Let me ask a slightly different
24     question.  I think you answered about AdX.
25     Do you remember that?

Page 174

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2              Focusing on Google's DSP, what's

3       your best sense for whether Google's DSP

4       either does or does not provide unique demand

5       to The New York Times for open auction

6       specifically?

7              MS. MORGAN:  Objection to form.

8          A.   My best guess for The New York

9       Times specifically that AdX does provide

10      unique demand for open auction.

11         Q.   But I think you referred to AdX

12      again and I'm just trying to ask about the

13      DSP.  Does that make sense?

14         A.   All right, yes.

15         Q.   Let me just ask my question, so

16      it's clearer.

17             What's your best estimate, based on

18      your experience, for whether Google's DSP

19      either does or does not provide unique demand

20      for open auction specifically for The New

21      York Times?

22         A.   My best guess is that Google's DSP

23      has unique demand and transacts on The New

24      York Times.

25         Q.   Sorry.  It took me a while to get

Page 175

1           GLOGOVSKY - HIGHLY CONFIDENTIAL
2        there.
3               What is your best estimate based on
4        your experience for whether Google's display
5        network provides unique demand for open
6        auction displays, specifically for The New
7        York Times?
8               MS. MORGAN:  Objection to form.
9               MR. BLAISDELL:  Object to form.
10       A.   My best guess is that Google's
11       display network does provide unique demand to
12       The New York Times.
13       Q.   And why?
14              MR. BLAISDELL:  Object to form.
15       A.   From my understanding, the demand
16       from Google's ad network -- sorry, I'm
17       forgetting the appropriate, exact name --
18       provides unique demand that is not available
19       to either SSPs from our understanding and is
20       only accessible through AdX.
21       Q.   Can you explain, at whatever level
22       of generality you're comfortable with, how
23       important the unique demand that comes from
24       Google's display network is for The New York
25       Times?

Page 176

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2              MS. MORGAN:  Objection to form.

3              MR. BLAISDELL:  Object to form.

4          A.    In general we are actively seeking

5      out unique demand across all of our

6      programmatic providers or SSP providers, and

7      that uniqueness in each of those providers is

8      very important, and the primary, one of the

9      reasons, one of the primary reasons of many

10     reasons why we would work with them.  And

11     specifically to your point, Google would be

12     one of those providers that we would, we

13     would consider that.

14         Q.    Is it fair to say that the Google

15     display network has the largest source of

16     unique demand for programmatic display for

17     The New York Times specifically?

18             MS. MORGAN:  Objection to form,

19         lacks foundation.

20             MR. BLAISDELL:  Object to form.

21         A.    Can you clarify the question?

22         Q.    Sure.

23             What's your understanding of what

24     the largest source of unique demand is for

25     programmatic display revenue specifically?

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2          MR. BLAISDELL:  Object to form.

3      A.  ████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ███████████.

10     Q.   In your last answer, did you mean

11   to say that Google has the largest share of

12   unique demand for programmatic display for

13   The New York Times?

14          MS. MORGAN:  Objection to form.

15     A.  ████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████

       ██████████████████.

22     Q.   Understood.

23          Let me switch topics politely.

24          What is AdX' -- Google AdX' take

25   rate for open auction display for The New

Page 178

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      York Times?

3                    MR. BLAISDELL:  Object to form.

4                    MS. MORGAN:  Objection, form, lacks

5              foundation.

6              A.    I can only speak for the numbers

7      that we have within our contract with Google

8      and is only the revenue shares that we have

9      with Google.

10             Q.    Go ahead.

11             A.    ████████████████████████████████

       ████████████    Our -- off the top of my head,

13     if I'm remembering correctly -- ████████████

       ██████████████████████████████████████

       ████████████████████████████████████████████

       ████████████████████████████████████████

       ██████████████████████████████████████████

       ██████████████████████████████████████████

       ██████████████████████████████████████████

       ████████████████████████████████████████████

       ████████████████████████████████████████.

22             Q.    Can you just repeat the take rate

23     numbers?  I'm not sure that I got this and by

24     the different categories.

25             A.    ████████████████████████████████

Page 179

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2    ████████████████████████████████

████████████████████████████████████

████████    ████████████████████████

██████████████████████████████████████

██████████████████████████    ████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████.

10        Q.    And all of the revenue shares that

11   you just listed were for Google's AdX

12   exchange; is that right?

13        A.    That is correct.

14        Q.    Okay.  For The New York Times

15   specifically?

16        A.    Correct, for The New York Times

17   specifically.

18        Q.    Okay.  Approximately what

19   percentage of The New York Times programmatic

20   display revenue is open auction display?

21        A.    ████████████████████████████

████████████████████████████████████

████████    ████████████████████████████

████████████████████████████████

████████████████████████████████████

```
1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          ████████████████████████████████████

           ██████████████████████████████████████

           ████████████████████████.

5          Q.    What practical impact, if any,

6     would losing access to AdX have on The New

7     York Times?

8               MS. MORGAN:   Objection to form.

9               MR. BLAISDELL:   Object to form.

10         A.    Practical impact losing access to

11    AdX would require a migration.  It would

12    require migration to a new partner, discovery

13    of who that new partner is, testing to ensure

14    that that partner would be able to fulfill

15    the gap that is, that it would leave behind

16    such as any partner we remove and also

17    testing to understand if our existing

18    partners would be able to make up the revenue

19    that would be missed.

20         Q.    Based on your experience with The

21    New York Times, what's your best estimate for

22    whether The New York Times could or could not

23    replace any revenue that New York Times would

24    lose if it turned off access to AdX for

25    programmatic display?
```

Page 181

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MS. MORGAN:  Objection to form.

3                    MR. BLAISDELL:  Object to form.

4            A.    It's a difficult question to

5        answer.  Our priority continues to remain on

6        direct advertising with those relationships

7        directly with advertisers and agencies.  I

8        would suspect that our efforts there would be

9        able to help offset some of that revenue loss

10       and partners would also fill the gap that,

11       partially fill the gap that was created by no

12       longer having AdX as an open auction PMP

13       partner.

14           Q.    What's your expectation for whether

15       The New York Times could or could not fully

16       replace any revenue that it might lose if it

17       were to turn off open, if it were to turn off

18       AdX for programmatic display?

19                   MS. MORGAN:  Objection to form.

20                   MR. BLAISDELL:  Object to form.

21           A.    Again, it's hard to answer.  We

22       would also expect that advertisers that were

23       coming through any given programmatic partner

24       or SSP inclusive of Google would be still

25       actively seeking The New York Times as a

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2      publisher to display their ads and would
 3      create an opportunity for our direct business
 4      to grow through those relationships now that
 5      access or access pipe would be no longer
 6      available.  And recovering the entire gap is
 7      difficult to measure, but it would be -- it
 8      would be potentially possible through the
 9      means of other programmatic partners and also
10      our direct business, which continues to
11      remain a priority of ours.
12          Q.   Has The New York Times ever tried
13      to turn off AdX for programmatic display?
14          A.   █████████████████████████████
        ███████████████████████████████████████████
        ██████████████.
17          Q.   Would you recommend The New York
18      Times turn off AdX for programmatic display
19      overall?
20          MS. MORGAN:  Objection to form.
21          A.   Can you repeat the question?
22          Q.   Sure.
23          Would you recommend that The New
24      York Times turn off AdX for programmatic
25      display overall?
```

