

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370874

| Id | Date | Text |
|---|---|---|
| 1 | 12/08/2022 18:29:55 | general feedback is on flow and to reduce the density of content:  *Proprietary + Confidential*<br><br>(1) Who we are (GPL)<br>(2) What is the Sellside (a slide on what our products are)<br>(3) Why it matters (mission, revenue)<br>(4) Who are our customers? (demand sources, partner slides)<br>(4) What do they care about<br>(5) what are we investing in for '23.<br><br>Might also be good to have a slide on our GBO teams on sellside and reinforce we have a very different set of sellers we work with than the reset of the P2 org. (not sure where to put that but worth mentioning as part of education) |
| 1 | 12/12/2022 16:09:15 | Thanks so much for leading Nash!!!<br><br>Maybe you could have an opening slide on the 3 takeaways we want the teams to walk away with.<br><br>What about adding a slide on why the buyside needs the sellside?<br><br>Another slide or added somewhere a quick overview of the products and the types of pubs they service, and who are the other competitors in the industry for each of those products.  AKA Ad manager, largest SSP, target market sophisticated pubs typically with strong brand safety needs and direct sales, competitors magnite, etc (I can help).<br><br>On slide 2 is it possible to split out in the commentary rev of web vs app.  And it would be great if we could split out how much of the overall number is in video.<br><br>My recommendation for slide 9 to change it to be 2023 looking and explain the headwinds we are facing + where we are expecting growth.  Maybe a simple SWOT?<br>- I don't think teams on the buyside can appreciate the regulatory pressure we are under etc. |
| 1 | 12/12/2022 16:09:15 | Hi Susan, thanks for all the feedback and inputs. In reconciling Dan & Darlines comment, I think the direction has been a bit more simplicity given 15 min time slot and leaving some of the details for future session. Responding to a few points specifically here<br><br>- I can speak to Ad Manager sophistication and largest SSP in the market in slides 5 &6. |

GOOG-AT-MDL-010370875



25 FTE supporting $30B in gross rev - more than $1B per FTE — very efficient department

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370876



Sellside is integral to Google's Mission
Google's Mission
Organize the world's information and make it universally accessible and useful.
Sellside Vision
Fund the world's information by enabling digital platforms, properties and content creators
Supporting a Free, Open & Safe Internet
Google

Free & O



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370878

DTX-1410 Page 5 of 35



Speak to how Goog O&O and walled gardens fit in here

GOOG-AT-MDL-010370879



Clarify the platform

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370880



- Call out big names, read the numbers

GOOG-AT-MDL-010370881



Google
GBO Led by Philipp Schindler
Red: Denotes org leader and Philipp Schindler Direct Report
Key:
Denotes org involved in Sellside Ads
Buy-side Ads Sales
GCAS- Karen Sauder
Advertisers
ADAPT
ABAT
LCS- Sean Downey (AMER), Matt Brittin (EMEA), Scott Beaumont (APAC)
Americas
EMEA
APAC
GCS- Salin Song
Growth Sales Program
App Dev
Channel Sales
Onboarding (Kickstart, Kickstart+)
Inbound (ETO)
NBS Sales Outbound
Product and Sales Activation
RSO (Revenue Strategy Operat)
PA BD teams + Sell-side Ads
Partnerships- Don Harrison
News
GP Sellside
SGCA
Pay & NBU
Platforms & Ecosystems
Devices & Services
Health
Partnership Solutions
Top Partners
GTM
GTM- Rebecca Wahl
Provides Strategy and Operations support across all Products and Regions- Includes Regional Product GTM, Mastery, GBS&O, Sales Tools- Excludes Sellside GTM
GPL
GPL- Jason Spero (P2) & TBD (Y/TV)
Leads global Product Commercialization Strategy, partnering with PM and GTM, owning Product Prioritization within GBO
proprietary & confidential

Proprietary + Confidential

## Global Sellside Sales Org: a unique group of stakeholders!

| Sellside Org | | Description | Buyside comparable |
|---|---|---|---|
| **LPS** | Large Publisher Sales | Head of business. High touch support model | LCS |
| **OPG** | Online Publisher Group | Tier 1, Torso & Tail. Scaled support model | GCS |

*Sellside mostly reports through VP Scott Sheffer to GP President Don Harrison, with exception of EMEA Buy & Sell reporting through country managers!*

