Control Number :        GOOG-AT-MDL-009483895

All Custodians :        Dan Taylor, Sam Temes

Custodian :             Dan Taylor

Date/Time Created :     3/22/2023 4:55 PM

Date/Time Sent :

MODIFICATION DATE :     4/17/2023 11:51 PM

File Name :             Spark
                        P3_17K_RGwBmWsKhfv8zqmOplXn
                        QJDLMiEfg4v71KOFbkDw.pptx



P2 Annual Plan

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483895



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483896



55

GOOG-AT-MDL-009483897

DTX-1527 Page 4 of 32



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483898

DTX-1527 Page 5 of 32



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483899



25 FTE supporting $30B in gross rev - more than $1B per FTE – very efficient department

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483901

## Sellside in Alphabet's Annual Report

**Google Network**
is the Sellside!

- 1 of 3 line items for Google advertising $
- **$31.7B in 2021**

| | Year Ended December 31, | |
|---|---|---|
| | 2020 | 2021 |
| Google Search & other | $ 104,062 | $ 148,951 |
| YouTube ads | 19,772 | 28,845 |
| Google Network | 23,090 | 31,701 |
| Google advertising | 146,924 | 209,497 |
| Google other | 21,711 | 28,032 |
| Google Services total | 168,635 | 237,529 |
| Google Cloud | 13,059 | 19,206 |
| Other Bets | 657 | 753 |
| Hedging gains (losses) | 176 | 149 |
| Total revenues | $ 182,527 | $ 257,637 |

Source: Alphabet 2021 Annual Report

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483902



Speak to how Goog O&O and walled gardens fit in here

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483903



Clarify the platform

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483904



Call out big names, read the numbers

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483905



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483906

# Global Sellside Sales Org: a unique group of stakeholders!

| Sellside Org | | Description | Buyside comparable |
|---|---|---|---|
| LPS | Large Publisher Sales | Head of business. High touch support model | LCS |
| OPG | Online Publisher Group | Tier 1, Torso & Tail. Scaled support model | GCS |

*Sellside mostly reports through VP Scott Sheffer to GP President Don Harrison, with exception of EMEA Buy & Sell reporting through country managers!*

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483907



## What Publishers Care About

### Monetizing Efficiently

- Yield Maximization (i.e. High CPMs) across Direct & Indirect ad sales
- Appropriate ads density
- Supply chain & fee transparency
- Stable & predictable revenue

### Engaging Users Safely

- Annoying ads that interfere with user experience
- Untasteful ads that diminish publisher brand trust
- Compliance with local & global regulations & norms

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483908



How competitors connect Buy & Sell

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483909



More detailed plans by team:
Display Media
DASH
Advertiser Platforms
Publisher Platforms
Ads Privacy

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483910



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483911



Full Plan

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483912



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483913



Team Plan

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483914



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483915



Full Deck



[External] Improve customer loyalty and retention through investments in service, reseller and product partnerships
Resellers and Agencies: Scale our sales organization by delivering solutions, education and collateral for our Certified Partner Ecosystem. (METRICS: Global Partner C-Stat, measured by GCAS, GBX Deal Volume to 0)
Enterprise Features and Commercials: Increase focus on partner enablers such as APIs and Advertiser Management Platform Services (AMPS) to enable customization and value creation by partners. Shift commercial focus from discounting to value capture with new fees tied to feature value and reseller price consistency that encourages differentiation on service versus access.
Partner-First Go-To-Market and Narratives:  Consolidate independent narrative efforts by feature areas and product initiatives to deliver a unified narrative and roadmap updates that empower our partners. Improve the agency experience and build communities across Tech, Media and Agency sales teams to maximize advertiser account coverage via a new 'Agency Experience Working Group' and 'GMP Communities' with GTM.

HIGHLY CONFIDENTIAL

Display & Video 360 Product Partners: Expand DV360 integrations with non-Google solutions that deliver value and promote openness.  (METRICS: Really Hard.)

Inventory Strategy: Bring new rigor to the global exchange and inventory prioritization process. And, launch a new global publisher management engagement model across GPL, BD and Sales GTM.

New Product Solutions: Expand on learning from Integral Ad Science and Double Verify to design a new suite of partner solutions that expands DV360 feature sets and openness.

Campaign Manager 360 Product Partners: Leverage CM360's buying door independence to increase adoption through trafficking and measurement integrations.   (METRICS: GA4 / CM3 Account linkage, X new video integrations)

Measurement: Grow partnerships to support CTV and Video (i.e. ex. TTD, Netflix) as well as measurement integrations with GA4, landing 'Better Together' narrative.

Land Better Together Narrative - Provide guidance to sales and customers on how to leverage CM360 and GA4 measurement capabilities through and after 3pcd



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483917

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483918



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483919



Full Plan
Sales Metrics for 2023 (proposed)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483920



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483921



Team Plan

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483922



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483923



P2 Annual Planning Deck / 'homesite'
P2 Leadership Annual Planning Slides
Ads PA Planning Timeline (access gated)
P2 Annual Planning Calendar
Big Bet & Strategic Question Topics list (access gated)
Ads 2025 Strategic Framework

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483924



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009483925