HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 24: Cross-Visiting from CNN (left) and Other Top 25 News Properties (right), 2022**



Sources: GOOG-AT-DOJ-DATA-000066661 to -768 (Comscore)