HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 25: Cross-Visiting from People (left) and Other Top 25 Entertainment Properties (right), 2022**



Sources: GOOG-AT-DOJ-DATA-000066661 to -768 (Comscore)

27

DTX-1846 Page 1 of 1