HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 1: AdX U.S. Spending Patterns for Selected Advertisers, 2019-2022**

| Advertiser | AdX spending via Google Ads | | | AdX spending via 3P buying tools | | | 3P buying tool with largest $ increase |
|---|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | % change | Year 1 | Year 2 | % change | |
| **2019 to 2020** | | | | | | | |
| | $386,159 | $65,969 | -83% | $38,988 | $151,499 | 289% | |
| | $277,850 | $99,457 | -64% | $74,750 | $185,860 | 149% | |
| | $194,564 | $21,435 | -89% | $133,365 | $209,626 | 57% | |
| | $259,184 | $28,468 | -89% | $47,976 | $207,115 | 332% | |
| | $411,997 | $33,376 | -92% | $164,842 | $411,525 | 150% | |
| | $2,751,421 | $272,231 | -90% | $395,375 | $657,261 | 66% | |
| | $378,561 | $151,771 | -60% | $164,082 | $316,165 | 93% | |
| | $1,079,631 | $48,845 | -95% | $90,778 | $433,968 | 378% | |
| | $133,828 | $10,720 | -92% | $61,068 | $137,299 | 125% | |
| | $710,137 | $257,051 | -64% | $704,971 | $1,816,746 | 158% | |
| | $247,335 | $89,442 | -64% | $102,213 | $208,378 | 104% | |
| | $285,290 | $61,488 | -78% | $453 | $109,776 | 24128% | |
| **2020 to 2021** | | | | | | | |
| | $1,663,746 | $618,631 | -63% | $79,307 | $241,390 | 204% | |
| | $247,440 | $90,286 | -64% | $58,574 | $138,181 | 136% | |
| | $502,937 | $219,928 | -56% | $48,849 | $110,536 | 126% | |
| | $1,193,924 | $582,001 | -51% | $52,790 | $108,965 | 106% | |
| | $853,254 | $73,100 | -91% | $71,997 | $462,696 | 543% | |
| | $257,051 | $104,970 | -59% | $1,816,746 | $9,949,671 | 448% | |
| **2021 to 2022** | | | | | | | |
| | $275,807 | $101,393 | -63% | $595 | $255,430 | 42842% | Verizon Media DSP |
| | $164,731 | $15,153 | -91% | $46,221 | $271,566 | 488% | Adelphic |
| | $1,978,249 | $798,239 | -60% | $43,822 | $147,175 | 236% | The Trade Desk |
| | $385,752 | $162,880 | -58% | $55,447 | $175,566 | 217% | Verizon Media DSP |
| | $752,062 | $316,373 | -58% | $111,676 | $204,235 | 83% | RTB House |
| | $491,502 | $72,628 | -85% | $90,066 | $216,938 | 141% | Quantcast |
| | $2,618,006 | $380,205 | -85% | $616,852 | $2,175,582 | 253% | Verizon Media DSP |

**Sources**: GOOG-AT-MDL-DATA-000066537 to -482007, GOOG-AT-MDL-DATA-000508827 to -58886, and GOOG-AT-MDL-DATA-000561536 to -4882 (AdX RFP 243 data)

**Notes:** An advertiser is listed if (i) their AdX gross revenue via Google Ads was at least $100,000 in the earlier year and decreased by more than 50% in the later year, and (ii) their AdX gross revenue via third-party buying tools was at least $100,000 in the later year and increased by more than 50% compared to the earlier year.