HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 21: U.S. Indirect Open Web Display (Non-Video) Advertiser Buying Tool Spending Shares, 2019-2022**

|  | From data productions | | | | Use exchange data to estimate the size of other buying tools | | | |
|---|---|---|---|---|---|---|---|---|
|  | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 |
| **DV360 & Google Ads** | **56%** | **55%** | **55%** | **53%** | **46%** | **45%** | **44%** | **40%** |
| **Google Ads** | **21%** | **23%** | **22%** | **21%** | **18%** | **19%** | **18%** | **16%** |
| **DV360** | **34%** | **32%** | **33%** | **32%** | **28%** | **26%** | **26%** | **24%** |
| ▮ | 4% | 2% | 2% | 1% | 3% | 2% | 1% | 1% |
| ▮ | 5% | 5% | 4% | 5% | 4% | 4% | 3% | 4% |
| ▮ | 3% | 2% | 2% | 2% | 3% | 2% | 1% | 1% |
| ▮ | 7% | 6% | 6% | 6% | 6% | 5% | 5% | 4% |
| ▮ | 17% | 21% | 22% | 24% | 14% | 17% | 18% | 18% |
| ▮ | 3% | 3% | 2% | 2% | 2% | 2% | 2% | 2% |
| ▮ | 5% | 6% | 6% | 6% | 4% | 5% | 5% | 5% |
| Other Buying Tools |  |  |  |  | 18% | 18% | 21% | 24% |

**Sources:** See Section X.A in the appendix