HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 22: U.S. Indirect Open Web Display (Non-Video) Exchange Spending Shares, 2019-2022**

|  | From data productions | | | | Use buying tool data to estimate the size of other exchanges | | | |
|---|---|---|---|---|---|---|---|---|
|  | **2019** | **2020** | **2021** | **2022** | **2019** | **2020** | **2021** | **2022** |
| **AdX** | **51%** | **52%** | **49%** | **47%** | **43%** | **42%** | **41%** | **38%** |
| ▮ | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| ▮ | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 1% |
| ▮ | 9% | 8% | 7% | 6% | 8% | 7% | 6% | 5% |
| ▮ | 8% | 8% | 8% | 9% | 7% | 6% | 7% | 7% |
| ▮ | 7% | 5% | 5% | 5% | 6% | 4% | 4% | 4% |
| ▮ | 7% | 8% | 10% | 11% | 6% | 7% | 8% | 9% |
| ▮ | 2% | 2% | 3% | 3% | 2% | 2% | 2% | 3% |
| ▮ | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| ▮ | 6% | 7% | 6% | 6% | 5% | 6% | 5% | 5% |
| ▮ | 4% | 4% | 6% | 6% | 3% | 3% | 5% | 5% |
| ▮ | 1% | 1% | 1% | 2% | 1% | 1% | 1% | 1% |
| Other Exchanges |  |  |  |  | 16% | 19% | 18% | 18% |

**Sources:** See Section X.A in the appendix