*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

**Figure 21. Share of Ad Impressions by ███ North America Brand, by Media Type, 2021Q3-2023Q2**



| | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 | 2022Q4 | 2023Q1 | 2023Q2 |
|---|---|---|---|---|---|---|---|---|
| Audio | - | - | - | - | - | 2.3% | 2.1% | 13.5% |
| Display | 4.1% | 7.5% | 6.3% | 4.9% | - | 42.3% | 87.5% | 19.9% |
| Video | 0.5% | 92.5% | 93.7% | 95.1% | 100.0% | 55.5% | 10.4% | 63.6% |

**Notes**:

[1] Data also include impressions for "Unknown Media Type." I include these data in my calculations, but not in the figure above. As such, the shares may not add up to 100% for each quarter across the media types presented above.

[2] Data also include impressions for "Tracking" ads, which I exclude from my analysis. These ads only help advertisers track clicks and impressions instead of delivering visible content. *See* "Ads overview," *Campaign Manager 360 Help*, available at https://support.google.com/campaignmanager/answer/2837647?hl=en.

[3] Based on impressions for users in the United States, for the advertiser named ████████

**Source**: Campaign Manager data produced as GOOG-AT-DOJ-DATA-000247044.

DTX-2106 Page 1 of 1