*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

**Figure 22. Share of Ad Impressions by ▮▮▮▮ Media Network, by Media Type, 2021Q3-2023Q2**



| | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 | 2022Q4 | 2023Q1 | 2023Q2 |
|---|---|---|---|---|---|---|---|---|
| Audio | - | - | - | - | - | - | - | 0.4% |
| Display | 15.2% | 78.0% | 83.3% | 63.4% | 24.0% | 37.7% | 35.5% | 47.6% |
| Video | 14.2% | 22.0% | 16.7% | 36.6% | 68.0% | 60.1% | 64.5% | 48.8% |

**Notes**:

[1] Data also include impressions for "Unknown Media Type." I include these data in my calculations, but not in the figure above. As such, the shares may not add up to 100% for each quarter across the media types presented above.

[2] Data also include impressions for "Tracking" ads, which I exclude from my analysis. These ads only help advertisers track clicks and impressions instead of delivering visible content. *See* "Ads overview," *Campaign Manager 360 Help*, available at https://support.google.com/campaignmanager/answer/2837647?hl=en.

[3] Based on impressions for users in the United States, for the advertiser named ▮▮▮▮▮▮▮▮▮▮ (MMN)."

**Source**: Campaign Manager data produced as GOOG-AT-DOJ-DATA-000247044.