**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Non-Party The New York Times Company ("The Times") has filed a motion to seal (ECF No. 1010) certain portions of two documents and a transcript attached as **Exhibits C and D** to The Times's Objections to the Public Use of Confidential Documents and Testimony (ECF Nos. 1009-3, 1009-4). Pursuant to Local Civil Rule 5, The Times hereby notifies the Parties and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal and may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: July 26, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By:  /s/ Jay Ward Brown
Jay Ward Brown (Va. Bar No. 34355)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1136
brownjay@ballardspahr.com

Demetri Brumis Blaisdell (*pro hac vice*)
The New York Times Company, Legal Department
620 Eighth Avenue
New York, NY 10018
(212) 556-7314
demetri.blaisdell@nytimes.com

*Counsel for Non-Party The New York Times Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2024, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

*/s/ Jay Ward Brown*
Jay Ward Brown (Va. Bar No. 34355)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1136
brownjay@ballardspahr.com