

WHAT ARE WE solving for? Paint big picture.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704804



# Census Business Context

**Where we are today:**

[redacted]

**Potential Revenue from initial Budget: $19.3M**
- Site direct buys to DV360: $9.3MM
- Additional Search: $5M
- Additional Programmatic: $5M

**Overall Addressable Summary:**
- Majority of upfront media investment is locked, was controlled by Julie Lee at Wavemaker. (~$60M to TV)
- We secured a majority of the digital budgets that have been allocated thus far, with majority going through DV360
- There appears to be as much as $100M that is forthcoming, with a significant portion earmarked for digital, based on conversations with Jack Benson (Y&R/Reingold) and Ali Ahmad (Census); "Digital has not been fully funded"
- Two Multicultural agencies, Culture One World (Hispanic) and TDW & Co. (Asian-American) have been given significant budget, with primary control over how it is allocated
- 49% of Census media dollars have to flow through small businesses, which includes Reingold and multicultural
- There are a number of states and cities (CA, NY, NYC, IL, WA) that are also spending significant money on 2020 Census outreach, and are primarily focused on reaching "Hard to Reach" populations and getting out the count

**Our Goal: Be the lead strategic, tech, and media partner for 2020 Census**

**Three Key Addressable Opportunities:**

| CENSUS: ~$100M | MULTICULTURAL: ~$20M | STATES: ~$80-$120M* |
|---|---|---|
| Focus on Census client and key decision makers to win lion's share. | Become THE partner for hard-to-reach audiences. | Become the go-to media partner and focus on Tier 1 states |

*Figure represents total Outreach budgets, and not necessarily total addressable media budgets

Google

Confidential + Proprietary

## Future Census Funding Addressable → ~$100M

**Key Clients** → Ali Ahmad (Census) , Jack Benson (Y&R/Reingold),  Alex Hughes (Y&R), potentially Julie Lee (Wavemaker) // **Influencer/Advocate:** Steven Buckner (Census), Karen Dunn Kelley (Commerce)
**What they care about** → Misinformation, Bad Actors, Equitable Reach, Political Optics, telling the story post-Census
**Current State of Play:**
**Census:** Our recent contacts with Steven Buckner and Ali Ahmad have had positive effects; we have introduced uncertainty about their current plan and they are interested in hearing our perspective.
They would like to have a "360 Census/Google meeting" with both Policy and Ads to discuss their biggest concerns and hearing our POV (Targeting Week of 8/12)
**Team Y&R Leadership:** Jack and Alex are supportive of our efforts to influence Census thinking; and can serve as powerful influencers *after* Census raises concerns internally
**Wavemaker (Julie Lee):** While Julie has kept us at arms length, she has read our initial POV and is open to continued discussion about potential "high-impact" media initiatives

| What needs to happen? | How will we get there? | Execution/engagement plan |
|---|---|---|
| **Census needs to believe they cannot successfully pull off the Census without Google's insight, expertise, and media** | - Convey to Census what an effective Google/Government relationship looks like (e.g. Elections, FDA, Healthcare), and establish ourselves as advisors and influencers (Policy and Ads)<br>- Build & present our POV on how Census to allocate their budget to maximize equitable reach and drive Census completes<br>- Clearly demonstrate the value and control their ad tech infrastructure delivers - position it as the premiere platform for ad dollars.<br>- Prove we are the partner to help Census tell its success story. | - Initial 360 meeting (week of 8/12); Goal is to establish a regular cadence for future 360 meetings, and understand timing/ decision process of $100M<br>- Present Google's existing media strategy and unfunded recommendations to Census (September)<br>- Secure meeting with Julie to present media strategy and unfunded recommendations (September)<br>- Measurement presentation, proposal, and discussion (September) |
| **Google establishes a regular cadence/partnership with the Census directly** | - Bi-weekly cadence leading up to Census launch:<br>  - Regular Policy Updates<br>  - Insights we're seeing that can inform Census strategy; Establishing Google is the conduit to misinformation (e.g. Google news volume, search by DMA)<br>- Two core narratives →<br>  - **Census:** you cannot reach these audiences and drive signups w/o Google<br>  - **Agencies:** Census narrative + media strategy and tactics | - Bi-weekly meeting with Buckner starting in September<br>- Bi-weekly cadence leading up to Census launch starting in September<br>- Establish monthly Alex / Courtney check-ins (mirror AARP) |
| **Google infuses operational excellence at every level of the Census effort** | - **Census:** Introducing the best practices we currently use across the Federal Government, articulating what "good" looks like (Buckner expressed interest in this already)<br>- **GMP Agency Training:** Getting Reingold/MCs the support they need to be set up for success (GMP and Creative) | - Initial Joint Strategy Session with Reingold (Mid August)<br>- DV360 trainings starting in September<br>- Creative meetings in September |

Google

Confidential + Proprietary



# Multicultural Addressable → ~$20M

**Key Clients →** Hispanic: Carlos + Duly at Culture One World // Asian: Tim Wang, Ed Chang @ TDW
**What they care about →** Reaching hard-to-reach audiences
**Google value prop →** Google is the most comprehensive solution to successfully reach these audiences and drive completes
**Google threats/weaknesses →** Losing to niche traditional multi-cultural partners - video networks, newspapers, magazines, radio, etc.
**Top Google Questions →** What do budgets look like across these segments? How are the MCs working with Reingold to execute? Is there an additional MC to focus on outside of Culture One World?

