**From:** Scott Spencer <scottspencer@google.com>
**To:** Tom Jenen <tjenen@google.com>, Drew Bradstock <dbradstock@google.com>
**Subject:** Re: BB Elements and Admeld integration
**Cc:** Scott Beaumont <scottbeau@google.com>, Jerome Grateau <jgrateau@google.com>, Ben Barokas <bbarokas@google.com>, Mathew Burton <matthewburton@google.com>

Tom,
Thanks for the note.

Our 3rd party dynamic allocation feature is in very limited beta and we are not expanding it significantly at the moment. That said, it would be good to understand more about this particular opportunity. Specifically, who are the big publishers that we want to get from this integration? Our current approach is to go publishers by publisher rather than integrating with the tech provider given the deployment effort.

-scott

On Fri, May 18, 2012 at 6:13 AM, Tom Jenen <tjenen@google.com> wrote:

> Hi Scott,
> BB elements is Eastern Europe's largest homegrown adserver, with between 20 billion and 30 billion impressions per month. They have dominant concentrations in Poland and Czech Rep.
>
> We began integration discussions with them a year and a half ago, and now they're ready to begin building in and offering monetization solutions to their kit. Admeld is first on their list to integrate, not least because of our traction with the publishers and networks in the region but also the longstanding relationship. What we'd ideally like is to provide a real-time bid that allows dynamic competition for each of their impressions, much as we have implemented with SMART. That would allow us to fill any number of impressions that we want to. It would also lend strength to our independent monetization solution, which ideally would connect to each adserver and be able to address all of the quality impressions in Europe.
>
> Obviously there are a large number of monetization providers that will be too happy to integrate - AppNexus, Admeta, others are on their list. Is this something we can work on for Admeld and going forward for AdX?
>
> What would you recommend for a solution here?
>
> T
>
>
> ---------- Forwarded message ----------
> From: <Dagmar.Kramolisova@billboard.cz>
> Date: Thu, May 17, 2012 at 6:58 AM
> Subject: Fw: BB Elements and Admeld integration
> To: tjenen@google.com
>
>
> Dear Mr. Jenen,
>
> Greetings from the Czech Republic!
>
> I had been given your contact details from Mr. Matula with regards to follow up on the specifications which you had discussed with him last month. Could you please advise me on the status of the same?
>
> Than you for your reply in advance
>
> Wishing you a pleasant day
>
> Dagmar

Dagmar Kramolišová
Obchodní asistent / Sales Assistant

+420 553 615 555

**Internet BillBoard a.s.**
http://internet.billboard.cz



http://www.bbelements.com

```
----- Forwarded by Michal Matula/IBB/CZ on 14.05.2012 15:40 -----
From:    Tom Jenen <tjenen@google.com>
To:      Michal.Matula@billboard.cz
Cc:      Ben Barokas <bbarokas@google.com>, Brady Akers <bradyakers@google.com>, Jesse Clemmens <jclemmens@admeld.com>, Karel.Pavlicek@billboard.cz, Matthew Burton <mburton@admeld.com>, Nicole Pruess <npruess@admeld.com>
Date:    04.04.2012 16:42
Subject: Re: BB Elements and Admeld integration
```

Hi Michal,
I'm available for a call at 4pm UK/5pm CET, so we can have a Skype (I'm falk-tom) or G+ Hangout if you prefer. I believe Karel has all the integration docs so far, I'll see what I can find as well.

Thanks,
Tom

On Tue, Apr 3, 2012 at 4:04 PM, <Michal.Matula@billboard.cz> wrote:
Hi Tom,

I would suggest skype tomorrow afternoon if possible. I am pretty flexible till 5 p.m. CET so please suggest. If possible, please send me some integration details before that (I suppose you are using OpenRTB API? To what extent?)

