Message

| | |
|---|---|
| **From:** | Tobias Maurer [tmaurer@google.com] |
| **Sent:** | 11/27/2012 7:47:05 PM |
| **To:** | Charlie Vestner [charliev@google.com] |
| **CC:** | Bryan Rowley [browley@google.com]; Drew Bradstock [dbradstock@google.com]; Aitan Weinberg [aweinberg@google.com]; Scott Spencer [scottspencer@google.com]; Oren Zamir [oren@google.com]; Chip Hall [chiph@google.com]; Brad Bender [bradbender@google.com]; Aidan Booth [abooth@google.com] |
| **Subject:** | Re: Pitch Deck for Exchanges |
| **Attachments:** | AWBid Briefing for Exchanges2.pptx |

Yes, we're good. Attached is the final pitch deck that we used. You will find that we added the two slides you recommended. The meeting went well, Casale is happy to work with us and willing to put enough men power behind this to make sure they deliver on their end to achieve our timelines.

The only concern that was mentioned was related to us possibly going over 1k advertisers on remarketing further down the road (we did not mention numbers), which would require development effort to support this on their end. I'll write up a more detailed summary and share it with the working group.

Tobias

On Tue, Nov 27, 2012 at 1:53 PM, Charlie Vestner <charliev@google.com> wrote:
Do you guys have what you need for today?

We can discuss at 11 in a few mins but want to make sure you have what you need - at least the basics, in order to have a productive conversation. Look forward to hearing their feedback, perceptions, concerns, etc.

On Tue, Nov 27, 2012 at 6:40 AM, Bryan Rowley <browley@google.com> wrote:
+ Aidan

With respect to communicating that only RMKT is buying cross exchange, I agree with Drew that we need to be very upfront to make sure the market does get confused.

When talking with individual pubs I plan on discussing transacted and bidded CPM ranges perhaps breaking it out by GDN and not-GDN to get pubs interested but stay away from impressions and revenue. Whether it's an individual pub or an exchange wouldn't CPMs be obvious once transactions begin?

Talking with Drew yesterday, I would also like to have some names of top advertisers using remarketing in my back pocket if pubs seem skeptical when we try to pitch no channel conflict. I would not reveal any numbers.

On Tue, Nov 27, 2012 at 9:02 AM, Drew Bradstock <dbradstock@google.com> wrote:
Hi Aitan,

I spoke with Bryan Rowley and Pooja Kapoor and RMKT will definitely need a pitch deck for your work on closing private exchange and preferred deals with pubs. They will want to know why they should cut deals with you and what sort of demand and CPMs you will be bringing to them. Just stating that we're GDN wont cut it. For the AwBid deals the demand we will bring is sufficient to close the deal for all but Y! and Msft. Casale is an easy close as they are interested and I know Andrew Casale fairly well. Either way, its a good time to get used to selling GDN RMKT to pubs and practicing what we disclose.

We also want to be very specific that AwBid is GDN RMKT only. When we go to expand it to GDN then we can change our messaging. Having other exchanges running around at launching saying the full demand of GDN is buying against them will quickly lead to 'why buy on adx when we have the same demand and a cheaper rev share'. I know we'll likely get there eventually and our 2013 plan is to have a AdX yield mgmt offering that stands on it own without GDN demand being a big selling point. Until we cross that bridge I want to restrict our exchange comms to RMKT only so that we dont preemptively hurt AdX without any upside from full cross exchange support with GDN. Sound good?

Regards,
Drew

On 26 November 2012 18:56, Aitan Weinberg <aweinberg@google.com> wrote:

+brad
Hi guys. I would prefer we not share any of this.

We don't typically talk about these types of figures with anyone externally, and I would be particularly uncomfortable in sharing confidential data with exchanges who by their nature speak with every industry player.

I have not previously been involved with any exchange type conversations, so others please chime in if I'm being too conservative.

I could be wrong, but I would expect an exchange to be aware GDN is big with plenty of demand they'd get access to, no? If needed we can use public stats, like GDN (Google?) being ranked #1 in display?

Also, I'm not sure we want to be specific on plans for this being Remarketing only. On the flip side I know we've wanted to manage messaging closely that reaches pubs. Drew, do you already have something in mind for that?

(sent from mobile, please excuse typos. Galaxy Nexus)

On Nov 26, 2012 4:03 PM, "Charlie Vestner" <charliev@google.com> wrote:
Hi Drew and Tobias-

See slides 12-13 in the attached. Slides 5-10 may also be helpful but suspect Casale folks get the appeal of RMKT in general. The rest of the slides go into detail on specific solutions we have within RMKT. Any feedback or additional info sought, let me know.

To address your other questions - Aitan should comment on these responses:

- current sales volume is in the $800M annual run rate range but I don't believe we publish this stat or can share even with Casale. I believe we can say that Google has the largest RMKT business on the planet (more than 2x Criteo), and that we have 10s of thousands of advertisers using RMKT on GDN.

