**From:** Sunni Yuen <sunniy@google.com>
**To:** "Sara Walsh (Legal)" <sarawalsh@google.com>
**Sent:** Tue, 13 Oct 2015 11:22:06 -0400
**Subject:** Re: ATTY CLIENT PRIV -- fwd email from Hearst re: dynamic allocation in DFP
**Cc:** Scott Spencer <scottspencer@google.com>, Jonathan Bellack <jbellack@google.com>, Aparna Pappu <apappu@google.com>, Jim Giles <jimgiles@google.com>, Kenneth Rubenstein <krubenstein@google.com>



On Oct 13, 2015 7:29 AM, "Sara Ciarelli Walsh" <sarawalsh@google.com> wrote:



On Tue, Oct 13, 2015 at 1:55 PM, Kenneth Rubenstein <krubenstein@google.com> wrote:



Ken Rubenstein | Director, Legal | krubenstein@google.com | 212-565-7126

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

On Tue, Oct 13, 2015 at 6:52 AM, Jonathan Bellack <jbellack@google.com> wrote:

REDACTED - P...

-- Jonathan Bellack / jbellack@google.com
Director, Product Management / Publisher Ad Platforms

On Tue, Oct 13, 2015 at 9:41 AM, Scott Spencer <scottspencer@google.com> wrote:



REDACTED - PRIVILEGE



Regards,
-scott


On Mon, Oct 12, 2015 at 4:36 PM, Scott Spencer <scottspencer@google.com> wrote:

> Team,



> -scott

On Mon, Oct 12, 2015 at 10:04 AM, Jonathan Bellack <jbellack@google.com> wrote:



HIGHLY CONFIDENTIAL

-- Jonathan Bellack / jbellack@google.com
Director, Product Management / Publisher Ad Platforms

On Mon, Oct 12, 2015 at 9:57 AM, Jim Giles <jimgiles@google.com> wrote:



On Mon, Oct 12, 2015 at 8:21 AM, Jonathan Bellack <jbellack@google.com> wrote:



On Oct 12, 2015 8:17 AM, "Jim Giles" <jimgiles@google.com> wrote:



HIGHLY CONFIDENTIAL

On Sun, Oct 11, 2015 at 11:36 PM, Jonathan Bellack <jbellack@google.com> wrote:

> REDACTED - PRIVILEGE
>
> On Oct 11, 2015 11:30 PM, "Jonathan Bellack" <jbellack@google.com> wrote:
>
>> REDACTED - PRIVILEGE
>>
>> -- Jonathan Bellack / jbellack@google.com
>>   Director, Product Management / Publisher Ad Platforms
>>
>> On Sun, Oct 11, 2015 at 9:59 PM, Sunni Yuen <sunniy@google.com> wrote:
>>
>>> +Ken, pcounsel on ad blocking
>>>
>>> Privileged
>>>
>>> REDACTED - PRIVILEGE
>>>
>>> Cheers,

Sunni

Sunni Yuen | Corporate Counsel | Google Inc. | sunniy@google.com | 212-565-1233

On Sun, Oct 11, 2015 at 7:56 PM, Jonathan Bellack <jbellack@google.com> wrote:

> Thanks, Sara. This is enormously helpful.

-- Jonathan Bellack / jbellack@google.com
Director, Product Management / Publisher Ad Platforms

On Sun, Oct 11, 2015 at 7:12 PM, Sara Ciarelli Walsh <sarawalsh@google.com> wrote:

> Hi all,
> Thanks for looping me in.



REDACTED - PRIVILEGE

REDACTED - PRIVILEGE

Hope this helps.

I'm traveling for work this week but will be on email as much as possible.

Sara

ATTORNEY CLIENT PRIVILEGED

On Sun, Oct 11, 2015 at 3:25 PM, Jonathan Bellack <jbellack@google.com> wrote:



REDACTED - PRIVILEGE

-- Jonathan Bellack / jbellack@google.com
   Director, Product Management / Publisher Ad Platforms

On Sun, Oct 11, 2015 at 5:14 PM, Scott Spencer <scottspencer@google.com> wrote:

Privileged and Confidential.

