| | |
|---|---|
| **Message** | |
| From: | Bryan Rowley [browley@google.com] |
| Sent: | 2/9/2016 9:52:30 PM |
| To: | Bonita Stewart [bonita@google.com]; Chris LaSala [chrisl@google.com] |
| CC: | Cheryl Dauber [cdauber@google.com]; Abigail Trueblood [atrueblood@google.com]; Alesi Gerthe [agerthe@google.com]; Zoe Meharg [zoemeharg@google.com] |
| Subject: | Re: Materials for AWBid & Header Bidding Update |

The 5% is the POC rev share and the starting point for the internal conversations. The logic for 5% is that exchanges participating in Project Jedi will already be charging their own rev shares so we can't be too aggressive but we are incurring tech cost so we want to charge something.

There is a meeting on the calendar with the pricing team next week to discuss strategies going forward.

Happy to update VLs in any forum that makes sense.

Bryan

On Tue, Feb 9, 2016 at 4:26 PM Bonita Stewart <bonita@google.com> wrote:
perhaps we cover in the VL meeting and include the leadership team that week.

B

On Tue, Feb 9, 2016 at 4:23 PM, Chris LaSala <chrisl@google.com> wrote:
+Bryan
+Abby
+Cheryl

Hi Bonita,

Happy to give an update.  Dave G asked for the same thing.  We can either do together or in a VL meeting.

@Cheryl/Abby - can you please make a few recommendations on what would be best.  Happy to do it 2x, but if there is an opportunity to do it 1x that would be preferred.

As for revenue share, the product isn't being commercialized yet, and the 5% revenue share is not close to a firm decision (more of an 'idea').  This and next quarter is early alpha.  Bryan - keep me honest here.


On Tue, Feb 9, 2016 at 2:46 PM, Bonita Stewart <bonita@google.com> wrote:
Chris,

Do you have an updated deck that you or Bryan can walk my leadership team and VLs through on these topics?  Should include the agreements that were made with PMG.  Also why is demand syndication 95/5 when we have other rates for adx and PG at 80/20 and 90/10 respectively?

Bonita

On Wed, Jan 20, 2016 at 1:34 PM, Chris LaSala <chrisl@google.com> wrote:
Hi Team,

Please find here the relevant information for today's discussion.   If you have time to review the material in advance please do so.  However, we will walk through the slides in the meeting.

We are looking for guidance from PMG on the following questions:

- Does PMG endorse the plan for GDN to expand cross-exchange buying, including positioning GDN as a x-exchange buyer in the market for certain targeting types.
- Does PMG support the plan for DRX PM to test a proof of concept for Demand Syndication (auction of auctions)

We are looking forward to a robust discussion later today.

Chris & Bryan


lobal Programmatic Sell-Side Solutions    212-565-8801


pmg+unsubscribe@google.com                    pmg@google.com

https://groups.google.com/a/google.com/d/msgid/pmg/CA%2B788MtMHgcBtsJVHzNpAO%2BZbtBshLh5b5%2BaJ4WXj_zUqTbObA%40mail.gmail.com
https://groups.google.com/a/google.com/d/optout


Bonita C. Stewart | Vice President, Partnerships, Americas | bonita@google.com | Direct: 212.565.4052 Mobile: [redacted]


"This email may be confidential or privileged.   If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks."


--

Chris LaSala / Director, Global Programmatic Sell-Side Solutions / 212-565-8801 (office)

HIGHLY CONFIDENTIAL
GOOG-DOJ-07791791

--

| Bonita C. Stewart | Vice President, Partnerships, Americas | bonita@google.com | Direct: 212.565.4052 Mobile: ▇▇▇▇▇▇▇ |

"This email may be confidential or privileged.   If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks."

HIGHLY CONFIDENTIAL                                                                                                       GOOG-DOJ-07791792