Message
_____

| | |
|---|---|
| **From:** | Bryan Tracy [bryantracy@google.com] |
| **Sent:** | 5/8/2019 8:31:39 PM |
| **To:** | Rahul Srinivasan [rahulsr@google.com] |
| **CC:** | Giulio Minguzzi [gminguzzi@google.com]; Nancy Yoo [nyoo@google.com]; Nitish Korula [nitish@google.com]; Fabrizio Angelini [angelini@google.com]; George Levitte [glevitte@google.com]; Shiv Sinha [shivsinha@google.com]; Bryan Rowley [browley@google.com]; Brian Jankovsky [bjankovsky@google.com]; Allison Martucci [allimartucci@google.com]; Sam Cox [samcox@google.com] |
| **Subject:** | Re: Unified Pricing Followup: Watson Advertising's list of questions |

Hi Rahul -

Sure, please find a sampling below. Many of the questions were asked at the publisher event in April or piggyback off of questions raised during that event. I don't believe the comms doc has been updated since the event took place. It would be great if we could get access to more information about the data transfer file and data that will be shared during the testing phases in the comms doc or FAQ documents.

• Will publishers have access to the reserve price in the NetworkBackfillBids data transfer file? If not, is there a timeline when this piece of data will be made available?

• In the data transfer file, will Google provide the identity winners and full set of losers for each first price auction that we conduct?

• When exactly will 100% of bids be available in the NetworkBackfillBids data transfer file?

• What information and data do we plan to share during the 1% and 5% test phases and when do we plan to share it?

• Will an API be made available to adjust unified price floors? If so, when?

• The buy side will have time to adapt to 1st price including bid shading. What data will publishers have access to prior to the flip to 100% first price auctions?

• DV360 must have enhanced their algorithm to bid into other SSPs who have moved to 1st price auctions, what has been the outcome we can come to expect?

• In AdX's 2nd price auction today, what is the average reduction between 1st and 2nd price? How does this compare to the average reduction from bid shading? This can help us identify if we will be net-negative in terms of CPMs

Nitish - thanks again for making yourself available to join the meeting on Monday. We will follow up separately with the deck and agenda.

Thanks,
Bryan


**From:** Rahul Srinivasan <rahulsr@google.com>
**Date:** Mon, May 6, 2019 at 10:06 PM
**To:** Giulio Minguzzi, Nancy Yoo
**Cc:** Bryan Tracy, Nitish Korula, Fabrizio Angelini, George Levitte, Shiv Sinha, Bryan Rowley, Brian Jankovsky, Allison Martucci, Sam Cox

+Nancy Yoo

Thanks Bryan! Would you please be able to highlight the questions that you think aren't covered in the comms doc and FAQs to Giulio and Fabrizio when you get a chance, so that we can improve our documentation?

HIGHLY CONFIDENTIAL

On Mon, May 6, 2019 at 3:21 PM Giulio Minguzzi <gminguzzi@google.com> wrote:
Hi Bryan,

I will be travelling to EMEA User groups, so unlikely I'll be able to join the meeting.
I am happy to help tackle some of the questions before then.

**From:** Bryan Tracy <bryantracy@google.com>
**Date:** Mon, May 6, 2019 at 3:20 PM
**To:** Nitish Korula
**Cc:** Rahul Srinivasan, Giulio Minguzzi, Fabrizio Angelini, George Levitte, Shiv Sinha, Bryan Rowley, Brian Jankovsky, Allison Martucci, Sam Cox

Hi Nitish - that's great news, thank you. Just sent the calendar invite.

Giulio - please let us know when you have a chance.

Thanks,
Bryan

On Mon, May 6, 2019 at 3:08 PM Nitish Korula <nitish@google.com> wrote:
I will be able to join on 5/13, but could you please send out a calendar invite as soon as possible to block the time, even if we're still finalizing some event details?

Thanks,
Nitish


On Mon, May 6, 2019 at 12:01 PM Bryan Tracy <bryantracy@google.com> wrote:
Hi Rahul -
Thanks for the feedback. We would need either you or Nitish to join. Weather mentioned that they were only able to make it through one third of their questions on the previous call. We would be looking to close out the remaining questions that engagement and address any additional questions. Our account team would not expect  to require additional support from PM and Eng in follow up meetings prior to the 1% and 5% tests rolling out. Weather is one of the top two Google Ad Manager partners in terms of annual run rate and is more exposed to the change than most other partners. Our contacts have been asking many questions that are not covered in comms docs or FAQs and we would need more product / eng expertise in order to make it a productive meeting.

