**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

UNITED STATES, et al.,          )
                                     )
                Plaintiffs,       )
        v.                     )     No. 1:23-cv-00108-LMB-JFA
                                     )
GOOGLE LLC,              )
                                     )
               Defendant.     )

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS AND**
**PLAINTIFFS' SUBMISSION OF FAIRNESS DESIGNATIONS**

Plaintiffs, by and through undersigned counsel, file their objections to Google's counter-designations (ECF No. 919), and submit Plaintiffs' fairness designations attached hereto as Exhibits 1 and 2, in accordance with this Court's Order of June 24, 2024 (ECF No. 871). The "Confidentiality" column refers to designations under the operative Protective Order, *see* ECF No. 203, and does not reflect Plaintiffs' views as to whether any portion of a particular deposition should remain under seal at trial.

(See following page for signatures.)

1

Dated: July 26, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
MICHAEL J. FREEMAN
AARON M. TEITELBAUM
JEFFREY G. VERNON

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington DC 20530
Telephone: (202) 307-0077
Facsimile: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

Attorneys for the United States

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of
Virginia and local counsel for the
States of Arizona, California,
Colorado, Connecticut, Illinois,
Michigan, Minnesota, Nebraska,
New Hampshire, New Jersey, New York,
North Carolina, Rhode Island,
Tennessee, Washington, and West
Virginia