# Exhibit 2

## Identification of Plaintiffs' Fairness Designated Deposition Testimony

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 4 | 73 | 6 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 9 | 73 | 9 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 11 | 73 | 13 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 79 | 8 | 79 | 19 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 79 | 20 | 79 | 23 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 80 | 23 | 81 | 4 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 81 | 6 | 81 | 7 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 82 | 19 | 82 | 20 | Public |
| James Avery | 2023.08.16 | Litigation | Yes | 85 | 2 | 85 | 8 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Brad Bender | 2020.10.16 | CID | No | 90 | 18 | 90 | 20 | Highly Confidential |
| Brad Bender | 2020.10.16 | CID | No | 141 | 14 | 141 | 16 | Highly Confidential |
| Brad Bender | 2020.10.16 | CID | No | 155 | 16 | 155 | 24 | Highly Confidential |
| Brad Bender | 2020.10.16 | CID | No | 160 | 3 | 160 | 15 | Highly Confidential |
| Brad Bender | 2020.10.16 | CID | No | 227 | 12 | 227 | 21 | Highly Confidential |

**United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)**

**Plaintiffs' Fairness Designations**

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **DOJ Fairness Designation Page From** | **DOJ Fairness Designation Line From** | **DOJ Fairness Designation Page to** | **DOJ Fairness Designation Line to** | **Party Confidentiality as of 2024.07.26** |
|---|---|---|---|---|---|---|---|---|
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 154 | 2 | 155 | 6 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 144 | 2 | 144 | 12 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 144 | 19 | 145 | 1 | Highly Confidential |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 151 | 10 | 153 | 21 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Andrew Casale | 2023.09.26 | Litigation | Yes | 39 | 2 | 39 | 5 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 39 | 8 | 39 | 10 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 102 | 18 | 102 | 20 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 124 | 17 | 125 | 2 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 162 | 6 | 162 | 14 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 199 | 5 | 199 | 14 | Public |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 200 | 25 | 201 | 6 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **DOJ Fairness Designation Page From** | **DOJ Fairness Designation Line From** | **DOJ Fairness Designation Page to** | **DOJ Fairness Designation Line to** | **Party Confidentiality as of 2024.07.26** |
|---|---|---|---|---|---|---|---|---|
| Sam Cox | 2020.10.26 | CID | No | 66 | 23 | 67 | 20 | Highly Confidential |
| Sam Cox | 2020.10.26 | CID | No | 77 | 15 | 78 | 24 | Highly Confidential |
| Sam Cox | 2020.10.26 | CID | No | 80 | 14 | 80 | 22 | Highly Confidential |
| Sam Cox | 2020.10.26 | CID | No | 29 | 4 | 29 | 15 | Highly Confidential |
| Sam Cox | 2020.10.26 | CID | No | 242 | 10 | 242 | 15 | Highly Confidential |
| Sam Cox | 2020.10.26 | CID | No | 280 | 14 | 280 | 19 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Omri Farber | 2023.09.18 | Litigation | Yes | 140 | 1 | 140 | 16 | Highly Confidential |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 1 | 141 | 2 | Public |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 4 | 141 | 7 | Highly Confidential |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 9 | 141 | 10 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

Plaintiffs' Fairness Designations

| __Witness__ | __Date of Deposition__ | __CID or Litigation Deposition__ | __Video of Deposition (Y/N)__ | __DOJ Fairness Designation__ | __DOJ Fairness Designation__ | __DOJ Fairness Designation__ | __DOJ Fairness Designation Line to__ | __Party Confidentiality as of 2024.07.26__ |
|---|---|---|---|---|---|---|---|---|
| Donald Harrison | 2021.10.19 | CID | Yes | 233 | 25 | 234 | 8 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 129 | 18 | 129 | 23 | Highly Confidential |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 159 | 11 | 159 | 21 | Public |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 202 | 21 | 203 | 4 | Highly Confidential |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 203 | 5 | 203 | 9 | Public |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 211 | 8 | 211 | 16 | Highly Confidential |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 226 | 20 | 227 | 1 | Public |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 245 | 23 | 245 | 24 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Woojin Kim | 2021.03.30 | CID | No | 46 | 15 | 46 | 19 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 101 | 11 | 101 | 18 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 105 | 2 | 105 | 3 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 109 | 2 | 109 | 8 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 125 | 5 | 125 | 8 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 131 | 21 | 131 | 22 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 148 | 12 | 148 | 15 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 158 | 25 | 159 | 4 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 192 | 22 | 193 | 2 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 238 | 3 | 238 | 8 | Highly Confidential |
| Woojin Kim | 2021.03.30 | CID | No | 242 | 23 | 243 | 4 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **DOJ Fairness Designation Page From** | **DOJ Fairness Designation Line From** | **DOJ Fairness Designation Page to** | **DOJ Fairness Designation Line to** | **Party Confidentiality as of 2024.07.26** |
|---|---|---|---|---|---|---|---|---|
| Nitish Korula | 2023.11.14 | Litigation | Yes | 60 | 9 | 60 | 11 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Luke Lambert | 2023.08.29 | Litigation | Yes | 63 | 2 | 63 | 4 | Highly Confidential |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 116 | 16 | 116 | 19 | Highly Confidential |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 243 | 16 | 243 | 18 | Highly Confidential |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 253 | 2 | 253 | 3 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
**Plaintiffs' Fairness Designations**

