IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**GOOGLE LLC'S NOTICE OF FILING**

As directed by the Court (Dkt. Nos. 547 & 871) Defendant Google LLC ("Google") has objected to the public use of certain trial exhibits (Dkt. No. 985). Notice is given of the filing of **REDACTED EXHIBITS** attached hereto.

Dated: July 26, 2024.                    Respectfully submitted,

*Of Counsel for Google LLC:*             /s/ *Craig C. Reilly*
                                         Craig C. Reilly (VSB # 20942)
Eric Mahr (*pro hac vice*)               THE LAW OFFICE OF
Andrew Ewalt (*pro hac vice*)             CRAIG C. REILLY, ESQ.
Julie Elmer (*pro hac vice*)             209 Madison Street, Suite 501
Justina Sessions (*pro hac vice)*        Alexandria, VA 22314
Lauren Kaplin (*pro hac vice*)           Telephone: (703) 549-5354
Jeanette Bayoumi (*pro hac vice*)        Facsimile: (703) 549-5355
Claire Leonard (*pro hac vice*)          craig.reilly@ccreillylaw.com
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS                    Karen L. Dunn (*pro hac vice*)
DERINGER US LLP                          Jeannie H. Rhee (*pro hac vice*)
700 13th Street, NW, 10th Floor          William A. Isaacson (*pro hac vice*)
Washington, DC 20005                     Joseph Bial (*pro hac vice*)
Telephone: (202) 777-4500                Amy J. Mauser (*pro hac vice*)
Facsimile: (202) 777-4555                Martha L. Goodman (*pro hac vice*)
eric.mahr@freshfields.com                Bryon P. Becker (VSB #93384)
                                         Erica Spevack (*pro hac vice*)
Daniel Bitton (*pro hac vice*)           PAUL, WEISS, RIFKIND, WHARTON &
AXINN, VELTROP & HARKRIDER LLP           GARRISON LLP
55 2nd Street                            2001 K Street, NW
San Francisco, CA 94105                  Washington, DC 20006-1047
Telephone: (415) 490-2000                Telephone: (202) 223-7300
Facsimile: (415) 490-2001                Facsimile (202) 223-7420
dbitton@axinn.com                        kdunn@paulweiss.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)             Meredith Dearborn (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)     PAUL, WEISS, RIFKIND, WHARTON &
AXINN, VELTROP & HARKRIDER LLP           GARRISON LLP
1901 L Street, NW                        535 Mission Street, 24th Floor
Washington, DC 20036                     San Francisco, CA 94105
Telephone: (202) 912-4700                Telephone: (646) 432-5100
Facsimile: (202) 912-4701                Facsimile: (202) 330-5908
bjustus@axinn.com                        mdearnborn@paulweiss.com


                                         *Counsel for Google LLC*