Google is proud to have helped the Department of Veterans Affairs connect Veterans and their immediate communities with VA resources that support mental health. In 2020, the VA's Office of Mental Health and Suicide Prevention (OMHSP) partnered with Google to increase outreach and support efforts to Veterans and their loved ones:

- Connecting more than 1.5M Veterans suffering from PTSD and other mental health challenges to national and local resources
- Connecting Veterans in a moment of crisis to the Veterans Crisis Line where they got immediate support
- Delivering the VA's message - that suicide is a preventable national health crisis that disproportionatly impacts our Veteran population - over 1.8 billion times, increasing the American public's awareness and informing of ways to support our Veterans

Knowing the difficulties Veterans would be facing at the start of the pandemic, Google provided the VA with proprietary insights to identify geographic areas where Veterans may be impacted more; helping OMHSP and the PREVENTS Task Force proactively reach out to those communities with resources.

**TL:DR** We are proud to announce that today the Department of Veterans Affairs signed their first ever ███████████████████████████████, with a stretch of ████. With this ████, total 2021 investment from the VA should approach ████, representing over 100% YoY growth over 2020 (████) and nearly 6x growth over 2019 (████)

With this DVIP Google will continue to help the Department of Veterans Affairs connect veterans and their immediate communities with VA resources that support mental health, including connecting those in a moment of crisis to the Suicide Prevention Program.  It also includes in investment for the official launch of VA PREVENTS (Presidents Roadmap to Empower Veterans and End a National Tragedy of Suicide), which aims to deliver the VA's message - that suicide is a preventable national health crisis that disproportionately impacts our Veteran population.

**What Made the Difference:** Knowing the difficulties Veterans would be facing at the start of the pandemic, Google provided the VA with proprietary insights to identify geographic areas where Veterans may be impacted more; helping OMHSP and the PREVENTS Task Force proactively reach out to those communities with resources.  VA leadership came to rely on these insights and the ability to activate media in support them, establishing Google as a trusted advisor, ultimately resulting in over 50% SOW for the PREVENTS program

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004347222