

WHAT ARE WE solving for? Paint big picture.

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009704804



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704805

# Future Census Funding Addressable → ~$100M

**Key Clients** → Ali Ahmad (Census), Jack Benson (Y&R/Reingold), Alex Hughes (Y&R), potentially Julie Lee (Wavemaker) // **Influencer/Advocate:** Steven Buckner (Census), Karen Dunn Kelley (Commerce)
**What they care about** → Misinformation, Bad Actors, Equitable Reach, Political Optics, telling the story post-Census
**Current State of Play:**
**Census:** Our recent contacts with Steven Buckner and Ali Ahmad have had positive effects; we have introduced uncertainty about their current plan and they are interested in hearing our perspective. They would like to have a "360 Census/Google meeting" with both Policy and Ads to discuss their biggest concerns and hearing our POV (Targeting Week of 8/12)
**Team Y&R Leadership:** Jack and Alex are supportive of our efforts to influence Census thinking; and can serve as powerful influencers after Census raises concerns internally
**Wavemaker (Julie Lee):** While Julie has kept us at arms length, she has read our initial POV and is open to continued discussion about potential "high-impact" media initiatives

| What needs to happen? | How will we get there? | Execution/engagement plan |
|---|---|---|
| Census needs to believe they cannot successfully pull off the Census without Google's insight, expertise, and media | - Convey to Census what an effective Google/Government relationship looks like (e.g. Elections, FDA, Healthcare), and establish ourselves as advisors and influencers (Policy and Ads)<br>- Build & present our POV on how Census to allocate their budget to maximize equitable reach and drive Census completes<br>- Clearly demonstrate the value and control their ad tech infrastructure delivers - position it as the premiere platform for ad dollars.<br>- Prove we are the partner to help Census tell its success story. | - Initial 360 meeting (week of 8/12); Goal is to establish a regular cadence for future 360 meetings, and understand timing/decision process of $100M<br>- Present Google's existing media strategy and unfunded recommendations to Census (September)<br>- Secure meeting with Julie to present media strategy and unfunded recommendations (September)<br>- Measurement presentation, proposal, and discussion (September) |
| Google establishes a regular cadence/partnership with the Census directly | - Bi-weekly cadence leading up to Census launch:<br>  - Regular Policy Updates<br>  - Insights we're seeing that can inform Census strategy; Establishing Google is the conduit to misinformation (e.g. Google news volume, search by DMA)<br>- Two core narratives →<br>  - **Census:** you cannot reach these audiences and drive signups w/o Google<br>  - **Agencies:** Census narrative + media strategy and tactics | - Bi-weekly meeting with Buckner starting in September<br>- Bi-weekly cadence leading up to Census launch starting in September<br>- Establish monthly Alex / Courtney check-ins (mirror AARP) |
| Google infuses operational excellence at every level of the Census effort | - **Census:** Introducing the best practices we currently use across the Federal Government, articulating what "good" looks like (Buckner expressed interest in this already)<br>- **GMP Agency Training:** Getting Reingold/MCs the support they need to be set up for success (GMP and Creative) | - Initial Joint Strategy Session with Reingold (Mid August)<br>- DV360 trainings starting in September<br>- Creative meetings in September |

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704806

Case 1:23-cv-00108-LMB-JFA   Document 1016-10   Filed 07/26/24   Page 4 of 6 PageID# 74803



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704807



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009704808

