HIGHLY CONFIDENTIAL

Figure 42. Scale of AdX in comparison to that of non-Google exchanges participating in open bidding, measured by spending on GAM (2022), extension of Israel Report, Table 16, right panel



Source: Backup materials for Israel Report, Table 16: Google AdX/Open Bidding data (DOJ RFP 7).
Note: "AdX (non-OB)" in this figure consists of all the spending from non-Google authorized advertiser bidding tools in Israel's data, as well as Google Ads and DV360.