HIGHLY CONFIDENTIAL

Figure 83. Percent drop in publisher payout from removing bidding tool, US users (June 28, 2023)

| Bidding tool | Percent drop |
| --- | --- |
| Google Ads | 8.3% |
| DV360 | 6.0% |
| [redacted] | 0.5% |
| [redacted] | 0.4% |
| [redacted] | 0.4% |
| [redacted] | 0.3% |
| [redacted] | 0.3% |
| [redacted] | 0.3% |
| [redacted] | 0.2% |
| [redacted] | 0.2% |

Source: GAM log-level data (DOJ RFP 50 & 59), June 28, 2023.
Notes: This figure is a replication of an analysis I presented in ¶¶ 547-548 of my initial report but updated to use the June 28 sample of GAM log-level data and restricted to impressions served to US users.