Figure 85. Extension of Israel Report, Table 16, for authorized advertiser buying tools on AdX including Google Ads and DV360, US (2022)

| Advertiser buying tool | Spending ($ millions) | Impressions (billions) | Ratio of DV360 spending to other buying tool spending | Ratio of DV360 impressions to other buying tool impressions | Ratio of Google Ads spending to other buying tool spending | Ratio of Google Ads impressions to other buying tool impressions |
|---|---|---|---|---|---|---|
| DV360 | $1,558.7 | 617.6 | 1.0 | 1.0 | 0.9 | 1.2 |
| Google Ads | $1,403.9 | 730.7 | 1.1 | 0.8 | 1.0 | 1.0 |
| | $213.7 | 45.7 | 7.3 | 13.5 | 6.6 | 16.0 |
| | $61.4 | 19.6 | 25.4 | 31.6 | 22.9 | 37.4 |
| | $46.6 | 41.4 | 33.5 | 14.9 | 30.1 | 17.7 |
| | $28.6 | 8.2 | 54.5 | 75.1 | 49.1 | 88.9 |
| | $16.0 | 8.2 | 97.2 | 75.1 | 87.5 | 88.9 |
| | $8.8 | 3.8 | 178.0 | 161.9 | 160.3 | 191.6 |
| | $8.1 | 4.7 | 192.0 | 131.1 | 172.9 | 155.1 |
| | $7.1 | 1.6 | 220.8 | 392.2 | 198.9 | 464.1 |
| | $7.0 | 0.7 | 224.0 | 888.8 | 201.8 | 1051.6 |
| | $6.8 | 1.9 | 230.6 | 322.9 | 207.7 | 382.1 |
| | $6.7 | 1.4 | 231.0 | 434.5 | 208.1 | 514.1 |
| | $6.4 | 4.6 | 244.4 | 135.0 | 220.1 | 159.7 |
| | $5.2 | 5.4 | 300.9 | 114.6 | 271.0 | 135.6 |
| All others | $53.6 | 56.7 | 29.1 | 10.9 | 26.2 | 12.9 |
| All non-Google | $475.9 | 203.9 | 3.3 | 3.0 | 3.0 | 3.6 |

Source: Backup materials for Israel Report, Table 16 (Google AdX/Open Bidding data (DOJ RFP 7)).
Note: Dr. Israel's data lists DV360 as an exchange, but it has been re-classified as a buying tool for the purposes of this analysis.