HIGHLY CONFIDENTIAL

**Figure 86. Extension of Israel Report, Table 16, for AdX and exchanges participating in open bidding on GAM, US (2022)**

| Exchange | Spending ($ millions) | Impressions (billions) | Ratio of AdX spending to other exchange spending | Ratio of AdX impressions to other exchange spending |
|---|---|---|---|---|
| AdX (non-OB) | $3,438.5 | 1,552.2 | 1.0 | 1.0 |
| | $76.3 | 34.6 | 45.1 | 44.8 |
| | $70.5 | 26.4 | 48.7 | 58.9 |
| | $65.0 | 31.0 | 52.9 | 50.0 |
| | $51.8 | 29.0 | 66.4 | 53.6 |
| | $45.3 | 23.9 | 76.0 | 64.9 |
| | $44.2 | 24.5 | 77.8 | 63.2 |
| | $28.2 | 12.7 | 122.0 | 122.3 |
| | $25.4 | 14.4 | 135.4 | 107.5 |
| | $17.2 | 10.4 | 200.2 | 149.5 |
| | $13.6 | 5.1 | 253.1 | 304.6 |
| | $12.8 | 6.8 | 269.1 | 229.1 |
| | $11.5 | 4.3 | 299.2 | 357.8 |
| | $7.4 | 3.1 | 467.6 | 501.2 |
| | $7.2 | 3.2 | 475.5 | 488.2 |
| | $5.2 | 2.7 | 663.2 | 582.5 |
| All others | $12.0 | 6.9 | 286.5 | 224.6 |
| All non-Google | $493.4 | 239.0 | 7.0 | 6.5 |

Source: Backup materials for Israel Report, Table 16 (Google AdX/Open Bidding data (DOJ RFP 7)).
Note: "AdX (non-OB)" in this figure consists of all the spending from non-Google authorized advertiser buying tools in Israel's data, as well as Google Ads and DV360.