HIGHLY CONFIDENTIAL

**Figure 87. Extension of Israel Report, Table 16, for authorized advertiser buying tools on AdX including Google Ads and DV360, worldwide (2022)**

| Advertiser buying tool | Spending ($ millions) | Impressions (billions) | Ratio of DV360 spending to other buying tool spending | Ratio of DV360 impressions to other buying tool impressions | Ratio of Google Ads spending to other buying tool spending | Ratio of Google Ads impressions to other buying tool impressions |
|---|---|---|---|---|---|---|
| Google Ads | $3,384.4 | 3,746.7 | 0.0 | 0.0 | 1.0 | 1.0 |
| DV360 | $3,114.8 | 2,006.4 | 1.0 | 1.0 | 1.1 | 1.9 |
| | $259.4 | 69.9 | 12.0 | 28.7 | 13.0 | 53.6 |
| | $153.2 | 317.6 | 20.3 | 6.3 | 22.1 | 11.8 |
| | $70.8 | 26.4 | 44.0 | 75.9 | 47.8 | 141.7 |
| | $40.5 | 15.9 | 76.9 | 126.5 | 83.5 | 236.2 |
| | $24.3 | 24.1 | 128.2 | 83.2 | 139.3 | 155.4 |
| | $22.9 | 19.5 | 136.0 | 103.0 | 147.8 | 192.3 |
| | $17.1 | 15.8 | 181.7 | 127.4 | 197.4 | 237.8 |
| | $14.9 | 10.6 | 208.8 | 190.1 | 226.9 | 355.1 |
| | $13.6 | 13.1 | 228.9 | 153.1 | 248.7 | 285.9 |
| | $13.6 | 4.0 | 229.0 | 506.3 | 248.8 | 945.5 |
| | $10.9 | 10.3 | 285.4 | 194.1 | 310.1 | 362.5 |
| All others | $155.9 | 189.8 | 20.0 | 10.6 | 21.7 | 19.7 |
| All non-Google | $797.2 | 716.9 | 3.9 | 2.8 | 4.2 | 5.2 |

Source: Google AdX/Open Bidding data (DOJ RFP 7).
Note: Dr. Israel's data lists DV360 as an exchange, but it has been re-classified as a buying tool for the purposes of this analysis. Buying tools with less than $10 million in spend were grouped into "All others."