HIGHLY CONFIDENTIAL

Figure 88. Extension of Israel Report, Table 16, for AdX and exchanges participating in open bidding on GAM, worldwide (2022)

| Exchange | Spending ($ millions) | Impressions (billions) | Ratio of AdX spending to other exchange spending | Ratio of AdX impressions to other exchange spending |
|---|---|---|---|---|
| AdX (non-OB) | $7,296.4 | 6,470.0 | 1.0 | 1.0 |
|  | $129.8 | 107.6 | 56.2 | 60.1 |
|  | $123.3 | 135.3 | 59.2 | 47.8 |
|  | $122.1 | 90.5 | 59.8 | 71.5 |
|  | $75.9 | 92.7 | 96.1 | 69.8 |
|  | $59.7 | 42.3 | 122.3 | 153.1 |
|  | $59.1 | 42.3 | 123.5 | 153.1 |
|  | $41.1 | 43.0 | 177.4 | 150.5 |
|  | $33.2 | 16.4 | 220.1 | 395.4 |
|  | $23.0 | 26.3 | 317.5 | 245.8 |
|  | $19.2 | 20.6 | 379.2 | 313.5 |
|  | $18.8 | 12.7 | 389.0 | 509.6 |
|  | $18.5 | 17.9 | 395.1 | 360.6 |
|  | $13.9 | 5.3 | 524.3 | 1215.9 |
|  | $13.1 | 6.0 | 556.7 | 1076.4 |
| All others | $31.6 | 25.8 | 230.8 | 251.0 |
| All non-Google | $782.2 | 684.7 | 9.3 | 9.4 |

Source: Google AdX/Open Bidding data (DOJ RFP 7).
Note: "AdX (non-OB)" in this figure consists of all the spending from non-Google authorized advertiser buying tools in Israel's data, as well as Google Ads and DV360. Buying tools with less than $10 million in spend were grouped into "All others."