**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.,* | |
| *Plaintiffs*, | |
| vs. | No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| *Defendant*. | |

**GOOGLE LLC'S NOTICE OF FILING**

As directed by the Court (Dkt. Nos. 547 & 871) Defendant Google LLC ("Google")

has objected to the public use of certain trial exhibits (Dkt. No. 985). Notice is given of the

filing of **REDACTED EXHIBITS** attached hereto.

Dated:  July 26, 2024.                                        Respectfully submitted,

*Of Counsel for Google LLC:*                                  */s/ Craig C. Reilly*
                                                              Craig C. Reilly (VSB # 20942)
Eric Mahr (*pro hac vice*)                                    THE LAW OFFICE OF
Andrew Ewalt (*pro hac vice*)                                  CRAIG C. REILLY, ESQ.
Julie Elmer (*pro hac vice*)                                  209 Madison Street, Suite 501
Justina Sessions (*pro hac vice)*                             Alexandria, VA 22314
Lauren Kaplin (*pro hac vice*)                                Telephone: (703) 549-5354
Jeanette Bayoumi (*pro hac vice*)                             Facsimile: (703) 549-5355
Claire Leonard (*pro hac vice*)                               craig.reilly@ccreillylaw.com
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS                                         Karen L. Dunn (*pro hac vice*)
DERINGER US LLP                                               Jeannie H. Rhee (*pro hac vice*)
700 13th Street, NW, 10th Floor                               William A. Isaacson (*pro hac vice*)
Washington, DC 20005                                          Joseph Bial (*pro hac vice*)
Telephone: (202) 777-4500                                     Amy J. Mauser (*pro hac vice*)
Facsimile: (202) 777-4555                                     Martha L. Goodman (*pro hac vice*)
eric.mahr@freshfields.com                                     Bryon P. Becker (VSB #93384)
                                                              Erica Spevack (*pro hac vice*)
Daniel Bitton (*pro hac vice*)                                PAUL,  WEISS,  RIFKIND,  WHARTON  &
AXINN, VELTROP & HARKRIDER LLP                                GARRISON LLP
55 2nd Street                                                 2001 K Street, NW
San Francisco, CA 94105                                       Washington, DC 20006-1047
Telephone: (415) 490-2000                                     Telephone: (202) 223-7300
Facsimile: (415) 490-2001                                     Facsimile (202) 223-7420
dbitton@axinn.com                                             kdunn@paulweiss.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)                                  Meredith Dearborn (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)                          PAUL,  WEISS,  RIFKIND,  WHARTON  &
AXINN, VELTROP & HARKRIDER LLP                                GARRISON LLP
1901 L Street, NW                                             535 Mission Street, 24th Floor
Washington, DC 20036                                          San Francisco, CA 94105
Telephone: (202) 912-4700                                     Telephone: (646) 432-5100
Facsimile: (202) 912-4701                                     Facsimile: (202) 330-5908
bjustus@axinn.com                                             mdearnborn@paulweiss.com


                                                              *Counsel for Google LLC*