HIGHLY CONFIDENTIAL

Figure 90. Scale of Google Ads and DV360 in comparison to that of non-Google advertiser bidding tools, measured by impressions purchased on AdX, worldwide (2022), extension of Israel Report, Table 16, left panel



Source: Google AdX/Open Bidding data (DOJ RFP 7).
Note: Dr. Israel's data lists DV360 as an exchange, but it has been re-classified as a bidding tool for the purposes of this analysis. Unlike Israel Table 16, this figure includes all worldwide impressions.