HIGHLY CONFIDENTIAL



Figure 91. Scale of AdX in comparison to that of non-Google exchanges participating in open bidding, measured by spending on GAM, worldwide (2022), extension of Israel Report, Table 16, right panel

Source: Google AdX/Open Bidding data (DOJ RFP 7).
Note: "AdX (non-OB)" in this figure consists of all the spending from non-Google authorized advertiser bidding tools in Israel's data, as well as Google Ads and DV360. Unlike Israel Table 16, this figure includes all worldwide spend.