HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**TABLE 1: DR. ISRAEL'S TABLE 16 OMITS THAT GOOGLE'S PRODUCTS ARE MULTIPLES LARGER THAN "SMALL" AND "LARGE" FIRMS THAT "SUCCESSFULLY COMPETE"**

| Advertiser Buying Tools | | | Exchanges | | |
|---|---|---|---|---|---|
| 2022 U.S. AdX Web Activity | | | 2022 U.S. Open Bidding Web Activity | | |
| Buyer | Spending ($ Millions) | Impressions (Billions) | Bidder | Spending ($ Millions) | Impressions (Billions) |
| DV360 | $1,557.9 | 617.6 | ■ | $76.3 | 34.6 |
| GoogleAds | $1,405.0 | 730.7 | ■ | $70.5 | 26.4 |
| ■ | $213.7 | 45.7 | ■ | $65.0 | 31.0 |
| ■ | $61.4 | 19.6 | ■ | $51.8 | 29.0 |
| ■ | $46.6 | 41.4 | ■ | $45.3 | 23.9 |
| ■ | $28.6 | 8.2 | ■ | $44.2 | 24.5 |
| ■ | $16.0 | 8.2 | ■ | $28.2 | 12.7 |
| ■ | $8.8 | 3.8 | ■ | $25.4 | 14.4 |
| ■ | $8.1 | 4.7 | ■ | $17.2 | 10.4 |
| ■ | $7.1 | 1.6 | ■ | $13.6 | 5.1 |
| ■ | $7.0 | 0.7 | ■ | $12.8 | 6.8 |
| ■ | $6.8 | 1.9 | ■ | $11.5 | 4.3 |
| ■ | $6.7 | 1.4 | ■ | $7.4 | 3.1 |
| ■ | $6.4 | 4.6 | ■ | $7.2 | 3.2 |
| ■ | $5.2 | 5.4 | ■ | $5.2 | 2.7 |
| All Others | $53.6 | 56.7 | All Others | $12.0 | 6.9 |
| Total Non-Google | $475.9 | 203.9 | Total Open Bidders | $493.4 | 239.0 |
| Total Google | $2,962.9 | 1,348.3 | All AdX | $3,438.7 | 1,552.2 |

Sources and Notes: GOOG-AT-MDL-DATA-000066537 to -482007, GOOG-AT-MDL-DATA-000508827 to -58886, and GOOG-AT-MDL-DATA-000561536 to -4882 (AdX RFP 243 data). See AdX and OB Activity Workpaper. Row "All AdX" in the Exchange table represents the sum of "Total Non-Google" and "Total Google" in the Advertiser Buying Tools table.