

GOOG-DOJ-03034316

## Objectives

Provide context on our advertiser products and business.

Share the investments we are making to simplify our solutions, for both small and large advertisers.

Confidential and proprietary   Google Ads — Advertiser Experience

GOOG-DOJ-03034317



GOOG-DOJ-03034318



GOOG-DOJ-03034319



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034320



GOOG-DOJ-03034321

| Id | Date | Text |
|----|------|------|
| 1 | 07/15/2019 13:15:36 | +kimspalding@google.com is there a worldwide (ex. China may be) ad spend version of this pyramid? Or FB's revenue pyramid? |
| 1 | 07/15/2019 13:15:36 | I'll send you a few things (not for broad distribution). |

Confidential and proprietary                    Google Ads — Advertiser Experience                    7

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034322



GOOG-DOJ-03034323

**Google Ads
Customers and Revenue**

Based on Q1 Google Ads
Wave CSAT survey, 7 point
scale, top 2 are Satisfied

FB results based on
respondents w/self-
declared usage

| | | Google Ads | | | facebook Ads | | |
|---|---|---|---|---|---|---|---|
| | | Overall | Results | Ease-of-use | Overall | Results | Ease-of-use |
| | Head | 54 | 50 | 41 | 43 | 39 | 43 |
| | Torso | 46 | 41 | 26 | 40 | 36 | 47 |
| | Tail Google Ads | 40 | 36 | 28 | 44 | 38 | 52 |
| | Smart Campaigns | 43 | 39 | 49 | 41 | 37 | 50 |

Confidential and proprietary

Google Ads — Advertiser Experience

GOOG-DOJ-03034324

**Facebook Ads vs. Google Ads Key differences**

| | Campaigns | Targeting | Performance |
|---|---|---|---|
| **Facebook Ads** | **One campaign type** that buys across all user properties: Feed, Instagram, Messenger. | Advertiser selects **audiences** relevant to their business. Intuitive for non-experts. | Strength is **demand generation and discovery**, driven by audience targeting and browse-based user experiences. |
| **Google Ads** | **Individual campaign types** that buy on distinct user properties: Search, Display, Video, Discovery. | Search uses **keywords** to precisely match user intent. Audiences supported for all campaign types. | Strength is **delivering leads and sales from qualified users**, driven by Search and strong user intent signals. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034325



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034326



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034327

| Id | Date | Text |
|----|------|------|
| 2 | 07/15/2019 13:16:11 | +kimspalding@google.com is the ambition to go from $1.2B to $10B in 3.5 years? Just to make sure I am reading the math right. |
| 2 | 07/15/2019 13:16:11 | Current SB revenue is estimated at about $6B. |

Confidential and proprietary          Google Ads — Advertiser Experience                                    12

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034328

**SMBs need simple solutions to digital marketing.**



**Bharath Arts & Crafts**
Channapatna, Karnataka, India

**Cukin Food Trucks**
San Isidro, Buenos Aires, Argentina

**Admiral Plumbing**
Boca Raton, Florida, USA

GOOG-DOJ-03034329



## We have an addressable market of ~170M SMBs

- **Lifestage matters** (most SMBs are small/micro)
- **NBU** is must-win (~60% of addressable SMBs but <30% of monetization potential)
- SMBs aren't "always on" with ads, testing **alternate monetization & engagement models**
- We partner with organic teams (local search, GMB, YT) to **engage SMBs broadly**

Note: SMBs exclude self-employed/gig economy workers. Micro: <1 employee, Small: <10, Medium: 10-9. Source: GCS Strat Ops analysis
Addressable market estimates access to internet and excludes some B2B verticals / agriculture
We estimate our 2022 active advertiser count to be ~2M medium, ~5-6M small and ~1-2M micro; ~60% FBU by advertiser count, ~75% FBU by revenue

## Facebook Ads: Consumer-focused platform favors SMBs

**Facebook has inherent strengths for SMBs**

- Familiar consumer experience
- No website / technical skills needed to build biz pages with lightweight ads onboarding
- Visual ad formats support discovery
- Social engagement metrics are intuitive (but weaker ROI)

**To capture our addressable market, we are**

- Meeting SMBs where they are - in GMB, YouTube, Search.
- Building ads-ready pages (CTAs, conversion tracking)
- Adding visual ad formats and moments for discovery (Feed)
- Focusing on direct connections with clear ROI (calls, leads)



