# Global Partnerships Display/Video Sell–Side Business Review

*This document contains Google Need-to-Know information.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-06886033

## Agenda

**Progress on action items from previous QBR**

**1   Market and Business Overview**
- Q3 Revenue
- Market view and Revenue growth
  - Video market view (pre-read)
    - Video signals update
  - Web market (pre-read only)
  - Apps market view (pre-read)
    - Apps Platform update

**2   Strategic Issues and Deep Dives**
1. Apps quality update
2. Product Adoption OKRs: 2020 preview
   a. Commerce
3. PG update

**3   Appendix**

2   Google

This document contains Google Need to Know information.

Simon

## Progress on action items from previous QBR (Q2'19)

Proprietary + Confidential

| Topic | Owner | Status | Comments |
|---|---|---|---|
| **Video Staples**<br>What % of revenue is DBM vs. others and what are the trends with that type of inventory buying? | Julie Sterling | Completed | Over the last 12 months DBM has been range bound between 52% and 68% of AdX video revenue. AdX 3p Buyer ~30%; AdWords ~10%. Visualization in Appendix |
| **Video Signals Activation**<br>Deeper review by product analysts behind declining CPMs | Julie Sterling | Work in progress | Product analyst team conducting two deep-dive analyses in Q4'19 - Q1'20 on fill rates and publishers changing signals |
| **CSAT & Data Launchpad**<br>Share key takeaways from data launchpad progress in US with Sissie | Kristina Hahn | Completed | Sent to Sissie on Aug 16th. Sentiments on Privacy overall, Highlights of the Deloitte research and Ongoing Projects in the space. |
| **PG Q4 Readiness & 2020 Acceleration**<br>Evaluate "what value prop do we want to create and associated pricing for that?" Does adding more value in PG lead to cannibalization in our OA business? What is the limited feature set needed to crack this, and what will it cost in terms of time, etc? What percent of the market are we on PG, and what is the real potential based on our 2020 strategy? | Chris LaSala | Reviewing Today | Covered in later deep-dive |
| **China Domestic**<br>Perform a review and draft proposal on sandboxed investment including investment from product, sales, BD, etc. with a proof point | Joyce Zhang, Henry Heung | Work in progress | - iOS: Opportunistically help overseas developers target China audience. Marco Polo is ▮ of the buyside domestic Apps rev in 2018/2019.<br>- Android: Deprioritized most China domestic activities (e.g. Panda). Will follow up on a separate Xiaomi testing/deal review |

Meeting notes – GP Display/Video Sellside Q2 2019

3   Google

This document contains Google Need-to-Know information.

Simon

Marco Polo (help overseas developers target domestic China audience)
2019: ▮▮▮▮ forecasted domestic apps rev
Marco Polo: ▮▮
Domestic inventory from OPG: 54%
Domestic inventory from LPS: 7%
2018: $145M
Marco Polo: ▮▮
Domestic inventory from OPG: 53%
Domestic inventory from LPS: 7%

GOOG-DOJ-06886035



GOOG-DOJ-06886036



## **Q3'19**: 14% y/y across products, with 93% target attainment.

Y/Y Growth Contribution by PA ($M), Q3 2019

Q3 2019 Performance

| | Web[1] | Apps | Video | Total |
|---|---|---|---|---|
| LPS | $801M (+9% Y/Y) | $337M (+8% Y/Y) | $126M (+50% Y/Y) | $1.26B (12% Y/Y) (91% achvmt) |
| OPG | $1.66B (+10% Y/Y) | $1.36B (+19% Y/Y) | $72M (+51% Y/Y) | $3.09B (15% Y/Y) (94% achvmt) |

Commentary

**Overall** Q3 gross rev +14% y/y (-4.0ppt vs Q2). 92.9% vs plan ($333M gap)

**Web** growing at 9%/$213M y/y (-3.4ppt vs Q2). 99.9% vs Q3 plan

- **AdX** at 17.2% y/y (-3.1ppt vs. Q2). DV360 buying on mWeb AdX decelerates to 36% y/y (-8.6ppt vs. Q2) driven by Safari ITP 2.1, causing ~$40M loss in Q3
- **AdSense** at -3.1% y/y (-4.3ppt vs Q2). Largest deceleration across D/T (-7ppt Q/Q) and top APAC markets driven by CPM decline. Additionally lapping Radlinks growth of $40M y/y in Q32018

**Apps** growing at 17%/$245M y/y (-6.5ppt vs Q2). 83.8% vs plan

- Current gap driven entirely by APAC tracking at 66% across channels. GRCN has been diversifying revenue stream through gaming with focus on hybrid model of IAP + ads monetisation. Continue to see demand weakness on apps.

**In-Stream Video** growing at 50%/$66M y/y, (+8.6ppt vs Q2); PG driving the acceleration and contributing to 50% of y/y growth, +7ppt vs Q2. 98.1% vs plan

- Share of high-quality[2] inventory increased by 5ppt y/y largely driven by uplift in YT-equivalent share from publishers in AMS (+5ppt y/y) & EMEA (+3.8ppt y/y)
- Focus on Viewability with top pubs yielding results on signal quality.

**Q4td[3]:** Outlook at 90%/$567M gap. Slowdown in attainment driven by Web at 96% vs plan with AdX revenue growth declining to 9.3% y/y QTD (-8ppt vs Q319). Attached is a preliminary analysis on key drivers. Apps performance vs plan declines to 81% with stable revenue growth at 17% y/y; APAC remains the main drag 61% vs plan

1 Includes Demand Product
2 Note: High-quality video inventory defined as Tier 1 (YT equivalent, Has Cookie, Demo and Brand Safe) and Tier 2 (70-90 Viewability, Has Cookie, Demo and Brand Safe). 3 FWE October 23rd, 2019

5 Google

This document contains Google Need-to-Know information.

Simon
Revenue source go/q3-19-pinned

Net revenue: overall, gross and net growth was fairly similar for Q2, the biggest difference (which also is not that big) I see is for demand coming from AdX Buyers where the TAC rates are pretty high.



