UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and this Court's June 24, 2024 Order (Dkt. 871), non-party Meta Platforms, Inc. ("Meta") respectfully moves this Court to seal certain deposition testimony and trial exhibits that contain Meta's sensitive business and other confidential information. As discussed further in the accompanying memorandum of law, sealing this information is necessary and the proposed redactions are narrowly tailored to protect Meta's compelling interest.

July 26, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

1

E. Kate Patchen (admitted pro hac vice)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*