UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | No. 1:23-cv-00108-LMB-JFA |

## [PROPOSED] ORDER GRANTING NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and this Court's June 24, 2024 Order (Dkt. 871), non-party Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Motion"), which seeks to seal certain deposition testimony and trial exhibits that contain Meta's sensitive business and other confidential information. Having considered the Motion and accompanying memorandum of law, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) Meta has a compelling interest in protecting its sensitive, confidential, business information that outweighs the public's right of access; (iii) a procedure other than sealing is insufficient to protect Meta's interest; and (iv) Meta seeks to seal only as much as is necessary to protect its interest.

Accordingly, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the deposition testimony and trial exhibits described in the memorandum of law accompanying the Motion shall remain UNDER SEAL until further order of this Court.

**SO ORDERED** on this ___ day of _____, 2024.

_____
United States District Judge

1