**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| United States, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Google LLC<br><br>　　　　　　Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## NON-PARTIES MICROSOFT CORPORATION AND XANDR INC.'S OBJECTIONS AND MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-parties Microsoft Corporation and Xandr Inc. (together, "Microsoft") and the Court's June 24, 2024 Order (Dkt. 871), through undersigned counsel, respectfully objects to the public disclosure of certain potential trial exhibits identified to Microsoft by party counsel and moves this Court for an order granting this motion to seal Microsoft's competitively sensitive and non-public information. Microsoft seeks leave to file certain sealed exhibits to the Declaration of Allen R. Davis in Support of Non-Parties Microsoft Corporation and Xandr Inc.'s Objections and Motion to Seal. Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for the objections and this motion are contained in the memorandum of law concurrently filed in support. A proposed order is attached for the Court's convenience.

Dated: July 26, 2024  Respectfully submitted

/s/ Craig G. Falls
Craig G. Falls (VSB 72926)
Amy W. Ray (*pro hac vice*)
Eileen M. Cole (*pro hac vice*)
Allen R. Davis (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 339-8611
Fax: (202) 339-8500
Email: cfalls@orrick.com

*Attorneys for Microsoft Corporation and Xandr Inc.*