IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States, et al.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Google LLC<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## PROPOSED ORDER

Pursuant to Local Civil Rule 5(C), non-parties Microsoft Corporation and Xandr Inc. (together, "Microsoft") filed a motion to seal and supporting memorandum (the "Microsoft Memorandum"), seeking leave to file certain sealed excerpts from proposed trial exhibits (the "Motion").

Upon consideration of the Motion and the Microsoft Memorandum, the Court finds that (i) sufficient notice has been given (Dkt. No. _____); (ii) the exhibits excerpts and redacted text contain Microsoft's confidential business information; (iii) only sealing will sufficiently protect Microsoft from competitive harm and no less drastic alternatives will suffice; (iv) the limited sealing and redaction properly balances Microsoft's interests against the public's interest; and (v) the public's right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome. Accordingly, for good cause shown, it is hereby:

- 2 -

ORDERED that the Motion is GRANTED, and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this \_\_\_\_ day of _____, 2024.

_____