IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Google LLC<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-00108 |

**LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF
OBJECTIONS AND MOTION TO SEAL**

PLEASE TAKE NOTICE that Non-parties Microsoft Corporation and Xandr Inc. filed a motion to seal certain exhibits seeking leave to file certain sealed exhibits to the Declaration of Allen R. Davis in Support of Microsoft's and Xandr's (together, "Microsoft") Memorandum of Law in Support of Microsoft's Objections and Motion to Seal. Pursuant to Local Civil Rule 5, Microsoft hereby notifies the Parties and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: July 26, 2024                         Respectfully submitted

/s/ Craig G. Falls
Craig G. Falls (VSB 72926)
Amy W. Ray (*pro hac vice*)
Eileen M. Cole (*pro hac vice*)
Allen R. Davis (*pro hac vice*)
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 339-8611
Fax: (202) 339-8500
Email: cfalls@orrick.com

*Attorneys for Microsoft Corporation and Xandr Inc.*