UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S NOTICE OF MOTION TO SEAL

　　Pursuant to Local Civil Rule 5(C), non-party Meta Platforms, Inc. ("Meta") hereby notices the filing of Meta's contemporaneously filed Motion to Seal ("Motion"). As required by Rule 5(C), Meta further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to it Motion, this Court may treat its Motion as uncontested.

July 26, 2024　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Connor Kelley*
　　　　　　　　　　　　　　　　　　　　Connor Kelley (VA Bar No. 93596)
　　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　　850 Tenth St., NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Telephone: 202-662-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: 202-778-5628
　　　　　　　　　　　　　　　　　　　　ckelley@cov.com

　　　　　　　　　　　　　　　　　　　　E. Kate Patchen (admitted *pro hac vice*)

Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*