**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA <br><br> Hon. Leonie M. Brinkema |

## NOTICE OF APPEARANCE FOR BRIAN TULLY MCLAUGHLIN

PLEASE TAKE NOTICE that the following attorney appears as counsel for Non-Party BuzzFeed, Inc.:

> Brian Tully McLaughlin
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> Telephone: (202) 624-2500
> Facsimile: (202) 628-5116
> Email: bmclaughlin@crowell.com

Dated: July 26, 2024
Washington DC

Respectfully submitted,

**CROWELL & MORING LLP**

By:  /s/ *Brian Tully McLaughlin*
Brian Tully McLaughlin (Virginia Bar No. 71258)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
bmclaughlin@crowell.com

*Counsel for Non-Party BuzzFeed, Inc.*