AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Walt Disney Company.

Date: 07/26/2024

/s/ Connor Kelley
*Attorney's signature*

Connor Kelley (VA Bar No. 93596)
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
*Address*

ckelley@cov,com
*E-mail address*

(202) 662-5628
*Telephone number*

(202) 778-5628
*FAX number*