UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

**<u>NON-PARTY THE WALT DISNEY COMPANY'S MOTION TO SEAL</u>**

　　Pursuant to Local Civil Rule 5(C), non-party The Walt Disney Company ("TWDC") respectfully moves this Court to seal portions of the deposition testimony of Jeremy Helfand and of certain documents identified in Plaintiffs' and Defendant's trial exhibit lists, and one document from Defendant's trial exhibit list in its entirety. As discussed further in the accompanying memorandum of law, sealing the identified portions of this deposition testimony and documents from the parties' trial exhibits is necessary and tailored to protect TWDC's sensitive, confidential, business information.

July 26, 2024　　　　　　　　　　　　　　　　　　Respectfully submitted,

COVINGTON & BURLING LLP

<u>*/s/ Connor Kelley*</u>
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (pending *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party The Walt Disney Company*