**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>                        Defendant. | Case No. 1:23-cv-00108-LMB-JFA<br><br>Hon. Leonie M. Brinkema |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Non-Party BuzzFeed, Inc. ("BuzzFeed"), by and through its counsel, makes the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

BuzzFeed has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 26, 2024                                Respectfully submitted,

**CROWELL & MORING LLP**
By:   /s/ *Brian Tully McLaughlin*
Brian Tully McLaughlin (Virginia Bar No. 71258)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
bmclaughlin@crowell.com

Juan A. Arteaga (*pro hac vice pending*)
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
(212) 223-4000
jarteaga@crowell.com

*Attorneys for Non-Party BuzzFeed, Inc.*