# **APPENDIX A**

## Objections to the Public Use of Microsoft Materials at Trial

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| 1 | DTX0073 | Amended and Restated Display Media Services Agreement (AppNexus) – Dated Feb. 3, 2017 | Microsoft requests that this exhibit be redacted in its entirety. | Information reflects confidential, non-public, and commercially sensitive contractual terms agreed to by Microsoft. Disclosure of these terms would materially impact Microsoft's future negotiating position in efforts to secure ad tech services. |
| 2 | DTX0358 | Excerpts from document titled "Risks Related to Our Business and Industry" – Dated Nov. 19, 2016 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 2. | Information reflects confidential, non-public, and commercially sensitive revenue and profit/loss values, and Xandr revenue by customer. |
| 3 | DTX0749 | Email from J. Gruber to D. Pann and others attaching document titled "SAN – Native and Display Monetization" – Dated July 17, 2019 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 3. | Information reflects confidential, non-public, and commercially sensitive information on Microsoft's business strategies, including Microsoft's strategic approach to partnership opportunities, and internal data. Information also discloses non-public contact information for Microsoft employees. |
| 4 | DTX0827 | Excerpts from Xandr document titled "SSP – Business | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 3. | Information reflects confidential, non-public, and commercially sensitive internal data on Xandr's |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | Investment Case" – Dated Nov. 2011 | | actual and projected revenues, assessments of market performance, and detailed strategic and competitive plans still relevant to the ongoing business. |
| 5 | DTX0847 | Excerpts from a Microsoft document titled "Why 'Microsoft Advertising?' What is 'Microsoft Advertising?' What is MSAN?" – Dated Dec. 11, 2019 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 5. | Information reflects confidential, non-public, and commercially sensitive information on the operation of Microsoft's advertising platforms, revenues by specific customers, strategic assessments of business opportunities, and internal revenue analyses. Information also discloses non-public contact information for a Microsoft employee. |
| 6 | DTX0962 | Excerpts from Xandr document titled "Future of Advertising" – Dated July 2020 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 6.<br><br>Microsoft notes that the yellow highlighting in Exhibit 6 does not reflect proposed redactions. Rather that highlighting appears in the exhibit as provided to Microsoft. | Information reflects confidential, non-public, and commercially sensitive strategic planning discussions, specific methodological approaches to business decisions, , pricing strategies, detailed revenue allocations, and data figures based on internal data sources and analyses. |
| 7 | DTX0963 | Excerpts from Xandr document titled "Drafted Strategy | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 7. | Information reflects confidential, non-public, and commercially sensitive strategic planning, internal |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
|  |  | Materials: Monetize" – Dated July 6, 2020 |  | assessments of competitive metrics, pricing strategies, and data figures based on internal data sources and analyses. Information also discloses non-public contact information for a Microsoft employee. |
| 8 | DTX1083 | Excerpts from Xandr document titled "Ad Server Supplemental Deck" – Dated Mar. 29, 2021 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 8. | Information discloses non-public contact information for a Microsoft employee. |
| 9 | DTX1091 | Excerpts from Xandr document named "Auction Mechanics, Bid Shading and SPO Overview" – Dated Apr. 23, 2021 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 9. | Information reflects confidential, non-public, and commercially sensitive descriptions of Xandr's internal, proprietary methods of implementing features, assessments of the competitive impacts of those features, and detailed cost and revenue impacts for Xandr. Information also discloses non-public contact information for a Microsoft employee. |
| 10 | DTX1129 | Excerpts from Xandr document named "Google Import Feature Guide" – Dated Aug. 19, 2021 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 10. | Information discloses a non-public email address used internally by Microsoft. |
| 11 | DTX1135 | Excerpts from Xandr document titled "MSAN and Gaming: Programmatic Native & Video | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 11. | Information reflects confidential, non-public, and commercially sensitive revenue figures and projections, platform performance metrics, and |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
|  |  | Advertising" – Dated Sept. 23, 2021 |  | strategic considerations concerning ad formats. |
