# EXHIBIT 4
# REDACTED
# (Unredacted copy filed under seal)

# Executive Summary

**Market**

The historical growth of AppNexus' sell side business (now Monetize) focused on providing enterprise platform technology to exchanges and publishers to monetize display ad inventory. The early embrace of header bidding, partnership with strategic anchor clients (e.g., Microsoft & Schibsted), and investment in a full stack of technology offerings enabled the sell side business to become one of the few scaled alternatives to Google in this market. However, the industry has begun to shift dramatically from display to video, with US spend expected to be 2:1 video to display by 2023. In addition to the broad shift to video, buyers have begun to assert their leverage on sell side ad tech partners in order to gain direct and inexpensive access to supply, causing consolidation around players delivering unique value and focused on serving customer needs.

**Opportunity**

The market has increasingly developed winner-take-most dynamics. As key competitors focused investment to address the shifting needs of video advertisers and premium publishers, the Xandr offerings have lagged behind the market. Given our historical focus on display and enterprise tech, significant investment and focus across product and GTM is required to address customer needs and establish a leading position in a consolidating market. However, with our data and video assets, Xandr has a unique opportunity to significantly grow our business and firmly entrench our position as a market leader.

**Strategy**

In order to become the preferred technology and monetization partner for premium media owners and fuel a scaled marketplace of unique demand and supply, Xandr's strategy must address the distinct needs of sell side customer sets by:

1. Establishing a formal product offering and sales motion for buyers of our SSP by developing a buyer interface focused on solving key agency and marketer needs, and leveraging our established buy side sales team focused on generating/curating supply to serve buyer demand

2. Gaining share with premium video publishers through investment in a best-in-class video SSP that leverages our advantages in TV and the ability to drive unique demand through exclusive data, while building the foundation for the convergence of TV and digital video

3. Protecting and growing our position with omni-format enterprise publishers and anchor clients, including our owned media (WMG, DTV, future AVOD products), through increased product and service focus on customer success and investment in foundational video ad serving capabilities

**Business Case**

Incremental cash investment of REDACTED, the SSP business across 2020-21 is expected to drive positive cash contribution by 2022, accelerate revenue growth to REDACTED ACR and double our SSP market share to REDACTED by 2024. These investments required to effect our video first strategy and emerge from industry consolidation as a leading sell side player complement and accelerate Xandr-wide strategic investments, including Convergence, Community, Invest, and International Expansion.



CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111235

Xandr's existing business is focused on omni-format web publishers and highly dependent on traditional display advertising

2019 SSP Revenue Forecast by Format

REDACTED

• Display • Video

2019 Forecasted Global SSP Revenue Mix

REDACTED

• Premium Video Pubs   • Digital Omni-Format Pubs   • O&O   • MSFT



- Despite recent growth in video REDACTED / SSP revenue is expected to come from display advertising in 2019

- REDACTED of SSP revenue comes from Digital Omni-format Pubs, with only 9% of revenue coming from Premium Video Pubs, despite REDACTED growth
- MSFT accounts for REDACTED / SSP revenue, while O&O (Warner Media) represents only REDACTED

Excludes "Other" SSP revenue (e.g. IX, DAS, Demand Partner)

ATT-GCID-00111240

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED of Xandr's current sell side revenue comes from EMEA, where competitive dynamics and customer needs differ meaningfully from the US

## Global Revenue by Region

REDACTED

■ US  ■ EMEA  ■ RoW

- REDACTED of Xandr's SSP revenue comes from outside of the US today, with REDACTED of it coming from Ad Server, CSET / Int'l MSFT
- While the US business is primarily SSP driven, the EMEA business is primarily ad server driven, with anchor client implementation creating lasting relationships with our platform

## Xandr Total Addressable Market for Display and Video

REDACTED

2018   2019   2020   2021   2022   2023

—— US   —— LATAM   —— EMEA   —— APAC

- Though traditional display spending is projected to decrease at a REDACTED CAGR between 2018 and 2023 in the US, the format should remain more resilient in EMEA, declining at a REDACTED CAGR during the same period
- Factoring in the resilience of Display abroad, as well the structural barriers (YouTube) to video growth, Xandr's Display and Video TAM in EMEA should exceed that of the US by 2023

