# EXHIBIT 5
# REDACTED
# (Unredacted copy filed under seal)

Control Number :                    MSFT-LIT-0000017793

All Custodians :

                                    REDACTED·@microsoft.co
                                    m

Custodian :                         Gruber, Jason

Date/Time Created :                 12/11/2019 4:53 AM

Date/Time Saved :                   10/19/2020 2:23 PM

Date/Time Last Modified :

File Name :                         Microsoft Audience
                                    Network_JAG_Draft_12_
                                    10.pptx

# Document Provided Natively

Gruber, Jason - https://microsoft-my.sharepoint.com/personal/ja REDACTED /Documents/Microsoft Audience Network_JAG_Draft_12_10.pptx



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Channel Compare & Contrast Cheat Sheet



| | SEARCH | AUDIENCE (DISPLAY & NATIVE) |
|---|---|---|
| **Demand Composition** | • **Primarily 1st Party Demand** sourced by Microsoft Advertising Sales team<br>• **Demand Partners** for local/SMB and in some geos (channel partners & Sales houses)<br>• **Demand can be "always-on"** subject to performance and budget subject availability | • **Primarily Demand Partners** (Verizon, Xandr, Taboola, Outbrain, TripleLift, Intermediaries: DSPs, Ad Networks)<br>• **1st Party Demand** (MSAN, LeadGen)<br>• **Demand typically campaign-based** and subject to Marketers campaigns and incentives |
| **Supply Composition** | • **Microsoft O&O Supply** on SERP (Bing)<br>• **3rd party O&O** Strategic Partnerships (Verizon)<br>• **3P Disti & Syndication** Supply, both via Bing & Verizon | • **Primarily Microsoft O&O Supply** - MS News, Outlook.com, Xbox Casual Games<br>• Some 3P Supply for Native (TripleLift for MSAN) |
| **Pricing** | • **CPC** - Microsoft takes the risk of ads not being clicked on | • **Primarily CPM** - buyer bids an 'effective CPM' and takes risk of ads not being clicked on |
| **Auction Details** | REDACTED | REDACTED |
| **Targeting** | • **Ads selected via relevance** to a user query<br>• **Some audience targeting** via MSFT 1st Party Data or 1P Data Partners | • **Demand sets target audience based on 3rd party data** and dependent on User Match<br>• **Xbox: Microsoft 1P Data targeting** for most campaigns |
| **Decisioning Criteria** | • **Ads selected by platform based on Price (CPC) and Relevance** score + other consumer/ROI signals<br>• **Quality-based pricing:** Advertisers who have a lower historical performance may have to pay more to participate | • **Ads selected by platform based on price only**<br>• **Relevance is "binary"** - ads are booked if they don't meet out policies |

*Although partners may include some ads to control consumer experience, ad ordering must be impacted*

**Microsoft**

MSFT-LIT-00000017793_NATIVE Page 3 of 28



MSFT-LIT-0000017793_NATIVE Page 4 of 28