# EXHIBIT 6
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

Xandr Future of Advertising_July 2020_Full.pptx
Hurd, Doug-Imported Data\REDACTED                    \Strategy Team General\Xandr Future of Advertising_July 2020_Full.pptx

✳ xandr

Annual Planning Timeline

REDACTED

xandr

Future of Advertising Timeline

REDACTED

MSFT-LIT-0000000137_NATIVE Page 8 of 115

# Future of Advertising: 2020 – 2021 Executive Summary

- **As a result of audience fragmentation and technology advancement, advertising has moved from context to audiences, and with this evolution, the core constituents in the advertising ecosystem have developed distinct, yet complementary needs**
  - Buyers are searching for a simple way to reach consumers via a converged, brand-safe advertising solution that maximizes return on investment
  - Publishers are becoming more reliant on advertising to fund content creation, and require data and technology to improve monetization
  - Consumers are demanding more media and are becoming increasingly open to more relevant and less disruptive advertising models to help them gain access

- **These trends are fueling disruptive ad growth, though Xandr's core market (traditional tv, advanced tv, digital video, and display) is limited in scale and highly competitive, requiring focus to reduce reliance on display and traditional TV and increase scale in advanced tv and digital video, while positioning for growth in emerging digital formats**
  - In the US, Xandr's core formats of TV and digital video is projected to exhibit limited gains, growing at [REDACTED] CAGR through 2024, as the redistribution of linear dollars advanced TV and digital video fails to offset linear declines[1]
  - To meaningfully grow in the space, Xandr must obtain share from established players, leading in the higher growth areas of Advanced TV and digital video
  - Xandr can fuel additional growth through targeted international expansion as international growth is expected to outpace that of the US, with Xandr's available TV video, and display market is expected to shift from [REDACTED] US in 2020 to [REDACTED] in 2024[1]
  - Longer term, Xandr must look to complementary segments and formats where dollars are being reallocated, as emerging formats continue to grow and outpace the market with Digital OOH ([REDACTED] CAGR), Digital Audio ([REDACTED]% CAGR), and Gaming ([REDACTED]% CAGR) projected to comprise [REDACTED] of Xandr's available market in 2024[1]

- **As the industry transforms, both traditional TV and digital players have identified the opportunity to disrupt the video market and are actively investing to grow through convergence**
  - Increased declines in TV subscribers and viewership is fueling innovation. To offset TV declines, media owners are looking to increase reach and scale through inventory aggregation and digital extension, and looking to marketplaces to provide the data and technology required to drive demand and optimize yield
  - Xandr has assembled the assets required to be a leader in this industry transformation, but requires consolidation and convergence of offerings to meet customer demands

- **Continued development of these offerings will enable Xandr and WarnerMedia's combined advertising business to shift pressured linear spend to high growth formats**
  - AT&T and WarnerMedia marketing spend should increasingly shift to Xandr products in order to reduce external technology costs and maximize return on ad spend
  - O&O supply will be needed to anchor our marketplace and attract incremental demand, as well as third party inventory
  - Though O&O inventory will serve to anchor the marketplace, third party supply will become increasingly important relative to declines in TV, as digital media growth is not expected to offset linear declines in the near term and [REDACTED] of spend today goes to owned media, compared to [REDACTED] projected in 2024[2]
  - Though display will remain a significant component of the programmatic platform, with more resilient demand internationally, spend shift toward high-growth digital formats (i.e. audio, gaming, OOH) will be required and will become increasingly demanded as part of cross-screen campaigns

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission. Financial And © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1: Xandr filter key
2: Xandr Internal Analysis

10



✳ xandr

# Total Addressable Market (TAM) Approach

**Objective:**

- Produce a source of truth for industry analysis to serve as a foundational and standardized data set across the business

- Apply internal knowledge, expertise, and methodologies to improve and consolidate existing data sources and analysis

- Understand total addressable market inclusive of market trends and shifts to inform investment decisions and focus

**Methodology:**

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo, AT&T, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1: Industry analysis reflects Magna June 2020

14

xandr

## Core Assumptions (US only)

Approach + Definitions by Format

% Programmatic

Structurally Available

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission. © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

15

✳ xandr

Global ad spending is increasing, with international growth outpacing the US

**Ad Spend by Region ($M)**

REDACTED

■ US ■ EMEA ■ LATAM ■ APAC

2020  2021  2022  2023  2024

**Total TV, Video, & Display Spend ($M)**

REDACTED

— US — EMEA — LATAM — APAC

2020  2021  2022  2023  2024

**Xandr Available TV, Video, & Display Market: 2020**

REDACTED

**Xandr Available TV, Video, & Display Market: 2024**

REDACTED

Despite not including TV advertising and being limited to select countries, the APAC, EMEA, and LATAM available TV, video, and display formats are expected to outpace domestic growth, causing a redistribution of available market share

*Available Market Includes US, UK, Germany, France, Spain, Italy, Netherlands, Norway, Sweden, Finland, Australia, Japan, India, Brazil, and Mexico.*

*Development team and subject to contradiction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission*

Confidential and Proprietary. Working draft prepared by the  Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo, and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

16

✳ xandr

## In the US, Xandr's core market is limited in scale and highly competitive

**Total Market of Interest**

| Total Market of Interest | FORMAT | 2020 MIX | 2024 MIX | 2020–2024 CAGR |
|---|---|---|---|---|

REDACTED

As dollars shift to more advanced offerings, Traditional TV is expected to decline at a [REDACTED] CAGR through 2024, with dollars being redistributed to Advanced TV and Digital Video, presenting the opportunity to disrupt traditional players with innovative solutions

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, The Xandr logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

"Market" or "Available Market" defined as component of TAM analysis

17

Within the segment of interest, Xandr's available sector is growing more slowly and facing disruption

**Total Segment of Interest**

REDACTED

Xandr must focus on reducing reliance on display and traditional TV, while positioning for growth in emerging digital formats lacking significant barriers to entry

"Market" or "Available Market" defined as component of TAM analysis

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo, AT&T and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

18

✷ xandr

# Key Takeaways: Total Addressable Market (TAM) Analysis

- **Xandr must obtain share to sustain growth in its current segment**
  - In the US, Xandr's core formats of TV and digital video is projected to exhibit limited gains, growing at [REDACTED] AGR through 2024, as the redistribution of linear dollars to advanced TV and digital video fails to offset linear declines
  - As this segment is mature, saturated, and not growing substantially, there is limited opportunity for Xandr to grow with the industry and expand into new opportunities
  - To meaningfully grow in the space, Xandr must obtain share from established players, leading in the higher growth areas of Advanced TV and digital video

- **Xandr can fuel additional growth through targeted international expansion**
  - The TV, digital video, and display business in the US is reaching maturity and exhibiting slowed growth [REDACTED] CAGR through 2024 including display [REDACTED] CAGR without)
  - International regions are growing more rapidly in the same space: REDACTED
  - Xandr's available TV, video, and display segment is expected to shift from [REDACTED] US in 2020 to [REDACTED] in 2024

