# EXHIBIT 7
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

Product Platform Strategy_Monetize_07082020.pptx

Hurd, Doug-Imported Data REDACTED \Strategy Team General\Strat Planning\Product Platform Strategy_Monetize_07082020.pptx

Monetize - SSP Total Available Market (TAM)*

REDACTED

MSFT-LIT-0000001326_NATIVE Page 2 of 6



Monetize Video SSP – Industry Ranking

MSFT-LIT-0000001326_NATIVE Page 3 of 6

# Monetize Video SSP – Industry Ranking Commentary

**Buyer Value Drivers (Pub Monetization): 65%**

**Publisher Value Drivers: 35%**

Weighting

Column headers: Corralled, Buyer Total, Transparency & T.A.¹, Deal Types, Identity Solutions, Reporting & Insights, Sales, Service & Marketing, Supply Access, Curation & Forecasting, Pub Total, Wrapper, Reporting & Analytics, Brand & Reputation, Deals, Usability & Service, Ad Server, Demand Generation

Rows (companies): Google Ad Mana…, FREEWHEEL A COMCAST COMPANY, SPOTX, amazon, verizon media, rubicon telari…, PubMatic, xandr, INDEX EXCHANGE

Higher Score

Lower Score

**REDACTED**

# Monetize Video SSP – Price Value Map

**Price Breakdown**



Ad Serving Fee (CP
■ Payment Terms
■ Base SASC

**Price = SASC + Payment Terms**

**Key Implications**

- Publisher focused value drivers are becoming increasingly commoditized with platforms differentiating by focusing on buyer-focused offerings and demand generation
- Though the ad serving business is not high margin, it does create increased stickiness with publishers and increases the value and likelihood of use of their SSPs
- Supply-side players that have a integrated offering with other products can offer compelling incentives (e.g. Google offers minimal Ad Serving fees to incentivize AdX spend)
- Some SSPs offer revenue guarantees to incentivize platform usage and win deals (e.g. Verizon Media)

MSFT-LIT-0000001326_NATIVE Page 5 of 6

## 2020 – SSP Share Placeholder

**Global SSP Display and Video Share**

*To be validated during strategy and business case development*

**REDACTED**

**Industry Projections**

| Company | Rationale |
|---|---|
| Google | REDACTED |
| amazon | |
| SPOTX | |
| FreeWheel | |
| xandr | |
| Magnite | |
| verizon media | |
| INDEX EXCHANGE | |
| Other SSPs | |

Legend: Google ■ Amazon ■ Xandr ■ SpotX ■ Rubicon ■ FreeWheel ■ Other SSPs

© 2020 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000001326_NATIVE Page 6 of 6