# EXHIBIT 8
# REDACTED
# (Unredacted copy filed under seal)

| | |
|---|---|
| Control Number : | MSFT-LIT-0000028835 |
| All Custodians : | REDACTED@microsoft.com |
| Custodian : | John, Ben |
| Date/Time Created : | 3/29/2021 4:57 PM |
| Date/Time Saved : | 3/29/2021 4:50 PM |
| Date/Time Last Modified : | |
| File Name : | Ad server Supplemental Deck.pptx |

# Document Provided Natively

John, Ben - https://microsoft-my.sharepoint.com/personal/REDACTED/Documents/MigratedXandr/Olympus/Commercial/Sales Enablement/Monetize/Ad server Supplemental Deck.pptx



EXHIBIT
MSFT 22
Date:
JOG 9/8/23