# EXHIBIT 10
# REDACTED
# (Unredacted copy filed under seal)

| | |
|---|---|
| Control Number : | MSFT-LIT-0000039449 |
| All Custodians : | REDACTED@microsoft.com |
| Custodian : | Microsoft |
| Date/Time Created : | 8/19/2021 12:52 PM |
| Date/Time Saved : | 1/9/2023 8:26 PM |
| Date/Time Last Modified : | |
| File Name : | google-import-feature-guide-EN.pptx |

**Document Provided Natively**

Microsoft - Imported Data\[REDACTED]@microsoft.com\advertisinginfopediajohncosleypart2\google-import-feature-guide-EN.pptx

EXHIBIT
MSFT 5
Date:
JOG  9/8/23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MSFT-LIT-0000039449