# EXHIBIT 11
# REDACTED
# (Unredacted copy filed under seal)

| | |
|---|---|
| Control Number : | MSFT-LIT-0000005457 |
| All Custodians : | REDACTED@microsoft.com |
| Custodian : | Gruber, Jason |
| Date/Time Created : | 9/23/2021 3:53 PM |
| Date/Time Saved : | 9/23/2021 3:54 PM |
| Date/Time Last Modified : | |
| File Name : | MSA GLT MSAN Discussion 9-13-21-JAG.pptx |

# Document Provided Natively

MSA GLT MSAN Discussion 9-13-21-JAG.pptx
Gruber, Jason-https://microsoft-my.sharepoint.com/persona REDACTED t_com/Documents/MSA GLT MSAN Discussion 9-13-21-JAG.pptx

MSFT-LIT-0000005457_NATIVE Page 2 of 8

# Microsoft Advertising, REDACTED in FY22

MSA Sellers ~150,000+ Advertisers

### Microsoft Search Network

Search Ads

- Bing
- Yahoo
- Other 3Ps

### Microsoft Promote IQ

Product Ads

- 3P Retailers, e.g., Kroger

### Microsoft Audience Network



Native & Video Ads

- MS News/Edge
- MSN, Outlook
- 3P Publishers

### Display & Native Marketplaces



Display, Video & Native Ads

- MS News/Edge
- MSN, Outlook
- Xbox, MCG

3P Partner Sellers

# Microsoft Advertising FY22 Growth Initiatives

Seven business initiatives that will accelerate Microsoft Advertising velocity to REDACTED



### SMB
Accelerate SMB acquisition and growth to capitalize on the digital transformation shift happening in a Covid/post Covid economy.

### International Expansion
Unlock international demand growth for existing markets and expand our footprint into new markets.

### MSAN
Continue to build fast momentum with our Native offering across all aspects of the ecosystem (product, supply, marketing, sales, service, support).

### PIQ
Rapidly grow our Retail portfolio and expand our product offering to grow lead in the Retail Media market.

### Digital Sovereignty
Aligned strategy and execution with the Commercial business and product teams for both Cloud for [Industry] and MarTech investments.

### Privacy
Comprehend the changing landscape and implications around data and policy to provide proactive guidance and effective solutions across our ecosystem.

### 3PS Search
Amplify our syndication business through scale and automation enabling us to better compete for traffic, improve onboarding and policy enforcement, and drive competitive ROI for partners and advertisers.

Microsoft Confidential

MSFT-LIT-0000005457_NATIVE Page 4 of 8

## Growing our non-search ads business in-house through MSAN
Increasingly becoming a 1-stop shop for MSFT advertisers through MSA



REDACTED

MSFT-LIT-0000005457_NATIVE Page 5 of 8

# The Microsoft Audience Network is growing

## Uses the same targeted audience — with expanded reach across consumer online journey











**PERFORMANCE BENEFITS**


REDACTED

**BRAND-SAFETY PARAMETERS**

Brand safety remains a core pillar with **no user-generated content,** strict content vetting, and fraud detection through Microsoft technology, publisher brand-safety partnerships and Integral Ad Science (IAS) integration for platform-wide protection.

**ANALYTICS AND REPORTING**

We offer full transparency across all domains via **publisher URL reporting.** With the **Audience Network Planner,** you can continue to find performance and budget recommendations for our full network.



1. Microsoft internal data, June 2021. 2. Publisher partner data and Microsoft internal data, April 2021. Note: Premium Publishers are available globally and predominantly coming from the US and CA market.




MSFT-LIT-0000005457_NATIVE Page 7 of 8

100,000+ clients work with us today[1] - REDACTED

MSFT-LIT-0000005457_NATIVE Page 8 of 8