# EXHIBIT 12
# REDACTED
# (Unredacted copy filed under seal)

Bidder Strategy Assessment: Executive Summary

REDACTED

HIGHLY CONFIDENTIAL

# 31 Internal Stakeholders Consulted

| Stakeholder | Org | Expertise / Meeting Purpose |
|---|---|---|
| REDACTED | | |

Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

# What we heard from across the org

# REDACTED

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

Bidders (non-Invest) make up a sizable share of Xandr's marketplace demand

# REDACTED

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

In international regions, Bidders (non-Invest) make up an even larger share of Xandr's demand

# REDACTED

Internal Xandr Analytics, 2021 YTD = based on where impressions del

© 2021 Xandr, Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

Invest represents a small fraction of the DSP market, but accounts for a disproportio[nate] share of Monetize spend, indicating an opportunity to grow spend from non-Invest D[SPs]

**REDACTED**

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

https://friscari.substack.com/p/open-web-dsp-m

8

# Where does Xandr's Marketplace fit?

Our position has changed, we haven't made the appropriate investments to follow

# REDACTED

Without the ability to secure unique supply, we must focus on building bidder solutions that are more convenient and/or less expensive

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

Xandr needs to invest in bidder resourcing *now* or will risk further loss in our marketplace position against other SSPs

**REDACTED**

LinkedIn search results pulled on August 18, 2021 – search re[...] and/or JD. Magnite includes Magnite, SpotX, Telaria, Rubicon Pro[...]

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo, AT&T and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

# We need to address fundamental challenges across the org related to bidders

## Key challenges from internal interview findings

**REDACTED**

© 2021 Xandr Inc. Xandr℠, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

To capture more bidder spend, we must move from operating reactively to proact[ively]

**REDACTED**

13

© 2[...] Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

# Resourcing Overview & Recommendations

**Business Area** | **Current State Roles & Responsibilities** | **Future State Roles & Responsibilities**

REDACTED

HIGHLY CONFIDENTIAL

# Investment Required: Good vs. Great Options

| Org/Team | Position | Est. Comp w/ Benefits | # New FTEs | Cost | # New FTEs |
|---|---|---|---|---|---|
| | | | **Good** | | |

REDACTED

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

New pod structure moves Xandr from reactive to proactive
**Pod overview:**

**REDACTED**

HIGHLY CONFIDENTIAL

# Immediate Next Steps

**REDACTED**

17

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

Bidder Strategy Assessment: Project Charter

**REDACTED**

© 2021 Kantar Inc. Kantar, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

# Revenue Impact Projections (Top 4 Growth Potential Bidders)

REDACTED

20

© 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

Revenue based on average

HIGHLY CONFIDENTIAL

## Global Partnerships: 9 Commercial Resources Support Bidders

6 US-based resources dedicated solely to bidders, 3 International resources that cover third-party bidders, SSPs, and

**REDACTED**

21  © 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

Customer Success: Integration Engineering and Product Support for Bidders

**REDACTED**

22   © 2021 Xandr Inc. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL