# EXHIBIT 14
# REDACTED
# (Unredacted copy filed under seal)

## Implications for the Industry

REDACTED

## Implications for Xandr

REDACTED

Confidential and Proprietary. Prepared by the Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

# REDACTED

**Path Forward for Xandr**

# REDACTED

*Confidential and Proprietary. Prepared by the Strategy/Corporate Development team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.*