# EXHIBIT 15
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

Gruber, Jason - https://microsoft-my.sharepoint.com/personalREDACTED_com/Documents/Documents/Xandr-Briefing/Xandr Getting Up to Speed2-1-22 - DRAFT Discussion doc.pptx

CONFIDENTIAL │ FOR DISCUSSION PURPOSES ONLY

# Presentation Goals– Getting Up to Speed

**Agenda**

- How we got here
- Strategic Rational and Value Drivers (board slides)
- Who is Xandr
- Platform
- Current Commercial Relationship
- Post Signing Observation and Discussion

**Three Takeaways:**

REDACTED

MSFT-LIT-0000018342_NATIVE Page 2 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

How we got here....

# REDACTED

MSFT-LIT-0000018342_NATIVE Page 3 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

# Strategic Rationale– MSFT Board Presentation

**Current state:** Microsoft Advertising is a [REDACTED] digital advertising business, primarily built on Search (Bing) with the Microsoft Audience Network (MSAN) as a recent and fast-growing solution for non-Search advertising.

**The digital advertising ecosystem:** More than 70 percent of digital advertising is bought and sold by machine algorithms known as Demand Side Platforms (DSPs) and managed by Supply Side Platforms (SSPs), powered by first-party data from buyers and sellers. Platforms who also own and operate consumer services (like Google and FB) can generate more efficiency in this ecosystem and weather business impacts from stricter privacy regulations and third-party cookie deprecation due to their large first-party data footprint. Those who don't are at a structural disadvantage in this marketplace.

REDACTED

**An acquisition of Xandr provides Microsoft Advertising with incremental assets to compete:**
1) A globally-deployed DSP that will expand Microsoft data and demand across the Open Web
2) An SSP used by over 2,200 premium publishers (including MSFT) to manage and optimize advertising against their supply
3) Strong video and Connected TV assets and investments
4) A media platform that enables advertisers, publishers, and retail clients to buy and sell media in secure marketplaces and across the internet

REDACTED

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

Value Drivers– MSFT Board

REDACTED

MSFT-LIT-0000018342_NATIVE Page 5 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

**xandr**

Global ad-tech marketplace

# REDACTED

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

# Integration Principles– MSFT Board

Organization & People

Product & Technology

Go-to-Market

REDACTED

10

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

MSFT-LIT-0000018342_NATIVE Page 11 of 35

CONFIDENTIAL | FOR DISCUSSION PURRPOSES ONLY

Value to Microsoft

REDACTED

MSFT-LIT-0000018342_NATIVE Page 13 of 35

REDACTED

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

MSFT-LIT-0000018342_NATIVE Page 14 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

MSFT-LIT-0000018342_NATIVE Page 15 of 35



Xandr Org Breakdown

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

MSFT-LIT-0000018342_NATIVE Page 17 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

# The Microsoft & Xandr Sales House relationship

# REDACTED

to the end of FY26

2021

MSFT-LIT-0000018342_NATIVE Page 20 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY



Market Value

MSFT-LIT-0000018342_NATIVE Page 21 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

Trading Comparables

# REDACTED

MSFT-LIT-0000018342_NATIVE Page 22 of 35

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

Transaction Comparables

REDACTED

MSFT-LIT-0000018342_NATIVE Page 23 of 35



Microsoft Confidential

*plan and timing subject to further due diligence and learnings post-sign / pre-close

25

MSFT-LIT-0000018342_NATIVE Page 25 of 35

Microsoft

REDACTED

Microsoft Confidential

*plan and timing subject to further due diligence and learnings post-sign / pre-close

26

MSFT-LIT-0000018342_NATIVE Page 26 of 35

Microsoft



MSFT-LIT-0000018342_NATIVE Page 27 of 35

REDACTED

MSFT-LIT-0000018342_NATIVE Page 30 of 35



MSFT-LIT-0000018342_NATIVE Page 31 of 35

REDACTED

MSFT-LIT-0000018342_NATIVE Page 32 of 35



MSFT-LIT-0000018342_NATIVE Page 34 of 35

REDACTED

MSFT-LIT-0000018342_NATIVE Page 35 of 35