# EXHIBIT 16
# REDACTED
# (Unredacted copy filed under seal)

Full Year Strategic Planning Timeline

REDACTED

HIGHLY CONFIDENTIAL

Future of Advertising Timeline

# REDACTED

HIGHLY CONFIDENTIAL

Core Beliefs: The 2022 Ad Tech Ecosystem

REDACTED

HIGHLY CONFIDENTIAL

# Core Assumptions

| Approach + Definitions by Format | Television | % Programmatic | Television | Structurally |
|---|---|---|---|---|

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not a complete...

HIGHLY CONFIDENTIAL

In the US, Xandr's core market is growing in digital video, and expanding in competitive formats, part of MSFT

**Total Market of Interest**
US Gross Ad Spend ($M)

FORMAT

2022 MIX (E)

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not a complete

HIGHLY CONFIDENTIAL

9

# Global ad spending is increasing, with international growth continuing to outpace the US

**Xandr Available TV, Video, & Display**

**Ad Spend by Region ($M)**

■ US   ■ EMEA   ■ LATAM   ■ APAC

— US — EMEA — LATAM

**REDACTED**

**Xandr Available Market: 2022**

**Xandr Available Market: 20**

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not comple

HIGHLY CONFIDENTIAL

10

As the display market continues to shrink, Xandr's success will depend on capturing growing video budgets and innovating across new formats

**Total Segment of Interest**

Xandr US Available Market ($M)

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not a complete...

HIGHLY CONFIDENTIAL

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not a final.

HIGHLY CONFIDENTIAL

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not applicable.

HIGHLY CONFIDENTIAL

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not a[...]

HIGHLY CONFIDENTIAL

15

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

**REDACTED**

HIGHLY CONFIDENTIAL

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not accepted

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL



REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

REDACTED

HIGHLY CONFIDENTIAL

Buy-side Differentiation & Positioning

Xandr Differentiators and Value Prop

Xandr Gaps & Risks

REDACTED

HIGHLY CONFIDENTIAL

# Our DSP is gaining traction, with perception improving from last year, but still lags largest peers

| Weighting | Usability & Service | Identify / Audience / Insights | Inventory | Attribution & Measurement | Performance Optimization | 1st Party Data | Planning & Forecasting | Deals Functionality | Converged Offerings | Customization + APIs |
|---|---|---|---|---|---|---|---|---|---|---|
| Display & Video 360 | | | | | | | | | | |
| theTradeDesk | | | | | | | | | | |
| xandr | | | | | | | | | | |
| amazon | | | | | | | | | | |
| Roku dataxu | | | | | | | | | | |
| yahoo! | | | | | | | | | | |
| AMOBEE | | | | | | | | | | |
| Adobe | | | | | | | | | | |
| MediaMath | | | | | | | | | | |

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not applie

HIGHLY CONFIDENTIAL

The TV Platform remains the leader in the DDL space, but as linear inventory decreases in relevance, need to continue to focus on CTV / cross-platform capabilities



Confidential and proprietary. Working draft prepared by and at the direction of counsel in anticipation of litigation or trial. Attempts may include evaluations or indications or calculations or combinations subject to alternate evaluations of materials by other organizations not of the organization.

HIGHLY CONFIDENTIAL

Sell-side Differentiation & Positioning

Xandr Gaps & Risks

Xandr Differentiators and Value Prop

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted

HIGHLY CONFIDENTIAL

34

Xandr's video SSP continues to lag behind market leaders, with some unique features such as yie... analytics leading the way

**REDACTED**

Buyer Value Drivers (Pub Monetization) 50%

Publisher Value Drivers: 50%

Weighting

- *Demand Generation + Monetization*
- *Usability + Service*
- Identity Solutions
- *Wrappers & Ad Servers*
- Deals
- Brand & Reputation
- Inventory Forecasting and Yield Management (Analytics)
- Pub Total
- Unique Supply
- Supply Access
- Customer Success / Service
- Deal Types
- Dedicated Sales for Pub Supply
- Planning / Forecasting / Audience...
- Buyer...

Magnite SPOTX
amazon
FREEWHEEL A COMCAST COMPANY
Google Ad Manager
yahoo!
publica
xandr
PubMatic
INDEX EXCHANGE

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not applc...

HIGHLY CONFIDENTIAL

The sell-side of the TV Platform remains the strongest for linear optimization, but lacks in key categories that matter to omnichannel programmers

Demand generation | Breadth of Available data | Efficiency and Automation | Planning and Yield | Usability and Service | Reporting, Analytics & Attribution | Inventory Controls

In-House Programmer
Google
FreeWheel A COMCAST COMPANY
OPEN A.P.
xandr
AMOBEE
ampersand
WIDEORBIT

**REDACTED**

Source: Internal Analysis completed with a small sample of commercial team members who opted to participate. N... Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not applied...

HIGHLY CONFIDENTIAL

Xandr Curate Differentiation & Positioning

Xandr Gaps & Risks

Xandr Differentiators and Value Prop

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not applicable.

HIGHLY CONFIDENTIAL

Xandr Curate remains a leader, but Magnite's perception is quickly rising internally and in-market despite fewer capabilities than Xandr

Weighting

| Direct Curate Competitor | Supply Access | Unique Data | Managed Service / Ease of use | Pricing | Enterprise UI + APIs | | Supply Relationships | Demand Generation | Pricing Flexibility / Capabilities | Ease of Use | Enterprise UI & APIs |
|---|---|---|---|---|---|---|---|---|---|---|---|

Buyer Value Drivers: REDACTED

Seller Value Drivers: REDACTED

**REDACTED**

Magnite SPOTX

xandr

PubMatic

the mediagrid

INDEX EXCHANGE

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not applicable

HIGHLY CONFIDENTIAL

Key Takeaways: Product Positioning

REDACTED

HIGHLY CONFIDENTIAL

Comments: Invest

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not applicable

HIGHLY CONFIDENTIAL

Comments: Invest (continued)

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not comple...

HIGHLY CONFIDENTIAL

Comments: Monetize

REDACTED

HIGHLY CONFIDENTIAL

Comments: Monetize (continued)

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not applie

HIGHLY CONFIDENTIAL

68

Comments: Curate

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not appl_

69

HIGHLY CONFIDENTIAL

Comments: TVP

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr strategy team and subject to contradiction or alternate evaluation by other organizations. Not a

70

HIGHLY CONFIDENTIAL