# EXHIBIT 17
# REDACTED
# (Unredacted copy filed under seal)

For Microsoft 30(b)(6) Deposition of Ben John         CONTAINS HIGHLY CONFIDENTIAL INFORMATION

**REDACTED**

2022—June 6    Microsoft closed acquisition of Xandr.

\* \*\*

Topic 3

**REDACTED**