# EXHIBIT 18
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

John, Ben - https://microsoft-my.sharepoint.com/personal/be REDACTED com/Documents/MigratedXandr/MACBOOKPRO/Xandr-NEW/2022/MSFt Strategy/V2/Thinking....pptx



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-0000030367

Xandr Integration Architecture

REDACTED

MSFT-LIT-0000030367_NATIVE Page 5 of 14

Grey – In Planning, Green – Working well, Yellow – Needs improvement

Revenue Synergies



MSFT-LIT-0000030367_NATIVE Page 7 of 14

REDACTED

REDACTED

REDACTED

Cost Synergies

**Xandr Incremental Costs & Synergies**

MSFT-LIT-0000030367_NATIVE Page 8 of 14

# REDACTED

REDACTED

REDACTED

Product Architecture

MSFT-LIT-0000030367_NATIVE Page 9 of 14

FY 23

FY 24



MSFT-LIT-0000030367_NATIVE Page 11 of 14

REDACTED

REDACTED

| | Native | Video | Mobile | CTV | DOOH | Display |
|---|---|---|---|---|---|---|
| Agencies | | | | | | |
| Marketers | | | | | | |
| Builders | | | | | | |
| Trade Desks | | | | | | |
| SMBs | | | | | | |

MSFT-LIT-0000003367_NATIVE Page 12 of 14



MSFT-LIT-0000030367_NATIVE Page 13 of 14