# EXHIBIT 19
# REDACTED
# (Unredacted copy filed under seal)



# Digital Advertising Market

MSFT-LIT-0000017301

HIGHLY CONFIDENTIAL

# Key Findings and Focus Areas



Digital advertising recovering from the pandemic faster than expected

- The digital ads market is expected to grow at a [REDACTED] CAGR from 2021-2026. The current estimate is up about [REDACTED] over prior. Variance to prior is led by search [REDACTED] and display [REDACTED].



Retail Media continues to be a strong growth driver within digital advertising. With an estimated [REDACTED] CAGR over the next 5 years, it is the fastest growing segment withing Digital Advertising.

- Retail Media is about [REDACTED] of the digital Advertising market in 2021 and expected to be 16% by 2026. Amazon makes up about [REDACTED] of retail media and is expected to grow at a [REDACTED] CAGR.



Digital Advertising is expected to grow across all top markets

- Total Digital Advertising is expected to grow at a [REDACTED] CAGR over the next five years. US, China, UK, Germany, Canada, and France are amongst the markets that are expected to drive growth.



SMB makes up about [REDACTED] of Core Search Advertising.

- SMB as a percentage of total advertising revenue saw a boost during the pandemic.



HIGHLY CONFIDENTIAL

MSFT-LIT-000001739

# Digital advertising recovering from the pandemic stronger than expected

The digital ads market forecast for 2021-2024 is up about [REDACTED] over prior estimate. Variance to prior is led by search - [REDACTED] and display [REDACTED]

## Search

- Core Search has recovered more quickly than expected. Led by Google which is up [REDACTED] from prior estimate.
- Retail Media estimates have been increased across the board. Led by Amazon which is up about [REDACTED] in 2021 vs prior estimates.
- Vertical Search includes Booking.com and Expedia which have still not fully recovered from the pandemic. 2022 estimates anticipate greater recovery and vertical search is [REDACTED] higher than prior estimates.

## Display

- Social is up [REDACTED] to [REDACTED] over prior estimate. Social recovery is led by Meta which is up [REDACTED] over the prior estimate for 2021.
- Instream Video excl-social estimates have been increased. 2021 is [REDACTED] higher than prior.
- Native, Classic, & Outstream Video are up in 2021 by [REDACTED] but down in 2022-2024 in part due to changes in methodology.



WW Digital Advertising Market

Digital Ad Spend ($B)

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|

% Variance to prior

| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|

Digital Advertising Market
- Core Search
- Retail Media
- Other Vertical Search
- Search
- Social
- Instream Video
- Native, Classic, & Outstream Video
- Display
- Digital Ads Market

HIGHLY CONFIDENTIAL                                   MSFT-LIT-0000001745

# Covid-19 Impact and Recovery

## Covid-19 Impact

- For 8 of the top advertising companies advertising revenue took a sharp dip in Q2 2020. From a two-year CAGR of about [REDACTED], Advertising Revenue dipped 10 percentage points to about [REDACTED].
- At the time analysts' opinions on what the recovery would look like were mixed, but generally more conservative than the performance we have seen in 2021.

## Recovery

- We saw a relatively sharp recovery in Q3 with the two-year CAGR jumping back up [REDACTED] percentage points from the dip in Q2.
- Recovery in 2021 has continued to be strong with some leveling off in Q3 and Q4.
- 2021 has come in higher than prior estimates used in sizing the digital advertising market.



Two Year CAGR for Advertising Revenue*

HIGHLY CONFIDENTIAL

MSFT-LIT-000001741

MSFT-LIT-000001741
HIGHLY CONFIDENTIAL

## Core Search

Core Search

Core Search is expected to grow at [REDACTED] CAGR through 2026

**REDACTED**

**Core Search**

REDACTED

MSFT-LIT-0000017441

HIGHLY CONFIDENTIAL

**Core Search PC vs Mobile/Tablet**

REDACTED

MSFT-LIT-0000017411

HIGHLY CONFIDENTIAL

MSAN TAM

REDACTED

MSFT-LIT-000001740

HIGHLY CONFIDENTIAL

Retail Media

REDACTED

MSFT-LIT-00000175

HIGHLY CONFIDENTIAL

**US Retail Media**

REDACTED

MSFT-LIT-0000017575

HIGHLY CONFIDENTIAL

Understanding Retail Media – 2022 WW Retail Media

**REDACTED**

MSFT-LIT-0000017S

HIGHLY CONFIDENTIAL

**Amazon Advertising Overview**

# REDACTED

MSFT-LIT-00000175

HIGHLY CONFIDENTIAL

## WW Display Advertising

**REDACTED**

MSFT-LIT-00000173

HIGHLY CONFIDENTIAL

**Non-Social Native, Classic, & Outstream Video**

# REDACTED

MSFT-LIT-00000173

HIGHLY CONFIDENTIAL

Social **REDACTED**

MSFT-LIT-00000178

HIGHLY CONFIDENTIAL

**Video**

# REDACTED

MSFT-LIT-00000178

HIGHLY CONFIDENTIAL

**US Video ad Spend**

**REDACTED**

HIGHLY CONFIDENTIAL

MSFT-LIT-00000178

Digital Advertising By Geo

REDACTED

MSFT-LIT-0000017?

HIGHLY CONFIDENTIAL

REDACTED

MSFT-LIT-00000178

HIGHLY CONFIDENTIAL