# EXHIBIT 20
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

Xandr Future of Advertising_Full_20220711.pptx
Hurd, Doug-Imported DataREDACTED@microsoft.com\Strategy Team General\2023 Annual Planning\Xandr Future of Advertising_Full_20220711.pptx

xandr

Full Year Strategic Planning Timeline

REDACTED

MSFT-LIT-0000000370_NATIVE Page 3 of 70

xandr

Future of Advertising Timeline

# REDACTED

MSFT-LIT-0000000370_NATIVE Page 4 of 70

xandr

Core Beliefs: The 2022 Ad Tech Ecosystem

REDACTED

MSFT-LIT-0000000370_NATIVE Page 6 of 70

1.   eMarketer

Core Assumptions

**Approach + Definitions by Format**

**% Programmatic**

**Structurally Available**

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 8 of 70

8

✳ xandr

In the US, Xandr's core market is growing in digital video, and expanding in competitive formats as part of MSFT

**Total Market of Interest**
US Gross Ad Spend ($M)

| FORMAT | 2022 MIX (E) | 2026 MIX (E) | 5 YR. CAGR |
|---|---|---|---|

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

9

# Global ad spending is increasing, with international growth continuing to outpace the US

**Ad Spend by Region ($M)**

Legend: ■ US  ■ EMEA  ■ LATAM  ■ APAC

**Xandr Available TV, Video, & Display Spend ($M)**

Legend: — US  — EMEA  — LATAM  — APAC

**Xandr Available Market: 2022**

**Xandr Available Market: 2026**

REDACTED

10

MSFT-LIT-0000000370_NATIVE Page 10 of 70

As the display market continues to shrink, Xandr's success will depend on capturing growing video budgets and innovating across new formats

**Total Segment of Interest**

Xandr US Available Market ($M)

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 11 of 70

11



MSFT-LIT-0000000370_NATIVE Page 13 of 70

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy Team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.



Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.



Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 17 of 70



Confidential and Proprietary. Working draft prepared by the Xandr Strategy Team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 18 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 19 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 21 of 70



MSFT-LIT-0000000370_NATIVE Page 22 of 70

4.   Derived by dividing Kandi Spend by Total Addressable Market



MSFT-LIT-0000000370_NATIVE Page 23 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 24 of 70



MSFT-LIT-0000000370_NATIVE Page 25 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 26 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 29 of 70



MSFT-LIT-0000000370_NATIVE Page 30 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 32 of 70



MSFT-LIT-0000000370_NATIVE Page 33 of 70



MSFT-LIT-0000000370_NATIVE Page 34 of 70



MSFT-LIT-0000000370_NATIVE Page 37 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 38 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 40 of 70

REDACTED

MSFT-LIT-0000000370_NATIVE Page 42 of 70



MSFT-LIT-0000000370_NATIVE Page 43 of 70

Buy-side Differentiation & Positioning

Xandr Gaps & Risks

Xandr Differentiators and Value Prop

REDACTED

MSFT-LIT-0000000370_NATIVE Page 48 of 70

Our DSP is gaining traction, with perception improving from last year, but still lags largest peers



| Weighting | Usability & Service | Identify / Audience Insights | Inventory | Attribution & Measurement | Performance Optimization | 1st Party Data | Planning & Forecasting | Deals Functionality | Converged Offerings | Customization + APIs | 3rd Party Data | Unique Pricing Mechanisms / Rebates | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Display & Video 360 | | | | | | | | | | | | | |
| theTradeDesk | | | | | | | | | | | | | |
| xandr | | | | | | | | | | | | | |
| amazon | | | | | | | | | | | | | |
| Roku dataxu | | | | | | | | | | | | | |
| yahoo! | | | | | | | | | | | | | |
| AMOBEE | | | | | | | | | | | | | |
| Adobe | | | | | | | | | | | | | |
| MediaMath | | | | | | | | | | | | | |

Confide

The TV Platform remains the leader in the DDL space, but as linear inventory decreases in relevance, Xandr will need to continue to focus on CTV / cross-platform capabilities





Source: Internal Analysis completed with a small sample of commercial and product leaders who opted to participate.

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 50 of 70

# Sell-side Differentiation & Positioning

**Xandr Gaps & Risks**

**Xandr Differentiators and Value Prop**

# REDACTED

MSFT-LIT-0000000370_NATIVE Page 54 of 70

Xandr's video SSP continues to lag behind market leaders, with some unique features such as yield analytics leading the way



Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 55 of 70

The sell-side of the TV Platform remains the strongest for linear optimization, but lacks in key categories that matter to omnichannel programmers



Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

Source: Internal Analysis completed with a small sample of commercial team members who opted to participate. Note: Small sample size, use results directionally

Xandr Curate Differentiation & Positioning

**Xandr Differentiators and Value Prop**

**Xandr Gaps & Risks**

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

Xandr Curate remains a leader, but Magnite's perception is quickly rising internally and in-market, despite fewer capabilities than Xandr



Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

Key Takeaways: Product Positioning

# REDACTED

MSFT-LIT-0000000370_NATIVE Page 63 of 70

# REDACTED

Comments: Invest

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 65 of 70

Comments: Invest (continued)

# REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

xandr

**REDACTED**

Comments: Monetize

MSFT-LIT-0000000370_NATIVE Page 67 of 70

Comments: Monetize (continued)

**REDACTED**

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000000370_NATIVE Page 68 of 70

Comments: Curate

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.

Comments: TVP

REDACTED

Confidential and Proprietary. Working draft prepared by the Xandr Strategy team and subject to contradiction or alternate evaluation by other organizations. Not adopted by leadership.