# EXHIBIT 22
# REDACTED
# (Unredacted copy filed under seal)

## Document Provided Natively

Microsoft-Advertising-EBC Deck H1_FY23-Newscorp-10-14-22_09051F4C-793C-4C74-A893-98CB74E9BC5C2022-10-19T07-06-04.pptx
Gruber, Jason-https://microsoft-my.sharepoint.com/personalREDACTEDt_com/PreservationHoldLibrary/Microsoft-Advertising-EBC Deck H1_FY23-Newscorp-10-14-22_09051F4C-793C-4C74-A893-98CB74E9BC5C2022-10-19T07-06-04.pptx

**REDACTED**

Brand safety

Deep audience intelligencee

Search

Adtech (open web)
200K+ advertisers

xandr
PromoteIQ

Economic engine for the Web

Microsoft Audience Network

Owned & Operated
400K+ advertisers

Security and privacy

Trust

Confidential – shared under NDA

MSFT-LIT-0000060494_NATIVE Page 4 of 30

# Around the world … status update with Xandr

## Xandr Monetize SSP
- Xandr SSP currently live with all News Corp properties (Display, Video)
- Lowest publisher side fees globally
- 2022 revenue pacing [REDACTED] YoY growth
  - *News Australia* – [REDACTED] *YoY growth*
  - REDACTED in ad spend last 4 years

## Yield Analytics
- Wall Street Journal/Dow Jones
- Product utilization up year over year.

## Active Dialogues and Sales Workstreams
- Native Demand:  (*News UK, Realtor, WSJ, News AU*)
- Ad Quality:   Brand safety assurances and enhanced ad blocking tools (*WSJ/NY Post*)
- Political:   More demand! (*WSJ, Realtor, NY Post*)
- CTV:   Onboarding TalkTV (*News UK*)
- Identity:  Improved tools to onboard and manage identity (*Realtor*)
- Pub Consortium (News UK) – support
- Ad Server (Q4, last year)
- MSFT/Xandr Collaboration:  partner with News Corp with global alignment

Confidential – shared under NDA

# Microsoft & News Corp

## News Corp/Microsoft business relationships

- **Dedicated Content Partnership**
  – News Corp provides content that runs on Bing (WSJ)
    - *For this partnership, MSFT pays NC about* REDACTED
    - *MSFT gets content along with X number of WSJ subscriptions*

- **Commercial Partnership**



REDACTED

*WIP – Jason might have more detail here*

MSFT-LIT-0000060494_NATIVE Page 19 of 30

# Around the World…Status update with Xandr

## Xandr Monetize SSP:
- Xandr SSP now live with ALL News Corp properties globally (Display, Video)
- 2022 Revenue pacing to REDACTED YoY growth
  - *News Australia –* REDACTED *YoY growth*
  - REDACTED in ad spend last 4 years
  - Lowest publisher side fees globally

## Yield Analytics:
- Wall Street Journal/Dow Jones - fore       ent analytics
- Product utilization up significantly ye



## Active Dialogues and Sales Workstreams:
- New Demand from MSFT: Native (News UK, Realtor, WSJ)
- Identity: Improved tools to onboard and manage identity (Realtor)
- CTV: Onboarding CTV to Xandr (News UK) - TalkTV
- Political: More demand! (WSJ, Realtor, NY Post)
- Ad Quality: Brand safety assurances and enhanced ad blocking tools (DowJones/WSJ/NY Post)
- MSFT/Xandr Collaboration: partner with News Corp with global alignment
- Pub Consortium (News UK) – support



