# EXHIBIT 23
# REDACTED
# (Unredacted copy filed under seal)

**Document Provided Natively**

Non-Search Ads BD update-draft10-20-22.pptx
Gruber, Jason-https://microsoft-my.sharepoint.com/personal REDACTED .com/Documents/Non-Search Ads BD update-draft10-20-22.pptx



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                             MSFT-LIT-0000073440

# Netflix Status, "Halo Effects" & CTV

*All aspects of "business of today and tomorrow" have been impacted by Xandr and Netflix*

- **Netflix Status**

  REDACTED

- **"Halo Effects"** - a major driver for providing Netflix a revenue guarantee

  - External
    - Major CTV platforms and publishers have reached out for more information on Microsoft Advertising solutions including REDACTED to either see what has changed with Micrsoft post-acquisition or post-Netflix REDACTED all reaching out for more
    - DSP's and Technology Partners including REDACTED engagement on advertising solutions
  - Internal

  REDACTED

MSFT-LIT-0000073440_NATIVE Page 1 of 4

# Opportunities, Challenges and Questions

Advertising is a game of data and scale. The companies able to unify platforms, operations, data and culture can grow high margin 1P assets, while providing monetization solutions for 3P partners- publishers, brands, retailers. CTV and Retail Media Networks are new surfaces space, with heavy competition, but no zero-sum like Search.

**REDACTED**

MSFT-LIT-0000073440_NATIVE Page 2 of 4

# Business of Today and Business of Tomorrow

*All aspects of the business of today and tomorrow have been impacted by Xandr and Netflix*

**REDACTED**

REDACTED

MSFT-LIT-0000073440_NATIVE Page 4 of 4