# EXHIBIT 24
# REDACTED
# (Unredacted copy filed under seal)

| | |
|---|---|
| Control Number : | MSFT-LIT-0000040248 |
| All Custodians : | REDACTED@microsoft.com |
| Custodian : | Microsoft |
| Date/Time Created : | 1/17/2023 8:41 PM |
| Date/Time Saved : | 6/8/2023 3:19 PM |
| Date/Time Last Modified : | |
| File Name : | Matching refresher 2023.pptx |

## Document Provided Natively

Microsoft - Imported Data\[REDAC]@microsoft.com\advertisinginfopediajohncosleypart2\Matching refresher 2023.pptx



EXHIBIT MSFT 4
Date: 909 9/8/23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  MSFT-LIT-0000040248