# EXHIBIT 25
# REDACTED
# (Unredacted copy filed under seal)

# Document Provided Natively

supply-strategy-2022-02-23.pptx
Garstka, Joe-https://microsoft-my.sharepoint.com/personaREDACTED com/Documents/supply-strategy-2022-02-23.pptx

MSFT-LIT-0000005353_NATIVE Page 1 of 6

Questions about supply strategy

REDACTED

MSFT-LIT-0000005353_NATIVE Page 2 of 6

# Aspects of 'directness' and why they mat[ter]

It's possible to consider directness in terms of the <u>financial relationship</u>, <u>access</u> (supply, data), <u>sel[ection]</u> <u>execution of the final ad serving decision</u>

| | What it means? | Why is it important? | Ad Server | SSP |
|---|---|---|---|---|
| Financial relationship | Last hop in the payment chain (per IAB) | Creates efficient supply chain (more of the dollar is working), important to buyers | REDA[CTED] | |
| Supply Access | See all supply from seller | Ensures all impression opportunities can be evaluated against demand | | |
| Data Access | See relevant user, contextual, and device signals | Enables optimal audience match and bidding decisions | | |
| Programmatic Sales | Transact via programmatic channels (PMP, PG, open market) | Creates flexibility and scale in spending opportunities | | |
| Direct Sales | Transact via direct sales channels (IO) | Enables seller to transact directly with buyers | | |
| Auction Decisioning | Make final choice on ad to serve for any given impression | Ensures clean and fair auction mechanics | | |

REDACTED



MSFT-LIT-00000005353_NATIVE Page 3 of 6

# Considerations in 'ad server or bust' strategy

In considering the idea of supplanting GAM:

- GAM is entrenched (90%+ market share), it would take years. Can w[e win] that game?
- Ad serving matters a lot less in getting fair access to supply
  - Header bidding
  - The world is increasingly cookieless (future web, CTV, app, gaming, DOOH, et[c.])
- Is it even a winning supply access strategy?



**REDACTED**

MSFT-LIT-0000005353_NATIVE Page 4 of 6

# Types of integrations

| Integration Type | SDK | Impression bus endpoint | Description | Decision stage |
|---|---|---|---|---|
| Tag on page | | | | |
| Header bidding, client-side | | REDACTED | | |
| Header bidding, server-side | | | | |
| External SSP | | | | |

Items in red are Xandr executed/controlled

MSFT-LIT-0000005353_NATIVE Page 5 of 6

A few key details about Monetize Ad Se

**REDACTED**

MSFT-LIT-0000005353_NATIVE Page 6 of 6