# EXHIBIT 26 REDACTED (Unredacted copy filed under seal)

**Document Provided Natively**

Microsoft-Advertising-Phil Spencer Mtg 11.8.22.pptx
John, Ben-https://microsoft-my.sharepoint.com/personal/REDACTED_com/Documents/Microsoft-Advertising-Phil Spencer Mtg 11.8.22.pptx



CONFIDENTIAL                                                                                                                      MSFT-LIT-0000062147

## MSA and Xandr

- 🌐 Coverage in 160+ markets
- 👑 REDACTED
- 📊 Search and MS Audience Network (MSAN) ads across O&O and 3P sites & apps
- 🎯 20 third-party display/video sales partners
- ❈ Xandr's leading advertising technology
  CTV, Video, Mobile Audio, Native, Display

**Xandr's extensive footprint**

| REDACTED | Advertisers buying across the platform | Publishers connected to our SSP Ad Tech | CTV publishers connected to our SSP Ad Tech | Ad server clients | Data providers |
|---|---|---|---|---|---|
| DSPs buying Xandr's supply | | | | | |

Microsoft Confidential

MSFT-LIT-0000062147_NATIVE Page 4 of 18



MSFT-LIT-0000062147_NATIVE Page 5 of 18

# A New Era in Media and Ads

1. Pivot to 1P MSAN Native driving all O&O Growth

   REDACTED

2. Native (and MSAN) now lead Outlook rev & growth

   REDACTED

3. Gaming leads the M&E segment, including REDACTED ads

   REDACTED

4. Businesses are diversifying with ads to grow users & margins

   REDACTED

Microsoft Confidential

MSFT-LIT-0000062147_NATIVE Page 9 of 18



✱xandr

**Xandr Curate enhances the value of your inventory without any additional work required by you**

**1** A unique stream of demand exclusive to Monetize SSP publishers

**2** A larger salesforce driving net new dollars for your inventory

**3** Automates audience extension on your inventory, without the need for a DSP

---

## ✱xandr Curate + Monetize SSP

Xandr Curate enables data owners to layer their proprietary assets onto Monetize SSP supply to create curated packages for buyers

### Access proprietary demand from 40+ Xandr Curate partners

**Data providers** — comscore, IRi, LiveRamp

**Publishers** — AccuWeather, livingly media, VIZIO

**Brands** — Microsoft, Kroger, LG

### Types of proprietary assets
- Audiences
- KPIs
- Supply Relationships

REDACTED

Increase in proprietary demand from third-party curation

© 2022 Microsoft Group of Companies. Xandr, the Kite logo, and other marks are trademarks and service marks of the Microsoft Group of Companies. All other marks contained herein are the property of their respective owners.

MSFT-LIT-0000062147_NATIVE Page 16 of 18





MSFT-LIT-0000062147_NATIVE Page 17 of 18