# EXHIBIT 27
# REDACTED
# (Unredacted copy filed under seal)

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 19: Microsoft Audience Network U.S. Spending, Apr 2020-Dec 2022**



**Sources:** MSFT-LIT-0000081523
**Notes:** Microsoft properties include MSN, Outlook, Bing, and Skype.