# EXHIBIT 28
# REDACTED
# (Unredacted copy filed under seal)

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 145: Xandr Monetize (Exchange) U.S. Indirect Display Spending by Environment, 2019-2022**



166