# EXHIBIT 29
# REDACTED
# (Unredacted copy filed under seal)

# Executive Summary

**Mission:** Make Xandr a must-buy global, digital omni-channel marketplace for the world's largest marketers.

**Where are we going?**
We deliver exceptional publisher tools that give us preferential access to premium supply, leading reach and scale, and an expanding global footprint.

**How will we get there?**

REDACTED

**Why will we win?**

REDACTED

## Key Direct Supply and Marketplace Growth Areas:

| | Est. Spend 2019 | 2019 YoY |
|---|---|---|
| | REDACTED | |
| Video | | |
| Native | | |
| | Est. Spend 2019 | 2019 YoY |
| | REDACTED | |
| Deals | | |

## Key Strategic Anchors:

| Product Lines | Est. Revenue 2019 | 2019 YoY |
|---|---|---|
| | REDACTED | |
| APAS | | |
| MSFT | | |

MSFT-LIT-000002974

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MSFT

**Marquee Customers:**

Microsoft

LinkedIn

## Focus in 2019

MSFT is approximately a [REDACTED] digital ad business (sans Search), of which [REDACTED] runs through AppNexus today. We will continue to invest in MSFT to retain preferential access to supply which serves as our US anchor today. Will leverage MSFT to gain scale with our Prebid server and programmatic guaranteed offerings and capture new video supply by becoming their ad server of record across Windows app supply. Additionally, we will lay the foundation for an eventual takeover of MSFT monetization in all markets, kicking out OATH, and owning 100% of MSFT monetization on our platform by 2020.

## Why will we be successful?

We know MSFT's business better than any other competitor in market and continually beat MSFT's revenue projections. Now, with AT&T corporate weight and the AdWorks sales team, we are positioned to grow this key marketplace anchor to new heights.

**Key competitor(s):**

Oath. A Verizon company

**Competitor(s) Value Proposition:**
- First look/top of waterfall position in major markets
- Xbox video sales rights

### Benefits to Publisher:

| Future Partnership | Opportunity to grow strategic business which critical for MSFT | Supplier Diversification: mitigating OATH relationships and channels (MCCM) | Optimized MCM & NPP Platform Capabilities |

### Benefits to Xandr:

| Unmatched class of supply | Global Scale | Multi-buy supply for Gold tier | Access to premium video such as Xbox |

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-000000298

# Buy Side Needs

We asked our buy-side counterparts: what is most important in terms of supply needs in 2019?

**In order of priority,**
**Transaction Type Focus Areas:**
1. Deals
2. ECD
3. PG

**Format Focus Areas:**
1. Premium Long form Video
2. Premium Short form Video
3. Native
4. Mobile App

## APP

| | Display | Video Instream (incl CTV) | Video Outstream | Native | Mobile App |
|---|---|---|---|---|---|
| Open Market | | | REDACTED | | |
| Programmatic Guaranteed | | | | | |
| Deals | | | | | |
| Exchange Curated Deals | | | | | |

## Bidders

| | Display | Video Instream (incl CTV) | Video Outstream | Native | Mobile App |
|---|---|---|---|---|---|
| Open Market | | | REDACTED | | |
| Programmatic Guaranteed | | | | | |
| Deals | | | | | |
| Exchange Curated Deals | | | | | |

☐ 2019 opportunity area; needs more supply
☐ 2018 buyer needs are NOT met; needs more supply
☐ Buyer needs are generally met with existing direct supply footprint

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-0000029831

# 2019 Forecast: Direct Supply and Marketplace Growth Areas

## Spend Forecast:

| Current Sell-Side Product Line | 2018 Spend | Investments | H1:H2 2019 Spend | YoY Growth |
|---|---|---|---|---|
| Direct Supply Total | REDACTED | | | |
| Preferential Access to Digital Video | | Frictionless deals platform<br>Programmatic Guaranteed<br>Unified auction for premium video<br>Onboarding AT&T O&O video inventory | | |
| Video Deals* | REDACTED | | | |
| Omnichannel Scale | | Native product and GTM investments<br>Mobile app<br>Monetization<br>Professional Services | | |
| Native | REDACTED | | | |
| Display | | | | |

## Revenue Forecast:

| Current Sell-Side Product Line | 2018 Revenue | Digital Video Investments | Omnichannel Scale Investments | H1:H2 2019 Revenue | YoY Growth |
|---|---|---|---|---|---|
| Direct Supply | REDACTED | | | | |

*Deals spend goes to all formats; there is significant overlap between Deals and Video spend.

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-0000002983

# 2019 Forecast: Key Strategic Anchors

## Spend Forecast:

| Current Sell Side Product Line | 2018 Spend | Investments | Prelim 2019 Spend | YoY Growth |
|---|---|---|---|---|
| Global Strategic Anchor Partners | | MSFT Windows Supply<br>APAS Strategic Client Needs<br>YX Integration with Console<br>Project Fireball | | |
| APAS | REDACTED | | | |
| MSFT* | | | | |

## Revenue Forecast:

| Current Sell Side Product Line | 2019 Revenue | Strategic Anchor Investments | Prelim 2019 Revenue | YoY Growth |
|---|---|---|---|---|
| APAS | REDACTED | | | |
| MSFT* | | | | |

**Publisher Tools & Direct Supply** — REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-000000299

# 2019 Forecast: Stop / Decline

## Revenue Forecast:

| Stop / Decline Product Line | 2018 Revenue | Decline Driver | 2019 Revenue | YoY Growth |
|---|---|---|---|---|
| **Stop / Decline Products Total** | | | REDACTED | |
| Yieldex | | | | |
| OAS | | | | |

**Publisher Tools & Direct Supply**

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-0000002991

Base Case Plus Item: Video Ad Server

# REDACTED

MSFT-LIT-0000029911

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Base Case Plus Item: Own MSFT Monetization

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT-LIT-000002994

AppNexus Marketplace Value (AMV) Explained

REDACTED

MSFT-LIT-0000003 … marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

US / Canada: What can we sell in 2019?

**REDACTED**

MSFT-LIT-00000030

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

What are we stopping in 2019?

REDACTED

MSFT-LIT-00000308

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Buyside priorities & sell-side implications

**REDACTED**

MSFT-LIT-00000303

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY