# EXHIBIT 30
# REDACTED
# (Unredacted copy filed under seal)

## ANNEXE A

*Advertising service for publishers: turnover and volume of activity throughout the world*

The following convention has been used: "-" data not available; "N/A" data not applicable.

|  | | MONDE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| APAS | Gross turnover (in euros) | - | - | - | - | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Net turnover (in euros) | - | - | - | - | N/A | N/A | N/A | N/A | REDACTED | | | |
| | Number of users | - | - | - | - | N/A | N/A | N/A | N/A | | | | |
| | Number of impressions served | - | - | - | - | N/A | N/A | N/A | N/A | | | | |

ATT-GCID-00000701

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION

| OAS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross turnover (in euros) | - | - | - | - | - | - | N/A | N/A | N/A | N/A | N/A | N/A |
| Net turnover (in euros) | - | - | - | - | - | - | | | | | | |
| Number of users | - | - | - | - | - | - | | | REDACTED | | | |
| Number of impressions served | - | - | - | - | - | - | | | | | | |
| Exchange rate applied USD :EUR | - | - | - | - | - | - | | | | | | |

ATT-GCID-00000702

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION

## ANNEXE B

*Ad servers for publishers: turnover and volume of activity in the EEA*

The following convention has been used: "-" data not available; "N/A" data not applicable.

**EUROPEAN ECONOMIC AREA**

| Tableau n° 1 | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAS | Gross turnover (in euros) | - | - | - | - | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Net turnover (in euros) | - | - | - | - | - | - | - | - | REDACTED | | | |
| | Number of users | - | - | - | - | - | - | - | - | REDACTED | | | |
| | Number of impressions served | - | - | - | - | - | - | - | - | REDACTED | | | |
| | Exchange rate | - | - | - | - | - | - | - | - | REDACTED | | | |

ATT-GCID-00000703

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION

**Tableau n° 2**

| EUROPEAN ECONOMIC AREA | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAS | Gross turnover (in euros) | - | - | - | - | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Net turnover (in euros) | - | - | - | - | - | - | - | - | REDACTED | | | |
| | Number of users | - | - | - | - | - | - | - | - | | | | |
| | Number of imrpessions served | - | - | - | - | - | - | - | - | | | | |
| | Exchange rate applied USD :EUR | - | - | - | - | - | - | - | - | | | | |

**Tableau n° 3**

ATT-GCID-00000705

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION

ATT-GCID-00000706

| EUROPEAN ECONOMIC AREA | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| APAS | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| | Gross turnover (in euros) | - | - | - | - | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Net turnover (en euros) | - | - | - | - | - | - | - | - | REDACTED | | | |
| | Number of users | - | - | - | - | - | - | - | - | | | | |
| | Number of impressions served | - | - | - | - | - | - | - | - | | | | |
| | Exchange rate applied USD :EUR | - | - | - | - | - | - | - | - | | | | |

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION