# EXHIBIT 31
# REDACTED
# (Unredacted copy filed under seal)

⸙xandr

# Executive Summary

### ⊕ Situation

Xandr is launching a new DSP in June, which will give buyers exclusive access to Xandr's data segments, preferred access to premium inventory, and improved functionality compared to the legacy DSP (Console). However, the DSP landscape has continued to consolidate, with agencies and marketers using fewer DSP partners differentiated by the holistic combination of first party data, O&O inventory, service, usability, and product capabilities. These trends have led to the rise of a select few DSPs with unique value propositions holding dominant market share.

### ◀ Problem

Xandr's existing DSP and GTM organization has been largely focused on display advertising for independent trading desks (ITDs), both of which are predicted to decline. First party data and preferred inventory access have become prerequisites for leading players, and even with these assets, the Xandr DSP lags behind competitors in usability, service, brand perception, and key product capabilities. Without additional investment, the DSP technology team is only resourced to address a handful of major improvements at a time, which has prevented Xandr from delivering the product updates at the pace needed to capture meaningful market share in an increasingly competitive market.

### ✦ Strategy

Three distinct customer sets (ITDs, HoldCo agencies, and advanced marketers) have emerged with disparate needs, with future growth expected to come from HoldCos and marketers. In order to meaningfully grow, Xandr must leverage our competitive advantages in data and inventory while addressing key challenges to improve the DSP's value proposition over competitors by:

- Shifting from serving hundreds of increasingly pressured ITDs to focusing on strategic intermediaries and creating direct customer relationships with independent regional agencies
- Growing HoldCo spend as a video-forward alternative to Google and Amazon, replicating TTD's offerings and taking share from tier-2 DSPs
- Forming relationships with marketers as a non-competitive partner focused on providing insights into their customers and monetizing their brands

### ⚲ Business Case

Net cross functional investments of [REDACTED] through 2026 are expected to accelerate revenue growth to [REDACTED] CAGR and grow our DSP market share from [REDACTED] by 2023 by taking share from TTD and independent DSPs, while slowing growth from Amazon and Google. The proposed investments will be staged based on KPIs and are expected to drive [REDACTED] EBITDA upside by year four.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)



ATT-GCID-00111193

⟨⟨xandr

# Xandr has the opportunity to gain share with market education in advance of product improvement

**Perceived Price**

**Effective Price**

REDACTED

1: Value as defined by Deloitte analysis

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111198

⊛xandr

Rapid growth of walled gardens (search and social) is projected to continue while Xandr's digital video TAM will become an increasingly competitive space

# REDACTED

ATT-GCID-00111200

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

A handful of players have emerged as dominant platforms in the market, with AppNexus lagging in key areas



CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111201

⁂ xandr

Xandr's business is at risk due to its dependence on independent trading desks and display, both of which are in decline

2018 Revenue by Customer Segment (M)[1]

REDACTED

■ Marketers   ◆ Agencies   ✕ Independent Trading Desks

- [REDACTED] of Xandr's revenue today comes from independent trading desks (ITDs), while **only** [REDACTED] **comes from agencies**

- **ITDs are being disintermediated as agencies bring trading in house** and marketers demand increased transparency from their partners (most ITDs have a non-disclosed business model)

2018 Revenue by Format (M)

REDACTED

■ Display   ✕ Video   ░ Native   ■ Audio

- [REDACTED] of Xandr's revenue today comes from display advertising, while **only** [REDACTED] **comes from video**

- In the US, **digital display spending is projected to decrease** [REDACTED] **to** [REDACTED] by 2023, while digital video spend is projected to grow [REDACTED] **to $**[REDACTED] during the same period

1: Excludes revenue from data marketplace, external supply, and network supply
2: Magna
Marketers exclude AT&T

