# EXHIBIT 32
# REDACTED
# (Unredacted copy filed under seal)

Information Request 11 03

Case No 19/0030F - Deadline for reply: 31 January 2020

This request covers the period from January 2014 to present. The "Group" refers to your company and, if applicable, to all of its parent, sister or subsidiary companies.

We would be grateful if you could provide us with any documents to support your answers, as well as any additional information that you consider useful.

We would also be grateful if you could identify all of the persons who contributed to the preparation of your response. You will specify their function and the address or telephone number at which we can contact them.

Contributors

Paul-Antoine Strullu
VP, Sales, Southern Europe
14 Boulevard de la Madeleine, 75008 Paris

James Bird
Director, Solutions Consulting, Southern Europe
14 Boulevard de la Madeleine, 75008 Paris

Julien Delhommeau
Director, Solutions Consulting, Southern Europe
14 Boulevard de la Madeleine, 75008 Paris

1. For each year since 2014, please indicate the turnover achieved in the European Economic Area via your OAS ad server offer. For this purpose you shall use the billing addresses of your publisher customers.

The following definitions and limitations apply to the data provided:

- Per Xandr's response to questionnaire I question 3, Xandr does not charge a percentage of media for its publisher ad serving services. The OAS service was charged through a flat ad serving fee or license fee depending on whether OAS or the customer hosted the ad server software.

- Revenue in Xandr's data warehouse is recorded in USD. For each year of the period in question figures have been converted to EUR using the USD:EUR exchange rate as of 31 st December.

| Year | Turnover in EEA (USD) | USD:EUR exchange rate | Turnover in EEA (EUR) |
|---|---|---|---|
| 2019 | REDACTED | | |
| 2018 | | | |

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
HIGHLY CONFIDENTIAL INFORMATION

ATT-GCID-00000883

| | |
|---|---|
| 2017 | REDACTED |
| 2016 | |
| | |
| 2014 | |

2. Please indicate the technical and commercial differences between technologies for online advertising (web and mobile) on the one hand, and technologies for TV advertising, on set-top boxes or on media such as Firestick TV or Roku keys, on the other hand.

While there are numerous technical differences between online advertising and TV advertising they can be summarised under 3 broad categories:

1. Ad retrieval

Generally speaking, by supporting technologies such as HTML5 and Javascript, online advertising environments (web and mobile) allow more complex interactions between the client and server. As a result, it is more common for the client to look after retrieving and displaying adverts. This is true of multiple formats, be it traditional banners, native or video.

In contrast, the technologies available in TV advertising environments (set-top boxes, OTT devices, Smart TVs) tend to limit the possible interactions between the client and server. It is more common for the client to connect to a server, receive a stream of content, and for the server to dynamically retrieve and stitch ads into that stream (usually performed by a Server-Side Ad Insertion service or SSAI).

Additionally, online advertising environments have standardised the use of cookies and device ids to identify users. However, with TV advertising environments there is a great deal of fragmentation surrounding identifiers — cookies are not available and devices use a variety of approaches. Indeed, the IAB is encouraging the industry to adopt a standardised Identifier For Advertising for OTT devices [1].

2. Ad selection

In online advertising environments publishers often charge higher rates for advertisements which have exclusive presence on the page (that is to stay, other advertisements are prevented from being displayed). Publishers also sometimes enforce rules to prevent two advertisers who are competitors from having their advertisements shown together on the same page.

---

[1] https://iabtechlab.com/standards/guidelines-identifier-advertising-over-the-top-platforms/

CONFIDENTIAL BUSINESS INFORMATION
PURSUANT TO 15 U.S.C. §§ 1313(c)(3) AND 1314(g)
**HIGHLY CONFIDENTIAL INFORMATION**

ATT-GCID-00000884