# EXHIBIT 33
# REDACTED
# (Unredacted copy filed under seal)

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊗xandr

# Monetize Digital Platform: Customer Segmentation & Strategy for Sell-Side

Covered Here: Ad Server, SSP, Deal Curation

| Customer Segment | Main Competitors | Customer Problems | Tools Required | Current Xandr Gaps | Strategy |
|---|---|---|---|---|---|
| **Traditional TV Programmers** WARNER MEDIA DISNEP | **Ad Servers:** FreeWheel A Comcast Company Google Ad Manager **SSPs:** SPOT X Magnite | | | | |
| **Digital-first TV Programmers and Distributors** PLUTO® news? | *(same as for Traditional TV Programmers)* | REDACTED | | | |
| **Strategic Omnichannel Publishers** axel springer | **Ad Servers:** Google Ad Manager **SSPs:** Google Ad Manager Magnite INDEX EXCHANGE | | | | |

© 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and/or registered trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊕xandr

## Monetize Digital Platform: Customer Segmentation & Strategy for Buy-Side
Covered Here: SSP, Marketplace, Deal Curation

| Customer Segment | Main Competitors | Customer Problems / Use Case | Requirements | Current Xandr Gaps | Strategy |
|---|---|---|---|---|---|
| **Invest DSP Clients** | Google, SPOTX, Magnite, INDEX EXCHANGE | | | | |
| **Top Third-Party DSPs** | (same as above) | | | | |
| **Traders at Agencies and Brands** | (same as above) | | | | |
| **Agency Investment Teams and Direct Marketers** | (same as above) | CONTINUED ON NEXT SLIDE | | | |

*REDACTED*

Activation

Investment

© 2020 Xandr Inc. Xandr℠, the Xandr℠ logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

MSFT-LIT-00000221

8

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**Monetize Digital Platform: Customer Segmentation & Strategy for Buy-Side**
Covered Here: SSP, Marketplace, Deal Curation

xandr

| Customer Segment | | Main Competitors | Customer Problems / Use Case | Requirements | Current Xandr Gaps | Strategy |
|---|---|---|---|---|---|---|
| Investment | Agency Investment Teams and Direct Marketers | Google SPOTX Magnite INDEX EXCHANGE | REDACTED | | | |
| | Asset Monetizers (Curators) | (same as above) | | | | |

© 2020 Xandr Inc. Xandr™, the logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002244

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

◈ xandr

# Monetize: Investment Area Summary – Drive Demand to O&O and Third Party Publishers

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use-Case | Confidence: assuming current resources |
|---|---|---|---|---|
| **Demand Generation** <br><br> Drive demand and provide direct access to supply through development of foundational core deals and curation functionality, deepened integrations with demand partners, and robust reporting & insights | • Partner Tech Investments <br> • Buyer Seat Enablement <br> • Deal Sync via API with major DSPs <br> • CTV & OTT Demand Activation <br> • Identity Solutions <br><br> Partner Deal Curation <br><br> Core Deals Functionality | REDACTED | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-000002208

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

◆xandr

Monetize: Investment Area Summary – Accelerate the Adoption of Programmatic Tools for Premium Inventory

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case | Confidence assuming current resources |
|---|---|---|---|---|
| **Programmatic Tools** | | | | |
| Develop innovative solutions for the programmatic monetization and modernization of premium inventory, increasing demand, efficiency, and control for sellers by investing in deals, programmatic guaranteed, direct-to-buyer interactions, and tools to provide a better user experience on digital video | Programmatic Guaranteed | REDACTED | | |
| | Programmatic OTT with Prebid | | | |
| | Identity | | | |
| | Direct-to-buyer | | | |
| | Inventory & Content | | | |
| | Ad server improvements | | | |

draft prepared by the Strategy/Corp

HIGHLY CONFIDENTIAL

MSFT-LIT-0000022N

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

◆xandr

## Monetize: Investment Area Summary – Unify Offerings and Extend End-to-End Platform Benefits

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case | Confidence, assuming current resources |
|---|---|---|---|---|
| **Uniform Platform for Convergence** | Monetize Experience | | | |
| Enhance customer experience, simplify offerings, and streamline technology infrastructure by unifying sell side products across clypd and Monetize, offering robust insights tools, and providing advanced negotiation-to-execution workflows for guaranteed video use cases. | Programmatic Guaranteed Negotiation with Invest | REDACTED | | |
| | Reporting & Analytics | | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002208

