# EXHIBIT 34
# REDACTED
# (Unredacted copy filed under seal)

DocID :                              MSFT-LIT-0000018503

EndDoc :                             MSFT-LIT-0000018503

BegAttach :                          MSFT-LIT-0000018503

EndAttach :                          MSFT-LIT-0000018503

LinkedParentIDs :

LinkedAttachmentIDs :

ManualLinkedParentIDs :

ManualLinkedAttachmentIDs :

Link Comments :

DateCreated :                        2/10/2022 7:14 PM

DateSaved :                          2/23/2022 2:25 PM

DateSent :

DateReceived :

From :

To :

BCC :

CC :

AllCustodians :
                                     REDACTED microsoft.
                                     com

Custodian :                          Gruber, Jason

eAuthor :
                                     REDACTED microsoft.
                                     com

eSubject :                           Forks

Subject :

FileName :                           Xandr Getting Up to
                                     Speed2-11-22-FINAL.
                                     pptx

CONFIDENTIAL │ FOR DISCUSSION PURPOSES ONLY

# Presentation Goals- Getting Up to Speed

**Agenda**

- How we got here
- Strategic Rational and Value Drivers
- Who is Xandr
- Platform
- Current Commercial Relationship
- Post Signing Observation and Discussion

**Three Takeaways:**

# REDACTED

Speaker ?

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be
interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR
STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

## How we got here….

REDACTED

Jason

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

# Strategic Rationale- MSFT Board Presentation

**Current state:** Microsoft Advertising is a ~REDACTED digital advertising business, primarily built on Search (Bing) with the Microsoft Audience Network (MSAN) as a recent and fast-growing solution for non-Search advertising.

**The digital advertising ecosystem:** More than 70 percent of digital advertising is bought and sold by machine algorithms known as Demand Side Platforms (DSPs) and managed by Supply Side Platforms (SSPs), powered by first-party data from buyers and sellers. Platforms who also own and operate consumer services (like Google and FB) can generate more efficiency in this ecosystem and weather business impacts from stricter privacy regulations and third-party cookie deprecation due to their large first-party data footprint. Those who don't are at a structural disadvantage in this marketplace.

REDACTED

**An acquisition of Xandr provides Microsoft Advertising with incremental assets to compete:**

1) A globally-deployed DSP that will expand Microsoft data and demand across the Open Web
2) An SSP used by over 2,200 premium publishers (including MSFT) to manage and optimize advertising against their supply
3) Strong video and Connected TV assets and investments
4) A media platform that enables advertisers, publishers, and retail clients to buy and sell media in secure marketplaces and across the internet

REDACTED

4

Jason

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

## Value Drivers- MSFT Board

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

Kelly



Kelly

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.



Kya or Jenn

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

Kelly and Jason Observations

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

## Xandr Org Breakdown

xandr



14

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

14

## The Microsoft & Xandr Sales House relationship

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

17

Kelly

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

## Market Value

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

## Value to Microsoft

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

# REDACTED

20

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

21

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may Be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not Be interpreted to Be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

21

## Trading Comparables

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

## Transaction Comparables

CONFIDENTIAL | FOR DISCUSSION PURPOSES ONLY

REDACTED

(1)   Estimated price based on press reports

23  23

Microsoft

25

*plan and timing subject to further due diligence and  learnings post-sign / pre-close

Microsoft Confidential

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.



REDACTED

REDACTED

31

REDACTED

REDACTED

REDACTED