**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES, *et al.*, | |
| Plaintiffs, | |
| vs. | No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| Defendant. | |

**NON-PARTY THE WALT DISNEY COMPANY'S CORPORATE**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, non-party The Walt Disney Company

discloses that it is a publicly traded corporation, it has no parent corporation, and that, to its

knowledge, no publicly held corporation owns 10% or more of its stock.

July 26, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (pending *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024 the foregoing was electronically filed on the Court's ECF system and served by that system upon all attorneys of record.

*/s/ Connor Kelley*
Connor Kelley

2