UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                            Defendant. | Case No. 1:23-cv-00108-LMB-JFA<br><br>Hon. Leonie M. Brinkema |

**DECLARATION OF JUAN A. ARTEAGA IN SUPPORT OF
NON-PARTY BUZZFEED, INC.'S OBJECTION TO PUBLIC USE OF
<u>CONFIDENTIAL DEPOSITION TESTIMONY AND PROPOSED REDACTIONS</u>**

I, Juan A. Arteaga, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. I am a partner in the law firm of Crowell & Moring LLP, which represents Non-Party BuzzFeed, Inc. ("BuzzFeed") in the above-captioned action. I submit this declaration in support of BuzzFeed's Objection to Public Use of Confidential Deposition Testimony and Proposed Redactions. Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **<u>Exhibit A</u>** is a true and correct copy of excerpts from the transcript of the deposition of BuzzFeed's Chief Business Officer, Ken Blom, which was conducted on August 29, 2023 and was designated as Highly Confidential under the governing Protective Order in the above-captioned action.

3.      The excerpts contained in Exhibit A reflect the testimony that the parties have designated for potential use during their upcoming trial and BuzzFeed's proposed redactions to this testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 26, 2024, in Los Angeles, California.


                                                                                        */s/ Juan A. Arteaga*
                                                                                        Juan A. Arteaga