1

1          HIGHLY CONFIDENTIAL

2   UNITED STATES DISTRICT COURT

3   FOR THE EASTERN DISTRICT OF VIRGINIA

4   ALEXANDRIA DIVISION

5   ------------------------------------------

6   UNITED STATES OF AMERICA, et al,

7                       Plaintiff,

8           vs.        Case No.
                       1:23-cv-00108-LMB-JFA
9   GOOGLE, LLC,

10                      Defendant.
    ------------------------------------------

11

12          **HIGHLY CONFIDENTIAL **

13

14      REMOTE VIDEOTAPED DEPOSITION OF

15               KEN BLOM

16

17

18

19          Tuesday, August 29, 2023

20             12:37 p.m. (EDT)

21

22

23   Reported by:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2023-908869

8

1          K. BLOM - HIGHLY CONFIDENTIAL

2       Q     And do you understand that the

3    information you provide during this

4    deposition may be used by the Department of

5    Justice in other civil, criminal,

6    administrative or regulatory cases or

7    proceedings?

8       A     Yes.

9       Q     Right.  And do you have any

10   other questions as we get started?

11      A     No.  Let's do it.

12      Q     All right.  So to begin -- to

13   begin, could you state your name?

14      A     Yeah.  Kenneth Blom.

15      Q     Okay.  And what do you do for

16   work?

17      A     I work in advertising.  I am the

18   EVP of strategy and operations at BuzzFeed,

19   Inc.

20      Q     Okay.  And where were you born

21   and raised?

22      A     Rochelle Park, New Jersey --

23   born and raised in Rochelle Park, New

24   Jersey.  I was born in Meadowlands

25   Hospital, if it's relevant.

9

K. BLOM - HIGHLY CONFIDENTIAL

1

2      Q     And can you walk me through your

3  education background?

4      A     Yeah.  BA in business -- so,

5  sorry.  Grammar school, high school, went

6  to Bergen Catholic High School in New

7  Jersey, went to Moravian College in

8  Bethlehem, Pennsylvania and graduated with

9  a business degree there.

10      Q     And when did you graduate --

11  graduate college?

12      A     2007.

13      Q     All right.  And you're currently

14  employed at BuzzFeed?

15      A     Correct.

16      Q     When did you start there?

17      A     2012.  2012.

18      Q     And so before you started at

19  BuzzFeed, where did you work?

20      A     I worked at an ad agency called

21  "Reprise Media."  They're into paid search.

22      Q     And so how long were you at

23  Reprise?

24      A     Three to four years.

25      Q     Okay.  And, basically, an

10

1           K. BLOM - HIGHLY CONFIDENTIAL

2    advertising agency?

3          A      Correct.

4          Q      And when you were at Reprise,

5    could you describe your role?  It looks

6    like you were focused on social and search?

7          A      Yeah.  I started as marketing

8    coordinator, worked on paid search

9    advertising campaigns.  That was early

10   days, social, and so cut my teeth on

11   everything, you know, Facebook and Facebook

12   ads, you know, as it was happening.

13         Q      And as part of that role, did

14   you also do display advertising?

15         A      It was not in my sort of sphere,

16   but I was next to agencies that were doing

17   it.

18               So you had an agency that would

19   do display, an agency that would do paid

20   search, and then potentially social.  I was

21   on the paid search team, but I worked

22   counterpart with the display team.

23         Q      So it sounds like as you were

24   working counterpart, you were still

25   working --

11

          K. BLOM - HIGHLY CONFIDENTIAL

1

2     A     Yeah.

3     Q     -- in display advertising?

4     A     We were -- we were an agency,

5  and our client was buying both media

6  tactics from us.  So we spoke quite

7  frequently.  I just had to focus on the

8  discipline of search and social.

9     Q     Got it.

10          And so then can you talk to me

11  about your transition from Reprise to

12  BuzzFeed in -- around 2012?

13    A     Yeah, around 2012, I had -- my

14  boss and two people I worked with at

15  Reprise go over to BuzzFeed, and they

16  eventually hired me after about a year.

17          And their remit was to sort of

18  figure out, you know, how do you make

19  content go viral, how can you get more ad

20  impressions for advertisers?

21          At the time, BuzzFeed, in 2012,

22  was a small website trying to do a lot of

23  things.  It was very tech lab and

24  innovation.  And myself and two other

25  people were brought on to sort of figure

12

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | K. BLOM - HIGHLY CONFIDENTIAL                                 |
| 2  | out the advertising component of it.                         |
| 3  | Q    Okay.  And so when you were                             |
| 4  | brought on, what was your title at that                      |
| 5  | point?                                                        |
| 6  | A    Gosh.  So we called the team                           |
| 7  | "social discovery."  Social discovery was                    |
| 8  | exactly what I was describing before, which                  |
| 9  | is how do you sort of get more eyeballs to                   |
| 10 | the content that we were creating?  But I                    |
| 11 | think I was an associate director.                           |
| 12 | Q    Perhaps it sounds like a quiz,                         |
| 13 | but can you walk me through your evolution                   |
| 14 | at BuzzFeed, the different roles?                            |
| 15 | A    Yeah, sure.                                            |
| 16 | So started on this social                                    |
| 17 | discovery team.  I was on that team for --                   |
| 18 | and, also, sort of still oversee that team                   |
| 19 | today, but the evolution of it was focusing                  |
| 20 | on this one part of the business, which is                   |
| 21 | how do you get more eyeballs to content and                  |
| 22 | how do you fill advertising campaigns?                       |
| 23 | Eventually grew that to the O&O                              |
| 24 | parts of our website, so a traditional ad                    |
| 25 | operations that publishers have, I took                      |

13

1              K. BLOM - HIGHLY CONFIDENTIAL

2      that under myself and I had ad ops and

3      social discovery, which was sort of

4      thinking about the own and operated as well

5      as the social aspect of all things how to

6      run an ad campaign.

7              That's the bulk of about like

8      six or seven years there.  And then over

9      time took on more responsibilities, which

10     would include business development, our

11     creator's team, our creative branded

12     content teams, which these are all things

13     that I oversee today, and then anything

14     operationally led.

15             So as it relates to the business

16     for BuzzFeed Inc., everything sits under

17     myself, with the exception of our direct

18     sales team.

19         Q    Okay.  And so what's your

20     involvement with the direct sales team?

21         A    It's like inextricably linked.

22     They are our partners.  My team is building

23     things for them to sell and executing

24     things that they sell.

25         Q    We might get into that later --

UNITED STATES vs                                                    Ken Blom
GOOGLE                          Highly Confidential

14

1               K. BLOM - HIGHLY CONFIDENTIAL

2        A      Yeah, sure.

3        Q      -- your involvement there.

4               And so in your current role in

5    business operations, are you involved in

6    BuzzFeed's revenue as well?

7        A      Very much so.

8        Q      What would you say your role is

9    regarding BuzzFeed's revenue stream?

10       A      99 percent, yeah.

11       Q      Okay.  99 percent meaning that

12   99 percent of your job is focused on

13   building revenue, is that correct?

14       A      Correct, correct.

15       Q      So at a high level, tell me

16   about BuzzFeed's business.

17       A      Yeah.  So the business of

18   BuzzFeed, Inc. -- you want to go today or

19   history or --

20       Q      Well, let's do the history.

21   I'll learn a little bit about BuzzFeed.

22       A      Okay.  Sure.

23              So as I mentioned, 2012, we were

24   a website, but also focusing on social

25   media and focusing on the virality of

17

```
 1            K. BLOM - HIGHLY CONFIDENTIAL

 2   introduced programmatic advertising and

 3   delivering display ads on BuzzFeed.com.

 4            Fast forward a few more years,

 5   we've purchased HuffPost, and we're not

 6   just doing what we're doing for BuzzFeed,

 7   Inc. and Tasty, we're also doing it for

 8   HuffPost.

 9            And then similarly, a year

10   later, you're doing it with Complex.  We

11   became a public company.  And everything

12   under this sphere is making ad revenue on

13   IP that we develop, ad space that we can

14   sell, or services that clients would buy

15   into, like an event or an experience.

16       Q    And so how important is that ad

17   revenue to BuzzFeed?

18       A    Very important.  Yeah, very

19   important.

20       Q    So when you're looking at

21   BuzzFeed's revenue, what percentage of its

22   revenue is from selling its inventory to

23   advertisers?

24            MR. JUSTUS:  Objection.  Form.

25   BY MR. GOLD:
```

Case 1:23-cv-00108-LMB-JFA   Document 1040-3   Filed 07/26/24   Page 10 of 80 PageID#
78173
UNITED STATES vs                                              Ken Blom
GOOGLE                          Highly Confidential

18

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2         Q     What percentage of BuzzFeed's

 3    revenue is from advertisements?

