**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF**
**VIRGINIA**
                    **Alexandria Division**

**UNITED STATES**, *et al.*,

      **Plaintiffs,**

**v.**                                              **Case No.: 1:23-cv-00108-LMB-JFA**

**GOOGLE LLC,**

      **Defendant.**

**NON-PARTY DISTRICT COMMUNICATIONS GROUP, LLC'S**
**MOTION TO SEAL**

Pursuant to Local Civil Rules 5(C) and 5(H) and this Court's June 24, 2024 Order (Dkt. 871), non-party District Communications Group, LLC ("DCG"), through its undersigned counsel, respectfully moves this Court to seal portions of certain confidential documents included on Defendant Google LLC's Exhibit List for trial (Dkt. 894).  Specifically, DCG respectfully requests that the Court protect from public view DCG's proprietary information contained in the document identified as DTX 0975 on Google's Exhibit List.  DCG's proposed redaction to this document is reflected in blue highlighting in Exhibit 1 (filed under seal) to the accompanying memorandum of law, which is hereby incorporated by reference.  As explained in the memorandum, sealing this small portion of this documents is necessary and narrowly tailored to protect DCG sensitive, confidential, and business information.

Dated: July 26, 2024                    Respectfully submitted,


                                        **DISTRICT COMMUNICATIONS GROUP, LLC**

                                        By counsel:

1

_____/s/_____
Ian A. Cronogue, Esq. (Va. Bar: 83783)
**BAKER, CRONOGUE, TOLLE & WERFEL, PLC**
1320 Old Chain Bridge Road, Suite 200
McLean, Virginia 22101
Telephone: 703.448.1810
Facsimile: 703.448.3336
iancronogue@bctwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the July 26, 2024, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to

all counsel of record.

_____/s/_____
Ian A. Cronogue, Esq. (Va. Bar: 83783)
**BAKER, CRONOGUE, TOLLE & WERFEL, PLC**
1320 Old Chain Bridge Road, Suite 200
McLean, Virginia 22101
Telephone: 703.448.1810
Facsimile: 703.448.3336
iancronogue@bctwlaw.com