# Exhibit 1
# (REDACTIONS APPLIED
# UNREADATED COPES
# FILED UNDER SEAL)

**The District Communications Group LLC**                    **Invoice**

**Bill From**

The District Communications Group LLC
633 E Street, SE
Washington
DC
20003
United States

| Contact | Nina Grigsby |
| Tel | 2404813580 |
| Email | nina.grigsby@dcgcommunications.com |

**Ship From**

The District Communications Group LLC
633 E Street, SE
Washington
DC
20003
United States

**Bill To**

Department of Veterans Affairs
Financial Services Center
PO Box 149971
Austin
TX
78714-9971

| Contact | Crystal White |
| Tel | |
| Email | crystal.white2@va.gov |

**Ship To**

Department of Veterans Affairs
Financial Services Center
PO Box 149971
Austin
TX
78714-9971

| Invoice No. | 3211 |
| PO Number | 101-C00358 |
| Vendor Code | 273598169 |
| Invoice Date | 07/31/2020 |
| Currency | US Dollar |
| Amount to pay | ▮▮▮▮▮▮ |

| Sent by Tungsten Network on | 08/05/2020 |
| Tungsten Network Transaction Number | BAA000016894982 |
| Supplier Tungsten Number | AAA605653260 |
| Buyer Tungsten Number | AAA544240062 |
| Status | Sent |

| Delivery Note | |
| Delivery Date | 07/31/2020 |
| Payment Due By | 08/31/2020 |

**Remit To Address**

The District Communications Group, LLC
Adam Clampitt
633 E St SE
Washington
DC
20003
UNITED STATES

| Line | Description | Quantity | Unit | Unit Price | Total | Discount % | Discount | Amount |
|------|-------------|----------|------|-----------|-------|-----------|----------|--------|
| | Line Item | 1 | Each | 2,519,620.60 | | 0.00 | 0.00 | 2,519,620.600 |
| | 0032 ODC - Paid Nedia Buy | | | | | | | |
| | Line Item | 1 | Each | ▮▮▮▮ | | 0.00 | 0.00 | ▮▮▮▮ |
| | 0032 ODC - ▮▮▮▮▮▮▮▮▮ | | | | | | | |

**Original Invoice No.**
**Invoice Payment Information**   Payment to be made as normal
**Supplier Tax Registration Number**   27-3598169
**Buyer tax registration number**   741612229
**Supplier Company Registration Number**   N/A
**Delivery Tax Registration Number**   741612229
**Ship From Tax Registration Number**   27-3598169

| Total Before Tax | ▮▮▮▮▮ |
| Tax | 0.00 |
| Total with Tax | ▮▮▮▮▮ |

**Contract Number**          VA119A-17-A-0027 /36C10X19F0105

**Withholding Tax**          0

**Supplier Data 1**          313-382-8205

---

Tungsten Network e-Invoice                                    www.tungsten-network.com

---



Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452
United States

Account: 940783483054283

## Billing Report: 07/01/2020 - 07/31/2020

Facebook Ads Payment
Payment Method: American Express*1133

| Date Billed | Transaction ID | Amount Billed |
|---|---|---|
| 07/31/2020 | 3144721168978022-6148809 | $900.00 USD |
| 07/31/2020 | 3125503160899824-6148690 | $900.00 USD |
| 07/31/2020 | 3066587650124703-6148586 | $900.00 USD |
| 07/31/2020 | 2967782260005250-6148493 | $900.00 USD |
| 07/31/2020 | 3154413034675505-6148367 | $900.00 USD |
| 07/31/2020 | 3087171781399625-6148183 | $900.00 USD |
| 07/31/2020 | 3014821625301310-6148057 | $900.00 USD |
| 07/31/2020 | 3197124593737677-6147932 | $900.00 USD |
| 07/31/2020 | 3134872746629527-6147804 | $900.00 USD |
| 07/31/2020 | 3086896714760465-6147682 | $900.00 USD |
| 07/31/2020 | 3014488332001306-6147550 | $900.00 USD |
| 07/31/2020 | 3153857491397726-6147378 | $900.00 USD |
| 07/31/2020 | 3086602974789839-6147210 | $900.00 USD |
| 07/31/2020 | 3065704470213021-6147062 | $900.00 USD |
| 07/31/2020 | 3153657174751091-6146880 | $900.00 USD |
| 07/31/2020 | 3086403574809779-6146670 | $900.00 USD |
| 07/31/2020 | 3013966428720163-6146534 | $900.00 USD |
| 07/31/2020 | 3153363271447148-6146389 | $900.00 USD |
| 07/31/2020 | 3123976531052487-6146243 | $900.00 USD |
| 07/31/2020 | 3080529345397209-6146102 | $900.00 USD |

