IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

**PLAINTIFF UNITED STATES' OBJECTIONS TO PUBLIC USE
OF CONFIDENTIAL INFORMATION IN FAA DOCUMENTS
AND RELATED MOTION TO SEAL**

Pursuant to this Court's Order of June 24, 2024, Local Civil Rule 5(C), and Paragraph 20 of the Protective Order (Dkt. 203), the United States respectfully objects to Defendant Google LLC's ("Google's") public use at the trial of confidential information in documents on Google's trial exhibit list (ECF No. 894). The United States further moves this Court to seal in its entirety Google's trial exhibit DTX 1081, and to redact certain sensitive information from 28 other documents on Google's trial exhibit list.

The information subject to the United States objections (and related motion to seal) consists of (1) a narrow category of sensitive commercial strategies and pricing information for federal governmental agencies that engage in digital advertising ("Federal Agency Advertisers" or "FAAs"); (2) terms, rates, and fees negotiated between certain FAAs and their contractors; and (3) personal contact and identifying information for a limited number of Navy and Army officials. The grounds for the United States' objections to Google's public use of this confidential information, and the bases for the United States' request to seal in its entirety DTX 1081, and to redact 28 other documents on Google's exhibit list, are set forth in a memorandum

of law filed contemporaneously herewith, in the Appendix attached as Exhibit 1 to the memorandum, and in four signed declarations attached as exhibits 2-5 to the memorandum.

The United States has, pursuant to Local Civil Rule 5(C), filed under seal documents and document excerpts referenced in and attached to the four signed declarations. Those attachments consist of a copy of DTX 1081, and excerpts of the documents on Google's exhibit list containing the pages from which the United States proposes to redact sensitive information. The United States has also, pursuant to Local Civil Rule 5, filed a corresponding notice of sealed filing. Undersigned counsel further certifies that they will serve on counsel for Google unredacted copies of the documents that are the subject of the United States' motion to seal and will deliver copies to this Court in a separate container labeled "UNDER SEAL."

(See following page for signatures.)

Dated: July 26, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Aaron Teitelbaum
AARON M. TEITELBAUM
/s/ Sean Carman
SEAN CARMAN
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States