# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## [Proposed] ORDER

Upon consideration of the United States' objections to Google's public use of confidential information, and the United States' motion to seal in its entirety Google's exhibit DTX 1081, and further to redact certain information from 28 documents on Google's exhibit list, and the declarations and exhibits filed in support thereof, and pursuant to Local Civil Rule 5(C) and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion to seal should be granted and the United States' objections sustained because the withheld information concerning Federal Agency Advertiser commercial strategy, prices, terms, rates, fees, and personal contact information is sensitive business and personal information where the significant interest in confidentiality outweighs the presumption of public access.

Accordingly, for good cause shown, it is hereby

ORDERED that the United States' motion to seal is GRANTED and its objections are SUSTAINED; and it is further

ORDERED that DTX 1081 shall be sealed in its entirety; and it is further

ORDERED that the 28 documents on Google's exhibit list identified by the United States for redaction shall be redacted in accordance with the United States' proposed redactions for those documents. Those 28 documents shall further remain under seal until any and all redaction requests for those documents made by any other third-party have been resolved, at which time all redactions approved by this Court shall be applied to the documents, after which time redacted versions of the documents may be used publicly in the trial of this matter.

DATE: _____  _____