# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL

PLEASE TAKE NOTICE that the United States filed an objection to public use and motion to seal with respect to a subset of Google's trial exhibits. Specifically, the United States is seeking the sealing in its entirety of DTX 1081 and limited redactions to 28 other exhibits. Pursuant to Local Civil Rule 5, the United States hereby notifies Defendant and any interested third parties non-parties that they may submit memoranda in support of or in opposition to the motion in accordance with the Court's scheduling orders in this matter, including, but not limited to, its order of June 24, 2024, and that they may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: July 26, 2024

(See following page for signatures.)

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Aaron Teitelbaum
AARON M. TEITELBAUM
/s/ Sean Carman
SEAN CARMAN
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States