UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## LOCAL CIVIL RULE 5(C) NOTICE OF FILING MOTION TO SEAL

PLEASE TAKE NOTICE that non-party Adobe Inc. ("Adobe") filed its objections and proposed redactions to the parties' proposed trial exhibits. Because the objections and proposed redactions seek the same effect as a motion to seal, pursuant to Local Civil Rule 5, Adobe hereby notifies the parties and any interested non-parties that they may submit memoranda in support of or in opposition to the objections and proposed redactions within seven (7) days after the filing of the objections and proposed redactions, and that they may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the objections and proposed redactions as uncontested

Dated:   July 26, 2024

Respectfully submitted,

*/s/ Dorothea R. Allocca*
Peter J. Mucchetti (*pro hac vice pending*)
Dorothea R. Allocca (VSB No. 96855)
*Attorneys for Non-Party Adobe Inc.*
CLIFFORD CHANCE LLP
2001 K Street NW
Washington, DC 20006
Tel: 202-912-5000
Fax: 202-912-6000
peter.mucchetti@cliffordchance.com
dodi.allocca@cliffordchance.com

1