# Exhibit A

# In the Matter Of:

*USA vs*

*Google*

*ERIC HOCHBERGER*

*September 22, 2023*



```
                                                              1
 1                 UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     ALEXANDRIA DIVISION

 4

 5
     UNITED STATES OF AMERICA, et al,)
 6                                   )
                 Plaintiff,          )No.
 7                                   )1:23-cv-00108
              vs.                    )-LMB-JFA
 8                                   )
     GOOGLE, LLC,                    )
 9                                   )
                 Defendant.          )
10   ---------------------------------

11

12

13          ***   HIGHLY CONFIDENTIAL   ***

14     VIDEOTAPED DEPOSITION OF ERIC HOCHBERGER

15             Fort Lauderdale, Florida

16            Friday, September 22, 2023

17

18

19

20

21

22

23   Reported by:
     LISA M. MURACO
24   JOB NO. 911742

25
```

```
                                                                    22
 1
 2
 3
 4        Q.    Do you have an approximation of how
 5   much of your annual revenue comes from dealing
 6   with Google?
 7
 8
 9
10              Redacted
11              Redacted
12        Q.    Okay.
13              Redacted
14              Redacted
15              Redacted
16        Q.    What are your other sources of
17   revenue for Mediavine outside of Google?
18
19              Redacted
20              Redacted
21              Redacted
22              Redacted
23
24
25
```

```
                                                              34
 1   or product about managing ads?
 2
 3
 4            What are those products?
 5       A.   So a lot of these don't have, like,
 6   formal names.  But I'll just call them, like,
 7   our script wrapper or our on-page code that
 8   helps kind of serve up the ads and manage
 9   things like the auctions.
10            And then we have back-end technology
11   called the Mediavine Exchange, our S-to-S
12   solution that does the actual auction of the
13   bids.  Those would be our proprietary
14   technologies.
15       Q.   And then does Mediavine use any
16   other external platforms or products in
17   servicing ad management for your clients?
18                    Redacted
19
20
21
22            What platforms do you use the most?
23            Let's start there.  Outside
24   platforms, this is.
25                    Redacted
```

35

| | |
|---|---|
| 1 | Redacted |
| 2 | Redacted |
| 3 | Q. Okay. |
| 4 | Let's start the list then, okay? |
| 5 | Redacted |
| 6 | Redacted |
| 7 | Redacted |
| 8 | Redacted |
| 9 | Redacted |
| 10 | Redacted |
| 11 | Redacted |
| 12 | Redacted |
| 13 | Redacted |
| 14 | Redacted |
| 15 | Redacted |
| 16 | Redacted |
| 17 | Redacted |
| 18 | Redacted |
| 19 | Redacted |
| 20 | Redacted |
| 21 | Redacted |
| 22 | Redacted |
| 23 | Redacted |
| 24 | Redacted |
| 25 | Redacted |

36

1  Redacted
2  Redacted
3  Redacted

9   Q.   So are you familiar then with the
10  term DFP or DoubleClick for Publishers?
11  A.   Yes.
12  Q.   And so, when you use the term Google
13  Ad Manager, does that include what I think most
14  people call DFP?
15  A.   Yes, that's the former name.  DFP
16  was rebranded to Google Ad Manager.
17  Q.   Do you refer to Google Ad Manager
18  ever as GAM, G-A-M?
19  A.   We do.
20  Q.   Just approximately, when did Google
21  rebrand DFP as GAM?
22  A.   I don't recall the exact date.
23  Probably within the last five years.
24  Q.   Did you -- by you, I really mean
25  Mediavine, is what I mean -- did Mediavine use