UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**NON-PARTY MEDIAVINE, INC.'S MOTION TO SEAL**
**EXHIBIT A TO MEDIAVINE'S OBJECTION**

Non-party Mediavine, Inc., by counsel and pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5, moves to permanently file under seal Exhibit A to the Declaration of Eric Hochberger in support of Non-Party Mediavine, Inc.'s Objection to Public Use of Highly Confidential Information, filed July 26, 2024 ("Mediavine's Objection"). The grounds for this Motion are stated in Mediavine's Objection.

Dated: July 26, 2024

Respectfully submitted,
MEDIAVINE, INC.

*/s/ Jennifer McLain McLemore*
Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
jmclemore@williamsmullen.com

Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of July, 2024, I filed the foregoing document and served all counsel of record in this action through the Court's ECF filing system.

Dated: July 26, 2024           */s/ Jennifer McLain McLemore*
                     Jennifer McLain McLemore