**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

       *Plaintiffs*,

   v.

GOOGLE LLC,

       *Defendant.*

No. 1:23-cv-00108-LMB-JFA

**[PROPOSED] ORDER GRANTING**
**NON-PARTY MEDIAVINE INC.'S MOTION TO SEAL**

Upon consideration of Non-Party Mediavine, Inc.'s Motion to Seal Exhibit A to Mediavine's Objection, filed July 26, 2024, and for good cause shown, this Court, having concluded that sealing of Exhibit A to the Declaration of Eric Hochberger in support of Non-Party Mediavine, Inc.'s Objection to Public Use of Highly Confidential Information is necessary to protect Mediavine, Inc.'s confidential and commercially sensitive financial information, that no alternative procedure will permit compliance, and having provided public notice of this Motion and an opportunity to object, the Motion to Seal is GRANTED, and the Clerk is hereby ORDERED to permanently seal Exhibit A to the Declaration of Eric Hochberger in support of Non-Party Mediavine, Inc.'s Objection to Public Use of Highly Confidential Information.

Date: _____

_____
U.S. District Court Judge

We ask for this:


_____
Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
jmclemore@williamsmullen.com



Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2024, I filed the foregoing document and served all counsel of record in this action through the Court's ECF filing system.


Dated: June 14, 2024

                                              _____

                                              Jennifer McLain McLemore