UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

### NON-PARTY MEDIAVINE INC.'S NOTICE OF FILING A MOTION TO SEAL

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5, non-party Mediavine, Inc. ("Mediavine") by counsel, provides this Notice of Filing a Motion to Seal. Parties and non-parties may submit memoranda in support of or in opposition to Non-Party Mediavine Inc.'s Motion to Seal Exhibit A to Mediavine's Objection, filed July 26, 2024, within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the Motion to Seal as uncontested.

Dated: July 26, 2024

Respectfully submitted,
MEDIAVINE, INC.

*/s/ Jennifer McLain McLemore*

Jennifer McLain McLemore
(Va. Bar No. 47164)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
804-420-6330
jmclemore@williamsmullen.com

Kaveri Arora, Esq.
Katie E. Garber, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
212-421-4100
karora@pryorcashman.com
kgarber@pryorcashman.com

*Attorneys for Mediavine, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2024, I filed the foregoing document and served all counsel of record in this action through the Court's ECF filing system.


Dated: July 26, 2024                    */s/ Jennifer McLain McLemore*
                                        Jennifer McLain McLemore