UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>GOOGLE LLC,<br><br>      *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY NEWS CORP'S NOTICE OF SEALED FILING

Pursuant to Local Civil Rule 5(C), Non-Party News Corp hereby notices the filing of News Corp's contemporaneously filed Motion to Seal and Objections to the Use of Confidential Documents at Trial ("Motion").  As required by Rule 5, News Corp hereby notifies Plaintiffs, Defendant, and any interested non-parties that they may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of this Motion, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated:  July 26, 2024                                             Respectfully submitted,

                                                                          /s/ *Charles B. Molster, III*
                                                                          Charles B. Molster, III (Va. Bar No. 23613)
                                                                          Law Offices of Charles B. Molster, III PLLC
                                                                          2141 Wisconsin Avenue, Suite M
                                                                          Washington, D.C. 20007
                                                                          Office:  (202) 787-1312
                                                                          Cell:  (703) 346-1505
                                                                          Email:  cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
         dbird@kellogghansen.com

* Admitted *Pro Hac Vice*

*Counsel for News Corp*