**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED STATES, *et al.*,

    *Plaintiffs*,

  v.

GOOGLE LLC,

    *Defendant.*

No. 1:23-cv-00108-LMB-JFA

**NON-PARTY NEWS CORP'S MOTION TO SEAL AND OBJECTIONS**
**TO THE USE OF CONFIDENTIAL DOCUMENTS AT TRIAL**

Pursuant to Local Civil Rules 5(C) and 5(H) and the Court's pretrial scheduling order

dated June 24, 2024 (Dkt. 871), Non-Party News Corp, by undersigned counsel, respectfully

moves this Court for an order granting News Corp's Motion To Seal and Objections to the Use

of Confidential Documents at Trial.  This Motion is made on the grounds set forth in the

accompanying Objections to the Use of Confidential Documents at Trial.

Dated:  July 26, 2024

Respectfully submitted,

/s/ *Charles B. Molster, III*
Charles B. Molster, III (Va. Bar No. 23613)
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, Suite M
Washington, D.C. 20007
Office:  (202) 787-1312
Cell:  (703) 346-1505
Email:  cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
        dbird@kellogghansen.com

* Admitted *Pro Hac Vice*

*Counsel for News Corp*