UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>GOOGLE LLC,<br><br>   *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER GRANTING NON-PARTY NEWS CORP'S MOTION TO SEAL AND OBJECTIONS TO THE USE OF CONFIDENTIAL DOCUMENTS AT TRIAL**

  Pursuant to Local Civil Rules 5(C) and 5(H), Non-Party News Corp filed a Motion To Seal and Objections to the Use of Confidential Documents at Trial ("Motion"). Having considered the Motion and accompanying memorandum of law, and other supporting materials, as well as any opposition thereto, this Court finds that (i) sufficient notice of the Motion was given; (ii) News Corp has demonstrated that the requested redactions are necessary to protect its sensitive, confidential, business information; and (iii) the proposed redactions are narrowly tailored and will not unduly restrict public access to trial materials. Accordingly, it is hereby ORDERED that the Motion is GRANTED. The information beneath the redactions reflected in DTX0719, DTX0936, DTX1283, DTX1364, and DTX1482 shall be maintained under seal by the Clerk, until otherwise directed. The Declaration of Martin d'Halluin shall also be maintained under seal by the Clerk, until otherwise directed. DTX0896, DTX0911, DTX0915, DTX0999, DTX1010, and DTX1011 shall be excluded from trial.

  SO ORDERED on this \_\_\_ day of _____, 2024.

                     _____