# EXHIBIT 1

| | |
|---|---|
| **From:** | d'Halluin, Martin <mdhalluin@newscorp.com> |
| **Sent:** | Wednesday, May 22, 2019 12:01 PM |
| **To:** | Dimitrios Katsifis |
| **Subject:** | Fwd: Testing this weekend. |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Martin d'Halluin
VP, Associate General Counsel, Antitrust

212.416.4261 tel
212.852.7214 fax
mdhalluin@newscorp.com

Passionate. Principled. Purposeful.

1211 Avenue of the Americas
New York, NY 10036

---------- Forwarded message ---------
From: **Sarah Hahn** <sarah.hahn@wsjbarrons.com>
Date: Wed, May 22, 2019 at 10:51 AM
Subject: Fwd: Testing this weekend.
To: David Minkin <david.minkin@wsjbarrons.com>, <mdhalluin@newscorp.com>

--
Sarah Hahn
EXECUTIVE DIRECTOR, AD OPS

# THE WALL STREET JOURNAL. | BAR

M: +44 (0)7484 220564
E: sarah.hahn@wsjbarrons.com
A: The News Building, 1 London Bridge Street, London, SE1 9GF

D | DOW JONES

---------- Forwarded message ---------
From: **Craig Saunders** <saundersc@google.com>
Date: Thu, 8 Feb 2018 at 09:42
Subject: Re: Testing this weekend.

1

To: Sarah Hahn <sarah.hahn@dowjones.com>
Cc: <dow-jones-google-team@google.com>, David Minkin <david.minkin@dowjones.com>

I think the best option would be:

1. Pause all AdX line items
2. Pause all Yield Groups
3. Add a First Look blocking rule at the top of the list to block all buyers on all inventory

Requests will still be sent to AdX for First Look but they will never serve and your standard campaigns will deliver as if AdX isn't there.

The main thing to be aware of is that if there is no AdX line item or Yield Group eligible to serve for an impression, dynamic allocation will not be activated and so line items do not compete on price, but instead on their line item priority and type.

Also, I'm not sure if you consider PG as AdX inventory but you'll have to decide whether to pause any running campaigns there too.

On a more general note, I'd love to hear what you're testing in doing this!

Thanks,

Craig


On 7 February 2018 at 16:55, Sarah Hahn <sarah.hahn@dowjones.com> wrote:
> I need to completely stop AdX from delivering. My understanding is that turning off all of the different products (for instance first look) requires me to unlink the accounts.
>
> I would obviously prefer to not do this, but I have to guarantee that programmatic isn't running at all - I can try the other first if you believe it will fulfil our requirements.
>
> On 7 February 2018 at 16:36, Craig Saunders <saundersc@google.com> wrote:
>> Hey Sarah,
>>
>> What are you trying to test with this? Can you not just pause the line items and Yield Groups instead?
>>
>> If you unlink then you may also have issues with rule targeting in AdX when you link it again. I'm also not 100% sure what would happen to yield groups and line items that are currently running. They would stop serving for sure, but when you re-link, they may need setting up again.
>>
>> Thanks,
>>
>> Craig
>>
>>
>> On 7 February 2018 at 11:42, Sarah Hahn <sarah.hahn@dowjones.com> wrote:
>>> Hey Google Team,

2

Confidential Treatment Requested by NewsCorp                                                          NEWSCORP-DOJCID-00035929

We are running some tests on our tech this weekend and I am going to need to disconnect AdX from DFP during this time.

I am extremely nervous about doing this as I will then need to reconnect it and I am worried about how long that will take and whether I have the correct information.

Web Property Code: ▮
Display Name: WSJ ADX
Contact Email: Sarah.Hahn@dowjones.com
Account Validation: zip: ▮ or ▮

So here are my questions:

- Is this information accurate?
- Will it link instantly?
- Are there any dangers?
- Am I missing anything?
- If I cannot relink it at 7am on Sunday. What do I do?

Thanks,

Sarah

--

Sarah T Hahn
DIRECTOR, AD OPS


DOW JONES

M: +1 718 541 2134  O: +1 212 416 2906
E: Sarah.Hahn@DowJones.com
A: 1211 Avenue of the Americas, New York, NY 10036

--

You received this message because you are subscribed to the Google Groups "Dow Jones Google team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to dow-jones-google-team+unsubscribe@google.com.
To post to this group, send email to dow-jones-google-team@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/dow-jones-google-team/CAHW52eXoH6vfNCPmBRshdHnn3pL%3DHe6DTR3%2BXuSRSgdbrteK7Q%40mail.gmail.com.

3

--

Craig Saunders | Technical Account Manager | saundersc@google.com | Google NYC

This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

--

Sarah T Hahn
**DIRECTOR, AD OPS**

**DOW JONES**

M: +1 718 541 2134  O: +1 212 416 2906
E: Sarah.Hahn@DowJones.com
A: 1211 Avenue of the Americas, New York, NY 10036

--

Craig Saunders | Technical Account Manager | saundersc@google.com | Google NYC

This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of News Corporation or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

Confidential Treatment Requested by NewsCorp                                      NEWSCORP-DOJCID-00035931