# EXHIBIT 2

# Targeted Advertising using Data

ssmith@newscorp.com

# Publisher Ad Tech (legacy)





Publisher Ad Tech (+DSP)
DFP (Direct)
AdX (DSP)
Websites
Apps
Video
Consumer
1. Configure inventory
2. Traffic direct sold campaigns
Ad Sales & Ops
Ad Server
(DFP)
Configure inventory
Direct sold campaigns
Programmatic campaigns
DSP
(AdX, AppNexus)
Agency
Advertiser
Advertiser
Agency
Trading Desks



Publisher Ad Tech (+DMP+SSP)
DFP (Direct)
Rubicon (SSP)
AdX (DSP)
Websites
Apps
Video
Consumer
- Configure direct inventory
- Traffic direct campaigns
Ad Sales & Ops
Configure segments
Configure programmatic inventory
Direct campaigns
Ad Server (DFP)
SSP (Rubicon)
Programmatic campaigns
DMP (Krux)
Data feeds
Big Data (CIP)
Data Scientist
Design advanced targeting criteria
Offline data sources
3rd party data sources
DSP (AdX, AppNexus)
Agency Trading Desks
Agency
Advertiser
Advertiser

# Perspective

- Massive explosion in the number of players in the ecosystem
- Much more technical complexity in ensuring this is all integrated correctly (and securely)
- Ad Ops teams historically not very tech focused, requires more direct involvement from technology
- As Sales must make key decisions on how to monetize inventory in the most efficient way - direct, programmatic (SSP and DSP)
- This is inherently a data problem...need to understand the macro position across multiple ecosystems (DFP, Rubicon SSP, AdX, AppNexus etc.)

# News Corp Global Exchange

# News Corp Global Exchange




- As well as positioning our own SSP as the gateway to programmatic, we've also integrated the Ad Servers, DMPs and SSPs across all our main titles.
- That way we can successfully reach a cross title and cross regional audience and drive scale.

# News Corp Global Exchange



# Custom Audiences in the Global Exchange
CIP→Krux→[DFP,Rubicon]

# [Recap] Flow of Data



# CIP Audience Selector



# CIP to Krux integration






# Krux Attributes




https://dataconsole.kruxdigital.com/adm/attributes

Advanced CIP targeting criteria appear in Krux as custom attributes.

# Krux Segments




https://dataconsole.kruxdigital.com/adm/segment/create

Ad Ops teams create audience segments by combining several attributes.

Krux allows them to explore segments and forecast inventory and volumes.

# Krux Segments




https://dataconsole.kruxdigital.com/audience_data/segments?search_text=business+decision+makers+subscriber&segment_type=&multiselect_segment_type=&segment_request=Filter+Segments

Example:

“TTO/STO Finance: Business Decision Makers Subscriber”

# DFP




https://www.google.com/dfp/3048#delivery/LineItemDetail/orderId=228380214&lineItemId=299541894

Audience Segments appear in DFP.

Ad Ops teams create go to market direct offerings based on these segments and placement criteria.

# Rubicon Packages




Audience Segments appear in Rubicon.

Ad Ops teams create go to market programmatic offerings based on these segments and placement criteria.

# Rubicon Storefront




Programmatic buyers (e.g. at agencies) get access to inventory via a dedicated storefront.

https://platform.rubiconproject.com/ong/#sellers/newsuk