# EXHIBIT 4

# Dow Jones AdTech:
## FY24 INVESTMENT OVERVIEW
## (Confidential & Preliminary)

**Kedar Prabhu, VP AdTech**

Mon, February 6th, 2023

HIGHLY CONFIDENTIAL

NEWSCORP_GOOG_0000158

# Origin & Mission

| Objective(s) | Product Portfolio |
|---|---|
| • Bring innovative & effective ad products to market<br>• Eliminate revenue risk from the "Cookie Apocalypse" | **1P Data Products**<br>(revenue growth) |
| • Drive scale & efficiency in sales & ad operations<br>• Empower sales & account teams with valuable data-driven tools | **1P Analytics & Automation**<br>(scale + efficiency + effectiveness) |
| • Deliver reliable, performant, and optimal ad execution<br>• Ensure global regulatory compliance | **AdTech Platforms & Privacy Tech**<br>(execution + compliance) |

***"Over the past 3 years (FY21-FY23), DJ AdTech has invested in building foundational products, capabilities, and services to drive revenue growth, efficiency, and (compliant) optimal execution for advertising"***

2

HIGHLY CONFIDENTIAL

# Accomplishments (FY23 YTD)

**The DJ AdTech team has largely delivered on our objectives:**

- Thematic Booked Revenue Hit ███ in H1
- Transitioned to 100% 1st party data products
- ███ of targeted revenue uses 1st party data
- Advertisers who buy 1p data products are ███ less likely to churn
- Launched DJ InSite Post-Sale for post-campaign attribution & analytics
- Expanded AdTech Platforms capabilities across mobile apps
- Contextual+Audience Tech for Mobile drove ███ in Q2 alone
- Launched global compliance solutions for CCPA/CPRA and VCDPA

3

HIGHLY CONFIDENTIAL
NEWSCORP_GOOG_0000160

# More to Come (FY23 H2)

## DJ AdTech H2 roadmap will deliver further benefits:

- Thematic Analytics is expected to drive ▮▮▮ growth in Thematic
- Buyout Calendar v1.5 is expected to improve sponsorship stewardship
- AdTech Platforms for IBD is expected to drive ▮▮▮ incremental revenue
- Privacy Tech for CT (CTDPA) and CO (CPA) will launch in Q4

4

HIGHLY CONFIDENTIAL

NEWSCORP_GOOG_0000161

# Looking Ahead: Consider the Ideal Machine Hypothesis

*"Over the coming 3 years, we plan to incrementally transition into a largely autonomous AI-enhanced digital media advertising business"*

I. Dynamic AI-optimized packaging
II. AI-driven plan recommendations
III. Self-service ads buying and billing

IV. Automated trafficking & campaign stewardship
V. Self-monitoring + Self-healing ad integrations
VI. Unified self-service performance reporting



5

HIGHLY CONFIDENTIAL
NEWSCORP_GOOG_0000162

# FY24 Proposals

**ALREADY PLANNED (green):**

I. Dynamic Content Targeting (Affinity Cohorts)

II. Expanded 1P Data Product Analytics

III. Integrated Pre-Sales Workflows

**MORE IN THE WORKS (yellow):**

IV. Self-monitoring + Self-healing ad integrations

V. Self-Service Buying & Automated Billing

VI. Unified Performance Analytics

VII. AI-driven Plan Automation



6

HIGHLY CONFIDENTIAL

NEWSCORP_GOOG_0000163

# FY24 Investment Proposals

## AdTech will continue to invest in foundational capabilities

| Product Portfolios | Ongoing Enhancements | Incremental Products & Features |
|---|---|---|
| 1P Data Products (▮) | Thematic+Analytics (▮), SafeSuite (▮), 1p Audiences + ABM (▮) | Capacity Analytics (▮) <br> Affinity Cohorts (▮) |
| 1P Analytics & Automation (▮) | Monty (▮), Print Monty (▮), Buyout Calendar (▮) <br> Seawolf / DASH / DJ InSite (▮) | Grand Central Light (▮), <br> Digital Monty Recommendations (▮) |
| AdTech Platforms (▮) | Ad Integrations (▮), Audience Tech (▮), Next-Gen App Migration (▮)*, Native for Newsletters including Sailthru migration (▮) | ABT v3.0 (▮), Anonymous Identity Infrastructure (▮), Control Panel (▮) |
| Privacy Tech (▮) | GDPR, CCPA/CPRA, VCDPA (now) <br> CTDPA, CPA (H2) | UCPA (H1) + TBD (H2) |

7

# FY24 Investment Proposals (IRs and Caveats)

## Investment Proposals:

- AdTech Platforms BOOST (█████) ⇐ expected commercial impact: █████
- Grand Central (█████) ⇐ expected commercial impact: █████
- Self Service 2.0 (DanAds) ⇐ these costs (█████) will be borne by SPD
- Unified Performance Reporting (Datorama/Switchboard) ⇐ costs/decisions expected by 3/31

## Caveats:

- Strategic Preference to Buy vs. Build (Clarence K)
- FY24 revenue estimates are still in progress (Mike N)
- BizOps teams are still confirming OpEx Budgets (Will B)
- Experience Engineering reorg will impact AdTech Team (Clarence K)

**TLDR**: OpEx budgets are still TK and CapEx Budgets could shift by █████

8

HIGHLY CONFIDENTIAL