# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY PINTEREST INC.'S MOTION AND SPECIFIC OBJECTIONS WITH PROPOSED REDACTIONS TO GOOGLE'S TRIAL EXHIBITS

Pursuant to the Court's June 24, 2024 Pretrial Scheduling Order providing that "[a]ny party or non-party who objects to the public use of confidential documents or testimony must file a specific objection with a proposed acceptable redaction of the information," ECF No. 871, and Local Civil Rule 5(C), Non-Party Pinterest, Inc. ("Pinterest"), through undersigned counsel, respectfully requests that the Court grant its objections and proposed redactions, and order Google to redact DTX 2234, DTX 1990, DTX 1991, and Appendix Section X.A. These exhibits contain information that Pinterest designated as Highly Confidential under the Protective Order, ECF No. 203. The grounds for this motion are contained in the supporting memorandum of law filed concurrently with this motion, and a proposed order is attached for the Court's convenience.

[Signature on next page]

Dated: July 26, 2024            Respectfully submitted,

<u>*/s/ Dorothea R. Allocca*</u>
Peter J. Mucchetti (*pro hac vice pending*)
Dorothea R. Allocca (VSB No. 96855)
*Attorneys for Non-Party Pinterest, Inc.*
CLIFFORD CHANCE LLP
2001 K Street NW
Washington, DC 20006
Tel: 202-912-5000
Fax: 202-912-6000
peter.mucchetti@cliffordchance.com
dodi.allocca@cliffordchance.com