UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

This matter comes before the Court on Non-Party Pinterest's Objections and Proposed Redactions to Google's Proposed Trial Exhibits. (ECF No. __). In the Fourth Circuit, "before a district court may seal any court documents, . . . it must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

Upon consideration of the objections and proposed redactions to exhibits DTX 2234, DTX 1990, DTX 1991, and Appendix X.A under seal, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft*, the Court finds that the proposed redactions are necessary to protect non-party Pinterest's competitively sensitive information. Further, Pinterest's proposal of limited redactions properly balances its interests against the public's interest in access to judicial records.

For these reasons, it is hereby

ORDERED that Pinterest's Objections and Proposed Redactions (ECF No. __) are GRANTED; it is further

ORDERED that Google redact from DTX 2234 Pinterest's name, any other information that identifies Pinterest as the source of the document (including the Bates number), and the information about advertising impressions, clicks, and revenue, and Pinterest's methods for categorizing customers from the spreadsheet; and it is further

ORDERED that Google redact Pinterest's name, Bates number, and any other identifying information from DTX 1990, DTX 1991, and Appendix Section X.A. to the Expert Report of Mark Israel.

Entered this __ day of _____, 2024

_____
The Honorable John F. Anderson
United States Magistrate Judge

Alexandria, Virginia