UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

## LOCAL CIVIL RULE 5(C) NOTICE OF FILING MOTION TO SEAL

PLEASE TAKE NOTICE that non-party Pinterest, Inc. ("Pinterest") filed its objections and proposed redactions to Defendant Google's proposed trial exhibits. Because the objections and proposed redactions seek the same effect as a motion to seal, pursuant to Local Civil Rule 5, Pinterest hereby notifies Defendant and any interested non-parties that they may submit memoranda in support of or in opposition to the objections and proposed redactions within seven (7) days after the filing of the objections and proposed redactions, and that they may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the objections and proposed redactions as uncontested

Dated:   July 26, 2024                              Respectfully submitted,

                                                    */s/ Dorothea R. Allocca*
                                                    Peter J. Mucchetti (*pro hac vice pending*)
                                                    Dorothea R. Allocca (VSB No. 96855)
                                                    *Attorneys for Non-Party Pinterest, Inc.*
                                                    CLIFFORD CHANCE LLP
                                                    2001 K Street NW
                                                    Washington, DC 20006
                                                    Tel: 202-912-5000
                                                    Fax: 202-912-6000
                                                    peter.mucchetti@cliffordchance.com
                                                    dodi.allocca@cliffordchance.com