HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 24: Shares Among Advertiser Buying Tools, Ad Exchanges, and Publisher Ad Servers for All U.S. Display Advertising, 2022**



**Sources:** See Section X.A in the appendix