# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

      *Plaintiffs*,

v.

GOOGLE LLC,

      *Defendant.*

No. 1:23-cv-00108-LMB-JFA

## [proposed] Order

UPON CONSIDERATION of the Specific Objections Of Non-Party Zedo, Inc. To Use Of Confidential Documents Or Information At Trial, any opposition thereto, and the record herein, it is hereby

ORDERED that the requested relief is GRANTED and Plaintiffs and Google shall redact Zedo Inc.'s name from any exhibits or other documents to be used at the trial of this case, and shall not otherwise refer to Zedo, Inc. by name during the course of the trial.

ENTERED this ___ day of _____, 2024.

_____
Judge