**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>     *Plaintiffs*,<br>  v.<br><br>GOOGLE LLC,<br><br>     *Defendant.* | No. 1:23-cv-00108-LMB-JFA |

**[proposed] Order**

UPON CONSIDERATION of the Specific Objections Of Non-Party Yieldmo, Inc. To Use Of Confidential Documents Or Information At Trial, any opposition thereto, and the record herein, it is hereby

ORDERED that the requested relief is GRANTED and Plaintiffs and Google shall redact Yieldmo Inc.'s name from any exhibits or other documents to be used at the trial of this case, and shall not otherwise refer to Yieldmo, Inc. by name during the course of the trial.

ENTERED this ___ day of _____, 2024.


       _____
       Judge