I hereby swear and affirm, under penalty of perjury, that the foregoing information is true and correct, to the best of my knowledge, information and belief.

Date: July 26, 2024

_____
Roy de Souza