IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**GOOGLE LLC,**<br><br>    Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF COLORADO ON BEHALF OF JAN MICHAEL ZAVISLAN

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Jan Michael Zavislan's Motion to Withdraw as Attorney for the State of Colorado in the above-captioned matter. Mr. Zavislan was admitted to the Eastern District of Virginia pro hac vice on January 25, 2023 (Dkt. 21). Bryn A. Williams, Steven M. Kaufmann, and Tyler T. Henry will continue to represent the State of Colorado as Attorneys of Record in this matter. A proposed Order is submitted herewith.

*Oral argument is not requested on this motion.*

Respectfully submitted,

Dated July 29, 2024

*/s/ Tyler T. Henry*
Tyler T. Henry (VSB No. 87621)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 692-0485
Fax:   (804) 786-0122
THenry@oag.state.va.us

**CERTIFICATE OF SERVICE**

    I, Tyler T. Henry, hereby certify that on July 29, 2024, a copy of the foregoing Motion to Withdraw as Attorney for the State of Colorado on behalf of Jan Michael Zavislan was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: July 29, 2024　　　　　　　　　　　*/s/ Tyler T. Henry*
　　　　　　　　　　　　　　　　　　　　Tyler T. Henry