UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:23-cv-00108-LMB-JFA<br><br>**LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL DOCUMENTS FILED IN CONNECTION WITH THE NON-PARTIES' OBJECTIONS TO THE PUBLIC USE AT TRIAL OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL DOCUMENTS AND TESTIMONY** |

**PLEASE TAKE NOTICE** that non-parties Wavemaker Global LLC, GroupM Worldwide, LLC, and VML, LLC, and Young & Rubicam LLC and (together the "Non-Parties"), have filed their Objections (ECF # 1039) and today filed a motion to seal documents that may be used at trial along with an accompanying memorandum of law.

Pursuant to Local Civil Rule 5, the Non-Parties hereby notify Plaintiff, Defendant, and any interested non-parties that they may submit memoranda in support of or in opposition to the motion to seal within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.  If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Date:  July 29, 2024

/s/ James D. Sadowski
James D. Sadowski (VSB #38326)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  jds@gdllaw.com

*Counsel for Non-Parties Wavemaker Global LLC,*
*GroupM Worldwide, LLC, VML, LLC and*
*Young & Rubicam, LLC*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2024, I filed the foregoing Notice of filing of Motion to Seal by Non-Parties Wavemaker Global LLC, GroupM Worldwide, LLC, VML, LLC, and Young & Rubicam LLC using the Court's ECF System, and a copy should be served by Notice of Electronic Filing on all persons designated to receive electronic notice in this case.

/s/ James D. Sadowski
James D. Sadowski

2