# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## DEFENDANT GOOGLE LLC'S OBJECTIONS TO PLAINTIFFS' "FAIRNESS" DESIGNATIONS

Pursuant to the Court's Order Modifying the Pretrial Schedule entered on June 24, 2024, ECF No. 871, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 30, Defendant Google LLC ("Google") hereby submits its objections to Plaintiffs' "fairness" designations, dated July 26, 2024. *See* ECF No. 1015-2.  The objections are contained in the attached exhibit.  The objection codes are as follows:

| Code | Objection |
|---|---|
| 106 | Incomplete excerpt or designation |
| 402 | Irrelevant |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611b | Beyond the scope of direct |
| 701 | Improper opinion by lay witness |

Google reserves the right to amend and/or supplement the attached objections, including with respect to the Court's rulings on motions *in limine* or other pre-trial rulings.  Google also reserves the right to introduce or use any of Plaintiffs' designations, counter designations, or "fairness" designations at trial, including as Google's counter designations, to the extent Plaintiffs do not do so. Google further incorporates by reference herein its deposition

1

designations, objections to Plaintiffs' designations, counter designations, objections to Plaintiffs' counter-designations and "fairness" designations as filed on July 5, 2024, July 19, 2024, and July 26, 2024. *See* ECF No. 893; ECF No. 917-2; ECF No. 967.

Dated: July 31, 2024

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions *(pro hac vice)*
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER
LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Avery (Kevel)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 4 | 73 | 6 | Public | |
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 9 | 73 | 9 | Public | |
| James Avery | 2023.08.16 | Litigation | Yes | 73 | 11 | 73 | 13 | Public | |
| James Avery | 2023.08.16 | Litigation | Yes | 79 | 8 | 79 | 19 | Public | 611b |
| James Avery | 2023.08.16 | Litigation | Yes | 79 | 20 | 79 | 23 | Public | 402, 611b |
| James Avery | 2023.08.16 | Litigation | Yes | 80 | 23 | 81 | 4 | Public | 611b |
| James Avery | 2023.08.16 | Litigation | Yes | 81 | 6 | 81 | 7 | Public | 611b |
| James Avery | 2023.08.16 | Litigation | Yes | 82 | 19 | 82 | 20 | Public | |
| James Avery | 2023.08.16 | Litigation | Yes | 85 | 2 | 85 | 8 | Public | 602 |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Bender (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Brad Bender | 2020.10.16 | CID | No | 90 | 18 | 90 | 20 | Highly Confidential | |
| Brad Bender | 2020.10.16 | CID | No | 141 | 14 | 141 | 16 | Highly Confidential | |
| Brad Bender | 2020.10.16 | CID | No | 155 | 16 | 155 | 24 | Highly Confidential | |
| Brad Bender | 2020.10.16 | CID | No | 160 | 3 | 160 | 15 | Highly Confidential | |
| Brad Bender | 2020.10.16 | CID | No | 227 | 12 | 227 | 21 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Bradbury (GSD&M)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 154 | 2 | 155 | 6 | Highly Confidential | 611b |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 144 | 2 | 144 | 12 | Highly Confidential | |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 144 | 19 | 145 | 1 | Highly Confidential | |
| Bo Bradbury | 2023.09.08 | Litigation | Yes | 151 | 10 | 153 | 21 | Highly Confidential | 611b |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Casale (Index Exchange)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Casale | 2023.09.26 | Litigation | Yes | 39 | 2 | 39 | 5 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 39 | 8 | 39 | 10 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 102 | 18 | 102 | 20 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 124 | 17 | 125 | 2 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 162 | 6 | 162 | 14 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 199 | 5 | 199 | 14 | Public | |
