# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

UNITED STATES, *et al.*,

               Plaintiffs,

vs.

GOOGLE LLC,

               Defendant.

No. 1:23-cv-00108-LMB-JFA

## NON-PARTY THE WALT DISNEY COMPANY'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party The Walt Disney Company ("TWDC") respectfully moves this Court to seal portions of the deposition testimony of Jeremy Helfand. As discussed further in the accompanying memorandum of law, sealing the identified portions of this deposition testimony is necessary and tailored to protect TWDC's sensitive, confidential, business information.

July 31, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower

415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party The Walt Disney Company*