UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY THE WALT DISNEY COMPANY'S NOTICE OF MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party The Walt Disney Company ("TWDC") hereby notices the filing of TWDC's contemporaneously filed Motion to Seal ("Motion"). As required by Rule 5(C), TWDC further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to it Motion, this Court may treat its Motion as uncontested.

July 31, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)

1

Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party The Walt Disney Company*