# Exhibit L
# (previously filed as Dkt. 647-12)

HIGHLY CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*, **Plaintiffs,** v Google LLC, **Defendant.** | Case No. 1:23-cv-00108 HON. LEONIE H. M. BRINKEMA |

EXPERT REPORT OF

**TIMOTHY SIMCOE, PH.D.**

**DECEMBER 22, 2023**

> Notes: Large third parties are those whose total gross revenue constitutes at least 10 percent of total gross revenue among the included third-party exchanges between January 2019 and March 2023. The take rate for each group is calculated as the total net revenue between January 2019 and March 2023 for that group divided by is total gross revenue over the same period. I exclude DCN and Sharethrough from my calculations as their data pertains to US impressions only. I exclude Yahoo and Equativ as their data does not contain values for net revenue.
>
> [1]: Excludes Open Bidding transactions.
>
> [2]: Includes Index Exchange, Magnite/Rubicon, OpenX, Pubmatic, Sovrn, Xandr, and YieldMo.
>
> [3]: Includes Index Exchange, Magnite/Rubicon, OpenX, Pubmatic, and Xandr.

224. In Figure 15, I also show how the results of the comparables approach would change if I exclude two "small" ad exchanges (Sovrn and YieldMo) that each account for less than 10 percent of the total revenue on non-AdX exchanges . For the remaining "large" exchanges (Index Exchange, Magnite/Rubicon, OpenX, Pubmatic, and Xandr) the weighted average take rate based on worldwide impressions is 15.6 percent. In Appendix D, I report additional robustness checks, including a set of weighted averages based on impressions served to a US internet users.

225. In Section IV.A.2, I explained how both economic theory and Google's own internal analysis suggest that the comparables approach yields a conservative estimate of the take rate that Google would charge in the but-for world. Thus, in my view, the estimates reported in Figure 15 provide an upper-bound estimate of the but-for take rate that provides a reliable basis for calculating the damages incurred by the FAAs.

### V.A.2. Event Study Approach

226. Section IV.A.2 describes the event study methodology that I use to obtain a second estimate of the AdX take rate that Google would charge but for its exclusionary conduct. This method uses a regression to estimate two key parameters. The first parameter, $\alpha$, measures the increase in market share that Google achieved by implementing UPR. Because Google could not implement UPR in the but-for world, this parameter provides an indication of the benefits that Google derives from its exclusionary conduct, and the corresponding harm to publishers and

estimates in column [B] are unbiased. The but-for take rate implied by the IV estimates is 16.6 percent.

233. The rightmost columns in Figure 17 present a set of OLS and IV results using data from only the "large" exchanges. For this sample, my estimates of $\alpha$ are somewhat larger than for the full sample that includes the two smaller exchanges (Sovrn and Yieldmo). For the large firm sample, my estimates of the implied but-for take rate are 15.7 percent based on the OLS model, and 16.2 percent based on the IV model.

234. The results in Figure 17 are robust to various changes in underlying assumptions. For example, Figure 27 in Appendix E shows estimates for the same IV and OLS models, with six variations in timing of the sample period and length of the lags in the instrumental variables. Although these alternative specifications do not have as strong IV diagnostics as those in Figure 16, they imply similar but-for take rates in the range of 15.0 to 17.3 percent.

235. In Figure 26 in Appendix E I report estimates of the same models in Figure 17 using data for only US impressions. Restricting my analysis to US impressions moderately decreases my estimated but-for take rates for each of my four regression specifications.

The event study approach does not account for how other ad exchanges would respond to a lower AdX take rate in the but-for world. In Section IV.A.2, I explained how both economic theory and Google's internal analysis suggest that takes rates could be substantially reduced in a counterfactual competitive equilibrium.[252] Thus, in my view, Figure 15 provides a reliable estimate of the upper-bound for the actual but-for take rate that can be used to calculate a conservative estimate of the damages incurred by the FAAs.

