# Exhibit O
# (previously filed as Dkt. 647-14)

Archive | What Links Here

Revenue → 606 Revenue from Contracts with Customers → 10 Overall

# 10 Objectives

Ex. 740-10-25-1

Search

- General Principles
- Presentation
- Assets
- Liabilities
- Equity
- Revenue
- Expenses
- Broad Transactions
- Industry
- Master Glossary
- Other Sources
- Tools
- Logout

ℹ **General Note:** The Objectives Section provides the high-level objectives that the Subtopic is intended to accomplish or attain. The Section does not summarize or discuss the main principles of accounting and reporting requirements.

## General

**606-10-10-1** The objective of the guidance in this Topic is to establish the principles that an entity shall apply to report useful information to users of financial statements about the nature, amount, timing, and uncertainty of revenue and cash flows arising from a contract with a customer.

> Meeting the Objective

**606-10-10-2** To meet the objective in paragraph 606-10-10-1, the core principle of the guidance in this Topic is that an entity shall recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

**606-10-10-3** An entity shall consider the terms of the contract and all relevant facts and circumstances when applying this guidance. An entity shall apply this guidance, including the use of any practical expedients, consistently to contracts with similar characteristics and in similar circumstances.

**606-10-10-4** This guidance specifies the accounting for an individual contract with a customer. However, as a practical expedient, an entity may apply this guidance to a portfolio of contracts (or performance obligations) with similar characteristics if the entity reasonably expects that the effects on the financial statements of applying this guidance to the portfolio would not differ materially from applying this guidance to the individual contracts (or performance obligations) within that portfolio. When accounting for a portfolio, an entity shall use estimates and assumptions that reflect the size and composition of the portfolio.