IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
|         Plaintiffs, | ) |
|     v. | )  No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
|         Defendant. | ) |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S FAIRNESS DESIGNATIONS**

Plaintiffs, by and through undersigned counsel, file their objections to Google's fairness designations (ECF No. 967) attached hereto as Exhibit 1 in accordance with this Court's Order of June 24, 2024 (ECF No. 871).

(See following page for signatures.)

1

Dated: July 31, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Dennis Barghaan<br>DENNIS BARGHAAN<br>Chief, Civil Division<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3700<br>Facsimile: (703) 299-3983<br>Email: Dennis.Barghaan@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL J. FREEMAN<br>AARON M. TEITELBAUM<br>JEFFREY G. VERNON<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |