# Exhibit 1

Objections to Defendant's Fairness Designated Deposition Testimony

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Objections to Google's Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Krishan Bhatia | 2023.09.21 | 173 | 8 | 173 | 13 | 611(c), Not needed for fairness |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Objections to Google's Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Ken Blom | 2023.08.29 | 146 | 2 | 146 | 10 | Not needed for fairness |

2

**United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)**
**Plaintiffs' Objections to Google's Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Omri Farber | 2023.09.18 | 47 | 22 | 47 | 25 | 611(c) |
| Omri Farber | 2023.09.18 | 48 | 3 | 48 | 10 | 611(c) |

3

**United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)**
**Plaintiffs' Objections to Google's Fairness Designations**

| **Witness** | **Date of Deposition** | **Google Fairness Pg From** | **Google Fairness Line From** | **Google Fairness Pg to** | **Google Fairness Line to** | **DOJ Objections** |
|---|---|---|---|---|---|---|
| Jeremy Helfand | 2023.09.29 | 86 | 1 | 86 | 6 | 611(c) |

4

**Plaintiffs' Objections to Google's Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Kristy Kozlowski | 2023.09.06 | 51 | 5 | 51 | 19 | |
| Kristy Kozlowski | 2023.09.06 | 51 | 20 | 51 | 23 | 104(a) |
| Kristy Kozlowski | 2023.09.06 | 51 | 25 | 51 | 25 | 104(a) |
| Kristy Kozlowski | 2023.09.06 | 52 | 1 | 52 | 4 | 104(a) |
| Kristy Kozlowski | 2023.09.06 | 52 | 6 | 52 | 15 | 104(a) |
| Kristy Kozlowski | 2023.09.06 | 52 | 21 | 53 | 9 | |
| Kristy Kozlowski | 2023.09.06 | 53 | 12 | 53 | 14 | |
| Kristy Kozlowski | 2023.09.06 | 59 | 16 | 60 | 4 | 104(a); 602 |
| Kristy Kozlowski | 2023.09.06 | 60 | 7 | 60 | 7 | 104(a); 602 |
| Kristy Kozlowski | 2023.09.06 | 99 | 8 | 99 | 12 | |
| Kristy Kozlowski | 2023.09.06 | 99 | 13 | 99 | 25 | |
| Kristy Kozlowski | 2023.09.06 | 100 | 3 | 100 | 22 | |
| Kristy Kozlowski | 2023.09.06 | 188 | 23 | 189 | 2 | |

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Objections to Google's Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| David A. Minkin | 2023.09.22 | 127 | 16 | 127 | 23 | 611(c) |
| David A. Minkin | 2023.09.22 | 127 | 25 | 127 | 25 | 611(c) |
| David A. Minkin | 2023.09.22 | 130 | 24 | 131 | 3 | |

**United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)**
**Plaintiffs' Objections to Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Ryan Pauley | 2023.08.23 | 152 | 22 | 152 | 24 | 402, 403 |
| Ryan Pauley | 2023.08.23 | 154 | 25 | 155 | 15 | 402, 403 |

7

United States et al v. Google LLC, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

**Plaintiffs' Objections to Fairness Designations**

| Witness | Date of Deposition | Google Fairness Pg From | Google Fairness Line From | Google Fairness Pg to | Google Fairness Line to | DOJ Objections |
|---|---|---|---|---|---|---|
| Simon Whitcombe | 2023.09.28 | 37 | 17 | 37 | 19 | O, V, 402, 403, 602, 611(c) |
| Simon Whitcombe | 2023.09.28 | 37 | 21 | 37 | 21 | O, V, 402, 403, 602, 611(c) |