# Exhibit E
# (previously filed as Dkt. 609-6)

Google

**NTK & CONFIDENTIAL - DO NOT SHARE**

# Agency Revenue Review

## Week Ending 6/14/2023

H2 2022 Archive | H1 2022 Archive | 2021 Archive

amer-ads-fin@

PLEASE NOTE: This data is strictly confidential and need-to-know, and may be deemed to be material nonpublic information. Please see Alphabet's Policy Against Insider Trading as well as these FAQs, for additional information on material nonpublic information.



## Agenda

| | Topic | Type | Time | Presenter |
|---|---|---|---|---|
| Finance | Revenue Roundtable | Prepare | 20 min | Chris L. |
| GTM | Ops Rigor | Prepare | 10 min | Evan H. |

**Upcoming Agenda (6/23)** *Pending Confirmation*
- Cancelled

**Update Types:**
- **Prepare:** Requires data review ahead of Revenue Call to prepare for questions or discussion
- **Inform:** Meant to drive awareness of progress, upcoming initiatives/programs, or asks for the teams

Google

CONFIDENTIAL





CONFIDENTIAL

GOOG-AT-MDL-011124144