Exhibit F
(previously filed as Dkt. 609-7)



GOOG-AT-MDL-011120632



GOOG-AT-MDL-011120633



GOOG-AT-MDL-011120639



GOOG-AT-MDL-011120643



GOOG-AT-MDL-011120645