# Exhibit G
# (previously filed as Dkt. 609-8)



GOOG-DOJ-03047055

https://www.cpcstrategy.com/blog/2018/09/amazon-advertising-rebranding/

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047061



GOOG-DOJ-03047067