IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES, *et al.,*

*Plaintiffs*,

vs.

GOOGLE LLC,

*Defendant*.

No. 1:23-cv-00108-LMB-JFA

**GOOGLE LLC'S NOTICE OF FILING**

Defendant Google LLC ("Google") files the attached **UNREDACTED VERSION** of its reply brief in support of its motion to exclude the expert opinions of Adoria Lim, as ordered by the Court (Docket no. 930).

| | |
|---|---|
| Dated:  Aug. 1, 2024. | Respectfully submitted, |
| *Of Counsel for Google LLC:* | */s/ Craig C. Reilly* <br> Craig C. Reilly (VSB # 20942) |
| Eric Mahr (*pro hac vice*) <br> Andrew Ewalt (*pro hac vice*) <br> Julie Elmer (*pro hac vice*) <br> Justina Sessions (*pro hac vice)* <br> Lauren Kaplin (*pro hac vice*) <br> Jeanette Bayoumi (*pro hac vice*) <br> Claire Leonard (*pro hac vice*) <br> Sara Salem (*pro hac vice*) <br> Tyler Garrett (VSB # 94759) <br> FRESHFIELDS BRUCKHAUS DERINGER US LLP <br> 700 13th Street, NW, 10th Floor <br> Washington, DC 20005 <br> Telephone: (202) 777-4500 <br> Facsimile: (202) 777-4555 <br> eric.mahr@freshfields.com | THE LAW OFFICE OF <br>  CRAIG C. REILLY, ESQ. <br> 209 Madison Street, Suite 501 <br> Alexandria, VA 22314 <br> Telephone: (703) 549-5354 <br> Facsimile: (703) 549-5355 <br> craig.reilly@ccreillylaw.com |
| | Karen L. Dunn (*pro hac vice*) <br> Jeannie H. Rhee (*pro hac vice*) <br> William A. Isaacson (*pro hac vice*) <br> Joseph Bial (*pro hac vice*) <br> Amy J. Mauser (*pro hac vice*) <br> Martha L. Goodman (*pro hac vice*) <br> Bryon P. Becker (VSB #93384) <br> Erica Spevack (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 <br> Telephone: (202) 223-7300 <br> Facsimile (202) 223-7420 <br> kdunn@paulweiss.com |
| Daniel Bitton (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 55 2nd Street <br> San Francisco, CA 94105 <br> Telephone: (415) 490-2000 <br> Facsimile: (415) 490-2001 <br> dbitton@axinn.com | |
| Bradley Justus (VSB # 80533) <br> David Pearl (*pro hac vice*) <br> Allison Vissichelli (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 1901 L Street, NW <br> Washington, DC 20036 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br> bjustus@axinn.com | Meredith Dearborn (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Telephone: (646) 432-5100 <br> Facsimile: (202) 330-5908 <br> mdearnborn@paulweiss.com |
| | *Counsel for Google LLC* |