AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB-JFA |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

X Corp., as successor in interest to Twitter, Inc.

Date:  08/02/2024

s/ Catherine A. Karczmarczyk
*Attorney's signature*

Catherine A. Karczmarczyk, VSB 89311
*Printed name and bar number*
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, TN 37602

*Address*

ckarczmarczyk@bakerdonelson.com
*E-mail address*

423.928.0181
*Telephone number*

423.928.5694
*FAX number*