UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S CONSOLIDATED RESPONSE
TO PLAINTIFFS' AND NON-PARTIES' MOTIONS TO SEAL AND
OBJECTIONS TO USE OF CONFIDENTIAL INFORMATION AT TRIAL**

Pursuant to the Court's Order dated June 24, 2024 (Dkt. No. 871), Defendant Google LLC ("Google") submits this Consolidated Response to Plaintiffs' and Non-Parties' Motions to Seal and Objections to Use of Confidential Information at Trial (collectively referred to as "Sealing Filings"). Dkt. Nos. 944, 946, 947, 948, 956, 957, 958, 959, 960, 961, 966, 968, 975, 977, 980, 982, 990, 1004, 1008, 1010, 1020, 1040, 1044, 1048, 1051, 1052, 1055, 1059, 1063, 1064.

Except as otherwise noted below, Google does not take a position on whether the information Plaintiffs and non-parties seek to protect from public disclosure at trial, as identified in the Sealing Filings, should remain under seal.

Certain non-parties propose redactions to certain summary charts on Defendant Google's Trial Exhibit List (Dkt. No. 894), which contain figures derived, in part, from aggregated data from non-parties. Google is attempting to meet and confer with these non-parties with regard to these proposed redactions in an effort to reach an agreement that the

sealing of these summary charts is unnecessary.  Google respectfully requests an opportunity to continue to pursue these discussions.  Google will update the Court with the status of these discussions by 5:00pm EST on Wednesday, August 7.

In addition, Google intends to amend its Trial Exhibit List to remove DTX0896, DTX0911, DTX0915, DTX0999, DTX1010, and DTX1011, which non-party News Corp has requested be excluded from trial.  *See* Dkt. No. 1057 at 9.  News Corp's request with regard to these documents is therefore moot.

Dated: August 2, 2024

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Julie Elmer (*pro hac vice*)
Justina Sessions (*pro hac vice)*
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Meredith Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (202) 330-5908
mdearnborn@paulweiss.com

*Counsel for Defendant Google LLC*