AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00108-LMB/JFA |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bloomberg L.P., The New York Times Co., The Washington Post, Portfolio Media Inc., and MLex US Inc.   .

Date:   08/02/2024

/s/Laurin H. Mills
*Attorney's signature*

Laurin H. Mills
*Printed name and bar number*

Werther & Mills LLC
2121 Eisenhower Ave., Ste. 608
Alexandria, VA 22314
*Address*

laurin@werthermills.com
*E-mail address*

(703) 547-4693
*Telephone number*

(240) 912-3031
*FAX number*