AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:23-cv-00108-LMB/JFA |
| Google, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bloomberg L.P., The New York Times Co., The Washington Post, Portfolio Media Inc., and MLex US Inc.       .

Date:     08/02/2024

/s/Brian P. Donnelly
*Attorney's signature*

Brian P. Donnelly
*Printed name and bar number*

Werther & Mills LLC
2121 Eisenhower Ave., Ste. 608
Alexandria, VA 22314
*Address*

bdonnelly@werthermills.com
*E-mail address*

(240) 912-3034
*Telephone number*

(240) 912-3031
*FAX number*