**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **UNITED STATES,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **1:23cv00108 (LMB/JFA)** |
| **v.** ) | |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for WP Company LLC d/b/a "The Washington Post" in the above-captioned action certifies that WP Company LLC is a wholly-owned subsidiary of Nash Holdings LLC, a private investment firm whose ultimate beneficial owner is Jeffrey P. Bezos. WP Company LLC and Nash Holdings LLC are privately held companies with no securities in the hands of the public.

Dated:  August 2, 2024

Respectfully submitted,

*/s/Laurin H. Mills*
Laurin H. Mills (VSB 79848)
Brian Donnelly (VSB 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
Telephone : (703) 547-4693
Fax : (240) 912-3031
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for WP Company LLC d/b/a "The Washington Post"*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of August, 2024, a copy of the foregoing was filed with

the Court's e-filing system via CM/ECF, which will serve all counsel of record:


*/s/Laurin H. Mills*
Laurin H. Mills