# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **UNITED STATES**, *et al.*, | )<br>)<br>) |
| **Plaintiffs**, | )<br>) 1:23cv00108 (LMB/JFA) |
| v. | )<br>) |
| **GOOGLE LLC**, | )<br>) |
| **Defendant**. | )<br>) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Bloomberg L.P., by its undersigned counsel, hereby states that Bloomberg L.P. is a limited partnership; that its general partner is Bloomberg Inc.; and that no publicly held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

Dated: August 2, 2024

Respectfully submitted,

*/s/Laurin H. Mills*
Laurin H. Mills (VSB 79848)
Brian Donnelly (VSB 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
Telephone : (703) 547-4693
Fax : (240) 912-3031
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for Bloomberg L.P.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on 2nd day of August, 2024, a copy of the foregoing was filed with the Court's e-filing system via CM/ECF, which will serve all counsel of record:

                                                              */s/Laurin H. Mills*
                                                               Laurin H. Mills