**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **UNITED STATES**, *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | **1:23cv00108 (LMB/JFA)** |
| **v.** ) | |
| ) | |
| **GOOGLE LLC**, ) | |
| ) | |
| **Defendant**. ) | |

## <u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Portfolio Media, Inc., by its undersigned counsel, certifies that it is wholly owned by RELX Inc.

Dated:  August 2, 2024

Respectfully submitted,

*/s/Laurin H. Mills*
Laurin H. Mills (VSB 79848)
Brian Donnelly (VSB 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
Telephone : (703) 547-4693
Fax : (240) 912-3031
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for Portfolio Media, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 2nd day of August, 2024, a copy of the foregoing was filed with

the Court's e-filing system via CM/ECF, which will serve all counsel of record:


*<u>Laurin H. Mills</u>*
Laurin H. Mills