# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **UNITED STATES**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | 1:23cv00108 (LMB/JFA) |
| v. ) | |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on August 9, 2024 at 10:00 a.m., in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia, counsel for non-parties Bloomberg L.P., The New York Times Company, The Washington Post, Portfolio Media Inc., and MLex US Inc. will argue their Motion to modify and/or clarify certain procedures regarding access to upcoming trial proceedings and documents in the above-captioned case.

Dated:  August 2, 2024                                 Respectfully submitted,

*/s/Matthew A. Leish*
Matthew A. Leish (admission *pro hac vice* pending)
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, New York 10036
Direct: 212-752-9200
mleish@mkslex.com

*/s/Laurin H. Mills*
Laurin H. Mills (VSB 79848)
Brian Donnelly (VSB 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
Telephone : (703) 547-4693
Fax : (240) 912-3031
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for non-parties Bloomberg L.P.,
The New York Times Company, The
Washington Post, Portfolio Media Inc., and
MLex US Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of August, 2024, a copy of the foregoing was filed with the Court's e-filing system via CM/ECF, which will serve all counsel of record:

*Laurin H. Mills*
Laurin H. Mills