**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1224 | Plaintiffs object to sealing<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |
| 1225 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |
| 1377 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1378 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |
| 1379 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1380 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |
| 1381 | Plaintiffs object to sealing.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why the exhibit should be sealed or redacted. |
| 486 (DTX 401) | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 697 (DTX 659) | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 732 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 746 (DTX 414) | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 814 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 868 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 939 (DTX 579) | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 981 (DTX 983) | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1040 | Plaintiffs' object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1063 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1080 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1611 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1743 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1746 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1756 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 1761 | Plaintiffs object to sealing and redaction. | Information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1773 | Plaintiffs object to sealing and redaction. | The information in the exhibit is more than three years old.<br><br>Google has not established why the exhibit should be sealed or redacted. |
| 219 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 783 (DTX 605) | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 814 (DTX 601) | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 867 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 915 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 957 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 977 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 979 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 996 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| PTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1624 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 1629 (DTX 1040) | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |
| 1772 | Plaintiffs object to Google's proposed redactions. | The information in the exhibit is more than three years old.<br><br>Google has not established why it should be redacted. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 292 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 317 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 331 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 383 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 401 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 403 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

Table 1

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 413 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 414 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 418 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 419 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 451 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 470 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 471 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 475 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 510 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 529 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 556 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 565 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 579 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 601 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 602 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 648 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 650 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 659 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 681 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 696 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 698 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 699 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 740 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 762 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 777 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 778 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 781 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 785 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 856 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 858 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 862 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 983 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |
| 1036 | Plaintiffs object to Google's request to seal this exhibit. | All the information in this exhibit is more than three years old.<br><br>Google has not established why this exhibit should be sealed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 369 | Plaintiffs object to Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why any of the information in this exhibit should not be disclosed. |
| 512 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why any of the information in this exhibit should not be disclosed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 515 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why any of the information in this exhibit should not be disclosed. |
| 1041 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information. | Google has not established why any of the information in this exhibit should not be disclosed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1187 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |
| 1190 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1412 | Plaintiffs oppose Google's request to seal this exhibit.

No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |
| 1413 | Plaintiffs oppose Google's request to seal this exhibit.

No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |

**Table 1**

**Plaintiffs' Memorandum in Opposition to Google's Requests
to Seal and Redact Trial Exhibits**

| DTX Exhibit Numbers | Plaintiffs' Position | Reasons for Plaintiffs' Position |
|---|---|---|
| 1414 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |
| 1617 | Plaintiffs oppose Google's request to seal this exhibit.<br><br>No objections to redactions on commercially sensitive information less than three years old, to the extent that the Court is not inclined to overrule Google's objections in their entirety, and to the extent the Court finds that the exhibit contains such commercially sensitive information | Google has not established why any of the information in this exhibit should not be disclosed. |