**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for an Adverse Inference and the documents referenced therein, and for good cause shown, the Court hereby ORDERS that Plaintiffs' motion is GRANTED. In the trial of this matter, the Court will presume that deleted chats were unfavorable to Google.

DATE: _____         _____