# Appendices A-D
# Filed Under Seal