# Exhibits 3-11, 15-16, and 18-37 Filed Under Seal