**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' motion to seal Plaintiffs' memorandum of law in support of Plaintiffs' motion for adverse inference, and to seal portions or all of exhibits 3-11, 16-16, and 18-37 attached to the memorandum, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because such document was marked as confidential or highly confidential by Defendant Google, and Google should have time to address the permanent sealing of this exhibit.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that exhibits 3-11, 15-16, and 18-37, and redacted portions of the memorandum shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____        _____