From: Charles Molster cmolster@molsterlaw.com
Subject: Re: USA v. Google 1:23cv0108 - Zedo Confidential Information
Date: July 25, 2024 at 2:17 PM
To: Hibbler, Leah lhibbler@paulweiss.com
Cc: Charles Molster cmolster@molsterlaw.com, Morgan, Erin J ejmorgan@paulweiss.com, Phillips, Jessica E jphillips@paulweiss.com, Goodman, Martha mgoodman@paulweiss.com, Craig Reilly craig.reilly@ccreillylaw.com

Thanks Leah - you are correct, I did mean Google, not Plaintiffs, and I appreciate you prompt response on that issue.

Best regards,

Chip
703 346 1505


**The Law Offices of Charles B. Molster, III PLLC**
**2141 Wisconsin Avenue, N.W., Suite M**
**Washington, D.C. 20007**
**(o) 202.787.1312**
**(c) 703.346.1505**
**cmolster@molsterlaw.com**
**www.molsterlaw.com**

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

> On Jul 24, 2024, at 3:46 PM, Hibbler, Leah <lhibbler@paulweiss.com> wrote:
>
> Hi Chip,
>
> Thank you for reaching out about Zedo. I do not represent Plaintiffs, but assuming you've got the same questions for Google, I've confirmed that Google did not include any documents or data produced by Zedo on its exhibit list, and none of the expert figures on our exhibit list refer to Zedo. However, we cannot provide information about whether Zedo may be referenced in the course of trial. Regarding the question in the last paragraph of your email, we will revert soon.
>
> Best,
>
> Leah
> **Leah R. Hibbler | Associate**
> **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
> 2001 K Street, NW | Washington, DC 20006-1047
> +1 202 223 7391 (Direct Phone) | +1 202 380 0585 (Direct Fax)
> lhibbler@paulweiss.com | www.paulweiss.com
> Pronouns: She/Her
>
> From: Charles Molster <cmolster@molsterlaw.com>
> Sent: Wednesday, July 24, 2024 9:24 AM
> To: Hibbler, Leah <lhibbler@paulweiss.com>
> Cc: Charles Molster <cmolster@molsterlaw.com>; Morgan, Erin J <ejmorgan@paulweiss.com>; Phillips, Jessica E <jphillips@paulweiss.com>; Goodman,

Martha <mgoodman@paulweiss.com>, Craig Reilly <craig.reilly@ccreillylaw.com>
Subject: USA v. Google 1:23cv0108 - Zedo Confidential Information

Leah:

Hope all is well.

As you may recall, I also represent non-party Zedo, Inc. regarding the above-referenced matter.

Can you please let me know whether Plaintiffs intend to make any reference to Zedo at trial, and/or use any documents that reflect any Zedo information, or Zedo's name?

If Plaintiffs intend to do so, can you please identify any of the documents that include Zedo's business or other information, and any documents where Zedo's name appears in a document, and provide to me versions of such documents where any such information is unreacted so that we can make a meaningful review of the documents?

Also, consistent with Judge Anderson's ruling of July 11, 2024 (Dkt. 903), we are going to request that the Court Order that all references to Zedo's name be redacted, and/or replaced with ABC Corporation (or a similar substitute for Zedo) - can you please let me know as soon as you can whether Plaintiffs will agree to that request - per Judge Brinkema's Order of June 24, 2024 (Dkt. 871) our specific objections are due on Friday July 26, 2024, and we will be including our request at that time.

Many thanks, and happy to discuss.

Best regards,

Chip
703 346 1505


The Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
(o) 202.787.1312
(c) 703.346.1505
cmolster@molsterlaw.com
www.molsterlaw.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.