# Exhibit F
# (previously filed as Dkt. 660-6)

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF VIRGINIA
 3   ALEXANDRIA DIVISION
     _____
 4
     UNITED STATES, et al.,
 5
                            Plaintiffs,
 6
              -against-
 7
     GOOGLE LLC,
 8
                            Defendant.
 9
     No: 1:23-cv-00108-LMB-JFA
10   _____
11
                            September 28, 2023
12                          10:04 a.m.
13
14
15
16        DEPOSITION of SIMON WHITCOMBE,
17   taken by Defendant, pursuant to Notice,
18   held at the offices of COVINGTON & BURLING
19   LLP, 620 Eighth Avenue, New York, New York
20   before Wayne Hock, a Notary Public of the
21   State of New York.
22
23
24
25    Job No. CS6114685
```

Page 190
1        S. Whitcombe
2    is we compete with programmatic, but
3    generally speaking, particularly on
4    lower funnel which is the majority of
5    the revenue that we generate from
6    advertising at Meta, we perform more
7    competitively than programmatic
8    generally.  And again, when
9    advertisers allocate budget on
10   performance, you know, we do very well
11   generally versus programmatic.  And
12   that's why you see in a lot of these
13   documents the search and YouTube and
14   maybe Tik Tok, that's an area on upper
15   funnel and lower funnel where we're
16   not consistently performing better.
17   It's -- it may be we'll change
18   depending on an advertiser or the way
19   that they think about measurement or
20   -- it's a much less cut and dry.
21       Q.   But just for publisher ad
22   servers specifically, you almost never
23   hear that Meta's owned and operated
24   properties are competing with publishers'
25   ad servers; correct?

Page 191
1        S. Whitcombe
2        MR. BITTON:  Objection to form.
3    Lacks foundation.  Vague.  Outside the
4    scope.
5        THE WITNESS:  It's not something
6    that comes up often or really ever.
7        Q.   Let me you ask a little bit
8    about DSPs or demand side platforms.
9        Does that make sense?
10   A.   Yes.
11       Q.   I think you mentioned The Trade
12   Desk.
13       Is that a demand side platform?
14       MR. BITTON:  Objection to form.
15   Lacks foundation.
16       THE WITNESS:  Again, as we go to
17   market, I don't work in ad tech and I
18   don't have a deep understanding of ad
19   tech.  I think we think of that
20   category as we go to market as a very
21   large bucket of programmatic, and we
22   don't -- I don't have a deep
23   understanding of DSPs or that segment
24   of the market.
25       Q.   Fair to say that, in your job as

Page 192
1        S. Whitcombe
2    an advertising sales leader for Facebook,
3    you've never had to educate yourself about
4    DSPs in detail; is that correct?
5    A.   That's correct.
6        MR. BITTON:  Objection to form.
7    Leading.
8        Q.   Can you identify any DSPs other
9    than The Trade Desk?
10   A.   No.
11       Q.   Have you ever heard of
12   MediaMath?
13   A.   Oh, yeah, I've heard of
14   MediaMath, yeah.
15       Q.   Is MediaMath a DSP?
16   A.   I don't know.  And again, we
17   don't -- that's not anything that we -- we
18   don't go -- we look at the market through
19   a lens of programmatic.  We don't get to
20   that level of detail.
21       Q.   Have you ever heard that an
22   advertiser is switching budgets between
23   MediaMath and Meta?
24       MR. BITTON:  Objection to form.
25       THE WITNESS:  No.

Page 193
1        S. Whitcombe
2        Q.   Were you aware that MediaMath
3    went bankrupt in June of 2023?
4        MR. BITTON:  Objection to form.
5        THE WITNESS:  I do recall
6    reading about MediaMath going out of
7    business, yes.
8        Q.   Can you identify any specific
9    impact that MediaMath's bankruptcy had on
10   Meta's advertising business?
11       MR. BITTON:  Objection to form.
12   Lacks foundation.
13       THE WITNESS:  Again, no.  And
14   again, I think part of that is that a
15   majority of the revenue that we see
16   from advertising is direct response
17   advertising, very performance-focused
18   advertising.  And generally, against
19   all programmatic, we perform very,
20   very competitively.
21       Q.   What impact did -- if any, did
22   MediaMath's bankruptcy have on Meta's
23   advertising business?
24       MR. BITTON:  Objection to form.
25   Asked and answered.  Lacks foundation.

49 (Pages 190 - 193)

Page 194

