# Exhibit G
# (previously filed as Dkt. 660-7)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendant. | Case No. 1:23-cv-00108-LMB-JFA<br><br>Hon. Leonie H. M. Brinkema |

**EXPERT SUPPLEMENTAL REPORT OF ROBIN S. LEE, PHD**

**March 4, 2024**

HIGHLY CONFIDENTIAL

Expert Supplemental Report of Robin S. Lee, PhD

# Appendix B. Additional figures

## B.1. US publisher ad server market shares

Figure 6. Annual US publisher ad server impression shares (2018–2022)

| Publisher geography source | Publisher ad server | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Google AdX/OB crosswalk (Lee Initial Report) | Google | 89.0% | 86.7% | 92.3% | 90.7% | 86.5% |
| | ▇ | 0.5% | 0.8% | 1.1% | 1.1% | 4.3% |
| | ▇ | 0.0% | 0.0% | 0.1% | 0.1% | 0.2% |
| | ▇ | | 2.4% | 1.1% | 0.4% | 0.1% |
| | ▇ | 2.4% | 4.7% | 2.8% | 2.4% | 2.8% |
| | ▇ | 2.5% | 2.2% | 1.2% | 1.3% | 0.8% |
| | ▇ | 5.7% | 3.1% | 1.5% | 4.1% | 5.3% |
| Google AdX/OB crosswalk, supplemented by US GAM fees data | Google | 89.2% | 87.0% | 92.4% | 90.8% | 86.7% |
| | ▇ | 0.5% | 0.8% | 1.1% | 1.1% | 4.2% |
| | ▇ | 0.0% | 0.0% | 0.1% | 0.1% | 0.2% |
| | ▇ | | 2.4% | 1.1% | 0.3% | 0.1% |
| | ▇ | 2.3% | 4.6% | 2.7% | 2.3% | 2.8% |
| | ▇ | 2.5% | 2.2% | 1.2% | 1.2% | 0.8% |
| | ▇ | 5.5% | 3.1% | 1.5% | 4.1% | 5.2% |

Source: Publisher ad server panel; Late-Produced US GAM fees data (GOOG-AT-MDL-DATA-000561425).
Notes: 1. Limited to open-web display impressions on mobile and desktop devices (includes house ads). US geography is based on publisher location. 2. The ▇ data do not contain information on device type, transaction type, ad type, instream/outstream or mobile channel. Since the data do not allow me to identify ▇ open-web display impressions, I conservatively include all ▇ impressions. 3. Similarly, the ▇ data does not distinguish between ad types. Therefore, I conservatively include all ▇ ad types. 4. ▇ data and ▇ data do not distinguish between instream and outstream video ads, so I conservatively include all video impressions on in-market devices. 5. The ▇ data do not distinguish between US and ROW publishers, so I conservatively include all ▇ publishers. Geography information is unavailable for many of ▇ impressions, so I conservatively include all of these impressions in the US share calculations. The ▇ data groups US and Canadian publishers, so both countries are included in this figure. Geography information is unavailable for some publishers in the Google data. To be conservative, I consider all of these publishers to be non-US publishers. 6. Due to reported data issues, ▇ data is missing in July 2022. ▇ data is missing in May, July and November of 2018. ▇ data is unavailable prior to May 2019. ▇ is unavailable prior to April 2018. ▇ data is missing in October 2018 and April 2022. In these instances, I annualize the third-party data to represent full years (except for ▇ in 2018, where no months of the data are available).

Expert Supplemental Report of Robin S. Lee, PhD

_____  March 4, 2024
Robin S. Lee, PhD                  Date

HIGHLY CONFIDENTIAL

Expert Supplemental Report of Robin S. Lee, PhD