# Exhibit K
# (previously filed as Dkt. 660-11)

CONFIDENTIAL



ADOBE – CID 30473 – 0000072946
Confidential Commercial Information
Non-disclosable and FOIA Exempt pursuant to 5 U.S.C. §552, 15 U.S.C. § 1313, 28 C.F.R. §16.7, and all other confidentiality protections applicable under the law.



CONFIDENTIAL

# Commerce Indexing Engine makes it possible



Collects 1B+ user data points ea. day: device, ip, etc.

Id Map aggregates into 300M anonymized users

ML models score data elements within a user and users within segments

Enables complex behavioral targeting

ADOBE – CID 30473 – 0000072948

CONFIDENTIAL

# Fuels a complete end-to-end ad tech stack



2nd Generation Stack

Java-based BE on all services

OpenRTB DSP @ 300K QPS

Scaled to 10M+ ads/day

Deep integration with Doubleclick Campaign Manager (DCM)

Hosted on Google Cloud Platform

Streaming Data Pipeline

Machine learning deployed throughout stack

ADOBE – CID 30473 – 0000072949

CONFIDENTIAL

# Managed by a great team

### Founders

**Mary Lou Song**
3rd Employee, Product, Community at eBay

**Paxton Song**
CEO Veruta (exit to My Buys)

### Management

**Alex Kazim, CEO**
SVP HP, President Skype, SVP eBay, VP PayPal

**Dan Haarmann, CRO & CFO**
VP MZ, VP HP, CFO Thinkingphones, eBay

**Emily Alojado, VP HR**
Addepar, Udemy

### Engineering Leadership

**Pradeep Sankranti, Dir., Indexing Engine**
eBay Search, Apple Maps

**Sachin Gupta, Dir., Ad Platform**
Chief Architect YuMe, Transpera (Mobile Video)

**Zulfi Umrani, Dir., Applications**
Apple

**David Nguyen, Dir., Operations**
CTO Shmoop, Sandisk

### Org

31 FTEs + 8 contractors

16 Engineering FTEs + 8 contractors

Engineering expertise in Big Data, Ecommerce, Ad Tech, Search, ML

Unique mix of Ad Tech and Ecommerce background

Fuelx confidential

ADOBE – CID 30473 – 0000072950

CONFIDENTIAL

# Strong business model

Mid-market focus (particularly D2C brands), outbound sales, managed service

CPM arbitrage with focus on ROI/CPA

Highest margins in the industry

1 of a few companies Google AdX Certified

Only company with custom DSP + deep DCM integration

FuelX Confidential

ADOBE – CID 30473 – 0000072951

CONFIDENTIAL



ADOBE – CID 30473 – 0000072952



CONFIDENTIAL

# Privacy changes: challenge and opportunity



*"If ITP works as well as its creators wish, it will essentially mean the end of the programmatic industry as we know it."*

https://www.adweek.com/programmatic/intelligent-tracking-prevention-is-it-as-scary-as-it-seems/

Apple & Google have impaired the ability to identify users
- Safari ITP blocked 3rd party and limited 1st party cookies
- Google reduced usefulness of Google User Id (GID)

Marketers everywhere are significantly impacted

Attribution: Unable to attribute conversions to a channel

Retargeting: Users invisible to Retargeting

Targeting: New users are harder to identify

We saw an opportunity to innovate

Tueiit Confidential

ADOBE – CID 30473 – 0000072954

# Seizing opportunity with FuelX 2.0

Took revenue down in 1H19 to rebuild the platform while preserving client relationships

FuelX 2.0 addresses privacy changes
- New Id Map can identify users even in the most challenging environments
- Attribution model that can connect events despite changing identifiers
- Targeting improved by leveraging ML models for better effectiveness

Relaunched in Q219
- Moving KPIs from CPA to CPM and CPC
- Reactivated 30+ clients
- On target to return to profitability in Q319

FuelX Confidential

ADOBE – CID 30473 – 0000072955

CONFIDENTIAL

# Goal to become the default Open Web ad platform



|  | Adwords | Facebook | FuelX |
|---|---|---|---|
| Format | Search | Social | Video |
| Scale | Walled Garden | Walled Garden | Open Web |
| US Market Size | $34B | $28B | $30B |
| Access | Self-Serve | Self-Serve | Managed Service / Self-Serve (Q3) |

FuelX Confidential    11

ADOBE – CID 30473 – 0000072956

CONFIDENTIAL

# One Portal self-serve launching in June



SMEs need an alternative to Google and Facebook

No one else allows SMEs to *easily* advertise on the Open Web

**Standard Tier**
- SMEs spending < $500/day
- Video ads with AI optimization
- CC billed in $500 increments

**Advanced Tier**
- SMEs spending ~$3,000+/day
- All ad formats
- Fine granularity on targeting
- Committed min spend and term

~ The Trade Desk for SMEs

ADOBE – CID 30473 – 0000072957

CONFIDENTIAL

## Strategic fit with Adobe



### Experience cloud for SMEs
- Existing Experience Cloud geared towards Enterprise
- FuelX provides a new product suite for SMEs: DSP, DMP, Ad Server, Attribution, Analytics

### New products: Ad Server, Tracking & Attribution
- Video & Display Ad Server
- Pixel and Attribution service
- Deep integration with Google's DCM

### Augment existing Experience Cloud
- Id Map for user identification
- Other Tech Stack components for DSP, DMP

### FuelX Team
- Ad Tech + eCommerce engineers: big data, fingerprinting, real-time bidding, profile engines, etc.

FuelX confidential   13

ADOBE – CID 30473 – 0000072958

