# Exhibit M
# (previously filed as Dkt. 660-13)



HIGHLY CONFIDENTIAL

GOOG-DOJ-11890293

# 2019 Performance Snapshot

**Summary of Financial Performance**



| | 2019 Actuals ($B) | Attainment vs Plan | Growth YoY |
|---|---|---|---|
| **Total Display** | **15.4B** | **101%** | **17%** |
| GDA | 10.4B | 102% | 16% |
| DV360 | 5.0B | 99% | 20% |

Note: $ using 2019 FX

- Although Display achieved plan, weakness was seen across both buying doors resulting from publisher terminations and privacy effects (ITP/ETP). Publisher terminations will continue to impact in 2020 as well.

- O&O largely helped offset Network deceleration in GDA, however for DV3, 3P further dragged down the business with negative growth Y/Y resulting from Poirot

Google

HIGHLY CONFIDENTIAL



GOOG-DOJ-11890295

## Executive Summary

- **Overall Performance:** GDA overperformance (102% plan attainment); Strong O&O performance, contributing 65% of growth this year vs. 32% last year, driven by Gmail and YT

- **Network Deceleration:** Resulting from a variety of factors, largely driven by publisher terminations (AdMob, AdX, AFC), but also included ITP/ETP and weakness in other campaign types (AdWords Express, Search +)

- **Automation:** Automated campaigns account for ~14% of GDA revenue, and contributing 66% of growth in the '19, up from 24% in '18

GOOG-DOJ-11890296



Remaining YT/Gmail share is 21% Gmail FF, 2% AWX, 32% standard display campaign

GOOG-DOJ-11890297



Americas decrease driven by drag in Network, impacted americas significantly more given that 50% of app backfill is from Americas as well as 50% of mobile web

GOOG-DOJ-11890298



Q4 LCS driven by higher share of O&O spend YoY driven by gmail and discover feed as well as positive growth in 3P for the 1st time since Poirot, GCS was back to positive growth in q2'19 for 3p

60% of app backfill is GCS as well as Web

GOOG-DOJ-11890299



Audiences make up ~50% (keyword/custom in market) in AFC/AdMob which also suffered two rounds of pub terminations on top of being impacted in AdMob terminations as well

WHEN targeting_type IN ('Affinity', 'InMarket', 'Custom Affinity', 'Life Event', 'Custom Intent', 'Audience Keyword', 'Interest','Other Keyword','Demographic','Extended Demographics') THEN 'Google Audience'

WHEN targeting_type IN ('Customer Match', 'Dynamic Remarketing', 'Other Remarketing', 'Similar Audience') THEN '1P Audience'

HIGHLY CONFIDENTIAL



Around 70% of automation targeting driven by remarketing and custom intent as well as drives 70% of the growth

GOOG-DOJ-11890301



Other agency - 49% of revenue, QBR - 10%, direct - 40%

GOOG-DOJ-11890302



GOOG-DOJ-11890303



HIGHLY CONFIDENTIAL

GOOG-DOJ-11890304



Q4 LCS driven by higher share of O&O spend YoY driven by gmail and discover feed as well as positive growth in 3P for the 1st time since Poirot, GCS was back to positive growth in q2'19 for 3p

HIGHLY CONFIDENTIAL

GOOG-DOJ-11890305



Q4 LCS driven by higher share of O&O spend YoY driven by gmail and discover feed as well as positive growth in 3P for the 1st time since Poirot, GCS was back to positive growth in q2'19 for 3p

GOOG-DOJ-11890306



Q4 LCS driven by higher share of O&O spend YoY driven by gmail and discover feed as well as positive growth in 3P for the 1st time since Poirot, GCS was back to positive growth in q2'19 for 3p

HIGHLY CONFIDENTIAL

GOOG-DOJ-11890307



- **AdMob** continues to lead GDA in growth contribution Y/Y despite pub terminations (due to violations); **AFC** resulted in negative contribution in '19 vs '18 due to pub terminations as well as continued impact from ITP/ETP

- **Gmail** growth contribution increased from 6% to 27% from '18, driven by mobile (+100% Y/Y) and frontfill/discovery campaigns

GOOG-DOJ-11890308



GOOG-DOJ-11890309



HIGHLY CONFIDENTIAL

GOOG-DOJ-11890310



GOOG-DOJ-11890311



GOOG-DOJ-11890312



HIGHLY CONFIDENTIAL

GOOG-DOJ-11890313



GOOG-DOJ-11890314



sometimes the decrease in spend is pub driven, as in they recognize that they're being filtered for bad behavior and ramp down that behavior to avoid termination
other times, it could be app-level actions that demand restrict (no UAC buys) or throttle the total # of queries an app can make

HIGHLY CONFIDENTIAL



GOOG-DOJ-11890316



GOOG-DOJ-11890317



GOOG-DOJ-11890318



GOOG-DOJ-11890319

## Executive Summary

- **Network:** Deceleration continues across all regions, driven by ITP/ETP and App Pub terminations

- **3P:** Lapping negative growth resulting from Poirot in 2018

HIGHLY CONFIDENTIAL

GOOG-DOJ-11890320



Deceleration attributed to safari, firefox

https://dasnav.corp.google.com/v/displaynav/#caption=Revenue%20by%20Browser&dimensions=QI_DIM_Browser:Firefo
x,QI_DIM_SellSideBreakdown:ADX_SELLER|AFC|AFD&dimensions=QI_DIM_Browser:Edge&dimensions=QI_DIM_Brows
er:Safari&end=2020-01-
01T00:00:00&granularity=week&growth_percent=false&history_id=46&metric=QI_MET_ValidTotalCostUSD&start=2019-
01-01T00:00:00&view=displayglobal

HIGHLY CONFIDENTIAL



AMER = 62%, EMEA =34%, APAC = 8%

HIGHLY CONFIDENTIAL



- Revenue % composition has remained fairly flat the past 5 quarters across all transaction types
- PA was the only transaction type to have negative Y/Y growth the past two years, (-1% in '18 and -12% in '19), resulting from minimal product focus

GOOG-DOJ-11890323



- Direct advertisers are increasingly driving DV360 growth, a reversal from Big 6 historically being the source of growth
- New spend from advertisers who use Big 6 is gradually shifting towards in-house rather than Big 6 (e.g. Disney, American Express)

GOOG-DOJ-11890324



HIGHLY CONFIDENTIAL



- **AdX** contributed >90% of growth in '19, largely due to Poirot effects of spend shifting from 3P

- **AdMob** showed strong growth in '19, +105% Y/Y, and is expected to continue with strong momentum in 2020. Increased growth in AdMob will help offset weakness seen in Web since App is more insulated from privacy effects currently