# Exhibit P
# (previously filed as Dtk. 660-16)

                                                              Page 1

1

2              UNITED STATES DISTRICT COURT

3                      FOR THE

4              EASTERN DISTRICT OF VIRGINIA

5    -----------------------------------------X
     United States et al.,
6

7                      Plaintiff,

8                      v.

9    GOOGLE LLC,

10

                       Defendant.
11   -----------------------------------------X

12   Civil Action No. 1:23-CV-00108

13

14              HIGHLY CONFIDENTIAL

15           VIDEOTAPED DEPOSITION

16                      OF

17              JOHN DEDERICK

18           FRIDAY, JULY 28, 2023

19

20

21

22

23

24   Reported by:
     CANDIDA BORRIELLO
25   JOB NO. 6418591-001-001

Page 182

1        J. Dederick - Highly Confidential
2    Q.   And what impact, if any, does that
3 have on advertisers?
4    A.   So, if an advertiser is coming to a
5 buy-side platform, they're asking that
6 buy-side platform to evaluate ads on their
7 behalf and buy the most cost effective and
8 the most performance.  The thing that will
9 get me the most growth, the most sales for
10 the lowest cost.  If instead of buying the ad
11 that's the lowest cost and the most
12 performant, I buy the one that makes me the
13 most money.  It is very likely not the least
14 expensive or the most performant.
15       And so, the cost for advertisers of
16 self-preferencing or biassing demand is gonna
17 be increased cost of their advertising and a
18 loss in potential growth or performance that
19 they're getting from marketing or
20 advertising.
21   Q.   Are you aware of or heard anything
22 of what's called Project Poirot?
23   A.   I have -- I have heard about
24 Project Poirot.
25   Q.   And what have you heard?

Page 183

1        J. Dederick - Highly Confidential
2    A.   Project Poirot is something that,
3 you know, came to my attention via the
4 Complaint.  And so, what I understand is what
5 I've read in the complaint and I can comment
6 on how that would work and what that would
7 do.  What I can say from, you know, what
8 is -- so -- and again, if -- if that -- if
9 what's described in the complaint --
10       MS. RHEE:  Objection, if that's
11    the basis of the answer.
12       MR. CHIU:  Let him finish.
13   A.   Yeah, I'm just gonna finish the
14 thought.  I can describe what the impact, you
15 know, and what my clients have reported that
16 is likely a result of that.
17       MS. RHEE:  Objection.  Calls for
18    speculation.
19   A.   So, if in fact Google chose to
20 increase bids or bid frequency on their
21 own -- on their own ad exchange, which is
22 what's described in Project Poirot, that
23 would create the biassing and the
24 self-preferencing that we talked about a
25 moment ago.

Page 184

1        J. Dederick - Highly Confidential
2    So, again, if you don't work inside
3 the walls of Google, you don't really
4 understand why the self-preferencing is
5 happening, but the outcome is incredibly
6 clear.  And so, is that exactly why?  People
7 outside the walls of Google would be hard to
8 tell, but it is very clear what's happening.
9 I mean, self-preferencing is happening.
10   Q.   So, it's -- what impact on
11 advertisers would self-preferencing have good
12 or done?
13       MS. RHEE:  Objection to form.
14       MR. CHIU:  Same objection.
15   A.   So, self-preferencing by the
16 buy-side platform, so many -- many of the
17 practices that are being questioned are with
18 regard to whether auctions or bids are being
19 manipulated in order to direct more spend to
20 Google properties or Google ad exchange or
21 Google ad server, and in every one of those
22 instances, if the auction is being
23 manipulated on a basis other than in the
24 interest of the publishers that the ad server
25 is serving or the advertisers, the

Page 185

1        J. Dederick - Highly Confidential
2 demand-side is serving, then all of those
3 participants are losing out and the gainer is
4 Google.  And the reason is that
5 self-referencing will again drive biassing
6 toward Google properties, it will drive
7 biassing toward higher margin products for
8 Google.  It won't drive to the most cost
9 effective ad for an advertiser or to the
10 lowest cost potential ad for an advertiser.
11   Q.   So, I think we have been going
12 about 50 minutes.  Do you want to keep going
13 or do you want to take a break?
14       MS. PREWITT:  Why don't we take a
15    break?
16       THE WITNESS:  Cool, sounds good.
17       MR. VERNON:  Go Off the record.
18       THE VIDEOGRAPHER:  We are off the
19    record.  The time is 3:31 p.m.
20       (Whereupon, a brief recess was
21    taken.)
22       THE VIDEOGRAPHER:  We are back on
23    the record the time is 3:44 p.m.
24 BY MR. VERNON:
25   Q.   Welcome back.

