IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

NOTICE

The Court has begun the process of reviewing the plaintiffs', defendant's, and 33 non-parties' specific requests for sealing and redactions of exhibits and deposition designations containing confidential information. All parties and non-parties were required by August 2, 2024, to file any response or opposition to a party's or non-party's request to seal or redact exhibits or deposition designations. See [Dkt. No. 869] at 2.

The Court received only three sets of responses: (1) plaintiffs opposed all of Google's requests for sealing and redactions, [Dkt. No. 1114]; (2) Google took no position on any of plaintiffs' or non-parties' requests for sealing and redactions, [Dkt. No. 1102]; (3) and non-parties Bloomberg L.P., The New York Times Company, and The Washington Post (collectively, the "media organizations") filed an opposition to both plaintiffs' and Google's requests for sealing and redactions, [Dkt. No. 1110]. With respect to the 33 non-parties' requests, no responses or objections were filed by any party or non-party. Further, Google has indicated that it is attempting to meet and confer with non-parties who have proposed redactions to certain trial exhibit summary charts, "in an effort to reach an agreement that the sealing of these summary charts is unnecessary." [Dkt. No. 1102] at 1-2.

To clarify some of the issues raised in the sealing and redaction requests, counsel for plaintiffs and defendant are hereby placed on notice to be prepared to respond to the Court's questions during the already scheduled hearing on Friday, August 9, 2024, at 10:00 a.m. in Courtroom 700. See [Dkt. No. 1111]. No further briefing is required at this time.

The Clerk is directed to forward copies of this Notice to counsel of record.

Entered this 7th day of August, 2024.

Alexandria, Virginia

/s/ *signature*
Leonie M. Brinkema
United States District Judge