UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>*D* | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S
WITHDRAWAL OF CERTAIN OBJECTIONS TO THE
<u>PUBLIC DISCLOSURE OF DOCUMENTS</u>**

In an effort to narrow the issues in dispute, Google LLC ("Google") hereby withdraws its objections to the public disclosure of the following exhibits:

PTX0486; PTX0697; PTX0732; PTX0814; PTX0939; PTX0979; PTX0981; PTX1040; PTX1080; PTX1224; PTX1225; PTX1377; PTX1378; PTX1379; PTX1380; PTX1381; PTX1743; PTX1746; PTX1756; PTX0868; DTX0292; DTX0317; DTX0331; DTX0369; DTX0383; DTX0401; DTX0403; DTX0418; DTX0419; DTX0470; DTX0471; DTX0475; DTX0510; DTX0512; DTX0515; DTX0529; DTX0556; DTX0565; DTX0579; DTX0601; DTX0648; DTX0650; DTX0659; DTX0740; DTX0762; DTX0856; DTX0858; DTX0862; DTX0983; DTX1412.

Google also proposes to redact instead of seal in full DTX0451 and PTX1611 and to include more limited redactions on PTX1772. Google will promptly file redacted versions of these three exhibits with the Court.

Google is willing to meet and confer concerning the exhibits still in dispute.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | /s/ Craig C. Reilly |
| Eric Mahr (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Andrew Ewalt (*pro hac vice*) | THE LAW OFFICE OF |
| Julie Elmer (*pro hac vice*) | CRAIG C. REILLY, ESQ. |
| Justina Sessions (*pro hac vice)* | 209 Madison Street, Suite 501 |
| Lauren Kaplin (*pro hac vice*) | Alexandria, VA 22314 |
| Jeanette Bayoumi (*pro hac vice*) | Telephone: (703) 549-5354 |
| Claire Leonard (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Sara Salem (*pro hac vice*) | craig.reilly@ccreillylaw.com |
| Tyler Garrett (VSB # 94759) | |
| FRESHFIELDS BRUCKHAUS | Karen L. Dunn (*pro hac vice*) |
| DERINGER US LLP | Jeannie S. Rhee (*pro hac vice*) |
| 700 13th Street, NW, 10th Floor | William A. Isaacson (*pro hac vice*) |
| Washington, DC 20005 | Amy J. Mauser (*pro hac vice*) |
| Telephone: (202) 777-4500 | Martha L. Goodman (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Bryon P. Becker (VSB #93384) |
| eric.mahr@freshfields.com | Erica Spevack (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, |
| Daniel Bitton (*pro hac vice*) | WHARTON & GARRISON LLP |
| AXINN, VELTROP & HARKRIDER LLP | 2001 K Street, NW |
| 55 2nd Street | Washington, DC 20006-1047 |
| San Francisco, CA 94105 | Telephone: (202) 223-7300 |
| Telephone: (415) 490-2000 | Facsimile (202) 223-7420 |
| Facsimile: (415) 490-2001 | kdunn@paulweiss.com |
| dbitton@axinn.com | |
| | Meredith Dearborn (*pro hac vice*) |
| Bradley Justus (VSB # 80533) | PAUL, WEISS, RIFKIND, |
| David Pearl (*pro hac vice*) | WHARTON & GARRISON LLP |
| Allison Vissichelli (*pro hac vice*) | 535 Mission Street, 24th Floor |
| AXINN, VELTROP & HARKRIDER LLP | San Francisco, CA 94105 |
| 1901 L Street, NW | Telephone: (628) 432-5100 |
| Washington, DC 20036 | Facsimile: (202) 330-5908 |
| Telephone: (202) 912-4700 | mdearnborn@paulweiss.com |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | *Counsel for Defendant Google LLC* |