IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## **ORDER**

This matter is before the court on non-party Meta Platforms' motions to seal portions of its responses to several motions to seal filed by the parties in this action. (Docket nos. 784, 851). Meta Platforms has filed under seal its memorandum in support that includes proposed redactions to documents that were previously filed under seal (Docket no. 788), the declaration of Omri Farber (Docket no. 789), the declaration of Kelley Conner (Docket no. 791), and proposed redactions to an exhibit that was previously filed under seal (Docket no. 853).

The court has issued various orders concerning the motions to seal that were filed by the parties underlying the motions to seal filed by Meta Platforms. Having reviewed the documents that Meta Platform seeks to seal in these motions, the court finds that it is appropriate to allow those documents to remain under seal at this time. These documents discuss reasons why Meta Platforms believes certain information in documents submitted by the parties should not be in the public record. In portions of these documents Meta Platforms provides specific, confidential information to support its arguments. The court has issued orders concerning the underlying documents and portions of those documents are being filed in the public record by the parties as required by those orders. For these reasons, it is hereby

1

ORDERED that the motions to seal are granted.

Entered this 9th day of August, 2024.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

2