IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the court on non-party Mediavine's motion to seal exhibit 135 to the declaration of Byron Becker. (Docket no. 795). On August 6, 2024, the court issued an order that allowed certain redacted portions of exhibit 135 to remain under seal. (Docket no. 1128). As reflected in that order, the court took into consideration Mediavine's memorandum in support of its motion to seal (Docket no. 796). For these reasons, it is hereby

ORDERED that the motion to seal is granted in part.

Entered this 9th day of August, 2024.

/s/
John F. Anderson
~~United States Magistrate Judge~~
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

1