## *** CIVIL MOTION MINUTES ***

Date: 8/9/2024  Before the Honorable: **LEONIE M. BRINKEMA**

Time: 9:56 – 10:15 (00:19)  Case No.: **1:23-cv-00108-LMB-JFA**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ]  Plaintiff: Julia Wood, Gerard Mene, Aaron Teitelbaum, Sean Carman
[ X ]  Defendant:  Craig Reilly, Karen Dunn, Bradley Justus, Bryon Becker, Allison Vissichelli
[ X ]  Interested Party (Bloomberg L.P., MLex US Inc., Portfolio Media Inc., The New York Times Company, The Washington Post): Laurin Mills, Matthew Leish

**Re:** [ 1111 ] MOTION for modification/clarification of access procedures by Bloomberg L.P., MLex US Inc., Portfolio Media Inc., The New York Times Company, The Washington Post. **– GRANTED IN PART AND DENIED IN PART**

Argued and:

[ X ] The Court advises the parties about the following trial procedures:
- Counsel should upload exhibits that were admitted at trial by 10:00 am the following morning
- Proposed findings of fact and conclusions of law should be filed on the public docket in a redacted format and a sealed version should also be filed for the Court's review
- The parties tech personnel to contact Court IT
- Media DENIED use of personal electronics
- No live zoom streaming of opening and closing arguments
- Plaintiffs' counsel permitted to sit in jury box – counsel to advise Chambers of approx. head count
- Burden on the parties to make appropriate redactions to all exhibits and deposition designations

[ X ] Order to Follow