# DTX 625
# (NAVY-ADS-0000315296)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 78 |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |
|---|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | | |
| | | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 3/2005)  BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Highly Confidential

NAVY-ADS-0000315298

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 12 | Months | $ | $ |

Basic Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to
07/19/2016
FOB: Destination

| | MAX NET AMT | $ |
|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 1 | Lot | $46,140,000.00 | $46,140,000.00 NTE |

Space Charges, Media Placement,
FFP
and Postage
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to
07/19/2016
FOB: Destination

| | MAX NET AMT | $46,140,000.00 |
|---|---|---|

Highly Confidential

Highly Confidential

NAVY-ADS-0000315300

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003 | | 1 | Lot | ████████ | ████████ |

Additional Advertising Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to
07/19/2016

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marekting Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
   $████████ (blended hourly rate) x 900 hours = $████████ (Amount)

(2) Creative Strategy, Execution, and Production:
   $████████ (blended hourly rate) x 20,000 hours = $████████ (Amount)

(3) Media and Related Services:
   $████████ (blended hourly rate) x 13,000 hours = $████████ (Amount)

(4) Prospect Relationship Management and Fullfillment Operations:
   $████████ (blended hourly rate) x 7,000 hours = $████████ (Amount)

(5) Field Events Marketing:
   $████████ (blended hourly rate) x 4,500 hours = $████████ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT
OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct. Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis.  For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the
Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.
FOB: Destination

Highly Confidential

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004 | | 1 | Lot | $8,730,000.00 | $8,730,000.00 NTE |

Additional Other Direct Expenses (ODEs)
FFP

in Support of Emergent Tasks for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. This CLIN will be used in conjunction with CLIN 0003 - Additional Advertising Services. See Contract Line Item Number (CLIN) definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to 07/19/2016
FOB: Destination

MAX
NET AMT

$8,730,000.00

NAVY-ADS-0000315302

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0005 | Field Events Marketing Services FFP | 1 | Lot | $7,535,000.00 | $7,535,000.00 NTE |

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to 07/19/2016
FOB: Destination

|  |  | MAX NET AMT |  | $7,535,000.00 |
|--|--|-------------|--|---------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0006 | Recurring Information Technology (IT) FFP | 12 | Months | $ ▮▮▮ | $ ▮▮▮ |

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to 07/19/2016
FOB: Destination

|  |  | MAX NET AMT |  | $ ▮▮▮ |
|--|--|-------------|--|-------|

Highly Confidential

N00189-15-D-Z024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0007 | | 1 | Lot | | |

Diversity Outreach Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Base Ordering Period: 07/20/2015 or date of award, whichever is later, to
07/19/2016

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
the Government estimated hours listed below. The fixed price blended hourly rate
will be used to place task orders for services that fall outside the scope of services
captured by CLIN 0001, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours. The not to exceed
amount for ODE is also provided. Offerors shall propose blended labor rates and
provide the total amount for the following:

 $⬛ (blended hourly rate) x  5,000 hours = $⬛ (Amount)

The following ODE amount shall be used $175,000.00 NTE.

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
THE GOVERNMENT ESTIMATED HOURS PROVIDED ABOVE. THIS
NUMBER SHALL BE ADDED TO THE ABOVE PROVIDED ODE NTE
AMOUNT TO ARRIVE AT THE MAXIMUM AMOUNT FOR THIS CLIN.
FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED
ON THE MAXIMUM AMOUNT.

In the event the offeror makes an apparent mathematical error in calculating the
above extended or maximum amounts, the Government will consider the blended
hourly labor rate proposed to be correct. Task orders placed against this CLIN
shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task
orders under this CLIN, the number of hours will be negotiated between the
Government and the resultant Contractor; however, the blended labor rate utilized
for the placement of task orders will be fixed based on the rate proposed above
and incorporated into the resultant contract award.
FOB: Destination

| | MAX NET AMT | |
|---|---|---|
| | | $⬛ |

NAVY-ADS-0000315304

N00189-15-D-Z024

Page 9 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1001 OPTION | | 12 | Months | $ | $ |

Basic Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017
FOB: Destination

|  |  |  |  | MAX NET AMT | $ |
|--|--|--|--|-------------|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1002 OPTION | | 1 | Lot | $48,854,662.00 | $48,854,662.00 NTE |

