# DTX 1004
# (USPS-ADS-0000196973)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| From: | Catucci, Lisa (NYC-UMW) <Lisa.Catucci@umww.com> |
|---|---|
| To: | Pasco, Brian L - Washington, DC; Karpenko, Christopher J - Washington, DC |
| CC: | Knopf, Michael (NYC-UMW); Lockhart, Kenwin (NYC-UMW) |
| Sent: | 9/24/2020 1:43:44 PM |
| Subject: | [EXTERNAL] RE: VBM Display and Digital Video Plan Update |

CAUTION: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Thank you and noted for the even pacing. We'll keep you updated with delivery.
Thanks!

**From:** Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>
**Sent:** Thursday, September 24, 2020 12:26 PM
**To:** Catucci, Lisa (NYC-UMW) <Lisa.Catucci@umww.com>; Karpenko, Christopher J - Washington, DC <christopher.j.karpenko@usps.gov>
**Cc:** Knopf, Michael (NYC-UMW) <Michael.Knopf@umww.com>; Lockhart, Kenwin (NYC-UMW) <Kenwin.Lockhart@umww.com>
**Subject:** [EXTERNAL] RE: VBM Display and Digital Video Plan Update

Thanks Lisa, if that's the case we are good with raising CPMs by ▮▮. Let's keep with even pacing through October rather than frontloading.

Thanks!

**From:** Catucci, Lisa (NYC-UMW) [mailto:Lisa.Catucci@umww.com]
**Sent:** Thursday, September 24, 2020 10:59 AM
**To:** Karpenko, Christopher J - Washington, DC <christopher.j.karpenko@usps.gov>; Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>
**Cc:** Knopf, Michael (NYC-UMW) <Michael.Knopf@umww.com>; Lockhart, Kenwin (NYC-UMW) <Kenwin.Lockhart@umww.com>
**Subject:** [EXTERNAL] RE: VBM Display and Digital Video Plan Update

CAUTION: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

We aren't able to see which brands/entitles outbidding us. It could be brands coming back aggressively after being offline for a few months, this target audience could fall into other desired audience segments. It could be the political campaigns themselves who would pay a premium for a voter too.

**From:** Karpenko, Christopher J - Washington, DC <christopher.j.karpenko@usps.gov>
**Sent:** Thursday, September 24, 2020 10:48 AM
**To:** Catucci, Lisa (NYC-UMW) <Lisa.Catucci@umww.com>; Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>
**Cc:** Knopf, Michael (NYC-UMW) <Michael.Knopf@umww.com>; Lockhart, Kenwin (NYC-UMW) <Kenwin.Lockhart@umww.com>
**Subject:** [EXTERNAL] RE: VBM Display and Digital Video Plan Update

Do we know who might be outbidding? Curious to see if this is a helpful competitor vs USPS fighting over the same message being delivered.

**From:** Catucci, Lisa (NYC-UMW) [mailto:Lisa.Catucci@umww.com]
**Sent:** Thursday, September 24, 2020 10:45 AM
**To:** Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>
**Cc:** Karpenko, Christopher J - Washington, DC <christopher.j.karpenko@usps.gov>; Knopf, Michael (NYC-UMW) <Michael.Knopf@umww.com>;
Lockhart, Kenwin (NYC-UMW) <Kenwin.Lockhart@umww.com>
**Subject:** [EXTERNAL] VBM Display and Digital Video Plan Update

CAUTION: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Hi Brian,

Hope you're well. We have some updates to share regarding the display and digital video portion of VBM. At the start of the campaign, the team calculated a CPM for our target audience, which in turn allowed us to project impressions. Since this is an auction based buy, the CPM is then used as the bid to win the desired inventory. As we have been in market a few weeks, it appears that we are underpacing. At the current CPMs, we are losing out on bids and thus not getting the inventory – it's worth nothing, there is inventory available but we are simply being outbid. There is a higher amount of activity in the market than anticipated, whether it be election related or simply brands coming back online, probably a combination.

We are proposing to increase the CPMs by ▮▮▮ for display and video for GM and HA, which will lead to a decrease in impressions overall:

- Display GM and HA – CPM from ▮▮▮ reduce impressions by ▮▮▮ (we don't have HA display banners yet but just getting ahead of it)
- Video GM and HA – CPM from ▮▮▮ reduce impressions by ▮▮▮
- Upfront HA Video – CPM from ▮▮▮ reduce impressions by ▮▮▮

Additionally, we currently have our media evenly paced through the month but let us know if there is any interest in front loading to the start of October.

Please let us know if you are aligned to this or you'd like to discuss/have any questions.

Thanks,
Lisa

Highly Confidential

**LISA CATUCCI**
SVP GROUP PARTNER

**M** +1 (646) 227 8935 / **E** lisa.catucci@umww.com



This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

USPS-ADS-0000196974