# DTX 1069 (NAVY-ADS-0000174029) (Excerpt) (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties

| | |
|---|---|
| From: | Allen Owens |
| To: | Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) |
| Sent: | 2/24/2021 4:18:05 PM |
| Subject: | [Non-DoD Source] Fwd: January EOM Analytics Report |
| Attachments: | ATT00001.htm; EOM Analytics Assessment January 2021.pdf |

Sent from my iPad

Begin forwarded message:

**From:** "█████████████████████"
**Date:** February 24, 2021 at 2:07:12 PM CST
**To:** "Kelly, Jennifer L CIV USN COMNAVCRUITCOM MIL (USA)" <jennifer.l.kelly@navy.mil>, ███████████████████ Allen Owens ███████
**Subject: January EOM Analytics Report**

Rae Ann Fisch
VMLY&R | group director, client engagement
80 Monroe Avenue, Suite 600, Memphis, TN 38103
mobile: ███████
email: ███████

EXHIBIT
Owens 52

Confidential
NAVY-ADS-0000174029