# DTX 1088
# (NAVY-ADS-0000256935)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

**EXHIBIT**

Owens 53

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | 1. REQUISITION NU... | | PAGE 1 OF | 97 |
|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30 | | | | |

| 2. CONTRACT NO. N0018921DZ024 | 3. AWARD/EFFECTIVE DATE 20-May-2021 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER: N0018920RZ020 | 6. SOLICITATION ISSUE DATE 28-Apr-2020 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ADELINA LACROCE | b. TELEPHONE NUMBER  (No Collect Calls) 215-697-9603 | 8. OFFER DUE DATE/LOCAL TIME 03:00 PM 13 Jul 2020 |
|---|---|---|---|

| 9. ISSUED BY | CODE | N00189 |
|---|---|---|

NAVSUP FLC NORFOLK PHILADELPHIA OFFICE
ATTN: ADELINA LACROCE
700 ROBBINS AVENUE, BLDG. 2B
PHILADELPHIA PA 19111-5083

TEL: 215-697-9603
FAX:

**10. THIS ACQUISITION IS**

X UNRESTRICTED OR [ ] SET ASIDE   % FOR:

[ ] SMALL BUSINESS

WOMEN-OWNED SMALL BUSINESS (WOSB)
ELIGIBLE UNDER THE WOMEN-OWNED
SMALL BUSINESS PROGRAM

[ ] HUBZONE SMALL BUSINESS    [ ] EDWOSB

NAICS: 541810

[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS    [ ] 8(A)

SIZE STANDARD: $16,500,000

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|

**14. METHOD OF SOLICITATION**

[ ] RFQ    [ ] IFB    X RFP

| 15. DELIVER TO | CODE | N66715 |
|---|---|---|

NAVY RECRUITING COMMAND
GOV'T REP.
5722 INTERGRITY DRIVE
MILLINGTON TN 38054

| 16. ADMINISTERED BY | CODE |
|---|---|

**SEE ITEM 9**

| 17a. CONTRACTOR/ OFFEROR | CODE | 0CME6 | FACILITY CODE |
|---|---|---|---|

YOUNG & RUBICAM LLC
GOV'T SALES
3 COLUMBUS CIR
NEW YORK NY 10019-8760

TELEPHONE NO.

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

| 18a. PAYMENT WILL BE MADE BY | CODE | HQ0337 |
|---|---|---|

DFAS COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
PO BOX 182317
COLUMBUS OH 43218-2317

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| | **$88,416,747.35** |

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN    0    COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | X 29. AWARD OF CONTRACT: REF.  N0018920RZ020 OFFER DATED 19-Mar-2021 .  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA  (SIGNATURE OF CONTRACTING OFFICER) *B.Blaney* |
|---|---|

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER  (TYPE OR PRINT) BRIDGET BLANEY / CONTRACTING OFFICER TEL: 215-697-9628 EMAIL: bridget.blaney@navy.mil | 31c. DATE SIGNED 19 Apr 2021 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA – FAR (48 CFR) 53.212

Highly Confidential

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 97 |
|---|---|---|---|---|---|
| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/ SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |

**SEE SCHEDULE**

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE.

STANDARD FORM 1449   (REV. 2/2012)   BACK
Prescribed by GSA – FAR (48 CFR) 53.212

Highly Confidential

NAVY-ADS-0000256936

N0018921DZ024

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 12 | Months | | |

Base Yr Basic Advertising Services
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
MILSTRIP: N6671521RC043A1
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 1 | Lot | $56,515,825.79 | $56,515,825.79 NTE |

Base Yr Space Charges Media Placement
COST
and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $56,515,825.79
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX COST                    $56,515,825.79

Highly Confidential

N0018921DZ024

Page 4 of 97

NAVY-ADS-0000256938

N0018921DZ024

Page 5 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003 |  | 1 | Lot | ▓▓▓▓ | ▓▓▓▓ NTE |

Base Yr Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022. Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
$▓▓▓ (blended hourly rate) x 700 hours = $▓▓▓▓▓

(2) Creative Strategy, Execution, and Production:
$▓▓▓ (blended hourly rate) x 10,000 hours = $▓▓▓▓▓

(3) Media and Related Services:
$▓▓▓ (blended hourly rate) x 500 hours = $▓▓▓▓▓

(4) Prospect Relationship Management and Fulfillment Operations:
$▓▓▓ (blended hourly rate) x 3,000 hours = $▓▓▓▓▓

(5) Field Events Marketing:
$▓▓▓ blended hourly rate) x 500 hours = $▓▓▓▓▓

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the

NAVY-ADS-0000256939

N0018921DZ024

Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004 | | 1 | Lot | $6,591,469.97 | $6,591,469.97 NTE |

Base Yr Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein.  The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use
Not To Exceed Max Amount $6,591,469.97.

Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT                                    $6,591,469.97

N0018921DZ024

Page 7 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0005 | | 1 | Lot | $6,278,548.59 | $6,278,548.59 NTE |

Base Yr Field Events Marketing ODEs
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions. Offerors shall use Not To Exceed Max Amount $6,278,548.59

Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |  |  | MAX NET AMT | $6,278,548.59 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0006 | | 12 | Months | | |

Base Yr Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item (CLIN) definitions.
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |  |  | MAX NET AMT | |

NAVY-ADS-0000256941

N0018921DZ024

Page 8 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0007 | | 12 | Months | | |

Base Yr NALTS Support
FFP
In support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT

NAVY-ADS-0000256942

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1001 OPTION | | 12 | Months | | |

OPT I Basic Advertising Services
FFP

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT I Ordering Period and Period of Performance 20 May 2022 through 19 May 2023. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | |
|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1002 OPTION | | 1 | Lot | $57,589,626.48 | $57,589,626.48 NTE |

OPT I Space Charges Media Placement
COST

and Postage in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $57,589,626.48 Anticipated OPT I Ordering Period and Period of Performance 20 May 2022 through 19 May 2023. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | | MAX COST | $57,589,626.48 |
|---|---|---|---|

NAVY-ADS-0000256943

N0018921DZ024

Page 10 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1003 OPTION | | 1 | Lot | ▮▮▮ | ▮▮▮ NTE |

OPT I Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising
and Marketing Program in accordance with the Performance Work Statement
(PWS) requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023. Ordering Period and Period of Performance are subject to
change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
$▮▮▮ (blended hourly rate) x 700 hours = $▮▮▮▮

(2) Creative Strategy, Execution, and Production:
$▮▮▮ (blended hourly rate) x 10,000 hours = $▮▮▮ (Amount)

(3) Media and Related Services:
$▮▮▮ (blended hourly rate) x 500 hours = $▮▮▮ (Amount)

(4) Prospect Relationship Management and Fulfillment Operations:
$▮▮▮ (blended hourly rate) x 3,000 hours = $▮▮▮ (Amount)

(5) Field Events Marketing:
$▮▮▮ (blended hourly rate) x 500 hours = $▮▮▮ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL
AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct. Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis. For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the

NAVY-ADS-0000256944

N0018921DZ024

Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

| | | | | MAX NET AMT | $1,972,799.00 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1004 OPTION | OPT I Additional Other Direct Expenses FFP | 1 | Lot | $6,716,707.90 | $6,716,707.90 NTE |

(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. The CLIN will be used in conjunction with CLIN -003 Additional Advertising Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $6,716,707.90

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022 through 19 May 2023. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | MAX NET AMT | $6,716,707.90 |
|---|---|---|---|---|---|

Highly Confidential

N0018921DZ024

Page 12 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1005 OPTION | | 1 | Lot | $6,397,841.01 | $6,397,841.01 NTE |

OPT I Field Events Marketing ODEs
FFP

in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.  Offerors shall use Not To Exceed Max Amount $6,397,841.01

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  | |
|---|---|
| MAX NET AMT | $6,397,841.01 |

Highly Confidential

NAVY-ADS-0000256946

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1006 OPTION | | 12 | Months | ▮▮▮▮▮ | |

OPT I Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT I Ordering Period and Period of Performance 20 May 2022 through 19 May 2023. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT ▮▮▮▮

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1007 OPTION | RESERVED FFP RESERVED | ▮▮▮▮▮ | | | |

MAX
NET AMT ▮▮▮▮

Highly Confidential

NAVY-ADS-0000256947

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2001 OPTION | | 12 | Months | ██████████ | ██████████ |

2001 OPTION — OPT II Basic Advertising Services
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT           ██████████

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2002 OPTION | | 1 | Lot | $58,683,829.39 | $58,683,829.39 NTE |

