# DTX 1090
# (NAVY-ADS-0000219026)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30* | | | 1. REQUISITION NUMBER | | | PAGE 1 OF   97 |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO. N00189210Z024 | 3. AWARD/EFFECTIVE DATE 20-May-2021 | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER N0018920RZ020 | | 6. SOLICITATION ISSUE DATE 28-Apr-2020 |
|---|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ADELINA LACROCE | | | b. TELEPHONE NUMBER *(No Collect Calls)* 215-697-9603 | | 8. OFFER DUE DATE/LOCAL TIME 03:00 PM 13 Jul 2020 |
|---|---|---|---|---|---|---|

| 9. ISSUED BY | CODE | N00189 |
|---|---|---|

10. THIS ACQUISITION IS

[X] UNRESTRICTED OR   [ ] SET ASIDE: _____ % FOR:

NAVSUP FLC NORFOLK PHILADELPHIA OFFICE
ATTN: ADELINA LACROCE
700 ROBBINS AVENUE, BLDG. 2B
PHILADELPHIA PA 19111-5083

TEL: 215-697-9603
FAX:

[ ] SMALL BUSINESS

[ ] HUBZONE SMALL BUSINESS

[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

[ ] EDWOSB

[ ] 8(A)

NAICS:
541810

SIZE STANDARD:
$▮

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS |
|---|---|

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)   13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ   [ ] IFB   [X] RFP

| 15. DELIVER TO | CODE | N66715 | 16. ADMINISTERED BY | CODE |
|---|---|---|---|---|

NAVY RECRUITING COMMAND
GOV'T REP.
5722 INTEGRITY DRIVE
MILLINGTON TN 38054

**SEE ITEM 9**

| 17a. CONTRACTOR/ OFFEROR | CODE | 0CME6 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | HQ0337 |
|---|---|---|---|---|---|---|

YOUNG & RUBICAM LLC
GOV'T SALES
3 COLUMBUS CIR
NEW YORK NY 10019-8760

TELEPHONE NO.

DFAS COLUMBUS CENTER
NORTH ENTITLEMENT OPERATIONS
PO BOX 182317
COLUMBUS OH 43218-2317

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER [ ]

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $▮ |
|---|---|

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3, 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4, FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___0___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [X] 29. AWARD OF CONTRACT: REF.   N0018920RZ020 OFFER DATED 19-Mar-2021.   YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER) *BBlaney* |
|---|---|

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER   (TYPE OR PRINT) BRIDGET BLANEY / CONTRACTING OFFICER TEL: 215-697-9626 EMAIL: bridget.blaney@navy.mil | 31c. DATE SIGNED 18-Apr-2021 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV. 2/2012)
Prescribed by GSA – FAR (48 CFR) 53.212

Highly Confidential

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | PAGE 2 OF 97 |
|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| | SEE SCHEDULE | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br>☐ PARTIAL ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT<br>☐ COMPLETE ☐ PARTIAL ☐ FINAL | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |
| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | | | |
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | | | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS | | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012) BACK
Prescribed by GSA – FAR (48 CFR) 53.212

Highly Confidential

NAVY-ADS-0000219074

N0018921DZ024

Section SF 1449 – CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 12 | Months | ████████ ████ | ████████ |

Base Yr Basic Advertising Services
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto. See Contract Line Item Number (CLIN) definitions.
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
MILSTRIP: N6671521RC043A1
PSC CD: R701

|  |  |
|--|--|
| MAX NET AMT | ████████ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 1 | Lot | $56,515,825.79 | $56,515,825.79 NTE |

Base Yr Space Charges Media Placement
COST
and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto. See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $56,515,825.79
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |
|--|--|
| MAX COST | $56,515,825.79 |

Highly Confidential

N0018921DZ024

Highly Confidential

NAVY-ADS-0000219076

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003 | | 1 | Lot | | |

Highly Confidential

NAVY-ADS-0000219077

Base Yr Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising
and Marketing Program in accordance with the Performance Work Statement
(PWS) requirements specified herein. See Contract Line Item Number (CLIN)
definitions.

Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022. Ordering Period and Period of Performance are subject to
change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:



(1) Research, Strategic Planning, Program Development and Assessment:
▓▓▓▓▓ blended hourly rate) x 700 hours = ▓▓▓▓▓ Amount)

(2) Creative Strategy, Execution, and Production:
▓▓▓ (blended hourly rate) x 10,000 hours = ▓▓▓▓▓ Amount)

(3) Media and Related Services:
▓▓▓ (blended hourly rate) x 500 hours = ▓▓▓▓▓ Amount)

(4) Prospect Relationship Management and Fulfillment Operations:
▓▓▓ (blended hourly rate) x 3,000 hours = ▓▓▓▓▓ (Amount)

(5) Field Events Marketing:
▓▓▓ blended hourly rate) x 500 hours = ▓▓▓▓▓ Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS. FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL
AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct. Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis. For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the
Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.

N0018921DZ024

FOB: Destination
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 1 | Lot | $6,591,469.97 | $6,591,469.97 NTE |

Base Yr Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein. The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use
Not To Exceed Max Amount $6,591,469.97.

Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT                    $6,591,469.97

N0018921DZ024

Page 8 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0005 | | 1 | Lot | $6,278,548.59 | $6,278,548.59 NTE |

Base Yr Field Events Marketing ODEs
FFP
in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions. Offerors shall use Not To Exceed Max Amount $6,278,548.59

Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  | MAX NET AMT | $6,278,548.59 |
|--|--|-------------|---------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0006 | | 12 | Months | ▓▓▓▓ | ▓▓▓▓ |

Base Yr Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated Base Ordering Period and Period of Performance 20 May 2021
through 19 May 2022.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  | MAX NET AMT | ▓▓▓▓ |
|--|--|-------------|------|

NAVY-ADS-0000219080

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0007 | | 12 | Months | ████ | ████ |
| | Base Yr NALTS Support | | | | |

FFP
In support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto.  See Contract Line Item Number (CLIN) definitions. Anticipated Base Ordering Period and Period of Performance 20 May 2021 through 19 May 2022.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT                    ████

NAVY-ADS-0000219081

N0018921DZ024

Page 10 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1001 OPTION | | 12 | Months | ▓▓▓▓ | ▓▓▓▓ |

OPT I Basic Advertising Services
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | MAX NET AMT | ▓▓▓▓ |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1002 OPTION | | 1 | Lot | $57,589,626.48 | $57,589,626.48 NTE |

OPT I Space Charges Media Placement
COST
and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $57,589,626.48
Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | MAX COST | $57,589,626.48 |
|---|---|---|---|---|---|

Highly Confidential

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1003 | | 1 | Lot | $1,972,799.00 | $1,972,799.00 NTE |

NAVY-ADS-0000219083

N0018921DZ024

OPTION    OPT I Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising
and Marketing Program in accordance with the Performance Work Statement
(PWS) requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023.  Ordering Period and Period of Performance are subject to
change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for
each of the five (5) organizational segments listed below. The fixed price blended
hourly rates will be used to place task orders for services that are emergent and
fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but
remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended
hourly rates proposed and the Government's estimated hours for each segment.
Offerors shall propose blended labor rates and provide the total amount for each
of the following five (5) segments:



(1) Research, Strategic Planning, Program Development and Assessment:
_____ (blended hourly rate) x 700 hours = _____ (Amount)

(2) Creative Strategy, Execution, and Production:
_____ (blended hourly rate) x 10,000 hours = _____ (Amount)

(3) Media and Related Services:
_____ blended hourly rate) x 500 hours = _____ (Amount)

(4) Prospect Relationship Management and Fulfillment Operations:
_____ (blended hourly rate) x 3,000 hours = _____ (Amount)

