# DTX 1094
# (NAVY-ADS-0000019114)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| From: | |
|---|---|
| Sent: | 5/21/2021 9:55:56 AM |
| To: | COMNAVCRUITCOM MIL (USA) <allen.owens1@navy.mil>; Millet, Scott R CDR USN COMNAVCRUITCOM MIL (USA) <scott.milliet@navy.mil>; ; Owers, Allen M Jr CIV USN |
| Subject: | [Non-DoD Source] June/July Media Plan Recommendation |
| Location: | Microsoft Teams Meeting |
| Start: | 5/24/2021 3:00:00 PM |
| End: | 5/24/2021 4:00:00 PM |
| Show Time As: | Busy |
| Recurrence: | (none) |
| Meeting Status: | Accepted |
| Required Attendees: | |
| Optional Attendees: | |
| Attachments: | Navy Tactical Reco June-July FINAL - Presented 5.24.21.pdf |

Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
262100173@t.plcm.vc
Video Conference ID: 128 494 882 6
Alternate VTC dialing instructions

Learn More | Meeting options

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of Group M Worldwide LLC and/or other members of the GroupM group of companies shall be understood as neither given nor endorsed by it. GroupM is the global media investment management arm of WPP. For more information on our business ethical standards and Corporate Responsibility policies please refer to WPP's website at https://no-click.mil/?http://www.wpp.com/WPP/About/



NAVY-ADS-0000019114

# JUNE – JULY
# TACTICAL RECOMMENDATION

Presented: May 24, 2021

AMERICA'S NAVY™

35.1446, -90.0535
Display/Video, Social, Search
The Navy Partnership

NAVY-ASB-0000031915

Highly Confidential

NAVY-ACS-300001912D

Highly Confidential

**DIGITAL MEDIA**

AMERICA'S NAVY™

NAVY-ADS-00000191258

Highly Confidential



DISPLAY

# AFFILIATE PARTNERS



NAVY-ADS-0000019161

Highly Confidential

JOB SITES

NAVY-ADS-00003194040

Highly Confidential

SEARCH

# PAID SOCIAL
## FY21 April-May

AMERICA'S NAVY

Social Team

NAVY-ADS-000019149

Highly Confidential

# MEASUREMENT PLAN



**FLOWCHART**

Highly Confidential
NAVY-ADS-000001910

AFTERWORD

AMERICA'S NAVY

Highly Confidential

NAVY-ADS-00000918663

NAVY-ADS-00005191I2

# PAID SEARCH GLOSSARY

- Key performance indicators (KPI): An advertiser-defined group of top-level metrics that are core signs of the health of the account.

- Impression: An ad exposure to a searcher.

- Click: When a searcher clicks on an ad and is redirected to the destination URL of an ad.

- Cost per click (CPC): Costs divided by clicks ($100 for 50 clicks equals $2 CPC).

- Click-through rate (CTR): Clicks divided by impressions (100 clicks from 1000 impressions equals a 10% CTR).

- Lead: Any action taken by a user deemed important to an advertiser. For Navy, an RFI form completion is a lead.

- Cost per Lead: Costs divided by leads ($100 for 50 leads equals $2 CPL).

- Lead Generation Rate (CVR): Leads divided by clicks (50 leads from 5000 clicks equals a 1% CVR).

Highly Confidential