# DTX 1113
# (ARMY-ADS-0000245860)
# (Excerpt)
# (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties



ARMY-ADS-0000245868_0008



10

ARMY-ADS-0000245868_0009



11

ARMY-ADS-0000245868_0010



ARMY-ADS-0000245870_0089



-2-

91

ARMY-ADS-0000245870_0090



ARMY-ADS-0000245871