# DTX 1117
# (ARMY-ADS-0000182974)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**



# AMEDD: FY21 Approved Investment Scenario



**BLUF: AMEDD media budget decreased by -21% (-$600K) to $2.3MM (previously $2.9MM)**

Per MMM learnings, prioritized key lead driving channels to inform channel cuts while maintaining approved Scenario 2, strategy of a Digital-Focused plan:
- **Majority (-49%) of budget reduction funded from Mid-Funnel channels given minimal Upper funnel and** to prioritize Low-Funnel channels
  - **Upper funnel accounts for 20%:** Reduce Digital Direct budget
  - **Mid funnel accounts for 18%:** Reduce mid-funnel Social
  - **Lower funnel accounts for 63%:** Prioritize Search, and reduce lower-funnel Social and Programmatic Display

## Budget Cut Implications:

- Despite increased emphasis in lower funnel (higher % of funnel allocation), all channels outside of Search see a decrease YoY
- **Sustained Digital Direct** support at decreased level in order to bolster AMEDD awareness along with **Print**
- **Digital Direct & Social reductions will not allow for same level of impact YoY**
- **Programmatic Video reduction** does **not allow for Team DDB to fully fund the channel**, despite it proving to be a top lead driver in FY20 per MMM
- **Programmatic Display reduction does not allow Team DDB to fully fund the channel,** despite it proving successful in reaching AMEDD audiences

| Channel | FY20 Planned Budget | Approved Scenario 2: Digital focus, customized for AMEDD | | Revised Scenario 2: Digital Focus Inclusive of $600M Media Budget Cut | | |
|---|---|---|---|---|---|---|
| | Budget | Budget | YoY % Change | Budget | YoY % Change | Approved vs. Revised Scenario % Change |
| Print | $ 650,615 | $ 250,000 ▼ | -62% | $ 250,000 ▼ | -62% | ▲ 0% |
| Digital Direct | $ 250,000 | $ 310,000 ▲ | 24% | $ 200,000 ▼ | -20% | ▼ -35% |
| **Total Awareness** | **$ 900,615** | **$ 560,000** | **-38%** | **$ 450,000** | **-50%** | **-20%** |
| % of Funnel | 33% | 19% | | 20% | | |
| Programmatic Video | $ 312,928 | $ 400,000 ▲ | 28% | $ 239,532 ▼ | -23% | ▼ -40% |
| Social | $ 180,000 | $ 300,000 ▲ | 67% | $ 163,442 ▼ | -9% | ▼ -46% |
| **Total Create Interest & Educate** | **$ 492,928** | **$ 700,000** | **42%** | **$ 402,974** | **-18%** | **-42%** |
| % of Funnel | 18% | 24% | | 18% | | |
| Programmatic Display | $ 403,125 | $ 440,000 ▲ | 9% | $ 335,902 ▼ | -17% | ▼ -24% |
| Social | $ 120,000 | $ 200,000 ▲ | 67% | $ 108,961 ▼ | -9% | ▼ -46% |
| Search | $ 783,332 | $ 1,000,000 ▲ | 28% | $ 1,001,722 ▲ | 28% | ▲ 0% |
| **Total Obtain Contact Info** | **$ 1,306,457** | **$ 1,640,000** | **26%** | **$ 1,446,585** | **11%** | **-12%** |
| % of Funnel | 48% | 57% | | 63% | | |
| **Print** | **$ 650,615** | **$ 250,000** | **9%** | **$ 250,000** | **11%** | **0%** |
| **Digital** | **$ 2,049,385** | **$ 2,650,000** | **91%** | **$ 2,049,559** | **89%** | **-23%** |
| **TOTAL** | **$ 2,700,000** | **$ 2,900,000** | **7%** | **$ 2,299,559** | **-15%** | **-21%** |

UNCLASSIFIED // PRE-DECISIONAL // FOUO

Highly Confidential

ARMY-ADS-0000183065

`TEAM DDB`

# FY21 Strategy Feedback Memo



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON, DC 20310-0111

17 July 2019

Ms. Julie Crimmins
DDB, Inc.
225 N. Michigan Ave,
10th Floor
Chicago, IL 60601

Dear Ms. Crimmins:

The following is feedback for the 2021 Paid National Media Recommendation brief held on July 1, 2019 as part of Task Order 0026, Work Stream 20-980 National Media. Please reference document "TOTAL_ARMY_FY21_Paid National Media Strategy Recommendation 9 JUL 2020 CR."

After reviewing the document named above and receiving Team DDB's presentation, the Army Enterprise Marketing Office approves the Paid National Media Recommendation, with the following requests, modifications, and provisions:

1. The Army selects Scenario 2 (Digital Led and Flexible) for COMPO 1.

2. The Army selects Scenario 2 (Digital Forward) for COMPO 2.

3. The Army selects Scenario 1 (Balanced Funnel Approach) for COMPO 3.

4. The Army selects Scenario 2 (Digital Focus) for AMEDD with a modification that $250,000 of the funds identified for AMEDD digital awareness channels be prioritized into the following medical news magazines:
   a. Dental News
   b. ADA News
   c. Premedlife Magazine
   d. The Advisor (NAAHP)
   e. Annals of Thoracic Surgery
   f. Journal of Oral Maxillofacial Surgery
   g. Social Work Journal
   h. American College of Physicians (Family Practice News)
   i. Journal of Periodontology,
   j. Western Journal of Medicine
   k. American Association of Nurse Anesthetist Journal
   l. Society for Academic Emergency Medicine
   m. American Journal of Psychiatry
   n. General Surgery News.

-2-

5. The Army requests that Officer Audience targeting be a sub-audience under COMPO 1 until further guidance.

6. The Army concurs with the measurement framework and the pivot towards cost metrics and the adjustment of influencer KPIs to center around education and Army opportunities.

7. The Army requests a description of the planned testing of media performance be included in the FY 21 Media Tactical Recommendation.

8. The Army requests that FY 21 Tactical Recommendation be focused on achieving the goals of 110,000 enlisted leads for COMPO 1, 25,000 leads for COMPO 3, 10,000 officer leads and 10,000 AMEDD leads for a total count of 155,000 leads attributable to paid media.

9. The Army would like Team DDB to consider a 'flagship' sporting activity for COMPO 2 for the fall (preferably College Market) similar to what was done in College Football in the prior media execution year. COMPO 1 and COMPO3 would also like to utilize this similar approach to sporting activities.

10. The Army requests that Team DDB avoids sponsored custom content where the Army has no relevance in the subject matter showcased within the content. Additionally, whenever possible utilize custom content where lead attribution can occur and a return on investment can be ascertained.

11. The Army requests a holistic plan that depicts national and local media picture to include a recommended spend by channel.

If you have any questions please contact LTC Jacob C. Pierce at 270-304-9205 or email at jacob.c.pierce.mil@mail.mil.

Sincerely,



Jacob C. Pierce
LTC, EN
Army Enterprise Marketing

Glennyce E. Wood
Contracting Officer Representative

© 2019 Team DDB. All Rights Reserved.

91   Dates are subject to change pending final 2021 edit calendars, approvals, etc.
     Dates reflected in green reflect extensions

**UNCLASSIFIED // PRE-DECISIONAL // FOUO**

Highly Confidential

ARMY-ADS-0000183066

TEAM DDB

**3 0   A P R   2 0 2 1**

# Video Upfront Overview

© 2019 Team DDB. All Rights Reserved.

Highly Confidential

ARMY-ADS-0000183067