# DTX 1174
# (NAVY-ADS-0000249484)
# (Redacted)

 :   **All redactions proposed by the United States**

 :   **Additional information covered by confidentiality objections of third parties**

# Y&R

3 Columbus Circle
New York, New York 10019

**Digital Media Bill**

Bill Date: Nov 20, 2021

Due Date: Dec. 20, 2021

Invoice 1B3002M
Navy
Commander Navy Recru
5722 Integrity Dr Bldg 784
Millington TN, 38054
Attn: Dean Stewart-Curry

| | | |
|---|---|---|
| CLIENT | NV0 Navy | |
| PRODUCT | NAV Navy | |
| TASK ORDER NUMBER | N0018921FZ413 | |
| CONTRACT NUMBER | N00189-21-D-Z024 | |

| ITEM | | NET AMOUNT | | Amount |
|---|---|---|---|---|
| | 1B-SE-3002 | | | |
| | 1B-SE-3003 | | | |
| | 1B-IN-3010 | | | |
| | 1B-IN-3011 | | | |
| | 1B-SE-3001 | | | |
| **PLEASE REMIT TO:** | | | | |
| Y&R | | | | |
| P.O. BOX 751731 | | | Balance Due | |
| CHARLOTTE, NC. 28275-1731 | | | | |
| | | | | |
| **WIRE TRANSFER TO:** | | | | |
| WELLS FARGO BANK,N.A | | | | |
| SAN FRANCISCO, CA 94104 | | | | |
| ABA ROUTING# 121000248 | | | | |
| ACCT # | | | | |
| SWIFT CODE WFBIUS6S | | | | |
| | | | | |
| **ACH TO: WELLS FARGO BANK, N.A** | | | | |
| MINNEAPOLIS, MN 55479 | | | | |
| ABA ROUTING# 053101561 | | | | |
| ACCT # | | | | |
| SWIFT CODE WFBIUS6S | | | | |
| REF: Young & Rubicam | | | | |
| LOCKBOX # 751731 | | | | |

**ORIGINAL**

EXHIBIT
Lim 4
2/29/24    8A
PENGAD 800-631-6989

Highly Confidential

NAVY-ADS-0000249484

**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/21 | SEARCH MEDIA BILLING | INVOICE 1B-SE-3002 |
| DUE DATE | DEC20/21 | | PAGE    1 |

```
CLIENT    NV0  NAVY                      NAVY
PRODUCT   NAV  NAVY                      COMMANDER NAVY RECRU
ESTIMATE  030  FY21 US NAVY              5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413         MILLINGTON TN 38054
                                         ATTN: DEAN STEWART-CURRY
                                         MONTH OF  AUG/21
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | | | |
| | | NET AMOUNT | |
| | | ** AMOUNT DUE ** | |

```
       PLEASE REMIT TO: Y&R
                       P.O. BOX 751731
                       CHARLOTTE, NC 28275-1731
       WIRE TO:WELLS FARGO BANK, N.A.
               SAN FRANCISCO, CA 94104
               ABA ROUTING# 121000248,ACCT#            SWIFT CODE WFBIUS6S
       ACH TO: WELLS FARGO BANK, N.A.
               MINNEAPOLIS, MN 55479
               ABA ROUTING# 053101561,ACCT#            SWIFT CODE WFBIUS6S
       REF:    Y&R, LOCKBOX #751731
               P.O. BOX 751731
               CHARLOTTE, NC 28275-1731

       CONTRACT NUMBER: N00189-21-D-Z024
       CLIN NUMBER: 002

       THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
       TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
       CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249485

**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/21 | SEARCH MEDIA BILLING | INVOICE 1B-SE-3002 |
| DUE DATE | DEC20/21 | ** DETAIL BACK-UP ** | PAGE   1 |

```
CLIENT    NV0  NAVY                    NAVY
PRODUCT   NAV  NAVY                    COMMANDER NAVY RECRU
ESTIMATE  030  FY21 US NAVY            5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413       MILLINGTON TN 38054
                                       ATTN: DEAN STEWART-CURRY
                                       MONTH OF   AUG/21
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|

** TOTALS **

This invoice is a breakdown of the SEARCH pre-bill in accordance with the approval
to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249486

**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/21 | SEARCH MEDIA BILLING | INVOICE 1B-SE-3003 |
| DUE DATE | DEC20/21 | | PAGE   1 |

