# DTX 1197
# (USPS-ADS-0000529380)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

ORDER / SOLICITATION / OFFER / AWARD

| OFFEROR TO COMPLETE BLOCKS 13, 15, 21, 22, 24A and 27 | 1. REQUISITION NO. CR3407772 | PAGE 1 | OF 8 |
|---|---|---|---|

| 2. CONTRACT/ORDER NO. 2ACCSR-22-C-0028 | 3. AWARD/EFFECTIVE DATE SEE BLOCK 28 | 4. MASTER CONTRACT NO. 2ACCSR-22-B-0002 | 5. SOLICITATION NO. | 6 SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. For Information Call | A. NAME YU TE S. CHANG | B. TELEPHONE NO. 202 268 7481 | C. FAX NO. | 8. OFFER DUE DATE/TIME |
|---|---|---|---|---|

| 9. ISSUED BY                                CODE    2ACCSR | 10. ACO CODE | 11. SOLICITATION METHOD | 12. DELIVERY |
|---|---|---|---|

9. ISSUED BY        CODE    2ACCSR
Advertising & Creative Services
Professional & Technical Service CMC
United States Postal Service
475 L'Enfant Plaza SW, Room 1520
Washington DC 20260-1520

EMAIL: YuTe.S.Chang@usps.gov

10. ACO CODE
2ACCSR

11. SOLICITATION METHOD
☐ RFQ
☒ RFP
☐ ORAL

12. DELIVERY
☒ FOB DESTINATION
☐ FOB ORIGIN
☐ SEE SCHEDULE

| 13. SUPPLIER        SUB:         CODE   000763858 | 14. BILLING ADDRESS        CODE   *EINV COR-CO CERTIFY |
|---|---|

13. SUPPLIER    SUB:    CODE   000763858
UNIVERSAL MCCANN WORLDWIDE INC
UNIVERSAL MCCANN 8060
PO BOX 7247
PHILADELPHIA PA 191708060

TELEPHONE:                FAX:
EMAIL:

14. BILLING ADDRESS    CODE   *EINV COR-CO CERTIFY
*EINV COR-CO CERTIFY
Please log onto to USPS Electronic Invoicing
Portal at https://einvoice.usps.com to submit
all invoices electronically. Bill of Lading
and/or Receiving Report  Required

| 15. REMITTANCE ADDRESS        CODE    00001 | 16. DELIVERY ADDRESS        CODE    183194 |
|---|---|

15. REMITTANCE ADDRESS    CODE    00001
UNIVERSAL MCCANN WORLDWIDE INC
UNIVERSAL MCCANN 8060
PO BOX 74003228
CHICAGO IL 606748228

TELEPHONE:                FAX:
EMAIL:

16. DELIVERY ADDRESS    CODE    183194
USPS ADVERTISING & PROMOTIONS
475 LENFANT PLZ SW RM 1019
WASHINGTON DC 202601019

TELEPHONE:
DELIVER BY/END DATE:    03/31/2023

☐ CHECK  ☒ EFT

| 17. ITEM NO | 18. SCHEDULE OF SUPPLIES AND SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | Base Year 2.1 | | | | |

Base Year 2.1

This contract No. 2ACCSR-22-C-0028 (Contract) is
by and between the United States Postal Service
(USPS or the Postal Service), and Universal
McCann(Supplier) governs the requirement for
fulfilling the Postal Service's primary objective
of obtaining support to UM Year 2.1 (the
Services).  Supplier will provide the Services to
the USPS in accordance with the Statement of Work
and the USPS Terms and Conditions.

. Continued ...

EXHIBIT
Kaprinto
51
8-10-23

| 23.  TOTAL AWARD AMOUNT (USPS Use Only) | |
|---|---|

| 24 A. PAYMENT DISCOUNT(S) OFFERED (Offeror to the above Solicitation) NET15 | 24 B. PAYMENT DISCOUNT(S) AWARDED (USPS Use Only) |
|---|---|

| 25. ☒ The supplier is required to sign this document and return    1    copies to the issuing office. The supplier agrees, subject to the terms and conditions specified herein, to provide and deliver all items identified above and on any additional sheets | 26. ☐ Award of Contract: Your offer on this solicitation is accepted as to item numbers: |
|---|---|

| 27. SUPPLIER (Name, Date, Signature) | 28. UNITED STATES POSTAL SERVICE (CO's Name, Date, Signature) |
|---|---|
| E-SIGNED by Daniela Raggetti on 2022-04-04 15:38:35 CDT | E-SIGNED by KATIE WILLINS on 2022-04-05 09:01:18 CDT |
| TITLE:    CEO TELEPHONE: 347-514-2011 EMAIL:    Daniela.Raggetti@umww.com | TITLE    Contracting Officer TELEPHONE EMAIL:    katherine.willins@usps.gov |

