# DTX 1222 (USPS-ADS-0000669680) (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| From: | Ernst, Laura (NYC-UMW) <Laura.Ernst@umww.com> |
|---|---|
| To: | Pasco, Brian L - Washington, DC |
| CC: | Knopf, Michael (NYC-UMW); Starr, Shalene M - Washington, DC; McGregor, Douglas (NYC-UMW); Zavala, Stephanie M - Washington, DC - Contractor; Doyle, Matthew (NYC-UMW); Camp, Troy - Washington, DC; Das, Sarbani (NYC-UMW); Ernst, Laura (NYC-UMW); Starr, Shalene M - Washington, DC; Pasco, Brian L - Washington, DC; Bottenberg, Michae R - Washington, DC |
| Sent: | 2/17/2022 5:19:12 PM |
| Subject: | [EXTERNAL] Billing - FY'22 Q2 JFM - February |
| Attachments: | 1USP Master Invoice 2ACCSR-21-C-0016 0222 billing package.pdf; FY'22 Billing Workbook 02172022.xlsx |

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Hi Brian.
Attached is the billing workbook and invoices for FY'22 Q2 February media. The total MEDIA invoiced amount is ███████ The February invoice covers Equity search, DFA / Connect, Global Direct Entry (GDE), EDDM Evergreen Search, Evergreen Shipping & Marketing Search, Recruitment Search, and Returns. Also included are debits/credits from previous months activity.
Below outlines key details that to keep in mind when reviewing the workbook:
**Broadcast:**
The February broadcast invoice total is a net credit of ███████ from previous months Holiday able activity.
**Radio/Local:**
The February radio invoice is a net credit of ███████ for OND Holiday activity.
**Credits/Debits from previous MOA's: net credit of** ███████
- ███ net credit for GM Holiday radio
- ███ Debit from December Hispanic Holiday radio
- ███ credit for December AA Holiday radio
**Print:**
There are no print invoices for February.
**Search:**
The February search invoice totals ███████ This is for February Equity (GM & Hispanic) and EDDM Evergreen, Evergreen Shipping & Marketing, DFA/Connect, and Recruitment. Also included is a net debit of ███████ from previous months activity.
**Credits/Debits from previous MOA's: net debit of** ███████
- ███ net debit for January Equity search (GM & Hisp)
- ███ debit for January Evergreen Shipping search
- ███ debit for January EDDM Evergreen search
**Social:**
The Social invoice for February is ███████ for GDE.
**Digital Display/Video & Ad Serving:**
This month's invoice is ███████ for February GDE, Returns, and includes a net credit of ███████ for previous months activity.
**Credits/Debits from previous MOA's: net credit of** ███████
- Net credit of ███ for Holiday Digital Video (GM & Hispanic)
- ███ credit for Hulu Dear Santa support
- ███ net credit for Holiday Hispanic Display
- Net credit of ███ for Nov/Dec/Jan AdServing
**Digital Radio:**
The February invoice for Digital Radio is a net credit of ███████ from holiday.
**Credits/Debits from previous MOA's: net credit of** ███████
- Net credit of ███ for GM streaming Audio
- Net credit of ███ for Hispanic Streaming Audio
Please review and let us know if you have any questions.
Thanks!
-Laura
**Laura Ernst**
Partner, Portfolio Management
100 W 33rd Street
New York, NY 10001
T 646-376-1692
E laura.ernst@umww.com

 

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

USPS-ADS-0000669680

BILL TO:

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard - Program Resource Coordinator

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET
### NEW YORK, NY 10001
### INVOICE DETAIL

Master Invoice Number: 2ACCSR-21-C-0016 0222

Invoice Date:   February 17, 2022
CONTRACT LINE ITEM 0001

**Bill Month** February 2022

| Description | Detail | Amount | Delivery Order | Finance No | Campain Name |
|---|---|---|---|---|---|
| All Media | 2ACCSR-21-C-0016/0222 | █ | 2ACCSR-21-C-0016 | 677830 | February Media |

**Master Invoice Grand Total:**

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O. BOX 74008228
CHICAGO, IL 60674-8228

USPS-ADS-0000669681

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830                            **Invoice Date:** February 17 , 2022

**CAMPAIGN NAME:** 1USP_FY22_OND_AUD_BUSE_Holiday   **Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742528 | HOLIDAY GM | 22-1 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742529 | HOLIDAY GM | 22-1 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669682

