# DTX 1251
# (USPS-ADS-0000016395)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

# SALES RESULTS

USPS-ADS-00000016399

UNITED STATES
POSTAL SERVICE

Confidential

# Executive Summary

1. **COVID showed a great impact on FY21 revenue and YOY growth**
   - A positive impact was seen on Commercial, Retail and Digital with the largest impact on Commercial

2. **FY21 budget was near 2019 levels ▮▮▮▮ because of Vote by Mail campaign and COVID recovery**
   - While media driven revenue did grow significantly ▮▮▮ increase YOY), ROAS was softer in comparison
   - While competitors had all time high media weight in JFM, USPS was dark after launch was shifted from Feb to April
   - Dramatic shift in SOV had a negative impact on ROAS

3. ▮▮▮▮ **were the strongest performing channels YOY**

4. **Business Equity neared 2019 level with lower but still strong ROAS**
   - ▮▮▮ continued as top ROAS channel with strongest impacts on ▮▮▮ sales ▮▮▮ more effective at ▮▮▮
   - ▮▮▮ ROAS declined due to condensed flighting and the resulting higher weight levels
   - Fo▮ higher spend showed diminishing returns

5. ▮▮▮ outperformed the other TV dayparts
   - ▮▮▮ saw diminishing returns behind condensed flighting, higher spend and more :30s

6. **In OLV, there were big differences in performance across partners**
   - ▮▮▮ for effectiveness and efficiency, but ▮▮▮ with smaller spends
   - ▮▮▮ outperformed other partners for non-FEP

7. ▮▮▮
   - We have seen a trend of increased performance for ▮▮▮ across brands
   - Consider testing higher levels of investment, including ▮▮▮

8. ▮▮▮ **continued to outperform GM**
   - Differences became smaller as the ▮▮▮ spend is closer to the saturation point
   - ▮▮▮ newly introduced, performed well as ▮▮▮ continues to be the top ▮▮▮ channel

UNITED STATES POSTAL SERVICE
Confidential

USPS-ADS-0000016400

# FISCAL YEAR RESULTS

UNITED STATES POSTAL SERVICE.

Confidential

USPS-ADS-0000016401

# Performance was measured by campaign, target and channels taking non-media control variables into consideration

## Reporting Time Period

- FY19: 9/24/2018 – 9/22/2019
- FY20: 9/23/2019 – 9/20/2020
- FY21: 9/21/2020 – 9/19/2021
- Feb-Sep 19: 1/28/2019 – 9/22/2019
- Feb-Sep 20: 1/27/2020 – 9/20/2020
- Feb-Sep 21: 1/25/2021 – 9/19/2021

## Performance by Target



- •
- •

## Performance by Campaign

- Business Equity
- Holiday Equity
- Informed Delivery
- Content Marketing
- Pre Holiday Shipping
- Other Equity
- Other Lead Gen
- Vote by Mail

## Non-media control variables

- Economic variables
- Competitive
- Seasonality
- On Time Rate/Wait Time
- COVID-19*

## Media Channels

- TV (Linear, DR, Advanced, Addressable)
- Online Video
- Digital Display
- Streaming Audio
- Radio
- Search
- Social
- Direct Mail
- Print
- Cinema
- Influencer

\* Tested the numbers of cases, Google Trend and YouGov Sentiment Data. YouGov Sentiment is included in the model.

**UNITED STATES POSTAL SERVICE**

Confidential

USPS-ADS-000001 6402

# These latest models covered 84% of USPS Revenue

- Approximately $172.9B of the $205.7B in revenue was modeled (Oct 2018 – Sep 2021)
- A total 12 separate models were run for more accurate results

