# DTX 1298
# (NAVY-ADS-0000250171)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

# Y&R

3 Columbus Circle
New York, New York 10019

**Digital Media Bill**

Bill Date:
5/20/2022

Due Date:
6/20/2022

**May-22**

| | | |
|---|---|---|
| CLIENT | NV0 Navy | Invoice 253014M2 |
| PRODUCT | NAV Navy | Navy |
| TASK ORDER NUMBER | N0018921FZ966 | Commander Navy Recru |
| CONTRACT NUMBER | N00189-21-D-Z024 | 5722 Integrity Dr |
| | | Millington TN, 38054 Attn: |



| ITEM | NET AMOUNT | | Amount |
|---|---|---|---|
| | 25-IN-3014 | | |
| | 25-IN-3007 | | |
| | 25-IN-3016 | | |
| | 25-IN-3008 | | |
| | 25-IN-3017 | | |
| | 25-IN-3019 | | |
| | 25-IN-3010 | | |

**PLEASE REMIT TO:**
Y&R
P.O. BOX 751731
CHARLOTTE, NC. 28275-1731

**Balance Due \*\***

**WIRE TRANSFER TO:**

\*\*
a.    of the invoice to go against N6671521RC00PA1
b.    of the invoice to go against N6671521RC00OA1

ABA ROUTING#
ACCT #
SWIFT CODE

**ACH TO:**

ABA ROUTING#
ACCT #
SWIFT CODE
REF: Young & Rubicam
LOCKBOX #

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        SEARCH MEDIA BILLING              INVOICE 25-SE-3014
DUE DATE       JUN19/22                                                 PAGE    1

CLIENT     NV0   NAVY                          NAVY
PRODUCT    NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE   034   FY22 US NAVY-SEARCH           5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AB       MILLINGTON TN 38054
                                                 MONTH OF   MAY/22
```



```
                                          NET LESS CD
                                             ORDERED      PREV. BILLED      BILLABLE
** TOTALS **                                        **               **           *
                                                       NET AMOUNT                 *
                                              **  AMOUNT DUE **                    *


          PLEASE REMIT TO: Y&R
                           P.O. BOX 751731
                           CHARLOTTE  NC 28275-1731
          WIRE TO:

                    ABA ROUTING#            ,ACCT#              SWIFT CODE
          ACH TO:

                    ABA ROUTING#            ,ACCT#              SWIFT CODE
          REF:      Y&R, LOCKBOX
                    P.O. BOX 751731
                    CHARLOTTE, NC 28275-1731

          CONTRACT NUMBER: N00189-21-D-Z024
          CLIN NUMBER: 002


          THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
          TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
          CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22      SEARCH MEDIA BILLING          INVOICE 25-SE-3014
DUE DATE       JUN19/22       ** DETAIL BACK-UP **              PAGE   1

CLIENT    NV0  NAVY                      NAVY
PRODUCT   NAV  NAVY                      COMMANDER NAVY RECRU
ESTIMATE  034  FY22 US NAVY-SEARCH       5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AB MILLINGTON TN 38054
                                         ATTN:
                                         MONTH OF   MAY/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| | (101702) | | | | |
| MAY01/22 | SEARCH | | | | |
| | (101757,27) | | | | |
| MAY01/22 | FEE | | | | |
| | | | | | |
| MAY01/22 | SEARCH | | | * | |
| ** TOTALS ** | | | | | |

This invoice is a breakdown of the PAID SEARCH pre-bill in accordance with the approval to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250173

# Budget Breakout



## Funding provided as follows:

**TO #N0018922FZ324            :**
- Apr
- May
- Jun

**TO #N0018921FZ966 ACRN AB            :**
- Apr
- May
    *This TO will cover April/May Paid Search & Affiliates only

*There will also be an additional TO in-market during April, as part of our March/Apr incremental heavy-up

NAVY TACTICAL MEDIA RECO

APRIL-JUNE 2022

1

Highly Confidential

NAVY-ADS-0000250174

# Plan Summary



Highly Confidential

NAVY-ADS-0000250175

# Plan Summary



NAVY-ADS-0000250176

## Peter Garlinghouse

| | |
|---|---|
| **From:** | Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) |
| **Sent:** | Thursday, March 3, 2022 12:54 PM |
| **To:** | |
| **Cc:** | CIV USN (USA) |
| **Subject:** | RE: FY22 Q3 Paid Media Plan |

Team,

Thanks for the great work here.  Q3 Media Plan approved!

V/r
Allen

**From:**
**Sent:** Wednesday, March 2, 2022 8:11 AM
**To:** Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA)

**Cc:**

**Subject:** [Non-DoD Source] FY22 Q3 Paid Media Plan

Good morning!
Attached is the FY22 Q3 tactical media plan that we will review during our call this afternoon. Please let me know if you have any issues opening the file, and we look forward to walking you through the proposal.
Thanks,

**VMLY&R** I group director, client engagement

email:

1

NAVY-ADS-0000250177



Y&R
3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    MAY20/22        INTERACTIVE MEDIA BILLING          INVOICE 25-IN-3007
DUE DATE        JUN19/22                                                   PAGE     1
```

