# DTX 1326 (NAVY-ADS-0000045197) (Excerpt) (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties

**From:** Owens, Allen M Jr CIV USN COMNAVCRUITCOM MIL (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8AAEDD1FAEF546ABA09D12D1640C031D-ALLEN.M.OWE]
**Sent:** 8/22/2022 6:18:02 PM
**To:** [redacted]
**CC:** Stewart-Curry, Dean E CIV USN (USA) [/o=ORGANIZATION/ou=External (FYDIBOHF25SPDLT)/cn=Recipients/cn=e523933e0c07481fa9df7e6e76e36343]; [redacted]; [redacted] USN COMNAVCRUITCOM MIL (USA) [/o=Organization/ou=External (FYDIBOHF25SPDLT)/cn=Recipients/cn=7398bc01e43c468bad87cacf41c922f7]; [redacted]; [redacted] USN COMNAVCRUITCOM MIL [redacted]
**Subject:** FW: Q4 2022 Navy Media Incremental Recommendation
**Attachments:** Navy 4Q22 Tactical Media Reco INCREMENTAL emailed 8.22.22.pptx; NAVY July _ Sept total [redacted] spend Campaign Flowchart 8.22 for Allen.xlsx; smime.p7s

Sandra,

Looks good, approved. Thanks!

V/r
Allen

-----Original Message-----
From: [redacted]
Sent: Monday, August 22, 2022 12:45 PM
To: [redacted]
Cc: [redacted]
Subject: [URL Verdict: Neutral][Non-DoD Source] Q4 2022 Navy Media Incremental Recommendation

Allen

How are you? Attached please find our recommendation for the additional $2M being applied to Q4 - specifically Sept 2022. We've also updated and attached the flowchart with the incremental.

Please let us know if you have questions prior to approval.

Thanks
Sandra

Sandra Muoio
Managing Partner, Group Director
[redacted]
3 World Trade Center
New York, NY 10007, USA
https://usg01.safelinks.protection.office365.us/?url=http%3A%2F%2Fwww.wavemakerglobal.com%2F&amp;data=05%7C01%7C[redacted]%7C38c12
8d12a9c4841049e08da8466b613%7Ce3333e00c8774b87b6ad45e942de1750%7C0%7C0%7C637
967874175677473%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIi
LCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=HO2gsWBpE2eIY5yGgDJ
VzhHekHNiOTTEeKfQq1%2BDeUQ%3D&amp;reserved=0

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of Group M Worldwide LLC and/or other members of the GroupM group of companies shall be understood as neither given nor endorsed by it. GroupM is the global media investment management arm of WPP.
For more information on our business ethical standards and Corporate



Responsibility policies please refer to WPP's website at
https://usg01.safelinks.protection.office365.us/?url=http%3A%2F%2Fwww.wpp.com%2FWPP%2FAbout%2F&amp;data=05%7C01%7C███████████████████████%7C38c128d12a9c4841049e08da8466b613%7Ce3333e00c8774b87b6ad45e942de1750%7C0%7C0%7C637967874175677473%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=QKY9j9JDyUaghkiI4cLc3rux8nWJhj6tiDc9E0k5mOU%3D&amp;reserved=0

Confidential

NAVY-ADS-0000045198





Highly Confidential

NAVY-ADS-0000045200



Highly Confidential

NAVY-ADS-0000045201



Highly Confidential

NAVY-ADS-0000045202



Highly Confidential

NAVY-ADS-0000045203



Highly Confidential

NAVY-ADS-0000045204



Highly Confidential

NAVY-ADS-0000045205



NAVY-ADS-0000045206

Confidential

| Total |
|---|
| JOBSITE FEES |
| Ad-serving |
| FEES Sub-total |
| JOBSITE SUB TOTAL |
| Affiliates |
| Total |
| AFFILIATE SUB TOTAL |
| DIGITAL SUB TOTAL |
| Paid Search (General) |
| Total |
| FEES |
| FEES Sub-total |
| PAID SEARCH SUB TOTAL |
| Paid Social |

NAVY-ADS-00000

Confidential



Total Heads | PAID SOCIAL SUB TOTAL | GRAND TOTAL

NAVY-ADS-0000045206

Confidential