# DTX 1340
# (USPS-ADS-0000620144)
# (Excerpt)
# (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties

**From:** Pasco, Brian L - Washington, DC </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8BA82744A6AC42CF959626F5471380F7-PASCO_BRIA>
**To:** Ernst, Laura (NYC-UMW)
**Cc:** Tapia, James (NYC-UMW)
**Sent:** 9/14/2022 10:35:33 AM
**Subject:** RE: [EXTERNAL] FW: Avoid Surcharge Optimization

Approved- thanks!

**From:** Ernst, Laura (NYC-UMW) <Laura.Ernst@umww.com>
**Sent:** Wednesday, September 14, 2022 10:29 AM
**To:** Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>
**Cc:** Ernst, Laura (NYC-UMW) <Laura.Ernst@umww.com>; Tapia, James (NYC-UMW) <James.Tapia@umww.com>
**Subject:** [EXTERNAL] FW: Avoid Surcharge Optimization

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Hi Brian,

As mentioned, we'd like to shift some funds from Social to Display for Avoid Surcharge.

FY'22 Q4 JAS – Avoid Surcharge – Display – TASK# 22-246
- Current Amt:
- Revised Amt:
- +/- Change:
Reason for change: Shifted from Social

FY'22 Q4 JAS – Avoid Surcharge – Social – TASK#22-248
- Current Amt:
- Revised Amt:
- +/- Change:
Reason for change:

Thank you!
-Laura



Laura Ernst
PARTNER, Portfolio Management Operations

Global Media Agency of the Year — campaign
Top Workplace in the US
Wave Leader Global Media Agencies — FORRESTER

**From:** Bottenberg, Michael R - Washington, DC <Michael.R.Bottenberg@usps.gov>
**Sent:** Tuesday, September 13, 2022 4:43 PM
**To:** Bacco, Laura (NYC-UMW) <Laura.Bacco@umww.com>; Brian Pasco <Brian.L.Pasco@usps.gov>; Shalene Starr <shalene.m.starr@usps.gov>; latonia e simmons <latonia.e.simmons@usps.gov>
**Cc:** Tapia, James (NYC-UMW) <James.Tapia@umww.com>
**Subject:** RE: [EXTERNAL] Avoid Surcharge Optimization

Hi Laura,

Lets make the shift into display.

Michael Bottenberg
Digital Brand Marketing | United States Postal Service
Cell:
michael.r.bottenberg@usps.gov

**From:** Bacco, Laura (NYC-UMW) <Laura.Bacco@umww.com>
**Sent:** Tuesday, September 13, 2022 1:29 PM
**To:** Bottenberg, Michael R - Washington, DC <Michael.R.Bottenberg@usps.gov>; Pasco, Brian L - Washington, DC <Brian.L.Pasco@usps.gov>; Starr, Shalene M - Washington, DC <shalene.m.starr@usps.gov>; Simmons, La Tonia E - Washington, DC <latonia.e.simmons@usps.gov>
**Cc:** Tapia, James (NYC-UMW) <James.Tapia@umww.com>
**Subject:** [EXTERNAL] Avoid Surcharge Optimization

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.


Exhibit Karpenko 46 8-10-23

Hi Mike,

Hope all is well!

We are reaching out with a potential optimization for Avoid Surcharge. We recommend shifting ▮ from Social into Display. FB/IG continues to see increases in CPMs YoY due to increased demand and competition across platform, a result of m▮ conditions and platform updates. For Avoid Surcharge in particular, we are currently seeing a ▮ CPFC. Display OBM has a fixed CPL of ▮ for this campaign and does have opportunity to scale based on current inventory. With this shift, we will increase our projected leads with display and hopefully improve social performance, with lower daily spend goals for the remainder of the campaign.

Let us know if it is feasible to receive alignment on this shift EOD today. Apologies for the need for a swift approval - we would like to action as soon as possible this week. Let us know if you have any questions.

Thank you!
Laura

Laura Bacco
**Partner, Portfolio Management**

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

Highly Confidential

USPS-ADS-0000620145