# DTX 1341
# (USPS-ADS-0000104815)
# (Excerpt)
# (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties

# WORKLOAD REVIEW



Confidential

USPS-ADS-0000104818

# UNEXPECTED WORKLOAD IMPACT

## FY22

- USPS Connect rollout locally in Texas
    - Local plans (e.g. Kansas City, Northern NJ) canceled
- Connect rollout market by market
    - Unexpected for Yr 9 but written into Year 2.1 SOW
- Evolving direction for Spring campaign
    - December incremental budget confirmation
    - ███████████████████████████
- Delayed creative launches for ███████
    - ███ delays and unit mix conversions
    - ███████████████████████ delays
    - Asset delays led to cancelation of ███
    - ███ pushes resulted in some PSA inventory

- ███████████████████████████████
- Recruitment (multi-media plan)
    - New for FY22; written into SOW for FY23 hiring
- SEO audit of ecommerce platforms

## FY23

- Split National TV buy
    - AMJ purchase as addition to upfront
    - JAS TBD



CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.
Confidential

3

USPS-ADS-0000104819

# YEAR 10 MIDYEAR CHECK

- Equity Campaigns (2 + 1)
  - Holiday
  - Returns Ready
  - Well Orchestrated will be planned separately

- National Corporate Priority Campaigns (2 – 1)
  - Recruitment underway
  - Vote by Mail not required

- National Product Rollout
  - Connect – Complete

- Reporting projection
  - Lead Gen
  - 



UNITED STATES POSTAL SERVICE. | UM

Confidential

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

USPS-ADS-0000010482



# YEAR 10 CAMPAIGN REPORTING CHANGES FROM GOING IN TO CURRENT

## Going-in

| Campaign Name | Digital Reporting (A) | | Additional elements | |
|---|---|---|---|---|
| | Length of campaign | Frequency | Amount | Assisted Conversions (B) | KPI Projections |

## Current

| Campaign Name | Digital Reporting (A) | | Additional elements | |
|---|---|---|---|---|
| | Length of campaign | Frequency | Amount | Assisted Conversions (B) | KPI Projections |

CONFIDENTIAL & PROPRIETARY. Authorized USPS, McCann Worldgroup and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential 5

UNITED STATES POSTAL SERVICE.

USPS-ADS-0000104825

# MEDIA CALL-OUTS

USPS-ADS-000010481

CONFIDENTIAL & PROPRIETARY / Authorized Uses Only. Neither Withdrawal, measurable, denotes any sale, disclosure, or distribution of the materials to set permitted to any unauthorized persons or third parties except to writer agreement of the opposite.

UNITED STATES POSTAL SERVICE

Confidential

# HIGH IMPACT PLACEMENTS DRIVING STRONG RESULTS FOR BOTH DFA AND CONNECT LOCAL



Tampa OOH



Social Boost (Contextual)
CPLPH:



Ogury CPLPH

Kargo CPLPH

CONFIDENTIAL & PROPRIETARY. Authorized USPS, MC.com Workgroups and authorized employees only. Lack, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the changing.

Confidential

USPS-ADS-0000010482

# NEW: HOLIDAY AUDIENCE ATTITUDINAL APPROACH

## HOLIDAY OPPORTUNITY AUDIENCE - 73M



| FAMILY VALUE SEEKERS | EMERGING TRENDSETTERS | ESTABLISHED NESTERS | AMBITIOUS PIONEERS |

PRIMARY — SECONDARY

FROM: Niche behavioral segments based on Shipping occasion and frequency

⬆

TO: Expanding our broad target & doing an attitudinal segmentation based on psychographics to uncover motivations & relevance

UNITED STATES POSTAL SERVICE.
CONFIDENTIAL & PROPRIETARY. Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.
Confidential
USPS-ADS-0000010482

# MEDIA IS PROJECTED TO DRIVE ▮▮▮ LEADS FOR FY22

- Media has garnered ▮▮▮ leads year to date (through 9/30), delivering ▮▮▮ of adjusted projected leads for FY22.
- ▮▮▮ continues to prove effective in achieving lead projections given fixed CPL buy model, guaranteeing leads delivery.
- ▮▮▮ has seen fluctuations across campaigns for CPL deliveries in comparison to projections due to increased costs YoY, a result of market conditions and increased competition.
- Select campaigns to date did fall short of campaign projected leads, however, given efficiencies in Evergreen Search, projected to deliver in full on total FY22 adjusted projected leads.
- Evergreen Search is seeing increased efficiencies compared to projections, currently ▮▮▮ more efficient CPFCs than projected.




