# DTX 1351
# (USPS-ADS-0000623759)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

| | |
|---|---|
| From: | Ernst, Laura (NYC-UMW) <Laura.Ernst@umww.com> |
| To: | Pasco, Brian L - Washington, DC |
| CC: | Knopf, Michael (NYC-UMW); McGregor, Douglas (NYC-UMW); Zavala, Stephanie M - Washington, DC - Contractor; Camp, Troy - Washington, DC; Ernst, Laura (NYC-UMW); Starr, Shalene M - Washington, DC; Pasco, Brian L - Washington, DC; Bottenberg, Michael R - Washington, DC; Ernst, Laura (NYC-UMW); Wang, Lina (NYC-UMW) Antigua, Ianny (NYC-UMW) |
| Sent: | 9/20/2022 5:15:34 PM |
| Subject: | [EXTERNAL] Billing - FY'22 Q4 JAS - September |
| Attachments: | IUSP Master Invoice 2ACCSR-22-C-0028 0922 Billing Package 9.20.pdf; FY'22 Billing Workbook 091922.xlsx |

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Hi Brian,

Was great seeing you last week! Attached is the billing workbook and invoices for FY'22 Q4 September media for contract # 2ACCSR-22-C-0028. These are the last invoices for FY22.  The total MEDIA invoiced amount is ▮▮▮▮▮▮▮ September invoice covers DFA/Connect activity as well as Avoid Surcharge, Content Marketing, Equity Search, EDDM Evergreen Search, Evergreen Shipping & Marketing, Political Mail, Recruitment, and Travel Mail.  Also included are debits/credits from previous months activity.

Below outlines key details that to keep in mind when reviewing the workbook:

**Broadcast:**
The September broadcast invoice total is ▮▮▮▮▮▮ or Equity/DFA Connect TV across cable, network, and syndication. Included is a net debit of ▮▮▮▮▮ from previous months activity.

**Previous months activity: Net Debit of ▮▮▮▮▮**
- ▮▮▮▮▮ net credit for May/Jun/Jul/Aug Network TV
- ▮▮▮▮▮ net debit for AMJ/Jul/Aug Cable TV

**Print:**
The September invoice for Print is ▮▮▮▮ This is for DFA/Connect local print previously not billed.

**Radio/Local:**
The September terrestrial radio invoice total is ▮▮▮▮▮ This is for network terrestrial radio (GM, HA, AA) and local DFA/Connect & Recruitment radio and includes a ▮▮▮▮ net debit from previous months activity.

**Previous months activity: Net Debit of ▮▮▮▮▮**
- ▮▮▮▮ credit for July Connect local radio
- ▮▮▮▮ net debit for Jul/Aug Connect network radio

**Search:**
The September search invoice totals ▮▮▮▮▮ This is for Equity (GM & Hispanic), Avoid Surcharge, Content Marketing, DFA/Connect, EDDM Evergreen, Evergreen Shipping & Marketing, Political Mail, and Recruitment.  Also included is a net debit of ▮▮▮▮▮ from August activity.

**Previous months activity: Net Credit of ▮▮▮▮▮**
- 
- 
- 
- 
- 

**Social:**
The Social invoice for September is ▮▮▮▮▮ for DFA/Connect, Avoid Surcharge, Content Marketing, Political Mail Recruitment, Travel Mail, and includes an net debit of ▮▮▮▮▮ from previous months activity.

**Previous months activity: Net Debit of ▮▮▮▮▮**
- 
- 
- 
- 
- 



EXHIBIT
tabbies
139
9.26.23

**Digital Display/Video & Ad Serving:**
This month's invoice is ▮▮▮▮▮ or September DFA/Connect, Avoid Surcharge, Content Marketing, Political Mail, Recruitment, Travel Mail, Winter Holiday Mail, and various AdServing costs. Also included is a net debit of ▮▮▮▮▮ from previous months activity.

USPS-ADS-0000623759

**Previous months activity: Net Debit of** 

**Streaming Audio:**
The September invoice for Digital Radio is ███████ for DFA/Connect radio & Podcasting and includes a net debit of ███████ from previous months activity.

**Previous months activity: Net debit of** ███████
- A net credit ███████ or DFA/Connect podcasting activity
- A net credit of ███████ or DFA/Connect streaming radio

**OOH:**
The September invoice for OOH is ███████ This is for JAS Recruitment DOOH activity & Rapport fee.

As always, please review and let us know if you have any questions.

Thanks!
-Laura

**UM** **Laura Ernst**
PARTNER, Portfolio Management Operations
617-279-1892

| Global Media Agency of the Year | Top Workplace in the US | Wave Leader Global Media Agencies |
| campaign | | FORRESTER |

This message contains information which may be confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

USPS-ADS-0000623760

BILL TO:

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard - Program Resource Coordinator

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET
## NEW YORK, NY 10001
## INVOICE DETAIL

Master Invoice Number: 2ACCSR-22-C-0028 0922

Invoice Date:  September 20, 2022

CONTRACT LINE ITEM 000

Bill Month: September 2022

| Description | Detail | Amount | Delivery Order | Finance No | Campaign Name |
|---|---|---|---|---|---|
| All Media | 2ACCSR-22-C-0028/0922 | ███ | 2ACCSR-22-C-0028 | 677830 | September Media |

Master Invoice Grand Total: ███

*** Remittance Address ***

Universal McCann
P.O. BOX 74008228
CHICAGO, IL  60674-8228

Highly Confidential

USPS-ADS-0000623761

USPS-ADS-0000623762

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_AMI_VID_BUSE_Spring_

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801405 | SPRING EQUITY HA | 22-100 | 2ACCSR-22-C-0028 | ▉ |
| DIGITAL | IA09-801406 | SPRING EQUITY HA | 22-100 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801407 | SPRING EQUITY HA | 22-100 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022

FINANCE #: 677830

CAMPAIGN NAME:  1USP_FY22_AMJ_VID_BUSE_Spring_

Invoice Date: September 19 , 2022

Invoice Due Date:   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801387 | GENERAL | 22-101 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801388 | GENERAL | 22-101 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801389 | GENERAL | 22-101 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623783

USPS-ADS-0000623784

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**

**Invoice Date:** September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| CONSUMER MAGS | 1USP_FY22_AMJ_PRINT_BUSE_Sprin MG09-801592 | PRING EQUITY GM | 22-107 | 2ACCSR-22-C-0028 | ■ |

TOTAL FOR T.O.

