# DTX 1368
# (NHTSA-ADS-0000344712)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

Campaign Report. Rejected reports will be returned to the Contractor for revision.

### F.5.5 Section 508 Compliance

All electronic and information technology procured, developed or delivered under this Contract shall meet applicable accessibility standards, as specified in 36 CFR Part 1194. 36 CFR Part 1194 implements Section 508 of the Rehabilitation Act of 1973, as amended, and is viewable at http://www.section508.gov/.

All Contract deliverables covered by Section 508 shall be accessible to people with disabilities. Reports and other deliverables provided in electronic media, including web-based intranet and internet format shall conform to applicable accessibility standards, including at a minimum, the following provisions:

    1194.21, Software Applications and Operating Systems
    1194.22, Web-Based Intranet and Internet Information and Applications
    1194.24, Video and Multimedia Products
    1194.31, Functional Performance Criteria
    1194.41, Information, Documentation, and Support

This standard is available for viewing at the Access Board website at https://www.access-board.gov/guidelines-and-standards/communications-and-it/about-the-section-508-standards/section-508-standards and guides for specific sections are available at http://www.access-board.gov/guidelines-and-standards.

*(End of Section F)*

Highly Confidential

NHTSA-ADS-0000344728

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1   PAYMENT/COST REIMBURSEMENT

Refer to Section J attachments for Payment/Cost Reimbursement and Invoicing Instructions.

### G.2   INDIRECT COST RATES (Applicable to Cost Task Orders)

Pending the establishment of final indirect cost rates which shall be negotiated based on audit of actual costs as provided in FAR Subpart 42.7, Indirect Cost Rates, the Contractor shall be reimbursed for allowable indirect costs hereunder at the rates established below.



To prevent substantial over or under payment, and to apply either retroactively or prospectively, provisional rates may, at the request of either party, be revised by mutual agreement on an annual basis.

This indirect cost provision does not operate to waive the LIMITATION OF FUNDS Clause (incorporated by reference in Section I). The Contractor's audited final indirect costs are allowable only insofar as they do not cause the Contractor to exceed the total estimated costs for performance of the Contract listed in Section B.

17

Stratacomm
693JJ919D000003
Title: National Communications, Marketing, and Media Support

### G.3 SUBCONTRACTS - ADVANCE NOTIFICATION AND CONSENT

Under this Contract, the requirements of FAR 44.2, CONSENT TO SUBCONTRACTS, have been fulfilled for the following subcontracts:

**The Tombras Group**
**Culture One World**

Any future change or revision to the Statement of Work or other applicable aspects of this Contract shall include the subcontract(s) only to the extent that performance of the subcontract(s) is directly affected by the change or revision.

### G.4 SUBMISSION OF INVOICES

a. The Contractor shall email invoices to:

9-AMC-AMZ-NHTSA-Invoices@faa.gov

The Contractor shall copy the COR and the COR (TO) on invoice mailed to email address above.

The Contractor is responsible for ensuring the legibility of the PDF image. Illegible copies may be returned to the Contractor for re-scanning and may result in payment delays.

b. Alternatively, the Contractor may mail one original copy of the invoice to the following address:

DOT/NHTSA
Mike Monroney Aero Center
Accounts Payable Branch, AMZ-150
P.O. Box 268911
Oklahoma City, OK 73126

Separate invoices shall be submitted in accordance with section J "Invoicing and Payment Instructions and Procedures" to be considered proper for payment.

### G.5 CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The performance of the work required under the Contract shall be subject to the technical review of the COR.

The following individual has been designated as this Contract's COR:

Elizabeth Nilsson
1200 New Jersey Ave SE W52-213
Washington, DC 20590
Phone: (202) 366-3587

Highly Confidential                                                                                                    NHTSA-ADS-0000344730

7. Total costs (plus fixed fee if applicable) billed to the Government as of the date identified by the Contractor.
8. Description of progress made on the Task Order e.g. is the Task Order to be completed by the established competition date. Are there any performance or financial issues that need to be addressed?
9. Any other information the Contractor believes would be important to share the Contracting Officer and the Contract's Contracting Officer's Representative (Task Order)
10. Planned actions for the following month.

The *Consolidated Status Report* may be submitted in a tabular format where each item above appears as table headings.

### F.5.2 Task Order Reports

Each awarded Task Order will include reporting and other deliverable requirements which are specific to that Task Order.

### F.5.3 Section 508 Compliance

All electronic and information technology procured, developed, or delivered under this Contract shall meet applicable accessibility standards, as specified in 36 CFR Part 1194. 36 CFR Part 1194 implements Section 508 of the *Rehabilitation Act of 1973*, as amended, and is can be found at www.section508.gov/.

