# DTX 1369
# (NAVY-ADS-0000374151)
# (Excerpt)
# (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties

# Y&R

3 Columbus Circle  
New York, New York 10019

**Digital Media Bill**

Bill Date:  
10/24/2022

Oct-22

Due Date:  
11/23/2022

Invoice 2A1307M  
Navy  
Commander Navy Recru  
5722 Integrity Dr Bldg 784  
Millington TN, 38054  
Attn: Dean Stewart-Curry

CLIENT — NV0 Navy  
PRODUCT — NAV Navy  
TASK ORDER NUMBER — N00189 22FZ568  
CONTRACT NUMBER — N00189-21-D-Z024

| ITEM | | NET AMOUNT | | Amount |
|---|---|---|---|---|
| | 2A-IN-1307  2A-SE-0410  O-2A-0398 | [redacted] | | |
| **PLEASE REMIT TO:**  Y&R  P.O. BOX 751731  CHARLOTTE, NC. 28275-1731  **WIRE TRANSFER TO:**  WELLS FARGO BANK, N.A  SAN FRANCISCO, CA 94104  ABA ROUTING# 121000248  ACCT # [redacted]  SWIFT CODE WFBIUS6S  **ACH TO: WELLS FARGO BANK, N.A**  MINNEAPOLIS, MN 55479  ABA ROUTING# 053101561  ACCT # [redacted]  SWIFT CODE WFBIUS6S  REF: Young & Rubicam  LOCKBOX # 751731 | | | Balance Due | [redacted] |

ORIGINAL

Highly Confidential

EXHIBIT 159  9/28/25 SB

NAVY-ADS-0000374151

# Y&R

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   OCT20/22           INTERACTIVE MEDIA BILLING              INVOICE 2A-IN-1307
DUE DATE       NOV19/22                                                  PAGE    1

CLIENT      NV0  NAVY                           NAVY
PRODUCT     NAV  NAVY                           COMMANDER NAVY RECRU
ESTIMATE    101  OCT-JAN NAVY DISPLAY           5722 INTEGRITY DR BLDG 784
                 AFFILIATE/JOBSITE              MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ568                ATTN: DEAN STEWART-CURRY
                                                      MONTH OF  OCT/22
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** | ███████████ | ███████████ | ███████████ |
|  |  | NET AMOUNT |  |
|  |  | ** AMOUNT DUE ** | ███████████ |

```
          PLEASE REMIT TO: Y&R
                           P.O. BOX 751731
                           CHARLOTTE, NC 28275-1731
          WIRE TO: WELLS FARGO BANK, N.A.
                   SAN FRANCISCO, CA 94104
                   ABA ROUTING# 121000248,ACCT# ████████████ SWIFT CODE WFBIUS6S
          ACH TO: WELLS FARGO BANK, N.A.
                   MINNEAPOLIS, MN 55479
                   ABA ROUTING# 053101561,ACCT# ████████████ SWIFT CODE WFBIUS6S
          REF:    Y&R, LOCKBOX #751731
                  P.O. BOX 751731
                  CHARLOTTE, NC 28275-1731

          CONTRACT NUMBER: N00189-21-D-Z024
          CLIN NUMBER: 002

          THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
          TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
          CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-000037452

# Y&R

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   OCT20/22              INTERACTIVE MEDIA BILLING           INVOICE 2A-IN-1307
DUE DATE       NOV19/22                 ** DETAIL BACK-UP **                     PAGE    1

CLIENT      NV0   NAVY                              NAVY
PRODUCT     NAV   NAVY                              COMMANDER NAVY RECRU
ESTIMATE    101   OCT-JAN NAVY DISPLAY              5722 INTEGRITY DR BLDG 784
                  AFFILIATE/JOBSITE                 MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ568                    ATTN: DEAN STEWART-CURRY
                                                          MONTH OF  OCT/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|



**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374153



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   OCT20/22         INTERACTIVE MEDIA BILLING          INVOICE 2A-IN-1307
DUE DATE       NOV19/22            ** DETAIL BACK-UP **                PAGE    2

CLIENT      NV0  NAVY                         NAVY
PRODUCT     NAV  NAVY                         COMMANDER NAVY RECRU
ESTIMATE    101  OCT-JAN NAVY DISPLAY         5722 INTEGRITY DR BLDG 784
                 AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ568              ATTN: DEAN STEWART-CURRY
                                                    MONTH OF   OCT/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374154

**Y&R**
3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    OCT20/22        INTERACTIVE MEDIA BILLING           INVOICE 2A-IN-1307
DUE DATE        NOV19/22           ** DETAIL BACK-UP **                      PAGE   3

CLIENT      NV0  NAVY                         NAVY
PRODUCT     NAV  NAVY                         COMMANDER NAVY RECRU
ESTIMATE    101  OCT-JAN NAVY DISPLAY         5722 INTEGRITY DR BLDG 784
                 AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ568              ATTN: DEAN STEWART-CURRY
                                                    MONTH OF  OCT/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| ** TOTALS ** | | | | |

This invoice is a breakdown of the INTERACTIVE pre-bill in accordance with the approval to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374155



**Y&R**
3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   OCT20/22        SEARCH MEDIA BILLING              INVOICE 2A-SE-0410
DUE DATE       NOV19/22                                          PAGE    1

CLIENT       NV0   NAVY                    NAVY
PRODUCT      NAV   NAVY                    COMMANDER NAVY RECRU
ESTIMATE     037   FY22 US NAVY-SEARCH     5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018922FZ568           MILLINGTON TN 38054
                                           ATTN: DEAN STEWART-CURRY
                                                 MONTH OF  OCT/22
```

