# DTX 1391
# (NAVY-ADS-0000033360)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**



NAVY-ADS-0000033362

AMERICA'S NAVY

# Objective

**U.S. Navy recruitment is down, and we need to reinforce it for future success**





THE NAVY PARTNERSHIP

Highly Confidential

NAVY-ADS-0000033363

AMERICA'S NAVY

# Sample & Methodology

Online questionnaire fielded from 9/23/2022 to 9/30/2022



BRAND TRACKER - BASELINE STUDY

NOVEMBER 2022

3

Highly Confidential

NAVY-ADS-0000033364

AMERICA'S NAVY

# BLUF



**Prospects**  **COI**  **Ad Recall**

THE NAVY PARTNERSHIP

NAVY-ADS-0000033365

# Demographics



B R A N D   T R A C K E R   –   B A S E L I N E   S T U D Y

5

Highly Confidential

NAVY-ADS-0000033366



# Prospects

Highly Confidential

NAVY-ADS-0000033367

A M E R I C A ' S   N A V Y

BRAND TRACKER – BASELINE STUDY



Highly Confidential

NAVY-ADS-0000033368

Highly Confidential

NAVY-ADS-0000033369

Case 1:23-cv-00108-LMB-JFA  Document 1146-23  Filed 08/09/24  Page 10 of 45 PageID#
83582



Highly Confidential

NAVY-ADS-0000033370

Highly Confidential

NAVY-ADS-0000033371

Highly Confidential

NAVY-ADS-0000033372

Highly Confidential

NAVY-ADS-0000033373



Highly Confidential

Highly Confidential

NAVY-ADS-0000033375

Highly Confidential

NAVY-ADS-0000033376

Highly Confidential

NAVY-ADS-0000033377



Highly Confidential

NAVY-ADS-0000033378

Highly Confidential

NAVY-ADS-0000033379

Highly Confidential

NAVY-ADS-0000033380

Highly Confidential

NAVY-ADS-0000033381



Highly Confidential

NAVY-ADS-0000033382



Highly Confidential

Highly Confidential

NAVY-ADS-0000033384

Highly Confidential

NAVY-ADS-0000033385

Highly Confidential

NAVY-ADS-0000033386

Highly Confidential

NAVY-ADS-0000033387

Highly Confidential

NAVY-ADS-0000033388




THE  NAVY  PARTNERSHIP

28

Highly Confidential

NAVY-ADS-0000033389



Highly Confidential

NAVY-ADS-0000033390

Highly Confidential

NAVY-ADS-0000033391



Highly Confidential

Highly Confidential

NAVY-ADS-0000033393



Highly Confidential

NAVY-ADS-0000033394



Highly Confidential

NAVY-ADS-0000033395

Highly Confidential

NAVY-ADS-0000033396

A M E R I C A ' S   N A V Y

AD RECALL



Highly Confidential

NAVY-ADS-0000033397

Highly Confidential

NAVY-ADS-0000033398

AMERICA'S NAVY

## Branded stim



Highly Confidential

NAVY-ADS-0000033399

Highly Confidential

NAVY-ADS-0000033400

Highly Confidential

NAVY-ADS-0000033401

Highly Confidential

NAVY-ADS-0000033402



42

**Highly Confidential**

NAVY-ADS-0000033403





Highly Confidential

NAVY-ADS-0000033404



Highly Confidential

NAVY-ADS-0000033405