# DTX 1392
# (NAVY-ADS-0000373978)
# (Redacted)

 :   **All redactions proposed by the United States**

 :   **Additional information covered by confidentiality objections of third parties**

# Y&R

3 Columbus Circle
New York, New York 10019

**Bill Date:**
11/21/2022

**Digital Media Bill**

**Nov-22**

**Due Date:**
12/21/2022

CLIENT
PRODUCT
TASK ORDER NUMBER
CONTRACT NUMBER

NV0 Navy
NAV Navy
N0018922FZ486
N00189-21-D-Z024

Invoice 2B1354M1
Navy
Commander Navy Recru
5722 Integrity Dr Bldg 784
Millington TN, 38054
Attn: Dean Stewart-Curry



| ITEM | | NET AMOUNT | | Amount |
|---|---|---|---|---|

PLEASE REMIT TO:
Y&R
P O. BOX 751731
CHARLOTTE. NC. 28275-1731

WIRE TRANSFER TO:
WELLS FARGO BANK,N.A
SAN FRANCISCO, CA 94104
ABA ROUTING# 121000248
ACCT #
SWIFT CODE WFBIUS6S

ACH TO: WELLS FARGO BANK, N.A
MINNEAPOLIS, MN 55479
ABA ROUTING# 053101561
ACCT #
SWIFT CODE WFBIUS6S
REF: Young & Rubicam
LOCKBOX # 751731

Balance Due

ORIGINAL

Highly Confidential



**EXHIBIT**
160
9/28/23

NAVY-ADS-0000373978

**Billing Memo: N0018922FZ486**  **Re-upload**

- Inv# 2B-IN-1354: ███ – was corrected with invoice 2B-IN-2991 for a finalized spend of $███ (page 42)

- Inv# 2B-IN-1354: ███ VMLYR is ██ ███ the Navy this $███ Provisional credit of ($██ added on top cover sheet. Finalized ███ spend at $███ Overall agency billing credit of ($███ back to the Navy

- Inv# 2C-IN-1379: ███ ██ – was corrected with invoice 2C-IN-2312 for finalized spend of $███ (page 87)

- Inv# 2C-IN-1379: ███ VMLYR is ██ ███ the Navy this $███ Provisional credit of ($██ added on top cover sheet. Finalized Amazon spend at $███ Overall agency billing debit of $███

- Inv# 2C-SE-0390: ███ $███ back up can be found on page 97. However a provisional credit of ███ is added to the top cover sheet as VMLYR is ██ ███ the Navy this fee.



1 Columbus Circle
New York, New York 10019

```
INVOICE DATE    NOV20/22        INTERACTIVE MEDIA BILLING         INVOICE 2B-IN-1354
DUE DATE        DEC20/22                                                    PAGE   1

CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                           COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY           5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE             MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486               ATTN: DEAN STEWART-CURRY
                                                     MONTH OF  JUL/22
```

```
                                  NET LESS CD
                                     ORDERED        PREV. BILLED        BILLABLE
** TOTALS **
```

```
*********************************   ************************************************
                                  PREVIOUS BILLS
                                  ---------------
                                                    27-IN-0685
```

```
PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#            SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#            SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000373980



4 Columbus Circle
New York, New York 10019

```
INVOICE DATE   NOV20/22          INTERACTIVE MEDIA BILLING        INVOICE 2B-IN-1354
DUE DATE       DEC20/22             ** DETAIL BACK-UP **             PAGE    1

CLIENT    NVO   NAVY                              NAVY
PRODUCT   NAV   NAVY                              COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY              5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE               MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486                 ATTN: DEAN STEWART-CURRY
                                                       MONTH OF  JUL/22

