# DTX 1400-8
# (ARMY-ADS-0000043190)
# (Excerpt)
# (Redacted)

 : All redactions proposed by the United States

 : Additional information covered by confidentiality objections of third parties



# DTX 1400-9
# (ARMY-ADS-0000043190)
# (Excerpt)
# (Redacted)







# DTX 1400-10
# (ARMY-ADS-0000043190)
# (Excerpt)
# (Redacted)



# DTX 1400-11
# (ARMY-ADS-0000043190)
# (Excerpt)
# (Under Seal)





# DTX 1400-12
# (ARMY-ADS-0000043190)
# (Excerpt)
# (Redacted)

