# DTX 1416
# (NAVY-ADS-0000029448)
# (Excerpt)
# (Redacted)

 :  **All redactions proposed by the United States**

 :  **Additional information covered by confidentiality objections of third parties**



Highly Confidential
NAVY-ADS-0000029457

# Budget Breakout



## Funding provided as follows:

**TO N0018922FZ678 ACRN AA ($ :**
- Affiliates
- Jobsites
- Paid Search
- Esports

**TO N0018922FZ678 ACRN AB ($**
- Digital (Video, Display, Audio, DOOH, High-Impact)
- Social
- Brand Study



Highly Confidential

# Strategic Insights



Highly Confidential

NAVY-ADS-0000029460



Digital

Highly Confidential

NAVY-ADS-0000029461



Highly Confidential



Approach :

Highly Confidential

NAVY-ADS-0000029463



Highly Confidential



Breakaway – Slide to Reveal Demo    Venti Video Demo    Tri-Plex Demo    Breakaway Demo    Hover Demo

NAVY-ADS-0000029465

**Overview/Rationale:**

**Approach:**

Social Remix Demo



Highly Confidential



**Overview/Rationale:**

**Approach :**

Highly Confidential

NAVY-ADS-0000029467