# DTX 1483
# (USPS-ADS-0000042055)
# (Excerpt)
# (Redacted)

 : **All redactions proposed by the United States**

 : **Additional information covered by confidentiality objections of third parties**

# CAMPAIGN PARAMETERS

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004205

# CAMPAIGN MEASUREMENT PARAMETERS



**CAMPAIGN OBJECTIVE AND MEASUREMENT**

- Generate Awareness for Delivering For America & Create Interest for the USPS Connect suite of solutions



**CHANNELS INCLUDED:**

- National: **Video**, **Audio**, **Podcast**, **Display**, **Social**, **Search**, Print and Radio
- Local: **Display**, **Search**, **Social**, **Audio**, Print, Radio and DOOH



**CAMPAIGN FLIGHT:**

- February 14th – September 30th



**CAMPAIGN SPEND:**

- ▮▮▮▮▮

**Bold** font denotes channels measured in wrap up



Confidential



USPS-ADS-0000042060

# RECAP OF MEDIA APPROACH

| | | |
|---|---|---|
| **Comms Goal** | Change how people think about and use USPS | |
| **Target** | America / Business Audiences | |
| **Objective** | Generate Awareness for Delivering For America & Create Interest for USPS Connect | Create Interest for USPS Connect in Heavy-Up Markets |
| **Geo** | National, Rotate Local by Zip Code | Priority Markets (10) |
| **Channels** | Video / Print / Search / Audio / Display / Social | Audio / Print / DOOH |
| **Messaging** | National: Delivering For America / Connect Regional Local By Zip: Connect Local | Connect Local |
| **Flight** | 2/14-9/30 | By Market Launch Dates |
| **Budget** | | |

USPS-ADS-000004206

# MEDIA PLAN SPEND ALLOCATION BY CHANNEL



| CHANNEL | FLIGHT DATES |
|---------|--------------|
| Video | 4/28 – 9/11 |
| Display | 2/23 – 9/30 |
| Radio | 3/7 – 9/30 |
| Search | 2/14 – 9/30 |
| Social | 2/14 – 9/30 |
| Print | 3/14 - 9/30 |
| Streaming Audio | 2/23 – 9/30 |
| DOOH | 4/18 - 9/30 |
| Podcast | 3/22 –9/30 |
| **TOTAL SPEND** | |

*Video includes Digital Video and Linear TV*

■ Video ■ Display ■ Social ■ Search ⚊ Audio ■ Podcast ■ Radio ■ Print ■ DOOH



USPS-ADS-0000042062


UNITED STATES
POSTAL SERVICE

Confidential

PERFORMANCE OVERVIEW

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004206

# AT A GLANCE PERFORMANCE OVERVIEW

- **Display**
  - ██████ units drove the most efficient traffic to site
  - Within DFA, ████████ activity fell within campaign benchmarks
  - ████ Within Connect fell outside of benchmark which mainly can be attributed to the ███████ performance ███
  - ████ struggled to perform within ROAS benchmarks across all campaigns

- **Search**
  - ████ drove the majority of spend, clicks and impressions across all campaigns
  - Search ████ ROAS benchmarks within DFA and Connect

- **Social**
  - Across both DFA and Connect, Social ████ benchmarks with ████ driving the most efficiency within the ████ plan and ████ being the ███
  - ████ most efficient in the ████ campaign

- **Streaming Audio**
  - Across ████ Streaming Audio ████ to scale due to the ███



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042064

# KPI BENCHMARKS: DFA PERFORMANCE

| Media Channel | Target Market | Buy Details | KPI Metric | DFA (Connect FY21) Benchmark | Performance | Met Benchmark? |
|---|---|---|---|---|---|---|
| Display | General Market | Standard Banners | CPLPH | | | |
| | | eComm | ROAS | | | |
| | Hispanic | Standard Banners | CPLPH | | | |
| | | eComm | CPLPH | | | |
| | African American | Standard Banners | CPLPH | | | |
| | High Impact | Standard Banners | CPLPH | | | |
| Streaming Audio | General Market | Audio | Delivery in Full/Brand Health | | | |
| | Hispanic | Audio | Delivery in Full/Brand Health | | | |
| | African American | Audio | Delivery in Full/Brand Health | | | |
| Podcasting | General Market | Audio | Delivery in Full/Brand Health | | | |
| Search | General Market | Evergreen + Stamps + PLAs | ROAS | | | |
| | | | CPC | | | |
| | | DFA | CPC | | | |
| | Hispanic | MC Consumer | CPC | | | |
| Social: Traffic | General Market | Facebook | CPC | | | |
| | | Twitter | CPC | | | |
| | | LinkedIn* | CPC | | | |
| | Hispanic | Facebook | CPC | | | |
| Social: Awareness | General Market | Facebook | CPV | | | |
| | | Twitter | CPV | | | |
| | Hispanic | Facebook | CPV | | | |
| | General Market | Video | Delivery in Full/Brand Health | | | |
| Online Video | General Market | Programmatic | VCR | | | |
| | Hispanic | Video | Delivery in Full/Brand Health | | | |

*Provided by vendor

| | |
|---|---|
| CPLPH | Cost per landing page |
| CPC | Cost per click |
| CPV | Cost per view |
| ROAS | Return on ad spend |
| VCR | Video complete rate |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000004206

# KPI BENCHMARKS: CONNECT

| Media Channel | Target Market | Buy Details | KPI Metric | DSA/Connect KPI Benchmark |
|---|---|---|---|---|
| Display | General Market | Standard Banners | CPLPH | |
| | | eComm | ROAS | |
| | African American | Standard Banners | CPLPH | |
| Streaming Audio | General Market | Audio | Delivery in Full/Brand Health | |
| | Hispanic | Audio | Delivery in Full/Brand Health | |
| | African American | Audio | Delivery in Full/Brand Health | |
| Search | General Market | Evergreen + Stamps + PLAs | ROAS | |
| | | Connect | CPC | |
| | Hispanic | MC Consumer | CPC | |
| Social: Traffic | General Market | Facebook | CPC | |
| | | Twitter | CPC | |
| | | LinkedIn* | CPC | |
| Social Lead Gen | General Market | Facebook | CPPC | |

*Provided by vendor

**Note: Combined Connect Local & Regional performance

| CPLPH | Cost per landing page hi... |
|---|---|
| CPC | Cost per click |
| CPV | Cost per view |
| ROAS | Return on ad spend |
| VCR | Video complete rate |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042066



CHANNEL PERFORMANCE

USPS-ADS-000004205

# Display: General Market

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042068



# RECAP OF GM DISPLAY PARTNERS AND TARGETING

**Standard Banners**

Leverage 3P data partners, HVAs, and Contextual segments to identify qualified users

**PMPs**

Reach users while they are in a business mindset, consuming relevant content

**HVAs**

Utilize the custom High Value Audiences to reach Medium to Large Business Shipping Decision makers

**E-Commerce**

Utilize Amazon's DSP & O&O as well as eBay's inventory to target B2B audiences and continue to drive strong ROAS

USPS-ADS-0000042066

Confidential



USPS-ADS-000004207070

Confidential

# DFA: CONTINUE TO LEVERAGE CONTEXTUAL SEGMENTS THROUGH MATTERKIND

**matterkind**

*What we did:*

- Standard Banners performed ▮ garnering a ▮
  - Optimizations made throughout campaign flight included prioritizing device types, blocking sites with high CPLPHs, and optimizing between top performing tactics

