# DTX 1081
# (NAVY-ADS-0000012235)
# (Fully Under Seal)