UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

Upon consideration of Defendant Google LLC's ("Google") Response to Plaintiffs' Motion to Seal portions of Plaintiffs' memorandum of law in support of Plaintiffs' motion for an adverse inference, and to seal portions or all of exhibits 3-11, 15-16, and 18-37, the Court finds that (i) sufficient notice has been given (Dkt. No. ___); (ii) the exhibits contain Google's confidential business information and trade secrets; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that exhibit 15 and the redacted portions of exhibits 27 and 29 (Dkt No. ___) shall remain under seal until further order of the Court.

ENTERED this ___ day of _____ 2024.

Alexandria, Virginia

                                                                                          _____