

Americas QBR: Trade Marketing Strategy Deep Dive

April 12, 2019

**For Reference:**
**Trade Marketing Emerging Strategy**

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047055

**PTX1611**

**1:23-cv-00108**



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047056



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047057



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047058



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047059



HIGHLY CONFIDENTIAL
REDACTED VERSION
GOOG-DOJ-03047060

https://www.cpcstrategy.com/blog/2018/09/amazon-advertising-rebranding/

REDACTED VERSION



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047062



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047063



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047064



HIGHLY CONFIDENTIAL
REDACTED VERSION



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047066



REDACTED VERSION



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047068



HIGHLY CONFIDENTIAL
REDACTED VERSION
GOOG-DOJ-03047069



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047070



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047071



HIGHLY CONFIDENTIAL

REDACTED VERSION



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047073



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047074



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047075



HIGHLY CONFIDENTIAL

REDACTED VERSION

GOOG-DOJ-03047076