IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENT TO PLAINTIFFS' MOTION FOR AN ADVERSE INFERENCE TO CORRECT CERTAIN EXHIBITS**

Plaintiffs make the following corrections to one exhibit and two appendices filed with their Motion for an Adverse Inference, ECF No. 1115:

1. Prabhakar Raghavan was erroneously listed as a trial witness in Appendix B, Appendix C, and two slipsheets within Exhibit 4, but should only have been listed as a custodian, as he does not appear on any party's witness list.

2. Plaintiffs' Appendix C contained incorrect numbers in the "Ex. #" column.

Plaintiffs are submitting in a separate filing under seal[1] corrected versions of Appendix B, Appendix C, and the two slipsheets from Exhibit 4 that no longer denote Mr. Raghavan as a trial witness and contain correct numbering in the "Ex. #" column of Appendix C.

---

[1] In its response to Plaintiffs' motion to seal documents filed with their Motion for an Adverse Inference, Google does not request continued sealing of Appendix B, Appendix C, or Exhibit 4. ECF No. 1148. Plaintiffs file these corrected documents under seal in accordance with the Court's August 6, 2024 Order directing that they "be maintained under seal by the Clerk, until otherwise directed." ECF No. 1134.

Dated: August 14, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MATTHEW HUPPERT<br>KATHERINE E. CLEMONS<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |