IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' OMNIBUS MOTION IN LIMINE

Plaintiffs respectfully move this Court to preclude Google LLC ("Google") from presenting evidence and argument at the upcoming trial of this matter related to the following three topics:

(1) Google's suggestion that there should be one single relevant product market consisting of multiple tools that both publishers and advertisers use, in direct conflict with Google's prior position before a different tribunal;

(2) past antitrust enforcers' review, comments, and decisions not to challenge Google's acquisitions of DoubleClick and AdMeld; and

(3) hearsay and double-hearsay statements contained in Advertiser Perceptions surveys produced from Google's files without independent expert disclosure or verification.

The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is attached.

1

Dated: August 16, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Dennis Barghaan
Dennis Barghaan
Chief, Civil Division
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Dennis.Barghaan@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
/s/ Amanda Strick
AMANDA STRICK
/s/ Victor K Liu
VICTOR K LIU
/s/ Chase Pritchett
CHASE PRITCHETT
/s/ Michael Freeman
MICHAEL FREEMAN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Michael.Freeman@usdoj.gov
Attorneys for the United States

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia