IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' omnibus motion in *limine* and the documents referenced therein, and for good cause, the Court hereby ORDERS that Plaintiffs' motion is GRANTED.

It is so ordered that Google is precluded from presenting evidence and argument at the upcoming trial related to three topics:

(1)  Google's suggestion that there should be one single relevant product market consisting of multiple tools that both publishers and advertisers use, in direct conflict with Google's prior position before a different tribunal;

(2)  past antitrust enforcers' review, comments, and decisions not to challenge Google's acquisitions of DoubleClick and AdMeld; and

(3)  hearsay and double-hearsay statements contained in Advertiser Perceptions surveys produced from Google's files without independent expert disclosure or verification.

DATE:_____           _____