# Exhibit 12
# (Public)

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

Partnership Criteria

|  |  | Technology Expertise |  |  |  |  |  |  |  | Alignment with Publisher Goals and Needs |  |  |  |  |  |  |  |  | Proactively Share Reports, Analytics and Insights that Enable Us to Make Better Decisions |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
|  |  | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] | [Q] | [R] | [S] | [T] | [U] | [V] | [W] | [X] | [Y] | [Z] | [AA] |
| [1] | **Google Ad Manager** | 57% | 73% | 69% |  |  |  |  |  |  | 48% | 64% | 54% | 74% | 63% | 66% | 53% | 61% | 66% | 55% | 70% | 56% |  |  |  |  |  |  |
| [2] | Amazon Publisher Services | 57% | 65% | 68% |  |  |  |  |  |  | 57% | 48% | 60% | 64% | 58% | 42% | 38% | 56% | 55% | 63% | 54% | 55% |  |  |  |  |  |  |
| [3] | Magnite |  |  |  |  |  |  |  |  |  |  |  |  | 35% | 50% | 61% | 48% | 49% | 56% |  |  |  |  |  |  |  |  |  |
| [4] | OpenX | 73% | 47% | 38% |  |  |  |  |  |  | 52% | 47% | 34% | 39% | 35% | 34% | 37% | 25% | 30% | 61% | 30% | 28% |  |  |  |  |  |  |
| [5] | MoPub | 74% | 55% | 42% |  |  |  |  |  |  | 61% | 42% | 45% |  | 44% | 51% | 50% | 45% |  | 59% | 45% | 36% |  |  |  |  |  |  |
| [6] | Xandr Monetize |  |  |  |  |  |  |  |  |  |  |  |  | 57% | 51% | 55% | 42% | 47% | 36% |  |  |  |  |  |  |  |  |  |
| [7] | Yahoo SSP* | 57% |  |  |  |  |  |  |  |  | 66% |  | 31% | 36% | 49% | 40% | 27% | 44% | 37% | 68% |  |  |  |  |  |  |  |  |
| [8] | SpotX** | 67% |  |  |  |  |  |  |  |  | 72% |  | 45% | 38% | 39% |  |  |  |  | 74% |  |  |  |  |  |  |  |  |
| [9] | PubMatic | 77% | 53% | 31% |  |  |  |  |  |  | 72% | 57% | 44% | 44% | 50% | 44% | 36% | 50% | 35% | 68% | 60% | 34% |  |  |  |  |  |  |
| [10] | Index Exchange | 66% | 63% | 29% |  |  |  |  |  |  | 76% | 50% | 13% | 28% | 41% | 40% | 28% | 44% | 40% | 63% | 47% | 23% |  |  |  |  |  |  |
| [11] | Triplelift |  |  |  |  |  |  |  |  |  |  |  |  | 59% | 50% |  |  |  | 50% |  |  |  |  |  |  |  |  |  |
| [12] | Rubicon | 62% | 48% | 38% |  |  |  |  |  |  | 55% | 58% | 41% | 41% |  |  |  |  |  | 67% | 55% | 41% |  |  |  |  |  |  |
| [13] | AppNexus | 65% | 46% | 46% |  |  |  |  |  |  | 68% | 49% | 38% |  |  |  |  |  |  | 72% | 51% | 48% |  |  |  |  |  |  |
| [14] | Oath Ad Platforms |  | 50% | 38% |  |  |  |  |  |  |  | 45% | 31% |  |  |  |  |  |  |  | 53% | 34% |  |  |  |  |  |  |

