# Exhibit 13
# (Public)



# SSP REPORT

Part of the Programmatic Intelligence Report

Wave 5 | 1H 2020

**Advertiser Perceptions**

Have Confidence in Every Business Decision You Make

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608572



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608573



S30 (company type) , S50a (digital content focus), S31c (inventory types), S45 (monthly unique visitors), Q210 (digital ad revenue), S32 (job title), S31a (sales/operations)





QG1



QG2:
First price auction changes – negative impact (n=5)
Company type: 3 digital site/publisher; 1 mobile app developer/publishers; 1 TV network with digital presence
Digital content focus: 4 combination desktop/mobile, 1 mobile first
2019 digital revenue: 1 $500MM+, 1 $100-$300MMM, 2 $50-$100MM, 1 $10-$20MM
Monthly UVs: 3 40MM+, 1 20-40MM, 1 5-10MM
Job function: 4 Ops, 1 Sales
Job title: 3 VP+; 2 director/supervisor
SSP – all 5 use Google Ad Manager
# of SSPs – 2 10+ SSPs, 2 5-9, 1 1 SSP

####



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608578



Q10a

Note: this question changed from 3 time periods (prior year, currently, and next year) to currently for W5.
For trending, Doug had us use "current" view from Waves 3 and 4 for best comparison.



Q15c

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608580



Q75

GOOG-DOJ-AT-00608581

DTX-861 Page 10 of 64



Q50
Small publishers 2020 avg 4 SSPs, 2021 avg 6
Small publishers 2020 median 2, 2021 median 3

Large publishers 2020 avg 6 SSPs, 2021 avg 6
Large publishers 2020 median 4, 2021 median 4

HIGHLY CONFIDENTIAL





Q60b



Q60b



Q60d



Q60e
Note: base size is n=77 respondents
12 "Amazon responses written in as "other": 7 wrote in "Amazon", 2 wrote in "Amazon TAM", 1 wrote in "A9", 1 wrote in "A9 Amazon", 1 wrote in "A9/TAM"

HIGHLY CONFIDENTIAL



Q60c



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608589





Q115 Usage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608591



Q118



Q119



Q127



Q127

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608595



Q120



Q130

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608597



Q110, Q115, Q120, Q130

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608598



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608599

SSPs rated on 6 criteria: *Monetization*, by far, the leading selection driver

| Functionality | 1. Data available in the platform<br>(Impression level auction data, advertiser and bid transparency, etc.)<br><br>2. Ease of use |
|---|---|
| Performance | 3. **Monetization and revenue generation capabilities**<br><br>4. Alignment with publisher goals and needs |
| Leadership | 5. A market leader<br><br>6. Superior technology vision |

Advertiser Perceptions 29

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608600



Q135





Q160



Q160



Key Takeaways

**MARKET DYNAMICS**

- Header bidding now widely adopted, especially among large publishers
  - Server-side header bidding gaining in prominence
- Publishers place highest value on fraud detection and prevention as SSP table stakes
- Where do publishers want SSPs as partners?
  - Better reporting, support, transparency, data management, fraud protection

Advertiser Perceptions  34



## Key Takeaways

**SSP FUNNEL METRICS**

- Google maintains its overwhelming lead for past and future intended use
  - Amazon continues to be a clear but distant second
- Verbatims: Google's status as the "industry standard" and its unparalleled access to demand set it apart from the competition
- Amazon's price and customer support make it an attractive second option
- Google, Amazon and, in a surprising return to favor, Verizon Media are NPS standouts

HIGHLY CONFIDENTIAL



### Key Takeaways

**KEY DRIVERS AND SSP RATINGS**

- Creating monetization is the critical variable driving publisher selection of SSPs . . .
    - . . . Google has catapulted back to top & leading position over Amazon
- In each of the other selection criteria, Google has gained on Amazon
    - Returning to top spot in "alignment with publisher goals" & being "market leader"
    - And building on #1 position in "data availability," tech vision & ease of use.
- Challenge: Amazon is in virtual dead heat in all coverage and communications metrics



## Recommendations

**STRENGTHS TO LEVERAGE**

- Unified pricing and auction policy changes do not seem to concern publishers
- Google Ad Manager continues to lead across funnel metrics
- Google has either widened lead or returned to #1 position across all selection criteria

**Red flags**

- High regard (see verbatims) for Amazon's customer support and pricing
- Amazon's strong publisher coverage and communication
    - The only metrics in this wave pointing to a challenge to Google

37





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608610



S50a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608611



Q211
FYI – in wave 4 the average was $11.6. ***Note though in W4 it asked for past 12 months.  Current wave 5 asks for "current."



Q10b

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608613



Q10c



Q10d



Q16a



Q16b, Q16c

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608617



Q10e



Q80

GOOG-DOJ-AT-00608619



Q80



Q80

GOOG-DOJ-AT-00608621



Q80

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608622



Q80



Q110



Q115 Usage
Sales is n=50 respondents
Operations is n=100 respondents

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608625



Q115 Usage
Sales is n=50 respondents
Operations is n=100 respondents

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608626



Q118



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608628



Q118

HIGHLY CONFIDENTIAL



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608630

DTX-861 Page 59 of 64



Q119



Q126

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608632



S41

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608633



S200b

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608634



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608635