# Exhibit 17



# What Advertisers Think™

**Advertiser Perceptions is the leader in providing the media industry with research-based, advertiser insight and guidance necessary for strengthening brands, improving advertiser satisfaction and increasing advertising sales.**

Change is constant. Simply keeping up isn't enough. Success requires staying well ahead of the shifting marketplace and the competition. It demands accurate business intelligence for the development of proactive strategies based on what advertisers are thinking — their plans, perceptions and motivations. It calls for the creation of a seamless advertiser experience that is competitive, meets the needs of both agencies and marketers, and ensures an easy and satisfying business relationship on an ongoing basis.

Founded in 2002, Advertiser Perceptions is comprised of an experienced, hands-on team of client-focused professionals. Our collective aim is to develop and deliver data-driven guidance for maintaining a second-to-none advertiser experience, strengthening our clients' brands, improving their advertiser satisfaction and increasing their advertising sales.





**Our Methods Reflect the Way You Sell**
●●●●

## Flexibility

Choose the syndicated research to best suit your needs. Develop custom research to achieve specific goals.

## Experience

Proven methodology, unparalleled years of experience, proprietary analysis, and a long list of customer success stories.

## Collaborative

Advertiser Perceptions works to understand each media brand's needs / market / situation, and tailors the insights and deliverables to match client expectations.

## Integrity

Our unbiased insights give the facts from the true advertisers' perspective. A baseline is established and actionable insights provide a pathway for improvement.

## We Help Media Companies...

- Measure and improve their brand value to advertisers
- Increase consideration, buying intentions and satisfaction among advertisers
- Align business processes and go-to-market practices to meet and exceed advertiser expectations
- Deliver an outstanding overall customer experience for their advertisers

© 2016 Advertiser Perceptions



# Who We Are

## Our Company

When it comes to gaining knowledge and clarity about what advertisers think, nothing compares to what Advertiser Perceptions delivers. We are the world leader in providing media company executives with the research-based advertiser insight and guidance necessary for producing superior advertiser experiences, strengthening media brands, improving advertiser satisfaction and increasing advertising sales. We specialize in determining, analyzing, communicating and applying what advertisers think — their plans, opinions and motivations

Our proprietary database and panels of media decision makers are large and responsive. The advertiser survey and questionnaire development process that we employ is proven and ensures optimal response. Focus and media industry expertise enables us to effectively analyze and accurately interpret the research that we conduct on behalf of our clients, who represent most of the largest media companies in the world.



## Our Solution

We're industry experts with hands-on experience and a research-based understanding of the evolving media landscape — digital, social, programmatic, mobile, television, print and radio. We listen and think outside the box to create data-driven solutions based on our clients' needs and objectives. We transform data into actionable insights, guidance and recommendations that are ready for consumption and action at a senior management level.

## Our Insights

Millions of dollars are won or lost based on what advertisers think. Discovering where and why advertisers feel the way they do about our clients' media brands is the objective of the insights that we collect on their behalf. Just as important is knowing which advertiser feelings are important to building and maintaining a second-to-none advertiser experience, and which are not. And, how what's important today is changing over time.

## Our Approach

We take a consultative approach based on research to develop and deliver actionable guidance and recommendations to our clients in their building and ongoing management of superior advertiser experiences. Our focus and media industry expertise enable us to propose the right solutions and effectively analyze and accurately interpret the research that we conduct on behalf of our clients.

© 2016 Advertiser Perceptions



# What We Do

## Providing Media Brands with the Tools to Strengthen Their Brand and Increase Sales

Perception is reality. Campaigns are won or lost based on what advertisers think. The media executives, who manage advertisers' perceptions well, also tend to have stronger brands and sell more advertising. Armed with the research-based advertiser insight that we deliver, our clients are able to accurately focus their actions to effectively manage the advertiser plans and perceptions of their media brands in a positive direction. The result? A superior advertiser experience, stronger brand, improving advertiser satisfaction and increasing advertising sales.

