# Exhibit 23
# (Excerpt)
# (Under Seal)