# Exhibit 24
# (Excerpt)
# (Under Seal)