# Exhibit 25
# (Excerpt)
# (Redacted)

**In the Matter Of:**

*United States of America v*

*Google, LLC*

*JUDITH CHEVALIER, PH.D.*

*March 05, 2024*



| | |
|---|---|
| Google, LLC | Judith Chevalier, Ph.D. |
| | Highly Confidential   March 05, 2024 |

**Page 182**

[redacted]

**Page 183**

[redacted]

```
16        Q.   So they are not surveys of
17   advertisers and their perception of
18   quality, right?
19        A.   The particular survey items
20   that I'm looking at are perception -- are
21   publisher surveys.  I've seen both
22   publisher and advertiser surveys in other
23   sources, and I can't say if Advertiser
24   Perceptions, given its name, has
```

**Page 184**

```
1    advertiser perception surveys.  But these
2    are SSP performance surveys, and they are
3    surveys of publishers.
4         Q.   And when you say SSP, do you
5    have an understanding of whether those
6    surveys were about ad exchanges,
7    publisher ad servers, some combination of
8    the two?
9              MR. JUSTUS:  Objection.
10             Form.
```

[redacted]

```
18   BY MS. CLEMONS:
19        Q.   And is it your understanding
20   that the other SSPs included in the
21   survey include publisher ad servers and
22   ad exchanges and integrated publisher ad
23   server ad exchanges?
24        A.   I don't remember.  I'm not
```

**Page 185**

```
1    sure, specifically, but my -- certainly
2    includes exchanges, some of which
3    probably have integrated publisher ad
4    servers.  But I don't -- I don't recall.
```

[redacted]

Case 1:23-cv-00108-LMB-JFA   Document 1158-25   Filed 08/16/24   Page 4 of 5 PageID# 84862

United States of America v.
Google, LLC

Highly Confidential

Judith Chevalier, Ph.D.
March 05, 2024

Page 186

[lines 1–4 redacted]
5          MR. JUSTUS: Objection.
6          Form.
7          You can go ahead.
[lines 8–19 redacted]
20    BY MS. CLEMONS:
21        Q.   Is it possible that some of
22    the perceived quality differences in
23    those surveys between Google Ad Manager
24    and non-Google products is a function of

Page 187

1     those non-Google products not having a
2     publisher ad server?
3          MR. JUSTUS: Objection.
4          Form.
5          THE WITNESS: Again, I
6          think it would be difficult to --
7          I think it would be difficult to
8          assess that completely, given
9          what I've looked at.  Though,
10         it's possible that one could
11         parse that out if that was a
12         source of particular focus.
13    BY MS. CLEMONS:
14        Q.   And do you have any
15    understanding of what percentage of
16    publishers use Google's DoubleClick for
17    Publisher as their publisher ad server
18    for display advertising?
19         MR. JUSTUS: Objection.
20         Form.
21         THE WITNESS: So my
22         understanding is it's quite high,
23         but I don't recall, off the top
24         of my head, what.  And, of

Page 188

1          course, like, the fraction would
2          depend on how we defined
3          publisher, et cetera.
4     BY MS. CLEMONS:
5         Q.   And so if a quite high
6     percentage of publishers use Google's
7     publisher ad server product for their
8     display advertising, does that affect how
9     you view the results of these surveys
10    that ask about Google's combined Google
11    Ad Manager product?
12         MR. JUSTUS: Objection.
13         Form.
14         THE WITNESS: So I think
15         these -- you know, Google has
16         gone to some -- you know, my
17         understanding is that Google has
18         chosen to integrate these
19         products as part of improving the
20         functionality of these products,
21         and if publishers value that, and
22         that's reflected in the survey,
23         I -- you know, I don't think
24         that's necessarily a

Page 189

1          methodological concern of the
2          survey.
3     BY MS. CLEMONS:
4         Q.   But can you tell whether
5     those publishers and their assessments of
6     quality are reflective of the publisher
7     ad server or the ad exchange or the
8     combined publisher ad server and ad
9     exchange?
10         MR. JUSTUS: Objection.
11         Form.
12         THE WITNESS: So, again, I
13         have not parsed these surveys for
14         that purpose, so I won't say what
15         is possible.  I don't recall
16         Professor Simcoe doing that in
17         his rebuttal, either.
18         But certainly -- certainly,
19         you know, that one could
20         potentially do that, but I
21         haven't undertaken a study of
22         that.
23         So, for example, you know,
24         alignment with publisher goals

**Attorney Errata Sheet for the Transcription of Judith A. Chevalier**

**Case Name**: *United States et al v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**Depo. Date**: March 5, 2024

**Deponent**: Judith A. Chevalier

| Page | Line | Original | Correction | Reason for Correction |
|---|---|---|---|---|
| 3 | 21 | Yin Jia Qiu – Economist (US DOJ) – zoom | Yin Jia Qiu – Economist (US DOJ) – in person | Transcription Error |
| 26 | 23 | "I would love details." | "I would love details. Yes." | Transcription Error |
| 26 | 24 | "Yes. Thanks. Sorry." | "Thanks. Sorry." | Transcription Error |
| 40 | 13 | "I really couldn't single out" | "I really wouldn't single out" | Transcription Error |
| 74 | 15 | "Google's DV360 and Google's ad products?" | "Google's DV360 and Google Ads products?" | Transcription Error |
| 77 | 11 | "purchased through Xandr" | "purchased through Xandr's" | Transcription Error |
| 86 | 10 | "during, before, or after videos" | "during, before, or after other videos" | Transcription Error |
| 86 | 11 | "videos that display in a display" | "videos that play in a display" | Transcription Error |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 182 | 11-12 | "refer to as advertiser perception surveys" | "refer to as Advertiser Perceptions surveys" | Clarification |
| 182 | 16 | "from the advertiser perception survey" | "from the Advertiser Perceptions survey" | Clarification |
| ■ | ■ | ■ | ■ | ■ |
| 196 | 24 | "targeting or pricing algorithms for" | "targeting or pricing algorithms or" | Transcription Error |
| ■ | ■ | ■ | ■ | ■ |
| 226 | 24 | "He didn't do an" | "I didn't do an analysis" | Transcription Error |
| ■ | ■ | ■ | ■ | ■ |

Date: April 9, 2024   Signature: /s/ *Katherine E Clemons*