# Exhibit 26
# (Excerpt)
# (Redacted)

**In the Matter Of:**

*United States of America v*

*Google, LLC*

*PAUL ROBERT MILGROM, PH.D.*

*March 04, 2024*



Case 1:23-cv-00108-LMB-JFA   Document 1158-26   Filed 08/16/24   Page 3 of 3 PageID# 84856
United States of America v.
Google, LLC
Highly Confidential
Paul Robert Milgrom, Ph.D.
March 04, 2024

## Page 394

```
 1       A.      Okay.
 2       Q.      You cite it in Paragraph 453 in the
 3  first sentence.
 4               Do you see that?
 5       A.      Yep.
 6       Q.      Have you reviewed the methodology
 7  of this Advertiser Perceptions survey about UPR?
 8       A.      I have not, no.
 9       Q.      How many surveys have you designed?
10       A.      I have never designed a survey.
11       Q.      Do you have any specialized
12  expertise in survey design?
13       A.      I do not have specialized expertise
14  in survey design.
15       Q.      Which people answered questions in
16  response to the Advertiser Perceptions survey?
17       A.      Well, let's see what I report here.
18               (Whereupon, the witness reviews the
19                material provided.)
20               THE WITNESS:  Yes.  I don't have
21       that information.  I don't have any
22       details about the survey in front of me.
```

## Page 395

```
 1  BY ATTORNEY VERNON:
 2       Q.      Do you know whether Google had a
 3  role in designing the questions about UPR in the
 4  Advertiser Perceptions study -- survey?
 5       A.      I do not require -- I do not recall
 6  -- don't recall any details, actually, about the
 7  -- the survey.
 8       Q.      Is it fair to say that you have not
 9  closely studied the Advertiser Perceptions survey
10  that relates to UPR?
11               ATTORNEY EWALT:  Objection to
12       form and foundation.
13               THE WITNESS:  I have not closely
14       studied.  I'm merely citing its result.
15  BY ATTORNEY VERNON:
16       Q.      I'm sorry.  Can you say that --
17  okay.  I get it.
```

## Page 396

```
 1       Q.      You're aware that UPR was
 2  instituted at the same time as several other
 3  changes, including the shift to the Unified
 4  First-Price Auction and the removal of last look?
 5       A.      That the Unified First-Price
 6  Auction removes last look -- yes.  I don't
 7  consider that a separate change but, yes, the --
 8  the UPR and UFPA were introduced simultaneously.
 9       Q.      It might be difficult for a
10  publisher to figure out the impact that UPR had
11  on its business when other changes happened at
12  the same time?
13               ATTORNEY EWALT:  Objection to
14       form.
15               THE WITNESS:  Well, from the --
16       that UPR had on its business?
17               Well, there's several changes
18       going on at the same time.  And -- and
19       exactly -- I don't have the questions in
20       front of me that were being answered, so
21       I -- I really can't say more about it.
22
```

## Page 397

```
 1  BY ATTORNEY VERNON:
 2       Q.      Is it fair to say that it might be
 3  difficult for a publisher to figure out the
 4  impact that UPR had on its business when other
 5  changes happened at the same time?
 6       A.      I -- I think that what is going on
 7  with UPR and UFPA taking place at the same time
 8  [REDACTED]
 9  [REDACTED]
10  [REDACTED]
11  exchange, and these things are -- it -- it is
12  trying to do something that is -- that is
13  beneficial and being demanded by publishers
14  without harming its advertisers.
15               The -- whichever way you read this,
16  the -- the benefit to advertisers was important,
17  and the -- the -- the benefit -- it's an
18  exchange.  Benefiting advertisers and publishers
19  was important.  And this package, if you had
20  taken it away, would have been harmful to
21  advertisers.
22               And we want to know if it's harmful
```