## APPENDIX

| Row | Google Exhibit (ECF No. 894) | Google Description (ECF No. 894) | Expert Use(s) of AP Report: Proposition (Citation) |
|---|---|---|---|
| 1 | DTX 368 | Advertiser Perceptions Slide Deck (2016) - DSP Report, Wave 3: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846) [redacted] |
| 2 | DTX 511 | Slide Deck - Advertiser Perceptions (Wave 4 \| 2018): Analysis for DoubleClick Bid Manager | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>*Id.* |
| 3 | DTX 555 | Email (Apr. 30, 2018)<br>From: D. Steinberger<br>To: A. Shellhammer<br>Cc: K. Mannion, Y. Gupta, G. Bender, B. Leung<br>Subject: Re: SSP Report update<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 1 \| 2018) SSP Report | N/A |
| 4 | DTX 580 | Advertiser Perceptions Slide Deck (Aug. 2018) - Google Q2 2018 Syntesis [sic] Report: Analysis of findings from multiple AP studies | N/A |
| 5 | DTX 582 | Advertiser Perceptions Slide Deck (Aug. 2018) - Google Q2 2018 Synthesis Report | N/A |
| 6 | DTX 591 | Advertiser Perceptions Slide Deck - SSP Report: Wave 2 Attach: Excel Spreadsheets[1] | Ex. 3, Israel Rep. ¶ 595 (n.856) [redacted] |

---

[1] DTX 591 encompasses twenty-four spreadsheet attachments. All but four include certain of the statistics included in the reports (i.e., the same information, just in table form). The other four, GOOG-AT-MDL-012877230, -231, -232, and -233 include indiscernible regression data.

1

| | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|---|---|---|
| 7 | DTX 645 | Advertiser Perceptions Slide Deck - DSP Report, Wave 6: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>See Row 1 *supra*. |
| 8 | DTX 647 | Advertiser Perceptions Slide Deck - SSP Report, Wave 4: Part of the Programmatic Intelligence Report Attach: Excel Speadsheets [sic][2] | N/A |
| 9 | DTX 649 | Advertiser Perceptions Slide Deck - SSP Report, Wave 3: Part of the Programmatic Intelligence Report Attach: Excel Spreadsheets[3] | Ex. 3, Israel Rep. ¶ 595 (n.856)<br><br>See Row 6 *supra*. |
| 10 | DTX 664 | Advertiser Perceptions Slide Deck - 2018 SSP Wave 2 for Google | Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 11 | DTX 694 | Advertiser Perceptions Slide Deck - DSP Report, Wave 5: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>See Row 1 *supra*. |
| 12 | DTX 735 | Email: (June 13, 2019)<br>From: A. Shellhammer<br>To: J Bradbury, K Weichmann, et al. | N/A |

---

[2] DTX 647 encompasses two spreadsheet attachments. They include certain of the statistics included in the reports (i.e., the same information, just in table form).

[3] DTX 649 encompasses nineteen spreadsheet attachments. All but five include certain of the statistics included in the reports (i.e., the same information, just in table form). The other five, GOOG-AT-MDL-010708156, -157, -158, -159, -160, include indiscernible regression data.

|    |         |                                                                                                                      |                                                                    |
|----|---------|----------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------|
|    |         | Subject: Advertiser Perceptions SSP Wave 3 Results                                                                   |                                                                    |
| 13 | DTX 854 | Advertiser Perceptions Slide Deck - SSP Report: Part of the Programmatic Intelligence Report \| Wave 6              | (1) Ex. 3, Israel Rep. ¶ 595 (n.856)  See Row 6 *supra*.  (2) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 14 | DTX 861 | Advertiser Perceptions Slide Deck - SSP Report: Part of the Programmatic Intelligence Report \| Wave 5              | (1) Ex. 3, Israel Rep. ¶ 564 (n.801)  [redacted]  (2) *Id.* ¶ 595 (n.856)  See Row 6 *supra*.  (3) *Id.* ¶ 720 (n.1086); Figure 95  [redacted]  (4) Ex. 24, Milgrom Rep. ¶¶ 452-53 (n.811) |



| 15 | DTX 898 | Email (Feb. 25, 2020) | N/A | |

4

|    |          |          |          |
|----|----------|----------|----------|
|    |          | From: S. Sowney<br>To: M. Miller<br>Subject: Re: Quick question: most recent customer survey data?<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 7 \| 2019) DSP Report |          |
| 16 | DTX 1038 | Advertiser Perceptions Slide Deck - SSP: Supply-Side Platforms Study: Wave 7 \| 2021 | (1) Ex. 3, Israel Rep. ¶ 564 (n. 801)<br><br>See Row 14 (1) supra.<br><br>(2) Id. ¶ 595 (n.857)<br><br>[redacted]<br><br>(3) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 17 | DTX 1044 | Advertiser Perceptions Slide Deck - DSP Report: Demand-Side | (1) Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>See Row 1 supra.<br><br>(2) Ex. 24, Milgrom Rep. ¶ 71 (n.82)<br><br>[redacted] |
| 18 | DTX 1159 | Email (Nov. 16, 2021)<br>From: L. Fisher<br>To: A. Shellhammer<br>CC: M. Vellardito, K. Mannion | N/A |

|  |  | Subject: Re: Advertiser Perceptions / Google SSP Read-out<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 8)<br>SSP: Supply-Side Platforms Study |  |
|---|---|---|---|
| 19 | DTX 1181 | Advertiser Perceptions Slide Deck - SSP: Supply-Side Platforms Study: Wave 9 | (1) Ex. 3, Israel Rep. ¶ 564 (n. 801)<br><br>See Row 14 (1) *supra*.<br><br>(2) *Id.* ¶ 595 (n.857)<br><br>See Row 16 (2) *supra*.<br><br>(3) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 20 | DTX 1184 | Advertiser Perceptions Slide Deck - DSP Report: Demand-Side Platforms: Wave 12 | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>See Row 1 *supra*. |
| 21 | DTX 1223 | Email (Feb. 17, 2022)<br>From: M.w Vellardito<br>To: K. Mannion<br>CC: M. Thornton, S. Geremia, S. Downey<br>Subject: Re: Advertiser Perceptions DSP Report for Google<br>Attach: Google Slide Deck (2H 2021) - DSP Report, Wave 11, Demand-Side Platforms \| Wave 11 \| 2H 2021 | N/A |
| 22 | DTX 2055 | Chevalier Report Exhibit 16: SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND 2018 – 2022 |  |