**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to seal Plaintiffs' memorandum of law in support of Plaintiffs' omnibus motion in *limine*, and to seal portions or all of exhibits (Ex. 3, 10, 11, 14-16, 18, 19-26) and the appendix, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because such documents were marked as confidential or highly confidential by Defendant Google, or a third-party, and Google and third-parties should have time to address the permanent sealing of the documents.

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the documents identified shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____      _____