UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**GOOGLE LLC'S MOTION IN LIMINE TO EXCLUDE NON-PARTY LAY OPINIONS REGARDING GOOGLE'S ALLEGED MONOPOLY OR ANTICOMPETITIVE CONDUCT**

　　Defendant, Google LLC ("Google"), moves the Court to enter an order excluding certain lay opinions regarding Google's alleged monopoly or anticompetitive conduct. The grounds and reasons for granting this motion are stated with particularity in the accompanying memorandum of law and attached exhibits. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: August 16, 2024 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | /s/ *Craig C. Reilly* |
| Andrew Ewalt (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Julie Elmer (*pro hac vice*) | THE LAW OFFICE OF |
| Lauren Kaplin (*pro hac vice*) | CRAIG C. REILLY, ESQ. |
| Jeanette Bayoumi (*pro hac vice*) | 209 Madison Street |
| Claire Leonard (*pro hac vice*) | Alexandria, VA 22314 |
| Sara Salem (*pro hac vice*) | Telephone: (703) 549-5354 |
| Tyler Garrett (VSB # 94759) | Facsimile: (703) 549-5355 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | craig.reilly@ccreillylaw.com |
| 700 13th Street, NW, 10th Floor | Karen L. Dunn (*pro hac vice*) |
| Washington, DC 20005 | Jeannie H. Rhee (*pro hac vice*) |
| Telephone: (202) 777-4500 | William A. Isaacson (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Joseph Bial (*pro hac vice*) |
| eric.mahr@freshfields.com | Amy J. Mauser (*pro hac vice*) |
| | Martha L. Goodman (*pro hac vice*) |
| Daniel Bitton (*pro hac vice*) | Bryon P. Becker (VSB #93384) |
| AXINN, VELTROP & HARKRIDER LLP | Erica Spevack (*pro hac vice*) |
| 55 2nd Street | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| San Francisco, CA 94105 | 2001 K Street, NW |
| Telephone: (415) 490-2000 | Washington, DC 20006-1047 |
| Facsimile: (415) 490-2001 | Telephone: (202) 223-7300 |
| dbitton@axinn.com | Facsimile (202) 223-7420 |
| | kdunn@paulweiss.com |
| Bradley Justus (VSB # 80533) | |
| AXINN, VELTROP & HARKRIDER LLP | Meredith Dearborn (*pro hac vice*) |
| 1901 L Street, NW | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Washington, DC 20036 | 535 Mission Street, 24th Floor |
| Telephone: (202) 912-4700 | San Francisco, CA 94105 |
| Facsimile: (202) 912-4701 | Telephone: (646) 432-5100 |
| bjustus@axinn.com | Facsimile: (202) 330-5908 |
| | mdearnborn@paulweiss.com |
| | |
| | *Counsel for Defendant Google LLC* |