UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**[PROPOSED] ORDER**

Upon consideration of Defendant Google LLC's Motion *in limine* to Exclude Non-Party Lay Opinions Regarding Google's Alleged Monopoly or Anticompetitive Conduct ("Motion"), it is hereby

ORDERED that the Motion is GRANTED. Plaintiffs are precluded from offering lay opinion testimony from non-party witnesses regarding market definition, market power, or competitive effects. It is further

ORDERED that the following non-party witness testimony, whether offered live or by deposition, is excluded for the reasons set forth below:

| Testimony | Basis of Exclusion |
|---|---|
| **AppNexus (O'Kelley)** | |
| Dep. Tr. 74:17-75:21 | Inadmissible lay opinion, lacks personal knowledge, |
| Dep. Tr. 95:20-96:14 | Inadmissible lay opinion, lacks personal knowledge, |
| Dep. Tr. 114:3-11 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 125:13-126:19 | Inadmissible lay opinion, hearsay |
| **Equativ (Creput)** | |
| Dep. Tr. 23:22-24:3 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 24:4-9 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 115:7-13 | Inadmissible lay opinion, lacks personal knowledge |
| **Index Exchange (Casale)** | |

| Testimony | Basis of Exclusion |
|---|---|
| Dep. Tr. 115:18-116:5 | Lacks personal knowledge |
| Dep. Tr. 132:17-133:8 | Inadmissible lay opinion |
| Dep. Tr. 147:5-12 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 147:13-15 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 158:16-24 | Lacks personal knowledge |
| Dep. Tr. 197:8-18 | Lacks personal knowledge |
| **Kargo (Shaugnessy)** | |
| Dep. Tr. 14:23-15:2 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 35:16-19 | Inadmissible lay opinion |
| Dep. Tr. 50:9-25 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 70:19-24 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 70:25-71:4 | Inadmissible lay opinion, lacks personal knowledge |
| **Kevel (Avery)** | |
| Dep. Tr. 28: 11-13 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 43:13-20 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 50:25-51:7 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 51:9-13 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 96:17-22 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 96:23-97:6 | Inadmissible lay opinion, lacks personal knowledge |
| **Magnite (Soroca)** | |
| Dep. Tr. 18:9-12 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 19:1-6 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 19:9-12 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 20:7-11 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 20:12-16 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 21:5-9 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 25:22-26:4 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 27:8-12 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 195:14-19 | Inadmissible lay opinion, lacks personal knowledge |
| **Microsoft (John)** | |
| Dep. Tr. 183:24-184:5 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 184:17-185:4 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 186:3-13 | Inadmissible lay opinion, lacks personal knowledge, hearsay |
| Dep. Tr. 194:25-195:7 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 204:3-14 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 238:17-239:3 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 243:3-19 | Inadmissible lay opinion, lacks personal knowledge |
| **OpenX (Gentry)** | |

| Testimony | Basis of Exclusion |
|---|---|
| Dep. Tr. 17:16-21 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 18:8-19 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 30:15-23 | Lacks personal knowledge, hearsay |
| Dep. Tr. 32:19-22 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 40:13-16 | Inadmissible lay opinion, lacks personal knowledge |
| **The Trade Desk (Dederick)** | |
| Dep. Tr. 153:23-154:2 | Inadmissible lay opinion |
| Dep. Tr. 154:3-155:14 | Inadmissible lay opinion |
| Dep. Tr. 162:7-22 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 205:15-206:24 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 206:25-207:24 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 207:25-208:8 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 215:15-217:1 | Inadmissible lay opinion, lacks personal knowledge |
| **NewsCorp (Minkin)** | |
| Dep. Tr. 189:19-22 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 189:23-190:4 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 198:23-199:2 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 199:10-14 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 199:15-20 | Inadmissible lay opinion, lacks personal knowledge |
| **New York Times (Glogovsky)** | |
| Dep. Tr. 174:15-24 | Lacks personal knowledge |
| Dep. Tr. 283:16-284:2 | Inadmissible lay opinion, lacks personal knowledge |
| **Vox (Pauley)** | |
| Dep. Tr. 15:20-16:3 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 29:13-19 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 41:25-42:9 | Inadmissible lay opinion, lacks personal knowledge |
| Dep. Tr. 54:9-17 | Lacks personal knowledge |
| Dep. Tr. 120:6-14 | Lacks personal knowledge |
| **NBC Universal + Comcast (Bhatia) Dep. Tr.** | |
| Dep. Tr. 90:23-91:3 | Inadmissible lay opinion, lacks personal knowledge |

Entered this ___ day of _____, 2024

Alexandria, Virginia

                                            _____
                                            Hon. Leonie M. Brinkema
                                            United States District Judge