# EXHIBIT A

## In the Matter Of:

*USA vs*

*Google*

*JAMES AVERY*

*August 16, 2023*



Case 1:23-cv-00108-LMB-JFA   Document 1164-2   Filed 08/16/24   Page 3 of 11 PageID# 84685

USA vs. Google                                                        James Avery
                                                                August 16, 2023

## Page 1

```
 1   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 2
     -------------------------------------X
 3   UNITED STATES OF AMERICA, et al,
 4              PLAINTIFF,
 5       -against-           Civil 1:23-cv-00108
 6   GOOGLE LLC,
 7              DEFENDANT.
     -------------------------------------X
 8
 9
10       VIDEOTAPED DEPOSITION OF JAMES H. AVERY
11                  Robinson Bradshaw
12            1450 Raleigh Road, Suite 100
13          Chapel Hill, North Carolina 27518
14              Wednesday, August 16, 2023
15                    10:10 a.m.
16
17
18   Reported by:  Cindy A. Hayden, RMR, CRR
19             JOB #:  2023-90795
20
21
22
23
24
25
```

## Page 2

```
 1   A P P E A R A N C E S:
 2
 3       U.S. DEPARTMENT OF JUSTICE
         Antitrust Division
 4       450 5th Street NW
         Washington, DC  20530
 5       BY:  ISABEL AGNEW, ESQ.
              JEFFREY VERNON, ESQ.
 6
 7       DEPARTMENT OF JUSTICE ATTORNEY GENERAL
         Special Deputy Attorney General
 8       Consumer Protection
         114 W. Edenton Street
 9       Raleigh, NC  27602-0629
         BY:  JONATHAN R. MARX, ESQ.
10
11       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         Attorneys for Google
12       1285 Avenue of the Americas
         New York, NY  10019-6064
13       BY:  ERIN J. MORGAN, ESQ.
              CARTER GREENBAUM, ESQ. (Remotely)
14
                 ~ And ~
15
         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
16       2001 K Street, NW
         Washington, DC  20006-1047
17       BY:  ERICA SPEVACK, ESQ. (Remotely)
              ELIZABETH NORFORD, ESQ. (Remotely)
18
19       ROBINSON BRADSHAW
         Attorneys for Kevel/James Avery
20       1450 Raleigh Road
         Suite 100
21       Chapel Hill, NC  27517
         BY:  EMILY J. SCHULTZ, ESQ.
22
23   ALSO PRESENT:  Kyle Roeder, Videographer
                    Leslie Pierce-Connor,
24                  Kevel in-house counsel
25
```

## Page 3

```
 1                I N D E X
 2                                          PAGE
 3   EXAMINATION BY MS. AGNEW                 5
 4   EXAMINATION BY MS. MORGAN               53
 5   EXAMINATION BY MS. AGNEW                86
 6
 7            NEWLY MARKED EXHIBITS
 8
 9   NUMBER          DESCRIPTION            PAGE
10   EXHIBIT 1   Emails, top one dated 4/25/19,  30
                 Subject:  Question about your
11               tweet:), Bates KVL00000945-947
12   EXHIBIT 2   Emails, top one dated 2/5/20,   54
                 Subject:  WSJ Article, Bates
13               KVL00000934
14   EXHIBIT 3   Document titled What are the    73
                 Main Doubleclick Alternatives?
15               A 2023 Guide, dated 8/5/19
16   EXHIBIT 4   Twitter exchange dated April    94
                 24, 2019
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1            P R O C E E D I N G S
 2                  * * *
 3       THE VIDEOGRAPHER:  We are now on
 4   record.  My name is Kyle Roeder.  I am the
 5   videographer retained by Lexitas.  This is the
 6   video deposition for the court -- for the
 7   United States District Court for the Eastern
 8   District of Virginia.  Today's date is August 16th,
 9   2023, and the video time is 10:11 a.m.
10       The deposition is being held at
11   Robinson Bradshaw, 1450 Raleigh Road, Suite 100,
12   Chapel Hill, North Carolina, 27517, in the matter
13   of United States, et al., v. Google LLC,
14   Civil Action Number 1:23-CV-00108.  The deponent is
15   James Avery.
16       All counsel will be noted on the
17   stenographic record.  Would all counsel please
18   identify themselves.
19       MS. SCHULTZ:  I'm Emily Schultz from
20   Robinson Bradshaw on behalf of the witness.
21       MS. PIERCE-CONNOR:  Leslie
22   Pierce-Connor, in-house counsel, on behalf of the
23   deponent.
24       MS. AGNEW:  Isabel Agnew, here on
25   behalf of the United States.
```

