# EXHIBIT B

# In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*GOPAL KRISHAN BHATIA*

*September 21, 2023*



## Page 6

```
 1            INDEX TO EXHIBITS
 2       WITNESS:  GOPAL KRISHAN BHATIA
 3         Thursday, September 21, 2023
 4  MARKED        DESCRIPTION            PAGE
 5  Exhibit 1  Email chain ending on
 6             October 19, 2017; COM-00003942  104
 7  Exhibit 2  Order Form - Google Ad Manager
 8             360 Service; COM-00246875    111
 9  Exhibit 3  Email dated August 11, 2016,
10             with attachment; COM-00252865  134
11  Exhibit 4  Article from Ad Age dated
12             May 2, 2022                  156
13  Exhibit 5  Email chain ending on July 10,
14             2017; COM-00012801           163
15  Exhibit 6  Email chain ending on
16             March 12, 2020, with
17             attachment; COM-00122098     182
18  Exhibit 7  Email chain ending on
19             February 28, 2017;
20             COM-00009502                 186
21
22
23
24
25
```

## Page 7

```
 1            INDEX TO EXHIBITS
 2       WITNESS:  GOPAL KRISHAN BHATIA
 3         Thursday, September 21, 2023
 4  MARKED        DESCRIPTION            PAGE
 5  Exhibit 8  Email chain ending on
 6             November 26, 2019;
 7             DOJ_Ads_B_00000060128        191
 8
 9    ** All exhibits were attached to the
10          original transcript **
11
12                  --o0o--
```

## Page 8

```
 1                    ******
 2                  PROCEEDINGS
 3         September 21, 2023, 10:02 a.m.
 4                New York, New York
 5                    ******
 6         THE VIDEOGRAPHER:  We are now on
 7    the record.  My name is Jonathan
 8    Juarez.  I am a legal videographer for
 9    Lexitas.
10         Today's date is September 21,
11    2023, and the time is 10:03 a.m.
12         This deposition is taking place
13    at 450 Lexington Avenue, New York,
14    New York, in the matter of United
15    States vs. Google LLC.
16         The deponent is Krishan Bhatia.
17         All counsel will be noted on the
18    stenographic record.
19         The court reporter is Jessie
20    Waack and will now swear in the
21    witness.
22                    *****
23         GOPAL KRISHAN BHATIA, sworn
24    on oath and/or affirmed, called as a
25    witness herein, was examined and testified
```

## Page 9

```
 1    as follows:
 2                    *****
 3                 EXAMINATION
 4  BY MR. GEIGER:
 5     Q.   Good morning, Mr. Bhatia.
 6          How are you?
 7     A.   Good morning.  Well, thank you.
 8     Q.   Great.  My name is David Geiger.
 9  I represent the United States of America.
10  I'm joined by my colleagues today Matthew
11  Gold, Bergen Smith, Jeff Qui, and Elizabeth
12  Aramayo.
13          Would counsel for Mr. Bhatia
14  please identify themselves for the record.
15          MR. BURKE:  You've got Art Burke
16    and Chris Lynch from Davis Polk
17    representing the witness.
18          MR. SCHWED:  Mariano Schwed,
19    in-house counsel at NBCUniversal.
20          MR. GREENBAUM:  You've got Carter
21    Greenbaum from Paul Weiss representing
22    Google.
23  BY MR. GEIGER:
24     Q.   Mr. Bhatia, would you please
25  spell your full name for the record.
```

Page 86

1  service.
2      Q.   Does AdX charge a take rate for
3  display ads?
4      A.   Yes, it does.
5      Q.   What is AdX's take rate for
6  display ads?
7      A.   It depends on the form of
8  transaction.  There are various forms that
9  it enables.  I believe there are three or
10 four.
11          But for the primary one, their
12 take rate is around 20 percent.
13     Q.   And which is the primary form of
14 transaction?
15     A.   I think it's just the open
16 exchange transaction method.
17     Q.   So open auction?
18     A.   Correct.
19     Q.   What are the other forms of
20 transaction on AdX?
21     A.   There are programmatic guaranteed
22 deals which we talked about earlier, and
23 there might be a couple of other methods of
24 transacting.  But the primary form we use
25 is the open -- open auction.

