# EXHIBIT C

# REDACTED

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF VIRGINIA
 3   ALEXANDRIA DIVISION
     _____
 4
     UNITED STATES, et al.,
 5
                            Plaintiffs,
 6
              -against-
 7
     GOOGLE LLC,
 8
                            Defendant.
 9
     No: 1:23-cv-00108-LMB-JFA
10   _____
11
                            September 26, 2023
12                          9:03 a.m.
13
14
15
16         DEPOSITION of ANDREW CASALE,
17   taken by Defendant, pursuant to Notice,
18   held at the offices of FENWICK & WEST LLP,
19   902 Broadway, New York, New York before
20   Wayne Hock, a Notary Public of the State
21   of New York.
22
23
24
25   Job No. CS6109029
```

Page 2

A P P E A R A N C E S:

UNITED STATES DEPARTMENT OF JUSTICE
Attorneys for Plaintiffs
    450 5th Street, NW
    Washington, D.C. 20001

BY:   JULIA TARVER WOOD, ESQ.
    Julia.wood@usdoj.gov
    ISABEL AGNEW, ESQ.
    isabel.agnew@usdoj.gov

AXINN, VELTROP & HARKRIDER LLP
Attorneys for Defendant
    1901 L Street, NW
    Washington, D.C. 20036
BY:   ALLISON VISSICHELLI, ESQ.
    avissichelli@axinn.com
    DENISE L. PLUNKETT, ESQ.
    dplunkett@axinn.com
    CHRIS ERICKSON, ESQ.
    cerickson@axinn.com
    (via videoconference)

FENWICK & WEST LLP
Attorneys for Witness
    902 Broadway
    New York, New York 10010
BY:   JAY L. POMERANTZ, ESQ.
    jpomerantz@fenwick.com
    SILVIA MEDINA, ESQ.
    silvia.medina@fenwick.com

Page 3

A P P E A R A N C E S: (Continued)

ALSO PRESENT:

    RON MARRAZZO, Videographer
    JASON CHICCHETTI, ESQ.
    JENNIFER HOOD, ESQ.

    *  *  *

Page 4

2 THE VIDEOGRAPHER: Good morning.
3 We are now going on the record.
4 The time is approximately 9:03 a.m.
5 a.m.
6 It is the 26th of September,
7 2023.
8 Please note that the microphones
9 are sensitive and may pick up
10 whispering and private conversations.
11 Please mute your phones at this
12 time.
13 Audio and video recording will
14 continue to take place, unless all
15 parties agree to go off the record.
16 This is the video recorded
17 deposition of Andrew Casale in the
18 matter of United States, et al.,
19 versus Google, LLC.
20 This case is filed in the United
21 States District Court, Eastern
22 District of Virginia, Alexandria
23 Division. The docket number is
24 1:23-cv-00108-LMB-JFA.
25 The location of this deposition

Page 5

2 is Fenwick and West located at 902
3 Broadway in New York City.
4 My name is Ron Marrazzo
5 representing Veritext Legal Solutions,
6 and our court reporter is Wayne Hock
7 from the firm Veritext Legal
8 Solutions.
9 I'm not related to any party in
10 this action, nor am I financially
11 interested in its outcome.
12 All counsel attending will be
13 noted on the written transcript.
14 We can now swear in the witness
15 and proceed.
16 A N D R E W  C A S A L E, having
17   been first duly sworn by a
18   Notary Public of the State of
19   New York, upon being examined,
20   testified as follows:
21 EXAMINATION BY
22 MS. VISSICHELLI:
23    Q.   Hello again, Mr. Casale.
24    A.   Hello.
25    Q.   I'm Allie Vissichelli and I'll

Page 10

```
 1                A. Casale
 2   least one call that I recall prior.
 3       Q.   And when was that call?
 4       A.   I want to say maybe 2021,
 5   sometime in that year.  I can't recall
 6   exactly when that call was.
 7       Q.   And do you recall who attended
 8   that call?
 9       A.   No.  I wouldn't be able to
10   remember names now.
11       Q.   Do you know if it was anybody
12   sitting here today?
13       A.   I can't tell you with certainty.
14       Q.   When you met with the DOJ this
15   spring, generally what did you talk about?
16       A.   Ad tech generally, Index
17   Exchange's business generally, the
18   relationship between Index and publishers,
19   dynamics around the auction or header
20   bidding.
21           That's what I can recall.
22       Q.   Did the DOJ give you anything
23   during this meeting?
24       A.   What does that mean?
25       Q.   Any documents to look at.
```

Page 11

```
 1                A. Casale
 2       A.   No.  I can't recall documents.
 3       Q.   Did you give the DOJ any
 4   documents?
 5       A.   Not me personally.
 6       Q.   Okay.
 7           Did anybody during the meeting
 8   give the DOJ any documents?
 9       A.   Not in the meeting.
10       Q.   Okay.
11           Just to clarify my earlier --
12   were you shown any documents during the
13   meeting?
