# **EXHIBIT D**

# In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*ARNAUD CREPUT*

*September 05, 2023*



```
                                                                    1
 1   UNITED STATES DISTRICT COURT

 2   FOR THE EASTERN DISTRICT OF VIRGINIA

 3   ALEXANDRIA DIVISION

 4   -------------------------------------

 5   UNITED STATES OF AMERICA, et al,

 6                    Plaintiff,

 7            vs.        Case No.
                         1:23-cv-00108-LMB-JFA
 8   GOOGLE, LLC,

 9                    Defendant.
     -------------------------------------
10

11

12           **HIGHLY CONFIDENTIAL **

13

14       REMOTE VIDEOTAPED DEPOSITION OF

15                ARNAUD CREPUT

16

17

18

19         Tuesday, September 5, 2023

20              6:05 a.m. (EDT)

21

22

23   Reported by:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2023-910076
```

Case 1:23-cv-00108-LMB-JFA   Document 1164-5   Filed 08/16/24   Page 4 of 8 PageID# 34677

UNITED STATES OF AMERICA v  
GOOGLE, LLC

Highly Confidential

Arnaud Creput  
September 05, 2023

Page 6

```
 1              MS. ARYANKALAYIL:  This is Anna
 2       Aryankalayil from Orrick for the
 3       company and for the witness.
 4              THE VIDEOGRAPHER:  If that is
 5       everyone, thank you.
 6              Our court reporter today is Joan
 7       Ferrara and will now swear in the
 8       witness.
 9              (Whereupon, DANIEL SHERR and
10       SIM SMILEY, Official FRENCH
11       Interpreters, were duly sworn to
12       translate the proceedings.)
13  ARNAUD CREPUT,
14         called as a witness, having been
15         duly sworn by a Notary Public, was
16         examined and testified as follows:
17  EXAMINATION BY
18  MR. VERNON:
19       Q    Good morning.  Can you state and
20   spell your name for the record, please?
21       A    My name is C-R-E-P-U-T.
22       Q    Okay.  Let me quickly go over a
23   few guidelines for the deposition.
24            The first guideline is since the
25   court reporter is translating what we say,
```

Page 7

```
 1   please do your best to answer audibly as
 2   opposed to using gestures, which I am doing
 3   right now, or um, or nodding your head.
 4            Does that make sense?
 5            THE INTERPRETER:  Okay.  The
 6       interpreter will translate everything
 7       that is being said.
 8       A    That's fine.  All clear.  Thank
 9   you.  Yeah.
10       Q    And then the second guideline is
11   in one way this is not like a normal
12   conversation.  Please do your best to let
13   me finish my question before you start your
14   answer.  And by the same -- on the same
15   hand, I will also try to do my best to let
16   you finish your answer before I start
17   another question.
18            Does that make sense?
19       A    Clear enough.  It's okay.  Thank
20   you.
21       Q    So I think you are the CEO of
22   Equativ, is that right?
23       A    Right.
24       Q    How long have you been the CEO
25   of Equativ?
```

Page 8

```
 1       A    I joined Equativ in 2015 as the
 2   CFO and I moved to the CEO position in July
 3   2018.  So like more than 5 years.
 4       Q    As CEO of Equativ, what are your
 5   main responsibilities?
 6       A    My main responsibility is to
 7   drive the company's strategy, to drive the
 8   company's -- (undecipherable) -- and
 9   actually to do my best to make project
10   successful.
11       Q    And can you describe Equativ's
12   business at a high level?
13       A    Equativ is, was -- it's clear,
14   the question is clear Equativ --
15   (undecipherable).
16       Q    Can you describe Equativ's
17   business at a high level?
18       A    We are an ad tech company, so
19   advertising technology company until 2015
20   and we were operating on the ad server
21   business only.  So we were on a server.
22   Our formal name was Smart Server and we
23   were an ad server standalone operating only
24   on this business since 2014 or 2015.  We
25   started to operate both on the ad server on
```

Page 9

```
 1   the SSP business.  So we are today an ad
 2   server and an SSP.
 3       Q    And I think you work and live in
 4   France, is that right?
 5       A    The headquarters are in France.
 6   We have positions globally.  So we have
 7   offices in 18 different countries,
 8   including U.S.
 9       Q    And where is your personal
10   office?
11       A    I am in Paris.  I am located in
12   Paris, traveling something like two weeks
13   per month, and one week per month in the
14   U.S., but my main office is in Paris.
15       Q    Do you have an office in the
16   U.S.?
17       A    We have an office in New York
18   City, yes.
19       Q    When you work in the U.S., do
20   you work from New York?
21       A    Yes.
22       Q    Okay.  Is there anywhere else in
23   the U.S. that you regularly work?
24       A    Most of our team is in the U.S.,
25   or 85 people are in the U.S.  We have a few
```

