# EXHIBIT J

## In the Matter Of:

*UNITED STATES vs*

*GOOGLE*

*BRIAN O'KELLEY*

*September 29, 2023*



```
 1       IN THE UNITED STATES DISTRICT COURT

 2      FOR THE EASTERN DISTRICT OF VIRGINIA

 3              ALEXANDRIA DIVISION

 4                  - - -

 5
     UNITED STATES OF        :  CASE NO.
 6   AMERICA, et al.,        :  1:23-cv-00108
                             :  -LMB-JFA
 7          Plaintiffs,      :
                             :
 8          v.               :
                             :
 9   GOOGLE, LLC,            :
                             :
10          Defendant.       :

11           - HIGHLY CONFIDENTIAL -

12                  - - -

13            September 29, 2023

14                  - - -

15

16           Videotaped deposition of
     BRIAN O'KELLEY, taken pursuant to notice,
17   was held at the law offices of Goodwin
     Procter LLP, The New York Times Building,
18   620 Eighth Avenue, New York, New York,
     beginning at 9:03 a.m., on the above
19   date, before Michelle L. Gray, a
     Registered Professional Reporter,
20   Certified Court Reporter, Certified
     Realtime Reporter, and Notary Public.
21

22                  - - -

23

24
```

Page 2

```
 1   APPEARANCES:
 2
         US DEPARTMENT OF JUSTICE
 3       ANTITRUST DIVISION
         BY:  JULIA TARVER WOOD, ESQ.
 4       (In person)
         BY:  AMANDA STRICK, ESQ.
 5       (In person)
         450 Fifth Street, NW
 6       Suite 8700
         Washington, D.C. 20530
 7       202.307.0924
         julia.wood@usdoj.gov
 8       amanda.strick@usdoj.gov
         Representing the United States of
 9       America
10
         AXINN, VELTROP & HARKRIDER LLP
11       BY:  BRADLEY JUSTUS, ESQ.
         (In person)
12       1901 L Street NW
         Washington, D.C. 20036
13       202.912.4700
         bjustus@axinn.com
14
            - and -
15
         AXINN, VELTROP & HARKRIDER LLP
16       BY:  BLAKE E. PESCATORE, ESQ.
         (In person)
17       BY:  CHRISTOPHER ERICKSON, ESQ.
         (Zoom)
18       114 West 47th Street
         New York, New York 10036
19       212.728.2200
         bpescatore@axinn.com
20       cerickson@axinn.com
         Representing The Defendant, Google
21
22
23
24
```

Page 3

```
 1   APPEARANCES:  (Cont'd.)
 2
         PAUL, WEISS, RIFKIND, WHARTON &
 3       GARRISON LLP
         BY:  ERICA SPEVACK, ESQ.
 4       (Zoom)
         BY:  WILLIAM A. ISACCSON, ESQ.
 5       (Zoom)
         BY:  JEANNIE S. RHEE, ESQ.
 6       (Zoom)
         2001 K Street, NW
 7       Washington, D.C. 20006
         202.223.7300
 8       espevack@paulweiss.com
         wisaacson@paulweiss.com
 9       jrhee@paulweiss.com
         Representing the Defendant, Google
10
11       GOODWIN PROCTER, LLC
         BY: JORDAN D. WEISS, ESQ.
12       (In person)
         The New York Times Building
13       620 Eighth Avenue
         New York, New York 10018
14       212.813.8800
         jweiss@goodwinlaw.com
15       Representing the Witness
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   ALSO PRESENT:
 4
     VIDEOTAPE TECHNICIAN:
 5
         Lem Lattimer - in person
 6   (Lexitas)
 7
     ZOOM MONITOR:
 8
         Nathaniel Avila - zoom
 9   (Lexitas)
10
11
12            - - -
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1            - - -
 2            I N D E X
 3            - - -
 4
     Testimony of:         BRIAN O'KELLEY
 5
         By Ms. Wood           11, 344
 6
         By Mr. Justus             193
 7
 8
 9
              - - -
10
            E X H I B I T S
11
              - - -
12
13   NO.         DESCRIPTION          PAGE
14   O'Kelley
     Exhibit 1   Amended and Restated  199
15               Display Media Services
                 Agreement
16               MSFT-0001492336-98
17   O'Kelley
     Exhibit 2   E-mail Thread          211
18               8/7/11
                 Subject, Google-AdMeld
19               DOJ Investigation
                 DOJ-ADS-0000077953
20
     O'Kelley
21   Exhibit 3   E-mail Thread, 5/4/20  217
                 Subject, Highly Confidential
22               OKELLEY000346-49
23
24
```

UNITED STATES  
GOOGLE

Case 1:23-cv-00108-LMB-JFA   Document 1164-11   Filed 08/16/24   Page 5 of 16 PageID#
84749

