# EXHIBIT K

## In the Matter Of:

*USA vs*

*Google*

*RYAN PAULEY*

*August 23, 2023*



**Page 1**

```
 1
 2  UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF VIRGINIA
 3  -------------------------------------X
    UNITED STATES OF AMERICA, et al,
 4
                          PLAINTIFF,
 5
         -against-
 6
    GOOGLE LLC,
 7
 8                        DEFENDANT.
 9  Civil 1:23-cv-00108
    -------------------------------------X
10
11
12         DEPOSITION OF RYAN PAULEY
13              New York, New York
14          Wednesday, August 23, 2023
15
16
17
18  Reported by:
19  Rebecca Schaumloffel, RPR, CLR
20  JOB #:  2023-907960
21
22
23
24
25
```

**Page 2**

```
 1
 2  A P P E A R A N C E S:
 3
 4      DEPARTMENT OF JUSTICE
            Attorneys for the Plaintiff
 5          950 Pennsylvania Avenue
            New York, New York 20530
 6      BY:  JEFF VERNON, ESQ.
             MATT GOLD, ESQ.
 7
 8
 9
        AXINN, VELTROP & HARKRIDER, LLP
10          Attorneys for Google
            1901 L Street NW
11          Washington, DC 20036
        BY:  ALI VISSICHELLI, ESQ.
12           CRAIG M. REISER, ESQ.
             LUKE MARTIN, ESQ.
13
14
15      DAVIS & GILBERT
            Attorneys for Vox Media
16          1675 Broadway
            New York, New York 10019
17      BY:  INA B. SCHER, ESQ.
18
19
        ALSO PRESENT:
20
21          Lauren Fisher, Esq., CLO Vox Media
22          Lem Lattimer, Lexitas
23
             *       *       *
24
25
```

**Page 3**

```
 1              R. PAULEY
 2       THE VIDEOGRAPHER:  We are now on
 3  the record and the time is 10:02 a.m.
 4  This is the video recorded deposition
 5  of Ryan Pauley in the matter of United
 6  States, et al., versus Google LLC.
 7       Today's date is Wednesday,
 8  August the 23rd.  My name is Lem
 9  Lattimer, and the court reporter is
10  Rebecca Schaumloffel.  We are both in
11  association with Lexitas Legal.
12       All appearances are noted on the
13  record.
14       Will the court reporter please
15  swear in the witness.
16  RYAN PAULEY, called as a witness, having been
17  first duly sworn by a Notary Public of the
18  States of New York, New Jersey, and
19  Pennsylvania was examined and testified as
20  follows:
21  EXAMINATION BY
22  MR. VERNON:
23       Q.  Good morning, Mr. Pauley.
24       A.  Good morning.
25       Q.  Can you state and spell your name
```

**Page 4**

```
 1              R. PAULEY
 2  for the record.
 3       A.  It's Ryan Pauley, R-Y-A-N,
 4  P-A-U-L-E-Y.
 5       Q.  Let me quickly go over a few,
 6  just, procedures and, sort of, guidelines for
 7  the deposition.
 8       So, first, since the court
 9  reporter is transcribing what you say and
10  what I say, please do your best to answer
11  audibly as opposed to with gestures or um-hum
12  or something like that.
13       Does that make sense?
14       A.  It does.
15       Q.  Okay.  And, second, this is a
16  little different from a normal conversation,
17  but please try to let me finish my question
18  before you start your answer, even if you
19  know what I'm probably going to say.
20       And similarly, I will do my best
21  to let you finish your answer before I start
22  my next question.
23       Does that make sense?
24       A.  It does.
25       Q.  Okay.  In terms of breaks, I think
```

**Page 5**

1  R. PAULEY
2  we will probably take a break around once
3  every hour or so, but if you need a break for
4  another reason, just let me know.
5  A. Okay.
6  Q. Okay. Oh, a few more things. All
7  right. So for all of my questions, unless I
8  say otherwise, I would like you to answer
9  based on your personal knowledge only.
10      Does that make sense?
11  A. It does.
12  Q. So if you learned something in
13  your preparation for this deposition that
14  relates to something that someone else at Vox
15  knows but you do not have personal knowledge
16  of, that's not what I'm asking about.
17      Does that make sense?
18  A. It does.
19  Q. And if, at any point, we get to a
20  question where you do not know the answer
21  based on your personal knowledge, but you
22  have learned something in your preparation
23  based on something someone else at Vox knows,
24  just say that and we will, kind of, go from
25  there.

**Page 6**

1  R. PAULEY
2      Does that make sense?
3  A. It does.
4  Q. Okay. Well, let me start by
5  asking you about your background.
6      Where were you born and raised?
7  A. I was born in Norristown,
8  Pennsylvania, and raised in that area.
9      MS. SCHER: Ryan, I'm going to
10    ask you to just be a little bit louder
11    --
12    THE WITNESS: Okay.
13    MS. SCHER: -- so that the
14    people at the end of the table can
15    hear you.
16    THE WITNESS: Sure.
17  BY MR. VERNON:
18  Q. Can you describe your educational
19  background?
20  A. I attended Elon University for
21  undergraduate degree, and Georgetown
22  University for a master's degree.
23  Q. What was your master's in?
24  A. Sports business.
25  Q. Okay. And you work for Vox today;

**Page 7**

1  R. PAULEY
2  is that right?
3  A. That's correct.
4  Q. What is your current title at Vox?
5  A. It's president of revenue and
6  growth.
7  Q. And at a high level, what are your
8  responsibilities in your role today?
9  A. I oversee all of the commercial
10  operations across our advertising,
11  subscription, commerce businesses, as well as
12  marketing, communications, events.
13  Q. When did you start working at Vox?
14  A. I started in 2011, April of 2011.
15  Q. And was that before or after you
16  graduated college?
17  A. Technically, it was before I
18  finished my master's degree at Georgetown,
19  after I had completed a degree at Elon.
20  Q. When you started working at Vox,
21  how many employees did it have, roughly?
22  A. About 40.
23  Q. Okay. So you were one of the
24  first ones?
25  A. Yes.

**Page 8**

1  R. PAULEY
2  Q. And can you just briefly describe
3  how your role and responsibilities at Vox
4  have evolved over time?
5  A. Sure. So when I started, there
6  was a very small company, as you noted, so I
7  started as a local sales intern, and
8  gradually have, sort of, taken on more
9  responsibility, started our programmatic
10  business in the early 2010s, oversaw ad
11  operations, pricing, yield, and then helped
12  launch the concert business in 2016.
13      I took over as chief revenue
14  officer in -- at the end of 2018, which
15  included, sort of, overseeing the sales, the
16  sales team, the creative studio, in addition
17  to, you know, other strategy operations
18  responsibilities, and within the last two
19  months, assumed the title of president.
20  Q. Was that a promotion?
21  A. It was.
22  Q. Okay. About how many years of
23  experience do you have at Vox with
24  programmatic display ads?
25  A. I'd say about ten years, at least.

