# EXHIBIT L

## In the Matter Of:

*USA v*

*GOOGLE*

*MICHAEL SHAUGHNESSY*

*August 09, 2023*



Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 3   -------------------------------------X
     UNITED STATES OF AMERICA, et al,
 4
                          PLAINTIFF,
 5
           -against-
 6
     GOOGLE LLC,
 7
 8                        DEFENDANT.
 9   Civil 1:23-cv-00108
     -------------------------------------X
10
11
12        DEPOSITION OF MICHAEL SHAUGHNESSY
13              New York, New York
14          Wednesday, August 9, 2023
15
16
17
18   Reported by:
19   Rebecca Schaumloffel, RPR, CLR
20   JOB #:  2023-906148
21
22
23
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4     DEPARTMENT OF JUSTICE
            Attorneys for the Plaintiff
 5       950 Pennsylvania Avenue
         New York, New York 20530
 6       BY:   MICHAEL WOLIN, ESQ.
               KAITLYN BARRY, ESQ.
 7
 8
       AXINN, VELTROP & HARKRIDER, LLP
 9         Attorneys for Google
           1901 L Street NW
10         Washington, DC 20036
           BY:   CHRIS ERICKSON, ESQ.
11
12
13     PAUL, WEISS, RIFKIND, WHARTON & GARRISON
           Attorneys for the Defendant
14         Google
           1285 6th Avenue
15         New York, New York 10019
           BY:   ERIN MORGAN, ESQ.
16               CARTER GREENBAUM, ESQ.
17
18     DAVIS & GILBERT
           Attorneys for Kargo
19         1675 Broadway
           New York, New York 10019
20         BY:   INA B. SCHER, ESQ.
21
22
       ALSO PRESENT:
23
24         Lem Lattimer, Lexitas
25            *       *       *
```

Page 3

```
 1                  M. SHAUGHNESSY
 2         THE VIDEOGRAPHER:  We are now on
 3   the record.  My name is Lem Lattimer.
 4   I'm a legal videographer retained by
 5   Lexitas.  Today's date is Wednesday,
 6   August 9, 2023, and the video time is
 7   10:00 a.m.
 8         The deponent is Michael
 9   Shaughnessy in the matter of the
10   United States of America versus Google
11   LLC.  All appearances are noted on the
12   record.
13          Will the court reporter, Rebecca
14   Schaumloffel, please swear in the
15   witness.
16
17
18
19   MICHAEL SHAUGHNESSY, called as a witness,
20   having been first duly sworn by a Notary
21   Public of the States of New York, New Jersey,
22   and Pennsylvania was examined and testified
23   as follows:
24   EXAMINATION BY
25   MR. WOLIN:
```

Page 4

