UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>            *Plaintiffs*,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>            *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

Upon consideration of Defendant's motion to seal portions of its Motion *in limine* to Exclude Non-Party Lay Opinions Regarding Google's Alleged Monopoly or Anticompetitive Conduct, and to seal portions of exhibits C, E–H, M attached thereto, and pursuant to Local Civil Rule 5, the standards set forth in *Ashcraft* v. *Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), it is hereby

ORDERED that Defendant's motion to seal is GRANTED; and it is further

ORDERED that portions of Defendant's Motion *in limine* and exhibits C, E–H, M (Dkt. ___), shall be maintained under seal by the Clerk, until otherwise directed.

ENTERED this ____ day of _____ 2024.


Alexandria, Virginia                                    _____