```
                                              Page 183
  1              GLOGOVSKY - HIGHLY CONFIDENTIAL
  2                   MS. MORGAN:  Object to form.
  3              A.   In my personal capacity, I would
  4        not make that recommendation.
  5              Q.   Why?
  6              A.   In my personal capacity I do
  7        believe the revenue we are earning from AdX
  8        is worth not missing, and it's also helping
  9        drive competition in the ad call bids which
 10        is ultimately growing revenue.
 11              Q.   I think you said earlier your best
 12        estimate was the share of The New York Times
 13        open auction display revenue, it comes from
 14        AdX ██████████████████████; did I get that
 15        right, ████████████████?
 16              A.   Yes.
 17                   MR. BLAISDELL:  Object to form.
 18              Q.   And then the next largest, your
 19        estimate was, between I think ████████
           ███████████████; is that right?
 21              A.   Yes.
 22              Q.   What's your best estimate for
 23        whether it would be harder or easier for The
 24        New York Times to turn off AdX for
 25        programmatic display compared to other
```

Page 184

1                GLOGOVSKY - HIGHLY CONFIDENTIAL

2       exchanges?

3                     MS. MORGAN:  Objection to form.

4                     MR. BLAISDELL:  Object to form.

5            A.    Turning off revenue from a

6       predominant revenue source would be harder to

7       turn off, because it would create a gap that

8       would be harder and likely take more time to

9       fill.

10           Q.    And when you refer to "a

11      predominant revenue source," you're referring

12      to Google's AdX; is that right?

13           A.    Specifically for open auction, yes.

14           Q.    Okay.  For -- how do Google's open

15      auction take rates for display compared to

16      the open auction take rates for the other

17      exchanges that you're aware of that The New

18      York Times used?

19                    MS. MORGAN:  Objection to form.

20                    MR. BLAISDELL:  Object to form.

21           A.    ████████████████████████████████

████    ████████████████████████████████████

████    ████████████████████████████████████

████    ██████████████████████████████████

████    ██████████████████████  ████████████████████

1     GLOGOVSKY - HIGHLY CONFIDENTIAL

2     ███████████████████████████████████

       ███████████████████████████████

       ██████████████.

5     Q.   And what are the opening auction

6    take rates for The New York Times AppNexus?

7     MR. BLAISDELL:  Object to form.

8     A.   I don't have the take rates

9    specifically off the top of my head, but we

10   do attempt to negotiate ███████████████

       ███████████████.

12   Q.   Are The New York Times take rates

13   for AppNexus lower than, equal to or higher

14   than AdX' take rates for open auction for The

15   New York Times?

16     MS. MORGAN:  Objection to form.

17     MR. BLAISDELL:  Object to form.

18   A.   ████████████████████████

       ███████████████████████████████

       ███████████████████████████████

21   Q.   Do you know specifically what

22   AppNexus' take rates for The New York Times

23   are for open auction for display?

24   A.   ███████████████████████

       ████████████████  ██████████████

Page 186

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2      ████████████████████████████████

       ████████████████████████████████████

       ██████████████████████████████████

       ████████████████████████████████████

       ████████████████████

7           Q.   Do you know specifically whether

8      AppNexus' take rate for The New York Times

9      for open auction display is ██████████ or you

10     just don't know off the top of your head?

11               MS. MORGAN:  Objection to form.

12               MR. BLAISDELL:  Object to form.

13          A.   I don't know off the top of my

14     head.

15               MR. VERNON:  Now might be a good

16          time to take a ten-minute break.

17               MS. MORGAN:  Sounds good to me.

18               MR. BLAISDELL:  That's fine.

19               THE VIDEOGRAPHER:  Standby, please.

20          The time is 2:18 p.m.  We are going off

21          the record and this will be end media

22          unit number 3.

23               (A brief recess was taken.)

24               THE VIDEOGRAPHER:  The time is

25          2:31 p.m.  We are back on the record.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      working with today and helping us achieve our

3      revenue goals.

4          Q.   It would be easy or difficult for

5      The New York Times to switch away from

6      Google's DFP to another publisher ad server

7      for display?

8              MR. BLAISDELL:  Object to form.

9          A.   Can you clarify, publisher ad

10     server, can you clarify that?

11         Q.   Yes, just an ad server that a

12     publisher like The New York Times would use

13     to serve ads for programmatic display, as

14     opposed to an advertiser ad server which is a

15     different thing that advertisers use.  Does

16     that make sense?

17         A.   Yes, thank you.

18             MR. BLAISDELL:  Object to form.

19         Q.   So let me ask again.  Would it be

20     easy or difficult for The New York Times to

21     switch away from Google's DFP to another

22     publisher ad server for display?

23             MS. MORGAN:  Objection, form.

24             MR. BLAISDELL:  Object to form.

25         A.   All ad server migration and changes

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      are difficult and challenging for publishers

3      for a number of reasons.  They are

4      operationally complex, require a substantial

5      amount of tech, technical resources, capital

6      infrastructure and oftentimes expenses to

7      make that switch.  So a migration would be a

8      challenge.

9          Q.   Do you have an understanding, based

10     on your years of experience in the industry,

11     whether AdX submits realtime bids to a

12     publisher if the publisher does not use DFP

13     as its publisher ad server for display?

14              MS. MORGAN:  Objection to form.

15              MR. BLAISDELL:  Object to form.

16         A.   It is my general understanding that

17     the AdX is available through Google Ad

18     Manager.

19         Q.   What do you mean by that?

20         A.   Without Google Ad Manager you would

21     not be able to access that demand.

22         Q.   Okay.  And do you know why a

23     publisher like The New York Times cannot

24     access the AdX demand if it doesn't use

25     Google Ad Manager as its publisher ad server?

Page 191

1        GLOGOVSKY - HIGHLY CONFIDENTIAL
2    Google AdX -- I'm sorry -- that The New York
3    Times gets from Google AdX for display?
4            MS. MORGAN:  Objection to form,
5        lacks foundation.
6        A.    The removal of Google AdX, its
7    impact on revenue for The New York Times' ads
8    business, would be reduced, at least in the
9    short term, until our existing or new
10   partners filled the gap and/or our direct
11   business making up for it, and creating new
12   opportunities with direct relationships with
13   advertisers.
14           MR. BLAISDELL:  Object to the form
15       of the last question.
16       Q.    I think you said you would not
17   recommend turning off AdX for display; is
18   that correct?
19       A.    That is correct.
20       Q.    Is it fair to say you would not
21   recommend switching away from Google Ad
22   Manager for The New York Times's display
23   publisher ad server?
24       A.    That is correct.
25       Q.    And is one of the reasons that you

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     would not recommend switching away from

3     Google Ad Manager as publisher ad server,

4     that New York Times could potentially lose

5     revenue from AdX?

6               MS. MORGAN:  Objection to form.

7          A.   It's one of a number of reasons why

8     I would make that recommendation.  Revenue

9     implications being one of them, also the

10    burden it would add to the organization

11    technically and on the personnel side as

12    well.

13         Q.   Let me ask you in a slightly

14    different way.

15              What are the main reasons why you

16    would not recommend that The New York Times

17    switch away from Google Ad Manager as

18    publisher ad server for display?

19              MS. MORGAN:  Objection to form.

20              MR. BLAISDELL:  Object to form.

21         A.   The main reasons that come to mind

22    for making a recommendation to not make that

23    change would be the operational effort and

24    burden that it would apply to the

25    organization and the stakeholders and

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      individuals that would be required to make a

3      change of that capacity; the potential

4      revenue implications of making a switch most

5      changes of ad technology have some impact to

6      revenue in some capacity, whether it be short

7      or long term; and then also making sure that

8      we have the appropriate technology that

9      allows for us to offer the formats and

10     targeting that is most desirable to the ad

11     marketplace today.

12          Q.   When you refer, when you referred a

13     second ago to potential revenue implications,

14     were you referring to a potential reduction

15     in AdX revenue?

16          MS. MORGAN:   Objection to form.

17          A.   The revenue, the switch for Google

18     Ad Manager would have implications beyond

19     just Google programmatic AdX.   It would also

20     impact our other direct revenue and

21     programmatic partners as well.

22          Q.   Is it fair to say that one of the

23     reasons you would not --

24          MR. VERNON:   Let me step back.

25          Q.   Would The New York Times prefer to

Page 196

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              lacks foundation.

3                  MR. BLAISDELL:  Object to form.

4          A.    Can you please repeat?

5          Q.    Sure.

6                  Would it be good or bad for The New

7      York Times, in your opinion, if the New York

8      Times were to switch away from Google Ad

9      Manager as its publisher ad server for

10     display and then lose revenue from AdX?

11                 MS. MORGAN:  Objection to form.

12                 MR. BLAISDELL:  Object to form.

13         A.    In my capacity as VP of revenue

14     operations, I would not make that

15     recommendation and it would be a bad

16     decision, as it would impact both operations

17     of the organization and our revenue, and

18     likely distract us from current priorities

19     that we are focused on.

20         Q.    Going back to the price, let me go

21     back to the price floor issue again.  Is that

22     okay?

23         A.    Yes.  I think I answered that,

24     right.

25         Q.    Is it bad for publishers to have

```
 1        GLOGOVSKY - HIGHLY CONFIDENTIAL
 2              MR. BLAISDELL:  Object to form.
 3        A.   Can you clarify, please?
 4        Q.   Sure.
 5              Can you identify a specific reason
 6    why it would be bad for publishers to have
 7    the option to set different price floors for
 8    different exchanges?
 9              MS. MORGAN:  Objection to form.
10        A.   Controls put in place by systems
11    may have the capability of preventing
12    unintended consequences and errors, and we,
13    the publishers, The New York Times, make
14    changes periodically within these systems and
15    having the control over those pricing changes
16    to an extent is what we want.  But not if
17    it's at the same time like undoing or having
18    adverse, unintending consequences.  That
19    would be one reason why limiting the control
20    of pricing would be potentially a benefit to
21    The New York Times.
22        Q.   Is it fair to say that other
23    publishers could take the perspective that
24    they would prefer in setting different price
25    floors for different exchanges?
```

1        GLOGOVSKY - HIGHLY CONFIDENTIAL
2              MR. BLAISDELL:  Object to form.
3              MS. MORGAN:  Form.
4        A.   I think it's fair to say, and I
5    would speculate that other publishers would
6    like that level of control.
7        Q.   Do you think it makes sense to give
8    publishers the option to set different price
9    floors for different exchanges for display?
10             MS. MORGAN:  Object to form.
11             MR. BLAISDELL:  Object to form.
12       A.   I believe it makes sense to provide
13   publishers the capability of adjusting
14   pricing floors within their systems, yes.
15       Q.   Why do you believe it makes sense
16   to give publishers the option to set
17   different price floors for different
18   exchanges for display?
19             MS. MORGAN:  Objection to form.
20       A.   One of the most obvious reasons for
21   us is price is one of the -- excuse me --
22   price is one of the most important
23   determinants of how much fill and the number
24   of advertisers coming into the supply.  A
25   higher price floor will reduce the number of

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2      advertisers or impressions being filled by

3      programmatic partners within a space.  We

4      have used this on occasion to protect for

5      high, better ad quality and this capability

6      allows us to do that.

7           Q.   If you were in charge of the

8      decision, what would you do, would you give

9      publishers the option to set different price

10     floors for different exchanges or not?

11               MR. BLAISDELL:  Object to form.

12               MS. MORGAN:  Objection to form.

13          A.   Can you clarify, me personally or

14     The New York Times?

15          Q.   You personally.

16          A.   In my personal capacity and not

17     speaking on behalf of The New York Times, I

18     do believe publishers should have at least a

19     level of price floor manipulation or options

20     for advertisers and -- and certain types of

21     deals, transaction types, platforms, there is

22     a number of pricing floor levers and

23     capabilities that I do believe personally

24     should be available to publishers, yes.  And

25     I would make that decision, making it