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370883



What Publishers Care About
Monetizing Efficiently
$
Ad
Yield Maximization (i.e. High CPMs) across Direct & Indirect ad sales
Appropriate ads density
Supply chain & fee transparency
Stable & predictable revenue
Engaging Users Safely
Annoying ads that interfere with user experience
Untasteful ads that diminish publisher brand trust
Compliance with local & global regulations & norms
Google



How competitors connect Buy & Sell

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370885



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370886

DTX-1410 Page 13 of 35





Sellside mostly reports Scott Sheffer through Don Harrison, with exception of EMEA Buy & Sell reporting through country managers

Compare to LCS/GCS on Buyside

| Id | Date | Text |
|---|---|---|
| 1 | 12/12/2022 16:34:34 | +1, I'd skip this slide and the next one. |
| 2 | 12/12/2022 16:41:15 | Ok stuck this in per Dan's feedback - <br><br>"Might also be good to have a slide on our GBO teams on sellside and reinforce we have a very different set of sellers we work with than the reset of the P2 org. (not sure where to put that but worth mentioning as part of education)" |
| 2 | 12/12/2022 18:41:55 | slide 9 gets at it. you could even say "Buyside has GCAS, LCS and GCS" Sellside has LPS & OPG - entirely different teams! <br><br>This slide shows how complex org structures are which is notable as a voice over but not necessarily a slide in and of itself. |
| 1 | 12/12/2022 19:27:27 | This page might not be relevant for this meeting. |
| 3 | 12/12/2022 19:27:27 | thanks for all the feedback!! I'll follow Dan's guidance and stick with the next slide as summary view rather than presenting the detailed org |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370889



# The AdTech ecosystem typically comprises a variety of distinct vendor groups each serving different functions

***Relevant Ecosystem Role Summaries:***

**1 Agency**
- Interfaces with the Advertiser, plans / orchestrates the campaign
- Trading desk executes media buy and may sit within agency or at other entities

**2 DSP**
- Allows advertisers / agencies to manage a campaign, buy ads across multiple exchanges, and incorporate multiple data providers (either directly or via DMP), all through one interface

**3 DMP**
- Data hub that pipes data from various sources to facilitate analytics and targeting
- Makes data accessible to advertisers via DSP

**4 Data Solutions**
- Numerous data vendors exist that aid with ad targeting and attribution

**5 Audience Network**
- Segments of ad impressions based on shared user attributes
- Combination of DSPs, DMPs, Data Solutions, and Agencies

**6 Ad Exchanges**
- Facilities the automated purchasing and selling of ad inventory

**7 SSP**
- Allows developers to offer inventory to multiple DSPs, agencies, and advertisers through ad exchanges

Source(s): PwC Strategy& Analysis

July 2022

DRAFT

| Id | Date | Text |
|----|------|------|
| 3 | 12/08/2022 18:26:07 | Too complicated. a simpler version is here you could draw from: <br><br> https://docs.google.com/presentation/d/1XyJK5pwZ0RvEzRYyr7RVOEfAxDC9WTvBjAym7y-XN8A/edit#slide=id.gfefa6880a8_1_280 <br><br> I think >50% of the org knows how the system works, but good to level set for many who do not. |
| 4 | 12/08/2022 18:26:07 | thank you! requested access to that deck |

July 2022

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370891

DTX-1410 Page 18 of 35



https://docs.google.com/presentation/d/1bM1lt_nL_WqOcPaeLZdOlmHSHK1OzJTdfe7Dl1tJTs0/edit#slide=id.gf7a8e3a7ad_1_0
Q2 2022, source

| Id | Date | Text | |
|----|------|------|---|
| 4 | 12/08/2022 18:21:33 | would skip | Proprietary + Confidential |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370893



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370894

| Id | Date | Text | |
|---|---|---|---|
| 2 | 12/08/2022 14:52:53 | The ecosystem slide will be perfect here but need to simplify a bit. | Proprietary + Confidential |
| 3 | 12/08/2022 14:52:53 | inserted in the next page for edit | |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370895



https://docs.google.com/presentation/d/1bM1lt_nL_WqOcPaeLZdOlmHSHK1OzJTdfe
7Dl1tJTs0/edit#slide=id.gf7a8e3a7ad_1_0
Q2 2022, source

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370896

| Id | Date | Text | |
|---|---|---|---|
| 5 | 12/03/2022 00:58:06 | Need to update | Proprietary + Confidential |
| 4 | 12/05/2022 20:54:13 | how many ad impressions do we deliver per hr? per min? | |
| 5 | 12/08/2022 18:22:28 | would skip | |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370897



Working with Ad Manager also means you also have many options to transact with advertisers across multiple buying methods and through rich engaging ad experiences.