| What needs to happen? | How will we get there? | Execution/engagement plan |
|---|---|---|
| **The multicultural agencies see Google as the path to success for their respective audiences** | - Convey to agencies what a Google/Government relationship looks like, and how this is different than the NHTSA business (COW)<br>- Gain understanding of each agency's strategy and goals to establish prioritization - hypothesis: main focus will be on Hispanic and Asian<br>- Build and present POV on Google's comprehensive solutions for reaching hard-to-reach audiences<br>- Position Google as a potential conduit to Census leadership | - Culture One World discovery meeting (8/5)<br>**Goal:** to understand the MC/Reingold operating structure, their overarching goals and strategy; introduce our Spanish speaking language capabilities<br>- Have intro meeting with TDW (by 8/15)<br>- Present POV/Proposed Media plan to MCs (September) |
| **Google becomes a vital operational partner** | - Work with MCs to understand current capabilities, identify gaps and design and deliver a training plan to ensure MCs are ready to execute by Jan 2020<br>  - GMP trainings for MCs with hands on keyboard<br>  - Creative workshops (e.g. ABCDs of YouTube, Dynamic Creative Workshop) | - Establish bi-weekly cadence with Culture One World and TDW following initial discovery meetings (September)<br>- Coordinate joint training sessions (Beginning in September) |

Google

Confidential + Proprietary

## States Addressable → ~$100-$150M

**Key States → CA:** Ditas Katabe, Director, California Complete Count; Mercury Agency: Nicole Flotteron, Managing Director **Illinois:** Kia Coleman, Assistant Secretary, IL Human Services **NYC and NY State:** Julie Menin, Census Czar **Washington:** TBD
**What they care about →** Reaching hard-to-reach and Driving in-state Census completes
**Google value prop →** Top brand & performance solutions to get in front of HTR populations and drive in-state completes
**Google threats/weaknesses →** Losing to community outreach orgs, local media, and FB
**Google Questions →** What do top states' budgets look like, and what % will be going to media?

| What needs to happen? | How will we get there? | Execution/engagement plan |
|---|---|---|
| **Every Tier 1 state views Google as THE media expert.** | - Continue to understand the who the states are with significant outreach budgets<br>- Identify key end client and agency players for those states; introduce Google and convey what effective Google/Government relationship looks like, and establish ourselves as advisors<br>   - Position ourselves as key media advisors by providing RFP perspective<br>- Present our POV on how to get in front of hard-to-reach populations and drive state-level Census completes | - Initial Policy + Ads Call with California (Mercury) (8/6)<br>- Initial Discovery Meeting with Illinois (8/9)<br>- Engage NYC/NYS Government contacts (Mid-August)<br>- Engage CA State Government contacts (Mid-August)<br>- Engage WA State Government contacts (Mid-August) |
| **Establish 2-tier states structure:**<br>**Tier 1: Top ~5 Addressable**<br>**Tier 2: All other states and cities** | - For Tier 2 states: Design and deliver scalable media playbook that helps states execute on their individual digital outreach efforts | - Leverage conversations with Tier 1 states to understand common state/local level challenges<br>- Develop playbook and potential webinar to be posted on Census website |

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704808

## Near Term Activation Plan

### Now

**Census:**
- Set initial Census 360 Meeting (Sean)
- Develop 360 Meeting Strategy (Marco/Sean)
- Continue Development of Census Media and GMP POVs (Amy)
- Present High-Impact Opportunities to Julie Lee (Marco/Sean)
- Initial Joint Strategy Session with Reingold (Marco/Kevin/Sven/Amy)

**MultiCultural:**
- Initial Discovery Meeting with COW (Marco/Sean/Courtney)
- Set Initial TDW Meeting (Sean)

**States:**
- Conduct Initial Discovery Call with Mercury (Sven/Claudia)
- Initial Discovery Meeting with IL (Sven/Claudia/Sarah)
- Establish contact with NYC/NYS, WA, CA end client (Sven/Claudia)
- Additional research to identify Tier 1 States (Sven/Sarah)

### Next

**Census:**
- Develop Insights and Measurement POV (Danielle)
- Develop GMP Media Strategy (Kevin)
- Establish Regular Census Meeting Cadence (Sean)
- Establish regular briefing cadence with Y&R Leadership: Jack - (Marco/Sean) Alex - (Courtney)
- Present Census POV to Julie (Marco/Sean)

**MultiCultural:**
- Develop Multicultural POV (Amy and Google MC Team)
- Develop GMP Training Regimen (Kevin)

**States:**
- Develop State-level POV (Sven w/Amy)
- Establish contact with remaining Tier 1 states; Introduce RFP advice (Claudia/Sven)
- Build Tier 2 Playbook/Webinar (Amy)

### Later

**Census:**
- Deliver Census Media POV (Marco/Sean/Amy)
- Develop Census War Room Activation Strategy and Execution Plan (Marco/Kevin)

**Multicultural:**
- Present Multicultural POV (Marco/Sean)
- Begin Training Regimen (Kevin)

**States:**
- Present State-level POV to Tier 1 States (Claudia/Mike/Marco)
- Develop State-level Webinar (Amy/Mike)

Confidential + Proprietary

HIGHLY CONFIDENTIAL