Karel is travelling in Poland these days so he might not be able to join but I think I can manage myself for this initial talk.

looking forward to hearing from you

best

Michal


Michal Matula
Technický ředitel / CTO

**Internet BillBoard a.s.**
tel: +420 553 615 555

http://internet.billboard.cz/

CONFIDENTIAL

GOOG-AT-MDL-009762424

From: Tom Jenen <tjenen@google.com>
To: Karel.Pavlicek@billboard.cz
Cc: Matthew Burton <mburton@admeld.com>, Jesse Clemmens <jclemmens@admeld.com>, Brady Akers <bradyakers@google.com>, Nicole Pruess <npruess@admeld.com>, Michal.Matula@billboard.cz, Ben Barokas <bbarokas@google.com>
Date: 03.04.2012 15:03
Subject: Re: BB Elements and Admeld integration

Hi Karel,
It's great news. Maybe we can have a Skype or Hangout to discuss the integration and what our goals for the integration will be? We have a new process to follow internally now that the acquisition has happened, and I would love to add some detail so I can get it moving forward.

Let me know when works for you? Ideally this week as I'm out next week.

Thanks,
Tom

On Mon, Apr 2, 2012 at 3:45 PM, <Karel.Pavlicek@billboard.cz> wrote:
Hello Matt,
with little delay :-) could we start the integration.

Please could you contact our CTO Mr.Michal Matula he will coordinate it.

Thank you,
Karel


Karel Pavlicek
CEO

**Internet BillBoard a.s.**
tel: +420 553 615 555
mobil: ▓▓▓▓▓▓▓▓▓▓
http://internet.billboard.cz



From: Matthew Burton <mburton@admeld.com>
To: Karel.Pavlicek@billboard.cz,
Cc: Tom Jenen <tjenen@admeld.com>, Nicole Pruess <npruess@admeld.com>, Jesse Clemmens <jclemmens@admeld.com>
Date: 29.09.2011 20:50
Subject: Re: BB Elements and Admeld integration


Karel-
Just following up here to see if we can schedule some time to talk through the technical details.

Thanks,
Matt

2011/9/27 Matthew Burton <mburton@admeld.com>
Karel-

CONFIDENTIAL
GOOG-AT-MDL-009762425

I wanted to reach out and see if you had time later this week or next week to talk through the technical details of the integrations. Please let me know a couple times that work best for you.

All the best,
Matt


2011/9/16 Tom Jenen <tjenen@admeld.com>
Hi Karel,

I understand, it may seem strange. Of course, Google has not yet acquired Admeld, we are still independent. However, it makes sense to imagine life afterward ;-)

Admeld continues to create server integrations with a number of adservers, like SMART Adserver in France and Germany, Switch Adserver in UK, Glam and several others. For your clients, the advantage is that they can get an RTB offer on any ad impression, even premium-level impressions, for your adserver to decide whether to serve the RTB ad or its own campaign. For BB Elements, the integration offers you the ability to monetize any impression you see via Admeld's RTB capability - across all 30 billion of your impressions, if you like - and pass the revenue on to your adserving customers.

Of course, anyone can develop RTB capability, you don't need to work with Admeld for that. However, Admeld is connected to over 45 bidders, which represent hundreds of real-time buyers and agencies, and can bring quite a lot of strong demand to your users that may be difficult to get otherwise.

>From a data perspective, Admeld is not allowed to share your data with anyone else, for any purpose - It's quite secure from a competitive standpoint, even from Google.

I've cc:ed Matt Burton and Jesse Clemmens, who can set up a call around the technical integration and answer your questions, and Nicole Pruess, who is our director of platform partnerships in europe. Regarding the contract, let me know if you want this to be a standard integration for ARBO only, or if you want to consider offering this capability to your users on your own account, and I'll send you the appropriate document to look over.

And as always, let me know if you have any questions. I will be in Warsaw at some point in early October - perhaps we can meet there if you think you will be there around that time?

Thanks,
Tom


On Fri, Sep 16, 2011 at 9:29 AM, <Karel.Pavlicek@billboard.cz> wrote:
Hello Tom,
nice to hear from you again.