- average eCPM is about $3 and I believe this is OK to share in single exchange mtgs but Aitan should comment

- we have distribution of usage across all verticals - a little more in Retail than most but Retail is still only 20% of so, and Finance, Travel, Entertainment, etc are all big. Retail bids tend to be a little higher so would expect Casale to see more retail business than 20% but would not expect more than 40%, if I were betting on it.

Thanks

Charlie

On Mon, Nov 26, 2012 at 10:35 AM, Drew Bradstock <dbradstock@google.com> wrote:
Hi Gentlemen,

We also need guidance on:
- current sales volume
- average CPMs
- big vertical focus areas

Thanks,
Drew

On 26 November 2012 13:25, Tobias Maurer <tmaurer@google.com> wrote:
Hi Guys,

we are in need for GDN remarking slides. Please send over what you use to pitch the product right now. We have a meeting with Casale tomorrow morning 11am in Toronto. We currently don't have any slides, who can provide this?

Cheers

Tobias

On Wed, Nov 21, 2012 at 11:42 AM, Tobias Maurer <tmaurer@google.com> wrote:
Hi Aitan, hi Oren,

we are preparing a few slides that we can use to brief 3rd party exchanges on AWBid and sell them on the idea of allowing us to RTB on their exchange. Can you supply a few slides that answers the WHY question? What I'm looking for is a value proposition from the perspective of the likes of Casale in terms of reach numbers and demand.

Thanks,

Tobias

Tobias Maurer | Product Manager | tmaurer@google.com | 347-712-1297

Tobias Maurer | Product Manager | tmaurer@google.com | 347-712-1297

Drew Bradstock | Sr. Product Manager, DoubleClick Ad Exchange | dbradstock@google.com | 416-276-1795

Charlie Vestner
Director, Global Display Solutions | Google
[REDACTED] (mobile)

Drew Bradstock | Sr. Product Manager, DoubleClick Ad Exchange | dbradstock@google.com | 416-276-1795

--
Charlie Vestner
Director, Global Display Solutions | Google
[redacted] (mobile)

--

Tobias Maurer | Product Manager | tmaurer@google.com | 347-712-1297


Google
AWBid Briefing
11/27/2012
Drew Bradstock, Tobias Maurer

Google

# Agenda

- 11:00am - Arrival
- 11:15am - Introductions and Background
- 11:30am - Product Overview
- 12:00pm - Lunch
- 1:00pm - Business Development Discussion


Google
What is Google Remarketing?
Google Confidential and Proprietary 3


Google
Reach more users
Reach them quickly
And at scale
84%
of people on a typical remarketing list (within a month)
Instantly
Re-engage lost customers
500 million
users served hundreds of billions of impressions
Google Confidential and Proprietary 4

Google

# Google Remarketing solutions




### Customised audience
Customise your remarketing lists in creative ways. For example, you can show tailored ads to your abandoned shopping cart users.




### Efficient Bidding
With the Google auction, you only pay the minimum price for the highest position you can get given your bid and Quality Score




### Easy Ad Creation
Produce multiple creative messages through text ads, or use Display Ad Builder to make image or video ads for free.




### Auto-optimised bidding
Conversion optimiser can adjust bids by looking at your performance history and the combination of remarketing and contextual signals.




### Transparency
You have visibility into which sites your ads appear on. You can raise or lower bids based on site performance.




### Targeting optimisation
You can add other targeting methods, such as placements or topics to your campaign to reach people on certain sites.




### User controls
Mute This Ad for Display provides users with the ability to Mute ads which are shown on the Google Display Network.




### YouTube Remarketing
You can reach YouTube viewers who have interacted with or viewed your YouTube videos, and subscribed to your channel.


Google
What is AWBid?
Google Confidential and Proprietary 6

Google

## What is AWBid?

- Remarketing campaigns on GDN currently restricted to Google inventory
- AWBid (AdWords Cross Exchange Bidder) will allow advertisers to extend their remarketing campaigns to currently unavailable inventory
- Today 50% of AdX user list monetization through GDN
- We believe: opening this up to bidding competition will benefit all parties

Google

## What this means for Exchanges/SSPs

- Advertisers on Google build the biggest demand source in the world with the largest remarketing business (twice the size of our next competitor)
- Distribution of usage across all verticals (Retail, finance, Travel, Entertainment, …)
- Quality advertisers bidding to place ads
- Average CPM: $3.35 (with high bids around $7.5)*

*: in US


Google
Marketplace and Vision / Product Plan
• We believe we can double this in the near future and grow continuously in the long term
Performance
Inventory
Privacy
Ease of Use
Vertical Coverage
Google Confidential and Proprietary 9


Google
AWBid Roadmap
POC
Internal
Pilot V1
Launch V1
Q4
Q1
Q2
Q3
Q4
Google Confidential and Proprietary 10

Google

## Our Proposal

- Be early adaptor in strategic effort to evolve GDN into a cross-exchange platform
- Achieve higher CPM through GDN remarketing campaigns


Google
Thank you!
Google Confidential and Proprietary 12