REDACTED - PRIVILEGE

> REDACTED - PRIVILEGE

-scott

On Sun, Oct 11, 2015 at 3:29 PM, Jonathan Bellack <jbellack@google.com> wrote:

ATTORNEY CLIENT PRIVILEGED

> REDACTED - PRIVILEGE

---------- Forwarded message ----------
From: "Smith, Michael" <michaelsmith@hearst.com>
Date: Oct 11, 2015 1:50 PM
Subject: CONFIDENTIAL: Ad Blocking, CLEAN Ads by the Tech Lab
To: "scottspencer@google.com" <scottspencer@google.com>
Cc: "Klass, Gabby M" <gklass@hearst.com>, "Tom Shields" <tshields@appnexus.com>, "Jonathan Bellack" <jbellack@google.com>, "Scott Cunningham" <scott@iab.net>, "david.moore@xaxis.com" <david.moore@xaxis.com>

Scott, I hope you are well.

On Friday, Scott Cunningham and Dave Moore hosted a 90 minute conference call for the executive committee of the IAB Tech Lab. We discussed two topics: (1) Ad Blocking, and (2) Header Bidding. The latter became an understandably spirited discussion between Tom from Appnexus and Jonathan from Google. All productive from my perspective.

I would like to merge these two issues for your review and consideration. Also, I'm not including the entire executive committee here – instead I'm adding my EXCOM backup at Hearst, Gabby Klass, who attended the IAB Tech Lab September meeting on my behalf and is fluent with IAB Tech Labs mission, ad blocking, header bidding and Hearst's 'waterfall' based monetization.

Here is our logic and appraisal:

1. Google's DFP is the dominant ad server for publisher's in the US marketplace.

2. Google has configured the ad server to work in a more integrated

manner with its own ad exchange AdX

3. This has the unintended effect of preventing, technologically, the creation of a truly open RTB marketplace with 3rd party exchanges as follows:
   o The integration of DFP and AdX via dynamic allocation results in Google as the exclusive indirect demand source that can "see" (and then bid on) booked impressions

4. These inequities have led other exchanges (and therefore publishers) to develop workarounds that compromise user experience – heavy tag usage, pre-bidding - leading to higher load times, reduced mobile device battery life for consumers, increased data usage for consumer mobile plans, (see the excerpt below from Goldman's recent report on this matter)

5. Poor user experience for the above reasons cause consumers to block ads which leads publishers to ad even more ad tech to combat reduced serving volumes

6. If Google reconfigured DFP to permit open 3rd party auctions on all impressions, including through dynamic allocation, advertisers would reduce the number of exchanges through which it tries to purchase a single impression and publishers wouldn't have to install additional ad tech that worsens user experience just to increase yield on impressions

If this conjecture is accurate, is perhaps the solution to ad blocking cured if Google can somehow configure dynamic allocation to service 3rd party exchange systems in a manner comparable to the integration with AdX?

I would appreciate your perspective on this.

Thank you in advance,
Mike

HIGHLY CONFIDENTIAL
DOJ
GOOG-TEX-00117110



**From:** Jonathan Bellack <jbellack@google.com>
**Date:** September 30, 2015 at 8:24:45 AM EDT
**To:** "Smith, Michael" <michaelsmith@hearst.com>, Scott Spencer <scottspencer@google.com>
**Cc:** Scott Cunningham <scott@iab.net>, David Moore <david.moore@xaxis.com>, Anand Das <anand@pubmatic.com>, Kelly Petersen <kpetersen@tremorvideo.com>, Tom Shields <tshields@appnexus.com>, Srini Venkatesan <srini96@yahoo-inc.com>
**Subject: Ad Blocking, CLEAN Ads by the Tech Lab**

It is great that the IAB and the Tech Lab are stepping up here. I am adding Scott Spencer to this thread. If you don't know him, he is the founder of Google's Ad Exchange. He is now leading Google's work around ad blocking, as well as other critical issues like fraud / TAG, and SSL.

In general -- we are aligned that there needs to be a new standard, that it should be defined by the industry and not ad blockers, and that the IAB should be a big part of this process. We have some ideas in that direction already. That said, there are other parts of a response plan that we think are equally important to finding a successful new equilibrium. Scott (Spencer) can share more and would be happy to work with this group, and/or any of you directly.

On Tuesday, September 29, 2015, Smith, Michael <michaelsmith@hearst.com> wrote:

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00117111

Scott, thank you. What would be required to involve myself in this particular effort please: our private legal investigations continue as well as IAB Europe and others wanting to beat the drum in unison.