If you can't make it, we should be okay if we have Nitish, Giulio and Fabrizio in attendance. Nitish / Giulio - would you be able to join?

Thanks,
Bryan

On Mon, May 6, 2019 at 11:12 AM Rahul Srinivasan <rahulsr@google.com> wrote:
Thanks Bryan! I unfortunately will not be available to join on 5/13 -- I'll most likely be OOO. Do you think that their most pressing concerns (which required PM/eng input) were addressed on the 1 hour call we had a couple of weeks back? Happy to do another call if needed, but if you think most of the remaining questions/issues are addressable by the account team at this point, I'd prefer we use that route for now, and we can set up a follow up call with PM/eng a month or so later.

On Mon, May 6, 2019 at 10:11 AM Bryan Tracy <bryantracy@google.com> wrote:

HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-13495461

Good morning Giulio and Fabrizio - we have compiled responses to questions from Weather here. Would you mind reviewing and making any revisions or suggestions as you see fit? Just want to make sure we are all aligned on the responses before sharing with Weather.

Rahul and Sam - we have scheduled a meeting with Weather in the Google offices on Monday, 5/13 from 3 - 5 pm as a follow up discussion on Unified Price Rules with their larger team of 15-20 people. Are you available to join the meeting?

We don't expect it to last two hours but we have blocked off the time so we don't lose the room or run out of time. Most attendees from Weather will be in the room. Our goal is to cover the subject with their wider team and then go deeper. It will be valuable in continuing to make Weather comfortable with this transition and address the remaining concerns. They mentioned that their ads business is ~$350 MM annually and they are anxious about understanding the potential impact and preparing for it as best they can.

Please let us know.

Thanks,
Bryan

On Wed, Apr 24, 2019 at 5:56 PM Rahul Srinivasan <rahulsr@google.com> wrote:
 +George Levitte

 On Wed, Apr 24, 2019 at 4:59 PM Rahul Srinivasan <rahulsr@google.com> wrote:
  Great, thanks Bryan!

  On Wed, Apr 24, 2019 at 4:51 PM Bryan Tracy <bryantracy@google.com> wrote:
  +Shiv Sinha

  Hi Rahul -
  Sounds good, will do. Thanks to you, Sam, George and Noam for making yourselves available to engage more deeply with Weather. We appreciate the candor and willingness to talk through the transition closely with our contacts.

  We put together a doc of open questions and notes from Weather last week and will continue to build it out with the new/updated questions from Felix.

  We will follow up and comment you into the doc where relevant.

  Thanks,
  Bryan

  On Wed, Apr 24, 2019 at 3:55 PM Rahul Srinivasan <rahulsr@google.com> wrote:
   -Weather
   +Giulio Minguzzi +Fabrizio Angelini +Nitish Korula +Bryan Rowley fyi

   Allison/Bryan, I think some of these questions are covered in the comms doc and FAQ doc that Giulio has put together, but some aren't. Would you be able to take the lead on the responses? Happy

GOOG-DOJ-13495462

to review, and please feel free to pull in Giulio, Fabrizio and me in the your response doc, for questions that aren't covered/ need nuanced responses. Thank you for setting up the call yesterday!

On Wed, Apr 24, 2019 at 2:53 PM Felix Zeng <fzeng@us.ibm.com> wrote:
Brian, Sam, Alli, Bryan and Rahul,


Thank you and your team for your time yesterday. We agreed that this is a once in a decade change and we are concerned about its impact on our large Programmatic business. We want to collaborate on improvements before the changes are fully roll out.

Our collective questions are below. I included ones that we asked on the call and Google's answers in italics so Google can confirm our understandings are correct.

After we receive your responses, we can set up a time to talk about the outstanding questions.

Best,
Felix


A. Capabilities for Publishers:

1. Are we still able to floor Advertisers AND DSPs? *No, floor by advertisers but it would be the same price across all DSPs.*


2. Can we make the bid data available earlier? Where can our Data team go to grab this data? *Yes, google will work with us in a separate meeting.*


3. Google will change the floors depending on reserved price, enhanced dynamic allocation, etc… Do publishers have access to these to inflated prices? *No, but Rahul will talk to the engineers.*

If our goal is transparency, then if these prices are passed to the buyside then we need to see these prices passed to the sellside also.