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **DOJ Fairness Designation Page From** | **DOJ Fairness Designation Line From** | **DOJ Fairness Designation Page to** | **DOJ Fairness Designation Line to** | **Party Confidentiality as of 2024.07.26** |
|---|---|---|---|---|---|---|---|---|
| Chris LaSala | 2023.08.16 | Litigation | No | 104 | 18 | 104 | 20 | Confidential |
| Chris LaSala | 2023.08.16 | Litigation | No | 104 | 23 | 104 | 25 | Confidential |
| Chris LaSala | 2023.08.16 | Litigation | No | 105 | 2 | 105 | 10 | Confidential |
| Chris LaSala | 2023.08.16 | Litigation | No | 190 | 4 | 190 | 17 | Highly Confidential |
| Chris LaSala | 2023.08.16 | Litigation | No | 217 | 13 | 217 | 24 | Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Max Loubser | 2021.04.21 | CID | No | 148 | 12 | 148 | 14 | Highly Confidential |
| Max Loubser | 2021.04.21 | CID | No | 148 | 18 | 148 | 25 | Highly Confidential |
| Max Loubser | 2021.04.21 | CID | No | 209 | 24 | 210 | 6 | Highly Confidential |

13

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **DOJ Fairness Designation Page From** | **DOJ Fairness Designation Line From** | **DOJ Fairness Designation Page to** | **DOJ Fairness Designation Line to** | **Party Confidentiality as of 2024.07.26** |
|---|---|---|---|---|---|---|---|---|
| David A. Minkin | 2023.09.22 | Litigation | Yes | 226 | 23 | 227 | 3 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 120 | 8 | 120 | 11 | Public |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 129 | 22 | 130 | 24 | Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 132 | 3 | 133 | 7 | Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 134 | 23 | 135 | 2 | Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 197 | 8 | 197 | 11 | Highly Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 215 | 15 | 219 | 3 | Highly Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 231 | 2 | 233 | 3 | Highly Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 235 | 10 | 235 | 22 | Highly Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 243 | 22 | 243 | 23 | Public |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 246 | 3 | 246 | 7 | Highly Confidential |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 247 | 20 | 247 | 23 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| __Witness__ | __Date of Deposition__ | __CID or Litigation Deposition__ | __Video of Deposition (Y/N)__ | __DOJ Fairness Designation Page From__ | __DOJ Fairness Designation Line From__ | __DOJ Fairness Designation Page to__ | __DOJ Fairness Designation Line to__ | __Party Confidentiality as of 2024.07.26__ |
|---|---|---|---|---|---|---|---|---|
| Aparna Pappu | 2023.11.02 | Litigation | Yes | 38 | 17 | 38 | 21 | Confidential |

16

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Todd Parsons | 2023.09.08 | Litigation | Yes | 164 | 3 | 164 | 12 | Highly Confidential |
| Todd Parsons | 2023.09.08 | Litigation | Yes | 204 | 12 | 204 | 24 | Highly Confidential |
| Todd Parsons | 2023.09.08 | Litigation | Yes | 207 | 13 | 207 | 14 | Highly Confidential |

17

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Bryan Rowley | 2021.07.27 | CID | Yes | 99 | 17 | 99 | 22 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Michael Shaughnessy | 2023.08.09 | Litigation | Yes | 35 | 11 | 35 | 13 | Public |
| Michael Shaughnessy | 2023.08.09 | Litigation | Yes | 35 | 15 | 35 | 15 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Vlad Sinaniyev | 2023.11.16 | Litigation | Yes | 112 | 20 | 112 | 25 | Highly Confidential |
| Vlad Sinaniyev | 2023.11.16 | Litigation | Yes | 225 | 1 | 225 | 4 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Adam Soroca | 2023.08.31 | Litigation | Yes | 98 | 22 | 99 | 4 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 99 | 5 | 99 | 7 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 99 | 9 | 99 | 12 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 110 | 9 | 110 | 11 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 110 | 22 | 111 | 1 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 111 | 3 | 111 | 3 | Public |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 183 | 1 | 183 | 3 | Public |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Scott Spencer | 2021.08.12 | CID | Yes | 86 | 9 | 86 | 16 | Highly Confidential |
| Scott Spencer | 2021.08.12 | CID | Yes | 129 | 22 | 130 | 10 | Highly Confidential |
| Scott Spencer | 2021.08.12 | CID | Yes | 126 | 17 | 127 | 9 | Highly Confidential |
| Scott Spencer | 2021.08.12 | CID | Yes | 157 | 22 | 158 | 5 | Highly Confidential |
| Scott Spencer | 2021.08.12 | CID | Yes | 158 | 20 | 160 | 1 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Fairness Designations**

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Bonita Stewart | 2021.05.17 | CID | Yes | 137 | 19 | 138 | 4 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)
Plaintiffs' Fairness Designations

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | DOJ Fairness Designation Page From | DOJ Fairness Designation Line From | DOJ Fairness Designation Page to | DOJ Fairness Designation Line to | Party Confidentiality as of 2024.07.26 |
|---|---|---|---|---|---|---|---|---|
| Alok Verma | 2021.07.21 | CID | Yes | 148 | 23 | 149 | 2 | Highly Confidential |
| Alok Verma | 2021.07.21 | CID | Yes | 153 | 5 | 153 | 10 | Highly Confidential |
| Alok Verma | 2021.07.21 | CID | Yes | 307 | 19 | 307 | 25 | Highly Confidential |