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034331





HIGHLY CONFIDENTIAL

GOOG-DOJ-03034333



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034334



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034335

## Next big challenges - Smart Campaigns



**Real and Perceived ROI**

- More direct connections
  (e.g., volume & quality of calls, improved targeting)

- Offer instant landing pages
  (mobile ready with CTAs & tracking)

- Investing in higher quality ad networks
  (LU Ads, Gmail Ads)

- Focusing on reactivation - most SMBs aren't
  "always on"



**One Google**

- Engage SMBs where they are on Google
  (Search, GMB, YouTube, GPay)

- Testing ads fully integrated in GMB
  (Ads Go)

- Building simple, in-context ads buying for
  SMBs on YouTube

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034336



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034337



**Challenges / Risks**
**SMBs**

NBU activation

Cross PA efforts required ("One Google")

SMB biz model not yet proven - specifically:

- Engaging local consumer experiences
- 100M SMBs engaged globally in Google My Business
- Ads model for micro / NBU businesses

GOOG-DOJ-03034338



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034339



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034340



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034341

**Our priorities:
Improve ease-of-use +
Grow advertiser success**



**Assistance**

Transform from toolkit for experts to assistive experience that guides advertisers to successful outcomes.



**Machine Learning**

Use machine learning to dramatically simplify user workload and deliver better results.



**UI Innovation**

Re-envision traditional UI paradigms to work well for all advertisers.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034342



GOOG-DOJ-03034343



GOOG-DOJ-03034344



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034345



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034346



GOOG-DOJ-03034347



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034348



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034349



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034350



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034351



**Vertical players:** Leads
(example Home Advisor)

**Home Advisor strengths:**

- Lead based advertising
- Simple, lightweight setup and pro-focused tools
- Guaranteed lead quality

**Where we win (Local Services):**

- Show up at the top of Search
- Google Guarantee helps SMBs compete with larger businesses
- Lead based advertising
- Simple, lightweight setup
- Guaranteed lead quality

Confidential and proprietary          Google Ads — Advertiser Experience                                                37

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034352



## Instagram: Consumer-focused platform + discovery

**Instagram strengths:**

- Visual, immersive search and discovery with strong reach
- Start with organic content including shoppable posts
- Photo, video and story ads that help introduce new products & brands
- Ease of Use – ads setup embedded in Facebook, default on
- NBU markets (power combo with WhatsApp)

**Where we win:**

- Land at the top of Search (esp FBU markets)
- Strong user intent and analytics
- Broad set of campaign types available (search, display, apps, YouTube) with strong audience tools
- Augmenting visual ad formats and moments for discovery (Feed)

Confidential and proprietary          Google Ads – Advertiser Experience

HIGHLY CONFIDENTIAL

GOOG-DOJ-03034353

## Amazon: Consumer demand, fulfillment and clear attribution

**Amazon strengths:**

- Drive shoppers across Amazon to SMB products
- 1st stop in the buying journey for many users
- Owns purchase so can measure and report full ROI (esp important for SMBs and manufacturers)
- Able to manage fulfillment
- Often already has of SKU-based product specs / images (help set up for SMBs without visual assets)

**Where we win:**

- Land at the top of Search
- Structured product listing ads with and expanding transaction support and a money back guarantee
- Broad set of campaign types available (search, display, apps, YouTube) with strong audience tools
- Retailers may "pay twice" (promotion + transaction)
- More control of brand experience, pricing and positioning



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034354



GOOG-DOJ-03034355



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034356



HIGHLY CONFIDENTIAL

GOOG-DOJ-03034357



GOOG-DOJ-03034358



GOOG-DOJ-03034359



The small business owner featured here is Suzie Mills.  She started with Google ads because she wanted her business to appear at the top of search when she knew potential customers would be searching.

Their business is calls-focused and Google Ads made their phone ring and brought in new customers.  At the time this photo was taken, they were spending ▮▮▮▮▮ quarter ▮▮▮▮▮▮▮▮▮▮ ).  They were receiving 32 calls a week.

As a reference, the account is currently paused.  This is a pretty typical SMB case study.

HIGHLY CONFIDENTIAL



GOOG-DOJ-03034361

**SMBs need simple solutions to digital marketing.**



**Cukin Food Trucks**
San Isidro, Buenos Aires, Argentina

**Bharath Arts & Crafts**
Channapatna, Karnataka, India

**Gmaids**
Dallas, Texas, USA

HIGHLY CONFIDENTIAL