Skip - Julie:

EMEA LPS prospects contributes to the increase in access queries with growth in gaming sites (e.g: Wowhead ([redacted] q/q)) and news sites (e.g: dailymail.co.uk at [redacted] & Britannica at [redacted]
Won queries saw y/y growth, but remained stable q/q as growth initiatives pan out:
EMEA & NA makes up the majority share of the won queries at 84% of total & have positive won queries trends of +47.6% y/y and +42.5% y/y respectively
Despite this growth, win rate dipped q/q across all ad quality buckets in Q3 (e.g: YT equivalent has a -4.9pts q/q decline)
2019 Advanced TV report - built by publisher marketing in collaboration with RevIntel, GSL, GTM, and the product teams.



## **Video Signals OKR** - While revenue and % of impressions for high quality inventory increased globally, OA CPMs and auction fill rates declined

| Has Cookie | Viewability | Has Demo | Rated G, PG, T | % of imps Q3 2019 | % of imps yoy | Median OA CPMs Q3 2019 | Median OA CPMs yoy | OA CPM MH "uplift rate" Q3 2019 | AdX auction fill rate Q3 2019 | AdX auction fill rate yoy |
|---|---|---|---|---|---|---|---|---|---|---|
| **US "Same Store" YoY** | | | | | | | | | | |
| ✓ | [90+] | ✓ | ✓ | 21% | +5pp | $10.40 | -4% | 1.20x | 32% | +17pp |
| ✓ | [70-90) | ✓ | ✓ | 19% | +1pp | $9.99 | -5% | 1.20x | 30% | +4pp |
| ✓ | [70-90) | ✗ | ✓ | 4% | -- | $8.76 | -9% | 1.06x | 23% | +2pp |
| everything else (baseline) | | | | 55% | -6pp | $7.66 | -9% | 1.00x | 14% | +6pp |
| **Non-US "Same Store" YoY** | | | | | | | | | | |
| ✓ | [90+] | ✓ | ✓ | 31% | +4pp | $4.34 | -8% | 1.13x | 15% | -9pp |
| ✓ | [70-90) | ✓ | ✓ | 20% | -1pp | $4.20 | -11% | 1.11x | 13% | -6pp |
| ✓ | [70-90) | ✗ | ✓ | 3% | -1pp | $3.64 | -16% | 1.02x | 10% | -5pp |
| everything else (baseline) | | | | 46% | -2pp | $3.21 | -17% | 1.00x | 6% | -3pp |

### Commentary

- **% of "Same Store" impressions for high quality inventory increased** across OA driven by Americas and APAC
  - Conducted formal signal reviews with majority of top Video partners
  - Deployed Video Viewability guide in webinars and events
  - Q4'19 launch of Video Programmatic Health report in Query Tool will continue momentum
- Mixed results from a "performance perspective" on US vs Non-US inventory
  - US fill rates increased (esp in top tier), while Non-US fill rates decreased *(more analysis to be done in Q4'19)*
  - CPMs down across the board - however, less of a decline in the top tier vs baseline
  - Network desktop CPMS are roughly in-line relative to YT desktop CPMs ($13.30 vs $12.63).
- Product analyst team will continue to deep dive on CPMs / and why fill rates are not higher for best tiers

7

Julie
Q2 QBR slide for reference

% of impressions for high quality inventory increased across OA driven by Americas and APAC; top 5 partners driving this increase were [redacted]



Sandra - skip

Source: https://docs.google.com/spreadsheets/d/1mqPBXMRJsOZSf8ns-Xc9esIWncsaeZSAUukEnU9p9TI/edit#gid=881369511

Q3 2019 Notes
AMP pageview RPM performance overall is neutral, AdSense outperforming Ad Manager relative to non-AMP due to simplicity of demand stack
Wordpress solution does not auto migrate publishers, mileage varies depending on compatibility of chosen WP theme + plugin
AMP page speed benefit is remarkable in regions with slow connections, 2G regions (India) achieving up to 50% AMP deployment, while 5G regions don't see any speed benefits
AMP-script failing to enable custom functionality that relies on background updates, possible that AMP-PWA service worker framework could


Q2-19 Notes

Market insights:
WIP version of Web SoW data


Growth initiatives:
Platform
PG - Headwinds (Reminder and level set that these headwinds are somewhat expected as we are trying to re-make an existing market):
Notes from BFM June 2019 Narrative doc
Difficulty proving product value relative to price (buy & sell) as compared to tag-reservations.
Currently PG at 75% parity with traditional reservation features with goal to be at 90% parity by EOY.
Pubs are having trouble raising eCPMs on these buys, but costs are higher
Opportunity to show the value more in the front ends (spam, viewability, global frequency capping, etc)
Price is a point of friction compared to traditional reservations on both buy and sell
Structural challenges in Pubs/Agencies
Pubs and Agencies require organizational & incentive changes for PG to be successful vs traditional reservations. This takes time but is another source of friction
EB - The estimated ceiling of the metric is 75% as this feature request is only available in AdManager 360 (AdManager pubs needs to go through an exception process)
Notes from BFM June 2019 Narrative doc
At 64%, up 4pts,  we are seeing broad adoption across all regions, with higher adoption where exchange participation is greatest. We will likely move to tracking 'Share' in the latter half of the year given the high breadth.