| 12 | DTX1142 | Excerpts from Xandr document titled "Xandr Bidder Strategy Assessment" – Dated Oct. 2021 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 12. | Information reflects confidential, non-public, commercially sensitive, and detailed strategic assessments and planning for Xandr's ad tech products, and Xandr's plans and methods for investing and allocating resources to development projects. |
| 13 | DTX1203 | Excerpts from Microsoft board presentation on Xandr acquisition – Dated Dec. 3, 2021 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 13. | Information reflects confidential, non-public, and commercially sensitive strategic considerations for the Xandr acquisition, detailed financial analyses and projections, integration planning, and undisclosed Xandr revenue figures and projections. |
| 14 | DTX1209 | Excerpts from Xandr document titled "Xandr POV: TTD Open Path" – Dated Feb. 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 14. | Information reflects confidential, non-public, and commercially sensitive strategic considerations for Xandr of a competitor product, including revenue and costs impacts to Xandr's business and Xandr's planned responses. |
| 15 | DTX1215 | Excerpts from Microsoft document titled "Getting Up to Speed on Xandr" – Dated Feb. 11, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 15. | Information reflects confidential, non-public, and commercially sensitive strategic considerations for the Xandr acquisition, detailed financial analyses and projections, integration |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | | planning, undisclosed Xandr revenue figures and projections, Microsoft's integration, and product launch planning. Information also discloses non-public contact information for a Microsoft employee. |
| 16 | DTX1282 | Excerpts from Xandr document titled "Future of Advertising" – Dated June 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 16. | Information reflects confidential, non-public, and commercially sensitive strategic planning discussions, specific methodological approaches to business decisions, , pricing strategies, detailed revenue allocations, and data figures based on internal data sources and analyses. |
| N/A | DTX1284 | Excerpts from Ben John deposition Exhibit 25, titled "Microsoft's Considered Acquisition of DoubleClick, Acquisitions of PromoteIQ and Xandr, and Divestiture of Atlas" | Microsoft requests redactions to the following portions of the exhibit:<br>• Pg. 1: "Microsoft subsequently increases estimated purchase price to [REDACTED]."<br>• Pg. 2:<br>  ○ Bullets associated with the "Early 2019" section of "PromoteIQ (Acquisition)," beginning "Microsoft had…" and ending "…deemed faster."<br>  ○ "Microsoft considers…including: Xandr [REDACTED]." | Information reflects confidential, non-public, and commercially sensitive rationales for Microsoft's acquisition strategies, including willingness to pay, and alternative acquisition possibilities. |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | • Pg. 3: Content preceding "2021-Dec. 8/9," beginning "eliminate…" and ending "…leadership." | |
| 17 | DTX1285 | Excerpt from Ben John deposition Exhibit 26, titled "Microsoft Ad Tech Timeline" | Microsoft requests redactions to the excerpted page, as reflected in Exhibit 17. | Information reflects confidential, non-public, and commercially sensitive details of Microsoft's contracts with ad tech providers and the costs to serve impressions on the Xandr platform. |
| 18 | DTX1288 | Excerpts from Microsoft document, titled "Advertising as Microsoft Before June 7th 2022" – Dated June 7, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 18. | Information reflects confidential, non-public, and commercially sensitive technical details of Microsoft's integration of Xandr, revenue synergies attributable to the acquisition, specific costs synergies, and detailed product planning and development. Information also discloses non-public contact information for a Microsoft employee. |
| 19 | DTX1289 | Excerpts from Microsoft document, titled "Digital Advertising Market Sizing" – Dated June 7, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 19. | Information reflects confidential, non-public, and commercially sensitive assessments of the market opportunities in ad tech and digital advertising, including detailed projections of market growth and Microsoft's priorities in those areas, and data figures based, in part, on internal data sources and analyses. |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| 20 | DTX1305 | Excerpts from Microsoft document, titled "Future of Advertising" – Dated June 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 20. | Information reflects confidential, non-public, and commercially sensitive assessments of Xandr's market opportunity, Xandr's internal assessments of competitive metrics, pricing information and assessments, and data figures based on internal data sources and analyses. Information also discloses non-public contact information for a Microsoft employee. |