REDACTED

ATT-GCID-00111241

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

In evaluating our position in the display market, we remain competitive with publishers, but fall behind in addressing buy side customer needs

Source: Internal Analysis completed w ith key commercial and product leaders based on industry research

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111242

# This value gap is more prominent in video, where buyer-focused offerings are more critical

Publisher Value Drivers: REDACTED

Buyer Value Drivers (Pub Monetization): REDACTED

| | Ad Server | Wrapper | Deals | UX | Customer Service | Brand & Reputation | Reporting & Analytics | Pub Total | Inventory Curation & Forecasting | Customer Experience | Preferred Access | Quality, Transparency, & Price | Reporting & Insights | Identity Solutions | Buying Methods | Buyer Total | Combined Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weighting | REDACTED | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | | |
| SPOTX | | | | | | | | | | | | | | | | | |
| amazon | | | | | | | | | | | | | | | | | |
| telaria | | | | | | | | | | | | | | | | | |
| FREEWHEEL A COMCAST COMPANY | | | | | | | | | | | | | | | | | |
| rubicon | | | | | | | | | | | | | | | | | |
| xandr | | | | | | | | | | | | | | | | | |
| INDEX EXCHANGE | | | | | | | | | | | | | | | | | |

Source: Internal Analysis completed with key commercial and product leaders based on industry research

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111243

*Strictly Confidential*
xandr

# However, with market consolidation, investment in key areas will allow Xandr to become a must-have technology partner for sellers

**Which SSP Will End Up Being the Closest Competitor to Google and Amazon?**

REDACTED

| Familiarity | REDACTED | Usage | REDACTED | Consideration | REDACTE | Buying Intention | REDACTED | NPS | REDACTED |
|---|---|---|---|---|---|---|---|---|---|
| Google | | Google | | Google | | Google | | Google | |
| amazon | | amazon | | amazon | | amazon | | amazon | |
| xandr | | xandr | | xandr | | xandr | | Index Exchange | |
| rubicon | | OpenX | | OpenX | | OpenX | | PubMatic | |
| OpenX | | rubicon | | rubicon | | mopub | | mopub | |
| Oath | | mopub | | mopub | | rubicon | | rubicon | |
| mopub | | Oath | | Oath | | Oath | | xandr | |
| PubMatic | | Index Exchange | | Index Exchange | | PubMatic | | OpenX | |
| Index Exchange | | PubMatic | | PubMatic | | Index Exchange | | Oath | |

- Xandr maintains a strong reputation from the legacy SSP business
- REDACTED

- REDACTED

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111244

# Xandr's strategy must be tailored to each segment of the market

| Customer Segment | Leading Players | Competitor Positioning | Xandr Strategy | Example Clients |
|---|---|---|---|---|
| Marketers & Agencies | SPOTX, INDEX EXCHANGE, Google | REDACTED | REDACTED | Omnicom MediaGroup, P&G, groupm, PUBLICIS MEDIA |
| Premium Video Publishers | SPOTX, telaria, FREEWHEEL A COMCAST COMPANY, amazon | REDACTED | REDACTED | CBS, A+E, hulu, Discovery Communications |
| Omni-Format Enterprise Publishers | Google, rubicon, amazon | REDACTED | REDACTED | WARNER MEDIA, Microsoft, axel springer, SCHIBSTED MEDIA GROUP |

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential
⊛xandr

ATT-GCID-00111249

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

SSP Cross-Functional Timeline

2019

Q4

2020

Q1

Q2

Q3

Q1

Q2

Q3

Q4

Sell Side Product

Buy Side Product

Sales / Services

Marketing

REDACTED

# Global SSP Financial Summary

Incremental SSP cash investment of REDACTED across 2020-21 is expected to drive significant topline acceleration and positive incremental contribution margin by 2022+