- **Longer term, Xandr must look to complementary segments and formats where dollars are being reallocated**
  - Investment in digital video alone likely won't be enough to sustain growth in digital, as premium video is only expected to grow at a [REDACTED] CAGR through 2024
  - Emerging formats continue to grow and outpace the industry with Digital OOH ([REDACTED] CAGR), Digital Audio [REDACTED] CAGR), and Gaming [REDACTED] CAGR) projected to comprise [REDACTED] of Xandr's available market in 2024
  - Xandr must develop a foothold in one or more of these formats while they remain nascent, with fewer barriers to entry and established competitors

"Market" or "Available Market" defined as component of TAM and only
Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 19 of 115



# Trends by Format: Approach and Methodology

## Guiding Questions



**?** What are the key advertising formats most relevant to Xandr?

**?** What is the relative opportunity size and strategic fit for Xandr in each segment?

**?** What key developments are impacting each format, and who are the major players in each space?

**?** Who are the major players in the industry for each format?

## Approach



REDACTED



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

21

# Xandr must continuously evaluate each format to sustain growth and differentiation



| Core Formats | 2020 TAM | 2021 TAM | 2020 – 2024 CAGR |
|---|---|---|---|
| Traditional TV[2] | | | |
| Advanced TV | REDACTED | | |
| Digital Video[3] | | | |
| Digital Display | | | |

| Emerging Formats | 2020 TAM | 2021 TAM | 2020 – 2024 CAGR |
|---|---|---|---|
| Gaming | | | |
| Digital OOH | REDACTED | | |
| Digital Audio | | | |

| Adjacent Formats | 2020 TAM | 2021 TAM | 2020 – 2024 CAGR |
|---|---|---|---|
| Search | | | |
| Social Video | REDACTED | | |

**Strategic Fit**

2020 – 2024 CAGR

REDACTED

1: TAM is defined as the gross spend in a given format – information pulled from Xandr Titan Model built around Magna June forecast
2: Traditional TV defined as national TV minus advanced TV
3: Includes CTV/OTT and other premium digital video

Confidential and Proprietary. Working draft prepared by the  Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

22

MSFT-LIT-0000000137_NATIVE Page 22 of 115



# Traditional TV

✳ xandr

## Pay TV will decline with accelerated cord cutting

*Pay TV declines are being compounded by the growth of cord cutters and cord nevers*

### US Pay TV and Cord Cutter Households (M)[1]

- Pay TV HHs
- Cord Cutter HHs

| | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| Pay TV HHs | 80.5 | 76.8 | 73.2 | 69.6 |
| Cord Cutter HHs | 28.1 | 31.8 | 35.6 | 39.3 |



## TV dollars are shifting to video platforms

*As linear audiences decline, TV budgets are being reallocated to other forms of digital video*

### Linear TV Budget Reallocation[2]

| | |
|---|---|
| Video Sites (YouTube) | 20% |
| Streaming Services | 13% |
| Social Media | 12% |
| Addressable | 9% |
| TV FEP | 9% |
| DDL | 8% |
| DSPs | 8% |
| Video Ad Networks | 8% |
| Other (vMVPDs, Mobile, Publisher Sites, STB VOD) | 11% |



## Advanced TV is becoming a larger share

*Advanced TV is becoming a larger portion of total TV, with digital video spend expected to surpass national TV by 2023*

### US TV and Video Segment ($M)[3]

- Addressable
- National Linear TV
- Digital Video
- DDL
- Local TV

REDACTED



AT&T

---

*Historical players seek to build more innovative, targeted, and advanced offerings to increase reach and yield – with a unified buying experience connecting traditional inventory to proliferating direct-to-consumer platforms*

## Industry Players

COMCAST

- Premium live sports offerings
- News offerings through CNBC, MSNBC, NBC
- 19.9M subscriber relationships entering Q2 2020

 Disney

- Premium live sports offerings
- Linear family content leadership
- News offerings through ABC

AT&T / Xandr

- Premium live sports offerings
- Linear sports coverage leadership
- News offerings through CNN
- 18.4M linear TV subscribers entering Q2 2020
- Additional content leadership through TBS, others

23   Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission. © 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1. eMarketer, February 2020; 2. eMarketer/Advertiser Perceptions, February 2020; 3. Xandr Titan Market ...

# Addressable TV

**Pay TV declines are negatively impacting distributors**

*Traditional MVPD subscribership is anticipated to drop between 2020 and 2024*

**Individual players are limited in scale**

*As pay TV subscribers continue to decline, individual players in the fragmented space lack sufficient scale*

**Digital and advanced TV solve for reach needs**

*Companies are offsetting subscriber declines and finding increased scale through digital extension*



REDACTED

■ Cable ■ Telco ■ Satellite    ■ VOD ■ Linear

## Channels Used to Add Reach to Linear TV Campaigns[3]



- Digital Video: 78% (2019), 73% (2018)
- Social Media: 61% (2019), 62% (2018)
- Any Advanced TV: 54% (2019), 59% (2018)
- Digital Display: 54% (2019), 55% (2018)
- Search: 53% (2019), 49% (2018)

■ 2019 ■ 2018

## Industry Players

*Industry players are extending addressable TV buys into digital and advanced TV combining their addressable footprint, technology, and data*

**ampersand**

- Consortium of Comcast, Cox, and Charter
- Reach of 40M HH
- Buyers can add third-party data sets across additional 45M homes for linear sales

**AT&T**

- NAC relationship with Altice and Frontier
- 18.6M premium TV subs as of Q2 2020
- Ability to extend addressable advertising into 75M homes

**d:sh**

- Distribution across 9.4M subs at end of 2019[1]
- Uses its addressable TV tech and data so linear TV buyers can drive incremental reach across the Dish and Sling TV footprint

1. Magna Global Data; 2. Internal Analysis; 3. eMarketer



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

**xandr**

24

# Data Driven Linear (DDL)

**xandr** ✳

## General entertainment (GE) TV is highly pressured

*TV impressions are decreasing, with Live TV proving more resilient than GE, which is shifting to streaming*

### Historical Impressions (B) by Content Type[1]



REDACTED

2014   2015   2016   2017   2018

■ Live ■ GE

## Ratings are declining most among light tv viewers

*Though total ratings declined 12% YoY, Light TV viewership decreased twice as much, at 24% YoY*

### YoY TV Rating Declines[2]

| Q4 '14 | Q4 '15 | Q4 '16 | Q4 '17 | Q4 '18 |
|--------|--------|--------|--------|--------|
| 47%    | 43%    | 42%    | 39%    | 36%    |

## Programmers are turning to DDL to increase yield

*GE CPMs increasing more rapidly than Live TV due to growing adoption of data driven advanced TV*

### Historical CPMs by Content Type ($)[1]

REDACTED

■ Live ■ GE

## Industry Players

*Industry Players in the DDL space offer access to scarce linear inventory relative to market demand, given structural constraints*