11

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111202

⬡xandr

# Xandr's strategy must be tailored to each segment of the market

| Customer Segment | Main Competitors | Competitor Positioning | Xandr Strategy |
|---|---|---|---|
| **Independent Trading Desks**<br><br>71% of 2018 revenue | AMOBEE | • The majority of APN DSP revenue today comes from ITDs offering trading solutions to independent regional agencies who have historically lacked trading capabilities of their own<br><br>• ITDs are being disintermediated as regional agencies take trading in house or switch to DSPs with managed service offerings while ITD is beginning to enter into this space | **REDACTED** |
| **Agency HoldCos**<br><br>23% of 2018 revenue | Google<br>⬡theTradeDesk | • TTD has built a leading position by focusing on service and usability, and is currently the preferred platform for traders due to its simplicity and support<br><br>• Google and Amazon have established themselves as must-haves with differentiated 1st party data and O&O inventory, though TTD has established a strong hold in CTV | |
| **Marketers**<br><br>6% of 2018 revenue | amazon<br>criteo. | • Marketers are taking more control over their ad spend, with some in-housing and most dictating which advertising technologies to use<br><br>• Amazon and Criteo have developed leading positions with brands seeking shopper marketing offerings, while the Google's platform has become increasingly entrenched with others, particularly among national brands with a large online presence | |

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111205



DSP Cross-Functional Timeline

≋xandr

ATT-GCID-00111206

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

**⸸ xandr**

## Domestic DSP Financial Summary

DSP investment of REDACTED in 2019-20 is expected to drive significant topline acceleration and profitability at scale in 2021+

REDACTED

Excludes a managed service offering and indirect G&A costs

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111209

xandr

Domestic DSP Spend Projections

# REDACTED

ATT-GCID-00111210

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

19

Domestic DSP P&L Summary

⊗xandr

| $MM | 2018 FY | 2019 FY | 2020 FY | 2021 FY | 2022 FY | 2023 FY | 19-23 CAGR |
|---|---|---|---|---|---|---|---|

# REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111211

xandr

Financial ROI – Incremental *vs.* BAU

Key Assumptions

Delta Between Investment Case and BAU Scenario



ATT-GCID-00111212

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

xandr

HC and Opex Efficiency

REDACTED

ATT-GCID-00111213

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

xandr

Economic Benefits Not Quantified in Financial Plan

# REDACTED

23

ATT-GCID-00111214

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

xandr

Key Dependencies/Risks to Financial Plan

# REDACTED

24

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111215

xandr

Staging, Operationalizing, and Next Steps

# REDACTED

26

ATT-GCID-00111217

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

xandr

Incremental 2019 OPEX - Product & Eng Investment Summary

# REDACTED

ATT-GCID-00111219

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

≪xandr

Incremental 2019 OPEX - GTM (Commercial, Services, Marketing) Investment Summary

# REDACTED

29

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111220

xandr

Xandr DSP Spend Flows to Sell Side as of Q1 2019

REDACTED

ATT-GCID-00111221

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential
⊗xandr

In order to increase the TAM and sustain growth, Xandr should focus on select markets to commercialize domestic product investments

LATAM Display and Video Spend ($B)

European Display and Video Spend ($B)

REDACTED

ATT-GCID-00111222

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)



Independent Trading Desks: Shift Focus

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111223

32

Agency Holding Companies: Grow



ATT-GCID-00111224

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)



REDACTED

Marketers: Prepare & Influence

34

ATT-GCID-00111225

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential
xandr

# Xandr must also look to additional opportunities for sustained growth and differentiation

**REDACTED**

2018 – 2020 CAGR

1: Programmatic Only, assumes 50% of market belongs to YouTube

ATT-GCID-00111226

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

# Executive Summary



## Market

The historical growth of AppNexus' sell side business (now Monetize) focused on providing enterprise platform technology to exchanges and publishers to monetize display ad inventory. The early embrace of header bidding, partnership with strategic anchor clients (e.g. Microsoft & Schibsted), and investment in a full stack of technology offerings enabled the sell side business to become one of the few scaled alternatives to Google in this market. However, the industry has begun to shift dramatically from display to video, with US spend expected to be 2:1 video to display by 2023. In addition to the broad shift to video, buyers have begun to assert their leverage on sell side ad tech partners in order to gain direct and inexpensive access to supply, causing consolidation around players delivering unique value and focused on serving customer needs.