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊕xandr

Shared Data Platform: Constituent Segmentation & Strategy

| Constituents | Use Cases / Constituent Problems | Tools / Capabilities Required | Current Xandr Gaps |
|---|---|---|---|
| Buyers w/ Advanced Data Capabilities (e.g., HoldCos, P&G, Nestle) | | | |
| International | | | |
| Non-Advertising Businesses | | | |
| O&O Media Business and Products | | | |
| Platform Buyers and Sellers | | | |

REDACTED

15   © 2020 Xandr Inc. Xandr™, the Xandr logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

HIGHLY CONFIDENTIAL

MSFT-LIT-00000220

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**◆xandr**

## Shared Data Platform: Project / Investment Area Summary

| Project / Investment Area Name | Owners | | Key Milestone / Phase | Description | Target Customer & Use Case (representative) |
|---|---|---|---|---|---|
| | Prod | Eng | | | |
| **Client Data In / Out** | | | | | |
| | A. Keum | M. Franco | Measurement/Attribution Enablement | REDACTED | |
| | | | PII Onboarding / BYOD | | |
| | | | Infosum (component) | | |
| **Unified Campaign Planning** | | | | | |
| | E. Maciukiewicz | R. Kahana | Insights & Discovery | | |
| | | | Allocation Recommendation | | |
| | | | Unified Audience Management | | |
| | | | Digital / PII Audience Convergence | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-00000022IN

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Shared Data Platform: Project / Investment Area Summary

| Project / Investment Area Name | Owners | | Key Milestone / Phase | Description | Target Customer & Use Case (representative) |
|---|---|---|---|---|---|
| | Prod | Eng | | | |
| **Data Platform** | | | | | |
| | | | Unified Data Platform | | |
| | | | Identity Platform | | |
| | G. Hwang | M. Franco | Depth and Breadth | | |
| | | | Data Continuity and Landscape Changes | | |
| | | | Cross-Screen Enablers | | |
| | | | Data Access | | |



MSFT-LIT-0000022727

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

xandr

## Shared Data Platform: Project / Investment Area Summary

| Project / Investment Area Name | Owner(s) Field | Owner(s) Eng. | Key Milestone / Phase | Description | Target Customer & Use Case (representative) |
|---|---|---|---|---|---|
| Differentiated Measurement / Analytics | | | TV Measurement Methodology | REDACTED | |
| | A. Keum | M. Franco | Cross-Screen Analytics | | |
| | | | IP Attribution | | |
| | | | 3P Strategic Enablement | | |
| | | | Retail Media (TBD) | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

HIGHLY CONFIDENTIAL

MSFT-LIT-0000022P

XANDR

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# Shared Data Platform: Project / Investment Area Summary

| Project / Investment Area Name | Owner(s) | | Key Milestone / Phase | Description | Target Customer & Use Case (Internal/External) |
|---|---|---|---|---|---|
| | Tasks | Eng | | | |
| Differentiated Audience | E. Maciukiewicz | R. Kahana | Custom Audience Building | REDACTED | |
| | | | Advanced TV Audiences | | |
| | | | White Glove Service | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

MSFT-LIT-0000022?