 4         A     Can you clarify where?

 5         Q     Throughout all of BuzzFeed's

 6    different publishers.  I know you mentioned

 7    a couple of different types.  You mentioned

 8    Tasty, BuzzFeed.com.

 9         A     Yeah.  I think it would be --

10              MR. JUSTUS:  Sorry, sorry, and

11         if you can, just give me a beat so I

12         can object.

13              So objection.  Form.

14              Go ahead.

15    BY MR. GOLD:

16         Q    You can answer the question.

17              I can ask you again as well, if

18    it will help you.

19         A    Sure.  Can you ask it again?

20         Q    Sure.

21              What percentage of BuzzFeed's

22    revenue is from advertising?

23         A    I'd say --

24              MR. JUSTUS:  Same objection.

25              Go ahead.
```

19

```
1              K. BLOM - HIGHLY CONFIDENTIAL

2      A          ████████  percent.

3      Q      Okay.  And what's the other

4   percentage of BuzzFeed's revenue from?

5      A      Branded content.

6      Q      Okay.  And what does branded

7   content mean?

8      A      So, to clarify, when you say

9   "advertising" and I answered, advertising

10  is selling space for inventory that we've

11  created.

12             Branded content is making

13  content with an advertiser.  It will also

14  sell space for inventory created, but we

15  make the content.

16             For advertising, the advertiser

17  is just going to place their ad.

18     Q      So what would an example of

19  branded content look like for BuzzFeed?

20     A      Yeah, it would look something

21  like we've made a Tasty video for an

22  advertiser for -- the advertiser is

23  McCormick, and we're going to include their

24  spices, we're going to make the video,

25  distribute the video and the advertiser is
```

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2        A     No, not at the moment.

 3        Q     Do you regularly work anywhere

 4    else?

 5        A     New York often.

 6        Q     Okay.  So going back to talk

 7    about BuzzFeed's advertising, with display

 8    advertising, I'm curious to know more about

 9    what types of display advertising BuzzFeed

10    is involved in.

11              MR. JUSTUS:  Objection.  Form.

12   BY MR. GOLD:

13        Q     So is BuzzFeed involved in open

14    auction display advertising?

15        A     Yes.

16              MR. JUSTUS:  Same objection.

17   BY MR. GOLD:

18        Q     Is BuzzFeed involved in

19    programmatic advertising?

20        A     Yes.

21        Q     And I know earlier you said it,

22    but BuzzFeed is involved in direct sale

23    advertising?

24        A     Correct.

25              MR. JUSTUS:  Objection.  Form.
```

23

```
 1              K. BLOM - HIGHLY CONFIDENTIAL
 2   BY MR. GOLD:
 3        Q     BuzzFeed is also involved in
 4    YouTube and streaming advertisement?
 5              MR. JUSTUS:  Objection.  Form.
 6        A     Uh-huh.
 7        Q     Audio?
 8        A     Yes, we are, very little.
 9        Q     What percentage of BuzzFeed's
10    revenue comes from Google AdTech?
11              MR. JUSTUS:  Objection.  Form.
12        A     Yeah, I would have to look, but
13    it's -- yeah, I don't know off the top of
14    my head.
15        Q     Do you have like a ballpark
16    guess?
17              MR. JUSTUS:  Objection.  Form.
18        A     Close -- close to ██ percent.
19        Q     And that's close to ██ percent
20    of BuzzFeed's revenue comes from Google
21    AdTech?
22        A     Not revenue.  It just depends on
23    how you define "advertising revenue," so --
24        Q     I'll follow your definition if
25    you want to tell me how you best define it.
```

24

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2       A      Yeah.  If I were to define it as

 3    display advertising revenue from Google, ███

 4    to ██ percent.

 5       Q      Okay.  So I'll shift gears to

 6    talk about publisher ad servers.

 7              Is that okay?

 8       A      Sure.

 9              MR. JUSTUS:  I'm sorry, I should

10       have -- I meant to object to the form

11       of the prior question, but go ahead.

12              MR. GOLD:  Okay.

13  BY MR. GOLD:

14       Q      So some people abbreviate it as

15    "PAS."

16              Could you tell me what a

17    publisher ad service is?

18       A      Yeah.  So publisher ad server,

19    like Google, would be helping us deliver --

20    you know, if the publisher is the supply

21    side, Google is the ad tech and the

22    infrastructure, or this publisher or ad

23    server is the ad tech and the

24    infrastructure that helps you deliver those

25    ads.
```

UNITED STATES vs
GOOGLE

Highly Confidential

Ken Blom

25

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2         Q      Okay.  And I think you hinted at

 3    the answer to my next question there, but

 4    for display, what publisher ad server does

 5    BuzzFeed use?

 6         A      Use Google.

 7              MR. JUSTUS:  Objection.  Form.

 8   BY MR. GOLD:

 9         Q      I think you said, "Use google"?

10         A      Correct.

11         Q      Is there a specific, like,

12    software within Google that you use,

13    maybe --

14         A      Google Ad Manager.

15         Q      All right.  Google Ad Manager.

16              MR. JUSTUS:  Objection.  Form.

17              Again, sorry -- and, sorry, can

18         I just pause for a second?

19              So it would be helpful,

20         Mr. Blom, if you could just pause for

21         a second to allow me to object.

22              THE WITNESS:  Sure.

23   BY MR. GOLD:

24         Q      So Google Ad Manager, also

25    referred to as "GAM," or "DFP," is that
```

26

```
 1            K. BLOM - HIGHLY CONFIDENTIAL

 2    right?

 3        A     Correct.

 4        Q     Okay.  Why does BuzzFeed use

 5    Google Ad Manager?

 6        A     Ease of use.  When I think about

 7    ease of use, I think about training people

 8    who have used the service before, and many

 9    have used GAM or DFP.

10            And then I think about tools and

11    services that come along with it.  They've

12    spent a lot of time doing this for,

13    obviously, a lot of other publishers and

14    built out a lot of features.

15        Q     What are those other tools and

16    features?

17        A     Just interface or forecasting

18    tools, anything that helps our ad

19    operations team deliver ads.

20        Q     Got it.

21            Have you ever considered having

22    BuzzFeed build its own publisher ad server

23    and using that instead of Google Ad Manager

24    or DFP?

25            MR. JUSTUS:  Objection.  Form.
```

32

1          K. BLOM - HIGHLY CONFIDENTIAL

2     into each of those different points that

3     you just flagged.

4              So in regards to cost, can you

5     expand on that?

6          A     Yes.  So ad serving fees are a

7     consideration when you're looking at your

8     ad server.  And so, you know, did they

9     offer a better rate?

10         Q     Okay.  And it sounds like you've

11    compared GAM's rates to other providers'

12    rates, is that right?

13         A     Only one, and it was many years

14    ago.

15         Q     And, I'm curious, what was that

16    one, and when was that analyzed?

17         A     Smart AdServer.

18         Q     And when did you guys look at

19    Smart?

20         A     I don't remember.

21         Q     Was it three years ago, within

22    the last three years?

23         A     Four plus.

24         Q     Four-plus years ago?

25              So since looking at it then, you

UNITED STATES vs
GOOGLE
Highly Confidential
Ken Blom

33

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2     haven't looked at alternatives to GAM

 3     since, is that right?

 4          A     Correct.

 5          Q     Do you remember how Smart's

 6     costs compared to Google's cost -- Google

 7     Ad Manager's costs?

 8          A     We never put them head to

 9     head --

10          Q     Okay.

11          A     -- but Smart was offering

12     cheaper than Google.  But we did not get

13     that far down an actual analysis.

14          Q     I know you didn't get to an

15     analysis.

16               Do you remember how cheaper

17     Smart's was?

18          A     No.

19          Q     Okay.  And then you mentioned

20     other complexities.  You talked about

21     demand issues.

22               I understand your points today

23     about the demand impacts in creating your

24     own publisher ad server, but can you talk

25     about the worries with switching to another
```

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2              Like how much training would be

 3   required to switch ad servers?

 4              MR. ARTEAGA:  Objection.  Form.

 5       A      Unclear.  It's just how -- you

 6   know, how do people adopt things?  Where

 7   does a widget live within this tool versus

 8   that tool?  You know, that there would be

 9   troubleshooting, let's just say six months.

10       Q      Okay.  I'm going to shift to

11   talk about AdX.

12              Are you familiar with AdX?

13       A      Yes, I am.

14       Q      Okay.  Could you explain AdX to

15   us and your familiarity with it?

16       A      Yeah.  AdX is Google's

17   advertising demand, and we leverage it as a

18   source of demand.

19       Q      Okay.  How would you describe

20   that to a layperson who is not familiar

21   with the ad tech space?

22       A      If you wanted to buy advertising

23   and you logged into Google and, you know,

24   went through their sort of channels, that

25   is the system at which you can buy
```

37

1              K. BLOM - HIGHLY CONFIDENTIAL

2      advertising via Google.

3              I would describe it to somebody

4      as like if you log into Facebook and buy

5      advertising there, you're buying Facebook's

6      advertising product.  This is Google's.