VET-AF-ADS-0000376133

| Date | Transaction ID | Amount |
|---|---|---|
| 07/31/2020 | 2966410740142402-6145984 | $900.00 USD |
| 07/31/2020 | 3153047721478703-6145872 | $900.00 USD |
| 07/31/2020 | 3123611287755678-6145748 | $900.00 USD |
| 07/31/2020 | 3080218552094955-6145621 | $900.00 USD |
| 07/31/2020 | 3195629217220548-6145443 | $900.00 USD |
| 07/31/2020 | 3085447144905422-6145180 | $900.00 USD |
| 07/31/2020 | 2965893413527468-6144961 | $900.00 USD |
| 07/31/2020 | 3142604832522989-6144821 | $900.00 USD |
| 07/31/2020 | 3085195091597294-6144657 | $900.00 USD |
| 07/31/2020 | 3012807932169346-6144509 | $900.00 USD |
| 07/31/2020 | 3152233331560142-6144386 | $900.00 USD |
| 07/31/2020 | 3122661801183960-6144229 | $900.00 USD |
| 07/31/2020 | 3012449945538478-6144009 | $900.00 USD |
| 07/31/2020 | 3012224208894385-6143527 | $900.00 USD |
| 07/31/2020 | 3011495378967268-6142990 | $900.00 USD |
| 07/31/2020 | 3011180378998768-6142550 | $900.00 USD |
| 07/31/2020 | 3120712408045566-6142206 | $900.00 USD |
| 07/31/2020 | 3077542749029202-6141604 | $900.00 USD |
| 07/31/2020 | 3139846166132189-6140820 | $900.00 USD |
| 07/31/2020 | 3009740362476103-6140535 | $900.00 USD |
| 07/31/2020 | 3149472258502916-6140375 | $900.00 USD |
| 07/31/2020 | 3119592698157537-6140246 | $900.00 USD |
| 07/31/2020 | 3076684125781731-6140102 | $900.00 USD |
| 07/30/2020 | 3009348835848589-6139992 | $900.00 USD |
| 07/30/2020 | 3149246348525507-6139883 | $900.00 USD |
| 07/30/2020 | 3139337756183030-6139797 | $900.00 USD |

VET-AF-ADS-0000376134

| 07/30/2020 | 3119367951513345-6139712 | $900.00 USD |
| 07/30/2020 | 3076440302472780-6139629 | $900.00 USD |
| 07/30/2020 | 3076439875806156-6139586 | $900.00 USD |
| 07/30/2020 | 3009055429211263-6139491 | $900.00 USD |
| 07/30/2020 | 3191521294298007-6139429 | $900.00 USD |
| 07/30/2020 | 3149120028538139-6139355 | $900.00 USD |
| 07/30/2020 | 3128843910565744-6139282 | $900.00 USD |
| 07/30/2020 | 3119225374860936-6139185 | $900.00 USD |
| 07/30/2020 | 3076303665819777-6139086 | $900.00 USD |
| 07/30/2020 | 3008917249225081-6139008 | $900.00 USD |
| 07/30/2020 | 3191271254323011-6138903 | $900.00 USD |
| 07/30/2020 | 3138966992886773-6138814 | $900.00 USD |
| 07/30/2020 | 3118956278221179-6138703 | $900.00 USD |
| 07/30/2020 | 3081471011969702-6138629 | $900.00 USD |
| 07/30/2020 | 3060653850718083-6138535 | $900.00 USD |
| 07/30/2020 | 2962008903915919-6138445 | $900.00 USD |
| 07/30/2020 | 3148634708586671-6138376 | $900.00 USD |
| 07/30/2020 | 3138710959579043-6138299 | $900.00 USD |
| 07/30/2020 | 3128264037290398-6138232 | $900.00 USD |
| 07/30/2020 | 3118669538249853-6138156 | $900.00 USD |
| 07/30/2020 | 3075788299204647-6138065 | $900.00 USD |
| 07/30/2020 | 2961753553941454-6137965 | $900.00 USD |
| 07/30/2020 | 3190897177693752-6137890 | $900.00 USD |
| 07/30/2020 | 3148539361929539-6137824 | $900.00 USD |
| 07/30/2020 | 3128161257300676-6137737 | $900.00 USD |
| 07/30/2020 | 3081105798672890-6137627 | $900.00 USD |

VET-AF-ADS-0000376135

| 07/30/2020 | 3060302717419863-6137532 | $900.00 USD |
| 07/30/2020 | 2961661050617371-6137448 | $900.00 USD |
| 07/30/2020 | 3148415405275268-6137342 | $900.00 USD |
| 07/30/2020 | 3128025777314224-6137238 | $900.00 USD |
| 07/30/2020 | 3075553352561475-6137065 | $900.00 USD |
| 07/30/2020 | 3190460204404116-6136854 | $900.00 USD |
| 07/30/2020 | 3127747867342015-6136715 | $900.00 USD |
| 07/30/2020 | 3075291359254341-6136588 | $900.00 USD |
| 07/30/2020 | 3147804238669718-6136361 | $900.00 USD |
| 07/30/2020 | 3189746984475438-6135897 | $900.00 USD |
| 07/30/2020 | 3059295994187202-6135512 | $900.00 USD |
| 07/30/2020 | 3137329499717189-6135260 | $900.00 USD |
| 07/29/2020 | 3074370392679771-6135067 | $900.00 USD |
| 07/29/2020 | 3006803689436437-6134962 | $900.00 USD |
| 07/29/2020 | 3189209654529171-6134867 | $900.00 USD |
| 07/29/2020 | 3147028778747264-6134795 | $900.00 USD |
| 07/29/2020 | 3126494017467400-6134724 | $900.00 USD |
| 07/29/2020 | 3116859308430876-6134679 | $900.00 USD |
| 07/29/2020 | 3079614285488708-6134619 | $900.00 USD |
| 07/29/2020 | 3058818134234988-6134529 | $900.00 USD |
| 07/29/2020 | 2960100050773471-6134448 | $900.00 USD |
| 07/29/2020 | 3188879477895522-6134363 | $900.00 USD |
| 07/29/2020 | 3136863743097098-6134279 | $900.00 USD |
| 07/29/2020 | 3116576881792452-6134192 | $900.00 USD |
| 07/29/2020 | 3073885869394890-6134065 | $900.00 USD |
| 07/29/2020 | 3006231389493667-6133953 | $900.00 USD |