| Andrew Casale | 2023.09.26 | Litigation | Yes | 200 | 25 | 201 | 6 | Public | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Cox (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Sam Cox | 2020.10.26 | CID | No | 66 | 23 | 67 | 20 | Highly Confidential | |
| Sam Cox | 2020.10.26 | CID | No | 77 | 15 | 78 | 24 | Highly Confidential | 602 |
| Sam Cox | 2020.10.26 | CID | No | 80 | 14 | 80 | 22 | Highly Confidential | |
| Sam Cox | 2020.10.26 | CID | No | 29 | 4 | 29 | 15 | Highly Confidential | 611b |
| Sam Cox | 2020.10.26 | CID | No | 242 | 10 | 242 | 15 | Highly Confidential | 611b |
| Sam Cox | 2020.10.26 | CID | No | 280 | 14 | 280 | 19 | Highly Confidential | 611b |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Farber (Meta)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Omri Farber | 2023.09.18 | Litigation | Yes | 140 | 1 | 140 | 16 | Highly Confidential | |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 1 | 141 | 2 | Public | |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 4 | 141 | 7 | Highly Confidential | |
| Omri Farber | 2023.09.18 | Litigation | Yes | 141 | 9 | 141 | 10 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Harrison (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Donald Harrison | 2021.10.19 | CID | Yes | 233 | 25 | 234 | 8 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Helfand (Disney)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 129 | 18 | 129 | 23 | Highly Confidential | 611b |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 159 | 11 | 159 | 21 | Public | 611b |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 202 | 21 | 203 | 4 | Highly Confidential | 611b |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 203 | 5 | 203 | 9 | Public | 611b |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 211 | 8 | 211 | 16 | Highly Confidential | 611b |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 226 | 20 | 227 | 1 | Public | |
| Jeremy Helfand | 2023.09.29 | Litigation | Yes | 245 | 23 | 245 | 24 | Public | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Kim (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Woojin Kim | 2021.03.30 | CID | No | 46 | 15 | 46 | 19 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 101 | 11 | 101 | 18 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 105 | 2 | 105 | 3 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 109 | 2 | 109 | 8 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 125 | 5 | 125 | 8 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 131 | 21 | 131 | 22 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 148 | 12 | 148 | 15 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 158 | 25 | 159 | 4 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 192 | 22 | 193 | 2 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 238 | 3 | 238 | 8 | Highly Confidential | |
| Woojin Kim | 2021.03.30 | CID | No | 242 | 23 | 243 | 4 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Korula (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Nitish Korula | 2023.11.14 | Litigation | Yes | 60 | 9 | 60 | 11 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Lambert (Omnicom)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Luke Lambert | 2023.08.29 | Litigation | Yes | 63 | 2 | 63 | 4 | Highly Confidential | |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 116 | 16 | 116 | 19 | Highly Confidential | |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 243 | 16 | 243 | 18 | Highly Confidential | |
| Luke Lambert | 2023.08.29 | Litigation | Yes | 253 | 2 | 253 | 3 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