236. The but-for take rates calculated above are conservative for the reasons explained above. And even Google's own employees have discussed lower but-for take rates of 10%, 5%, or even lower for Google's exchange.[253]

---

[252] See the discussion at paragraphs 154 to 157 above.

[253] GOOG-TEX-00106259, at -260–61 (11/04/2017) (Payam Shodjai proposing a 5% AdX rev share for Authorized Buyer demand and undifferentiated DV360 demand, or DV360 demand without proprietary Google data and targeting); GOOG-DOJ-32034896, at -896 (06/20/2018) (Aparna Pappu proposing that for Google's

HIGHLY CONFIDENTIAL

_____

Timothy Simcoe, Ph.D.

December 22, 2023

| | | | | | |
|---|---|---|---|---|---|
| 86 | 208 | . | "…systematic review of documents produced by Google, as described in Appendix G." | "…systematic review of documents produced by Google, as described in Appendix H." | Typo |
| 90 | 222 | . | "…gross revenue values associated for all non-AdX exchanges…" | "…gross revenue values associated with all non-AdX exchanges…" | Typo |
| 90 | 222 | . | "…dividing the aggregated non-AdX net revenue into aggregated non-AdX gross revenue." | "…dividing the aggregated non-AdX net revenue by aggregated non-AdX gross revenue." | Typo |
| 91 | 224 | . | "In Appendix D, I report additional robustness checks…" | "In Appendix E, I report additional robustness checks…" | Typo |
| 92 | 227 | 245 | "*See* Section V.A.1 and Appendix C.1 for a discussion of the data." | "*See* Section V.A.1 and Appendix C.2 for a discussion of the data." | Typo |
| 92 | 229 | . | "…instruments in many other studyes.246 The potential endogeneity of prices of a well-known econometric concern…" | "…instruments in many other studies,246 to address the potential endogeneity of prices, a well-known econometric concern…" | Clarification |
| 94 | 231 | . | "…AdX's share of worldwide open web display impressions increased by 20.8 percent." | "…AdX's share of worldwide open web display impressions increased by 21.2 percent." | Typo |
| 95 | 233 | . | "The rightmost columns in Figure 17 presents…" | "The rightmost columns in Figure 16 presents…" | Typo |
| 95 | 234 | . | "The results in Figure 17…" | "The results in Figure 16…" | Typo |
| 95 | 234 | . | "Figure 27 in Appendix E shows estimates for the same IV and OLS models…" | "Figure 28 in Appendix E shows estimates for the same IV models…" | Typo |
| 95 | 235 | . | "In Figure 26 in Appendix E I report estimates of the same models in Figure 17…" | "In Figure 26 in Appendix E I report estimates of the same models in Figure 16…" | Typo |
| 97 | 240 | 254 | "…*See* Appendix C.3 for futher discussion.*" | "…See Appendix C.3 for futher discussion. *See also* GAM Elasticity Workpapers." | Clarification |
| 98 | 244 | . | "Appendix G provides a more detailed discussion…" | "Appendix H provides a more detailed discussion…" | Typo |
| 99 | Figure 18 | . | "Notes: See Appendix G for more details…" | "Notes: *See* Appendix H.1 for more details…" | Typo |
| 100 | 249 | . | "This means that a 1 percent increase in the price of ads on AdX produces a 0.5 percent increase in the number of impressions available to AdX Advertisers." | "This means that a 1 percent increase in the price of ads on AdX produces a 0.47 percent increase in the number of impressions available to AdX Advertisers." | Clarification |
| 101 | 250 | . | "I discuss how I calculate AdX's supply elasticity based on each of these Google documents in more detail in Appendix G." | "I discuss how I calculate AdX's supply elasticity based on each of these Google documents in more detail in Appendix H.2." | Typo |
| 101 | 252 | . | "…fall near the bottom of this range, my estimates based on auction simulations fall near the bottom of this range." | "…fall near the bottom of this range." | Typo |
| 101 | 252 | . | "…will be conservative relative to calculations performed using four out of five of the elasticity estiamtes based on Google's internal analyses." | "…will be conservative relative to calculations performed using three out of five of the elasticity estiamtes based on Google's internal analyses." | Typo |
| 101 | Figure 20 | . | "See Appendix G for more details…" | "*See* Appendix H.2 for more details…" | Typo |
| 105 | 259 | . | "Appendix D includes a recreation of Figure 22 for only US impressions." | [Delete] | Typo |
| 107 | 266 | 265 | "and at page 233" | "and at page 232" | Typo |