```
 1            S. Whitcombe
 2        MS. PATCHEN: Objection.  Asked
 3    and answered.
 4        THE WITNESS:  No noticeable
 5    impact that I'm aware of.
 6    Q.   Have you ever heard of The Trade
 7 Desk's OpenPath product?
 8    A.   No.
 9    Q.   What impact, if any, did The
10 Trade Desk launching OpenPath have on
11 Meta's advertising business?
12        MR. BITTON: Objection to form.
13    Lacks foundation.
14        MS. PATCHEN: Objection.  Same.
15        THE WITNESS:  I wouldn't know
16    and yeah, none that I know of.
17    Q.   Are you familiar with Yahoo's
18 Gemini ad network?
19    A.   No.
20    Q.   Were you aware that Yahoo has
21 announced that it was shutting down the
22 Gemini network?
23    A.   I was not aware.
24        MR. BITTON: Objection to form.
25    Lacks foundation.
```

Page 195

```
 1            S. Whitcombe
 2    Q.   What impact, if any, is Yahoo's
 3 -- does Yahoo's announcement that it is
 4 shutting down the Gemini ad network have
 5 on Meta's advertising business?
 6        MR. BITTON: Objection to form.
 7    Lacks foundation.  Leading.
 8        MS. PATCHEN: Objection.  Same.
 9        THE WITNESS:  No impact that I'm
10    aware of.
11    Q.   Yahoo also recently announced
12 that it's closing its exchange.
13        Do you know that?
14        MR. BITTON: Objection to form.
15    Lacks foundation.
16        THE WITNESS:  I did not know
17    that.
18    Q.   What impact, if any, did Yahoo
19 closing its exchange have on Meta's
20 advertising business?
21        MR. BITTON: Objection to form.
22    Lacks foundation.
23        MS. PATCHEN: Objection.  Same.
24        THE WITNESS:  None that I'm
25    aware of.
```

Page 196

```
 1            S. Whitcombe
 2    Q.   You're aware that some exchanges
 3 have lowered their take rates in recent
 4 years?
 5        MR. BITTON: Objection to form.
 6    Lacks foundation.
 7        THE WITNESS:  No.
 8    Q.   When exchanges lowered their
 9 take rates in recent years, did that
10 affect the price of ads sold on Meta's
11 platform?
12        MR. BITTON: Objection to
13    fortunately.  Lacks foundation.
14        MS. PATCHEN: Objection.  Same.
15        MR. BITTON: Leading.
16        THE WITNESS:  I'm not aware of
17    it impacting our auction, no.
18    Q.   Can you identify any specific
19 advertisers who moved some or all of their
20 budgets from Meta to exchanges when
21 exchanges lowered their take rates?
22        MR. BITTON: Objection to form.
23    Lacks foundation.  Leading.
24        THE WITNESS:  That's a level of
25    granularity on programmatic
```

Page 197

```
 1            S. Whitcombe
 2    advertising that I simply don't have.
 3    Q.   Fair to say that, as a sales
 4 leader for Meta's advertising business,
 5 you haven't felt the need to educate
 6 yourself about how exchanges work; is that
 7 correct?
 8        MR. BITTON: Objection to form.
 9        MS. PATCHEN: Objection.
10        Is he testifying as the
11    corporate representative now or in his
12    personal capacity?
13        MR. VERNON: Both.
14        MR. BITTON: Objection to form.
15    Lacks foundation.  Outside the scope.
16    Leading.
17        THE WITNESS:  I go back to what
18    I said earlier.  Generally our direct
19    response solutions perform very, very
20    competitively against programmatic
21    solutions, you know, for many,
22    arguably most advertisers.  We're able
23    to drive a better performance than
24    they see in programmatic, and as a
25    result, it does not come up a huge
```

50 (Pages 194 - 197)