Page 186

1          J. Dederick - Highly Confidential
2          So, earlier I think you said The
3  Trade Desk tries to avoid unnecessary
4  sell-side fees.
5          If I got that right, why does The
6  Trade Desk do that?
7          MS. RHEE:  Objection to form.
8  Misleading.
9          MR. CHIU:  Same objection.
10         A.    So, The Trade Desk is a buy-side
11  platform, right, we only operate on behalf of
12  advertisers and so what we're trying to do is
13  buy the most performant lowest cost.  To the
14  extent the sell-side introduces fees, are
15  they worth it or not?  That's the question
16  for us, and for our advertisers.  So, if I --
17  in saying we're trying to avoid unnecessary
18  sell-side fees, that is us attempting to
19  optimize to the most efficient, effective
20  supply path or, like, way to buy an ad for an
21  advertiser.  And unfortunately, on the
22  sell-side, there have been a tremendous
23  amount of non-transparent fees or
24  gamesmanship in order to introduce
25  unnecessary fees in our view.  And so, we

Page 187

1          J. Dederick - Highly Confidential
2  spend an awful lot of time trying to bid and
3  find ads that will be the most valuable for
4  an advertiser to buy.
5          Q.    In the context of a Display ad
6  exchange, what is a take rate?
7          MS. RHEE:  Objection to form.
8          A.    For a Display ad exchange, they'll
9  typically -- their revenue model will be a
10  combination of a revenue share or percentage
11  of the ads that are bought through their
12  exchange and that's how they make money.  And
13  there are a number of ways that that can be
14  increased or made variable.  And so, when we
15  think about what are the take rates or what
16  are the fees that an SSP or an exchange are
17  going to take of a transaction.
18  Unfortunately, it's not very transparent to
19  buyers about what those fees are.
20         And so, when we say take rate from
21  a Display ad exchange or an SSP, we're
22  talking about the fees that that SSP or
23  exchange is taking from the transaction.
24         Q.    What impact, if any, would a higher
25  Display ad exchange take rate have on

Page 188

1          J. Dederick - Highly Confidential
2  advertisers?
3          MR. CHIU:  Objection to form.
4          MS. RHEE:  Objection to form.
5          A.    Well, any fees that are introduced
6  to a transaction obviously increase or can
7  increase the price of the ad for an
8  advertiser.  Now, I'm a proponent of adding
9  value and introducing more value for
10  participants, whether that's value on behalf
11  of the publisher, value on behalf of the
12  advertiser, both of those things can derive
13  these.
14         So, to me, all fees aren't bad
15  fees, but those fees that are actually not
16  serving the interest of publishers or
17  advertisers, but really just serving the
18  interest of whoever is charging the fee,
19  those are the bad ones, as in those are the
20  ones that we want to help advertisers avoid
21  and a genuine effort from an SSP or an ad
22  exchange would also be trying to help
23  publishers avoid.  So, we don't have an issue
24  with genuine or valuable fees being taken, it
25  is the fees that we view as, you know, only

Page 189

1          J. Dederick - Highly Confidential
2  acting on behalf of another party and not
3  adding value to the transaction that we think
4  are a problem.
5          Q.    And from your experience, what
6  exchanges have those sell-side fees that you
7  view as problematic?
8          MS. RHEE:  Objection to form.
9          A.    So, certainly the most
10  non-transparent exchange is AdX.  AdX, you
11  know, between how DFP the publisher ad server
12  with 90 percent share of publishers to AdX
13  with majority share of the ad exchange
14  market, how those two interact with one
15  another is not transparent.  The dynamics,
16  outcomes, what's happening in the auction
17  that AdX is running is not transparent.  And
18  what we know, in retrospect, is that things
19  like open bidding were happening and open
20  bidding introduced a 5 percent fee to the
21  transaction.  And in the view of many of the
22  advertisers that I talked to and agencies
23  that I talked to didn't add any value for the
24  advertisers or for the publishers, it was
25  just 5 percent for Google and that is a