Space Charges, Media Placement,
FFP
and Postage
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017
FOB: Destination

|  |  |  |  | MAX NET AMT | $48,854,662.00 |
|--|--|--|--|-------------|----------------|

NAVY-ADS-0000315305

N00189-15-D-Z024

Page 10 of 78

Highly Confidential

NAVY-ADS-0000315306

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1003 OPTION | | 1 | Lot | ▓▓▓▓▓ | ▓▓▓▓▓ |

Additional Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marekting Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
$▓▓▓▓ (blended hourly rate) x 900 hours = $▓▓▓▓ (Amount)

(2) Creative Strategy, Execution, and Production:
$▓▓▓▓ (blended hourly rate) x 20,000 hours = $▓▓▓▓ Amount)

(3) Media and Related Services:
$▓▓▓▓ (blended hourly rate) x 13,000 hours = $▓▓▓▓ (Amount)

(4) Prospect Relationship Management and Fullfillment Operations:
$▓▓▓▓ blended hourly rate) x 7,000 hours = $▓▓▓▓ Amount)

(5) Field Events Marketing:
$▓▓▓▓ (blended hourly rate) x 4,500 hours = $▓▓▓▓ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination

Highly Confidential

N00189-15-D-Z024

Page 12 of 78

|  |  |  |  | MAX<br>NET AMT |  |
|--|--|--|--|----------------|--|

| ITEM NO | SUPPLIES/SERVICES | MAX<br>QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|-----------------|------|------------|------------|
| 1004<br>OPTION | | 1 | Lot | $8,895,870.00 | $8,895,870.00 NTE |

Additional Other Direct Expenses (ODEs)
FFP

in Support of Emergent Tasks for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. This CLIN will be used in conjunction with CLIN 1003 - Additional Advertising Services. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period:  07/20/2016 to 07/19/2017
FOB: Destination

|  |  |  |  | MAX<br>NET AMT | $8,895,870.00 |
|--|--|--|--|----------------|---------------|

Highly Confidential

N00189-15-D-Z024

Page 13 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1005 OPTION | Field Events Marketing Services | 1 | Lot | $7,678,165.00 | $7,678,165.00 NTE |

FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017
FOB: Destination

MAX
NET AMT                    $7,678,165.00

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1006 OPTION | Recurring Information Technology (IT) | 12 | Months | $▮▮▮▮ | $▮▮▮▮ |

FFP

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017
FOB: Destination

MAX
NET AMT                    $▮▮▮▮

Highly Confidential

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1007 OPTION | | 1 | Lot | | <span style="color:green">████████</span> |

Diversity Outreach Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 1 Ordering Period: 07/20/2016 to 07/19/2017

This CLIN requires the offeror to propose a fully burdened blended hourly rate for the Government estimated hours listed below. The fixed price blended hourly rate will be used to place task orders for services that fall outside the scope of services captured by CLIN 1001, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours. The not to exceed amount for ODE is also provided. Offerors shall propose blended labor rates and provide the total amount for the following:

$███ (blended hourly rate) x  5,000 hours = $███████ Amount)

The following ODE amount shall be used $178,325.00 NTE.

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR THE GOVERNMENT ESTIMATED HOURS PROVIDED ABOVE. THIS NUMBER SHALL BE ADDED TO THE ABOVE PROVIDED ODE NTE AMOUNT TO ARRIVE AT THE MAXIMUM AMOUNT FOR THIS CLIN. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE MAXIMUM AMOUNT.

In the event the offeror makes an apparent mathematical error in calculating the above extended or maximum amounts, the Government will consider the blended hourly labor rate proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours will be negotiated between the Government and the resultant Contractor; however, the blended labor rate utilized for the placement of task orders will be fixed based on the rate proposed above and incorporated into the resultant contract award.
FOB: Destination

MAX
NET AMT

NAVY-ADS-0000315310

N00189-15-D-Z024

Page 15 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2001 OPTION | | 12 | Months | $ ████ | $ ████ |

2001 OPTION — Basic Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018
FOB: Destination

|  |  |
|---|---|
| MAX NET AMT | $ ████ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2002 OPTION | | 1 | Lot | $51,732,522.00 | $51,732,522.00 NTE |

2002 OPTION — Space Charges, Media Placement,
FFP
and Postage
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018
FOB: Destination

|  |  |
|---|---|
| MAX NET AMT | $51,732,522.00 |

NAVY-ADS-0000315311

N00189-15-D-Z024

Page 16 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2003 OPTION | | 1 | Lot | $■■■ | ■■■ NTE |

Additional Advertising Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marekting Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment: $■■■ (blended hourly rate) x 900 hours = $■■■ (Amount)