2002 OPTION — OPT II Space Charges Media Placement
COST
and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $58,683,829.39
Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX COST            $58,683,829.39

NAVY-ADS-0000256948

N0018921DZ024

Page 15 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2003 OPTION | | 1 | Lot | $2,010,323.00 | $2,010,323.00 NTE |

OPT II  Additional  Advertising
FFP

Services in support of the Commander, Navy Recruiting Command's Advertising
and Marketing Program in accordance with the Performance Work Statement
(PWS) requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024. Ordering Period and Period of Performance are subject to
change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
▮▮▮▮ blended hourly rate) x 700 hours = ▮▮▮▮▮▮

(2) Creative Strategy, Execution, and Production:
▮▮▮▮(blended hourly rate) x 10,000 hours = ▮▮▮▮▮▮

(3) Media and Related Services:
▮▮▮▮(blended hourly rate) x 500 hours = ▮▮▮▮▮

(4)  Prospect Relationship Management and Fulfillment Operations:
▮▮▮▮(blended hourly rate) x 3,000 hours = ▮▮▮▮▮

(5) Field Events Marketing:
▮▮▮▮(blended hourly rate) x 500 hours = ▮▮▮▮▮

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS.  FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL
AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct. Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis. For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the

NAVY-ADS-0000256949

N0018921DZ024

Page 16 of 97

Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

|  |  | MAX<br>NET AMT |
| --- | --- | --- |

| ITEM NO | SUPPLIES/SERVICES | MAX<br>QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 2004<br>OPTION | OPT II  Additional Other Direct Expenses<br>FFP | 1 | Lot | $6,844,325.35 | $6,844,325.35 NTE |

(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein.  The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use
Not To Exceed Max Amount $6,844,325.35

Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  | MAX<br>NET AMT | $6,844,325.35 |
| --- | --- | --- |

NAVY-ADS-0000256950

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2005 OPTION | | 1 | Lot | $6,519,399.99 | $6,519,399.99 NTE |

OPT II Field Events Marketing ODEs
FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use Not To Exceed Max Amount $6,519,399.99

Anticipated OPT II Ordering Period and Period of Performance 20 May 2023 through 19 May 2024.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

|  | | MAX NET AMT | | | $6,519,399.99 |
|--|--|-------------|--|--|---------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2006 OPTION | | 12 | Months | ███████ | ███████ |

OPT II Recurring Web and System Support
FFP

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT II Ordering Period and Period of Performance 20 May 2023 through 19 May 2024.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

|  | | MAX NET AMT | | | ███████ |
|--|--|-------------|--|--|---------|

Highly Confidential

N0018921DZ024

Page 18 of 97



| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2007 OPTION | RESERVED FFP RESERVED | | | ███████ | ███████ |

MAX
NET AMT ███████

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3001 OPTION | OPT III Basic Advertising Services FFP | 12 | Months | ███████ | ███████ |

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT ███████

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3002 OPTION | | 1 | Lot | $59,798,822.14 | $59,798,822.14 NTE |

OPT III Space Charges Media Placement COST

and Postage in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto.  See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $59,798,822.14 Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX COST | $59,798,822.14 |
|---|---|---|

Highly Confidential

N0018921DZ024

Page 20 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3003 OPTION | | 1 | Lot | | NTE |

OPT III  Additional  Advertising
FFP

Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025. Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment:
          (blended hourly rate) x 700 hours =

(2) Creative Strategy, Execution, and Production:
          (blended hourly rate) x 10,000 hours =

(3) Media and Related Services:
          (blended hourly rate) x 500 hours =

(4) Prospect Relationship Management and Fulfillment Operations:
          blended hourly rate) x 3,000 hours =

(5) Field Events Marketing:
          (blended hourly rate) x 500 hours =

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the

NAVY-ADS-0000256954

N0018921DZ024

Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

| | | | | MAX<br>NET AMT | |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX<br>QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004<br>OPTION | | 1 | Lot | $6,974,367.53 | $6,974,367.53 NTE |

OPTIII   Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein.  The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services. See Contract Line Item Number (CLIN) definitions.  Offerors shall use
Not To Exceed Max Amount $6,974,367.53

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | MAX<br>NET AMT | $6,974,367.53 |
|---|---|---|---|---|---|