(5) Field Events Marketing:
_____ (blended hourly rate) x 500 hours = _____ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
EACH OF THE FIVE SEGMENTS.  FOR THIS CLIN, THE GOVERNMENT
WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL
AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the
amount for each segment, the Government will consider the blended hourly labor
rates proposed to be correct.  Task orders placed against this CLIN shall be issued
on a Firm Fixed Price (FFP) basis.  For the placement of task orders under this
CLIN, the number of hours and mix of segments will be negotiated between the
Government and the resultant Contractor; however, the blended labor rates
utilized for the placement of task orders will be fixed based on the rates proposed
above and incorporated into the resultant contract award.

Highly Confidential

N0018921DZ024

Page 13 of 101

FOB: Destination
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1004 OPTION | | 1 | Lot | $6,716,707.90 | $6,716,707.90 NTE |

OPT I Additional Other Direct Expenses
FFP

(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein. The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use
Not To Exceed Max Amount $6,716,707.90

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX                    $6,716,707.90
NET AMT

NAVY-ADS-0000219085

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 1005 OPTION | OPT I Field Events Marketing ODEs FFP | 1 | Lot | $6,397,841.01 | $6,397,841.01 NTE |

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use Not To Exceed Max Amount $6,397,841.01

Anticipated OPT I Ordering Period and Period of Performance 20 May 2022 through 19 May 2023.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | $6,397,841.01 |
|---|---|---|

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1006 OPTION | | 12 | Months | ████ | ████ |

OPT I Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT I Ordering Period and Period of Performance 20 May 2022
through 19 May 2023.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT ████

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 1007 OPTION | RESERVED FFP RESERVED | UNDEFINED | | ████ | ████ |

MAX
NET AMT ████

Highly Confidential

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2001 OPTION | OPT II Basic Advertising Services FFP | 12 | Months | <span style="background:green">     </span> | <span style="background:green">     </span> |

in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT                                $▮▮▮▮▮▮

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2002 OPTION | OPT II Space Charges Media Placement COST | 1 | Lot | $58,683,829.39 | $58,683,829.39 NTE |

and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $58,683,829.39
Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
through 19 May 2024.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX COST                               $58,683,829.39

NAVY-ADS-0000219088

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2003 | | 1 | Lot | $2,010,323.00 | $2,010,323.00 NTE |

Highly Confidential

OPTION       OPT II  Additional  Advertising
             FFP
             Services in support of the Commander, Navy Recruiting Command's Advertising
             and Marketing Program in accordance with the Performance Work Statement
             (PWS) requirements specified herein.  See Contract Line Item Number (CLIN)
             definitions.

             Anticipated OPT II Ordering Period and Period of Performance 20 May 2023
             through 19 May 2024.  Ordering Period and Period of Performance are subject to
             change based on actual award date.

             This CLIN requires the offeror to propose a fully burdened blended hourly rate for
             each of the five (5) organizational segments listed below. The fixed price blended
             hourly rates will be used to place task orders for services that are emergent and
             fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but
             remain within the total scope of the contract.

             For purposes of proposal evaluation, the Navy will evaluate based on the blended
             hourly rates proposed and the Government's estimated hours for each segment.
             Offerors shall propose blended labor rates and provide the total amount for each
             of the following five (5) segments:

             (1) Research, Strategic Planning, Program Development and Assessment:
                 ████ (blended hourly rate) x 700 hours = ████ (Amount)

             (2) Creative Strategy, Execution, and Production:
                 ████ (blended hourly rate) x 10,000 hours = ████ (Amount)

             (3) Media and Related Services:
                 ████ (blended hourly rate) x 500 hours = ████ (Amount)

             (4)  Prospect Relationship Management and Fulfillment Operations:
                 ████ (blended hourly rate) x 3,000 hours = ████ (Amount)

             (5) Field Events Marketing:
                 ████ (blended hourly rate) x 500 hours = ████ (Amount)

             THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED
             BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR
             EACH OF THE FIVE SEGMENTS.  FOR THIS CLIN, THE GOVERNMENT
             WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL
             AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

             In the event the offeror makes an apparent mathematical error in calculating the
             amount for each segment, the Government will consider the blended hourly labor
             rates proposed to be correct. Task orders placed against this CLIN shall be issued
             on a Firm Fixed Price (FFP) basis.  For the placement of task orders under this
             CLIN, the number of hours and mix of segments will be negotiated between the
             Government and the resultant Contractor; however, the blended labor rates
             utilized for the placement of task orders will be fixed based on the rates proposed
             above and incorporated into the resultant contract award.

N0018921DZ024

Page 19 of 101

FOB: Destination
PSC CD: R701

| | | | | MAX<br>NET AMT | |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX<br>QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2004<br>OPTION | | 1 | Lot | $6,844,325.35 | $6,844,325.35 NTE |

OPT II  Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  The CLIN will be used in conjunction with CLIN -003 Additional Advertising Services.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use Not To Exceed Max Amount $6,844,325.35

Anticipated OPT II Ordering Period and Period of Performance 20 May 2023 through 19 May 2024.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | MAX<br>NET AMT | $6,844,325.35 |
|---|---|---|---|---|

Highly Confidential

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2005 OPTION | OPT II Field Events Marketing ODEs | 1 | Lot | $6,519,399.99 | $6,519,399.99 NTE |

FFP

in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein. See Contract Line Item Number (CLIN) definitions. Offerors shall use Not To Exceed Max Amount $6,519,399.99

Anticipated OPT II Ordering Period and Period of Performance 20 May 2023 through 19 May 2024. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | | | | $6,519,399.99 |
|--|------------|--|--|--|--------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 2006 OPTION | OPT II Recurring Web and System Support | 12 | Months | ███████ | ███████ |

FFP

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT II Ordering Period and Period of Performance 20 May 2023 through 19 May 2024. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | | | | ███████ |
|--|------------|--|--|--|---------|

NAVY-ADS-0000219092

N0018921DZ024

Page 21 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|------------------------|------|-----------|-----------|
| 2007 OPTION | RESERVED FFP RESERVED | | | ███████ | ███████ |

MAX
NET AMT                                                               ███████

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|-----------|
| 3001 OPTION | OPT III Basic Advertising Services FFP | 12 | Months | ███████ | ███████ |

in support of Commander, Navy Recruiting Command's Navy Marketing and
Advertising Program in accordance with the Performance Work Statement
attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX
NET AMT                                                               ███████

Highly Confidential

NAVY-ADS-0000219093

N0018921DZ024

Page 22 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3002 OPTION | OPT III Space Charges Media Placement COST | 1 | Lot | $59,798,822.14 | $59,798,822.14 NTE |

and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $59,798,822.14
Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |  | MAX COST | $59,798,822.14 |
|--|--|--|----------|----------------|

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3003 | | 1 | Lot | $2,048,465.00 | $2,048,465.00 NTE |

Highly Confidential

N0018921DZ024

OPTION

OPT III  Additional  Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025.  Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:



(1) Research, Strategic Planning, Program Development and Assessment:
_____ (blended hourly rate) x 700 hours = _____ (Amount)

(2) Creative Strategy, Execution, and Production:
_____ (blended hourly rate) x 10,000 hours = _____ (Amount)

(3) Media and Related Services:
_____ (blended hourly rate) x 500 hours = _____ (Amount)

(4)  Prospect Relationship Management and Fulfillment Operations:
_____ (blended hourly rate) x 3,000 hours = _____ (Amount)

(5) Field Events Marketing:
_____ (blended hourly rate) x 500 hours = _____ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS.  FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis.  For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.