```
CLIENT    NV0  NAVY                          NAVY
PRODUCT   NAV  NAVY                          COMMANDER NAVY RECRU
ESTIMATE  030  FY21 US NAVY                  5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413             MILLINGTON TN 38054
                                             ATTN: DEAN STEWART-CURRY
                                                   MONTH OF   SEP/21
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ███████ | ████ | ██████ |

```
       PLEASE REMIT TO: Y&R
                        P.O. BOX 751731
                        CHARLOTTE, NC 28275-1731
       WIRE TO:WELLS FARGO BANK, N.A.
               SAN FRANCISCO, CA 94104
               ABA ROUTING# 121000248,ACCT# ███████ SWIFT CODE WFBIUS6S
       ACH TO: WELLS FARGO BANK, N.A.
               MINNEAPOLIS, MN 55479
               ABA ROUTING# 053101561,ACCT# ███████ SWIFT CODE WFBIUS6S
       REF:    Y&R, LOCKBOX #751731
               P.O. BOX 751731
               CHARLOTTE, NC 28275-1731

       CONTRACT NUMBER: N00189-21-D-Z024
       CLIN NUMBER: 002

       THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
       TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
       CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

# Y&R

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   NOV20/21        SEARCH MEDIA BILLING            INVOICE 1B-SE-3003
DUE DATE       DEC20/21          ** DETAIL BACK-UP **                   PAGE    1

CLIENT    NV0  NAVY                       NAVY
PRODUCT   NAV  NAVY                       COMMANDER NAVY RECRU
ESTIMATE  030  FY21 US NAVY               5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413          MILLINGTON TN 38054
                                          ATTN: DEAN STEWART-CURRY
                                          MONTH OF   SEP/21
```



| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| | | | | |

** TOTALS **

This invoice is a breakdown of the SEARCH pre-bill in accordance with the approval
to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249488

# PLAN SUMMARY



Highly Confidential

NAVY-ADS-0060249439

# PLAN SUMMARY



2

Highly Confidential

NAVY-ADS-0006249490

## Peter Garlinghouse

| | |
|---|---|
| **From:** | Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) <allen.owens1@navy.mil> |
| **Sent:** | Friday, July 16, 2021 5:33 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮▮ Milliet, Scott R CDR USN COMNAVCRUITCOM MIL (USA) |
| **Cc:** | |
| **Subject:** | Re: Aug/Sept Updated Tactical Reco |
| **Attachments:** | image001.jpg |

?My apologies, Peter.  Yes, approved to move forward with the plan!


V/r

Allen


From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Friday, July 16, 2021 10:46 AM
To: Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA); Milliet, Scott R CDR USN COMNAVCRUITCOM MIL (USA)
Cc: ▮▮▮▮▮▮▮▮
Subject: [Non-DoD Source] RE: Aug/Sept Updated Tactical Reco

Allen and CDR -

Following up on the below to see if we're approved to move forward with the Aug/Sept media plan. Let us know so that we can start issuing IOs to the vendors and lock in the inventory.

Thanks,
Peter

From: Peter Garlinghouse
Sent: Thursday, July 15, 2021 9:42 AM
To: Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) <allen.owens1@navy.mil>; Milliet, Scott R CDR USN COMNAVCRUITCOM MIL (USA) <scott.milliet@navy.mil>
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Aug/Sept Updated Tactical Reco

Allen and CDR -

Thank you again for taking the time to review the Aug/Sept media reco with us. Attached is the most up-to-date version of the deck with the flowchart corrected based on our discussion yesterday.

Please let us know if we're good to move forward and we'll start getting inventory locked in on this end.

Thanks again,

▮▮▮▮

▮▮▮▮▮▮  ▮  ▮▮▮▮▮▮▮▮▮▮ THE NAVY PARTNERSHIP

1

Highly Confidential

**Y&R**

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE  NOV20/21        INTERACTIVE MEDIA BILLING        INVOICE 1B-IN-3010
DUE DATE      DEC20/21                                         PAGE    1

CLIENT    NV0  NAVY                            NAVY
PRODUCT   NAV  NAVY                            COMMANDER NAVY RECRU
ESTIMATE  085  NV0 NAV XX NAVY 2021            5722 INTEGRITY DR BLDG 784
               JUNE-JULY DISPLAY BA            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018921FZ413               ATTN: DEAN STEWART-CURRY
                                               MONTH OF   JUN/21
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ███████ | ███████ | ███████ |
|  | ███████ | ███████ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PREVIOUS BILLS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
                                              17-IN-3000       ███████