PS Form 8203 (July 2021)

Highly Confidential

USPS-ADS-0000529380

| CONTINUATION SHEET | | | | REQUISITION NO.<br>CR3407772 | | PAGE<br>2 | OF<br>8 |
|---|---|---|---|---|---|---|---|
| CONTRACT/ORDER NO.<br>2ACCSR-22-C-0028 | | AWARD/<br>EFFECTIVE DATE<br>SEE BLOCK 28 | MASTER CONTRACT NO.<br>2ACCSR-22-B-0002 | | SOLICITATION NO. | | SOLICITATION<br>ISSUE DATE |

| 17.<br>ITEM NO | 18.<br>SCHEDULE OF SUPPLIES AND SERVICES | 19.<br>QUANTITY | 20.<br>UNIT | 21.<br>UNIT PRICE | 22.<br>AMOUNT |
|---|---|---|---|---|---|
| | Period of Performance: 4/1/2022 - 3/31/2023<br>USPS Contract Type: Firm Fixed Price<br><br>The fixed labor rates are in accordance with the rates stated in Attachment 1 - TPP Contract Year 2.1. Supplier will provide services for a firm fixed price of ▮▮▮▮▮▮ Invoices for 1/12th of the abovementioned firm fixed price will be submitted by the supplier in the amount of ▮▮▮▮▮▮ to the USPS monthly. Line item 001 is for the out of pocket costs that the supplier may incur on behalf of the USPS in media purchases. The "not to exceed" amount for the out of pocket costs is ▮▮▮▮▮▮ Funds will be used to reimburse the supplier for any necessary pass through costs. Line item 003 is for media buying fee associated with line item 001. Line item 004 is for travel required of and performed by the Supplier in direct performance of this Contract and will be reimbursed on a reasonable and actual basis per USPS per diem with no allowance for indirect costs or profit in accordance with USPS Handbook F-15. All travel must be approved in advanced in writing by the Contracting Officer's Representative (COR).<br><br>Contracting Officer's Representative (COR) and primary contact for all technical and or operational matters:<br>Brian Pasco<br>202) 268-3491<br>Brian.L.Pasco@usps.gov<br><br>Invoices must be submitted in accordance with Clause 4-1, General Terms and Conditions (see USPS Terms and Conditions), Section g. All invoices will be processed through the USPS electronic invoicing system. All payments will be made in accordance with the USPS Terms and Conditions, Section 4-1, i. The USPS Contracting Officer may make administrative changes and order changes within the general scope of the contract as permitted by Clause 4-1 General Terms and Conditions, sub-section c. Changes.<br><br>All terms and conditions for this task order are as per master contract 2ACCSR-22-B-0002.<br>Continued ... | | | | |

PS Form 8203 (July 2021)

Highly Confidential

| CONTINUATION SHEET | | | | RECUISITION NO. CR3407772 | | | | PAGE 3 | OF 8 |

| CONTRACT/ORDER NO. 2ACCSR-22-C-0028 | AWARD/ EFFECTIVE DATE SEE BLOCK 28 | MASTER CONTRACT NO. 2ACCSR-22-B-0002 | SOLICITATION NO. | SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 17. ITEM NO | 18. SCHEDULE OF SUPPLIES AND SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | Accounting Info: BFN: 677830 Period of Performance: 04/01/2022 to 03/31/2023 | | | | |
| 1 | Media purchased on behalf of the Postal Service Account Number: 52325 FOB: Destination | | | | ████ |
| 2 | Labor Account Number: 52325 FOB: Destination | | | | ████ |
| 3 | Media buying fee Account Number: 52325 FOB: Destination | | | | ████ |
| 4 | Travel Account Number: 52325 FOB: Destination | | | | ████ |
| | The total amount of award: ████ The total amount for this award is | | | | |

PS Form 8203 (July 2021)

Highly Confidential

1 - PART 1 - COVER SHEET AND SCHEDULE...................................................................5
2 - PART 2 - PROVISIONS ...........................................................................................6
3 - PART 3 - CONTRACT CLAUSES...............................................................................7
4 - PART 4 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS ................8

Page 4

Highly Confidential

USPS-ADS-0000529383

**CONFIDENTIAL INFORMATION**

January 2022

Highly Confidential

USPS-ADS-0000529389

**Purpose**

To articulate the work for Contract Year 2022 (April 2022 through March 2023) that UM will do on behalf of the USPS, as we know it today. This scope will be reviewed quarterly and adjusted as needed.