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  February, 2022

**FINANCE #:** 677830                                          **Invoice Date:** February 17 , 2022

**CAMPAIGN NAME:**  FY'21 Q1 OND-EQUITY/HOLIDAY-TV           **Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| CABLE | CB02-742475 | PKG | 22-14 | 2ACCSR-21-C-0016 |  |
| CABLE | CB02-742476 | PKG | 22-14 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

DO NOT PAY

Highly Confidential

USPS-ADS-0000669683

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_OND_VID_CSME_Holiday

**Invoice Date:** February 17 , 2022

**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742530 | HOLIDAY GM | 22-15 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742531 | HOLIDAY GM | 22-15 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669684

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_OND_VID_CSME_Holiday

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742505 | GENERAL | 22-16 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742506 | GENERAL | 22-16 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669685

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_OND_VID_CSME_Holiday

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742512 | GENERAL | 22-18 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742513 | GENERAL | 22-18 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669686

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**   1USP_FY22_OND_AUD_BUSE_Holiday

**Invoice Date:**   February 17 , 2022

**Invoice Due Date:**   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742508 | GENERAL | 22-2 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742509 | GENERAL | 22-2 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669687

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**Invoice Date:** February 17 , 2022

**CAMPAIGN NAME:** 1USP_FY22_OND_DIS_CSME_Holiday

**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742536 | HOLIDAY HA | 22-29 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742537 | HOLIDAY HA | 22-29 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

DO NOT PAY

Highly Confidential

USPS-ADS-0000669688

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830

CAMPAIGN NAME:   1USP_FY22_OND_DIS_CSME_Holiday

Invoice Date:   February 17 , 2022
Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742507 | GENERAL | 22-30 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669689

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**   1USP_FY22_OND_AUD_BUSE_Holiday

**Invoice Date:**   February 17 , 2022

**Invoice Due Date:**   March 19 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742534 | HOLIDAY HA | 22-33 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742535 | HOLIDAY HA | 22-33 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669690

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_OND_AUD_BUSE_Holiday

**Invoice Date:** February 17 , 2022

**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742510 | GENERAL | 22-34 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742511 | GENERAL | 22-34 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |



*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668691

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** USPS HOLIDAY GM 2022

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX02-742470 | GENERAL | 22-36 | 2ACCSR-21-C-0016 | ███ |
| SPOT NETWORK | NX02-742471 | GENERAL | 22-36 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

***Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669692

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** USPS HOLIDAY HA 2022

**Invoice Date:** February 17 , 2022

**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX02-742472 | GENERAL | 22-37 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669693

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**   USPS HOLIDAY AA 2022

**Invoice Date:**   February 17 , 2022

**Invoice Due Date:**   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX02-742474 | GENERAL | 22-38 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669694

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_OND_VID_CUST_Holiday

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742532 | HOLIDAY GM | 22-42 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742533 | HOLIDAY GM | 22-42 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000668695

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830

Invoice Date:   February 17 , 2022

Invoice Due Date:   March 19 , 2022

CAMPAIGN NAME:   1USP_FY22_OND_VID_CUST_Holiday

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742514 | GENERAL | 22-43 | 2ACCSR-21-C-0016 | |
| DIGITAL | IA02-742515 | GENERAL | 22-43 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669696

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   February, 2022

**FINANCE #:** 677830

**Invoice Date:** February 17 , 2022

**CAMPAIGN NAME:**   1USP_FY22_JFM_SRC_EDDM_GEN

**Invoice Due Date:** February 17 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742493 | GENERAL | 22-49 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742494 | GENERAL | 22-49 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742495 | GENERAL | 22-49 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668697

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JFM_SRC_Equity_GEN

**Invoice Date:** February 17, 2022
**Invoice Due Date:** February 17, 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742484 | GENERAL | 22-51 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742485 | GENERAL | 22-51 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742486 | GENERAL | 22-51 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000669698

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JFM_ADS_Equity_GEN

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** February 17 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742487 | GENERAL | 22-52 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742488 | GENERAL | 22-52 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

DO NOT PAY

Highly Confidential

USPS-ADS-0000668699

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JFM_SRC_Equity Hispa

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG02-742489 | GENERAL | 22-53 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DG02-742490 | GENERAL | 22-53 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