| Line of Business | Revenue (FY19-FY21) | Modeled | Not Modeled* |
|---|---|---|---|
| **Commercial Revenue** | | | |
| Commercial | $142.6B | $128.1B<br>First Class Mail, First Class Parcel, Standard, Priority, Parcel | $14.5B<br>Periodicals, Package Services, International, Ancillary Products and Special Services, Bound Printed Matter |
| **Retail Revenue** | | | |
| Post Office Retail | $30.5B | $24.4B<br>First Class Mail, First Class Parcel, Priority, Other Retail w/Package Service, Contract Postal Units (CPU) & Self-Service Kiosks (SSK) | $6.1B<br>PO Box, Special Services, Miscellaneous, Passport, Money Order, Marketing Mail, MPOS, Other Revenue |
| **Digital Revenue** | | | |
| Digital | $32.5B | $20.4B<br>Digital Priority & Package Services, International | $12.1B<br>First-Class Mail, Miscellaneous Products and Services, Stamps by Internet/Mail/Phone |
| **Total Revenue** | | | |
| TOTAL | $205.7B | $172.9B (84%) | $32.8B (16%) |

*Not Modeled includes Residual Meter Revenue not mapped to Line of Business

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000016403

# USPS Revenue grew by 8% in FY21 vs YAGO

## USPS Revenue by Line of Business

Legend: —— Commercial   —— Digital   —— Retail



| | FY19 | FY20 | FY21 |
|---|---|---|---|
| Commercial | $41.5B | $41.4B (-0.2% vs YAGO) | $45.2B (+9.3% vs YAGO) |
| Retail | $7.9B | $8.1B (+2.8% vs YAGO) | $8.3B (+2.3% vs YAGO) |
| Digital | $5.7B | $7.1B (+25.3% vs YAGO) | $7.6B (+6.0% vs YAGO) |
| Total | $55.1B | $56.7B (+2.9% vs YAGO) | $61.1B (+7.9% vs YAGO) |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016404

# Increased media investment, along with COVID continued to spur business growth in FY21

## Drivers of Revenue Changes ($MM): FY21 vs. FY20

Increase ▨ Decrease ■ Total



| FY20 Revenue | Media | COVID-19 | All Other | FY21 Revenue |

$56,680

$61,137

*All Other includes Holiday, Stamp Price Increase, Competitive Media, Buzz, Wait Time, On-Time Rate (Ordered by largest positive impacts to largest negative impacts)



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016405

## As expected, Commercial experienced the strongest growth owing to COVID

### Drivers of Revenue Changes ($MM): FY21 vs. FY20
#### By LOB

*Scales of Y axis are not the same across charts.



*All Other (Ordered by largest positive impacts to largest negative impacts):
Commercial: Holiday, Competitive Media, Buzz, On-Time Rate
Retail: Stamp Price Increase, On-Time Rate, Holiday, Competitor Media, Buzz, Wait Time
Digital: Holiday, Buzz, Competitor Media, On-Time Rate

UNITED STATES POSTAL SERVICE
Confidential

FY 2019-2021

# FY21 budget was ramped back up to match 2019 Pre-COVID

- FY20 media was limited due to COVID sensitivities and messaging
  - shifted to FY21 for Vote by Mail
- FY19 was higher than average due to $14MM in incremental funds approved in July

Confidential

USPS-ADS-0000016407

FY 2019-2021

# All 3 line of business saw media contribution increase in FY21

- As MMM measures short-term results, the percentage impact disproportionately benefitted Retail and Digital as much of Commercial would be driven by contract commitments

- Absolute gain is still strongest for Commercial given size of business

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000016408

FY 2019-202_

# Not maintaining activity in JFM '21 meant a lost ROAS opportunity

- FedEx and UPS increased their spend in JFM period significantly vs previous year (+77% vs. +82% respectively), rocketing ahead on SOV within the category

UNITED STATES POSTAL SERVICE

Confidential

*Competitive spend data sourced from Kantar

USPS-ADS-0000016409

# Maintaining SOV in JFM 21 would have increased FY21 ROAS by

- The only difference between actual plan and hypothetical plan is the flighting. Flighting patterns of hypothetical plan are kept relatively consistent with the actual plan for Apr. – Sep and $21MM was reallocated from AMJJAS to JFM