```
CLIENT      NV0  NAVY                              NAVY
PRODUCT     NAV  NAVY                              COMMANDER NAVY RECRU
ESTIMATE    092  JAN-MAR'22 DISPLAY               5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA         MILLINGTON TN 38054
                                                  ATTN:
                                                  MONTH OF    JAN/22
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|
| ** TOTALS ** | ** | ** | CR | |
| | | NET AMOUNT | CR** | |
| | ** CREDIT AMOUNT ** | | CR** | |

```
*********************************************************************************
                           PREVIOUS BILLS
                          - - - - - - - - - - - - - -
                                                  21-IN-3000
```

```
            PLEASE REMIT TO:  Y&R
                              P.O. BOX 751731
                              CHARLOTTE   NC 28275-1731
            WIRE TO:
                         ABA ROUTING#           ACCT#              SWIFT CODE
            ACH TO:
                         ABA ROUTING#           ACCT#              SWIFT CODE
            REF:         Y&R, LOCKBOX
                         P.O. BOX 751731
                         CHARLOTTE, NC 28275-1731

            CONTRACT NUMBER:  N00189-21-D-Z024
            CLIN NUMBER: 002

            THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
            TO WPP ETHICAL STANDARDS,  WHICH CAN BE FOUND IN THE WPP
            CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    MAY20/22      INTERACTIVE MEDIA BILLING       INVOICE 25-IN-3007
DUE DATE        JUN19/22          ** DETAIL BACK-UP **                PAGE    1

CLIENT    NV0  NAVY                    NAVY
PRODUCT   NAV  NAVY                    COMMANDER NAVY RECRU
ESTIMATE  092  JAN-MAR'22 DISPLAY      5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA   MILLINGTON TN 38054
                                       ATTN:
                                            MONTH OF   JAN/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| JAN01/22 | DISPLAY (100621) | | | CR | |
| JAN01/22 | DISPLAY (103247) | | | | |
| JAN01/22 | DISPLAY (103572) | | | CR | |
| JAN01/22 | DISPLAY (105632) | | | CR | |
| JAN01/22 | DISPLAY (110328) | | | | |
| ** TOTALS ** | | | | CR | |

**ORIGINAL**

Online

Invoice date: 1/31/2022
Due date: 3/02/22
Invoice #: INV #78283801
MoS:  January 2022

01/01/21
I /100621 / NV0 / NAV / 092

Bill to
Wavemaker New York
New York, NY 10019
USA

Campaign
#3389 US Navy-1/1/22-3/31/22
Flight Dates: 01/01/2022 - 03/31/2022
PO Number: O-303GY

Line Item Details

| Line Item Name | Cost Basis | Cost Per Unit | Billed Units | Reconciled Units | Invoiced Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 9 | | | | | |
| 19 | | | | | |

Subtotal:
Adjustments:
TAX (0.0%):
Amount Due:

Terms & Conditions
DUE UPON RECEIPT
REMIT TO:

Please send by ACH to:
Bank Name:
New York, NY 10036
ABA Routing Number
Account Number
*Please indicate invoice number in the Memo line

113

If by mail, send to █████████████████
Attn. ████████████████████

Contact: billing@████████(t) 212-916-3677

Highly Confidential



# Invoice

| | |
|---|---|
| **Date** | 1/31/2022 |
| **Invoice #** | 38952 |

| | |
|---|---|
| **Terms** | Net 30 |
| **Due Date** | 3/2/2022 |
| **Currency** | US Dollar |
| **IO Number** | O-303GN |
| **Service Period** | January 2022 |
| **Campaign** | |
| U.S. Navy - Q1, 2022 | |
| **IO_Description** | |

**Bill To**
WaveMaker Global
PO Box 4614 GCS
New York NY 10163

01/01/22

ℐ /103247/ NV0/NAV/092



Hello,

Your most recent invoice is attached.

**Total Balance Due**

If you wish to pay by ACH/Wire:

Account Name:
Account Number:
Routing number
SWIFT Code INTL WIRES:

If you are paying by check, please mail to:

For electronic payments, please send all remittance information to billing@

69

Highly Confidential

# Invoice

Invoice number: 4066539457

*I | 63572 | NVÖ | NAÜ | 92*

*0073*

**Bill to**

Wavemaker Global LLC.

*1/22*

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ...........................4066539457

Invoice date ...............................Jan 31, 2022

Payment terms ..........................Net 45

Billing ID ....................................4406-4332-9339

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@        with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official        invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: | | |
| Bank: | | |
| SWIFT BIC: | | |
| ABA # | USA | |
| Account # | | |



NAVY-ADS-0000250183



## Invoice

Invoice number: 4066539457

**Account ID:** 3508702
**Order name:** Navy Jan - Mar '22 Tech
Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ███ US: Technology | Jan 1, 2022 - Mar 31, 2022 | | Impressions | Impressions | |
| YT US Skippable in-stream ad CPM ███ Lineups - US: Technology | Jan 1, 2022 - Mar 31, 2022 | | Impressions | Impressions | |
| | Subtotal in USD | | | | |
| | Tax (0%) | | | | |
| | Total in USD | | | | |

NAVY-ADS-0000250184



# Invoice

Invoice number: 4066260949

**Bill to**

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ........................4066260949

Invoice date ..............................Jan 31, 2022

Payment terms .......................Net 45

Billing ID ....................................4406-4332-9339

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@            with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official            invoice.

**To pay by wire transfer, send to:**

Account holder name:

Bank:

SWIFT BIC:

ABA #

Account #:

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250185

**Invoice**

Invoice number: 4066260949

Account ID: 3508532

Order name: Navy Jan - Mar '22 Sci & Edu

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ███ ███ - US: Science & Education | Jan 1, 2022 - Mar 31, 2022 | ██ | ███ Impressions | ███ Impressions | ██ |