UNITED STATES POSTAL SERVICE

USPS-ADS-0000104821

Confidential

# MARKETING MIX MODELS REVEAL A RETURN OF ███ IN FY21 FOR EACH MEDIA DOLLAR SPENT

- **Most recent results showed Holiday FY22 at ███ ROAS**
- Substantiated presence in traditional media
- Best practice involves launching in early November
- Certain tactical best practices mirror non-peak while others differ from peak to non-peak

<br/>

- ███ in media-driven revenue between FY19-FY21
- All revenue channels benefit from marketing support
- ███ approach pays out with higher ROAS vs. ███
- Further deep-dive analyses show the revenue contribution from each medium



**Impact across all revenue channels**

FY21 Results:
- ███ of all Revenue is driven by Media
- ███ of Commercial
- ███ of Retail
- ███ of Digital

Media-driven Revenue by Product Category - FY 2021

At ███ of the budget, ███ delivers ███ of media-driven revenue

CONFIDENTIAL & PROPRIETARY. Authorized USPS, McCann Worldgroup and allowed agencies only. Use, exclusive consolidation of this material is not permitted to any unauthorized persons or third parties except by written consent of the foregoing.

Confidential

USPS-ADS-000010482

# Round 2 of BHT Marketing Mix again showed strong correlations with Media

- Contributions to certain Brand Health KPIs, between ▮▮▮▮ were stronger than Revenue
- Optimization tools help prioritize media mix to maximize both Revenue and important Equity KPIs
  - ▮▮▮▮ were by far the largest contributors to Consumer KPIs
  - ▮▮▮▮ were also strong for Commercial, but joined more closely by several channels including ▮▮▮▮



Media Impact on Equity KPIs

Base + Media represents Top 2 Box average from BHT data Oct 2018 – Sept 2021
* Media contribution to consumer sales: 6.6%; commercial sales: 2.2%
UNITED STATES POSTAL SERVICE.
Confidential
CONFIDENTIAL & PROPRIETARY. Authorized Users, McCann Worldgroup and authorized agencies only. Unauthorized disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the Assignee.
USPS-ADS-000010482

# MODELING CONDUCTED A DRIVER'S ANALYSIS TO HELP SET COMMUNICATION OBJECTIVES*

- Relative importance of Equity KPIs driving to purchase (Claimed Purchase in Past 1 Month)



*FFM Phase 1 complete

UNITED STATES POSTAL SERVICE.
CONFIDENTIAL & PROPRIETARY. Authorized USPS, McCann Worldgroup and authorized agents only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the charging.
Confidential
USPS-ADS-00001048

# UPDATED DASHBOARDS ARE BEING ROLLED OUT



CONFIDENTIAL & PROPRIETARY. Authorized USPS, McCann Worldgroup and passed agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000010485

# THOUGHT LEADERSHIP

Sept
- Cookie-Less Futureproof Livestream Series: Session #1
- Holiday eCommerce Trends & Implications

October:
- Equity Session Recap
- Fall US Ad Forecast
- IAC's Dotdash (about.com) acquires Meredith

November:
- Media Responsibility Update: Facebook Client Forum

January:
- CES Virtual Sessions
- Gaming
- Top 5 Innovations of 2021
- Future of Talent & Recruitment

March:
- Our Now and Next Audience

May
- Texas HB20 Social Media legislation
- Roe v Wade Legislation impact

July
- Impact of data collection on brand trust
- Elon Musk and Twitter
- Netflix ad deal with Microsoft

August
- Twitter whistleblower



CONFIDENTIAL & PROPRIETARY - Authorized USPS, Mediabrands Worldgroup, and outside agencies only. Use, disclosure, or distribution of this materials, not permitted to any unauthorized persons, or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-000010483

16

SAVINGS

CONFIDENTIAL & PROPRIETARY / Attorneys' Eyes Only. May not be disclosed, or distribution of the materials is restricted to, any unauthorized persons or third parties absent by written agreement of the requester.