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19, 2022

**BILL MONTH:**   September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**   1USP_FY22_AMJ_SOC_GDE_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801539 | GENERAL | 22-110 | 2ACCSR-22-C-0028 | ███ |
| DIGITAL DISPLAY | DG09-801540 | GENERAL | 22-110 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623765

USPS-ADS-0000623766

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_AMI_SOC_Content Mark

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801542 | GENERAL | 22-121 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801543 | GENERAL | 22-121 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801544 | GENERAL | 22-121 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:** 677830

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

**CAMPAIGN NAME:**  1USP_FY22_AMJ_SOC_ConnectRetur

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801545 | GENERAL | 22-124 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801546 | GENERAL | 22-124 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623767

USPS-ADS-0000623768

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**   1USP_FY22_AMJ_DIS_BUSE_Spring_

**Invoice Date:** September 19 , 2022

**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801346 | GENERAL | 22-137 | 2ACCSR-22-C-0028 | ■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**  1USP_FY22_AMJ_DIS_BUSE_Spring

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801403 | SPRING EQUITY HA | 22-138 | 2ACCSR-22-C-0028 | ██ |
| DIGITAL DISPLAY | DG09-801404 | SPRING EQUITY HA | 22-138 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:0210000322

Highly Confidential

USPS-ADS-0000623769

USPS-ADS-0000623770

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_AMJ_AUD_BUSE_Spring_

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801601 | PRING EQUITY GM | 22-141 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801602 | PRING EQUITY GM | 22-141 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service – Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:  September, 2022

FINANCE #: 677830

CAMPAIGN NAME:  1USP_FY22_AMI_AUD_BUSE_Spring_

Invoice Date: September 19 , 2022
Invoice Due Date:   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801626 | SPRING EQUITY HA | 22-144 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623771

USPS-ADS-0000623772

# Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_AMI_AUD_BUSE_Spring_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801622 | SPRING EQUITY HA | 22-145 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**  1USP_FY22_AMJ_AUD_BUSE_Spring_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801603 | -PRING EQUITY GN | 22-149 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801604 | -PRING EQUITY GN | 22-149 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801605 | -PRING EQUITY GN | 22-149 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623773

USPS-ADS-0000623774

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**  1USP_FY22_AMJ_SOC_DFA/Connect_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801548 | GENERAL | 22-152 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801549 | GENERAL | 22-152 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801550 | GENERAL | 22-152 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**   September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_SRC_Recruitment_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801347 | GENERAL | 22-158 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801348 | GENERAL | 22-158 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623775

USPS-ADS-0000623776

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022
FINANCE #:  677830
CAMPAIGN NAME:   1USP_FY22_IAS_ADS_Recruitment_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801365 | GENERAL | 22-159 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801366 | GENERAL | 22-159 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623777

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_SRC_Equity_GEN

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801349 | GENERAL | 22-166 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801350 | GENERAL | 22-166 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

BILL MONTH:  September, 2022
FINANCE #:  677830
CAMPAIGN NAME:  1USP_FY22_JAS_ADS_Equity_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801367 | GENERAL | 22-167 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801368 | GENERAL | 22-167 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623778

USPS-ADS-000623779

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_JAS_SRC_Equity_Hispa

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801351 | GENERAL | 22-168 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801352 | GENERAL | 22-168 | 2ACCSR-22-C-0028 | |

**TOTAL FOR T.O.**

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623780

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

BILL MONTH:   September, 2022
FINANCE #:  677830
CAMPAIGN NAME:   1USP_FY22_IAS_ADS_Equity_Hispa

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801369 | GENERAL | 22-169 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801370 | GENERAL | 22-169 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623781

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_IAS_SRC_DFA_Connect_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801353 | GENERAL | 22-170 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801354 | GENERAL | 22-170 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623782

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

BILL MONTH:  September, 2022

FINANCE #:  677830

CAMPAIGN NAME:  1USP_FY22_JAS_ADS_DFA_CONNECT_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801371 | GENERAL | 22-171 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801372 | GENERAL | 22-171 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_IAS_DIS_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # |
|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801597 | PRING EQUITY GN | 22-172 | 2ACCSR-22-C-0028 |

TOTAL FOR T.O.

**Amount**

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623783

USPS-ADS-0000623784

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_DIS_BUSE_Spring_

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801569 | GENERAL | 22-173 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801570 | GENERAL | 22-173 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623785

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_JAS_DIS_BUSE_Spring_

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**  October 19 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801416 | SPRING EQUITY AA | 22-174 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801421 | SPRING EQUITY AA | 22-174 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801586 | SPRING EQUITY AA | 22-174 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623786

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_DIS_BUSE_Spring_

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801415 | GENERAL | 22-175 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801419 | GENERAL | 22-175 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801537 | GENERAL | 22-175 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-000623787

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_DIS_BUSE_Spring_

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801417 | SPRING EQUITY HA | 22-176 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801422 | SPRING EQUITY HA | 22-176 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801621 | SPRING EQUITY HA | 22-176 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022

FINANCE #:  677830                                          Invoice Date:  September 19 , 2022

CAMPAIGN NAME:   1USP_FY22_JAS_DIS_BUSE_Spring_           Invoice Due Date:   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801538 | GENERAL | 22-177 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801554 | GENERAL | 22-177 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801555 | GENERAL | 22-177 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801556 | GENERAL | 22-177 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623788

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JAS_SOC_DFA/Connect_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19, 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801557 | GENERAL | 22-180 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801558 | GENERAL | 22-180 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-000623789

USPS-ADS-0000623790

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JAS_VID_BUSE_Spring_

**Invoice Date:** September 19, 2022

**Invoice Due Date:** October 19, 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801424 | PRING EQUITY GM | 22-182 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801428 | PRING EQUITY GM | 22-182 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801429 | PRING EQUITY GM | 22-182 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801430 | PRING EQUITY GM | 22-182 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH-021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**   1USP_FY22_IAS_VID_BUSE_Spring

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801413 | GENERAL | 22-183 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801423 | GENERAL | 22-183 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801425 | GENERAL | 22-183 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801426 | GENERAL | 22-183 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address \*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623791

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_VID_BUSE_Spring_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801412 | SPRING EQUITY HA | 22-184 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801408 | SPRING EQUITY HA | 22-184 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801409 | SPRING EQUITY HA | 22-184 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801410 | SPRING EQUITY HA | 22-184 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801411 | SPRING EQUITY HA | 22-184 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623792

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022

FINANCE #: 677830

CAMPAIGN NAME:   1USP_FY22_JAS_VID_BUSE_Spring

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022



| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801390 | GENERAL | 22-185 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801391 | GENERAL | 22-185 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801392 | GENERAL | 22-185 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623793

USPS-ADS-0000623794

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  FY22 Q3 JAS EQUITY/DFA CONNECT

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| CABLE | CB09-801431 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| CABLE | CB09-801432 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| CABLE | CB09-801433 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801434 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801436 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801438 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801439 | PKG | 22-186 | 2ACCSR-22-C-0028 | |
| SYNDICATION | SY09-801440 | PKG | 22-186 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_JAS_AUD_BUSE_Spring_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801589 | SPRING EQUITY AA | 22-189 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801590 | SPRING EQUITY AA | 22-189 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801591 | SPRING EQUITY AA | 22-189 | 2ACCSR-22-C-0028 | |

**TOTAL FOR T.O.**

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623795

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_JAS_AUD_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801587 | SPRING EQUITY AA | 22-190 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801588 | SPRING EQUITY AA | 22-190 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

USPS-ADS-0000623796

Highly Confidential

USPS-ADS-0000623797

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_IAS_AUD_BUSE_Spring_

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801627 | SPRING EQUITY HA | 22-191 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801628 | SPRING EQUITY HA | 22-191 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801629 | SPRING EQUITY HA | 22-191 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**   September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**   1USP_FY22_JAS_AUD_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801623 | SPRING EQUITY HA | 22-192 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801624 | SPRING EQUITY HA | 22-192 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801625 | SPRING EQUITY HA | 22-192 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, Il 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623798

USPS-ADS-0000623799

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_IAS_AUD_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801615 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801616 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801617 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801618 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801619 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801620 | PRING EQUITY GN | 22-193 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623800

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_AUD_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801606 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801607 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801608 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801609 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801610 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801611 | PRING EQUITY GM | 22-194 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** USPS 3Q 2022 GM RADIO