All Contract deliverables covered by Section 508 shall be accessible to people with disabilities. Reports and other deliverables provided in electronic media, including web-based intranet and internet format shall conform to applicable accessibility standards, including at a minimum, the following provisions:
  1194.21   Software Applications and Operating Systems
  1194.22   Web-based Intranet and Internet Information and Applications
  1194.24   Video and Multimedia Products
  1194.31   Functional Performance Criteria
  1194.41   Information, Documentation, and Support

This standard is available for viewing at the Access Board website: access-board.gov/guidelines-and-standards/communications-and-it/about-the-section-508-standards/section-508-standards. Guides for specific sections are available at www.access-board.gov/guidelines-and-standards.

*(End of Section F)*

Highly Confidential                                                              NHTSA-ADS-0000344762

Case 1:23-cv-00108-LMB-JFA   Document 1146-21   Filed 08/09/24   Page 6 of 7 PageID# 83561

AD Council
Contract # 693JJ922D000020
Media Services for Traffic Safety Public Service Campaigns

## SECTION G – CONTRACT ADMINISTRATION DATA

### G.1 MATERIALS, SUBCONTRACTS, AND ALL OTHER NON-LABOR COSTS

**For Cost Reimbursement Task Orders:** Direct Costs, Indirect Costs, and Profit will be paid in accordance with FAR 16.306 and FAR Part 31.

### G.2 TRAVEL COSTS

Travel costs will be reimbursed in accordance with FAR Part 31.

### G.3 INDIRECT COST RATES (Applicable to Cost Task Orders)

Pending the establishment of final indirect cost rates which shall be negotiated based on audit of actual costs as provided in FAR Subpart 42.7, Indirect Cost Rates, the Contractor shall be reimbursed for allowable indirect costs hereunder at the rates established below.



To prevent substantial over or under payment, and to apply either retroactively or prospectively, provisional rates may, at the request of either party, be revised by mutual agreement on an annual basis.

This Indirect Cost provision does not operate to waive the LIMITATION OF COST Clause (incorporated by reference in Section I). The Contractor's audited final indirect costs are allowable only insofar as they do not cause the Contractor to exceed the total estimated costs for performance of the contract listed in Section B.

### G.4 SUBCONTRACTS - ADVANCE NOTIFICATION AND CONSENT

Under this Contract, the requirements of *FAR 44.2, Consent to Subcontracts*, have been fulfilled for the following subcontracts:

N/A

Any future change or revision to the *Section C – Description/Specifications/Work Statement* or other applicable aspects of this Contract shall include the subcontract(s)

Highly Confidential                                                                 NHTSA-ADS-0000344763

AD Council
Contract # 693JJ922D000020
Media Services for Traffic Safety Public Service Campaigns

only to the extent that performance of the subcontract(s) is directly affected by the change or revision.

## G.5   SUBMISSION OF INVOICES

### G.5.1   ELECTRONIC SUBMISSION OF PAYMENT REQUESTS

Definitions
1) Contract financing payment has the meaning given in *FAR 32.001 - Definitions*.
2) Payment request means a bill, voucher, invoice, or request for contract financing payment or invoice payment with associated supporting documentation. The payment request must comply with the requirements identified in *FAR 32.905(b), Content of Invoices,* this clause, and the applicable payment clause included in this Contract.
3) Electronic form means an automated system transmitting information electronically according to the accepted electronic data transmission methods and formats identified in paragraph (c) of this clause. Facsimile, email, and scanned documents are not acceptable electronic forms for submission of payment requests.
4) Invoice payment has the meaning given in *FAR 32.001 - Definitions*.
   a. Electronic payment requests.
      Except as provided in paragraph (e) of this clause, the Contractor shall submit payment requests in electronic form. Purchases paid with a Governmentwide commercial purchase card are an electronic transaction for purposes of this rule, and therefore no additional electronic invoice submission is required.
   b. The Department of Transportation uses the Delphi eInvoicing web-portal for processing invoices.
      For vendors submitting invoices, and certain grantees submitting payment requests, the vendors will be required to submit invoices to Operating Agency (NHTSA) electronically via the Delphi eInvoicing web-portal which is accessed via *https://einvoice.esc.gov,* and is authenticated via www.login.gov. All persons accessing the Delphi eInvoicing web-portal will be required to have their own unique user Delphi eInvoicing ID and be credentialed through login.gov. See www.login.gov for instructions.
   c. To receive payment and in accordance with the Prompt Payment Act, all invoices submitted as attachments in the Delphi eInvoicing web-portal must contain the following:
      i. Invoice number and invoice date.
      ii. Period of performance covered by invoice.
      iii. Contract number and title.
      iv. Task/Delivery Order number and title (if applicable).
      v. Amount billed (by CLIN), current and cumulative.
      vi. Total amount of billing.
      vii. Cumulative total billed for all contract work to date.
      viii. Name, title, phone number, and mailing address of person to be contacted in the event of a defective invoice.

Highly Confidential

NHTSA-ADS-0000344764