|  | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|
| ** TOTALS ** |  |  |  |
|  |  | NET AMOUNT |  |
|  |  | ** AMOUNT DUE ** |  |

```
       PLEASE REMIT TO: Y&R
                        P.O. BOX 751731
                           CHARLOTTE, NC 28275-1731
       WIRE TO: WELLS FARGO BANK, N.A.
                SAN FRANCISCO, CA 94104
                ABA ROUTING# 121000248, ACCT#            SWIFT CODE WFBIUS6S
       ACH TO:  WELLS FARGO BANK, N.A.
                MINNEAPOLIS, MN 55479
                ABA ROUTING# 053101561, ACCT#            SWIFT CODE WFBIUS6S
       REF:     Y&R, LOCKBOX #751731
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731

       CONTRACT NUMBER: N00189-21-D-Z024
       CLIN NUMBER: 002

       THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
       TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
       CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374156



**Y&R**
3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   OCT20/22        SEARCH MEDIA BILLING              INVOICE 2A-SE-0410
DUE DATE       NOV19/22          ** DETAIL BACK-UP **                     PAGE   1

CLIENT      NV0  NAVY                         NAVY
PRODUCT     NAV  NAVY                         COMMANDER NAVY RECRU
ESTIMATE    037  FY22 US NAVY-SEARCH          5722 INTEGRITY DR BLDG 784
TASK ORDER NUMBER: N0018922FZ568              MILLINGTON TN 38054
                                              ATTN: DEAN STEWART-CURRY
                                                    MONTH OF  OCT/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|

This invoice is a breakdown of the PAID SEARCH pre-bill in accordance with the approval to execute plan.

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374157



NAVY-ADS-0000374162

Highly Confidential

| | |
|---|---|
| From: | Ashley Paige-Powers |
| To: | Emmanuel Jules |
| Cc: | Leslie Skelton; Brooklyn Rebstock; Ileana Gonzalez |
| Subject: | Re: URGENT: ATB for Navy Social Oct 1 |
| Date: | Tuesday, September 27, 2022 3:44:29 PM |
| Attachments: | image002.png |
| | image004.png |
| Importance: | High |

Hi Emmanuel,

I know we're still waiting on Reddit to be added as a vendor, but I've opened up the other two POs for Snap and HYFN. Can you reach out to Frank today and let him know these are waiting his approval and share with him the ATB and taskorder?

Additionally, here is the expected monthly breakout by vendor for this time frame:

Oct:
Snap: ▮
HYFN:
Reddit

Nov:
Snap: ▮
HYFN:
Reddit

Dec:
Snap: ▮
HYFN:
Reddit

Jan:
Snap: ▮
HYFN:
Reddit

Total Snap: $ ▮
Total HYFN: $
Total Reddit:

Thanks!

▮

Highly Confidential

NAVY-ADS-0000374163