INSERT                                NET LESS CD
DATE       SPACE                          ORDERED      PREV. BILLED      BILLABLE
```



ORIGINAL

Highly Confidential

NAVY-ADS-0000373981



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/22 | INTERACTIVE MEDIA BILLING | INVOICE 2B-IN-1354 |
| DUE DATE | DEC20/22 | ** DETAIL BACK-UP ** | PAGE 2 |

CLIENT      NV0  NAVY                              NAVY
PRODUCT     NAV  NAVY                              COMMANDER NAVY RECRU
ESTIMATE    099  JULY-SEPT MA DISPLAY             5722 INTEGRITY DR BLDG 784
                 /AFFILIATE/JOBSITE               MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922F2486                  ATTN: DEAN STEWART-CURRY
                                                        MONTH OF  JUL/22

INSERT                                   NET LESS CD
DATE       SPACE                          ORDERED

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000373982

# Y&R

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | NOV20/22 | INTERACTIVE MEDIA BILLING | INVOICE 2B-IN-1354 |
| DUE DATE | DEC20/22 | ** DETAIL BACK-UP ** | PAGE   3 |

CLIENT    NV0   NAVY                                NAVY
PRODUCT   NAV   NAVY                                COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY               5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE                  MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486                    ATTN: DEAN STEWART-CURRY
                                                          MONTH OF   JUL/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|
| ** TOTALS ** | | | | |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000373983



| | Invoice |
|---|---|
| NUMBER | |
| 789839 | |
| DATE | |
| Aug 15, 2022 | Page 1 of 1 |
| PURCHASE ORDER NUMBER | |
| O-3BX3F | |
| QUOTE NUMBER | |
| | |
| SALES ORDER NUMBER | |
| 3986 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| MCIA2000008283 | |

BILL TO:
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoice, pls call 888-506-0543 or email ███████.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 60 | Oct 14, 2022 | BCONNERT | BINYAMIN GOLDMAN |



| ITEM NO. | ITEM DESCRIPTION | QUANTITY | | T A X | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | BILLED | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

SPECIAL INSTRUCTIONS:
US Navy ( R 1-LG – Navy-MIL Jul-Sep22 – July 2022

| | SUBTOTAL | TAX | HANDLING | INVOICE TOTAL |
|---|---|---|---|---|

EIN 13-3906555

Past due balances subject to 1.5% finance charge

For ACH Payment, please use the following banking information:
Bank Name:            Bank of America
Bank Location         New-York, NY
ABA/Routing Number:   021000322
Account Name:
Account Number:
Reference:            Invoice Number(s)
Remittance Advice to be sent:              ██████.com

For Check payments, please use the following information:
Payable to:
Remit to:             PO Box 80364
                      Chicago, IL 60699-0364



| Customer No | |
| Invoice No | |
| Due Date | |
| Total Due | |
| Currency | |
| Amount Paid | |

Please indicate your invoice number on the check to ensure correct allocation.

Highly Confidential

# Invoice

| NUMBER | | |
|---|---|---|
| 6869796 | | |
| DATE | | |
| Aug 12, 2022 | | Page 1 of 1 |
| PURCHASE ORDER NUMBER | | |
| D-3BX4K | | |
| QUOTE NUMBER | | |
| Q-05587460 | | |
| SALES ORDER NUMBER | | |
| OR-08578635 | | |
| CUSTOMER NUMBER | | LOCATION NUMBER |
| MCMW107404392 | | |

**BILL TO:**
WAVEMAKER
P.O. BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-6543 or email ███████████.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | | | | | |
|---|---|---|---|---|---|---|---|---|
| Net 30 | Sep 11, 2022 | Jeff Barchetto | ACCOUNTS PAYABLE | | | | | |

| ITEM NO. | ITEM DESCRIPTION | QUANTITY | | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDERED | BILLED | | | |
| 1 | ████████████████ | | | | | |

| SPECIAL INSTRUCTIONS | | GROSS | TAX | AGENCY DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|
| US NAVY | | | | | |
| EIN ████████ | | ███████ | | | ██████ |

Past due balances subject to 1.5% finance charge

Please use below URL to pay invoice by card or PayPal:
████████████████████████████████████████████████████████████████

**For ACH Payment, please use the following banking information:**
Bank Name              Bank of America
Bank location:         New York, NY
ABA/Routing Number:    021300010
Account Name:          █████████████
Account Number:        █████████████
Reference:             Invoice Number(s)
Remittance Advice to be sent:   ████████████████████

**For Check payments, please use the following information:**
Payable to:    ████████████████████████
Remit to:      PO Box 90364
               Chicago, IL 60656

| Customer No | |
|---|---|
| Invoice No | |
| Due Date | |
| Total Due | ██████ |
| Currency | |
| Amount Paid | |

Please indicate your invoice number on the check to ensure correct allocation

Highly Confidential



Bill to

Michael Law

Wavemaker Global LLC.

825 7th Ave

New York, NY 10019

United States

Details

| | |
|---|---|
| Invoice number | 4322569626 |
| Invoice date | Jul 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |



Total amount due in USD

Summary for Jul 1, 2022 - Jul 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

Remittance instructions:

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ███████████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ████ invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: ████ LLC | Wells Fargo Bank, N.A. | ████ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ██████████ | | |

For questions about this invoice please email collections@████om

Highly Confidential

NAVY-ADS-0000373986



Account ID: 1496602
Adserving for DCM, Advertiser Id:5876121 Campaign Id:28078071
Jul 1, 2022 - Jul 31, 2022

Highly Confidential

NAVY-ADS-0000373987



# Invoice

| | |
|---|---|
| Invoice # | INV38199 |
| Date | 7/31/2022 |
| Terms | Net 30 |
| Due Date | 8/30/2022 |



| Bill To | Customer Reference Information | |
|---|---|---|
| Wavemaker | PO/Ref# | |
| PO BOX 4814 | Campaign | United States Navy (US)_Q3 2022- |
| GCS | | Direct - 901708 |
| New York NY 10163 | Order ID | 901708 |
| United States | Month | July-2022 |
| **Advertiser** | Currency | USD |
| United States Navy | | |



**REMIT Wire transfer:**
Receiving Bank (Pay to):
City National Bank
2001 North Main Street, Suite 200
Walnut Creek, CA 94596
Beneficiary (For credit to):
[redacted] INC
150 Sutter St, 4th Floor
San Francisco, CA 94104
Final Credit Account No. 4[redacted]
Routing & Transit No. 122016066
SWIFT Code CINAUS6L

**Pay by Check:**
[redacted] Inc.
FILE 1213
1801 W. Olympic Blvd.
Pasadena, CA 91199-1213

| | |
|---|---|
| USD Subtotal | |
| Tax Total | |
| USD Total | |
| Amount Paid | |
| Amount Due | |

Please reference [redacted] Invoice Number INV38199 when submitting your payment.

130 Sutter Street, 4th FL
San Francisco, CA 94104
ar@[redacted].com

Page 1 of 1

Highly Confidential

NAVY-ADS-0000373988



# INVOICE

| Invoice Date | |
|---|---|
| 8/16/2022 | |
| Terms | |
| Net 90 | |
| Original Invoice # | |
| | |

| Service Month: | |
|---|---|

| Account #: 000328 |
|---|

| Bill To |
|---|
| Wavemaker<br>P.O. Box 4614<br>New York NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Subtotal | |
|---|---|
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information:

Mail Checks to:

Lockbox Address:
_____ Inc.
PO Box 392268
Pittsburgh PA 15251-9268

For Courier Deposit (FedEx, UPS, etc)
_____ Inc. (Attn 392268)
500 Ross Street 154-0455
P (tsburgh) PA 15262-0001

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS63

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS65
_____ Inc. Account # _____ 2

1 of 1

Highly Confidential



# INVOICE

| Invoice Date | |
|---|---|
| 5/16/2022 | |
| Terms | |
| Net 30 | |
| Original Invoice # | |
| | |
| Service Month | |

| Account #: 000318 |
|---|
| Bill To |
| Wavemaker<br>P.O. Box 4614<br>New York NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Payment Information

Mail Checks to:

Lockbox Address:
████████ Inc.
PO Box 352268
Pittsburgh PA 15251-6268

For Courier Deposits (FedEx, UPS, etc).
████████ Inc. (Attn 352268)
500 Ross Street TS4-0455
Pittsburgh PA 15262-0001

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
████████ Inc. Account #████████

1 of 1



# INVOICE

| | |
|---|---|
| Invoice Date | |
| 6/26/2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month | |

| Account #: CUS-451 |
|---|
| Bill To |
| Wavemaker Global LLC<br>PO BOX 4614 GCS<br>New York NY 10163<br>United States |



Payment Information:

Mail Checks to:

Lockbox Address:
_____ Inc.
PO Box 3*2268
Pittsburgh PA 15251-8268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code SVBKUS66

Account Information
For Account: Silicon Valley Bank
Swift Code SVBKUS66
_____ Inc. Account _____

For Courier Deposits (FedEx, UPS, etc)
_____ Inc. (Attn 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

1 of 1

Highly Confidential



# INVOICE

| | |
|---|---|
| Invoice Date | |
| 8/26/2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month | |

| Account #: CUS451 |
|---|
| Bill To |
| Wavemaker Global LLC<br>PO BOX 4614 GCS<br>New York NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---------|----------|------|------|------------|-----------|------------|----------|------------|--------------|
| | | | | | | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information:

Mail Checks to:

Lockbox Address:
_____ Inc.
PO Box 392268
Pittsburgh PA 15251-9268

For Courier Deposits (FedEx, UPS, etc)
_____ Inc. (Acct 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
_____ Inc. Account #_____

To ensure your invoice inquiry is addressed, please send to _____
For statement information please e-mail _____

1 of 1

Highly Confidential

NAVY-ADS-0000373992

None



## Invoice

| Invoice Number | Invoice Date | Page 2 of 2 |
|---|---|---|
| 10498921 | 31-JUL-22 | |
| Payment Terms | Due Date | Invoice Period |
| 30 NET | 30-AUG-22 | JUL-2022 |
| PO Number | IO Number | Sales Rep |
| | 2379561 | |

| ▮ Campaign Id | ▮ Campaign Name |
|---|---|
| CP1PZRC | NV0_NAV_099_NAVY_2022_July-September MA Display/Affiliate/Jobsite N0018922FZ486 |
| ▮ IOID | |
| O-3BX9F | |

| Campaign ID | Screen Name | Product | I.O. Currency | Amount |
|---|---|---|---|---|
| ▮ | | | USD | ▮ |
| | | | TOTAL | ▮ |

# Invoice

| | |
|---|---|
| Date | 7/31/2022 |
| Invoice # | 39413 |

PO Box 200790
Pittsburgh, PA 15251-0790

| | |
|---|---|
| Terms | Net 30 |
| Due Date | 8/30/2022 |
| Currency | US Dollar |
| IO Number | O-3BX6F |
| Service Period | July 2022 |

**Bill To**
WaveMaker Global
PO Box 4614 GCS
New York NY 10163

Campaign
U.S. Navy - Q3, 2022

IO_Description



If you wish to pay by ACH/Wire:

East West Bank Account Number: ▓▓▓▓
Account Name ▓▓▓▓ Inc.
Routing number: 322070381
SWIFT Code INTL WIRES: EWBKUS66XXX

If you are paying by check, please mail to:

▓▓▓▓ Inc.
PO Box 200790
Pittsburgh, PA 15251-0790

For electronic payments, please send all remittance information to billing@▓▓▓▓om

Inillion is a trade name under which ▓▓▓▓ Inc. operates as ▓▓▓▓ ▓ dba ▓▓▓▓ If you have questions about your outstanding balance or any other billing related questions, please contact billing@▓▓▓▓om




**Bill to**

Maggie Lajos

Wavemaker Global LLC.

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

Helen Guiles

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

| | |
|---|---|
| Invoice number | 4331209521 |
| Invoice date | Jul 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | |

Total amount due in USD

Summary for Jul 1, 2022 - Jul 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD



**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@         om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official         invoice.

| **To pay by wire transfer, send to:** | **Bank branch address:** | **To pay by check, mail to:** |
|---|---|---|
| Account holder name:      LLC | Wells Fargo Bank, N.A. |      LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: | | |

Highly Confidential                                         NAVY-ADS-0000373996



Account ID: 3600117

Order name: Navy Technology YTS Plan Nonskip 15s July - Sept '22

Jul 1, 2022 - Jul 31, 2022

Highly Confidential

NAVY-ADS-0000373997





**Bill to**
Maggie Lajos
Wavemaker Global LLC
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4331048980 |
| Invoice date | Jul 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |



Summary for Jul 1, 2022 - Jul 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@▮▮▮om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▮▮▮ invoice.

**To pay by wire transfer, send to:**
Account holder name: ▮▮▮ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ▮▮▮

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
USA

**To pay by check, mail to:**
▮▮▮ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

Highly Confidential    NAVY-ADS-0000373998

Invoice number: 4373048940

Jul 1, 2022 - Jul 31, 2022

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|
| | | | | | |

Subtotal in USD
Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000373999



**Bill to**

Accounts Payable

Media Edge CIA LLC

175 Greenwich Street

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

Media Edge CIA LLC, Wavemaker

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

| | |
|---|---|
| Invoice number | 4329169103 |
| Invoice date | Jul 31, 2022 |
| Payment terms | Net 45 |
| Billing ID | |
| Account ID | |

Total amount due in USD



Summary for Jul 1, 2022 - Jul 31, 2022

**Pay in USD:**

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@⬛⬛⬛om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ⬛⬛ invoice

**To pay by wire transfer, send to:**

Account holder name: ⬛⬛ LLC

Bank: Wells Fargo

SWIFT BIC: WFBIUS6S

ABA #: 121000248

Account #: ⬛⬛⬛

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

⬛⬛ LLC

P.O. Box 883654

Los Angeles, CA 90088-3654

United States

For questions about this invoice please email ⬛⬛⬛⬛om

Highly Confidential

NAVY-ADS-0000374000



**Invoice**

Invoice number 4329165103

Account: Navy Youtube Always On
Account ID
Account budget: July – Sept '22 Auction
Jul 1, 2022 - Jul 31, 2022

| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| | | | |
| Subtotal in USD | | | |
| Tax (0%) | | | |
| Total in USD | | | |

For questions about this invoice please email

Highly Confidential

NAVY-ADS-0000374001



PO Box 24651
Seattle, WA 98124-0651

Page 1 of 1

## INVOICE

| INVOICE | DATE |
|---------|------|
| 31087 | 11/30/2022 |

Bill To:
Wavemaker
PO BOX 4614
Grand Central Station
New York NY 10163

Customer No: 32995097
PO No: O-3BX8W-R2

Due Date: 01/29/2023
Payment Terms: Net 60
Sales Rep:

| Item | Item Description | Deliv Impr | CPM | Clicks | Amount |
|------|-----------------|------------|-----|--------|--------|
| Online Adv. | | | | | |
| Online Adv. | | | | | |

| | SubTotal | Total Tax | Total Amount |
|--|----------|-----------|--------------|
| | | | |

Currency: USD

Comments:
Replacing original invoice# 7HDA22021321

| Payment Instructions | |
|----------------------|--|
| Account Name:          LLC | ABA Number (Wire): 121000248 |
| Bank: Wells Fargo | ABA Number (ACH): 121000248 |
| Bank Address: Seattle, WA | Routing Number: 121000248 |
| Account #: | Swift Code: WFBIUS6S |

NOTE: Please include payment remittance information with all payments. Send payment information to: Advertising-R          com

Highly Confidential

Invoice

| NUMBER | | |
|---|---|---|
| 789838 | | |

| DATE | | |
|---|---|---|
| Aug 15, 2022 | | Page 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| O-3BX7C |

| QUOTE NUMBER |
|---|
| |

| SALES ORDER NUMBER |
|---|
| 7085 |

| CUSTOMER NUMBER | LOCATION NUMBER |
|---|---|
| MCIA2000008283 | |

BILL TO:
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10165

For any questions about your invoices, pls call 888-506-6543 or email MonsterInvoiceNA@monster.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | |
|---|---|---|---|---|
| Net 60 | Oct 14, 2022 | BCONNERT | BINYAMIN GOLDMAN | |

| LINE NO. | ITEM DESCRIPTION | QUANTITY ORDERED | SHIPPED | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

SPECIAL INSTRUCTIONS:
L8 Navy ( R I-LG-Navy FW Jul-Sep22 - July 2022

| | SUBTOTAL | TAX | HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| | | | | |

Past due balances subject to 1½% finance charge

For ACH Payment, please use the following banking information:
Bank Name:                     Bank of America
Bank Location:                 New York, NY
ABA/Routing Number:            021000322
Account Name:
Account Number:
Reference:                     Invoice Number(s)
Remittance Advice to be sent:

For Check payments, please use the following information:
Payable to
Remit to                       PO Box 50364
                               Chicago, IL 60396-0364

| Customer No |  |
|---|---|
| Invoice No |  |
| Due Date |  |
| Total Due |  |
| Currency |  |
| Amount Paid |  |

Please indicate your invoice number on the check to ensure proper allocation.

Highly Confidential

New York, NY 10005
Tel.: +1-212-866-7555, Fax: +1-646-349-3639

To:
WaveMaker
P.O. Box 4616
Grand Central Station
New York, NY 10163
United States

Invoice Date: Jul 31, 2022

## Invoice USI2217413



| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Pay by: Sep 14, 2022

| Total Price | | |
|---|---|---|
| Tax | | |
| TOTAL | | |

INNOVID EIN (Tax ID): 87-3769595

REMITTANCE ADDRESS:
          LLC
PO BOX 347951
PITTSBURGH, PA 15251-4961

WIRING INSTRUCTIONS:
SILICON VALLEY BANK
ROUTING & TRANSIT #: 121140399
SWIFT CODE: SVBKUS6S
FOR CREDIT OF:
FINAL CREDIT ACCOUNT:

FX EUR ONLY:
RECEIVING BANK: DEUTSCHE BANK AG, FRANKFURT
RECEIVING BANK SWIFT: DEUTDEFF
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

FX MXN ONLY:
RECEIVING BANK: BBVA BANCOMER
RECEIVING BANK SWIFT: BCMRMXMMCOR
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

INV# 100A34890  $2,600.14
INV# 100A34891 = 321,380.64
Total : 363980.78

# INVOICE



Ventura, CA 93001

| | |
|---|---|
| Invoice Date | 07/31/2022 |
| Invoice Number | 100324390 |
| Customer ID | 1200 |
| Due Date | 10/29/2022 |
| Term | Net 90 |
| Term Description | Net 90 |

Comments

Bill-to Site Number: 317689

BILL  Wavemaker
TO:    P.O. Box 4614 GCS
       New York, NY 10163

Ship-to Site Number: 317689

SOLD  Wavemaker
TO:    P.O. Box 4614 GCS
       New York, NY 10163
       VAT ID/Tax ID :



Checks should be mailed to Lockbox:

PO Box 102757
Pasadena, CA 91189-102757

Overnight Lockbox Address:
102757
2710 Media Center Dr, Bldg 6, Ste 120,
Los Angeles, CA 90065

Balance Questions: ███████ om
Remittance Questions: ███ emittance@████████ om

ACH Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 322271627 |
| Account #. (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
|---|---|
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 021000021 |
| Account #. (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | CHASUS33 |
|---|---|

Highly Confidential

NAVY-ADS-0000374005



Highly Confidential

NAVY-ADS-0000374006



INVOICE

| | |
|---|---|
| Invoice Date | 07/31/2022 |
| Invoice Number | 100324891 |
| Customer ID | 1200 |
| Due Date | 10/29/2022 |
| Term | Net 90 |
| Term Description | Net 90 |

Comments

42 N Crestnut St
Ventura, CA 93001

Bill-to Site Number 317689

BILL   **Wavemaker**
TO    P.O. Box 4614 GCS
New York, NY 10163

Ship-to Site Number 317689

SOLD   **Wavemaker**
TO    P.O. Box 4614 GCS
New York, NY 10163
VAT ID/Tax ID :



Highly Confidential

NAVY-ADS-0000374007



| NAVY |
| NAVY |
| NAVY |

Checks should be mailed to Lockbox:

PO Box 102757
Pasadena, CA 91189-102757

Overnight Lockbox Address:
. 102757

2710 Media Center Dr, Bldg 6, Ste 120,
Los Angeles, CA 90065

Balance Questions: ar@     om
Remittance Questions:   emittance@    om

ACH Payments Should Be Sent To:

| For Credit To: | |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 322271627 |
| Account #: (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 021000021 |
| Account #: (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | CHASUS33 |
| --- | --- |

Highly Confidential

NAVY-ADS-0000374008



# Invoice
#523081

32978 Collections Center Drive
Chicago, IL 60693-0329

**Bill To**
Wavemaker for U.S. Navy
Three World Trade Center
Greenwich Street
New York City NY 10007
United States



| PO # | Invoice Date | Terms | Due Date |
|------|-------------|-------|----------|
| O-3BX4W | 7/31/2022 | Net 30 | 8/30/2022 |

Due:

Click to Pay Now: https://eu.adyen.link/PLFD1AD6893E1A0905

Performance Products



| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|

This is your invoice for the Jul 2022 service period

Performance Products Subtotal

Tax Total (0%)

Original Total

Payments and Credits

Amount Due

We appreciate your business and prompt payment. If you have any questions, please contact us at accounting@_____.om

1 of 1

Highly Confidential

NAVY-ADS-0000374009

C  NV0   P:NAV   E 99   M:INTERNET    PUB CODE: 106047   MOS: 7/22



# Invoice

Invoice # : INV425037

**Balance Due :** ▮▮▮▮
Due Date : 8/11/2022

San Francisco, CA 94105
billing@▮▮▮▮om
415-275-7411

| | |
|---|---|
| Invoice Date | 12-Jul-2022 |
| Customer | Wavemaker |
| **Sold To Customer** | US Navy |
| Order # | 553614 |
| Customer PO # | |
| ▮▮▮▮ Contact | Shauna McGuire |
| Due Date | 11-Aug-2022 |
| Terms | Net 30 |

## Bill To

Wavemaker
Brenda Lendeborg
825 Seventh Avenue
London
ENG
10019
United Kingdom

## Ship To

US Navy
Stephanie Wolklin
P.O. BOX 4614
Grand Central Station
New York NY 10163

## Invoice Details

Final Invoice

| Line | Description | Billing Frequency | Amount | Service Start Date | Service End Date |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |



1 of 2

Highly Confidential

NAVY-ADS-0000374010

# Invoice



Subtotal
Tax (0%)
Total Amount
Amount Paid/Credit
**Amount Due**

**Remit Checks To:**       **ACH/Wire Instructions:**       **Credit Card Payments:**

Inc.
Department 3436
PO Box 123436
Dallas, TX
75312-3436

Contact billing@███████.com

**Transaction History**


INV425037

2 of 2

Highly Confidential                    NAVY-ADS-0000374011

C NV0   P NVA   E NVA IM INTERNET   PUB CODE 107826   MOS 7/22

Invoice

Brooklyn, NY 11201

| Date | Invoice # |
|------|-----------|
| 7/31/2022 | 2022-070013 |

| Advertiser |
|------------|
| Wavemaker |
| Binyamin Goldman |
| PO Box 4614 Central Station |
| New York, NY 10163 |

| Due Date | Publisher | Terms |
|----------|-----------|-------|
| 8/30/2022 | ███████ Net | Net 30 |

| Description | Campaign Dates | Quantity | Rate | Total Due |
|-------------|----------------|----------|------|-----------|
| | | | | |

**Please note our new address:**

████████

**Brooklyn, NY 11201**

If paying by check, please send to:

Brooklyn, NY 11201
If paying by wire:
JPMORGAN CHASE
account number: ████████
routing: 021000021
If paying by credit card:
https://www ███████ m/apps/payments/paynow
A credit card fee of 3.5% will be applied

| | |
|---|---|
| Total | |
| Paid/Pre Payments | |
| Balance Due | |

Highly Confidential

NAVY-ADS-0000374012

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2022 | 5165 |

Los Angeles, CA 90064

**Bill To**

Wave Maker Marketing
PO Box 4614 GCS
New York, NY 10163

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | | | |

Please update all of your records to reflect our new mailing address.

Payment Instructions:

Wells Fargo Bank
1300 4th St.
Santa Monica, CA 90401

Direct Payments:
Acct #
Routing # 121042882

Domestic Wire Transfer:
Acct #
Routing # 121000248
International Wire Transfer:
Acct #
SWIFT Code: WFBIUS6s
IBAN # 122000248

**Total**

Highly Confidential

NAVY-ADS-0000374013

# INVOICE

Invoice Number: 18154
Invoice Date: Jul 31, 2022
Page: 1

1232 W. Northwest Highway
Palatine, IL 60067
USA

Phone: 847-749-4635

| Bill To: | Ship to: |
|---|---|
| MEC Global<br>P.O. Box 4614 GCS<br>New York, NY 10163 | MEC Global<br>P.O. Box 4614 GCS<br>New York, NY 10163 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MEC/NAVY | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 8/30/22 |



| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|

| | |
|---|---|
| Subtotal | |
| Sales Tax | |
| Total Invoice Amount | |
| Payment/Credit Applied | |
| **TOTAL** | |

ACH Information:
Routing Number - 071026576
Account Number -

Highly Confidential

NAVY-ADS-0000374014



# Invoice

| Acct. No | Date | Invoice # |
|---|---|---|
| N50724 | 8/10/2022 | 24247 |

1108 Lavaca Street
Suite 110-390
Austin TX 78701
United States

| Bill To | Ship To |
|---|---|
| Attn: Accounts Payable<br>United States Navy<br>PO Box 4614 Grand Central Station<br>New York NY 10163<br>United States | United States Navy<br>2000 Brush St, Ste 601<br>Detroit MI 48226<br>United States |

| Customer | Terms | Due Date | PO # |
|---|---|---|---|
| N50724 United States Navy | Due on Receipt | 8/10/2022 | O-2ZK4B |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Discount | |
| Tax Total: | |
| Total | |

1 of 2

Highly Confidential

NAVY-ADS-0000374015



# Invoice

| Acct. No | Date | Invoice # |
|---|---|---|
| N50724 | 8/10/2022 | 24247 |

**Remittance Slip**

| | |
|---|---|
| Customer: | N50724 United States Navy |
| Invoice #: | 24247 |
| Amount Due: | $ ▮▮▮▮ |
| Amount Paid: | _____ |

To make a payment by credit card please contact our Accounts Receivable department by calling 617-532-6012 or 617-532-6022. To pay by wire, ACH, or check please see the included details.

## Make Checks Payable To:

▮▮▮▮ ▮▮
75 Remittance Dr., Dept. 1020
Chicago, IL. 60675-1020

## Payment by Bank Transfer (ACH or Wire)

- **Beneficiary Account Name:**
  ▮▮▮▮ ▮▮
- **Bank Name:** Pacific Western Bank
- **Routing Number:** 122238200
- **Account Number:** ▮▮▮▮
- **Bank Address:**
  406 Blackwell Street, Ste. 240, Durham, NC 27701

2 of 2

Highly Confidential

NAVY-ADS-0000374016

Minneapolis, MN  55435-4441
952.215.1488

## INVOICE

BILL TO
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY  10163

SHIP TO
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY  10163

INVOICE #  54941
DATE  07/31/2022
DUE DATE  09/29/2022
TERMS  Net 60

SHIP DATE
07/01/2022

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| | | | |

Please remit all payments to address above or if you
prefer to ACH or wire funds:

BALANCE DUE

This is our US bank for payments in USD

Bremer Bank, N.A.
380 Saint Peter St Ste 500
Saint Paul, Minnesota 55102
Phone: (651) 312-3562

Beneficiary:

Routing number: 096010415
Account number:
Swift Code: BRFSUS4T

You may also ACH by clicking the Pay Now button on
this form.

This is our UK bank for payments in GBP

Beneficiary Bank: Barclays Bank
Beneficiary Bank Address:

Federal Tax ID:

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of
collection.
Incorporated by reference is https://www.          com/terms-of-use.

Highly Confidential

NAVY-ADS-0000374017

1 Churchill Place, London EC14 5HP
Beneficiary Bank: SWIFT BARCGB22

Beneficiary Cambridge Mercantile Corp.
212 King Street West, Suite 400 Toronto, Ontario M5H
1K5
IBAN #: ███████████
Routing Sort Code: 20 00 00
Account: ██ ████ ██
Reference: ████ ███████ ██

Federal Tax ID: ████████████████

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of collection.
Incorporated by reference is https://www ███████████com/terms-of-use.

**Y&R**

3 Columbus Circle
New York, New York 10019

| | | | | |
|---|---|---|---|---|
| INVOICE DATE | NOV20/22 | INTERACTIVE MEDIA BILLING | INVOICE 2B-IN-2991 | |
| DUE DATE | DEC20/22 | | PAGE    1 | |

| | | | |
|---|---|---|---|
| CLIENT | NVO | NAVY | NAVY |
| PRODUCT | NAV | NAVY | COMMANDER NAVY RECRU |
| ESTIMATE | 099 | JULY-SEPT MA DISPLAY | 5722 INTEGRITY DR BLDG 784 |
| | | /AFFILIATE/JOBSITE | MILLINGTON TN 38054 |
| TASK ORDER NUMBER: N0018922FZ486 | | | ATTN: DEAN STEWART-CURRY |
| | | | MONTH OF   JUL/22 |