*What we learned/impact to future plans:*



| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| DFA | | | | | | | | |
| Eyeota | | | | | | | | |
| Captify | | | | | | | | |
| Bombora | | | | | | | | |
| FourSquare | | | | | | | | |
| Dun & Bradstreet | | | | | | | | |
| Adstra | | | | | | | | |
| Matterkind | | | | | | | | |
| USPS Connect Visitors | | | | | | | | |
| News | | | | | | | | |
| Google Custom Affinity | | | | | | | | |
| Business/Finance | | | | | | | | |
| Technology | | | | | | | | |
| Unruly TV Retargeting | | | | | | | | |
| **TOTAL** | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004207



# DFA: PMP'S

**What we did:**

- PMPs performed

- Optimizations made throughout campaign flight included prioritizing top performing publishers

**What we learned/Impact to future plans:**

DFA

Fast Company

CNBC

WSJ

**TOTAL**

USPS-ADS-0000420722

Confidential

matterkind

# DFA: PERFORMANCE WAS

*What we did:*

- The custom HVA
- Employed the 3rd party data targeting to compliment the HVA and expand scale
  - Prioritized device types with strongest performance, blocking sites with high CPLPHs, and optimizing between creative sizes

*What we learned/impact to future plans:*

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| DFA | | | | | | | | |
| HVA – Medium/Large Business | | | | | | | | |
| HVA – Small Business | | | | | | | | |
| TOTAL | | | | | | | | |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042072

amazon
ebay Ads
Powered by: matterkind

# DFA: AMAZON

*What we did:*

- Leveraged Display units across Amazon's DSP and eBay's first party data segments to identify and reach Shipping/Logistic Decision Makers
- Amazon
  - Amazon ran into scale limitations
- Optimizations made throughout flight include prioritizing Mobile over Desktop

*What we learned/Impact to future plans:*



| Spend | Impressions | Clicks | CTR | Service Page Vis... | CPLPV | Pageview |
|---|---|---|---|---|---|---|
| DFA | | | | | | |
| eBay | | | | | | |
| Amazon Open Exchange | | | | | | |
| **TOTAL** | | | | | | |

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042074

CONNECT/REGIONAL

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042078

# CONNECT: GA TACTICS ███████████

**matterkind**

*What we did:*

* Standard Banners performed within ███████████████

  * Launched local markets by waves which limited scale and performance for half of flight

  * Optimizations made throughout campaign flight included prioritizing device types, blocking sites with high CPLPHs, and optimizing between creative sizes

*What we learned/Impact to future plans:*



| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| Connect Local | | | | | | | | |
| Matterkind | | | | | | | | |
| GART | | | | | | | | |
| GALAL | | | | | | | | |
| Eyeota | | | | | | | | |
| Bombora | | | | | | | | |
| Dun & Bradstreet | | | | | | | | |
| TOTAL | | | | | | | | |


UNITED STATES
POSTAL SERVICE

W

Confidential

USPS-ADS-0000042076

matterkind

# GA LOOK A LIKE AUDIENCES

*What we did:*

- Connect Addressable
- Optimizations made throughout campaign flight included prioritizing mobile devices
- Utilized Addressable within eBay and Amazon

*What we learned/impact to future plans:*

USPS Geo-Targeted Cities Conversion Rates

| | Spend | Impressions | Clicks | CTR | Landline Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| ConnectLocal | | | | | | | | |
| Matterkind | | | | | | | | |
| GART | | | | | | | | |
| GALAL | | | | | | | | |
| BT | | | | | | | | |
| Eyeota | | | | | | | | |
| Bombora | | | | | | | | |
| Dun & Bradstreet | | | | | | | | |
| Amazon Open Exchange | | | | | | | | |
| eBay | | | | | | | | |
| Fast Company | | | | | | | | |
| TOTAL | | | | | | | | |

Confidential

USPS-ADS-0000042077

matterkind

# CONNECT REGIONAL: GM STANDARD BANNERS

**What we did:**

- Standard Banners

  - Prioritized ███████ as this tactic

  - Optimizations made throughout campaign flight included prioritizing the 3P data partners, and shifting spend to mobile devices

**What we learned/impact to future plans:**

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| Connect Regional | | | | | | | | |
| Matterkind | | | | | | | | |
| BT | | | | | | | | |
| GALAL | | | | | | | | |
| GART | | | | | | | | |
| Bombora | | | | | | | | |
| Dun & Bradstreet | | | | | | | | |
| Eyeota | | | | | | | | |
| Adstra | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042078

matterkind

# CONNECT LOCAL & REGIONAL:

*What we did:*

- The HVA within Connect Local
  - The Connect 3rd party data partners
  - Once all zip codes were implemented,
- The HVA within Regional
- Optimizations made throughout campaign flight included prioritizing device types and blocking sites with high CPLPHs



| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| **Local** | | | | | | | | |
| Connect Local | | | | | | | | |
| HVA – Small Business | | | | | | | | |
| **TOTAL** | | | | | | | | |
| | | | | | | | | |
| **Regional** | | | | | | | | |
| Connect Regional | | | | | | | | |
| HVA – Medium/Large Business | | | | | | | | |
| **TOTAL** | | | | | | | | |

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042072

# matterkind

## CONNECT LOCAL & REGIONAL:

*What we did:*

- PMPs
- [redacted]
- Optimizations made throughout campaign flight included prioritizing top performing PMPS and optimizing between creative sizes

*What we learned/impact to future plans:*

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| **Local** | | | | | | | | |
| CNBC | | | | | | | | |
| Fast Company | | | | | | | | |
| WSJ | | | | | | | | |
| TOTAL | | | | | | | | |
| **Regional** | | | | | | | | |
| CNBC | | | | | | | | |
| Fast Company | | | | | | | | |
| WSJ | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042080

matterkind

## CONNECT LOCAL & REGIONAL:

*What we did:*

- Connect E-Comm
- Regional E-Comm

- Optimizations made throughout campaign flight included shifting budgets between Amazon or eBay and prioritized device type

*What we learned/impact to future plans:*

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| **Connect** | | | | | | | | |
| eBay | | | | | | | | |
| Amazon Open Exchange | | | | | | | | |
| Amazon O&O | | | | | | | | |
| TOTAL | | | | | | | | |
| **Regional** | | | | | | | | |
| eBay | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004208

# Display: Hispanic/Spanish Language



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042082

DFA

UNITED STATES POSTAL SERVICE

USPS-ADS-0000042083

Confidential

matterkind

# REACHED THE BUSINESS DECISION MAKER THROUGH MATTERKIND'S PROGRAMMATIC TACTICS

## Standard Banners

Leveraged 3P data providers and layered behavioral and contextual targeting to reach the Hispanic BDM



## Foursquare

Utilized geo targeting with Foursquare to reach an audience who have visited similar competitor stores



## HVAs

Built Custom High Value Audiences and activated these HVAs to generate awareness for Delivering for America

matterkind

## Look-A-Like Targeting

Located relevant audiences by finding users who have visited similar pages



## E - Commerce

Amazon's DSP & O&O as well as eBay's inventory to target B2B audiences

amazon

ebay

## Google Custom Affinity

Reached Hispanic Business Decision Makers through relevant keywords and URLs







UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042084

**matterkind**
adstra bombora
dun & bradstreet eyeota

# DFA: UTILIZE 3RD PARTY DATA PROVIDERS AND ACTIVATED HIGH VALUE AUDIENCES

## What we did:

- Leveraged Adstra, Bombora, Dun & Bradstreet, and Eyeota to target both Small Business Owners and the Medium to Large Shipping and Logistic Decision Makers
- Optimized between creative sizes based on performance and prioritized spend towards mobile units
- Introduced custom built HVA's to reach the Hispanic Small Business Owner and the Medium to Large Logistics Decision Makers to increase awareness

## What we learned/Impact to future plans:

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| Bombora/D&B/Eyeota - Small Business Owner | | | | | | | | |
| Adstra/Bombora/D&B/Eyeota - Medium/Large Shipping/Logistics DM | | | | | | | | |
| HVA - Small Business | | | | | | | | |
| HVA - Medium/Large Business | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004208