Partnership Criteria

|  |  | Is Easy to work with |  |  |  |  |  |  |  | Transparent and Fair in Fee Structure |  |  |  |  |  |  |  |  | Sales Skills (Listening, Attentiveness, Negotiating, etc.) |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
|  |  | [AB] | [AC] | [AD] | [AE] | [AF] | [AG] | [AH] | [AI] | [AJ] | [AK] | [AL] | [AM] | [AN] | [AO] | [AP] | [AQ] | [AR] | [AS] | [AT] | [AU] | [AV] | [AW] | [AX] | [AY] | [AZ] | [BA] | [BB] |
| [1] | **Google Ad Manager** | 76% | 69% | 60% |  |  |  |  |  |  | 65% |  |  |  |  |  |  |  |  | 57% |  |  |  |  |  |  |  |  |
| [2] | Amazon Publisher Services | 70% | 50% | 50% |  |  |  |  |  |  | 55% |  |  |  |  |  |  |  |  | 55% |  |  |  |  |  |  |  |  |
| [3] | Magnite |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| [4] | OpenX | 68% | 40% | 44% |  |  |  |  |  |  | 64% |  |  |  |  |  |  |  |  | 52% |  |  |  |  |  |  |  |  |
| [5] | MoPub | 69% | 48% | 39% |  |  |  |  |  |  | 74% |  |  |  |  |  |  |  |  | 67% |  |  |  |  |  |  |  |  |
| [6] | Xandr Monetize |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| [7] | Yahoo SSP* | 68% |  |  |  |  |  |  |  |  | 66% |  |  |  |  |  |  |  |  | 57% |  |  |  |  |  |  |  |  |
| [8] | SpotX** | 68% |  |  |  |  |  |  |  |  | 67% |  |  |  |  |  |  |  |  | 54% |  |  |  |  |  |  |  |  |
| [9] | PubMatic | 63% | 60% | 44% |  |  |  |  |  |  | 63% |  |  |  |  |  |  |  |  | 68% |  |  |  |  |  |  |  |  |
| [10] | Index Exchange | 64% | 57% | 35% |  |  |  |  |  |  | 64% |  |  |  |  |  |  |  |  | 69% |  |  |  |  |  |  |  |  |
| [11] | Triplelift |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| [12] | Rubicon | 62% | 55% | 35% |  |  |  |  |  |  | 63% |  |  |  |  |  |  |  |  | 63% |  |  |  |  |  |  |  |  |
| [13] | AppNexus | 74% | 49% | 37% |  |  |  |  |  |  | 59% |  |  |  |  |  |  |  |  | 69% |  |  |  |  |  |  |  |  |
| [14] | Oath Ad Platforms |  | 47% | 41% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

### Partnership Criteria

| | Operates with Integrity - Open, Fair, Honest, Working Toward a Win/Win Relationship | | | | | | | | | Publisher Data Capabilities | | | | | | | | | SSP-Owned Data Capabilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [BC] | [BD] | [BE] | [BF] | [BG] | [BH] | [BI] | [BJ] | [BK] | [BL] | [BM] | [BN] | [BO] | [BP] | [BQ] | [BR] | [BS] | [BT] | [BU] | [BV] | [BW] | [BX] | [BY] | [BZ] | [CA] | [CB] | [CC] |
| [1] **Google Ad Manager** | **71%** | | | | | | | | | | | | | | | 59% | 60% | 77% | | | | | | | | **67%** | **72%** |
| [2] Amazon Publisher Services | 55% | | | | | | | | | | | | | | | 53% | 63% | 63% | | | | | | | | 61% | 58% |
| [3] Magnite | | | | | | | | | | | | | | | | 37% | 47% | 56% | | | | | | | | 54% | 56% |
| [4] OpenX | 63% | | | | | | | | | | | | | | | 51% | 35% | 27% | | | | | | | | 26% | 30% |
| [5] MoPub | 66% | | | | | | | | | | | | | | | 38% | 42% | | | | | | | | | 54% | |
| [6] Xandr Monetize | | | | | | | | | | | | | | | | 40% | 41% | 30% | | | | | | | | 35% | 38% |
| [7] Yahoo SSP* | 64% | | | | | | | | | | | | | | | 20% | 45% | 42% | | | | | | | | 42% | 45% |
| [8] SpotX** | 63% | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [9] PubMatic | 56% | | | | | | | | | | | | | | | 38% | 41% | 35% | | | | | | | | 47% | 29% |
| [10] Index Exchange | 59% | | | | | | | | | | | | | | | 26% | 23% | 31% | | | | | | | | 44% | 24% |
| [11] Triplelift | | | | | | | | | | | | | | | | | | 38% | | | | | | | | | 39% |
| [12] Rubicon | 67% | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [13] AppNexus | 61% | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [14] Oath Ad Platforms | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Performance Capabilities Criteria