## A Deep and Proven Focus on the Media and Advertising Industry

Discovering where and why advertisers feel the way they do about our clients' media brands is the objective of the insight that we collect on their behalf. Just as important is knowing which advertiser feelings are important to building and maintaining a second-to-none advertiser experience, and which are not. And, how what's important today is changing over time.

## Actionable Insights to Boost Your Business You Cannot Get Anywhere Else

When it comes to gaining knowledge and clarity about what advertisers think, nothing compares to what we deliver. Our proprietary database and panels of media decision makers are large and responsive. The advertiser survey and questionnaire development process that we employ is proven and ensures optimal response. Focus and media industry expertise enables us to effectively analyze and accurately interpret the research that we conduct on behalf of our clients, who represent most of the largest media companies in the world.



*Our AP Dashboard (APD) delivers access to a selection of must-have media market intelligence as curated from our AP Access and multi-client solutions (AIR, AIR Global, DCMS, PIR, and future releases of special reports). APD insights are updated regularly and made available on a very simple and easy to use desktop and mobile interface.*

## Multi-Client Solutions

Our Multi-Client Solutions represent the thoughts and opinions of media decision makers involved in recommending, specifying and/or approving the selection of media brands for advertising. Their plans for and opinions of these media brands are of essential interest to the executives who lead media companies that depend on the sale of advertising. These solutions include the Advertiser Intelligence Reports (AIR), AIR Global, Digital Campaign Management System, Programmatic Intelligence Reports, Digital Marketing Hub, our AP Access Reports, and AIR For Agencies.

## Proprietary Client Solutions

Advertiser Perceptions is the leader in conducting custom and proprietary advertiser research. With exclusive access to our own advertiser panels and a network of partners around the world, we successfully conduct studies for clients needing advertiser insight in the United States and on a global basis. Examples include: Omnibus Panels, Brand Positioning Studies, Market Opportunity Evaluation, Go-to-Market Testing, and Thought Leadership Studies.

## Proprietary Client Events

Advertiser Perceptions offers an intelligent approach for connecting media sellers with advertisers (marketers and agency professionals) in a unique and proprietary environment conducive to increasing knowledge, advertiser satisfaction and business. Our Seat at the Table events and Executive Roundtables foster better communication and collaboration among media brand executives and influential advertisers, creating a more positive, long-lasting advertiser experience.

© 2016 Advertiser Perceptions



# Advertiser Experience Matters

## Drive Buying Intentions by Delivering a Superior Advertiser Experience™

A media company's best opportunity for growth lies in the hands of its advertisers — past, present and future. The companies that deliver a superior, frictionless advertiser experience that is consistent with advertiser needs will succeed over the ones that don't. Advertiser Perceptions delivers both the method and the insight necessary for developing and managing advertiser experience. Through more than a decade of research, analysis and client-work on the topic, we have identified the framework necessary to deliver a superior advertiser experience. We have uncovered the correlation between positive advertiser experience and buying intentions. And have developed a rigorous process for managing advertiser experience on an ongoing basis.

### Strengthen Your Media Brand, Increase Sales and Improve Competitive Advantage

If your business depends on advertising, then nothing is more important to your business success than Advertiser Experience. That is, advertiser opinions of your media brand's advertising product, marketing communications, selling process and satisfaction. Through more than a decade of advertiser research, analysis and client work we have identified the linkage between advertiser experience and media brand buying intentions. Our findings make one fact abundantly clear, that improving your advertiser experience will have the same affect on your advertising sales.

### Measure, Evaluate and Improve

The advertiser perceptions of your media brand's advertising product, selling, marketing and satisfaction within the changing and highly competitive media advertising landscape are what determine advertiser experience. Through regular measurement and evaluation of these four components at a granular level, you will know where improvements are needed in comparison to the competition and your own past performance.

### BRAND

**Does your product meet advertiser needs and expectations?**

A media brand's product is its advertising. To meet advertiser needs, advertising must deliver on a number of criteria (audience reach, composition and engagement, ad effectiveness, value, content, etc.) that differ by medium, whose relation to driving buying intentions changes over time and varies by title, function (agency/marketer) and ad category.