Page 9

1  websites. And so I was building websites in high
2  school and then partially through college. Went to
3  Dell, moved up to be a programmer at Dell, and then
4  continued my career as a developer.
5      Q.  And where are you currently employed?
6      A.  Adzerk or Kevel.
7      Q.  Where were you employed prior to Kevel?
8      A.  I -- I worked for a company called
9  Infozerk, which was an LLC consulting company that
10 I founded.
11     Q.  Did you work anywhere else between Dell
12 and Infozerk?
13     A.  No. Wait. No, I'm sorry. Yes.
14 Between -- between Dell and Infozerk, yes. I
15 worked at a company called G.A. Sullivan that was
16 acquired by Avanade. And then I also worked for a
17 company called Schawk, S-C-H-A-W-K, in Cincinnati.
18     Q.  So what was your role at Dell?
19     A.  I started out as an -- in support and
20 then moved on to be a software developer.
21     Q.  And briefly, what were your
22 responsibilities?
23     A.  I was basically writing -- building the
24 tools that the support techs used while on the --
25 on the phone with customers.

Page 10

1      Q.  Okay. And at Schawk, what was your
2  role?
3      A.  I was software engineer and basically
4  was building a lot of the internal tools they used
5  for, like, imaging preprocessing.
6      Q.  And G.A. Sullivan?
7      A.  Yeah. G.A. Sullivan I was a
8  consultant, and so I was -- they basically -- we
9  did deals with different companies for us to go
10 build their internal systems for them.
11     Q.  And G.A. Sullivan was the consultancy?
12     A.  Yeah. Yep.
13     Q.  And Infozerk, what was your role?
14     A.  Yeah. So I was -- it was basically
15 doing consulting for companies; going in and
16 helping them build, like, large enterprise software
17 programs.
18     Q.  All right. Let's turn back to Kevel,
19 or would you prefer that I call it "Adzerk"?
20     A.  Either one.
21     Q.  Okay. In your current position, so at
22 a high level, what is Kevel's business?
23     A.  At a high level, we -- we built a set
24 of APIs that customers use to build ad platforms;
25 so, essentially, an ad-serving API.

Page 11

1      Q.  And who are Kevel's customers, category
2  of customers?
3      A.  Yeah, categories? So we work with a
4  lot of marketplaces; e-commerce companies, Fintech,
5  and that includes kind of banks as well as, like,
6  newer Fintech apps.
7          And then we also work with digital
8  at-home companies, and then, you know, I'd say a
9  handful of, like, ad networks. So it's a pretty
10 large variety of customer types.
11     Q.  And what is your role at Kevel?
12     A.  I'm the CEO.
13     Q.  And what are your responsibilities as
14 Kevel's CEO?
15     A.  Largely, managing our leadership team,
16 just about whatever -- whatever is asked of me.
17     Q.  And how has your role in the company
18 changed since Kevel was founded?
19     A.  Yeah. I mean, early on, I was writing
20 a lot of code; I was, you know, very involved in
21 different sales. Now, obviously, as we've gotten
22 larger, I'm less involved. And they don't let me
23 write code anymore. I'm more involved in, you
24 know, the overall management of the company versus
25 the, you know, individual customers or projects.

Page 12

1      Q.  Did you found Kevel?
2      A.  Yes.
3      Q.  In your time at Kevel, have you
4  interacted with internet publishers?
5      A.  Yes.
6      Q.  How often?
7      A.  I mean, early on, we were -- like, I
8  was selling to those publishers, you know. Up
9  until today, I still -- like, with some of our
10 larger publishers, we will, you know -- I'll still
11 be involved in -- in talking with large customers.
12     Q.  And in your time at Kevel, have you
13 interacted with advertisers, ad agencies or
14 demand-side platforms?
15         MS. MORGAN: Objection to form.
16 BY MS. AGNEW:
17     Q.  Let me rephrase.
18         In your time at Kevel, have you
19 interacted with advertisers?
20         MS. MORGAN: Objection to form.
21 BY MS. AGNEW:
22     Q.  You can answer.
23     A.  Yeah, I'm trying to figure out, like,
24 do -- interact -- we -- we don't work directly with
25 advertisers. We've had discussions with them.