Page 87

1      Q.   And for open auction, AdX's take
2  rate is 20 percent?
3      A.   I believe so, yes.
4      Q.   For open auction display ads, how
5  does AdX's take rate compare with the take
6  rate of the other exchanges that NBCU uses?
7      A.   I don't know all the take rates
8  specifically of the others, but I believe
9  they're generally lower and in the -- it
10 really depends.  It really depends on
11 which -- which provider we're talking
12 about.
13          Some can be lower.  Some don't
14 have a take rate model, so it's hard to
15 actually determine what the take rate might
16 be.  They operate in a different way.
17          But for those that have a take
18 rate, I believe it's lower and probably in
19 the 10 to 15 percent range or so.
20     Q.   You mentioned that some of the
21 exchanges that NBCU uses don't have a take
22 rate model.
23          Can you elaborate on how they
24 charge for their services?
25     A.   Some providers operate more on

Page 88

1  a -- on a CPM basis versus on a rev share
2  business, which is the same as a take rate,
3  and so the economics are not transparent --
4          (Stenographer asks for
5          clarification.)
6          THE WITNESS:  Are not.  Sorry.
7          The economics are not transparent
8      to the publisher as to how much of the
9      gross media revenue they may retain.
10 BY MR. GEIGER:
11     Q.   Can you explain kind of the --
12 how that works where the provider charges
13 on a CPM basis?
14     A.   Sure.  A provider, as an example,
15 could charge a marketer a $10 CPM for a
16 certain campaign, and it could pay out any
17 given CPM of that to a publisher.  It could
18 be $8.  It could be $7.  It could be more
19 or less than that.
20          And if I don't know the gross
21 media value, then it's not transparent to
22 me what the actual take rate or revenue
23 retention might be by that platform.
24     Q.   The providers that use that
25 model, are they ad networks?

Page 89

1      A.   Yes.  Generally speaking, they
2  are.
3      Q.   Which ad networks does NBCU use
4  today?
5      A.   There's one we work with called
6  Kargo, for example, which is a mobile ad
7  network.
8      Q.   How do you spell Kargo?
9      A.   K-a-r-g-o.
10     Q.   You use them for mobile display
11 ads?
12     A.   Correct.
13     Q.   Is that in app or also mobile
14 web?
15     A.   I believe it's both.
16     Q.   You mentioned header integrations
17 a couple minutes ago, so I want to talk
18 about header bidding --
19     A.   Okay.
20     Q.   -- for the next few minutes.
21          Are you familiar with the term
22 "header bidding"?
23     A.   I am.
24     Q.   What is header bidding?
25     A.   Header bidding is a technology

Case 1:23-cv-00108-LMB-JFA   Document 1164-3   Filed 08/16/24   Page 5 of 6 PageID# 34808
UNITED STATES OF AMERICA v
GOOGLE, LLC
Highly Confidential
Gopal Krishna Bhatia
September 21, 2023

Page 90

```
 1  solution to enable multiple ad exchanges
 2  and ad networks to compete with each other
 3  for a certain publisher's inventory,
 4  basically.
 5       Q.   Do you have an understanding as
 6  to why header bidding was developed
 7  initially?
 8       A.   Yes --
 9            MR. GREENBAUM:  Objection.  Form.
10       Foundation.
11            THE WITNESS:  Yes, I do.
12  BY MR. GEIGER:
13       Q.   And what is your understanding?
14       A.   It was to provide more
15  competition in the display advertising
16  marketplace, in particular, for ad
17  exchanges and ad networks.
18       Q.   And how did you gain an
19  understanding?
20       A.   That was a big industry topic at
21  the time that it emerged within the digital
22  advertising ecosystem.
23       Q.   Was there a need for more
24  competition in the display advertising
25  marketplace?
```

Page 91

```
 1            MR. GREENBAUM:  Objection.  Form.
 2            THE WITNESS:  I believe most
 3       players believed so, yes.
 4  BY MR. GEIGER:
 5       Q.   And what's your understanding as
 6  to why that was believed?
 7       A.   Generally, display advertising,
 8  at the time, you know, accrued primarily to
 9  the Google Ad Exchange, and there were
10  several other ad exchanges that were
11  competing to grow.
12            And the way that publishers had
13  set up indirect revenue enablement didn't
14  allow ad exchanges to compete head to head,
15  basically.
16       Q.   Can you explain why it was that
17  the way indirect revenue enablement was set
18  up didn't allow ad exchanges to compete
19  head to head?
20       A.   Publishers generally use
21  something we called a waterfall or a daisy
22  chain, and that allowed publishers to work
23  with different ad exchanges, but there
24  would be a cascading way that those ad
25  exchanges got to bid on and then deliver
```