14       A.   No.
15       Q.   Other than the call that you had
16   with the DOJ and the meeting you had with
17   them in the spring, were there any other
18   occasions you personally spoken with
19   anybody at the DOJ?
20       A.   I believe there may have been an
21   additional call, but I can't recall when
22   that was.
23       Q.   Do you recall, was it this year?
24       A.   No, it would have been the
25   before the call that I referenced, so
```

Page 12

```
 1                A. Casale
 2   presumably before 2021.
 3       Q.   And was there anything else that
 4   you would have wanted to do to prepare for
 5   today's deposition that you didn't have
 6   the opportunity to do?
 7           MR. POMERANTZ:  Objection.  Calls
 8   for speculation.
 9           THE WITNESS:  No.
10       Q.   So what is your current position
11   at Index Exchange?
12       A.   President and CEO.
13       Q.   How long have you been president
14   and CEO?
15       A.   Eight years-ish.  I don't
16   remember the exact date.
17       Q.   And when did you work at Index
18   Exchange prior?
19       A.   Yes.
20       Q.   And what was your position then?
21       A.   I held the title of vice
22   president of strategy.
23       Q.   And how long were you vice
24   president of strategy?
25       A.   From 2003.
```

Page 13

```
 1                A. Casale
 2       Q.   Prior to being vice president of
 3   strategy, did you hold any other positions
 4   at Index Exchange?
 5       A.   No.
 6       Q.   What city do you currently
 7   reside in?
 8       A.   Toronto.
 9       Q.   And do you have or do you own a
10   home anywhere outside of Toronto?
11       A.   No.
12       Q.   And what city do you
13   predominantly work in?
14           MS. WOOD:  Objection to the form.
15           MR. POMERANTZ:  Same objection.
16           THE WITNESS:  Toronto, but I
17   generally travel a lot.  I don't know
18   exactly how often I'm there.
19       Q.   And you travel a lot for
20   business?
21       A.   For work, yeah.
22       Q.   And where do you travel for
23   business?
24           MR. POMERANTZ:  Objection.
25   Overbroad.
```

Page 14

1      A. Casale
2          THE WITNESS: I spent a lot of
3      time here in New York, in Europe as
4      well, all throughout Europe.
5      Q.   Is there anywhere besides Europe
6  and New York that you spend a significant
7  time for business?
8      A.   No.
9      Q.   And can you just tell me what
10 Index Exchange is?
11     A.   We are an ad exchange. Our
12 customers are publishers, which are media
13 companies who exist on the web or an app
14 or connected television, and our role is
15 to represent their media assets to the
16 programmatic buy side of the marketplace.
17     Q.   And what is an ad exchange?
18     A.   It's a marketplace where buyers
19 and sellers can transact media. So
20 sellers have impressions across their
21 media properties and buyers place bids.
22 And the exchange conducts an auction with
23 those bids to clear transactions.
24     Q.   Does Index Exchange operate a
25 single exchange or multiple?

Page 15

1      A. Casale
2          MS. WOOD: Objection to the form.
3          THE WITNESS: I don't know what
4      multiple would mean in the context of
5      our business. Single would be my
6      answer.
7      Q.   Let me try to rephrase that
8  question.
9          So you mentioned you represent
10 -- the exchange provides a marketplace for
11 different media assets.
12         Do you have a single exchange
13 that represents all those assets?
14     A.   We consider Index to be one
15 exchange, yes.
16     Q.   And does Index Exchange offer
17 any products besides its ad exchange?
18     A.   We have a legacy product that we
19 refer to as the header tag wrapper, but
20 that has been out of commission for a
21 smile. There's a small number of
22 customers that use it. Otherwise, we are
23 a one product company.
24     Q.   And what countries does Index
25 Exchange operate in?

Page 16

1      A. Casale
2      A.   We are a global company. I
3  don't think that there is a specific list
4  of countries that we do or don't operate
5  in. We operate largely in major
6  economies.
7      Q.   When did Index Exchange first
8  launch its ad exchange?
9      A.   Roughly 2011.
10     Q.   And since the launch of the ad
11 exchange, has Index Exchange introduced
12 any significant innovations to the
13 exchange?
14         MS. WOOD: Objection to the form.
15         MR. POMERANTZ: Same.
16         THE WITNESS: To the exchange or
17     to the market? What do you
18     specifically mean by innovations to
19     the exchange?
20     Q.   Since it was first launched, has
21 Index Exchange worked to develop any
22 features in the exchange?
23     A.   Absolutely. Our teams are
24 always developing features into the
25 exchange. We're known for enhanced levels

Page 17

1      A. Casale
2  of transparency, which our customers rely
3  upon, a very deep reporting infrastructure
4  which is best in class, deals
5  functionality that allows for very
6  sophisticate deals between buyers and
7  sellers. More recently very sophisticated
8  integrations with streaming TV providers,
9  which is an emerging ecosystem. Many that
10 I can't think of. Our engineers are
11 always building features for customers.