Page 10

1  person located outside of New York in
2  Miami, in Chicago and some of the cities in
3  the U.S.  But most of the teams are in New
4  York City.
5      Q   And then you, personally, do you
6  have any other offices in the U.S. that you
7  regularly work at?
8      A   No, we don't.  We don't.  We
9  don't.
10     Q   And do you have any homes in the
11 U.S.?
12     A   Any what, sorry, any -- no, I
13 don't have.
14     Q   Okay.  Do you understand that
15 you have sworn to answer all questions in
16 this deposition truthfully?
17     A   Yes.
18     Q   Okay.  Do you understand that
19 the information you provide during this
20 deposition may be used by the Department of
21 Justice in other civil, criminal,
22 administrative or regulatory cases or
23 proceedings?
24     A   Yes, I do.
25     Q   Okay.  So I'd like to ask you

Page 11

1  some questions about publisher ad servers.
2          Is that okay?
3      A   Okay.
4      Q   I think you said -- well, when
5  did Equativ start operating in the
6  publisher ad server business?
7      A   We started actually the ad
8  server of Equativ was in our solution for
9  the needs of the mother company at the
10 start.  So it started in '21.  We started
11 to sell the solution to publisher groups in
12 2005.  So this is 18 years ago.  So the
13 start of the business around ad serving
14 solutions was 2005.
15     Q   Let me define a word for
16 purposes of my questions.  I want to define
17 the phrase media publisher to mean a
18 text-based publisher that uses direct and
19 indirect display ads like CNN or Lamond.
20         Does that make sense?
21     A   I should translate.  I think I
22 have the sense of the question, but please
23 translate directly.
24         THE INTERPRETER:  Could you
25     please repeat the question?

Page 12

1          MR. VERNON:  Sure.
2  BY MR. VERNON:
3      Q   I want to define the phrase
4  media publisher to mean a text-based
5  publisher that uses direct and indirect
6  display ads like CNN or Lamond.
7          Does that make sense?
8          MR. JUSTUS:  Objection.  Form.
9      A   Actually, this is a publisher
10 Digital One, which is building content on
11 the internet and which is building its
12 business around different models and can be
13 subscription-based, like the New York Times
14 was selling the newspaper online and
15 offline, and which also, you know, requires
16 diverse news in a vast majority relying on
17 advertising as well, on especially digital
18 advertising.
19         So Media Publishing Group is a
20 company which is treating contents for the
21 user for internet users actually.
22     Q   Okay.  And when I use the phrase
23 media publisher, I'm not talking about
24 streaming video websites like Netflix or
25 companies like a video game publisher.

Page 13

1          Does that make sense?
2          MR. JUSTUS:  Objection.  Form.
3      A   Yes.
4          THE INTERPRETER:  The
5      interpreters will search.
6          MR. VERNON:  Thank you.  This is
7      all new to me.
8  BY MR. VERNON:
9      Q   In the last 10 years, how many
10 large media publisher ad server clients has
11 Equativ lost to Google's DFP?
12         MR. JUSTUS:  Objection.  Form.
13     A   So actually this is half of the
14 publishers working with us over the past 10
15 years move to ad server, and I would say 95
16 percent of them moved to Google Ad Manager,
17 Google DFP.
18     Q   Can you list some of the large
19 media publisher ad server clients that
20 Equativ has lost to DFP?
21         MR. JUSTUS:  Objection.  Form.
22     A   I can list a few ones.  If you
23 want, actually, what you need to understand
24 is that we started our business in New Hope
25 at the time where it was -- it was not

Page 22

1   A    And the second point was what we
2   just said, the costs and risks linked to
3   the migration.
4           THE INTERPRETER:  And the
5        interpreters will now switch.
6           MR. VERNON:  I took French in
7        high school and I've been bad about
8        keeping it up.  But I can understand
9        some of it, not as much as you can
10       understand English, though.
11  A    So there's a third point.
12          So the third point is what we
13  call in English the bundle of Google
14  products.  So that means that Google sells
15  its solutions in one contract, meaning the
16  SSP and the ad server in one contract.
17          So that's not the case with the
18  offer because you have two contracts, one
19  for the ad server and the publisher, and
20  one for the DSP.
21          I think we have a difficulty
22  translating technical terms.
23          So from the supply side, the ad
24  server or advertiser contract is different
25  from the SSP contract.