Highly Confidential

Brian O'Kelley  
September 29, 2023

Page 38

1 And so if you think about
2 that, if you're a website publisher and
3 you only have, you know, so many people
4 coming to your site and so many ads you
5 can sell, how do you price and how do you
6 manage the yield on your inventory to get
7 the most -- the most revenue and profit.
8    Q.   And at some point, you said
9 in 2007, you left Right Media?
10    A.   Yep.  We sold Right Media to
11 Yahoo in July of '07, and I was fired
12 right before the deal closed.
13    Q.   Terminated for cause?
14    A.   Nope.
15    Q.   Okay.  And what did you do
16 next?
17    A.   I very quickly realized that
18 the evolution of the programatic space --
19 just to sort of explain the hypothesis.
20 Right Media was a closed platform in the
21 sense that to bid into an auction, you
22 had to use the Right Media ad server.
23 There was no idea of a third-party
24 technology that could participate in an

Page 39

1 auction.
2              And so I had this idea that
3 we should let other technology platforms
4 bid so that -- you know, I'm trying not
5 to make this too technically complicated.
6              But an auction would happen
7 not just in one server, but we could fire
8 that request off to other bidders.  You
9 could build your own technology platform,
10 and it could use whatever algorithm you
11 wanted and make a decision about how to
12 bid on the ad.  So instead of just all
13 being our algorithm, we'd have all these
14 different companies building technology
15 to place bids.
16              And that wasn't possible
17 with Right Media.  And it wasn't possible
18 with -- there's only a couple other sort
19 of very small ad exchanges at that point.
20              And I had a noncompete with
21 Right Media as part of my severance.  So
22 instead of building the actual ad tech
23 platform, I realized that we were going
24 to have to have cloud computing to enable

Page 40

1 the kind of scale and performance to do
2 this.
3              So instead of building the
4 ad tech pieces, I built the cloud
5 computing layer that would facilitate
6 realtime bidding.  It's almost like
7 the -- you know, the enabling technology
8 that the industry would need.  And that
9 company was called AppNexus.  And we
10 founded it in, I think, September of
11 2007.
12    Q.   You referred to the scale
13 that would be needed to facilitate
14 realtime bidding.  Tell us what you mean
15 by scale.
16    A.   Well, if you think about --
17 I mean, Right Media alone, just to run --
18 I'm just thinking of the numbers.  Like,
19 we probably did 150 billion impressions a
20 month, and we had to have three or four
21 data centers around the world.  You know,
22 hundreds or thousands of servers to
23 actually handle all those requests.
24              But if you were going to

Page 41

1 federate all those bid requests,
2 meaning -- if anyone who wanted to bid
3 would have to have the same scale.  So
4 instead of just having one set of those
5 servers, any company that was trying to
6 participate in these auctions would have
7 to handle the same volume.  So instead of
8 150 billion, it's 150 billion for each
9 participant.
10              And that meant you'd have to
11 have the same -- basically, the same
12 number of servers, the same ability to
13 operate extremely fast, because this all
14 has to happen in a fraction of a second.
15 Just, you know, a huge explosion of
16 hardware and networking capacity.  And I
17 just knew how hard it was to build that
18 at Right Media.
19              I had a whole team whose
20 only job was, you know, getting on the
21 phone with HP or Dell and trying to get
22 them to ship servers fast enough and wire
23 them up.  It was a really hard job.
24              And so this was right when

**Page 66**

1 Our ad tech business, we
2 went through a few different
3 business models, I would say, but
4 we tended to charge on a rev share
5 basis, so a percentage of revenue
6 for each participant.
7 BY MS. WOOD:
8   Q. And do you remember, in the
9 2007 to 2010 time frame, what was the
10 approximate rev share for the ad tech
11 business for AppNexus?
12    MR. JUSTUS: Objection to
13    form.
14    THE WITNESS: So our very
15    first -- so we invented this thing
16    called header bidding, which
17    basically -- actually, it's more
18    or less the same thing as the
19    original SSP we launched at Right
20    Media, like yield manager, which
21    let us auction ads on publisher
22    websites before they went to the
23    ad server.
24    So the biggest challenge for

**Page 67**

1    everybody was that, you know,
2    DoubleClick, and then Google,
3    controlled the main ad server for
4    the industry.
5    And so holding auctions was
6    very difficult when you couldn't
7    do it in the ad server. So,
8    typically, we'd done it after the
9    ad server made decisions.
10    This new idea of holding an
11    auction before the ad server saw
12    it was called header bidding. And
13    we charged 5 percent of revenue
14    for our header bidding solution
15    back then.
16    And then in -- and we
17    launched that in '08.
18    We actually built an open
19    source bidder that would bid on
20    those auctions, and we gave it
21    away for free in the beginning.
22    eBay was our first customer. And
23    we quickly realized that it was
24    very difficult to ask a company,

**Page 68**

1    even a very sophisticated company
2    like eBay, to build tech that
3    would handle all the complexity
4    and nuances of bidding into
5    auctions. And so we built our own
6    bidder, or DSP, if you will.
7    And I want to say we charged
8    5 to 10 percent for that bidder
9    when we launched it in '09.
10 BY MS. WOOD:
11   Q. And so what -- just to
12 summarize, from 2007 to 2010, what
13 different ad tech products did AppNexus
14 have?
15    MR. JUSTUS: Objection.
16    Form.
17    THE WITNESS: We had a
18    number of products, but the
19    primary products were this header
20    bidding solution, which mainly sat
21    on the shelf during that time
22    frame. We had a few people using
23    it. We had a hard time getting
24    traction.