### Page 13

1  R. PAULEY
2  form.
3  A. My opinion is that there is -- we
4  have -- we, Vox Media, has limited leverage
5  in those negotiations.
6  Q. By "those negotiations," are you
7  referring to negotiations with AdX for take
8  rates?
9  A. Specifically for take rates with
10 AdX, yes.
11 Q. Why do you believe that Vox has
12 limited leverage when it's negotiating for
13 lower take rates with AdX?
14 A. Because there is no -- at Vox, we
15 don't currently have any reasonable
16 alternatives to -- for where the Open Auction
17 revenue would otherwise go, if not through
18 AdX.
19 Q. Why is that?
20 A. My opinion is that AdX has the
21 largest -- the largest share of Open Auction
22 demand, and, thus, are able to deliver the
23 most amount of revenue at competitive prices,
24 competitive CPMs.
25 Q. How do negotiations with Google's

### Page 14

1  R. PAULEY
2  AdX compare to negotiations with other
3  exchanges?
4  MS. VISSICHELLI: Objection to
5  form.
6  A. We have -- we have been able to
7  negotiate more favorable rev shares for Vox
8  Media from other partners, typically.
9  Q. Have you also managed those
10 negotiations?
11 A. Yes. Again, not directly involved
12 but managed.
13 Q. Okay. Why is it that Vox has been
14 able to negotiate lower rev shares from
15 exchanges that were not AdX, but not been
16 able to negotiate a lower Open Auction rev
17 share for AdX?
18 MS. VISSICHELLI: Objection to
19 form.
20 A. In my opinion, I don't know the
21 direct motivations of any other SSPs. But in
22 my opinion, the -- there is -- we have other
23 alternatives for, you know, SSPs that drive a
24 smaller amount of Open Auction display
25 revenue.

### Page 15

1  R. PAULEY
2  Q. And why is that?
3  A. There seems to just be more -- I
4  don't know, specifically, but there seemed to
5  be more SSPs and ad technology partners that,
6  you know, are playing in that -- or can
7  compete at that, sort of, smaller range.
8  We have -- and, thus, we can --
9  you know, if we get a better -- at Vox Media,
10 have a more favorable rev share with one
11 partner, you know, we can drive more business
12 in their direction. So there is more
13 competition.
14 Q. So I think you said there is more
15 competition for the exchanges that have a
16 smaller share; is that right?
17 A. That's correct.
18 MS. VISSICHELLI: Objection to
19 form.
20 Q. How would you characterize the
21 level of competition that AdX, in its
22 position, faces in the exchange business?
23 MS. VISSICHELLI: Objection to
24 form.
25 A. I don't view there to be much

### Page 16

1  R. PAULEY
2  competition at the scale that AdX is
3  operating at for our business.
4  Q. Okay. How would you characterize
5  AdX's position in the display exchange
6  business?
7  MS. VISSICHELLI: Objection to
8  form.
9  A. Can you rephrase the question.
10 Q. Sure.
11 I think you said there is not as
12 much competition for AdX as for the smaller
13 exchanges; is that right?
14 A. That's correct.
15 Q. So in terms of AdX's position in
16 the display exchange business from Vox's
17 perspective, how would you characterize AdX's
18 position? Is it dominant? Is it not
19 dominant? How would you describe it?
20 MS. VISSICHELLI: Objection to
21 form.
22 A. I would characterize it as the
23 largest partner.
24 Q. Okay. Is it harder or easier for
25 Vox to switch away from a smaller exchange

**Page 17**

1  R. PAULEY
2  than it would be for Vox to switch away from
3  AdX?
4      MS. VISSICHELLI: Objection to
5  form.
6  A. It's easier to switch from smaller
7  -- among smaller SSPs with a smaller
8  percentage of our business than it is with
9  AdX.
10  Q. Okay. Would Vox prefer to have a
11  smaller percentage of its programmatic
12  display business come from AdX?
13  A. Vox -- at Vox, we prefer that
14  there be more competition for a bigger
15  percentage of the Open Auction business.
16  Q. And why is that?
17  A. Because our business would
18  benefit, would generate more revenue.
19  Q. How would it benefit?
20  A. We, at Vox, would essentially earn
21  a higher rev share on a larger percentage of
22  our inventory.
23  Q. Okay. Would Vox prefer to not
24  have any one exchange take up 50 to 60
25  percent of its programmatic display business?

**Page 18**

1  R. PAULEY
2      MS. VISSICHELLI: Objection to
3  form.
4  A. Yes. I would say, generally, that
5  would be preferred.
6  Q. Why would Vox, in general, prefer
7  that there would not be one exchange that
8  would take up 50 to 60 percent of its
9  programmatic display business?
10  A. I would say my assumption would be
11  that that would instigate a little more
12  competition in the market, more unique
13  monetization capabilities that we would be
14  able to leverage, ultimately, to improve and
15  drive growth for our business.
16  Q. Let me switch gears and ask you
17  about UPR.
18      Is that okay?
19  A. It is.
20  Q. What -- in the context of Vox's
21  programmatic display business, what is a
22  price floor?
23  A. Price floor is the minimum CPM
24  that we would take for a particular piece of
25  inventory.

**Page 19**

1  R. PAULEY
2  Q. Okay. How did Vox use price
3  floors before UPR?
4      MS. VISSICHELLI: Objection to
5  form.
6  A. We used price floors -- we had
7  more -- we had different price floors for
8  different SSPs and different partners.
9  Q. Why did Brock -- sorry.
10      Why did Vox have different price
11  floors for different SSPs prior to UPR?
12  A. We saw it as a way to optimize
13  pricing and optimize yield across our
14  portfolio of inventory by leveraging certain
15  partners for higher priced segments of
16  inventory, leveraging different partners for
17  lower priced segments of inventory.
18  Q. And what is UPR, just at a very
19  high level?
20  A. Unified pricing rules was a change
21  that Google rolled out to institute, as is
22  evident in the name, sort of, one price floor
23  for all -- all programmatic partners.
24  Q. How, if at all, did UPR affect
25  Vox's ability to set different price floors

**Page 20**

1  R. PAULEY
2  for different exchanges?
3  A. It negated the ability to set
4  different price floors for different
5  exchanges.
6  Q. I think a minute ago you said that
7  AdX accounts for, roughly, between 50 and 60
8  percent of Vox's programmatic display
9  revenue.
10      Do I remember that correctly?
11  A. That's correct.
12  Q. Let me ask you some questions
13  about how that's changed over time.
14      Does that make sense?
15  A. Sure.
16  Q. Let me take you a little farther
17  back in time first.
18      How did AdX's share of Vox's
19  programmatic display revenue change between
20  before header bidding was popularized and
21  after header bidding was popularized?
22      MS. VISSICHELLI: Objection to
23  form.
24  A. I'm sorry, can you repeat the
25  question.

**Page 25**

1  R. PAULEY
2  form.
3  A. It would affect the deals insofar
4  as we may generate less revenue from certain
5  deals or certain partners than we either had
6  previously or would have expect to --
7  expected to prior to UPR.
8  Q. And would that be good or bad for
9  Vox?
10      MS. VISSICHELLI: Objection to
11  form.
12  A. That would be bad.
13  Q. Okay. So let me see if I can go
14  back.
15      So what impact, if any, would UPR
16  have on Vox's deals with exchanges other than
17  AdX?
18  A. Limit revenue potential would be
19  my general assessment.
20  Q. Okay. And what impact would that
21  have on Vox, if any?
22  A. Limit the revenue opportunity for
23  Vox.
24  Q. Okay. So I think before -- one
25  thing that you said was, after header bidding

**Page 26**

1  R. PAULEY
2  was popularized, AdX's share of Vox's
3  programmatic display revenue went down to
4  some degree; is that right?
5      MS. VISSICHELLI: Objection to
6  form.
7  A. Sorry, can you repeat that.
8  Q. Sure.
9      After header bidding was
10 popularized, I think you said before that
11 AdX's share of Vox's programmatic display
12 revenue went down to some extent; is that
13 correct?
14      MS. VISSICHELLI: Objection to
15  form.
16 A. That's correct.
17 Q. And I take it, it's also fair to
18 assume that header bidding's share went up?
19      MS. VISSICHELLI: Objection to
20  form.
21 A. That would be correct.
22 Q. When some share of Vox's
23 programmatic display revenue shifted from AdX
24 to header bidding, was that good or bad for
25 Vox?