```
 1                  M. SHAUGHNESSY
 2         Q.   Good morning, Mr. Shaughnessy.  My
 3   name is Michael Wolin.  I'm here on behalf of
 4   the United States of America.  I'm from the
 5   Department of Justice Antitrust Division.
 6   I'm joined here by my colleague, Kaitlyn
 7   Barry, also an attorney for the United States
 8   of America.
 9         Could you please state your name
10   for the record, please.
11         A.   Yes.  Michael Shaughnessy.
12         Q.   I would like to -- let me ask you
13   first, sir, have you been deposed before?
14         A.   No.
15         Q.   So I'm going to start, then, with
16   some procedures, just some ground rules so
17   that the deposition goes smoothly.
18         Is that okay?
19         A.   Yes.
20         Q.   Our court reporter will record
21   everything we say here today.  So to assist
22   her, could you please speak loudly and
23   clearly and wait until I finish my question
24   before you start your answer?
25         A.   Yes.
```

Page 5

1               M. SHAUGHNESSY
2       Q.   And I will wait to finish -- or I
3   will wait till you finish your answer before
4   I start another question.  All right?
5       A.   Yes.
6       Q.   If any of my questions are
7   unclear, please let me know, and I'll clarify
8   the question.  Okay?
9       A.   Yes.
10      Q.   We'll take periodic breaks today.
11  If you ever need a break, please let me know,
12  and we will accommodate that at the next
13  convenient moment.  All right?
14      A.   Yes.
15      Q.   So you understand all of those
16  ground rules?
17      A.   I do.
18      Q.   Two other preliminary questions I
19  want to ask you this morning.
20           Do you understand that you are
21  under oath today and sworn to tell the truth
22  just as if you were testifying in court
23  before a judge?
24      A.   Yes.
25      Q.   And do you understand that the

Page 6

1               M. SHAUGHNESSY
2   information you provide during this
3   deposition may be used by the Department of
4   Justice in other civil, criminal,
5   administrative, or regulatory cases or
6   proceedings?
7       A.   Yes.
8       Q.   Mr. Shaughnessy, where were you
9   born and raised?
10      A.   I was born and raised in Port
11  Jefferson, New York.  I lived in Miller
12  Place.
13      Q.   What's your educational
14  background?
15      A.   My educational background is I
16  have a Bachelor's of Science in accounting
17  and I graduated from Northeastern University.
18      Q.   What year did you graduate from
19  Northeastern University?
20      A.   2010.
21      Q.   Where are you currently employed?
22      A.   Kargo.
23      Q.   When did your employment at Kargo
24  begin?
25      A.   In 2018.

Page 7

1               M. SHAUGHNESSY
2       Q.   Where were you employed prior to
3   Kargo?
4       A.   I was employed by a few companies,
5   including Evite, IAC, which was About.com,
6   and Bauer Media.
7       Q.   I want to ask you about your role
8   at each of those companies.
9            What was your role at Evite?
10      A.   At Evite I was the finance
11  manager.
12      Q.   What years were you employed by
13  Evite?
14      A.   2013 through 2014.
15      Q.   What about your role at About.com
16  or IAC?
17      A.   At About.com I was primarily
18  focused on being the programatic yield
19  manager.
20      Q.   What years were you the
21  programatic yield manager at IAC or
22  About.com?
23      A.   Around 2014 to 2016.
24      Q.   What was your role at Bauer Media?
25      A.   I was the Vice President of

Page 8

1               M. SHAUGHNESSY
2   revenue.
3       Q.   Of those three companies, which
4   would you consider to be website publishers?
5       A.   All three.
6       Q.   Let's turn back to your current
7   employment.  All right?
8       A.   Yes.
9       Q.   At a high level, what is Kargo's
10  business?
11      A.   Kargo is a business that
12  transforms standard creative and creates
13  bespoke experiences for the largest
14  advertisers as well as the best publishers.
15      Q.   And what's your role at Kargo?
16      A.   I am currently the Chief Operating
17  Officer.
18      Q.   What are your responsibilities as
19  Chief Operating Officer?
20      A.   My responsibilities include taking
21  the vision of our CEO/founder and
22  operationalizing that across all of the
23  different teams within the organization and
24  facilitating, as well as the execution.
25      Q.   In your role at Kargo, how often

Page 9

1 M. SHAUGHNESSY
2 do you interact with publishers?
3   A.   Frequently.
4   Q.   Could you give me some examples of
5 some of the publishers that you interact
6 with?
7   A.   Yes. We work with the largest
8 publishers which have taken their magazine
9 businesses and made them digital businesses,
10 so think of the Meredith and the Hearst.
11       We also work with digital first
12 publishers, including Bustle and BuzzFeed,
13 and then we work with broadcasters like CBS,
14 NBC, and Discovery.
15   Q.   Your role at Kargo, how often do
16 you interact with advertising agencies?
17   A.   Pretty frequently.
18   Q.   What are some of the advertising
19 agencies that you interact with in your role
20 at Kargo?
21   A.   We work with all of the largest
22 holding companies and their -- I'm usually
23 brought in to different clients on an ad hoc
24 basis. I wouldn't say it's a primary role
25 for my function.

Page 10

1 M. SHAUGHNESSY
2   Q.   How often are you typically
3 interacting with advertising agencies?
4   A.   It depends on the business needs.
5 Not as frequently as the publishing clients
6 because we have other individuals in the
7 executive team that are primarily focused on
8 sales.
9   Q.   Could you estimate how many times
10 a year you are having direct interactions
11 with advertisers?
12   A.   I would approximate dozens, but I
13 don't know an exact number.
14   Q.   How often do you interact with
15 companies that are running their own
16 advertising campaigns in-house?
17   A.   Can you explain the question or
18 ask it a different way?
19   Q.   How often do you interact with
20 companies that, instead of using an
21 advertising agency, are doing their own
22 advertising campaigns themselves?
23   A.   Understood.
24       A decent amount but it's not as
25 common for a business model.

Page 11

1 M. SHAUGHNESSY
2   Q.   In your role at Kargo, how often
3 do you interact with employees of Google?
4   A.   Somewhat frequently, but there are
5 individuals on my team that are tasked with
6 managing those relationships on a more
7 day-to-day level.
8   Q.   I want to focus, then, on the --
9 we will start with the term "SSP," or "supply
10 side platform."
11       Are you familiar with that term?
12   A.   Yes.
13   Q.   And what are the functions of an
14 SSP?
15   A.   The SSP is an opportunity for the
16 sell side to make their inventory available
17 for sale.
18   Q.   Is part of Kargo's business offer
19 a supply side platform?
20   A.   Yes.
21   Q.   And in the context of Kargo's
22 business, is there any difference between the
23 term "SSP" or "supply side platform" and the
24 term "exchange"?
25   A.   No.

Page 12

1 M. SHAUGHNESSY
2   Q.   Which term are you most -- do you
3 use most in your business?
4   A.   Neither.
5   Q.   So you use them equally?
6   A.   Yes. And other words to describe
7 the business.
8   Q.   Are you familiar with the term
9 "Open Auction"?
10   A.   Yes.
11   Q.   What does "Open Auction" refer to
12 in the context of an SSP?
13   A.   Open Auction, in my understanding
14 or the way I would describe it is, when
15 advertisers do not have direct deals with
16 publishers and SSPs are surfacing the
17 inventory for these types of buys.
18   Q.   Does Kargo's SSP business include
19 Open Auction?
20   A.   It does.
21   Q.   What percentage of Kargo's SSP
22 business is Open Auction display advertising
23 transactions?
24   A.   Approximately 20 percent.
25   Q.   What is the other 80 percent?

Page 13