```
                                              Page 201
  1           GLOGOVSKY - HIGHLY CONFIDENTIAL
  2      available.
  3           Q.   Does that include different floors
  4      for different exchanges?
  5               MS. MORGAN:  Objection to form.
  6               MR. BLAISDELL:  Object to form.
  7               THE WITNESS:  Excuse me.  I need
  8           to, something is on my screen.  My
  9           computer's about to go off.
 10               MR. BLAISDELL:  Just potentially
 11           answer the question, just hit "postpone"
 12           I think.
 13               THE WITNESS:  Can you please repeat
 14           the question?
 15               MR. VERNON:  Sure.  I'm going to
 16           phrase it slightly differently.
 17           Q.   Do you personally believe if the
 18      decision were up to you would you give
 19      publishers the option to set different price
 20      floors for different exchanges for display or
 21      would you not give them an option?
 22               MS. MORGAN:  Objection to form.
 23               MR. BLAISDELL:  Object to form.
 24           A.   If it was up to me personally, in
 25      my own personal capacity, I would give
```

Page 202

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     publishers the capability of making price

3     floors for each of their programmatic

4     partners, or providers.

5          Q.   And you are aware that Google's UPR

6     prevents publishers who use Google Ad Manager

7     as their publisher ad server from setting

8     different floors for different exchanges; is

9     that fair?

10               MS. MORGAN:  Objection to form,

11          lacks foundation.

12          A.   I understand that there are

13     limitations to UPR.  I also know and

14     reference the floors that we do have the

15     access and capability of managing within each

16     of the programmatic providers as well, which

17     is another lever that we can utilize when

18     needed.

19          Q.   I think you're aware that Google's

20     UPR prevents publishers from setting

21     different floors for different exchanges; is

22     that fair?

23          A.   Yes.

24               MS. MORGAN:  Objection to form.

25               MR. BLAISDELL:  Object to form.

Page 203

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2           Q.   So you personally disagree with

3       that; is that right?

4                MS. MORGAN:  Objection to form.

5                MR. BLAISDELL:  Object to form.

6                MS. MORGAN:  Lacks foundation.

7           A.   In my personal capacity, I believe

8       publishers should have the capability of

9       creating floors for each of their SSP

10      providers.

11          Q.   Did you attend the meeting between

12      Google and publishers about UPR and its

13      impact on price floors?

14               MS. MORGAN:  Objection to form,

15           lacks foundation.

16               MR. BLAISDELL:  Object to form.  Go

17           ahead, you can answer.

18          A.   Can you clarify which meeting?

19          Q.   Have you attended any meetings

20      between Google and a group of publishers,

21      including yourself, about UPR's restriction

22      on price floors for different exchanges?

23          A.   Yes, I have attended UPR meetings

24      in the past.

25          Q.   And did you attend one where it was

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      a meeting between Google and multiple

3      publishers?

4           A.   Yes.

5           Q.   At that meeting do you remember any

6      publishers criticizing Google's UPR for

7      limiting publishers' ability to set different

8      price floors for different exchanges?

9           A.   Yes.

10          Q.   And what do you remember about that

11     criticism?

12          A.   Generally speaking, the criticism

13     was largely directed at Google for not

14     providing the necessary level of control in

15     which they believed that they should have

16     access to, and limiting not only to SSPs but

17     to potentially buyers as well when UPR was

18     initially rolling out.

19          Q.   When publishers criticized UPR, did

20     Google respond by restoring publishers'

21     ability to set different price floors for

22     different exchanges?

23               MS. MORGAN:  Objection to form.

24               MR. BLAISDELL:  Object to form.

25          A.   Google has responded in a number of

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     ways and included changes and features to

3     UPR.  I do not recall specifically off the

4     top of my head if they have made the changes

5     around the level of UPR adjustments for other

6     SSPs and partners.

7          Q.   Your understanding is that today

8     publishers cannot set different price floors

9     for different exchanges; is that fair?

10         A.   Yes.

11              MS. MORGAN:  Object to form.

12              MR. BLAISDELL:  Object to form.

13         Q.   Let me ask you about a different

14    topic which is header bidding.

15              Which header bidding wrappers does

16    New York Times use today?

17         A.   Today The New York Times uses

18    Prebid and TAM, Amazon TAM.

19         Q.   Overall is header bidding good or

20    bad for The New York Times?

21              MS. MORGAN:  Objection to form.

22              MR. BLAISDELL:  Object to form.

23         A.   Header bidding has been a positive

24    introduction to the programmatic revenue for

25    The New York Times.

1                GLOGOVSKY - HIGHLY CONFIDENTIAL

2            Q.   Does Prebid as a header bidding

3       wrapper create any latency or reader

4       experience issues?

5                    MR. BLAISDELL:  Object to form.

6                    MS. MORGAN:  Objection to form.

7            A.   Any introduction to the code for

8       the website has the capability of degrading

9       the performance of the site and potentially

10      slowing down the loading of the site, which

11      could potentially, adversely impact the

12      reader experience.  That is also inclusive of

13      Prebid.

14           Q.   And same question about TAM, does

15      TAM impact page load speeds or user

16      experience?

17                   MS. MORGAN:  Objection to form.

18                   MR. BLAISDELL:  Object to form.

19           A.   Any additional code on page would

20      have the capability and potential of

21      degrading the page load speed and ultimately

22      impacting ad reader experience -- I'm

23      sorry -- reader experience.

24           Q.   Did The New York Times use header

25      bidder wrappers even though they have the

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2    potential to reduce page load speeds and

3    impact reader experience?

4        A.   Page load speed is just one of the

5    considerations when we are making a decision

6    within our framework.  The incrementality of

7    revenue being another as well and also making

8    sure that The New York Times has broad-based

9    appeal to our advertisers in the marketplace,

10   and so we have made the determination it is

11   valuable to have header bidding as well.

12       Q.   Other than you, who are the main

13   people at The New York Times who work on

14   programmatic display ad tech for The New York

15   Times or who have worked on it over the past

16   three years?

17         MS. MORGAN:  Objection to form.

18       A.   There is a number of teams that

19   have worked on programmatic directly and

20   indirectly. ████████████████████████

██   ██████████████████████

██   ████████████████████████████

██   ████████████████████████

██   ██████████████████████

██   ████████████████████████████

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2     personal capacity, I cannot speak for them.
3          Q.   Just in your personal experience,
4     working at The New York Times, has anyone
5     else within The New York Times, again setting
6     aside communications with counsel, ever
7     criticized Google's conduct in display
8     advertising technology?
9               MS. MORGAN:  Objection to form.
10         A.   As New York Times official
11    representative, just clarifying?
12         Q.   Oh, no, I'm asking about you
13    personally.
14              In your personal work at The New
15    York Times, has anyone at The New York Times,
16    again setting aside communications with
17    counsel, criticized any of Google's conduct
18    for display advertising technology?
19              MS. MORGAN:  Objection to form.
20              MR. BLAISDELL:  Object to form.
21         A.   I cannot recall.
22         Q.   Approximately what --
23              MR. VERNON:  Let me start a
24         different question.
25         Q.   The New York Times has a team of

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2      salespeople that sells direct display ads; is

3      that right?

4              MS. MORGAN:  Objection to form.

5         A.   That's correct.

6         Q.   How large is the sales team that

7      The New York Times has that sells direct

8      display ads?

9         A.   The sales team, the representatives

10     that are primarily responsible with

11     communicating with agencies and advertisers

12     within the United States is ████████████████

       ██████████████████████████████████████████

       ██████████████████████████████████████████,

15     and that number does not include the support

16     teams to help bring those pitches and sales

17     opportunities to life.

18        Q.   When you were discussing your role,

19     your various roles at New York Times earlier

20     I think your first role that you mentioned

21     was director of yield; is that right?

22        A.   That's correct, director of yield.

23        Q.   And in your role as director of

24     yield for The New York Times, you only

25     focused on direct display; is that right?

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              A.   My first role as director of yield

3      was primarily focused on digital, display,

4      video and audio.

5              Q.   Was it both direct and programmatic

6      or primarily direct?

7              A.   The first role was primarily

8      direct.

9              Q.   Why did you focus in your first

10     role at The New York Times primarily on

11     direct, as opposed to both direct and

12     programmatic display?

13             A.   The role in which I was hired for

14     was spec'd out as director of yield focused

15     on display video and audio for direct

16     advertising, and did not include the

17     responsibilities of programmatic at the time.

18             Q.   Do you know why?

19                  MR. BLAISDELL:  Object to form.

20                  MS. MORGAN:  Objection to form.

21             A.   There was -- there was another team

22     responsible for programmatic that had a

23     leader and team fully filled.

24             Q.   Today does The New York Times have

25     some personnel who focus only on direct and

```
 1           GLOGOVSKY - HIGHLY CONFIDENTIAL
 2      some personnel focused only on programmatic,
 3      again for display?
 4           A.   Can you clarify, in a sales
 5      capacity or in another capacity?
 6           Q.   I guess I'm meaning to make it a
 7      little broader, not just sales, but any of
 8      the main capacities.
 9           A.   There is a small number of
10      individuals that are focused purely on
11      programmatic display, and the vast majority
12      of the personnel are focused on direct.
13           Q.   Why does The New York Times have
14      some personnel who focus only on direct and
15      some personnel focused only on programmatic?
16                MR. BLAISDELL:  Object to form.
17           A.   The personnel focused on
18      programmatic are operational individuals that
19      are responsible for communication with the
20      SSP providers and ensuring that we understand
21      what, the revenue that we're making and any
22      optimizations and also managing ad quality
23      control.
24           Q.   Why does The New York Times have
25      some personnel only focused on direct for
```

Page 215

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2     display?
3          A.   The primary focus of the ads
4     business is a direct relationship with
5     advertisers and agencies to maintain our
6     direct business and that is why they are
7     focused largely on direct.
8          Q.   Earlier when counsel for Google was
9     asking you questions, she showed you a
10    document with different line items for
11    different types of ads.  Do you remember
12    that?
13         A.   I do.
14         Q.   And there is one line item that
15    included both direct display and programmatic
16    guaranteed.  Do you remember that?
17         A.   I do.
18         Q.   Why, at least for some purpose,
19    does The New York Times include direct
20    display and programmatic display in the same
21    line item?
22         A.   The document on the previous, or
23    the previous document we include direct sold
24    banners and PG in one line item as they are
25    both guaranteed and are assigned through

1            GLOGOVSKY - HIGHLY CONFIDENTIAL
2       contracts and have insertion orders typically
3       accompanying them, and they fit, they fit
4       into that one group of both direct and PG.
5            Q.    For display do you view
6       programmatic guaranteed as more similar to
7       direct or more similar to open auction?
8                 MS. MORGAN:  Object to the form.
9                 MR. BLAISDELL:  Object to form.
10           A.    More similar to direct display.
11           Q.    Why do you view programmatic
12      guaranteed display as more similar to direct
13      display than to open auction display?
14           A.    Traditionally, direct display,
15      direct video and audio have insertion orders
16      and a relationship with an agency and/or
17      advertiser that insertion order has a
18      guarantee that they will transact and attempt
19      to deliver the amount of impressions, the
20      products that they purchased and the revenue
21      associated with that insertion order.  Those
22      qualities are also present in programmatic
23      guaranteed and that is why they are more
24      similar than and -- I'm sorry -- dissimilar
25      to the open auction which do not have a

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      impression guarantee and oftentimes or most

3      of the time do not have a relationship

4      directly with the agency or advertiser and

5      there is no revenue guarantee.

6          Q.   What differences, if any, are there

7      between PMP display and open auction display?

8          A.   The primary differences between

9      open auction and PMP display, open auction we

10     are opening our supply to a number of SSP

11     providers to fill based on the rules that we

12     have implemented both in Google Ad Manager

13     and within those SSP providers.  PMP through,

14     those same SSP providers, we are working with

15     advertisers and/or agencies to create a

16     direct connection, nonguaranteed deal with no

17     revenue or impression guarantees through that

18     SSP to deliver directly on The New York

19     Times.

20          Q.   Can you give me your best estimate

21     of the relative size for The New York Times

22     of open auction display compared to PMP

23     display?

24          MR. BLAISDELL:  Object to form.

25          A.   I believe I answered part of this,