Programmatic Direct is that increasingly grey space "in between" auctions and reservations. With Google Ad Manager, we provide a single UI for all deal types. That has allowed us to become the market leader in this transition since we support all deal types from traditional reservations through programmatic direct to open auction.

| Id | Date | Text | |
|----|------|------|--|
| 6 | 12/08/2022 18:23:46 | too complicated, would streamline. | Proprietary + Confidential |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370899



Programmatic is organic to Ad Manager.  You are able to seamlessly tap into direct and indirect demand from Google Authorized Buyers which gives you immediate access to hundreds of partners in one place.  High quality, aggregated demand from partners including Google Display Ads, Display & VIdeo 360, 3rd party DSPs and Networks, as well as fully integrated 3rd party SSPs via Open Bidding (previously known as Exchange Bidding) is all at your fingertips.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370900



Scalability

Over 40 billion ads served per day

Over 500,000 ads per second worldwide

Thousands of ad servers worldwide; every ad served locally

Multiple terabytes of log files processed each day

latency at 12 month average of 75ms

Reliability

Overall system health monitored by redundant teams (QoS, SRE)

Disaster recovery plans well established, yearly simulation across Google

Google's proprietary spam filtering for robots and spider activity

Automated malware detection and deactivation

Consistency

IAB / MRC Certified - *new* DAI is the first server-side ad insertion technology to be MRC accredited (comms doc).

Shared ad delivery platform for DFA & DFP eliminates discrepancies ("in-reds")

HIGHLY CONFIDENTIAL

| Id | Date | Text |
|----|------|------|
| 7 | 12/08/2022 18:22:50 | would skip |

Google Confidential

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370902



## What is the "Sell-Side"? Who are our publishers?

Our ads products help publishers fund their content

**675K**

Web Publishers serving across

1.0M domains

**170K**

App Publishers serving across

840k apps

**293**

Authorized Buyers and Open Bidders

AdSense

AdManager

AdMob

Geology.com

enspire

SPA & BEAUTY today

DAZN

Disney

NIKKEI Asia

mels KITCHEN CAFE

The New York Times

30

Google

| Id | Date | Text |
|----|------|------|
| 5 | 12/07/2022 04:38:10 | Let's use this heading for page 6. This page isn't needed. |
| 3 | 12/07/2022 04:38:10 | +1 |
| 1 | 12/07/2022 04:38:24 | + video |
| 2 | 12/07/2022 04:49:59 | Is it worth discussing how we're organized? Perhaps a slide from PM training which helps paint the picture that Sellside GPLs need to navigate in comparison to BS? |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370904



Our unified platform leverages Google technology to help you run your business more efficiently and keep your brand safe.  Ad Manager is not only reliable but its technological sophistication that has proven track record of being an industry leader in sellside server platforms.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370905

Proprietary + Confidential

## A North Star

**Vision:**
Fund the world's information by enabling digital platforms, properties and content creators

**Mission:**
Enrich an open and healthy digital ecosystem for all by developing trusted products and partnerships using our reach, unique insights, and people

**Metrics:**
Input:  Adoption, Access, 1P lift
Output:  Revenue, Profit, MuM, Queries

**In two words, what's different this year?**
Publishers first.

Google



1.  **Rebrand:**

**I'll keep the rebrand update brief as I know many of you've heard this before at recent events and in the news.**

**In general, we have sunset the DoubleClick brand and you will now hear us refer to Ad Manager instead of DFP and AdX. We'll also refer to DV360 and Authorized Buyers which replace DBM and AdX Buyers respectively.**

**We may not always get that right - we're still getting used to the change too!**

| Id | Date | Text |
|---|---|---|
| 2 | 11/28/2022 19:36:07 | @nashislam@google.com Hey! This slide is super basic so feel free to discard but if it's helpful as a starting point for the $ from buy to sell feel free to use/re-purpose. |
| 3 | 11/28/2022 19:36:07 | Another option could be to re-purpose this slide from CTG: https://docs.google.com/presentation/d/1AxZJp0a1lX7oWMylCBRNTyxMs7kBMnCwkP2p84aDjTY/edit?resourcekey=0-C9oCIztMCMI_gprOnFoEJg#slide=id.g10d85f12451_0_564 |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010370908