Please let us know what you will need from us on technical side and also what we should do on contractual side. I expect you are part of Google empire already so we would like to cover contractual part first.

Thank you and have a nice weekend,

Karel


**Karel Pavlicek**
CEO

**Internet BillBoard a.s.**
tel: +420 553 615 555
mobil: [redacted]
http://internet.billboard.cz

From:   Tom Jenen <tjenen@admeld.com>
To:     Marcin Przygoda <marcin.przygoda@arbointeractive.pl>

CONFIDENTIAL

GOOG-AT-MDL-009762426

Cc: Karel.Pavlicek@billboard.cz, Matthew Burton <mburton@admeld.com>, Nicole Pruess <npruess@admeld.com>
Date: 14.09.2011 18:58
Subject: Re: ARBO and Admeld cooperation

Hi Karel,

Nice to get back in touch with you - hope you've been well. We're excited to get back to our discussion of the server integration for BB Elements, and in this case, with the top network in Poland.

I'm cc:ing our integration team, Matt Burton (based in US) for the technical side, and Nicole Pruess for the media and platform management side.

Thanks very much - let me know if you have any thoughts or concerns.

All the best,

Tom


2011/9/14 Marcin Przygoda <marcin.przygoda@arbointeractive.pl>

Hi Karel


How are You doing?


I would like to inform you that ARBO is going to start working with Admeld in terms of RTB. Tom Jenen is our contact person for that.

At some point we would llike also to make some integration between our systems. I hope for good cooperation in this subject from all sides.


Pozdrawiam / Best regards
MP
--
Wysłane z Outlooka 2010/ Sent from Outlook 2010



--
Tom Jenen // Commercial Director, EMEA
*Admeld   *Butler House   177-178 Tottenham Court Road
London W1T 7NY  United Kingdom
Mobile: ███████████████         Fax: +44 (0)2072 062 080
Email: tjenen@admeld.com<https://mail.google.com/a/admeld.com/tjenen@admeld.com>

Follow @admeld and @tomjenen
www.admeld.com

WINNER – Best Advertising Technology Platform

2011 Digital Publishing Awards – UK Association of Online Publishers




--
Tom Jenen // Commercial Director, EMEA
*Admeld   *Butler House   177-178 Tottenham Court Road
London W1T 7NY   United Kingdom
Mobile: [redacted]           Fax: +44 (0)2072 062 080
Email: tjenen@admeld.com<https://mail.google.com/a/admeld.com/tjenen@admeld.com>


Follow @admeld and @tomjenen
www.admeld.com

WINNER – Best Advertising Technology Platform

2011 Digital Publishing Awards – UK Association of Online Publishers




--
Matt Burton
Product Manger, Admeld
Email: mburton@admeld.com



--
Matt Burton
Product Manger, Admeld
Email: mburton@admeld.com



--

| Tom Jenen | Commercial Director EMEA, Admeld | tjenen@google.com | +44 7887998916 |

CONFIDENTIAL                                                                                                                    GOOG-AT-MDL-009762428

Follow @admeld and @tomjenen
www.admeld.com

WINNER – Best Advertising Technology Platform
2011 Digital Publishing Awards – UK Association of Online Publishers

--

| Tom Jenen | Commercial Director EMEA, Admeld | tjenen@google.com | +44 7887998916 |

Follow @admeld and @tomjenen
www.admeld.com

WINNER – Best Advertising Technology Platform
2011 Digital Publishing Awards – UK Association of Online Publishers

--

Tom Jenen | Commercial Director EMEA, Admeld | tjenen@google.com | +44 7887998916
Follow @admeld and @tomjenen
www.admeld.com

WINNER – Best Advertising Technology Platform
2011 Digital Publishing Awards – UK Association of Online Publishers

CONFIDENTIAL

GOOG-AT-MDL-009762429