With kind regards,

Mike

**From:** Scott Cunningham <scott@iab.net>
**Date:** Tuesday, September 29, 2015 at 10:11 PM
**To:** David Moore <david.moore@xaxis.com>, Jonathan Bellack <jbellack@google.com>, Anand Das <anand@pubmatic.com>, Kelly Petersen <kpetersen@Tremorvideo.com>, Tom Shields <tshields@appnexus.com>, Hearst Magazines <michaelsmith@hearst.com>, Srini Venkatesan <srini96@yahoo-inc.com>
**Subject:** Ad Blocking, CLEAN Ads by the Tech Lab

Hi Folks.

I wanted to update you before our ExComm call on the Ad Blocking front and give you the latest from me, but also solicit some feedback.

There has been quite a bit of press lately as you know on Ad Blocking and on IAB's site discussing our initiatives in this space as well as announcing work groups to cover a few areas. It's been overwhelming actually.

We are highlighting all of the migration to HTML5 ads as a step in the direction to help User Experience, performance and security. We are referring to our endorsement of SSL/HTTPS

delivery. We are saying our ads are bloated, with too many data calls. We should only request an ad when in view. Even with many data calls, our engineering power in the industry should be used to imagine a better data collection process than all of the data

HIGHLY CONFIDENTIAL

calls.  What that is, I don't know.  As ExComm and Board, I think we should look at how that gets commissioned.

We are ready to beta test a detection script for publishers as announced today and I am looking at data from some publishers on their experience experimenting with user tolerance levels.  We have been evangelizing experimenting, and in some use cases, users are responding.  I urge all publishers to share, anonymously of course, any data they can share with me.  So please spread that to your network to provide this intelligence if they are willing.

I also had an hour long conversation with the Chairman of Eyeo GmbH <https://eyeo.com/> in Germany and they emailed me again today stating they are starting a standards board for all ad blockers who join them in the "acceptable" ads program.  To me this is like robbers forming a union.  And I will probably say that in the press when I am asked.

And our private legal investigations continue as well as IAB Europe and others wanting to beat the drum in unison.

This program has become bigger than Fraud or anything the IAB has faced I am sure.  Trying to synthesize all of the work that is happening, most of it in the Tech Lab.  The Tech Lab staff came up with a rallying name for the program.  Some principles built around our standards and best practices and how we are approaching Ad Blocking and most importantly User Experience.

It is called C.L.E.A.N. Ads

C:

Clutter Free Experience, Cross Screen

L:

Lean.  Standards should be light in file size with strict data call guidelines reducing latency.

E:

Encrypted. All supply chain transactions should be https compliant.

A:

Ad Choices Support. All Ads should support consumer opt out programs. (some don't want to conflate ad blocking with privacy, I get it. But we need to have more teeth to our programs too I believe.)

N:

Non – invasive/disruptive. Standards based Advertisements should not interfere with user experience. This includes covering of content and sound enabled by default.

Some of this we have already started with https, html5 ads. We need to kick the DAA in the ass a bit to up their game. And we need to think in terms of what it means to be clutter

free. All of this gets executed in Tech Lab work groups with releases on standards and guidelines. I am privately socializing this, but want to get feedback here first. It describes our work as a body in support of user experience while also supporting a ad supported, open world wide web with standards.

Thanks folks, and please share any thoughts on the CLEAN acronym or anything else you may have.

Scott

Scott Cunningham
General Manager, IAB Technology Laboratory

SVP Technology and Ad Operations, IAB

INTERACTIVE ADVERTISING BUREAU

116 East 27th Street, 7th Floor,
New York, New York 10016
Mobile ▓▓▓▓▓▓▓▓▓▓

Skype: Scott.Cunningham.Digital

http://www.iab.net/techlab

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00117114

--

-- Jonathan Bellack / jbellack@google.com
  Director, Product Management / Publisher Ad Platforms

--

-- Jonathan Bellack / jbellack@google.com
  Director, Product Management / Publisher Ad Platforms

--

Sara Ciarelli Walsh | Senior Competition Counsel | sarawalsh@google.com | 650-253-3791

--

Sara Ciarelli Walsh | Senior Competition Counsel | sarawalsh@google.com | 650-253-3791

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00117115