4. If the inflated pricing is not available to publishers, we need a toggle to turn off enhanced dynamic allocation. We want transparency so inflated prices based on EDA takes away from transparency.

HIGHLY CONFIDENTIAL

5. Preferred deals-Why give Google Preferred deals absolute priority if all must be equal? *Sam is open if the other exchanges don't flag every impression as preferred deals. Also if the exchanges don't artificially lift bids.*

6. If Google is concerned with other exchanges adjusting bids, why would Google roll out this package if bid shading is available on the buyside? For a transparent and a fair ecosystem, we cannot bid shade on the buyside as well. The system cannot be sustainable if bids are adjusted on the buyside by platform (Rubicon has EMR but Index doesn't) but publishers have no means to adjust floors by platform.

7. Can we get fully transparent reporting around dynamic allocation and first look as part of this move towards fairness and transparency?

8. Google confirmed for the time being there is nothing on the roadmap to provide any insights while we are testing 1st price on 1-5% of data. Is there any way we can at least get ad hoc reporting? It will be helpful so when we do go 100% first price we are pricing the floors with some direction.

9. Can Google include header bidder bid density data via line item rates in their bid landscape report? *No, Google don't have any data from headers. Can Google provide the winning bid and the identity of the header given Google owns Admanager 360 so the winner and the winning bid is known.*

10.      Will Google provide the identity of both winners and losers for auctions by impression?

11.      Rollout is 1% until May or 1% in April?

12.      This was rolled out to some publishers in beta. What were some of the major issues and what are the outstanding issues?

13.      Google is making this move for market transparency and efficiency. It seems as though this move is more to favor the buyside and the publisher side seems to be left completely out. The

HIGHLY CONFIDENTIAL

GOOG-DOJ-13495464

buyside will have time to adapt to 1st price including bid shading. We would at minimum need at least ad hoc reporting during the testing phase in order to have some direction to how we should price day 1.

B: Buyside of the changes:

1. Will the bid landscape and 100% of the bids info be available for Adwords? *Yes, that will be available.*

2. AdX will be shading bids to ease the buyside into 1st price auction, what is the average % the bids will be shaded by?

3. What determines how much the bid will be shaded by?

4. Can you provide any insight as to how the floor impacts the bid shading algorithm?

5. DV360 must have enhanced their algorithm to bid into other SSPs who have moved to 1st price auctions, what has been the outcome we can come to expect?

6. In AdX's 2nd price auction today, what is the average reduction between 1st and 2nd price? How does this compare to the average reduction from bid shading? This can help us identify if we will be net-negative in terms of CPMs

7. Does the buyside have access to the 1-5% rollout information to adjust their bids? If they do, why do they have ramp up time but publishers must wait until 100% in July to see the effects?

8. The buyside offers bid shading tools so transparency seems to be going one sided because how is google making sure the bid that makes into the exchange is the raw bid and not a bid that has been shaded?


C. Fairness in the marketplace

1. Will Google flow adwords demand to other SSPs given Google is asking all SSPs to flow their demand through EBDA?

a. If Buyers are looking for SPO then we should make every exchange fair with all the demand.

2. Rumor that Google requires all headers to also run in EBDA? If thats true- will you waive the 5% upcharge to use EBDA?

GOOG-DOJ-13495465

Thank you,

**Felix Zeng**
Head of Programmatic Sales
Watson Advertising
(212) 798-5861 Office
fzeng@us.ibm.com

IBM **Watson**

--

- **Bryan Tracy**
- Revenue Lead, Global Partnerships
212-565-3125 office
            mobile
**bryantracy@google.com**

--

- **Bryan Tracy**
- Revenue Lead, Global Partnerships
212-565-3125 office
            mobile
**bryantracy@google.com**

--

- **Bryan Tracy**
- Revenue Lead, Global Partnerships
212-565-3125 office
            mobile
**bryantracy@google.com**

HIGHLY CONFIDENTIAL                                                    GOOG-DOJ-13495466

--

- **Bryan Tracy**
- Revenue Lead, Global Partnerships
  212-565-3125 office
  ██████████mobile
  **bryantracy@google.com**

--

**Giulio Minguzzi**

gminguzzi@google.com

--

- **Bryan Tracy**
- Revenue Lead, Global Partnerships
  212-565-3125 office
  ██████████ mobile
  **bryantracy@google.com**

HIGHLY CONFIDENTIAL

GOOG-DOJ-13495467