GOOG-DOJ-06886040

Additionally, EB is at ~$790m ARR, growing 60% y/y adding ~$40M in new fee revenue.
Worth noting that exchange bidding was initially an effort to i) move demand from transacting via avg prices in the ad server (where we collect a small amount of ad serving fee revenue - 2.3%) to transacting via RTB (where we collect 5% of gross revenue) and ii) move HB spend into admanager.
Good news:  We are finding that introduction of EB has encouraged pubs to make more inventory available to our open auction, and although we cannot definitively attribute all Open Auction growth to EB we do know it is a contributing factor.
OA and EB are gaining share while Header bidding and 3P mediation is losing share.
However, we should not get too complacent, as we are seeing that EB is NOT erradicating header bidding, as pubs are very comfortable mulit-homing.
AMP - attributable to a variety of factors. A turnkey solution would help adoption across any market- WP plugin is the closest we have, but is still oriented heavily towards tech-savvy developers
AMP monetization is inversely correlated with ad stack complexity- 3rd party networks often not supported on AMP


--
Q1-19 Notes

This slide is our classic view which does not include Yavin which I will go into detail in next slide as to how we are going to integrate that going forward.

The market i.e. all web grew by ~4.6% Y/Y in Q1.
Good news is that Addressable with Ads piece (~24% of the market) grew faster than the market - a lot of this is in APAC and is concentrated in  sites like: pixiv.net, livedoor.jp, syosetu.com, rakuten.co.jp (Japan), tribunnews.com (SEA)
88% of the addressable web now runs on our platforms (AFC and AdManager) which is the access bar on this chart - we have had a really big focus on this in 2018 and its a top metric also for 2019
We have been growing how much of that Google competes for faster (+7.1%) than we are growing what's running on the platform (+3.8% Y/Y)
- this is through initiatives like PG and EB which have been big drivers of growth here. In saying that we are bit behind where we would like to be in Q1 for PG. A lot of this is due to buy side weakness so we are working to help drive adoption there.
Also, on EB breadth, we have onboarded the majority of the eligible publishers - some room left for expansion on depth but we have stopped whitelisting any new publishers on Ad Manager (SB) while we work on segmentation for Ad Manager
Win rate has continued to grow and we now win 44% of everything we compete for - we do have headwinds in 2nd half of year in terms of GDPR and we still have some challenges in terms of performance of AMP traffic.


Source: https://docs.google.com/spreadsheets/d/1T9vyRhe59ESVB3wm51EONBt-zgY1zRlfFlwRJOtfqgU/edit#gid=881369511
Explaining Chart
Mkt Oppty = all traffic w/ assumption on #ads/page based on historic ratios
Add'ble = Excluding FB, porn, etc.
Access = On our platform (AdSense or DRX)
See = We compete (so primarily excluding direct (ETC = )
Win = Won impressions.

Q119 supporting notes:

APAC growth in addressable market concentrated in some sites: ████████████████████ (Japan), ████████████ (SEA)
Driven by growth in APAC and potentially AMP PVs (████████████ responsible for ██████ of y/y growth. That domain consolidates queries from AMP sites). We might have less Queries / addr. PV on AMP (lower ad density, or lower access to inventory)
Top access share gainers / losers (██████████████████████████) - (access share defined as the % of estimated ad impressions that Google accesses either via DRX or AFC)

Win: In general, good adoption of existing initiatives; looking towards new features for future growth here

Notes from Tim on Header Bidding:

HB's share of overall Ad Manager impressions is stable - in or around the 7 to 8% of overall impressions served mark. NA still has the largest penetration although is actually in decline.

Amazon are still the biggest grower, and Rubicon are making efforts to step up their HB game, but all in all we're at a comfortable point when it comes to HB. We expect some movements once we fully migrate to 1P and UPRs from late July.


Q418 supporting notes:

GOOG-DOJ-06886041

Addressable market growth accelerated vs. Q3'18: we have only seen acceleration in APAC - driven by Japan and somewhat concentrated (see list of top 100 sites - https://docs.google.com/spreadsheets/d/1B1S9xYbPNWXFD6TiFHViAwWS4gUykXOo-MsufBUQ4so/edit#gid=0) This is to some extent correlated with AFC/AdX web query acceleration seen in Japan in Q4'18

Total DFP web queries grew a little under 11% Y/Y, with all regions growing more than 6% and APAC and LATAM growing the fastest. The main driver of total query growth was on queries where AdX competed (16% Y/Y), while non-competed-for queries grew around 1% Y/Y. For AdX competed queries, growth was driven by OA (contributing to 55% of the growth), followed by Third Party EB (18%). Third Party EB and PG were the fastest growing, both above 100% Y/Y. Within AdX OA, about 36% of the competed-for queries were EB eligible in Q4 2018 versus 16% in Q4 2017.

PG
Programmatic G'Teed:  81% y/y growth, but trailing aggressive target.  Performance below target driven by buy-side weakness (a few large auto clients slowing down PG spend)
Globally the partnerships teams are working with buy-side counter parts to activate use of pipes from large buyers/agencies.  If demand does not ramp, pubs will have less incentive to move inventory into this deal type, so working closely with buy-side.
Additional resource from us not unlocking more, need to drive the narrative with LCS Advertisers and/or their Agencies

AMP
AMP revenue parity split between OA and Reservations.  Ads revenue on AMP in OA enviroment exceeds that of non-AMP, while reservation revenue on AMP pages are roughly half that of a non-AMP page
OPG teams also have specific OKR to increase the % of ads queries that originate from AMP pages