| 21 | DTX1337 | Excerpts from Microsoft document, titled "Publisher Partner Growth FAQ" – Dated Sept. 9, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 21. | Information reflects confidential, non-public, and commercially sensitive Microsoft strategies for discussions with publishers and plans for expanding advertising opportunities. Information also discloses a non-public email address used internally by Microsoft. |
| 22 | DTX1364 | Excerpts from Microsoft document, titled "Microsoft and News Corp: News Corp Partner Day" – Dated Oct. 19, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 22. | Information reflects confidential, non-public, and commercially sensitive details of Microsoft's relationship with a customer, including revenue and revenue growth figures based on internal Microsoft data, and internal strategic thinking concerning the relationship. Information also discloses non-public |

- 8 -

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | | | contact information for a Microsoft employee. |
| 23 | DTX1367 | Excerpts from Microsoft document, titled "Netflix Status, 'Halo Effects' & CTV" – Dated Oct. 20, 2022 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 23. | Information reflects confidential, non-public, and commercially sensitive internal analysis of Microsoft's current deal with Netflix, including non-public contract terms, and the specific business opportunities for Microsoft. Information also discloses non-public contact information for a Microsoft employee. |
| 24 | DTX1462 | Excerpts from Microsoft document, titled "Matching Refresher 2023" – Dated Jan. 17, 2023 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 24. | Information discloses a non-public email address used internally by Microsoft. |
| 25 | DTX1491 | Excerpts from Xandr document, titled "Questions about supply strategy" – Dated Feb. 23, 2023 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 25. | Information reflects confidential, non-public, and commercially sensitive assessments of Xandr's supply strategy, technical details of Xandr's ad tech integrations, and Xandr's revenues for specific products. Information also discloses a non-public email address used internally by Microsoft. |
| 26 | DTX1524 | Excerpts from Microsoft document, titled "Welcome to Microsoft Advertising" – | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 26. | Information reflects confidential, non-public, and commercially sensitive headcount and product usage details, advertiser spend on the Xandr |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | Dated Apr. 11, 2023 | | platforms, and internal Microsoft revenue data. Information also discloses a non-public email address used internally by Microsoft. |
| 27 | DTX1840 | Figure 19: Microsoft Audience Network U.S. Spending, Apr 2020-Dec 2022 | Microsoft requests redactions to Figure 19, as reflected in Exhibit 27. | Detailed figures reflecting confidential, non-public, and commercially sensitive data on the distribution of advertiser spend on the Microsoft Audience Network. |
| 28 | DTX1958 | Figure 145: Xandr Monetize (Exchange) U.S. Indirect Display Spending by Environment, 2019-2022 | Microsoft requests redactions to Figure 145, as reflected in Exhibit 28. | Detailed figures reflecting confidential, non-public, and commercially sensitive data on the distribution of advertiser spend on the Xandr Monetize service. |
| N/A | DTX2227 DTX2228 DTX2229 DTX2230 DTX2231 DTX2232 | Transaction data produced by Microsoft | Microsoft requests that the underlying data files, and any information drawn therefrom, remain sealed in their entirety.<br><br>Due to the nature and size of the data files, which span over hundreds of individual data files, it is not possible to file redacted versions. | Information reflects confidential, non-public, commercially sensitive, and extensively detailed transaction-level data for Microsoft's and Xandr's advertising products and services. These exhibits encompass gigabytes of data, stretching over hundreds of individual files, and including years of sensitive. granular, customer-specific monthly data (e.g., specific revenues, impressions, fees, and geographic distributions thereof). |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| N/A | N/A | Transaction data produced by Microsoft | Plaintiffs noticed Microsoft of eight data files from which Plaintiffs intend to present exhibits based on the underlying data.<br>• MSFT-AGG-LIT-00000007.002<br>• MSFT-AGG-LIT-00000007.003<br>• MSFT-LIT-0000053397<br>• MSFT-LIT-0000060007<br>• MSFT-LIT-0000073226<br>• MSFT-LIT-0000073226<br>• Request1_201910<br>• Request3_202205<br><br>Microsoft requests that the underlying data files, and any information drawn therefrom, remain sealed in their entirety.<br><br>Due to the nature and size of the data files, which span over hundreds of individual data files, it is not possible to file redacted versions. | Information reflects confidential, non-public, commercially sensitive, and extensively detailed transaction-level data for Microsoft's and Xandr's advertising products and services. These exhibits encompass gigabytes of data, stretching over hundreds of individual files, and including years of sensitive. granular, customer-specific monthly data (e.g., specific revenues, impressions, fees, and geographic distributions thereof). |