**Global SSP Revenue vs. Baseline**[123]

**Global SSP Contribution Margin vs. Baseline**

REDACTED

Baseline Inv. Case

Baseline Inv. Case

**Revenue Growth Rate vs. Baseline**

2020 growth rate reflects incremental benefit from potential MSFT deal

**Contribution Margin**[4] **vs. BAU**

Margin declines due to investment in 2020-21 but begins recovering by 2022-23

REDACTED

Baseline Inv. Case

Baseline Inv. Case

1: Baseline scenario is based on 2020 pacing, (1%) revenue CAGR, and costs assuming no future investment in additional headcount
2: Includes "Other" revenue (e.g., YX, Demand Partners, OAS)
3: Excludes all overlay assumptions
4: Excludes a managed service offering and indirect G&A costs

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111251

# Global SSP Spend Projections

REDACTED

Excludes spend correlated to "Other" segment
Excludes overlay assumptions

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Global SSP P&L Summary

*($ in millions)*

| | 2019 FY | 2020 FY | 2021 FY | 2022 FY | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111253

# Financial ROI – Incremental vs. BAU

REDACTED

Excludes overlay assumptions

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111254

## HC and Opex Efficiency

Despite the addition of incremental heads, hiring expectations are controlled as productivity is expected to steadily improve after 2020

**REDACTED**

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111255

# Monetize demand manager launch: Q2 2020

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Deals Milestone: Q3 2020

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Ad Server Milestone: Q3 2020

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

Video Publisher Experience Milestone: Q4 2020

ATT-GCID-00111262

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C §§ 1313(c)(3) AND 1314(g)

DSP Integration Health and Optimization

Strictly Confidential

xandr

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

**Efficiency Launch**

# REDACTED

Strictly Confidential

⊛xandr

ATT-GCID-00111265

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Marketer and Agency UI

Strictly Confidential
xandr

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111266

Strictly Confidential
⊛xandr

Media Curation Tools (Internal)

ATT-GCID-00111267

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

SSP for Sell-Side Product Roadmap

| | 2019 | | 2020 | | | | 2021+ |
|---|---|---|---|---|---|---|---|
| | | Q4 | Q1 | Q2 | Q3 | Q4 | Base case Investment |

Premium Video Publishers

Omni-format Enterprise Publishers

**REDACTED**

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111269



# SSP for Buy-Side Product Roadmap

Base case
Investment

2019
2020
Q4
Q1
Q2
Q3
Q4
Marketers & Agencies
Media Sales
DSPs
REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111270

Core Investments: Sell-side of SSP

| Investment Bucket | Xandr Strategy | Key Investments |
|---|---|---|
| Premium Video Publishers | | |
| Omni-format Enterprise Publishers | | |

REDACTED

ATT-GCID-00111271

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Core Investments: Buy-side of SSP

| Investment Bucket | Xandr Strategy | Investments |
| --- | --- | --- |
| Marketers & Agencies | REDACTED | |
| GTM Investment | | |
| DSPs (as a channel) | | |

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

Sell-side: Premium Video Publishers

ATT-GCID-00111273

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

Sell-side: Omni-format Enterprise Publishers

ATT-GCID-00111274

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

# Marketers & Agencies: Buy Side Investments

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111275

## Media Buying Process Flow

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

**REDACTED**

Media Buying Process Flow

ATT-GCID-00111278

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Media Buying Process Flow

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

Media Buying Roles and Responsibilities

ATT-GCID-00111280

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Media Buying Roles and Responsibilities

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111281

# Buy Side SSP Enterprise Sale Process Flow

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Buy Side SSP Enterprise Sale Roles and Responsibilities

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED

Video Ad Server

ATT-GCID-0111284

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Anchor Client Investments

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

SpotX Deep Dive Competitive Overview

REDACTED

REDACTED

Weightings

SPOTX

xandr

Combined Score
Buyer Total
Buying Methods
Identity Solutions
Reporting & Insights
Quality, Transparency, & Price
Preferred Access
Customer Experience
Inventory Creation & Forecasting
Pub Total
Reporting & Analytics
Brand & Reputation
Customer Service
UX
Deals
Wrapper
Ad Server

Source: Internal Xandr's is compiled with key commercials and product reviews based on industry research

ATT-GCID-00111286

53

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# REDACTED

SpotX Deep Dive Competitive Overview

Source: Internal Analysis completed with key commands and product leaders based on industry research

ATT-GCID-00111287

54

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)