**clypd**

- Audience-centric sales platform for linear TV, powering private and open marketplaces with optimization and workflow automation

**OPEN ΛP**

- Advanced TV consortium developed with Accenture and FreeWheel
- Includes FOX, NBCU, ViacomCBS, and Univision, and offers platform for cross-network linear TV and long-form digital video data-driven advertising

**Programmer In-House**

- In-house DDL ad sales businesses offer homegrown, highly customized technology platforms for their O&O inventory
- Examples include Viacom Vantage, Discovery Engage, Disney Luminate, and NBCU

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1: Internal Xandr Analysis 2: Nielsen NPower

25

# Digital Video

## Video viewership is shifting from linear to digital

*In the next five years, time spent with Live TV is expected to decrease to [REDACTED] of daily video, while CTV grows to [REDACTED] of weekly share*

**Percent of Weekly Video Time, Adults 18 - 34[1]**



REDACTED

## Non-premium segments are driving ad growth

*Despite increased streaming engagement, non-premium, short form formats are expected to grow spend share*

**US Digital Video Ad Revenue ($M)[1]**

## Challenges remain to unlock premium investment

*US Agency and Marketer professions find cost, measurement, and scale key adoption hurdles*

**Top Buyer Obstacles Preventing the Use of More OTT Ads[1]**

- Cost / Price — 33%
- Inadequate metrics/campaign measurement — 27%
- Lack of large scale audience — 26%
- Difficulty with data integration — 24%
- Poor performance / ROI — 24%
- Lack of understanding of benefits — 22%
- Lack of incremental reach / overlap with Traditional TV — 22%

*The digital video space is becoming increasingly competitive and saturated with the proliferation of digital streaming services meeting the evolution of legacy media incumbents looking to form direct to consumer relationships and offset pay TV declines*

## Industry Players



- Streams more ad-supported hours than any other OTT platform, with 36M+ active users
- Comprises 25% of smart TVs sold in the US
- Acquisition of DSP dataxu for marketplace creation and application of data

**Google**
- Leading, scaled ad-supported video offerings across YouTube, YouTube TV, and Chromecast
- Utilizes first party data set, ad technology assets, and YouTube supply exclusively to fuel video marketplace

**Disney**
- Leading media and content asset with growing direct to consumer distribution through Disney+, ESPN+, and Hulu
- Less ad technology focused, despite Hulu and BamTech assets

**xandr**

Sources:  1. Magna GRoadt 2, eMarketer

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



# Digital Display

## The display ad market is mature and declining

*The US display ad market is expected to decline at a [REDACTED]% CAGR from 2020 to 2024*

**US Gross Display Ad Spend ($M)[1]**



## Marketers are shifting budgets from display to video

*A growing portion of display ad budgets are expected to shift to video channels*

**US Digital Ad Spend Share (%)[2]**

| | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|
| Video | 54 | 52 | 51 | 50 | 48 |
| Banner Display | 38 | 40 | 40 | 41 | 42 |

Legend: ■ Banner Display  ▨ Sponsorships Display  ■ Rich Media Display  ■ Video

## Few players capture bulk of display investment

*Facebook, Google, and Amazon account for a growing share of programmatic display ad spend*

**Facebook, Google, and Amazon share of US Programmatic Display Ad Spend[3]**



2019 — FB, GOOG, AMZN 62% / Other 38%
2021 — FB, GOOG, AMZN 64% / Other 36%

Note: FB tech used primarily for FB O&O, while Google ad tech is used display advertising on the broader internet ecosystem

## Industry Players

*Display market players are primarily full stack solutions with O&O inventory, differentiated data assets, and self-service tools that cater to both enterprise and small business advertisers*

- Facebook Ads Manager offers self-service advertising tools with unique display ad formats (e.g. Sponsored Photo, Carousel, Playable)
- Facebook is expected to capture [REDACTED]% of total US display revenue in 2020[1]

- Google Marketing Platform offers suite of ad solutions with Google data and inventory
- Google Display Network supports prebuilt and responsive display ads
- Google is expected to capture [REDACTED]% of total US display ad revenue in 2020



- Xandr has strong display offerings; given AppNexus' position as a historically display platform
- Proprietary data assets, O&O media, and converged/omnichannel capabilities increase value of display channel offerings

Sources: 1. Magna, 2020 and Xandr Titan Model 2020; 2. eMarketer, March 2020; 3. eMarketer, October 2020

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, and the Google logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



# Social Video

**✳ xandr**

## Social video is driving social media growth

*Social video is expected to grow from representing ▢REDACTED▢ social media ad spend in 2018 to ▢REDACTED▢ in 2024*

### Social Media Ad Spend 2020 – 2024 ($B)



REDACTED

(2020, 2021, 2022, 2023, 2024)

■ Social Other  ■ Social Video

## Social video is capturing more TV ad dollars

*Social video is emerging as an alternative to TV, and is expected to surpass traditional TV spend in 2023*

### US TV and Video Ad Spend ($B)

REDACTED

(2020, 2021, 2022, 2023, 2024)

— Traditional TV   — Social Video
— Digital Video (ex. Soc)   — Total Digital Video

## Facebook captures the majority of social ad spend

*Despite the significant size of the social market, most value is concentrated among Facebook/Instagram properties*

### US Social Network Ad Revenue Share[2]

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Facebook | 82% | 82% | 83% | 83% | 84% |

■ Facebook  ■ LinkedIn
■ Pinterest  ■ Snapchat
■ Twitter  ■ Other social networks

- In-house ad tech capabilities support targeting by interests, behaviors, location, others
- Self-service tool supports campaign management, optimization, real-time reporting
- 229M+ daily active users, self-reported

Sources: 1. Titan Model 2. eMarketer, March 2020

## Industry Players

*Social video is dominated by a small number of competitors who utilize proprietary data sets and ad tech expertise to create differentiated offerings with unique access*

**facebook**

- Accounts for 90%+ of social video ad spend, ex-YouTube
- Offers SMB-accessible self-service advertising tools with unique ad formats
- Seeks to utilize social video dominance to expand to other formats, including eSports, dating

**Tik Tok**

- Offers four ad products, including brand takeover, in-feed video, sponsored hashtags, and branded lenses
- In April announced SpinAir as first API beta partner for ad creation / management
- Integrated with TTD in exclusive relationship to allow advertisers to access inventory



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

28

# Gaming

❄ xandr

### Game usage is growing

*By 2021, the number of digital gamers will outpace pay-TV users in the US, primarily driven by mobile gaming*

### Mobile game pubs look to ads for new revenue

*Nearly half of mobile game developers believe the use of in-app ads in monetization strategy drives best ROI*

### US gaming and esports ad revenue will accelerate

*The US gaming and esports ad market is expected to grow at a [REDACTED] CAGR from through 2024, driven by in-game ga...*

**US Digital Gamers by Device vs. Pay-TV Viewers (M)[1]**



Legend: All Gaming Device Users, Digital Console Gamers, Desktop/Laptop Gamers, Smartphone Gamers, Pay TV Viewers