## Opportunity

The market has increasingly developed winner-take-most dynamics. As key competitors focused investment to address the shifting needs of video advertisers and premium publishers, the Xandr offerings have lagged behind the market. Given our historical focus on display and enterprise tech, significant investment and focus across product and GTM is required to address customer needs and establish a leading position in a consolidating market. However, with our data and video assets, Xandr has a unique opportunity to significantly grow our business and firmly entrench our position as a market leader.

## Strategy

In order to become the preferred technology and monetization partner for premium media owners and fuel a scaled marketplace of unique demand and supply, Xandr's strategy must address the distinct needs of sell side customer sets by:

**REDACTED**



## Business Case

Incremental cash investment of REDACTED in the SSP business across 2020-21 is expected to drive positive cash contribution by 2022, accelerate revenue growth to a REDACTED CAGR and double our SSP market share to REDACTED by 2024. These investments required to effect our video first strategy and emerge from industry consolidation as a leading sell side player continuent and accelerate Xandr-wide strategic investments, including Convergence, Community, Invest, and International Expansion.

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, XG catalog, Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112 [...]

Xandr's existing business is focused on omni-format web publishers and highly dependent on traditional display advertising

ATT-GCID-00112e

**2019 SSP Revenue Forecast by Format**

REDACTED

▪ Display  ▪ Video

- Despite recent growth in video from display advertising in 2019 REDACTED of SSP revenue is expected to come

**2019 Forecasted Global SSP Revenue Mix**

REDACTED

▪ Premium Video Pubs  ▪ Digital Omni-Format Pubs  ▪ O&O  ▪ MSFT

- REDACTED of SSP revenue comes from Digital Omni-format Pubs, with onl REDACTED of revenue coming from Premium Video Pubs, despite REDACTED YoY growth

- MSFT accounts for REDACTED of SSP revenue, while O&O (Warner Media) represents only REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xataloging Tour World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Excludes "Other" SSP revenue (e.g., YX, OAS, Demand Partners)

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

REDACTED of Xandr's current sell side revenue comes from EMEA, where competitive dynamics and customer needs differ meaningfully from the US

**Global Revenue by Region**

REDACTED

■ US  ■ EMEA  ■ RoW

REDACTED

- of Xandr's SSP revenue comes from outside of the US today, with REDACTED of it coming from Ad Server, GSET/ Int'l MSFT
- While the US business is primarily SSP driven, the EMEA business is primarily ad server driven, with anchor client implementation creating lasting relationships with our platform

**Xandr Total Addressable Market for Display and Video Spend ($M)**

REDACTED

2018    2019    2020    2021    2022    2023

—US  —LATAM  —EMEA  —APAC

- Though traditional display spending is projected to decrease at a REDACTED CAGR between 2018 and 2023 in the US, the format should remain more resilient in EMEA, declining at a REDACTED CAGR during the same period
- Factoring in the resilience of Display abroad, as well the structural barriers to video growth, Xandr's Display and Video TAM in EMEA should exceed that of the US by 2023

Excludes "Other" SSP revenue (e.g., YX, OAS, Demand Partners)

REDACTED

ATT-GCID-00112e

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xplatalog, Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

In evaluating our position in the display market, we remain competitive with publishers, but fall behind in addressing buy side customer needs

**Publisher Value Drivers:** REDACTED

**Buyer Value Drivers (Pub Monetization):** REDACTED

| Weighting | Ad server | Wrapper | Deals | UX | Customer Service | Brand & Reputation | Reporting & Analytics | Pub Total | | Inventory Curation & Forecasting | Customer Experience | Preferred Access | Quality, Transparency, & Price | Reporting & Insights | Identify solutions | Buying Methods | Buyer Total | Combined Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Google | | | | | | | | | | | | | | | | | | |
| amazon | | | | | | | | | | | | | | | | | | |
| rubicon | | | | | | | | | | | | | | | | | | |
| xandr | | | | | | | | | | | | | | | | | | |
| INDEX EXCHANGE | | | | | | | | | | | | | | | | | | |
| SPOTX | | | | | | | | | | | | | | | | | | |
| telaria | | | | | | | | | | | | | | | | | | |
| FREEWHEEL | | | | | | | | | | | | | | | | | | |