Invest DSP + TV: Customer Segmentation & Strategy: New Focus Areas for 2021

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊕xandr

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Capabilities/Services Required | Current Xandr Gaps |
|---|---|---|---|---|
| **Agencies with converged video investment teams** | videoamp Proprietary Tools ⦿ theTradeDesk **Roku** amazon verizon✓ AMOBEE | REDACTED | | |
| **Advanced Marketers with converged use cases** | HoldCos ⦿ theTradeDesk **Roku** amazon verizon✓ AMOBEE | | | |

**Focus Area for 2021**

HIGHLY CONFIDENTIAL

MSFT-LIT-000000229

24

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

xandr

# Invest DSP + TV: Customer Segmentation & Strategy: Continued Execution in 2021

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Capabilities/Services Required | Current Xandr Gaps |
|---|---|---|---|---|
| **Digital First Buyers** | Google, theTradeDesk, verizon, Roku | REDACTED | | |
| **TV First Buyers** | mediaocean, COMCAST | | | |

Execution

HIGHLY CONFIDENTIAL

MSFT-LIT-00000022...

25

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Invest DSP + TV: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Unified Budget Allocation Tool** A tool within the Invest suite that allows brand managers and investment managers at agencies to make higher level decisions about the allocations of their dollars to various channels | Reach and Frequency data unification | REDACTED | |
| | Supply commitment management | | |
| | Inventory library | | |
| | Unified Audience Management | | |
| | Reach and Frequency recommendation engine | | |
| | Creative management and sequencing capabilities | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

HIGHLY CONFIDENTIAL

MSFT-LIT-0000022

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

xandr

# Invest DSP + TV: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Unified Reporting, Measurement and Value Insights** | Return on Ad Spend (ROAS) | REDACTED | |
| A tool within the Invest suite that allows buyers to see the performance of their campaigns across channels with the capabilities for understanding impact and telling the right story for the brand | Attribution / Sales Lift<br>• Footfall<br>• Tune-in attribution<br>• Multi-touch attribution | | |
| | ACR/Viewership/video taxonomy | | |
| | Transparency reporting | | |
| | Unified delivery data (against demographics and adavanced audience segments) | | |
| **Invest DSP CTV Buying Enhancements** | Programmatic creative capabilities for video | | |
| Tools to continue to advance our position as a strong omnichannel DSP partner who can respond to major brand RFIs and win | Guarantee products aligned with traditional TV buying motions | | |

...ed by the Strategy/Corporate Development t...

MSFT-LIT-0000022...

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊛xandr

# Invest DSP + TV: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Invest DSP CTV Buying Enhancements (Cont.)**<br><br>Tools to continue to advance our position as a strong omnichannel DSP partner who can respond to major brand RFIs and win | Advanced buying tactics for video | REDACTED | |
| | Addressable and Broadcaster supply footprint expansion | | |
| **Invest TV Execution Enhancements (Converged Addressable & DDL)**<br><br>Continued development of Invest TV marketplace to support improved workflow for TV-first buyers and support digital extension for addressable and DDL | Advanced TV Buying API | | |
| | Cross-Seller DDL Proposal Optimization | | |
| | Cross-Seller Addressable Proposal Optimization | | |
| | Converged DDL and Addressable Buying | | |

Confidential and Proprietary. Working draft prepared by the Strategy/Corporate Development team and subject to contradiction or otherwise evaluation by other organizations. Not adopted by leadership.

HIGHLY CONFIDENTIAL

MSFT-LIT-0000022(?)

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**⊕ xandr**

MSFT-LIT-00000022

# TV Platform – Sell-Side: Customer Segmentation & Strategy

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools Required | Current Xandr Gaps |
|---|---|---|---|---|
| **Network Families** | OPEN A.P. / AMOBEE / vantage / NBCUNIVERSAL | REDACTED | | |
| **Independent Networks** | SIMULMEDIA / OPEN A.P. / CADENT | | | |
| **Addressable MVPDs** | CADENT / ampersand | | | |