7          Q    That makes sense.

8              Does BuzzFeed use AdX?

9          A    Yes.

10         Q    What percentage of BuzzFeed's

11     programmatic revenue comes from AdX?

12             MR. JUSTUS:  Objection.  Form.

13         A    Around ██ to ██ percent.

14         Q    And how about display revenue?

15             MR. JUSTUS:  Objection.  Form.

16         A    I view that the same as

17     programmatic.

18         Q    What percentage of BuzzFeed's

19     programmatic display revenue comes from

20     AdX?

21         A    ██ to ██ percent.

22             MR. JUSTUS:  Objection.  Form.

23   BY MR. GOLD:

24         Q    Could you repeat that answer?  I

25     think you were talking at the same time as

38

                    K. BLOM - HIGHLY CONFIDENTIAL

1
2     Mr. Justus.

3          A      ▮ to ▮ percent.

4          Q      Okay.  And how does that compare

5     to the next largest exchange?

6                 MR. JUSTUS:  Objection.  Form.

7          A      Much larger.

8          Q      Could you give a ballpark?

9          A      Probably three to four times the

10    next largest partner.

11         Q      Okay.  So I'm thinking, you

12    know, do math on the spot, you know, 40 to

13    50 divided by 3, right, so that would be

14    like -- would you say like 10 to 15 percent

15    is the next largest exchange for BuzzFeed?

16         A      Yeah.

17                MR. JUSTUS:  Objection.  Form.

18    BY MR. GOLD:

19         Q      Okay.  How unique or not unique

20    is AdX's demand?

21                MR. JUSTUS:  Objection.  Form.

22         A      I would say it's unique.

23         Q      What makes it unique?

24         A      Google is a large advertiser,

25    right?  They have a lot of small businesses

39

```
 1                K. BLOM - HIGHLY CONFIDENTIAL

 2        that may be buying through AdX versus some

 3        of the other partners that we leverage

 4        maybe for larger ad budgets or larger

 5        spenders.

 6             Q      What would happen to BuzzFeed if

 7        BuzzFeed lost AdX's demand?

 8                    MR. JUSTUS:   Objection.   Form.

 9             A      I would be speculating.   We

10        would have to be finding new sources of

11        demand and working with new partners and

12        trying to grow those partners.

13             Q      What would that process look

14        like?

15                    MR. JUSTUS:   Objection.   Form.

16             A      We would -- we would probably

17        work with our next largest partners to sort

18        of figure out how much more inventory that

19        they can fill knowing we would have more

20        inventory for them.

21             Q      Would they be able to do that?

22             A      Potentially.

23                    MR. JUSTUS:   Objection.   Form.

24        BY MR. GOLD:

25             Q      Do you think that Google's AdX
```

45

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2              THE VIDEOGRAPHER:  The time is

 3        1:26 p.m., and we're back on the

 4        record.

 5   BY MR. GOLD:

 6        Q     All right.  So you've talked

 7    about costs.  So I want to shift the

 8    conversation to ask you about take rate.

 9              Are you familiar with the term

10    "take rate"?

11        A     Yes.

12        Q     Can you tell me what take rate

13    is?

14        A     What is the net proceeds to the

15    publisher after all cost for advertising.

16        Q     So would a high take rate be

17    good or bad for BuzzFeed as a publisher?

18        A     It would be a good thing.

19        Q     It would be a good thing.

20              So it's what BuzzFeed as a

21    publisher is taking from its sales?

22        A     Yes.

23        Q     Okay.  How do AdX's open auction

24    take rates for BuzzFeed compare to other

25    take rates in open auction take rates?
```

54

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2                  MR. JUSTUS:  Objection.  Form.

 3      A     I don't want to comment on other

 4   publishers, but I think we know, like, if

 5   we read the trades, that's what we assume.

 6      Q     And so for the same reason --

 7   you know, you might not want to answer this

 8   question, that's totally fine.

 9                  Are you aware of any publishers

10   who have switched from using Google Ad

11   Manager to using a different publisher ad

12   server?

13      A     I'm not -- I don't know who

14   switched, yeah.

15      Q     How would you characterize

16   Google Ad Manager?

17                  MR. JUSTUS:  Objection.  Form.

18      A     For BuzzFeed, Inc., it is our --

19   our ad serving tool provides good ease of

20   use, and people know how to use it.

21      Q     Okay.  I want to shift to talk

22   about open auction versus direct.

23                  Earlier in our conversation, you

24   mentioned direct.

25      A     Yep.
```

55

```
1              K. BLOM - HIGHLY CONFIDENTIAL

2         Q     Can you explain the differences?

3         A     Direct sold is going to be our

4    sales team out there talking to a client,

5    getting RFPs and, you know, winning deals

6    in a, what we'll say, compared to

7    programmatic, a very manual way.

8              When they win those deals, it's

9    going to include any number of products.

10   And as I was kind of mentioning earlier in

11   the call, those products are probably going

12   to be some type of bundle of branded

13   content display -- and I could clarify the

14   difference between traditional display

15   versus custom display -- and, you know,

16   we're trying to package that up for an

17   advertiser.

18             And the reality is, it's manual,

19   but we're delivering you services in

20   exchange for several products.  Our --

21   yeah.

22             And open auction, there are no

23   sellers.  There's no communication with us

24   directly.  We don't necessarily know who is

25   buying until after the fact.  And, you
```

56

```
1              K. BLOM - HIGHLY CONFIDENTIAL
2      know, we see who -- you know, we see that
3      later, and we sort of collect the check
4      from any of our open auction partners.
5           Q    Okay.  What percentage of
6      BuzzFeed's display revenue comes from open
7      auction?
8           A    I want to say ███ to ███ percent.
9                MR. JUSTUS:  And I'm sorry to be
10          late on this, but object to the form.
11     BY MR. GOLD:
12          Q    What percentage of BuzzFeed's
13     display revenue comes from direct display?
14               MR. JUSTUS:  Objection.  Form.
16          Q    And the delta there, there's a
17     gap.  Where does the other percentage come
18     from?
19          A    Programmatic private
20     marketplaces and programmatic guaranteed.
21     If you want to get nuanced about it,
22     programmatic guaranteed and private
23     marketplaces do require a level of selling,
24     but I don't call that direct sold.
25               So I would say there's three
```

```
1              K. BLOM - HIGHLY CONFIDENTIAL

2     buckets.  There's open auction, PMP/PG, and

3     then direct.

4         Q     And are you familiar with the

5     term "CPM"?

6         A     Yes.

7         Q     What is it?

8         A     Cost per million.  So, you know,

9     how many ads are you delivering -- how many

10    ad impressions -- it's how we value and

11    transact on ad impressions in the

12    advertising community.

13        Q     And so how do the CPMs compare

14    for direct display and open auction?

15        A     Yeah, if you want to use my

16    three tiers, direct, PG/PMP and open

17    auction, it's going to go from highest,

18    then direct, to lowest in open auction.

19        Q     So I get like the tier of

20    highest to lowest.  What would the PMP be

21    for direct?

22        A     Direct sold --

23             MR. JUSTUS:  Objection to form.

24             THE WITNESS:  Sorry, you're

25        fine.  I'll give you more pause.
```

58

```
 1            K. BLOM - HIGHLY CONFIDENTIAL

 2      A     Direct sold is going to be,

 3   depending on what they're buying, anywhere

 4   from ██ to maybe ████, on average.

 5            PG could be exactly the same.

 6            PMP is probably going to be far

 7   more in that ██ to ██ range and potentially

 8   a little bit ████ in some cases.

 9            And then open auction is going

10   to be about ████ to ██.

11      Q     All right.  And I'm curious to

12   talk to you about the demand varying

13   between those buckets.

14            So how much demand would you say

15   there is for direct display compared to how

16   much demand is there for open auction?

17            MR. JUSTUS:  Objection.  Form.
```

59

1          K. BLOM - HIGHLY CONFIDENTIAL



25          Q     Okay.

67

1              K. BLOM - HIGHLY CONFIDENTIAL

2                  (Recess taken 2:04 p.m.)

3                  (Resumed 2:14 p.m.)

4                  THE VIDEOGRAPHER:  The time is

5          2:14 p.m., and we're back on the

6          record.

7      EXAMINATION BY

8      MR. JUSTUS:

9          Q     Okay.  Mr. Blom, thanks again

10      for sitting for a deposition today.

11              Do you understand that the rules

12      from earlier still apply?  In particular,

13      you're required to tell the truth?

14          A     Yes, I do.

15          Q     Mr. Blom, are you aware that the

16      DOJ conducted an investigation into

17      Google's ad technology business?

18          A     Yes.

19          Q     Did you meet with the DOJ at any

20      point regarding Google's ad technology

21      business?