VET-AF-ADS-0000376136

| | | |
|---|---|---|
| 07/29/2020 | 3146606615456147-6133837 | $900.00 USD |
| 07/29/2020 | 3126020377514764-6133713 | $900.00 USD |
| 07/29/2020 | 3079149398868530-6133634 | $900.00 USD |
| 07/29/2020 | 3073700316080112-6133554 | $900.00 USD |
| 07/29/2020 | 3006053062844833-6133489 | $900.00 USD |
| 07/29/2020 | 2959676837482459-6133415 | $900.00 USD |
| 07/29/2020 | 3146447518805390-6133322 | $900.00 USD |
| 07/29/2020 | 3136503066466499-6133252 | $900.00 USD |
| 07/29/2020 | 3116205408496266-6133177 | $900.00 USD |
| 07/29/2020 | 3078980758885394-6133096 | $900.00 USD |
| 07/29/2020 | 3058241124292689-6133007 | $900.00 USD |
| 07/29/2020 | 2959519917498151-6132919 | $900.00 USD |
| 07/29/2020 | 3146263785490430-6132824 | $900.00 USD |
| 07/29/2020 | 3136311033152369-6132736 | $900.00 USD |
| 07/29/2020 | 3073342382782572-6132562 | $900.00 USD |
| 07/29/2020 | 2959319610851515-6132406 | $900.00 USD |
| 07/29/2020 | 3145977672185708-6132322 | $900.00 USD |
| 07/29/2020 | 3115685728548234-6132131 | $900.00 USD |
| 07/29/2020 | 2959006900882786-6131921 | $900.00 USD |
| 07/29/2020 | 3145591788890963-6131810 | $900.00 USD |
| 07/29/2020 | 3078073652309438-6131612 | $900.00 USD |
| 07/29/2020 | 3187401268043343-6131346 | $900.00 USD |
| 07/29/2020 | 3004765542973585-6130972 | $900.00 USD |
| 07/29/2020 | 3114836205299853-6130662 | $900.00 USD |
| 07/29/2020 | 2958199760963500-6130410 | $900.00 USD |
| 07/28/2020 | 3134932829956856-6130222 | $900.00 USD |

VET-AF-ADS-0000376137

| | | |
|---|---|---|
| 07/28/2020 | 3114426105340863-6130125 | $900.00 USD |
| 07/28/2020 | 3071943199589157-6130049 | $900.00 USD |
| 07/28/2020 | 3056684504448351-6129990 | $900.00 USD |
| 07/28/2020 | 2957873420996134-6129911 | $900.00 USD |
| 07/28/2020 | 3186379421478861-6129842 | $900.00 USD |
| 07/28/2020 | 3134491726667633-6129746 | $900.00 USD |
| 07/28/2020 | 3113901942059946-6129650 | $900.00 USD |
| 07/28/2020 | 3071480619635415-6129544 | $900.00 USD |
| 07/28/2020 | 3055870424529759-6128968 | $900.00 USD |
| 07/28/2020 | 3113112545472219-6128658 | $900.00 USD |
| 07/28/2020 | 2956754111108065-6128390 | $900.00 USD |
| 07/28/2020 | 3112494338867373-6128166 | $900.00 USD |
| 07/28/2020 | 3002254069891399-6127917 | $900.00 USD |
| 07/28/2020 | 3069801606469983-6127556 | $900.00 USD |
| 07/28/2020 | 3121155618001240-6127209 | $900.00 USD |
| 07/28/2020 | 3131762746940531-6126753 | $900.00 USD |
| 07/28/2020 | 3183244625125674-6126350 | $900.00 USD |
| 07/28/2020 | 3073032666146870-6125596 | $900.00 USD |
| 07/28/2020 | 3119751714808297-6125183 | $900.00 USD |
| 07/27/2020 | 2999635303486609-6124959 | $900.00 USD |
| 07/27/2020 | 3140522422731233-6124796 | $900.00 USD |
| 07/27/2020 | 3067378326712311-6124549 | $900.00 USD |
| 07/27/2020 | 2953491231434353-6124360 | $900.00 USD |
| 07/27/2020 | 3071900679593402-6124050 | $900.00 USD |
| 07/27/2020 | 3118714741578661-6123678 | $900.00 USD |
| 07/27/2020 | 3180707255379411-6123332 | $900.00 USD |