LaSala (Xoogler)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Chris LaSala | 2023.08.16 | Litigation | No | 104 | 18 | 104 | 20 | Confidential | |
| Chris LaSala | 2023.08.16 | Litigation | No | 104 | 23 | 104 | 25 | Confidential | |
| Chris LaSala | 2023.08.16 | Litigation | No | 105 | 2 | 105 | 10 | Confidential | |
| Chris LaSala | 2023.08.16 | Litigation | No | 190 | 4 | 190 | 17 | Highly Confidential | |
| Chris LaSala | 2023.08.16 | Litigation | No | 217 | 13 | 217 | 24 | Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Loubser (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Max Loubser | 2021.04.21 | CID | No | 148 | 12 | 148 | 14 | Highly Confidential | 602, 701 |
| Max Loubser | 2021.04.21 | CID | No | 148 | 18 | 148 | 25 | Highly Confidential | 602, 701 |
| Max Loubser | 2021.04.21 | CID | No | 209 | 24 | 210 | 6 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Minkin (News Corp)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| David A. Minkin | 2023.09.22 | Litigation | Yes | 226 | 23 | 227 | 3 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Pappu (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 120 | 8 | 120 | 11 | Public | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 129 | 22 | 130 | 24 | Confidential | 611b |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 132 | 3 | 133 | 7 | Confidential | 611b |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 134 | 23 | 135 | 2 | Confidential | 611b |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 197 | 8 | 197 | 11 | Highly Confidential | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 215 | 15 | 219 | 3 | Highly Confidential | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 231 | 2 | 233 | 3 | Highly Confidential | 611b |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 235 | 10 | 235 | 22 | Highly Confidential | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 243 | 22 | 243 | 23 | Public | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 246 | 3 | 246 | 7 | Highly Confidential | |
| Aparna Pappu | 2023.08.11 | Litigation | Yes | 247 | 20 | 247 | 23 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Pappu (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Aparna Pappu | 2023.11.02 | Litigation | Yes | 38 | 17 | 38 | 21 | Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Parsons (Criteo)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Todd Parsons | 2023.09.08 | Litigation | Yes | 164 | 3 | 164 | 12 | Highly Confidential | |
| Todd Parsons | 2023.09.08 | Litigation | Yes | 204 | 12 | 204 | 24 | Highly Confidential | |
| Todd Parsons | 2023.09.08 | Litigation | Yes | 207 | 13 | 207 | 14 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Rowley (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Bryan Rowley | 2021.07.27 | CID | Yes | 99 | 17 | 99 | 22 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Shaughnessy (Kargo)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Michael Shaughnessy | 2023.08.09 | Litigation | Yes | 35 | 11 | 35 | 13 | Public | 611b, 402, 701 |
| Michael Shaughnessy | 2023.08.09 | Litigation | Yes | 35 | 15 | 35 | 15 | Public | 611b, 402, 701 |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Sinaniyev (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Vlad Sinaniyev | 2023.11.16 | Litigation | Yes | 112 | 20 | 112 | 25 | Highly Confidential | 602, 611b |
| Vlad Sinaniyev | 2023.11.16 | Litigation | Yes | 225 | 1 | 225 | 4 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Soroca (Magnite)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Adam Soroca | 2023.08.31 | Litigation | Yes | 98 | 22 | 99 | 4 | Public | 402, 611b |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 99 | 5 | 99 | 7 | Public | 402, 611b |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 99 | 9 | 99 | 12 | Public | 402, 611b |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 110 | 9 | 110 | 11 | Public | |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 110 | 22 | 111 | 1 | Public | |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 111 | 3 | 111 | 3 | Public | |
| Adam Soroca | 2023.08.31 | Litigation | Yes | 183 | 1 | 183 | 3 | Public | 602, 701 |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Spencer (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objections |
|---|---|---|---|---|---|---|---|---|---|
| Scott Spencer | 2021.08.12 | CID | Yes | 86 | 9 | 86 | 16 | Highly Confidential | |
| Scott Spencer | 2021.08.12 | CID | Yes | 129 | 22 | 130 | 10 | Highly Confidential | |
| Scott Spencer | 2021.08.12 | CID | Yes | 126 | 17 | 127 | 9 | Highly Confidential | |
| Scott Spencer | 2021.08.12 | CID | Yes | 157 | 22 | 158 | 5 | Highly Confidential | 106 |
| Scott Spencer | 2021.08.12 | CID | Yes | 158 | 20 | 160 | 1 | Highly Confidential | |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Stewart (Google)

| Witness | Date of Deposition | CID or Litigation Deposition | Video of Deposition (Y/N) | Page From | Line From | Page to | Line to | Party Confidentiality as of 2024.07.26 | Google Objection |
|---|---|---|---|---|---|---|---|---|---|
| Bonita Stewart | 2021.05.17 | CID | Yes | 137 | 19 | 138 | 4 | Highly Confidential | 611b |

*Google LLC's Objections to Plaintiffs' Fairness Designations*

Verma (Google)

| **Witness** | **Date of Deposition** | **CID or Litigation Deposition** | **Video of Deposition (Y/N)** | **Page From** | **Line From** | **Page to** | **Line to** | **Party Confidentiality as of 2024.07.26** | **Google Objection** |
|---|---|---|---|---|---|---|---|---|---|
| Alok Verma | 2021.07.21 | CID | Yes | 148 | 23 | 149 | 2 | Highly Confidential | |
| Alok Verma | 2021.07.21 | CID | Yes | 153 | 5 | 153 | 10 | Highly Confidential | |
| Alok Verma | 2021.07.21 | CID | Yes | 307 | 19 | 307 | 25 | Highly Confidential | |