Expert Report of Timothy Simcoe, Ph.D.

| Page | Figure/Section | Footnote | Original | Corrected | Type |
|---|---|---|---|---|---|
| 124 | Figure 29 | . | "…AND NON-FAA IMPRESSIONS, JANUARY 2019 - JANUARY 2021" | "…AND NON-FAA IMPRESSIONS, JANUARY 2019 - JANUARY 2023" | Typo |
| 130 | Figure 31 | 304 | "Ad Server Pricing, Epom…" | "'Ad Server Pricing,' Epom…" | Typo |
| 133 | Figure 33 | 321 | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences on and off Amazon.')…" | "…('Amazon DSP is a demand-side platform that allows you to programmatically buy ads to reach new and existing audiences anywhere they spend their time.')…" | Typo |
| 134 | Figure 34 | 325 | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' May 4, 2023,…" | "Shubham Grover, '22 Best Ad Networks for Publishers in 2023,' AdPushUp, May 4, 2023,…" | Typo |
| 134 | Figure 34 | 326 | "…('As of Apr 11 2020, Audience Netowrk no longer'…" | "…('As of Apr 11 2020, Audience Network no longer'…" | Typo |
| 134 | Figure 34 | 326 | "…'Meta Audience Network,' accessed December 20, 2023,…" | "…'Meta Audience Network,' Meta, accessed December 20, 2023,…" | Typo |
| 135 | 289 | . | "$\frac{\partial D^O}{\partial P^O} \cdot \frac{dP^O}{d\tau}$" | "$\frac{\partial D^O}{\partial P^O} \cdot \frac{dP^O}{d\tau}$" | Typo |
| 138 | Section H | Figure 35 Source | "GOOG-DOJ-AT-02204351." | GOOG-DOJ-AT-02204351, at -360 (09/03/2019). | Typo |
| 141 | 306 | . | "…buy-side take rate without changing the its take rate…" | "…buy-side take rate without changing the take rate…" | Typo |
| 141 | Figure 36 | . | "Source: Brattle analysis of GOOG-DOJ-15140608." | "Source: Brattle analysis of GOOG-DOJ-15140608, at -609 (01/10/2014)." | Typo |
| 147 | 320 | . | "where the key variable x represents the amount of an AdX bid expressed as a percentage of its reserve price:" $$C(x) = \alpha + \beta_1 x + \beta_2 x^2 + \sum_{k=0}^{U} \gamma_k \cdot 1[x = k] + \varepsilon$$ | "where the key variable b(x) is the bin corresponding to x, which is the amount of an AdX bid expressed as a percentage of its reserve price:" $$C(x) = \alpha + \beta_1 \bm{b(x)} + \beta_2 (\bm{b(x)})^2 + \sum_{k=0}^{U} \gamma_k \cdot 1[\bm{b(x)} = k] + \varepsilon$$ | Clarification |
| 147 | 320 | . | The expression $\alpha + \beta_1 x + \beta_2 x^2$ is a quadratic function of the AdX bid size. | The expression $\alpha + \beta_1 \bm{b(x)} + \beta_2 (\bm{b(x)})^2$ is a quadratic function of the AdX bid bin number. | Clarification |
| 149 | 322 | . | "…the publisher may re-auction the impression, re-allocate the impression to a direct campaign, or fill it with a default or house advertisement." | "…the publisher may re-allocate the impression to a direct campaign or fill it with a default or house advertisement." | Typo |

*[signature]*

**January 13, 2024**