```
                                                Page 198
 1           S. Whitcombe
 2   amount and it hasn't required me to
 3   have a very deep understanding of
 4   exactly how it works.
 5     Q.   You were aware that some
 6   exchanges will do deals with particular
 7   publishers or advertisers under which the
 8   exchange agrees to lower its take rate for
 9   that particular publisher or advertiser?
10     A.   No.
11           MR. BITTON: Objection to form.
12   Lacks foundation. Leading.
13     Q.   Can you identify any specific
14   advertisers who moved some or all of their
15   advertising budgets to Meta -- I'm sorry,
16   from Meta to exchanges because exchanges
17   lowered their take rates or a specific
18   publisher or advertiser?
19           MR. BITTON: Objection to form.
20   Lacks foundation. Leading.
21           THE WITNESS: No.
22     Q.   What impact, if any, has
23   exchanges lowering their take rates for
24   specific publishers or advertisers had on
25   Meta's advertising business?
```

```
                                                Page 199
 1           S. Whitcombe
 2           MR. BITTON: Objection to form.
 3   Lacks foundation. Leading.
 4           THE WITNESS: Again, nothing I'm
 5   aware of.
 6     Q.   Is it fair to say that you are
 7   not in a good position to testify based on
 8   personal knowledge about whether
 9   advertisers would switch between Meta and
10   exchanges if exchanges change their take
11   rates?
12           MR. BITTON: Objection to form.
13   Lacks foundation. Calls for
14   speculation. Leading.
15           MS. PATCHEN: Objection.
16           THE WITNESS: Can you repeat the
17   question?
18     Q.   Sure.
19           Is it fair to say that you're
20   not in a good position to testify based on
21   personal knowledge about whether
22   advertisers would switch between Meta and
23   exchanges if exchanges change their take
24   rates?
25           MR. BITTON: Objection to form.
```

```
                                                Page 200
 1           S. Whitcombe
 2   Lacks foundation. Calls for
 3   speculation. Leading.
 4           THE WITNESS: I don't think the
 5   exchanges taking -- changing their
 6   take rate -- ultimately advertisers
 7   will make a decision on where they
 8   place their budgets based on the
 9   performance metric that they care
10   about.
11           Now, if exchanges changing their
12   take rate was important and budgets
13   were moving in that direction across
14   the book of business that I'm
15   responsible for, I would think I would
16   be aware of that, but that has not
17   come up in my capacity.
18     Q.   So I guess it would be fair to
19   say that you're not in a good position to
20   testify based on personal knowledge about
21   whether advertisers would or would not
22   switch between Meta and exchanges if
23   exchanges change their take rate; is that
24   fair?
25           MR. BITTON: Objection to form.
```