Page 190

1      J. Dederick - Highly Confidential
2   pattern of practices, that is, what we think
3   of as sort of a blank check.  If you have the
4   front door to the internet and you have the
5   advertiser ad server and the advertiser
6   buying platform and the ad exchange and SSP
7   and the publisher ad server, you have a blank
8   check to take fees and no one is checking it.
9   And so, we have heard in every time there is
10  transparency or an effort towards
11  transparency into what's happening in the
12  auction, that is where we here Project Bell,
13  Project Bernake, Project Poirot, blah, blah,
14  blah, blah, it's -- it's endless.  And that
15  is a result of one party controlling all
16  aspects of the auction and a total lack of
17  transparency from buyers and for others into
18  what's happening.
19      Q.   What impact, if any, on advertisers
20  is there from AdX's non-transparent fees?
21      MS. RHEE:  Objection to form.
22      MR. CHIU:  Objection.  Lacks
23  foundation.
24      A.   As AdX and DFP collectively control
25  the auction where bids are submitted and won

Page 191

1      J. Dederick - Highly Confidential
2   into ad selection by the publisher, as in
3   what ad is actually shown at what cost, to
4   the extent that self-preferencing and
5   biassing of demand creates unnecessarily high
6   fees or ads that could've been more
7   performant elsewhere, advertisers are losing
8   money, they're losing -- they're losing out
9   on what they think of as working media spend
10  or how much spend is actually going toward
11  the media that they wanted to buy and they're
12  losing out on performance.  And so, the goals
13  that they set out for their marketing effort
14  are gonna suffer.

Page 192

10      Q.   How successful has The Trade Desk
11  been in competing with Google's DV360 for
12  Display?
13      A.   The Trade Desk has not been
14  successful at competing with Google's DV360
15  for Display advertising.
16      Q.   And why is that?
17      A.   I think the reason The Trade Desk
18  has effectively not been able to compete with
19  DV360 for Display advertising really comes
20  back to Google's dominant position in
21  publisher ad serving, in the Display ad
22  network in AdWords and in the ad exchanges
23  with AdX.  The advantage that that level of
24  supply concentration that level of data
25  creates is one big reason that we've

Page 194

```
 1          J. Dederick - Highly Confidential
 2    struggled.  And the other big reason, and
 3    this is more than just Display, this is
 4    also -- this is a challenge across the board
 5    competing with Google properties is the
 6    incredible data asset that Google has.
 7    Google has billions of logged in users with
 8    associated metadata that is very valuable for
 9    advertisers.  And that's exclusively
10    available via Google's tools.  And, you know,
11    the typical rationale is because of privacy,
12    they can't possibly make it available outside
13    of Google's own buying tools.
14          And so, really it's about the
15    dominant position in the supply marketplace,
16    the huge advantage that that means for
17    inventory supply and data about the supply
18    and then the enormous advantage in audience
19    data, consumer data, how should we target
20    these audiences and what would be performant.
21    Those are the two pieces that make it
22    basically impossible for us or anyone else to
23    compete with Google's Display marketplace.
24          Q.   And when you were talking about
25    competing with Google in Display, why did you
```

Page 195

```
 1          J. Dederick - Highly Confidential
 2    mention the publisher ad server?
 3          MS. RHEE:  Objection to form.
 4          A.   The reason the publisher ad server
 5    is so important for Display performance is
 6    because the publisher ad server is where ad
 7    selection happens.  So, who gets the ad at
 8    what cost?
 9          If Google is able to determine that
10    their platform gets an ad instead of another
11    platform, or their platform just gets the ad
12    for a lower cost than another platform and
13    any associated advantage as in a first look,
14    as in a last look, as in, you know, a lower
15    bid still wins.
16          Those are the reasons that it would
17    be basically impossible to win on a
18    performance basis and again, let's compare
19    this conversation to Connected Television
20    where Google's ad server is not dominant.
21    It's really not a coincidence that The Trade
22    Desk has been able to compete in a landscape
23    where Google's ad server doesn't have
24    90 percent market share and we can't where
25    they do.
```