(2) Creative Strategy, Execution, and Production: $■■■ (blended hourly rate) x 20,000 hours = $■■■ Amount)

(3) Media and Related Services: $■■■ (blended hourly rate) x 13,000 hours = $■■■ (Amount)

(4) Prospect Relationship Management and Fullfillment Operations: $■■■ (blended hourly rate) x 7,000 hours = $■■■ (Amount)

(5) Field Events Marketing: $■■■ (blended hourly rate) x 4,500 hours = $■■■ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination

Highly Confidential

NAVY-ADS-0000315312

MAX
NET AMT

S 

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2004 OPTION | | 1 | Lot | $9,064,892.00 | $9,064,892.00 NTE |

Additional Other Direct Expenses (ODEs)
FFP
in Support of Emergent Tasks for the Commander, Navy Recruiting Command's
Advertising and Marketing Program in accordance with the Performance Work
Statement (PWS) requirements specified herein.  This CLIN will be used in
conjunction with CLIN 2003 - Additional Advertising Services.  See Contract
Line Item Number (CLIN) definitions.

Option 2 Ordering Period:  07/20/2017 to 07/19/2018
FOB: Destination

MAX
NET AMT                                    $9,064,892.00

Highly Confidential                                    NAVY-ADS-0000315313

N00189-15-D-Z024

Page 18 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2005 OPTION | Field Events Marketing Services | 1 | Lot | $7,824,050.00 | $7,824,050.00 NTE |

FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018
FOB: Destination

|  |  |  |  | MAX NET AMT | $7,824,050.00 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2006 OPTION | Recurring Information Technology (IT) | 12 | Months | $▮▮▮▮ | $▮▮▮▮ |

FFP

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018
FOB: Destination

|  |  |  |  | MAX NET AMT | $▮▮▮▮ |
|---|---|---|---|---|---|

NAVY-ADS-0000315314

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2007 OPTION | | 1 | Lot | ███████ | ████████████ |

Diversity Outreach Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Option 2 Ordering Period: 07/20/2017 to 07/19/2018

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
the Government estimated hours listed below. The fixed price blended hourly rate
will be used to place task orders for services that fall outside the scope of services
captured by CLIN 2001, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours. The not to exceed
amount for ODE is also provided. Offerors shall propose blended labor rates and
provide the total amount for the following:

$ ████ (blended hourly rate) x 5,000 hours = $ ██████ (Amount)

The following ODE amount shall be used $ ████████ NTE.

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
THE GOVERNMENT ESTIMATED HOURS PROVIDED ABOVE. THIS
NUMBER SHALL BE ADDED TO THE ABOVE PROVIDED ODE NTE
AMOUNT TO ARRIVE AT THE MAXIMUM AMOUNT FOR THIS CLIN.
FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED
ON THE MAXIMUM AMOUNT.

In the event the offeror makes an apparent mathematical error in calculating the
above extended or maximum amounts, the Government will consider the blended
hourly labor rate proposed to be correct. Task orders placed against this CLIN
shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task
orders under this CLIN, the number of hours will be negotiated between the
Government and the resultant Contractor; however, the blended labor rate utilized
for the placement of task orders will be fixed based on the rate proposed above
and incorporated into the resultant contract award.
FOB: Destination

|  | MAX NET AMT | $ ████████ |
|--|-------------|------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3001 OPTION | | 12 | Months | $ | $ |

Basic Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019
FOB: Destination

|  |  |  |  | MAX NET AMT | $ |
|--|--|--|--|-------------|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3002 OPTION | | 1 | Lot | $54,782,075.00 | $54,782,075.00 NTE |

Space Charges, Media Placement,
FFP
and Postage
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Option 3 Ordering Period:  07/20/2018 to 07/19/2019
FOB: Destination

|  |  |  |  | MAX NET AMT | $54,782,075.00 |
|--|--|--|--|-------------|----------------|

Highly Confidential

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3003 OPTION | | 1 | Lot | ██████ | ██████ NTE |

Additional Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marekting Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
    $██████ (blended hourly rate) x 900 hours = $██████ (Amount)

(2) Creative Strategy, Execution, and Production:
    $██████ (blended hourly rate) x 20,000 hours = $██████ (Amount)

(3) Media and Related Services:
    $██████ (blended hourly rate) x 13,000 hours = $██████ (Amount)

(4) Prospect Relationship Management and Fullfillment Operations:
    $██████ (blended hourly rate) x 7,000 hours = $██████ (Amount)

(5) Field Events Marketing:
    $██████ (blended hourly rate) x 4,500 hours = $██████ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination

N00189-15-D-Z024

Page 22 of 78

| | | | | MAX<br>NET AMT | |
|---|---|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | MAX<br>QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004<br>OPTION | Additional Other Direct Expenses (ODEs)<br>FFP | 1 | Lot | $9,237,124.00 | $9,237,124.00 NTE |

in Support of Emergent Tasks for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. This CLIN will be used in conjunction with CLIN 3003 - Additional Advertising Services. See Contract Line Item Number (CLIN) definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019
FOB: Destination

| | | | | MAX<br>NET AMT | $9,237,124.00 |
|---|---|---|---|---|---|

N00189-15-D-Z024

Page 23 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3005 OPTION | Field Events Marketing Services | 1 | Lot | $7,972,707.00 | $7,972,707.00 NTE |

FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019
FOB: Destination

|  |  |  |  | MAX NET AMT | $7,972,707.00 |
|--|--|--|--|-------------|---------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3006 OPTION | Recurring Information Technology (IT) | 12 | Months | $▮▮▮▮ | $▮▮▮▮ |

FFP

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019
FOB: Destination

|  |  |  |  | MAX NET AMT | ▮▮▮▮ |
|--|--|--|--|-------------|------|

NAVY-ADS-0000315319

N00189-15-D-Z024

Page 24 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3007 OPTION | | 1 | Lot | | |

Diversity Outreach Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 3 Ordering Period: 07/20/2018 to 07/19/2019

This CLIN requires the offeror to propose a fully burdened blended hourly rate for the Government estimated hours listed below. The fixed price blended hourly rate will be used to place task orders for services that fall outside the scope of services captured by CLIN 3001, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours. The not to exceed amount for ODE is also provided. Offerors shall propose blended labor rates and provide the total amount for the following:

$ [REDACTED] (blended hourly rate) x 5,000 hours = $ [REDACTED] (Amount)

The following ODE amount shall be used $185,166.00 NTE.

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR THE GOVERNMENT ESTIMATED HOURS PROVIDED ABOVE. THIS NUMBER SHALL BE ADDED TO THE ABOVE PROVIDED ODE NTE AMOUNT TO ARRIVE AT THE MAXIMUM AMOUNT FOR THIS CLIN. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE MAXIMUM AMOUNT.

In the event the offeror makes an apparent mathematical error in calculating the above extended or maximum amounts, the Government will consider the blended hourly labor rate proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours will be negotiated between the Government and the resultant Contractor; however, the blended labor rate utilized for the placement of task orders will be fixed based on the rate proposed above and incorporated into the resultant contract award.
FOB: Destination

MAX
NET AMT

NAVY-ADS-0000315320

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4001 OPTION | | 12 | Months | $ | $ |

Basic Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020
FOB: Destination

| | MAX NET AMT | $ |
|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4002 OPTION | | 1 | Lot | $58,013,568.00 | $58,013,568.00 NTE |

Space Charges, Media Placement,
FFP
and Postage
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020
FOB: Destination

| | MAX NET AMT | $58,013,568.00 |
|---|---|---|

Highly Confidential

Highly Confidential

NAVY-ADS-0000315322

N00189-15-D-Z024

Page 27 of 78

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4003 OPTION | | 1 | Lot | ▮▮▮ | ▮▮▮ NTE |

Additional Advertising Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marekting Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
$▮▮▮ (blended hourly rate) x 900 hours = $▮▮▮ (Amount)

(2) Creative Strategy, Execution, and Production:
$▮▮▮ (blended hourly rate) x 20,000 hours = $▮▮▮ (Amount)

(3) Media and Related Services:
$▮▮▮ (blended hourly rate) x 13,000 hours = $▮▮▮ (Amount)

(4) Prospect Relationship Management and Fullfillment Operations:
$▮▮▮ (blended hourly rate) x 7,000 hours = $▮▮▮ (Amount)

(5) Field Events Marketing:
$▮▮▮ (blended hourly rate) x 4,500 hours = $▮▮▮ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT
OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct. Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis. For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the
Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.
FOB: Destination

Highly Confidential

N00189-15-D-Z024

Page 28 of 78

|  |  | MAX NET AMT |  |
|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 OPTION | Additional Other Direct Expenses (ODEs) FFP | 1 | Lot | $9,412,630.00 | $9,412,630.00 NTE |

in Support of Emergent Tasks for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. This CLIN will be used in conjunction with CLIN 4003 - Additional Advertising Services. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020
FOB: Destination

|  | MAX NET AMT | $9,412,630.00 |
|---|---|---|

Highly Confidential

NAVY-ADS-0000315324

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4005 OPTION | | 1 | Lot | $8,124,189.00 | $8,124,189.00 NTE |