NAVY-ADS-0000256955

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3005 OPTION | | 1 | Lot | $6,643,268.59 | $6,643,268.59 NTE |

OPT III Field Events Marketing ODEs
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.  Offerors shall use Not To Exceed Max Amount $6,643,268.59

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX NET AMT     $6,643,268.59

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3006 OPTION | | 12 | Months | ████████ | $████████ |

OPT III Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX NET AMT     ████████

NAVY-ADS-0000256956

N0018921DZ024

Page 23 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|------------------------|------|------------|------------|
| 3007 OPTION | RESERVED FFP RESERVED | | | ▓▓▓▓▓ | ▓▓▓▓▓ |
| | | | | MAX NET AMT | ▓▓▓▓▓ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY 12 | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|-----------------|------|------------|------------|
| 4001 OPTION | OPT IV Basic Advertising Services FFP | | Months | ▓▓▓▓▓ | ▓▓▓▓▓ |

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | | MAX NET AMT | ▓▓▓▓▓ |
|--|--|-------------|-------|

Highly Confidential

NAVY-ADS-0000256957

N0018921DZ024

Page 24 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4002 OPTION | OPT IV Space Charges Media Placement COST | I | Lot | $60,934,999.76 | $60,934,999.76 NTE |

and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $60,934,999.76
Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025
through 19 May 2026.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX COST                $60,934,999.76

NAVY-ADS-0000256958

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4003 OPTION | | 1 | Lot | | ████████ NTE |

OPT IV Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions.

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026. Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:

(1) Research, Strategic Planning, Program Development and Assessment: ████████ blended hourly rate) x 700 hours = ████████

(2) Creative Strategy, Execution, and Production: ████████ blended hourly rate) x 10,000 hours = $████████

(3) Media and Related Services: ████████ blended hourly rate) x 500 hours = $████████

(4) Prospect Relationship Management and Fulfillment Operations: ████████ ended hourly rate) x 3,000 hours = ████████

(5) Field Events Marketing: ████████ blended hourly rate) x 500 hours = $████████

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis. For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the

Highly Confidential

N0018921DZ024

Page 26 of 97

Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.
FOB: Destination
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4004 OPTION | OPTIV Additional Other Direct Expenses FFP | 1 | Lot | $7,106,880.51 | $7,106,880.51 NTE |

(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  The CLIN will be used in conjunction with CLIN -003 Additional Advertising Services. See Contract Line Item Number (CLIN) definitions.  Offerors shall use Not To Exceed Max Amount $7,106,880.51

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT

$7,106,880.51

Highly Confidential

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4005 OPTION | | 1 | Lot | $6,769,490.70 | $6,769,490.70 NTE |

OPT IV Field Events Marketing ODEs
FFP

in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein. See Contract Line Item Number (CLIN)
definitions. Offerors shall use Not To Exceed Max Amount $6,769,490.70

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025
through 19 May 2026. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |
|--|--|
| MAX NET AMT | $6,769,490.70 |

NAVY-ADS-0000256961

N0018921DZ024

Page 28 of 97

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4006 OPTION | | 12 | Months | $▇▇▇ | $▇▇▇ |

OPT IV Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto.  See Contract Line Item Number (CLIN) definitions. Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | MAX NET AMT | $▇▇▇ |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4007 OPTION | RESERVED FFP RESERVED | | | ▇▇▇ | |

| | | | | MAX NET AMT | ▇▇▇ |
|---|---|---|---|---|---|

## CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table.  The maximum

NAVY-ADS-0000256962

quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
|  | ▮▮▮▮▮ |  | $▮▮▮▮▮▮▮ |

CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT $ | MAXIMUM QUANTITY | MAXIMUM AMOUNT $ |
|---|---|---|---|---|
| 0001 |  | $ |  | $ |
| 0002 |  | $ |  | $ |
| 0003 |  | $ |  | $ |
| 0004 |  | $ |  | $ |
| 0005 |  | $ |  | $ |
| 0006 |  | $ |  | $ |
| 0007 |  | $ |  | $ |
| 1001 |  | $ |  | $ |
| 1002 |  | $ |  | $ |
| 1003 |  | $ |  | $ |
| 1004 |  | $ |  | $ |
| 1005 |  | $ |  | $ |
| 1006 |  | $ |  | $ |
| 1007 |  | $ |  | $ |
| 2001 |  | $ |  | $ |