Highly Confidential

N0018921DZ024

FOB: Destination
PSC CD: R701

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3004 OPTION | | 1 | Lot | $6,974,367.53 | $6,974,367.53 NTE |

OPTIII  Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein. The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use
Not To Exceed Max Amount $6,974,367.53

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024
through 19 May 2025. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

MAX                    $6,974,367.53
NET AMT

NAVY-ADS-0000219097

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3005 OPTION | OPT III Field Events Marketing ODEs | 1 | Lot | $6,643,268.59 | $6,643,268.59 NTE |

OPT III Field Events Marketing ODEs
FFP
in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.  Offerors shall use Not To Exceed Max Amount $6,643,268.59

Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | $6,643,268.59 |
|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 3006 OPTION | OPT III Recurring Web and System Support | 12 | Months | ███████ | ███████ |

OPT III Recurring Web and System Support
FFP
in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Anticipated OPT III Ordering Period and Period of Performance 20 May 2024 through 19 May 2025.  Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX NET AMT | ███████ |
|---|---|---|

NAVY-ADS-0000219098

N0018921DZ024

Page 27 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|------------------------|------|------------|------------|
| 3007 OPTION | RESERVED FFP RESERVED | | | ███████ | ███████ |

MAX NET AMT   $██

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4001 OPTION | OPT IV Basic Advertising Services FFP | 12 | Months | ███████ | ███████ |

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

MAX NET AMT   ███████

Highly Confidential

NAVY-ADS-0000219099

N0018921DZ024

Page 28 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4002 OPTION | OPT IV Space Charges Media Placement COST | 1 | Lot | $60,934,999.76 | $60,934,999.76 NTE |

and Postage in support of Commander, Navy Recruiting Command's Navy
Marketing and Advertising Program in accordance with the Performance Work
Statement attached hereto.  See Contract Line Item Number (CLIN) definitions.
Offerors shall use Not To Exceed Max Amount $60,934,999.76
Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025
through 19 May 2026.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

| | MAX COST | $60,934,999.76 |
|---|---|---|

NAVY-ADS-0000219100

N0018921DZ024

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 4003 | | 1 | Lot | $2,087,362.00 | $2,087,362.00 NTE |

NAVY-ADS-0000219101

N0018921DZ024

Page 30 of 101

OPTION  OPT IV Additional Advertising
FFP
Services in support of the Commander, Navy Recruiting Command's Advertising and Marketing Program in accordance with the Performance Work Statement (PWS) requirements specified herein.  See Contract Line Item Number (CLIN) definitions.

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026.  Ordering Period and Period of Performance are subject to change based on actual award date.

This CLIN requires the offeror to propose a fully burdened blended hourly rate for each of the five (5) organizational segments listed below. The fixed price blended hourly rates will be used to place task orders for services that are emergent and fall outside the scope of CNRC's Annual Advertising and Marketing Plan, but remain within the total scope of the contract.

For purposes of proposal evaluation, the Navy will evaluate based on the blended hourly rates proposed and the Government's estimated hours for each segment. Offerors shall propose blended labor rates and provide the total amount for each of the following five (5) segments:



(1) Research, Strategic Planning, Program Development and Assessment: ███ (blended hourly rate) x 700 hours = ███ Amount)

(2) Creative Strategy, Execution, and Production: ███ blended hourly rate) x 10,000 hours = ███ (Amount)

(3) Media and Related Services: ███ (blended hourly rate) x 500 hours = ███ Amount)

(4)  Prospect Relationship Management and Fulfillment Operations: ███ (blended hourly rate) x 3,000 hours = ███ (Amount)

(5) Field Events Marketing: ███ (blended hourly rate) x 500 hours = ███ (Amount)

THE OFFEROR SHALL INSERT A PROPOSED FULLY BURDENED BLENDED HOURLY LABOR RATE AND AN EXTENDED TOTAL FOR EACH OF THE FIVE SEGMENTS.  FOR THIS CLIN, THE GOVERNMENT WILL EVALUATE PRICE BASED ON THE AGGREGATE TOTAL AMOUNT OF ALL FIVE SEGMENTS ADDED TOGETHER.