        PLEASE REMIT TO: Y&R
                         P.O. BOX 751731
                         CHARLOTTE, NC 28275-1731
        WIRE TO:WELLS FARGO BANK, N.A.
                SAN FRANCISCO, CA 94104
                ABA ROUTING# 121000248,ACCT# ███████,SWIFT CODE WFBIUS6S
        ACH TO: WELLS FARGO BANK, N.A.
                MINNEAPOLIS, MN 55479
                ABA ROUTING# 053101561,ACCT# ███████,SWIFT CODE WFBIUS6S
        REF:    Y&R, LOCKBOX #751731
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731

        CONTRACT NUMBER: N00189-21-D-Z024
        CLIN NUMBER: 002

        THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
        TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
        CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249492

**Y&R**

3 Columbus Circle
New York, New York 10019

| | | | | |
|---|---|---|---|---|
| INVOICE DATE | NOV20/21 | INTERACTIVE MEDIA BILLING | INVOICE 1B-IN-3010 | |
| DUE DATE | DEC20/21 | ** DETAIL BACK-UP ** | PAGE   1 | |

```
CLIENT    NV0   NAVY                      NAVY
PRODUCT   NAV   NAVY                      COMMANDER NAVY RECRU
ESTIMATE  085   NV0_NAV_XX_NAVY_2021      5722 INTEGRITY DR BLDG 784
                JUNE-JULY_DISPLAY_BA      MILLINGTON TN 38054
TASK ORDER NUMBER: N0018921FZ413          ATTN: DEAN STEWART-CURRY
                                          MONTH OF  JUN/21
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| | | | | | |
| ** TOTALS ** | | | | | |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249493



# Invoice

Invoice number: 3937940196

I/103572/NVV/NAV/8
4/81
exp. 73



**Bill to**

Accounts Payable
Media Edge CIA LLC
175 Greenwich Street
3 World Trade Center
New York, NY 10007
United States

**Advertiser**

Media Edge CIA LLC, Wavemaker
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number .......................3937940196
Invoice date ...........................Jun 30, 2021
Payment terms ..........................Net 45
Billing ID ................................0072-6211-0483
Account ID ..............................905-376-8407

Total amount due in USD



Due Aug 14, 2021

Summary for Jun 1, 2021 - Jun 30, 2021

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance Instructions:**

To ensure we correctly match your payment, always reference Invoice numbers when making your payment. If paying for multiple invoices, send an email to ███████████ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ Invoice.

**To pay by wire transfer, send to:**

Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ███████

**Bank branch address:**

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**

Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
United States




For questions about this invoice please email ███████████ om

ge 1 of 2



Invoice number: 3937940196

Account: Navy Youtube Always On
Account ID: 905-375-8407
Account budget: Navy YouTube TrueView June/July 2021
Jun 1, 2021 - Jun 30, 2021

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| | | | |
| Invalid activity | | | |
| Subtotal in USD | | | |
| Tax (0%) | | | |
| Total in USD | | | |

For questions about this invoice please email collections@████████om

Page 2 of 2

Highly Confidential

NAVY-ADS-0000249495

**Bill to**

Maggie Lajos

Wavemaker Global LLC

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

Helen Gulles

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ..........................3935768584

Invoice date ..............................Jun 30, 2021

Payment terms ..........................Net 45

Billing ID ..................................4406-4332-9339

Total amount due in USD

Summary for Jun 1, 2021 - Jun 30, 2021

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▮▮▮▮▮▮om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▮▮▮ invoice.

**To pay by wire transfer, send to:**

Account holder name: ▮▮▮ ▮▮

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ▮▮▮▮▮

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

▮▮▮▮ ▮▮

Dept. 33654

P.O. Box 39000

San Francisco, CA 94139

United States

For questions about this invoice please email ▮▮▮▮▮▮▮om

Page 1 of 2

Highly Confidential



Invoice number: 3935768584

Account ID: 3371145

Order name: Navy - June/July 2021 SP

Jun 1, 2021 - Jun 30, 2021

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| | | | | | |

Subtotal in USD

Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000249497



**Bill to**

Maggie Lajos

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

Helen Guiles

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ..............................3935695782

Invoice date ..................................Jun 30, 2021

Payment terms ...............................Net 45

Billing ID ......................................4406-4332-9339



Total amount due in USD

Summary for Jun 1, 2021 - Jun 30, 2021

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ████ invoice.