**Key Assignments**

The following table represents the key marketing efforts that UM will be involved with as well as a projection of the media channels and estimated budget associated with each effort.

| Assumed Efforts | Assumed Media Channels | Assumed Media Spend (Excludes DM[3]) |
|---|---|---|
| **Equity Campaigns:** Two (2) campaigns, each with its own target: (i) Business Leaders and (ii) Consumers for Holiday.<br><br>• Spring-Summer business Equity (Feb launch FY'22)<br>• Holiday Equity (OND '23)<br><br>Business Equity will include two components:<br>• Support of Brand Equity campaign<br>• Incorporation and coordination with USPS Connect Rollout strategies (see below) | • TV/Video<br>• Search<br>• Display[1]<br>• Audio<br>• Print<br>• Custom Media<br>• Social<br>• OOH[2]<br>• E-mail and Direct Mail[3] | • ▮▮▮▮ |
| **National Product Rollout:** USPS Connect:<br><br>• National options include rotations within Brand Equity plans or incremental digital as areas launch with USPS capabilities<br>• Incremental media support in up to 15 key "heavy-up" markets | • Search<br>• Display[1]<br>• Audio<br>• Print<br>• Social<br>• OOH[2]<br>• Direct Mail[3] | • Messaging rotations to be funded from Equity bucket<br>• Key markets: ▮▮▮▮ |
| **Lead Gen & Content Marketing:** Support for 11 products & services on a rolling basis with targeting against "smaller and larger" businesses and verticals:<br><br>• Product and Services support (9)<br>• Content Marketing: 1 | • Search<br>• Display[1]<br>• Print<br>• Social<br>• E-mail and Direct Mail[3] | • ▮▮▮▮ |

Highly Confidential

| | | |
|---|---|---|
| **National Corporate Priority Campaigns:** Support for up to two corporate awareness campaigns with specific traffic or educational objectives within a specific timeframe<br><br>   • **Recruitment:** Drive traffic to a USPS Careers destination and encourage applications as a part of pre-Holiday recruiting<br>   • **Vote by Mail:** Educate the public and provide information about USPS's role within the mail-in ballot process. | • Search<br>• Display[1]<br>• Print<br>• Audio<br>• OOH[2]<br>• E-mail and Direct Mail[3] | • ▮▮▮▮ for Recruitment<br>• TBD for VBM |
| **National Postal Forum:** Support programs that bring attendees and/or attention to NPF may include a combination of the following:<br><br>   • IPG Media Lab support<br>   • OOH<br>   • On-site radio presence and content development | • Display[1]<br>• Social<br>• Search<br>• Audio<br>• Custom Media<br>• OOH | • ▮▮▮ |
| **Local Effort:** Support for one (1) local market tests or roll-out.<br><br>Example:<br><br>   • Check Cashing<br><br>Past/Other examples: PO Box, Passports, Go Post, Sunday Delivery, Courier Service, Career Recruitment, Grand Opening (SOPO) | • Search<br>• Display[1]<br>• Print<br>• Social<br>• OOH[2]<br>• E-mail and Direct Mail[3] | • ▮▮▮ |
| **Search efforts:** Evergreen Search campaign and four (4) search-only campaigns:<br>   • Evergreen search, including efforts tied to equity campaigns<br>   • PLA's<br>   • Stamps<br>   • MC Consumer<br>   • Click-n-Ship | • Search | • ▮▮▮ |
| **Social-only efforts:** Up to two (2) social media efforts.<br><br>Examples include:<br>   • Operation Santa    • Natural Disasters<br>   • Valentine's Day    • Mother's Day<br>   • Father's Day    • MyMove<br>   • Individual Stamps | • Social | • ▮▮▮ |

**CONFIDENTIAL INFORMATION**

January 2022

Highly Confidential

USPS-ADS-0000529391

| | | |
|---|---|---|
| **National Corporate Program:** Support one (1) program. Example:<br><br>• Kids Letter Writing | • Print<br>• Display[1]<br>• Search<br>• Social<br>• Custom Media[4]<br>• E-mail and Direct Mail[3] | • ▮▮▮ |
| **Additional Miscellaneous:**<br><br>• Direct Mail / Advanced Addressable Direct Mail thought leadership<br>• Online placemat for Equity campaigns (2)<br>• Vetting strategic partnerships<br>• Media training events<br>• Support for sales conference<br>• Contracting trade sponsorships<br>• POVs, industry thought leadership on emerging trends and changing practices, etc. | • NA | • NA |
| **Online Listings:** Work with media partner to maintain accuracy, and optimize value, of organic search listings | • Yext | • ▮▮▮ |
| **Search Engine Optimization Services:**<br><br>• Research<br>• Strategy<br>• Client Service & Integration | • NA | • NA |
| **Agency and Industry Conferences:**<br>Pending 2022 COVID situation…<br><br>• UM Summit: Agency will host (registration included) up to three clients, Executive Director and above, at our annual client summit<br>• Industry conferences: Coordination of registration and experience curation at events focused on branded content | • NA | • NA |