DO NOT PAY

Highly Confidential

USPS-ADS-0000668700

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830

CAMPAIGN NAME:   1USP_FY22_JFM_DIS_LEAD_Global

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DGO2-742527 | GLOBAL SHIPPING | 22-55 | 2ACCSR-21-C-0016 | ▮ |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668701

USPS-ADS-0000669702

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**   1USP_FY22_JFM_SOC_Global Direc

**Invoice Date:**   February 17 , 2022
**Invoice Due Date:**   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742518 | GENERAL | 22-58 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022

**FINANCE #:**  677830                                                           **Invoice Date:**       February 17 , 2022

**CAMPAIGN NAME:**   1USP_FY22_JFM_SRC_EVGS_GEN                                   **Invoice Due Date:**   February 17 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742496 | GENERAL | 22-59 | 2ACCSR-21-C-0016 | |
| DIGITAL SEARCH | DGO2-742497 | GENERAL | 22-59 | 2ACCSR-21-C-0016 | |
| | | | | **TOTAL FOR T.O.** | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668703

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022
FINANCE #: 677830
CAMPAIGN NAME:   1USP_FY22_JFM_ADS_EVGS_GEN

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG02-742499 | GENERAL | 22-60 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668704

DO NOT PAY

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022

**FINANCE #:** 677830

**Invoice Date:**    February 17 , 2022

**CAMPAIGN NAME:**    1USP_FY22_JFM_SRC_EVGM_GEN

**Invoice Due Date:**    February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742498 | GENERAL | 22-61 | 2ACCSR-21-C-0016 | ■ |
| | | | | **TOTAL FOR T.O.** | |

DO NOT PAY

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668705

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830                                              Invoice Date:       February 17 , 2022

CAMPAIGN NAME:   1USP_FY22_JFM_ADS_EVGM_GEN                     Invoice Due Date:  February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742500 | GENERAL | 22-62 | 2ACCSR-21-C-0016 | ▉ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

DO NOT PAY

Highly Confidential

USPS-ADS-0000668706

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**   1USP_FY22_JFM_SRC_CONNECT_GEN

**Invoice Date:**   February 17 , 2022
**Invoice Due Date:**   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG02-742501 | GENERAL | 22-63 | 2ACCSR-21-C-0016 | ▉ |
| | | | | **TOTAL FOR T.O.** | |

DO NOT PAY

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668707

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**    1USP_FY22_JFM_ADS_CONNECT_GEN

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742502 | GENERAL | 22-64 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668708

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022
**FINANCE #:** 677830

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

**CAMPAIGN NAME:**   1USP_FY22_JFM_DIS_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742517 | GENERAL | 22-68 | 2ACCSR-21-C-0016 | ▮ |
| | | | | **TOTAL FOR T.O.** | |

DO NOT PAY

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000668709

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830

CAMPAIGN NAME:   1USP_FY22_FM_DIS_LEAD_Returns_

Invoice Date:   February 17 , 2022
Invoice Due Date:   February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DGO2-742541 | RETURNS | 22-71 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669710

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**    February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**    1USP_FY22_JFM_SRC_CAREERS_GEN

**Invoice Date:**    February 17 , 2022

**Invoice Due Date:**    February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG02-742503 | GENERAL | 22-73 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669711

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830                                    Invoice Date:        February 17 , 2022

CAMPAIGN NAME:   1USP_FY22_JFM_ADS_CAREERS_GEN       Invoice Due Date:    February 17 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DGO2-742504 | GENERAL | 22-74 | 2ACCSR-21-C-0016 | ■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669712

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   February, 2022

FINANCE #: 677830                                                     Invoice Date:      February 17 , 2022

CAMPAIGN NAME:   1USP_FY22_JFM_VID_BUSE_Spring_          Invoice Due Date:   March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742542 | PRING EQUITY GN | 22-76 | 2ACCSR-21-C-0016 | ▮ |
| | | | | TOTAL FOR T.O. | |

DO NOT PAY

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669713

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** February, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JFM_VID_BUSE_Spring_

**Invoice Date:** February 17 , 2022
**Invoice Due Date:** March 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA02-742516 | GENERAL | 22-77 | 2ACCSR-21-C-0016 | |
| | | | | TOTAL FOR T.O. | |



*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000669714

Document Produced Natively

Highly Confidential
USPS-ADS-0000669715