USPS-ADS-0000016410

UNITED STATES POSTAL SERVICE

Confidential

# FEB-SEP ANALYSIS

UNITED STATES POSTAL SERVICE
Confidential
USPS-ADS-0000016411

# Feb-Sep '21 spend increased vs YAGO, but didn't quite go back to 2019 levels with its incremental JAS spend*

Feb – Sep '19-'21

- % media contribution & media driven revenue increase lagged behind spend increase due to lower media weights in JFM (vs. 2019) and lagging impact of higher competitive spend in JFM which impacted later months

## Media Driven Impact Summary: Feb-Sep 2021



■ Feb-Sep '19    ■ Feb-Sep '20    ■ Feb-Sep '21

*$14MM in incremental FY21 funding was approved in July

UNITED STATES POSTAL SERVICE®

Confidential

USPS-ADS-0000016412

Feb – Sep '19 -'2

# All 3 revenue channels saw media contribution increase in Feb-Sep '21

- As MMM measures short-term results, the percentage impact disproportionately benefitted Retail and Digital as much of Commercial would be driven by contract commitments

- Absolute gain is still strongest for Commercial given size of business

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016413

Feb – Sep '19 - '21

# Measurable B2B campaigns saw strong ROAS over past 3 years

- Content Marketing had high ROAS, but with much smaller spend



Spend (MM):

% of Spend:

Revenue (MM):

% of Revenue:

*Includes Feb-Sep '19, Feb-Sep '20, & Feb-Sep '21
** Other Equity includes Recruitment, Stamps, HDHR, Ted NPF, etc.

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016414

Feb – Sep '21

# were the strongest performing channels over past 3 years

Short-Term Marketing Revenue per $1 Spent (ROAS)
By Media Channel

■ Total Feb-Sep '19-'21*

Spend (MM):

% of Spend:

Revenue (MM):

% of Revenue:

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-00000016415

# BUSINESS EQUITY CAMPAIGN BY CHANNEL

| FY 2019 | FY 2020 | FY 2021 |
|---|---|---|
| The Future Delivered | Uncertainty | New Routes |

UNITED STATES POSTAL SERVICE.

Confidential

USPS-ADS-0000016416

Business
Equity

# Results were close to 2019 levels after an unusual 2020

Short-Term Marketing Revenue per $1 Spent (ROAS)
By Media Channel

Feb-Sep '19    Feb-Sep '20    Feb-Sep '21

Change in ROAS:
Spend (MM):
% of Spend:
Revenue ($MM):
Change in Revenue:
CPM (*CPC for Search)

UNITED STATES
POSTAL SERVICE

Confidential

* Direct Mail and Cinema were not shown due to limited execution

USPS-ADS-00000016417

# At these spend levels, Display showed stronger impacts on Retail and Digital sales, while TV was stronger for Commercial sales

Business Equity Feb-Sep '21



Short-Term Marketing Revenue per $1 Spent (ROAS) Feb-Sep 2021

■ Commercial ROAS   ■ Retail ROAS   ■ Digital ROAS

Total ROAS:
Spend (MM):
% of Spend:
Revenue (MM):
% of Revenue:



UNITED STATES POSTAL SERVICE.

USPS-ADS-0000016418

Confidential

Business
Equity

# Revenue to spend ratio suggested investing more in Display

- Strictly from a revenue perspective, the model suggests moving funds from other channels into Display

% Spend vs % Contribution
By Media Channel

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016419

# CHANNEL DEEP DIVE



Confidential

USPS-ADS-0000016420

## TV Dayparts: [ ] stayed in the Top 3 for both effectiveness and efficiency over past 3 years

TV Feb-Sep '19-'21

- [ ]
- [ ] used to be in the Top 3 but saw diminishing returns at higher weight levels (condensed flighting)*
- Addressable was positive, showing the right audience; would be better with lower CPM for increase efficiency
  - Due to earlier MMM results, we have moved away from this for lower-CPM data-driven linear as part of larger packages

*SLTV was an adaptation of the GM spot

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016421

TV
Feb-Sep '21

# TV Dayparts:

outperformed other dayparts

- Overall TV/Video performance declined due to condensed flighting and higher CPM*

- Viewing trends and CPM increases impacted Cable Entertainment and Spanish Language more than News and Sports (esp. Premium)