| YT US Skippable in-stream ad CPM : ███ ███ US: Science & Education | Jan 1, 2022 - Mar 31, 2022 | ██ | ███ Impressions | ███ Impressions | ██ |

| | |
|---|---|
| Subtotal in USD | $ |
| Tax (0%) | $0.00 |
| Total in USD | ██ |

Highly Confidential



# Invoice

Invoice number: 4064224679

**Bill to**

Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**

United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

Invoice number ..........................4064224679
Invoice date ...........................Jan 31, 2022
Payment terms ...........................Net 45
Billing ID ...........................4406-4332-9339

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**

Subtotal in USD
Tax (0%)                                              $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ [redacted] with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**

Account holder name:
Bank:
SWIFT BIC:
ABA #:
Account #

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250187

## Invoice

Invoice number: 4064224679

**Account ID: 3508714**

**Order name: Navy Jan - Mar '22 SP**

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| YT US Non-skippable in-stream ad 15s CPM : ▮▮▮▮ - US: Spanish Language | Jan 1, 2022 - Mar 31, 2022 | | Impressions | Impressions | |
| YT US Skippable in-stream ad CPM : ▮▮▮▮ - US: Spanish Language | Jan 1, 2022 - Mar 31, 2022 | | Impressions | Impressions | |
| | Subtotal in USD | | | | |
| | Tax (0%) | | | | $0.00 |
| | Total in USD | | | | |



Highly Confidential

# Invoice

Invoice number: 4057022985

**Bill to**

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number ...........................4057022985

Invoice date ...............................Jan 31, 2022

Payment terms ...........................Net 45

Billing ID ....................................4406-4332-9339

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**

Subtotal in USD

Tax (0%)                                                          $0.00

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ ███████ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ invoice.

**To pay by wire transfer, send to:**

Account holder name: ███████

Bank: ███████

SWIFT BIC ███████

ABA # ███████

Account #: ███████

**Bank branch address:**

USA

**To pay by check, mail to:**

NAVY-ADS-0000250189



**Invoice**

Invoice number: 4057022985

Account ID: 3508716

Order name: Navy Jan - Mar '22 Streaming CTV

Jan 1, 2022 - Jan 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| ███████on-skippable in-stream ad 15s CPM :████████ Connected TV (CTV) | Jan 1, 2022 - Mar 31, 2022 | ███ | ████████ Impressions | ████████ Impressions | ████████ |
| | Subtotal in USD | | | | |
| | Tax (0%) | | | | $0.00 |
| | Total in USD | | | | ████████ |

Highly Confidential

NAVY-ADS-0000250190



# Invoice

Invoice number: 4059538250

**Bill to**

Accounts Payable



**Advertiser**

Media Edge CIA LLC, Wavemaker
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4059538250 |
| Invoice date | Jan 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | 0072-6211-0483 |
| Account ID | 905-376-8407 |
| Purchase order | TBD |



Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | |
| Tax (0%) | $0.00 |
| Total amount due in USD | |



**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ ▓▓▓ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▓▓▓ invoice.

**To pay by wire transfer, send to:**

Account holder name: ▓▓▓
Bank
SWIFT BIC
ABA #:
Account #:

**Bank branch address:**



USA

**To pay by check, mail to:**

For questions about this invoice please email collections@ ▓▓▓

Page 1 of 2

   NAVY-ADS-0000250191

# **Invoice**

Invoice number: 4059538250

Account: Navy Youtube Always On
Account ID: 905-376-8407
Account budget: Jan - Mar '22 Auction
Purchase order: TBD
Jan 1, 2022 - Jan 31, 2022



| | Quantity | Units | Amount |
| --- | --- | --- | --- |
| | | Clicks | |
| | | Impressions | |
| | | Impressions | |
| Invalid activity | | | |

Subtotal in USD
Tax (0%)                     $0.00

Total in USD

For questions about this invoice please email collections@google.com

Highly Confidential                                          NAVY-ADS-0000250192

# Invoice

|  |  |
|---|---|
| **Date** | 1/31/2022 |
| **Invoice #** | INVQI1605 |

123 Townsend street, Suite 600
San Francisco CA 94107
United States

|  |  |
|---|---|
| **Terms** | Net 30 |
| **Due Date** | 3/2/2022 |
| **Memo** | |

01/01/22

I/110328/NV6/NAV/092 PO #

**Bill To**
Wavemaker
PO BOX 4614
New York NY 10163
United States

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Direct Advertising Revenue | P1SRVNS_NV0_NAV_090_OLV_QUI ZLET ███████ Run of Site_Demo_P13- 24_Click and View_███████NA P1SRVNS (Impressions) - Study Break - January 2022 | | | |
| Direct Advertising Revenue | P1SRQZ0_NV0_N AV_090_Audience_ ████████1 P_BT_GM_16_24_ DIR_NA_320x50 High Viewability on top slot on Set Page and sticky units_DM_DIS_CP M_NA_DV_320x50 _Run of Site_Demo_P13- 24_ 320 x 50_Click and View_NV_NA P1SRQZ0 (Impressions) - January 2022 | | | |
| Direct Advertising Revenue | P1SRVQG_NV0_N AV_090_Audience_ ████████P_BT_GM_16_24_ DIR_NA_Flashcard Ads High Performance Students_MT_DIS_CPM_N A_DV_1x1_Run of Site_Demo_P13- 24_1 x 1_Click and View_NV_NA P1SRVQG (Impressions) - January 2022 | | | |
| Direct Advertising Revenue | Campaign: NV0_NAV_090_NAVY_2022_October-Decembe r_Display_Base Plan_N0018921FZ508 Campaign ID CP1FZRF Order # O-2VR90 | | | |

**Total Amount Due**

Thank you for your business!

For ACH Delivery:
Account Name: ███████████
Account Number ████████
Bank Routing Number ██████████

For Wire Transfers:
Account Name: ██████████
Account Number ███████
Transit Number: ███████
Swift Code: ████████
General Bank reference address ███████████████████

116

NAVY-ADS-0000250193



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3016 |
|---|---|---|---|
| DUE DATE | JUN19/22 | | PAGE    1 |