UNITED STATES POSTAL SERVICE

USPS-ADS-0000010483

Confidential

# FY22 BELOW MARKET INFLATION GENERATED ▮ IN COST SAVINGS

- FY22 rate of change beat the industry by ▮
  - Broadcast TV: ▮
  - Cable TV: ▮
  - Hispanic TV: ▮
  - Total: ▮

FY23 COST SAVINGS STILL TO BE CALCULATED

| FY22 Oct - Sept | MAGNA | Market | Dif | Net Budget | % Spend | Estimated Savings |
|---|---|---|---|---|---|---|
| Broadcast | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Cable | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Hispanic | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Total** | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Source: MAGNA Intelligence

Confidential USPS-ADS-000001048

# MAGNA Negotiation example: One YouTube Deal

- Registering YouTube Select (reserved) and TrueView (auction) dollars upfront and activating via DV360 unlocks several benefits for USPS

**▶ YouTube Select**
- CPM-based benefits negotiated in upfront
- Access to top YouTube inventory upfront
- Access to sponsorships

CPM Discounts*

\+

**▶ YouTube**
- Upfront auction investment fuels "YouTube media credits" for use on future auction campaigns

2.5% Invoice Credit

### Key Benefits to USPS
- Auction credits can be used as savings or reinvested
- Consolidating Select & TrueView via DV360 and MTK enables:
  - Better reach/frequency control for more efficient performance
  - As well as better brand safety and suitability control

### Future Opportunity:
- We currently activate non-Google CTV via TTD but Hulu within DV360 is a consideration for FY'23

## USPS DV360 Investment in 21/22

- Total YouTube =
  - Select =
  - TrueView =



TrueView Invoice Credits Earned to Date | TrueView Invoice Credits Hitting Commitment | Estimated Select CPM Discount Savings



*CPM discounts is TBD based on investment*
USPS-ADS-000010485
UNITED STATES POSTAL SERVICE
CONFIDENTIAL & PROPRIETARY. Addressees, USPS, McCann Worldgroup and auxiliary regularly only. Such disclosure, dissemination of this material is not permitted to any unauthorized 3rd parties except by written agreement of the 4 agents.
Confidential



# Orion Savings example: Roku OneView

- USPS was first IPG client to leverage Roku's OneView platform deal with Orion.

## Benefits of OneView as a Platform

- Access Roku's immense first party data set (Roku ID)
- Reach 4 out of 5 homes in the U.S. inclusive of the most cord cutters of any platform
- Ability to conquest competitors and extend linear TV reach

## Orion Benefits

- 3% Savings on Roku OneView Investment (net media)





Roku OneView estimated savings

## Activation in FY'22 (21/22)

- Campaigns = Holiday & DFA/Connect
- Total OneView Investment = (thru 9/7)

CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.

Confidential

USPS-ADS-00001048

## PROJECTED FY22 ORION SAVINGS

- Orion Capital operates by investing with media owners to create leverage that delivers client savings on select media
  - USPS has opted into Orion through a Specialty Services Agreement
  - This allows UM to tap into Orion when they have better rates through these deals without a change in plans or inventory
  - Savings are delivered back to USPS as a percentage of participating billings, after reconciliation
- As Orion partnerships have grown, so has USPS cash back



CONFIDENTIAL & PROPRIETARY. Authorized Users: McCann Worldgroup and authorized agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the parties.

Confidential

USPS-ADS-0000010485



## DEAR SANTA: THE SERIES

- A derivative work sold to ABC Local
- 6 stand-alone episodes for Holiday FY23
- ABC owned-stations and then Hulu
- Studio worked with Orion to gain full funding:
  Estimated valued: ▇



UNITED STATES POSTAL SERVICE.
CONFIDENTIAL & PROPRIETARY: Authorized USPS, McCann Worldgroup, and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement of the foregoing.
Confidential
USPS-ADS-000010485