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX09-801522 | GENERAL | 22-195 | 2ACCSR-22-C-0028 | |
| SPOT NETWORK | NX09-801523 | GENERAL | 22-195 | 2ACCSR-22-C-0028 | |
| SPOT NETWORK | NX09-801524 | GENERAL | 22-195 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-000623801

USPS-ADS-0000623802

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  USPS 3Q RADIO AA

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX09-801329 | GENERAL | 22-196 | 2ACCSR-22-C-0028 | |
| SPOT NETWORK | NX09-801330 | GENERAL | 22-196 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  USPS NATIONAL RADIO 3Q HA

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX09-801441 | GENERAL | 22-197 | 2ACCSR-22-C-0028 | |
| SPOT NETWORK | NX09-801442 | GENERAL | 22-197 | 2ACCSR-22-C-0028 | |
| SPOT NETWORK | NX09-801443 | GENERAL | 22-197 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-000623803

USPS-ADS-0000623804

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

BILL MONTH:  September, 2022
FINANCE #:  677830
CAMPAIGN NAME:   1USP_FY22_AMI_Display_BUSE_Spr

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801593 | PRING EQUITY GM | 22-203 | 2ACCSR-22-C-0028 | ███████ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623805

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  FY22 IAS USPS CONNECT

**Invoice Date:** September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT RADIO | RA09-801332 | GENERAL | 22-205 | 2ACCSR-22-C-0028 | |
| SPOT RADIO | RA09-801333 | GENERAL | 22-205 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:  September, 2022

FINANCE #:  677830

CAMPAIGN NAME:  1USP_FY22_IAS_Display_BUSE_Spr

Invoice Date:  September 19 , 2022

Invoice Due Date:  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801399 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801400 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801401 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801402 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801594 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801595 | PRING EQUITY GM | 22-209 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623806

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_IAS_Display_BUSE_Spr

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801420 | GENERAL | 22-210 | 2ACCSR-22-C-0028 | ▮ |
| DIGITAL | IA09-801427 | GENERAL | 22-210 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801568 | GENERAL | 22-210 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-000623807

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_Display_LEAD_Win

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801643 | NTER HOLIDAY M, | 22-211 | 2ACCSR-22-C-0028 | ■ |

**TOTAL FOR T.O.**

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623808

USPS-ADS-0000623809

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_DIS_LEAD_Content

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801418 | )NTENT MARKETI٨ | 22-214 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801527 | )NTENT MARKETI٨ | 22-214 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623810

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022
**FINANCE #:**   677830
**CAMPAIGN NAME:**   1USP_FY22_JAS_FEE_CUST_Shippin

**Invoice Date:**   September 19 , 2022
**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801343 | ONTENT MARKETIN | 22-215 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801344 | ONTENT MARKETIN | 22-215 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623811

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JAS_SRC_Content Mark

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801355 | GENERAL | 22-216 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801356 | GENERAL | 22-216 | 2ACCSR-22-C-0028 | |

**TOTAL FOR T.O.**

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623812

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_IAS_ADS_Content Mark

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801373 | GENERAL | 22-217 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801374 | GENERAL | 22-217 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623813

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_SOC_Content Mark

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801551 | GENERAL | 22-218 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801552 | GENERAL | 22-218 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801553 | GENERAL | 22-218 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623814

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

Invoice Date:  September 19 , 2022
Invoice Due Date:  October 19 , 2022

BILL MONTH:  September, 2022
FINANCE #:  677830
CAMPAIGN NAME:  1USP_FY22_JAS_SRC_EVGS_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801357 | GENERAL | 22-220 | 2ACCSR-22-C-0028 | ████ |
| DIGITAL SEARCH | DG09-801358 | GENERAL | 22-220 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_JAS_ADS_EVGS_GEN

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801375 | GENERAL | 22-221 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801376 | GENERAL | 22-221 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-000623815

USPS-ADS-0000623816

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19, 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_SRC_EVGM_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801359 | GENERAL | 22-222 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801360 | GENERAL | 22-222 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_JAS_ADS_EVGM_GEN

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801377 | GENERAL | 22-223 | 2ACCSR 22-C-0028 | |
| DIGITAL SEARCH | DG09-801378 | GENERAL | 22-223 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623817

USPS-ADS-0000623818

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**   1USP_FY22_JAS_SRC_EDDM_GEN

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801361 | GENERAL | 22-224 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801362 | GENERAL | 22-224 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_ADS_EDDM_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801379 | GENERAL | 22-225 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801380 | GENERAL | 22-225 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

USPS-ADS-0000623819

Highly Confidential

USPS-ADS-0000623820

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_Display_LEAD_Pol

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801579 | POLITICAL MAIL | 22-231 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801580 | POLITICAL MAIL | 22-231 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801581 | POLITICAL MAIL | 22-231 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service – Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_IAS_Fee_LEAD_Marketi

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801576 | POLITICAL MAIL | 22-232 | 2ACCSR-22-C-0028 | ■■■■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623821

USPS-ADS-0000623822

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_IAS_SOC_PoliticalMai

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801582 | POWER OF MAIL | 22-233 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801583 | POWER OF MAIL | 22-233 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19, 2022
**Invoice Due Date:** October 19, 2022

**BILL MONTH:** September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:** 1USP_FY22_JAS_SRC_Political Ma

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801363 | GENERAL | 22-234 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801364 | GENERAL | 22-234 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623823

USPS-ADS-0000623824

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_ADS_Political Ma

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801381 | GENERAL | 22-235 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801382 | GENERAL | 22-235 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JAS_Display_RECR_Nat

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801396 | RECRUITMENT | 22-238 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801397 | RECRUITMENT | 22-238 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801398 | RECRUITMENT | 22-238 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623825

USPS-ADS-0000623826

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022
FINANCE #:  677830
CAMPAIGN NAME:   1USP_FY22_JAS_Display_RECR_Nat

Invoice Date:  September 19 , 2022
Invoice Due Date:   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801395 | RECRUITMENT | 22-239 | 2ACCSR-22-C-0028 | ■■■ |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623827

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

BILL MONTH:   September, 2022

FINANCE #:  677830

CAMPAIGN NAME:   1USPS_FY22_IAS_SOC_Recruitment

Invoice Date:  September 19 , 2022

Invoice Due Date:   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801584 | RECRUITMENT | 22-241 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801585 | RECRUITMENT | 22-241 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623828

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  480 AND 481
**CAMPAIGN NAME:**  USPS RECRUITMENT 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| OUT-OF-HOME | OH09-071248 | STATES POSTAL S | 244 AND 22-. | 2ACCSR-22-C-0028 | |
| OUT-OF-HOME | OH09-071249 | STATES POSTAL S | 244 AND 22-. | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623829

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_IAS_Display_LEAD_No

**Invoice Date:**  September 19 , 2022

**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801342 | AVOID SURCHARGE | 22-246 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623830

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**   September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**   1USP_FY22_IAS_SRC_Avoid Surcha

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**   October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL SEARCH | DG09-801384 | GENERAL | 22-247 | 2ACCSR-22-C-0028 | |
| DIGITAL SEARCH | DG09-801385 | GENERAL | 22-247 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623831

**Universal McCann Worldwide, Inc.**
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USPS_FY22_JAS_SOC_AvoidSurcha

**Invoice Date:** September 19, 2022
**Invoice Due Date:** October 19, 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801525 | VOID SURCHARGI | 22-248 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801526 | VOID SURCHARGI | 22-248 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623832