```
                                    NET LESS CD
                                      ORDERED    PREV. BILLED      BILLABLE
** TOTALS **
```

```
******************************************************************
                        PREVIOUS BILLS
                        ---------------
                                         27-IN-0685
                                         2B-IN-1354
```

```
PLEASE REMIT TO: Y&R
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#              SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#              SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002
```

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374019



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    NOV20/22          INTERACTIVE MEDIA BILLING        INVOICE 2B-IN-2991
DUE DATE        DEC20/22              ** DETAIL BACK-UP **          PAGE     1

CLIENT     NV0   NAVY                                    NAVY
PRODUCT    NAV   NAVY                                    COMMANDER NAVY RECRU
ESTIMATE   099   JULY-SEPT MA DISPLAY                    5722 INTEGRITY DR BLDG 784
                 /AFFILIATE/JOBSITE                      MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486                         ATTN: DEAN STEWART-CURRY
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374020



# INVOICE

Wavemaker Global
Attention: Erik Carlson
PO Box 4614 GCS
NEW YORK NY 10163

Jul 31, 2022

Invoice Number
20220176

Reference
O-3BX4F-R2

Attention: Martin
Sutherland

Suite 920
MINNEAPOLIS MN 55402
USA

| Description | Quantity | Unit Price | Discount | Tax | Amount USD |
|---|---|---|---|---|---|



**Due Date: Aug 30, 2022**
ACH/Wire Instructions:

Bell Bank
Bank's Phone Number: (701) 298-1500

ABA Routing Number: 091310521
Account Number:
Beneficiary:


View and pay online now

Registered Office: Attention: Brad Squibbs, 10 South 5th Street, Suite 920, Minneapolis, MN, 55402, USA,

Highly Confidential

NAVY-ADS-0000374021



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22        INTERACTIVE MEDIA BILLING        INVOICE 2C-IN-1379
DUE DATE        JAN19/23                                                PAGE   1

CLIENT    NV0   NAVY                         NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY          5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486              ATTN: DEAN STEWART-CURRY
                                                   MONTH OF  AUG/22
```

```
                                   NET LESS CD
                                     ORDERED     PREV. BILLED      BILLABLE
** TOTALS **
```



```
********************************************        PREVIOUS BILLS        ********************************************
                                     ---------------
                                                  28-IN-1092
```

```
PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#              SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#              SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374022



4 Columbus Circle
New York, New York 10019

| | | |
|---|---|---|
| INVOICE DATE | DEC20/22 | INTERACTIVE MEDIA BILLING |
| DUE DATE | JAN19/23 | ** DETAIL BACK-UP ** |

INVOICE 2C-IN-1379
PAGE 1

CLIENT    NV0   NAVY
PRODUCT   NAV   NAVY
ESTIMATE  099   JULY-SEPT MA DISPLAY
                /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR BLDG 784
MILLINGTON TN 38054
ATTN: DEAN STEWART-CURRY
      MONTH OF  AUG/22

INSERT                              NET LESS CD
DATE      SPACE                         ORDERED     PREV. BILLED    BILLABLE



ORIGINAL

Highly Confidential

NAVY-ADS-0000374023



Y&R

3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22        INTERACTIVE MEDIA BILLING       INVOICE 2C-IN-1379
DUE DATE        JAN19/23           ** DETAIL BACK-UP **         PAGE    2

CLIENT    NVO   NAVY                            NAVY
PRODUCT   NAV   NAVY                            COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY            5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE             MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486               ATTN: DEAN STEWART-CURRY
                                                     MONTH OF  AUG/22

INSERT                                 NET LESS CD
DATE         SPACE                         ORDERED    PREV. BILLED      BILLABLE

     VENDOR *TOTAL*
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374024



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22        INTERACTIVE MEDIA BILLING        INVOICE 2C-IN-1379
DUE DATE        JAN19/23          ** DETAIL BACK-UP **            PAGE    3

CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY          5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486             ATTN: DEAN STEWART-CURRY
                                                  MONTH OF  AUG/22
```

```
INSERT                              NET LESS CD
DATE        SPACE                       ORDERED      PREV. BILLED      BILLABLE
** TOTALS **                                                          ████████
```

ORIGINAL

Highly Confidential

NAVY-ADS-0000374025



**Invoice**

| | |
|---|---|
| NUMBER | 790010 |
| DATE | Sep 23, 2022 | Page 1 of 1 |
| PURCHASE ORDER NUMBER | O-3BX3F |
| QUOTE NUMBER | |
| SALES ORDER NUMBER | 3966 |
| CUSTOMER NUMBER | MCIA20000082NS | LOCATION NUMBER |

BILL TO:
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10103

For any questions about your invoices, ph call 888-506-6543 or email MonsterInvoiceNA@monster.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 60 | Nov 22, 2022 | BCONNERT | BINYAMIN GOLDMAN |



| ITEM NO. | ITEM DESCRIPTION | QUANTITY ORDERED | BILLED | T A X | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

SPECIAL INSTRUCTIONS:
US Navy (R i-LG - Navy-MIL Jul-Sep22 - August 2022

EIN

| SUBTOTAL | TAX | HANDLING | INVOICE TOTAL |
|---|---|---|---|

Past due balances subject to a 5% finance charge

For ACH Payment, please use the following banking information:
Bank Name:              Bank of America
Bank Location           New York, NY
ABA/Routing Number:     021000322
Account Name:
Account Number:
Reference:
Remittance Advice to be sent:    Invoice Number(s)                .com

For Check payments, please use the following information:

Payable to:
Remit to:               PO Box 50364
                        Chicago, IL 50696-0364



| | |
|---|---|
| Customer No. | |
| Invoice No. | |
| Due Date | |
| Total Due | |
| Currency | |
| Amount Paid | |

Please indicate your invoice number on the check to ensure correct allocation.



Bill to
Michael Law
Wavemaker Global LLC
825 7th Ave
New York, NY 10019
United States

Details
Invoice number .................................. 4447900167
Invoice date .................................. Aug 31, 2022
Payment terms ............................ Net 45
Billing ID ..................................

Total amount due in USD

Summary for Aug 1, 2022 - Aug 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

Remittance instructions:
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices,
send an email to collections@          om with your company name and total payment amount in the subject line and list the invoice
numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official          invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name:     LLC | Wells Fargo Bank, N.A. | ▮▮▮ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ▮▮▮▮▮ | | |

For questions about this invoice please email collections@          om

Page 1 of 5

Highly Confidential



Highly Confidential

NAVY-ADS-0000374028



# Invoice

| Invoice # | INV38435 |
|-----------|----------|
| Date | 8/31/2022 |
| Terms | Net 30 |
| Due Date | 9/30/2022 |



| Bill To: | Customer Reference Information | | |
|----------|-------------------------------|---|---|
| Wavemaker<br>PO BOX 4614<br>GCS<br>New York NY 10163<br>United States | PO/Ref# | | |
| | Campaign | United States Navy (US)_Q3 2022-Direct - 901708 | |
| | Order ID | 901708 | |
| Advertiser | Month | August-2022 | |
| United States Navy | Currency | USD | |



| Line ID | Description | Start Date | End Date | Goal | Actual | Billable | CPM | Discount | Net Cost |
|---------|-------------|------------|----------|------|--------|----------|-----|----------|----------|
| 839894 | | | | | | | | | |
| 839895 | | | | | | | | | |
| 839896 | | | | | | | | | |
| 839897 | | | | | | | | | |
| 839898 | | | | | | | | | |
| 839899 | | | | | | | | | |
| 839900 | | | | | | | | | |
| 839901 | | | | | | | | | |
| 839903 | | | | | | | | | |
| 919687 | | | | | | | | | |
| 919688 | | | | | | | | | |
| 933754 | | | | | | | | | |
| 933755 | | | | | | | | | |
| 933756 | | | | | | | | | |
| 933757 | | | | | | | | | |

130 Sutter Street, 4th FL
San Francisco, CA 94104
ar@fendcm.com

Page 1 of 2

Highly Confidential

NAVY-ADS-0000374029



# Invoice

| Invoice # | INV38435 |
|---|---|
| Date | 8/31/2022 |
| Terms | Net 30 |
| Due Date | 9/30/2022 |

REMIT Wire transfer:
Receiving Bank (Pay to):
City National Bank
2001 North Main Street, Suite 200
Walnut Creek, CA 94596
Beneficiary (For credit to):
██████ INC.
130 Sutter St, 4th Floor
San Francisco, CA 94104
Final Credit Account No. 450210811
Routing & Transit No. 122016065
SWIFT Code CINAUS6L

Pay by Check:
██████ INC.
FILE 1213
1801 W Olympic Blvd.
Pasadena, CA 91199-1213

| USD Subtotal | |
| Tax Total | |
| USD Total | |
| Amount Paid | |
| Amount Due | |

Please reference ██████ Invoice Number INV38435 when submitting your payment.


San Francisco, CA 94104
██████.bm

Highly Confidential

NAVY-ADS-0000374030



# INVOICE

| Invoice Date | |
|---|---|
| 9/20/2022 | |
| Terms | |
| Net 30 | |
| Original Invoice # | |
| | |
| Service Month: | |

Account #: 000328

Bill To

Wavemaker
P.O. Box 4514
New York NY 10163
United States

| Product | Campaign | PO# | SO# | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information:

Mail Checks to:

Lockbox Address:
        Inc,
PO Box 392268
Pittsburgh PA 15251-9268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
        Inc, Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@        om
For statement information please e-mail        om

1 of 1

Highly Confidential

NAVY-ADS-0000374031



# INVOICE

| Invoice Date | |
|---|---|
| 9/20/2023 | |
| Terms | |
| Net 30 | |
| Original Invoice # | |
| | |
| Service Month | |

| Account #: 000328 |
|---|
| **Bill To** |
| Wavemaker<br>P.O. Box 4614<br>New York, NY 10163<br>United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Subtotal | |
|---|---|
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

OpenSlate
NY

**Payment Information:**

Mail Checks to:

Lockbox Address:
▮▮▮▮ Inc.
PO Box 392368
Pittsburgh PA 15251-9268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
▮▮▮▮ Inc. Account ▮▮▮▮

To ensure your invoice inquiry is addressed, please send to billingsupport@▮▮▮▮om
For statement information please e-mail are▮▮▮▮om

1 of 1

Highly Confidential

NAVY-ADS-0000374032

SEE BACK PAGE



New York NY 10013-1563,
United States

# INVOICE

| Invoice Date | |
|---|---|
| 9/8/2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month | |

Account #: CUS-451

Bill To

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States



| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information:

Mail checks to:

Lockbox Address:
_____ Inc.
PO Box 512268
Pittsburgh PA (525)-5268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6s

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6s
_____ Inc. Account _____

To ensure your invoice inquiry is addressed, please send to billingsupport@d_____com
For statement information please e-mail ar_____om

1 of 1

Highly Confidential

NAVY-ADS-0000374033



## INVOICE

| Invoice Date | |
| --- | --- |
| 5/6/2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month | |

Account #: CUS-451

Bill To

Wavemaker Global LLC
PO BOX 4614 GCS
New York NY 10163
United States

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information:

Mail Checks to:

Lockbox Address:
Inc.
PO Box 382768
Pittsburgh PA 15251-6268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank, Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
Inc. Account #

To ensure your invoice inquiry is addressed, please send to billingsupport@ ████ om
For statement information please e-mail are ████ om

1 of 1

Highly Confidential

Highly Confidential

NAVY-ADS-0000374035

Highly Confidential

NAVY-ADS-0000374036



| Invoice | | |
|---|---|---|
| Invoice Number | Invoice Date | Page 1 of 2 |
| 10501830 | 31-AUG-22 | |
| Payment Terms | Due Date | Invoice Period |
| 30 NET | 30-SEP-22 | AUG-2022 |
| PO Number | IO Number | Sales Rep |
| | 2379561 | |
| Campaign Id | Campaign Name | |
| CP1PZRC | NV0_NAV_099_NAVY_2022_July- | |
| IOID | September MA Display/Affiliate/Jobsite | |
| U-35X9F | N0018922FZ486 | |

**Bill To:**

| | | | |
|---|---|---|---|
| Name | : | Wavemaker Global LLC | **Advertiser:** US Navy |
| Attention | : | Accounts Payable | |
| Account # | : | | |
| Address | : | PO BOX 4614 | |
| | | New York NY 10163 | |

| Line No. | Item Description | Currency | Amount |
|---|---|---|---|
| | | | |

| Check Remit To Address: | Electronic Funds Transfer: | | | |
|---|---|---|---|---|
| Inc. | Bank Name: Citibank N.A. | Sub-Total | USD | |
| Lockbox 6043 | Account Name: Inc. | | | |
| P.O. Box 7247 | Account Number: | Tax | USD | |
| Philadelphia, PA 19170-6043 | ABA: 021000039 | | | |
| United States | Swift: CITIUS33XXX | | | |
| | Currency: USD | Total | USD | |

**Comments:**

**Notes:**

1. Please send remittance advice with reference to **Invoice #** and **Account #** to remittance@             .om
2. For any billing related inquiries, please email us at a/b             .om
3. For legal correspondence please use our physical address.
                    Suite 900, San Francisco, CA 94103

Highly Confidential



## Invoice

| Invoice Number | Invoice Date | Page 2 of 2 |
|---|---|---|
| 10501830 | 31-AUG-22 | |
| **Payment Terms** | **Due Date** | **Invoice Period** |
| 30 NET | 30-SEP-22 | AUG-2022 |
| **PO Number** | **IO Number** | **Sales Rep** |
| | 2379561 | |

| Campaign Id | Campaign Name |
|---|---|
| CP1PZRC | NV0_NAV_099_NAVY_2022_July- |
| IOID | September MA Display/Affiliate/Jobsite |
| U-3EX9F | N0018922FZ486 |

| Campaign ID | Screen Name | Product | I.O. Currency | Amount |
|---|---|---|---|---|
| | | | | |

# Invoice

| | |
|---|---|
| **Date** | 8/31/2022 |
| **Invoice #** | 39496 |

PO Box 200790
Pittsburgh, PA 15251-0790

| | |
|---|---|
| **Terms** | Net 30 |
| **Due Date** | 9/30/2022 |
| **Currency** | US Dollar |
| **IO Number** | O-3BX6F |
| **Service Period** | August 2022 |

**Bill To**
WaveMaker Global
PO Box 4614 GCS
New York NY 10163

**Campaign**
U.S. Navy - Q3, 2022

**IO_Description**



If you wish to pay by ACH/Wire:

East West Bank Account Number:
Account Name           Inc.
Routing number: 322070381
SWIFT Code INTL WIRES: EWBKUS66XXX

If you are paying by check, please mail to:

[   ] Inc.
PO Box 200790
Pittsburgh, PA 15251-0790

For electronic payments, please send all remittance information to billing@          om

Inflion is a trade name under which [   ] Inc.          as [   ] Inc. dba [   ] If you have questions about your outstanding balance or any other billing related questions, please contact billing@

NAVY-ADS-0000374039



UVSM B: P: NAV    L: 00    M: INTERNET    Pub_Code: 003572    MOS: 2022-08

**Bill to:**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**
Invoice number .......................... 4456400336
Invoice date ........................... Aug 31, 2022
Payment terms ......................... Net 45
Billing ID ....................