**matterkind**

# DFA: EXPLORED ADDITIONAL TACTICS TO INCREASE TARGETING CAPABILITIES

*What we did:*

- Utilized display assets across the Amazon Open Exchange and Amazon O&O sites
- Implemented contextual targeting across News, Technology, Business, and Finance sites
- Created relevant keyword and URL lists to target the Hispanic Business Decision Makers with Google Custom Affinity
- Targeted users who have visited similar pages as target audience through Matterkind's Lookalike tactic
- Identified Hispanic users who have visited USPS, UPS, DHL, and FedEx stores with Foursquare
- Leveraged eBay's 1P data segments to target small business owners and Medium/Large Logistics Decision Makers

*What we learned/impact to future plan:*

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| Amazon | | | | | | | | |
| Google Custom Affinity | | | | | | | | |
| Lookalike | | | | | | | | |
| Contextual | | | | | | | | |
| FourSquare | | | | | | | | |
| eBay | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

# Display: Black American

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-000004208



USPS-ADS-0000042088

Confidential

Powered by: matterkind

# RECAP OF BA DISPLAY PARTNERS AND TARGETING

## Geo Targeting

Utilized Geo-Targeting partner FourSquare in DFA plan to reach audiences frequently visiting USPS or other competitor shipping locations



FOURSQUARE

## Standard Banners (BT/CT/BA + Vertical)

Leveraged behavioral and contextual targeting from top 3P data providers with additional BA segmentation to reach Black American BDM



adstra
eyeota
bombora
dun & bradstreet

+

BA Segmentation:



ACXIOM

+

OpenX

## Business Publication PG

Applied BDM and SBO targeting to endemic BA owned/targeted business publisher *Black Enterprise* as a programmatic guarantee deal



BLACK ENTERPRISE



Powered by: matterkind  OpenX  BLACK ENTERPRISE

# UTILIZED DIVERSE TACTICAL PLAN TO ALIGN TO BA INTERESTS AND PASSION POINTS

### What we did:

- Collaborated with Matterkind to target the Black American Shipping/Logistics BDM & SBO audience, garnering a
- Ran with Geo-Targeting partner Foursquare to reach users who frequent USPS or competitor shipping locations
- Secured PG deal through Matterkind with *Black Enterprise* to reach BA audience through culturally-relevant content created by and for Black American business enthusiasts
- Optimizations made throughout flight include tweaking viewability parameters and shifting budget allocations toward mobile devices

### What we learned/impact to future plans:

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| Matterkind (BT/CT) | | | | | | | | |
| Foursquare | | | | | | | | |
| Black Enterprise | | | | | | | | |
| OpenXAA Network | | | | | | | | |
| TOTAL | | | | | | | | |

# CONNECT REGIONAL

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004209

Powered by: matterkind  OpenX  BLACK ENTERPRISE

# TARGETED BLACK AMERICAN BDM THROUGH BEHAVIORAL AND CONTEXTUAL ACTIVATIONS

*What we did:*

- Spread awareness of Connect initiatives through Regional campaign targeted toward BA medium/large LDMs, driving a
- Leveraged similar tactical plan to DFA with programmatic activations through Matterkind – Behavioral, Contextual, Black Enterprise, and OpenX
- Optimizations made throughout might include shifting spend towards Behavioral/Contextual tactics and Mobile devices

*What we learned/Impact to future plans:*

| | Spend | Impressions | Clicks | CTR | Landing Page Visit | |
|---|---|---|---|---|---|---|
| Matterkind (BT/CT) | | | | | | |
| Black Enterprise | | | | | | |
| OpenX AA Network | | | | | | |
| **TOTAL** | | | | | | |

UNITED STATES POSTAL SERVICE
Confidential

USPS-ADS-0000042092



Display: High Impact

USPS-ADS-0000042093

Confidential



DFA

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042094

# RECAP OF HIGH IMPACT DISPLAY PARTNERS AND TARGETING

## Programmatic

Leveraged proven Programmatic tactics to deliver Social Boosted creative to Shipping/Logistics Decision Makers

Powered by: **matterkind**



## App Data

Capitalized on proven performance leveraging App based audiences to target Shipping/Logistics Decision Makers

Powered by:



## Carrier Data

Leveraged partnerships with T-Mobile and Emodo to gain access to highly scalable, accurate and persistent data directly from Mobile Carriers.

Powered by:

≣ Emodo

**T·** | MARKETING SOLUTIONS

## Advanced Machine Learning

Incorporated Cognitiv's *Deep Learning* technology in an effort to predict consumer behavior and drive efficient conversions at scale

Powered by:

C⊕GNITIV





*UNITED STATES POSTAL SERVICE*

USPS-ADS-000004209

Confidential

matterkind

# DFA: IRON SOURCE AND OGURY DROVE THE MOST EFFICIENCY

**What we did:**

- Delivered USPS messaging through formats leveraging 3rd party behavioral targeting, Carrier data targeting, App Data, and Advanced Machine Learning
- Rich Media units
    - Prioritized IronSource and Ogury as well as top performing Matterkind partners to drive efficient CPLPH
- Optimized towards top performing units, removed Sites that had low viewability, and lowering delivery on less engaging days

**What we learned/Impact to future plans:**

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| DFA | | | | | | | | |
| IronSource | | | | | | | | |
| Ogury.com | | | | | | | | |
| Emodo | | | | | | | | |
| Matterkind | | | | | | | | |
| Yahoo Native | | | | | | | | |
| Kargo | | | | | | | | |
| GumGum | | | | | | | | |
| AdColony - Rich Media PMP | | | | | | | | |
| AdColony - Content Media PMP | | | | | | | | |
| Aki Technologies | | | | | | | | |
| Cognitiv | | | | | | | | |
| T-Mobile | | | | | | | | |
| Media IQ | | | | | | | | |
| TOTAL | | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042096

matterkind

# DFA: SOCIAL BOOST GOOGLE CUSTOM AFFINITY DROVE

## What we did:

- Delivered USPS messaging through Social Boost formats leveraging 3rd party behavioral targeting and Contextual targeting
- Social Boost units p█████
- Optimizations made throughout campaign flight included shifting budget allocations towards best performing 3rd party segments and creative sizes

## What we learned/impact to future plans:

| | Spend | Impressions | Clicks | CTR | Landing Page Hits | CPLPH | Revenue | ROAS |
|---|---|---|---|---|---|---|---|---|
| DFA | | | | | | | | |
| **Matterkind** | | | | | | | | |
| **Matterkind** | | | | | | | | |
| Google Custom Affinity | | | | | | | | |
| USPS Connect Visitors | | | | | | | | |
| News | | | | | | | | |
| Technology | | | | | | | | |
| Business/Finance | | | | | | | | |
| Captify | | | | | | | | |
| FourSquare | | | | | | | | |
| Eyeota | | | | | | | | |
| Bombora | | | | | | | | |
| D&B | | | | | | | | |
| Adstra | | | | | | | | |
| **TOTAL** | | | | | | | | |

# matterkind

# DFA: KARGO

**What we did:**

- The custom HVA performed [redacted]

- Prioritized device types with strongest performance, blocking sites with high CPLPHs, and optimizing between creative sizes

**What we learned/impact to future plans:**

| | Spend | Impressions | Clicks | CTR | Landline Page Hits | | Responses |
|---|---|---|---|---|---|---|---|
| DFA | | | | | | | |
| Matterkind | | | | | | | |
| HVA - Medium/Large Business | | | | | | | |
| Kargo | | | | | | | |
| Matterkind | | | | | | | |
| GumGum | | | | | | | |
| AdColony - Rich Media PMP | | | | | | | |
| HVA - Small Business | | | | | | | |
| Kargo | | | | | | | |
| Matterkind | | | | | | | |
| GumGum | | | | | | | |
| AdColony - Rich Media PMP | | | | | | | |
| TOTAL | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042098