| | Monetization and Revenue Generation Capabilities | | | | | | | | | Auction Dynamics | | | | | | | | | Analytics Providing Key Performance Metrics (Pricing, Effectiveness, New Advertisers, etc) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [CD] | [CE] | [CF] | [CG] | [CH] | [CI] | [CJ] | [CK] | [CL] | [CM] | [CN] | [CO] | [CP] | [CQ] | [CR] | [CS] | [CT] | [CU] | [CV] | [CW] | [CX] | [CY] | [CZ] | [DA] | [DB] | [DC] | [DD] |
| [1] **Google Ad Manager** | | 72% | 60% | 87% | 79% | 87% | 75% | 74% | 73% | 58% | 67% | 63% | | | | | | | **64%** | **72%** | **64%** | | | | | | |
| [2] Amazon Publisher Services | | 60% | 70% | 72% | 66% | 54% | 43% | 65% | 66% | 62% | 58% | 57% | | | | | | | 67% | 52% | 70% | | | | | | |
| [3] Magnite | | | | 42% | 42% | 57% | 53% | 47% | 48% | | | | | | | | | | | | | | | | | | |
| [4] OpenX | | 47% | 31% | 39% | 46% | 38% | 46% | 32% | 41% | 66% | 30% | 31% | | | | | | | 71% | 37% | 31% | | | | | | |
| [5] MoPub | | 45% | 39% | | 64% | 51% | 48% | 42% | | 69% | 45% | 27% | | | | | | | 63% | 39% | 30% | | | | | | |
| [6] Xandr Monetize | | | | 57% | 41% | 47% | 39% | 53% | 36% | | | | | | | | | | | | | | | | | | |
| [7] Yahoo SSP* | | | 22% | 36% | 51% | 38% | 32% | 49% | 32% | 64% | | | | | | | | | 55% | | | | | | | | |
| [8] SpotX** | | | | 33% | 43% | 43% | 46% | | | 68% | | | | | | | | | 63% | | | | | | | | |
| [9] PubMatic | | 60% | 31% | 35% | 56% | 48% | 40% | 46% | 28% | 61% | 47% | 34% | | | | | | | 68% | 60% | 34% | | | | | | |
| [10] Index Exchange | | 50% | 32% | 28% | 43% | 48% | 42% | 45% | 44% | 75% | 57% | 23% | | | | | | | 68% | 50% | 16% | | | | | | |
| [11] Triplelift | | | | | 38% | 42% | | | 54% | | | | | | | | | | | | | | | | | | |
| [12] Rubicon | | 45% | 29% | 59% | | | | | | 72% | 55% | 44% | | | | | | | 63% | 48% | 44% | | | | | | |
| [13] AppNexus | | 44% | 38% | | | | | | | 72% | 46% | 40% | | | | | | | 67% | 41% | 38% | | | | | | |
| [14] Oath Ad Platforms | | 45% | 22% | | | | | | | 50% | 25% | | | | | | | | 34% | 22% | | | | | | | |