### SELLING

**Is your business process easy and effective?**

If it isn't, then advertisers will look elsewhere. Having knowledgeable sales and account management teams able to intelligently relate to advertisers' challenges is critical. Providing responsive customer service through fast answers and solutions to questions, concerns and issues is essential. Delivering unique, creative and innovative selling solutions is key.

### MARKETING

**Are your advertisers and prospects well informed throughout the buying process?**

Advertisers and prospects must have an awareness and understanding of your media brand and the audience it serves. The approach that advertisers consider most important includes: marketing materials, sales presentations, wrap-up reports, social marketing, events (media brand sponsored and industry) and research (audience insights/market intelligence, syndicated and ad effectiveness).

### SATISFACTION

**Are your advertisers satisfied, buying again and recommending your media brand to others?**

Satisfied advertisers will buy again - in greater volume - and will recommend your media brand to colleagues within their company, and to agencies and marketers.

© 2016 Advertiser Perceptions



# Our Clients

## Serving Media Brands Worldwide

At Advertiser Perceptions, we supply the world's most powerful media brands with insight about what their advertisers and prospects think. We have solutions that are right for any media brand wishing to better manage its advertiser experience, strengthen its perception in the market, improve advertisers satisfaction and increase advertising sales. Our unique and proprietary intelligence-gathering process works across all media.

From global, Ad Age 100 media brands to startups. From social media to publishers, mobile, television, magazines, newspapers and radio… we have solutions that are right for every media executive wishing to grow their business.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pinterest | PANDORA | YAHOO! | You Tube | ESPN | PubMatic | A&E | Disney |
| twitter | TURNER BROADCASTING SYSTEM, INC. | TREMOR VIDEO | HGTV | BrightRoll | Google | facebook | CNN |
| abc | Apple | food network | ebay | CUMULUS | Aol. | BuzzFeed | Microsoft |
| Scripps networks | meredith | hulu | NBC UNIVERSAL | Linked in | THE HUFFINGTON POST | Spotify | YuMe |

Partial list, subject to change. All logos and trademarks are the property of their respective owners.

© 2016 Advertiser Perceptions


Advertiser Perceptions

# Our Community

## Unique, Proprietary Access to the Thoughts, Perceptions and Intentions of Key Advertisers

All of our research participants are involved in media decision-making. That is, recommending, specifying and / or approving the selection of media brands for advertising. Their plans for and opinions of these media brands, as well as what's important in keeping them satisfied, is of essential interest to the executives who lead media companies. Our clients take very seriously the collective opinions of the thousands of media decision-makers that we survey each year. They use this advertiser insight to improve their products and offerings, resulting in better advertiser experience, more satisfied advertisers and a more effective sales and marketing organization.

Partial list, subject to change. All logos and trademarks are the property of their respective owners.

© 2016 Advertiser Perceptions



# Our Advisory Board

## Our Distinguished Advisory Board

The Advertiser Perceptions Advisory Board is comprised of media industry executives representing leading companies involved in the sale and purchase of advertising. Members of the Advisory Board are prominent individuals who directly advise Advertiser Perceptions in its development and deployment of research-based products and services designed to improve advertiser satisfaction.

## Advisory Board Members

**Mel Berning**
*President, Ad Sales, Networks*



**Maureen Bosetti**
*Chief Investment Officer, Initiative U.S.*



**David Cohen**
*President, Magna Global, U.S.*



**Sarah Fay**
*Independent Consultant*

**Todd Gordon**
*General Manager, Programmatic TV*



**Tom Harty**
*President, National Media Group, Meredith Corporation*



**Randy Kilgore**
*Senior Advisor, Empirical Media*



**Kristian Magel**
*President, Initiative U.S.*



**Peter Naylor**
*Senior Vice President, Ad Sales, Hulu*



**Jim Norton**
*Global Head of Media Sales, AOL*

**Aol.**

**Scott Schiller**
*Executive Vice-President, General Manager Content Innovation Agency, NBCUniversal*



**Kate Stanford**
*Director, Brand Ads and Platforms Marketing*, Google



**Robin Steinberg**
*Executive Vice President Director, Publishing Investment and Activation, MediaVest USA*



**Jon Steinlauf**
*President, Ad Sales and Marketing, Scripps Networks*



**Scott Wolf**
*Chief Revenue Officer, Bidtellect*



Partial list, subject to change. All logos and trademarks are the property of their respective owners.