Page 25

1  BY MS. AGNEW:
2      Q.  If Google were to integrate AdX with
3  Kevel's publisher ad server in the same way that
4  Google integrates AdX with Google's GAM, what
5  impact, if any, would that have on competition?
6          MS. MORGAN:  Objection to form.
7          THE WITNESS:  I believe it would allow
8  us to compete on a more level playing field when
9  talking to a traditional publisher.
10 BY MS. AGNEW:
11     Q.  Okay.  Changing course a little.  In
12 what ways, if any, do you view Kevel's publisher ad
13 server as being more innovative than Google's
14 publisher ad server?
15     A.  I believe that --
16         MS. MORGAN:  Objection to form.
17         THE WITNESS:  I believe that our
18 approach to APIs and the fact that we allow our --
19 our customers to really build innovative ad types
20 and -- and units is -- is very innovative compared
21 to what GAM offers.
22 BY MS. AGNEW:
23     Q.  And what is your basis for saying that?
24     A.  I think when we see our -- the
25 customers that come to us are coming to us because

Page 26

1  they want that flexibility and that ability for
2  them to innovate, and they usually looked at GAM
3  first.
4      Q.  And what is it about GAM that is
5  inflexible?
6      A.  GAM is focused --
7          MS. MORGAN:  Objection to form.
8          THE WITNESS:  Sorry.
9          GAM is focused on really serving the
10 more standard units of display or -- or a certain
11 type of native and is not geared towards things
12 like sponsored listings or very native ads.
13 BY MS. AGNEW:
14     Q.  And what is a traditional ad unit?
15     A.  Usually banners, so 300 by 250, 728 by
16 90, banners that are shown on the -- on the web.
17     Q.  And is that what you meant a moment ago
18 by "standard units"?
19     A.  Yes.
20     Q.  In what ways do you view -- if any --
21 do you view Kevel's publisher ad server as being a
22 better product than Google's GAM?
23     A.  I think it depends on the -- which kind
24 of segment or market that we're talking about.
25 When we talk to a traditional publisher who wants

Page 27

1  to just serve, you know, classic display ads, then
2  we actually tell them they should probably just use
3  GAM.
4          If they're looking to build sponsored
5  listings or native or build an auction, that's when
6  we -- we believe that we are a better solution.
7      Q.  So why would you tell those publishers
8  to use GAM?
9      A.  Mainly for the --
10         MS. MORGAN:  Objection to form.
11         THE WITNESS:  Mainly for the demand
12 from AdX and then also for the integrations that
13 GAM provides.
14 BY MS. AGNEW:
15     Q.  In the past five to ten years, who has
16 been more innovative in the publisher ad server
17 business, Kevel or Google?
18         MS. MORGAN:  Objection to form.
19         THE WITNESS:  Kevel.
20 BY MS. AGNEW:
21     Q.  What is your basis for saying that?
22     A.  I think just based on -- if you look at
23 our customer set and what they're doing with our
24 product, you see a lot more innovation from our
25 customers than you see from the customers that are

Page 28

1  using GAM.
2      Q.  For publishers who use programmatic
3  display advertising, why do those publishers choose
4  Google's publisher ad server even though you
5  believe Kevel is more innovative?
6          MS. MORGAN:  Objection to form.
7          THE WITNESS:  I believe it is due to
8  the integration with AdX and the tight coupling of
9  Google demand to GAM.
10 BY MS. AGNEW:
11     Q.  So how would you describe GAM's
12 position in the publisher ad server business today?
13     A.  I think they're dominant.
14     Q.  And why do you describe Google's GAM as
15 being the dominant publisher ad server?
16     A.  I don't -- I don't know of any
17 publishers that aren't using GAM, traditional
18 publishers.
19         MS. AGNEW:  Let's go off the record for
20 a second.
21         THE VIDEOGRAPHER:  Off record at
22 10:37 a.m.
23              * * *
24         (Whereupon, there was a recess in the
25 proceedings from 10:37 a.m. to 10:48 a.m.)