Page 92

```
 1  ads to publishers.
 2            And in a cascading manner, you
 3  don't ensure that all potential bids are
 4  received at the same time and that the
 5  highest bid basically wins.
 6       Q.   So because of this cascading
 7  manner, were there scenarios in which the
 8  exchange that would have paid the highest
 9  for that impression didn't actually get a
10  chance to bid --
11       A.   Correct.
12       Q.   -- on that impression?
13       A.   Yes, correct.
14       Q.   And can you explain how that
15  worked?
16       A.   Well, if you have a sort of
17  staggered way of running multiple ad
18  exchanges, the impression becomes
19  available, and there's an ad exchange that
20  is at the top of the waterfall that gets to
21  make a bid, and they might be willing to
22  pay X.
23            And if that is above your floor
24  price, then the bid clears and the ad
25  delivers, there could have been an exchange
```

Page 93

```
 1  further down in the waterfall that might be
 2  willing to pay X plus something.
 3            And they would not be able to
 4  serve against that impression because it
 5  was already taken.
 6       Q.   And with respect to DFP, are you
 7  familiar with the term "dynamic
 8  allocation"?
 9       A.   Yes, I believe I recall that.
10       Q.   And what do you understand
11  dynamic allocation to be?
12       A.   I think dynamic allocation was
13  Google's tool for managing multiple demand
14  sources within its own ad exchange, if I
15  recall correctly.
16       Q.   And do you have an understanding
17  as to where AdX was placed in the waterfall
18  as a result of dynamic allocation?
19       A.   I would assume that we had placed
20  the Google Ad Exchange at the top of the
21  prioritization after our direct sales,
22  basically, which were always the highest
23  priority.
24       Q.   Was dynamic allocation a setting
25  that NBCU chose to use?
```

Page 206

1   A.   No, we could not.
2   Q.   Can NBCU use DFP to place ads on
3   Meta?
4   A.   I don't believe we can.
5        MR. GEIGER:  If we can take a
6   short break, go off the record.  I
7   think I'm almost done, but I just want
8   to take a few minutes.
9        MR. BURKE:  Okay.
10       THE VIDEOGRAPHER:  The time right
11  now is 2:35 p.m., and we're off the
12  record.
13       (Whereupon, a recess was taken at
14       2:35 p.m.)
15       THE VIDEOGRAPHER:  The time right
16  now is 2:45 p.m., and we're back on the
17  record.
18       MR. GEIGER:  Welcome back,
19  Mr. Bhatia.
20       I don't have any more questions
21  at this time, so I'll just reserve
22  whatever I have in case Mr. Greenbaum
23  has any more questions.
24       THE WITNESS:  Okay.
25       MR. GREENBAUM:  Thank you,

Page 207

1   Mr. Bhatia, for your time.  I don't
2   have any more questions.  I appreciate
3   it.
4        THE WITNESS:  Thank you both.
5        MR. GEIGER:  Thank you very much,
6   Mr. Bhatia.  We appreciate your time.
7        THE WITNESS:  Sure thing.
8        THE VIDEOGRAPHER:  Off the
9   record.
10       The time right now is 2:45 p.m.,
11  and we're off the record.
12       (Time noted: 2:45 p.m.)

Page 208

1        REPORTER CERTIFICATE
2   I, the undersigned, do hereby certify:
3   That GOPAL KRISHAN BHATIA was by me duly
4   sworn in the within-entitled cause; that
5   said deposition was taken at the time and
6   place herein named; and that the deposition
7   is a true record of the witness's testimony
8   as reported by me, a disinterested person,
9   and was thereafter transcribed.
10  I further certify that I am not
11  interested in the outcome of the said
12  action, nor connected with, nor related to
13  any of the parties in said action, nor to
14  their respective counsel.
15  IN WITNESS WHEREOF, I have hereunto set
16  my hand this 21st day of September, 2023.
17  Signature: _X_Requested__Waived__Not Requested
18
19
20  _____
21       JESSICA R. WAACK
         Registered Diplomate Reporter
22       Certified Realtime Reporter
    California Certified Realtime Reporter
23    New York Realtime Court Reporter
      New York Association Court Reporter
24     Notary Public, State of New York
    CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25   CCR-WA (No. 21007264), CSR-CA (No. 14420)

Page 209

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4   carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8        After doing so, please sign the
9   errata sheet and date it.
10       You are signing same subject to
11  the changes you have noted on the errata
12  sheet, which will be attached to your
13  deposition.
14       It is imperative that you return
15  the original errata sheet to the deposing
16  attorney within thirty (30) days of
17  receipt of the deposition transcript by
18  you.  If you fail to do so, the deposition
19  transcript may be deemed to be accurate
20  and may be used in court.