12     Q.   Can you describe a little bit to
13 me what you mean when you say that you
14 offer a best in class infrastructure?
15     A.   I believe I said best in class
16 transparency, but which one specifically
17 would you like me to refer to?
18     Q.   Sure. Let's go with what you
19 said.
20     A.   At Index we have a phrase that
21 every party to a transaction has the
22 rights to audit it, which effectively
23 means that every impression that we clear
24 on the exchange is available to both buyer
25 and seller via API. Those transactions

Page 114

A. Casale

2   THE WITNESS: I think they're
3   fundamentally similar. I think the
4   differences are channel-specific. So
5   there might be features or
6   functionality that publishers expect
7   in a given channel. There's a lot of
8   complication in video and streaming
9   depending upon the advice and
10  maintaining a good user experience
11  that might lead to product
12  capabilities that differ depending on
13  the platform.
14  Q.   Are you familiar with the term
15  "ad network" as it applies to open web
16  display advertising?
17  A.   Yes.
18  Q.   What is an ad network?
19  A.   An ad network is typically a
20  company that works with both publishers
21  and buyers simultaneously and is
22  attempting to do what programmatic does
23  across an ecosystem of companies but
24  within itself.
25  Q.   In the market for open web

Page 115

A. Casale

2  display ads, what is the largest ad
3  network?
4      MS. VISSICHELLI: Objection.
5      Form.
6      THE WITNESS: As far as I know,
7      the Google display network.
8  Q.   And do you have any
9  understanding as to the approximate market
10 share of Google display network in the
11 market for ad network open web display?
12     MS. VISSICHELLI: Objection.
13     Form.
14     THE WITNESS: I don't know of
15     any formal tracking of the share of ad
16     networks, so that would be a
17     challenging one for me to estimate.
18 Q.   Are you aware of how the size of
19 Google display network's market share
20 compares to the next largest competitor in
21 that market?
22     MS. VISSICHELLI: Objection.
23     Form.
24     THE WITNESS: There aren't a
25     significant number of ad networks,

Page 116

A. Casale

2   especially for open web display. So I
3   would assume significant, but there's
4   also no normal tracking of this, so I
5   can't comment.
6  Q.   Can you think of the names of
7  any other ad networks for open web display
8  other than Google Display Network?
9      MS. VISSICHELLI: Objection.
10     Form.
11     THE WITNESS: There is a real
12     lack of formality on defining what an
13     ad network is, so I would be
14     speculating to name anybody.
15 Q.   And do you know what percentage
16 of impressions won by Index come through
17 Google Display Network?
18 A.   We would have or we absolutely
19 can provide that as a follow-up piece of
20 material, but I don't have that statistic
21 in my head.
22 Q.   Do you have a rough estimate in
23 mind for the percentage of impressions won
24 by Index that came through Google's GDN ad
25 network?

Page 117

A. Casale

2  A.   I would estimate it to be
3  roughly half to a third of the overall ad
4  spend that we see through our connection
5  to DV3.
6  Q.   And when you say "DV3", you're
7  referring to DV360?
8  A.   Correct.
9  Q.   And that's Google's DSP?
10 A.   Correct. Our -- the demand that
11 we see from GDN comes from the same
12 connection to DV3.
13 Q.   And why is that?
14 A.   That's a decision that Google
15 has imposed for the last roughly eight
16 years.
17 Q.   You say that's a decision Google
18 has imposed.
19     What do you mean by that?
20 A.   Our preference would be for the
21 two sources of demand to have separate
22 integrations, as it more common.
23 Q.   Why would you prefer that?
24 A.   It's more transparent, it's
25 easier for us to report to publishers

Page 130

1             A. Casale
2  why. We have no way to know why. And
3  that's been the case since we first
4  integrated GDN, so there was never a
5  change where it's a change, it's just
6  always been the case.
7         And on the DV3, we don't use DSP
8  so we are not a customer to a DSP, but
9  what we hear is there's something that I
10 believe is referred to as Google audiences
11 or something like Google audiences that
12 are not always available through DV3 to be
13 bought anywhere but AdX. So as a result,
14 if customers use these audience products,
15 the money will move largely to AdX.
16        There may be other examples I'm
17 not aware of, but those would be the two
18 that come to mind.
19    Q.  Do you believe that AdX is the
20 largest ad exchange in the market for open
21 web display simply because AdX offers a
22 better product?
23        MS. VISSICHELLI: Objection.
24    Form.
25        THE WITNESS: No.

Page 131

1             A. Casale
2    Q.  Why not?
3    A.  Well, in the marketplace
4  business, a better product, especially on
5  the path to commoditization that we're in,
6  is defined by value. And I don't believe
7  anybody beats Index's pricing, which would
8  then imply that there is another reason
9  that AdX is larger.
10   Q.  What do you believe are the
11 other reasons that AdX is larger if not
12 because it is a better product at a better
13 price?