Page 23

1   Q    I think -- okay, let me try
2   this.  I think what he is saying -- let me
3   see if I can get this.
4           On the demand side, there are
5   different contracts for the advertiser ad
6   server and the DSP, is that right?
7           THE INTERPRETER:  Yes, that's
8        correct.  The interpreter apologizes.
9   BY MR. VERNON:
10  Q    On the supply side for Google,
11  there is one contract for the publisher ad
12  server and the SSP, is that right?
13          MR. JUSTUS:  Objection.  Form.
14  Q    I don't know if you answered.
15  A    Yes, it's clear.
16  Q    I think you said before that
17  when Equativ lost media publisher ad server
18  clients, it lost about 95 percent of them
19  to Google's DFP, is that right?
20          MR. JUSTUS:  Objection.  Form.
21  A    Yes, right.
22  Q    What's your understanding of --
23  what's your understanding of the market
24  share of Google's DFP as a publisher ad
25  server among media publishers?

Page 24

1           MR. JUSTUS:  Objection.  Form.
2   A    So on the publisher ad server,
3   Google's share is estimated at 90 percent.
4   Q    How would you characterize
5   Google DFP's position in the publisher ad
6   server business?
7           MR. JUSTUS:  Objection.  Form.
8   A    It's dominating and actually
9   monopolistic position that it holds.
10  Q    Why do you say that Google's DFP
11  has a dominating or monopolistic position?
12          MR. JUSTUS:  Objection.  Form.
13  A    When you talk with publishers,
14  the largest publishers in the different
15  countries, they all talk about Google's
16  predominance.
17  Q    If Equativ and DFP were only
18  competing on the basis of which has the
19  best product, without regard to access to
20  demand from AdX, but just which has the
21  best product --
22          MR. JUSTUS:  Objection.
23       Speculative.
24  Q    -- how effectively would Equativ
25  be able to compete with DFP?

Page 25

1           MR. JUSTUS:  Objection.  Form.
2   A    When it comes to products, both
3   products have their pros and cons.
4           MR. JUSTUS:  One second.  Sorry.
5        I'm sorry to stop you.
6           So we have an objection on the
7        translation that we might have a
8        clarification for.
9           Can you go ahead, Mr. Check
10       Interpreter.
11          CHECK INTERPRETER:  Rather than
12       pros and cons, I would say strengths
13       and weaknesses.  A bit of a nuance.
14          MR. JUSTUS:  Okay.  You can go
15       ahead.
16  A    So when we are talking about the
17  strength, first of all, we have an
18  intuitive interface.
19          Second of all, we have complete
20  interoperability, which is something that
21  we have for all market solutions.
22          And third of all, we are
23  independent, and so that means that Equativ
24  has no -- does not have any media
25  ownership.

Page 114

1  BY MR. VERNON:
2      Q    And I think you said you wanted
3  competition to be fair and transparent.
4           Do you remember that?
5      A    Yes.
6      Q    Why do you want competition to
7  be fair and transparent?
8      A    First of all, because that is
9  how all markets should function.
10          And secondly, because as I
11 mentioned earlier, it is a hinderance to
12 competition and consequently to innovation
13 and because we are in a market where the
14 take rate, as I said before -- where the
15 take rates, as I said before, are too high.
16     Q    Do you think competition for
17 Google -- I'm sorry, let me back up.
18          When you said the take rates are
19 too high, what did you mean by that?
20     A    A few years ago, Google
21 communicated a take rate, an average take
22 rate for each advertising transaction on
23 the order of 32 percent.  That includes
24 supply side fees and demand side fees.
25          Just imagine the New York Stock

Page 115

1  Exchange if it took a 32 percent commission
2  on every market transaction.
3           The functioning of a digital
4  programmatic advertising system is very
5  similar to the functioning of a market such
6  as the New York Stock Exchange.
7      Q    Do you think Google competes in
8  a fair and transparent manner in the
9  display advertising technology business
10 today?
11          MR. JUSTUS:  Objection.  Form.
12     A    I think everything I said so far
13 shows that I don't believe that at all.
14          MR. VERNON:  We reserve the
15     balance of our time and pass the
16     witness back.
17          MR. JUSTUS:  All right.  We're
18     going to take a couple of minutes.
19     We'll be back.
20          MS. ARYANKALAYIL:  How long do
21     you need, Brad?
22          MR. JUSTUS:  Two or three
23     minutes probably.
24          MS. ARYANKALAYIL:  Okay.
25          THE VIDEOGRAPHER:  We are now