**Page 69**

1    We built a -- what people
2    call a supply-side platform, or
3    SSP, which would be, typically,
4    sitting in that remnant slot after
5    the ad server saw ads and would
6    hold auctions.
7    And then we had our DSP,
8    which would bid on ads on behalf
9    of advertisers and agencies.
10 BY MS. WOOD:
11   Q. You mentioned a couple of
12 times that DoubleClick's publisher ad
13 server was used by many, if not most,
14 publishers.
15    Do you have any sense of the
16 market size of DoubleClick's publisher ad
17 server prior to DoubleClick being
18 acquired by Google?
19    MR. JUSTUS: Objection to
20    form. Misstates prior testimony.
21    THE WITNESS: I don't have a
22    precise market share number. I
23    can say that, at that time, the
24    portals, meaning Microsoft, Yahoo,

Page 70

 1   and AOL, did not use DoubleClick.
 2     And The New York Times did
 3   not use DoubleClick.  They had a
 4   homegrown ad server.  But almost
 5   every other major publisher in the
 6   U.S., every major news publisher,
 7   every major e-commerce publisher,
 8   used DoubleClick.  So their share
 9   of the nonportal market was vast.
10 BY MS. WOOD:
11   Q. What do you mean by the
12 portal market?
13   A. I mean there was three -- we
14 called them portals back in that day,
15 because -- there was a time where all
16 those companies ran dial-up ISPs, which,
17 you know, is no longer a thing.
18     But the first page your
19 browser would load would be the ISP's
20 website, and it was sort of your portal
21 into the internet.  That was kind of how
22 Yahoo was started.  This is your homepage
23 for the internet.  So we called them
24 portals.

Page 71

 1     But at that time those were
 2 all -- those were three of the largest
 3 internet companies in the world and had a
 4 significant share.
 5     So, you know, they were
 6 not -- I mean, AOL used DoubleClick for a
 7 bit, but not really.  I think by that
 8 time, during that phase, they were on
 9 their own homegrown technology.
10   Q. And during the time period
11 from 2007, when you founded AppNexus,
12 what ad tech products did Google have,
13 again, pre DoubleClick merger?
14     MR. JUSTUS:  Objection.
15   Form.
16     THE WITNESS:  My
17   recollection is that -- you're
18   saying pre merger?
19 BY MS. WOOD:
20   Q. Pre merger.
21   A. Pre merger, I know they had
22 the AdSense ad network.  That was their
23 primary product.  I don't recall them
24 having a whole lot of ad tech on the

Page 72

 1 market, except for the -- you know, I
 2 can't remember if it was even really a
 3 shift -- but they had been working on
 4 some kind of small business ad server.
 5 But I don't recall getting much traction.
 6   Q. And then there came a time
 7 that Google acquired DoubleClick?
 8     MR. JUSTUS:  Objection to
 9   form.
10     THE WITNESS:  Google did
11   acquire DoubleClick.
12 BY MS. WOOD:
13   Q. And how, if at all, did
14 Google's acquisition of DoubleClick
15 impact competition in the ad tech
16 industry?
17     MR. WEISS:  Objection.
18     MR. JUSTUS:  Objection to
19   form.
20     THE WITNESS:  I think that
21   DoubleClick on its own had a
22   significant -- huge amount of
23   market leverage.  They were, you
24   know, not just the publisher, ad

Page 73

 1 server for most publishers.  They
 2 were also the advertisers' ad
 3 server for most agencies and
 4 advertisers.
 5     What Google did when they
 6 acquired it was they layered in
 7 the AdSense revenue.
 8     So Google AdSense was, if
 9 not the largest, one of the very
10 largest ad networks in the world.
11     And if you think about the
12 way these programatic auctions
13 work, the more demand, the higher
14 the price for the publisher.  And,
15 you know, moving the world's
16 largest, or one of the largest, ad
17 networks in and out of an auction
18 would have a massive impact on
19 revenue.
20     And so Google deciding to
21 only let AdSense participate in
22 the DoubleClick auction meant that
23 DoubleClick could out-monetize
24 others.

Page 74

1  And, secondly, DoubleClick
2  controlling the ad server meant
3  that it could auction guaranteed
4  campaigns, the campaigns that the
5  publisher sold itself, against all
6  of the programatic demand.
7  So instead of being remnant,
8  it could do a more dynamic yield
9  management process.  And so they
10 had two just fundamental
11 advantages, by controlling the ad
12 server and by having this massive
13 source of unique demand, that made
14 it extremely difficult for anyone
15 else to compete with.
16 BY MS. WOOD:
17     Q.   Did Google's acquisition of
18 DoubleClick increase the dominance of the
19 DFP ad server?
20          MR. JUSTUS:  Objection.
21     Form.
22          THE WITNESS:  My perspective
23     was -- is that DFP was already
24     pretty dominant, and they were

Page 75

1  able to, for instance, get The New
2  York Times to switch to DFP over a
3  couple years.
4  They certainly made it
5  economically almost impossible to
6  switch.  It wasn't just the best
7  technology -- it wasn't the best
8  ad server.
9  But every other ad server
10 company either went out of
11 business or was sold for scrap.
12 They just destroyed all
13 competition for that ad server.
14 There's companies like Open
15 AdStream, or a company called Ad
16 Tech, great name, that AOL bought
17 and shut down.
18 I mean, really, within a
19 couple years of that acquisition,
20 there were no viable competitors
21 in the publisher ad server space.
22 BY MS. WOOD:
23     Q.   And to this day, are there
24 any viable competitors in the publisher