**Page 27**

1  R. PAULEY
2  A. It would have been good. It would
3  have raised prices and ultimately raised
4  revenue.
5  Q. Okay. What impact, if any, would
6  the shift from AdX to header bidding have on
7  the transparency for the auctions that are
8  run on Vox's behalf?
9      MS. VISSICHELLI: Objection to
10  form.
11 A. Header bidding gave Vox Media more
12 insight into bids, number of bids from
13 different partners, the price of those bids,
14 the price of impressions won. So,
15 ultimately, it provided more insight into
16 the, sort of, value of inventory than we had
17 previously.
18 Q. Let me ask you an even more
19 general question.
20      What impact, if any, did header
21 bidding have on Vox in general?
22 A. Increased revenue.
23 Q. Was header bidding good or bad for
24 Vox?
25      MS. VISSICHELLI: Objection to

**Page 28**

1  R. PAULEY
2  form.
3  A. Generally, it was good.
4  Q. Okay. And my apologies if this is
5  repetitive.
6      Why do you think header bidding
7  was generally good for Vox?
8  A. Because it increased revenue.
9  Q. So I think you said earlier that
10 Vox would prefer to have -- to be in a world
11 where one exchange partner does not have a 50
12 to 60 percent share of its programmatic
13 display revenue; is that correct?
14      MS. VISSICHELLI: Objection to
15  form.
16 A. That's correct.
17 Q. What impact, if any, did UPR have
18 on Vox in terms of Vox's dependence on AdX?
19      MS. VISSICHELLI: Objection to
20  form.
21 A. It increased the percentage of
22 revenue and impressions that went to AdX from
23 other partners. So, ultimately, it increased
24 the dependence on AdX.
25 Q. And is that good or bad for Vox?

**Page 29**

R. PAULEY

A. In our pursuit of, you know, trying to maximize the revenue, it was -- it was limiting for Vox Media.

Q. Okay. And I think one of the things that you said before would -- was that Vox would prefer that there be more competition for an exchange as large as AdX; is that right?

MS. VISSICHELLI: Objection to form.

A. That's correct.

Q. What impact, if any, does UPR have on the potential for there to be more competition for AdX?

MS. VISSICHELLI: Objection to form.

A. It seemed to limit the competition for AdX.

Q. And why do you say that UPR seemed to limit the competition for AdX?

A. Because it -- ultimately, it led to an increased share of revenue that AdX was -- was taking of our programmatic business.

**Page 30**

R. PAULEY

Q. What impact, if any, does UPR have on header bidding -- well, let me ask you this: To what extent is header bidding a competitor to AdX?

A. I don't -- I would say header bidding is a mechanism for other exchanges to compete with AdX, not necessarily that header bidding in and of itself is a direct competitor.

Q. Okay. What impact, if any, does header bidding have -- I'm sorry. Can I start again?

What impact, if any, does UPR have on header bidding as a mechanism for other exchanges to compete with AdX?

MS. VISSICHELLI: Objection to form.

A. By implementing a single price floor for all partners, it limited the -- any -- any dynamic pricing or unique deals we might be able to -- or might seek to secure with non-AdX exchanges.

Q. Let me just try to -- again, apologies, some of this is going to be a

**Page 31**

R. PAULEY

little repetitive.

What impact, if any, did UPR have on header bidding as a mechanism for other exchanges to compete with AdX?

MS. VISSICHELLI: Objection to form.

A. It would have limited in other exchanges' ability to compete for the inven- -- to compete for Vox Media inventory.

Q. Okay. Overall, focusing on Vox, would you say that UPR was good or bad for Vox?

A. Generally, I would say it was -- it was bad in that it limited our ability to manage our business in the way that we preferred at the time.

Q. Okay. Let me ask you two -- I think, a few more questions on UPR.

After UPR became effective and Vox had to level the floors across all of the exchanges, how did Vox do that? Did it lower AdX's floor, did it raise the floor for other exchanges, or do some combination of the two?

MS. VISSICHELLI: Objection to

**Page 32**

R. PAULEY

form.

A. We tested a number of different flooring strategies, but, ultimately, the one that seemed to maximize the revenue opportunity for our inventory was lowering AdX's floor.

Q. Do you know if Vox raised the floors of the other exchanges after UPR?

A. We would have raised floors for certain exchanges after UPR.

Q. Okay. I think this is the last question on UPR.

Is Google's position as Vox's -- who does Vox use as its publisher ad server?

A. Google Ad Manager.

Q. Is Google Ad Manager's position as Vox's publisher ad server what gave Google the ability to stop Vox from setting different floors for different exchanges?

MS. VISSICHELLI: Objection to form.

A. Yes. In my assessment, that's correct.

Q. Okay. All right. Let me ask you

**Page 37**

1  R. PAULEY
2  alternative to Google Ad Manager for our
3  business at this time.
4     Q.   Why do you say that you do not see
5  any reasonable alternative to Google Ad
6  Manager at this time?
7     A.   Primarily, for the programmatic
8  revenue monetization opportunities that
9  exists with Google Ad Manager that, as far as
10  I know, in the market, there aren't -- there
11  isn't some -- another technology partner that
12  could provide anything at a reasonable
13  similar level.
14     Q.   Let me see if I understand you
15  correctly.
16        Are you saying that you believe
17  that Vox cannot switch away from Google Ad
18  Manager because if Vox were to switch away
19  from Google Ad Manager, it would lose revenue
20  from AdX; is that right?
21        MS. VISSICHELLI:  Objection to
22     form.
23     A.   That is my assumption at this
24  point, yes.
25     Q.   Okay.  Because there is an

**Page 38**

1  R. PAULEY
2  objection, let me reask.
3        Why do you believe that Vox cannot
4  realistically switch away from Google Ad
5  Manager as its publisher ad server today?
6     A.   Because the -- the programmatic
7  revenue opportunity, I think, is still
8  reasonably larger with Google Ad Manager than
9  without it.
10     Q.   If Vox were to switch away from
11  Google Ad Manager as its publisher ad server
12  to another publisher ad server, what impact,
13  if any, would that have on the revenue that
14  Vox gets from AdX?
15        MS. VISSICHELLI:  Objection to
16     form.
17     A.   We haven't run the assessment, but
18  my assumption is that the programmatic
19  revenue would decrease.
20     Q.   From AdX?
21     A.   From AdX, yes.
22     Q.   Okay.  Do you -- what impact, if
23  any, does your assumption that Vox would lose
24  programmatic revenue from AdX if Vox were to
25  switch from Google Ad Manager to another