```
 1              M. SHAUGHNESSY
 2    A.   Private marketplace deals and/or
 3  direct sell campaigns.
 4    Q.   So I want to focus on the
 5  20 percent of Kargo's SSP business that's
 6  Open Auction display advertising
 7  transactions.
 8         Is that okay?
 9    A.   Yes.
10    Q.   Today, what is Kargo's approximate
11  yearly gross revenue transactions for Open
12  Auction display advertising transactions?
13         MS. MORGAN:  Objection.
14    Q.   You may answer.
15    A.   It is -- can you repeat the
16  question.
17    Q.   Of course.
18         Today, what is Kargo's approximate
19  yearly gross revenue transacted for Open
20  Auction display advertising transactions?
21         MS. MORGAN:  Objection.
22    A.   Approximately 30 to 50 million.
23         MS. SCHER:  And just before we
24    continue, when we are dealing with
25    specific revenue information and
```

Page 14

```
 1              M. SHAUGHNESSY
 2    sensitive information, you know, we
 3    would like to mark certain parts of
 4    the transcript as confidential if they
 5    are sensitive and competitive
 6    information.  And I don't know, you
 7    know, how you want to -- I don't want
 8    to keep interrupting, but should we be
 9    designating as the questions come up?
10         MR. WOLIN:  No, I don't think
11    that's necessary.  On a Protective
12    Order, you have the ability to
13    designate it after the fact.
14         MS. SCHER:  Okay.
15  BY MR. WOLIN:
16    Q.   I want to ask you next, then,
17  today, what is Kargo's approximate yearly net
18  revenue earned from those Open Auction
19  display advertising transactions?
20    A.   Approximately 4 to 10 million.
21  And I don't have the exact number off the top
22  of my head.
23    Q.   So what company offers the largest
24  SSP for Open Auction display advertising
25  transactions?
```

Page 15