```
                                        Page 221

 1            GLOGOVSKY - HIGHLY CONFIDENTIAL
 2       comes from open auction; is that right?
 3               MS. MORGAN:  Objection to form,
 4           lacks foundation.
 5           A.   Can you repeat the question?
 6       Sorry.
 7           Q.   Earlier you said that of the
 8       combined revenue from PMP and open auction
 9       display, PMP accounts for ███████████████  of
10       that; is that correct?
11           A.   That is correct.
12           Q.   Why has -- and so open auction
13       would then account for ██████████████; is
14       that right?
15           A.   That is correct.  That was my best
16       guess.
17           Q.   Why has The New York Times not been
18       able to grow the percentage of its
19       programmatic display revenue that comes from
20       PMP more?
21               MS. MORGAN:  Objection to form.
22               MR. BLAISDELL:  Object to form.
23           A.   There are many factors into why our
24       PMP has not grown as, or share has not grown
25       to the level that we would like it to be.
```

Page 222

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2       One, our supply can change and ultimately

3       grow open auction at a faster rate.  PMPs

4       also require the seller -- I'm sorry -- the

5       agency or advertiser to want to set up a PMP.

6       There is a different sales cycle that goes

7       into that that is ultimately can slow things

8       down and advertisers have preferences in

9       whether transacting through open auction,

10      direct or PMP, across PMP channels, and it

11      makes it hard to grow it as easily as, you

12      know, supply growth.

13           Q.   Do you know if the percentage of

14      The New York Times programmatic revenue that

15      comes from PMP for display has grown over the

16      past three years or decreased or stayed the

17      same?

18              MS. MORGAN:  Objection to form.

19           A.   We have seen changes in PMP revenue

20      which are both self-inflicted decisions and

21      also market related.  Over the past few years

22      there has been market-related impacts to

23      programmatic and advertising generally.  Most

24      notably around the COVID-19 Pandemic which

25      started in March 2020, which saw a decline in

Page 223

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      advertising generally, which was not, and
3      PMPs were not immune to.  There are also
4      avoidance around large negative news events
5      such as 2022's Russia/Ukraine war where
6      advertisers did not want to surround that
7      type of content.  And then we have made
8      self-inflicted decisions to remove open
9      auction from app for a period of time, which
10     would have suppressed PMP revenue.
11         Q.   It's okay if you don't know, but do
12     you know whether the percentage of The New
13     York Times' programmatic display revenue that
14     comes from PMP has increased, decreased or
15     stayed the same over the past three years?
16         A.   I don't know.
17         Q.   That's fine.
18              One of the things you mentioned,
19     let me ask you about open auction and app at
20     The New York Times; is that okay?
21         A.   Yes.
22         Q.   So at one point The New York Times
23     stopped using open auction for app; is that
24     right?
25         A.   Yes.

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2         Q.    From January of 2020 The New York

3    Times did not shut off open auction for web;

4    is that correct?

5              MR. BLAISDELL:  Object to form.

6         A.    That is correct.  This decision was

7    isolated to apps.

8         Q.    Why in January of 2020 did New York

9    Times turn off open auction, open auction for

10   app, but not web display?

11             MS. MORGAN:  Objection to form.

12        A.    We isolated that decision to app as

13   we are prioritizing that reader experience

14   which has predominantly made up of

15   subscribers -- is predominantly made up of

16   subscribers.

17        Q.    What was different about web for

18   purposes of this decision?

19        A.    Web has a broad base number of --

20   broad-based number of, broad-based number of

21   readers and types of readers, both

22   subscribers, registered readers and then also

23   anonymous or nonauthenticated readers coming

24   to The New York Times.

25        Q.    And then I think you said recently

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2     The New York Times has turned on open auction
 3     for app; is that correct?
 4          A.    That is correct.
 5          Q.    When was that approximately?
 6          A.    We have been experimenting with and
 7     considering turning it back on for roughly
 8     six months in Q4 and Q1, so between
 9     October 2022 and roughly March of 2023, we
10     were experimenting.
11          Q.    Why did The New York Times turn
12     open auction back on for app?
13          A.    The addition was made after
14     balancing a number of different
15     considerations.  One, we felt like we had the
16     appropriate understanding and levers to
17     better control ad quality, so when ads were
18     resumed on app they weren't going to have the
19     same potential impact as what they would have
20     potentially had in 2020 or at the beginning
21     of 2020.
22               We all of a sudden understood that
23     or we believed that the ad experience or
24     reader experience would not be deteriorated
25     too greatly or enough to impact the
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      engagement metrics that we monitor and that

3      the revenue gained by this decision would be

4      advantageous to the business.

5          Q.   Do you have an understanding of

6      whether turning open auction back on for app

7      did increase, did lead to an increase in

8      revenue for The New York Times?

9          A.   Yes.

10         Q.   And what is that understanding?

11         A.   My understanding is that once the

12     app was, open auction was reactivated within

13     app there were revenue gains from that

14     activation.

15         Q.   In your role at New York Times

16     would you ever recommend that The New York

17     Times turn off open auction for web display?

18             MR. BLAISDELL:  Object to form.

19             MS. MORGAN:  Objection to form.

20         A.   In my role at The New York Times,

21     it is strictly, strictly based and focused on

22     advertising and for the betterment of

23     advertising and advertising revenue.  I would

24     not be able to make that recommendation with

25     those responsibilities of my role.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               Q.   Why would you not recommend that

3      The New York Times turn off open auction for

4      web display advertising?

5               MS. MORGAN:  Objection to form.

6               A.   As my obligation to my role, it is

7      my responsibility to drive revenue as

8      effectively and efficiently as possible.

9      Turning off open auction on web environments

10     would have a programmatic material impact to

11     the programmatic number.

12              Q.   Why do you think that turning off

13     open auction would impact turning off --

14              MR. VERNON:  Can I start over?

15              THE WITNESS:  Yes.

16              Q.   Why do you think that turning off

17     open auction for web display would have an

18     impact on The New York Times' revenue when

19     advertisers would have the option of using

20     direct display instead?

21              MR. BLAISDELL:  Object to form.

22              MS. MORGAN:  Objection to form.

23              A.   There are many advertisers that

24     have the preference of buying

25     programmatically versus directly with an

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      advertiser or with a publisher, and turning

3      off open auction would eliminate those

4      advertisers from accessing our supply and

5      serving ads and thus making revenue from

6      those advertisers.

7          Q.   Why do you say that there are many

8      advertisers who have the preference of buying

9      display ads programmatically as opposed to

10     directly?

11         A.   We know in our relationships with

12     agencies that there are advertisers and many

13     advertisers that do buy directly have

14     preference for programmatic for select

15     campaigns, whether that campaign is focused

16     on a unique KPI or it is simply easier to do

17     and -- yeah.

18         Q.   Can you give an example of why in

19     your experience you believe an advertiser

20     would prefer to buy display ads

21     programmatically as opposed to directly?

22         A.   In my experience, I have seen many

23     advertisers prefer open auction buying

24     through their DSP into a publishers' SSPs for

25     revenue -- I'm sorry -- for CPM efficiencies

Page 230

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      and reporting gains.
3          Q.   When you refer to CPM efficiencies,
4      what do you mean?
5          A.   Typically CPMs through open auction
6      are cheaper than going directly to a
7      publisher.
8          Q.   Can you give a ballpark, your
9      ballpark estimate, at least for The New York
10     Times, for what a standard CPM would be for
11     an open auction and what a standard CPM would
12     be for direct display?
13             MR. BLAISDELL:  Object to form.
14         A.   The prices range largely on the
15     seasonality and the environment of the
16     macroeconomic situation at the time.  We have
17     seen open auction rates, and they also depend
18     on the surface such as web, desktop web and
19     on apps.  We have seen those range wildly,
20     based on those different times of the year,
21     and then also on the platform or surface that
22     they're running on.
23         Q.   Can you give your best estimate as
24     to the range of CPMs that New York Times sees
25     for open auction display?

Page 231

```
 1        GLOGOVSKY - HIGHLY CONFIDENTIAL
 2              MR. BLAISDELL:  Object to form.
 3        A.    The best guess for open auction
 4   CPMs, aggregated for a year to account for
 5   seasonality, I would put in the range between
 6   ██████████████
 7        Q.    And what's your best estimate for
 8   The New York Times for the range of CPMs that
 9   New York Times would see for direct display?
10              MS. MORGAN:  Object to form.
11              MR. BLAISDELL:  Object to form.
12        A.    Direct CPMs vary wildly for the
13   same considerations, seasonality, economic
14   situations, and also advertisers have
15   different, buy, purchase different products
16   which can dramatically change their CPM for
17   their media plan.  The range or best guess of
18   a range that I can provide ranges from ███████
██   ███████  for their overall media plan eCPM, best
20   guess.
21        Q.    When we were talking about
22   advertisers who, as you see it prefer open
23   auction over direct display, one of the
24   things you mentioned was, I think, reporting
25   efficiencies.  If I remember that correctly,
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2        can you explain what you meant?

3                MR. BLAISDELL:  Object to form.

4            A.    Yes.  Revenue -- I'm sorry,

5        reporting, when an advertiser and/or agency

6        is working with a number of publishers,

7        including The New York Times, and in this

8        example, they are required to get reporting

9        from each of the publishers to understand the

10       performance of their campaign.  Programmatic

11       allows them the capability of pulling

12       reporting from one, one source, their DSP in

13       which they're using.  That efficiency can

14       help the advertisers and/or agencies to have

15       a better understanding of where their, how

16       their ads are performing.

17           Q.   Can you give me your best estimate

18       for the breakdown of what percentage The New

19       York Times' revenue comes from on the one

20       hand direct display and on the other hand the

21       combination of open auction and PMP?

22               MS. MORGAN:  Objection to form.

23               MR. BLAISDELL:  Object to form.

24           A.   Can you please clarify or repeat

25       the question?

Page 233

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2              Q.    Sure.
3                    Can you give me your best estimate
4          for, as of today, the percentage of The New
5          York Times' display revenue comes from on the
6          one hand from direct display and on the other
7          hand any other channel, whether it be open
8          auction displays, programmatic guaranteed PMP
9          or anything else?
10                   MS. MORGAN:   Objection to form.
11                   MR. BLAISDELL:   Object to form.
12             A.    Speaking specifically for digital
13         display in advertising, programmatic open
14         auction and PMP would contribute, depending
15         on the time of year and the seasonality,
16         would contribute anywhere between ████
    ████████ .
18             Q.    And what percentage of The New York
19         Times is digital display advertising revenue
20         today would come from direct display?
21                   MR. BLAISDELL:   Object to form.
22             A.    Can you repeat the question?
23             Q.    Sure.
24                   What percentage of The New York
25         Times display revenue today, approximately,

Page 234

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      comes from direct display?

3                  MR. BLAISDELL:  Object to form.

4          A.    From direct display, my best guess

5      approximation would be between ████████

       ███████████ .

7          Q.    In that percentage, are you

8      including programmatic guaranteed?

9          A.    Yes.

10         Q.    One of the things that I think you

11     mentioned was The New York Times prioritizes

12     direct; is that fair?

13         A.    Yes.

14         Q.    Why does New York Times not just

15     turn off open auction completely and only do

16     direct for display?

17                 MS. MORGAN:  Objection to form.

18                 MR. BLAISDELL:  Object to form.

19         A.    We balance that.  There is a number

20     of reasons why we would not make that

21     decision or have not made that decision.

22     Again, there are a large number of

23     advertisers and agencies and campaigns of

24     specific advertisers that have, that prefer

25     programmatic.  Shutting off programmatic

Page 235

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      would remove that capability and that revenue

3      that we would earn.

4          Q.    If I remember correctly, when you

5      turned off open auction for app that was

6      around the beginning of 2020; is that right.

7          A.    From what I recall, yes.

8          Q.    At that time were there any

9      material changes to the take rates for open

10     auction for app?

11              MR. BLAISDELL:  Object to form.

12              MS. MORGAN:  Objection to form.

13         A.    No, not that I recall.

14         Q.    When The New York Times turned open

15     auction back on for app, were there any

16     material changes in the take rates for open

17     auction for app?

18              MR. BLAISDELL:  Object to form.

19         A.    No.

20         Q.    Was The New York Times' decision to

21     turn off open auction for app, did it have

22     any connection to take rates?

23              MR. BLAISDELL:  Object to form.

24         A.    No.

25         Q.    Did New York Times' decision to

```
 1          GLOGOVSKY - HIGHLY CONFIDENTIAL
 2      turn on open auction for app have any
 3      connection to take rates?
 4              MR. BLAISDELL:  Object to form.
 5          A.   No.
 6          Q.   Approximately how many advertisers
 7      buy direct display ads from The New York
 8      Times, just ballpark?
 9              MR. BLAISDELL:  Object to form.
10          A.   Ballpark, between ████████████
██      ██████, would be my best guess for direct
12      advertisers.
13          Q.   Ballpark, how many advertisers buy
14      open auction display ads from The New York
15      Times?
16              MR. BLAISDELL:  Object to form.
17          A.   I don't know.
18          Q.   Would it be more than ███████████
██      ██████?
20              MR. BLAISDELL:  Object to form.
21          A.   Yes.
22          Q.   Substantially more?
23              MS. MORGAN:  Object to form.
24              MR. BLAISDELL:  Objection.
25          A.   Yes.
```

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   In practical terms, would it be

3     feasible or not feasible for The New York

4     Times to sell direct display ads to all of

5     the advertisers that buy open auction display

6     ads from The New York Times?

7               MR. BLAISDELL:  Object to form.

8          A.   Currently?  Currently, it would no

9     not be feasible to sell to that number of

10    advertisers directly.

11         Q.   Why is that?

12         A.   That number of advertisers would

13    require a larger sales team and support

14    operations, likely technical infrastructure,

15    and the awareness of its availability to a

16    lot of those advertisers, or the lack of

17    awareness to those advertisers.

18         Q.   And I think as we discussed before,

19    CPMs are higher for direct display than open

20    auctions are; is that right?

21               MS. MORGAN:  Objection to form,

22          leading.