HIGHLY CONFIDENTIAL



Apps - Continued growth in Google's SDK footprint; Gaming is now 58% of AdMob revenue
Pre-read only
Top X Apps
Representing 67%+ of ads market in Q3 2019
11,018
10,999
8,336
4,075
1 +0.8% q/q
2 BFM Breadth metric
4,075 / 10,999
37.0%
[+3.3pts q/q]
+9.8% q/q
Total Top X Apps
Add'ble Apps¹
Using Google SDK²
Google Platform³
+16.9% y/y
+40.8% y/y clean
Revenue
Billions
Q3, 2019
$1.7b
$0.2b
$0.1b
$1.5b
Actioned
Terminated
Clean
Revenue
Market Insights
1 Google SDK footprint with 75.8% of addressable apps via AdMob/AdX up 0.6pts vs. last quarter with ISO and Scalable Acquisitions bringing in new partners.
2 BFM Breadth metric at 37.0%, up 3.3pts vs. last quarter. Improvement in platform adoption and new partners onboarding.
Gaming Revenue
Q3 closed at 99% of target; Quarter was relatively quiet on the pub activation front but we received a boost to CPMs in August from Project Aureus which increased Adwords demand into gaming apps.
Due to utility terminations and gaming wins AdMob revenue is now 58% gaming up from 50% at the beginning of the year.
Regional Performance
APAC
66.2% of target. APAC continues to weaken in Q3 due to policy impact on top apps publishers. LPS under performance is driven by GRCN after [redacted] termination in Q3 following [redacted] termination in Q2. OPG continues to be impacted by policy, with growth rate further declining vs Q3. This is mainly due to a high base in Q418, where there was a ramp up of policy impacted inventory.
Americas
102.6% of target. Above target in LPS and below target in OPG, but recovering positively since terminations. LPS Y/Y growth driven by rewarded video gains from top partners -- [redacted] (revenue up [redacted] Y/Y), [redacted] (revenue up [redacted] Y/Y).
EMEA
109.4% of target. Overperformance of [redacted]. [redacted], while the largest client [redacted] was running at [redacted] to target). Portfolio risk of [redacted] was mitigated by the growth of other large accounts.
¹ Addressability defined by apps that currently have ads and are addressable by Google display sales teams. Top unaddressable developers here. Methodology doc.
³ Using a threshold of 1000 impressions over last four weeks to filter out false mappings and signals.
9
Google
This document contains Google Need-to-Know information

Zach - skip



Shruti

Off platform partner terminations/actions - ████████████████

The changes we are making in the signals are intended to:
Align our on-platform definition for DRX pubs to include direct campaigns in addition to TYM, similar to AdMob.
Align the MedDash definition more closely with the multicall cluster data.
Add App-Ads.txt data as a platform signal.
Fix a few bugs surfaced through go/MedDashBug.
While these changes primarily impact Ad Manager accounts, there will be some impact for AdMob accounts too; these changes will positively impact the on-platform numbers, with some reclassification of revenue as transacting on-platform rather than unknown/off-platform. This change will only apply from 1st November 2019 onwards, and not retrospectively.After implementing these changes we saw an uplift of ~2ppts in % of revenue on-platform metric.

2MQ319 vs 2MQ318
On-platform revenue growth: +27.8% Y/Y (approximately +$114M Y/Y in Q319 or +$450M ARR)
Off-platform revenue growth: +9.9% Y/Y (approximately +$105M Y/Y in Q319 or +$421M ARR)
Overall apps business growth in Q3 +16.9% Y/Y.
Doc with calculation:
https://docs.google.com/spreadsheets/d/1JAfG3EEKwz8oqj7gBRe1CMp8YOK6ZAGSQwEv4edUCBU/edit#gid=1466692823

On-platform wins: ████████████████████████████
Losses : ██████ (testing iS and AdMob - moved from Fyber, iS had a 20% uplift compared to Fyber, AdMob had minimal uplift), ████████ : Now is a successful flip, had tested Ad Manager 3 times with negative results, continually tweaking the test with Google, now showing more positive results. ██████ - Testing but not satisfied. Bug around FAN performance for banner

Flips represent over ~70% of the incremental revenue on platform
AMS: Large platform flips from ████████████████████████████████████████████████████

joined force to onboard ████████████████████████
APAC: Large platform flips from ████████████
EMEA: Large platform flips from ██████████████████████████████; Large new acquisitions flips

GOOG-DOJ-06886044



HIGHLY CONFIDENTIAL

GOOG-DOJ-06886045

Deep-dives on key strategic issues for the sell-side monetization business:

1. **Apps quality update**
2. **Product Adoption OKRs: 2020**
   a. **Commerce**
3. **PG update**

12  Google

This document contains Google Need to Know information.

Simon

GOOG-DOJ-06886046



John
2019 YTD Actions
2019 saw significant investments in removing bad actors from our ecosystem due to improved mechanisms for detecting bad actors, increased enforcement, Partnerships-led review of accounts, and T&S-led process improvements.
Among these, we saw significant impact from detection of and enforcement against out-of-context interstitials ('outstitials') which resulted in a realized impact of $180m in 2019 (purely from the inventory no longer being monetized).
As well as this, there were significant losses from detection that resulted in subsequent termination: ▓▓▓▓▓▓▓ ▓▓▓▓▓ were all demonetized and removed from Play due to violating the disruptive ads policy.
T&S and Partnerships both led initiatives to identify bad actors; Peel was identified as a bad actor through Partnerships-led activities, while Project Rush Hour on the T&S side was used to reduce Invalid Traffic exposure; increased publisher throttling, the launch of app-ads.txt, Ad Risk Containment and removal of other bad actors drove $300m in realized impact in Q3 2019.

Revenue at Risk
OPG is partnering with T&S, AdSpam PMs, Google Play Policy and AdMob PMs to create a methodology for calculated potential revenue at risk from an ecosystem health perspective. This uses a range of signals from AdSpam, App Store and Play Store review data, Play Policy, and AdMob to create a probabilistic model for revenue at risk on a per-app basis. Note that this methodology is still being refined and requires sign-off from AdSpam, T&S, AdMob PMs and Google Play Policy.
Based on this, we see revenue at risk of ~$300m ARR, but this number could be even higher depending on the criteria/methodology we decide.
Using the current methodology, there are $4.0m ARR at risk due to apps receiving policy warnings, $133.8m ARR due to high click spam rate, $12.3m ARR due to users submitting bad reviews in the app store, $22.1m ARR due to confirmed click, $0.8m ARR due to throttling, and $112.5m ARR due to high CTRs.
Partnerships are leading, in conjunction with T&S, Play, PM and Eng, a range of workstreams to remediate rather than terminate partners, and to provide Sales and Partners with the ability to improve implementations without exposing AdSpam signals.