| 29 | PTX1603 | Excerpts from Xandr document, titled "2019 Publisher Tools Direct Supply" – Dated Dec. 13, 2018 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 29. | Information reflects confidential, non-public, and commercially sensitive strategic planning details, estimated and actual financial figures, detailed product investment plans, and data figures based on internal data sources and analyses. |
| 30 | PTX1626 | Excerpts from Xandr submission to French Competition Authority – | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 30. | Information reflects confidential, non-public, and commercially sensitive revenue, impression, and usage data. |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | Dated Oct. 29, 2019 | | |
| 31 | PTX1628 | Excerpts from Xandr documents titled "DSP Investment Strategy" and "SSP Business Investment Case" – Dated Nov. 14, 2019 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 31. | Information reflects confidential, non-public, and commercially sensitive internal data on Xandr's actual and projected revenues, assessments of market performance, the geographic distribution of Xandr's revenue, assessments of Xandr's competitors, and detailed strategic plans still relevant to the ongoing business. |
| 32 | PTX1644 | Excerpts from Xandr submission to French Competition Authority – Dated May 27, 2020 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 32. | Information reflects confidential, non-public, and commercially sensitive revenue data. |
| 33 | PTX1649 | Excerpts from Xandr document titled "Product & Platform Strategy" – Dated July 27, 2020 | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 33. | Information reflects confidential, non-public, and commercially sensitive details of Xandr's product development strategies, investment and workstreams required to implement those strategies, and the competitive impact of executing those strategies. |
| 34 | PTX1659 | Excerpts from Microsoft document titled "Getting Up to Speed on Xandr" | Microsoft requests redactions to the excerpted pages, as reflected in Exhibit 34. | Information reflects confidential, non-public, and commercially sensitive strategic considerations for the Xandr acquisition, |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | – Dated Feb. 11, 2022 | | detailed financial analyses and projections, integration planning, undisclosed Xandr revenue figures and projections, Microsoft's integration, and product launch planning. Information also discloses non-public contact information for a Microsoft employee. |
| N/A | N/A | Transcript designations to the deposition testimony of Benneaser John | Microsoft objects to the public use of the following portions of the transcript:<br>• Tr. 33:17-18 ("…has grown from [REDACTED] in two years.")<br>• Tr. 109:10-11<br>• Tr. 109:22-23 ("[REDACTED] are all reaching…")<br>• Tr. 160:22-161:9<br>• Tr. 161:12-16<br>• Tr. 161:18-162:7<br>• Tr. 162:11-23<br>• Tr. 162:25-164:9<br>• Tr. 168:9-12 ("I believe it's [REDACTED] Q. [REDACTED]? A. [REDACTED] in Europe…")<br>• Tr. 186:17-18 ("What's your understanding of why [REDACTED] switched…")<br>• Tr. 181:14-16<br>• Tr. 246:13-247:7 | Information reflects confidential, non-public, and commercially sensitive revenue figures, customer outreach, Microsoft's opportunities for particular customers, and the technical operation of Microsoft's mediation and bid shading features. |
| N/A | N/A | Transcript designations to the deposition | Microsoft objects to the public use of the following portions of the transcript: | Information reflects confidential, non-public, and commercially sensitive take rates, technical |

| Davis Decl. Ex. No. | Trial Ex. No. | Description | Requested Redaction | Basis for Sealing |
|---|---|---|---|---|
| | | testimony of Brian O'Kelley | • Tr. 165:24-166:5 ("I think that we started out at [REDACTED] percent in 2007…to around [REDACTED] percent, as sort of a baseline.")<br>• Tr. 166:10-11 ("But I think we were always in that [REDACTED] percentage range.")<br>• Tr. 170:10-14 ("So AppNexus, when I left, had [REDACTED] cores…And that was maybe [REDACTED] million a year…")<br>• Tr. 173:22-174:5 ("…if you take that [REDACTED] million we were investing…maybe we'd make [REDACTED] million. If we won…we'd make [REDACTED] million…"<br>• Tr. 201:1-17<br>• Tr. 202:2-18 | capabilities, business costs, estimated revenues based on business costs, and contractual terms between Microsoft and Xandr. |