2019 2020 2021 2022 2023 2024

**Monetization Methods Mobile Game Developers Believe Delivers the Best ROI[2]**

- Hybrid of in-app ads and in-app purchases — 28%
- In-app purchases — 24%
- Paid/Premium apps — 18%
- In-app ads — 17%
- Subscriptions — 13%

**US Gaming Related Ad Revenue ($B)[3]**



REDACTED

Legend: In-Game, Esports, Gaming Video

2020 2021 2022 2023 2024

## Industry Players

*Gaming market players positioned for success are those with owned assets spanning game publishing, distribution (e.g. cloud gaming services), esports, and game content streaming*

**Google**
- O&O gaming assets include games studio, recently launched cloud gaming service (Stadia), and game content streaming platform (YouTube Gaming)
- YouTube Gaming captures 20% of live hours watched on game streaming platforms

**amazon**
- O&O gaming assets include games studio, game content streaming platform Twitch, and cloud gaming service under development (Project Tempo)
- Amazon-owned Twitch dominates live game content streaming with over 70% of hours watched


- O&O gaming assets include console, PC and mobile, and esports organization (Major League Gaming)
- Current ad solutions are mobile only (King) but considering ad monetization in PC/Console and esports

Sources: 1. eMarketer, February 2020; 2. eMarketer/Walnut Unlimited, May 2019; 3. Xandr Titan Model, 2020

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

# Digital Out-of-Home (DOOH)



**xandr**

## OOH offers benefits over other formats

*OOH generates 4X more online activity per ad dollar spent than TV, radio, and print*

**Online Activations Indexed Against Media Spend[1]**



Legend: ■ TV ■ Radio ■ Print ■ OOH

| Category | TV | Radio | Print | OOH |
|---|---|---|---|---|
| Search Activations | 54 | 109 | 159 | 381 |
| Facebook Activations | 50 | 108 | 153 | 423 |
| Twitter Activations | 47 | 108 | 159 | 433 |
| Instagram Activations | 45 | 113 | 159 | 446 |

### Industry Players

*The DOOH market is segmented into traditional OOH media owners that are modernizing themselves via digitization of inventory networks, place-based DOOH media owners that offer contextual DOOH buys, and enablement platforms that have built DOOH buying and monetization tools*

- **Legacy OOH media owners** Outfront, Lamar, and Clear Channel Outdoor together control 57% of the total US OOH ad sales market
- JCD, Clear Channel, and Intersection have created their own programmatic offerings to monetize DOOH inventory

OUTFRONT media
Clear Channel
LAMAR

- **Place-based DOOH media owners** control networks of digital screens in niche locations such as taxis (Curb), elevators (Captivate), gas stations (GSTV), ride sharing vehicles (Firefly), etc.

curb | taxi media
CAPTIVATE
GSTV

## Static OOH inventory transitions to digital

*Digital screens drive 8.5X higher yield for media owners than traditional OOH formats*

**Average Yield of OOH Unit, Static vs. Digital ($1000's)[2]**



Legend: ■ Static ■ Digital

REDACTED

| | Billboard | Transit | Street Furniture | Malls | Total |
|---|---|---|---|---|---|

Sources: 1. Nielsen, 2017; 2. Magna, *The State of Out of Home*, January 2019; 3. IAB/PWC, *Growing Programmatic DOOH: Opportunities and Challenges*, August 2020

## Structural challenges impede growth

*The DOOH market is held back by key challenges including education, fragmentation, and standardization*

**Challenges in Making DOOH a Mainstream Media Buy[3]**

| Challenge | % |
|---|---|
| Education | 95% |
| Fragmentation/lack of inventory consolidation | 62% |
| Lack of standardization of data | 43% |
| Lack of reporting tools | 29% |
| Legacy industry dynamics | 19% |
| Lack of buying tools | 10% |

VISTAR MEDIA

- **DSP and SSP for DOOH**, with third-party DSP partnerships (Verizon, MediaMath, Adelphic, and Amobee)
- Geo-behavioral targeting, activation and measurement of audience-based programmatic DOOH

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission. © 2020 Xandr Inc. Xandr™ the logo, AT&T, the Globe logo, and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

# Digital Audio

**xandr**

## People are spending more time with digital audio

*US adults are expected to spend 9.3% of their total mobile media time with digital audio each day*

**Share of Mobile Time Spent Per Day by US Adults[1]**

- Digital Audio ■ Social ■ Digital Video

**2018**
- 8.6%
- 6.0%
- 5.2%

**2019**
- 9.0%
- 6.4%
- 5.6%

**2020**
- 9.3%
- 6.7%
- 5.9%

## Advertising is shifting from traditional to digital

*The large, mature radio market is being redistributed to digital formats*

**US Audio Market[2]**

REDACTED

## Digital audio is becoming core to cross channel

*78% of US marketers currently invest in digital audio as part of their cross-channel advertising strategy*

**Importance of Digital Audio for Cross Channel Advertising**

- Important 29%
- Less Important 30%
- Not used 22%
- Very Important 19%

- 5 tiers available, including ad-supported with access only to playlists and stations
- Reported over 55M globally, growing 50% 2019
- Smart speaker synergies support potential for shopper marketing

1: eMarketer, 2: Magna Global Projections Spring 2019

**Industry Players**

*Digital audio streaming app leaders with ad supported models monetize their inventory and audience data with programmatic buying available via self-service tools and/or third-party DSPs*

**Spotify**
- Reported 271M Monthly Active Users (MAUs) in Q4 2019, up 31% YoY
- $239M ad revenue in Q4, up 23% YoY
- Began dynamic ad insertion for real-time targeting and audience measurement in January 2020

**pandora**
- 72.2 MAUs in the US in 2019, down .5% YoY
- Enabled programmatic purchases through PMP via TTD, MediaMath, and AudioMatic DSP beginning in 2018
- Losing share to Apple Music, Amazon, and Spotify



**amazon**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™ the title logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

31

❆ xandr

**REDACTED**

Key Takeaways: Trends by Format

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



REDACTED

**Approach**

# Value Chain Analysis: Approach and Methodology

**Guiding Questions**



**What are the components of the US video value chain, and what is the relative opportunity size of each?**

**Who are the major players in each component of the value chain, and how does AT&T / Xandr fit?**

**What are the components of the advertising specific value chains across key formats, and who are the major players in each?**

**Where is value extracted in the advertising ecosystem, and how might that evolve over time?**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 34 of 115

2019 Video Landscape Stakeholders and Opportunity Size (US)

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership. For Internal Use Only.
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1 – CapitalIQ
2 – Titan Model & JPM Equity Research
3 – Billboard, 2019

4 – SportsBusiness.com
5 – RBR.com
6 – Titan Model



# 2019 AT&T Video Landscape Value Chain Mapping

MSFT-LIT-0000000137_NATIVE Page 36 of 115

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Glacke logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are