REDACTED

Source: internal Analysis completed w ith key commercial and product leaders based on industry research

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xcataleng Tour W orld and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective ow ners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112400

This value gap is more prominent in video, where buyer-focused offerings are more critical

**Publisher Value Drivers:** REDACTED

**Buyer Value Drivers (Pub Monetization):** REDACTED

| Weighting | Ad Server | Wrapper | Deals | UX | Customer Service | Brand & Reputation | Reporting & Analytics | Pub Total | Inventory Curation & Forecasting | Customer Experience | Preferred Access | Quality, Transparency, & Price | Reporting & Insights | Identify Solutions | Buying Methods | Buyer Total | Combined Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Google

SPOTX

amazon

telaria

FREEWHEEL A COMCAST COMPANY

rubicon project

xandr

INDEX EXCHANGE

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xcatalog Tour World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Source: Internal Analysis completed w ith key commercial and product leaders based on industry research

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

10

ATT-GCID-00112e

Strictly Confidential

However, with market consolidation, investment in key areas will allow Xandr to become a must-have technology partner for sellers

**Which SSP Will End Up Being the Closest Competitor to Google and Amazon?**





REDACTED

REDACTED

- Xandr maintains a strong reputation from the legacy SSP business

REDACTED

©2018 AT&T Intellectual Property. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112af

# Xandr's strategy must be tailored to each segment of the market

| Customer Segment | Leading Players | Competitor Positioning | Xandr Strategy | Example Clients |
|---|---|---|---|---|
| Marketers & Agencies | SPOTX, INDEX EXCHANGE, Google | REDACTED | REDACTED | Omnicom MediaGroup, P&G, group??, PUBLICIS MEDIA, CBS, A+E NETWORKS, hulu |
| Premium Video Publishers | SPOTX, telaria, FREEWHEEL A COMCAST COMPANY, amazon | | | Discovery COMMUNICATION, WARNER MEDIA, Microsoft |
| Omni-Format Enterprise Publishers | Google, rubicon, amazon | | | axel springer, SCHIBSTED MEDIA GROUP |

ATT-GCID-00112e

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xcelerating Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential

SSP Cross-Functional Timeline



CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112d

Global SSP Financial Summary

Incremental SSP cash investment of **REDACTED** across 2020-21 is expected to drive significant topline acceleration and positive incremental contribution margin by 2022+

### Global SSP Revenue vs. Baseline[123]

■ Baseline ■ Inv. Case

REDACTED

### Revenue Growth Rate vs. Baseline

2020 growth rate reflects incremental benefit from potential MSFT deal
Growth continues to accelerate in outer years in investment case

■ Baseline ■ Inv. Case

REDACTED

——— Baseline  ——— Inv. Case

| 2019 FY | 2020 FY | 2021 FY | 2022 FY | 2023 FY | 2024 FY |

### Global SSP Contribution Margin vs. Baseline

■ Baseline ■ Inv. Case

REDACTED

### Contribution Margin[4] vs. BAU

Margin declines due to investment in 2020-21 but begins recovering by 2022-23

——— Baseline  ——— Inv. Case

| 2019 FY | 2020 FY | 2021 FY | 2022 FY | 2023 FY | 2024 FY |

1: Baseline scenario is based on 2020 pacing, (1%) revenue CAGR, and costs assuming no future investment or additional headcount
2: Includes "Other" revenue (e.g., YX, Demand Partners, OAS)
3: Excludes allocation/levy assumptions
4: Excludes a managed service offering and indirect G&A costs

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112e

Global SSP Spend Projections

REDACTED

Excludes spend correlated to "Other" segment

Excludes overlay assumptions

ATT-GCID-00112267

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xplore, Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Global SSP P&L Summary
*($ in millions)*

2024 FY 2023 FY 2022 FY 2021 FY 2020 FY 2019 FY

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xandr, Sky, DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112661