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# TV Platform – Sell-Side: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Monetize Migration (Single use-facing toolset)** | clypd DDL PMP Execution --> Monetize | | |
| Migration of full clypd PMP functionality over to Monetize. | Monetize Optimization/Proposal APIs | REDACTED | |
| | clypd DDL PMP Reporting -> Monetize | | |
| | Phase 2 scoping integration of Monetize TV + Monetize SSP | | |
| | WarnerMedia onboarding to relevant pieces of Monetize | | |
| **Converged DDL (Converged sales tools)** | DDL/OTT/CPA planning tools | | |
| Development of converged tools to plan, transact and report on converged TV inventory | DDL/OTT/CPA transactional tools | | |
| | DDL/OTT/CPA media plans & reporting | | |
| | DDL/OTT/CPA optimization | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-0000022458

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# TV Platform – Sell-Side: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Cont: Converged DDL (Converged sales tools)** | Xandr data acceptance | REDACTED | |
| Development of converged Tools to plan, transact and report on converged TV inventory | Support for feature-friendly data set | | |
| | OTT System Connectivity | | |
| | OTT Forecasting Inputs | | |
| | DDL/OTT/Addressable media plans & reporting | | |
| **MSMP Enhancements (Enhance and Maintain existing tools)** | Seller Business Rules | | |
| Refinement of multi-seller marketplace workflow and functionality | Seller PMP enhancements (sustain) | | |
| | Attribution | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-00000022...

# TV Platform – Sell-Side: Project / Investment Area Summary

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Addressable Marketplace Enhancements** | Addressable Rate Card Integration | REDACTED | |
| | Audience Integrations | | |
| | Proposal Workflow Enhancements | | |
| | Order Deployment Automation | | |
| | Attribution Integrations | | |

MSFT-LIT-00000224

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

Inventory Management: Customer Segmentation & Strategy: Enable Sellers to Maximize Yield

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools Required | Current Xandr Gaps |
|---|---|---|---|---|
| Traditional TV Sellers (incl. DDL, traditional linear, Addressable) | OPEN A.P. / INVIDI | REDACTED | | |
| Digital Video Sellers | FREEWHEEL / Google | | | |
| Converged Inventory Sellers | FREEWHEEL / Google | | | |

© 2022 Xandr Inc. Xandr™, the Xandr™, the logo, AT&T, the Globe logo and other marks are trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

36

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002277

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# Inventory Management: Project / Investment Area Summary for Support

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Converged Inventory** Account for all forms of digital, addressable and DDL understanding how audiences (more specifically 'traits/attributes) move throughout the ecosystem that the inventory organically spans. | Unified Inventory Model/Phase 0 | REDACTED | |
| | Unified Audience/Phase 1 | | |
| | Converged Inventory/Phase 2 | | |
| **Self-Serve Forecasting** [High Level Project Description] | Planner Forecasting | | |
| | Convergence Transactional Features | | |
| **CPA (Content Provider Addressable) Inventory Management** help Programmers understand audience overlap across competing SASO (Single Advertiser Spot Optimization) or MASO (Multiple Advertiser Spot Optimization) orderlines. | Household Overlap Insights | | |
| | Impression Volume Insights | | |
| | Schedule Optimization | | |

MSFT-LIT-00000022...

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# Inventory Management: Project / Investment Area Summary for Stand Alone

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **User Interface Redesign**<br><br>Account for all forms of digital, addressable and DDL, understanding how audiences (more specifically traits/attributes) move throughout the ecosystem and the best way to present them to a user group for analysis | Converged Inventory Work<br><br>(Referenced from previous slide) | REDACTED | |
| | CPA Convergence Work<br><br>(Referenced from previous slide) | | |
| | Optimizations and Scenario Management | | |
| | Streamline Visualizations | | |
| | Adopt Xandr look and feel | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-00000229

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

xandr

# Media Products – TV Media Products: Customer Segmentation & Strategy: Continue to Lead in Advanced TV

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools Required | Current Xandr Gaps |
|---|---|---|---|---|
| MVPDs | COMCAST, dish, Spectrum, verizon | REDACTED | | |
| National Marketers | hulu, peacock, sling, Google, Roku, YouTube | | | |
| Programmers | COMCAST, Charter, COX, VIZIO, SAMSUNG, nielsen | | | |

© 2020 Xandr Inc. All Rights Reserved. Xandr and the Xandr logo are trademarks of Xandr. The Xandr logo, the Xandr app and other marks are trademarks and services marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective parties.