22          A     Yes.

23          Q     How many times?

24          A     Twice.

25          Q     So we'll talk about each of them

69

```
1          K. BLOM - HIGHLY CONFIDENTIAL

2     hour?

3          A      How advertising works, a lot of

4     definition things.  What is BuzzFeed's role

5     in relation to Google?  Some of the things

6     that we covered today, although not as

7     direct as things like would you switch ad

8     servers?

9               More, you know, where -- you're

10    asking about the first interview, and the

11    first interview was not as specific.

12         Q      Did the DOJ tell you anything

13    about its investigation, its status or its

14    goals or anything like that during that

15    first meeting?

16         A      Not necessarily.

17         Q      Did the DOJ show you any

18    documents in that first meeting?

19         A      No.

20         Q      Did you give the DOJ any

21    documents in that first meeting?

22         A      No.

23         Q      What about the second meeting,

24    when did that happen?

25         A      My counsel may remember, but
```

70

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2    that was pretty recently.  Earlier this

 3    year?

 4         Q    Okay.  And was that in person or

 5    by video?

 6         A    By video.

 7         Q    And who was present at that

 8    meeting?

 9         A    Myself and my counsel, DOJ.

10    Don't remember.

11         Q    Do you recall --

12         A    No.

13         Q    And how long was that meeting?

14         A    Again, maybe an hour, hour and a

15    half.

16         Q    And what did the DOJ ask you

17    about in that meeting?

18         A    Similar questions to the

19    questions you heard today about switching,

20    you know, would we switch?  Have we thought

21    about switching ad servers?

22              They asked about header bidding.

23    They asked about unified pricing rules.

24    And, yeah, it was a lot of the line of

25    questioning that you heard this afternoon.
```

71

K. BLOM - HIGHLY CONFIDENTIAL

1

2          Q     What did they ask you about

3    header bidding?

4          A     They had asked us if we used it?

5    Did we think it was a threat to Google's

6    business?  How did -- you know, do we

7    implement it?  Definition of it.  Those

8    things.

9          Q     And what did you say about

10   header bidding?

11         A     My line on it is it's been

12   around since we've been running

13   programmatic.  So it is a, I would say,

14   necessary form of -- necessary form and

15   tactic.

16              Google is a part of it, levels

17   the playing field for us a little bit, and

18   I think it -- some of the line of

19   questioning was around do we think it's a

20   threat to Google's business?

21              And I -- you know, I think I

22   would say it's -- Google is doing fine with

23   it.  If they didn't have it, I'm sure it

24   might be different, but I didn't feel

25   strongly about how it's impacting Google's

Case 1:23-cv-00108-LMB-JFA   Document 1040-3   Filed 07/26/24   Page 34 of 80 PageID#
78197
UNITED STATES vs                                                              Ken Blom
GOOGLE                              Highly Confidential

72

1              K. BLOM - HIGHLY CONFIDENTIAL

2       business because, again, I'm only speaking

3       for my business as the publisher.

4              Q     And what did they ask you about

5       UPRs?

6              A     They asked me about unified

7       pricing rules.  Do we use it?  How do we

8       think, you know, it's working behind the

9       scenes, and did we speak favorably to it?

10              I had suggested -- sorry, that's

11       what they asked.

12              Q     And what did you say in

13       response?

14              A     I said that for our team to

15       manually be changing bids all the time is a

16       pretty laborious task.  So my ad ops team

17       and my programmatic technical account

18       managers like using it.

19              How it works behind the scenes,

20       I couldn't speak to.

21              Q     So you liked the UPR

22       functionality?

23              A     Like?

24              MR. GOLD:  Objection.  Form.

25       BY MR. JUSTUS:

Case 1:23-cv-00108-LMB-JFA   Document 1040-3   Filed 07/26/24   Page 35 of 80 PageID# 78198
UNITED STATES vs                                                    Ken Blom
GOOGLE                          Highly Confidential

73

 1          K. BLOM - HIGHLY CONFIDENTIAL

 2      Q      Yeah, I'm sorry, Mr. Gold, I

 3  grew up in the Appalachians, so the accent

 4  comes out sometimes.

 5             But are you in favor of the UPR

 6  functionality?

 7             MR. GOLD:  Objection.

 8      A      Yes, we are.

 9      Q      The DOJ didn't ask you anything

10  about UPRs earlier today, did it?

11             MR. GOLD:  Objection.  Form.

12      A      They did not.

13      Q      Did the DOJ ask you anything

14  about header bidding earlier today?

15      A      They did not.

16      Q      Other than you, Mr. Blom, are

17  you aware of anyone else from BuzzFeed who

18  met with the DOJ regarding Google's ad

19  technology business?

20      A      No, I am not.

21      Q      Did you meet with anyone else

22  regarding an investigation into Google's ad

23  technology business?

24      A      No, I have not.

25      Q      So, Mr. Blom, understanding,

75

K. BLOM - HIGHLY CONFIDENTIAL

1

2   BY MR. JUSTUS:

3       Q    Mr. Blom, other than your

4   lawyer, did you discuss your deposition

5   today with anyone else?

6       A    With some internal colleagues,

7   but not about today, just about the

8   deposition, in general.

9       Q    What did you talk about,

10  generally?

11      A    In the past, we had talked about

12  previous prep for things like if I'm asked

13  about header bidding or unified pricing

14  rules and just how -- yeah, as I mentioned,

15  getting feedback from the teams as to how

16  they are using certain things, those are

17  the kind of conversations that I had.

18          But not in prep for today.  I'm

19  actually dating myself and just talking

20  about in prep for any of the DOJ

21  conversations I've had.

22      Q    So, Mr. Blom, is your positive

23  opinion concerning Google's unified

24  processing rules informed by what you

25  understand the views are of other folks at

76

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2     BuzzFeed?

 3              MR. GOLD:  Objection.  Form.

 4         A    Yeah, it's informed by my team

 5     that's using them, rather than myself who

 6     is not in the tool every day.

 7         Q    But for the avoidance of doubt,

 8     especially given the objection, Mr. Blom,

 9     it's your view that Google's unified

10     processing rules are a positive thing?

11         A    Yes.

12              MR. GOLD:  Objection.  Form.

13         A    Yes, it's my view.

14              MR. JUSTUS:  Matthew, what's

15         your objection specifically?

16              MR. GOLD:  Leading.  Ambiguous.

17         Compound.

18     BY MR. JUSTUS:

19         Q    Mr. Blom, is it your view that

20     Google's unified processing rules make

21     Google's ad technology work better?

22              MR. GOLD:  Objection.  Form.

23     BY MR. JUSTUS:

24         Q    You can answer.

25         A    Yes, they do.
```

                                                                        78

| | |
|---|---|
| 1 | K. BLOM - HIGHLY CONFIDENTIAL |
| 2 | Does programmatic include all |
| 3 | indirectly sold display advertising? |
| 4 | A    My definition of programmatic |
| 5 | would be anything that is open auction, |
| 6 | PMP/PG or outside vendors, which might not |
| 7 | necessarily compete in the open auction, |
| 8 | like a Taboola or an Outbrain is something |
| 9 | that's going to live outside, but I would |
| 10 | view that as within our programmatic stack. |
| 11 | Q    What ad formats do you include |
| 12 | within programmatic advertising? |
| 13 | A    Traditional display, 300 by 250, |
| 14 | and all of the ad formats that are standard |
| 15 | IAB units. |
| 16 | Q    And what do those include? |
| 17 | A    All the sizes you want? |
| 18 | Q    Would you also include -- |
| 19 | withdrawn. |
| 20 | So just so we're speaking |
| 21 | clearly, when I refer to "BuzzFeed" in |
| 22 | questions to come, do you understand |
| 23 | BuzzFeed -- let me withdraw that question. |
| 24 | BuzzFeed operates several |
| 25 | owned-and-operated properties, correct? |

79

1          K. BLOM - HIGHLY CONFIDENTIAL

2     A     Correct.

3     Q     What are they?

4     A     Huffington Post, BuzzFeed.com,

5  Tasty.co. and Complex.com.

6     Q     So when I refer to "BuzzFeed,"

7  will you interpret BuzzFeed to include all

8  of those properties?

9     A     I would.

10     Q     Does BuzzFeed distribute content

11  to users through desktop versions of its

12  websites?

13     A     Yes.

14     Q     And does BuzzFeed distribute

15  content to users through mobile websites?

16     A     Yes, we do.

17     Q     Does BuzzFeed distribute content

18  to users through mobile apps?

19     A     Yes.

20     Q     What mobile apps?

21     A     BuzzFeed -- we refer to BuzzFeed

22  as the "big red brand" just to delineate.

23          So BuzzFeed and Tasty would be

24  the two apps that we have currently.

25          We have had many apps in the

80

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2   past -- sorry, HuffPost app as well -- but

 3   those would be the three that we have at

 4   the moment.

 5        Q     Does BuzzFeed distribute content

 6   to users any other way?

 7        A     Social media and YouTube.

 8        Q     Does BuzzFeed sell desktop web

 9   ad inventory on its properties?