VET-AF-ADS-0000376138

| | | |
|---|---|---|
| 07/27/2020 | 2997833827000090-6122935 | $900.00 USD |
| 07/27/2020 | 3065674420216035-6122510 | $900.00 USD |
| 07/27/2020 | 2951591678290975-6121859 | $900.00 USD |
| 07/27/2020 | 3138197219630420-6120739 | $900.00 USD |
| 07/26/2020 | 3138036726313136-6120271 | $900.00 USD |
| 07/26/2020 | 3049667761816692-6119940 | $900.00 USD |
| 07/26/2020 | 3064538530329624-6119523 | $900.00 USD |
| 07/26/2020 | 3106488102801330-6119102 | $900.00 USD |
| 07/26/2020 | 3137262923057183-6118747 | $900.00 USD |
| 07/26/2020 | 3178430775607059-6118319 | $900.00 USD |
| 07/26/2020 | 2950108595105950-6117846 | $900.00 USD |
| 07/26/2020 | 3177834898999980-6117277 | $900.00 USD |
| 07/25/2020 | 3114941155289353-6116165 | $900.00 USD |
| 07/25/2020 | 3177113142405489-6115819 | $900.00 USD |
| 07/25/2020 | 2993942650722541-6115405 | $900.00 USD |
| 07/25/2020 | 3047401688709966-6114927 | $900.00 USD |
| 07/25/2020 | 3062341403882670-6114461 | $900.00 USD |
| 07/25/2020 | 3066835756766561-6114035 | $900.00 USD |
| 07/25/2020 | 3103728889743918-6113564 | $900.00 USD |
| 07/25/2020 | 3103260776457396-6113018 | $900.00 USD |
| 07/25/2020 | 3123892401060899-6112119 | $900.00 USD |
| 07/24/2020 | 3064952066954930-6110977 | $900.00 USD |
| 07/24/2020 | 3064606043656199-6110461 | $900.00 USD |
| 07/24/2020 | 3044516508998484-6109882 | $900.00 USD |
| 07/24/2020 | 2990348521081954-6109340 | $900.00 USD |
| 07/24/2020 | 2945323445584465-6108756 | $900.00 USD |

VET-AF-ADS-0000376139

| | | |
|---|---|---|
| 07/24/2020 | 3172842832832520-6108218 | $900.00 USD |
| 07/24/2020 | 3100094430107364-6107476 | $900.00 USD |
| 07/24/2020 | 3130992893684186-6106636 | $900.00 USD |
| 07/24/2020 | 3062105750572895-6105912 | $900.00 USD |
| 07/23/2020 | 3061925000590970-6105456 | $900.00 USD |
| 07/23/2020 | 3108960505887418-6105056 | $900.00 USD |
| 07/23/2020 | 3119924591457680-6104578 | $900.00 USD |
| 07/23/2020 | 3108567279260074-6104072 | $900.00 USD |
| 07/23/2020 | 2942659652517511-6103741 | $900.00 USD |
| 07/23/2020 | 2986769904773149-6103287 | $900.00 USD |
| 07/23/2020 | 3040784209371714-6102828 | $900.00 USD |
| 07/23/2020 | 3128370170613125-6102128 | $900.00 USD |
| 07/23/2020 | 3059175777532559-6100929 | $900.00 USD |
| 07/22/2020 | 3039560366160765-6100836 | $900.00 USD |
| 07/22/2020 | 2984837441633062-6100809 | $900.00 USD |
| 07/22/2020 | 2940739739376169-6100719 | $900.00 USD |
| 07/22/2020 | 3039309906185811-6100302 | $900.00 USD |
| 07/22/2020 | 3054049181378559-6099843 | $900.00 USD |
| 07/22/2020 | 3038868839563251-6099315 | $900.00 USD |
| 07/22/2020 | 3058157064301097-6098903 | $900.00 USD |
| 07/22/2020 | 3105142699602532-6098507 | $900.00 USD |
| 07/22/2020 | 3094402500676557-6097946 | $900.00 USD |
| 07/22/2020 | 3104204886362980-6096495 | $900.00 USD |
| 07/21/2020 | 3037204753062993-6095801 | $900.00 USD |
| 07/21/2020 | 3103606726422796-6095477 | $900.00 USD |
| 07/21/2020 | 3051483858301758-6094794 | $900.00 USD |