```
                                                Page 201
 1           S. Whitcombe
 2   Leading. Calls for speculation.
 3   Lacks foundation.
 4           THE WITNESS: Again, I don't
 5   necessarily know how I should answer
 6   that question.
 7           If advertisers were moving
 8   budgets, moving significant budgets
 9   between Meta and programmatic, I would
10   have an understanding of that. That
11   simply isn't the case. And if we were
12   losing significant budgets to
13   programmatic because of take rates,
14   again I think I would have an
15   understanding of that, but I don't
16   think that we are.
17     Q.   Why do you say that you don't
18   believe Facebook is losing significant
19   budgets to programmatic because of take
20   rates?
21           MR. BITTON: Objection to form.
22           THE WITNESS: Because generally
23   on direct response advertising Meta
24   advertising consistently, based on
25   advertiser feedback, drives better ROI
```

Page 202

S. Whitcombe

1  than programmatic.
2  Q.  And so it's your experience that
3  advertisers, at least based on what you've
4  heard, advertisers are not moving
5  significant budgets between Meta and
6  programmatic; is that right?
7      MR. BITTON: Objection.
8  Mischaracterizes the testimony.  Lacks
9  foundation.  Leading.
10     THE WITNESS:  To my
11 understanding, I would say yes.
12 Q.  Have you heard of header
13 bidding?
14 A.  I've heard of it.  I don't have
15 a deep understanding of it, no.
16 Q.  What impact, if any, did header
17 bidding have on Meta's advertising
18 business?
19     MR. BITTON: Objection to form.
20 Lacks foundation.  Leading.
21     THE WITNESS:  None, none that
22 I'm aware of.
23 Q.  Will have you ever heard of
24 Google's Open Bidding?

Page 203

S. Whitcombe

1  A.  I have not.
2  Q.  What impact, if any, did Google
3  launching Open Bidding have on Meta's
4  advertising business?
5      MS. PATCHEN: Objection.  Calls
6  for speculation.
7      MR. BITTON: Objection to form.
8  Lacks foundation.
9      THE WITNESS:  I'm not aware of
10 any, and I go back to my previous
11 answer on this, which is on
12 programmatic advertising, we tend to
13 be very competitive on a side-by-side
14 ROI basis with programmatic.  With
15 search and other forms of direct
16 response media, it's much more
17 competitive.  So search will come up
18 more often, much more often than
19 programmatic.
20 Q.  Why do you say that search comes
21 up much more often than programmatic?
22 A.  Because generally across the
23 advertisers or the partners that I
24 oversee, on a side-by-side basis when

Page 204

S. Whitcombe

1  advertisers look at ROI, search is very,
2  very competitive with the solutions that
3  we offer.  And advertisers tend to move
4  budgets based upon performance.
5  Q.  So it sounds like you're saying
6  that, based upon what you hear,
7  advertisers shift budgets between search
8  and Meta more than they shift budgets
9  between Meta and programmatic?  Did I hear
10 that correctly?
11     MR. BITTON: Objection to form.
12 Leading.  Mischaracterizes the
13 testimony.  Lacks foundation.
14     THE WITNESS:  I would say
15 generally I hear, yes, that would be
16 the case.
17 Q.  Okay.
18     In the last few years, open
19 auction display advertising has shifted
20 from a second price auction to a first
21 price auction.
22     Are you aware of that?
23     MR. BITTON: Objection to form.
24 Leading.  Lacks foundation.

Page 205

S. Whitcombe

1      THE WITNESS:  No, I'm not aware
2  of that.
3  Q.  What impact, if any, did open
4  auction display's shift from a second
5  price auction to a first price auction
6  have on Meta's advertising business?
7      MS. PATCHEN: Objection.  Calls
8  for speculation.
9      MR. BITTON: Objection to form.
10 Lacks foundation.  Leading.
11     THE WITNESS:  I don't know of
12 any significant impact in terms of the
13 overarching performance of
14 programmatic because of that change,
15 certainly versus Meta solutions.
16 Q.  Is it fair to say that changes
17 in how competition works in open auction
18 display don't, based upon what you hear,
19 have a significant impact on Meta's
20 advertising business?
21     MR. BITTON: Objection to form.
22 Lacks foundation.  Mischaracterizes
23 the testimony.  Leading.
24     THE WITNESS:  Could you say that

Page 206

1             S. Whitcombe
2    one more time, I'm sorry?
3    Q.   Sure.
4          Is it fair to say that, just
5    based on what you hear in your job, that
6    changes in how competition works in open
7    auction display do not have a significant
8    impact on Meta's advertising business?
9          MR. BITTON: Objection to form.
10   Lacks foundation.  Leading.
11   Mischaracterizes the testimony.
12         THE WITNESS:  Yeah, I'm not
13   aware of any impact.
14   Q.   Let me switch topics a little
15   bit.  Your counsel may object, so I'm
16   going to try to do this slowly.
17         It's fair to say you're aware,