Page 196

```
 1          J. Dederick - Highly Confidential
 2          Q.   All right.  So, you mentioned
 3    "first look."  When you refer to "first
 4    look," again in the context of Display, what
 5    are you referring to?
 6          MS. RHEE:  Objection.
 7          A.   I would love -- would you mind
 8    focusing on what aspect of "first look" or
 9    where, are we talking about ad exchanges?
10    Would you just rephrase your question?
11          Q.   Sure, I'm trying to think.
12          What do you understand first look
13    in the context of Display to be?
14          A.   So, first look in the context of
15    Display advertising is a concept of one party
16    getting early access to an auction.  So, the
17    example I would give to make first look
18    possible is like what if every day the stock
19    market opened it opened an hour earlier for
20    one participant and they got to come in and
21    cherry-pick whatever they wanted before the
22    market opened for everybody else.  That's
23    what first look is in the context of Display
24    advertising.  Because Google has the ad
25    server, the publisher ad server, they could
```

Page 197

```
 1          J. Dederick - Highly Confidential
 2    determine if Google bidders or Google's
 3    exchange gets the first chance to bid or buy
 4    an ad before anybody else does.  And so, the
 5    hope is for a fair and sort of even auction
 6    and unfortunately one party gets to show up
 7    an hour early.
 8          Q.   Is Google's first look good for
 9    advertisers or bad or how would you
10    characterize it?
11          A.   So, the fact that Google is able to
12    take first look using their publisher ad
13    server in conjunction with AdX is how, you
14    know, Google can either sell ads for two high
15    a cost or preference ads that won't be the
16    most performant for an advertiser.
17          So, again, if you're an advertiser,
18    you want the most performant and the lowest
19    cost you can get.  If Google is mostly
20    interested in pushing spend to their owned
21    and operated properties or monetizing
22    transactions through their pipes, through the
23    ad exchange and through the publisher ad
24    server, that's gonna drive up unnecessary
25    costs for an advertiser and that's gonna mean
```

Page 198

J. Dederick - Highly Confidential

1       J. Dederick - Highly Confidential
2  they didn't buy an alternative ad that
3  could've been more performant.
4       Q.  How does first look in the context
5  of Display affect The Trade Desk's ability to
6  compete, if at all?
7       A.  So, when I've said that The Trade
8  Desk is effectively not been able to compete
9  with DV360 and AdWords for Display budgets
10 and for performance Display budgets, it's
11 things like first look where how could we
12 possibly compete on a performance basis if
13 another party got to look at the auction
14 first and preference their own bid or decide
15 not to even let us bid and participate, how
16 could we possibly participate on a cost or
17 performance basis if we don't have visibility
18 or control over any of that.
19      Q.  Now, let me ask you about last
20 look.
21           In the context of Display, what do
22 you understand last look to be?
23      A.  So, last look is similar to first
24 look in that this is -- this is the
25 communication between an ad exchange and a

Page 199

1       J. Dederick - Highly Confidential
2  publisher ad server, this is the ad exchange
3  getting the opportunity to, you know, have
4  access to the publisher ad server in a way
5  that others can't, other ad exchanges can't.
6           So, if I were to try to give an
7  example of what last look would be, I guess
8  it would be like a -- it would be like a
9  silent auction where, let's say, we all --
10 everybody in this room put in an anonymous
11 bid and then -- and then I was also a bidder,
12 but before I put my bid in, I got to open all
13 of your bids first and then decide what I
14 wanted to bid.  That's what last look
15 effectively does.  It is all of the other
16 bidders' information is already on the table,
17 none of them knew what the others were
18 bidding, and that's DSPs, that's ad
19 exchanges.  And then one party gets to open
20 all the bids and decide what they want to do
21 with it.  That's what last look does to the
22 context of Display advertising.
23      Q.  And is last look good for
24 advertisers or bad or how would you
25 characterize it?

Page 200

1       J. Dederick - Highly Confidential
2       A.  Last look as a capability is
3  really, you know, another -- another
4  opportunity for Google self-preferencing of
5  their supply and every time Google has the
6  opportunity to really push their supply,
7  their owned and operated or their high margin
8  properties, you know, that really takes them
9  out of the interest of whoever they're
10 claiming to serve, whether it's an advertiser
11 or a publisher.  So, again, last look in
12 Display will raise costs for advertisers
13 unnecessarily and it will sacrifice potential
14 performance for advertisers.
15      Q.  What impact, if any, does Google's
16 last look have on The Trade Desk's ability to
17 compete with DV360?
18      A.  So, with a vertically integrated
19 stack with DV360, AdX and DFP, our clients
20 have said there's major efficiencies and
21 major claims of efficiencies about
22 preferential access to supply for -- for
23 DV360.  And so, what it could mean and, you
24 know, what that preferencing would create is,
25 you know, buyers who are operating DV360 have

Page 201

1       J. Dederick - Highly Confidential
2  better more frequent, more efficient ad
3  opportunities within Google's publisher ad
4  server than buyers on The Trade Desk would.
5       Q.  How, if at all, does that impact
6  The Trade Desk's ability to compete with
7  Google?
8       A.  So, The Trade Desk won't be able to
9  buy the same ads.  The Trade Desk would
10 potentially have to pay more for the same ads
11 than DV360.  And again, performance is about
12 buying ads at the lowest cost as judged by
13 the ad servers and, you know, Google has
14 publisher ad servers and advertiser ad
15 servers to help determine that.
16 ████████████████████████████████████████
   █████████████
   ██████████████████████████████████████████
   ██████████████████████████████████████
   █████████████████████████████████████████████
   ████████████████████████████████████████
   █████████████████████████████████████████████
   ████████████████████████████████████████
   ██████████████████████████████████████████████



Page 202

Page 203

```
 9      Q.  A second ago you mentioned a fair
10  auction, do you remember that?
11      A.  Yes.
12      Q.  Does Google run a fair auction?
13          MS. RHEE:  Objection to form.
14      A.  No.
15      Q.  Why do you say that?
16      A.  You know, usually in a fair
17  auction, you would have some level of
18  transparency into what's happening and maybe
19  you'd have -- maybe every participant in the
20  auction wouldn't be owned by the same
21  company.  In the auctions that are held in
22  AdX, remember we're talking about the
23  publisher ad server, the ad exchange, the
24  demand-side platform and the advertiser ad
25  server most of the time all being owned by
```

Page 204

```
 1      J. Dederick - Highly Confidential
 2  the same company.  So, if those are the key
 3  participants in an auction and no one outside
 4  of Google has transparency into what's
 5  happening, I don't know how you could imagine
 6  that that would be a fair auction.
 7      Q.  Other than what we've already
 8  talked about, what other examples are you
 9  aware of of Google doing things that you view
10  as not being a fair auction?
11      A.  I would say any forms of bid
12  manipulation where, again, we just don't have
13  transparency into.  If you don't work at
14  Google, you don't know whether -- how this is
15  happening, when it's happening, if it's
16  happening, but it's widely reported on and
17  the speculation among publishers, advertisers
18  and agencies that manipulating bids for -- or
19  win rates is happening constantly.  And not
20  surprisingly manipulating bids is at the
21  heart of every -- every, you know, potential
22  uncovered practice, whether that's Project
23  Poirot, Project Bernake, Project Bell,
24  dynamical allocation, dynamic revenue
25  sharing, unified auction.  What all of those
```

Page 205

```
 1      J. Dederick - Highly Confidential
 2  things have in common is they are exerting a
 3  level of unilateral control over the auction.
 4  Many of those things represent falsely
 5  altering advertiser bids without the
 6  advertiser's awareness as in increasing or
 7  decreasing advertiser bids without the
 8  advertiser ever knowing that that's
 9  happening.  Many of those things represent
10  fixing or changing aspects of the auction to
11  give Google bidding preferential treatment.
12      So -- what all of those things have
13  in common is, you know, their attempts at an
14  unfair auction and they're successful.
15      Q.  What is your understanding -- what
16  gives Google the ability to set the rules of
17  an auction for Display?
18          MS. RHEE:  Objection.  Lacks
19      foundation.
20          MR. CHIU:  Same objection.
21      A.  The reason that Google is able to
22  set the rules for all of the auctions is
23  complete dominance in the publisher ad server
24  marketplace, which again, that came from
25  dominance in Search, where Google's
```

HIGHLY CONFIDENTIAL

**ERRATA SHEET FOR THE TRANSCRIPT OF THE TRADE DESK**

Case Name:          In Re: Google Antitrust Investigation

Dep. Date:          July 28, 2023

Deponent:          Jed Dederick/The Trade Desk

| Page | Line | Correction | Reason for Correction |
|------|------|-----------|----------------------|
| 235 | 17 | Change "exchange is" to "exchanges." | Transcription error. |
| 235 | 20 | Change "in" to "and." | Transcription error. |
| 268 | 25 | Change "knowledgeable how" to "knowledgeable about how." | Transcription error. |
| 274 | 18 | Change "imagine" to "image." | Transcription error. |
| 282 | 13 | Change "were the" to "would've been" | Transcription error. |
| 288 | 15 | Change "ask" to "pass." | Transcription error. |
| 290 | 21 | Change "the rule" to "Google." | Transcription error. |

/s/ Matthew E. Gold
Counsel for the United States

1

*United States* v. *Google LLC*

Google's Errata Sheet for Google's Counsel's Questions in the
Transcript of the 30(b)(6) Deposition of The Trade Desk (John Dederick) (July 28, 2023)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 78 | 13 | It then goes on hopefully to say | It then goes on helpfully to say | Transcription error |
| 106 | 2 | bid trading features | bid shading features | Transcription error |
| 125 | 10 | first price options | first price auctions | Transcription error |
| 127 | 22 | co-op predictive clearing | KOA predictive clearing | Transcription error |
| 127 | 24 | offerings | auctions | Transcription error |
| 128 | 12 | And when The Trade Desk built co-op | And when The Trade Desk built KOA | Transcription error |
| 128 | 29 | Desk intend to be | Desk intend it to be | Transcription error |
| 129 | 6 | When The Trade Desk built co-op | When The Trade Desk built KOA | Transcription error |
| 131 | 10 | multi queries | multiple queries | Transcription error |
| 133 | 8 | those efforts were not to cure header | those efforts were not to kill header | Transcription error |
| 139 | 6 | expressed consent | express consent | Transcription error |
| 139 | 25 | direct and expressed | direct and express | Transcription error |
| 142 | 9 | example enforcement | example of enforcement | Transcription error |

I have read the transcript of the 30(b)(6) deposition of The Trade Desk and have listed all changes and corrections to my questions above, along with my reasons therefore.

Date:   9/5/2023                Signature:   _____

## ERRATA SHEET FOR JED DEDERICK DEPOSITION TRANSCRIPT

**Case:**  United States vs. Google, 1:23-CV-00108 (E.D. Va.)

**Witness:**  Jed Dederick

**Deposition Date:**  July 28, 2023

**Reporter:**  Candida Borriello

| Page | Line(s) | Transcript Text | Corrected Text | Reason for Change |
|------|---------|-----------------|----------------|-------------------|
| 8 | 5 | Chief client officer | Chief Client Officer | Transcription Error |
| 9 | 21 | skim | skip | Transcription Error |
| 10 | 7 | Adam Chiu | Aaron Chiu | Transcription Error |
| 25 | 20 | it's a claim | it's a false claim | Clarification |
| 31 | 12-13 | that it's happened is, it is not | that it's happened, it is not | Transcription Error |
| 50 | 25 | as a supporter conduit | as a conduit | Clarification |
| 51 | 5-6 | The Trade Desk does view ourselves as a gateway | The Trade Desk does view itself as a gateway | Transcription Error |
| 51 | 10-11 | gardens and participate in a transparent and competitive marketplace and are willing to compete | gardens. The open internet is a transparent and competitive marketplace with companies that are willing to compete | Clarification |
| 70 | 4 | buying an add | buying an ad | Transcription Error |
| 70 | 15 | publisher at server | publisher ad server | Transcription Error |
| 71 | 21 | without usually without | usually without | Clarification |
| 75 | 21 | Thank you so match | Thank you so much | Transcription Error |
| 90 | 11 | DDP | DFP | Transcription Error |
| 90 | 17 | buy-side, only representative | buy-side only representative | Transcription Error |
| 92 | 12 | Tim Simms | Tim Sims | Transcription Error |
| 98 | 5 | The Trade Desk take rate | The Trade Desk's take rate | Transcription Error |
| 98 | 9-10 | And when we | And when he | Transcription Error |
| 100 | 12 | We a largely self-service | We are a largely self-service | Transcription Error |
| 103 | 12 | an advertiser know | an advertiser knows | Transcription Error |
| 103 | 17-18 | trade desk | Trade Desk | Transcription Error |
| 106 | 2 | bid trading features | bid shading features | Transcription Error |
| 108 | 2 | bid on supplies | bid on supply | Transcription Error |
| 109 | 22-23 | The Trade Desk operates just an enormous bunch of effort | The Trade Desk puts a lot of effort | Clarification |
| 110 | 20 | The Trade Desk does doesn't - - is | The Trade Desk is | Transcription Error |
| 115 | 19 | platform, they almost always going to | platform, they are almost always going to | Transcription Error |
| 125 | 10 | first price options | first price auctions | Transcription Error |
| 126 | 25 | was - - were | we were | Transcription Error |

DocuSign Envelope ID: 54E5EA54-61D9-415B-843A-F268D49AA9DD

| 127 | 22 | co-op predictive clearing | KOA predictive clearing | Transcription Error |
|-----|----|---------------------------|-------------------------|---------------------|
| 127 | 25 | Co-op predictive clearing | KOA predictive clearing | Transcription Error |
| 128 | 12-13 | built co-op predictive clearing | built KOA predictive clearing | Transcription Error |
| 129 | 6-7 | built co-op predictive clearing | built KOA predictive clearing | Transcription Error |
| 132 | 25 | can buy and ad | can buy an ad | Transcription Error |
| 135 | 18 | title wave across | tidal wave across | Transcription Error |
| 137 | 20 | an anonymized | a pseudononymous | Clarification |
| 138 | 6-7 | a party has to have consent | a party has to give consent where required | Clarification |
| 138 | 23-24 | one way to use consented for targeting | one way to use consent-compliant data for targeting | Transcription Error and Clarification |
| 140 | 7 | internet to collect consent | internet, who collect consent | Transcription Error |
| 140 | 18 | Well, there are a set of standards | Well, there are contracts and a set of standards | Clarification |
| 142 | 5 | unconsented way | non-compliant way | Clarification |
| 143 | 7-8 | the standards that we're asking them to | the standards that they agree to | Clarification |
| 144 | 14 | who can use ID2 | who can use UID2 | Transcription Error |
| 151 | 17 | Chief client officer | Chief Client Officer | Transcription Error |
| 152 | 23-24 | chief client officer | Chief Client Officer | Transcription Error |
| 157 | 4 | access to to drive | access to drive | Transcription Error |
| 160 | 5 | dominant exchange or in SSP | dominant exchange or an SSP | Transcription Error |
| 167 | 20 | describe that as a money as a monopoly | describe that as a monopoly | Transcription Error |
| 172 | 13 | what our clients spend and | what our clients spend on and | Transcription Error |
| 178 | 24 | that journalism is buying now | that journalism is dying now | Transcription Error |
| 184 | 11-12 | self-preferencing have good or done? | self-preferencing have, good or bad? | Transcription Error |
| 185 | 5 | self-referencing | self-preferencing | Transcription Error |
| 190 | 12 | where we here | where we hear | Transcription Error |
| 192 | 10 | Walled Garden | walled gardens | Transcription Error |
| 221 | 14 | buy via DV3670 | buy via DV360 | Transcription Error |
| 224 | 13 | our publically | our publicly | Transcription Error |
| 226 | 22 | at the publically | at the publicly | Transcription Error |
| 228 | 7-8 | chief client officer | Chief Client Officer | Transcription Error |
| 264 | 13 | UID | UID2 | Transcription Error |
| 264 | 23 | gain consent and authenticate | gain consent where required and authenticate | Clarification |
| 266 | 4 | consented | consent-complaint | Clarification |
| 269 | 9 | the trade desk | The Trade Desk | Transcription Error |
| 277 | 21 | The Trade Desk was ranged | The Trade Desk was ranked | Transcription Error |
| 278 | 22 | You Tube | YouTube | Transcription Error |
| 312 | 14 | publically | publicly | Transcription Error |

I, Jed Dederick, do hereby certify: that I have read deposition transcript dated July 28, 2023; that the changes and corrections to my transcript set forth above are necessary to render the same true and correct; that having made such changes, I hereby subscribe my name to the deposition.  I declare, under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, 2023 at _____New York, NY_____.

(City/State)

Jed Dederick