Field Events Marketing Services
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020
FOB: Destination

|  |  |
|--|--|
| MAX NET AMT | $8,124,189.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4006 OPTION | | 12 | Months | $ ▮▮▮▮ | $ ▮▮▮▮ |

Recurring Information Technology (IT)
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020
FOB: Destination

|  |  |
|--|--|
| MAX NET AMT | $ ▮▮▮▮ |

Highly Confidential

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4007 OPTION | | 1 | Lot | | ██████████ |

Diversity Outreach Services
FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Option 4 Ordering Period: 07/20/2019 to 07/19/2020

This CLIN requires the offeror to propose a fully burdened blended hourly rate for the Government estimated hours listed below. The fixed price blended hourly rate will be used to place task orders for services that fall outside the scope of services captured by CLIN 4001, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours. The not to exceed amount for ODE is also provided. Offerors shall propose blended labor rates and provide the total amount for the following:

$ ████ (blended hourly rate) x  5,000 hours = $ ████████ (Amount)

The following ODE amount shall be used $188,684.00 NTE.

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR THE GOVERNMENT ESTIMATED HOURS PROVIDED ABOVE. THIS NUMBER SHALL BE ADDED TO THE ABOVE PROVIDED ODE NTE AMOUNT TO ARRIVE AT THE MAXIMUM AMOUNT FOR THIS CLIN. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE MAXIMUM AMOUNT.

In the event the offeror makes an apparent mathematical error in calculating the above extended or maximum amounts, the Government will consider the blended hourly labor rate proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours will be negotiated between the Government and the resultant Contractor; however, the blended labor rate utilized for the placement of task orders will be fixed based on the rate proposed above and incorporated into the resultant contract award.
FOB: Destination

MAX
NET AMT                               ██████████

NOTE

The automated procurement system in which this contract award has been prepared does not allow for the contractor's signature to appear on the contract; however, a bilaterally signed copy of the contract is included in the contract file

Y&R's proposal dated 12 June 2014 as revised by Y&R's submission of 21 January 2015 and Final Proposal Revision dated 12 March 2015 in response to request for proposal (RFP) N00189-14-R-Z004 as revised by amendments 0001 – 0009 and Y&R's certifications and representations are hereby incorporated into this contract by reference.

PERFORMANCE WORK STATEMENT
**CLIN DEFINITIONS**

**CONTRACT LINE ITEM NUMBER (CLIN) DEFINITIONS**

### 1. CLINs FOR BASIC ADVERTISING SERVICES (CLINs ending in -001)

This CLIN includes all labor required to perform the services identified in both the Performance Work Statement (PWS) and the approved Annual Marketing and Advertising Plan. It also covers labor for: (a) Media Planning and Buying Services to execute Space Charges, Media Placement, and Postage (CLINs ending in -002), and (b) Field Events and Marketing Services (CLINs ending is -005). This CLIN also includes all indirect costs (overhead, general and administrative, fringe, etc), other direct expenses (travel, material, telephones, etc.), and the facilitation of the yearly annual planning meeting, including the price for the facility, if applicable.

This CLIN DOES NOT cover the actual prices for Space Charges and Media, actual Postage charges for national and direct mailings (CLINs ending in -002), and Other Direct Expenses (ODEs) associated with Field Events Marketing Services (CLINs ending in -005) since these items are to be priced under the applicable CLINs identified below.

### 2. CLINs FOR SPACE CHARGES, MEDIA PLACEMENT, AND POSTAGE (CLINs ending in -002)

This CLIN will support pass through of actual prices for Space Charges and Media Placement for various media purchases to include, but not limited to, television, radio, online and emerging media, print (i.e., magazines, newspapers), and out-of-home.

The contractor shall use its best efforts to obtain the lowest commercial rate available for media placement. The contractor will pass on any applicable rebates and discounts to the Government (Media Placement cost minus rebate or discount equals media price). All media discounts and merchandising credits shall accrue to the Government. Labor associated with Space Charges and Media Placement shall be included under the CLIN for Basic Advertising Services (CLINs ending in -001).

This CLIN will also support pass through of actual costs for Postage required for all national and local direct mailings. Labor associated with all mailings shall be included under the CLIN for Basic Advertising Services (CLINs ending in -001).

NAVY-ADS-0000315327