In the event the offeror makes an apparent mathematical error in calculating the amount for each segment, the Government will consider the blended hourly labor rates proposed to be correct. Task orders placed against this CLIN shall be issued on a Firm Fixed Price (FFP) basis.  For the placement of task orders under this CLIN, the number of hours and mix of segments will be negotiated between the Government and the resultant Contractor; however, the blended labor rates utilized for the placement of task orders will be fixed based on the rates proposed above and incorporated into the resultant contract award.

Highly Confidential

NAVY-ADS-0000219102

N0018921DZ024

Page 31 of 101

FOB: Destination
PSC CD: R701

| | | | | | MAX NET AMT | |
|---|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 OPTION | OPTIV Additional Other Direct Expenses FFP | 1 | Lot | $7,106,880.51 | $7,106,880.51 NTE |

OPTIV Additional Other Direct Expenses
FFP
(ODEs) in support of emergent tasks under CLIN -003 for the Commander, Navy
Recruiting Command's Advertising and Marketing Program in accordance with
the Performance Work Statement (PWS) requirements specified herein. The
CLIN will be used in conjunction with CLIN -003 Additional Advertising
Services. See Contract Line Item Number (CLIN) definitions. Offerors shall use
Not To Exceed Max Amount $7,106,880.51

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025
through 19 May 2026. Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

| | | | | | MAX NET AMT | $7,106,880.51 |
|---|---|---|---|---|---|---|

NAVY-ADS-0000219103

N0018921DZ024

Page 32 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 4005 OPTION | | 1 | Lot | $6,769,490.70 | $6,769,490.70 NTE |

OPT IV Field Events Marketing ODEs
FFP

in support of the Commander, Navy Recruiting Command's Advertising and
Marketing Program in accordance with the Performance Work Statement (PWS)
requirements specified herein.  See Contract Line Item Number (CLIN)
definitions.  Offerors shall use Not To Exceed Max Amount $6,769,490.70

Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025
through 19 May 2026.  Ordering Period and Period of Performance are subject to
change based on actual award date.
FOB: Destination
PSC CD: R701

|  | MAX NET AMT | $6,769,490.70 |
|--|-------------|---------------|

Highly Confidential

NAVY-ADS-0000219104

N0018921DZ024

Page 33 of 101

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4006 OPTION | OPT IV Recurring Web and System Support FFP | 12 | Months | ████ | ████ |

in support of Commander, Navy Recruiting Command's Navy Marketing and Advertising Program in accordance with the Performance Work Statement attached hereto. See Contract Line Item Number (CLIN) definitions. Anticipated OPT IV Ordering Period and Period of Performance 20 May 2025 through 19 May 2026. Ordering Period and Period of Performance are subject to change based on actual award date.
FOB: Destination
PSC CD: R701

|  |  |  |  | MAX NET AMT | ████ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY UNDEFINED | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4007 OPTION | RESERVED FFP RESERVED | | | ████ | ████ |

|  |  |  |  | MAX NET AMT | ████ |

## CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum

   NAVY-ADS-0000219105

N0018921DZ024

quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
| | $ ▮▮▮▮▮ | | $ ▮▮▮▮▮ |

CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT $ | MAXIMUM QUANTITY | MAXIMUM AMOUNT $ |
|---|---|---|---|---|
| 0001 | | $ | | $ |
| 0002 | | $ | | $ |
| 0003 | | $ | | $ |
| 0004 | | $ | | $ |
| 0005 | | $ | | $ |
| 0006 | | $ | | $ |
| 0007 | | $ | | $ |
| 1001 | | $ | | $ |
| 1002 | | $ | | $ |
| 1003 | | $ | | $ |
| 1004 | | $ | | $ |
| 1005 | | $ | | $ |
| 1006 | | $ | | $ |
| 1007 | | $ | | $ |
| 2001 | | $ | | $ |