**To pay by wire transfer, send to:**

Account holder name: ████ ██

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ██████

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

████ ██

Dept. 33664

P.O. Box 39000

San Francisco, CA 94139

United States

For questions about this invoice please email collections@█████om

Page 1 of 2

Highly Confidential

NAVY-ADS-0000249498

Invoice number: 3935695782

Account ID: 3371163

Order name: Navy - June/July 2021 EDU

Jun 1, 2021 - Jun 30, 2021

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| | | | | | |

Subtotal in USD

Tax (0%)

Total in USD

Page 2 of 2

Highly Confidential

NAVY-ADS-0000249499

# Invoice

Invoice number: 3935586050

**Bill to**

Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**

Helen Gulles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number .........................3935586050
Invoice date ...........................Jun 30, 2021
Payment terms ..........................Net 45
Billing ID ..............................4406-4332-9339



Total amount due in USD



Summary for Jun 1, 2021 - Jun 30, 2021

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▮▮▮▮▮▮ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▮▮▮ invoice.

**To pay by wire transfer, send to:**

Account holder name: ▮▮▮ ▮▮
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account # ▮▮▮▮▮▮

**Bank branch address:**

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**

▮▮▮ ▮C
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
United States

For questions about this invoice please email collections@▮▮▮com

Page 1 of 2

NAVY-ADS-0000249500

# Invoice

Invoice number: 3935586050

Account ID: 3371124

Order name: Navy - June/July 2021 ADV

Jun 1, 2021 - Jun 30, 2021

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| | | | | | |

|  |  |
|---|---|
| Subtotal in USD | |
| Tax (0%) | |
| Total in USD | |

Page 2 of 2

Highly Confidential

NAVY-ADS-0000249501



# INVOICE

42 N Chestnut St
Ventura, CA 93001

I/105632/NV0/NAV/85

6/21

| | |
|---|---|
| Invoice Date | : 06/30/2021 |
| Invoice Number | : 100188832 |
| Customer ID | : 1200 |
| Due Date | : 09/28/2021 |
| Term | : Net 90 |
| Term Description | : Net 90 |
| Comments | : |

Bill-to Site Number: 317689

BILL TO:
Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD TO:
Wavemaker
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

## DIGITAL ADVERTISING TRANSACTION DETAILS
### Month of Service: June 2021

| ADVERTISER | CAMPAIGN | ID# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | Navy 2-3Q'21 - Display_June-July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | ███ | ███ | ███ |
| NAVY | Navy 2-3Q'21 - Display_June-July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | ███ | ███ | ███ |
| NAVY | Navy 2-3Q'21 - Display_June-July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | ███ | ███ | ███ |
| NAVY | Navy 2-3Q'21 - Display_June-July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | ███ | ███ | ███ |

Highly Confidential

NAVY-ADS-0000249502



| NAVY | Navy 2-3Q'21 - Video_June_July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | | | |
|------|--------------------------------|-------------------------------------------------------------------------|---|---|---|
| NAVY | Navy 2-3Q'21 - Video_June_July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | | | |
| NAVY | Navy 2-3Q'21 - Video_June_July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | | | |
| NAVY | Navy 2-3Q'21 - Video_June_July | CP1BS 3D NAVY( NAV) NV0_N AV_XX _NAVY _2021 - JUNEJ ULY_DI SPLAY _BA(08 5) | | | |
| | | | SUBTOTAL | | |
| | | | TOTAL | | |
| | | | INVOICE CURRENCY | | |

**Checks should be mailed to Lockbox:**

PO Box 894903
Los Angeles, CA 90189-4903

**Overnight Lockbox Address:**
First Data/Remitco
, Lockbox #4903
2525 Corporate Place, Suite 250
Monterey Park, CA 91754

Invoice Questions: billing@████████om
Remittance Questions: ar@████████om

**Wires/ACH Payments Should Be Sent To:**

| For Credit To: | |
|----------------|---|
| Bank Name: | Citibank, N.A. |
| ABA or Routing #: | 322271724 |
| Account #: (USD Wires) | |
| Account #: (Non-USD Wires) | |

| **International Wires Should Be Sent To:** | |
|---|---|
| Swift Code: | CITIUS33 |

Highly Confidential

NAVY-ADS-0000249503

# Y&R

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/21 | INTERACTIVE MEDIA BILLING | INVOICE 1B-IN-3011 |
| DUE DATE | DEC20/21 | | PAGE   1 |

```
CLIENT    NV0  NAVY                    NAVY
PRODUCT   NAV  NAVY                    COMMANDER NAVY RECRU
ESTIMATE  085  NV0 NAV XX NAVY 2021    5722 INTEGRITY DR BLDG 784
          JUNE-JULY DISPLAY_BA         MILLINGTON TN 38054
TASK ORDER NUMBER: N0018921FZ413       ATTN: DEAN STEWART-CURRY
                                       MONTH OF   JUN/21
```

|  | | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| ** TOTALS ** | | | | |

```
                                  NET AMOUNT
                            ** CREDIT AMOUNT **

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                        PREVIOUS BILLS
                        - - - - - - - - - - -
                                        17-IN-3001
```

```
        PLEASE REMIT TO: Y&R
                        P.O. BOX 751731
                        CHARLOTTE, NC 28275-1731
        WIRE TO:WELLS FARGO BANK, N.A.
                SAN FRANCISCO, CA 94104
                ABA ROUTING# 121000248,ACCT# ████████SWIFT CODE WFBIUS6S
        ACH TO: WELLS FARGO BANK, N.A.
                MINNEAPOLIS, MN 55479
                ABA ROUTING# 053101561,ACCT# ████████SWIFT CODE WFBIUS6S
        REF:    Y&R, LOCKBOX #751731
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731

        CONTRACT NUMBER: N00189-21-D-Z024
        CLIN NUMBER: 002


        THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
        TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
        CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

**Y&R**

3 Columbus Circle
New York, New York 10019

```
 INVOICE DATE    NOV20/21        INTERACTIVE MEDIA BILLING          INVOICE 1B-IN-3011
 DUE DATE        DEC20/21            ** DETAIL BACK-UP **                   PAGE    1

 CLIENT    NV0   NAVY                              NAVY
 PRODUCT   NAV   NAVY                              COMMANDER NAVY RECRU
 ESTIMATE  085   NV0 NAV XX NAVY 2021              5722 INTEGRITY DR BLDG 784
                 JUNE-JULY DISPLAY_BA              MILLINGTON TN 38054
 TASK ORDER NUMBER: N0018921FZ413                 ATTN: DEAN STEWART-CURRY
                                                  MONTH OF   JUN/21
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|



```
 ** TOTALS **
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249505

**Bill to**

Michael Law

Wavemaker Global LLC.

825 7th Ave

New York, NY 10019

United States

**Details**

Invoice number ...........................3941838064

Invoice date ...............................Jun 30, 2021

Payment terms ...........................Net 45

Billing ID ...................................4406-4332-9339

Total amount due in USD

Summary for Jun 1, 2021 - Jun 30, 2021

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▮▮▮▮▮ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▮▮▮ invoice.

**To pay by wire transfer, send to:**

Account holder name: ▮▮▮▮ ▮

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ▮▮▮▮

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

▮▮▮ ▮

Dept. 33654

P.O. Box 39000

San Francisco, CA 94139

United States

For questions about this invoice please email ▮▮▮▮▮ om

Page 1 of 2

Highly Confidential

NAVY-ADS-0000249506

Invoice number: 3941838064

Account ID: 1496602
Adserving for DCM, Advertiser Id:5876121 Campaign Id:25869818
Jun 1, 2021 - Jun 30, 2021



| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|

Subtotal in USD
Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000249507

**INVOICE**

MEDIA ___I____
PUB # 102209   REP # ____
C/P/ERUD / NAV / 85
INS DATE  6 - 1 - 21
INV # _ _ _ _ _ _ _ _ _
UID # _ _ _ _ _ _ _ _

| Invoice Date | Invoice # |
|---|---|
| 7/12/2021 | 1104187 |
| Terms | Due Date |
| Net 60 | 9/10/2021 |

| Original Invoice # | Amount Due |
|---|---|
|  |  |

| Account #: CUS-451 | |
|---|---|
| **Bill To** | |
| Wavemaker Global LLC | |
| PO Box 4614 Grand Central Station | |
| New York NY 10163 | |
| United States | |

| Service Order # | Client PO/IO# | Advertiser / LOB | Campaign Name | Media Type |
|---|---|---|---|---|
| 1161344 | | United States Federal Government / Navy | Navy - June/July 2021 ADV | YouTube |

| Service Month | Description | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|
| Jun 2021 | | | | |
| Jun 2021 | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (0%) | |
| Amount Paid | |
| Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:
_____ Inc.
PO Box 392268
Pittsburgh PA 15251-9268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
_____ Inc. Account # _____

For Courier Deposits (FedEx, UPS, etc):
_____ Inc. (Attn 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

IQ Viewability Advance is now ■ Authentic Ad - Measurement and Protection
IQ Video Advanced is now ■ Video Complete
Authentic Performance is now ■ Performance Solution - Measurement

To ensure your invoice inquiry is addressed, please send to billing@_____om
For statement information please e-mail ar@_____om

67

1 of 1

# INVOICE

MEDIA _____
PUB # _____ REP # _____
C/P/E _____/_____/_____
INS DATE _____ · _____ _____
INV # _ _ _ _ _ _ _ _ _ _
UID # _ _ _ _ _ _ _ _ _ _

| Invoice Date | Invoice # |
|---|---|
| 7/12/2021 | 1104188 |
| Terms | Due Date |
| Net 60 | 9/10/2021 |

| Original Invoice # | Amount Due |
|---|---|
|  |  |

| Account #: CUS-451 |
|---|
| **Bill To** |
| Wavemaker Global LLC<br>PO Box 4614 Grand Central Station<br>New York NY 10163<br>United States |

| Service Order # | Client PO/IO# | Advertiser / LOB | Campaign Name | Media Type |
|---|---|---|---|---|
| 1161345 |  | United States Federal Government / Navy | Navy - June/July 2021 EDU | YouTube |

| Service Month | Description | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|
| Jun 2021 |  |  |  |  |
| Jun 2021 |  |  |  |  |

|  |  |
|---|---|
| Subtotal |  |
| Tax Total (0%) |  |
| Amount Paid |  |
| Amount Due |  |

**Payment Information:**

Mail Checks to:

Lockbox Address:
█████ Inc.
PO Box 392268
Pittsburgh PA 15251-9268

For Courier Deposits (FedEx, UPS, etc):
█████ Inc. (Attn 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
█████ Inc. Account #█████

IQ Viewability Advance is now █ **Authentic Ad - Measurement and Protection**
IQ Video Advanced is now █ **Video Complete**
Authentic Performance is now █ **Performance Solution - Measurement**

To ensure your invoice inquiry is addressed, please send to billing@█████om
For statement information please e-mail ar@█████om

1 of 1

NAVY-ADS-0000249509

# INVOICE

MEDIA _____
PUB # _____   REP # _____
C/P/E _____ / _____ / _____
INS DATE _____ - _____ - _____
INV # _ _ _ _ _ _ _ _ _ _ _
UID # _ _ _ _ _ _ _ _ _ _ _

New York NY 10013
United States

| Invoice Date | Invoice # |
|---|---|
| 7/12/2021 | 1104189 |
| Terms | Due Date |
| Net 60 | 9/10/2021 |

| Original Invoice # | Amount Due |
|---|---|
| | |

**Account #: CUS-451**

**Bill To**

Wavemaker Global LLC
PO Box 4614 Grand Central Station
New York NY 10163
United States

| Service Order # | Client PO/IO# | Advertiser / LOB | Campaign Name | Media Type |
|---|---|---|---|---|
| 1170054 | | United States Federal Government / Navy | Navy - June/July 2021 SP | YouTube |

| Service Month | Description | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|
| Jun 2021 | | | | |
| Jun 2021 | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (0%) | |
| Amount Paid | |
| Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:
███████ Inc.
PO Box 392268
Pittsburgh PA 15251-9268

For Courier Deposits (FedEx, UPS, etc):
███████ Inc. (Attn 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
███████ Inc. Account # ███████

IQ Viewability Advance is now ██ **Authentic Ad - Measurement and Protection**
IQ Video Advanced is now ██ **Video Complete**
Authentic Performance is now ██ **Performance Solution - Measurement**

To ensure your invoice inquiry is addressed, please send to billing@███████om
For statement information please e-mail ar@███████om

1 of 1

Highly Confidential

NAVY-ADS-0000249510



New York, NY 10003
Tel.: +1-212-966-7555, Fax: +1-646-349-3639

To:
WaveMaker
P.O. Box 4616
Grand Central Station
New York, NY 10163
United States

MEDIA ____ I
PUB # 105355   REP # _____
C/P/E NVO / NAV / 85
INS DATE __6__ - __1__ - 21
INV # _____
UID # _____

Invoice Date: Jun 30, 2021

Invoice USI2114068

| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Total Price | | |
| Tax | | |
| TOTAL | | |

Pay by: Jul 30, 2021



79

Highly Confidential

NAVY-ADS-0000249511



Invoice

**BILL TO**
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY 10163

*I/108987/NVO/NAV/85*   0475

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 2012-46025 | 06/30/2021 | | 07/30/2021 | Net 30 | |

**P.O. NUMBER**
O-2NSCY

*6/2/*

| ACTIVITY | | QTY | RATE | AMOUNT |
|----------|---|-----|------|--------|
| Advertising | | | | |
| ▮▮▮▮ Media_Wavemaker | | | | |
| Campaign: NV0_NAV_85_NAVY_2021_June-July_Display_Base Plan_N0018921FZ413 | | | | |
| Brand/Client: Navy | | | | |
| Flight: 6/1/2021 - 6/30/2021 | | | | |
| Views/Impressions: ▮▮▮▮ | | | | |
| Ad-type: SS - TrueView - AdWords | | | | |
| Opp ID: 16f683f6-c480-11eb-9f02-06937d6 | | | | |

Checks via US Postal Service:
▮▮▮▮  ▮▮▮▮
PO Box 92108
Las Vegas, NV 89193-2108

BALANCE DUE

Overnight Courier Service:
Bank of America Lockbox Services
▮▮▮▮  ▮▮▮▮
c/o WAB Lockbox Operations Box # 92108
5976 EUCLID ST
LAS VEGAS, NV 89120

Wires/ACH Payments:
Bridge Bank, a division of Western Alliance Bank
ABA or Routing number 121143260
Account Number: Cash Collateral Account Number ▮▮▮▮
Swift Code: BBFXUS6S

*48*

NAVY-ADS-0000249512



**BILL TO**
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY  10163

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2012-46026 | 06/30/2021 | | 07/30/2021 | Net 30 | |

**P.O. NUMBER**
O-2NSCY

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Advertising | | | |

Media_Wavemaker

Campaign: NV0_NAV_85_NAVY_2021_June-July_Display_Base Plan_N0018921FZ413

Brand/Client: Navy

Flight: 6/1/2021 - 6/30/2021

Views/Impressions:

Ad-type: YouTube Select

Opp ID: 16f683f6-c480-11eb-9f02-06937d6972be

Checks via US Postal Service:

PO Box 92108
Las Vegas, NV 89193-2108

**BALANCE DUE**

Overnight Courier Service:
Bank of America Lockbox Services

c/o WAB Lockbox Operations Box # 92108
5976 EUCLID ST
LAS VEGAS, NV 89120

Wires/ACH Payments:
Bridge Bank, a division of Western Alliance Bank
ABA or Routing number 121143260
Account Number: Cash Collateral Account Number
Swift Code: BBFXUS6S

Highly Confidential

NAVY-ADS-0000249513

**Y&R**

3 Columbus Circle
New York, New York 10019

| INVOICE DATE NOV20/21 | SEARCH MEDIA BILLING | INVOICE 1B-SE-3001 |
|---|---|---|
| DUE DATE    DEC20/21 |  | PAGE   1 |

```
CLIENT    NV0   NAVY                        NAVY
PRODUCT   NAV   NAVY                        COMMANDER NAVY RECRU
ESTIMATE  029   FY21 US NAVY                5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413            MILLINGTON TN 38054
                                            ATTN: DEAN STEWART-CURRY
                                            MONTH OF   JUL/21
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |  |
|---|---|---|---|---|
| ** TOTALS ** | ███████ | ██████ | ████████ |  |
|  |  | NET AMOUNT |  |  |
|  |  | ** CREDIT AMOUNT ** |  |  |

```
*******************************************************************
                        PREVIOUS BILLS
                        --------------
                                        17-SE-3012
```

```
        PLEASE REMIT TO: Y&R
                    P.O. BOX 751731
                         CHARLOTTE, NC 28275-1731
        WIRE TO:WELLS FARGO BANK, N.A.
                SAN FRANCISCO, CA 94104
                ABA ROUTING# 121000248,ACCT# ████████ SWIFT CODE WFBIUS6S
        ACH TO: WELLS FARGO BANK, N.A.
                MINNEAPOLIS, MN 55479
                ABA ROUTING# 053101561,ACCT# ████████ SWIFT CODE WFBIUS6S
        REF:    Y&R, LOCKBOX #751731
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731

        CONTRACT NUMBER: N00189-21-D-Z024
        CLIN NUMBER: 002

        THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
        TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
        CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000249514

**Y&R**

3 Columbus Circle
New York, New York 10019

| | | | |
|---|---|---|---|
| INVOICE DATE | NOV20/21 | SEARCH MEDIA BILLING | INVOICE 1B-SE-3001 |
| DUE DATE | DEC20/21 | ** DETAIL BACK-UP ** | PAGE   1 |

```
CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  029   FY21 US NAVY                  5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018921FZ413              MILLINGTON TN 38054
                                              ATTN: DEAN STEWART-CURRY
                                              MONTH OF   JUL/21
```

| INSERT DATE     SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| | | | |

** TOTALS **

ORIGINAL

Highly Confidential

NAVY-ADS-0000249515



**Bill to**

Accounts Payable
Media Edge CIA LLC
825 Seventh Ave
New York, NY 10019
United States

**Advertiser** 7/21 (1-2)

Helen Gulles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number ............................. 3957471836
Invoice date ................................. Jul 31, 2021
Payment terms .............................. Net 45
Billing ID ..................................... 0072-6211-0483
Account ID .................................... 270-315-4535
Purchase order .............................. N0018921FZ413

Total amount due in USD

Summary for Jul 1, 2021 - Jul 31, 2021

Pay in USD:
Amount in USD
Tax (0%)

Spain Regulatory Operating Cost *
France Regulatory Operating Cost *
Tax (0%)

Total amount due in USD

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, etc.) are applicable to your business when ads are displayed in certain countries. Learn more about fees and charges: https://support.⬛⬛⬛⬛ads/answer/9750227

Remittance instructions:

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ⬛⬛⬛⬛com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ⬛⬛ invoice.

**To pay by wire transfer, send to:**

Account holder name: ⬛⬛⬛
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ⬛⬛

**Bank branch address:**

Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**

⬛⬛ ⬛
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139
United States

For questions about this invoice please email collections@⬛⬛com

Page 1 of 3

Highly Confidential

Invoice number: 3957471836

Account: Navy Active
Account ID: 270-315-4535
Account budget: June/July Navy Search 2021
Purchase order: N0018921FZ413
Jul 1, 2021 - Jul 31, 2021



| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| | | | |
| Subtotal in USD | | | |
| Tax (0%) | | | |
| Total in USD | | | |

Highly Confidential

NAVY-ADS-0000249517



Invoice number: 3957471836

Fees

Account: Navy Active

Account ID: 270-315-4535

Jul 31, 2021

| Description | Amount($) |
|---|---|
| | |
| Subtotal in USD | |
| Tax (0%) | |
| Total in USD | |

For questions about this invoice please email collection[redacted].com

Page 3 of 3

Highly Confidential

NAVY-ADS-0000249518

# Invoice

Invoice number: 3954777474

**Bill to**

Maggie Lajos

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Details**

Invoice number .......................3954777474

Invoice date ...........................Jul 31, 2021

Payment terms .........................Net 45

Billing ID ...............................4406-4332-9339

Account ID ..............................477-676-7745

Purchase order .......................N0018921FZ413



Total amount due in USD

Summary for Jul 1, 2021 - Jul 31, 2021

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference Invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official █████invoice.

**To pay by wire transfer, send to:**

Account holder name: ████ █

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ████████

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

████ ██

Dept. 33654

P.O. Box 39000

San Francisco, CA 94139

United States

Highly Confidential

NAVY-ADS-0000249519



Invoice number: 3954777474

Account: United States Navy: Paid Search Discovery Ads

Account ID: 477-676-7745

Account budget: June/July Discovery 2021

Purchase order: N0018921FZ413

Jul 1, 2021 - Jul 31, 2021

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| | | | |
| | | | |
| Subtotal in USD | | | |
| Tax (0%) | | | |
| Total in USD | | | |

For questions about this invoice please email collection████████com

Page 2 of 2

Highly Confidential

# Invoice

Invoice number: 3946363521

MEDIA ___S___

PUB # ,01)5),27 REP # 0013

C/P/E NVD / NAV / 29

INS DATE __7__-__1__-__21__

INV # _ _ _ _ _ _ _ _ _ _

UID # _ _ _ _ _ _ _ _

Bill to

Accounts Payable

Wavemaker Global LLC.

P.O. Box 4614, Grand Central Station

New York, NY 10163

United States

### Details

Invoice number ...........................3946363521

Invoice date ...............................Jul 31, 2021

Payment terms ...........................Net 45

Billing ID ..................................4406-4332-9339

Total amount due in USD

Summary for Jul 1, 2021 - Jul 31, 2021

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

### Remittance instructions:

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▆▆▆▆▆▆▆om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▆▆▆ invoice.

To pay by wire transfer, send to:

Account holder name: ▆▆▆ ▆

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ▆▆▆▆

Bank branch address:

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

To pay by check, mail to:

▆▆▆▆ ▆

Dept. 33654

P.O. Box 39000

San Francisco, CA 94139

United States

For questions about this invoice please email ▆▆▆▆▆▆om

Page 1 of 2

Highly Confidential



Invoice number: 3946363521

Jul 1, 2021 - Jul 31, 2021

| Description | Quantity | UOM | Rate | Amount($) |
|---|---|---|---|---|
| | | | | |

Subtotal in USD

Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000249522