[1]Display includes both desktop and mobile as appropriate by campaign

[2]OOH planning is included in scope. As in prior years, this media will incur an incremental buying fee as noted in approved SSA

[3]Direct Mail and dedicated e-mail marketing are not executed nor budgeted by UM unless DM is executed through Matterkind DM offering with costs/fees to be determined

[4]Custom media considered in scope for one national corporate programs. If more are approved, this may require additional staff costs based on the timing and complexity of the program as well as what had been approved for other Custom programs considered in scope

**Assumed Channel Allocation**

Based on preliminary look and TV Upfront, the estimated 2022 mix is ▮▮▮ Digital ▮▮▮ Traditional

**CONFIDENTIAL INFORMATION**          Page 5

January 2022

        



## Budget

The overall budget for Contract Year 2022 is

Year 1 or 2.1 Projected Breakdown:



*Labor Fee covers Studio work equal to Contract Year 2021. Additional programs may incur additional Studio fees.

## Key Work Activities Associated with Each Effort

### Equity and Lead Gen Campaigns, National Rollout (USPS Connect) and National Corporate Priority Campaigns

1. Planning and Strategy
   a. Develop plans and update quarterly (as required)
   b. Lead an integrated targeting workshop to develop and/or evolve consumer archetype(s) and High Value Audiences. Data sources used to build the HVAs include sources such as Acxiom, Simmons, Dunn & Bradstreet, Comscore, YouGov, NinthDecimal, Dynata and Numerator using proprietary tools such HVA Builder, Sandbox and Growth Accelerator. Work with USPS to refine and gain buy-in. Development and data costs for HVAs are charged separately from media costs.
   c. Lead integrated objective setting workshop with agency partners, the output of which will be shared with USPS for feedback and alignment.
   d. Incorporate strategic approach to Hispanic and African American targets (within Equity plans)
   e. Develop a communications channel recommendation during the planning stage; work with USPS to refine and gain buy-in
   f. Develop a budget recommendation for each plan if required

**CONFIDENTIAL INFORMATION**                              Page 6

January 2022

      g.  Work with cross-agency team to develop strategic platform that will guide media decisions and partnership ideas; work with USPS to refine and gain buy-in

      h.  Perform opportunity assessments for lead gen and content marketing campaigns, including audience size and seasonality

      i.  Develop a media plan blueprint that will articulate at a high level UM's recommended plan and work with USPS to refine and gain buy-in

      j.  Develop a media plan flowchart that defines activity by week throughout the year

      k.  Collaborate with MRM through marketing automation's evolution, in order to strategize the expansion to new channels and implementation solutions

2.  Media Investment

      a.  Build media investment strategy and recommend for 2022 plans as well as the 2022/2023 upfront

      b.  Develop a high level buying strategy and work with USPS to refine and gain buy-in

      c.  Provide sound recommendations for all media types to take advantage of the best marketplace investment strategies for delivering on USPS objectives

      d.  Perform ad-hoc analysis when necessary to evaluate opportunistic buying opportunities or to adjust the buy as needed based on business realities (ex. Incremental buys, ad-hoc requests, budget reductions, etc.)

3.  Implement 2022 Equity, Lead Gen, USPS Connect and Recruitment Media Plans

      a.  Work with media partners to negotiate buy, place orders, secure inventory

      b.  Ad Operations management (See miscellaneous)

      c.  Adjust inventory should timing change due to creative delays, product availability, etc.

      d.  Work with partners to implement custom programs and manage the development of custom media assets produced by media partners

      e.  Work with partners, where technologically feasible, to monitor execution for quality and safety

          a.  Fraud (e.g. IAS for display)

          b.  Brand safety (e.g. Open Slate),

          c.  Viewability standards (e.g. IAS)

      f.  Comply with privacy laws (e.g. CCPA)

4.  Optimize planning and investment strategies by leveraging data such as:

      a.  UM-proprietary media optimization tools (e.g. Improv for daypart optimization and Wearout Wizard, Growth Accelerator (formerly Moments tool) for delivery and flighting optimization, Media in Mind, etc.)

      b.  Conduct quarterly TV post buy analyses as well as year-end post-buy reports and ensure that make-goods or a make-up plan is put into place

      c.  Analytics (see Insights section)

          i.  Marketing Mix support.  See Research and Insights section below

          ii.  Digital reporting for of tracking and optimization recommendations.

**CONFIDENTIAL INFORMATION**                        Page 7

January 2022

Highly Confidential

USPS-ADS-0000529394