- OLV's high CPM brought up total Video driving down ROAS

UNITED S
POSTAL S

Confidential

USPS-ADS-00000I6422

# Within OLV over the past three years, ███████ were in the Top 3 for both effectiveness and efficiency over past 3 years, but with smaller spends

- ██████████ was the top Revenue driver, but less effective per impression
- ██████████ ...st effective per impression but high CPM drove efficiency down

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016423

OLV GM
Feb–Sep '21

partners performed significantly better than

were new in Feb-Sep '21 but appeared to perform well

med the other OLV partners [with a much smaller spend]

USPS-ADS-0000016424

Confidential

Display
Feb-Sep '19-'21

# Display: outperformed other strategies over past 3 years



Confidential

USPS-ADS-0000016425

Audio
Feb-Sep '19-'21

# outperformed ███ but with a much smaller spend.



- During the pandemic, ███ proved to be the most attention-grabbing channel, with strong ROAS across brands and categories despite higher CPMs*

- Given the strong performance and broader trends, consider testing higher spend for ███ Short-Term Marketing Revenue per 1000 Impressions

*Source: WARC best practices on audio and podcasts 2022

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016426

Audio
Feb-Sep '21

**outperformed** but with a much smaller spend.

* High CPM drove | efficiency down

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-00000016427

# TARGET DEEP DIVE

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016428

Feb – Sep '19-'2

# still showed higher ROAS compared to ▮ but the differences became smaller compared to previous years

*This may indicate that with the current ▮ strategy, we are reaching saturation. Consider strategies to supplement traditional executions to generate broader reach and excitement*

Short-Term Marketing Revenue per $ Spend (ROAS)

USPS-ADS-00000016429

UNITED STATES POSTAL SERVICE

Confidential

Feb – Sep '19 - '21

# At current spend, █████ Display and Social were highly efficient

• ████████

• █████ used to outperform ████ but fell below in 2021.

• █████ ROAS had increased with lower spend; however, it was still below ████ consistent with prior business campaigns

USPS-ADS-0000016430

UNITED STATES
POSTAL SERVICE.

Confidential

Feb – Sep '21

# At current Feb-Sep '21 spend, Display and Social were highly efficient

used to outperform ██ but fell below in 2021.

USPS-ADS-00000016431

UNITED STATES
POSTAL SERVICE

Confidential

FY21

At FY21 spend, ▮ channels were highly efficient



*Includes Feb-Sep '19, Feb-Sep '20, & Feb-Sep '21

USPS-ADS-0000016432

UNITED STATES
POSTAL SERVICE.

Confidential

SUMMARY IMPLICATION

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016433



BRAND HEALTH RESULTS

Confidential

USPS-ADS-0000016434



## Executive Summary

- Media proved to be a stronger contributor to ███████████ on a percentage basis
  - Contribution to Brand Health was between ████

- ████ is a strong driver of full funnel impact across consumer and commercial

- Looking at Consumer KPIs, media performed best in driving ████
  - ████ was effective in driving full funnel impact; ████ for impact on brand; ████ for driving short term sales

- Looking at Commercial KPIs, media performed best in driving ████
  - While ████ proved effective in driving full funnel impact, ████ was effective in driving Commercial Sales

Base: ████ Media represents Top 2 Box average from BHT data. Oct 2018 – Sep 2021

* Media contribution to consumer sales: 6.6% commercial sales: 2.3%

USPS-ADS-0000016435

UNITED STATES
POSTAL SERVICE

Confidential

| | Scope |
|---|---|
| **KPI Source** | Chadwick Martin Bailey (CMB) |
| **KPIs** (Top 2 box) | Commercial: <br><br> • NPS: Based on your overall experience with each company's document or parcel shipping services, how likely are you to recommend the products and services provided by USPS. Scale 0-10 <br><br> • Opinion: What is your overall opinion of USPS? Scale: 1-7 <br><br> • Reliability: Here is a statement that may or may not describe each organization's shipping services. USPS is reliable. Scale: 1-7 <br><br> Consumer: <br><br> • NPS: Based on your overall experience with each organization's shipping services, how likely are you to recommend the products and services provided by USPS? Scale 0-10 <br><br> • Opinion: Now, thinking about the individual services of the United States Postal Service, what is your opinion of each of the following? Shipping services for packages Scale: 1-7 <br><br> • Satisfaction – Timely Delivery: Here is a statement that may or may not describe each organization's shipping services. USPS "Provides timely delivery" Scale: 1-7 <br><br> (Please note that the scales for each of these KPIs, and the composition of consumers responding to these questions is not equal. Therefore, the absolute values, effectiveness and efficiencies for each of these KPIs should not be directly compared) |
| **Time period** | October 2018 – September 2021, Monthly |
| **Variables** | Media\*: TV, Search, Display – Equity, Display – Other, OLV, Radio, Print, Direct Mail – Equity, Social – Other (Podcast/Streaming Audio, Direct Mail – Other, Influencer and Cinema were tested but didn't stay in the models) <br><br> Non-Media: On Time Rate, Wait Time, COVID-19, Social Mentions, Seasonality, Satisfaction Drivers, Competition |
| **KPI Sample Size** | Commercial: avg. 262 per Month <br> Consumer: avg. 453 per Month |

\* Equity: Informed Delivery + Business Equity + Holiday Equity, Other: Stamps, Letter Writing, TED NPF, Small Business Symposium, Sesame Street, Letter Writing, Come to the Booth:

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016436

# Brand Health KPIs showed declines as COVID persisted

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-00000016437

# Changes from the last round

In order to enable year over year comparisons, we have updated the effectiveness and efficiency definitions:

$$Effectiveness\ (Old) = \frac{Avg.*Monthly\ KPI\ Points}{Sum\ of\ Impressions\ in\ 100MM} \quad \text{-----} > Effectiveness\ (New) = \frac{Avg.*Monthly\ KPI\ Points}{Avg.\ Monthly\ 100MM\ Impressions}$$

$$Efficiency\ (Old) = \frac{Avg.*Monthly\ KPI\ Points}{Sum\ of\ Spends\ in\ 100MM} \quad \text{-----} > Efficiency\ (New) = \frac{Avg.*Monthly\ KPI\ Points}{Avg.\ Monthly\ \$1MM\ Spends}$$

Averages are calculated for weeks of KPI impact/execution only (previously all weeks were included in average calculations).

Switching to average monthly spends in calculation, allows for comparison across time periods with different flighting and average weekly execution weights.

*Old: Average incudes all the weeks;
New: Average only includes weeks with KPI impacts or executions.

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016438

# HIGH LEVEL OVERVIEW

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016439

# Media was significantly contributing to both Sales and Brand perceptions



Total Paid Media Performance

Commercial % Media Contribution

Consumer % Media Contribution

*Consumer Sales include Digital and Retail revenue.

USPS-ADS-0000016440

UNITED STATES POSTAL SERVICE

Confidential

Due to the differing nature of the business, media had a stronger impact on brand health metrics

Total Paid Media Performance

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016441

CONSUMER

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016442

Consumer.

# Medi's contribution to ▇▇▇ was most pronounced.

- The media effect on ▇▇▇ was more pronounced than ▇▇▇
- Media drove ▇▇▇ Satisfaction; Satisfaction about timely delivery could be more experience driven

USPS-ADS-00000016443

UNITED STATES
POSTAL SERVICE.

Confidential

Consumer

were the largest contributors to Consumer KPIs

*Podcast, SA, Direct Mail – Other, Cinema and Influencer are excluded from the model due to low execution.

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016444

COMMERCIAL

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000016445

Commercial

# Media performed best in driving

- Media drove

USPS-ADS-0000016446

UNITED STATES
POSTAL SERVICE

Confidential

Commercial

Like ⬛⬛⬛ were the largest contributors to driving brand metrics

•

*Podcast_SA, Direct Mail – Other, Cinema and Influencer are excluded from the model due to low execution.

UNITED STATES
POSTAL SERVICE.

Confidential

USPS-ADS-0000016447

# BRAND HEALTH VS. SALES

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016448

53

# Forrester reported improved customer experience scores drove billions of $ across industries



| | Annual incremental revenue per customer* | × | Average number of customers per company¹ | = | Annual incremental revenue per company |
|---|---|---|---|---|---|
| Auto manufacturers (mass market) | $68.96 | × | 18 million | = | $1.1 billion |
| Retailers (general retail) | $5.23 | × | 100 million | = | $523 million |
| Hotels (upscale) | $6.22 | × | 44 million | = | $262 million |
| Auto/home insurers | $14.15 | × | 15 million | = | $212 million |
| Airlines | $3.92 | × | 48 million | = | $198 million |
| Hotels (midscale) | $4.02 | × | 30 million | = | $121 million |
| Banks (multichannel) | $7.36 | × | 15 million | = | $110 million |
| Auto manufacturers (luxury) | $117.80 | × | 350,000 | = | $41 million |
| Credit card issuers | $0.57 | × | 61 million | = | $35 million |
| Banks (direct) | $8.51 | × | 3 million | = | $26 million |

Revenue Impact of 1-point improvement in Customer Experience Index Score*

Base: 97,931 US online consumers (18+) who interacted with a specific brand within the past 12 months
Source: Forrester Analytics Customer Experience Index Online Survey, US Consumers 2020

CX=Customer Experience

USPS-ADS-00000016449
Confidential

Consumer

...stood out for its impact on

were effective in driving full funnel impact, and

brand, while were effective in driving short term sales

Effectiveness Index vs. Efficiency Index* by Channel

Effectiveness Index

Effectiveness Index

*Index to the average. Effectiveness = Avg. Monthly KPI Points/Avg. Monthly 100M/M IMPs; Efficiency = Avg. Monthly KPI Points/Avg. Monthly $1MM Spends. **Consumer Sales Include Digital and Retail

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016450

Commercial

While [REDACTED] proved effective in driving full funnel impact, [REDACTED] were effective in driving Commercial Sales

Effectiveness Index vs. Efficiency Index* by Channel

USPS-ADS-0000016451

Confidential

# APPENDIX

UNITED STATES POSTAL SERVICE.

Confidential

USPS-ADS-0000016452

# MMM evaluates short term impact of marketing on sales and brand health metrics



USPS-ADS-0000016457

UNITED STATES POSTAL SERVICE.

Confidential

## MMM Goes Beyond Simple Correlations

USPS-ADS-0000016458

UNITED STATES
POSTAL SERVICE

Confidential

# Brand Health Model vs. Sales Model

| | Brand Health Model | Sales Model |
|---|---|---|
| LOBs | Consumer, Commercial | Retail, Digital, Commercial |
| Periodicity | Monthly | Weekly |
| Scale | 1 to 100 Points | $50B+ per Year |
| Marketing Impact | • KPI changes are slower and occur over a longer period of time. <br> • Media typically doesn't drive dramatic changes <br> • Creative messages have notable impacts <br> • Score can't be more than 100 points | • Seasonal and needs based <br> • Media could drive quick and notable changes <br> • Media impact as % (though not dollars) is greater for Retail and Digital as much of Commercial would be driven by contract commitments <br> • Revenue has no up limit |
| Usage | Rationalize the brand marketing budgets and understand the impacts of media plans | Simulate and optimize media plans for maximum revenue |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016459

# Competitor media was stronger in JFM '21 compared to previous years, while USPS had low media weights.

- Stronger competitor media in JFM further impacted USPS negatively.



*Competitive spend data sourced from Kantar

**UNITED STATES POSTAL SERVICE**

Confidential

USPS-ADS-0000016460

Commercial

# Search and OIV exhibited variability across Commercial KPIs

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000016461

Consumer

Search and Display exhibited variability across Consumer KPIs

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000016482

Feb – Sep '19 - '2

## campaigns saw strong ROAS over past 3 years

- Compared to Feb-Sep '19, ⬛ didn't perform as well in Feb-Sep '21 due to the low media weights & SOV in JFM
- Though it had smaller share of overall spend ⬛ showed strong returns on ad spend