```
CLIENT     NV0   NAVY                          NAVY
PRODUCT    NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE   092   JAN-MAR'22 DISPLAY            5722 INTEGRITY
TASK ORDER NUMBER: N0018921FZ966 ACRN AA       MILLINGTON TN 38054

                                               MONTH OF   JAN/22
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | | | |
| | | NET AMOUNT | |
| | | ** AMOUNT DUE ** | |

```
*********************************************************************************
                              PREVIOUS BILLS
                              --------------
                                              21-IN-3000
                                              25-IN-3007              CR
```

```
           PLEASE REMIT TO:  Y&R
                             P.O. BOX 751731
                             CHARLOTTE   NC 28275-1731
           WIRE TO:

                             ABA ROUTING#           , ACCT#              SWIFT CODE
           ACH TO:

                             ABA ROUTING#           , ACCT#              SWIFT CODE
           REF:              Y&R, LOCKBOX
                             P.O. BOX 751731
                             CHARLOTTE, NC 28275-1731

           CONTRACT NUMBER:  N00189-21-D-Z024
           CLIN NUMBER: 002


           THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
           TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
           CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3016 |
|---|---|---|---|
| DUE DATE | JUNI9/22 | ** DETAIL BACK-UP ** | PAGE   1 |

CLIENT      NV0   NAVY
PRODUCT     NAV   NAVY
ESTIMATE    092   JAN-MAR'22  DISPLAY
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR
MILLINGTON TN 38054

MONTH OF    JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| (105632) | | | | | |
| JAN01/22 | DISPLAY | | | | |
| ** TOTALS ** | | | | * | |

**ORIGINAL**

NAVY-ADS-0000250195



# INVOICE

| | | |
|---|---|---|
| Invoice Date | : | 01/31/2022 |
| Invoice Number | : | 100260971 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |
| | | |
| Comments | : | |

Bill-to Site Number: 317689

BILL
TO:
**Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD
TO:
**Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :



| | DIGITAL ADVERTISING TRANSACTION DETAILS | | | | | |
|---|---|---|---|---|---|---|
| | | Month of Service: January 2022 | | | | |
| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | | AMOUNT |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Media Cost | | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Data Cost | | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Feature Cost | | |
| NAVY | NAVY 1Q'22 - CTV_Jan_Mar | | | Fee | | |
| | | | | SUBTOTAL | | |
| | | | | TOTAL | | |
| | | | | INVOICE CURRENCY | | USD |



**Checks should be mailed to Lockbox:**

**Overnight Lockbox Address:**

Balance Questions: ar@
Remittance Questions remittance@

**ACH Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**Wires Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**International Wires Should Be Sent To:**

| Swift Code: | |
|---|---|

94

Highly Confidential

NAVY-ADS-0000250196

Highly Confidential

NAVY-ADS-0000250197



# INVOICE

| | |
|---|---|
| Invoice Date | : 01/31/2022 |
| Invoice Number | : 100260972 |
| Customer ID | : 1200 |
| Due Date | : 05/01/2022 |
| Term | : Net 90 |
| Term Description | : Net 90 |

Comments :

Bill-to Site Number:317689

BILL
TO:
**Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD
TO:
**Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :



## DIGITAL ADVERTISING TRANSACTION DETAILS
### Month of Service: January 2022

| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Media Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Data Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Feature Cost | |
| NAVY | Navy 1Q'22 - Display_Jan_Mar | | | Fee | |
| | | | | **SUBTOTAL** | |
| | | | | **TOTAL** | |
| | | | | **INVOICE CURRENCY** | USD |

Balance Questions: ar@t▮
Remittance Questions: ▮remittance@▮

Overnight Lockbox Address:

**ACH Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**Wires Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**International Wires Should Be Sent To:**

| Swift Code: | |
|---|---|

Invoice Date: 01/31/2022 | Terms:Net 90 | Due Date: 05/01/2022 | Customer ID: 1200 | Page 1

Highly Confidential

Highly Confidential

NAVY-ADS-0000250199



# INVOICE

| | | |
|---|---|---|
| Invoice Date | : | 01/31/2022 |
| Invoice Number | : | 100260973 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |
| Comments | : | |

Bill-to Site Number:317689

**BILL
TO:**  **Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

**SOLD
TO:**  **Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :

| DIGITAL ADVERTISING TRANSACTION DETAILS | | | | | | |
|---|---|---|---|---|---|---|
| Month of Service: January 2022 | | | | | | |
| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | | AMOUNT |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Media Cost | | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Data Cost | | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | Feature Cost | | |
| NAVY | Navy 1Q'22 - High Impact_Jan_Mar | | | | | |
| | | | | SUBTOTAL | | |
| | | | | TOTAL | | |
| | | | | INVOICE CURRENCY | | USD |

Checks should be mailed to Lockbox:



Balance Questions: ar@
Remittance Questions: remittance@

Overnight Lockbox Address:

ACH Payments Should Be Sent To:



| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | |
|---|---|

Invoice Date: 01/31/2022 | Terms:Net 90 | Due Date: 05/01/2022 | Customer ID: 1200 | Page 1

NAVY-ADS-0000250200

Highly Confidential

NAVY-ADS-0000250201



# INVOICE

| Invoice Date | : | 01/31/2022 |
|---|---|---|
| Invoice Number | : | 100260974 |
| Customer ID | : | 1200 |
| Due Date | : | 05/01/2022 |
| Term | : | Net 90 |
| Term Description | : | Net 90 |

Comments :

Bill-to Site Number:317689

BILL TO: **Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number: 317689

SOLD TO: **Wavemaker**
P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :



| ADVERTISER | CAMPAIGN | IO# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Media Cost | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Data Cost | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | Feature Cost | |
| NAVY | Navy 1Q'22 - Video_Jan_Mar | | | | |
| | | | | SUBTOTAL | |
| | | | | TOTAL | |
| | | | | INVOICE CURRENCY | USD |

Balance Questions: ar@

Remittance Questions: ▮remittance@

**ACH Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**Wires Payments Should Be Sent To:**

| For Credit To: | |
|---|---|
| Bank Name: | |
| ABA or Routing #: | |
| Account #: (USD Wires) | |

**International Wires Should Be Sent To:**

| Swift Code: | |
|---|---|

Invoice Date: 01/31/2022 | Terms:Net 90 | Due Date: 05/01/2022 | Customer ID: 1200 | Page 1

Highly Confidential

NAVY-ADS-0000250203

**Y&R**

3 Columbus Circle
New York, New York 10019



```
INVOICE DATE    MAY20/22        INTERACTIVE MEDIA BILLING         INVOICE 25-IN-3008
DUE DATE        JUN19/22                                                   PAGE    1

CLIENT     NV0  NAVY                            NAVY
PRODUCT    NAV  NAVY                            COMMANDER NAVY RECRU
ESTIMATE   092  JAN-MAR'22 DISPLAY             5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA      MILLINGTON TN 38054

                                                MONTH OF   JAN/22
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |  |
|---|---|---|---|---|
| ** TOTALS ** |  |  | CR |  |
|  |  | NET AMOUNT | CR** |  |
|  |  | ** CREDIT AMOUNT ** | CR** |  |

```
***************************************************************************
                         PREVIOUS BILLS
                         - - - - - - - - - - - - - -
                                        21-IN-3001
```

```
        PLEASE REMIT TO:  Y&R
                          P.O. BOX 751731
                          CHARLOTTE  NC 28275-1731
        WIRE TO
                     ABA ROUTING#           ACCT#              SWIFT CODE
        ACH TO:
                     ABA ROUTING#           ACCT#              SWIFT CODE
        REF:         Y&R, LOCKBOX
                     P.O. BOX 751731
                     CHARLOTTE, NC 28275-1731

        CONTRACT NUMBER:  N00189-21-D-Z024
        CLIN NUMBER:  002

        THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
        TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
        CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250204



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3008 |
|---|---|---|---|
| DUE DATE | JUN19/22 | ** DETAIL BACK-UP ** | PAGE    1 |

```
CLIENT      NV0   NAVY                          NAVY
PRODUCT     NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE    092   JAN-MAR'22 DISPLAY            5722 INTEGRITY DR
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA       MILLINGTON TN 38054
```

MONTH OF   JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| | (101757,27) | | | | |
| JAN01/22 | FEE | | | | CR |
| | (102209) | | | | |
| JAN01/22 | FEE | | | | CR |
| | (105355) | | | | |
| JAN01/22 | FEE | | | | CR |
| | | | | | |
| JAN01/22 | FEE | | | | CR |
| ** TOTALS ** | | | | | CR |

**ORIGINAL**

Highly Confidential



01/01/22  Rep 73
I /101757,27/NU0/NAV/092

# Invoice

Invoice number: 4056804511

**Bill to**

Wavemaker Global LLC.
825 7th Ave
New York, NY 10019
United States

**Details**

Invoice number ............................4056804511
Invoice date ...............................Jan 31, 2022
Payment terms ...........................Net 45
Billing ID ...................................4406-4332-9339

Total amount due in USD

Due Mar 17, 2022

Summary for Jan 1, 2022 - Jan 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)                                    $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@ ⬛ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ⬛ invoice.

**To pay by wire transfer, send to:**          **Bank branch address:**          **To pay by check, mail to:**

Account holder name:
Bank:
SWIFT BIC:
ABA #:                                                    USA
Account #:

For questions about this invoice please email collections@ ⬛

Page 1 of 2

NAVY-ADS-0000250206



Invoice number: 4056804511

**Account ID: 1496602**

**Adserving for DCM, Advertiser Id:5876121 Campaign Id:26976323**

**Jan 1, 2022 - Jan 31, 2022**

| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|
| | | | | |

Subtotal in USD

Tax (0%)

Total in USD

Page 2 of 2

Highly Confidential

# INVOICE



MEDIA _____ I _____

PUB # 102209 REP # _____

C/I/E NVO / NAV / 92

INS DATE 1 - 1 - 22

INV # _ _ _ _ _ _ _ _ _

UID # _ _ _ _ _ _ _ _

| Invoice Date | Invoice # |
|---|---|
| 2/3/2022 | 1235782 |
| **Terms** | **Due Date** |
| Net 45 | 3/20/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

**Account #: CUS-451**

**Bill To**

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | NV0_NAV_9 2_NAVY_20 22_Jan-Mar_Displa y_Base Plan_N0018 921FZ966 ACRN AA | N00189 21FZ966 ACRN AA | 1304546 | United States Federal Government | Navy | | | | |
| | NV0_NAV_9 2_NAVY_20 22_Jan-Mar_Displa y_Base Plan_N0018 921FZ966 ACRN AA | N00189 21FZ966 ACRN AA | 1304546 | United States Federal Government | Navy | | | | |

| | |
|---|---|
| **Subtotal** | |
| **Tax Total (%)** | $0.00 |
| **Amount Paid** | |
| **Amount Due** | |

Mail Checks to:

Lockbox Address:

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account
Swift Code: Account #

For Courier Deposits (FedEx, UPS, etc):

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240700 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

**Account #: CUS-451**

**Bill To**

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan - Mar '22 Sci & Edu | | 1312444 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 Sci & Edu | | 1312444 | United States Federal Government | Navy | YouTube | | | |

| | |
|---|---|
| **Subtotal** | |
| **Tax Total (%)** | $0.00 |
| **Amount Paid** | |
| **Amount Due** | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240701 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

---

**Account #: CUS-451**

**Bill To**

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan - Mar '22 Tech | | 1312445 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 Tech | | 1312445 | United States Federal Government | Navy | YouTube | | | |

| Subtotal | |
|---|---|
| Tax Total (%) | $0.00 |
| Amount Paid | |
| Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

**ACH/WIRE**
Bank Name and Address

Swift Code:

Account Information
For Account:
Swift Code:
DoubleVerify, Inc. Account #

For Courier Deposits (FedEx, UPS, etc):





To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
| --- | --- |
| 2/8/2022 | 1240702 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
| --- | --- |

| Account #: CUS-451 |
| --- |
| **Bill To** |
| Wavemaker Global LLC<br>PO BOX 4614 GCS<br>New York NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Navy Jan - Mar '22 Streaming CTV | | 1312446 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 Streaming CTV | | 1312446 | United States Federal Government | Navy | YouTube | | | |

| | Subtotal | |
| --- | --- | --- |
| | Tax Total (%) | $0.00 |
| | Amount Paid | |
| | Amount Due | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address

Swift Code:

Account Information
For Account
Swift Code:
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2/8/2022 | 1240703 |
| **Terms** | **Due Date** |
| Net 45 | 3/25/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month: | 1/31/2022 |
|---|---|

| Account #: CUS-451 |
|---|
| **Bill To** |
| Wavemaker Global LLC<br>PO BOX 4614 GCS<br>New York NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | Navy Jan - Mar '22 SP | | 1312448 | United States Federal Government | Navy | YouTube | | | |
| | Navy Jan - Mar '22 SP | | 1312448 | United States Federal Government | Navy | YouTube | | | |

| | |
|---|---|
| **Subtotal** | |
| **Tax Total (%)** | $0.00 |
| **Amount Paid** | |
| **Amount Due** | |

**Payment Information:**

Mail Checks to:

Lockbox Address:
DoubleVerify, Inc.

For Courier Deposits (FedEx, UPS, etc):

ACH/WIRE
Bank Name and Address
Swift Code:

Account Information
For Account:
Swift Code
DoubleVerify, Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar@

1 of 1

Highly Confidential

E-mail: accounting@

To:
**WaveMaker**
**P.O. Box 4616**
**Grand Central Station**
**New York, NY 10163**
**United States**

Invoice Date: Jan 31, 2022

## Invoice USI2201586



| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|----|------|------|------|------|------|------|------|------|------|------|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

Pay by: Mar 02, 2022

| Total Price | |
|------|------|
| Tax | 0.00 |
| TOTAL | |

INNOVID EIN (Tax ID): 87-3769599

REMITTANCE ADDRESS:

WIRING INSTRUCTIONS:
ROUTING & TRANSIT #:
SWIFT CODE:
FOR CREDIT OF:
FINAL CREDIT ACCOUNT:

FX EUR ONLY:
RECEIVING BANK:
RECEIVING BANK SWIFT:
BENEFICIARY BANK:
BENEFICIARY BANK SWIFT:
FINAL CREDIT ACCOUNT:

FX MXN ONLY:
RECEIVING BANK:
RECEIVING BANK SWIFT:
BENEFICIARY BANK:
BENEFICIARY BANK SWIFT:
FINAL CREDIT ACCOUNT:

MEDIA    I
PUB #  102209    REP # _____
GME  NV0 / NAV / 92
     1  -  1  - 22
# _____
# _____

73

NAVY-ADS-0000250213



# Invoice

01/01/22       Rep 475
I/108987/ NJ0/NAV/092

BILL TO
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY 10163

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2012-52464 | 02/01/2022 | | 03/03/2022 | Net 30 | |

**P.O. NUMBER**
O-303JB

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Advertising** | | | |

Campaign: Navy_an-Mar_Display_Base Plan_2022

Brand/Client: Navy

Flight: 1/1/2022 - 1/31/2022

Views/Impressions:

Ad-type: YouTube Select

Opp ID: a8335dea-5ddb-11ec-9c98-02994e5d8eda

Please reach out to accounting@
if You send payment in non-USD for the first time.

**BALANCE DUE**

Checks via US Postal Service:

Overnight Courier Service:
Bank of America Lockbox Services

Wires/ACH Payments:

ABA or Routing number:
Account Number: Cash Collateral Account Number
Swift Code:

20

NAVY-ADS-0000250214



## Invoice

**BILL TO**
Wavemaker
P.O. Box 4614
Grand Central Station
New York, NY 10163

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2012-52469 | 02/01/2022 | | 03/03/2022 | Net 30 | |

**P.O. NUMBER**
O-303JB

| ACTIVITY | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Advertising | | | | |

Campaign: Navy_an-Mar_Display_Base Plan_2022

Brand/Client: Navy

Flight: 1/1/2022 - 1/31/2022

Views/Impressions:

Ad-type:

Opp ID: a8335dea-5ddb-11ec-9c98-02994e5d8eda

Please reach out to accounting@
if You send payment in non-USD for the first time.

**BALANCE DUE**

Checks via US Postal Service:

Overnight Courier Service:
Bank of America Lockbox Services

Wires/ACH Payments:

ABA or Routing number
Account Number: Cash Collateral Account Number
Swift Code



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    MAY20/22        INTERACTIVE MEDIA BILLING          INVOICE 25-IN-3017
DUE DATE        JUN19/22                                           PAGE    1

CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  093   22' JAN-MAR AFF/JOBS          5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA      MILLINGTON TN 38054

                                             MONTH OF  JAN/22
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|
| ** TOTALS ** | ** | ** | CR | |
| | | NET AMOUNT | CR** | |
| | | ** CREDIT AMOUNT ** | CR** | |

```
*********************************************************************************
                            PREVIOUS BILLS
                            --------------
                                            21-IN-3002
                                            25-IN-3009                    CR


          PLEASE REMIT TO: Y&R
                           P.O. BOX 751731
                           CHARLOTTE, NC 28275-1731
          WIRE TO:

                 ABA ROUTING#          ,ACCT#            SWIFT CODE
          ACH TO:

                 ABA ROUTING#          ACCT#             SWIFT CODE
          REF:   Y&R, LOCKBOX #
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731

          CONTRACT NUMBER: N00189-21-D-Z024
          CLIN NUMBER: 002

          THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
          TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
          CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        INTERACTIVE MEDIA BILLING        INVOICE 25-IN-3017
DUE DATE       JUN19/22            ** DETAIL BACK-UP **            PAGE    1

CLIENT    NV0  NAVY                              NAVY
PRODUCT   NAV  NAVY                              COMMANDER NAVY RECRU
ESTIMATE  093  22' JAN-MAR AFF/JOBS              5722 INTEGRITY DR ████████
TASK ORDER NUMBER: N0018921FZ966 ACRN AA         MILLINGTON TN 38054
                                                 ████████████████
                                                 MONTH OF   JAN/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| ██████ (105284) | | | | | |
| JAN01/22 | DISPLAY | ███████ █ | ███████ █ | ██████ CR | |
| ** TOTALS ** | | | | ██████ CR | |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250217

I/105284/NV0/NAV/93

1/22

## INVOICE

BILL TO
Wavemaker Global: Navy Partnership
PO Box 4614 GCS
New York, NY 10163

| | | | | | |
|---|---|---|---|---|---|
| | | INVOICE | 42702 | | |
| | | DATE | 01/31/2022 | | |
| | | TERMS | Net 30 | | |
| | | DUE DATE | 03/02/2022 | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/31/2022 | PPC | Jan Spend: (#O-2ZK4S) - January 2022 - Navy - 17/12/2021 | | | |
| 01/31/2022 | Agency Discount | | | | |

ACH/Wire Instructions:

Bank's Phone Number:

ABA Routing Number:
Account Number:
Beneficiary:
Beneficiary Address:

BALANCE DUE



FEIN: 86-1205290
Page 1 of 1

36

Highly Confidential

NAVY-ADS-0000250218



3 Columbus Circle
New York, New York 10019



```
INVOICE DATE    MAY20/22        INTERACTIVE MEDIA BILLING        INVOICE 25-IN-3019
DUE DATE        JUN19/22                                                PAGE    1

CLIENT     NV0   NAVY                                NAVY
PRODUCT    NAV   NAVY                                COMMANDER NAVY RECRU
ESTIMATE   093   22' JAN-MAR AFF/JOBS                5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA             MILLINGTON TN 38054

                                                     MONTH OF  JAN/22
```

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|
| ** TOTALS ** | | | CR | |
| | | NET AMOUNT | CR** | |
| | ** CREDIT AMOUNT ** | | CR** | |

```
*************************************************************************
                          PREVIOUS BILLS
                          --------------
                                          21-IN-3002
                                          25-IN-3009




          PLEASE REMIT TO: Y&R
                          P.O. BOX 751731
                          CHARLOTTE, NC 28275-1731
          WIRE TO:

               ABA ROUTING#        ACCT#            SWIFT CODE
          ACH TO:

               ABA ROUTING#        ACCT#            SWIFT CODE
          REF:    Y&R, LOCKBOX
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731

          CONTRACT NUMBER: N00189-21-D-Z024
          CLIN NUMBER: 002

          THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
          TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
          CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   MAY20/22        INTERACTIVE MEDIA BILLING         INVOICE 25-IN-3019
DUE DATE       JUN19/22          ** DETAIL BACK-UP **              PAGE    1

CLIENT     NV0  NAVY                       NAVY
PRODUCT    NAV  NAVY                       COMMANDER NAVY RECRU
ESTIMATE   093  22' JAN-MAR AFF/JOBS       5722 INTEGRITY DR
TASK ORDER NUMBER: N0018921FZ966 ACRN AA   MILLINGTON TN 38054
                                           MONTH OF   JAN/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| ▓▓▓▓ (102545) | | | | | |
| JAN01/22 | DISPLAY | ▓▓▓▓▓▓▓▓▓▓ | | ▓CR | |
| ** TOTALS ** | | | | ▓CR | |

**ORIGINAL**

Highly Confidential

# INVOICE

I/102545/NV0/NAV/93

1/22

INVOICE #:  55891407
DATE:  01/31/2022
DUE DATE: 03/17/2022

TOTAL AMOUNT:
TOTAL DUE:

**BILL TO:** Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is
included in your payment reference

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| January 2022 Sponsored Jobs on Wavemaker for U.S. Navy PO#: O-2ZK4X | |
| Discount | |
| Sales tax | 0.00 |

TOTAL AMOUNT:

TOTAL DUE:

AMOUNT ENCLOSED:

### EFT/ACH Payments:

Beneficiary Bank:
Routing/Transit #:
Account title: Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:

*Be sure to include invoice number(s) in the digital payment details for timely application to your account.*

### Check Payments:

Remit to:

*Be sure to include invoice number(s) on the check for timely application to your account.*

**BILL TO:** Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO:

Invoice Date: 01/31/2022    Terms: Net 45    Due Date: 03/17/2022



Highly Confidential



# INVOICE

INVOICE #: 56471324
DATE: 01/31/2022
DUE DATE: 03/17/2022

TOTAL AMOUNT:
TOTAL DUE:

BILL TO:   Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is included in your payment reference

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Targeted Ads - Brand: ITAB-10473 PO# Navy, Month of Service: January,NV0/NAV/93 REVISED | |
| Discount | |
| Sales tax | 0.00 |
| TOTAL AMOUNT: | |

TOTAL DUE:

AMOUNT ENCLOSED:



## EFT/ACH Payments:

Beneficiary Bank:
Routing/Transit #:
Account title:            Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:

*Be sure to include invoice number(s) in the digital payment details for timely application to your account.*

## Check Payments:

Remit to:

*Be sure to include invoice number(s) on the check for timely application to your account.*

BILL TO:   Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO:

Invoice Date: 01/31/2022   Terms: Net 45   Due Date: 03/17/2022

Highly Confidential



# INVOICE

INVOICE #:  **56690690**
DATE:  **02/07/2022**
DUE DATE:  03/24/2022

TOTAL AMOUNT:
TOTAL DUE:

**BILL TO:**  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

Please ensure the invoice number is
included in your payment reference



| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| CMGD-2010179 PO Number: Navy – Month of Service: Jan – NV0/NAV/93 REVISED | |
| Terms: Monthly | |
| Cost: USD | |
| Duration: 3 Months | |
| Discount | |
| Sales tax | 0.00 |

TO Number:

TOTAL AMOUNT:

TOTAL DUE:

AMOUNT ENCLOSED:

## EFT/ACH Payments:

Beneficiary Bank:        Citibank Delaware
Routing/Transit #:
Account title:            Collections Account
Beneficiary Name:
Beneficiary Account #:
Swift Code:



*Be sure to include invoice number(s) in the
digital payment details for timely application to
your account.*

## Check Payments:

Remit to:

*Be sure to include invoice number(s) on the
check for timely application to your account.*

**BILL TO:**  Wavemaker
P.O. Box 4614 GCS
New York, NY 10163

REMIT TO: 

Invoice Date: 02/07/2022   Terms: Net 45   Due Date: 03/24/2022

Highly Confidential                                                        NAVY-ADS-0000250223

**Y&R**
3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3010 |
|---|---|---|---|
| DUE DATE | JUN19/22 | | PAGE   1 |

CLIENT      NV0   NAVY
PRODUCT     NAV   NAVY
ESTIMATE    093   22' JAN-MAR AFF/JOBS
TASK ORDER NUMBER:   N0018921FZ966 ACRN AA

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR ▮▮▮▮
MILLINGTON TN 38054▮▮
ATTN: ▮▮▮▮▮▮▮▮▮▮▮
MONTH OF   JAN/22

| | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ▮▮▮▮ | ▮▮▮▮ | CR |
| | | NET AMOUNT | CR** |
| | | ** CREDIT AMOUNT ** | CR** |

*********************************************************************************

PREVIOUS BILLS
- - - - - - - - - - - - - -

21-IN-3003       - - - -▮▮▮▮

PLEASE REMIT TO:   Y&R
                   P.O. BOX 751731
                   CHARLOTTE   NC 28275-1731

WIRE TO:   ▮▮▮▮▮▮▮▮▮▮▮▮
ABA ROUTING#▮   ACCT#▮▮▮   SWIFT CODE   ▮▮▮▮
ACH TO:

ABA ROUTING#▮   ACCT#▮▮▮   SWIFT CODE
REF:   Y&R, LOCKBOX
       P.O. BOX 751731
       CHARLOTTE, NC 28275-1731

CONTRACT NUMBER:   N00189-21-D-Z024
CLIN NUMBER:  002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000250224



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | MAY20/22 | INTERACTIVE MEDIA BILLING | INVOICE 25-IN-3010 |
| DUE DATE | JUN19/22 | ** DETAIL BACK-UP ** | PAGE 1 |

CLIENT     NV0   NAVY                          NAVY
PRODUCT    NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE   093   22' JAN-MAR AFF/JOBS          5722 INTEGRITY DR ███
TASK ORDER NUMBER:  N0018921FZ966 ACRN AA      MILLINGTON TN 38054 █

MONTH OF    JAN/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE | |
|---|---|---|---|---|---|
| ████████████ (101757,27) | | | | | |
| JAN01/22 | FEE | ███████████████ | | ██ CR | |
| ** TOTALS ** | | | | ██ CR | |

**ORIGINAL**

Highly Confidential

01/01/22    Rp 73
I/101757,27/NVD/NAV/093

# Invoice

Invoice number: 4056605138

**Bill to**

Wavemaker Global LLC.
825 7th Ave
New York, NY 10019
United States

**Details**

Invoice number .......................... 4056605138
Invoice date .............................. Jan 31, 2022
Payment terms ........................... Net 45
Billing ID .................................. 4406-4332-9339

Total amount due in USD

**Due Mar 17, 2022**

Summary for Jan 1, 2022 - Jan 31, 2022

**Pay in USD:**
Subtotal in USD
Tax (0%)                                    $0.00
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@███████ with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ invoice.

**To pay by wire transfer, send to:**
Account holder name: ████████
Bank ████████
SWIFT BIC
ABA #:
Account #

**Bank branch address:**

USA

**To pay by check, mail to:**

93

For questions about this invoice please email collections@████com

Page 1 of 2

Highly Confidential

NAVY-ADS-0000250226



**Invoice**

Invoice number: 4056605138

Account ID: 1496602

Adserving for DCM, Advertiser Id:5876121 Campaign Id:26952884

Jan 1, 2022 - Jan 31, 2022

| Description | UoM | Unit Price | Quantity | Amount($) |
|---|---|---|---|---|

Subtotal in USD

Tax (0%)

Total in USD

Page 2 of 2