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_JAS_Display_LEAD_Tra

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIG PROGRAMMTIC | DG09-801638 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801639 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |
| DIG PROGRAMMTIC | DG09-801640 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801635 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801636 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801637 | SUMMER TRAVEL | 22-249 | 2ACCSR-22-C-0028 | |

**TOTAL FOR T.O.**

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, Il 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** 1USP_FY22_JAS_Fee_LEAD_Marketi

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801632 | SUMMER TRAVEL | 22-250 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801633 | SUMMER TRAVEL | 22-250 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801634 | SUMMER TRAVEL | 22-250 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623833

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USPS_FY22_JAS_SOC_TravelMail_

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL DISPLAY | DG09-801630 | SUMMER TRAVEL | 22-251 | 2ACCSR-22-C-0028 | |
| DIGITAL DISPLAY | DG09-801631 | SUMMER TRAVEL | 22-251 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623834

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  TRUCKER RADIO RECRUITMENT

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| SPOT NETWORK | NX09-801331 | GENERAL | 22-252 | 2ACCSR-22-C-0028 | ███ |
| SPOT RADIO | RA09-801334 | GENERAL | 22-252 | 2ACCSR-22-C-0028 | |
| | | | | **TOTAL FOR T.O.** | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623835

Universal McCann Worldwide, Inc.
100 WEST 33RD STREET 8TH FLOOR
NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:** 677830
**CAMPAIGN NAME:**  1USP_FY22_IAS_FEE_CUST_NPF_GEN

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801414 | GENERAL | 22-253 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801571 | GENERAL | 22-253 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801572 | GENERAL | 22-253 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801573 | GENERAL | 22-253 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623836

USPS-ADS-0000623837

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:** September, 2022

**FINANCE #:** 677830

**CAMPAIGN NAME:** FY22 Q2 AMJ EQUITY/DFA CONNECT

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| CABLE | CB09-801335 | PKG | 22-97 | 2ACCSR-22-C-0028 | |
| CABLE | CB09-801336 | PKG | 22-97 | 2ACCSR-22-C-0028 | |
| CABLE | CB09-801337 | PKG | 22-97 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801339 | PKG | 22-97 | 2ACCSR-22-C-0028 | |
| NETWORK | NT09-801341 | PKG | 22-97 | 2ACCSR-22-C-0028 | |

TOTAL FOR T.O.

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623838

## Universal McCann Worldwide, Inc.
### 100 WEST 33RD STREET 8TH FLOOR
### NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**  September, 2022
**FINANCE #:**  677830
**CAMPAIGN NAME:**  1USP_FY22_AMJ_VID_BUSE_Spring_

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801598 | PRING EQUITY GM | 22-98 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801599 | PRING EQUITY GM | 22-98 | 2ACCSR-22-C-0028 | |
| DIGITAL | IA09-801600 | PRING EQUITY GM | 22-98 | 2ACCSR-22-C-0028 | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

USPS-ADS-0000623839

**Universal McCann Worldwide, Inc.**
**100 WEST 33RD STREET 8TH FLOOR**
**NEW YORK, NY 10001**

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022

**FINANCE #:**  677830

**CAMPAIGN NAME:**  1USP_FY22_AMI_VID_BUSE_Spring_

**Invoice Date:** September 19 , 2022

**Invoice Due Date:** October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| DIGITAL | IA09-801386 | GENERAL | 22-99 | 2ACCSR-22-C-0028 | ▮ |
| | | | | **TOTAL FOR T.O.** | |

\*\*\* Remittance Address\*\*\*

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

Highly Confidential

USPS-ADS-0000623840

# Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC  20260
Attn: Kristin Brevard Program Resource Coordinator

**BILL MONTH:**  September, 2022
**FINANCE #:**  474 & 475
**CAMPAIGN NAME:**  USPS EQUITY CONNECT DOOH

**Invoice Date:**  September 19 , 2022
**Invoice Due Date:**  October 19 , 2022

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| OUT-OF-HOME | OH09-071246 | STATES POSTAL S I-200 & TASK SR-22-C-0028 & 2ACCSR-22-C | | | |
| OUT-OF-HOME | OH09-071247 | STATES POSTAL S I-200 & TASK SR-22-C-0028 & 2ACCSR-22-C | | | |
| | | | | TOTAL FOR T.O. | |

*** Remittance Address ***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number:  ACH:021000322

Highly Confidential

## Universal McCann Worldwide, Inc.
## 100 WEST 33RD STREET 8TH FLOOR
## NEW YORK, NY 10001

United States Postal Service - Marketing Services
475 L'enfant Plaza SW, Room 5410
Washington, DC 20260
Attn: Kristin Brevard Program Resource Coordinator

**Invoice Date:** September 19 , 2022
**Invoice Due Date:** October 19 , 2022

**BILL MONTH:**   September, 2022
**FINANCE #:** 474 & 475
**CAMPAIGN NAME:**   USPS EQUITY CONNECT DOOH

| Media Description | Detail Invoice Number | Product | Task Order # | Deliver Order # | Amount |
|---|---|---|---|---|---|
| | | | | | |

**Grand Total:**

*** Remittance Address***

Universal McCann
P.O Box 74008228
Chicago, IL 60674-8228
ABA Number: ACH:021000322

USPS-ADS-000623841

Highly Confidential

| USPS Fiscal | FY22 | | USPS Fiscal | FY22 |
|---|---|---|---|---|
| Exclude From Issuance? | NO | | Exclude From Issuance? | NO |

| Month of Activity | Sum of Actual Billed | | Billing Date | Sum of Actual Billed |
|---|---|---|---|---|

| USPS Fiscal | FY22 |
| Exclude From Issuance? | NO |

| Media Type (Invoice) | Moovc | Task Name | Task Order # | Delivery Order # | Media Type | Invoice Number | Inv Date | Sur |
|---|---|---|---|---|---|---|---|---|
| NETWORK | 05/01/22 FY'22 Q3 AMJ – DFA Connect - TV | 22-97 | 2ACCSR-22-C-0028 | Video | NT09-801339 | 9/19/22 | $ |
| NETWORK | 06/01/22 FY'22 Q3 AMJ – DFA Connect - TV | 22-97 | 2ACCSR-22-C-0028 | Video | NT09-801341 | 9/19/22 | $ |
| NETWORK | 07/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | NT09-801434 | 9/19/22 | $ |
| NETWORK | 08/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | NT09-801436 | 9/19/22 | $ |
| NETWORK | 09/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | NT09-801439 | 9/19/22 | $ |
| NETWORK | 09/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | NT09-801438 | 9/19/22 | $ |
| **NETWORK Total** | | | | | | | $ |
| SYNDICATION | 09/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | SY09-801440 | 9/19/22 | $ |
| **SYNDICATION Total** | | | | | | | $ |
| CABLE | 04/01/22 FY'22 Q3 AMJ – DFA Connect - TV | 22-97 | 2ACCSR-22-C-0028 | Video | CB09-801335 | 9/19/22 | $ |
| CABLE | 05/01/22 FY'22 Q3 AMJ – DFA Connect - TV | 22-97 | 2ACCSR-22-C-0028 | Video | CB09-801336 | 9/19/22 | $ |
| CABLE | 06/01/22 FY'22 Q3 AMJ – DFA Connect - TV | 22-97 | 2ACCSR-22-C-0028 | Video | CB09-801337 | 9/19/22 | $ |
| CABLE | 07/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | CB09-801431 | 9/19/22 | $ |
| CABLE | 08/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | CB09-801432 | 9/19/22 | $ |
| CABLE | 09/01/22 FY'22 Q4 JAS – DFA Connect - TV | 22-186 | 2ACCSR-22-C-0028 | Video | CB09-801433 | 9/19/22 | $ |
| **CABLE Total** | | | | | | | $ |
| CONSUMER MAGS | 05/01/22 FY'22 Q3 AMJ – Connect - Local Print | 22-107 | 2ACCSR-22-C-0028 | Print | MG09-801592 | 9/19/22 | $ |
| **CONSUMER MAGS Total** | | | | | | | $ |
| DIGITAL | 04/01/22 FY'22 Q3 AMJ – DFA Connect - GM Digital Video | 22-98 | 2ACCSR-22-C-0028 | Video | IA09-801598 | 9/19/22 | $ |
| DIGITAL | 04/01/22 FY'22 Q3 AMJ – DFA Connect - HA Digital Video | 22-100 | 2ACCSR-22-C-0028 | Video | IA09-801405 | 9/19/22 | $ |
| DIGITAL | 04/01/22 FY'22 Q3 AMJ – DFA Connect HA Digital Video - AdServing | 22-101 | 2ACCSR-22-C-0028 | Production | IA09-801387 | 9/19/22 | $ |
| DIGITAL | 04/01/22 FY'22 Q3 AMJ – DFA Connect Podcasting - AdServing | 22-149 | 2ACCSR-22-C-0028 | Production | IA09-801603 | 9/19/22 | $ |
| DIGITAL | 05/01/22 FY'22 Q3 AMJ – DFA Connect - GM Digital Video | 22-98 | 2ACCSR-22-C-0028 | Video | IA09-801599 | 9/19/22 | $ |
| DIGITAL | 05/01/22 FY'22 Q3 AMJ – DFA Connect - HA Digital Video | 22-100 | 2ACCSR-22-C-0028 | Video | IA09-801406 | 9/19/22 | $ |
| DIGITAL | 05/01/22 FY'22 Q3 AMJ – DFA Connect HA Digital Video - AdServing | 22-101 | 2ACCSR-22-C-0028 | Production | IA09-801388 | 9/19/22 | $ |
| DIGITAL | 05/01/22 FY'22 Q3 AMJ – DFA Connect Podcasting - AdServing | 22-149 | 2ACCSR-22-C-0028 | Production | IA09-801604 | 9/19/22 | $ |
| DIGITAL | 05/01/22 FY'22 Q3 AMJ – DFA Connect Streaming Audio - AdServing | 22-141 | 2ACCSR-22-C-0028 | Production | IA09-801601 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q4 JAS - DFA/Connect WSJ Custom - Production | 22-253 | 2ACCSR-22-C-0028 | Production | IA09-801571 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect - GM Digital Video | 22-98 | 2ACCSR-22-C-0028 | Video | IA09-801600 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect - HA Digital Video | 22-100 | 2ACCSR-22-C-0028 | Video | IA09-801407 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect GM Digital Video - AdServing | 22-99 | 2ACCSR-22-C-0028 | Production | IA09-801386 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect HA Digital Video - AdServing | 22-101 | 2ACCSR-22-C-0028 | Production | IA09-801389 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect HA Streaming Audio - AdServing | 22-145 | 2ACCSR-22-C-0028 | Production | IA09-801622 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect Podcasting - AdServing | 22-149 | 2ACCSR-22-C-0028 | Production | IA09-801605 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q3 AMJ – DFA Connect Streaming Audio - AdServing | 22-141 | 2ACCSR-22-C-0028 | Production | IA09-801602 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q4 JAS – DFA Connect - GM Digital Video | 22-182 | 2ACCSR-22-C-0028 | Video | IA09-801424 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q4 JAS – DFA Connect - HA Digital Video | 22-184 | 2ACCSR-22-C-0028 | Video | IA09-801408 | 9/19/22 | $ |
| DIGITAL | 06/01/22 FY'22 Q4 JAS – DFA Connect GM Digital Video - AdServing | 22-183 | 2ACCSR-22-C-0028 | Production | IA09-801423 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA/Connect Display - AdServing | 22-173 | 2ACCSR-22-C-0028 | Production | IA09-801569 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA/Connect WSJ Custom - Production | 22-253 | 2ACCSR-22-C-0028 | Production | IA09-801572 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS – Recruitment Display - AdServing | 22-239 | 2ACCSR-22-C-0028 | Production | IA09-801393 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA/Connect GM High Impact Display - AdServing | 22-210 | 2ACCSR-22-C-0028 | Production | IA09-801420 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS – DFA Connect - GM Digital Video | 22-182 | 2ACCSR-22-C-0028 | Video | IA09-801428 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS – DFA Connect - HA Digital Video | 22-184 | 2ACCSR-22-C-0028 | Video | IA09-801409 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS – DFA Connect GM Digital Video - AdServing | 22-383 | 2ACCSR-22-C-0028 | Production | IA09-801425 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS – DFA Connect HA Digital Video - AdServing | 22-185 | 2ACCSR-22-C-0028 | Production | IA09-801390 | 9/19/22 | $ |

| Category | Description | Code | Contract | Type | Invoice | Date | Amount |
|---|---|---|---|---|---|---|---|
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA Connect HA Streaming Audio - AdServing | 22-192 | 2ACCSR-22-C-0028 | Production | IA09-801623 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801606 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801609 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | IA09-801635 | 9/19/22 | $ |
| DIGITAL | 07/01/22 FY'22 Q4 JAS - Travel Mail Display - AdServing | 22-250 | 2ACCSR-22-C-0028 | Production | IA09-801632 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA/Connect WSJ Custom - Production | 22-253 | 2ACCSR-22-C-0028 | Production | IA09-801573 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - Recruitment Display - AdServing | 22-239 | 2ACCSR-22-C-0028 | Production | IA09-801394 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA/Connect GM High Impact Display - AdServing | 22-210 | 2ACCSR-22-C-0028 | Production | IA09-801427 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect - GM Digital Video | 22-182 | 2ACCSR-22-C-0028 | Video | IA09-801429 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect - HA Digital Video | 22-184 | 2ACCSR-22-C-0028 | Video | IA09-801430 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect AA Streaming Audio - AdServing | 22-190 | 2ACCSR-22-C-0028 | Production | IA09-801587 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect GM Digital Video - AdServing | 22-183 | 2ACCSR-22-C-0028 | Production | IA09-801426 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect HA Digital Video - AdServing | 22-185 | 2ACCSR-22-C-0028 | Production | IA09-801391 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect HA Streaming Audio - AdServing | 22-192 | 2ACCSR-22-C-0028 | Production | IA09-801624 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801607 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801610 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS - Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | IA09-801636 | 9/19/22 | $ |
| DIGITAL | 08/01/22 FY'22 Q4 JAS -Travel Mail Display - AdServing | 22-250 | 2ACCSR-21-C-0028 | Production | IA09-801633 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA/Connect Display - AdServing | 22-373 | 2ACCSR-22-C-0028 | Production | IA09-801570 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA/Connect WSJ Custom - Production | 22-253 | 2ACCSR-22-C-0028 | Production | IA09-801414 | 9/19/22 | $ |
| DIGITAL | 09/02/22 FY'22 Q4 JAS - Political Mail Display - AdServing | 22-332 | 2ACCSR-22-C-0028 | Production | IA09-801576 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - Recruitment Display - AdServing | 22-239 | 2ACCSR-22-C-0028 | Production | IA09-801395 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA/Connect GM High Impact Display - AdServing | 22-210 | 2ACCSR-22-C-0028 | Production | IA09-801568 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect - GM Digital Video | 22-182 | 2ACCSR-22-C-0028 | Video | IA09-801430 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect - HA Digital Video | 22-184 | 2ACCSR-21-C-0028 | Video | IA09-801411 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect AA Streaming Audio - AdServing | 22-190 | 2ACCSR-22-C-0028 | Production | IA09-801588 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect GM Digital Video - AdServing | 22-183 | 2ACCSR-22-C-0028 | Production | IA05-801413 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect HA Digital Video - AdServing | 22-185 | 2ACCSR-21-C-0028 | Production | IA05-801392 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect HA Streaming Audio - AdServing | 22-192 | 2ACCSR-22-C-0028 | Production | IA09-801625 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801608 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS - DFA Connect Podcasting - AdServing | 22-194 | 2ACCSR-22-C-0028 | Production | IA09-801611 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS -Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | IA09-801637 | 9/19/22 | $ |
| DIGITAL | 09/01/22 FY'22 Q4 JAS -Travel Mail Display - AdServing | 22-250 | 2ACCSR-21-C-0028 | Production | IA09-801634 | 9/19/22 | $ |
| **DIGITAL Total** | | | | | | | $ |
| SPOT NETWORK | 07/01/22 FY'22 Q4 JAS - DFA Connect - Terrestrial Audio | 22-195 | 2ACCSR-22-C-0028 | Audio | NX09-801522 | 9/19/22 | $ |
| SPOT NETWORK | 07/01/22 FY'22 Q4 JAS - DFA Connect AA - Terrestrial Audio | 22-196 | 2ACCSR-22-C-0028 | Audio | NX09-801329 | 9/19/22 | $ |
| SPOT NETWORK | 07/01/22 FY'22 Q4 JAS - DFA Connect Hispanic - Terrestrial Audio | 22-197 | 2ACCSR-22-C-0028 | Audio | NX09-801441 | 9/19/22 | $ |
| SPOT NETWORK | 08/01/22 FY'22 Q4 JAS - DFA Connect - Terrestrial Audio | 22-195 | 2ACCSR-22-C-0028 | Audio | NX09-801523 | 9/19/22 | $ |
| SPOT NETWORK | 08/01/22 FY'22 Q4 JAS - DFA Connect Hispanic - Terrestrial Audio | 22-197 | 2ACCSR-22-C-0028 | Audio | NX09-801442 | 9/19/22 | $ |
| SPOT NETWORK | 09/01/22 FY'22 Q4 JAS - Recruitment - Spot Radio (and Satellite) | 22-252 | 2ACCSR-22-C-0028 | Audio | NX09-801331 | 9/19/22 | $ |
| SPOT NETWORK | 09/01/22 FY'22 Q4 JAS - DFA Connect - Terrestrial Audio | 22-195 | 2ACCSR-22-C-0028 | Audio | NX09-801524 | 9/19/22 | $ |
| SPOT NETWORK | 09/01/22 FY'22 Q4 JAS - DFA Connect AA - Terrestrial Audio | 22-196 | 2ACCSR-22-C-0028 | Audio | NX09-801330 | 9/19/22 | $ |
| SPOT NETWORK | 09/01/22 FY'22 Q4 JAS - DFA Connect Hispanic - Terrestrial Audio | 22-197 | 2ACCSR-22-C-0028 | Audio | NX09-801443 | 9/19/22 | $ |
| **SPOT NETWORK Total** | | | | | | | $ |
| SPOT RADIO | 07/01/22 FY'22 Q4 JAS - DFA Connect - LOCAL Audio | 22-205 | 2ACCSR-22-C-0028 | Audio | RA09-801332 | 9/19/22 | $ |
| SPOT RADIO | 09/01/22 FY'22 Q4 JAS - Recruitment - Spot Radio (and Satellite) | 22-252 | 2ACCSR-22-C-0028 | Audio | RA09-801334 | 9/19/22 | $ |
| SPOT RADIO | 09/01/22 FY'22 Q4 JAS - DFA Connect - LOCAL Audio | 22-205 | 2ACCSR-22-C-0028 | Audio | RA09-801333 | 9/19/22 | $ |
| **SPOT RADIO Total** | | | | | | | $ |
| OUT-OF-HOME | 09/01/22 FY'22 Q4 JAS - DFA Connect - DOOH | 22-200 | 2ACCSR-22-C-0028 | OOH | OH09-071246 | 9/19/22 | $ |
| OUT-OF-HOME | 09/01/22 FY'22 Q4 JAS - DFA Connect DOOH - Fee | 22-201 | 2ACCSR-22-C-0028 | Production | OH09-071247 | 9/19/22 | $ |

billing summary

| Category | Description | Contract | Ref # | OOH | Invoice Code | Date | $ |
|---|---|---|---|---|---|---|---|
| OUT-OF-HOME | 09/01/22 FY22 Q4 IAS - Recruitment - DOOH | 2ACSR-22-C0028 | 22-244 | Production | OH09-071248 | 9/19/22 | $ |
| OUT-OF-HOME | 09/01/22 FY22 Q4 IAS - Recruitment DOOH - Fee | 2ACSR-22-C0028 | 22-245 | Production | OH09-071249 | 9/19/22 | $ |
| **OUT-OF-HOME Total** | | | | | | | $ |
| DIGITAL SEARCH | 07/01/22 FY'22 Q4 IAS - EDDM Evergreen Search - AdServing | 2ACSR-22-C0028 | 22-225 | Production | DGO9-801379 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Content Marketing - Search | 2ACSR-22-C0028 | 22-216 | Search | DGO9-801355 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Content Marketing Search – AdServing | 2ACSR-22-C0028 | 22-217 | Production | DGO9-801373 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - DFA/Connect - Search | 2ACSR-22-C0028 | 22-170 | Search | DGO9-801353 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - DFA/Connect Search - AdServing | 2ACSR-22-C0028 | 22-171 | Production | DGO9-801371 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - EDDM Evergreen - Search | 2ACSR-22-C0028 | 22-224 | Search | DGO9-801361 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Equity - Search | 2ACSR-22-C0028 | 22-166 | Search | DGO9-801349 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Equity Hispanic - Search | 2ACSR-22-C0028 | 22-168 | Search | DGO9-801351 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Equity Hispanic Search - AdServing | 2ACSR-22-C0028 | 22-169 | Production | DGO9-801369 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Equity Search - AdServing | 2ACSR-22-C0028 | 22-167 | Production | DGO9-801367 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Evergreen Marketing - Search | 2ACSR-22-C0028 | 22-222 | Search | DGO9-801359 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Evergreen Marketing Search - AdServing | 2ACSR-22-C0028 | 22-223 | Production | DGO9-801377 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Evergreen Shipping - Search | 2ACSR-22-C0028 | 22-220 | Search | DGO9-801357 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Evergreen Shipping Search - AdServing | 2ACSR-22-C0028 | 22-221 | Production | DGO9-801375 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Political Mail - Search | 2ACSR-22-C0028 | 22-234 | Search | DGO9-801363 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Political Mail Search - AdServing | 2ACSR-22-C0028 | 22-235 | Production | DGO9-801381 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Recruitment - Search | 2ACSR-22-C0028 | 22-158 | Search | DGO9-801347 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Recruitment Search - AdServing | 2ACSR-22-C0028 | 22-159 | Production | DGO9-801365 | 9/19/22 | $ |
| DIGITAL SEARCH | 08/01/22 FY'22 Q4 IAS - Avoid Surcharge - Search | 2ACSR-22-C0028 | 22-247 | Search | DGO9-801384 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Content Marketing - Search | 2ACSR-22-C0028 | 22-216 | Search | DGO9-801356 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Content Marketing Search – AdServing | 2ACSR-22-C0028 | 22-217 | Production | DGO9-801374 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - DFA/Connect - Search | 2ACSR-22-C0028 | 22-170 | Search | DGO9-801354 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/02/22 FY'22 Q4 IAS - DFA/Connect Search - AdServing | 2ACSR-22-C0028 | 22-171 | Production | DGO9-801372 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/02/22 FY'22 Q4 IAS - EDDM Evergreen - Search | 2ACSR-22-C0028 | 22-224 | Search | DGO9-801362 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/02/22 FY'22 Q4 IAS - EDDM Evergreen Search - AdServing | 2ACSR-22-C0028 | 22-225 | Production | DGO9-801380 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Equity - Search | 2ACSR-22-C0028 | 22-166 | Search | DGO9-801350 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Equity Hispanic - Search | 2ACSR-22-C0028 | 22-168 | Search | DGO9-801352 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Equity Hispanic Search - AdServing | 2ACSR-22-C0028 | 22-169 | Production | DGO9-801370 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Equity Search - AdServing | 2ACSR-22-C0028 | 22-167 | Production | DGO9-801368 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Evergreen Marketing - Search | 2ACSR-22-C0028 | 22-222 | Search | DGO9-801360 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Evergreen Marketing Search - AdServing | 2ACSR-22-C0028 | 22-223 | Production | DGO9-801378 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Evergreen Shipping - Search | 2ACSR-22-C0028 | 22-220 | Search | DGO9-801358 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Evergreen Shipping Search - AdServing | 2ACSR-22-C0028 | 22-221 | Production | DGO9-801376 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Political Mail - Search | 2ACSR-22-C0028 | 22-234 | Search | DGO9-801364 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Political Mail Search - AdServing | 2ACSR-22-C0028 | 22-235 | Production | DGO9-801382 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Recruitment - Search | 2ACSR-22-C0028 | 22-158 | Search | DGO9-801348 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Recruitment Search - AdServing | 2ACSR-22-C0028 | 22-159 | Production | DGO9-801366 | 9/19/22 | $ |
| DIGITAL SEARCH | 09/01/22 FY'22 Q4 IAS - Avoid Surcharge - Search | 2ACSR-22-C0028 | 22-247 | Search | DGO9-801385 | 9/19/22 | $ |
| **DIGITAL SEARCH Total** | | | | | | | $ |
| DIGITAL DISPLAY | 04/01/22 FY'22 Q3 AMI - Content Marketing – Social | 2ACSR-22-C0028 | 22-121 | Social | DGO9-801542 | 9/19/22 | $ |
| DIGITAL DISPLAY | 04/01/22 FY'22 Q3 AMI - Connect Returns – Social | 2ACSR-22-C0028 | 22-124 | Social | DGO9-801545 | 9/19/22 | $ |
| DIGITAL DISPLAY | 04/01/22 FY'22 Q3 AMI - GDE - Social | 2ACSR-22-C0028 | 22-110 | Social | DGO9-801539 | 9/19/22 | $ |
| DIGITAL DISPLAY | 04/01/22 FY'22 Q3 AMI - DFA/Connect - Social | 2ACSR-22-C0028 | 22-152 | Social | DGO9-801548 | 9/19/22 | $ |
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI - Content Marketing – Social | 2ACSR-22-C0028 | 22-121 | Social | DGO9-801543 | 9/19/22 | $ |
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI - Connect Returns – Social | 2ACSR-22-C0028 | 22-124 | Social | DGO9-801546 | 9/19/22 | $ |
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI - DFA/Connect HA – Display | 2ACSR-22-C0028 | 22-138 | Digital | DGO9-801403 | 9/19/22 | $ |
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI - GDE - Social | 2ACSR-22-C0028 | 22-110 | Social | DGO9-801540 | 9/19/22 | $ |

Case 1:23-cv-00108-LMB-JFA   Document 1146-20   Filed 08/09/24   Page 90 of 114 PageID# 83531

| Category | Description | Code | Contract | Type | ID | Date | Amount |
|---|---|---|---|---|---|---|---|
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI – DFA/Connect - Social | 22-152 | 2ACCSR-22-C-0028 | Social | DG09-801549 | 9/19/22 | $ |
| DIGITAL DISPLAY | 05/01/22 FY'22 Q3 AMI – Content Marketing – Social | 22-121 | 2ACCSR-22-C-0028 | Social | DG09-801544 | 9/19/22 | $ |
| DIGITAL DISPLAY | 06/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Social | DG09-801399 | 9/19/22 | $ |
| DIGITAL DISPLAY | 06/01/22 FY'22 Q3 AMI - DFA/Connect AA Display - AdServing | 22-137 | 2ACCSR-22-C-0028 | Production | DG05-801346 | 9/19/22 | $ |
| DIGITAL DISPLAY | 06/01/22 FY'22 Q3 AMI - DFA/Connect HA - Display | 22-138 | 2ACCSR-22-C-0028 | Digital | DG05-801404 | 9/19/22 | $ |
| DIGITAL DISPLAY | 06/01/22 FY'22 Q3 AMI – DFA/Connect - GM High Impact Display | 22-203 | 2ACCSR-22-C-0028 | Digital | DG09-801593 | 9/19/22 | $ |
| DIGITAL DISPLAY | 06/01/22 FY'22 Q3 AMI - DFA/Connect - Social | 22-152 | 2ACCSR-22-C-0028 | Social | DG09-801550 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - Content Marketing – Display | 22-214 | 2ACCSR-22-C-0028 | Digital | DG09-801418 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q3 AMI - DFA/Connect - Social | 22-218 | 2ACCSR-22-C-0028 | Social | DG09-801551 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS – Content Marketing Display – AdServing | 22-215 | 2ACCSR-22-C-0028 | Production | DG09-801343 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Social | DG09-801594 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Digital | DG05-801400 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect AA - Display | 22-174 | 2ACCSR-22-C-0028 | Digital | DG09-801421 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect AA Display - AdServing | 22-175 | 2ACCSR-22-C-0028 | Production | DG09-801419 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect HA Display - AdServing | 22-176 | 2ACCSR-22-C-0028 | Digital | DG09-801422 | 9/19/22 | $ |
| DIGITAL DISPLAY | 07/01/22 FY'22 Q4 IAS - DFA/Connect HA Display – AdServing | 22-177 | 2ACCSR-22-C-0028 | Production | DG09-801554 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS – Content Marketing – Social | 22-218 | 2ACCSR-22-C-0028 | Social | DG09-801552 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Digital | DG09-801595 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Digital | DG09-801401 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect AA - Display | 22-174 | 2ACCSR-22-C-0028 | Digital | DG09-801416 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect AA Display – AdServing | 22-175 | 2ACCSR-22-C-0028 | Production | DG09-801415 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect HA - Display | 22-176 | 2ACCSR-22-C-0028 | Digital | DG09-801417 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect HA Display - AdServing | 22-177 | 2ACCSR-22-C-0028 | Production | DG09-801555 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - Recruitment - Social | 22-241 | 2ACCSR-22-C-0028 | Social | DG09-801584 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - DFA/Connect - Social HA | 22-180 | 2ACCSR-22-C-0028 | Social | DG09-801582 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - Avoid Surcharge - Social | 22-248 | 2ACCSR-22-C-0028 | Social | DG09-801525 | 9/19/22 | $ |
| DIGITAL DISPLAY | 08/01/22 FY'22 Q4 IAS - Travel Mail - Social | 22-251 | 2ACCSR-22-C-0028 | Social | DG09-801630 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS – Content Marketing – Display | 22-214 | 2ACCSR-22-C-0028 | Digital | DG09-801527 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS – Content Marketing – Social | 22-218 | 2ACCSR-22-C-0028 | Social | DG09-801553 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Content Marketing Display – AdServing | 22-215 | 2ACCSR-22-C-0028 | Production | DG09-801344 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect - GM High Impact Display | 22-209 | 2ACCSR-22-C-0028 | Digital | DG09-801402 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect - Display | 22-172 | 2ACCSR-22-C-0028 | Digital | DG09-801597 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect AA - Display | 22-174 | 2ACCSR-22-C-0028 | Digital | DG09-801586 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect AA Display - AdServing | 22-175 | 2ACCSR-22-C-0028 | Production | DG09-801537 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect HA - Display | 22-176 | 2ACCSR-22-C-0028 | Digital | DG09-801621 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect HA Display – AdServing | 22-177 | 2ACCSR-22-C-0028 | Production | DG09-801538 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect HA Display - AdServing | 22-177 | 2ACCSR-22-C-0028 | Production | DG09-801556 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Political Mail - Social | 22-233 | 2ACCSR-22-C-0028 | Social | DG09-801583 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Recruitment - Social | 22-241 | 2ACCSR-22-C-0028 | Social | DG09-801585 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - DFA/Connect - Social HA | 22-180 | 2ACCSR-22-C-0028 | Social | DG09-801558 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Avoid Surcharge - Display | 22-246 | 2ACCSR-22-C-0028 | Digital | DG09-801342 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Avoid Surcharge - Social | 22-248 | 2ACCSR-22-C-0028 | Audio | DG09-801526 | 9/19/22 | $ |
| DIGITAL DISPLAY | 09/01/22 FY'22 Q4 IAS - Travel Mail - Social | 22-251 | 2ACCSR-22-C-0028 | Social | DG09-801631 | 9/19/22 | $ |
| **DIGITAL DISPLAY Total** | | | | | | | $ |
| DIG PROGRAMMATIC | 04/01/22 FY'22 Q3 AMI – DFA Connect - Podcasting | 22-148 | 2ACCSR-22-C-0028 | Audio | DG09-801612 | 9/19/22 | $ |
| DIG PROGRAMMATIC | 05/01/22 FY'22 Q3 AMI - Political Mail - Display | 22-226 | 2ACCSR-22-C-0028 | Digital | DG09-801577 | 9/19/22 | $ |
| DIG PROGRAMMATIC | 05/01/22 FY'22 Q3 AMI - Winter Holiday Mail - Display | 22-206 | 2ACCSR-22-C-0028 | Digital | DG09-801641 | 9/19/22 | $ |
| DIG PROGRAMMATIC | 05/01/22 FY'22 Q3 AMI – DFA Connect - Podcasting | 22-148 | 2ACCSR-22-C-0028 | Audio | DG09-801613 | 9/19/22 | $ |
| DIG PROGRAMMATIC | 06/01/22 FY'22 Q3 AMI - Political Mail - Display | 22-226 | 2ACCSR-22-C-0028 | Digital | DG09-801578 | 9/19/22 | $ |

billing summary

billing summary

| Category | Description | Num | Code | Type | DG09 | Date |
|---|---|---|---|---|---|---|
| DIG PROGRAMMTIC | 06/01/22  FY'22  Q3 AMJ - Winter Holiday Mail - Display | 22-206 | 2ACCSR-22-C-0028 | Digital | DG09-801642 | 9/19/22 $ |
| DIG PROGRAMMTIC | 06/01/22  FY'22  Q3 AMJ – DFA Connect - Podcasting | 22-148 | 2ACCSR-22-C-0028 | Audio | DG09-801634 | 9/19/22 $ |
| DIG PROGRAMMTIC | 06/01/22  FY'22  Q3 AMJ – DFA Connect HA - Streaming Audio | 22-144 | 2ACCSR-22-C-0028 | Audio | DG09-801626 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS - Political Mail - Display | 22-231 | 2ACCSR-22-C-0028 | Digital | DG09-801579 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS - Recruitment - Display | 22-238 | 2ACCSR-22-C-0028 | Digital | DG09-801396 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS - Winter Holiday Mail - Display | 22-211 | 2ACCSR-22-C-0028 | Digital | DG09-801643 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS – DFA Connect - Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801615 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS – DFA Connect - Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801618 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS – DFA Connect AA - Streaming Audio | 22-189 | 2ACCSR-22-C-0028 | Audio | DG09-801589 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS – DFA Connect HA - Streaming Audio | 22-191 | 2ACCSR-22-C-0028 | Audio | DG09-801627 | 9/19/22 $ |
| DIG PROGRAMMTIC | 07/01/22  FY'22  Q4 JAS – Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | DG09-801638 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS - Political Mail - Display | 22-231 | 2ACCSR-22-C-0028 | Digital | DG09-801580 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS - Recruitment- Display | 22-238 | 2ACCSR-22-C-0028 | Digital | DG09-801397 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS – DFA Connect - Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801616 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS – DFA Connect - Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801619 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS – DFA Connect AA - Streaming Audio | 22-189 | 2ACCSR-22-C-0028 | Audio | DG09-801590 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS – DFA Connect HA - Streaming Audio | 22-191 | 2ACCSR-22-C-0028 | Audio | DG09-801628 | 9/19/22 $ |
| DIG PROGRAMMTIC | 08/01/22  FY'22  Q4 JAS – Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | DG09-801639 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS - Political Mail - Display | 22-231 | 2ACCSR-22-C-0028 | Digital | DG09-801581 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS - Recruitment- Display | 22-238 | 2ACCSR-22-C-0028 | Digital | DG09-801398 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – DFA Connect - HA Digital Video | 22-184 | 2ACCSR-22-C-0028 | Video | DG09-801412 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – DFA Connect - Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801617 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – DFA Connect- Podcasting | 22-193 | 2ACCSR-22-C-0028 | Audio | DG09-801620 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – DFA Connect AA - Streaming Audio | 22-189 | 2ACCSR-22-C-0028 | Audio | DG09-801591 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – DFA Connect HA - Streaming Audio | 22-191 | 2ACCSR-22-C-0028 | Audio | DG09-801629 | 9/19/22 $ |
| DIG PROGRAMMTIC | 09/01/22  FY'22  Q4 JAS – Travel Mail - Display | 22-249 | 2ACCSR-22-C-0028 | Digital | DG09-801640 | 9/19/22 $ |

**DIG PROGRAMMTIC Total** $

**Grand Total** $











inv_reg_detail





inv_reg_detail