Total amount due in USD

Summary for Aug 1, 2022 - Aug 31, 2022

Pay in USD
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ⬛⬛⬛⬛⬛om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ⬛ invoice.

**To pay by wire transfer, send to:**
Account holder name ⬛⬛ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account # ⬛⬛⬛

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
⬛⬛ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email us ⬛⬛⬛⬛ com

Page   of 2.

Highly Confidential

NAVY-ADS-0000374040



Invoice number 4456400316

| Description | Start/End Dates | Rate | Quantity Served | Quantity Billed | Amount($) |
|---|---|---|---|---|---|

Highly Confidential

NAVY-ADS-0000374041





# Invoice

Invoice number: 4456484982

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**
Invoice number .............................. 4456484982
Invoice date .............................. Aug 31, 2022
Payment terms .............................. Net 45
Billing ID .............................. 

Total amount due in USD

Summary for Aug 1, 2022 - Aug 31, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD



**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▉▉▉▉▉ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▉▉ invoice.

**To pay by wire transfer, send to:**
Account holder name ▉▉▉ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account # ▉▉▉▉

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
▉▉▉ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email ▉▉▉▉▉▉▉

Page 1 of 1

Highly Confidential

NAVY-ADS-0000374042



Account ID

Order name: NavyGamers YTS Plan Skippable July - Sept '22

Aug 1, 2022 - Aug 31, 2022

Highly Confidential

NAVY-ADS-0000374043



Highly Confidential

NAVY-ADS-0000374044





# Invoice

Invoice number 4454758610

**Bill to**

Accounts Payable

Media Edge CIA LLC

175 Greenwich Street

3 World Trade Center

New York, NY 10007

United States

**Advertiser**

Media Edge CIA LLC, Wavemaker

United States Department Of The Navy

The Pentagon

Washington, DC 20350

United States

**Details**

Invoice number          4454758610

Invoice date            Aug 31, 2022

Payment terms           Net 45

Billing ID

Account ID

Total amount due in USD

Summary for Aug 1, 2022 - Aug 31, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to _____ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ___ invoice.

**To pay by wire transfer, send to:**

Account holder name ___ LLC

Bank Wells Fargo

SWIFT BIC WFBIUS6S

ABA #: 121000248

Account #

**Bank branch address:**

Wells Fargo Bank, N.A.

420 Montgomery St

San Francisco, CA 94104

USA

**To pay by check, mail to:**

___ LLC

P.O. Box 883654

Los Angeles, CA 90088-3654

United States

___ rmation about this invoice please email _____ m

Page 1 of 2

Highly Confidential



Account: Navy Youtube Always On
Account ID: 905-376-8407
Account budget: July - Sept '22 Auction
Aug 1, 2022 - Aug 31, 2022

Highly Confidential

NAVY-ADS-0000374046

INVOICE

Wavemaker
PO BOX 4614
Grand Central Station
New York, NY, 10163, US

PO Box 24651
Seattle, WA 98124-0651

**Invoice Number:** 7HDA23002616
**Invoice Date:** 25-JAN-2023
**Invoice Period:** 01-AUG-2022 to 31-AUG-2022
**Invoice Currency:** USD
**Due Date:** 26-MAR-2023
**Payment Terms:** NET 60

**Campaign name**: US Navy - Q3 2022 Video & Display
**PO Number**: O-3BX8W-R2

| Line Item | Deliv. Impression | eCPM | Amount (ex. Tax) | Tax Rate |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Net Amount (excl. Tax) | |
| Tax Amount (0%) | |
| Total Amount (incl. Tax) | |

### Payment Instructions

Wire: Account Name: ████ ████ LLC
Bank: PO Box 24651 Wells Fargo, Seattle WA
Account No: 4122112444, ABA Number (Wire): 121-000-248, Swift Code: WFBIUS6S

Check: ████ ████ LLC
PO Box 24651
Seattle, WA 98124-0651

Please remember to note the invoice number with your payment
Send payment information to: advertising-receivables@a████.om

NAVY-ADS-0000374047



**Invoice**

| | |
|---|---|
| NUMBER | 790009 |
| DATE | Sep 23, 2022 — Page 1 of 1 |
| PURCHASE ORDER NUMBER | O-3BX2C |
| QUOTE NUMBER | |
| SALES ORDER NUMBER | 3985 |
| CUSTOMER NUMBER | MCLA2000008283 |
| LOCATION NUMBER | |

BILL TO:
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoice, ph call 888-506-0543 or email [redacted].com



| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 60 | Nov 22, 2022 | BCONNERT | BINYAMIN GOLDMAN |

SPECIAL INSTRUCTIONS
US Navy ( R )-LG-Navy FW Jul-Sep22 - August 2022

Past due balances subject to 1.5% finance charge



For ACH Payment, please use the following banking information:
Bank Name:            Bank of America
Bank Location         New York, NY
ABA/Routing Number:   021000322
Account Name:
Account Number:
Reference:            Invoice Number (s)
Remittance Advice to be sent:

For Check payments, please use the following information:

Payable to:
Remit to:             PO Box 50364
                      Chicago, IL 60694-0364

Please indicate your invoice number on the check to ensure correct allocation.

Highly Confidential



# INVOICE

Wavemaker Global
Attention: Erik Carlson
PO Box 4614 GCS
NEW YORK NY 10163

Invoice Date
Aug 31, 2022

Invoice Number
20220255

Reference
G-3BX4F-R2

Attention: Martin
Sutherland
10 South 5th Street
Suite 920
MINNEAPOLIS MN 55402
USA



| Description | Quantity | Unit Price | Discount | Tax | Amount USD |
|---|---|---|---|---|---|

Due Date: Sep 30, 2022
ACH/Wire Instructions:

Bell Bank
Bank's Phone Number: (701) 298-1500

ABA Routing Number: 091310521
Account Number:
Beneficiary:

View and pay online now

Registered Office: Attention: Brad Squibbs, 10 South 5th Street, Suite 920, Minneapolis, MN, 55402, USA.

NAVY-ADS-0000374049

To:
WaveMaker
P.O. Box 4616
Grand Central Station
New York, NY 10163
United States

Invoice Date: Aug 31, 2022

## Invoice USI2220077

| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|----|-----------------|--------|----------|-----------|------------|-------|---------|----------|------------|----------------|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |

Pay by: Oct 15, 2022

| | |
|---|---|
| Total Price | |
| Tax | |
| TOTAL | |

EIN (Tax ID): 67-3769599

REMITTANCE ADDRESS:
PO BOX 347961
PITTSBURGH, PA 15251-4961

WIRING INSTRUCTIONS:
SILICON VALLEY BANK
ROUTING & TRANSIT #: 121140399
SWIFT CODE: SVBKUS6S
FOR CREDIT OF: INNOVID
FINAL CREDIT ACCOUNT:

FX EUR ONLY:
RECEIVING BANK: DEUTSCHE BANK AG, FRANKFURT
RECEIVING BANK SWIFT: DEUTDEFF
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

FX MXN ONLY:
RECEIVING BANK: BBVA BANCOMER
RECEIVING BANK SWIFT: BCMRMXMMCOR
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

CUSVO  P: NAV  E: 99    M: INTERNET    Pub_Code: UB353  MOS: 2022-08

Highly Confidential

NAVY-ADS-0000374050



42 N Chestnut St
Ventura, CA 93001

INVOICE

| | |
|---|---|
| Invoice Date | 08/31/2022 |
| Invoice Number | 100034873 |
| Customer ID | 1200 |
| Due Date | 11/29/2022 |
| Term | Net 90 |
| Term Description | Net 90 |

Comments

Bill-to Site Number 317689

BILL      Wavemaker
TO        P.O. Box 4614 GCS
          New York, NY 10163

Ship-to Site Number  317689

SOLD     Wavemaker
TO       P.O. Box 4614 GCS
         New York, NY 10163
         VAT ID/Tax ID :



Highly Confidential

NAVY-ADS-0000374051



| NAVY |
| NAVY |
| NAVY |
| NAVY |
| NAVY |

Checks should be mailed to Lockbox:

██████████
PO Box 102757
Pasadena, CA 91189-102757

Overnight Lockbox Address
██████████ 102757
2710 Media Center Dr, Bldg 6, Ste 120,
Los Angeles, CA 90065

Balance Questions: ar@██████████om
Remittance Questions: ████emittance@████████om

ACH Payments Should Be Sent To:

| For Credit To: | ██████████ |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 322271627 |
| Account # (USD Wires) | ██████████ |

Wires Payments Should Be Sent To:

| For Credit To: | ██████████ |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 021000021 |
| Account # (USD Wires) | ██████████ |

International Wires Should Be Sent To:

| Swift Code: | CHASUS33 |
| --- | --- |

Highly Confidential

NAVY-ADS-0000374052

Highly Confidential

NAVY-ADS-0000374053



| Bill To | | PO # | Invoice Date | Terms | Due Date |
|---|---|---|---|---|---|
| Wavemaker for U.S. Navy | | O-3BX4W | 8/31/2022 | Net 30 | 9/30/2022 |
| Three World Trade Center | | | | | |
| Greenwich Street | | | | | |
| New York City NY 10007 | | | | | |
| United States | | | | | |

Click to Pay Now: https://eu.adyen.link/PL58266E3E22E68CC5

Performance Products



| Quantity | Description | | Rate | Amount |
|---|---|---|---|---|

We appreciate your business and prompt payment. If you have any questions, please contact us at accounting@⬛⬛⬛om

Highly Confidential

NAVY-ADS-0000374054



# Invoice

Invoice # INV425503

Due Da

| Invoice Date | 17-Aug-2022 |
| Customer | Wavemaker |
| Sold To Customer | US Navy |
| Order # | 564752 |
| Customer PO # | |
| Contact | Shauna McGuire |
| Due Date | 16-Sep-2022 |
| Terms | Net 30 |

## Bill To
Wavemaker
Brenda Landeborg
825 Seventh Avenue
London
ENG
10019
United Kingdom

## Ship To
US Navy
Stephanie Wolkin
P.O. BOX 4614
Grand Central Station
New York NY 10163

## Invoice Details
Final Invoice



| Line | Description | Billing Frequency | Amount | Service Start Date | Service End Date |
|------|-------------|-------------------|--------|--------------------|------------------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |



of 2

NAVY-ADS-0000374055



# Invoice

| | |
|---|---|
| Subtotal | |
| Tax (0%) | |
| Total Amount | |
| Amount Paid/Credit | |
| Amount Due | |

### Remit Checks To:

, Inc.
Department 3436
PO Box 123436
Dallas, TX
75312-3436

### ACH/Wire Instructions:

Silicon Valley Bank
555 Mission St. 8th Fl. San Francisco, CA 94105
ABA Routing Number: 121140399
SWIFT CODE: SVBKUS6S (for International Wires only)
Account:
Account Name             Inc.
Account Type: Checking

### Credit Card Payments:

Contact                  com

**Transaction History**



INV425503

2 of 2

Highly Confidential

NAVY-ADS-0000374056



# Invoice

Brooklyn, NY 11201

| Date | Invoice # |
|------|-----------|
| 8/31/2022 | 2022-080025 |

| Advertiser |
|------------|
| Wavemaker<br>Binyamin Goldman<br>PO Box 4614 Central Station<br>New York, NY 10163 |

| Due Date | Publisher | Terms |
|----------|-----------|-------|
| 9/30/2022 | FlatironMedia.Net | Net 30 |

| Description | Campaign Dates | Quantity | Rate | Total Due |
|-------------|----------------|----------|------|-----------|
| | | | | |

Please note our new address:

Brooklyn, NY 11201

If paying by checks, please send to:

Brooklyn, NY 11201
If paying by wire:
JPMORGAN CHASE
account number:
routing: 021000021
If paying by credit card
https://www.f_____.in/apps/payments/paynow
A credit card fee of 3.5% will be applied

| | |
|---|---|
| Total | |
| Paid/Pre Payments | |
| **Balance Due** | |

NAVY-ADS-0000374057



# Invoice

10573 W. Pico Blvd # 163
Los Angeles, CA 90064

| Date | Invoice # |
|------|-----------|
| 8/31/2022 | 5205 |

| Bill To |
|---------|
| Wave Maker Marketing<br>PO Box 4614 GCS<br>New York, NY 10163 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  |  |  |  |

Please update all of your
records to reflect our new
mailing address.

Payment Instructions

Wells Fargo Bank
1300 4th St.
Santa Monica, CA 90401

Direct Payments:
Acct #
Routing # 121042882

Domestic Wire Transfer:
Acct #
Routing # 121000248

SWIFT Code   WFBIUS6s
IBAN # 122000248

**Total**

Highly Confidential

NAVY-ADS-0000374058

# INVOICE

Invoice Number:  18210
Invoice Date:  Aug 31, 2022
Page:  1

1232 W. Northwest Highway
Palatine, IL 60067
USA

Phone:  847-749-4635

| Bill To: | Ship to: |
|---|---|
| MEC Global<br>P.O. Box 4614 GCS<br>New York, NY 10163 | MEC Global<br>P.O. Box 4614 GCS<br>New York, NY 10163 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MEC/NAVY | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 9/30/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|



| | Subtotal | |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | |
| | Payment/Credit Applied | |
| | **TOTAL** | |

ACH Information:
Routing Number - 071026576
Account Number -

Highly Confidential



# Invoice

| Acct. No | Date | Invoice # |
|----------|------|-----------|
| N50724 | 9/8/2022 | 24565 |

Suite 110-390
**Austin TX 78701**
**United States**

| Bill To | Ship To |
|---------|---------|
| Attn: Accounts Payable<br>United States Navy<br>PO Box 4614 Grand Central Station<br>New York NY 10163<br>United States | United States Navy<br>2000 Brush St, Ste 601<br>Detroit MI 48226<br>United States |

| Customer | Terms | Due Date | PO # |
|----------|-------|----------|------|
| N50724 United States Navy | Due on Receipt | 9/8/2022 | O-2ZK4B |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |
| SVCIGE0018 | | | | |

| | |
|---|---|
| Discount | |
| Tax Total: | |
| Total | |

1 of 2

NAVY-ADS-0000374060



# Invoice

| Acct. No | Date | Invoice # |
|---|---|---|
| N50724 | 9/8/2022 | 24665 |

**Remittance Slip**

Customer:     N50724 United States Navy

Invoice #:    24665
Amount Due:  $
Amount Paid: _____

To make a payment by credit card please contact our Accounts Receivable department by calling 617-532-6012 or 617-532-6022. To pay by wire, ACH, or check please see the included details.

## Make Checks Payable To:

75 Remittance Dr., Dept. 1020
Chicago, IL 60675-1020

## Payment by Bank Transfer (ACH or Wire)

• Beneficiary Account Name:

• Bank Name: Pacific Western Bank
• Routing Number: 122238200
• Account Number:
• Bank Address:
  406 Blackwell Street, Ste. 240, Durham, NC 27701

2 of 2

Highly Confidential



# INVOICE

**BILL TO**
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY 10163

**SHIP TO**
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY 10163

**INVOICE #** 54974
**DATE** 08/31/2022
**DUE DATE** 10/30/2022
**TERMS** Net 60

**SHIP DATE**
08/01/2022

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |

Please remit all payments to address above or if you prefer to ACH or wire funds:

**BALANCE DUE**

This is our US bank for payments in USD

Bremer Bank, N.A.
380 Saint Peter St Ste 500
Saint Paul, Minnesota 55102
Phone: (651) 312-3562

Beneficiary:
Routing number: 096010415
Account number:
Swift Code: BRFSUS4T

You may also ACH by clicking the Pay Now button on

Federal Tax ID:

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of collection.
Incorporated by reference is https://www. com/terms-of-use.

Highly Confidential

this form.

This is our UK bank for payments in GBP

Beneficiary Bank: Barclays Bank
Beneficiary Bank Address:
1 Churchill Place, London EC14 5HP
Beneficiary Bank: SWIFT BARCGB22

Beneficiary Cambridge Mercantile Corp.
212 King Street West, Suite 400 Toronto, Ontario M5H 1K5
IBAN #
Routing Sort Code: 20 00 00
Account:
Reference:

Federal Tax ID:

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of collection.
Incorporated by reference is https://www.                    com/terms-of-use.

Highly Confidential



Y&R

3 Columbus Circle
New York, New York 10019

| INVOICE DATE | DEC20/22 | INTERACTIVE MEDIA BILLING | INVOICE 2C-IN-2312 |
| DUE DATE | JAN19/23 | | PAGE   1 |

CLIENT    NV0   NAVY
PRODUCT   NAV   NAVY
ESTIMATE  099   JULY-SEPT MA DISPLAY
                /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR BLDG 784
MILLINGTON TN 38054
ATTN: DEAN STEWART-CURRY
      MONTH OF  AUG/22

NET LESS CD
ORDERED      PREV. BILLED      BILLABLE

** TOTALS **

******************************************************************************

PREVIOUS BILLS
---------------
                              28-IN-1092
                              2C-IN-1379

PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#          SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#          SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374064



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22        INTERACTIVE MEDIA BILLING       INVOICE 2C-IN-2312
DUE DATE        JAN19/23        ** DETAIL BACK-UP **            PAGE    1

CLIENT    NVO   NAVY                         NAVY
PRODUCT   NAV   NAVY                         COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY         5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE           MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486             ATTN: DEAN STEWART-CURRY
                                                   MONTH OF  AUG/22

INSERT                               NET LESS CD
DATE          SPACE                      ORDERED      PREV. BILLED      BILLABLE
```

** TOTALS **

ORIGINAL

Highly Confidential

NAVY-ADS-0000374065

**Invoice**

| | |
|---|---|
| NUMBER | 6874661 |
| DATE | Sep 9, 2022 — Page 1 of 1 |
| PURCHASE ORDER NUMBER | Q-3BX4K |
| QUOTE NUMBER | Q-05580709 |
| SALES ORDER NUMBER | OR-08587196 |
| CUSTOMER NUMBER | MCMW107404392 |
| LOCATION NUMBER | |

**BILL TO:**
WAVEMAKER
P.O. BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-6543 or email ▬▬▬

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 30 | Oct 9, 2022 | Jeff Barchetto | ACCOUNTS PAYABLE |

| ITEM NO. | ITEM DESCRIPTION | QUANTITY ORDERED | QUANTITY BILLED | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ▬▬▬▬▬ | | | | | |

| SPECIAL INSTRUCTIONS | GROSS | TAX | AGENCY DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| US NAVY | | | | |

Past due balances subject to 1.5% finance charge

**Please use below URL to pay invoice by card or PayPal:**

**For ACH Payment, please use the following banking information:**
Bank Name:           Bank of America
Bank Location:       New York, NY
ABA/Routing Number:  021000322
Account Name:
Account Number:
Reference:           Invoice Number(s)
Remittance Advice to be sent:                   .com

**For Check payments, please use the following information:**
Payable to:       ▬▬▬ ▬▬▬
Remit to:         PO Box 90101
                  Chicago, IL 60673

| | |
|---|---|
| Customer No | |
| Invoice No | |
| Due Date | |
| Total Due | |
| Currency | |
| Amount Paid | |

Please indicate your invoice number on the check to ensure correct allocation

Highly Confidential

Y&R
3 Columbus Circle
New York, New York 10019



```
INVOICE DATE    DEC20/22      INTERACTIVE MEDIA BILLING        INVOICE 2C-IN-2312
DUE DATE        JAN19/23                                       PAGE    1

CLIENT    NV0  NAVY                         NAVY
PRODUCT   NAV  NAVY                          COMMANDER NAVY RECRU
ESTIMATE  099  JULY-SEPT MA DISPLAY          5722 INTEGRITY DR BLDG 784
               /AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486             ATTN: DEAN STEWART-CURRY
                                                   MONTH OF  AUG/22

                                  NET LESS CD
                                     ORDERED      PREV. BILLED       BILLABLE

** TOTALS **



***********************************************************************************
                             PREVIOUS BILLS
                             --------------
                                                 28-IN-1092
                                                 2C-IN-1379




         PLEASE REMIT TO: Y&R
                          P.O. BOX 751731
                          CHARLOTTE, NC 28275-1731
         WIRE TO:WELLS FARGO BANK, N.A.
                 SAN FRANCISCO, CA 94104
                 ABA ROUTING# 121000248,ACCT#            SWIFT CODE WFBIUS6S
         ACH TO: WELLS FARGO BANK, N.A.
                 MINNEAPOLIS, MN 55479
                 ABA ROUTING# 053101561,ACCT#            SWIFT CODE WFBIUS6S
         REF:    Y&R, LOCKBOX #751731
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731

         CONTRACT NUMBER: N00189-21-D-Z024
         CLIN NUMBER: 002

         THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
         TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
         CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374067

Y&R

3 Columbus Circle
New York. New York 10019

| INVOICE DATE | DEC20/22 | INTERACTIVE MEDIA BILLING | INVOICE 2C-IN-2312 |
|---|---|---|---|
| DUE DATE | JAN19/23 | ** DETAIL BACK-UP ** | PAGE  1 |

CLIENT    NV0   NAVY
PRODUCT   NAV   NAVY
ESTIMATE  099   JULY-SEPT MA DISPLAY
                /AFFILIATE/JOBSITE
TASK ORDER NUMBER: N0018922FZ486

NAVY
COMMANDER NAVY RECRU
5722 INTEGRITY DR BLDG 784
MILLINGTON TN 38054
ATTN: DEAN STEWART-CURRY
      MONTH OF  AUG/22

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
|---|---|---|---|---|

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374068

# Invoice

| | |
|---|---|
| NUMBER | 6874661 |
| DATE | Sep 9, 2022 | Page 1 of 1 |
| PURCHASE ORDER NUMBER | O-3BX4K |
| QUOTE NUMBER | Q-05590709 |
| SALES ORDER NUMBER | OR-08587198 |
| CUSTOMER NUMBER | MCNW107404392 | LOCATION NUMBER |

BILL TO:
WAVEMAKER
P.O. BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-6543 or email ▮▮▮▮▮▮▮▮

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 30 | Oct 9, 2022 | Jeff Barchetto | ACCOUNTS PAYABLE |

| ITEM NO. | ITEM DESCRIPTION | QUANTITY ORDERED | QUANTITY BILLED | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ▮▮▮▮▮▮ | | | | | |

| SPECIAL INSTRUCTIONS US NAVY | GROSS | TAX | AGENCY DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| | | | | |

Past due balances subject to 1.5% finance charge

**Please use below URL to pay invoice by card or PayPal:**

**For ACH Payment, please use the following banking information:**

Bank Name                    Bank of America
Bank Location:               New-York, NY
ABA/Routing Number:          021000322
Account Name:
Account Number:
Reference:                   Invoice Number(s)
Remittance Advice to be sent

| Customer No | |
|---|---|
| Invoice No | |
| Due Date | |
| Total Due | |
| Currency | |
| Amount Paid | |

**For Check payments, please use the following information:**

Payable to:
Remit to:                    PO Box 70364
                             Chicago, IL 30696

Please indicate your invoice number on the check to ensure correct allocation

Highly Confidential

NAVY-ADS-0000374069



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22                                           INVOICE 2C-SE-0390
DUE DATE        JAN19/23         SEARCH MEDIA BILLING                      PAGE    1

CLIENT    NV0   NAVY                          NAVY
PRODUCT   NAV   NAVY                          COMMANDER NAVY RECRU
ESTIMATE  036   FY22 NAVY S JULY-SEP          5722 INTEGRITY DR BLDG 784
                SEARCH                        MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486              ATTN: DEAN STEWART-CURRY
                                                   MONTH OF  SEP/22
```



```
                                 NET LESS CD
                                 ORDERED    PREV  BILLED

** TOTALS **



******************************************    PREVIOUS BILLS
                                              ----------------
                                                      29-SE-0355
```

```
PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#              SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#              SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374070



3 Columbus Circle
New York, New York 10019

| INVOICE DATE | DEC20/22 | SEARCH MEDIA BILLING | INVOICE 2C-SE-0390 |
| DUE DATE | JAN19/23 | ** DETAIL BACK-UP ** | PAGE    1 |

```
CLIENT      NV0   NAVY                        NAVY
PRODUCT     NAV   NAVY                        COMMANDER NAVY RECRU
ESTIMATE    036   FY22 NAVY S JULY-SEP        5722 INTEGRITY DR BLDG 784
                  SEARCH                      MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486              ATTN: DEAN STEWART-CURRY
                                                    MONTH OF  SEP/22
```

| INSERT DATE | SPACE | NET LESS CD ORDERED | PREV. BILLED | BILLABLE |
| --- | --- | --- | --- | --- |

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374071



09/22   REP 73
S/101702/NV0/NAV/36

# Invoice

Invoice number: 4571817528

███ LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4571817528 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |
| Account ID | 270-315-4535 |
| Purchase order | C:NV0_P:NAV_E:036_C-3CNVV |

w/ 2 invoices – 4569975202 = ███

Total amount due in USD

Summary for Sep 1, 2022 – Sep 30, 2022

Pay in USD:
Amount in USD
Tax (0%)

France Regulatory Operating Cost *
Tax (0%)

Total amount due in USD

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, etc.) are applicable to your business when ads are displayed in certain countries. Learn more about fees and charges https://support.google.com/███/answer/9750227

**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@███om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ invoice.

To pay by wire transfer, send to:
Account holder name: ███ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ███

Bank branch address:
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

To pay by check, mail to:
███ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email ███om

Page 1 of 4

**Highly Confidential**

NAVY-ADS-0000374072



**Invoice**

Invoice number 4571817525

Account: Navy Active
Account ID: 270-315-4535
Account budget: ███ Ads_July-Sept 22_036
Purchase order: C:NV0_P:NAV_E:036_C-3CNVV
Sep 1, 2022 - Sep 30, 2022



Highly Confidential

NAVY-ADS-0000374073

 Invoice

Invoice number 4571817528



Subtotal in USD
Tax (0%)

Total in USD

PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email collections@███████.cm

Highly Confidential

NAVY-ADS-0000374074

Invoice number: 4571817523

Fees

Account: Navy Active

Account ID: 270-315-4535

Sep 30, 2022

Description

Amount($)

Subtotal in USD

Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000374075



# Invoice

Invoice number: 4569975202

**Bill to:**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**
| | |
|---|---|
| Invoice number | 4569975202 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9839 |
| Account ID | 477-676-7745 |
| Purchase order | C:NVO_P:NAV_E:036_0-3CNVT |

Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

**Pay in USD:**
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ invoice.

**To pay by wire transfer, send to:**
Account holder name: ███ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
███ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email ███████████om

Highly Confidential

NAVY-ADS-0000374076

**Invoice**

Invoice number 456997528

Account: United States Navy; Paid Search Discovery Ads
Account ID: 477-676-7745
Account budget: █████ Ads Discovery_July-Sept_036
Purchase order: C:NV0_P:NAV_E:036_0-3CNVT
Sep 1, 2022 - Sep 30, 2022



Highly Confidential

## Invoice

Invoice number: 4569975202

Account: United States Navy: Paid Search Discovery Ads
Account ID:
Account budget: ██████ Ads Discovery_July-Sept_036
Purchase order: C:NV0_P:NAV_E:036_O-3CNVT
Sep 1, 2022 - Sep 30, 2022



| Description | Quantity | Units | Amount($) |
|---|---|---|---|
| | | | |

Subtotal in USD
Tax (0%)

Total in USD

PO# or invoice numbers associated with the ██████ activity might have changed if there was a rebill.

For questions about this invoice please email ██████████.com

Highly Confidential

NAVY-ADS-0000374078



# Invoice

Invoice number: 4573536293

Bill to
Accounts Payable
Wavemaker Global LLC.
P.O. Box 4614, Grand Central Station
New York, NY 10163
United States

## Details

Invoice number ........................... 4573536293
Invoice date .............................. Sep 30, 2022
Payment terms ........................... Net 45
Billing ID ................................... 4406-4332-9539

Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

## Remittance instructions:

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ████ invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: ████ LLC | Wells Fargo Bank, N.A. | ████ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94114 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ██████████ | | |

For questions about this invoice please email collections@u████om

Highly Confidential

NAVY-ADS-0000374079



Highly Confidential

NAVY-ADS-0000374080

Invoice

Invoice number 9240671274

Invoice date 10/01/2022
Advertiser Navy Recruiting Command

Bill-to customer
Wavemaker Global LLC
Attn. Maggie Lajos
PO Box 4614 GCS
NEW YORK NY 10163
United States
Client ID 0002002585

Sold-to customer
Navy Recruiting Command
5722 Integrity Drive, Bldg 784
Millington Tennessee 38054
United States

Total amount Due (USD)

Payment due by
**11/30/2022**
Payment terms 60 days

Summary for 09/01/2022 - 09/30/2022

| Account | Order | Amount (USD) |
|---|---|---|
| | | |

For questions about your invoice, contact billing@microsoft.com

Reference the invoice number in future communication of your payment

Please reference our bank account when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFALS3N | Bank of America | Dallas, TX 75207 USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX | | |

Page 1 of 3

Invoice

Invoice number 9240571374

Bill to address
Wavemaker Global LLC
Attn: Maggie Lajos
PO Box 4614 GCS
NEW YORK NY 10163
United States
Client ID 0002002585

Sold to address
Navy Recruiting Command
5722 Integrity Drive, Bldg 784
Millington Tennessee 38054
United States

Account
MEC_Bing_US Navy

Account number
F108CHCE

Order
N0018922H-2486

Details for 09/01/2022 – 09/30/2022



| Description | | Quantity | Item | Total (USD) |
|---|---|---|---|---|

Highly Confidential

NAVY-ADS-0000374082

Invoice number 9240671274



Highly Confidential

NAVY-ADS-0000374083



3 Columbus Circle
New York, New York 10019

| | | | | |
|---|---|---|---|---|
| INVOICE DATE | DEC20/22 | SEARCH MEDIA BILLING | INVOICE | 2C-SE-0390 |
| DUE DATE | JAN19/23 | | PAGE | 1 |

```
CLIENT    NV0   NAVY                    NAVY
PRODUCT   NAV   NAVY                    COMMANDER NAVY RECRU
ESTIMATE  036   FY22 NAVY S JULY-SEP    5722 INTEGRITY DR BLDG 784
                SEARCH                  MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486        ATTN: DEAN STEWART-CURRY
                                              MONTH OF  SEP/22
```

```
                              NET LESS CD
                                 ORDERED     PREV. BILLED      BILLABLE
** TOTALS **
```

```
*************************************     PREVIOUS BILLS
                                          -------------
                                                       29-SE-0355
```

```
PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#              SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#              SWIFT CODE WFBIUS6S
REF:    Y&R, LOCKBOX #751731
        P.O. BOX 751731
        CHARLOTTE, NC 28275-1731
```

```
CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002
```

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374084



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    DEC20/22        SEARCH MEDIA BILLING           INVOICE 2C-SE-0390
DUE DATE        JAN19/23        ** DETAIL BACK-UP **                   PAGE    1

CLIENT     NVO  NAVY                             NAVY
PRODUCT    NAV  NAVY                             COMMANDER NAVY RECRU
ESTIMATE   036  FY22 NAVY S JULY-SEP             5722 INTEGRITY DR BLDG 784
                SEARCH                           MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486                 ATTN: DEAN STEWART-CURRY
                                                       MONTH OF  SEP/22

INSERT                              NET LESS CD
DATE       SPACE                        ORDERED     PREV. BILLED       BILLABLE
```



**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374085



## 09/22   REP 73
## S/101702/NV0/NAV/36

# Invoice

Invoice number: 4571817528

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4571817528 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |
| Account ID | 270-315-4535 |
| Purchase order | C:NV0_P:NAV_E:036_C-3CNVV |

Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Amount in USD
Tax (0%)

France Regulatory Operating Cost *
Tax (0%)

w/ 2 invoices - 4569975202 =

Total amount due in USD

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, etc.) are applicable to your business when ads are displayed in certain countries. Learn more about fees and charges:https://su_____m_g_____nswer29750227

**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to _____om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ___ invoice.

**To pay by wire transfer, send to:**
Account holder name ___ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #:

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
___ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email _____om

Highly Confidential

NAVY-ADS-0000374086

Account: Navy Active
Account ID: 270-315-4535
Account budget: ████ Ads_July-Sept 22_036
Purchase order: C:NV0_P:NAV_E:036_0-3CNVV
Sep 1, 2022 - Sep 30, 2022



NAVY-ADS-0000374087

 Invoice

Invoice number  4571817538

Subtotal in USD
Tax (0%)

Total in USD



PO# or invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email ███████████ om

Highly Confidential

NAVY-ADS-0000374088

Invoice number 4571817523

Fees

Account: Navy Active

Account ID: 270-315-4535

Sep 30, 2022

Description

Amount($)

Subtotal in USD

Tax (0%)

Total in USD

Highly Confidential

NAVY-ADS-0000374089





# Invoice

Invoice number: 4569975202

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4569975202 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4405-4332-9339 |
| Account ID | 477-676-7745 |
| Purchase order | C:NV0_P:NAV_E:036_0-3CNVT |

Total amount due in USD



Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▮▮▮▮▮▮▮▮▮om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▮▮▮ invoice

**To pay by wire transfer, send to:**
Account holder name: ▮▮▮ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ▮▮▮▮▮

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104
USA

**To pay by check, mail to:**
▮▮▮ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email ▮▮▮▮▮▮▮▮▮▮om

Page 1 of 3

Highly Confidential

NAVY-ADS-0000374090



Highly Confidential

NAVY-ADS-0000374091

Invoice number: A5b9975217

Account: United States Navy: Paid Search Discovery Ads
Account ID: 477-676-7745
Account budget: ███ Ads Discovery_July-Sept_036
Purchase order: C:NV0_P:NAV_E:036_O-3CNVT
Sep 1, 2022 - Sep 30, 2022



*DS or Invoice numbers associated with the invalid activity might have changed if there was a rebill.

For questions about this invoice please email ███████.nm

Page 3 of 3

Highly Confidential

NAVY-ADS-0000374092



# Invoice

Invoice number: 4573536293



Bill to

Accounts Payable

Wavemaker Global LLC

P.O. Box 4614, Grand Central Station

New York, NY 10163

United States

Details

| | |
|---|---|
| Invoice number | 4573536293 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |

Total amount due in USD

Summary for Sep 1, 2022 – Sep 30, 2022

Pay in USD:

Subtotal in USD

Tax (0%)

Total amount due in USD

Remittance instructions:

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ████ invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: ████ LLC | Wells Fargo Bank, N.A. | ████ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ████ | | |

For questions about this invoice please email ████om                                                              Page 1 of 3

Highly Confidential                                                              NAVY-ADS-0000374093



Invoice number: 4573536293

Sep 1, 2022 - Sep 30, 2022

| Description | Quantity | UOM | Rate | Amount($) |
|---|---|---|---|---|

Subtotal in USD
Tax (0%)

Total in USD

Page 2 of 2

Highly Confidential

NAVY-ADS-0000374094

Invoice

Invoice number 9240571274

Invoice date 10/01/2022
Advertiser Navy Recruiting Command

Bill-to customer
Wavemaker Global LLC
Attn: Maggie Lajos
PO Box 4614 GCS
NEW YORK NY 10163
United States
Client ID 0002002585

Sold-to customer
Navy Recruiting Command
5722 Integrity Drive, Bldg 784
Millington Tennessee 38054
United States

Total amount due (USD)

Payment due by
**11/30/2022**
Payment terms 60 days

## Summary for 09/01/2022 - 09/30/2022

| Account | Days | Amount (USD) |
|---|---|---|
|  |  |  |
|  |  |  |

For questions about the invoice, contact ansinfo@microsoft.com

Reference the invoice number/invoice number on your payment.

Please include any applicable bank charges that your must establish when you remit your payment to us.

| Wire transfers | ACH Payments | Express Mail | Standard Mail |
|---|---|---|---|
| ABA# 026009593 | ABA # 111000012 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75284-7543 |
| BIC/SWIFT BOFAUS3N | Bank of America | Dallas, TX 75207 USA | USA |
| Bank of America, Dallas, TX. | Dallas, TX |  |  |

Page 1 (1)

NAVY-ADS-0000374095

Invoice

Invoice number 9240671274

Bill-to customer
Wavemaker Global LLC
Attn: Maggie Lajos
PO Box 4614 GCS
NEW YORK NY 10163
United States
Client ID 0002002585

Sold-to customer
Navy Recruiting Command
5722 Integrity Drive, Bldg 784
Millington Tennessee 38054
United States

Account
MEC_Bing_US Navy

Account number
F108CHCE

Order
N0018922H2486

Details for 09/01/2022 – 09/30/2022



Page 4 of 8

Highly Confidential

NAVY-ADS-0000374096

Invoice

Invoice number 9240671274

| Description | Quantity | Units | Total (USD) |
|---|---|---|---|



For questions about this invoice, contact adbr...

Highly Confidential

NAVY-ADS-0000374097



1 Columbus Circle
New York, NY 10019-8750

BILL DATE 12/20/22                 PRODUCTION BILL          BILL NUMBER 0-2C-1095
                                   PAGE ----------------        DUE DATE JAN19/23
CLIENT   NV0      NAVY                                      COMMANDER NAVY RECRUITING
PRODUCT  1C2      OPTION Y1 CLIN 2                          5722 INTEGRITY DR BLDG 784
MEDIA    O        OTHER       ESTIMATE(NET)= 2900000.00     MILLINGTON TN 38054
JOB      012182 Navy Social FY22 Q4 Advertising            ATTN: DEAN STEWART-CURRY
TO# N0018922F2486                               CONTRACT #   N0018921D2024
TASK ORDER   N0018922F2486

| DESCRIPTION | VENDOR NAME | NET AMOUNTS | COMMISSION | TOTAL |
|---|---|---|---|---|
| TOTAL AMOUNT DUE | | | | |
| | | | | PAY ABOVE AMOUNT |

PLEASE REMIT TO: YOUNG & RUBICAM LLC
                P.O. BOX 751731
                CHARLOTTE, NC 28275-1731
                FED I.D.#
WIRE TO:WELLS FARGO BANK, N.A.
        SAN FRANCISCO, CA 94104
        ABA ROUTING# 121000248,ACCT#              SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
        MINNEAPOLIS, MN 55479
        ABA ROUTING# 053101561,ACCT#              WIFT CODE WFBIUS6S
        REF: YOUNG & RUBICAM, LLC. LOCKBOX # 751731

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES TO WPP
ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP CODE OF BUSINESS
CONDUCT AND THE WPP SUSTAINABILITY REPORT ON THE WPP.COM WEBSITE.

ORIGINAL

Highly Confidential                                              NAVY-ADS-0000374098



Highly Confidential

NAVY-ADS-0000374099







3 Columbus Circle
New York, New York 10019

```
INVOICE DATE   JAN20/23        INTERACTIVE MEDIA BILLING        INVOICE 31-IN-1182
DUE DATE       FEB19/23                                                 PAGE   1

CLIENT    NV0  NAVY                           NAVY
PRODUCT   NAV  NAVY                           COMMANDER NAVY RECRU
ESTIMATE  099  JULY-SEPT MA DISPLAY           5722 INTEGRITY DR BLDG 784
               /AFFILIATE/JOBSITE             MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486              ATTN: DEAN STEWART-CURRY
                                                   MONTH OF  SEP/22
```



```
                              NET LESS CD
                                ORDERED      PREV. BILLED      BILLABLE

** TOTALS **
```

```
****************************        PREVIOUS BILLS
                                    --------------
                                                 29-IN-1292
```

```
PLEASE REMIT TO: Y&R
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731
WIRE TO:WELLS FARGO BANK, N.A.
                 SAN FRANCISCO, CA 94104
                 ABA ROUTING# 121000248,ACCT#            ,SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
                 MINNEAPOLIS, MN 55479
                 ABA ROUTING# 053101561,ACCT#           SWIFT CODE WFBIUS6S
REF:     Y&R, LOCKBOX #751731
                 P.O. BOX 751731
                 CHARLOTTE, NC 28275-1731

CONTRACT NUMBER: N00189-21-D-Z024
CLIN NUMBER: 002

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES
TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP
CORPORATE SOCIAL RESPONSIBILITY REPORT ON THE WPP.COM WEBSITE
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374101



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    JAN20/23        INTERACTIVE MEDIA BILLING         INVOICE 31-IN-1182
DUE DATE        FEB19/23            ** DETAIL BACK-UP **             PAGE    1

CLIENT     NV0   NAVY                          NAVY
PRODUCT    NAV   NAVY                           COMMANDER NAVY RECRU
ESTIMATE   099   JULY-SEPT MA DISPLAY          5722 INTEGRITY DR BLDG 784
                 /AFFILIATE/JOBSITE            MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486               ATTN: DEAN STEWART-CURRY
                                                     MONTH OF  SEP/22

INSERT                                 NET LESS CD
DATE          SPACE                    ORDERED      PREV  BILLED       BILLED
```

**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374102



3 Columbus Circle
New York, New York 10019

```
INVOICE DATE    JAN20/23        INTERACTIVE MEDIA BILLING        INVOICE 31-IN-1182
DUE DATE        FEB19/23          ** DETAIL BACK-UP **           PAGE    2

CLIENT    NV0   NAVY                              NAVY
PRODUCT   NAV   NAVY                              COMMANDER NAVY RECRU
ESTIMATE  099   JULY-SEPT MA DISPLAY              5722 INTEGRITY DR BLDG 784
                /AFFILIATE/JOBSITE               MILLINGTON TN 38054
TASK ORDER NUMBER: N0018922FZ486                 ATTN: DEAN STEWART-CURRY
                                                      MONTH OF  SEP/22

INSERT                                  NET LESS CD
DATE         SPACE                          ORDERED    PREV. BILLED
```



**ORIGINAL**

Highly Confidential

NAVY-ADS-0000374103





**BILL TO:**
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10163

| | |
|---|---|
| **Invoice** | |
| NUMBER | |
| 790069 | |
| DATE | |
| Oct 7, 2022 | Page 1 of 1 |
| PURCHASE ORDER NUMBER | |
| O-3BX2F | |
| QUOTE NUMBER | |
| | |
| SALES ORDER NUMBER | |
| 3986 | |
| CUSTOMER NUMBER | LOCATION NUMBER |
| MC1A2000008283 | |

For any questions about your invoices, ph call 888-506-6543 or email MonsterInvoiceNA@monster.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 60 | Dec 6, 2022 | BCONKERT | BINYAMIN GOLDMAN |

**SPECIAL INSTRUCTIONS:**
US Navy ( R1-LG - Navy-MIL Jul-Sep22 - September 2022

Past due balances subject to 1.5% finance charge

**For ACH Payment, please use the following banking information:**
Bank Name:                  Bank of America
Bank Location               New York, NY
ABA/Routing Number:         021300322
Account Name:
Account Number:
Reference:
Remittance Advice to be sent:        Invoice Number(s)        .com

**For Check payments, please use the following information:**
Payable to:
Remit to:        PO Box 90364
                 Chicago, IL 60696-0364

Please indicate your invoice number on the check to ensure correct allocation.

Highly Confidential

NAVY-ADS-0000374104

See Back Page

## Invoice

| | |
|---|---|
| NUMBER 6875575 | |
| DATE Sep 14, 2022 | Page 1 of 1 |
| PURCHASE ORDER NUMBER O-3BX4K-R1 | |
| QUOTE NUMBER Q-05591096 | |
| SALES ORDER NUMBER OR-08588592 | |
| CUSTOMER NUMBER MCMW10/404392 | LOCATION NUMBER |

**BILL TO:**
WAVEMAKER
P.O. BOX 4814 GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-6543 or email ████████████.com

| TERMS Net 30 | DUE DATE Oct 14, 2022 | SALESPERSON Brendan Connerty | CUSTOMER CONTACT ACCOUNTS PAYABLE | | | |
|---|---|---|---|---|---|---|
| **ITEM NO.** | **ITEM DESCRIPTION** | | **QUANTITY** | | **T A X** | **UNIT PRICE** | **AMOUNT** |
| | | ORDERED | BILLED | | | |

| SPECIAL INSTRUCTIONS US NAVY   September 2022 | GROSS | TAX | AGENCY DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|
| EIN 13-3906555 | | | | |

Past due balances subject to 1.5% finance charge

Please use below URL to pay invoice by card or PayPal:

For ACH Payment, please use the following banking information:
Bank Name               Bank of America
Bank Location:          New York, NY
ABA/Routing Number:
Account Name:
Account Number:
Reference                Invoice Number(s)
Remittance Advice to be sent:              ████.com

| Customer No |
|---|
| Invoice No |
| Due Date |
| Total Due |
| Currency |
| Amount Paid |

For Check payments, please use the following information:
Payable to:
Remit to:       PO Box 90364
                Chicago, IL 60696

Please indicate your invoice number on the check to ensure correct allocation.

Highly Confidential

NAVY-ADS-0000374105





**Invoice**

| | |
|---|---|
| NUMBER | 6880884 |
| DATE | Oct 11, 2022 — Page 1 of 1 |
| PURCHASE ORDER NUMBER | O-3BX4K-R2 |
| QUOTE NUMBER | O-05594658 |
| SALES ORDER NUMBER | OR-06596618 |
| CUSTOMER NUMBER | MCMW1074D4392 |
| LOCATION NUMBER | |

**BILL TO:**
WAVEMAKER
P.O. BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-6543 or email ▮▮▮▮▮.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 30 | Nov 10, 2022 | Jeff Barchetto | ACCOUNTS PAYABLE |

| ITEM NO. | ITEM DESCRIPTION | QUANTITY ORDERED | QUANTITY BILLED | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮ | | | | | |

| SPECIAL INSTRUCTIONS | | GROSS | TAX | AGENCY DISCOUNT | INVOICE TOTAL |
|---|---|---|---|---|---|
| US NAVY | | | | | |
| EIN 13-3906555 | | | | | |

Past due balances subject to 1.5% finance charge

Please use below URL to pay invoice by card or PayPal:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**For ACH Payment, please use the following banking information:**
Bank Name:          Bank of Amerifos
Bank Location:       New York, NY
ABA/Routing Number:
Account Name:        ▮▮▮▮▮ Worl
Account Number:      9439792553
Reference:           Invoice Number(s)
Remittance Advice to be sent:        ▮▮▮▮.com

**For Check payments, please use the following information:**
Payable to:     ▮▮ ▮▮▮▮▮ ▮
Remit to:       PO Box 50384
                Chicago, IL 60654

| | |
|---|---|
| Customer No | |
| Invoice No | |
| Due Date | |
| Total Due | |
| Currency | |
| Amount Paid | |

Please indicate your invoice number on the check to ensure correct allocation

Highly Confidential

NAVY-ADS-0000374106

Highly Confidential



# Invoice

Invoice number: 4569131716

Bill to
Michael Law
Wavemaker Global LLC.
825 7th Ave
New York, NY 10019
United States

Details

| | |
|---|---|
| Invoice number | 4569131716 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-4339 |



Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official █████ invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: ████ LLC | Wells Fargo Bank, N.A. | ████ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ████████ | | |

For questions about this invoice please email ████████ om

Highly Confidential

NAVY-ADS-0000374108

Invoice

Invoice number:4569131716

Account ID: 1496602

Adserving for DCM, Advertiser Id:5876121 Campaign Id:28078071

Sep 1, 2022 - Sep 30, 2022



Highly Confidential

NAVY-ADS-0000374109



# Invoice

| Invoice # | INV38761 |
|---|---|
| Date | 9/30/2022 |
| Terms | Net 30 |
| Due Date | 10/30/2022 |



| Bill To | | Customer Reference Information | | |
|---|---|---|---|---|
| Wavemaker | | PO/Ref# | | |
| PO BOX 4614 | | Campaign | | United States Navy (US)_Q3 2022-Direct - 901708 |
| GCS | | | | |
| New York NY 10163 | | Order ID | | 901708 |
| United States | | | | |
| Advertiser | | Month | | September-2022 |
| United States Navy | | Currency | | USD |



| Line ID | Description | Start Date | End Date | Goal | Actual | Billable | CPM | Discount | Net Cost |
|---|---|---|---|---|---|---|---|---|---|
| 839894 | | | | | | | | | |
| 839897 | | | | | | | | | |
| 839898 | | | | | | | | | |
| 839899 | | | | | | | | | |
| 839900 | | | | | | | | | |
| 839901 | | | | | | | | | |
| 839902 | | | | | | | | | |
| 919887 | | | | | | | | | |
| 919886 | | | | | | | | | |
| 933758 | | | | | | | | | |
| 933759 | | | | | | | | | |
| 933761 | | | | | | | | | |
| 933762 | | | | | | | | | |
| 933763 | | | | | | | | | |
| 933764 | | | | | | | | | |
| 970280 | | | | | | | | | |

130 Sutter Street, 4th FL
San Francisco, CA 94104

Highly Confidential

NAVY-ADS-0000374110



# Invoice

| Invoice # | INV38761 |
|---|---|
| Date | 9/30/2022 |
| Terms | Net 30 |
| Due Date | 10/30/2022 |

REMIT Wire transfer:
Receiving Bank (Pay to):
City National Bank
2001 North Main Street, Suite 200
Walnut Creek, CA 94596
Beneficiary (For credit to):
█████ INC
130 Sutter St, 4th Floor
San Francisco, CA 94104
Final Credit Account No.
Routing & Transit No. 122016066
SWIFT Code: CINAUS6L

Pay by Check:
████ INC.
FILE 1213
1601 W Olympic Blvd.
Pasadena, CA 91199-1213

| | |
|---|---|
| USD Subtotal | |
| Tax Total | |
| USD Total | |
| Amount Paid | |
| Amount Due | |

Please reference ████ Invoice Number INV38761 when submitting your payment.



Page 2 of 2

Highly Confidential

NAVY-ADS-0000374111

C  INV0  P: NAV   E: 99    M: INTERNET     Poi_Code: 162209  MOS: 2022-09

SEE BACK PAGE

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 10/7/2022 | 1418473 |
| **Terms** | **Due Date** |
| Net 60 | 12/6/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

| Service Month | 9/30/2022 |
|---|---|

New York NY 100;3;4522
United States

| Account #: CUS-451 |
|---|
| **Bill To** |
| Wavemaker Global LLC
PO BOX 4614 GCS
New York New York 10163
United States |

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

**Payment Information;**

Mail Checks to:

Lockbox Address:
_____ Inc.
PO Box 392783
Pittsburgh PA 15251-9268

ACH/WIRE
Bank Name and Address:
Silicon Valley Bank, Santa Clara
Swift Code: SVB-0J565

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBNUS6S
_____ Inc, Account #

For Courier Deposits (FedEx, UPS, etc)
_____ Inc. (Attn 392268)
500 Ross Street 154-0455
Pittsburgh PA 15262-0001

To ensure your invoice inquiry is addressed, please send to billingsupport@
For statement information please e-mail ar3_____/.com

of 1

Highly Confidential

NAVY-ADS-0000374112



New York NY 10013-4523
United States

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 10/13/2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month: | |

---

Account #: CUS-451

Bill To

Wavemaker Global LLC
PO BOX 4614 GCS
New York New York 10163
United States



| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|

| | Subtotal | |
|---|---|---|
| | Tax Total (%) | |
| | Amount Paid | |
| | Amount Due | |

1 of 2

Highly Confidential

NAVY-ADS-0000374113



## INVOICE

| Invoice Date | |
|---|---|
| Nov 1, 2022 | |
| Terms | |
| Net 60 | |
| Original Invoice # | |
| | |
| Service Month | |

**Payment Information:**

Mail Checks to:

Lockbox Address:

PO Box 392268
Pittsburgh PA 15251-9268

ACH/WIRE
Bank Name and Address
Silicon Valley Bank Santa Clara
Swift Code: SVBKUS6S

Account Information
For Account: Silicon Valley Bank
Swift Code: SVBKUS6S
 Inc. Account #

223 Spring St
New York NY 10013-1522
United States

2 of 2

Highly Confidential

Highly Confidential

NAVY-ADS-0000374115



OpenSlate
NY



# INVOICE

| Invoice Date | |
|---|---|
| 10/19/2022 | |
| Terms | |
| Net 30 | |
| Original Invoice # | |
| | |
| Service Month | |

| Account #: 000328 |
|---|
| Bill To |
| Wavemaker<br>P.O. Box 3614<br>New York NY 10163<br>United States |



| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Payment Information

Mail Checks to:

1 of 1

NAVY-ADS-0000374116



## INVOICE

| Invoice Date | Invoice # |
|---|---|
| 10/14/2022 | 1438408 |
| **Terms** | **Due Date** |
| Net 30 | 11/17/2022 |
| **Original Invoice #** | **Amount Due** |
| | |

Service Month: 9/1/2022

Account #: 000328

Bill To

Wavemaker
P.O. Box 4614
New York NY 10163
United States

OpenSlate
NY

| Product | Campaign | PO # | SO # | Advertiser | LOB/Brand | Media Type | Quantity | Rate (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | |
|---|---|
| Subtotal | |
| Tax Total (%) | |
| Amount Paid | |
| Amount Due | |

Payment Information

Mail Checks to:

Lockbox Address:
Inc.
PO Box 392268
Pittsburgh PA 15251-5265

ACH/WIRE
Bank Name and Address:
Silicon Valley Bank, Santa Clara
Swift Code: SVB 0.565

Account Information:
For Account Silicon Valley Bank
Swift Code: SVBKUS6S
Inc. Account

For Courier Deposits (Fedex, UPS, etc)
Inc. (Attn 392268)
500 Ross Street (154-0455)
Pittsburgh PA 15262-0001

NAVY-ADS-0000374117



# Invoice

**Date**
9/30/2022

**Invoice #**
INVT-39576R

PO Box 200790,
Pittsburgh, PA 15251-0790

**Bill To**

WaveMaker Global
P.O. Box 4614 Grand Central Station
New York NY 10163
United States



| Campaign Name | IO # | Service Period | Currency | Terms | Due Date |
|---|---|---|---|---|---|

| Subtotal | |
|---|---|
| Tax (0%) | |
| Total | |
| Amount Due | |

PLEASE NOTE: Effective September 17, 2020, our remittance instructions have changed to the following:

Please make check payable to :
███ Inc.
PO Box 200790
Pittsburgh, PA 15251-0790

Tax EIN :

ACH/Wire Instructions:
Account Name: ███ Inc.
Bank Name: East West Bank
Bank Address: 9300 Flair Drive, 4th Floor
Bank City, State: El Monte, CA 91731
Account Number:
Routing Number: 322070381
SWIFT: EWBKUS66XXX

Please reference Invoice Number(s) on all remittance documents including wire transmittal for proper credit.

For billing questions, please contact billing@███om

1 of 1

Highly Confidential



SNVO  F.NAV  E.99  M. INTERNET  PUB: 103572  MDS:9/22

# Invoice

Invoice number: 4570268234

**Bill to**

Accounts Payable
Media Edge CIA LLC
175 Greenwich Street
3 World Trade Center
New York, NY 10007
United States

**Advertiser**

Media Edge CIA LLC, Wavemaker
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4570268234 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 0072-6211-0483 |
| Account ID | 905-376-8407 |

Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@█████om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ███ invoice.

| To pay by wire transfer, send to: | Bank branch address: | To pay by check, mail to: |
|---|---|---|
| Account holder name: ███ LLC | Wells Fargo Bank, N.A. | ███ LLC |
| Bank: Wells Fargo | 420 Montgomery St | P.O. Box 883654 |
| SWIFT BIC: WFBIUS6S | San Francisco, CA 94104 | Los Angeles, CA 90088-3654 |
| ABA #: 121000248 | USA | United States |
| Account #: ███ | | |

For questions about this invoice please email ███████om

Highly Confidential

NAVY-ADS-0000374119



## Invoice

Invoice number: 457/250234

Account: Navy Youtube Always On
Account ID: 905-376-8407
Account budget: July - Sept '22 Auction
Sep 1, 2022 - Sep 30, 2022

| Description | Quantity | Units | Amount($) |
| --- | --- | --- | --- |

PO# or invoice number's associated with this invoice at time might have changed if there was a reprint

For questions about this invoice please email ████████.com

Highly Confidential

NAVY-ADS-0000374120

CRVC  P:NAV  I-92  M IN ERNF  PUB 10?572  MOS 9/22



# Invoice

Invoice number: 4574212653

**Bill to**
Maggie Lajos
Wavemaker Global LLC
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4574212653 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |



Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ███████████ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official █████ invoice.

**To pay by wire transfer, send to:**
Account holder name: ██████ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ██████████

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
███████ LLC
P.O. Box 883654
Las Angeles, CA 90088-3654
United States

For questions about this invoice please email ████████████ om

Highly Confidential

NAVY-ADS-0000374121



Highly Confidential



# Invoice

Invoice number 4574519596

**Bill to**
Maggie Lajos
Wavemaker Global LLC
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

| | |
|---|---|
| Invoice number | 4574519596 |
| Invoice date | Sep 30, 2022 |
| Payment terms | Net 45 |
| Billing ID | 4406-4332-9339 |

Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▇▇▇▇▇▇ om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ▇▇▇▇ invoice.

**To pay by wire transfer, send to:**
Account holder name: ▇▇▇▇ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account # ▇▇▇▇▇▇

**Bank branch address**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
▇▇▇▇ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice, email ▇▇▇▇▇▇ om

Highly Confidential

NAVY-ADS-0000374123



Account ID: 3600106
Order name: NavyGamers YTS Plan Skippable July – Sept '22
Sep 1, 2022 - Sep 30, 2022

Highly Confidential

NAVY-ADS-0000374124

CLN/0   F/NAV  E 99  M INTERNET  PUB: 103572   MOS.9/22

# Invoice

Invoice number: 4574927150

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Gulles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**
Invoice number .................... 4574927150
Invoice date ...................... Sep 30, 2022
Payment terms ..................... Net 45
Billing ID ........................



Total amount due in USD

Summary for Sep 1, 2022 - Sep 30, 2022

Pay in USD:
Subtotal in USD
Tax (0%)
Total amount due in USD

**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@____om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official ____ invoice.

**To pay by wire transfer, send to:**
Account holder name: ____ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ____

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
____ LLC
P.O. Box 883654
Los Angeles, CA 90038-3654
United States

For questions about this invoice please email ____

Page 1 of 2

Highly Confidential

NAVY-ADS-0000374125



Invoice

Invoice number: 4574927150

Account ID: 3600117
Order name: Navy Technology YTS Plan Nonskip 15s July – Sept '22
Sep 1, 2022 – Sep 30, 2022

Highly Confidential

NAVY-ADS-0000374126

(I)NVB   P-NAV   E-RB   M. INTERNET   PUB: 103572   MOS:9/22

**Bill to**
Maggie Lajos
Wavemaker Global LLC.
3 World Trade Center
New York, NY 10007
United States

**Advertiser**
Helen Guiles
United States Department Of The Navy
The Pentagon
Washington, DC 20350
United States

**Details**

**Remittance instructions:**
To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to ▇▇▇▇om with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on the official ▇▇▇ invoice.

**To pay by wire transfer, send to:**
Account holder name: ▇▇▇ LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ▇▇▇▇▇

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
▇▇▇ LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email ▇▇▇▇▇▇▇om

Highly Confidential

NAVY-ADS-0000374127

Account ID  3634953
Order name: Navy Incremental YTS Spanish Language Lineup Sept '22
Sep 1, 2022 - Sep 30, 2022



Highly Confidential

NAVY-ADS-0000374128



Page 1 of 1

## INVOICE

| INVOICE | DATE |
|---------|------|
| 33808 | 03/10/2023 |

Customer No: 67372798
PO No: O-3BX8W-R2

Due Date: 05/09/2023
Payment Terms: 60 NET
Sales Rep:

Dawn Romano



| Item | Item Description | Deliv Impr | CPM | Clicks | Amount |
|------|-----------------|------------|-----|--------|--------|

Currency: USD

Comments:
Replacing original invoices # 7HDA22026518 &7HDA23002617

| | Payment Instructions |
|---|---|
| Account Name: ██████ LLC | ABA Number (Wire): 121000248 |
| Bank: Wells Fargo | ABA Number (ACH): 121000248 |
| Bank Address: Seattle, WA | Routing Number: 121000248 |
| Account #: ████ | Swift Code: WFBIUS6S |

NOTE: Please include payment remittance information with all payments. Send payment information to: Advertising-R████████.com

Highly Confidential



Invoice

| NUMBER | | |
|---|---|---|
| 790068 | | |
| DATE | | |
| Oct 7, 2022 | | Page 1 of 1 |
| PURCHASE ORDER NUMBER | | |
| O-3BX3C | | |
| QUOTE NUMBER | | |
| | | |
| SALES ORDER NUMBER | | |
| 3985 | | |
| CUSTOMER NUMBER | | LOCATION NUMBER |
| MC1A2000008283 | | |

BILL TO:
WAVEMAKER
PO BOX 4614
GRAND CENTRAL STATION
NEW YORK, NY 10163

For any questions about your invoices, pls call 888-506-0543 or email MonsterInvoiceNA@monster.com

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| Net 60 | Dec 6, 2022 | BCONNERT | BINYAMIN GOLDMAN |



| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| US Navy (R)-LG-Navy FW Jan-Sep'22 - September 2022 | | | | |
| EIN 13-3906555 | | | | |

Past due balances subject to  5% finance charge

For ACH Payment, please use the following banking information:

Bank Name:                    Bank of America
Bank Location                 New York, NY
ABA/Routing Number:           
Account Name:                 
Account Number:               
Reference:                    Invoice Number(s)
Remittance Advice to be sent:                    .com

For Check payments, please use the following information:

Payable to:                   
Remit to:                     PO Box 90364
                              Chicago, IL 60655-0364

| Customer No |
|---|
| Invoice No |
| Due Date |
| Total Due |
| Currency |
| Amount Paid |

Please indicate your invoice number on the check to ensure correct allocation.

Highly Confidential

NAVY-ADS-0000374130



# INVOICE

Wavemaker Global
Attention: Erik Carlson
PO Box 4614 GCS
NEW YORK NY 10163

**Invoice Date**
Sep 30, 2022

**Invoice Number**
20220340

**Reference**
O-3BX4F-R2

Attention: Marin
Sutherland
10 South 5th Street
Suite 920
MINNEAPOLIS MN 55402
USA



| Description | Quantity | Unit Price | Discount | Tax | Amount USD |
|---|---|---|---|---|---|
| | | | | | |

TOTAL USD

**Due Date: Oct 30, 2022**
ACH/Wire Instructions:

Bell Bank
Bank's Phone Number: (701) 298-1500

ABA Routing Number: 091310521
Account Number:
Beneficiary:

View and pay online now

Registered Office: Attention: Brad Squibbs, 10 South 5th Street, Suite 920, Minneapolis, MN, 55402, USA.

Highly Confidential

New York, NY 10003
Tel.: +1-212-966-7555, Fax: +1-646-349-3808

To:
WaveMaker
P.O. Box 4616
Grand Central Station
New York, NY 10163
United States

Invoice Date: Sep 30, 2022

### Invoice USI2223306



| Ln | Type of Service | Format | Campaign | Publisher | Advertiser | Month | Remarks | Quantity | Unit Price | Extended Price |
|----|-----------------|--------|----------|-----------|------------|-------|---------|----------|------------|----------------|
|    |                 |        |          |           |            |       |         |          |            |                |

Pay by: Nov 14, 2022

| Total Price | |
|-------------|--|
| Tax | |
| TOTAL | |

INNOVID EIN (Tax ID): 57-3768599

REMITTANCE ADDRESS:
PO BOX 347961
PITTSBURGH, PA 15251-4961

WIRING INSTRUCTIONS:
SILICON VALLEY BANK
ROUTING & TRANSIT #: 121140399
SWIFT CODE: SVBKUS6S
FOR CREDIT OF:
FINAL CREDIT ACCOUNT:

FX EUR ONLY:
RECEIVING BANK: DEUTSCHE BANK AG, FRANKFURT
RECEIVING BANK SWIFT: DEUTDEFF
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

FX MXN ONLY:
RECEIVING BANK: BBVA BANCOMER
RECEIVING BANK SWIFT: BCMRMXMMCOR
BENEFICIARY BANK: SILICON VALLEY BANK
BENEFICIARY BANK SWIFT: SVBKUS6S
FINAL CREDIT ACCOUNT:

NAVY-ADS-0000374132



42 N Chestnut St.
Ventura, CA 93001

**INVOICE**

| | |
|---|---|
| Invoice Date | 09/30/2022 |
| Invoice Number | 100345993 |
| Customer ID | 1200 |
| Due Date | 12/29/2022 |
| Term | Net 90 |
| Term Description | Net 90 |

Comments

Bill-to Site Number: 317689

BILL  **Wavemaker**
TO    P.O. Box 4614 GCS
      New York, NY 10163

Ship-to Site Number: 317689

SOLD  **Wavemaker**
TO    P.O. Box 4614 GCS
      New York, NY 10163
      VAT ID/Tax ID

| DIGITAL ADVERTISING TRANSACTION DETAILS Month of Service: September 2022 | | | | | |
|---|---|---|---|---|---|
| ADVERTISER | CAMPAIGN | ID# | IMPRESSIONS | CHARGE DESCRIPTION | AMOUNT |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |
| NAVY | | | | | |

Highly Confidential

NAVY-ADS-0000374133



| NAVY |
| NAVY |
| NAVY |
| NAVY |
| NAVY |

Checks should be mailed to Lockbox:

PO Box 102757
Pasadena, CA 91189-102757

Overnight Lockbox Address:

2710 Media Center Dr, Bldg 6, Ste 120,
Los Angeles, CA 90065

Balance Questions:
Remittance Questions:

ACH Payments Should Be Sent To:

| For Credit To: | |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 322271627 |
| Account #: (USD Wires) | |

Wires Payments Should Be Sent To:

| For Credit To: | |
| --- | --- |
| Bank Name: | JP Morgan Chase Bank, N.A. |
| ABA or Routing #: | 021000021 |
| Account #: (USD Wires) | |

International Wires Should Be Sent To:

| Swift Code: | CHASUS33 |
| --- | --- |

Highly Confidential

NAVY-ADS-0000374134

Highly Confidential

NAVY-ADS-0000374135



# Invoice
#534847

32978 Collections Center Drive
Chicago, IL 60693-0329

**Bill To** 
Wavemaker for U.S. Navy
Three World Trade Center
Greenwich Street
New York City NY 10007
United States

| PO # | Invoice Date | Terms | Due Date |
|------|--------------|-------|----------|
| 0-3BX4W | 09/30/2022 | Net 30 | 10/30/2022 |

**Due:**
$

Click to Pay Now: https://et.adyen.link/PL6FC80B9F12571E96

## Performance Products



| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | | | |

This is your invoice for the Sep 2022 service period

Performance Products Subtotal

Tax Total (0%)

Original Total

Payments and Credits

Amount Due

We appreciate your business and prompt payment. If you have any questions, please contact us at accounting@███████.com

1 of 1

Highly Confidential



# Invoice

Invoice # INV425748

San Francisco, CA 94105
bililng@████████.com
415-275-7411

Invoice Date
Customer
Sold To Customer
Order #
Customer PO #
████████ Contact
Due Date
Terms

## Bill To

Wavemaker
John Shi
825 Seventh Avenue
London
ENG
10019
United Kingdom

## Ship To

US Navy
Stephanie Woldin
P.O. BOX 4614
Grand Central Station
New York NY 10163

## Invoice Details

Final Invoice



| Line | Description | Billing Frequency | Amount | Service Start Date | Service End Date |
|------|-------------|-------------------|--------|--------------------|------------------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |



1 of 2

Highly Confidential

NAVY-ADS-0000374137



# Invoice

| | |
|---|---|
| Subtotal | |
| Tax (0%) | |
| Total Amount | |
| Amount Paid/Credit | |
| Amount Due | |

**Remit Checks To:**

████████ Inc.
Department 3438
PO Box 123438
Dallas, TX
75312-3438

**ACH/Wire Instructions:**

Silicon Valley Bank
555 Mission St. 8th Fl. San Francisco, CA 94105
ABA Routing Number: 121140399
SWIFT CODE: SVBKUS6S (for International Wires only)
Account: ████████
Account Name ████████ Inc.
Account Type: Checking

**Credit Card Payments:**

Contact ████████.com

**Transaction History**

Amount Paid: ████████        Balance Remaining

INV425748

2 of 2

Highly Confidential

NAVY-ADS-0000374138

C:NV0  P:NAV  E:99  M:INTERNET  PUB:107826  VOS:9/22

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2022 | 2022-090114 |

**Advertiser**

Wavemaker
Binyamin Goldman
PO Box 4614 Central Station
New York, NY 10163

Brooklyn, NY 11201

| Due Date | Publisher | Terms |
|----------|-----------|-------|
| 10/30/2022 | ▮▮▮▮▮ | Net 30 |

| Description | Campaign Dates | Quantity | Rate | Total Due |
|-------------|----------------|----------|------|-----------|
| | | | | |

Please note our new address:

Brooklyn, NY 11201

If paying by check, please send to:

Brooklyn, NY 11201
If paying by wire:
JPMORGAN CHASE

routing: 021000021
If paying by credit card
https://www.▮▮▮▮.com/apps/payments/paynow
A credit card fee of 3.5% will be applied

| Total | |
|-------|--|
| Paid/Pre Payments | |
| **Balance Due** | |

Highly Confidential

NAVY-ADS-0000374139

# Invoice

10573 W. Pico Blvd # 163
Los Angeles, CA 90064

| Date | Invoice # |
|------|-----------|
| 9/30 2022 | 5223 |

| Bill To |
|---------|
| Wave Maker Marketing<br>PO Box 4614 GCS<br>New York, NY 10163 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  |  |  |  |
|  | Please update all of your records to reflect our new mailing address. |  |  |

**Payment Instructions**

Wells Fargo Bank
1300 4th St.
Santa Monica, CA 90401

Direct Payments:
Acct #
Routing # 121042882

Domestic Wire Transfer:
Acct #
Routing # 121000248
International Wire Transfer:
Acct #
SWIFT Code: WFBIUS6s
IBAN #

**Total**

Highly Confidential

NAVY-ADS-0000374140



[redacted]

# INVOICE

Invoice Number: 18265
Invoice Date: Sep 30, 2022
Page: 1

1232 W. Northwest Highway
Palatine, IL 60067
USA

Phone: 847-749-4635

| Bill To: | Ship to: |
|---|---|
| [redacted]<br>P.O. Box 4614 GCS<br>New York, NY 10163 | [redacted]<br>P.O. Box 4614 GCS<br>New York, NY 10163 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MEC/NAVY | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 10/30/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | |
|---|---|
| Subtotal | $ [redacted] |
| Sales Tax | |
| Total Invoice Amount | $ |
| Payment/Credit Applied | |
| **TOTAL** | **$** |

ACH Information:
Routing Number - 071026576
Account Number - [redacted]

# Invoice

| Acct. No. | Date | Invoice # |
|---|---|---|
| N50724 | 10/4/2022 | 25029 |



Austin TX 78701
United States

| Bill To | Ship To |
|---|---|
| Attn: Accounts Payable<br>United States Navy<br>PO Box 4614 Grand Central Station<br>New York NY 10163<br>United States | United States Navy<br>2000 Brush St, Ste 601<br>Detroit MI 48226<br>United States |

| Customer | Terms | Due Date | PO # |
|---|---|---|---|
| N50724 United States Navy | Due on Receipt | 10/4/2022 | O-3BX3V-R1 |



| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|

Highly Confidential

NAVY-ADS-0000374142



# Invoice

| Acct. No | Date | Invoice # |
|----------|------|-----------|
| N50724 | 10/4/2022 | 25029 |

**Remittance Slip**

Customer:     N50724 United States Navy

Invoice #:     25029
Amount Due:   $ ███████
Amount Paid:  _____

To make a payment by credit card please contact our Accounts Receivable department by calling 617-532-6012 or 617-532-6022. To pay by wire, ACH, or check please see the included details.

## Make Checks Payable To:

███████ LLC
75 Remittance Dr., Dept. 1020
Chicago, IL, 60675-1020

## Payment by Bank Transfer (ACH or Wire)

• **Beneficiary Account Name:**
  ██████ LLC
• **Bank Name:** Pacific Western Bank
• **Routing Number:** 122238200
• **Account Number:** ████████
• **Bank Address:**
  406 Blackwell Street, Ste. 240, Durham, NC 27701

2 of 2

Highly Confidential





INVOICE

**BILL TO**
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY 10163

**SHIP TO**
Stephanie Wolklin
Wavemaker Global
PO Box 4614 GCS
New York, NY 10163

**INVOICE #** 55042
**DATE** 09/30/2022
**DUE DATE** 11/29/2022
**TERMS** Net 60

**SHIP DATE**
09/01/2022



Please remit all payments to address above or if you prefer to ACH or wire funds:

**BALANCE DUE** 

This is our US bank for payments in USD

Bremer Bank, N.A.
380 Saint Peter St Ste 500
Saint Paul, Minnesota 55102
Phone: (651) 312-3562

Beneficiary:
███████ ████████
Routing number: 096010415
Account number: ████████
Swift Code: BRFSUS4T

You may also ACH by clicking the Pay Now button on this form.

Federal Tax ID: ████████████████

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of collection.
Incorporated by reference is https://www.████████.om/terms-of-use.

Highly Confidential

This is our UK bank for payments in GBP

Beneficiary Bank: Barclays Bank
Beneficiary Bank Address:
1 Churchill Place, London EC14 5HP
Beneficiary Bank: SWIFT BARCGB22

Beneficiary Cambridge Mercantile Corp.
212 King Street West, Suite 400 Toronto, Ontario M5H
1K5
IBAN # ████████████████
Routing Sort Code: 20 00 00
Account: ██ ███ ██
Reference: █████ █████████ Inc.

Federal Tax ID: ████████████████████████████████████

Customer agrees to pay finance charges of two percent per month for late payments and all reasonable costs of collection.
Incorporated by reference is https://www.█████████████████-of-use.

NAVY-ADS-0000374145