# Digital Video: General Market and Hispanic

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004209

# RECAP OF SPRING DIGITAL VIDEO PARTNERS AND TARGETING



**Tactic**

**FEP IN-STREAM**

Extend linear TV reach with premium FEP inventory across all platforms

**NON-FEP IN-STREAM/OUT-STREAM**

Reach target audience across premium YouTube content, Long and Short form video

**Partner**

GM: ABC, A&E, BET, CBS, CNN Go, Disney, ESPN, Warner, Hulu, ROKU — Powered by: matterkind

HA: Univision, Hulu, ROKU — Powered by: matterkind

YouTube TrueView, YouTube Select — Powered by: matterkind

YouTube Select, YouTube TrueView — Powered by: matterkind

UNITED STATES POSTAL SERVICE

USPS-ADS-000004210

Confidential

# UTILIZED VIDEO TO ADVANCE CONSIDERATION OF USPS AGAINST KEY AUDIENCES

*What we did/what we learned:*

- Continued our partnership with top 100% non-skip streaming platforms
- For non-direct, we implemented the HVA, YouTube, a blend of Programmatic tactic
- GM and HA media Non-FEP drove in incremental reach which brings total media delivery to 
  - General Market Non-FEP reached Adults 25-54 and the shipping & logistics decision maker at medium-large businesses
  - While Hispanic Non-FEP reached Adults 25-54 and the small business owner
- Digital Video fluidity and make-goods that ran in JFM & JAS to supplement Linear delivery accounted for

GM
FEP
Non-FEP
HA
FEP
Non-FEP
TOTAL

*Delivery does not account for co-viewership and billing off 1P delivery & linear liability

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042102






# GM: DELIVERED USPS MESSAGING IN LONGFORM PREMIUM VIDEO CONTENT

*What we did:*

- Continued USPS's presence in 100% non-skip premium streaming platforms
- Utilized Turner's properties in Turner Sports and Entertainment to deliver USPS messaging
- Ran Linear Liability with Cadent and BET through digital video make-goods
- Utilized Hulu and Roku programmatically and saw

*What we learned/impact to future plans:*

| | Spend | Planned Impressions | Delivered Impressions | % Delivered | Video Plays | Video Completions | VCR |
|---|---|---|---|---|---|---|---|
| Hulu | | | | | | | |
| NBC Universal* | | | | | | | |
| Disney.com* | | | | | | | |
| turner.com | | | | | | | |
| CBS (Pluto TV, Paramount+)* | | | | | | | |
| ESPN | | | | | | | |
| Roku | | | | | | | |
| ABC.com | | | | | | | |
| Cadent | | | | | | | |
| BET | | | | | | | |
| Turner Sports | | | | | | | |
| CNN GO | | | | | | | |
| A&E NETWORK | | | | | | | |
| BET Linear Liaibility | | | | | | | |
| TOTAL | | | | | | | |

*Delivery does not account for co-viewership and billing off 1P delivery;**Removed  against total media delivery due to linear liability

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042103

▶ YouTube

# GM: DROVE BRAND AWARENESS THROUGH SHORT FORM VIDEO

*What we did:*

- Continued to utilize short form messaging to align with short form media consumption with a unit mix of units
- Prioritized TrueView over YouTube Select as we saw more scale within TrueView
  - Optimized TrueView's budget to emphasize :6s units as we saw a stronger VCR with these non-skip units
  - Prioritized mobiles devices within TrueView

*What we learned/impact to future plans:*

| | Spend | Planned Impressions | Delivered Impressions | % Delivered | Clicks | Video Plays | Video Completions | VCR | CPV | Landing Page Hits | CPLPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YouTube TrueView | | | | | | | | | | | |
| YouTube Select | | | | | | | | | | | |
| CNN Network | | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | |

USPS-ADS-0000042104

# GM: LEVERAGED PROGRAMMATIC VIDEO TO BOOST AD RECALL AND CONSIDERATION

matterkind

*What we did:*

- Utilized programmatic video to specifically target the business audience
- Ran with 3rd party data partners that built proxies of the custom HVA
  - Bombora, Adstra, Eyeota, and Dun & Bradstreet saw ▮
- Google Custom Affinity was the ▮

*What we learned/impact to future plans:*

| | Spend | Delivered Impressions | Video Plays | Video Completions | VCR | CPV | Landing Page Hits | CPLPH |
|---|---|---|---|---|---|---|---|---|
| Google Custom Affinity | | | | | | | | |
| Medium/Large HVA | | | | | | | | |
| Small Business HVA | | | | | | | | |
| Bombora | | | | | | | | |
| Dun & Bradstreet | | | | | | | | |
| Eyeota | | | | | | | | |
| Adstra | | | | | | | | |
| GumGum | | | | | | | | |
| TOTAL | | | | | | | | |

*Matterkind is a programmatic partner with fluid budgets at the partner level*

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042105

PRENDE tv   ROKU   hulu

univision

# HA: REACHED HA SMALL BUSINESS OWNER IN FEP VIDEO CONTENT

### What we did:

- Ran with Hulu and Roku to surround content of interest to the Hispanic Small Business Owner
- Through Univision, Prende delivered majority of the impressions compared to UNOW
  - However, Univision under delivered by ▮▮

### What we learned/impact of future campaigns:

| | Spend | Planned Impressions | Delivered Impressions | % Delivered | Video Plays | Video Completions |
|---|---|---|---|---|---|---|
| Prende | | | | | | |
| Roku | | | | | | |
| UNOW | | | | | | |
| Telemundo.com* | | | | | | |
| Hulu | | | | | | |
| **TOTAL** | | | | | | |

*Ran with Telemundo

VCR

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042106

Powered by: matterkind
YouTube

# HA: UTILIZED YOUTUBE'S NON-FEP INVENTORY TO FURTHER REACH TARGET AUDIENCE

*What we did:*

- Incorporated short form messaging within YouTube Select and TrueView
- Optimized unit mix toward a ███████
- Leveraged affinity audiences to reach business professionals against Adults 25-54 and Small Business Owners in 100% Spanish language content

*What we learned/impact to future plans:*

| | Spend | Planned Impressions | Delivered Impressions | % Delivered | Video Plays | Video Completions | % VCR |
|---|---|---|---|---|---|---|---|
| TrueView | | | | | | | |
| YouTube Select | | | | | | | |
| TOTAL | | | | | | | |

UNITED STATES POSTAL SERVICE
Confidential
USPS-ADS-0000042107

# Social: General Market



Confidential

USPS-ADS-0000042108

DFA

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004210



# DFA GM AWARENESS: LEVERAGED FB/IG AND TWITTER TO BUILD POSITIVE SENTIMENT AND ENGAGEMENT

*What we did:*

- Implemented both Facebook Dynamic Newsfeed and Story video ads
- Launched Twitter Pre-Roll sponsorship with the Wall Street Journal, where USPS video ads were incorporated as in-stream video ads
- Built positive sentiment and engagement by implementing a custom USPS Connect Hashtag & Emoji
- Adjusted daily budget throughout flight on all platforms for most efficient delivery
- Leveraged native audiences within platforms to drive users to site on national scale

*What we learned/Impact for future campaigns:*



UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042110



# DFA GM TRAFFIC: UTILIZED FB/IG, TWITTER, AND LINKEDIN TO DRIVE USERS TO SITE

## What we did:

- Leveraged native audiences within platforms along with HVAs on FB/IG to capture business decision makers
- Budget was fluid across Connect Local, Connect Regional & DFA initiatives
- Utilized a mix of Static and Gifs, along with Feed and Story placements on Facebook to allow for optimizations

## What we learned/impact for future plans:

| | Spend | Impressions | Clicks | CTR | CPC | Video Views | Video Completes | CPV |
|---|---|---|---|---|---|---|---|---|
| LinkedIn | | | | | | | | |
| Twitter | | | | | | | | |
| Facebook | | | | | | | | |
| Facebook - HVA Small | | | | | | | | |
| Facebook - HVA Med-Large | | | | | | | | |
| TOTAL | | | | | | | | |



USPS-ADS-000004211

**UNITED STATES POSTAL SERVICE**

Confidential



CONNECT/REGIONAL

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042112



# CONNECT LOCAL TRAFFIC: UTILIZED FB/IG, TWITTER, AND LINKEDIN TO DRIVE TRAFFIC FOR USPS CONNECT

*What we did:*

- Utilized FB & IG 1st party data along with HVAs to capture business decision makers

   - Leverage native audiences within platforms to drive users to site, in addition to zip code targeting where Connect offerings are available

- Budget ran fluid across Connect Local, Connect Regional & DFA initiatives

- Utilized a mix of static and video content, along with Feed and Story placements on Facebook to allow for optimizations

*What we learned/impact for future plans:*

| | Spend | Impressions | Clicks | CPC | CTR |
|---|---|---|---|---|---|
| Connect Local | | | | | |
| Twitter | | | | | |
| LinkedIn | | | | | |
| Facebook | | | | | |
| Facebook - HVA Small | | | | | |
| TOTAL | | | | | |

USPS-ADS-000042113

Confidential

UNITED STATES POSTAL SERVICE



# CONNECT LOCAL LEAD GEN: LEVERAGED FB/IG IN PLATFORM LEAD ADS TO DRIVE LEADS FOR USPS CONNECT

*What we did:*

- Leveraged native audiences within platforms along with HVAs to drive leads
  - USPS Connect targeted specific zip codes while Regional was national

*What we learned/impact to future plans:*

| | Spend | Impressions | Clicks | CPC | CTR | Form Completes | CPFC |
|---|---|---|---|---|---|---|---|
| **ConnectLocal** | | | | | | | |
| Facebook | | | | | | | |
| Facebook - HVA Small | | | | | | | |
| Facebook - Retargeting + LAL | | | | | | | |
| Facebook - HVA Med-Large | | | | | | | |
| **ConnectRegional** | | | | | | | |
| Facebook | | | | | | | |
| Facebook - HVA Med-Large | | | | | | | |
| Facebook - Retargeting + LAL | | | | | | | |
| **ConnectGeneral** | | | | | | | |
| Facebook - HVA Retargeting + LAL | | | | | | | |
| **TOTAL** | | | | | | | |

Confidential

USPS-ADS-0000042114

# Social: Hispanic/Spanish Language

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004211



USPS-ADS-0000042116

Confidential

# DFA HA AWARENESS:

*What we did:*

- Utilized a combination of Feed and Story placements to allow for optimizations
- Adjusted daily budget throughout flight on all platforms for most efficient delivery
- Targeted HA Business Owners in Healthcare, Retail, Telco, Auto, and Education

*What we learned/Impact to future plans:*

| | Spend | Impressions | Clicks | CPC | CTR | Video Plays | Video Completes | CPV | VCR |
|---|---|---|---|---|---|---|---|---|---|
| Facebook | | | | | | | | | |
| TOTAL | | | | | | | | | |

USPS-ADS-000004211

UNITED STATES POSTAL SERVICE

Confidential



# DFA HA TRAFFIC: TARGETED HA BUSINESS OWNERS IN HEALTHCARE, RETAIL, TELCO, AUTO, AND EDUCATION

*What we did:*

- Utilized a combination of Feed and Story placements to allow for optimizations
- Adjusted daily budget throughout flight on all platforms for most efficient delivery

*What we learned/Impact to future plans:*





USPS-ADS-0000042118

UNITED STATES
POSTAL SERVICE

Confidential

# Search: General Market & Hispanic/Spanish Language



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004211



Confidential

USPS-ADS-0000042120

# EVERGREEN

*What we did:*

- GM Search produced
- HA Search produced
- Evergreen produced
- Google generated
- Both engines

*What we learned/impact to future plans:*

-

| | Spend | Impressions | Clicks | CTR | CPC | Revenue | ROAS |
|---|---|---|---|---|---|---|---|
| GM | | | | | | | |
| Consumer | | | | | | | |
| Bing | | | | | | | |
| Google | | | | | | | |
| PLA (Google) | | | | | | | |
| Stamps | | | | | | | |
| Bing | | | | | | | |
| Google | | | | | | | |
| Hispanic (Google) | | | | | | | |
| TOTAL | | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004212

# EVERGREEN: BRANDED KEYWORDS

### Keyword Performance:

- Top revenue driving keywords include: ■
- Core branded USPS and USPS Stamps keywords ■
- GM keywords produced ■
- Exact Match keywords ■

### Ad Type Performance:

- Expanded Text Ads produced ■
- RSAs generated most clicks, while also producing stronger front-end performance

### Key Optimization Performance:

|  | Top 10 Revenue Driving Keywords | |
|---|---|---|
| KW Type | Revenue | ROAS |



UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042122

# DFA/CONNECT



UNITED STATES
POSTAL SERVICE

Confidential



# DFA: BING

*What we did:*

- DFA keywords [redacted]
  - DFA keywords are very niche, as they were created off the limited messaging of the banner
- Implemented floodlight tags onto GM and HA DFA banners to track additional user activity
  - DFA keywords produced [redacted] implementation
- [redacted] Mas Informacion" button clicks were driven [redacted] while Google [redacted]
- Bing [redacted] Bing
- Google generated [redacted]

*What we learned/impact to future plans:*

- [redacted]

**Delivering for America**

Learn more

| | Spend | Impressions | Clicks | CPC | CTR | DFA Learn More |
|---|---|---|---|---|---|---|
| DFA | | | | | | |
| Bing | | | | | | |
| Google | | | | | | |
| **TOTAL** | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042124



# CONNECT: MAXIMIZED CAMPAIGN PERFORMANCE BY LEVERAGING BID STRATEGIES

*What we did:*

- Connect search produced ▮▮▮ clicks to site with an overall ▮▮▮ which ▮▮▮
- Introduced the following optimizations to help improve cost efficiencies:
  * Introduced Image Extensions with Remarketing and Similar Audience strategies to target qualified users
  * Implemented weekly zip codes as part of our local campaigns

- Connect Local
- Connect Regional
- Connect National



| | Spend | Impressions | Clicks | CPC | CTR | Form Completes |
|---|---|---|---|---|---|---|
| **Connect Local** | | | | | | |
| Google | | | | | | |
| Bing | | | | | | |
| **Connect Regional** | | | | | | |
| Google | | | | | | |
| Bing | | | | | | |
| **Connect General** | | | | | | |
| Google | | | | | | |
| Bing | | | | | | |
| **Connect National** | | | | | | |
| Google | | | | | | |
| Bing | | | | | | |
| **TOTAL** | | | | | | |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042125

Google
Bing

# CONNECT: EACH ENGINE

**Engine Performance:**

- Google produced ▮▮▮▮ while Bing ▮▮▮▮▮
- Both Google and Bing proved ▮▮▮▮▮

**Keyword Performance:**

- Top click driving keywords include: ▮▮▮
- Branded keywords produced ▮▮▮▮

**Key Optimization Performance:**

- Remarketing rules generated ▮▮▮
- Affinity audience segment was ▮▮▮▮

| Top 10 Click Driving Keywords | |
|---|---|
| KW Type | Clicks |

| | Spend | Impressions | Clicks | CPC | CTR | Form Completes |
|---|---|---|---|---|---|---|
| Google | | | | | | |
| Bing | | | | | | |
| TOTAL | | | | | | |

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042126

# Streaming Audio: General Market, African American & Hispanic

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004212

# BLACK AUDIENCES

*What we did:*

- Leveraged programmatic audio to reach audience through traditional ad formats across Pandora, Spotify and Audiology
  - TuneIn was later introduced to improve pacing, and launched 6/23 across GM, 6/24 across BA and 7/8 across HA markets
- GM and HA delivered
  - Pandor
  - improv
- BA

*What we learned/ Impact to future plans:*

| | Spend | Planned Impressions | Delivered Impressions | % Delivered |
|---|---|---|---|---|
| GM | | | | |
| HA | | | | |
| BA | | | | |
| **TOTAL** | | | | |

*Planned spend & impressions based on approval of TuneIn recommendation on 6/8

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042128

DFA

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042129



audiology  pandora
Spotify  TUNE

# DFA: PANDORA

**What we did:**

- Reached audience through traditional audio ad formats across GM, HA and BA audiences targeting Medium/Large Shipping Logistics Decision Makers and Small Business Owners across 100% National Marketplace
- Implemented contextual and language-based targeting within the Hispanic marketplace to deliver audio ads to a highly qualified audience
- Introduced BA Streaming Audio which utilized behavioral targeting and consisted of programs that highly index across BA audiences

**What we learned/impact to future plans:**



| | Spend | Impressions | Clicks | CTR |
|---|---|---|---|---|
| **GM** | | | | |
| Pandora | | | | |
| Spotify | | | | |
| TuneIn | | | | |
| **HA** | | | | |
| Audiology | | | | |
| TuneIn | | | | |
| **BA** | | | | |
| Audiology | | | | |
| TuneIn | | | | |
| **TOTAL** | | | | |

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042130



CONNECT

UNITED STATES POSTAL SERVICE.

Confidential

USPS-ADS-000004213

audiology  pandora
Spotify  TUNE

# CONNECT ZIP CODE ACTIVATION

## What we did:

- Overall, Connect reached Small Business Owners through traditional audio ad formats across a variety of music inventory while increasing scale WoW through zip code activation
  - GM Streaming
    - Pandora

## What we learned / impact to future plans:

| | Spend | Impressions | Clicks | CTR |
|---|---|---|---|---|
| **GM** | | | | |
| Pandora | | | | |
| Spotify | | | | |
| TuneIn | | | | |
| **BA** | | | | |
| Audiology | | | | |
| TuneIn | | | | |
| **TOTAL** | | | | |

USPS-ADS-0000042132

# Podcasts: General Market

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004213



USPS-ADS-0000042134

Confidential

pandora
n P

# PODCAST DIRECT

# PROGRAMMATIC

*What we did:*

- Leveraging a multitude of partnerships, USPS reached and engaged with business minded audiences through a combination host and dynamic reads
- Podcast delivered at
  - Pandora Podcas
  - NPR delivered 1

*What we learned/Impact to future plans:*

- 

| | Spend | Planned Impressions | Delivered Impressions | ⭐ % Delivered | CPM |
|---|---|---|---|---|---|
| DFA | | | | | |
| Pandora - Podcasts | | | | | |
| NPR | | | | | |
| Audio Pre-Roll | | | | | |
| Audio Post-Roll | | | | | |
| **TOTAL** | | | | | |

UNITED STATES POSTAL SERVICE

USPS-ADS-000004213

Confidential

# Revenue Performance



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042136

# Connect Local: Paid Media



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042138

PAID MEDIA – CONNECT LOCAL

OVERALL PERFORMANCE:

Data Source: 1.31.2023 AP Panorama Report

USPS-ADS-0000042138

UNITED STATES
POSTAL SERVICE

Confidential

# Connect Local
# Postcard | Self-Mailer

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042140



AWARENESS POSTCARD –AMS LIST

OVERALL PERFORMANCE

Data Source: 1.31.2023 AP Panorama Report

USPS-ADS-000004214

UNITED STATES POSTAL SERVICE

Confidential

# CONSIDERATION SELF-MAILER – BIZ CUST. REG. LIST



**OVERALL PERFORMANCE:**

Data Source: 1.31.2023 AP Panorama Report

USPS-ADS-0000042142

UNITED STATES
POSTAL SERVICE

Confidential

# Connect Local

# Email



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042143

## 2-TOUCH EMAIL DEPLOYMENT

OVERALL PERFORMANCE:

Data Source: 1.31.2023 AF Panorama Report

USPS-ADS-0000042144

Confidential

CONNECT NATIONAL

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042145



**PAID MEDIA – CONNECT NATIONAL - SEARCH**

OVERALL PERFORMANCE:

Data Source: 1.31.2023 AP Panorama Report

USPS-ADS-0000042146

UNITED STATES
POSTAL SERVICE

Confidential

# CONNECT REGIONAL



UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-000004214

# PAID MEDIA – CONNECT REGIONAL

**OVERALL PERFORMANCE**

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042148

Data Source: 1.31.2023 AP Panorama Report

# CONNECT PROMO REG
## LOCAL | NATIONAL | REGIONAL

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-00000421



PROMO REG – CONNECT LOCAL | NATIONAL | REGIONAL | WEBSITE

OVERALL PERFORMANCE:

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042150



KEY TAKEAWAYS

Confidential

USPS-ADS-0000042150

## KEY TAKEAWAYS

**Display:**

**Social:**

**Search:**

**Audio:**

UNITED STATES POSTAL SERVICE

USPS-ADS-0000042152

Confidential

THANK YOU!

UNITED STATES
POSTAL SERVICE.

USPS-ADS-0000042152

Confidential

# APPENDIX GLOSSARY

| Measurement | Details |
|---|---|
| Spend | Cost of media delivered |
| Impressions | Number of times the ad was displayed |
| Clicks | Number of times the ad was clicked |
| CPC | Cost per click |
| CTR | Click through rate (clicks/impressions) |
| Landing Page Hits | Number of times the URL an ad directed towards was visited by someone who saw the ad |
| CPLPH | Cost per landing page hit |
| Revenue | Online revenue tracked through 4 specific checkout pages |
| ROAS | Return on ad spend (revenue/spend) |
| Video Plays | Number of times a video ad started playing |
| Video Completes | Number of times a video ad completed playing |
| VCR | Video complete rate (video completes/video plays) |
| CPV | Cost per view (spend/video plays) |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004215

**DFA: GM DISPLAY KEY DATES AND WEEK-OVER-WEEK PERFORMANCE**

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042156

CONNECT LOCAL & REGIONAL: GM DISPLAY KEY DATES

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042157

# CONNECT LOCAL & REGIONAL WEEK-OVER-WEEK PERFORMANCE

Weekly Connect Regional GM Display CPLPH and CTR

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042158

# DFA: HA DISPLAY KEY DATES AND WEEK-OVER-WEEK PERFORMANCE



Campaign launch — 4/18

Paused TradeDesk activations and activated in DV360 — 5/30

Re-wrapped eBay tags with IAS Monitoring instead of Blocking — 6/15

Paused eBay tactics — 6/24

Campaign end — 9/26

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042156

# BA DISPLAY – DFA WEEK-OVER-WEEK PERFORMANCE

Campaign
Launch
4/4

BT + OpenX:
Lowered viewability
filter threshold
4/12

Shifted budget from
Desktop to Mobile
across all tactics
5/4

Shifted budget from
OpenX + Contextual tactics
into BT + FourSquare
5/4 – 6/23

Paused activations in
the Trade Desk and
activated in DV360
5/25

Shifted BT budget
from DFA to
Connect Regional
7/22

Black Enterprise
tactics paused
8/22

Campaign
End
9/30

USPS-ADS-0000042160

UNITED STATES
POSTAL SERVICE

Confidential

# BA DISPLAY – CONNECT REGIONAL WEEK-OVER-WEEK PERFORMANCE

Campaign Launch
5/2

Paused activations in the Trade Desk and activated in DV360
5/25

OpenX: Loosened viewability filter, adjusted bid strategy
5/30

Shifted BT budget from DFA to Connect Regional
7/22

Black Enterprise tactics paused
8/22

Campaign End
9/30

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-000004216

# DFA: HIGH IMPACT DISPLAY KEY DATES AND WEEK-OVER-WEEK PERFORMANCE

**6/1**
Campaign Launch with Matterkind

**6/9**
Shifted from Mobile to Desktop

**6/14**
Increased budgets for Contextual, GCA, LAL, and Foursquare

**6/27 – 2/29**
Emodo heaved up against Shipping Decision Makers audience + Competitive

**7/6**
Ogury Emodo, T-Mobile and MiQ launched

**7/15**
IronSource launch

**7/25**
Cognitiv launched without Pixel implementation

**8/2**
T-Mobile started to decreased delivery on Sundays to boost

**8/19**
Increase Yahoo Native, HVA, and Google Custom Affinity to improve CPLPH and Pacing

**9/6**
MiQ shifted to all Google Chrome Inventory to maximize CPLPH

**9/30**
Campaign End

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-00000042162

# DIGITAL VIDEO WEEK OVER WEEK PERFORMANCE

GM campaign launched

2/28 – 4/1

2/28

Staggered launch:
EPSN, A&E, NBC, Turner Sports (2/28)
Matterkind, Hulu, Roku, YT (3/1)
ABC, BET, CBS, CNN, Disney, Warner

Dark week

4/11 – 4/18

HA campaign launched

5/2

5/19

GumGum launch

6/13 – 6/27

Dark Week

8/15 – 8/21

Dark week

9/11

GM DV campaign ended

9/25

HA DV campaign ended

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042163

# DFA: GM AWARENESS WEEK OVER WEEK PERFORMANCE

3/16 Facebook
Awareness Campaign
Launched

5/6 Twitter Awareness
Campaign Launched

7/26 Added Retargeting
audiences to FB/IG

7/29 Updated Twitter
Daily Budget

9/25 Facebook and Twitter
Awareness
Campaigns Concluded

Weekly DFA Social Awareness CPV and VCR

POSTAL SERVICE

Confidential

USPS-ADS-0000042164

# DFA: OVERALL SOCIAL PERFORMANCE AND WEEK OVER WEEK

2/23 Twitter
Traffic Campaign
launched

3/16 Facebook
Awareness & LinkedIn
Traffic campaigns
launched

9/25 Campaigns conclude
on all platforms

2/24 Facebook Traffic and
HVA campaigns launched

5/6 Twitter Awareness campaign
launched

| | Spend | Impressions | Clicks |
|---|---|---|---|
| **GM** | | | |
| **Video Views** | | | |
| Facebook | | | |
| Twitter | | | |
| Facebook - HVA Med-Large | | | |
| Facebook - HVA Small | | | |
| **Traffic** | | | |
| LinkedIn | | | |
| Twitter | | | |
| Facebook | | | |
| Facebook - HVA Small | | | |
| Facebook - HVA Med-Large | | | |
| **TOTAL** | | | |

*UNITED STATES POSTAL SERVICE*

Confidential

USPS-ADS-0000042165

# CONNECT: OVERALL SOCIAL PERFORMANCE AND WEEK OVER WEEK

2/23 Twitter Traffic Campaign launched

2/25 Facebook Connect Local Lead Gen Campaign Launched

3/16 LinkedIn Traffic Campaign Launched

4/18 FB Connect Regional Lead Gen & HVA Campaign Launched

2/24 Facebook Connect Local Traffic Campaign launched

3/7 Facebook Connect Local HVA Lead Gen Campaign Launched

9/25 Campaigns concluded on all platforms

| | Spend | Impressions | Clicks | CPC | CTR | Form Completes | CPFC |
|---|---|---|---|---|---|---|---|
| **Connect Local** | | | | | | | |
| **Lead Gen** | | | | | | | |
| Facebook | | | | | | | |
| Facebook - HVA Small | | | | | | | |
| Facebook - HVA Med-Large | | | | | | | |
| **Traffic** | | | | | | | |
| Twitter | | | | | | | |
| LinkedIn | | | | | | | |
| Facebook | | | | | | | |
| Facebook - HVA Small | | | | | | | |
| **Connect Regional** | | | | | | | |
| **Lead Gen** | | | | | | | |
| Facebook | | | | | | | |
| Facebook - HVA Med-Large | | | | | | | |
| **Connect General - Retargeting** | | | | | | | |
| **Lead Gen** | | | | | | | |
| Facebook | | | | | | | |
| **TOTAL** | | | | | | | |

UNITED STATES POSTAL SERVICE

USFS-ADS-0000042166

Confidential

# DFA: GM TRAFFIC WEEK OVER WEEK PERFORMANCE

2/23 Twitter
Traffic
Campaign
Launched

3/16 LinkedIn
Traffic Campaigns
launched

9/25 All Traffic
Campaigns
Concluded

2/24 Facebook Traffic
and HVA Campaigns

POSTAL SERVICE

USPS-ADS-0000042167

Confidential



# CONNECT LOCAL: GM TRAFFIC WEEK OVER WEEK PERFORMANCE

USFS-ADS-0000042168

UNITED STATES
POSTAL SERVICE

Confidential

# CONNECT LOCAL: GM LEAD GEN WEEK OVER WEEK PERFORMANCE

2/25 FB Connect Local Lead Gen Campaign Launched

3/7 FB HVA Lead Campaign Launched

7/26 Facebook Retargeting Audience Added

9/25 All Campaigns Concluded

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042168

# CONNECT REGIONAL: GM LEAD GEN WEEK OVER WEEK PERFORMANCE

4/18 FB Connect Regional
Lead Gen & HVA
Campaign Launched

7/26 Facebook Retargeting
Audience Added

9/25 All
Campaigns
Concluded



UNITED STATES POSTAL SERVICE

USPS-ADS-0000042170

Confidential

# DFA: SOCIAL HA - AWARENESS WEEK OVER WEEK

5/20 HA
Facebook Awareness
Campaigns Launched

9/14 Added
Retargeting
audience

9/25 Facebook
HA Awareness
Campaign ended

POSTAL SERVICE

Confidential

USPS-ADS-0000042171

# DFA: SOCIAL HA - TRAFFIC WEEK OVER WEEK PERFORMANCE

5/20 HA
Facebook Traffic
Campaign Launched

9/14 Added
Retargeting
audience

9/25 Facebook HA
Traffic Campaign
Concluded

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042172

Google ▷ Bing

# EVERGREEN: YEAR OVER YEAR REVIEW

- *Keyword Approach:* FY'22 keywords remained consistent with FY'21, as there were no findings from FY'21 to indicate that additional terms needed to be activated or paused for our promotion

- *GM Campaign Objective:* Optimized towards maximizing revenue and ROAS across USPS.com and Stamps transaction pages
- *HA Campaign Objective:* Optimized towards CPC, driving efficient clicks through Google to the Spanish USPS.com landing page
- *Landing Page:* Consistently drove traffic to the USPS GM and HA homepages

- *Weeks In Market:* Evergreen content was live year-round

- *Key Optimizations/Reporting:* Team introduced the following optimizations to help improve cost efficiencies
    - Utilized Image Extensions visually promoting key stamps on site
    - Introduced Smart Shopping Campaigns that helped PLA campaigns improve ROAS significantly
    - Leveraged most up to date match types offered within platform to optimize performance



| | | |
|---|---|---|
| | FY21 | |
| | FY22 | |
| | % Change | |

Year-over-Year Performance



UNITED STATES
POSTAL SERVICE

USPS-ADS-0000042173

Confidential

# EVERGREEN: WEEK OVER WEEK PERFORMANCE

Google   b Bing

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042174

DFA/CONNECT: WEEK OVER WEEK PERFORMANCE

USPS-ADS-0000042175

UNITED STATES
POSTAL SERVICE

Confidential

# MEDIA LAUNCH DATES

| Channel | | Launch/Go Live | End Date |
|---|---|---|---|
| | Local Search | 2/14 | 9/30/2022 |
| | Regional Search | 2/14 | 9/30/2022 |
| | Local Display | 2/23 | 9/30/2022 |
| | Regional Display | w/o 5/2 | 9/30/2022 |
| | Local Social | 2/23 – FB, Twitter | 9/30/2022 |
| | | 3/8 - LinkedIn | 9/30/2022 |
| | Regional Social | w/o 4/25 | 9/30/2022 |
| | Streaming Audio (Radio + Banner) | w/o 2/21 | 9/30/2022 |
| | Terrestrial Radio (copy splitting with DFA) | 3/14/2022 | 9/30/2022 |
| | | 5/2 (Tampa, Orlando, LA, San Fran, San Diego, San Bernardino/Riverside) | 6/13/2022 |
| Local Radio Heavy Up | | 5/16 Seattle | 6/27/2022 |
| | | 6/13 Atlanta | 7/25/2022 |
| | | 8/22 Denver | 9/19/2022 |
| | | 9/5 Phoenix | 9/19/2022 |
| | Print Insertion Dates | 4/18 Insertion (ongoing) | 9/30/2022 |
| | Coverwrap Dates | 5/20 Insertion (ongoing) | 9/19/2022 |
| DOOH by Heavy Up Markets | | 4/18 CA/FL (Tampa, Orlando, LA, San Fran, San Diego, San Bernardino/Riverside) | 5/9/2022 |
| | | 5/16 Seattle | 6/13/2022 |
| | | 6/13 Atlanta | 7/4/2022 |
| | | 8/22 Denver | 9/12/2022 |
| | | 9/5 Phoenix | 9/19/2022 |



UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042176

# DM & EMAIL LAUNCH DATES

| Wave 1 | Deploy/Mail Date |
|---|---|
| Cust. Reg. Awareness EM | 4/19/2022 |
| Cust. Reg. Consideration EM | 5/10/2022 |
| AMS Postcard | 5/13/2022 |
| Self Mailer | 7/14/2022 |

| Wave 2 | Deploy/Mail Date |
|---|---|
| Cust. Reg. Awareness EM | 7/12/2022 |
| Cust. Reg. Consideration EM | 8/2/2022 |
| AMS Postcard | 7/11/2022 |
| Self Mailer | 8/8/2022 |

| Wave 3 | Deploy/Mail Date |
|---|---|
| Cust. Reg. Awareness EM | 9/6-9/7 (due to Labor day) |
| Cust. Reg. Consideration EM | 9/27/2022 |
| AMS Postcard | 9/8/2022 |
| Self Mailer | 9/15/2022 |

USPS-ADS-0000042177

UNITED STATES
POSTAL SERVICE

Confidential

# POSTCARD PERFORMANCE – ALL WAVES

## USPS FY22 CONNECT POSTCARD (ALL WAVES) - SESSIONS

| WAVE | Mail Qt | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Net Total | Sessions Rate |
|------|---------|--------|--------|--------|--------|--------|--------|--------|--------|-----------|---------------|
| WAVE 1 | | | | | | | | | | | |
| WAVE 2 | | | | | | | | | | | |
| WAVE 3 | | | | | | | | | | | |
| WAVE 4 | | | | | | | | | | | |
| Overall | | | | | | | | | | | |

## USPS FY22 CONNECT POSTCARD (ALL WAVES) - WEB RESPONSES

| WAVE | Mail Qt | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Net Total | Response Rate |
|------|---------|--------|--------|--------|--------|--------|--------|--------|--------|-----------|---------------|
| WAVE 1 | | | | | | | | | | | |
| WAVE 2 | | | | | | | | | | | |
| WAVE 3 | | | | | | | | | | | |
| WAVE 4 | | | | | | | | | | | |
| Overall | | | | | | | | | | | |

Data Source: IWCO & Google Analytics

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042178

# SELF-MAILER PERFORMANCE – ALL WAVES

## USPS FY22 CONNECT SELF-MAILER (ALL WAVES) - SESSIONS

| WAVE | Mail Qt | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Net Sessions |
|------|---------|--------|--------|--------|--------|--------|--------|--------|--------|--------------|
| WAVE 1 | | | | | | | | | | |
| WAVE 2 | | | | | | | | | | |
| WAVE 3 | | | | | | | | | | |
| Overall | | | | | | | | | | |

## USPS FY22 CONNECT SELF-MAILER (ALL WAVES) - WEB RESPONSES

| WAVE | Mail Qt | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Net Response |
|------|---------|--------|--------|--------|--------|--------|--------|--------|--------|--------------|
| WAVE 1 | | | | | | | | | | |
| WAVE 2 | | | | | | | | | | |
| WAVE 3 | | | | | | | | | | |
| Overall | | | | | | | | | | |

Data Source: IWCO & Google Analytics

UNITED STATES
POSTAL SERVICE

Confidential

USPS-ADS-0000042179

# AWARENESS EMAIL PERFORMANCE – ALL WAVES

- Wave 1 saw the highest unique open rate, unique clicks per open rate & unique click rate of the three Awareness waves

## USPS CONNECT AWARENESS

| WAVE | Sent | Delivered | Bounces | Unique Opens | Unique Clicks | Opt-Out |
|------|------|-----------|---------|--------------|---------------|---------|
| WAVE 1 | | | | | | |
| WAVE 2 | | | | | | |
| WAVE 3 | | | | | | |

## USPS CONNECT AWARENESS

| WAVE | Delivery Rate | Bounce Rate | Unique Open Rate | Unique Clicks Per Open Rate | Unique Click Rate | Opt-Out Rate |
|------|---------------|-------------|------------------|----------------------------|-------------------|--------------|
| WAVE 1 | | | | | | |
| WAVE 2 | | | | | | |
| WAVE 3 | | | | | | |

Delivery Rate    Bounce Rate    Unique Open Rate    Unique Clicks Per Open Rate    Unique Click Rate    Opt-Out Rate

■ WAVE 1   ■ WAVE 2   ■ WAVE 3

UNITED STATES POSTAL SERVICE
Confidential

USPS-ADS-0000042180

# CONSIDERATION EMAIL PERFORMANCE – ALL WAVES

- Wave 1 saw

### USPS CONNECT CONSIDERATION

| WAVE | Sent | Delivered | Bounces | Unique Opens | Unique Clicks | Opt-Out |
|---|---|---|---|---|---|---|
| WAVE 1 | | | | | | |
| WAVE 2 | | | | | | |
| WAVE 3 | | | | | | |

### USPS CONNECT CONSIDERATION

| WAVE | Delivery Rate | Bounce Rate | Unique Open Rate | Unique Clicks Per Open Rate | Unique Click Rate | Opt-Out Rate |
|---|---|---|---|---|---|---|
| WAVE 1 | | | | | | |
| WAVE 2 | | | | | | |
| WAVE 3 | | | | | | |

■ WAVE 1   ■ WAVE 2   ■ WAVE 3

UNITED STATES POSTAL SERVICE

Confidential

USPS-ADS-0000042181