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

| | | Performance Capabilities Criteria | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Track Record of Protection Against Bad Ads, Bots, Fraud | | | | | | | | | Availability of Reporting (i.e., Quantity and Frequency of Updates) | | | | | | | | | Access to Demand | | | | | | | | |
| | | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | | [DE] | [DF] | [DG] | [DH] | [DI] | [DJ] | [DK] | [DL] | [DM] | [DN] | [DO] | [DP] | [DQ] | [DR] | [DS] | [DT] | [DU] | [DV] | [DW] | [DX] | [DY] | [DZ] | [EA] | [EB] | [EC] | [ED] | [EE] |
| [1] | **Google Ad Manager** | **69%** | **58%** | **51%** | | | | | | | **59%** | | | | | | | | | **58%** | | | | | | | | |
| [2] | Amazon Publisher Services | 58% | 48% | 53% | | | | | | | 65% | | | | | | | | | 72% | | | | | | | | |
| [3] | Magnite | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [4] | OpenX | 57% | 40% | 31% | | | | | | | 66% | | | | | | | | | 54% | | | | | | | | |
| [5] | MoPub | 72% | 35% | 36% | | | | | | | 76% | | | | | | | | | 68% | | | | | | | | |
| [6] | Xandr Monetize | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [7] | Yahoo SSP* | 59% | | | | | | | | | 71% | | | | | | | | | 71% | | | | | | | | |
| [8] | SpotX** | 63% | | | | | | | | | 75% | | | | | | | | | 56% | | | | | | | | |
| [9] | PubMatic | 56% | 50% | 28% | | | | | | | 74% | | | | | | | | | 72% | | | | | | | | |
| [10] | Index Exchange | 71% | 33% | 29% | | | | | | | 59% | | | | | | | | | 76% | | | | | | | | |
| [11] | Triplelift | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [12] | Rubicon | 57% | 48% | 26% | | | | | | | 68% | | | | | | | | | 70% | | | | | | | | |
| [13] | AppNexus | 50% | 41% | 35% | | | | | | | 65% | | | | | | | | | 63% | | | | | | | | |
| [14] | Oath Ad Platforms | | 45% | 25% | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Performance Capabilities Criteria | | | | | | | | | | | | | | | | | | | Leadership Criteria | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ROI Measurement/Optimization Across Devices | | | | | | | | | Ability to Navigate Upcoming Privacy Changes | | | | | | | | | Tech Vision and Roadmap | | | | | | | | |
| | | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | | [EF] | [EG] | [EH] | [EI] | [EJ] | [EK] | [EL] | [EM] | [EN] | [EO] | [EP] | [EQ] | [ER] | [ES] | [ET] | [EU] | [EV] | [EW] | [EX] | [EY] | [EZ] | [FA] | [FB] | [FC] | [FD] | [FE] | [FF] |
| [1] | **Google Ad Manager** | 62% | | | | | | | | | | | | | | | | | **75%** | | | | | **71%** | **64%** | **60%** | **61%** | **62%** |
| [2] | Amazon Publisher Services | 77% | | | | | | | | | | | | | | | | | 55% | | | | | 58% | 63% | 43% | 58% | 58% |
| [3] | Magnite | | | | | | | | | | | | | | | | | | 50% | | | | | 45% | 53% | 51% | 55% | 51% |
| [4] | OpenX | 59% | | | | | | | | | | | | | | | | | 34% | | | | | 43% | 28% | 39% | 29% | 31% |
| [5] | MoPub | 57% | | | | | | | | | | | | | | | | | | | | | | 47% | 37% | 49% | 44% | |
| [6] | Xandr Monetize | | | | | | | | | | | | | | | | | | 30% | | | | | 32% | 45% | 29% | 25% | 34% |
| [7] | Yahoo SSP* | 63% | | | | | | | | | | | | | | | | | 43% | | | | | 41% | 29% | 17% | 28% | 31% |
| [8] | SpotX** | 68% | | | | | | | | | | | | | | | | | | | | | | 41% | 37% | 33% | | |
| [9] | PubMatic | 67% | | | | | | | | | | | | | | | | | 26% | | | | | 50% | 35% | 28% | 43% | 14% |
| [10] | Index Exchange | 63% | | | | | | | | | | | | | | | | | 27% | | | | | 30% | 38% | 22% | 26% | 31% |
| [11] | Triplelift | | | | | | | | | | | | | | | | | | 46% | | | | | | | | | 50% |
| [12] | Rubicon | 53% | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [13] | AppNexus | 65% | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [14] | Oath Ad Platforms | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

### Leadership Criteria

| | A Market Leader | | | | | | | | | Superior Technology Vision | | | | | | | | | Integrity as a Company in Their Behavior in the Market and in Their Dealings with Clients | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [FG] | [FH] | [FI] | [FJ] | [FK] | [FL] | [FM] | [FN] | [FO] | [FP] | [FQ] | [FR] | [FS] | [FT] | [FU] | [FV] | [FW] | [FX] | [FY] | [FZ] | [GA] | [GB] | [GC] | [GD] | [GE] | [GF] | [GG] |
| [1] **Google Ad Manager** | **79%** | **76%** | **79%** | **90%** | | | | | | **65%** | **70%** | **69%** | **78%** | **71%** | | | | | **57%** | **63%** | **59%** | | | | | | |
| [2] Amazon Publisher Services | 58% | 69% | 73% | 71% | | | | | | 58% | 62% | 72% | 69% | 58% | | | | | 62% | 56% | 62% | | | | | | |
| [3] Magnite | | | | | | | | | | | | | 43% | 45% | | | | | | | | | | | | | |
| [4] OpenX | 63% | 47% | 50% | 36% | | | | | | 61% | 43% | 22% | 33% | 43% | | | | | 54% | 43% | 47% | | | | | | |
| [5] MoPub | 68% | 45% | 33% | | | | | | | 68% | 42% | 39% | | | | | | | 68% | 48% | 39% | | | | | | |
| [6] Xandr Monetize | | | | | | | | | | | | | 64% | 32% | | | | | | | | | | | | | |
| [7] Yahoo SSP* | 61% | | 25% | 53% | | | | | | 55% | | 22% | 42% | 41% | | | | | 64% | | | | | | | | |
| [8] SpotX** | 49% | | | | | | | | | 75% | | | 42% | 41% | | | | | 68% | | | | | | | | |
| [9] PubMatic | 60% | 57% | 25% | 50% | | | | | | 63% | 43% | 34% | 41% | 50% | | | | | 63% | 60% | 50% | | | | | | |
| [10] Index Exchange | 59% | 47% | 26% | 38% | | | | | | 59% | 53% | 19% | 34% | 30% | | | | | 68% | 50% | 26% | | | | | | |
| [11] Triplelift | | | | 31% | | | | | | | | | 41% | 45% | | | | | | | | | | | | | |
| [12] Rubicon | 63% | 55% | 44% | 41% | | | | | | 63% | 48% | 44% | 50% | | | | | | 67% | 45% | 50% | | | | | | |
| [13] AppNexus | 65% | 36% | 48% | | | | | | | 56% | 46% | 27% | | | | | | | 69% | 62% | 48% | | | | | | |
| [14] Oath Ad Platforms | | 47% | 25% | | | | | | | | 47% | 22% | | | | | | | | 55% | 41% | | | | | | |

### Leadership Criteria / Platform Capabilities Criteria

| | Inspire Confidence That Our Company Will Succeed in the Partnership with Them | | | | | | | | | Successful - Competent and Stable in Managing Their Business | | | | | | | | | Ease of Use | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [GH] | [GI] | [GJ] | [GK] | [GL] | [GM] | [GN] | [GO] | [GP] | [GQ] | [GR] | [GS] | [GT] | [GU] | [GV] | [GW] | [GX] | [GY] | [GZ] | [HA] | [HB] | [HC] | [HD] | [HE] | [HF] | [HG] | [HH] |
| [1] **Google Ad Manager** | **67%** | **66%** | **61%** | | | | | | | **57%** | | | | | | | | | **73%** | **75%** | **69%** | **87%** | **71%** | **81%** | **69%** | **74%** | **75%** |
| [2] Amazon Publisher Services | 60% | 52% | 73% | | | | | | | 62% | | | | | | | | | 78% | 60% | 62% | 66% | 58% | 42% | 52% | 55% | 56% |
| [3] Magnite | | | | | | | | | | | | | | | | | | | | | | 38% | 26% | 47% | 46% | 46% | 52% |
| [4] OpenX | 68% | 37% | 28% | | | | | | | 74% | | | | | | | | | 73% | 53% | 31% | 36% | 54% | 43% | 45% | 41% | 41% |
| [5] MoPub | 68% | 55% | 39% | | | | | | | | | | | | | | | | 71% | 45% | 42% | | 36% | 42% | 42% | 42% | |
| [6] Xandr Monetize | | | | | | | | | | | | | | | | | | | | | | 57% | 32% | 32% | 42% | 39% | 40% |
| [7] Yahoo SSP* | 73% | | | | | | | | | 64% | | | | | | | | | 64% | | 22% | 42% | 41% | 27% | 39% | 44% | 46% |
| [8] SpotX** | 75% | | | | | | | | | | | | | | | | | | 67% | | | 27% | 51% | 43% | 38% | | |
| [9] PubMatic | 74% | 63% | 41% | | | | | | | 81% | | | | | | | | | 72% | 60% | 41% | 44% | 42% | 38% | 36% | 46% | 28% |
| [10] Index Exchange | 69% | 57% | 26% | | | | | | | 63% | | | | | | | | | 63% | 47% | 26% | 25% | 35% | 44% | 34% | 43% | 33% |
| [11] Triplelift | | | | | | | | | | | | | | | | | | | | | | 34% | 39% | | | | 39% |
| [12] Rubicon | 62% | 58% | 38% | | | | | | | 68% | | | | | | | | | 65% | 45% | 41% | | | | | | |
| [13] AppNexus | 67% | 46% | 38% | | | | | | | 67% | | | | | | | | | 71% | 44% | 42% | | | | | | |
| [14] Oath Ad Platforms | | 47% | 25% | | | | | | | | | | | | | | | | | 42% | 22% | | | | | | |

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

Platform Capabilities Criteria

| | | Data Available in the Platform | | | | | | | | | Data Privacy and Security | | | | | | | | | Audience Solutions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | | [HI] | [HJ] | [HK] | [HL] | [HM] | [HN] | [HO] | [HP] | [HQ] | [HR] | [HS] | [HT] | [HU] | [HV] | [HW] | [HX] | [HY] | [HZ] | [IA] | [IB] | [IC] | [ID] | [IE] | [IF] | [IG] | [IH] | [II] |
| [1] | **Google Ad Manager** | 60% | 81% | 69% | 78% | 74% | 74% | 71% | 70% | 73% | | | | | 66% | 64% | 62% | 65% | 73% | | | | | | | 58% | 71% | |
| [2] | Amazon Publisher Services | 70% | 58% | 68% | 66% | 55% | 50% | 46% | 61% | 62% | | | | | 58% | 54% | 48% | 63% | 54% | | | | | | | 56% | 67% | |
| [3] | Magnite | | | | 43% | 34% | 49% | 50% | 54% | 51% | | | | | 32% | 43% | 56% | 55% | 52% | | | | | | | 33% | 59% | |
| [4] | OpenX | 61% | 47% | 31% | 55% | 35% | 45% | 41% | 32% | 40% | | | | | 49% | 30% | 47% | 37% | 38% | | | | | | | 43% | 39% | |
| [5] | MoPub | 72% | 42% | 39% | | 58% | 47% | 54% | 27% | | | | | | 50% | 40% | 49% | 43% | | | | | | | | 42% | 42% | |
| [6] | Xandr Monetize | | | | 61% | 51% | 53% | 42% | 49% | 27% | | | | | 43% | 40% | 35% | 46% | 33% | | | | | | | 39% | 45% | |
| [7] | Yahoo SSP* | 66% | | 28% | 42% | 43% | 38% | 26% | 38% | 36% | | | | | 41% | 38% | 26% | 34% | 23% | | | | | | | 25% | 35% | |
| [8] | SpotX** | 72% | | | 21% | 35% | 35% | 36% | | | | | | | 35% | 45% | 41% | | | | | | | | | 38% | | |
| [9] | PubMatic | 67% | 50% | 31% | 53% | 53% | 38% | 40% | 46% | 18% | | | | | 36% | 27% | 41% | 45% | 34% | | | | | | | 34% | 48% | |
| [10] | Index Exchange | 61% | 60% | 29% | 28% | 27% | 35% | 30% | 35% | 25% | | | | | 41% | 40% | 27% | 30% | 35% | | | | | | | 28% | 39% | |
| [11] | Triplelift | | | | | 44% | 37% | | | 42% | | | | | 32% | | | | 48% | | | | | | | | | |
| [12] | Rubicon | 60% | 39% | 38% | 53% | | | | | | | | | | | | | | | | | | | | | | | |
| [13] | AppNexus | 67% | 54% | 40% | | | | | | | | | | | | | | | | | | | | | | | | |
| [14] | Oath Ad Platforms | | 34% | 28% | | | | | | | | | | | | | | | | | | | | | | | | |

Platform Capabilities Criteria

| | | Identity Solutions/ Capabilities | | | | | | | | | PMP/ Programmatic Guaranteed Capabilities | | | | | | | | | Visibility into Accurate, Available Inventory | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | | [IJ] | [IK] | [IL] | [IM] | [IN] | [IO] | [IP] | [IQ] | [IR] | [IS] | [IT] | [IU] | [IV] | [IW] | [IX] | [IY] | [IZ] | [JA] | [JB] | [JC] | [JD] | [JE] | [JF] | [JG] | [JH] | [JI] | [JJ] |
| [1] | **Google Ad Manager** | | | | | 66% | 60% | | | | 52% | 70% | 56% | | 76% | 74% | 72% | 69% | 72% | 69% | 73% | 69% | | | | | | |
| [2] | Amazon Publisher Services | | | | | 63% | 52% | | | | 63% | 40% | 53% | | 47% | 40% | 32% | 56% | 54% | 62% | 56% | 65% | | | | | | |
| [3] | Magnite | | | | | 24% | 31% | | | | | | | | 42% | 55% | 51% | 54% | 51% | | | | | | | | | |
| [4] | OpenX | | | | | 27% | 36% | | | | 64% | 50% | 22% | | 43% | 34% | 36% | 32% | 32% | 63% | 43% | 28% | | | | | | |
| [5] | MoPub | | | | | 39% | 44% | | | | 70% | 42% | 30% | | 50% | 51% | 44% | 46% | | 70% | 48% | 42% | | | | | | |
| [6] | Xandr Monetize | | | | | 38% | 36% | | | | | | | | 41% | 43% | 39% | 45% | 43% | | | | | | | | | |
| [7] | Yahoo SSP* | | | | | 43% | 27% | | | | 73% | | | | 51% | 27% | 24% | 39% | 38% | 70% | | | | | | | | |
| [8] | SpotX** | | | | | 35% | 24% | | | | 70% | | | | 62% | 39% | | | | 63% | | | | | | | | |
| [9] | PubMatic | | | | | 39% | 31% | | | | 75% | 53% | 38% | | 42% | 33% | 51% | 49% | 41% | 56% | 53% | 34% | | | | | | |
| [10] | Index Exchange | | | | | 32% | 38% | | | | 71% | 43% | 29% | | 35% | 31% | 36% | 41% | 34% | 75% | 47% | 32% | | | | | | |
| [11] | Triplelift | | | | | | 37% | | | | | | | | 42% | | | | 44% | | | | | | | | | |
| [12] | Rubicon | | | | | | | | | | 62% | 55% | 35% | | | | | | | 65% | 27% | 38% | | | | | | |
| [13] | AppNexus | | | | | | | | | | 63% | 41% | 33% | | | | | | | 66% | 49% | 31% | | | | | | |
| [14] | Oath Ad Platforms | | | | | | | | | | | 34% | 28% | | | | | | | | 47% | 31% | | | | | | |

# EXHIBIT 16

## SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND
## 2018 – 2022

Platform Capabilities Criteria

| | Auditing Tools for Control Over Ad Placement | | | | | | | | | Header Bidding Capabilities | | | | | | | | | Viewability Measurement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [JK] | [JL] | [JM] | [JN] | [JO] | [JP] | [JQ] | [JR] | [JS] | [JT] | [JU] | [JV] | [JW] | [JX] | [JY] | [JZ] | [KA] | [KB] | [KC] | [KD] | [KE] | [KF] | [KG] | [KH] | [KI] | [KJ] | [KK] |
| [1] **Google Ad Manager** | **60%** | **72%** | **61%** | | | | | | | **64%** | **63%** | **61%** | | | | | | | **65%** | | | | | | | | |
| [2] Amazon Publisher Services | 65% | 56% | 57% | | | | | | | 62% | 60% | 62% | | | | | | | 68% | | | | | | | | |
| [3] Magnite | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [4] OpenX | 76% | 57% | 31% | | | | | | | 56% | 57% | 41% | | | | | | | 54% | | | | | | | | |
| [5] MoPub | 65% | 45% | 30% | | | | | | | 68% | 39% | 30% | | | | | | | 66% | | | | | | | | |
| [6] Xandr Monetize | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [7] Yahoo SSP* | 50% | | | | | | | | | 66% | | | | | | | | | 66% | | | | | | | | |
| [8] SpotX** | 60% | | | | | | | | | 58% | | | | | | | | | 65% | | | | | | | | |
| [9] PubMatic | 74% | 50% | 38% | | | | | | | 79% | 60% | 34% | | | | | | | 59% | | | | | | | | |
| [10] Index Exchange | 61% | 43% | 29% | | | | | | | 80% | 53% | 39% | | | | | | | 59% | | | | | | | | |
| [11] Triplelift | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [12] Rubicon | 70% | 48% | 38% | | | | | | | 67% | 42% | 29% | | | | | | | 60% | | | | | | | | |
| [13] AppNexus | 68% | 28% | 46% | | | | | | | 65% | 44% | 50% | | | | | | | 55% | | | | | | | | |
| [14] Oath Ad Platforms | | 50% | 28% | | | | | | | | 37% | 28% | | | | | | | | | | | | | | | |

Platform Capabilities Criteria

| | Ability to Deliver Formats Integrated with the Site | | | | | | | | | Omni-Channel / Multi-Format Capabilities | | | | | | | | | Ease of Integration with Your Ad Tech Stack | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 |
| | [KL] | [KM] | [KN] | [KO] | [KP] | [KQ] | [KR] | [KS] | [KT] | [KU] | [KV] | [KW] | [KX] | [KY] | [KZ] | [LA] | [LB] | [LC] | [LD] | [LE] | [LF] | [LG] | [LH] | [LI] | [LJ] | [LK] | [LL] |
| [1] **Google Ad Manager** | 59% | | | | | | | | | | | | | | | **58%** | **76%** | **73%** | 48% | | | | | | | | **82%** |
| [2] Amazon Publisher Services | 62% | | | | | | | | | | | | | | | 44% | 49% | 65% | 65% | | | | | | | | 54% |
| [3] Magnite | | | | | | | | | | | | | | | | 41% | 52% | 53% | | | | | | | | | 58% |
| [4] OpenX | 63% | | | | | | | | | | | | | | | 30% | 35% | 38% | 68% | | | | | | | | 38% |
| [5] MoPub | 67% | | | | | | | | | | | | | | | 45% | 42% | | 67% | | | | | | | | |
| [6] Xandr Monetize | | | | | | | | | | | | | | | | 35% | 39% | 40% | | | | | | | | | 35% |
| [7] Yahoo SSP* | 79% | | | | | | | | | | | | | | | 23% | 41% | 41% | 68% | | | | | | | | 42% |
| [8] SpotX** | 66% | | | | | | | | | | | | | | | | | | 68% | | | | | | | | |
| [9] PubMatic | 68% | | | | | | | | | | | | | | | 41% | 50% | 36% | 65% | | | | | | | | 17% |
| [10] Index Exchange | 73% | | | | | | | | | | | | | | | 18% | 18% | 36% | 75% | | | | | | | | 42% |
| [11] Triplelift | | | | | | | | | | | | | | | | | | 35% | | | | | | | | | 49% |
| [12] Rubicon | 65% | | | | | | | | | | | | | | | | | | 63% | | | | | | | | |
| [13] AppNexus | 70% | | | | | | | | | | | | | | | | | | 74% | | | | | | | | |
| [14] Oath Ad Platforms | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EXHIBIT 16**

**SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND**
**2018 – 2022**

| | |
|---|---|
| Wave 2 Summary: | Throughout W2, Google showed strengths in criteria such as technology vision. However, it had multiple red flags to address, for example, low rankings of PMP Capabilities and Header Bidding Capabilities. |
| Wave 3 Summary: | Throughout W3, Google maintained its leading position in critical variables driving publishers' selection of SSPs such as Header Bidding Capabilities and Auditing Tools for Control Over Ad Placement. |
| Waves 4 and 5 Summary: | Throughout W4 and W5, Google maintained its lead for past and future intended use, with Amazon in second place. In W4, Google led in criteria such as ease of use and visibility into inventory. Moreover, W5 describes Google as the "industry standard." Additionally, Google returned to the top spot in alignment with publisher goals as well as maintaining the #1 position in tech vision, ease of use, and data availability. |
| Wave 6 Summary: | Throughout W6, Google maintained its leading position in critical variables driving publishers' selection of SSPs such as monetization, data privacy/security and aligning with publisher goals. |
| Waves 7 and 8 Summary: | Throughout W7 and W8, Google Ad Manager remained a solid SSP leader. In fact, Google Ad Manager continued to exert a healthy lead across metric and all key criteria ratings such as Ease of Use and Data Available in the Platform. Specifically, during W7, Google Ad Manager saw healthy gains on monetization capabilities and is the SSP standout for revenue contribution. |
| Waves 9 and 10 Summary: | Throughout W9 and W10, Google Ad Manager remained a strong SSP leader. Moreover, it had a strong performance in new metrics, such as Ability to Navigate Upcoming Privacy Changes, Omni-Channel/Multi-Format Capabilities, and Ease of Integration with Your Ad Tech Stack. |

| Legend*** | |
|---|---|
| GAM Ranked as No. 1 | |
| GAM Ranked as No. 2 | |
| GAM Ranked as No. 3 | |

Notes & Sources:

"W2" represents Wave 2, which is the SSP survey conducted in Q3 2018, from GOOG-DOJ-03901903. "W3" represents Wave 3, which is the SSP survey conducted in H1 2019, from GOOG-TEX-00593107. "W4" represents Wave 4, which is the SSP survey conducted in H2 2019, from GOOG-AT-MDL-004168924. "W5" represents Wave 5, which is the SSP survey conducted in H1 2020, from GOOG-DOJ-AT-00608572. "W6" represents Wave 6, which is the SSP survey conducted in H2 2020, from GOOG-AT-MDL-004170032. "W7" represents Wave 7, which is the SSP survey conducted in H1 2021, from GOOG-AT-MDL-000011823. "W8" represents Wave 8, which is the SSP survey conducted in H2 2021, from GOOG-AT-MDL-001460055. "W9" represents Wave 9, which is the SSP survey conducted in H1 2022, from GOOG-AT-MDL-000016711. "W10" represents Wave 10, which is the SSP survey conducted in H2 2022, from GOOG-AT-MDL-000019131.

Blank represents unavailable data.

The percentages show the amount of times respondents attributed a rating of 8-10 (scale: 1 = Not Very Impressed; 10 = Highly Impressed) to SSP when asked the following question: *How would they rate SSP based on the "Criteria?"*

 \* Formerly Verizon Media Ad Platform.
 \*\* Integrated with Magnite in some of the metrics starting from Wave 8.
\*\*\* "GAM" represents Google Ad Manager.