© 2016 Advertiser Perceptions



# Multi-Client Solutions

## The Advertiser Intelligence Reports (AIR)

The Advertiser Intelligence Reports (AIR) is the largest and most comprehensive tracking study of media decision makers in the world. Currently in its 23rd wave, AIR provides media company executives with the plans and opinions of thousands of marketers and agencies every six months about more than 500 leading and emerging media brands—digital, mobile, television, print and radio. AIR enables the measurement and tracking of Advertiser Experience delivering actionable insights and guidance for improvement.

MORE THAN 500 MEDIA BRANDS MEASURED

### What AIR Delivers - Key Measures

**Advertiser Perceptions by Media Brand**

- Advertising Product and Brand
- Marketing Communication and Research
- Selling Process and Coverage
- Satisfaction, NPS and Recommendations
- Advertiser Demand / Consideration
- Advertiser Demand / Buying Intentions

**Overall Market Insights**

- Advertiser Optimism
- What Drives Advertising Decisions
- Importance of Marketing Material
- Importance of Research
- Information Sources for Decision Making
- Communication and Meeting Preferences

### Views of Key Measures

**Decision Making Involvement**

- Recommend
- Specify
- Approve

**Type of Buyers**

- Advertisers
- Prospects

**Decision Makers**

- Marketers (Client-Side)
- Agencies

**Trends**

- Seasonal
- Consecutive

**Region**

- East
- Central
- West

**Size of Advertiser Budget**

- Largest Advertisers
- Top 100

**Titles**

- C-Suite
- Director and VP Levels
- Managers

### Media Measured

**200+ Digital and Mobile Media Brands**

- Content Publishers
- Portals
- Ad Networks and Exchanges
- Social
- Programmatic

**100+ Television Networks**

- Cable
- Broadcast

**100+ Print Media Brands**

- Magazines
- National Newspapers

**20+ Audio (Radio) Media Brands**

- Traditional
- Digital
- Hybrid

### Deliverables Per Wave

- One Executive Presentation of Findings and Analysis
- Dashboard Delivery of Market Data and Key Measures for All Measured Brands



Advertiser Perceptions·

# Multi-Client Solutions

## AIR Global (Advertiser Intelligence Reports)

AIR Global extends the Advertiser Intelligence Reports internationally to deliver media decision maker perceptions of and plans for the leading digital media brands by country in Europe, Asia, and the Americas. More than 100 leading and emerging digital media brands are measured.

### What AIR Global Delivers - Key Measures

**Advertiser Perceptions by Media Brand**

• Advertising Product and Brand
• Marketing Communication and Research
• Selling Process and Coverage
• Satisfaction, NPS and Recommendations
• Advertiser Demand / Consideration
• Advertiser Demand / Buying Intentions

**Overall Market Insights**

• Advertiser Optimism
• What Drives Advertising Decisions

### Views of Key Measures

**Decision Making Involvement**

• Recommend
• Specify
• Approve

**Type of Buyers**

• Advertisers
• Prospects

**Decision Makers**

• Marketers (Client-Side)
• Agencies

**Trends**

• Seasonal
• Consecutive

### Regions and Countries Measured*

**Global Overall**

• Europe: N = 550 (250 for UK, 150 each for France & Germany)
• Asia: N = 450 (150 each in South Korea, Japan & SE Asia*)
• Americas: N = 300 (150 each in Brazil & Canada)

*Option available to expand measurement to additional countries/regions including:

• Argentina
• Australia
• Benelux
• China
• India
• Indonesia
• Italy
• Mexico
• Scandinavia
• Spain
• Others upon request

### Deliverables Per Wave

• One Executive Presentation of Findings and Analysis
• Dashboard Delivery of Market Data and Key Measures for All Measured Brands

### MORE THAN 100 MEDIA BRANDS MEASURED





© 2016 Advertiser Perceptions

**Advertiser Perceptions**

# Multi-Client Solutions

## Programmatic Intelligence Report

The digital advertising ecosystem continues to fragment as innovative technology firms find new ways to create and add value. Each company and innovation that is developed adds another layer of complexity and with it another potential point of confusion for marketers, their agencies and publishers alike. The Programmatic Intelligence Report helps media brand executives make sense of what advertisers and publishers think of programmatic advertising.

### Ad Tech and Programmatic: General Market Views and Intentions

- Buy and Sell Side View of Pros (efficiency, scale, revenue, new audiences, etc)
- Buy and Sell Side View of Cons (fraud, transparency, etc) of programmatic
- Agency vs Marketer View of Ad Tech Role of Agencies, ATD's, Marketer In-House DSPs, Marketer Need for Outside Partners, Vendors
- Spend and Inventory Allocations in Ad Tech / Programmatic in 2015 vs 2016
  ◊ Share of programmatic media spend/allocation vis-à-vis other media
  ◊ Share of programmatic in mobile, video, display, search, native

### Buyer and Sell Side Perceptions of Ad Tech Channels

- Familiarity, Consideration, Usage, Satisfaction, Advocacy by Channel Category
- Vendor/Partner Selection Criteria, Preferences for Engagement, by Channel Category
- Identification of Leaders in Ad Tech

### Ad Tech Channels Covered

- Programmatic Buying Platforms (morphing of ATD's)
- DSPs
- SSPs
- Private Ad Exchanges
- Ad Networks
- Ad Tech Stack (including cross ad tech category portfolios and managed services)

#### Deliverables Per Wave

- One Executive Presentation of Findings and Analysis
- Dashboard Delivery of Market Data and Key Measures for All Measured Brands

**MORE THAN 60 MEDIA BRANDS MEASURED**





© 2016 Advertiser Perceptions

**Advertiser Perceptions**

# Multi-Client Solutions

## Digital Marketing Hub Report (DMH)

Advertiser Perceptions offers clients the Digital Marketing Hub Report, a comprehensive survey of more than 500 qualified digital advertising-technology buy and sell side decision-makers about their plans for and perceptions of the leading and emerging solution providers - more than 30 digital brands measured. The insights from DMH will enable subscribing clients to strengthen their brands improve their customer experience and increase their sales.

### Key Measures by Brand: Perceptions of Solution Providers

- Technology and Expertise: Vision, leadership assessment
- Product and Brand: Familiarity, usage, selection criteria
- Marketing: Awareness, brand association
- Engagement: Ease of doing business, knowledge, customer service, responsiveness, resource management,
- Execution and implementation: ease of use, integration, effectiveness of solution
- Customer Satisfaction (NPS): Recommendations to others

### Market Insights, What's Important and Who are the Leaders

- Decision Drivers
- Requirements and Capabilities
- Current and Future Adoption
- Spending Plans
- Buying Process
- Sourcing (channels)
- Partner Perceptions of Solution Providers
- Leaders: vision, technology and product roadmap, ability to execute, proven performance

### Respondents

- Agencies
- Marketers
- Consultants / Solution Integrators
- Qualified Involvement in Digital Ad Tech Decisions
- Mix of Functions

  **Buy Side**
  - IT / technology
  - Media
  - Marketing

  **Partners**
  - Resellers
  - Consultants

  **Mix of Titles**
  - C-Suite, VP
  - Director. Supervisor
  - Manager

- CMOs, VP+ Marketing/Advertising (generalist), Director+ Digital
- Technical Decision-Makers (CTO, VPs, Directors, etc.)

### Deliverables Per Wave

- Executive Presentation of Findings and Analysis
- Dashboard Delivery of Market Data and Key Measures for All Measured Brands

**MORE THAN 30 MEDIA BRANDS MEASURED**



Digital Marketing Hub: Importance of Advertising Product Criteria For [AP CLIENT]



Digital Marketing Hub: Criteria That Drive Intent to Buy

© 2016 Advertiser Perceptions

**Advertiser Perceptions**

# Multi-Client Solutions

## The Digital Campaign Management System (DCMS)

The Digital Campaign Management System is a groundbreaking multi-client report delivering the necessary insights and direction for managing higher-levels of advertiser satisfaction throughout all stages of the digital ad campaign process. The report is focused on providing you with insights that can help with renewing and up-selling large digital campaigns, by focusing on how the entire organization is actively managing the process.

### The Important Questions DCMS Answers

• Is My Company Doing a Good Job Servicing Large Digital Campaigns?
• Are We as Good as the Competition?
• What Parts of the Entire Process Can We Improve Upon?
• Where Does Management Need to Allocate More Resources?
• Determine how to best approach a "friction-less" advertiser experience

### DCMS Helps Your Media Brand...

• Create a system enabling digital media brands to track overall client satisfaction.
• Reveal how digital media brand teams are being perceived at the different stages of the campaign process
• Understand satisfaction levels of advertising partners
• Benchmark satisfaction in comparison to the competition
• Provide insight into areas that deliver competitive advantage
• Provide insights for improvement
• Uncover best practices for advertiser retention and provide the opportunity to increase digital advertising spend

### What DCMS Measures

**Stage 1:** Campaign Briefing
**Stage 2:** Creative Ideas and Planning
**Stage 3:** Creative Development and Buying Implementation
**Stage 4:** Launch, Monitor and Optimize
**Stage 5:** Post Campaign Analysis

### Deliverables Per Wave

• One Executive Presentation of Findings and Analysis
• Dashboard Delivery of Market Data and Key Measures for All Measured Brands

© 2016 Advertiser Perceptions



**MORE THAN 60 MEDIA BRANDS MEASURED**





# Multi-Client Solutions

## AP Access

As the media-advertising marketplace demands it, Advertiser Perceptions delivers timely, research-based insight about the most critical matters affecting the industry. Throughout the year, we keep our clients abreast of the rapidly changing media landscape, enabling more informed decisions, resulting in more successful outcomes and a superior experience for your advertisers.

## Special Reports to be delivered in 2016 include:

### Social Media Advertising Report

How Will the Growth of Social Media Advertising Affect Your Sales Strategy?

Measuring trends and opinions of Social Media Advertising, the Report reveals marketer and agency media decision makers' social media advertising plans, ad spending and satisfaction for more than 50 media brands measured.



### Mobile Advertising Report

Understand the Migration to Smartphones and Tablets and the Reasons Why.

Find out what advertisers think about the migration of print, digital and video content to mobile and its effect on advertising. More than 50 media brands are measured.



### Native Content and Advertising Report

What do Advertisers Have Planned for Native Advertising and Content?

New native advertising trends are creating opportunities for media brands – depending on their state of readiness. The Native Content and Advertising Report helps identify truth and debunk the misconceptions about how advertisers are planning to implement their own native advertising strategies. More than 50  media brands are measured.



### Upfront / NewFront Report

What do Advertisers Think of the Upfront and NewFront?

Discover what advertisers think about this year's Upfront and NewFront – the attitudes, opinions and reviews. Second-to-none planning insights for improving effectiveness. Over 50 television networks and digital media brands are measured.



### Video Advertising Report

Where are the Video Ad Dollars Flowing and Why?

Digital video advertising continues to go mainstream. Find out where the ad dollars are flowing and who's controlling the purse strings.  More than 50 digital media brands and television networks are covered.



### For All AP Access Reports...

#### Deliverables Per Wave

• Executive Presentation of Findings and Analysis
• Dashboard delivery of Market Insights and Key Measures for All Measured Brands

© 2016 Advertiser Perceptions

**Advertiser Perceptions**

# Proprietary Advertiser Insights

## Custom Advertiser Insights Addressing Opportunities Specific to Your Business

Advertiser Perceptions delivers both the method and the insight necessary for effectively managing a positive Advertiser Experience. We are the leader in conducting custom and proprietary advertiser research. With access around the world, we successfully conduct studies for clients needing advertiser insight in the United States, as well as on a global and international basis. Here are just a few examples of often-requested projects…

## A Variety of Proprietary Options

### Omnibus Panels

Our clients have the opportunity to gain proprietary answers to their own questions. Every other month, clients submit custom questions for our Advertiser Omnibus Panel to answer. The Panel is comprised of more than 300 U.S. media decision makers representing large advertisers, both agencies and marketers, across all titles and 16 major ad categories…all qualified as being involved in making digital, television, mobile, radio and/or print media decisions.

### Brand Positioning

Brand Positioning research and tracking will ensure that our clients' marketing communication with advertisers is effective in differentiating its media brand from the competition on an ongoing basis. The objective of positioning research and analysis is to determine the optimal path for gaining and maintaining a unique and compelling place in the market and competitive advantage in the process.

*Example: Advertiser Perceptions developed a research-informed analysis of a name-change for a television network, determining the forward-looking impact on its advertising opportunities and tracking its brand relevancy moving forward.*

### Market Opportunity

Market Opportunity research is conducted on behalf of clients wanting to explore the opportunity for a new product, brand extension, expanded geography, and more. These custom studies are designed to test feasibility and potential for success among media decision makers in the advertising community.

*Example: Advertiser Perceptions launched a global study on behalf of a large multi-national media brand to explore and size the potential opportunity for its new digital / mobile products and services.*



### Go-to-Market

Go-to-Market research and tracking explores the impact of your marketing and selling efforts throughout the advertiser experience process. These proprietary insights can uncover and document how well your marketing communications are being received and understood, or how your sales team is delivering on what's most important to advertisers and prospects.

*Example: Advertiser Perceptions conducted research and analysis to determine a television network's sales effectiveness and how it should be improved. The analysis provided insights by region, team and vertical ad category. Actionable results were used to inform a new and more effective go-to-market approach*

### Thought Leadership

For clients wanting to strengthen their reputation and position themselves as a leader in the marketplace through their association with a key issue of importance to advertisers, thought leadership research is the answer. We conduct custom and proprietary studies each year for clients wishing to begin such a dialog in the market.

*Example: For a digital media brand wanting to establish itself as a leader in a new digital arena, Advertiser Perceptions conducted thought leadership research that revealed and tracked advertisers' evolving priorities, attitudes, usage, challenges, and plans regarding digital marketing and media channels.*

© 2016 Advertiser Perceptions

**Advertiser Perceptions**

# Proprietary Events

## AP Connections

### Executive Roundtables

Advertiser Perceptions offers an intelligent approach for connecting media sellers with advertisers (marketers and agency professionals) in a unique and proprietary environment conducive to increasing knowledge, advertiser satisfaction and business. Our Seat at the Table events and Executive Roundtables foster better communication and collaboration among media brand executives and influential advertisers. The insights and direction derived from these meetings are focused on helping media brands strengthen their position in the marketplace, gain competitive advantage, increase sales, and improve advertiser satisfaction. Through these face-to-face meetings, our clients increase business via new and closer relationships, while gaining insights aimed at enhancing their go-to-market strategies and tactics.



"Today's marketers have the enormous challenge of rethinking and re-engineering the media models, owned media infrastructure, performance measures and optimization tactics in place to support campaigns. Advertiser Perceptions' Mobile Advertising Seat-at-the-Table event provided me with an intimate look at the criteria and success factors agencies and brands are leveraging to navigate this new consumer driven marketplace."

*–Esmee Williams, Vice President, Consumer and Brand Marketing, AllRecipes*



"I always enjoy debating the benefits of - and occasional roadblocks to - a holistic approach with key industry leaders from varied backgrounds. In their Seat at the Table roundtables, Advertiser Perceptions pulls together a nice cross-section of the industry to facilitate the debate, and what I particularly enjoy about these thought leadership events is that AP always incorporates relevant, current trending on how advertisers, agencies and sellers are feeling about where the medium is headed."

*–Kris Magel, President, Initiative U.S.*

initiative

© 2016 Advertiser Perceptions



# What Our Clients Say…

## Our Clients

Our client work drives improving ad sales, brand strength and advertiser satisfaction for media companies of all sizes. From global, Ad Age 100 media brands to startups. From social media to publishers, mobile, television, magazines, newspapers and radio… we have solutions that are right for every media executive wishing to grow their business.

"The pace of change is accelerating. Accurate and timely insight has never been more essential, and we have found that the access and insights provided through working with Advertiser Perceptions have helped us to maintain our competitive advantage in an always noisy and sometimes chaotic media marketplace."

*–Kirk McDonald, President, Pubmatic*



"Advertiser Perceptions not only provides timely, accurate intelligence about our company andVmedia brands, but they supply valuable insight that helps guide our business and increase the effectiveness of our sales team."

*– Tom Harty, President, Meredith Magazines*



"Advertiser Perceptions gives us the kind of actionable data that helps us understand what advertisers value most from our networks and our sales force. We've been able to make positive adjustments to our sales efforts based upon what clients are saying in the AIR surveys."

*–Jon Steinlauf, President, Ad Sales and Marketing, Scripps Networks*



"AP's Digital Campaign Management System Report provides deep and nuanced insights into the often hidden parts of the sales process, providing actionable insights that allow us to improve our process as well as monitor the changes of our performance in multiple operational areas over time. This improved focus will result in increased customer confidence and satisfaction and ultimately allow us to generate more revenue."

*– Steven Takeuchi, Head of Sales Operations, Hulu*



"Advertiser Perceptions' analysis is 'the voice of Madison Avenue'… and we listen so that we can turn their key findings into the KPI's that drive our success."

*– Adam Bain, President, Global Revenue, Twitter*

"The Advertiser Perceptions Executive Breakfasts offer a highly spirited debate that revolve around industry standards and research, creative needs and best practices, and what and how can brand marketers and sellers best meet client needs. I find them very thought provoking and insightful."

*–Tim Ware, VP, Mobile and Connected TV Sales, Tremor Video*



"Advertiser Perceptions has offered us the ability to  get some real feedback and insights through an impartial third party source. Direct one-to-one feedback is always valuable. But getting that kind of feedback is not always easy or practical or always objective. The Advertiser Perceptions reports give us actionable insights to act on to improve our customer service and to offer more value to our agency and client partners."

*– Mel Berning, President, A&E Television Networks*



"Advertiser Perceptions delivers insights that for us, are nectar from the gods."

*– Andy Wiedlin, Chief Revenue Officer, BuzzFeed*

All trademarks and logos are the property of their respective companies.
© 2016 Advertiser Perceptions



# About Advertiser Perceptions

When it comes to gaining knowledge and clarity about what advertisers think, nothing compares to what Advertiser Perceptions delivers. We are the world leader in providing media company executives with the research-based advertiser insight and guidance necessary for producing superior advertiser experiences, strengthening media brands, improving advertiser satisfaction and increasing advertising sales. We specialize in determining, analyzing, communicating and applying what advertisers think — their plans, opinions and motivations.

Our proprietary database and panels of media decision makers are large and responsive. The advertiser survey and questionnaire development process that we employ is proven and ensures optimal response. Focus and media industry expertise enables us to effectively analyze and accurately interpret the research that we conduct on behalf of our clients, who represent most of the largest media companies in the world.



**PERCEPTIONS GROUP**

1120 Avenue of the Americas, 4th Floor
New York, NY 10036
T: 212 626 6683
F: 212 626 6724
Media@PerceptionsGroup.com
www.PerceptionsGroup.com

**FOLLOW US!**

**Website:** www.AdvertiserPerceptions.com

**Twitter:** @adperceptions

**LinkedIn:** www.linkedin.com/company/advertiser-perceptions



www.AdvertiserPerceptions.com