Page 29

1                *  *  *
2        THE VIDEOGRAPHER:  On record at
3  10:48 a.m.
4  BY MS. AGNEW:
5        Q.  So, Mr. Avery, I wanted to talk about
6  what you mentioned before about Kevel being an
7  API-based ad serving platform.  What is an API?
8        A.  An API is a application programming
9  interface.
10       Q.  And how does an API function?  What's
11  its -- what's its purpose?
12       A.  Essentially, it's a -- it's a way for
13  servers or computers to talk directly to each other
14  to provide a service.
15       Q.  And why is Kevel's publisher ad server
16  API-based?
17       A.  To really enable innovation from our
18  customers, to allow them to really build unique ad
19  platforms.
20       Q.  So APIs allow customers to customize
21  their ads?
22       MS. MORGAN:  Objection to form.
23       THE WITNESS:  Correct.
24       MS. AGNEW:  I will now introduce what I
25  will mark as Kevel's Exhibit 1.

Page 30

1        (AVERY EXHIBIT 1, Emails, top one dated
2  4/25/19, Subject:  Question about your tweet:),
3  Bates KVL00000945-947, was marked for
4  identification.)
5  BY MS. AGNEW:
6        Q.  This is the document with the Bates
7  ending in 945.
8        Mr. Avery, please take a moment to
9  review while I describe it for the record.
10       For the record, this is an email chain
11  where the top email is from Mr. Avery, dated
12  April 25th, 2019.
13       Mr. Avery, just let me know when you're
14  ready.
15       A.  I'm done.
16       Q.  Thank you.
17       So is this document an email chain
18  involving you and Sarah Sluis from April 2019?
19       A.  Yes.
20       Q.  And who is Ms. Sluis?
21       A.  She's a reporter with AdExchanger.
22       Q.  Is it fair to say that at the time that
23  you wrote these emails, you were knowledgeable
24  about Kevel's efforts to compete in the publisher
25  ad server business?

Page 31

1        MS. MORGAN:  Objection to form.
2        THE WITNESS:  Yes.
3  BY MS. AGNEW:
4        Q.  Do you regularly use email when
5  performing your duties as CEO of Kevel?
6        A.  Yes.
7        Q.  Has this been the case since at least
8  2019?
9        A.  Yes.
10       Q.  To your knowledge, has Kevel maintained
11  this email in the regular course of its business?
12       A.  Yes.
13       Q.  So I'm going to walk you through some
14  of the communications contained in this exchange.
15  First, please go to Page 2 of the document to the
16  last email at the bottom that then runs onto
17  Page 3.  Do you see that?
18       A.  Yes.
19       Q.  So this is an email from Ms. Sluis to
20  you on April 24th, 2019, at 7:52 p.m.  In the first
21  full paragraph of that email, Ms. Sluis writes,
22  quote:  Saw the exchange with Steph on Twitter.  I
23  thought that AdWords could *kinda* integrate with
24  other ad servers, close quote.
25       Do you see that?

Page 32

1        A.  Yes.
2        Q.  Did I read that correctly, leaving
3  aside the link embedded in the text?
4        A.  Yes.
5        Q.  Let's go to the email above that which
6  you sent to Ms. Sluis on April 24th, 2019, at
7  10:17 p.m., to the second full sentence starting
8  with "But AdX."
9        Do you see that?
10       A.  Yes.
11       Q.  So here you write:  But AdX is almost
12  completely tied to DFP (Ad Manager).  We have
13  worked with some customers who have AdX tags,
14  meaning they can put them in our ad server or
15  another, but no one really wants to use tags
16  anymore since you end up with passbacks and other
17  inefficiencies.
18       Did I read that correctly?
19       A.  Yes.
20       Q.  Now, please turn to the first page of
21  the document to the second email from the top.
22  This is an email from Ms. Sluis to you, sent on
23  April 25th, 2019, at 12:54 p.m.
24       At the start of the email, Ms. Sluis
25  writes, quote:  I see!  So a tag is essentially

Page 41

1    A.  I didn't like them.
2    Q.  Aside from not liking them, did you
3  have any other opinion about whether Google had a
4  valid basis for that response?
5    A.  I -- I don't know how their internal
6  system works, but I believe that their -- if every
7  other exchange can integrate with us in a
8  server-to-server fashion that it should definitely
9  be technically possible for Google to do the same.
10   Q.  And what is your basis for saying that?
11   A.  Just our experience with every other ad
12 exchange and being able to connect in that way.
13   Q.  What makes you think that Google would
14 be able to integrate in that way?
15       MS. MORGAN:  Objection to form.
16       THE WITNESS:  Because I think that
17 they -- like, ad exchanges all work fairly
18 similarly and based around OpenRTB.  And they also
19 do connect on pushing demand out to other
20 exchanges, just not from the supply side.
21 BY MS. AGNEW:
22   Q.  What is your understanding of how
23 technically challenging it would be for Google to
24 integrate AdX with Kevel's publisher ad server in
25 the same way that Google integrates Google's ad

Page 42

1  exchange with Google's publisher ad server?
2        MS. MORGAN:  Objection to form.
3        THE WITNESS:  I don't know.
4  BY MS. AGNEW:
5    Q.  Has integrating with other exchanges
6  with Kevel's publisher ad server been technically
7  challenging?
8    A.  No.
9    Q.  Okay.  Let's move back to the document.
10       I am looking now on the same page on
11 the same email on Page 2, which you wrote to
12 Ms. Sluis on April 24th, 2019, at 10:17 p.m.
13       Do you see that email?
14   A.  Yes.
15   Q.  Here you write, quote:  Almost every ad
16 server has gone out of business because of this
17 integration between AdX and Ad Manager.  Publishers
18 may want to use another ad server but they would
19 end up giving up a chunk of revenue from AdX.  It
20 turns out monopolies are pretty effective, close
21 quote.
22       Did I read that correctly?
23   A.  Yes.
24   Q.  What does the "integration between AdX
25 and Ad Manager" refer to?

Page 43

1    A.  The integration between AdX and Google
2  Ad Manager.
3    Q.  And what does the word "monopoly" refer
4  to here?
5    A.  The -- essentially, the position that
6  Google Ad Manager has in the publisher market.
7    Q.  Is that in the publisher market or the
8  publisher ad server market?
9        MS. MORGAN:  Objection to form.
10       THE WITNESS:  Publisher ad server
11 market.
12 BY MS. AGNEW:
13   Q.  Thank you.
14       And why do you view Google's publisher
15 ad server GAM as being a monopoly in the publisher
16 ad server market?
17       MS. MORGAN:  Objection to form.
18       THE WITNESS:  I think they have -- they
19 have over -- you know, over 90 percent or more of
20 publishers are using GAM.  But --
21 BY MS. AGNEW:
22   Q.  Why do you say that publishers would
23 have to give up a chunk of revenue from Google's
24 ad exchange if publishers chose to not use Google's
25 publisher ad server?

Page 44

1    A.  Because of the -- the tight integration
2  with AdX and the fact that other ad servers,
3  including Kevel, can't integrate with AdX in the
4  same way that GAM integrates with AdX.
5    Q.  You also refer to other publisher ad
6  servers as going out of business.  Which publisher
7  ad servers have gone out of business in the past
8  five to ten years?
9    A.  The -- I believe the ones I was
10 referring to here were -- OpenX closed their
11 ad-serving product, and they're only now an
12 ad exchange.  OAS, which may have had a different
13 name, which used to be a publisher ad server, had
14 closed down.  And then AppNexus also closed part of
15 their publishing ad server platform.
16   Q.  Do you know why those publisher ad
17 servers have gone out of business?
18       MS. MORGAN:  Objection to form.
19       THE WITNESS:  I can only speculate.
20 BY MS. AGNEW:
21   Q.  To the best of your knowledge, why have
22 those publisher ad servers gone out of business?
23       MS. MORGAN:  Objection to form.
24       THE WITNESS:  Because the majority of
25 publishers choose to work with GAM, largely based

Page 49

1      THE WITNESS:  Yes.
2  BY MS. AGNEW:
3      Q.  And what is Kevel's pitch to publishers
4  today?
5      A.  Well, our pitch to -- to our -- to
6  publishers is that they should build native -- they
7  should build their own ad platforms on top of our
8  APIs.  But we don't actually pitch that to
9  traditional publishers very often because they are
10 more likely just to serve programmatic display.
11 BY MS. AGNEW:
12     Q.  So is that your pitch to marketplaces?
13     A.  Yes.
14     Q.  And what did you mean by "marketplaces"
15 earlier?
16     A.  We define "marketplace" as anyone who
17 is selling -- who is selling goods or services that
18 they aren't creating.  So anything from like an
19 eBay to an Amazon would be a marketplace.
20     Q.  And is that your pitch to e-commerce
21 retailers?
22     A.  Yes.
23     Q.  And what is an e-commerce retailer?
24     A.  Really, anyone who is -- who is doing
25 commerce online.

Page 50

1      Q.  But in the past five to ten years,
2  Kevel has not been able to convince major
3  publishers to substitute their programmatic display
4  advertising with other types of ads; is that
5  correct?
6          MS. MORGAN:  Objection to form.
7          THE WITNESS:  Correct.
8  BY MS. AGNEW:
9      Q.  Over the past five to ten years, why
10 has Kevel not been successful in convincing major
11 publishers to use other types of ads other than
12 programmatic display on their websites?
13     A.  I think because for traditional
14 publishers, programmatic and especially display ads
15 are -- are potentially the right ad for them to
16 serve.
17     Q.  And why is that?
18     A.  I think when you're -- if your business
19 is creating articles and -- and you're kind of
20 based on people reading those articles, viewing
21 them, then traditional display ads are, you know,
22 very similar to traditional newspaper ads, and they
23 capture the eyeballs of the people reading those
24 articles.
25     Q.  Earlier, we talked a little bit about

Page 51

1  Google's ad exchange, AdX.  In terms of size, how
2  does AdX compare to other ad exchanges -- like
3  Index, PubMatic or AppNexus -- for programmatic
4  display advertising?
5          MS. MORGAN:  Objection to form.
6          THE WITNESS:  I believe it is the
7  largest.
8  BY MS. AGNEW:
9      Q.  And what is your basis for saying it is
10 the largest?
11     A.  Based on the publishers that we talked
12 to, it represents the largest portion of their
13 revenue.
14     Q.  In your experience, which ad exchange
15 is the most essential for publishers who want
16 programmatic demand for open web display
17 advertising?
18     A.  AdX.
19     Q.  And why do you view AdX as the
20 essential exchange for display advertising --
21 programmatic display advertising?
22         MS. MORGAN:  Objection to form.
23         THE WITNESS:  AdX has demand both
24 from -- from Google's DSP as well as from their
25 Google Ad network, and that demand is not available

Page 52

1  anywhere else.
2  BY MS. AGNEW:
3      Q.  And what is Google's DSP?
4      A.  I believe it's called DV360.
5      Q.  Okay.  And what impact, if any, does
6  the link between Google's publisher ad server and
7  Google's advertiser demand have on competition in
8  the advertising exchange market?
9          MS. MORGAN:  Objection to form.
10         THE WITNESS:  It gives them a unique
11 source of demand that's not available to other ad
12 exchanges, which means that it's -- the other ad
13 exchanges essentially can't compete in a -- on a
14 level playing field because they aren't working
15 with all the same demand.
16         MS. AGNEW:  All right.  Thank you,
17 Mr. Avery, for answering my questions.  At this
18 time, I'd like to reserve the balance of my time or
19 at least a reasonable portion of it for redirect.
20 I pass the witness.
21         MS. MORGAN:  Great.
22         MS. AGNEW:  Let's go off the record.
23         MS. MORGAN:  Can I take ten minutes to
24 get organized?  Is there a room for a few minutes?
25         THE VIDEOGRAPHER:  Let's go off the

Case 1:23-cv-00108-LMB-JFA   Document 1164-2   Filed 08/16/24   Page 9 of 11 PageID# 84651

USA vs. Google                                                                 James Avery
                                                                          August 16, 2023

Page 93

1  Q. How easy or difficult is it for a
2  traditional publisher -- no. Sorry. Let me move
3  on.
4        So you gave testimony a little earlier
5  about publishers -- publisher -- publishers using
6  more than one publisher ad server. What
7  understanding do you have on whether traditional
8  publishers use multiple publisher ad servers?
9  **A. I think a decent number of publishers**
10 **use multiple ad servers.**
11 Q. Do they use multiple publisher ad
12 servers for programmatic display advertising?
13 **A. No.**
14 Q. So what publisher ad server do they use
15 for programmatic display advertising?
16 **A. GAM.**
17       MS. MORGAN: Objection to form.
18 **THE WITNESS: GAM.**
19 BY MS. AGNEW:
20 Q. So counsel also asked you about
21 speaking with the DOJ recently and in the -- in --
22 between 2019 and 2021, correct?
23 **A. Yes.**
24 Q. Let me show you another document. Just
25 one moment.

Page 94

1  A. No problem.
2        MS. AGNEW: I would like to introduce
3  what I've marked as Avery Exhibit 4.
4        (AVERY EXHIBIT 4, Twitter exchange
5  dated April 24, 2019, was marked for
6  identification.)
7  BY MS. AGNEW:
8  Q. So this is a PDF document containing a
9  screenshot of a Twitter exchange between Mr. Avery
10 and Stephanie Layser, dated April 24, 2019,
11 correct?
12 **A. Yes.**
13 Q. Mr. Avery, who is Stephanie Layser?
14 **A. I actually don't know.**
15 Q. In her tweet, Ms. Layser writes that,
16 quote: Pubs should be asking one question to
17 Google: Do you plan on going into another header
18 bidding or S2S solution? Because if the answer is
19 NO -- capital N, capital O -- they are tying DFP to
20 AdX to AdWords to pubs -- so pubs can't have
21 control and no option to switch ad servers and
22 achieve optimal yield, close quote.
23       Do you see that?
24 **A. Yes.**
25 Q. Did I read that correctly?

Page 95

1  A. Yes.
2  Q. And below that, you respond also on
3  April 24th, 2019, quote: They have been doing this
4  for years - it's why most other display ad servers
5  have shut down, close quote.
6        Do you see that?
7  A. Yes.
8  Q. Did I read it correctly?
9  A. Yes.
10 Q. What did you understand Ms. Layser to
11 mean when she referred to Google tying DFP to AdX
12 to AdWords?
13       MS. MORGAN: Objection. Form.
14 **THE WITNESS: Yeah, so when we -- when**
15 **we talk about AdX, AdX has unique demand because**
16 **it's both demand from DV360 as well as from**
17 **AdWords. And that only being available through**
18 **AdX, what Stephanie is saying that if AdX could**
19 **header bid or bid into other solutions, it would**
20 **let publishers choose a different ad server in the**
21 **market.**
22 BY MS. AGNEW:
23 Q. So you just testified that AdX could
24 header bid or bid into other solutions that would
25 let publishers choose a different ad server in the

Page 96

1  market. Were you referring to publisher ad server?
2  **A. Yes.**
3  Q. At the time, did Google -- Google's ad
4  exchange bid into header bidding?
5  A. No.
6        MS. MORGAN: I'm -- I'm sorry.
7  Objection. Form.
8  BY MS. AGNEW:
9  Q. And what did you mean when you said
10 that Google has been doing this for years?
11 **A. Essentially, that they haven't been --**
12 **they haven't been -- basically, I think what I --**
13 **what I meant by when I said they've been doing this**
14 **for years is that they've been tying AdWords and**
15 **AdX to DFP or GAM and that that's what's pushed**
16 **other ad servers out of the market.**
17 Q. And what did you mean when you said
18 "it's why most other display ad servers have shut
19 down"?
20 **A. Just that basically because they've**
21 **tied this unique demand to their ad server, other**
22 **ad servers can't compete in that market.**
23 Q. And what opinion, if any, were you
24 expressing about the effects on competition or
25 other publisher ad servers that result from the

Page 97

1  links between DFP, AdX and AdWords?
2  **A. Yeah, I think it --**
3     MS. MORGAN: Objection to form.
4  **THE WITNESS: I think it makes it**
5  **almost impossible for publisher ad servers to**
6  **compete against GAM in the market.**
7  BY MS. AGNEW:
8     Q. And at the time you wrote this tweet,
9  had you spoken to the DOJ?
10 **A. I don't believe so.**
11    Q. So you were critical of the links
12 between DFP, AdX and AdWords before speaking with
13 DOJ?
14 **A. Yes.**
15    MS. MORGAN: Objection to form.
16 **THE WITNESS: Yes.**
17 BY MS. AGNEW:
18    Q. So earlier today you said that, to
19 summarize, the links between DFP, AdX and AdWords
20 have negative effects, correct?
21 **A. Yes.**
22    MS. MORGAN: Objection to form.
23 BY MS. AGNEW:
24    Q. Was today the first time you have said
25 that the links between DFP, AdX and AdWords have

Page 98

1  negative effects?
2  **A. No.**
3     MS. AGNEW: I'm going to ask to go off
4  the record again.
5     THE VIDEOGRAPHER: Off record at
6  12:44 p.m.
7        * * *
8     (Whereupon, there was a recess in the
9  proceedings from 12:44 p.m. to 12:48 p.m.)
10       * * *
11    THE VIDEOGRAPHER: On record at
12 12:48 p.m.
13 BY MS. AGNEW:
14    Q. So, Mr. Avery, I'd like to return to
15 Avery Exhibit 1, the document with Bates ending in
16 945.
17 **A. Okay.**
18    Q. So we've discussed this document
19 before, and I just wanted to draw your attention
20 back to the statement you made at the very top
21 email on Page 1 of the exchange, which I will read
22 again for the record.
23    MS. MORGAN: I'm just going to object
24 that this outside the scope of the cross, so it's
25 not proper material for redirect.

Page 99

1  BY MS. AGNEW:
2     Q. Here you write, quote: People are
3  doing banner ads are so tied to GAM it's not even
4  funny, close quote.
5  **A. Yes.**
6     Q. Did I read that correctly?
7  **A. Yes.**
8     Q. When you wrote this email, had you
9  spoken with the DOJ?
10 **A. I don't believe so.**
11    MS. AGNEW: All right. I pass the
12 witness.
13    MS. MORGAN: I have no further
14 questions for you today, Mr. Avery.
15 Congratulations, you're done.
16    I think we can go off the record.
17    THE VIDEOGRAPHER: This concludes
18 today's deposition of James Avery. The time is
19 12:49 p.m. We are now off record.
20    (Deposition concluded at 12:49 p.m.)
21    (Signature reserved.)

Page 100

1              SIGNATURE OF DEPONENT
2     I, the undersigned, JAMES H. AVERY, do
3  hereby certify that I have read the foregoing
4  deposition transcript and find it to be a true and
5  accurate transcription of my testimony, with the
6  following corrections, if any:
7
8  PAGE     LINE           CHANGE
9  ____     ____     _____
10 ____     ____     _____
11 ____     ____     _____
12 ____     ____     _____
13 ____     ____     _____
14 ____     ____     _____
15 ____     ____     _____
16 ____     ____     _____
17 ____     ____     _____
18 ____     ____     _____
19 ____     ____     _____
20 ____     ____     _____
21 ____     ____     _____
22 ____     ____     _____
23
24          _____
25                JAMES H. AVERY

```
 1                    CERTIFICATE OF REPORTER
 2
         I, Cindy A. Hayden, Registered Merit
 3  Reporter and Notary Public for the State of North
    Carolina at Large, do hereby certify:
 4
         That the foregoing deposition was taken
 5  before me on the date and at the time and location
    stated on Page 1 of this transcript; that the
 6  deponent was duly sworn to testify to the truth,
    the whole truth and nothing but the truth; that the
 7  testimony of the deponent and all objections made
    at the time of the examination were recorded
 8  stenographically by me and were thereafter
    transcribed; that the foregoing deposition as typed
 9  is a true, accurate and complete record of the
    testimony of the deponent and of all objections
10  made at the time of the examination to the best of
    my ability.
11
         I further certify that I am neither related
12  to nor counsel for any party to the cause pending
    or interested in the events thereof.  Witness my
13  hand, this 16th of August, 2023, at Concord,
    Cabarrus County, North Carolina.
14
15
16         _____Cindy A. Hayden_____
17         Cindy A. Hayden,
           Registered Merit Reporter
18         Notary Public
           State of North Carolina at Large
19         My Commission expires:
20         April 7, 2027
21
22
23
24
25
```