14        MS. VISSICHELLI: Objection.
15   Form.
16        THE WITNESS: This goes back to
17    the same mystery. We have no idea.
18    It doesn't make any sense.
19   Q.  Does AdX have access to any
20 demand sources that are not available to
21 Index Exchange?
22        MS. VISSICHELLI: Objection to
23    form.
24        THE WITNESS: AdX has preferred
25    access to programmatic guaranteed,

Page 132

1             A. Casale
2  which is a longstanding point of
3  feedback that we give to Google.
4  Publishers generally use AdX for
5  programmatic guaranteed because it's
6  seamless and baked in. There's no
7  equivalent functionality that is
8  available to us today to mimic that.
9  There is an assumption that, for the
10 two reasons that I cited, AdX has a
11 superior pipe to DV3 and GDN.
12 Otherwise there might be a few DSPs
13 here or there that are different
14 between the exchanges, but I don't
15 think there would be anything
16 significant or material.
17   Q.  In your opinion, does GDN
18 represent a unique source of demand in the
19 market?
20        MS. VISSICHELLI: Objection.
21   Form.
22        THE WITNESS: Yes.
23   Q.  Can you explain why?
24   A.  As far as I know, GDN is
25 comprised of either of hundreds of

Page 133

1             A. Casale
2  thousands or millions of SMBs, which is a
3  very, very unique source of demand.
4  Typically the demand in our marketplace is
5  more Fortune 500 large brand advertisers
6  who have significant ad budgets as well
7  but are materially different than the SMB
8  category.
9    Q.  How are they materially
10 different?
11   A.  Well, there's fewer of them and
12 representing the demand of hundreds of
13 thousands or millions of businesses is
14 really something that a small number of
15 companies are in a position to do.
16   Q.  Have you ever heard that the GDN
17 demand is a stable source of demand?
18        MS. VISSICHELLI: Objection.
19   Form.
20        THE WITNESS: I believe I have
21    heard a publisher say that at some
22    point over the years, yes.
23   Q.  And what do you understand that
24 to mean?
25   A.  The advertising business has a

Page 134

1       A. Casale
2   seasonality to it.  We are about to move
3   into the fourth quarter and the holidays,
4   which is a seasonal high point.  The first
5   quarter is a seasonal low point, and so
6   you have ebbs and flows in the business.
7   I believe because GDN is largely made up
8   of SMBs and there is a significant number
9   of them, the seasonal dimension is just
10  more flat.  It's able to buffer the
11  seasonality of the business more, which is
12  publishers who are trying to plan their
13  businesses I would assume is advantageous.
14      Q.   And how, if at all, does the GDN
15  demand relate to Google's search business?
16          MS. VISSICHELLI: Objection to
17      form.
18          THE WITNESS:  I am not supremely
19      familiar with how GDN and the demand
20      in it relates to search.  I assume
21      it's a similar customer set, I don't
22      know specifically.  I don't use the
23      product.
24      Q.   How has AdX's market share for
25  programmatic open web display transactions

Page 135

1       A. Casale
2   changed over time?
3          MS. VISSICHELLI: Objection.
4      Form.
5          THE WITNESS:  I have no way to
6      answer that.  There's no formal
7      tracking for that.
8      Q.   Have you ever heard of the
9   concept of barriers to entry to a market?
10     A.   Yes.
11     Q.   How would you characterize the
12  barriers to entry to the exchange market
13  for open web display transactions?
14         MS. VISSICHELLI: Objection to
15     form.
16         THE WITNESS:  I think they're
17     rising all the time and have never
18     been higher for a variety of reasons,
19     and the cost to build the platform is
20     not trivial, the time to build it is
21     not trivial.  A platform is
22     meaningless without integrations.  To
23     establish integrations with major
24     publishers and major DSPs takes a
25     significant amount of time.  There's a

Page 136

1       A. Casale
2      significant cost burden to process the
3      scale of transactions in this
4      marketplace.  And more recently there
5      is a growing regulatory burden to be
6      in compliance with regulations from a
7      privacy perspective.
8          So yeah, I'd say the barriers
9      continue to rise and have never been
10     higher.
11     Q.   How many DSP integrations does
12  Index have today?
13     A.   I don't know the specific stats
14  particular, but I would estimate in
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .
16     Q.   And how long did it take Index
17  to onboard that many DSP integrations?
18     A.   DSP one was onboarded in 2011
19  and we're still integrating DSPs today.
20     Q.   And is that a time-intensive
21  process to onboard DSPs?
22         MS. VISSICHELLI: Objection.
23     Form.
24         THE WITNESS:  It's the longest
25     sales cycle we have in Index.  Some

Page 137

1       A. Casale
2      integrations we have literally waited
3      five years to win.  And then there is
4      an integration process and a ramp up
5      process before we have a competitive
6      allocation of their demand.
7      Q.   And from first outreach to
8   competitive allocation of demand, what is
9   the average amount of time it could take?
10     A.   Six to twelve months.
11     Q.   And potentially longer?
12     A.   As I mentioned, we have DSPs
13  that it's taken five years to integrate.
14     Q.   Have you ever referred to
15  Google's practices in the ad tech industry
16  as a black box?
17     A.   I probably have at some point.
18  I can't specifically recall when.  But it
19  would be the mystery that I cited earlier,
20  which is we don't have a formal way to
21  audit what happens when we place a bid
22  into GAM, and that to us represents a
23  black box.
24     Q.   And is that something Index has
25  ever asked Google to provide?

Veritext Legal Solutions
800-567-8658                                                                973-410-4098

Page 146

1      A. Casale
2   that would be the closest that we
3   have.
4      Q.   And do you have any notion of
5   what Index's market share is in open web
6   display in the United States as opposed to
7   globally?
8          MS. VISSICHELLI: Objection.
9          THE WITNESS: It would likely be
10  a few points higher. But again, low
11  single digits.
12     Q.   After AdX, what is the next
13  largest exchange for open web display
14  transactions?
15         MS. VISSICHELLI: Objection.
16  Form.
17         THE WITNESS: For U.S. web
18  display?
19     Q.   Let's start there.
20     A.   I think it's a coin flip between
21  Magnite, PubMatic, and Index depending
22  upon the publisher, depending on the point
23  of measurement you're taking.
24     Q.   What do you mean by point of
25  measurement?

Page 147

1      A. Casale
2      A.   Impressions versus ad spend
3   versus time of year, I would imagine those
4   there's variance.
5      Q.   And how does the market share of
6   folks like Magnite, PubMatic, and Index
7   compare to the market share of a company
8   like AdX?
9          MS. VISSICHELLI: Objection.
10  Form.
11         THE WITNESS: I think combined
12  we're still quite a bit smaller.
13     Q.   Even combining all three
14  together against AdX by itself?
15     A.   Yes.
16     Q.   And how does that impact your
17  ability to compete, if at all?
18         MS. VISSICHELLI: Objection.
19  Form.
20         THE WITNESS: Scale is a very
21  valuable input to a lot of
22  optimization that at least we do at
23  Index. I can't speak to our
24  competitors. There are several
25  problems that we have to solve in the

Page 148

1      A. Casale
2   course of business. We have to curate
3   all of the auctions that we run for
4   each individual buyer to make sure
5   that they're relevant, and so the more
6   transactions that we clear and win,
7   the better that curation gets because
8   we know more precisely exactly what
9   they want to purchase. So certainly
10  the more scale in transactions that we
11  had, the better we would do at that.
12         Pricing is another optimization
13  problem where, you know, we work on
14  behalf of publishers to determine the
15  floor of any given piece of media,
16  which is very dynamic and changes all
17  the time.
18         Those would be two exam compels
19  of where having more transaction scale
20  would help us solve those problems.
21     Q.   How has Index's market share in
22  open web display varied over time?
23     A.   I think it's been on a share
24  basis probably pretty steady for the past
25  five years, maybe mild, you know, movement

Page 149

1      A. Casale
2   one way or the other, but nothing
3   material.
4      Q.   And do you believe Index has an
5   opportunity to view and bid on every
6   impression that Google sees?
7          MS. VISSICHELLI: Objection.
8   Form.
9          THE WITNESS: We have no way to
10  know. We do believe that publishers
11  integrate Index with the expectation
12  that we see all of their supply.
13  Beyond that, we have no way to know.
14     Q.   And what about -- so you're not
15  aware of Google being able to view and bid
16  on inventory that Index is not able to
17  view and bid on?
18         MS. VISSICHELLI: Objection.
19  Form.
20         THE WITNESS: I'm not aware.
21     Q.   What, if anything, do you
22  believe Index could do to grow its market
23  share in the market for programmatic open
24  web display transactions, other than what
25  it's been doing?

Page 154

1      A. Casale
2   Form.
3      THE WITNESS: Our share of ad
4   spend is fairly linear to our revenue.
5   So more market share would equate to
6   more revenue. It's not perfectly
7   linear. As we scale, we do tend to
8   get cheaper, but it would certainly
9   still scale our revenue.
10     Q.   And why is it that, as you
11  scale, you tend to get cheaper?
12     A.   It depends on where the
13  transaction originates. We've talked
14  about XFR a little bit. In the context of
15  XFR, if an agency has an SPO agreement
16  with Index and they scale their spend and
17  reach a tier, at that tier our take rate
18  would drop, so that would be one practical
19  example. We also have varying agreements
20  with publishers. They can have similar
21  versions of that dynamic happen if their
22  ad spend grows. And so typically we find,
23  as Index scales, our overall take rate
24  declines.
25     Q.   And you've been in this industry

Page 155

1      A. Casale
2   approximately twenty years, you said?
3      A.   Correct.
4      Q.   You can describe in your own
5   words what it's like to compete against
6   Google in the ad tech industry?
7      A.   It's -- I think competition is
8   putting it very politely. It's not -- we
9   do our best every day, but Google
10  certainly has substantial means far beyond
11  our own, and we recognize that. But we do
12  our best all the time.
13     Q.   Why did you say competition is
14  putting it politely?
15     A.   Well, we're an ant and they're a
16  giant, and so we recognize that reality.
17  Our response is to focus on the customer,
18  to focus on value, and it's always led us
19  to, you know, positive business outcomes.
20     Q.   How, if at all, does Google's
21  ownership of the largest publisher ad
22  server, one of the largest ad networks and
23  DSPs, and one of the largest ad exchanges
24  impact Index's ability to compete?
25     MS. VISSICHELLI: Objection.

Page 156

1      A. Casale
2   Form.
3      MR. POMERANTZ: Same objection.
4      THE WITNESS: There is a direct
5   personal example of that happening.
6   This was a long time ago now, maybe
7   five or six years ago. But on one
8   publisher where AdX had been I think
9   almost their sole programmatic
10  provider, we integrated, we were doing
11  very well, we chipped aware at their
12  share, and our day-to-day contact told
13  us that their boss was getting heat
14  from the key Google representative who
15  represented all of their assets at
16  Google, including YouTube, and
17  encouraged them to not continue
18  eroding the share, which was certainly
19  an eye opening event for me personally
20  but spoke to the massive breadth scale
21  Google has of all of our customers.
22  And the unfortunate reality is that,
23  even if we do well, if we do too well,
24  it might become problematic.
25     Q.   What do you mean if we do too

Page 157

1      A. Casale
2   well it will become problematic?
3      A.   Well, within that exact
4   circumstance, our day-to-day contact was
5   getting pressure from their boss to not do
6   too much with Index, just enough.
7      Q.   And YouTube, that's a product
8   owned by Google?
9      A.   Correct.
10     Q.   How, if at all, does Google's
11  ownership of DFP or GAM impact Google's
12  position in the market in AdX, the ad
13  exchange?
14     MS. VISSICHELLI: Objection.
15  Form.
16     MR. POMERANTZ: Same objection.
17     THE WITNESS: Well, going back
18  to the example that I cited with
19  programmatic guaranteed, any
20  advantageous integration that AdX has
21  to GAM that there is not a direct
22  comparable that we can leverage is a
23  massive advantage. Programmatic
24  guaranteed is full stop a massive
25  advantage for AdX because at the click

Page 162

1        A. Casale
2   auctions daily.  Of that, I would estimate
3   seventy percent would be the open web.  We
4   can provide exact specifics.  That's just
5   an estimate.
6      Q.   And so I'm not even going to
7   attempt to do the math, of that seventy
8   percent of four hundred billion auctions
9   you see a day, how many do you end up
10  winning?
11     A.   On the big number, the four
12  hundred billion number, I believe that
13  today we win half of one percent.  It's an
14  estimate.
15     Q.   Now, how, if at all, does the
16  take rates that Index Exchange charges
17  compare to the take rates of Magnite, for
18  example, if you know?
19         MS. VISSICHELLI: Objection.
20     Form.
21         THE WITNESS:  As far as I know,
22     Magnite does not publicly disclose
23     their take rate.  We believe we have
24     best in class pricing, but we have no
25     direct way to know.

Page 163

1        A. Casale
2      Q.   And the same question for
3   PubMatic, how does Index Exchange take
4   rates compare to PubMatic, if you know?
5         MS. VISSICHELLI: Objection.
6      Form.
7         THE WITNESS:  PubMatic does not
8      publicly disclose take rate, but we
9      are supremely confident that our take
10     rates are significantly lower than
11     theirs.
12     Q.   And the same question for Xandr,
13  how does Index's take rates compare to
14  those of Xandr, if you know?
15        MS. VISSICHELLI: Objection to
16     form.
17        THE WITNESS:  Xandr does not
18     publicly disclose.  We don't know.
19     Q.   And last for OpenX, how does
20  Index's take rate compare to that of
21  OpenX?
22        MS. VISSICHELLI: Objection.
23     Form.
24        THE WITNESS:  OpenX does not
25     disclose.  We have no way to know.

Page 164

1        A. Casale
2      Q.   Do you have -- how would you
3   characterize the size of OpenX as a
4   competitor in the market for open web
5   display?
6         MS. VISSICHELLI: Objection.
7      Form.
8         THE WITNESS:  They're on the
9      smaller side.
10     Q.   How often does Index have an
11  opportunity for exclusive access to bid on
12  a piece of publisher inventory?
13     A.   Very rarely.  It might still
14  exist on the exchange, but it's less than
15  one percent, if at all.
16     Q.   And how many exchanges typically
17  compete for a given impression for your
18  open web display?
19        MS. VISSICHELLI: Objection.
20     Form.
21        THE WITNESS:  That varies widely
22     by publisher and strategy.  It could
23     be a handful, it could be a dozen.
24     Every publisher has their own
25     strategy.

Page 165

1        A. Casale
2      Q.   Based on conversations with
3   publishers, does Index have a view about
4   what publishers value when choosing an
5   exchange?
6      A.   I think publishers value
7   transparency and trust, they value
8   innovations, they certainly value the
9   commercial arrangement they have with the
10  individual exchange, quality.  We have a
11  significant amount of effort that we do to
12  ensure that every ad is safe and vetted,
13  so there's a variety of topics in there.
14     Q.   And how does Index compare on
15  those qualities to AdX, for example?
16        MS. VISSICHELLI: Objection.
17     Form.
18        THE WITNESS:  We think we're the
19     best, but we're also a competitive
20     company and we're always selling in
21     market.  But we really focus on a
22     small number of problems and we think
23     that gives us an edge.
24     Q.   What do you mean by that?
25     A.   We're not distracted by being

Page 194

1          A. Casale
2   you do can be done the right way or the
3   wrong way and there were publishers who
4   implemented header bidding completely
5   wrong, but that does not mean that header
6   bidding is completely wrong.
7          So I think they were able to use
8   examples of very primitive implementations
9   that were absolutely latent and poor for
10  user experience, but that was not a
11  characterization of the entirety of the
12  implementation. It certainly was not a
13  fair characterization of our header type
14  wrapper which was very tuned for latency.
15  So I would say the argument was poor, but
16  they were able to use examples that were
17  very primitive to support it.
18     Q.  And what about how would you
19  respond to Google's criticism that AdX has
20  every DSP and the demands so you don't
21  need header bidding?
22     A.  A strong pitch. And we had to
23  sell against it because that pitch was
24  heard by very senior people at publishers
25  who then questioned day-to-day teams who

Page 195

1          A. Casale
2   were implementing header bidding. But I
3   think it fell apart as publishers adopted
4   header bidding and revenue went up. The
5   two don't compute. If all you need is
6   AdX, why did revenue go up when you
7   implemented header bidding.
8          So I think it was short lived,
9   but it was the early attack vector.
10     Q.  Did you ever hear Google
11  complain that header bidding would result
12  in self-competition among advertisers?
13         MS. VISSICHELLI: Objection.
14     Form.
15         THE WITNESS: We did hear that
16     claim. That claim only mattered in
17     the era of the second price auction
18     which did not last long in the era of
19     header bidding.
20     Q.  And did you ever hear Google
21  criticize header bidding for supposedly
22  increased fraud or brand safety or quality
23  controls?
24         MS. VISSICHELLI: Objection.
25     Form.

Page 196

1          A. Casale
2          THE WITNESS: I did not hear
3     that argument. That's a stretch is
4     all I can say.
5     Q.  Why do you say that?
6     A.  You can make the same argument
7   for waterfall. Fraud, quality, they're
8   all concerns that our ecosystem. They
9   have absolutely nothing to do with the
10  technical point of integration.
11     Q.  Is there anything about header
12  bidding that makes it more susceptible to
13  fraud or bots?
14     A.  Anything that you can do in
15  header bidding you can do in the
16  waterfall.
17     Q.  Is there anything about safety
18  and quality vis-à-vis header bidding as
19  opposed to any other form of auction
20  methodology?
21         MR. POMERANTZ: Objection. Form.
22         THE WITNESS: I am not aware.
23         MS. VISSICHELLI: Why don't we
24     take a break.
25         THE VIDEOGRAPHER: The time is

Page 197

1          A. Casale
2   approximately 2:04 p.m.
3          We are going off the record.
4          (Whereupon a break was taken)
5          THE VIDEOGRAPHER: The time is
6   approximately 2:20 p.m.
7          We are back on the record.
8     Q.  Okay.
9          Earlier today you talked about
10  Open Bidding.
11         What is your understanding of
12  why Google created the Open Bidding
13  product?
14         MS. VISSICHELLI: Objection.
15     Form.
16         THE WITNESS: We assumed it was
17     an attempt at creating a header
18     bidding killer.
19     Q.  Why do you assume that?
20     A.  It mechanically was very similar
21  to header bidding. I think we picked up
22  information from pubs that sort of implied
23  that Google encouraged them to use Open
24  Bidding and walk away from header bidding,
25  so that sort of informs that assumption.

50 (Pages 194 - 197)

Page 198

1           A. Casale
2  But again, these are personal anecdotes
3  from what we bumped into.  Yeah.
4     Q.   And is Index a customer of
5  Google's Open Bidding product?
6     A.   Yes.
7     Q.   And why did Index decide to
8  participate in Google's Open Bidding
9  product?
10    A.   First and foremost, we follow
11 our customers' instructions, it's very
12 important to us, and we believe in choice
13 as a company.  And customers wanted Index
14 to integrate with Open Bidding, so we did.
15    Q.   And prior to the introduction of
16 header bidding, did you think publishers
17 wanted more choice than they had?
18         MS. VISSICHELLI: Objection.
19    Form.
20         THE WITNESS:  I think prior to
21    header bidding, customers didn't trust
22    the programmatic marketplace as
23    functioning in their best interests.
24    And while I'm sure there are still
25    customers today who want more, I think

Page 199

1           A. Casale
2     that feeling was more prevalent back
3     then and header bidding was a way to
4     change that.
5     Q.   And what hopes or expectations,
6  if any, did Index have about Open Bidding?
7     A.   The most compelling part of Open
8  Bidding to us was the opportunity to work
9  with any publisher who had not adopted
10 header bidding relatively quickly to
11 expose our value to those customers.  At
12 the time header bidding was still fairly
13 new and not every publisher had embraced
14 it.
15    Q.   Did header bidding require any
16 form of technical expertise on the
17 publisher end?
18    A.   Yes, to some extent.  As the
19 name implies, header bidding goes inside
20 of something called the header tag in the
21 HTML of a publisher website which is
22 technical and so required technical
23 resources on the publisher side to stand
24 up.
25    Q.   And were there certain forms of

Page 200

1           A. Casale
2  inventory that were not available via
3  header bidding when it was first
4  introduced?
5     A.   Yes.  Header bidding largely was
6  open web display at the beginning and for
7  a while thereafter.
8     Q.   And again, open web display,
9  that's a term that you use in your
10 industry?
11    A.   Not always in that exact
12 sequence, but yes, open web display, yeah.
13 I might not always say it that way.
14    Q.   And is that a term that has
15 meaning in your industry, whether you say
16 it in that order or not?
17    A.   Yes, absolutely.  Everybody
18 knows what that is.
19    Q.   Did Open Bidding kill header
20 bidding?
21         MS. VISSICHELLI: Objection to
22    form.
23         THE WITNESS:  No.  In hindsight,
24    if anything it grew header bidding.
25    Q.   Why do you say that?

Page 201

1           A. Casale
2     A.   Well, that segment of publishers
3  who hadn't adopted header bidding would
4  often be encouraged by early results from
5  Open Bidding and then adopt header
6  bidding.
7     Q.   Has either Open Bidding or
8  header bidding taken away Google's
9  dominance in the ad tech market?
10         MS. VISSICHELLI: Objection.
11    Form.
12         THE WITNESS:  I don't know what
13    Google's dominance means specifically,
14    but I would say, you know, GAM is
15    still the number one ad server, AdX is
16    still the number one ad exchange.  Not
17    much has changed at a high level.
18    Q.   When Index participates in Open
19 Bidding, does Index pay a fee to Google?
20    A.   Yes.
21    Q.   What is that fee?
22    A.   I -- it's a take rate.  I don't
23 specifically recall exactly the
24 percentage, but I believe the percentage
25 varies depending on the channel.  I

```
                                    Page 270                                              Page 272
 1        A. Casale                                 1
 2   conclude my questioning for right now,         2         CERTIFICATION BY REPORTER
 3   but we'll reserve if there's any               3
 4   follow-up.                                     4      I, Wayne Hock, a Notary Public of the
 5        MS. WOOD: No further questions.           5   State of New York, do hereby certify:
 6        Thanks very much for your time.           6      That the testimony in the within
 7        MS. VISSICHELLI: Thank you.                7   proceeding was held before me at the
 8        THE VIDEOGRAPHER: It is 4:21,             8   aforesaid time and place;
 9   approximately.                                 9      That said witness was duly sworn
10        This concludes today's                   10   before the commencement of the testimony,
11   testimony.                                    11   and that the testimony was taken
12        We are off the record.                   12   stenographically by me, then transcribed
13        (TIME NOTED: 4:21 p.m.)                  13   under my supervision, and that the within
14   _____ (Signature of witness) 14   transcript is a true record of the
15   Subscribed and sworn to                       15   testimony of said witness.
16   before me this_____                       16      I further certify that I am not
17   day of_____,                        17   related to any of the parties to this
18   2023.                                         18   action by blood or marriage, that I am not
19   _____                   19   interested directly or indirectly in the
20                                                 20   matter in controversy, nor am I in the
21                                                 21   employ of any of the counsel.
22                                                 22      IN WITNESS WHEREOF, I have hereunto
23                                                 23   set my hand this 28th day of September,
24                                                 24   2023.  [signature: Wayne Hock]
25                                                 25
                                    Page 271
 1
 2           *   *   *
 3
 4           I N D E X
 5  WITNESS       EXAMINED BY       PAGE
 6  A. Casale   Ms. Vissichelli   6, 244
 7              Ms. Wood            92
 8
 9           E X H I B I T S
10  FOR ID    DESCRIPTION              PAGE
11  Exhibit 1  Document entitled
12             Index Exchange Builds
13             Exchange of the Future   18
14  Exhibit 2  Document entitled
15             Reflecting on the
16             Economics                46
17  Exhibit 3  Document entitled
18             Products, Channels and
19             Formats                  68
20  Exhibit 4  Document entitled
21             The Most Agile Year      75
22
23
24           *   *   *
25
```