Page 116

1      going off the record.  The time is
2      11:41.
3           (Recess taken 11:41 a.m.)
4           (Resumed 11:48 a.m.)
5           THE VIDEOGRAPHER:  We are now
6      back on the record.  The time is
7      11:48.
8  EXAMINATION (CONTINUED)
9  BY MR. JUSTUS:
10     Q    Have you done any studies
11 regarding the viability of a divesture
12 remedy in this case?
13     A    You're talking about the ad
14 server in particular?
15     Q    No.  The viability of the
16 divesture of any Google product in response
17 to antitrust concerns.
18     A    I have not conducted any
19 specific studies, but I would assume that
20 this business would remain very solid.
21          MR. JUSTUS:  I think that's our
22     last question.
23          MR. VERNON:  I just want to say
24     thank you to everybody, including
25     Arnaud, counsel, counsel for Google,

Page 117

1      the court reporter and the
2      translators.
3           Thank you for taking the time to
4      talk to us, and we really appreciate
5      it, and I hope you don't miss your
6      train.
7           THE VIDEOGRAPHER:  This
8      concludes today's deposition.  We are
9      going off the record at 11:50.
10          (Time noted 11:50 a.m.)
11                  * * *
12
13
14
15          _____
16          ARNAUD CREPUT
17
18
19
20 Subscribed and sworn to
21 before me this      day
22 of           , 20__
23
24 _____
25 NOTARY PUBLIC

Case 1:23-cv-00108-LMB-JFA   Document 1164-5   Filed 08/16/24   Page 8 of 8 PageID# 84382

UNITED STATES OF AMERICA v  
GOOGLE, LLC

Highly Confidential

Arnaud Creput  
September 05, 2023

## Page 118

```
 1   ---------------- I N D E X -----------------
 2   WITNESS             EXAMINATION BY        PAGE
 3   ARNAUD CREPUT
 4                  MR. VERNON            6, 99
 5                  MR. JUSTUS           67, 116
 6
 7
 8    ------ EXHIBITS FOR IDENTIFICATION ------
 9
10   EXHIBIT 1     Internal Guidelines         82
11
12   EXHIBIT 2     Printout of web page from   92
13                 Equativ website
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 119

```
 1                REPORTER CERTIFICATE
 2
 3       I, JOAN FERRARA, do hereby certify:
 4       That said deposition was taken at the
 5   time and place herein named; and that the
 6   transcript is a true record of the testimony
 7   as reported by me, a disinterested person,
 8   and was thereafter transcribed.
 9       I further certify that I am not
10   interested in the outcome of the said
11   action, nor connected with, nor related to
12   any of the parties in said action, nor to
13   their respective counsel.
14       IN WITNESS WHEREOF, I have hereunto
15   set my hand this 5th day of September, 2023.
16
17
18
19            Joan Ferrara
20            _____
21            JOAN FERRARA, RMR, CFRR
22
23
24
25
```

## Page 120

```
 1                DEPOSITION ERRATA SHEET
 2
     Case Caption:
 3
                      UNITED STATES
 4                        vs.
                       GOOGLE LLC
 5
 6      DECLARATION UNDER PENALTY OF PERJURY
 7
         I declare under penalty of perjury
 8
     that I have read the entire transcript
 9
     of my deposition taken in the captioned
10
     matter or the same has been read to me,
11
     and the same is true and accurate, save
12
     and except for changes and/or corrections,
13
     if any, as indicated by me on the
14
     DEPOSITION ERRATA SHEET hereof, with the
15
     understanding that I offer these changes
16
     as if still under oath.
17
18
19   SIGNATURE_____DATE:_____
                   ARNAUD CREPUT
20
21   Subscribed and sworn to on the ____ day of
     _____, 20__ before me,
22   _____
     Notary Public,
23   in and for the State of _____
24
25
```

## Page 121

```
 1                DEPOSITION ERRATA SHEET
 2
     Page No._____Line No._____Change
 3   to:_____
     Reason for
 4   change:_____
 5
     Page No._____Line No._____Change
 6   to:_____
     Reason for
 7   change:_____
 8
     Page No._____Line No._____Change
 9   to:_____
     Reason for
10   change:_____
11
     Page No._____Line No._____Change
12   to:_____
     Reason for
13   change:_____
14
     Page No._____Line No._____Change
15   to:_____
     Reason for
16   change:_____
17
     Page No._____Line No._____Change
18   to:_____
     Reason for
19   change:_____
20
     Page No._____Line No._____Change
21   to:_____
     Reason for
22   change:_____
23
     SIGNATURE:_____DATE:_____
24              ARNAUD CREPUT
25
```