Page 76

1  ad server space?
2          MR. JUSTUS:  Objection to
3     form.
4  BY MS. WOOD:
5      Q.   For display advertising.
6      A.   There are --
7          MR. JUSTUS:  Objection to
8     form.
9          THE WITNESS:  There are two
10    other companies that you might
11    consider competitors.
12         One was AppNexus.  I decided
13    in about 2014 that somebody had to
14    go build an alternative to DFP,
15    and I spent hundreds of millions
16    of dollars trying.  And that was
17    not particularly successful,
18    commercially.  That product is
19    still in existence, you know, part
20    of Microsoft now.
21         And there are a few handfuls
22    of large publishers, mainly in
23    Europe and I think in Japan, that
24    use it, but it never got

Page 77

1  meaningful traction in the U.S.
2  And there is a European
3  company called Equativ,
4  E-Q-U-A-T-I-V.  I don't know how
5  to say it.  That has a handful of
6  customers.
7  But there's very little
8  competition in that market today.
9  BY MS. WOOD:
10     Q.   And how, if at all, does the
11 fact that there's little competition in
12 the ad -- publisher ad server market
13 impact competition in, for example, the
14 ad exchange market?
15          MR. JUSTUS:  Objection.
16     Form.
17          THE WITNESS:  My perspective
18     is that, if you think of this from
19     a yield management perspective,
20     the basic idea of yield management
21     is you want to have all of your
22     revenue options, all of your --
23     all of your -- all the things
24     you're trying to yield manage in

UNITED STATES  
GOOGLE

Case 1:23-cv-00108-LMB-JFA   Document 1164-11   Filed 08/16/24   Page 9 of 16 PageID# 84753

Highly Confidential

Brian O'Kelley  
September 29, 2023

Page 94

```
 1   limited its advertising customers to bid
 2   exclusively into AdX?
 3              MR. JUSTUS:  Objection to
 4       form.
 5              THE WITNESS:  So going back
 6       to the basic idea of how auctions
 7       monetize things, it's a very
 8       simple supply-and-demand equation.
 9       So if there's more demand, then,
10       obviously, prices will go up, and
11       publishers will prefer higher
12       price.
13              Most of the demand sources
14       in the programatic space were
15       shared across all of the SSPs or
16       ad exchanges, meaning that an
17       independent DSP, like MediaMath or
18       the Trade Desk, would bid into
19       every SSP.
20              So having a unique demand
21       source on your exchange had a
22       dramatic impact on the market.
23              It also made it very
24       difficult to switch.  So if you
```

Page 95

```
 1       think about switching from Rubicon
 2       to PubMatic, they may have
 3       slightly different technology,
 4       they might have slightly different
 5       features, different service, but
 6       the demand was all the same.  And
 7       so there's very low switching
 8       cost.
 9              With Google having a unique
10       demand source, switching away from
11       AdX or switching away from DFP
12       would mean losing one of the
13       largest demand sources, if not the
14       largest demand source, and,
15       therefore, would have significant
16       monetization implications, or cost
17       you a lot of money, or could, if
18       you left.
19   BY MS. WOOD:
20       Q.    You referred to Google's
21   demand as unique demand.  What did you
22   mean by that?
23       A.    I meant that that demand was
24   only available through the Google AdSense
```

Page 96

```
 1   platform -- or network, really.
 2              And it was unique because it
 3   was tied to the Google search business,
 4   so most of that demand, if not all of
 5   that demand, was coming from search
 6   advertisers.  So they were using their
 7   relationship with Google across different
 8   formats to, you know, I think, check a
 9   little checkbox that said, "and run this
10   across the internet and display
11   advertising."
12              There was no other -- there
13   were no other way to get those ad
14   dollars, except from Google.
15       Q.    In addition to that demand
16   being unique, did it have any other
17   important characteristics, from a
18   competitive point of view?
19       A.    One major difference, if you
20   think about search, is that Google could
21   do search retargeting, meaning that they
22   could find people who searched for a term
23   on Google and then follow those people
24   across the internet.
```

Page 97

```
 1              So it wasn't just that it
 2   was a different platform, it was that
 3   they had a unique knowledge of user
 4   behavior.
 5              And of course they also had
 6   YouTube behavior, and they had your
 7   e-mail behavior if you used Gmail.  They
 8   had Chrome as a browser.  They had
 9   Android as an operating system.
10              There were so many
11   different -- they knew what you searched
12   on on Google Maps or Waze.
13              I mean, there's so many ways
14   that Google knows about its customers, so
15   it was -- it was extremely diverse.
16              If you go back to my
17   hypothesis that diversity of demand or
18   expressiveness of demand is highly
19   valuable in an auction system.  So it was
20   extremely different than most other
21   sources of demand that were coming from
22   an ad agency, let's say, that had no
23   direct relationship with the consumer,
24   and, you know, didn't know what the
```

Page 110

1  introduction of header bidding,
2  which was a way to sort of try to
3  hack around that. I'm not sure if
4  that's an appropriate way to say
5  it.
6      But, basically, to make --
7  to give other players the ability
8  to do that without relying on the
9  built-in dynamic allocation
10 functionality.
11 BY MS. WOOD:
12     Q.  Now, you indicated earlier
13 that you helped create a header bidding
14 system back in what time frame?
15     A.  We rolled out header bidding
16 in 2008.
17     Q.  Did there come a time later
18 in the history of the ad tech market
19 where header bidding really took off,
20 from a market-wide perspective?
21     MR. JUSTUS:  Objection.
22 Form.
23     THE WITNESS:  Yeah. Header
24 bidding began to get a lot of

Page 111

1  traction, I want to say, around
2  2014. It just became increasingly
3  clear that header bidding would
4  drive higher yield for publishers,
5  so publishers began to adopt it.
6  BY MS. WOOD:
7      Q.  What circumstances occurred
8  between 2008 to 2014 that caused header
9  bidding to take off?
10     MR. JUSTUS:  Objection.
11 Form.
12     THE WITNESS:  That's a great
13 question. And I think there were
14 a lot of market dynamics.
15     I think the main one was
16 that as the market became more
17 competitive, the idea of getting a
18 first -- getting a fair shot at
19 every impression became
20 increasingly important to all the
21 independent players.
22     And it was very difficult to
23 drive any value behind the Google
24 stack, meaning behind DFP, behind

Page 112

1  AdX, just hoping that they
2  dropped -- you know, they didn't
3  actually hit their floor price.
4      With dynamic allocation,
5  they basically would just change
6  the dynamic so they'd always be
7  able to win. And so sitting
8  behind Google meant you wouldn't
9  get any inventory.
10     So we had to -- "we" as the
11 industry -- had to go in front of
12 Google to make it possible. And
13 so I think all major industry
14 participants really jumped into
15 header bidding as the only way to
16 compete with Google in the ad tech
17 space.
18 BY MS. WOOD:
19     Q.  And why do you say header
20 bidding was the only way for the major
21 participants to compete against Google in
22 the ad tech space?
23     A.  Well, if DFP is the, you
24 know, majority ad server for most of the

Page 113

1  industry, and if the ad server makes the
2  final decision about which ad to serve,
3  you have to find some way to influence
4  that decision.
5      And, you know, in the early
6  days, before dynamic allocation, it was
7  what I would consider a daisy chain at
8  the end of the waterfall. So, you know,
9  if the publishers' guaranteed direct-sold
10 ads didn't serve, then it would go to
11 AdX. If AdX didn't meet the floor, it
12 would go to network's AppNexus piece.
13     And, you know, a large piece
14 of inventory would go into that daisy
15 chain.
16     But as the market matured
17 and Google got more aggressive on dynamic
18 allocation and other techniques, it
19 became harder and harder to get inventory
20 out the bottom of that waterfall.
21     And so I think everyone
22 realized that, to get a fair shot, we had
23 to go -- that was the chokepoint for all
24 these decisions. We had to influence

Page 114

1  those decisions, and we had to go before
2  because after wasn't working.
3       Q.   And how did the practices of
4  DFP impact the market share of AdX over
5  that time period?
6            MR. JUSTUS:  Objection.
7       Form.
8            THE WITNESS:  AdX was -- I
9       mean, market share of AdX
10      increased dramatically because of
11      the actions of DFP.
12 BY MS. WOOD:
13      Q.   Can you explain.
14           MR. JUSTUS:  Objection.
15      Form.
16           Go ahead.
17           THE WITNESS:  So the ability
18      to bid at multiple points in the
19      waterfall, if you will, by DFP
20      gave AdX the ability to sort of
21      dynamically price in a waterfall.
22      Basically meaning they could
23      always have the right price point
24      to clear an impression.  They

Page 115

1       could -- they could preempt
2       guaranteed campaigns that others
3       couldn't.  That is a great selling
4       point to buyers, to say, we have
5       access to inventory nobody else
6       does, we can win bids that no one
7       else can win.  It's a very
8       compelling commercial story for
9       them.
10           Technically it meant their
11      win rate in auctions was higher
12      than anyone else's.  So just
13      multiple reasons that they had an
14      advantage.
15           It was also built into the
16      ad server, meaning that you didn't
17      have to have the user's browser
18      bounce between different systems.
19      So there was no loss between the
20      ad server and the ad exchange.
21           So, you know, any -- any
22      loss, meaning, like, the browser
23      drops a connection or something
24      like that, is a loss of revenue

Page 116

1       for the publisher, so it was less
2       risky for the publisher.
3            So lots of -- lots of
4       different reasons that that tight
5       integration between DFP and AdX
6       made it very difficult for others
7       to actually win or compete in
8       those decisions.
9  BY MS. WOOD:
10      Q.   And how, if at all, did
11 AdX's role in the market impact
12 publishers' willingness to walk away from
13 DFP?
14           MR. JUSTUS:  Objection.
15      Form.
16           THE WITNESS:  Well, I mean,
17      the way that publishers thought
18      about DFP, in the beginning, was
19      as, you know, one of multiple ad
20      servers that competed on features.
21           So if you liked the features
22      of DFP, you'd use it.  If not,
23      you'd switch to a different ad
24      server.

Page 117

1            Within a few years of AdX,
2       it was pretty clear that, you
3       know, it was DFP and AdX together.
4       And publishers would see that AdX
5       was producing 60 percent of their
6       programatic revenue.
7            And their perspective was
8       that switching ad servers would
9       put that 60 percent of revenue at
10      risk.  And as programatic became
11      an increasing share of publisher
12      revenue, the financial risk of
13      losing AdX, which was only
14      available through DFP, was -- was
15      very scary to publishers thinking
16      about leaving the -- switching ad
17      servers.
18 BY MS. WOOD:
19      Q.   And what is your basis for
20 saying that?
21      A.   Because AppNexus built a
22 competitive ad server, we would go into
23 pitches with publishers, and the
24 publisher would say that.  They would

Page 122

1     ad.
2  BY MS. WOOD:
3     Q.  You said these independent
4  SSPs, they weren't allowed to
5  participate.  They were excluded from the
6  process.
7         Who excluded them?
8         MR. JUSTUS:  Objection.
9     Form.
10        THE WITNESS:  I mean, the
11     Google ad stack, like, thinking of
12     DFP and AdX together, did not have
13     a capability for other ad
14     exchanges to participate in
15     dynamic allocation, to insert
16     demand into the decisioning
17     process.  It was -- it was not an
18     open platform for other exchanges.
19 BY MS. WOOD:
20    Q.  You say that DFP didn't have
21 that capability.  DFP could have built
22 that capability to allow that
23 participation; is that right?
24        MR. JUSTUS:  Objection.

Page 123

1     Form.
2         THE WITNESS:  Absolutely.
3     And they did, eventually, build a
4     version of that later on.
5  BY MS. WOOD:
6     Q.  Have you ever heard the term
7  "last look" in connection with header
8  bidding?
9     A.  Last look is not just
10 relevant to header bidding.  So the idea
11 of last look is that -- and this applies
12 to any auction process.  I mean, you can
13 go to Sotheby's or whatever.  Wouldn't it
14 be great if everybody else had to place a
15 bid, you see what those bids are, and
16 then you decide if you want to
17 participate or not.
18        So you have full information
19 at the end of the process.  And so you
20 can just bid one penny higher than the
21 next bidder.
22    Q.  And why would that be great?
23        MR. JUSTUS:  Objection to
24     form.

Page 124

1     THE WITNESS:  If everyone
2  had to submit a sealed bid in an
3  auction, you don't know what
4  anyone else is going to bid.  And
5  so you have an incentive to
6  probably put your best bid forward
7  to make sure you don't lose.
8         But if you could see
9  everyone else's bid before you
10 placed yours, you could bid just a
11 tiny bit more than the next
12 highest bidder or walk away.
13        So that's an incredibly
14 powerful bit of information to
15 have in any auction.  We're
16 talking about it in the
17 programatic market.
18        What would happen is that
19 Google -- I'm talking about Google
20 as the company that controls DFP
21 and owned AdX -- set it up so
22 that, basically, AdX could see
23 everybody else's bids, all the
24 demand from the ad server, all the

Page 125

1     demand from all of their
2  participants -- all of the bidders
3  into the auction and then decide
4  if AdSense would want to bid a
5  little bit higher or not.
6         So they are basically
7  building this system so that they
8  could have more information than
9  anybody else and, basically, get
10 better pricing, get better
11 outcomes than anyone else.
12 BY MS. WOOD:
13    Q.  And how, if at all, did that
14 impact Google's market share?
15    A.  I don't know exactly how it
16 impacted market share because I don't
17 have all the numbers.
18        But in terms of their
19 ability to out-price competitors, it had
20 a huge impact.  It meant that they could
21 play games with price if they wanted to,
22 You know, or they could have a preferred
23 price, even though it's supposedly an
24 auction.  They would always win at a

Page 126

1  better price than anyone else.
2         And that translated to both
3  their market story -- they would tell
4  that story to agencies and advertisers
5  and say, well, you know, we can --
6  because we have last look, we will always
7  have a better price than anybody else.
8         It was very powerful for win
9  rates because they never accidentally
10 underpriced by a penny or two.  They even
11 built a feature that let them bump prices
12 by a couple pennies to win auctions, and
13 then they'd sort of make it up on the
14 next auction.
15        They had all these
16 techniques because they had full
17 information, to let them effectively
18 manipulate auctions and manipulate the
19 decisioning process, in their benefit.
20     Q.   How, if at all, did header
21 bidding impact advertisers?
22        MR. JUSTUS:  Objection.
23     Form.
24        THE WITNESS:  I think the

Page 127

1  easiest way to think about this,
2  for an advertiser, is, if Google
3  operated the highest-priced ad
4  exchange, and I'm a buyer, I'm an
5  advertiser, I would probably
6  rather use a less expensive
7  intermediary.
8        If this were a competitive
9  market, and there were five major
10 exchanges, and one charged twice
11 as much as the others, as a buyer,
12 I'd rather have the lower-priced
13 exchanges and have less of my
14 money going to an intermediary and
15 more of my money going to buy
16 inventory.
17        By biasing this decisioning
18 process toward AdX, they were
19 basically costing advertisers more
20 money for buying the exact same ad
21 impression that they could have
22 bought through others.
23        So header bidding gave
24 advertisers an option to buy

Page 128

1        through the ad exchange or SSP of
2        their choice, and, you know,
3        presumably, to save money and to
4        get better outcomes, to drive more
5        sales, and, you know, brand lift,
6        and all the other things marketers
7        care about, for the same
8        investment of dollars.
9  BY MS. WOOD:
10     Q.   And how did header bidding
11 impact AppNexus's revenue?
12        MR. JUSTUS:  Objection.
13     Form.
14        THE WITNESS:  Well, for
15        AppNexus, our biggest concern was
16        that we wanted to have fair access
17        to every ad impression.  And we
18        felt like we had to invent header
19        bidding.  I mean, the very
20        beginning of our company was we
21        invented header bidding.  It was
22        the first product we built because
23        we knew we had to have a way to
24        bid into every single ad

Page 129

1        impression.
2           Now, we only had three
3        publishers live, you know, in
4        2008.  But the idea of it was just
5        imperative if you wanted to build
6        an open, federated bidding
7        process.  And so over the years it
8        was the only way to have a fair
9        playing field against Google.
10          So, arguably, our entire
11       business depended on having fair,
12       open access to publisher ad
13       inventory.
14 BY MS. WOOD:
15    Q.   What was Prebid?
16    A.   So when we invented header
17 bidding, it was a AppNexus product, like,
18 it was something we sold people and we
19 charged money for.
20          As header bidding started to
21 get traction as an idea, other ad tech
22 companies built their own header building
23 products.  And so there began to be a
24 competition with publishers of, you know,

Page 206

1    THE WITNESS: I started with
2    about 80 percent when we founded
3    the firm. And by the end I think
4    I had about 10 percent ownership.
5  BY MR. JUSTUS:
6    Q. So as an owner of AppNexus,
7  did you benefit from AppNexus's business
8  relationship with Microsoft?
9    MS. WOOD: Objection to the
10    form.
11    THE WITNESS: Can you
12    explain what you mean.
13  BY MR. JUSTUS:
14    Q. Yeah.
15    So Microsoft paid AppNexus
16  at least $50 million. Was that good for
17  the value of your shares in AppNexus?
18    MS. WOOD: Objection to the
19    form.
20    MR. WEISS: Objection.
21    THE WITNESS: Yeah, I mean,
22    having Microsoft as a client was
23    good for AppNexus as a company.
24  BY MR. JUSTUS:

Page 207

1    Q. And good for you as an
2  owner?
3    MS. WOOD: Objection to
4    form.
5    THE WITNESS: Yeah.
6  BY MR. JUSTUS:
7    Q. So what role did you have
8  after AppNexus was acquired by AT&T in
9  2018?
10    A. After we got acquired, I
11  spent six weeks doing transition work to
12  help the new leadership team of -- who
13  AT&T assigned, and then we sold the
14  company, I think, August 15th or
15  something. And I think by the end of
16  September, I was transitioned into kind
17  of a, you know, advisory role, where I
18  wasn't particularly involved in running
19  the business, until I transitioned fully
20  out in February of 2019.
21    Q. Do you know what it means
22  for an ad tech company to have an
23  end-to-end ad tech stack?
24    MS. WOOD: Objection to the

Page 208

1    form.
2    THE WITNESS: I know what we
3    referred to at AppNexus when we
4    talked about that. We talked
5    about that being a -- you know, an
6    ad server, an ad exchange, and a
7    DSP.
8  BY MR. JUSTUS:
9    Q. Is one of the -- so applying
10  that definition of what it means to have
11  an end-to-end ad tech stack, did AT&T
12  acquire AppNexus because AppNexus had an
13  end-to-end ad tech stack?
14    MS. WOOD: Objection to the
15    form. Foundation.
16    THE WITNESS: Yeah, I can't
17    really speculate as to why they
18    acquired us.
19  BY MR. JUSTUS:
20    Q. Was Microsoft still a
21  customer of AppNexus after it was
22  acquired by AT&T?
23    A. As of the time I left, yes.
24    Q. Was AppNexus rebranded at

Page 209

1  AT&T?
2    A. AppNexus was merged with
3  another division of AT&T. They'd
4  acquired DirectTV, and they took the
5  DirecTV advertising business and merged
6  it with AppNexus, and they called the
7  combined entity Xandr.
8    Q. Was AppNexus, then Xandr,
9  later acquired by Microsoft?
10    A. Yes.
11    Q. Do you recall when that was,
12  if you ever knew?
13    A. I believe it closed in
14  December of 2021.
15    Q. So given Microsoft's
16  acquisition of AppNexus's end-to-end ad
17  tech stack, Microsoft now competes with
18  Google in providing advertising
19  technology to buyers and sellers of
20  digital ads, correct?
21    MR. WEISS: Objection.
22    Foundation --
23    MS. WOOD: Objection to
24    form.

Page 210

1  MR. WEISS: -- and form.
2  BY MR. JUSTUS:
3  Q. Despite all that, you can
4  still answer.
5  A. Wow. I -- I understand what
6  you're saying. I don't -- I can't speak
7  to how Microsoft is using those assets.
8  Q. So Microsoft acquired
9  AppNexus's end-to-end ad tech stack,
10 correct?
11     MR. WEISS: Objection.
12     Foundation.
13     THE WITNESS: Whatever is
14     left of it post acquisition.
15     I haven't been involved in
16     that business for five years, so I
17     don't know what they acquired and
18     what they didn't, aside from what
19     was publicly disclosed.
20 BY MR. JUSTUS:
21 Q. To the best of your
22 knowledge, did Microsoft acquire
23 AppNexus's end-to-end ad tech stack
24 technology?

Page 211

1  MS. WOOD: Same objection.
2  MR. WEISS: Objection.
3  Asked and answered.
4  THE WITNESS: To the best of
5  my knowledge, I believe they did.
6  BY MR. JUSTUS:
7  Q. And when AppNexus operated
8  that end-to-end ad tech stack technology,
9  AppNexus competed with Google, correct?
10     MS. WOOD: Objection to the
11     form. Foundation.
12     MR. WEISS: Objection.
13     THE WITNESS: Yes.
14 BY MR. JUSTUS:
15 Q. Mr. O'Kelley, did you speak
16 with the DOJ in 2011 when Google was in
17 the process of acquiring AdMeld?
18 A. I don't remember if I did.
19     MR. JUSTUS: Can we have
20     Tab 70.
21     (Document marked for
22     identification as O'Kelley
23     Exhibit 2.)
24 BY MR. JUSTUS:

Page 212

1  Q. I promise we will not do
2  70 documents today.
3  A. It's okay if you do. I got
4  nowhere to go.
5  Q. As your attorney glares at
6  me.
7  A. He has somewhere to go.
8  Brooklyn is a lake.
9     MR. WEISS: Autumn is lovely
10    this time of year. Come on up.
11    Bring the kids.
12 BY MR. JUSTUS:
13 Q. All right. Mr. O'Kelley,
14 I'm showing you what we've marked as
15 O'Kelley Exhibit 2. It has Bates number
16 DOJ-ADS-77953.
17    What is this document?
18 A. This looks like an e-mail
19 where I am responding to someone from the
20 DOJ named Mike Bonanno, who says that he
21 wants to arrange a conference call with
22 some AppNexus people to talk about our
23 products, the display advertising space
24 in the Google/AdMeld transaction.

Page 213

1  Q. So, Mr. O'Kelley, do you
2  now -- well, let me ask you a different
3  question. Sorry.
4     Do you have any reason to
5  doubt that this Exhibit 2 is a true and
6  accurate copy of an e-mail exchange
7  between you and Mike Bonanno of the DOJ?
8  A. No.
9  Q. So does this remind you,
10 Mr. O'Kelley, that you did speak with the
11 DOJ concerning Google's AdMeld
12 acquisition?
13    MS. WOOD: Objection to the
14    form. Foundation.
15    THE WITNESS: It looks, from
16    this e-mail, like I asked Michael
17    Rubenstein, our president, to talk
18    to the DOJ.
19 BY MR. JUSTUS:
20 Q. Do you know if you joined
21 that call?
22 A. I don't.
23 Q. So someone from AppNexus
24 talked to the DOJ concerning the AdMeld

Case 1:23-cv-00108-LMB-JFA   Document 1164-11   Filed 08/16/24   Page 16 of 16 PageID# 84760

UNITED STATES vs  
GOOGLE

Highly Confidential

Brian O'Kelley  
September 29, 2023

Page 346

1   more?
2           MR. JUSTUS:  Another hour.
3           MS. WOOD:  If you want to
4   talk for an hour about AdX's take
5   rates, sure.
6           MR. JUSTUS:  We don't have
7   any more questions.
8           THE VIDEOGRAPHER:  3:52.  We
9   are off the record.
10          ************
11          (Excused.)
12          (Deposition concluded at
13  approximately 3:52 p.m.)
14
15
16
17
18
19
20
21
22
23
24

Page 347

1
2                    CERTIFICATE
3
4
5           I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.
7
            It was requested before
8   completion of the deposition that the
    witness, BRIAN O'KELLEY, have the
9   opportunity to read and sign the
    deposition transcript.
10
11          _____
12              *Michelle L. Gray*
            MICHELLE L. GRAY,
13          A Registered Professional
            Reporter, Certified Shorthand
14          Reporter, Certified Realtime
            Reporter and Notary Public
15          Dated:  October 3, 2023
16
17
18          (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 348

1           INSTRUCTIONS TO WITNESS
2
3           Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8           After doing so, please sign
9   the errata sheet and date it.
10          You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14          It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Page 349

1                - - - - - -
                  E R R A T A
2                - - - - - -
3
4   PAGE   LINE   CHANGE
5   ____   ____   _____
6          REASON: _____
7   ____   ____   _____
8          REASON: _____
9   ____   ____   _____
10         REASON: _____
11  ____   ____   _____
12         REASON: _____
13  ____   ____   _____
14         REASON: _____
15  ____   ____   _____
16         REASON: _____
17  ____   ____   _____
18         REASON: _____
19  ____   ____   _____
20         REASON: _____
21  ____   ____   _____
22         REASON: _____
23  ____   ____   _____
24         REASON: _____