**Page 39**

1  R. PAULEY
2  publisher ad server, what impact, if any,
3  does that have on Vox's ability to switch to
4  another publisher ad server?
5        MS. VISSICHELLI:  Objection to
6     form.
7     A.   It significantly limits our
8  interests or ability to switch any ad
9  servers.  We haven't evaluated any
10  alternatives since -- since we initially
11  migrated to DFP in that 2014, 2015 range.
12     Q.   Okay.  Do you have a general
13  understanding -- let me back up.
14        Would you, in your role at Vox,
15  prefer that it be easier to switch from
16  Google Ad Manager to another publisher ad
17  server?
18        MS. VISSICHELLI:  Objection to
19     form.
20     A.   We'd prefer that there be a number
21  of options in the market to be able to choose
22  from.
23     Q.   Do you believe today that there
24  are a number of options that are good
25  alternatives as publisher ad servers to

**Page 40**

1  R. PAULEY
2  Google Ad Manager for Vox, given the revenue
3  problems we discussed earlier?
4        MS. VISSICHELLI:  Objection to
5     form.
6     A.   Not in my assessment, no.
7     Q.   And why is that?
8     A.   My -- why is my -- sorry, can you
9  repeat that question.
10     Q.   Sure.
11        Why do you think that there are
12  not a number of good alternatives to Google
13  Ad Manager as a publisher ad server today?
14     A.   I think, in large part, because
15  there isn't a reasonable alternative to
16  building a programmatic monetization business
17  with AdX that's not Google Ad Manager.
18     Q.   Why do you think there is not such
19  a reasonable alternative?
20     A.   Because the AdX -- in our
21  experience and in our assessment, the AdX
22  performance with GAM is significantly higher
23  than without GAM.
24     Q.   Would Vox prefer or not prefer to
25  have the option to consider switching to

**41**

1          R. PAULEY
2  another publisher ad server without seeing a
3  decrease in AdX revenue?
4      A.   Yes.
5      Q.   And why?
6      A.   So that we could evaluate an ad
7  server on the merits of an ad server
8  technology if, you know, everything I talked
9  about earlier, delivery and reporting,
10  insights, things of that nature.
11      Q.   How would you characterize Google
12  Ad Manager's position in the publisher ad
13  server business?
14          MS. VISSICHELLI:  Objection to
15      form.
16      A.   As the significant market share
17  really, in my assessment, a default option
18  for most large premium publishers.
19      Q.   Would you say that Google Ad
20  Manager is the dominant publisher ad server?
21          MS. VISSICHELLI:  Objection to
22      form.
23      A.   I would say it's by far the
24  largest.
25      Q.   Do you feel like there is or is

**42**

1          R. PAULEY
2  not a sufficient level of competition for
3  Google Ad Manager as a publisher ad server
4  today?
5          MS. VISSICHELLI:  Objection to
6      form.
7      A.   In my assessment, there is not a
8  significant amount of competition in that
9  market.
10      Q.   And why do you say that "there is
11  not a significant amount of competition" in
12  the publisher ad server business?
13          MS. VISSICHELLI:  Objection to
14      form.
15      A.   I think given Google's position as
16  the largest provider to -- again, in my
17  assumption, most premium publ- -- large
18  premium publishers, the capabilities, the
19  price, the programmatic monetization options,
20  typically with AdX, they continue to have,
21  you know, the largest share.
22      Q.   If a publisher like Vox could
23  switch away from Google Ad Manager as its
24  publisher ad server without losing a
25  significant amount of AdX revenue, what

**43**

1          R. PAULEY
2  impact, if any, would that have on the level
3  of competition that there is in the publisher
4  ad server business?
5          MS. VISSICHELLI:  Objection to
6      form.
7      A.   I think it's possible you would
8  see more reasonable alternatives to Google Ad
9  Manager.
10      Q.   Would that be good or bad for Vox?
11      A.   Without knowing what the, you
12  know, hypothetical alternatives would be, I
13  think, generally, it would be good.
14      Q.   And why would it be good, in
15  general, for Vox if there were more
16  competition in the publisher ad server
17  business?
18          MS. VISSICHELLI:  Objection to
19      form.
20      A.   I think it would encourage more,
21  you know, sophistication, more development,
22  enhanced capabilities that publishers could
23  leverage to grow the, you know, the Vox media
24  business.
25      Q.   So, again, apologies if some of

**44**

1          R. PAULEY
2  this is a little repetitive.
3          It's fair to say Google Ad Manager
4  is the largest publisher ad server; is that
5  right?
6          MS. VISSICHELLI:  Objection to
7      form.
8      A.   Yes.
9      Q.   Do you have an idea of the size
10  between Google Ad Manager as the largest and
11  the number two?
12          MS. VISSICHELLI:  Objection to
13      form.
14      A.   I don't know specifically, but I
15  think I've heard and read, sort of, north of
16  80, 90 percent of the premium publisher use
17  Google Ad Manager.
18      Q.   And across the display business,
19  which company has the largest display ad
20  exchange?
21          MS. VISSICHELLI:  Objection to
22      form.
23      A.   Google, in our assessment.
24      Q.   And that's Google AdX?
25      A.   Correct.

Page 53

R. PAULEY

MS. VISSICHELLI: Objection to form.

A. Well, advertising is the largest source of revenue for the company in revenue -- bringing in revenue is ultimately what enabled us to produce content, produce products, and so any time there is a decrease or increase in revenue, we can do more or less of those things, accordingly, producing content and, you know, creating products for audiences.

Q. If AdX's take rates were to increase from something like 20 percent to 22 percent, what impact, if any, would that have on Vox's ability to employ journalists?

MS. VISSICHELLI: Objection to form.

A. I wouldn't be able to speculate on any individual, sort of, dollar of revenue's impact on our ability to hire or retain anyone in the company.

But, ultimately, revenue is the key driver of what we are able to produce on the content and product and on the commercial

Page 54

R. PAULEY

side.

Q. Earlier you said that you felt like competition for AdX was limited. Did I remember that correctly?

A. I think the competition for AdX as a -- sort of, the significant share of programmatic revenue is limited, yes.

Q. If competition for AdX were to increase, what impact, if any, could that have on AdX's take rates?

MS. VISSICHELLI: Objection to form.

A. I think, presumably and speculatively, it could lower the take rates of AdX and increase the revenue to a publisher like Vox Media.

Q. What impact, if any, would a decrease in AdX's take rates have on Vox's business, in practice?

MS. VISSICHELLI: Objection to form.

A. It would increase the revenue to Vox Media.

Q. And what practical impact would

Page 55

R. PAULEY

that have on Vox's ability to produce content, if any?

MS. VISSICHELLI: Objection to form.

A. Again, not to -- I wouldn't speculate on any individual incremental dollar of revenue, but, ultimately, the total revenue is what enables us to produce content and products for audiences.

Q. What impact, if any, would there be from a decrease in AdX's take rates on Vox's ability to hire journalists?

MS. VISSICHELLI: Objection to form.

A. Similarly, wouldn't speculate on any incremental dollar of revenues used, but, ultimately, you know, revenue is what drives our ability to produce content, create products across the company.

Q. Do you know, ballpark, how much revenue Vox gets from AdX?

A. I don't know the specifics, but it's tens of millions of dollars a year.

Q. Would it be roughly around the

Page 56

R. PAULEY

ballpark of 50 million or lower or higher?

A. Probably in that general range, yes.

Q. How important is AdX as -- or not important, is AdX as a source of revenue for Vox?

A. It's a significant component of the revenue for Vox.

Q. One of the things I think you said was, you didn't want to comment on how any incremental dollar could affect Vox's ability to produce content.

Did I get that roughly right?

A. Yeah. Roughly, yes.

Q. Given that AdX is a significant portion, ballpark 50 million of Vox's revenue, what impact, if any, would a decrease in AdX's take rates have on Vox's ability to produce content?

MS. VISSICHELLI: Objection to form.

A. I would say, generally, increased revenue for the company would increase our ability to create content, produce products,

69

1          R. PAULEY
2  Guaranteed generally resembles, as I
3  mentioned, direct ad sales in the sense that
4  the tactics are generally more
5  brand-advertising oriented, similar to direct
6  ad sales.
7     Q.   If take rates for Open Auction
8  display ads were to increase by 10 percent,
9  would Vox shift a significant number of ads
10 from Open Auction display to Programmatic
11 Guaranteed display?
12        MS. VISSICHELLI:  Objection to
13   form.
14    A.   We may try.  Though, in the
15 hypothetical scenario, I think -- I don't
16 think we would have much success.
17    Q.   And why is that?
18    A.   Because the -- again, the
19 difference in price between Open Auction and
20 Programmatic Guaranteed is relatively wide
21 and the intention of the advertiser in those
22 two forums tend to be different between
23 performance advertising in the Open Auction
24 and brand advertising in direct ad sales and
25 Programmatic Guaranteed.

70

1          R. PAULEY
2     Q.   In the context of display
3  advertising, what is a PMP?
4     A.   A private marketplace is an
5  ability to sell advertising to -- either to a
6  single advertiser or to a set of advertisers
7  in a non-guaranteed way.
8     Q.   How do CPMs for private
9  marketplace display ads compare to CPMs for
10 Open Auction display ads?
11    A.   They are typically higher in --
12 the PMP prices are typically higher than Open
13 Auction.
14    Q.   Can you give a ballpark range for
15 Vox for the prices of private marketplace
16 display ads?
17    A.   Generally, it's in the 5 to $8
18 range, I would say, for PMPs.
19    Q.   If take rates for Open Auction
20 display ads were to increase by 10 percent,
21 how easy or difficult would it be for Vox to
22 shift from Open Auction display to private
23 marketplace display?
24        MS. VISSICHELLI:  Objection to
25   form.

71

1          R. PAULEY
2     A.   I would say it would still be
3  difficult to transition, though easier than
4  -- easier to transition a buyer from an Open
5  Auction to a PMP than it is to transition an
6  Open Auction buyer to Programmatic Guaranteed
7  or direct display.
8     Q.   And why do you say that it would
9  still be difficult for Vox to respond to a
10 10 percent increase in Open Auction take
11 rates by shifting from Open Auction display
12 to private marketplace display?
13        MS. VISSICHELLI:  Objection to
14   form.
15    A.   Similarly, buyers of the
16 advertisers in private marketplaces are still
17 typically looking to buy inventory on a set
18 amount of invent- -- on a set amount of
19 publishers.  And -- so, still, typically, in
20 the brand-advertising function, though there
21 is a little more performance orientation to
22 private marketplaces, typically.
23    Q.   Okay.  So now I'm going to switch
24 to something that's complicated to me, which
25 is Concert.

72

1          R. PAULEY
2         First, in the context of Vox and
3  display advertising, what is Concert?
4     A.   Concert is a premium ad
5  marketplace that we -- and a business that we
6  developed and launched in 2016 whereby we
7  took ad products and ad technology that we
8  had developed for our own inventory and took
9  that to other premium publishers and then
10 sold the network to advertisers.
11    Q.   I think you referred to "Concert"
12 as a network.
13        What did you mean by that?
14    A.   In that it is a collection of
15 inventory that is both Vox -- that consists
16 of Vox-owned inventory as well as third party
17 inventory.
18    Q.   Today, what percentage of
19 Concert's display ads are direct P -- private
20 marketplace, Programmatic Guaranteed, and
21 Open Auction?
22        MS. VISSICHELLI:  Objection to
23   form.
24    A.   The -- there is no Open Auction
25 revenue for Concert today nor has there been

**Page 73**

1  R. PAULEY
2  since we launched it. So all of the business
3  is in direct, PG, and PMP.
4  Q. And today, can you give us an
5  approximate breakdown for how much of
6  Concert's display ads are direct and how much
7  are Programmatic Guaranteed and how much are
8  private marketplace?
9  MS. SCHER: Objection to form.
10  A. I don't know the specifics.
11  Generally, direct would be in the 80 to 85
12  percent range of total, Programmatic
13  Guaranteed would be 10 to 15 percent, and
14  PMP, maybe around 5 percent.
15  Q. What are the Athena ad formats in
16  the context of display?
17  A. The Athena is a unique ad format
18  that Vox Media had developed for our own
19  inventory, and that is the -- the Athena
20  product is the -- that's the ad format that
21  underpins Concert. That's the format that we
22  have taken to third party inventory.
23  Q. Are all of Concert's Display Ads
24  using the Athena ads formats?
25  A. Yes.

**Page 74**

1  R. PAULEY
2  Q. How long did it take Vox to create
3  the Athena ad formats and the underlying
4  technology behind them?
5  MS. VISSICHELLI: Objection to
6  form.
7  A. I don't know specifically how long
8  it would have taken for Vox Media to build it
9  for ourselves, but over the course of a year
10  or two, perhaps.
11  Q. Were you involved in the creation
12  of the Athena ad formats or was that before
13  your involvement in Concert?
14  A. I was involved. Not necessarily
15  leading it, but I was involved.
16  Q. How important, if at all, are the
17  Athena ad formats to Concert?
18  A. Critical. It's the only product
19  that we sell across Concert.
20  Q. Why -- other than just being the
21  only product, why are the Athena ad formats
22  important to Concert?
23  MS. VISSICHELLI: Objection to
24  form.
25  A. We created Concert in order to --

**Page 75**

1  R. PAULEY
2  with a unique proprietary ad format that was
3  intentionally a non-standard ad unit for
4  digital display, and did so with a unique set
5  of inventory across our own inventory and
6  other premium publishers in order to offer a
7  differentiated product to advertisers.
8  Q. Would Vox have built Concert if it
9  had not already built the Athena ad formats?
10  MS. VISSICHELLI: Objection to
11  form.
12  A. I can't say what we would have
13  done if we didn't have it, but it was a --
14  the fact that we had developed it, were
15  selling it to adve- -- were selling the
16  Athena product to advertisers on Vox-owned
17  inventory, and were seeing success with it
18  was definitely a big driver of creating
19  Concert.
20  Q. Can you just describe in, sort of,
21  a basic way what the Athena ad formats look
22  like and how they differ, if at all, from a
23  standard display unit?
24  MS. VISSICHELLI: Objection to
25  form.

**Page 76**

1  R. PAULEY
2  A. I would say in its most simplistic
3  form, the Athena unit is a larger format than
4  certainly, at the time, what were standard
5  display ad units.
6  Q. How did the Athena ads compare to
7  -- actually, what is a standard display ad?
8  A. Generally refers to, you know,
9  from a size basis, a 300x250 or a 728x90.
10  Basically, most of the advertisements you see
11  across most of the websites is what that
12  refers to.
13  Q. How did the Athena ads compare to
14  standard display ads in terms of how easy it
15  is for advertisers to buy the ads at scale?
16  MS. VISSICHELLI: Objection to
17  form.
18  A. It is more difficult to create and
19  buy Athena's ad scale primarily because it's
20  a unique ad size. It's a unique format.
21  Typically, advertisers don't -- haven't
22  developed that format in that size already.
23  And so we work with them to do that.
24  Q. If Athena -- the Athena ad formats
25  are primarily larger than standard display

77

R. PAULEY

ads, why does it require extra work from advertisers to sell an ad in the Athena -- to buy an ad in the Athena format than in a standard display format?

MS. VISSICHELLI: Objection to form.

A. Generally because they have not developed the ad creative in the size of the Athena. So it, at minimum, requires a few extra steps for them to put time in either with us or on their own to develop an ad format in the size of the Athena.

Q. And what would those extra steps be?

A. Essentially the -- modifying existing standard ad creative into the larger format.

Q. How, if at all, do the formatting differences between Athena ads and standard ads, standard display ads, affect whether advertisers can switch from Open Auction display to Concert?

MS. VISSICHELLI: Objection to form.

78

R. PAULEY

A. The -- typically, they wouldn't be able to transition from Open Auction to Concert primarily because, generally in the Open Auction, it is buying standard ad sizes compared to the Athena.

Q. To what extent does Concert compete with AdX for Open Auction display ads?

A. We -- Concert doesn't compete in -- with anyone in the Open Auction.

Q. What or who does Concert primarily compete with, AdX's programmatic display ads or direct display ads or what?

MS. VISSICHELLI: Objection to form.

A. Competes in a couple of areas. I would say primarily via direct -- it competes with other direct ad sales. It also competes with other ad networks that might have unique ad formats.

Q. Can you give me an example of another ad network that has a unique ad format?

A. Someone like a -- companies like a

79

R. PAULEY

Teads or Kargo.

Q. Is AdX one of Concert's primary competitors?

MS. VISSICHELLI: Objection to form.

A. I wouldn't classify AdX as a competitor. AdX is a -- has been a partner of Concert since its launching.

Q. Why do you say that AdX is not a part- -- not a competitor to Concert?

A. I would say primarily, we have been focused on -- Concert has been focused on selling a unique ad product to a closed, much smaller network of inventory.

Q. To what extent does Concert compete with AdX -- does Concert compete with AdX -- let me start over.

How much does Concert compete or not compete with AdX?

A. I would say it's -- doesn't compete directly insofar as we're typically after, you know, a different set of tactics and metrics with advertisers. It does compete in the sense that we are -- Concert

80

R. PAULEY

is ultimately selling digital advertising and there is a -- you know, a fixed amount of digital advertising investment to go around.

We also recently launched the Concert SSP to enable enhanced programmatic buying options for our Concert.

Q. Would you describe AdX as a close competitor to Concert?

MS. VISSICHELLI: Objection to form.

A. I wouldn't classify it in that way, no.

Q. And why do you say that AdX is not a close competitor to Concert?

MS. VISSICHELLI: Objection to form.

A. Primarily because Concert is very small as a business compared to AdX.

Q. I take it Concert has grown revenue since it was created; is that fair?

A. That's fair.

Q. As Concert has grown its revenue, where has that revenue primarily come from, from direct display, from AdX, or somewhere

**Page 81**

R. PAULEY
else?
   MS. VISSICHELLI: Objection to form.
   A. **Primarily from direct display and also Programmatic Guaranteed.**
   Q. And I take it you expect Concert to continue to grow in the future; is that fair?
   A. **That's fair, yes.**
   Q. As Concert grows in the future, where do you expect that future growth to come from, from AdX or Direct or something else?
   MS. VISSICHELLI: Objection to form.
   A. **We expect it to come both from Concert, direct ad sales, as well as programmatic through the Concert SSP.**
   Q. As Concert grows in the future, what do you think the primary source of growth will be in terms of size, Direct, or from AdX, or something else?
   MS. VISSICHELLI: Objection to form.

**Page 82**

R. PAULEY
   A. **In terms of size, I would say primarily Direct.**
   Q. Is Direct the closest competitor for Concert?
   MS. SCHER: Objection to form.
   A. **Direct -- I would say Direct and the more premium ad networks that I mentioned earlier.**
   Q. Like Teads?
   A. **Correct.**
   Q. Why do you view Direct and the premium ad networks, like Teads, as being the closest competitors for Concert?
   A. **Concert is primarily still a brand advertising value proposition, meaning delivering scale, reach, awareness, typically at a higher price, higher CPM than Open Auctions.**
   Q. I think you said before that currently AdX accounts for approximately 50 to 60 percent of Vox's programmatic display revenue; is that right?
   A. **Yes.**
   Q. And I think you said before that

**Page 83**

R. PAULEY
Vox would prefer that there not be any one partner that has roughly a 50 to 60 percent share of Vox's programmatic display revenue; is that right?
   A. **Yes.**
   Q. Why is it that Vox still has one partner with AdX that has a 50 to 60 percent share of its programmatic display revenue, even though Vox has taken the time to build Concert?
   MS. VISSICHELLI: Objection to form.
   A. **Can you rephrase --**
   Q. Sure.
   A. **-- the question.**
   Q. Why is it that Vox still has one partner, meaning Google's AdX, that has approximately 50 to 60 percent of Vox's programmatic display revenue even after Vox has taken the time to create the Concert network?
   MS. VISSICHELLI: Objection to form.
   A. **In large part because the Concert**

**Page 84**

R. PAULEY
**-- most of the large percentage of the Concert business is still via direct ad sales and not programmatic channels.**
   Q. And I think you said -- again, I apologize if this is repetitive -- that Vox would prefer that no one partner have 50 to 60 percent of Vox's programmatic display sales the way that AdX does; is that right?
   A. **Yes.**
   Q. Why has Vox not been able to completely get out of that situation after having spent the time to create Concert?
   MS. VISSICHELLI: Objection to form.
   A. **I think, primarily, that that's where, you know, the market is. I couldn't say, sort of, where any individual driver of why that has been the case, other than that's the -- sort of, how the market has shaken up.**
   Q. Did Concert -- did the fact that Vox has Concert as a way through which it can sell display ads allow Vox to negotiate for a lower Open Auction take rate from AdX?
   MS. VISSICHELLI: Objection to

## Page 117

R. PAULEY

MS. VISSICHELLI: Objection to form.

A. That's correct.

Q. And then after UPR, Vox could not do that; is that fair?

MS. VISSICHELLI: Objection to form.

A. That is fair, yes.

Q. Okay. Since there was an objection, let me try to rephrase. Why did UPR limit Vox's ability to shift impressions to a particular exchange?

A. It led to single price floors for all exchanges and -- thus eliminating the opportunity for different price floors for different exchanges.

Q. And why does eliminating the opportunity for different price floors for different exchanges limit Vox's ability to shift more impressions to one particular exchange?

A. Because all of the exchanges have the same price floor, we ultimately had to make a decision on raising price floors. If

## Page 118

R. PAULEY

there were price floors below, lower than what the optimal price for a single price floor was or vice-versa. We had to raise certain price floors or lower them, depending on where they were relative to what -- if we were only able to set a single price floor.

Q. Okay. I apologize for the repetitiveness of this, but let me try a slightly different way. Does removing Vox's ability to set different price floors for different exchanges make it easier or harder for Vox to shift impressions to a particular exchange?

MS. VISSICHELLI: Objection to form.

A. It generally made it harder.

Q. I think one of the things you said earlier was that for certain portions of the display ad tech business, you felt like there was limited competition for Google; is that correct?

MS. VISSICHELLI: Objection to form.

A. I think specifically at the --

## Page 119

R. PAULEY

sort of, the scale that AdX operates at, yes.

Q. And I think you also said you felt there was limited competition for Google as a publisher ad server; is that correct?

MS. VISSICHELLI: Objection to form.

A. Yes.

Q. What impact, if any, would there be on the display advertising ecosystem and publishers if there were more competition for AdX and Google's publisher ad server business?

MS. VISSICHELLI: Objection to form.

A. It's hard to speculate on what a different market would mean. But, ultimately, I think, you know, having more competition on the ad server and at this scaled SSP side would at least offer the opportunity for different capabilities and, you know, ultimately, more competition.

Q. What do you mean by "different capabilities"?

A. You know, with more competition

## Page 120

R. PAULEY

comes different price terms, different technological capabilities, different, you know, enhanced ways to -- for publishers to monetize inventory, things like that.

Q. Would more competition in -- or what impact, if any, would more competition in the publisher ad server business and the scaled SSP business have on innovation?

MS. VISSICHELLI: Objection to form.

A. Speculatively, it would improve the innovation in those markets, I would presume.

Q. Why would competition -- why would more competition in the publisher ad server and scaled SSP businesses lead to more innovation?

MS. VISSICHELLI: Objection to form.

A. Presumably, there would be -- you know, with more competition comes additional development, more pressure on, you know, develop these capabilities, pressure on pricing terms and business terms and things

**Page 121**

1                R. PAULEY
2    of that nature.
3        Q.   Okay.
4             MR. VERNON:  So let me reserve
5    the balance of my time to ask
6    questions after Google's attorney asks
7    questions.
8             And with that, I'm happy to pass
9    the witness to you, and either go off
10   the record or not.  Whatever you want.
11            MS. VISSICHELLI:  Yeah, let's go
12   off the record for a minute.
13            THE VIDEOGRAPHER:  The time is
14   1:28 p.m.  We are off the record.
15            (Whereupon, a recess was held.)
16            THE VIDEOGRAPHER:  The time is
17   1:35 p.m.  We are on the record.
18   EXAMINATION BY
19   MS. VISSICHELLI:
20       Q.   Hi, Mr. Pauley.  I introduced
21   myself earlier, but I'm Ali Vissichelli, and
22   I represent Google in this matter.
23       A.   Okay.
24       Q.   Okay.  And so do you understand
25   that so far today you have been testifying

**Page 122**

1                R. PAULEY
2    based on your own personal knowledge?
3        A.   Yes.
4        Q.   And do you understand that you are
5    also here to provide testimony today as
6    corporate representative for Vox Media LLC on
7    a certain list of defined topics?
8        A.   I do.
9        Q.   Okay.  And are you prepared to
10   serve as corporate representative today for
11   Vox Media LLC?
12       A.   I am.
13       Q.   Okay.  And I keep referring to Vox
14   Media LLC.  If I refer to it as "Vox" for the
15   rest of my questioning, will you understand
16   that I mean "Vox Media LLC"?
17       A.   I will.
18       Q.   Okay.  And so what, if anything,
19   did you do to prepare yourself to testify as
20   Vox's corporate representative?
21       A.   We reviewed -- I viewed documents
22   that were provided under subpoena.  I went
23   back and, you know, reviewed communications,
24   reviewed reports, analyses, memos, things of
25   that nature.

**Page 123**

1                R. PAULEY
2        Q.   Okay.  And when you say "we," who
3    do you mean by that?
4        A.   Just me with counsel.
5        Q.   Okay.  Is that the counsel you are
6    here with today?
7        A.   Yes.
8        Q.   Okay.  And so one of the things
9    you said is that you viewed documents that
10   were provided under the subpoena; is that
11   correct?
12       A.   Yes.
13       Q.   And that was the subpoena Google
14   issued to Vox?
15       A.   Correct.
16       Q.   And do you recall how many
17   documents you looked at?
18       A.   I don't recall specifically.  I
19   think in the 50 to 100 range, probably, in
20   total.
21       Q.   Okay.  Do you know if you reviewed
22   all the documents produced by Vox to Google?
23       A.   I can't say with confidence I
24   reviewed every single one.
25       Q.   And you also said that you

**Page 124**

1                R. PAULEY
2    reviewed communications; is that right?
3        A.   That's correct.
4        Q.   Do you know if these
5    communications were produced to Google?
6        A.   Yes.
7        Q.   Okay.  And did you review any
8    documents that were not produced to Google?
9        A.   Potentially.
10       Q.   Okay.  And what documents would
11   those be?
12       A.   I can't say with specificity,
13   like, which documents, like, what documents I
14   may have reviewed that were or were not
15   provided.
16       Q.   And why do you say "potentially"?
17       A.   Just because I can't say
18   definitively that every document that I
19   looked at was definitely provided.
20       Q.   Okay.  Is there -- do you know if
21   the documents you looked at had what we call
22   Bates numbering at the bottom of it?
23       A.   No.  None of the documents I would
24   have reviewed have Bates numbers.
25       Q.   Okay.  Is there any document that

125

R. PAULEY

Q. you believe that -- that you reviewed that wasn't produced?
A. I'm sorry, can you rephrase.
Q. Sure.
Was there any document that you looked at that you think wasn't produced?
A. Not that I can think of, no.
Q. So it's possible that you prepared for the deposition using documents that were not produced to Google?
A. It's possible.
Q. Okay. And the documents that you reviewed, were they supplied to you by counsel?
A. No. They were supplied either by a small group of people that, sort of, were responsible for retrieving the documents to respond to the subpoenas.
Q. Okay. And these are people at Vox?
A. Correct.
Q. Okay. And do you know the names of these people?
A. I do, yes.

126

R. PAULEY

Q. Okay. What are they?
A. Peyton McCarthy, Megan Walton, Courtney Glaze.
Q. Okay. And do you know why these individuals were selected to locate documents?
A. They, both in their roles and experience at Vox, either managed or were directly involved in the, sort of, experiences that, sort of, were, like, the source of the document retrieval.
Q. Did you talk about the documents with any of these individuals?
A. Yes.
Q. Okay. And was anybody else present with you when you had these conversations?
A. Counsel was present.
Q. Okay. Besides these three individuals, did you talk to anybody else at Vox in preparation for your testimony today?
A. We talked to -- I talked to -- my boss, our CEO.
Q. And who is that?

127

R. PAULEY

A. Jim Bankoff.
Q. Okay. And when you spoke to the CEO, was anybody else present?
A. Yes. Counsel was present.
Q. Did you speak with anybody else in preparing for your deposition today at Vox?
A. No.
Q. Okay. Did you speak to anyone at the DOJ in preparation for your testimony today?
A. No.
Q. Did you create or take any notes in preparation for your deposition today?
A. No.
Q. Besides what we've already covered, was there anything else you did to prepare yourself to testify today?
A. No.
Q. Okay. So now I just want to ask you a little bit more generally about Vox and -- what is Vox?
A. Sure. Vox Media is a digital media company. We own and operate about 18 editorial brands. We produce content for our

128

R. PAULEY

websites, for across -- for podcasts, videos, across various platforms and monetize that content via, you know, various ways, including advertising, direct to consumer, subscriptions, commerce, and a handful of other things, like licensing.
Q. Okay. And what do you mean by when you say "editorial brands"?
A. Basically audience-facing brands. Brands like SP Nation, which focuses on sports. The Verge, which focuses on technology. The Dodo, which focuses on pets and family, things like that.
Q. Okay. And these editorial brands, do you monetize them, at least in part, through advertising revenue?
A. Yes.
Q. Okay. And so now I just want to switch gears a little bit to Concert.
And I believe you testified earlier that you played a role in Concert's development; is that right?
A. That's correct.
Q. Can you describe for me a little

**Page 129**

1     R. PAULEY
2  bit that role?
3     A.  Yes.  I helped define the -- what
4  the business value proposition would be,
5  helped secure publisher partners, you know,
6  prior to launch and since launch, helped sell
7  to advertisers, and was primarily the person,
8  sort of, most public facing to press and the
9  advertising community for Concert.
10    Q.  And can you tell me more -- a
11 little bit about how you define Concert's, I
12 think you said, business value proposition?
13    A.  Sure.  We -- prior to launching
14 Concert, we had developed unique, sort of, ad
15 products for our own Vox Media inventory.
16        We took that unique premium
17 products to other publishers, and we
18 primarily -- we focused on, sort of, building
19 this network of premium publisher inventory
20 so that the proposition could be at the, you
21 know, premium end of the market, both the
22 high impact ad product, premium inventory
23 across a number of large scale premium
24 publishers so that advertisers had, you know,
25 a scaled premium option.

**Page 130**

1     R. PAULEY
2     Q.  Okay.  And why did you do that?
3     A.  We saw an opportunity to give
4  advertisers a, sort of, single point of entry
5  into a, sort of, more scaled premium option,
6  and so we -- and we had seen that advertiser
7  interest and demand for those unique ad
8  products for our own Vox Media inventory.
9        So we felt that if we could get
10 more scale to those unique ad products that
11 there could be a business opportunity there,
12 which there has been.
13    Q.  Okay.  And you defined this
14 inventory as "premium inventory."
15        Can you just, I guess, give a
16 little bit more detail about what you mean by
17 that?
18    A.  Yes.  It's certainly qualitative
19 in, sort of, that characterization, I
20 suppose.  But what we mean is, scaled, call
21 it known publishers, you know, partners like
22 NBCUniversal or Penske Media, Conde Nast,
23 among many others.  So that's, sort of,
24 mostly what it would be.
25    Q.  Okay.  And so you mentioned your

**Page 131**

1     R. PAULEY
2  publisher partners, and you just mentioned
3  that one of them is NBCUniversal; is that
4  right?
5     A.  Yes.
6     Q.  Okay.  And how long has
7  NBCUniversal been a publisher partner to
8  Concert?
9     A.  Since the launch in 2016.
10    Q.  Okay.  And at the time of launch,
11 did Concert have any other publisher
12 partners?
13    A.  We had others.  I don't recall
14 specifically who was a partner at the launch.
15    Q.  Okay.  And today, does Concert
16 have any other publisher partners?
17    A.  We do.  We work with -- don't know
18 the latest number, but, I think, close to 70,
19 80 total publishers.
20    Q.  Okay.  Oh, and you mentioned Conde
21 Nast; is that an example?
22    A.  Um-hum, yeah.
23    Q.  So can you give -- withdrawn.
24        And in talking about your
25 publisher partners, you mentioned, I think a

**Page 132**

1     R. PAULEY
2  couple of times -- you mentioned the word
3  "scaled inventory."  Can you just describe a
4  little bit what you mean by that?
5     A.  Essentially, I mean, more
6  inventory to these custom ad products than
7  Vox alone could offer.
8     Q.  Okay.  Is it important for Vox
9  that Concert have scale?
10    A.  It is.  It means we can offer more
11 to advertisers, and, thus, you know, be more
12 -- a bigger partner to those advertisers and
13 ultimately generate more advertising revenue.
14    Q.  And does Vox have plans to
15 continue to grow its publisher partnership?
16    A.  We do.
17    Q.  And how are you planning -- how is
18 Vox planning to do that?
19    A.  We continued to, sort of, source
20 new publishers to join the network, to
21 publishers in particular, it's -- the value
22 proposition is, in our view, a better ad
23 experience for audiences and can generate
24 revenue on behalf of these publishers.
25    Q.  How does a publisher become a

                                                            261
```
 1
 2        E X H I B I T S
 3
 4
 5   EXHIBIT     EXHIBIT                         PAGE
 6   NUMBER      DESCRIPTION
 7   Exhibit 1   VOX_00000120 through      159
 8               '126
 9   Exhibit 2   VOX_00000256 through      162
10               '274
11   Exhibit 3   VOX_00000286              173
12   Exhibit 4   VOX_00000326 through      176
13               '334
14   Exhibit 5   VOX_00000067 through      193
15               '072
16   Exhibit 6   VOX_00000004 through      201
17               '047
18   Exhibit 7   DOJ-ADS-B-0000047401      214
19               through '7406
20   Exhibit 8   DOJ-ADS-B-0000047435      215
21   Exhibit 9   DOJ-ADS-B-0000047444      215
22   Exhibit 10  DOJ-ADS-'36562            216
23   Exhibit 11  DOJ-ADS-'36573            216
24
25
```

                                                            262
```
 1
 2
 3            I N D E X
 4
 5   EXAMINATION BY                              PAGE
 6
 7   MR. VERNON                                     3
 8   MS. VISSICHELLI                              121
 9   MR. VERNON                                   224
10   MS. VISSICHELLI                              254
11   MR. VERNON                                   256
12
13
14
15   INFORMATION AND/OR DOCUMENTS REQUESTED
16   INFORMATION AND/OR DOCUMENTS            PAGE
17              (NONE)
18
19
20
21
22
23
24
25
```

                                                            263
```
 1
 2        C E R T I F I C A T E
 3
 4   STATE OF NEW YORK       )
                             : SS.:
 5   COUNTY OF NASSAU        )
 6
 7       I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10       That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14       I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereunto
19   set my hand this 24th day of August, 2023.
20            Rebecca Schaumloffel
21            REBECCA SCHAUMLOFFEL
22
23
24
25
```

                                                            264
```
 1   ERRATA SHEET FOR THE TRANSCRIPT OF:
 2   Case Name:    In Re: US, et al. V. Google LLC
 3   Dep. Date:    August 23, 2023
 4   Deponent:     Ryan Pauley
 5              CORRECTIONS:
 6   Pg.  Ln.   Now Reads   Should Read    Reason
 7   ___  ___   _____    _____     _____
 8   ___  ___   _____    _____     _____
 9   ___  ___   _____    _____     _____
10   ___  ___   _____    _____     _____
11   ___  ___   _____    _____     _____
12   ___  ___   _____    _____     _____
13   ___  ___   _____    _____     _____
14   ___  ___   _____    _____     _____
15   ___  ___   _____    _____     _____
16   ___  ___   _____    _____     _____
17                          _____
18                     Signature of Deponent
19
20   SUBSCRIBED AND SWORN BEFORE ME
21   THIS____DAY OF_____,2023.
22
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25
```