```
 1              M. SHAUGHNESSY
 2    A.   Google.
 3    Q.   And what's your basis for saying
 4  that?
 5    A.   Prior to my role at Kargo, I was a
 6  publishing executive that worked with many
 7  SSPs.
 8    Q.   How would you characterize the
 9  position of Google's SSP as compared to other
10  SSPs in the market?
11         MS. MORGAN:  Objection.
12    A.   Can you repeat?
13    Q.   How would you characterize the
14  position of Google's SSP as compared to other
15  SSPs in the market?
16         MS. MORGAN:  Objection.
17    A.   Google works with the publishers
18  in a unique way compared to other SSPs.
19    Q.   What do you mean by saying that
20  "Google works with publishers in a unique way
21  compared to other SSPs"?
22    A.   Publishers use both its ad serving
23  technologies as well as its sell side
24  functionality within the ad server.
25    Q.   What's your basis for saying that?
```

Page 16

```
 1              M. SHAUGHNESSY
 2    A.   My previous experience as a
 3  publishing executive.
 4    Q.   What impact does that have that
 5  publishers use both ad server technologies as
 6  well as SSP functionality?  Sorry, strike
 7  that.  I'll rephrase the question.
 8         What impact does that have that
 9  publishers use Google for both publisher ad
10  server and SSP?
11    A.   Can you repeat the question?
12    Q.   What impact does that have that
13  publishers use Google for both publisher ad
14  server and for their SSP?
15         MS. MORGAN:  Objection.
16    A.   The impact is, many of the
17  functionality is tied between the two
18  products and there are opportunities for the
19  Google SSP to compete more easily with direct
20  sold campaigns as well as the access to the
21  publisher inventory based on the Google
22  Publisher Tag, which is the basis for a lot
23  of the ad serving mechanisms of Google's DFP
24  or Google Ad Manager, as it's known today.
25    Q.   Is it your understanding that
```

Page 33

1        M. SHAUGHNESSY
2        MS. MORGAN:  Objection.
3     A.   Can you repeat the question.
4     Q.   Are there any publisher inventory
5   sources that Google's AdX has access to that
6   Kargo's SSP does not but wishes to?
7        MS. MORGAN:  Objection.
8     A.   Besides the O&O, I would not know
9   -- I don't know.
10    Q.   Does Kargo's SSP have access to
11  the same advertiser demand sources as
12  Google's AdX?
13       MS. MORGAN:  Objection.
14    A.   I don't know.
15    Q.   Are you aware of any advertiser
16  demand sources that AdX -- Google's AdX has
17  access to that Kargo's SSP does not?
18    A.   No.
19    Q.   Does Kargo's SSP business include
20  working with publisher ad servers?
21    A.   Yes.
22    Q.   What company offers the largest
23  publisher ad server for web display
24  advertising?
25    A.   Google Ad Manager.

Page 34

1        M. SHAUGHNESSY
2     Q.   What's your basis for saying that?
3     A.   Most publishers we work with use
4   Google Ad Manager.
5     Q.   What other companies besides
6   Google offer publisher ad servers for web
7   display advertising?
8        MS. MORGAN:  Objection.
9     A.   In my extensive publishing
10  experience and working with many publishers
11  and working at publishers, I cannot think of
12  one that is currently in use.  But there used
13  to be a couple other options that did, which
14  include, if I'm not mistaken, AppNexus
15  provided this service, I believe AOL provided
16  this service, and OpenX may have provided
17  this service as well at one point.
18    Q.   Does Kargo offer a publisher ad
19  server that competes against Google Ad
20  Manager?
21    A.   No.
22    Q.   How would you characterize the
23  position of Google's publisher ad server as
24  compared to any other publisher ad servers?
25       MS. MORGAN:  Objection.

Page 35

1        M. SHAUGHNESSY
2     A.   There's no comparison.
3     Q.   What do you mean by "there's no
4   comparison"?
5     A.   Based on what I know in the
6   industry and my extensive experience working
7   with agencies, publishers, vendors prior to
8   Kargo and during my experience at Kargo, it
9   is very common for publishers to use Google
10  Ad Manager for their display business.
11    Q.   But am I right in understanding
12  that your testimony is that Google is the
13  only publisher ad server on the market?
14       MS. MORGAN:  Objection.
15    A.   Google is the dominant player.
16    Q.   So it's your view that Google is
17  the dominant publisher ad server on the
18  market today?
19    A.   Yes.
20       MS. MORGAN:  Objection.
21    Q.   Why do you view Google's publisher
22  ad server as the dominant publisher ad
23  server?
24    A.   Because of the opportunities
25  between AdX and Google Ad Manager is the

Page 36

1        M. SHAUGHNESSY
2   primary reason from when I was a publisher.
3     Q.   And what's your basis for saying
4   that Google's publisher ad server is the
5   dominant publisher ad server today?
6        MS. MORGAN:  Objection.
7     A.   Based on companies like Kargo and
8   others building infrastructure around Google
9   Ad Manager to build their businesses and
10  drive outcomes.
11    Q.   And what, if any, effect has
12  Google's position as the dominant publisher
13  ad server had on Kargo?
14    A.   It has influenced product and
15  engineering investments, learning and
16  development opportunities for existing
17  employees so that they can manage
18  relationships with our publishers, and it
19  also influences the way that we deliver our
20  campaigns.
21    Q.   What do you mean when you say that
22  its impacted product development?
23       MS. MORGAN:  Objection.
24    A.   In order for Kargo to compete or
25  deliver high impact creatives, we need to

Page 49

1                M. SHAUGHNESSY
2       Q.    What do you mean by saying the
3    "publishers use DFP partially because of the
4    demand that AdX drives" into "the ad server"?
5       A.    There are functionality that helps
6    them operate their ad serving, but a big part
7    of why you would not switch if someone had
8    similar functionality is because of the way
9    that the products are tied.
10      Q.    And what do you mean when you say
11   "the way...the products are tied"?
12      A.    Based on my previous experience,
13   and I haven't been using Google Ad Manager as
14   extensively as I have in the past, to surface
15   advertising opportunities to AdX, the primary
16   vehicle to do that was using Google Ad
17   Manager to capitalize on that demand as a
18   publisher.
19      Q.    What's your basis for saying that
20   using Google Ad Manager is the primary
21   vehicle for surfacing advertising
22   opportunities to AdX?
23            MS. MORGAN:  Objection.
24      A.    My experience building out ad
25   infrastructure for publishers as well as

Page 50

1                M. SHAUGHNESSY
2    maximizing yield.
3       Q.    How does the tie that you've
4    described between AdX and Google's publisher
5    ad server impact its publisher ad server's
6    position in the market?
7             MS. MORGAN:  Objection.
8       A.    Can you repeat the question?
9       Q.    How does the tie that you've
10   described between AdX and Google's publisher
11   ad server impact Google's publisher ad
12   server's position in the market?
13            MS. MORGAN:  Objection.
14            This is not based on his
15      personal knowledge.  He already said
16      it's based on his past experience.
17            MR. WOLIN:  Counsel, you've made
18      your objection.
19   BY MR. WOLIN:
20      A.    Publishers use Google Ad Manager
21   and would not switch, as far as I know,
22   unless there was an opportunity to access
23   this type of demand, as well as ensuring they
24   have all the functionality that goes into
25   serving a campaign that is provided by GAM.

Page 51

1                M. SHAUGHNESSY
2       Q.    And what's your basis for that
3    answer?
4       A.    My basis is, primarily me, as a
5    publishing executive, but also the many
6    conversations I have with publishers in my
7    current role and the way that we integrate
8    with them.
9       Q.    And how does that tie, as you
10   describe it, between AdX and Google's
11   publisher ad server impact AdX's position in
12   the market?
13            MS. MORGAN:  Objection.
14      A.    Based on what I know, there are
15   opportunities for demand to be concentrated
16   from DV360 to AdX, which is then also
17   connected to Google Ad Manager.
18      Q.    Does the link between AdX and
19   Google's publisher ad server make it harder
20   for other SSPs to compete against Google?
21      A.    Yes.
22            MS. MORGAN:  Objection.
23      Q.    How does the link between AdX and
24   Google's publisher ad server make it harder
25   for SSPs to compete against AdX?

Page 52

1                M. SHAUGHNESSY
2       A.    Well, for many years, Google was
3    able to use products called dynamic
4    allocation, and enhanced dynamic allocation,
5    and prior to header bidding, there wasn't a
6    dynamic opportunity for different vendors to
7    compete within the ad stack.
8       Q.    What's your basis for giving that
9    answer?
10      A.    My experience managing programatic
11   yield as well as setting up the header
12   infrastructure for many publishers, based on
13   publishers I've also consulted for.  In
14   addition, my experience building out the
15   programatic infrastructure at Kargo.
16      Q.    Are there any other ways in which
17   the link between AdX and Google's publisher
18   ad server makes it harder for other SSPs to
19   compete against AdX?
20            MS. MORGAN:  Objection.
21      A.    Yes.
22      Q.    What are those other ways?
23      A.    Well, over the years, there have
24   been things like First Look, which gives AdX
25   the opportunity to compete with sponsorship

Case 1:23-cv-00108-LMB-JFA   Document 1164-13   Filed 08/16/24   Page 9 of 10 PageID#
84789

USA v.
GOOGLE

Michael Shaughnessy
August 09, 2023

Page 69

1  M. SHAUGHNESSY
2  display advertising versus social media
3  advertising?
4     MS. MORGAN: Objection.
5     A.  I wouldn't want to speculate on
6  their marketing objectives. I can only speak
7  to my experiences in helping provide
8  solutions in both environments.
9     Q.  From an advertiser perspective,
10 how is the purchase of Open Auction display
11 advertising interchangeable with the purchase
12 of owned and operated display inventory
13 directly from a publisher?
14    MS. MORGAN: Objection.
15    A.  Can you repeat the question.
16    Q.  From an advertiser perspective,
17 how is the purchase of Open Auction display
18 advertising interchangeable with the purchase
19 of owned and operated display inventory
20 directly from the publisher?
21    MS. MORGAN: Objection.
22    A.  They can differ.
23    Q.  How do they differ?
24    MS. MORGAN: Objection.
25    A.  They are the same in the sense

Page 70

1  M. SHAUGHNESSY
2  that they operate through the same ad server
3  and, in most instances, is the same Google
4  Publisher Tag that is serving the campaign.
5     They differ in that it is booked
6  inventory that is reserved within the ad
7  server, and then there could be other
8  targeting mechanisms that are done on the
9  sell side or by the publisher that create an
10 experience that could be more tailored to the
11 audience or the outcomes of the campaign so
12 that it performs better.
13    Q.  I want to ask you next about the
14 link between GDN, AdX, and DFP and the effect
15 that that's had on the ad tech industry.
16    Do you have that in mind?
17    MS. MORGAN: Objection.
18    A.  Yes.
19    Q.  So how, if at all, does the link
20 between GDN, AdX, and DFP affect competition
21 between publisher ad servers?
22    MS. MORGAN: Objection.
23    A.  It inhibits meaningful
24 competition.
25    Q.  How does it inhibit meaningful

Page 71

1  M. SHAUGHNESSY
2  competition?
3     A.  From my understanding, the systems
4  operate best together.
5     Q.  And what's your basis for saying
6  that it "inhibits meaningful competition"?
7     MS. MORGAN: Objection.
8     A.  If you cannot set up this demand
9  in a different way, in a different ad server,
10 or if the functionality is not optimized,
11 publishers need to be able to maximize their
12 revenues.
13    Q.  I want to ask you a slightly
14 different question.
15    How, if at all, does the link
16 between GDN, AdX, and DFP affect competition
17 between SSPs?
18    MS. MORGAN: Objection.
19    A.  SSPs are unable to compete the
20 same way as Google.
21    Q.  How are SSPs unable to compete the
22 same way as Google?
23    A.  They are unable to compete based
24 on the access to inventory and the way that
25 the ad server is set up.

Page 72

1  M. SHAUGHNESSY
2     Q.  What do you mean when you say
3  "they are unable to compete based on the
4  access to inventory"?
5     A.  In a publisher's ad server -- and
6  when I discuss ad server, I'm primarily
7  talking about Google Ad Manager -- there is a
8  hierarchy of the different types of line item
9  types as well as the configurable priorities,
10 which are numbers.
11    In my past experience and how I
12 understand the ad servers, they are 1 through
13 16. 1 through 4 are sponsorship line items,
14 which are usually reserved for the most
15 targeted or high impact campaigns. There are
16 standard line items, which are booked between
17 5 and 8. And then, traditionally, price
18 priority line items are, you know, 9 through
19 15, and 16 is house.
20    This has evolved with time, but,
21 traditionally, other SSPs are nested at price
22 priority 12 and they are not configured in a
23 way that they can look up and compete based
24 on some sort of pacing logic for any of those
25 sponsorship type of opportunities if they

Page 177

```
 1
 2          E X H I B I T S
 3
 4
 5   EXHIBIT     EXHIBIT                     PAGE
 6   NUMBER      DESCRIPTION
 7
 8   Exhibit 1001  KARGO_000199              98
 9   Exhibit 1002  spreadsheet               98
10   Exhibit 1003  KARGO_000073 through      129
11                 '114
12   Exhibit 1004  Document titled           134
13                 "Avoiding A Bad Google
14                 Breakup" dated June 1,
15                 2021
16   Exhibit 1005  Document titled           145
17                 "France Paves The Way
18                 For More Action
19                 Against Google's
20                 Unfair Practices"
21                 dated August 5, 2021
22
23
24
25
```

Page 178

```
 1
 2   Exhibit 1006  Document titled           154
 3                 "Publishers Have a
 4                 Window of Opportunity
 5                 to Change Google and
 6                 Facebook" dated
 7                 January 26, 2021
 8
 9
10
11
12           I N D E X
13
14   EXAMINATION BY                           PAGE
15
16   MR. WOLIN                                3
17   MS. MORGAN                               115
18   MR. WOLIN                                169
19
20
21
22   INFORMATION AND/OR DOCUMENTS REQUESTED
23   INFORMATION AND/OR DOCUMENTS            PAGE
24        (NONE)
25
```

Page 179

```
 1
 2          C E R T I F I C A T E
 3
 4   STATE OF NEW YORK    )
                          : SS.:
 5   COUNTY OF NASSAU     )
 6
 7        I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10        That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14        I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this 10th day of August, 2023.
20           _____
21           REBECCA SCHAUMLOFFEL
22
23
24
25
```

Page 180

```
 1  ERRATA SHEET FOR THE TRANSCRIPT OF:
 2  Case Name:    In Re:  US, et al.  V. Google LLC
 3  Dep. Date:    August 9, 2023
 4  Deponent:     Michael Shaugnessy
 5              CORRECTIONS:
 6  Pg.  Ln.    Now Reads   Should Read    Reason
 7  ___  ___    _____   _____   _____
 8  ___  ___    _____   _____   _____
 9  ___  ___    _____   _____   _____
10  ___  ___    _____   _____   _____
11  ___  ___    _____   _____   _____
12  ___  ___    _____   _____   _____
13  ___  ___    _____   _____   _____
14  ___  ___    _____   _____   _____
15  ___  ___    _____   _____   _____
16  ___  ___    _____   _____   _____
17                          _____
18                          Signature of Deponent
19
20  SUBSCRIBED AND SWORN BEFORE ME
21  THIS____DAY OF_____,2023.
22
23  _____
24  (Notary Public)  MY COMMISSION EXPIRES:_____
25
```