23               MR. BLAISDELL:  Object to form.

24         Q.   Given that CPMs are higher for

25    direct display, is The New York Times already

Page 238

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      doing as much as it can to sell as many of
3      its ads through direct display as possible as
4      opposed to open auction?
5              MS. MORGAN:  Objection to form.
6              MR. BLAISDELL:  Object to form.
7          A.   I don't know if it's as much as we
8      can.
9          Q.   Is it fair to say that since CPMs
10     are higher for direct display, The New York
11     Times is trying pretty hard to sell as many
12     of its ads directly as possible for display
13     as opposed to through open auction display?
14             MR. BLAISDELL:  Object to form.
15             MS. MORGAN:  Objection to form.
16         A.   I think that's fair to say that we
17     are trying very hard to sell as much as we
18     can directly.
19             MR. BLAISDELL:  Mr. Vernon, we've
20         been going a bit longer than an hour
21         without a break.  Whenever you reach a
22         natural stopping point, I would like to
23         have a break here.
24             MR. VERNON:  Yes.  There is a few
25         more questions in this vain, and then if

Page 239

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2            for some reason we're not done soon,

3            then we will take break.

4        Q.   I think you said before Google's

5    decision -- oh, sorry -- New York Times'

6    decision to turn on and then -- turn off and

7    then turn on open auction for app wasn't

8    based on take rates; is that right?

9        A.   That is correct.

10       Q.   If open auction take rates were to

11   increase by ten percent, █████████████████

█        ████████████, is it fair to say The New York

13   Times would not shift a significant number of

14   transactions from open auction to direct?

15           MS. MORGAN:  Objection to form.

16           MR. BLAISDELL:  Object to form.

17       A.   In that hypothetical scenario

18   you've laid out, we would continue to pursue

19   our strategy of shifting as much revenue

20   towards direct as possible, regardless of the

21   take rate increase.  In that hypothetical, if

22   the take rate did increase we would continue

23   operating programmatic, programmatically and

24   negotiate with our SSP providers.

25       Q.   What do you mean by negotiate with

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2     SSP providers?

3         A.    Each of our SSPs have a contract

4     with us in which we negotiate business terms.

5         Q.    Would a ten percent increase in

6     open auction take rates change how hard The

7     New York Times is looking to sell ads

8     directly as opposed to through an open

9     auction display?

10             MR. BLAISDELL:  Object to form.

11             MR. VERNON:  Objection to form.

12        A.    In this hypothetical scenario, I do

13     not believe it would change the effort in our

14     direct sales.  We would continue with the

15     current gusto we have to sell directly.

16        Q.    Is it fair to say that the

17     allocation that The New York Times places

18     between direct display and open auction

19     display isn't really based on take rates; is

20     that fair?

21             MS. MORGAN:  Objection to form.

22        A.    We don't specify the allocation

23     between direct and open, and the take rates

24     do not impact that.

25        Q.    Right before you said The New York

```
 1        GLOGOVSKY - HIGHLY CONFIDENTIAL
 2      Times just has a preference for direct; is
 3      that right?
 4            MS. MORGAN:  Objection, form.
 5        A.   Yes, that's correct.
 6        Q.   What connection, if any, is there
 7      between New York Times preference for direct
 8      and open auction take rates?
 9            MS. MORGAN:  Objection to form.
10        A.   There is no connection.
11        Q.   If open auction take rates were to
12      increase by ten percent, how likely is it
13      that that would change, The New York Times
14      would shift a significant number of display
15      impressions from open auctions to direct?
16            MR. BLAISDELL:  Object to form.
17        A.   It's a difficult question to
18      answer.  We -- it's not easily done to shift
19      advertisers from open auction to direct,
20      because advertisers in select campaigns have
21      a preference for programmatic and we would
22      have a difficult time convincing them to go
23      from open auction to direct, and it would
24      also be a challenge to connect with all of
25      the advertisers that are currently buying
```

Page 242

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2      through open auction.

3                  MR. VERNON:  Okay.  We're happy to

4          take a break.  We can go off the record.

5                  THE VIDEOGRAPHER:  Standby, please.

6          The time is 3:41 p.m.  We are going off

7          the record.  This will end media unit

8          number 4.

9              (A brief recess was taken.)

10                 THE VIDEOGRAPHER:  The time is

11         3:54 p.m.  We are back on the record,

12         and this will be the start of media unit

13         number 5.

14             Counsel.

15     Q.   Okay.  What is the phrase --

16     welcome back, Mr. Glogovsky.

17     A.   Thank you.

18     Q.   Let's get back into it.

19             What does the phrase "open web"

20     mean?

21     A.   From my interpretation, that is the

22     open web in which users of the web can access

23     or read content across the web and the many

24     websites available to it.

25     Q.   Does phrase "open web" include app?

Page 243

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2            A.    No.

3            Q.    In your understanding -- I will

4       move on.

5                  At the beginning of the day,

6       counsel asked you about who The New York

7       Times competes with, when The New York Times

8       sells to advertisers.  Do you remember that?

9            A.    Yes.

10           Q.    Who do you view as the New York

11      Times' main competitors when The New York

12      Times sells programmatic display ads?

13                 MR. VERNON:   Sorry.  Can I

14           rephrase?

15                 THE WITNESS:   Yes.

16           Q.    Who do you view as The New York

17      Times' main competitors when The New York

18      Times is selling display ads to advertisers?

19           A.    It's a complex question and has a

20      lot of variables.  We see a number of

21      different competitors when selling digital

22      display ads.  There are obviously other

23      premium publishers out there directly selling

24      to agencies and advertisers that we are

25      competing, competing against and oftentimes

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2     to answer.  We are oftentimes on an RFP with

3     premium publishers, and they would be a

4     direct competitor for that specific RFP.

5     There are other instances where advertisers

6     and agencies have separate budgets that are

7     carved out for different digital advertising

8     platforms and formats that The New York Times

9     does not play in, but that budget is carved

10    out and removed from the premium publisher,

11    you know, carveout of that budget.

12         Q.   One of the things that I think you

13    said was there are times when there is a

14    budget -- I might get this wrong -- that The

15    New York Times is removed from --

16              MR. VERNON:  Hold on.  Let me look

17         at my text thingy, hold on.

18         Q.   Okay.  I think you said there are

19    some instances in which The New York Times is

20    carved out of a budget -- and I apologize, if

21    I'm not getting that 100 percent right -- can

22    you just explain what you meant by that?

23         A.   Sure.  It's our understanding

24    through our relationships with advertisers

25    and agencies that most advertisers and

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2    agencies will have a multifaceted advertising

3    campaign for a specific campaign.  And that

4    would be across a number of publishers, that

5    can be both a direct budget where they are

6    going directly to publishers.  There is

7    oftentimes a programmatic component and there

8    is also oftentimes a video or a social

9    component as well and each of these

10    initiatives oftentimes have different budgets

11    in which we can and cannot compete with

12    actively.  There is also instances where

13    there are advertisers that have a initial

14    desire to go direct, and resort to

15    programmatic.

16        Q.   Between the two of other premium

17    publishers and social platforms, which of

18    those two do you view as New York Times' main

19    competitor when New York Times is selling

20    display ads to advertisers?

21            MS. MORGAN:  Objection to form.

22            MR. BLAISDELL:  Objection to form.

23        A.   When it comes to advertisers that

24    are specifically seeking out relationships

25    with publishers, we would be competing

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2    directly with other premium publishers.

3        Q.   I think, tell me if I'm hearing you

4    right, I think what you're saying is, The New

5    York Times' main competitor when The New York

6    Times is selling display ads is other premium

7    publishers; is that correct?

8            MS. MORGAN:  Objection to form,

9        misstates the testimony.

10       A.   When an advertiser is, has the

11   desire, a campaign that has a desire to run

12   on premium publishers, we would be competing

13   with other premium publishers from that

14   circumstance, yes.

15       Q.   Do you have an understanding of why

16   there are some advertisers that have a

17   separate budget for social for which The New

18   York Times is not included?

19           MS. MORGAN:  Objection to form.

20           MR. BLAISDELL:  Object to form.

21       A.   My limited understanding is

22   oftentimes social is considered a different

23   medium for advertising and they carve out

24   those budgets or allocate their overall

25   budget spend to social on a separate line

Page 248

GLOGOVSKY - HIGHLY CONFIDENTIAL

1

2      item, so they can track that appropriately.

3          Q.   Why did you say that oftentimes

4      social is considered a different medium for

5      advertising?

6          A.   That is our limited understanding

7      through the relationships that we have built

8      up through agencies and advertisers.  There

9      are examples where there are separate social

10     teams within, within marketers and agencies

11     managing those budgets.

12             MR. VERNON:   I will move to a

13         different topic.

14         Q.   Why does The New York Times sell

15     both display ads and other types of ads, like

16     app or like audio?

17             MR. BLAISDELL:  Object to form.

18             MS. MORGAN:   Object to form.

19         A.   We consider display ads as display

20     ads that are eligible to run on web

21     environments and app.  We wouldn't consider

22     app being a separate product, and we do sell

23     more than just display ads.  We sell audio as

24     audio as an endeavor that we are investing in

25     to grow our reach and broadening the

```
1              GLOGOVSKY - HIGHLY CONFIDENTIAL
2       population that is aware of The New York
3       Times, and likely and eventually to subscribe
4       to The New York Times.
5              Q.   Let me rephrase my question a
6       little bit.
7                   Why did The New York Times sell
8       both web display ads and app ads and other
9       types of ads like audio?
10                  MS. MORGAN:  Objection to form.
11                  MR. BLAISDELL:  Object to form.
12             A.   Can you clarify your question?
13             Q.   Sure.
14                  So what I'm trying to get at is,
15      why not just go all in on one type of ad?
16      Does that make sense?
17             A.   Yes.
18             Q.   Let me try reasking it, just so
19      it's clear.
20                  Why doesn't The New York Times sell
21      both web display ads and other types of ads
22      like app ads or audio ads?
23                  MR. BLAISDELL:  Object to form.
24             A.   We do not consider apps as being a
25      separate ad product.  It is one ad product
```

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2    under digital display running across web and

3    apps.  Selling ads and audio would be a

4    separate ad and we are -- we are selling

5    those ads because the audience and the size

6    of the opportunity is worthwhile to put ads

7    into the experience and grow our ad business.

8         Q.   I heard one of the things that you

9    said was you think web apps and app -- I'm

10   sorry -- you think web display ads and app

11   ads are in the same category; is that right?

12        A.   Yes.

13        Q.   Setting aside whether they're in

14   the same category, why does The New York

15   Times sell both web display ads and app ads?

16             MR. BLAISDELL:  Object to form.

17        A.   When we are in market and selling

18   to direct advertisers and agencies, we are

19   selling one product that goes across platform

20   across web and apps and do not make the

21   specification of apps or web, unless the

22   advertiser specifically asks for the app or

23   web.  So we do not call them out

24   individually.

25        Q.   Why would The New York Times not

Page 251

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2     sell only ads on its website and just turn

3     off app ads completely?

4             MS. MORGAN:  Objection to form.

5        A.   We wouldn't turn off apps, app ads

6     or ads in app completely is and only sell in

7     web because app makes up a large share of our

8     page views and subscribers and that would be

9     materially and adversely impact the

10    advertising revenue number by only

11    concentrating our ads to one environment type

12    such as web.

13       Q.   And similar question, why would The

14    New York Times not sell only app ads and just

15    turn off web display ads completely?

16            MS. MORGAN:  Objection to form.

17       A.   Similarly, we have a strong

18    presence on desktop and mobile web where many

19    readers, both subscribers, registered users

20    and people that have yet to subscribe or

21    register coming to web, and turning off ads

22    in web environments would adversely impact

23    the ad revenue number.

24       Q.   Is it fair to say that The New York

25    Times tries to get as many readers as

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2    possible both on its app and on the web?

3        A.   I think it's fair to say that The

4    New York Times is getting, its goal is to get

5    as many readers as possible, and encouraging

6    them to read The Times in where they find it

7    most comfortable.

8        Q.   How easy or difficult would it be

9    for The New York Times to shift a significant

10   number of readers from web to app?

11         MR. BLAISDELL:  Object to form.

12         MS. MORGAN:  Objection to form.

13     A.   Can you clarify the question?

14     Q.   Sure.  Let me think about this.

15         Some readers read The New York

16   Times on the web; is that right?

17     A.   Yes.

18     Q.   And some readers read The New York

19   Times in The New York Times' app; is that

20   fair?

21     A.   Yes.

22     Q.   Does The New York Times try to

23   shift readers from either the web to app or

24   in the other direction?

25         MR. BLAISDELL:  Object to form.

Page 253

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MS. MORGAN:  Objection to form.

3          A.    The New York Times' goal is to

4     making sure all of our subscribers and

5     readers are aware of the many surfaces that

6     we make available to them to read.  So there

7     are efforts to make that known to them in a

8     more prominent way, but ultimately looking

9     for the readers to be reading where they're

10    most comfortable and engaged.

11         Q.    I guess ultimately The New York

12    Times is sort of agnostic whether a reader

13    reads New York Times in app or web; is that

14    fair?

15                   MR. BLAISDELL:  Object to form.

16                   MS. MORGAN:  Object to form.

17         A.    We are agnostic as it relates to we

18    are encouraging them to be engaged and repeat

19    readers and ultimately subscribing to The New

20    York Times.

21         Q.    How easy or difficult would it be

22    for The New York Times to shift a significant

23    amount of readers from the web to app?

24                   MR. BLAISDELL:  Object to form.

25                   MS. MORGAN:  Objection to form.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              A.    There are preferences by many

3      readers not to shift and it would be a

4      difficult, difficult prospect to shift a

5      large majority of readers or completely to

6      app, because there are habits of many

7      readers, both subscribers and registered

8      users, and I'm assuming also nonsubs that

9      would be prefer to read in a web environment.

10             Q.    How easy or difficult would it be

11     for The New York Times to shift a significant

12     number of advertising impressions from web to

13     app?

14                  MS. MORGAN:  Objection to form.

15                  MR. BLAISDELL:  Object to form.

16             A.    We as an advertising department for

17     direct sold advertising, continue to sell

18     cross-platform and allow our ads to deliver

19     across both web, mobile web and desktop web,

20     and our apps equally as where there is

21     supply.  So that natural shift would happen

22     as our readers shift.

23             Q.    So for the purposes of my question,

24     let me ask you to set aside the sort of the

25     natural shift that readers initiate.  Is that

```
 1              GLOGOVSKY - HIGHLY CONFIDENTIAL
 2         fair?
 3              A.   Yes.
 4              Q.   How easy or difficult would it be
 5         for The New York Times to shift a significant
 6         number of readers from web to app?
 7                   MR. VERNON:  I'm sorry, can I start
 8              over?
 9                   THE WITNESS:  Yes.
10              Q.   How easy or difficult would it be
11         for The New York Times to shift a number, a
12         significant number of advertising impressions
13         from web to app?
14                   MS. MORGAN:  Objection to form.
15                   MR. BLAISDELL:  Object to form.
16              A.   In a hypothetical scenario, we
17         would be able to make the decision to shut
18         off the capability of serving ads on
19         web-based environment and shift them
20         completely to app, but that would be not
21         within the strategy of our ads business.
22              Q.   Why is that?
23              A.   It is our goal to monetize all of
24         our available surfaces effectively and
25         efficiently as possible.
```

Page 256

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   Would you recommend that The New

3      York Times shift a significant number of

4      advertising impressions from web to app?

5                  MR. BLAISDELL:  Object to form.

6                  MS. MORGAN:  Objection to form.

7          A.   The responsibilities of my role,

8      focusing on revenue and the shepherding of ad

9      revenue growing as well, no, I would not make

10     that recommendation.

11         Q.   Why would you not recommend that

12     The New York Times shift a significant number

13     of advertising impressions from web to app?

14         A.   One of the many reasons why I do

15     not believe that would be the ideal solution

16     is that there are measurement limitations

17     for app, for our advertisers and one of the

18     other reasons is that ███████████████████████

██     ████████████████████████████████████████

██     ████████████████ .

21         Q.   Would you recommend that The New

22     York Times shift a significant number of

23     significant advertising impressions from web

24     to pre-roll video?

25                 MS. MORGAN:  Objection to form.

Page 257

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2             MR. BLAISDELL:  Object to form.

3             MS. MORGAN:  Lacks foundation.

4        A.    In my role to secure revenue I

5    would not make that recommendation at The New

6    York Times.

7        Q.    Why would you not recommend that

8    The New York Times shift a significant number

9    of advertising impressions from web to

10   pre-roll video?

11       A.    █████████████████████████████

     █████████████████████████████████████

     █████████████████████████████████████

     ████████████████████████████████████████

     ████████████

16       Q.    Let me ask you a question about a

17   different types of video.

18            I think you said earlier that there

19   is a, when we were looking at a document,

20   there is a type of video that The New York

21   Times includes in the display category.  Did

22   I get that correct?

23       A.    ██████████████████████████████

     ████████████████████████████████████████

25       Q.    What is the difference between the

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      type of video that The New York Times
3      includes in its display category and the --
4      at the video ads, The New York Times does not
5      include in its display category?
6          A.   ████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████
11         Q.   I see.   ███████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████?
15              MR. BLAISDELL:  Object to form.
16         A.   That is correct.
17         Q.   Let me see if I can get this right.
18              Is the open auction in PMP video
19     revenue that's included in the display
20     category, videos that play on the text-based
21     page of The New York Times' website?
22         A.   The video revenue within that line
23     item would be the video revenue that runs
24     within video player and would be classified
25     as either pre-roll or mid-roll or post-roll

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2    ████████████████████████████████

3         Q.   I see.  Do other publishers

4    group -- is this type of video sometimes

5    referred to as in-stream video?

6         A.   Yes.

7         Q.   Is in-stream video sometimes

8    treated as separate from display?

9              MS. MORGAN:  Objection to form.

10             MR. BLAISDELL:  Object to form.

11        A.   ██████████████████████████

     ██████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████████

15        Q.   Do you have an understanding of

16   whether the industry other than The New York

17   Times treats in-stream video as part of

18   display or as something separate?

19             MR. BLAISDELL:  Object to form.

20        A.   My understanding generally would

21   be, it is treated differently within their

22   documents, is my suspicion.

23        Q.   Okay.  ██████████████████████

     ██████████████████████████████████████

     ████████████████████████████████

```
                                      Page 261

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2              A.    ████████████████████████

3              Q.    Okay.  ████████████████████████

  ██  ██████████████████████████████████████████

  ██  ████████████████████████████████████████

  ██  ██████████████████████████████████████████

  ██  █████████████

8                    MR. BLAISDELL:  Object to form.

9              A.    That's correct.

10                   MR. VERNON:   My apologies for that.

11             Q.    Would you recommend that The New

12        York Times switch a significant number of

13        advertising impressions from display to

14        audio?

15                   MR. BLAISDELL:  Object to form.

16                   MS. MORGAN:  Objection to form.

17             A.    I believe that there is a growing

18        opportunity in audio and would like to see

19        more advertisers buying within audio and

20        populating our ad spots within our available

21        podcasts.  I would encourage our team to sell

22        more audio and potentially use the

23        opportunity to shift digital display direct

24        sold campaigns into audio.

25             Q.    Are your ads primarily, at least
```

Page 262

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2        for The New York Times, primarily sold

3        directly or by open auction?

4               A.    Primarily direct, direct.

5               Q.    ███████████████████████████

        ████████████████████████

7                     MR. BLAISDELL:  Object to form.

8               A.    ████████

9               Q.    ██████████████████████████████

        ████████████████████████████

11                    MR. BLAISDELL:  Object to form.

12              A.    ██████

13              Q.    How easy or difficult do you think

14       it would be for The New York Times to switch

15       open auction display ads to audio?

16                    MR. BLAISDELL:  Object to form.

17                    MS. MORGAN:  Objection to form.

18              A.    In my opinion, it would be

19       difficult due to the fact that audio ads are

20       a more nascent ad experience and more

21       publishers are coming on and we're launching

22       more podcasts as well, and also the scale

23       would be much smaller than what is available

24       to our display business today.

25                    Q.    Earlier counsel from Google asked

1              GLOGOVSKY - HIGHLY CONFIDENTIAL

2       you about native.  Do you remember that?

3              A.    I do.

4              Q.    Did The New York Times consider

5       adopting some types of native ads that it

6       ultimately did not implement?

7                   MR. BLAISDELL:  Object to form.

8              A.    We have largely been focused on

9       populating the current available ad spots

10      within our content with display ads and

11      native ads that met our esthetic

12      requirements, but we have not considered

13      native ads in which it looks too much like

14      content.

15             Q.    Why is that?

16             A.    It is our goal to have a natural

17      understanding for the readers of where

18      editorial starts and ends and not to be

19      confused with advertising.

20             Q.    Do you have understanding of

21      whether The New York Times is more focused on

22      direct display ads than other premium

23      publishers?

24                  MR. BLAISDELL:  Object to form.

25                  MS. MORGAN:  Objection to form.

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2            A.    Can you clarify the question?

3            Q.    One of the things I think you

4        referred to earlier was that The New York

5        Times was very focused on direct display ads;

6        is that correct?

7                  MS. MORGAN:  Objection to form.

8            A.    That is correct.

9            Q.    Do you have an understanding of

10       whether The New York Times is more or less

11       focused on direct display ads than other

12       publishers?

13                 MR. BLAISDELL:  Object to form.

14           A.    I think it's fair to say that The

15       New York Times places a larger emphasis on

16       direct sold advertising than some other

17       publishers, as different publishers have

18       different strategies than what The New York

19       Times has adopted.  We have also been

20       successful in securing and preserving strong

21       relationships with agencies and brands

22       directly.

23           Q.    What is it about The New York Times

24       that makes The New York Times more focused on

25       direct display ads than some other publishers

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     might be?

3               MR. BLAISDELL:  Object to form.

4          A.   It is our goal to transact

5     directly, because we want to ensure we know

6     who is running on The New York Times against

7     our editorial content, and also direct

8     advertising trades at higher multiples than

9     programmatic and gives us the security of

10    knowing who is on our site and making sure

11    that we have the longevity within our

12    business.

13         Q.   One of the things we discussed or

14    you discussed with counsel before was

15    LiveIntent.  Do you remember that?

16         A.   Yes.

17         Q.   I think you said that The New York

18    Times uses LiveIntent as its ad server for

19    newsletters; is that correct?

20         A.   That is correct.

21         Q.   How possible or not possible would

22    it be for The New York Times to use

23    LiveIntent as its ad server for display?

24              MR. BLAISDELL:  Object to form.

25              MS. MORGAN:  Objection, form.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          A.   I am unaware of all of the

3     capabilities that LiveIntent makes available

4     to their publisher partners.  I am only aware

5     of their newsletter ad serving capabilities.

6          Q.   Do you know one way or the other

7     whether LiveIntent provides display publisher

8     ad server capabilities?

9          A.   I am not aware of that capability

10    for web- and app-based environments.

11         Q.   How easy or difficult would it be

12    for The New York Times to use more than one

13    publisher ad server for display?

14              MS. MORGAN:  Objection to form.

15              MR. BLAISDELL:  Object to form.

16         A.   Can you repeat the question?

17         Q.   Sure.

18              How easy or difficult would it be

19    for The New York Times to use more than one

20    publisher ad server for display?

21         A.   It would be operationally

22    challenging to rotate between two different

23    ad servers for the personnel and teams

24    responsible for trafficking and monitoring

25    the campaign performance for our advertisers.

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2     It would also be technically challenging as

3     new infrastructure would have to be spun up

4     and then maintained and managed.  It would be

5     difficult.

6         Q.   Earlier we were talking about

7     transparency.  Do you remember that?

8         A.   Yes.

9         Q.   Is transparency by SSPs important?

10             MR. BLAISDELL:  Object to form.

11        A.   Yes.

12        Q.   Why is that?

13             MR. BLAISDELL:  Object to form.

14        A.   It's our belief that we should have

15    an understanding of which advertisers are

16    serving on our properties, the number of

17    times they are serving on our properties, the

18    performance of those ads serving on our

19    properties, and ultimately the revenue

20    contributed by those ads and the price in

21    which they were purchased.

22        Q.   Would you say that the fairest way

23    to run an auction for display would be to

24    have every exchange have access to the same

25    information and be able to compete on a level

Page 269

1      GLOGOVSKY - HIGHLY CONFIDENTIAL

2              MR. BLAISDELL:  Object to form.

3              MS. MORGAN:  Objection to form.

4      A.   It would be fair if the data that

5      was shared was universally understood and

6      consistent.  Not all of the data that is

7      created from programmatic auctions is

8      valuable to the publisher, and ultimately,

9      not always valuable to the decision around

10     the ad being placed, and so it would have to

11     be well understood or well established of

12     what the data is.

13     Q.   At least for the data that is

14     valuable, would the most fair way to run an

15     auction be that every exchange has equal

16     access to that data?

17             MR. BLAISDELL:  Object to form.

18             MS. MORGAN:  Object to form.

19     A.   With that understanding, I think

20     that's fair.

21     Q.   Would it be a fair way to run an

22     auction for display to have one exchange be

23     able to see the highest bid from all of the

24     other exchanges and then bid later?

25             MR. BLAISDELL:  Object to form.

Page 270

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2                MS. MORGAN:  Objection to form,

3           lacks foundation.

4        A.    Can you repeat the question?

5        Q.    Would it be a fair way to run an

6     auction to have all of the exchanges but one

7     bid first and then have one exchange see the

8     highest bid and that exchange had the

9     opportunity to bid last?

10               MR. BLAISDELL:  Object to form.

11               MS. MORGAN:  Objection to form.

12        A.    In that scenario, depending on

13    seeing those bids and then coming over the

14    top could be perceived as unfair, seeing

15    those bids and ultimately placing the bid

16    that was originally going to be placed would

17    be fair.

18        Q.    I'm sorry, can you explain?  I

19    didn't quite hear you.  Can you explain what

20    would be fair and what would not be fair?

21               MS. MORGAN:  Objection, form.

22        A.    In this scenario, what you laid

23    out, the one exchange seeing all of the bids

24    placed by the other exchanges, and then

25    placing their bid.  In the scenario where

Page 271

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      they could do that and then place a higher
3      bid, knowing that they would win, could be
4      reasonably seen as unfair.  If the exchange
5      which saw the other bids and still placed the
6      original bid that they had already won and
7      then inserts it would be a fair auction.
8          Q.   I see what you're saying.  Based on
9      your experience in the industry you're
10     familiar with Google's Last Look; is that
11     fair?
12         A.   I'm aware.
13         Q.   Under the way the Last Look worked,
14     at least until 2019 AdX had the opportunity
15     to see the highest bid from every other
16     exchange and then after that decide whether
17     to bid or not bid; is that correct?
18              MS. MORGAN:  Objection to form.
19         A.   From my understanding, that's what
20     I understand.
21         Q.   Do you believe that Google's Last
22     Look was fair or unfair?
23              MR. BLAISDELL:  Object to form.
24              MS. MORGAN:  Objection to form.
25         A.   With my limited understanding of

1       GLOGOVSKY - HIGHLY CONFIDENTIAL

2       the technical component, I could understand

3       where that could be perceived as unfair to

4       some -- to members of the industry.

5            Q.   Why is it that you could understand

6       why Google's Last Look could be perceived as

7       unfair to some members of the industry?

8            MS. MORGAN:  Objection to form.

9            A.   I do not have all of the knowledge

10      and technicality behind it to confidently say

11      strongly that it would include everyone.  I

12      would assume that there were members that did

13      not communicate whether they thought -- or

14      their opinion.

15           Q.   Just from your opinion though,

16      setting aside other opinions, in your opinion

17      do you view Google's Last Look as being fair

18      or unfair?

19           A.   In a personal capacity, I believe

20      that Last Look and other features by Google

21      and other programmatic partners have helped

22      improve fill rate, and there are potential

23      auction limitations that could potentially be

24      unfair, in my personal capacity.

25           Q.   Overall, in your personal capacity,

Page 273

GLOGOVSKY - HIGHLY CONFIDENTIAL

1

2      do you think Google's, Google's Last Look was

3      more fair or more unfair?

4              MS. MORGAN:  Objection to form.

5              MR. BLAISDELL:  Object to form.

6          A.   In my personal capacity, I can see

7      it as being more unfair.

8          Q.   And why do you say that?

9          A.   My personal preference is always

10     understanding the -- the auction dynamics and

11     better understanding how the winning bid is

12     ultimately won and ultimately placed on to a

13     publisher's website.

14         Q.   Let me switch topics slightly.  I

15     think we discussed before, you understand

16     that Google's AdX, publishers only have

17     access to Google's AdX if they use DFP; is

18     that right?

19              MS. MORGAN:  Objection to form.

20         A.   That is my understanding.

21         Q.   And personally would you either

22     prefer or not prefer that publishers have the

23     option to use AdX without also using DFP?

24              MR. BLAISDELL:  Object to form.

25         A.   Can you repeat the question?

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          Q.   In your personal capacity, would

3     you prefer or not prefer that publishers have

4     the option to have access to AdX without

5     using DFP as their publisher ad server?

6               MS. MORGAN:  Objection to form.

7          A.   In my personal capacity, I would

8     prefer Google AdX and Google Ad Manager

9     together, or not available without Google

10    manager, ad manager.

11         Q.   I see.  Let me just reask it so

12    it's clean.

13              From your personal capacity, would

14    you prefer or not prefer that publishers have

15    the option to access AdX without using DFP as

16    their publisher ad server?

17              MS. MORGAN:  Objection to form.

18         A.   In my personal capacity, I would

19    not prefer.

20         Q.   Can you explain what you mean by

21    that?

22         A.   In my personal capacity, I prefer

23    Google Ad Manager and AdX and the benefits of

24    them being connected for the efficiencies

25    that the publishers, The New York Times

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     included, gain from being in one system and

3     the reduction in operations, operational

4     burden that it saves.

5          Q.   I think I'm asking a different

6     question.

7               In your personal capacity, would

8     you prefer that publishers have the -- prefer

9     or not prefer that publishers have the option

10    of having access --

11               MR. VERNON:  Restart.  Is that

12        okay?

13               THE WITNESS:  Yes.

14         Q.   Is it fair to say publishers, in

15    your opinion, do have the option to use both

16    DFP and AdX together; is that fair?

17               MR. BLAISDELL:  Object to form.

18               MS. MORGAN:  Objection to form.

19               THE WITNESS:  Sorry.  Repeat the

20        question.

21         Q.   Publishers have the option today of

22    using both DFP and AdX together; is that

23    fair?

24         A.   Yes, that is fair.

25         Q.   In your personal capacity, would

1        GLOGOVSKY - HIGHLY CONFIDENTIAL

2      you prefer that publishers also have the

3      option of using, of getting access to AdX

4      without, if they choose, without using DFP as

5      their publisher ad server?

6              MR. BLAISDELL:  Object to form.

7          A.   In my personal capacity, I would

8      not prefer giving publishers the capability

9      of accessing AdX with a different ad server.

10          Q.   Why is that?

11          A.   In my personal opinion, I believe

12      the efficiencies and the standards it creates

13      help drive the ultimate ad format creation

14      and ultimately benefits publishers to benefit

15      from the economies of scale that one platform

16      provides, in my personal capacity.

17          Q.   It's at least fair to say that it's

18      at least technically possible that publishers

19      in theory could access the AdX without using

20      DFP as their publisher ad server; is that

21      fair?

22              MR. BLAISDELL:  Object to form.

23              MS. MORGAN:  Objection to form.

24          A.   I do not know.

25          Q.   Will you agree that the publishers

Page 277

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2         should have the opportunity to choose the

3         publisher ad server that they prefer?

4                    MR. BLAISDELL:  Object to form.

5                    MS. MORGAN:  Objection to form.

6            A.    Can you repeat the question?

7            Q.    Would you agree that publishers

8         should have the opportunity to choose the

9         publisher ad server that they prefer?

10                   MR. BLAISDELL:  Object to form.

11           A.    I agree that publishers should be

12        able to freely make the decision for their ad

13        server.

14           Q.    Would you agree that publishers

15        should have the opportunity to choose a

16        publisher ad server other than DFP and still

17        get access to AdX?

18                   MS. MORGAN:  Objection to form.

19                   MR. BLAISDELL:  Object to form.

20           A.    In my personal capacity, I prefer

21        that Google AdX and Google Ad Manager benefit

22        from the features and the standardization

23        that it provides.

24           Q.    Would it be better for publishers

25        to have two options with one being using DFP

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2          and AdX separately and the other option being

3          using them together?

4                    MS. MORGAN:  Objection to form.

5                    MR. BLAISDELL:  Object to form.

6          A.    It's a difficult question to

7          answer.  I think that publishers deserve the

8          right to evaluate all of the options

9          available to them, and the ad technology

10         partners out there competing and making the

11         decision for themselves on whether or not

12         they want to go with a specific ad technology

13         partner or not.

14         Q.    Are there any strongly viable

15         alternatives to DFP as a publisher ad server

16         today?

17                   MR. BLAISDELL:  Object to form.

18                   MS. MORGAN:  Objection to form.

19         A.    We have not conducted an RFI

20         process recently for an ad server for a

21         digital display, and I am unaware currently

22         through that process of any other possible

23         options that we would consider.

24         Q.    Do you know if there is a viable

25         alternative to DFP as a display publisher ad

Page 279

1           GLOGOVSKY - HIGHLY CONFIDENTIAL

2      server today?

3                  MR. BLAISDELL:  Object to form.

4                  MS. MORGAN:  Objection to form.

5           A.    I am not aware of one that we would

6      consider as a solution for The New York

7      Times.

8           Q.    Are you aware that some companies

9      have exited the publisher ad server market?

10                 MS. MORGAN:  Objection to form.

11          A.    I am aware that there are ad tech

12     companies that have left the marketplace, as

13     the marketplace has evolved over time, and

14     changed since the inception of digital

15     display advertising.

16          Q.    Specifically about publisher ad

17     servers, are you aware of companies that

18     exited the publisher ad server market?

19          A.    I would assume that that would

20     include ad server companies, as well as other

21     ad tech companies.

22          Q.    Are you aware that OpenX exited the

23     publisher ad server business?

24          A.    We have used OpenX primarily as a

25     programmatic SSP and have not evaluated them

Page 282

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2     because of the connections between DFP and

3     AdX?

4               MS. MORGAN:  Objection to form,

5          lacks foundation.

6               MR. BLAISDELL:  Object to form.

7          A.   I believe it's difficult to answer,

8     because there are unique propositions by most

9     ad tech companies whether it be SSPs or ad

10    servers that are competing with one another,

11    and my spec -- my opinion would be purely

12    speculation, whether it was hard or not.

13         Q.   Can you identify a strong

14    competitor for Google as a publisher ad

15    server today?

16              MS. MORGAN:  Objection to form.

17         A.   For The New York Times we have not

18    recently RFI'd solutions for ad serving and

19    we have not taken the actions to identify a

20    potential replacement to Google Ad Manager.

21         Q.   Do you know whether there is a lot

22    of competition for Google as a publisher ad

23    server today for display?

24              MR. BLAISDELL:  Object to form.

25              MS. MORGAN:  Objection to form.

1         GLOGOVSKY - HIGHLY CONFIDENTIAL

2           A.   It depends on what Google perceives

3    as competition for both ad serving and

4    monetization, and I would not be in the

5    position to say whether or not there is high

6    level of competition that Google perceives or

7    not.

8           Q.   Could you at least understand why

9    it might be hard to compete with Google in

10    the publisher ad server business because of

11    the connections between DFP and AdX?

12                MS. MORGAN:  Objection to form.

13                MR. BLAISDELL:  Object to form.

14           A.   I can reasonably understand that as

15    a reason that others may point to.

16           Q.   Is it fair to say that it could be

17    better for competition if AdX were available

18    separately from DFP?

19                MS. MORGAN:  Objection to form.

20                MR. BLAISDELL:  Object to the form.

21           A.   In this hypothetical scenario,

22    assuming that there were available

23    competitors of potential -- or of the

24    necessary size to compete and fill the vacant

25    inventory, it would be potentially beneficial

Page 284

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2      in this hypothetical scenario.
3          Q.   So it's fair to say that it could
4      be potentially beneficial for publishers to
5      have the option to use DFP without using AdX;
6      is that correct?
7               MS. MORGAN:  Objection to form.
8               MR. BLAISDELL:  Object to form.
9          A.   If it was exclusively focused on
10     programmatic open auction revenue that would
11     be potentially a benefit in this hypothetical
12     scenario.  However, there are other
13     considerations publishers would need to
14     consider and ensure that they have taken on
15     the understanding of the operational burden
16     and tax that it would require the
17     infrastructure, the capital intensity in
18     both in costs and in also how it would impact
19     their other lines of business.
20               So it's not purely just an open
21     auction answer.
22         Q.   Is it fair to say that it could be
23     good for competition in the publisher ad
24     server business if AdX were available
25     separately from DFP?

Page 285

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2                    MS. MORGAN:   Objection to form.

3          A.   In this hypothetical scenario, with

4     the appropriate competitors, of the size, to

5     fill this space that is being left behind in

6     this decision, it could be potentially

7     beneficial.  However, there are other factors

8     that publishers would need to consider in

9     that switch or change in their strategy.

10         Q.   Why do you say that it could

11    potentially be beneficial for competition for

12    AdX to be available separately from DFP?

13         A.   It's not a certainty that

14    competition will meet the current level of

15    competition, and because of that, I cannot

16    unequivocally confirm that it would be a

17    benefit or not.

18         Q.   Setting aside whether it's a

19    certainty, why do you say that it could be

20    better for competition if AdX were separately

21    available from DFP?

22         A.   Theoretically there could be more

23    players in the space, which could potentially

24    drive up CPMs and benefit publishers

25    ultimately to make more revenue.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2               A.    For programmatic open and PMP,

3     ████████████████████████████████████████████

 ▋    ████████████████████████████████████.

5               Q.    When The New York Times is

6     competing to sell display ads to advertisers,

7     what format is its primary competitor?  Is it

8     display or native or something else?

9                    MS. MORGAN:   Objection to form.

10              A.    Can you clarify, programmatic or

11    direct?

12              Q.    Both, then I guess if the answer --

13    both.

14              A.    Programmatically our primary

15    competition is display ads, and for direct,

16    we are focused on selling our proprietary ad

17    formats, which could be considered native,

18    and we do consider them native because they

19    take on the look and feel of The New York

20    Times.

21              Q.    For programmatic display ads, when

22    The New York Times is competing to when, to

23    sell ads to advertisers, what format is your

24    primary competition?

25                   MR. BLAISDELL:   Object to form.

1          GLOGOVSKY - HIGHLY CONFIDENTIAL
2               MS. MORGAN:  Objection to form.
3          A.   Display.
4          Q.   Counsel also asked you about AdX
5     tags.  Do you remember that?
6          A.   I do recall.
7          Q.   I think earlier in your deposition
8     you said that tags were inefficient; was that
9     correct?
10              MS. MORGAN:  Objection to form.
11         A.   Traditionally, we have seen tags as
12    being ███████████████████████████████████████
█     ███████████.
14         Q.   Why do you view tags as ████████████
█     ██████████████████████████████████?
16         A.   It is our --
17              MR. BLAISDELL:  Objection.  Sorry.
18         Object to form.
19         A.   ████████████████████████████████
█     ████████████████████████████████████████
█     ██████████████████████████████████████
█     ████████████████████████████████████████
█     ██████████████████████████████████████████
█     ████████████████████████████████████████████
█     ████████████████████████████████████████████

Page 297

1    GLOGOVSKY - HIGHLY CONFIDENTIAL

2    ███████████████████████████

3    ███████████████████████

4         MR. VERNON:  So I am going to pass

5    the witness and again reserve the

6    balance of my time either to respond to

7    questions by Google's counsel or for the

8    document issue that I identified before.

9         MR. BLAISDELL:  I will just

10   reiterate we don't intend to make the

11   witness available again.  I'll also note

12   for the record that based on my

13   understanding of the coordination order,

14   the Department of Justice has already

15   exceeded three hours on the record

16   today, and therefore, I'm not totally

17   clear on what time Mr. Vernon has

18   reserved, but that's something we can

19   work out at a subsequent juncture.

20        MS. MORGAN:  Well, I think I will

21   make this easy for everyone, and I am

22   not going to have any further questions

23   for you today, Mr. Glogovsky.  To the

24   extent that Jeff prevails and is able to

25   secure more time with u in the future, I

Page 298

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              will reserve the rest of my time to use

3              then.

4                  MR. VERNON:  Thank you

5              Mr. Glogovsky, to Demetri and the court

6              reporter, Google's counsel and

7              everybody.  Definitely appreciate it.

8              It's been a long day and we thank you

9              for your time.

10                 MS. MORGAN:  I second that.  Thank

11             you.  I know it's painful to sit for a

12             deposition, especially on a summer

13             Friday, and we really appreciate the

14             time.

15                 MR. BLAISDELL:  Sorry.  Just before

16             we go off the record, I will also note

17             that The Times also objects to

18             Ms. Morgan's attempt to reserve time for

19             some subsequent deposition.  We've made

20             the witness available now for the time

21             that the parties were permitted to

22             examine him, and it's our position that

23             there will be no further deposition for

24             no further questioning by either party

25             to this case.

Page 299

1          GLOGOVSKY - HIGHLY CONFIDENTIAL

2              THE VIDEOGRAPHER:  Okay to close

3          the record?

4              MS. MORGAN:  Yes, we can close it.

5              THE VIDEOGRAPHER:  Standby.  This

6          concludes today's deposition given by

7          James Glogovsky.  The number of media

8          units used is six and will be retained

9          by Veritext Legal Solutions.  We are

10         going off the record at 5:26 p.m.,

11         Eastern Daylight Time.  Thank you,

12         everybody.  Have a great weekend.  Nice

13         working with you.

14             (Time noted:  5:26 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 300

```
 1
 2       STATE OF _____)
 3                               ) :ss
 4       COUNTY OF _____)
 5
 6
 7              I, JAMES GLOGOVSKY, the witness
 8          herein, having read the foregoing
 9          testimony of the pages of this
10          deposition, do hereby certify it to be a
11          true and correct transcript, subject to
12          the corrections, if any, shown on the
13          attached page.
14
15                     _____
16                         JAMES GLOGOVSKY
17
18       Sworn and subscribed to before
19       me, this         day of
20                  , 2023.
21       _____
22       Notary Public
23
24
25       Job No. CS6072653
```

Page 301

1

2                    C E R T I F I C A T E

3         STATE OF NEW JERSEY  )

4                              : ss.

5         COUNTY OF MIDDLESEX  )

6              I, Jennifer Ocampo-Guzman, a

7         Certified Realtime Shorthand Reporter and

8         Notary Public within and for the State of New

9          Jersey, do hereby certify:

10             That JAMES GLOGOVSKY, the witness

11        whose deposition is hereinbefore set forth,

12        was duly sworn, via remote/oral/web

13        videoconference, and that such deposition is

14        a true record of the testimony given by the

15        witness.

16             I further certify that I am not

17        related to any of the parties to this action

18        by blood or marriage, and that I am in no

19        way interested in the outcome of this

20        matter.

21             IN WITNESS WHEREOF, I have

22        hereunto set my hand this 27th day of August

23        2023.

24              *J. Ocampo-Guzman*

25             JENNIFER OCAMPO-GUZMAN, CRR, CLR

Page 302

1
2          -------------- I N D E X -----------------
3          WITNESS           EXAMINATION BY     PAGE
4          JAMES GLOGOVSKY   MS. MORGAN         6, 287
5                            MR. VERNON         140
6          --------------- EXHIBITS ------------------
7          NYT                              FOR I.D.
8
           Exhibit 1, Document entitled, "Ad      41
9          Leadership Update-March4," Bates
           Nos. NYTGOOGADTECH0000004 through
10         NYTGOOGADTECH0000019
11         Exhibit 2, Document entitled,         81
           "Nytimes.com/ad.txt."
12
           Exhibit 3, Document entitled,         103
13         "Index Exchange Bidder Test
           Results," Bates Nos.
14         NYT_TXAG_00000108 through
           NYT_TXAG_00000115
15
           Exhibit 4, E-mail dated 10/25/18,     124
16         Bates Nos. GOOG-DOJ-AT-00587215 and
           GOOG-DOJ-AT-00587216
17
18
19
20
21
22
23
24
25

```
                                            Page 303

1    Demetri Blaisdell Esq.

2    dblaisdell@nytimes.com

3                            August 28, 2023

4    RE:    United States, Et Al v. Google, LLC

5        8/25/2023, James Glogovsky (#6072653)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   erratas-cs@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25
```

```
                                              Page 304
 1    United States, Et Al v. Google, LLC

 2    James Glogovsky (#6072653)

 3              E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____     _____

24    James Glogovsky                         Date

25
```