Case Studies
We can highlight two examples of partners who were subject to Policy actions; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ were all at risk of termination due to detected outstitials in their apps; in each case, the issue was due to them showing ads on the 'back to game' page, which they were not aware was a policy violation.
On sharing this with the partner, rather than terminate $133m in revenue, the partners were able to continue monetizing in good standing with Google.
On the other hand, ▓▓▓▓▓▓ were driving fraudulent clicks and monetizing outstitial inventory; this partner was demonetized and removed from the Play Store due to violations of AdSpam and disruptive ads policies, with impact of $150m.

Steps to Address Apps Quality Issues
Apps Ecosystem Health is a cross-PA initiative focused on 10 separate work streams to resolve critical issues across

Partnerships, Play, and T&S to drive a healthier app ecosystem for advertisers, publishers and users.

These goals include decreasing revenue at risk through remediation of partner inventory, greater transparency for partners with regard to policies, and cross-PA alignment on policies, launches and enforcement to improve the in-app ads experience at an Ecosystem level.

As part of this, an initiative called Safe Flight has been jointly led by Partnerships and T&S to proactively review the managed portfolio of apps and identify potential issues with content, ad implementations and traffic; these issues can then be remediated together with the partner before any punitive actions are taken by Play or T&S.

Dashboard: go/AppsEcosystemHealth
Methodology document:
https://docs.google.com/document/d/1m97V3FOt2bphCkRKNf2EwUPsIMd6AzD56yL32goLkY8/edit?ts=5d9c3e8f

HIGHLY CONFIDENTIAL



**Prod. Adoption OKRs:** Continuous focus on driving platform adoption in apps while maintaining a healthy ecosystem. Expand efforts on acquiring high quality video instream and monetizing via PG. Unclear Search strategy.

Detail in following slides

| | 2019 | 2020 (Same okr / New okr / Deprecated okr) |
|---|---|---|
| Apps | ● Grow gaming revenue<br>● Drive platform adoption and rev on platform<br>● Drive total app impressions | ● Remove specific 'gaming' OKRs<br>● Drive OB and platform adoption; grow rev on platform<br>● Remove app impressions<br>● Drive revenue via new format adoption and Firebase<br>● Minimize revenue at risk (monitor key apps signals) |
| Video Instream | ● Onboard TV/OTT Whales<br>● Increase quality 'viewable' inventory | ● Onboard TV/OTT Whales - *pending open decision*<br>● Broaden quality inventory definition: viewability, brand safe, cookie and device id<br>● Grow programmatic adoption on YT PFP |
| X-Program. And Web | ● Shift reservations to prog. - Grow PG rev.<br>● Shift indirect yield management: EB breadth<br>● Drive adoption of Auto ads<br>● AMP: Drive volume & improve monetization<br>● Onboard pubs on Ad Connector<br>● Revenue on platform (web)<br>● Unlock New acquisitions (web and app) | ● Grow PG revenue w/ buy-side; focus on video<br>● Open Bidding "depth"<br>● Drive adoption of Auto ads<br>● Simplify AMP metrics to track AdX performance in AMP<br>● Replace AdConnector with 'new biz top prospects'<br>● Revenue on platform (web) - tracking<br>● Unlock New acquisitions (web and app) |
| Search | ● Onboard new pubs on SPA | ● Remove SPA OKRs *pending open decision* |
| Ecosystem | ● Drive initial adoption of FC | ● Expand FC goals to cover CMP |

Chris
-- use set up to ask if these are the right focus
-- we will use this forum going forward to track progress



Chris
Slide Overview:
No offering to currently address Commerce partner needs: SPA being deprecated, AFS business declining overall, partners removing click offsite ads, partners looking to digitize coop budgets
Highlight asks from Commerce partners: Ability to own digital shelf space, ability to directly manage relationships with top brands and provide self service model for tail / torso brands, ability to optimize total revenue (ads + sales)
Confirm we will not be prioritizing Commerce as a vertical
Commerce/SPA Summary (provided by Chris over email):
Cover the 'commerce' direction as part of [the Product Adoption OKRs] update
Essentially removing any commerce specific 2020 goals given we will not have a Coop product in market (once SPA Direct deprecation is final) and we will have no meaningful product offering that meets their needs (no TRM, AFS not relevant)
Note:
Not a true 'deep dive' per say but slide to be built out and included in appendix

GOOG-DOJ-06886050



## PG Update: EOY: $773M est (~77% YoY Growth, 85% Tgt)
Product not MVP, roadmap delays affecting growth and creating pricing pressure.

### 2019 Revenue Results
Predicted PG will follow '18 where 40% of spend will be arrive in Q4. Forecasted to achieve $773M (85% to target, 77% YoY growth). Missed due to lack of buyer transparency of value, missing parity features and price pressure.

### Commercial Status

- Buyside Sales planning to accelerate PG adoption to advertisers when feature set complete (tgt Q1/2)
- Agreed to *not* drive change in pricing until we test the viability of the current pricing against a full feature set

**Open Commercial Questions**

- **Alignment on appropriate buy and sell sales OKRs for 2020**
- **Align on programs to drive adoption post feature parity**
- Rethink metrics
  - BFM
  - PG + PD?
  - Shift from PG to OA

(Detailed view here)

### 2019 Market Insight Themes

| | Challenges |
|---|---|
| Both | **Product Readiness**<br>- Lack of parity relative to reservations (delays)<br>- Advanced features (delays)<br>- Pricing friction / Proving value<br><br>**Serviceability:** Tickets per $1.0m down from AM 7.0 to 5.3, DV3 7.3 to 5.9 but continued investment needed to reduce further |
| Buyside | **- Agency Change Management** required (Biz Model/<br>- Reorg reduced traction in H1 requiring new education and realignment on priorities. YoY growth rates now starting to hit plan (100%YoY) in H2. |
| Sellside | - Difficult to show incremental value ...therefore PG buyer lead<br>**- Difficult to negotiate higher CPMs** when advertiser value not transparent |

(Regional view here)

### 2019 Revenue Results EOQ3

### 2018 vs 2019 Revenue Results

Chris
Lack of parity and value transparency features puts pressure on price
Multiple pricing variations investigated over the summer.
Considered moving all fees to buyside. Given PG rev share reduces working media, one proposal to push fees up to DCM
Other proposals considered (here)
Decision to hold on price until parity met EOQ Q1.
Sellside to consider making 5% default



**PG Update:** Need Roadmap to deliver to achieve $1.1B 2020 Goal.
Investment in TV would drive sustained growth but requires commitment.

| Roadmap | Q4 | Q1 | Q2 & Beyond | TV Investment (+$4B opt by '23) |
|---|---|---|---|---|
| Parity with tags | Active View 4 Custom Creatives | Makegoods | Brand Safety Serve time blocks | - TV Investment (+$4B opt by '23)<br>- Baseline roadmap investment still needed to win in TV<br>- Need x funl alignment & priority to progress PG video investment strategy |
| | COP support 4 Custom Creatives | CPM Sponsorships | Align Creative Policies across tag platforms | |
| | | Master and Companion | Pausing Deals & Attaching T&Cs | |
| Advanced Features | Value transparency in UI | Pub Profiles improvements | Advanced Buyer decisioning | Auth Buyer Investment |
| | Google Audiences (Beta) | Measurement / viewability flexibility | Youtube instant Reserve | - To ensure widespread PG industry adoption, need PG to be fully available to all buyers |
| | | Surface buyer freq cap metrics | Streamline PG Workflows | -AB Realized stronger growth in '19 vs DV3 despite low investment |
| | | YouTube Reserve Programmatic Guaranteed CSAM [Beta] | TV and Auth Buyer investment | - Missing key features: Custom creatives, sponsorships, makegoods |
| Serviceability | | Deals Health Dashboard | | - Need x funl alignment & priority to progress Auth buyer PG investment |
| | | Line Item Troubleshooter | Key: Ad Mgr / DV3 / Both | |

Chris
Current plan focused on converting display tag spend where we are the pipes (12-16B Opportunity)
Considering stronger pivot toward primary objective of winning TV (esp. for high CPM inventory) in conjunction with slow/steady transformation of display reservations to PG
Increase PG opportunity by $4B 2023
Parity features for converting tag spend are required for unlocking TV in the future
Need x funl alignment and priority to progress PG video investment strategy



GOOG-DOJ-06886053



Nelson

GOOG-DOJ-06886054

## Q319: Display/Video growing at 14% Y/Y; Search growing 6% Y/Y; Overall at 12% Y/Y

| Q3-19 | Display and Video | | | | | | | | | Search | | | Total Sell Side Revenue | | |
| | Google Network Web | | | Google Network App | | | Google Network Video | | | AFS + AFD | | | | | |
| | Rev | Rev YoY | MQ YoY | Rev | Rev YoY | Imp YoY | Rev | Rev YoY | MQ YoY | Rev | Rev YoY | MQ YoY | Rev | Rev YoY | MQ/Imp YoY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPS - Americas | $450.9 | 11% | 9% | $157.7 | 62% | 22% | $73.7 | 34% | 63% | $443.7 | 1% | -20% | $1,126 | 13% | 9% |
| OPG - Americas | $660.8 | 6% | 10% | $244.7 | 17% | 21% | $36.6 | 28% | 42% | $30.7 | 66% | 40% | $973 | 11% | 13% |
| Americas | $1,111.7 | 8% | 10% | $402.3 | 31% | 21% | $110.3 | 32% | 56% | $474.4 | 3% | -17% | $2,099 | 12% | 11% |
| LPS - EMEA | $262.6 | 10% | 7% | $54.1 | 71% | 26% | $32.4 | 44% | 60% | $205.0 | 13% | -5% | $554 | 17% | 9% |
| OPG - EMEA | $639.5 | 16% | 18% | $470.5 | 45% | 36% | $29.5 | 79% | 87% | $35.4 | -2% | 11% | $1,175 | 27% | 24% |
| EMEA | $902.1 | 14% | 14% | $524.6 | 48% | 35% | $61.9 | 59% | 73% | $240.3 | 11% | -2% | $1,729 | 23% | 20% |
| LPS - APAC | $98.2 | 8% | 8% | $143.6 | -27% | -15% | $9.3 | 53% | 113% | $30.8 | 4% | 24% | $282 | -13% | -4% |
| OPG - APAC | $365.9 | 6% | 13% | $627.2 | 6% | 16% | $3.5 | 105% | 125% | $10.7 | 5% | -12% | $1,007 | 6% | 14% |
| APAC | $464.1 | 7% | 12% | $770.9 | -3% | 6% | $12.8 | 64% | 117% | $41.4 | 4% | 11% | $1,289 | 1% | 9% |
| OPG | $1,666.3 | 10% | 14% | $1,342.4 | 19% | 24% | $69.6 | 49% | 65% | $76.8 | 19% | 15% | $3,155 | 14% | 18% |
| LPS | $811.6 | 10% | 8% | $355.3 | 9% | -3% | $115.4 | 38% | 68% | $679.4 | 4% | -12% | $1,962 | 9% | 8% |
| Total | $2,477.9 | 10% | 13% | $1,697.8 | 17% | 17% | $185.0 | 42% | 67% | $756.1 | 6% | -9% | $5,117 | 12% | 14% |

[1] Web in transition from CT (-6% Y/Y, 44% of rev) to mobile (+24% Y/Y, 56% of rev)

[2] Apps still main growth driver (43% of growth), but share of growth declining. EMEA now fastest growing region followed by AMS

[3] In stream video still small, but growing. 51% of growth driven by Programmatic Guaranteed, followed by OA (28% of growth)

[4] Search is highly concentrated (top 5 partners ~67% of revenue). Y/Y growth now positive driven by strong AFD growth (54% Y/Y)

This document contains Google Need-to-Know information.

Total Video Rev = $754M. 3 components: 1) $32M in Network Web outstream, +7%y/y, $2.7 eCPM; 2) $537M on Apps outstream, +33% y/y, $3.3 eCPM; 3) $185M instream, +42%y/y, $8.8 eCPM   20

Simon
On Search - The subsegment of arbitrage partners pull this down (e.g. Vinden.nl, United Internet). But maybe too much detail for here. See https://docs.google.com/presentation/d/1QjQuJ-Jlb_V7WgGzwHWp4n3EKhpl_vO6P7WMqFU7ehA/edit#slide=id.g59da6d8b8a_0_10

GOOG-DOJ-06886055



## Display AdX Web growth at 9% y/y (-11pts vs Q219). Browser changes and lapping of the Poirot launch are the biggest drivers

### Display AdX Web: $11M deceleration in weekly y/y

- AdX growth **down 11pts** from **20% y/y in Q219 to 9% Q4TD**(2)
- Weekly y/y has declined on average by **$11M** during this period
- Decline seen primarily in **Open Auction** both across **DV360** (-32ppt, -$5.9M) and **Google Ads** (-9ppt, $3.5M)

AdX deceleration between Q2 and Q4'19 (% YoY)

### Known headwinds help explain most of the gap

- **Safari ITP / Firefox ETP:** As impressions with 3rd party cookies continue to decline, significant revenue impact is becoming evident
- **Header Bidding:** Share of impressions won by header bidding line items increased (from 5.14% in May'19 to 6.28% in Oct'19). Unclear whether HB share growth is accelerating as a result of 1PA/UPR launch (investigations ongoing) and whether there is impact on AdX revenue. Amazon is gaining share (from 21% to 31% during the last year)
- **1PA / UPR:** Impact still being analyzed and quantified. Redistribution of revenue across transaction types leading to publisher inquiries
- **iOS Tablet:** Seeing a decline of c. $200k/day since 9/19. However this is probably due to some iPad queries being classifed as Mac OS Desktop, where we see a similar uplift

| Browser changes | Impact[3] (pts y/y) |
|---|---|
| **Safari ITP (4/19),** ITP 2.1 main drag on DV360 mWeb AdX | -3.5 pts |
| **Firefox ETP (9/19),** version 69 launch removed the Display Cookie exemption | -2.1 pts |
| **Product launches** | |
| **Poirot launch (9/18),** currently seeing lapping effects | - 3.5 pts |

Notes: (1) Source: go/gpnav (2) Q4TD as of October 23rd FWE (3) Impact calculation does not consider overlap across key drivers

21 Google

Nelson

Chart: https://screenshot.googleplex.com/vXWqtfRUA77

Browser changes:
Safari ITP, impact is ~500k a day on adx from ITP 2.1 started back in April. We lost ~800k a day growth on cookied users and gained back ~300k a day of growth on non cokied users (adwords shifted spend mainly). Link
Unclear impact from the most recent launch on iOS 13
Firefox, impact is ~300k a day impact on ADX (600k network). I'm ignoring budget movement effects for now / I'm saying these are pre budget effects. Link

Market trends:

Product launches:

Other/platform specific:
iOS Tablet



**Preliminary 2020 Sales Finance Targets:** 11% growth across products[1]

**Sales Finance Forecast Commentary:**

Web

- Growth declining y/y as most transaction types expected to grow less compared to this year. AFC growth expected to be flat

Apps

- Remains the main growth driver for Sellside, but growth contribution declining compared to previous years due to policy challenges

Instream Video

- Expecting growth decline compared to 2019 as PG and EB slow down

Search

- Forecasted to have positive growth for 2020 (~2% Y/Y). AFS expected to decline slightly by ~1% Y/Y, while AFD expected to continue its positive Y/Y trend (~12% Y/Y)

[1] Based on V10 Sales Finance forecasts

22 Google

Chris
-- use this slide to set context for prod. Adoption okrs

## Product adoption OKRs: 2020 Preview (1 of 2)

Note: 2020 metrics/goals currently WIP (ETA Dec 2019)

Overall SS Revs to grow to $23B; 11% y/y in 2020 [Apps: $8B (19% y/y); Video Instream: 1.2B (39% y/y);  Search: $3B; 2% y/y). Growth in apps driven by platform penetration, Firebase, OB and new formats while maintaining a healthy ecosystem. Clarity on Video and Search product investments required.

| Product Group | 2019 OKR metric | 2019 target | Q3 ytd target | Q3 ytd performance | 2020 Strategy | 2020 metric | 2020 Target |
|---|---|---|---|---|---|---|---|
| Apps | Increase Gaming revenue | $3.3B | $2.2B | $2.2B | Evolve towards all apps revs | Gross revs | $8.1B |
| | Increase total app impressions | 5.6T | 4.1T | 4.2T | No change | #Impressions | n/a |
| | Grow rev. "On-Platform" | To 34% | 32% | 30% | No change | %Revs from apps in google mediation | 51% $4B |
| | | | | | Drive Firebase adoption | %Rev Firebase linked | 40% |
| | | | | | Onboard partners in OB | % Apps enabled in OB | WIP |
| | | | | | Increase revenues from new formats | % Apps that have adopted new formats | WIP |
| | | | | | Maintain a healthy ecosystem | % Rev at risk | 40% |
| Video | Onboard top global TV/OTT players | 32 of 84 | +24 partner | 17 partner | No change - *to be confirmed with product* | #New deals 100% renewals | 21; 100% |
| | Grow high viewability (90%+) video instream inventory | 48% (y/y) | 48% | 187% | Evolve towards gaining high quality inventory (defined by a broader set of signals: viewability > 50%, Brand safe content, Cookie, Device id) | % of high quality video instream inventory over all video instream inventory | 33% |
| | | | | | Move partner inventory to pfp | y/y/ queries from pfp | WIP |
| Search | Onboard new Partners on SPA | 52 | 40 | 14 | Deprecate SPA - *to be confirmed with product* | n/a | n/a |

*Rev numbers as ytd; % numbers as in the last 90 days. Colour coding as indicated in GP OKRs. Full detail in 2020 okrs here.*

Chris
Complete narrative here.

HIGHLY CONFIDENTIAL

## Product adoption OKRs: 2020 Preview (2 of 2):

Note: 2020 metrics/goals currently WIP (ETA Dec 2019)

Overall SS Revs projected to grow to $23B; 11% y/y in 2020 (PG: $1B; 32% y/y - Web: 11B; 5% y/y). More clarity on PG investments from both product as well as buy side required. Broader focus on web performance to ensure optimal monetization of content.

| Product Group | 2019 OKR metric | 2019 target | Q3 ytd target | Q3 ytd performance | 2020 Strategy | 2020 metric | 2020 Target |
|---|---|---|---|---|---|---|---|
| Cross-Programmatic | Increase PG revenue | $897m (108% y/y) | $581 M | $433M | No change but higher focus on video | PG Revs | $1,007M (31.8% y/y) |
| | Onboard Pubs enabled in Demand Prod. | 15 (from 2 in 2018) | 12 Pubs | 3 Pubs | Replace by new biz top prospects | #Ad hoc deals | WIP |
| | Grow OB AdManager Breadth | 75% | 70% | 66% | Move to depth - *to be confirmed with product* | %OB queries over indirect inventory | n/a |
| Ecosystem | Onboard Pubs on Funding Choices | 70 | 58 | 37 | Evolve to differentiate btwn AdBlocking + CMP + other | #Pubs in FC | WIP |
| | Onboard Pubs w/ Google audience in PG | 20 | 15 | 0 | Deprecate due to data leakage risks | n/a | n/a |
| | Limit Rev at risk of domains failing ads exp reports | <1% | <1% | <1% | No change | Revs at risk | <1% |
| Web | Maintain AdX Revenue Parity (AMP vs non-AMP) | 1.1 | 1.1 | 1.1 | Simplify AMP strategy to focus only on AdX monetization - *will likely evolve into VOLT once launched in 2020* | Adx revs on AMP over non-AMP | 1.1 |
| | Grow Reservation Imp. Parity (AMP vs non-AMP) | 0.7 | 0.7 | 0.6 | | n/a | n/a |
| | Grow %mWeb queries AMP'd | 15.9% | 13.6% | 9% | | n/a | n/a |
| | Grow% PVs eligible for AFC Auto Ads | 29.6% | 27.1% | 29.4% | No change | %PVs eligible | 80% |
| | Increase revenue "On-Platform" | 94% | 92.8% | 95.2% | No change | %Revs from pubs in AdManager | n/a |

Rev numbers as ytd; % numbers as in the last 90 days. Colour coding as indicated in GP OKRs. Full detail in 2020 okrs here.

Chris
Complete narrative here.

HIGHLY CONFIDENTIAL



## **PG Update:** Appendix: Regional Insights and gTech deep dive

### 2019 Market Insights Buyside View

| | Highlight | Lowlight |
|---|---|---|
| NA | - 16 clients flipped '19 -Growing 60%+ YoY<br>- Flips from '18 (e.g. State Farm, MSFT, VW, HP, Fidelity, etc) accounted for 35%+ of overall PG growth YTD | - Agency hurdles<br>- Proving value of PG & media consolidation<br>- Parity needs<br>- 2 largest PG spenders (MSFT and Verizon moved off DV360 |
| EMEA | + FR, NL, DK, TR, GB -> Loreal, Uber Pandora, Ferrero, McDonalds | **-No tracking of graduating $$ to OA/PD**<br>-Impact from Gemini Q1/Q2. |
| APAC | -Biggest growth with Direct & Independent Agencies<br>- Main growth has been driven by emerging markets, | - PG investment across the Big6 HoldCo's remained static<br>- Mature sub-regions like AUNZ have plateaued |

### 2019 Market Insights Sellside View

| | Highlight | Lowlight |
|---|---|---|
| NA | - 120 networks actively using PG, up 10% YoY<br>- Harvard Biz Review white paper & maturity scorecard launch | - Ad Mgr bug 10/3<br>- Difficult to show incremental value<br>- Pricing Friction |
| EMEA | - Joint Buy/sell Acceleration plan<br>- **LPS PG revenue grew 108% YoY in Q3 and overachieved the quarterly revenue target (110%)** | - Serviceability challenges in the UK & Video implementation in EEM<br>- In Market PG prioritization on the buy-side is challenging<br>-Likely miss tgt '19 |
| APAC | - India continues to thrive $27m run YTD (LPS $24m, OPG $3m), growing +93% y/y<br>- Successful DAI + PG tests with live cricket in India | - Region will miss forecast by $25m (LPS target $88m), largely in AUNZ<br>- AUNZ continues to struggle (locked out of premium video inventory, lack of value prop to pubs) |
| OPG | - In Q3, OPG PG revenue grew 131% YoY<br>- OPG EMEA is | - While all regions are seeing Q3 YoY query growth, it has decelerated 93pp |

### gTech PG Status: Costs declining YoY

Tickets per M declining as rev and deals grow YoY

Summary of Initiatives

**Accelerate Inventory Onboarding via E2E Pipeline Testing**
- Piloted/ standardized 5 advanced features* testing to ensure correct implementation, $31M+ ARR

**Keep Tickets Flat YoY as Revenue Continues to Grow**
- Key LI troubleshooter updates to reduce tickets
  - Detailed Video / VPAID rejection reasons (~2% tickets)
  - Add "Creative did not render" (longstanding ask)
- Launched preflight test dashboard & pilot service to flag potential VPAID & 3P creative issues (15% of total rejections)

**Enlighten Customer via Buy/Sell Collaboration**
- Global buy-sell workstreams to tackle top issues
- Launch Project Bread & Butter across AM360, DV360 & 3P DSPs
  - Median TTR down 32% (from 171hrs to 117hrs) as of Q3

Chris