# Advertising Value Chain – Traditional Linear



**2020E**

| Advertiser Budget | Agency Commission | Agency Planning Tool Fee | Media Owner |
|---|---|---|---|
| AT&T, Ford | Omnicom, WPP | mediaocean | Turner, Disney |

**2025E**

| Advertiser Budget | Agency Commission | Agency Planning Tool Fee | Media Owner |
|---|---|---|---|
| AT&T, Ford | Omnicom, WPP | mediaocean | Turner, Disney |

## Key Trends, Assumptions and Implications

- In the next five years, the traditional linear tv ad industry is projected to shrink while value chain players and their respective take rates remain largely unchanged
- **Pay-TV Decline:** Traditional pay-TV households are projected to continue to decline (from [REDACTED] of US HHs in 2020 to [REDACTED] in 2024) as audiences shift to digital and OTT video environments
- **Traditional Linear Ad Spend Decrease:** The traditional linear ad industry will contract as dollars are reallocated to more efficient, data-targeted advertising environments including advanced TV and digital video
- **Agency Relevance:** Despite overall diminishing spend, agencies are expected to remain relevant to the traditional linear value chain and command their 15% rates through 2025

Market Size: Xandr Titan Model, Pay-TV HHs: Pay-TV HHs: eMarketer, February 2020
Defined as National and Local, excluding Advanced TV

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, the Globe logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

37

# Advertising Value Chain – DDL



| Advertiser Budget | Agency Fee | DSP Take | SSP Buy-side Fee | Data Take | SSP Take | Media Owner |
|---|---|---|---|---|---|---|
| AT&T / Ford | OMG Omnicom / WPP | xandr | clypd / OPEN A.P. | xandr / experian | clypd / OPEN A.P. | Turner / Disney |

| Advertiser Budget | Agency Fee | DSP Take | SSP Buy-side Fee | Data Take | SSP Take | Media Take |
|---|---|---|---|---|---|---|
| AT&T / Ford | OMG Omnicom / WPP | xandr | clypd / OPEN A.P. | xandr / experian | clypd / OPEN A.P. | Turner / Disney |

## Key Trends, Assumptions and Implications

- Through 2025, the DDL segment is projected to grow at a REDACTED CAGR, becoming a REDACTED segment
- **Open Marketplace Adoption:** As TV viewership declines and individual programmers struggle to attract sufficient demand, media owners will accept open marketplace models that po... inventory sources in order to increase reach and attract more demand
- **Tech Fee Shift:** With the adoption of open marketplace models, the cross channel planning and execution value driven by agencies will shift to platforms, thus compressing their take and shifting value to buy-side technology partners, though some brands in the DDL space are pushing for fixed license fee models, which may reduce effective DSP and SSP take rates
- **Convergence:** As pay-TV audiences shrink and media consumption fragments, buyers and sellers will convergence TV and digital video advertising looking to platforms for the ability to plan, buy, and measure ads across formats and screens on aggregated inventory sources

38   Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo, AT&T, and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

# Advertising Value Chain – Addressable

**2020E** | **2025E**

| Advertiser Budget | Agency Commission | Addressable Sales Representation Fee | Data Take | Media Owner (Distributor) | | Advertiser Budget | Agency Commission | Addressable Platform Fee | Data Take | Media Owner (Distributor) |

**REDACTED**

## Key Trends, Assumptions and Implications

- The addressable ad segment is projected to double in size, with technology improvements offsetting subscriber declines
  - **Programmer Addressable Enablement:** Pending technology availability, programmers will look to maximize yield and meet marketer demand for targeted TV audiences by making their 14 minutes of inventory available addressably. Programmer enablement stands to serve as a key differentiator for Xandr, not only for platform usage and programmer inventory representation, but also increasing the value of Xandr viewership data to measurement providers
  - **Self-service and Automation:** As addressable technology improves, more buys will be made using self-service, automated platforms rather than via managed service addressable sales representation houses, thus lowering fees but increasing potential scale
  - **Convergence:** Addressable TV lends itself particularly well to converged applications due to the individual / household level targeting employed. Despite near term measurement obstacles exist, Comcast, Xandr, and others are looking to extend addressable buys into OTT inventory to increase reach constrained by pay tv subscriber declines

1. eMarketer, June 2019
2. Market Size – Titan Math

Data Take rate includes data onboarding, 3rd party audience data, and measurement & validation

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations.
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

39

# Advertising Value Chain – Digital Video



## Key Trends, Assumptions and Implications

- In the next 5 years, a consolidated, vertically integrated marketplace will lead to more bundled pricing and volume-based discounts. Fewer ad tech players will control a greater share of dollars, and a greater percentage of ad spend dollars will reach publishers

- **In-housing:** Seeking greater control over data and increased spend transparency, marketers are expected to shift more programmatic buying functions in-house, diminishing the role of the agency and trading desk in the digital video value chain, particularly as self-service tools become simpler to use

- **Consolidation:** The ad tech ecosystem will consolidate as advertisers and publishers will shift from working with many disparate, independent players to contracting fewer, larger providers that offer multiple integrated services with bundled pricing and volume discounts

- **1st Party Data:** Advertisers will shift from reliance on 3rd party data providers to maximizing the use of their 1st party data. Ad tech providers with proven, privacy compliant first-party data activation and identity capabilities will benefit and help sustain data pricing

- **Programmatic Adoption:** While ~80% of digital video is transacted programmatically today, improved capabilities should help shift premium video from direct to programmatic methods

40    Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations.
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All othe[...]

MSFT-LIT-0000000137_NATIVE Page 41 of 115



# AT&T and Xandr Advertising Value Chain Mapping

**✳ xandr**

## 2020E

| Advertiser | Agency | Agency | Trading Desk | Addressable | DSP Take | SSP Buy-side | Data Take | SSP Take | Publisher Ad | Media Owner |

REDACTED

## 2025E

| Advertiser Budget | Agency Commission | Agency Planning Tool | Trading Desk | Addressable Platform Fee ★ | DSP Take | SSP Buy-side Fee | Data Take | SSP Take | Publisher Ad Server | Media Owner |

REDACTED

**Legend**

☐ AT&T / Xandr owns assets in category

▼ Decrease in category take rate or segment size    ▲ Increase in category take rate or segment size    ★ New category (Addr.: Platform fee to replace Sales rep. fee)

In the coming years, the automation of television buying, compression of technology fees, and TV + digital convergence, will cause value redistributions largely in favor of media owners. However, in most segments compression in fees could likely be offset by increasing share in growing segments, as smaller players are consolidated out of the industry due to pricing and structural changes.

Segment sizes derived from Titan model - while rates derived from eMarketer and other publicly available industry sources.

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

41

**✳ xandr**

Key Takeaways: Value Chain Analysis

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

42

# International Regions: Approach and Methodology

**Guiding Questions**

 What are the key current regions in which Xandr operates?

 Are there any new regions Xandr should explore? Should Xandr reevaluate its presence in any current regions?

 How can Xandr differentiate from competitors in each region?

 How can Xandr transition from a display focused to a video-first platform in international regions?

 What strategic partnerships are required to replicate the O&O data and content assets in the US?

**Approach**

# REDACTED



xandr

45

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



Client Segmentation and Prioritization: International

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

46



Excludes print, linear broadcast radio, traditional OOH, and cinema categories. Other digital media includes lead gen, classifieds, etc.

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or

© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Kite logo and other marks are trademarks and service marks of AT&T Intellectual Properlt
47



MSFT-LIT-0000000137_NATIVE Page 49 of 115



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or change. © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property.

Excludes print, linear broadcast radio, traditional OOH, and cinema categories. Other digital media includes lead gen, classifieds, etc.

49

xandr

Key Takeaways: Geographies[1]

# REDACTED

1: Strategic focus may shift pending WarnerMedia global strategy

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

50

MSFT-LIT-0000000137_NATIVE Page 52 of 115

❄ xandr

# Customer Segmentation: Approach and Methodology

**Guiding Questions**

**Approach**

? Who are they key constituents that Xandr serves?

? What unique dynamics and developments exist for each constituent?

? How are industry developments impacting and changing customer needs?

REDACTED

Confidential and Proprietary. Working draft prepared by the  Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

52

MSFT-LIT-0000000137_NATIVE Page 56 of 115

# Consumers are demanding more media and are becoming increasingly open to more relevant and less disruptive advertising models to help them gain access

## Engagement with media is shifting

- People are spending more time with media, though time with **traditional media has declined 28%** since 2010, while time with **digital has increased 125%**[1]

- Video, as a primary source of consumer engagement, is following this trend with demand shifting from linear to digital, **as traditional TV now only accounts for only 67% of total video** viewing time, down from 80% in 2015[1]

- Digital growth is being fueled by new engaging formats, such as audio, gaming, and social, **which account for over 41% of total daily media time**[1]

- Device use has shifted significantly, as time spent with **mobile has increased 22%** since 2016, while time spent with **traditional TV has declined 15%**[1]



**Viewing Hours Per Day**

OTT services expected to account for ~60% of viewing by 2024

| 2014 | 2019 | 2024 |
| --- | --- | --- |
| 5.4 | 5.5 | 5.9 |

## Consumers are increasingly open to the right advertising



REDACTED

54   Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo, AT&T and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

**✦xandr**

# Key Takeaways: Customer Segmentation

- **Consumers are demanding more media and are becoming increasingly open to more relevant and less disruptive advertising models to help them gain access**

  – Video, as a primary source of consumer engagement, is shifting from linear to digital, as traditional TV now only accounts for only 67% of total video viewing time, down from 80% in 2015[1]

  – Digital growth is being fueled by new engaging formats, such as audio, gaming, and social, which account for over 41% of total daily media time[1]

  REDACTED

- **Publishers are becoming more reliant on advertising to fund content creation, and require data and technology to improve monetization**

  – Media owners are rapidly increasing content spending to attract customers, as 79% of adults view variety/availability of content to be extremely important in choosing OTT services[1]

  REDACTED

- **Buyers are searching for a simple way to reach consumers via a converged, brand-safe advertising solution that maximizes return on investment**

  – Brands' capabilities are becoming increasingly sophisticated, with 62% of marketers expected to shift some programmatic functions in-house by 2022, up from just 18% in 2019[1]

  – As capabilities develop, 64% of CMOs still find that demonstrating the impact of marketing actions on financial outcomes to be their greatest challenge[1]

  – Agencies are responding to evolving buyer needs by optimizing access to supply and investing in proprietary technology and data assets

57   Confidential and Proprietary. Working draft prepared by the  Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, The Xandr logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.
1 – eMarketer
Relevance Engine

MSFT-LIT-0000000137_NATIVE Page 59 of 115



MSFT-LIT-0000000137_NATIVE Page 62 of 115

xandr

# Product Positioning: Approach and Methodology

**Approach**

# REDACTED

**Guiding Questions**

 What are Xandr's current products and offerings?

How do Xandr's products complement and supplement each other across customer types?

 How are Xandr's products positioned relative to other industry players?

How should Xandr's product suites be positioned to customers based on current differentiators and gaps?

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

60

Buy-side Differentiation & Positioning

**Xandr Differentiators and Value Prop**

**Xandr Gaps & Risks**

# REDACTED

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

64

Sell-side Differentiation & Positioning

**Xandr Differentiators and Value Prop**

**Xandr Gaps & Risks**

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 69 of 115

✶ xandr

## Key Takeaways: Product Positioning

- **Xandr offers a robust product suite for buyers, though interconnectivity between products remains untapped**

  - Xandr offers a wide array of products for buyers including Invest DSP for digital, Invest TV for advanced TV, marketplace products to access Monetize SSP supply, and media products for O&O media

  - The buy side platforms benefit from market perception of leading data, media, and end-to-end platform benefits across Invest to Monetize

  - Video-focused investments are beginning to take hold with improved deals functionality, greater usability, and suite of new offerings in market

  - Xandr is well positioned to succeed in the converged video space, with complementary technology serving digital buying in Invest DSP and advanced TV in Invest TV, combined with perceived AT&T/WarnerMedia inventory access

  - Invest DSP and TV require further interconnectivity to plan, execute, and measure a converged campaign and expand the marketability of each product as a standalone platform

  - Marketplace products and a formal buy-side SSP offering remain critical to Monetize success, yet nascent in development and risk market confusion with the Invest offerings

- **Xandr's sell side suite offers a full-stack platform with leading data and monetization capabilities across linear and digital supply, but will require a unification of Monetize and clypd to meet target customer needs**

  - The Monetize suite of products features a sell side ad server, an omni-channel SSP, and Yield Analytics offering for forecasting and analytics, with customer needs highly bifurcated across domestic and international business

  - The clypd acquisition brought in an audience-centric sales platform for linear TV, powering private and open marketplaces with optimization and workflow automation

## REDACTED

  - In addition to more robust demand generation efforts and video-centric product enhancements, premium video and TV media owners require unified decisioning capabilities across linear and digital formats, which could be achieved through a unification of clypd and Monetize offerings

  - In order to increase industry position, both buy and sell side platforms will require deeper representation of premium O&O inventory to attract incremental demand and third party supply partners

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

68

Acquisitions and partnerships play an important role in the execution of Xandr's strategy

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

70

# Xandr approaches inorganic growth strategies as a "spectrum" defined by key criteria*

❋ xandr

| Rationale / Criteria | Example Companies | Description (status) |
|---|---|---|
| ✓ Aligned with Xandr's **strategic priorities**<br>✓ Clear, strong **product fit**<br>✓ Drives **business value** through:<br> ○ Accelerating roadmap, and/or<br> ○ Reducing costs, and/or<br> ○ Bringing Xandr into new market / acquiring new business<br> ○ Improving owner's economics | clypd | Technology that would clearly accelerate TV Platform and converged Platform roadmap by way of existing customer base, mature technology, and network system integrations<br><br>(acquired by Xandr) |

**Acquire**

**Strategic Partnership**

**Partner**

REDACTED

74

Confidential and Proprietary. Wa...
© 2020 Xandr Inc. Xandr™, the Elite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Once decisions are made regarding inorganic strategies, Xandr follows a process for execution

# REDACTED

© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

**xandr**

Acquisitions require a robust cross-functional process spanning diligence through integration

# REDACTED

MSFT-LIT-0000000137_NATIVE Page 78 of 115

**xandr**

The partnership process is cross-functional as well, and requires diligence and executional activities

# REDACTED

© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 79 of 115

xandr

Once strategic priorities are formed, these priorities drive acquisition and partnership targets, each meant to fill a strategic gap

**2020 Strategic Priority**

**Gaps requiring partnership**

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without Xandr permission. © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo, AT&T and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

78

MSFT-LIT-0000000137_NATIVE Page 80 of 115

✳ **xandr**

## Key Takeaways: Acquisitions and Partnerships

- **The industry is consolidating; robust acquisition and partnership strategies / capabilities are imperative to grow market share**

  - **Strategic buyers** (e.g., Roku with DataXu) primarily seek targets to scale marketplaces, and vertically integrate tech and media across the advertiser value chain

  - **Financial buyers / investors** are relatively active in high-growth areas of the industry (e.g., data privacy, CTV / Digital Video), and present a layer of complication for AT&T during any bidding / partnership process

  - **HoldCos** (e.g., IPG) are using M&A as a means of providing additional value to their brand clients, focusing primarily on data / data safe haven provider acquisitions

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 81 of 115

# Pricing and Business Model: Approach and Methodology

**Guiding Questions**

**Approach**

REDACTED

 What are the current pricing practices and business models across our products?

 How does our pricing compare to competitors across products?

 What value drivers are most important to our customers, and how do we compare to our peers across these metrics?

 How can Xandr improve across product and pricing to extract value and gain share?

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr™, the logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

81

# Xandr Buy-side Pricing Summary

**xandr Invest**

| | DSP | TV* | SSP for Buyers (TBD) |
|---|---|---|---|
| **Business Model Summary** | Revenue primarily earned through BASC, supplemented by additional fees for data, licensing fees for small customers to incentivize volume, and creative fees | DDL Revenue earned through combination of monthly licensing fees, planning and cross-seller optimization fees, and additional data fees with select agencies | Revenue generated in Monetize through take rates from third party bidders, auction service charges, and spend commitments |
| **Current Business Model & Pricing Structure** | **Buyer Auction Service Charges ("BASC")** · Cost to buyer for using our auction service (taken as a bid deduction) · Rate is calculated off on the winning bid, known as "first-step pricing" · Rates range from REDACTED depending on monthly buyer revenue as well as region  **Log Level Data (LLD) Fees** · Fixed monthly fee (ranging from REDACTED used on customer size) for LLD collected on every ad request  **Creative Fees** · Cost to buyers for hosted video, in the range of REDACTED CPM  **License Fees** · REDACTED month license fee for small customers to cover costs for customer support | **Monthly Licensing Fees** · Target and OMG charged fixed monthly fee REDACTED month) until adoption is scaled · All other buyers not charged  **Planning and Optimization Fees** · All agencies and DSPs charged REDACTED for scheduling / deployment optimization  **Data Fees** REDACTED · All other buyers not charged  **Potential Future Additions** · Data service fees · Fixed-fee license for buyers with large annual budgets · Increased take rate for media plan decisioning · Discounts to take rates associated with cross-platform use | **Bidders: BASC + Creative Fees** · See DSP column for BASC definition · Standard pricing is REDACTED although rates range from REDACTED varying by monthly buyer revenue and region · Creative fees are costs to buyers for hosted video. Typically in the range of $0.25  **Curation Partners: BrASC or SASC Cap** · Cost to broker for using our auction service (taken as a bid deduction) · Rate is calculated off on the winning bid, known as "first step pricing" · Typically in the range of REDACTED  **HoldCos: SASC Cap + Spend Commits** · When an ad is served after running an auction is run, a charge is calculated off on the winning bid, known as "first step pricing", constituting a SASC (seller auction service charge) · Tiering from REDACTED for SASC Caps, as buyers scale their relationship with Monetize |
| **Revenue Distribution by Fee Type (2019)** | | | |

REDACTED

# Xandr Sell-side Pricing Summary

**xandr Monetize**

| | Ad Server | Yield Analytics | SSP | TV / clypd |
|---|---|---|---|---|
| **Business Model Summary** | Revenue primarily earned through Xandr serving ads running an auction, resulting in a SASC, or through guaranteed campaigns, resulting in Ad Serving fees | Revenue primarily earned on a CPM basis calculated off of total monthly impressions used for analysis to generate insights | Revenue primarily earned through Xandr serving ads through running an auction, resulting in a SASC | Revenue primarily earned from license fees and take rates, although monthly minimums and on-boarding fees also apply |
| **Current Business Model & Pricing Structure** | **Seller Auction Service Charges ("SASC")**<br>• Charged when an ad is served after running an auction is run<br>• Rate is calculated off on the winning bid, known as "first-step pricing"<br>• Rates range from REDACTED depending on monthly seller revenue as well as region<br>**Ad Serving Fees**<br>• Charged when an ad is served through a guaranteed campaign<br>• Display rates range from REDACTED CPM depending on number of monthly impressions; video ad serving requires higher rates | REDACTED<br>• Google Ad Manager: $25K; All Others: $40K; Custom Integrations: $100K | REDACTED<br>**SASC**<br>• Charged when an ad is served after running an auction<br>• Rate is calculated off of the winning bid, known as "first-step pricing"<br>• Display rates range from REDACTED based on monthly seller revenue and region<br>• Differentiated Deals (usually REDACTED below RTB) & Programmatic Guaranteed ("PG") rates are available (range from REDACTED based on rate card)<br>**Ad Serving Fees**<br>• Charged when there is no winning bid, or for managed campaigns which do not require an auction<br>• Display rates range from REDACTED CPM depending on number of monthly impressions; video ad serving requires higher rates | **License Fees**<br>• Flat license fee charged to each clypd customer<br>• Rates varied based on programmer, often REDACTED month<br>**Take Rates**<br>• Charged as a percent of spend<br>• Rates range from REDACTED based on volume and type of impression (e.g. Online Marketplace, DDL) |
| **Revenue Distribution by Fee Type (2019)** | REDACTED | | | |

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission



Our video DSP is gaining traction, but lags behind the top tier of industry leaders

Confidential and Proprietary
© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, The Globe logo and other marks are trademarks and service marks of AT&T intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 88 of 115

**xandr**

# Video DSP Industry Pricing Overview

REDACTED

REDACTED

REDACTED

Bid Shading
Data Fees
Managed Servic
■ Sequential Score
■ Payment Terms
■ Base BASC

---

## Key Implications

- BASC pricing is similar across the industry, but players vary in the extent to which they charge additional fees and incentivize spend

- Select players collect additional fees, including a managed service fee, data fees, bid shading (TTD only), creative hosting, which can raise the total cost of using their DSP

- Players with varied inventory and tech product offerings bundle pricing to incentivize end-to-end use and strengthen demand for sell-side solutions (DV360 with social, search, YouTube AdX; Amazon with owned search and CTV / OTT; Adobe with enterprise products)

- Buyers are willing to pay a premium for DSP's that make it easy to showcase the value and impact of their investments (TTD and DV360), though there isn't a great deal of flexibility for less compelling players to lower their pricing in an already low margin business

- In order to gain share, Xandr must continue to invest in increasing its value proposition

Source: Internal Analysis completed with key commercial and product leaders based on industry research; and publicly available information numbers reflected are estimates only

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the title logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

87



## Xandr's video SSP continues to lag behind market leaders, with buyer value drivers growing in importance for video monetization

Confidential and © 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 90 of 115

✳ xandr

# Video SSP Industry Pricing Overview

**Price Breakdown**

**REDACTED**

**REDACTED**

Ad Serving Fee (CF
■ Payment Terms
■ Base SASC

**Price = SASC + Payment Terms**

─── **Key Implications** ───

- Publisher focused value drivers are becoming increasingly commoditized with platforms differentiating by focusing on buyer-focused offerings and demand generation
- Though the ad serving business is not high margin, it does create increased stickiness with publishers and increases the value and likelihood of use of their SSPs
- Supply-side players that have a integrated offering with other products can offer compelling incentives (e.g. Google offers minimal Ad Serving fees to incentivize AdX spend)
- Some SSPs offer revenue guarantees to incentivize platform usage and win deals (e.g. Verizon Media)

Source: Internal Analysis completed with key commercial and product leaders based on industry research; and publicly available information numbers reflected are estimates only

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

89

Invest TV is positioned well to lead in the converged TV space, though digital incumbents are quickly increasingly their relative value



Confidential and Proprietary
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

90

✳ xandr

# Invest TV Industry Pricing Overview

## Key Implications

- Pricing across buy-side TV platforms varies significantly by format, with DDL platforms commanding the lowest fees and often not charging buyers for platform usage in order to help drive demand to sellers, where fees are extracted

- Buy side TV platforms can employ licensing fees rather than traditional take rates to extract value from buyers and incentivize increased spend volume

- Business models in the TV platform market are expected to evolve rapidly over the next 12 months as converged Linear + Digital offerings begin to reach the market

- Players in the more nascent digital space such as Roku may change industry dynamics in dropping CPM significantly to drive adoption

### Price Value Map (DDL)

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

91

REDACTED

The sell-side of the TV Platform is also well positioned in the converged TV space, though offerings are more clearly delineated by format represented



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contraction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission. © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo, and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

REDACTED

92

✳ xandr

# Sell-Side TV Platform Industry Pricing Overview

**Price Value Map (Addressable & Digital)**

**Take Rate by Player**

REDACTED

REDACTED

**Key Implications**

- Sell side fees are more established in the TV platform space, though many of the original platforms emerged as internal tools for media owners and distributors

- Similarly to the buy side, DDL commands lower lowest fees than Addressable or Digital

REDACTED

93

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 96 of 115

xandr

Media Products Value Rankings

Combined Score

Service

Cross-Screen Capabilities

Inventory Quality

Analytics, Reporting, & Attribution

Data & Targeting

Scale & Reach

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

❋ xandr

# Key Takeaways: Pricing & Business Model

- **Across platform offerings, base industry pricing has become increasingly transparent and standardized, with little room for differentiation or adjustment**

  – With competitive pricing in place and increasing compression of tech fees, many platforms aim to extract value through additional levers, such as managed service and data fees

- **Industry leaders have emerged in each segment of the market, typically differentiated by exclusive access to proprietary data and media assets**

- **Scaled platforms are successfully bundling products to offer pricing incentives and create increased customer stickiness across offerings**

  – Larger players with an increased breadth of offerings can create incentives for customers by bundling various products or offering tiered pricing

REDACTED

REDACTED

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

95

xandr

## Marketplace Dynamics & Forecast: Approach and Methodology[1]

**Guiding Questions**



- How does advertising spend currently flow through Xandr's business?

- What is the customer and geographic distribution of advertising spend?

- What are the implications of current spend distributions across customers, formats, and geographies?

- How might Xandr's spend distribution evolve over the coming years?

- How do these dynamics impact the combined Xandr and WarnerMedia advertising business?

**Approach**

REDACTED

Preliminary Xandr-only findings based on aggregated data science, Xandr Finance, and WM data, to be used for directional analyses only

1: Not official forecast; for internal use only

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

97

MSFT-LIT-0000000137_NATIVE Page 99 of 115



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations.  Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission © 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Global: $4.10B Gross Spend

98

MSFT-LIT-0000000137_NATIVE Page 100 of 115



MSFT-LIT-000000137_NATIVE Page 101 of 115



MSFT-LIT-0000000137_NATIVE Page 102 of 115



Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission.
© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.



Confidential and Proprietary. Working draft prepared by the Xandr strategy/corporate development team and subject to continued / further development. For internal use only and not for copy/use or distribution without prior permission.

© 2020 Xandr Inc. Xandr™, The Kite logo, AT&T, the Globe logo, and all marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 104 of 115

✳ xandr

# Key Takeaways: Marketplace Dynamics & Forecast

- **The characteristics of our marketplace present challenges and the need to continue to adjust our course to fuel future growth**

  - REDACTED spend is attributable to indirect sources, such as independent trading desks, that are being pressured out of the market and represent lo REDACTED n DTV, which margin business

  - Spend is highly weighted towards Display and Linear TV, both of which are in steep decline, with inventory highly dependent is facing increased subscriber declines

  - Without significant owned TV assets, international markets have increased reliance on display advertising from indirect buyers, as well as third party supply

- **With recent strategic pivots and investments, spend globally has begun to shift to more desirable segments**

REDACTED

- **Recommendations/Implications for Future State**

  - Agencies remain a strategic client set to sustain growth, while marketers will become increasingly important as in-housing continues

REDACTED

  - O&O supply will be needed to anchor our marketplace and attract incremental demand, as well as third party inventory

  - Though O&O inventory will serve to anchor the marketplace, third party supply will become increasingly important relative to declines in TV, as digital media growth is not expected to offset linear declines in the near term

  - Though display will remain a significant component of the programmatic platform, with more resilient demand internationally, spend shift toward high-growth digital formats (i.e. audio, gaming, OOH) will be required and will become increasingly demanded as part of cross-screen campaigns

Confidential and Proprietary. Working draft prepared by the Xandr Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership. For Internal Use Only and not for additional distribution without prior permission
© 2020 Xandr Inc. Xandr™ The Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000000137_NATIVE Page 105 of 115

REDACTED

MSFT-LIT-000000137_NATIVE Page 115 of 115