Financial ROI – Incremental vs. BAU

REDACTED

Excludes overlay assumptions

© 2015 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112550

## LIC and Opex Efficiency

Despite the addition of incremental heads, hiring expectations are controlled as productivity is expected to steadily improve after 2020

**REDACTED**

1: Excludes spend correlated to "Other" segment
2: Excludes overlay assumptions

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112667

Monetize demand manager launch: Q2 2020

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112805

**Deals Milestone: Q3 2020**

REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112686

ATT-GCID-00112d

**REDACTED**

Ad Server Milestone: Q3 2020

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Video Publisher Experience Milestone: Q4 2020

REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112808

Strictly Confidential

⬢ xandr

DSP Integration Health and Optimization

REDACTED

ATT-GCID-0011128

©2018 AT&T Intellectual Property. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential

xandr

Efficiency Launch

# REDACTED

ATT-GCID-00112620

©2018 AT&T Intellectual Property. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Strictly Confidential

xandr

Marketer and Agency UI

REDACTED

©2018 AT&T Intellectual Property. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00111288

Strictly Confidential

Media Curation Tools (Internal)

REDACTED

ATT-GCID-00112686

©2018 AT&T Intellectual Property. Xandr™, the Kite logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

SSP for Sell-Side Product Roadmap

Base case Investment

| 2019 | 2020 | | | 2021+ |
|---|---|---|---|---|
| Q4 | Q1 | Q2 | Q3 | Q4 |

**REDACTED**

Premium Video Publishers

Omni-format Enterprise Publishers

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112486

SSP for Buy-Side Product Roadmap

Base case investment

| | 2019 | 2020 | |
|---|---|---|---|
| | Q4 | Q1 | Q2 | Q3 | Q4 |

**Marketers & Agencies**

**Media Sales**

**DSPs**

REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Marketing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112620

Core Investments: Sell-side of SSP

| Investment Bucket | Xandr Strategy | Key Investments |
|---|---|---|
| **Premium Video Publishers** | | |
| **Omni-format Enterprise Publishers** | | |

REDACTED

ATT-GCID-001122

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

## Core Investments: Buy-side of SSP

| Investment Bucket | Xandr Strategy | Investments |
|---|---|---|
| **Marketers & Agencies** | REDACTED | |
| **GTM Investment** | | |
| **DSPs** *(as a channel)* | | |

ATT-GCID-00112...

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)



Sell-side: Premium Video Publishers

REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xplore Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-001128

REDACTED

Sell-side: Omni-format Enterprise Publishers

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

ATT-GCID-00111284

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112836

Marketers & Agencies: Buy Side Investments



REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Media Buying Process Flow

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xplore Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112...

Media Buying Process Flow

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112698

Media Buying Process Flow

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112026

Media Buying Roles and Responsibilities

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Media Buying Roles and Responsibilities

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112e

Buy Side SSP Enterprise Sale Process Flow

# REDACTED

ATT-GCID-00112869

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

Buy Side SSP Enterprise Sale Roles and Responsibilities

# REDACTED

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112660

Video Ad Server

# REDACTED

ATT-GCID-00112688

All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112620

Anchor Client Investments

REDACTED

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

ATT-GCID-00112819

SpotX Deep Dive Competitive Overview

| | Ad Server | Wrapper | Deals | UX | Customer Service | Brand & Reputation | Reporting & Analytics | Pub Total | Inventory Curation & Forecasting | Customer Experience | Preferred Access | Quality, Transparency, . & Price | Reporting & Insights | Identify Solutions | Buying Methods | Buyer Total | Combined Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weighting | | | | | | | | | | | | | | | | | |
| SPOTX | | | | | | | | | | | | | | | | | |
| xandr | | | | | | | | | | | | | | | | | |

REDACTED

REDACTED

Source: internal Analysis completed with key commercial and product leaders based on industry research

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xandr, Xandr logo, Xandr the Future Now, Catalog Tour, World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

SpotX Deep Dive Competitive Overview

REDACTED

Source: internal Analysis completed w ith key commercial and product leaders based on industry research

ATT-GCID-0011128

© 2018 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Xplatalog Tour World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)

54