HIGHLY CONFIDENTIAL

MSFT-LIT-000000228

41

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Media Products – TV Media Products: Project / Investment Area Summary

| Project / Investment Name | Key Milestone / Phase | Description | Target Customer |
|---|---|---|---|
| **Addressable Expansion**<br>Expansion of Xandr's Addressable footprint beyond linear, into our owned and operated OTT services and third-party CTV inventory. | **Increased Scale, Monetization and Automation** | REDACTED | |
| **Content Provider Addressable**<br>Launch of SASO and MASO solutions to enable capabilities on WM and Disney minutes. | **Content Provider Addressable: Expand & Enhance** | | |
| **Strategic Inventory Enhancements**<br>Expanding the availability of our premium products into digital platforms. | **ANOW+Addressable/OAR: Expansion** | | |
| **Addressable Validation**<br>Provide advertisers with industry-proven validation methods to increase reporting efficiency. | **Addressable Validation: Value & Enhance** | | |
| **MVPD Strategic Initiative**<br>Collaboration with Dish Media to increase addressable footprint. | **MVPD Addressable Onboarding** | | |

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

⊗xandr

# Media Products – TV Media Products: Project / Investment Area Summary

| Project / Investment Name | Key Milestone / Phase | Description | Target Customer |
|---|---|---|---|
| **Platform Hardening and Monetization Enhancements**<br>Future-proofing our addressable platform with various enhancements. | • Tooling and Enhancements for DTV Addressable & Core Products<br>• U-Verse Enablement of 3+ VHO replacement systems and proactive deployment | REDACTED | |
| **C3 Custom (UA) Monetization**<br>Allows Xandr to better monetize the DR inventory by putting a Nielsen guarantee on it. | • Linear/Under Addressable - Automate & Enhance | | |
| **New Ad Formats**<br>Increase monetization opportunities through non-disruptive ad units that are managed by Content Providers and dynamically served via XAAF | • Pause Ads & ESS<br>• New Ad Formats/Interactive Engagement | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002226



DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

# Media Products – Digital Media Products: Customer Segmentation & Strategy to drive increased ARPU

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools / Capabilities Required | Current Xandr Gaps |
|---|---|---|---|---|
| S1: OTT VIEWERS | COMCAST, dish, Spectrum, hulu, peacock, tubi, Disney+, NETFLIX, tv+ | | | |
| S2: MVPDS AS RE-SELLERS | COMCAST, Spectrum, cox, gamut, PREMION, ampersand | | | |
| S3: NATIONAL MARKETERS / At&t | EXTERNAL CLIENTS: 3M; INTERNAL CLIENTS: AT&T, HBOmax | | | |
| S4: PROGRAMMERS | EXISTING CLIENTS: ESPN, viacom, C... | | | |



REDACTED

HIGHLY CONFIDENTIAL

MSFT-LIT-00000022...

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Media Products – Digital Media Products: Project / Investment Area Summary

| Project / Investment Area | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| | Out of Stream & Instream Monetization | REDACTED | |
| | Local Addressable: For Re-Sellers & Programmers | | |
| **Platform Monetization** Increase ARPU. Make impressions more valuable and develop new products / services | Cross-Screen Self Serve | | |
| | MVPD Re-Seller Tune-In | | |
| | DAI on DTVe | | |
| | Video Taxonomy | | |
| | ID Spine / Verrazano | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002298

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Media Products – Digital Media Products: Project / Investment Area Summary

| Project / Investment Area | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Quality of Service** Improving the experience for end viewers, showing the value of our media and platforms to advertisers | **Customer Ad Experience framework (QOE)** | REDACTED | |
| | **Brand Safety Framework** | | |
| **Addressability & Measurement** Adopt / modernize industry measurement standards | **Measurement + Viewability Enhancements - AXE, CCR, OM SDK and VCE** | | |
| **Compliance** Ensuring we meet enterprise and industry standards on data collection & sharing | **Compliance Monitoring** | | |
| | **CG NAT- OV Billing Zip, Data Feed Update** | | |
| | **COPPA for OV** | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002228

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**@xandr**

# Media Products – Innovation: Customer Segmentation & Strategy: Platform Expansion and Revenue Channel Extension

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools / Capabilities Required | Current Xandr Gaps |
|---|---|---|---|---|
| **S1: AT&T OWNED & OPERATED PLATFORMS** | COMCAST Spectrum dish, hulu peacock, prime video, Disney+, NETFLIX tv+ | REDACTED | | |
| **S2: 3RD PARTY SYNDICATORS** | INNOVID, Teads, BrightLine | | | |
| **S3: PROGRAMMERS** | INNOVID, BrightLine, COMCAST, hulu, peacock | | | |
| **S4: NATIONAL MARKETERS / AT&T** | COMCAST, prime video, hulu, peacock, INNOVID, BrightLine | | | |
| **S5: RETAILERS** | STRATACACHE, CONVERGENT, IQ, Creative Realities | | | |

MSFT-LIT-0000002226

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

xandr

# Media Products – Innovation: Project / Investment Area Summary

| Project / Investment Area | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **XAAF Platform** Maintenance and improvements on the platform that extends across all tenants and ad formats | **XAAF Baseline Maintenance & Improvements** | REDACTED | |
| | **XAAF Tenants (O&O & 3rd Party)** | | |
| **Programmer Onboarding** Providing Programmers with direct access to non-Standard formats on their distribution channels | **Programmer Onboarding** | | |
| **Digital Out-of-Home Addressable** Extending XAAF Addressable to Digital Out Of Home to anchor access to direct premium supply | **DOOH Addressable** Crawl (~6 months) Work with AT business to deploy digital signage, subsidizing their COGS through demo-based advertising on the screens | | |
| | Walk (~12-18 months) Employ XAAF and MEC technologies to bring addressability, targeting, & measurement to signage | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-00000228

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**xandr**

# Media Products – Convergence & Strategic Ad Tech: Customer Segmentation & Strategy

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tool Required | Current Xandr Gaps |
|---|---|---|---|---|
| AT&T O&O PLATFORMS & AFFILIATED INVENTORY | amazon, Google, Comcast, dish, Spectrum, hulu, prime video, Disney, TV+ | | | |
| NATIONAL & LOCAL ADVERTISERS | amazon, Google, Comcast, dish, Spectrum, hulu, prime video, Disney, TV+ | | | |
| OTT VIEWERS | amazon, Google, Comcast, dish, hulu, Disney, NETFLIX, prime video, TV+ | | | |
| CPE & ADTECH MARKET | amazon, Google, hulu, Disney, TV+, prime video | | | |

REDACTED

MSFT-LIT-000000228

HIGHLY CONFIDENTIAL

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

Media Products – Convergence & Strategic Ad Tech: Investment Area Summary

| Project / Investment Area | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Converged Ad Delivery**<br>Cross Platform Ad Serving by Invidi Technology | **CAD Phase 3: HIC on ATT-TV and DTVE CAD Phase 4: Digital Addressable migration to Invidi** | REDACTED | |
| **Warner Media Content Experience: Ad Enablement**<br>Drive Ad delivery into WMCE serving AT&T Enterprise business units | **Connected Car: Branded Local Video Channels** | | |
| **Common Enterprise Ad Technology**<br>Ad tech rationalization<br><br>Strategic Ad Product Features and Platform Enablers | **Dynamic Inventory Mgmt Service (IMS)**<br><br>**Cross Platform Yield Mgmt**<br><br>**Frequency / Experience Mgmt**<br><br>**Advanced Ad Routing Services**<br><br>**Dynamic Ad / Content Insertion System (DACIS)**<br><br>**AVOD video ad enablement**<br><br>**Points of Interest Radar**<br><br>**Deep Mobile Integration: push notification and QR code support across ad products** | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-000000229

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

◆xandr

# Media Products – XMP: Customer Segmentation & Strategy: Revenue Opportunities via Focused Investments

| Customer Segment | Main Competitors | Use Cases / Customer Problems | Tools Required | Current Xandr Gaps |
|---|---|---|---|---|
| Young Consumers & Growing Families | Email Providers (Gmail, iCloud, Outlook) <br><br> Social Media (Instagram, Twitter Facebook, TikTok) <br><br> News Aggregators (Apple / Google News, Flipboard) | REDACTED | | |
| Broadband Consumers | Email Providers (AOL, iCloud, Yahoo, Other Telco) <br><br> Legacy Media Brands (AOL, MSN, MSNBC, NYT, WSJ, local news outlets) | | | |
| Android Default Homepage Users | Social Media (Instagram, Twitter Facebook, TikTok) <br><br> News Aggregators (Apple / Google News, Flipboard) | | | |

HIGHLY CONFIDENTIAL

MSFT-LIT-0000002226

DRAFT & CONFIDENTIAL – NOT FOR DISTRIBUTION

**∞ xandr**

# Media Products – XMP: Project / Investment Area Summary

| Project / Investment Area Name | Key Milestone / Phase | Description | Target Customer & Use Case |
|---|---|---|---|
| **Distribution**<br>Leverage O&O properties for user base growth opportunities | **myAT&T Logout Redirect** | When users on MyAT&T (att.com) logout from (ex. after checking their wireless or internet bills), redirect them to Currently.com. Once there, users are being monetized via advertising and search. | REDACTED |
| | **Branded Email Domains** | Offer email domains branded with WarnerMedia characters or other intellectual property. Examples could include wonderwoman.com or hogwarts.com. | |
| | **Broadband Registration** | When users are registering to setup their AT&T broadband internet service using the new Quick Account Registration (QAR) flow, place language and a link for 'AT&T Mail Signup' on the final screen of the flow. | |
| **Engagement**<br>Provide optimized content and experiences | **Project Steer** | Funding for immediate post-launch tuning. After launch, machine learning algorithms need to be tuned and refined to generate optimal outcomes. | |
| | **CNN Live Player** | Implement CNN live player on Currently.com. Will enable AT&T users with a video subscription from DIRECTV or U-verse TV that contains CNN, to login to Currently and watch a live stream of CNN content while online. | |
| | **Fiber Experience** | Develop a new, video-centric digital property for AT&T Fiber customers combining news, entertainment, special offers, and light account management/utility. | |
| **Monetization**<br>Improve inventory integration and maintain existing revenue generating channels | **DNS Error Assist over DoH** | In 2021, Google intends to enforce secure connections between Chrome and network DNS Resolvers. This project would fund what is expected to be between $10k and $50k of configuration work to allow DNS Error Assist to work with the planned secure AT&T DNS Resolvers. | |
| | **Act8me Integration into Ad Platform** | Integrate Act8me save-to-mobile wallet tech into the Xandr Monetize/Invest for deployment on O&O and third-party inventory. This tech allows offers to be saved directly to an audience member's mobile wallet from an ad served either on the mobile device or on another device. | |
| | **Display Ads on Login Page** | When users are logging into AT&T Mail, Currently.com and other AT&T digital properties, place display ad(s) on the login page in a secure and reliable manner using AppNexus programmatic ad platforms. | |
| | **Xandr Ad Platform Integration** | More deeply integrate the Xandr Invest/Monetize/Community platforms into Currently ad stack so that inventory is operationalized like other O&O inventory for higher direct sold CPM and partner rev share percentage. | |

HIGHLY CONFIDENTIAL

MSFT-LIT-00000226