10        A     Yes, we do.

11        Q     Does BuzzFeed sell mobile web ad

12   inventory on its properties?

13        A     Yes, we do.

14        Q     Does BuzzFeed sell in-app ad

15   inventory on its properties?

16        A     Yes, we do.

17        Q     When I say, "environment," I'm

18   referring to desktop web ads, mobile web

19   ads and in-app ads.

20        A     Uh-huh.

21        Q     Given that definition, do

22   advertisers often run ads on different

23   BuzzFeed environments at the same time?

24             MR. GOLD:  Objection.  Form.

25        A     Yes, they do.
```

81

1            K. BLOM - HIGHLY CONFIDENTIAL

2       Q     Do advertisers move their

3    spending toward the environment providing

4    the best rate of return?

5            MR. GOLD:  Objection.  Form.

6       A     Yes, they'll optimize, and we

7    will optimize for them.  And some

8    advertisers don't care about environment,

9    they care about results, and so we'll

10   optimize toward a result or we can optimize

11   toward environment.

12      Q     What do advertisers most often

13   care about when it comes to advertising

14   environment?

15      A     Brand safety, quality, user and

16   audience.

17            So if I could just track that

18   back into all three.  Brand safety is table

19   stakes.  The audience that they're, you

20   know, trying to reach with their ad is

21   going to be the primary objective.  And

22   then whatever return on ad spend or sort of

23   desired result they want is going to be

24   sort of the most important thing.

25            But that middle piece, the

82

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2     audience that they're reaching, is usually

 3     the most important.

 4          Q     I'm sorry, Mr. Blom, I'm

 5     unclear.  What did you say was the most

 6     important thing?

 7          A     Audience delivery.

 8          Q     Is that the same thing as return

 9     on ad spend, or no?

10          A     No.  Audience delivery is -- you

11     know, we're talking about display

12     advertising, and, you know, you're going to

13     want to make sure that your ad reached the

14     intended audience.

15              Only a small percentage of those

16     that you reach are going to complete the

17     desired outcome you want.  Maybe that's

18     clicking off the ad to their website and

19     buying something.  That's great and

20     important, but that's not the, you know,

21     primary result of every single ad that's

22     served.

23              So if you think about the

24     intention of the ad that is served, the

25     most important thing is reaching the
```

83

K. BLOM - HIGHLY CONFIDENTIAL

1

2        audience.

3            Q      And how does return on ad spend

4        factor in?

5            A      It definitely factors in.   It

6        may be the reason that you, you know, win

7        another campaign or win another deal.

8                  It's important -- you know,

9        return on ad spend is going to factor in

10       how much did this cost overall and am I

11       getting what I wanted from the publisher or

12       from the like ad targeting and unit that I

13       delivered?

14                 Return on ad spend is extremely

15       important.  It's just when I say the most

16       important thing is audience, I can

17       deliver -- everyone knows that display

18       advertising can deliver on audience every

19       time.  Not everyone knows it can deliver on

20       return on ad spend every time.

21           Q     If an advertiser is experiencing

22       on one environment that is providing a

23       relatively higher return on ad spend than

24       another environment, will the advertiser do

25       any sort of shifting?

UNITED STATES vs                                                      Ken Blom
GOOGLE                                    Highly Confidential

84

1            K. BLOM - HIGHLY CONFIDENTIAL

2       A       Yeah, they will.

3               MR. GOLD:  Objection.  Form.

4       A       Yes, they will.

5       Q       How -- what kind of shifting

6   will they do?

7       A       We may take budget from, you

8   know, entirely mobile and move it to

9   desktop if they're seeing that desktop

10  click-out rates are working more, if you

11  will.

12              You know, we're flexible to what

13  the advertiser needs and to what is getting

14  the advertiser the most results.  We do

15  want them to run everywhere.

16              But, you know, in addition to

17  environment and, you know, the definitions

18  of mobile or desktop or mobile web, you

19  also have, are you running this ad across

20  HuffPost or Tasty or BuzzFeed?  Which, as

21  you can imagine, you know, you're going to

22  get different audiences when you reach

23  those different brands.

24      Q       Does BuzzFeed do anything to

25  encourage advertisers to move in the

86

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2        A     So shifting -- to clarify,

 3    you're asking -- are we talking about to

 4    shift more money from desktop to mobile web

 5    or to --

 6        Q     Correct.

 7        A     Yes.  You know, a little less

 8    so.  I think when we're pitching

 9    advertisers, a lot of our traffic is going

10    to be mobile, mobile web and apps.  So

11    we're kind of anchoring the fact that we

12    want them to sell -- that we want them to

13    come in and buy mobile.

14              But if an advertiser only wants

15    desktop, we're happy to do that.

16        Q     What ad formats can advertisers

17    purchase on BuzzFeed?

18        A     I would clarify -- I would

19    describe them as standard IAP units, i.e.,

20    a 300-by-250 ad.

21              And then the other bucket of ads

22    are going to be custom display and then

23    native ads.

24              ███████████████████████████
```

87

1          K. BLOM - HIGHLY CONFIDENTIAL

2    ███████████████████████████████████

███████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████

██████████████████████████████████

█████████████████████████████████████

████████████████████████

10              And so we have several units

11   like that, and we're constantly iterating

12   and testing like what are custom units that

13   would get the ad market excited.

14              And then native units, as I

15   mentioned, you know, when we make branded

16   content, a native unit would look something

17   like a paid placement for a branded piece

18   of content or a branded video that we have.

19              So standard display -- within

20   the standard display bucket, I also should

21   say we have standard video products as

22   well, so pre-roll ads, right?

23              All of these things you can buy

24   several different ways.  We have custom

25   units and then we have native units.

88

1              K. BLOM - HIGHLY CONFIDENTIAL

2       Q     Do individual advertisers on --

3   sorry, Mr. Blom.  Let me restart my

4   question.

5              Do individual advertisers on

6   BuzzFeed purchase ads in multiple formats

7   or a single format?

8              MR. GOLD:  Objection.  Form.

9       A     Usually, multiple formats.

10      Q     And how do advertisers on

11  BuzzFeed shift their spending between

12  formats based on the rate of return from

13  their advertising spending?

14             MR. GOLD:  Objection.  Form.

15      A     From a direct seller

16  perspective, it would be a conversation of

17  mid campaign performance, or something like

18  that.

19      Q     Can you expand on that a little

20  bit?

21      A     Yeah.  So if we have sold

22  advertising across many formats to a

23  client, you know, we would have something

24  like weekly check-ins with them.  We'd be

25  sharing, you know, weekly campaign reports

89

1          K. BLOM - HIGHLY CONFIDENTIAL

2    and making recommendations that maybe they

3    should shift formats and, you know, having

4    that conversation with the client about,

5    you know, do you want to put more into the

6    spotlight unit versus the display -- the

7    standard display unit?  You know, you have

8    the capability to do those things.

9          Q     Do -- how frequently will

10   advertisers switch between, let's say, a

11   standard static ad and a video standard ad?

12         A     They would have to start -- I

13   don't think someone buying standard static

14   ads are going to switch to video if they

15   didn't start with video.

16              So just speaking to the ad

17   buying community a little bit more, there's

18   typically online video buyers that might

19   act and be a different team than the

20   display media buyers.  So we have to think

21   about who we're talking to.

22              So if someone who was running

23   display ads, I don't think they're going to

24   move to video ads unless they're sitting

25   there with the video that they need.

91

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2     to our sellers and tell them like, Hey, let

 3     the clients know that we have this new

 4     capability.

 5              So there is a go-to market

 6     around the advertising units that we have.

 7        Q    Through what transaction types

 8     does BuzzFeed sell ad inventory?

 9              I know you talked a little about

10     this earlier, so I'm sorry to retread

11     ground.

12        A    That's fine.

13              My tiers would be -- and this is

14     directly all waterfall -- direct

15     transaction type, so IO basis, manual;

16     programmatic guarantee; private

17     marketplaces; and then open auction.

18        Q    Do advertisers on BuzzFeed buy

19     through multiple transaction types?

20        A    They might.

21              MR. GOLD:  Objection.  Form.

22     BY MR. JUSTUS:

23        Q    How often do they?

24        A    It depends on the advertiser and

25     how big the advertiser is.
```

92

K. BLOM - HIGHLY CONFIDENTIAL

1

2          You know, if you're speaking for

3     a really big advertiser, like PMG, they

4     might not even -- they're buying through

5     multiple transaction types, and I don't

6     even think they necessarily know how much

7     they're running on open auction versus

8     direct versus something else, so -- but a

9     smaller advertiser may not be, may not be

10    running through all of them.

11          But I would say -- I don't know

12    the percentage of how often some of them

13    would be running multiple, but -- yeah, I

14    can't give that percentage.

15    Q     How does return on investment

16    impact advertisers' transaction type

17    purchases?

18    A     I think it's important.  I think

19    advertisers are constantly looking at their

20    budget, and return on investment is, you

21    know, increasingly more important than

22    something like brand awareness.

23          And just so you know how I'm

24    defining "return on investment" would be,

25    okay, did I truly net -- you know, I gave

93

1             K. BLOM - HIGHLY CONFIDENTIAL

2    BuzzFeed $1, did I make $1.50, versus the

3    traditional display advertising world of I

4    gave BuzzFeed many dollars and I got this

5    brand study back that told me it did well.

6              You know, both of those are a

7    version of return on investment, but former

8    that, you know, give $1, get $1.50, that's

9    more realtime and more direct than what

10   would be the brand study where you're sort

11   of saying like, we commissioned a research

12   study to tell us that there was a return on

13   investment here.

14       Q    So what happens if an advertiser

15   realizes that a particular transaction type

16   is giving a better return on investment?

17           MR. GOLD:  Objection.  Form.

18       A    They would switch their budget

19   to that transaction type.

20       Q    Mr. Blom, we're going to do

21   something that we have not yet done today.

22   We're going to look at a document.

23           MR. JUSTUS:  Can we bring up

24       Tab 5?

25           MR. ARTEAGA:  Ken, I think there

103

1                K. BLOM - HIGHLY CONFIDENTIAL

2        Q    That's helpful.

3             So we can put this document

4    aside.

5             MR. JUSTUS:  Can we bring up

6        Tab 6?

7             MR. GOLD:  And if we could do

8        the same thing with a PDF of the

9        document?

10            (Exhibit 2, document entitled

11       "The AdTech Monthly Update," Bates

12       stamped BUZZ-LIT-001211 through 222,

13       was remotely introduced and provided

14       electronically to the reporter, as of

15       this date.)

16  BY MR. JUSTUS:

17       Q    Mr. Blom, I'm now showing you

18   Blom Exhibit 2.

19            What is this document?

20       A    This is an update from our

21   AdTech team.

22            As I mentioned previously, our

23   AdTech team is a division of our

24   advertising that's going to focus on user

25   behavior and the actual implementation of

                                                              104

1              K. BLOM - HIGHLY CONFIDENTIAL

2     ads.  And they sit within our tech team.

3              And then this e-mail is to dev

4     team and ad stakeholders, which I'm an ad

5     stakeholder on this e-mail.

6              And it's a monthly update about

7     all the activity and things that they are

8     working on, optimizations to improve

9     monetization or, as I mentioned, you know,

10    we're always tinkering with custom units.

11    You know, this may highlight -- here's a

12    new feature to a custom unit we just tried.

13       Q    Who is Bryan Harris?

14       A    Bryan Harris is the head of our

15    AdTech user experience group, and he sits

16    on the tech team.  He is a project --

17    essentially, a product dev and project

18    manager for the AdTech team.

19       Q    Is Blom Exhibit 2 a true and

20    accurate copy of the monthly AdTech update?

21       A    Yes, it is.

22       Q    And this was -- was this

23    prepared in the ordinary course of

24    business?

25       A    Yes, and still is today.

106

```
1            K. BLOM - HIGHLY CONFIDENTIAL
2     can deliver more?
3            Which is, we kind of created the
4     Bright playlist here as a format that
5     helped us to deliver more O&O video.
6        Q    And is this talking about direct
7     or indirectly sold ads?
8        A    This is largely talking about
9     direct sold ads.
10       Q    Can we go to 1219?
11           And do you see -- can we --
12    sorry, can you roll -- give me one second.
13           Can you roll down a little bit
14    on that page?
15           There we go.
```

107

1                K. BLOM - HIGHLY CONFIDENTIAL



108

1          K. BLOM - HIGHLY CONFIDENTIAL

13     Q     Thank you.  We can pull that

14   document down.

15          Mr. Blom, who are BuzzFeed's key

16   competitors in the sale of advertising

17   inventory?

18     A     Peer sets that we would compare

19   ourselves to could be a Vox, previously a

20   Vice, you know, Bustle Media Digital Group.

21   Those are going to be your like direct

22   digital display peer set that we think

23   about.

24          You can also think about your

25   non-traditional digital, which is going to

UNITED STATES vs
GOOGLE

Highly Confidential

Ken Blom

110

```
1              K. BLOM - HIGHLY CONFIDENTIAL
2     competing with Facebook because that would
3     be a stretch of a goal that we would, you
4     know, not be able to motivate teams on.
5          Q    Well, why did BuzzFeed partner
6     with Google's AdX AdExchange to sell
7     programmatic ads in 2017?
8          A    It just -- we -- we were late to
9     running programmatic ads.  We knew that
10    Google's AdX was a source of demand and
11    inventory and can get us up to speed as
12    fast as humanly possible, while we also
13    build out the rest of our tech stack.
14              So starting with Google AdX and
15    then moving to the other players and
16    partners to build out that competitive set
17    and create our ad stack and, you know, to
18    this day, we're constantly optimizing what
19    that looks like.
20              Sorry if I'm not answering the
21    question why, you know, it felt like a
22    natural -- a natural best way to start
23    getting into programmatic as that was new
24    for us in 2017.
25         Q    Was Google -- let me restart
```

111

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2    that question.

 3              Was BuzzFeed's launch of

 4    programmatic ads sales through AdX

 5    successful?

 6        A     Yes, it was.

 7        Q     Can you tell us about that

 8    success?

 9        A     You know, I don't remember the

10    numbers because it was a while ago, but we

11    felt like launching programmatic, we had

12    some attainable goals as to how much

13    revenue we felt we were going to get from

14    programmatic.  And, you know, AdX being one

15    of the partners and delivering demand with

16    us, it helped us hit those goals.

17              Try to compare it to some of

18    these other companies, like a Hearst or a

19    Conde that's had programmatic stacks up for

20    15, 20 years, and then here we are in 2017

21    saying, We're going to start now, right?

22              These things get better over

23    time.  They don't start out extremely

24    successful -- or I -- and then when I say,

25    "extremely successful," it's not like, hey,
```

112

```
1            K. BLOM - HIGHLY CONFIDENTIAL

2     if you turn on programmatic, in one month,

3     you're going to have $100 million.  That's

4     not what we set out to do.  We set out to

5     build incrementally.

6              And I think through AdX and just

7     speaking of the success, I think we found

8     that incremental growth.

9              MR. JUSTUS:  Mr. Blom, if it's

10         okay with you, we're going to take a

11         short break.  I've got some more

12         questions, but I need to confer with

13         my colleague.

14              THE WITNESS:  Yeah, sure.

15              MR. JUSTUS:  We'll be back in

16         five.

17              THE VIDEOGRAPHER:  The time is

18         3:03 p.m., and we are going off the

19         record.

20             (Recess taken 3:03 p.m.)

21             (Resumed 3:12 p.m.)

22              THE VIDEOGRAPHER:  The time is

23         3:13 p.m., and we're back on the

24         record.

25     BY MR. JUSTUS:
```

113

```
 1              K. BLOM - HIGHLY CONFIDENTIAL

 2         Q     Mr. Blom, does BuzzFeed sell ads

 3    through exchanges other than Google's AdX

 4    AdExchange?

 5         A     Yes.

 6         Q     Roughly, how many ad exchanges

 7    does BuzzFeed sell ads through?

 8         A     20 to 30.

 9         Q     Can we bring up Tab 23?

10              (Exhibit 3, ads.txt file, 8

11         pages, was remotely introduced and

12         provided electronically to the

13         reporter, as of this date.)

14              MR. GOLD:  One second.  I'm just

15         opening up Tab 23, if it's okay with

16         you guys.

17    BY MR. JUSTUS:

18         Q     So, Mr. Blom, I'm showing you

19    what we'll mark as Blom Exhibit 3.

20              What is this document?

21         A     Our ads.txt file.

22         Q     What is that?

23         A     It is where -- ads.txt allows

24    you to see the exposure to, you know,

25    anything that is happening within ad calls
```

114

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2   on a website.

 3       Q    Does this list ad tech products

 4   that sell BuzzFeed's inventory?

 5       A    Yes, it is.

 6       Q    And is this a true and accurate

 7   copy of BuzzFeed's ads.txt file?

 8       A    Yes.

 9       Q    And is this something that

10   BuzzFeed prepares in the ordinary course of

11   business?

12       A    By "prepare," I mean anyone can

13   access this file.  So I don't think we

14   actually prepare it, but this is -- yeah,

15   this would be true and accurate

16   information.

17       Q    And this is created in the

18   course of BuzzFeed's ordinary business,

19   correct?

20       A    Correct.

21       Q    Do you see toward the top

22   Magnite on here?

23       A    Yeah.

24       Q    Does that mean that BuzzFeed

25   sells inventory through Magnite?
```

115

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2     A    Yes.

 3     Q    I should ask, what is Magnite?

 4     A    A sell-side platform, similar to

 5  an AdX.

 6     Q    And do you see -- if you roll

 7  down, do you see PubMatic on here?

 8     A    Yes.

 9     Q    Does that mean that BuzzFeed

10  sells inventory through PubMatic?

11     A    Yes, we do.

12     Q    What is PubMatic?

13     A    Similar to Magnite, another ad

14  exchange.

15     Q    And then if you roll maybe back

16  up, do you see Indexexchange?

17     A    Yes.

18     Q    And does that mean that BuzzFeed

19  sells inventory through Indexexchange?

20     A    Yes, we do.

21     Q    What is Indexexchange?

22     A    Similar to PubMatic and the

23  others, and others, a sell-side platform.

24     Q    And then do you see -- we're

25  going to have to scroll and look through
```

116

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2     this -- do you see OpenX?

 3        A     Yes.

 4        Q     And so does that mean BuzzFeed

 5     sells inventory through OpenX?

 6        A     Yes, we do.

 7        Q     And what is OpenX?

 8        A     Another sell-side platform.

 9        Q     And are there -- are there

10     dozens of other entities on this list

11     through which BuzzFeed sells ad inventory?

12              MR. GOLD:   Objection.

13        A     Yes.  Probably not as big as the

14     ones that you're seeing up at the top here.

15     And our relationships with them could ebb

16     and flow.

17              And so there could be dozens

18     more.

19        Q     Is Amazon Publisher Services on

20     here?

21        A     They should be.

22        Q     Can we roll up?

23        A     It should be Amazon Tam.

24              There they are.

25        Q     Is Amazon listed as "APS"?
```

UNITED STATES vs
GOOGLE

Highly Confidential

Ken Blom

117

K. BLOM - HIGHLY CONFIDENTIAL

1

2      A      Yes.

3      Q      What is APS.

4      A      Amazon Publisher Services.

5      Q      Tell us about that.  What does

6   it do?

7      A      So it would be similar to the

8   Magnite and/or AdX Exchange, but it's

9   Amazon's exchange.

10             And we are getting supply --

11  sorry, we're getting demand, and we're

12  offering supply to Amazon's exchange.  And,

13  basically, this is Amazon fulfilled

14  inventory from their platform.

15      Q      We can pull that document down.

16             MR. JUSTUS:  Can we bring up

17         Tab 3?

18             (Exhibit 4, Power Point

19         presentation entitled "BuzzFeedInc

20         Programmatic Capabilities," Bates

21         stamped BUZZ-LIT-000272 through 342,

22         was remotely introduced and provided

23         electronically to the reporter, as of

24         this date.)

25   BY MR. JUSTUS:

UNITED STATES vs
GOOGLE

Highly Confidential

Ken Blom

122

1          K. BLOM - HIGHLY CONFIDENTIAL

2     thing that each of the SSPs do.

3              So, you know, as I kind of

4     mentioned earlier, on the publisher side,

5     I'm trying to be as friendly and open and

6     available to whatever advertisers' needs

7     are.  And if that means needing to work

8     with every SSP possible, we will do that.

9          Q     Do SSPs sometimes market

10    themselves as having access to unique

11    demand?

12             MR. GOLD:  Objection.  Form and

13         foundation.

14         A     Yes, I believe they do.

15         Q     You can answer.

16         A     I believe they do.  How they're

17    winning clients over and -- I guess I can't

18    speak to sort of exactly what they're

19    saying to advertisers.

20         Q     Do you believe that many SSPs

21    market themselves in that way?

22             MR. GOLD:  Objection.  Form and

23         foundation.

24         A     I believe many would, in an

25    effort to compete.

123

| | |
|---|---|
| 1 | K. BLOM - HIGHLY CONFIDENTIAL |

2     Q     Mr. Blom, what's a demand-side

3   platform?

4     A     DSP, demand-side platform, would

5   be a platform that would help enable us.

6           So, I'm sorry, I'm blanking on

7   who the DSPs are, but this is the buying

8   exchange and where the advertisers would be

9   buying.  So like a Trade Desk.

10    Q     Does BuzzFeed work directly with

11  any DSPs?

12    A     Yes, we do.  Trade Desk is a big

13  partner of ours.

14    Q     How does BuzzFeed work with The

15  Trade Desk?

16    A     That deck that you saw, that

17  go-to-market deck, that would be presented

18  to The Trade Desk because that -- those are

19  the people who are going to be making

20  buying decisions, and we would want to make

21  sure that they know every capability that

22  we have.

23          And so we're selling to them as

24  much as we can.

25    Q     Are you familiar, Mr. Blom, with

129

1              K. BLOM - HIGHLY CONFIDENTIAL

2         I look at my colleague -- I think we

3         are finished for now.

4              THE WITNESS:  Thank you.

5              MR. GOLD:  And I think that's a

6         natural time to take another break.

7              You want to take five minutes,

8         Ken, to stretch your legs?

9              THE WITNESS:  Sure.  Thanks,

10        all.

11             THE VIDEOGRAPHER:  The time is

12        3:32 p.m., and we are going off the

13        record.

14             (Recess taken 3:32 p.m.)

15             (Resumed 3:43 p.m.)

16             THE VIDEOGRAPHER:  The time is

17        3:43 p.m., and we are back on the

18        record.

19   CONTINUED EXAMINATION BY

20   MR. GOLD:

21        Q     All right.  Good to see you

22    again, Mr. Blom.

23             Just now, Google's counsel asked

24    you some questions about header bidding,

25    right?  And they were asking about the

130

```
 1          K. BLOM - HIGHLY CONFIDENTIAL

 2    downsides of header bidding -- or potential

 3    downsides to header bidding.

 4            What does BuzzFeed do to manage

 5    those potential downsides to header

 6    bidding?

 7       A    Yeah, the downsides cited were

 8    malware or latency.

 9            That could be because of a

10    particular partner that is bidding within

11    the system, and we can identify that.  Not

12    everything is that easy to identify, but we

13    would be able to identify things like, hey,

14    we add this partner and now our latency has

15    gone up.  Is it the partner's problem?

16            And we would go talk to the

17    partner.

18            So no, nothing programmatic.

19    Out advertising is set it and forget it.

20    You're constantly talking to your partners.

21    You're making sure that they're not doing

22    anything that you don't want them to be

23    doing and, you know, we have a lot of

24    checks and balances and teams that are

25    looking into things like latency or things
```

131

|     |                                              |
|-----|----------------------------------------------|
| 1   | K. BLOM - HIGHLY CONFIDENTIAL                |
| 2   | like, you know, how much malware we have on  |
| 3   | a site, something lake that.                 |
| 4   | Q    So it sounds like BuzzFeed is           |
| 5   | able to manage those potential downsides?    |
| 6   | MR. JUSTUS:  Objection.  Form.               |
| 7   | A    Yes, we are.                            |
| 8   | Q    Okay.  I'm going to shift -- one        |
| 9   | second.                                      |
| 10  | And why does BuzzFeed continue               |
| 11  | to use header bidding despite those          |
| 12  | potential downsides?                         |
| 13  | MR. JUSTUS:  Objection.  Form.               |
| 14  | A    Yeah, we believe that it is             |
| 15  | still -- the positives outweigh the          |
| 16  | negatives, which, you know, having more      |
| 17  | competition is something we believe helps    |
| 18  | us and helps our advertising revenue.        |
| 19  | It could come with certain risk,             |
| 20  | and it does come with the fact that we need  |
| 21  | to employ people to manage certain things    |
| 22  | and keep an eye on stuff.  But, you know,     |
| 23  | we view the competition and the even         |
| 24  | playing field that header bidding offers as  |
| 25  | a positive.                                  |

133

1          K. BLOM - HIGHLY CONFIDENTIAL

2     an advertiser and say, I want to have a

3     conversation with you about display ads and

4     display ads only, they would probably not

5     get the meeting.

6              You know, the advertisers want

7     more.  They want the bells and -- if they

8     are going to have a direct relationship

9     with an IO and guarantee more money, it's

10    not going to be in just display.

11             And I guess to elaborate on

12    that, we are trying to get advertisers to

13    buy several products from us with our

14    direct sold strategy, not just one.  And in

15    buying several products, we get a higher

16    average deal size.

17             So, you know, our sellers are

18    sort of instructed to sell more products,

19    get the highest average deal size you

20    possibly can, rather than a smaller deal

21    that, you know, is not going to be as

22    beneficial for us from a revenue

23    perspective.

24        Q    Fair to say it would not be easy

25    to switch a large amount of advertising

134

1          K. BLOM - HIGHLY CONFIDENTIAL

2     from open auction to direct display?

3          A     It would not.

4          Q     Why would it not be easy to

5     switch a large amount of advertising from

6     open auction to direct display?

7          A     I believe open auction is

8     different demand than what a direct sold

9     sales team is going to go out there and

10    get.

11               If you think about open auction,

12    it's hundreds of advertisers spending

13    anywhere from $5 to $100,000, right, in a

14    given month or week, if you will.

15               So we would have to have a much

16    bigger footprint in order to find all those

17    clients.  And then, even if I were to do

18    that, am I really excited about the seller

19    that sold the $5 deal?  No, I'm not.  You

20    know, and it would be a needle in the

21    haystack to sort of kind of manage that

22    process.  It would take more time, more

23    people, and more effort.

24               And then, I guess, furthermore,

25    which is what I lead with, is I don't think

135

K. BLOM - HIGHLY CONFIDENTIAL

1        the advertising community necessarily wants

2        that.

3            Q     Okay.  I'm going to go to

4        Google's Exhibit Number 2.

5                 If you could pull that up,

6        please.

7                 It's Tab 6 as well.

8                 Mr. Blom, can you see it?

9            A     I don't have anything on my

10       screen.

11                MR. GOLD:  Jesus, are you the

12           one pulling it up right now?

13                THE VIDEOGRAPHER:  Yes, sir.

14           One moment.

15                MR. GOLD:  All right.

16       BY MR. GOLD:

17           Q     You're on the right page

18       already.

19                So right now on the screen I see

20       a document, page 9 out of 12 on the PDF.

21                MR. GOLD:  And if you could

22           scroll a little lower, so we can see

23           the Bates number, Jesus?

24                So I see the Bates number is

139

| | |
|---|---|
| 1 | K. BLOM - HIGHLY CONFIDENTIAL |
| 2 | That said, manual process and |
| 3 | it's been hard to know the incrementality |
| 4 | of these price floors. |
| 5 | Q    So before UPR, other publishers |
| 6 | could have decided to use different price |
| 7 | floors for different exchanges, right? |
| 8 | A    Correct. |
| 9 | Q    And before UPR, another |
| 10 | publisher could have decided to set a |
| 11 | higher price floor for AdX than for other |
| 12 | exchanges, right? |
| 13 | A    I believe so, yes. |
| 14 | Q    And that would have potentially |
| 15 | shifted transactions from AdX to other |
| 16 | exchanges, right? |
| 17 | A    Potentially, if that's how |
| 18 | demand worked, yeah. |
| 19 | Q    AdX is, by far, the largest |
| 20 | exchange for BuzzFeed, right? |
| 21 | A    Correct. |
| 22 | Q    And AdX could be, by far, the |
| 23 | largest exchange for other publishers, too, |
| 24 | right? |
| 25 | A    I wouldn't know, but yeah. |

140

1                K. BLOM - HIGHLY CONFIDENTIAL

2           Q       And before UPR, other publishers

3      could have concluded that they wanted to

4      set different price floors for different

5      exchanges to reduce their dependence on

6      AdX, is that fair?

7           A       Potentially.

8           Q       And you've decided for

9      BuzzFeed -- uniquely for BuzzFeed, that

10     it's not worth the hassle to set different

11     price floors for different exchanges,

12     right?

13          A       Correct.  I think it would be in

14     terms of, you know, environments that we

15     spoke about and all of the brands that

16     we're managing, we view UPR as a tool that

17     allows us to create efficiency and will

18     live with, you know, that price floor being

19     set in that way.

20               MR. GOLD:  Jesus, we can take

21          down this document.

22     BY MR. GOLD:

23          Q       But other publishers could have

24     decided that for them, based on their

25     specific circumstances, based on their

142

```
 1            K. BLOM - HIGHLY CONFIDENTIAL

 2    find that it doesn't increase.  Maybe

 3    demand is decreased or maybe there's other

 4    factors as to how that auction was going.

 5              So I think, you know, you don't

 6    want to test too many things that could

 7    impact that revenue.

 8        Q    So, you know, you used the word

 9    "experiment."

10              Does UPR restrict a publisher

11    from experimenting with price floors like

12    that?

13        A    I guess so, but you don't have

14    to use UPR.  So I think, in theory, using

15    UPR would restrict that, yeah.

16        Q    But it would be better for

17    publishers to have the option to set

18    different price floors?

19        A    Yes, if, you know, you have the

20    time and team and capability to do those

21    things.

22        Q    Okay.  That makes sense.  I'm

23    going to shift gears away from UPR.

24              And I recall that -- or do you

25    recall that counsel asked you some
```

UNITED STATES vs                                    Ken Blom
GOOGLE                    Highly Confidential

145

```
 1            K. BLOM - HIGHLY CONFIDENTIAL

 2    advertising result than you did from

 3    display.  And so people would not want --

 4    advertisers would not want to treat those

 5    budgets equally because paid search

 6    historically performs better than display.

 7             So you break out your budgets in

 8    that way.

 9       Q     You answered about paid search.

10    I was thinking about social.

11       A     Sorry, yeah, and I only say paid

12    search because my Reprise -- just speaking

13    to my Reprise days was mostly paid search,

14    and that was the very beginning of like the

15    first Facebook ad.

16             So you had a lot of advertisers

17    who had no idea what the ROI of what those

18    social ads could be.

19             If you'd like me to fast forward

20    to today --

21       Q     Sure.

22       A     -- yeah, social budgets are

23    still pretty broken out.  They're different

24    than display, and they're different than

25    online video.
```

1          K. BLOM - HIGHLY CONFIDENTIAL

2              Some advertisers have them sort

3     of converged, and they do a good job

4     optimizing across all of them and maybe one

5     team buys all of them.  It just depends on

6     how big an advertiser you are, right?

7              So a lot of your

8     direct-to-consumers brands aren't going to

9     have three different people buying ads.

10    They'll have one person.

11        Q    Why are they separated, the

12    social budgets, the display budgets, the

13    teams?

14             MR. JUSTUS:  Objection.

15        A    Yeah, budgets will be

16    separated -- you know, similar answer I

17    gave to paid search, but effectiveness is

18    going to be different from social to

19    display.

20             And social over the years is

21    more effective than display and, therefore,

22    that's why you have these different

23    budgets.

24        Q    Okay.

25             MR. GOLD:  Jesus, can we open up

153

| | |
|---|---|
| 1 | K. BLOM - HIGHLY CONFIDENTIAL |
| 2 | OpenX? |
| 3 | MR. JUSTUS:  Objection.  Form. |
| 4 | A     Same.  Don't know off the top of |
| 5 | my head.  If you're asking for a gut |
| 6 | ballpark answer, they're going to be about |
| 7 | 5 percent, too. |
| 8 | Q     Okay. |
| 9 | MR. GOLD:  Jesus, could we |
| 10 | scroll down on the document? |
| 11 | BY MR. GOLD: |
| 12 | Q     I see another that says: |
| 13 | "Colossus." |
| 14 | Do you see that, Mr. Blom? |
| 15 | A     Yes. |
| 16 | Q     Could you ballpark the -- |
| 17 | BuzzFeed's programmatic display revenue |
| 18 | from Colossus? |
| 19 | MR. JUSTUS:  Objection.  Form. |
| 20 | A     I'm just going to keep caveating |
| 21 | the same, going off the top of my head, my |
| 22 | gut reaction would be 1 to 2 percent. |
| 23 | Q     1 to 2 percent. |
| 24 | On the bottom, I see Ozone. |
| 25 | A     Yeah. |

157

1              K. BLOM - HIGHLY CONFIDENTIAL

2     would you expect advertisers to look for

3     other websites to advertise on?

4              MR. GOLD:  Objection.  Form.

5        A     I think they would.  I mean, we

6     didn't see this with price of advertising,

7     but we saw it with ATT and effectiveness of

8     advertising, and I think advertisers did

9     look other places.

10              I don't think they looked to

11    websites.  I think they looked to places

12    like TikTok.

13              So we saw your question play out

14    recently, and it -- yeah, it doesn't mean

15    if something happens on Facebook, do

16    advertisers -- do websites benefit, because

17    there is the looming TikTok of it all.

18       Q     Yeah.  So let me ask you a

19    question.

20              If the rate of return for

21    advertising on Facebook went down and open

22    websites went up, would you expect

23    advertisers to move advertising toward

24    open-web websites?

25              MR. GOLD:  Objection.  Form.

158

1           K. BLOM - HIGHLY CONFIDENTIAL

2      A      Yes, especially if you're saying

3    that the rate of return has gone up for

4    some reason compared to social.

5      Q      And if the rate of return for

6    direct sold advertising goes up relative to

7    open auctions, would you expect advertisers

8    to move toward direct purchases?

9           MR. GOLD:  Objection.  Form.

10      A      I'll answer that with a maybe.

11   I think advertisers, even if -- you know,

12   the classic saying is, We've got a better

13   mousetrap and we will get you better

14   results.

15           Advertisers like what's easy.

16   And they -- probably, many would still

17   continue to buy in the open auction because

18   that's easy.  Whereas I may be saying, hey,

19   buy with us direct over here, I'm going to

20   get you better results, it sounds like more

21   work, so they won't do it.

22      Q      Some would?

23      A      Some would --

24           MR. GOLD:  Objection.  Form.

25      A      -- and I think some would not.