VET-AF-ADS-0000376140

| | | |
|---|---|---|
| 07/21/2020 | 3036279773155491-6094251 | $900.00 USD |
| 07/21/2020 | 3051032091680268-6093800 | $900.00 USD |
| 07/21/2020 | 3055367551246715-6093356 | $900.00 USD |
| 07/21/2020 | 3035210919929043-6092731 | $900.00 USD |
| 07/21/2020 | 3162871387162998-6092090 | $900.00 USD |
| 07/21/2020 | 3048872878562856-6091315 | $900.00 USD |
| 07/20/2020 | 3111754022274737-6090979 | $900.00 USD |
| 07/20/2020 | 2934970533286423-6090632 | $900.00 USD |
| 07/20/2020 | 3161144477335689-6090084 | $900.00 USD |
| 07/20/2020 | 2934012843382192-6089651 | $900.00 USD |
| 07/20/2020 | 3047096118740532-6089296 | $900.00 USD |
| 07/20/2020 | 3087406134709527-6088844 | $900.00 USD |
| 07/20/2020 | 3050876261695844-6088291 | $900.00 USD |
| 07/20/2020 | 3109115552538584-6087433 | $900.00 USD |
| 07/19/2020 | 3108624232587716-6086437 | $900.00 USD |
| 07/19/2020 | 3030560800394055-6086168 | $900.00 USD |
| 07/19/2020 | 3045331258917018-6085751 | $900.00 USD |
| 07/19/2020 | 3045098402273637-6085223 | $900.00 USD |
| 07/19/2020 | 3085312298252244-6084843 | $900.00 USD |
| 07/19/2020 | 3107488152701324-6084437 | $900.00 USD |
| 07/19/2020 | 3157383051045165-6084030 | $900.00 USD |
| 07/19/2020 | 3157080417742095-6083532 | $900.00 USD |
| 07/19/2020 | 3116857818431027-6082446 | $900.00 USD |
| 07/18/2020 | 3156489854467818-6081997 | $900.00 USD |
| 07/18/2020 | 3047767812006689-6081725 | $900.00 USD |
| 07/18/2020 | 3047617642021706-6081268 | $900.00 USD |

VET-AF-ADS-0000376141

| | | |
|---|---|---|
| 07/18/2020 | 3083167385133402-6080791 | $900.00 USD |
| 07/18/2020 | 3115908398525969-6080476 | $900.00 USD |
| 07/18/2020 | 2929022573881219-6080070 | $900.00 USD |
| 07/18/2020 | 3027360834047385-6079647 | $900.00 USD |
| 07/18/2020 | 2928532403930236-6079071 | $900.00 USD |
| 07/18/2020 | 3041478079302336-6077678 | $900.00 USD |
| 07/17/2020 | 2927402310709912-6077038 | $900.00 USD |
| 07/17/2020 | 3103437113106428-6076412 | $900.00 USD |
| 07/17/2020 | 3113298102120332-6075922 | $900.00 USD |
| 07/17/2020 | 3102805723169567-6075396 | $900.00 USD |
| 07/17/2020 | 3079388645511276-6074791 | $900.00 USD |
| 07/17/2020 | 2967816733335133-6074068 | $900.00 USD |
| 07/17/2020 | 2967189433397863-6073091 | $900.00 USD |
| 07/17/2020 | 3151321204984683-6072450 | $900.00 USD |
| 07/16/2020 | 3111251198991689-6071926 | $900.00 USD |
| 07/16/2020 | 3042365782546892-6071736 | $900.00 USD |
| 07/16/2020 | 2966608960122577-6071577 | $900.00 USD |
| 07/16/2020 | 3110989572351185-6070887 | $900.00 USD |
| 07/16/2020 | 2966369823479824-6070533 | $900.00 USD |
| 07/16/2020 | 3110739825709493-6070383 | $900.00 USD |
| 07/16/2020 | 3041810385935765-6070173 | $900.00 USD |
| 07/16/2020 | 3076963952420412-6069704 | $900.00 USD |
| 07/16/2020 | 3109822345801241-6068877 | $900.00 USD |
| 07/16/2020 | 3075937382523069-6067754 | $900.00 USD |
| 07/15/2020 | 3148612058588931-6066915 | $900.00 USD |
| 07/15/2020 | 3020720251378110-6066575 | $900.00 USD |

VET-AF-ADS-0000376142

| | | |
|---|---|---|
| 07/15/2020 | 3035130293270448-6066115 | $900.00 USD |
| 07/15/2020 | 2963541403762666-6065549 | $900.00 USD |
| 07/15/2020 | 3039000922883378-6065170 | $900.00 USD |
| 07/15/2020 | 3073995619383912-6064728 | $900.00 USD |
| 07/15/2020 | 2920681011382042-6063956 | $900.00 USD |
| 07/15/2020 | 3106093216174154-6062350 | $900.00 USD |
| 07/14/2020 | 3084129055037230-6061776 | $900.00 USD |
| 07/14/2020 | 3145548288895308-6061397 | $900.00 USD |
| 07/14/2020 | 3095396413910498-6060845 | $900.00 USD |
| 07/14/2020 | 3071785692938238-6060217 | $900.00 USD |
| 07/14/2020 | 3094789893971150-6059787 | $900.00 USD |
| 07/14/2020 | 3104698876313588-6059346 | $900.00 USD |
| 07/14/2020 | 3093573800759426-6058291 | $900.00 USD |
| 07/13/2020 | 2916445141805629-6056897 | $900.00 USD |
| 07/13/2020 | 3029362213847256-6056528 | $900.00 USD |
| 07/13/2020 | 3091856430931163-6056167 | $900.00 USD |
| 07/13/2020 | 3079569818826487-6055556 | $900.00 USD |
| 07/13/2020 | 3101121553337987-6055146 | $900.00 USD |
| 07/13/2020 | 3090234241093382-6054642 | $900.00 USD |
| 07/13/2020 | 3027303010719843-6053899 | $900.00 USD |
| 07/13/2020 | 3078150022301800-6052533 | $900.00 USD |
| 07/12/2020 | 3011740042276131-6051862 | $900.00 USD |
| 07/12/2020 | 3026545740795570-6051428 | $900.00 USD |
| 07/12/2020 | 3030175073765963-6050928 | $900.00 USD |
| 07/12/2020 | 3029852273798243-6050483 | $900.00 USD |
| 07/12/2020 | 3077086375741498-6050048 | $900.00 USD |

VET-AF-ADS-0000376143

| | | |
|---|---|---|
| 07/12/2020 | 3076925039090965-6049560 | $900.00 USD |
| 07/12/2020 | 3137602909689846-6048692 | $900.00 USD |
| 07/11/2020 | 3087112184738921-6047588 | $900.00 USD |
| 07/11/2020 | 2952993714817435-6047326 | $900.00 USD |
| 07/11/2020 | 3009487955834673-6046861 | $900.00 USD |
| 07/11/2020 | 2952562128193927-6046295 | $900.00 USD |
| 07/11/2020 | 3023865571063587-6045867 | $900.00 USD |
| 07/11/2020 | 2910274995755977-6045223 | $900.00 USD |
| 07/11/2020 | 3023262527790558-6044386 | $900.00 USD |
| 07/10/2020 | 2950615695055237-6042307 | $900.00 USD |
| 07/10/2020 | 3134267950023342-6041657 | $900.00 USD |
| 07/10/2020 | 3133987273384743-6041152 | $900.00 USD |
| 07/10/2020 | 3094155800701229-6040586 | $900.00 USD |
| 07/10/2020 | 3006151769501625-6039782 | $900.00 USD |
| 07/10/2020 | 3132701340180003-6038647 | $900.00 USD |
| 07/09/2020 | 3005186736264795-6037796 | $900.00 USD |
| 07/09/2020 | 3058325634284244-6037443 | $600.00 USD |
| 07/09/2020 | 3081775245272615-6037040 | $400.00 USD |
| 07/09/2020 | 2906194306164046-6036713 | $250.00 USD |
| 07/09/2020 | 3057892414327566-6036436 | $250.00 USD |
| 07/09/2020 | 3004459576337511-6036312 | $175.00 USD |
| 07/09/2020 | 2947633468686793-6036265 | $125.00 USD |
| 07/09/2020 | 2947633218686818-6036241 | $75.00 USD |
| 07/09/2020 | 2947633068686833-6036217 | $50.00 USD |
| 07/09/2020 | 2906053372844806-6036202 | $35.00 USD |
| 07/09/2020 | 2906053116178165-6036174 | $25.00 USD |

VET-AF-ADS-0000376144

| 07/09/2020 | 3131499673633503-6036137 | $25.00 USD |
| 07/09/2020 | 3091944037589072-6036108 | $25.00 USD |
| | **TOTAL** | $268,435.00 USD |

VET-AF-ADS-0000376145



**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

# Invoice

Invoice number: 3772177611

**Bill to**

Leah Brayman

J.R. Reingold & Associates, Inc.

1321 Duke St.

Alexandria, VA 22314

United States

| Details | |
|---|---|
| Invoice number | 3772177611 |
| Invoice date | Jul 31, 2020 |
| Payment terms | Net 45 |
| Billing ID | 0290-8353-8035 |
| Account ID | 460-036-0617 |

**Google Ads**

Total amount due in USD                    **$7,838.13**

**Due Sep 14, 2020**

Summary for Jul 7, 2020 - Jul 31, 2020

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $7,838.13 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $7,838.13 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

| **To pay by wire transfer, send to:** | **Bank branch address:** | **To pay by check, mail to:** |
|---|---|---|
| Account holder name: Google LLC | Wells Fargo Bank, N.A. | Google LLC |
| Bank: Wells Fargo | 420 Montgomery St | Dept. 33654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | P.O. Box 39000 |
| ABA #: 121000248 | USA | San Francisco, CA 94139 |
| Account #: 4121100648 | | United States |

Highly Confidential                    VET-AF-ADS-0000376146

 **Invoice**

Invoice number: 3772177611

**Account:** PREVENTS | Search

**Account ID:** 460-036-0617

**Account budget:** J.R. Reingold & Associates, Inc. - Jul 7, 2020

Jul 7, 2020 - Jul 31, 2020

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| PREVENTS Branding | 1019 | Clicks | 6,956.00 |
| PREVENTS Prevention | 55 | Clicks | 522.22 |
| PREVENTS Awareness | 56 | Clicks | 359.91 |
| | Subtotal in USD | | $7,838.13 |
| | Tax (0%) | | $0.00 |
| | Total in USD | | **$7,838.13** |

Highly Confidential

VET-AF-ADS-0000376147



# Invoice

Invoice number: 3777589457

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

**Bill to**
Leah Brayman
J.R. Reingold & Associates, Inc.
1321 Duke Street
Alexandria, VA 22314
United States

**Details**

| | |
|---|---|
| Invoice number | 3777589457 |
| Invoice date | Jul 31, 2020 |
| Payment terms | Net 45 |
| Billing ID | 0290-8353-8035 |

**Campaign Manager**

Total amount due in USD **$23,480.05**
**Due Sep 14, 2020**

Summary for Jul 1, 2020 - Jul 31, 2020

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $23,480.05 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $23,480.05 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**
Account holder name: Google LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: 4121100648

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
Google LLC
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
United States

Highly Confidential

VET-AF-ADS-0000376148

 **Invoice**

Invoice number: 3777589457

**Account ID: 1119323**
**Adserving for DCM, Advertiser Id:10138755**
**Jul 1, 2020 - Jul 31, 2020**

| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|
| Advertiser: "VA_PREVENTS", ID: 10138755 - Campaign: "prevents_display_banner", ID: 24372058 - Fee: AD SERVING | CPM | 0.08400 | 269,612,759 | 22,647.47 |
| Advertiser: "VA_PREVENTS", ID: 10138755 - Campaign: "va_prevents_ctv", ID: 24480989 - Fee: AD SERVING | CPM | 0.08400 | 2,060,852 | 173.11 |
| Advertiser: "VA_PREVENTS", ID: 10138755 - Campaign: "va_prevents_ctv", ID: 24480989 - Fee: In-Stream Video | CPM | 0.32000 | 2,060,852 | 659.47 |

|  |  |
|---|---|
| Subtotal in USD | $23,480.05 |
| Tax (0%) | $0.00 |

| Total in USD | **$23,480.05** |
|---|---|

Highly Confidential

VET-AF-ADS-0000376149



Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

# Invoice

Invoice number: 3775551376

**Bill to**

Leah Brayman

J.R. Reingold & Associates, Inc.

1321 Duke Street

Alexandria, VA 22314

United States

**Details**

| | |
|---|---|
| Invoice number | 3775551376 |
| Invoice date | Jul 31, 2020 |
| Payment terms | Net 45 |
| Billing ID | 0290-8353-8035 |

**Display and Video 360**

Total amount due in USD    **$1,219,867.42**

**Due Sep 14, 2020**

Summary for Jul 1, 2020 - Jul 31, 2020

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $1,219,867.42 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $1,219,867.42 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**

Account holder name: Google LLC

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: 4121100648

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

Google LLC

Dept. 33654

P.O. Box 39000

San Francisco, CA 94139

United States

Highly Confidential    VET-AF-ADS-0000376150

 **Invoice**

Invoice number: 3775551376

Advertiser Id:523685470

Jul 1, 2020 - Jul 31, 2020

| Description | Quantity | UOM | Amount($) |
|---|---|---|---|
| Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: Display Splash ID: 4393042 | 1 | EA | 772,080.94 |
| Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Awareness ID: 4426129 | 1 | EA | 219,351.28 |
| Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS Community Awareness ID: 4486457 | 1 | EA | 33,770.86 |
| Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Pledge ID: 4471501 | 1 | EA | 30,243.40 |
| Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: Display Splash ID: 4393042 | 1 | EA | 115,812.14 |
| Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Awareness ID: 4426129 | 1 | EA | 26,061.59 |
| Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS Community Awareness ID: 4486457 | 1 | EA | 5,065.63 |
| Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Pledge ID: 4471501 | 1 | EA | 4,536.51 |
| Data Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Awareness ID: 4426129 | 1 | EA | 10,133.43 |
| Data Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Pledge ID: 4471501 | 1 | EA | 2,168.46 |
| Data Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS Community Awareness ID: 4486457 | 1 | EA | 1,096.73 |
| Previous month(s) Invalid Traffic Adjustment Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Awareness ID: 4426129 | 1 | EA | -0.99 |
| Previous month(s) Invalid Traffic Adjustment Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: PREVENTS National Awareness ID: 4426129 | 1 | EA | -6.55 |
| Previous month(s) Invalid Traffic Adjustment Platform Fee - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: Display Splash ID: 4393042 | 1 | EA | -58.18 |
| Previous month(s) Invalid Traffic Adjustment Media Cost - Partner: J.R. Reingold & Associates ID: 5572634 - Advertiser: VA_PREVENTS ID: 523685470 - Campaign: Display Splash ID: 4393042 | 1 | EA | -387.83 |

| | |
|---|---|
| Subtotal in USD | $1,219,867.42 |
| Tax (0%) | $0.00 |

**Total in USD** **$1,219,867.42**

Highly Confidential

VET-AF-ADS-0000376151

**Adobe Contract Number: 00821924**



## Insertion Order

**Campaign:** DCGCommunications_PREVENT_Linear_ACTV_3Q'20

**Brand:** US Department of Veteran Affairs

**Agency:** DCG Communications

**Currency:** USD

| Line Number | Start Dat | End Date | IO Line Description | Billing Cycle | License Metric/ Unit of Measure | Quantity (Net) | Impressions | Rate (Net) | Total |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 August 2020 | 30 August 2020 | DCGCommunications_Veteran _3Q'20_A18+ | Monthly as Incurred | Thousands AD IMPRESSIONS One-Time | 205,761.317 | 205,761,317 | $4.86 | $1,000,000.00 |
| | | | | | Total (Net): | 205,761,317 | | $4.86 | $1,000,000.00 |

| Deliverables/Targeting Details/Notes |
|---|
| Campaign was pre-paid. Invoice for $1,000,000 will be sent on 8/15. |

**Billing Period Totals**

| Flight Weeks | Date/Month (by Broadcast Month) | | Total Billable (Net) |
|---|---|---|---|
| 8/3, 8/10, 8/17, 8/24 | 8/6/20-8/30/20 | August | $1,000,000.00 |
| | | Total Billable (Net): | $1,000,000.00 |

**04 August 2020 11:45:13 AM**
CONFIDENTIAL

Highly Confidential

VET-AF-ADS-0000376152

**Adobe Contract Number: 00821924**



Insertion Order

| **Advertiser :** 1460704 | **Bill-To :** 0001541038 | **Entity Name:** 0001541038 |
|---|---|---|
| **US DEPARTMENT OF VETERAN AFFAIRS**<br><br>810 VERMONT AVE NW<br><br>WASHINGTON, DC 20420<br><br>UNITED STATES | DCG COMMUNICATIONS<br>1440 G ST. NW<br>WASHINGTON, DC 20005-2001<br>UNITED STATES | DCG COMMUNICATIONS<br>1440 G ST. NW<br>WASHINGTON, DC 20005-2001<br>UNITED STATES |
| Adobe Contact: Shirley Lau<br>Contact email: shirleyl@adobe.com<br><br><br>Adobe Contact: Nicole Straffi<br>Contact email: straffi@adobe.com | Invoicing Contact Name:  Nina Grigsby<br>Contact Email:<br>nina.grigsby@dcgcommunications.com<br><br>Client PO# n/a | Customer Admin Name: Kate Flanagan<br>Contact Email:<br>kate.flanagan@dcgcommunications.com |

**Payment Terms:** Ad Cloud Pre-Paid

**Legal terms:**

[Billing Cycle: Monthly in Advance]
[Unit of Measure: CPM]
[CPM: as provided for by Product Team]

This Insertion Order ("IO") incorporates the version of the General Terms ("General Terms") and Adobe Advertising Cloud PSLT or any applicable successor ("PSLT" together with the General Terms, the "ELTs") in effect on the date this IO is last signed. All references in the ELTs to a Sales Order will for purposes of this IO mean this IO and to a Customer will mean the Adobe customer or Agency signing below. Billing is based solely on Adobe reporting, with data supplied by TV vendors. Adobe will only bill Advertiser based on the total delivered spend amount of spots aired. Customer will pre-pay $1,000,000 by 7/31 before campaign launch. All deals are firm when ordered. Customer will be billed monthly the total delivered dollar amount of actual media delivered based on data supplied by TV vendors. Amounts billed must be paid within

Page **2** of **4**

**04 August 2020 11:45:13 AM**
CONFIDENTIAL

thirty (30) days after the date of the invoice. Due to the standard timeframe in which Adobe receives final logs from TV vendors, billing true-ups for a prior invoice shall be issued to invoices later in the Term. If providing a raw assets, such raw assets must be delivered to Adobe no later than 10 business days prior to the start date set forth in this IO. If a TV broadcast Advertiser quality asset already exists in Extreme Reach (or a mutually agreed upon alternative vendor), such advertising materials must be delivered to Adobe no later than 8 days prior to the start date set forth in this IO. Campaign start is subject to delays if assets are not received on time from Customer. For the Products and Services set forth in this IO only, where purchases are made with suppliers by Adobe for Customer, Adobe will be solely liable for payment to suppliers to the extent the relevant amounts have cleared from Customer to Adobe, and Customer will be solely liable to suppliers for amounts due that have not cleared to Adobe. In the event that only a partial payment has been made from Customer to Adobe, Adobe will be liable to supplier for such partial payment.

**04 August 2020 11:45:13 AM**
CONFIDENTIAL

Highly Confidential

VET-AF-ADS-0000376154

**Adobe Contract Number: 00821924**

**Adobe Inc. (ADUS)**
345 Park Avenue, San Jose CA 95110, United States

**DCG COMMUNICATIONS**
1440 G ST. NW, WASHINGTON, DC  20005 UNITED STATES

*B Holbrook*
<sub>Garrett Holbrook (Aug 4, 2020 16:47 MST)</sub>

*Adam Clampitt*
<sub>Adam Clampitt (Aug 4, 2020 14:03 EDT)</sub>

Authorized Signature

Authorized Signature

Garrett Holbrook

Adam Clampitt

Print Name

Print Name

Director Technical Revenue Ops

President

Title

Title

Aug 4, 2020

Aug 4, 2020

Date

Date

Purchase Order Number:
ECC ID Number: 0001541038

Page **4** of **4**

Highly Confidential

VET-AF-ADS-0000376155