18   just as an individual in the world, there
19   is antitrust scrutiny over Meta; is that
20   fair?
21         MR. BITTON: Objection to form.
22         MS. PATCHEN: Objection.  Outside
23   the scope.
24         MR. BITTON: Outside the scope.
25   Leading.  Lacks foundation.

Page 207

1             S. Whitcombe
2          THE WITNESS:  Yes.
3    Q.   And it's fair to say that if you
4    were to say that display and social are
5    separate markets, that would be against
6    Facebook's interest with respect to
7    antitrust litigation investigations
8    relating to Facebook?
9          MS. PATCHEN: Objection.  Outside
10   the scope and calls for speculation.
11         MR. BITTON: Objection to form.
12   Lacks foundation.  Calls for a legal
13   conclusion and opinion.  Outside the
14   scope.  Leading.
15         THE WITNESS:  Sorry, could you
16   repeat the question?
17   Q.   It's fair to say that if you
18   were to say that display and social were
19   separate markets, that would be against
20   Facebook's interests with respect to
21   antitrust scrutiny of Facebook?
22         MS. PATCHEN: Same objections.
23   This is far outside the scope of the
24   questions.
25         MR. BITTON: I'll state

Page 208

1             S. Whitcombe
2    objection, outside the scope of the
3    30(b)(6) topics.  Leading.  Calls for
4    speculation.  Calls for legal
5    opinions.  And lacks foundation.
6          THE WITNESS:  I don't -- I mean,
7    I would not have even thought about it
8    through that lens, so no.
9          MR. VERNON: Could we show you
10   tab fourteen.  This will be I think
11   Exhibit 22.
12         MR. BITTON: Sorry, counsel,
13   you're referring to tab fourteen.
14   What does that mean?
15         MR. VERNON: That was me
16   mistakingly referring to our internal
17   filing system, but it will be
18   Exhibit 22.
19         (Whereupon, a document entitled
20   Network Bidding Agreement was marked
21   Exhibit 22 for identification.)
22   Q.   Since it's towards the end of
23   the day, I'll just tell you I'm only going
24   to ask you briefly about the pages ending
25   in 348 and 439, which are also numbered 23

Page 209

1             S. Whitcombe
2    and 24.
3          Let me at least describe the
4    document for the record.
5          The first Bates number on the
6    first page ends in 1326.  The title is
7    Network Bidding Agreement.
8          MS. PATCHEN: I'm going to object
9    to any questions about the network
10   bidding agreement as outside of the
11   scope of the topics that this witness
12   has been designated to answer.
13         MR. BITTON: Yeah, I'll state the
14   same objection.
15         And counsel, I'm warning you now
16   because you're literally taking more
17   time than you were allocated to cover
18   deposition topics that were already
19   covered in a prior deposition, so
20   that's in contrast to court orders.
21         MR. VERNON: We'll be brief.
22         THE WITNESS:  (Reviewing).
23         Which page especially again?
24   Q.   348 and 349.
25         MS. PATCHEN: I also want to be

**Google's Errata Sheet for Google's Counsel's Questions in the**
**Transcript of the 30(b)(6) Deposition of Meta Platforms, Inc. (Simon Whitcombe) (September 28, 2023)**

| Page | Line | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| 9 | 10-11 | other of half | other half | Transcription error |
| 20 | 11 | offer customers | offer its advertiser customers | Transcription error |
| 21 | 9 | advertising spaces | advertising space | Transcription error |
| 24 | 6 | users that Meta serves | users does Meta serve | Transcription error |
| 26 | 3 | the owned | its owned | Transcription error |
| 28 | 18-19 | app element | ad element | Transcription error |
| 33 | 6-7 | based on newspaper websites | placed on newspaper websites | Transcription error |
| 38 | 5 | advertiser counts | advertiser accounts | Transcription error |
| 47 | 24 | with underlined | with underline | Transcription error |
| 52 | 6-7 | gross the business | grows the business | Transcription error |
| 69 | 3 | advertising company | advertising customer | Transcription error |
| 71 | 12 | supplement | sub-bullet | Transcription error |
| 74 | 6 | one of | one to | Transcription error |
| 98 | 9 | or | for | Transcription error |
| 214 | 3 | provider programmatic | providers of programmatic | Transcription error |
| 229 | 7 | investments | investment | Transcription error |
| 230 | 8 | updating | obtaining | Transcription error |
| 235 | 10-11 | had a product had to reason to share their views on | as a product had a reason to share their views of | Transcription error |
| 241 | 18 | Google seven | Google Search | Transcription error |

I have read the transcript of the 30(b)(6) deposition of Meta Platforms, Inc. for which Simon Whitcombe was the designated witness, and have listed all changes and corrections to my questions above, along with my reasons therefore.

Date: 11/1/2023

Signature: