**APPENDIX A**

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Neal Mohan[2] | 11/20/2019 | 4/27/2023 | 12/10/2019 |
| Giulio Minguzzi | 7/9/2021 | 5/3/2023 | 7/12/2021 |
| Tim Lipus | 7/9/2021 | 2/23/2023 | 7/12/2021 |
| Ali Nouri | 6/12/2023*[3] | 6/14/2023 | 6/14/2023 |
| Karen Sauder | 6/2/2023* | 3/8/2021 | 3/8/2021 |
| Kristen O'Hara | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Scott Sheffer | 11/20/2019 | 2/3/2021 | 12/10/2019 |
| David Besbris | 11/20/2019 | 1/22/2021 | 12/10/2019 |
| Hal Varian | 11/20/2019 | 1/22/2021 | 12/10/2019 |
| Joan Braddi | 11/20/2019 | 1/22/2021 | 12/10/2019 |
| Kirk Perry | 11/20/2019 | 1/22/2021 | 12/20/2019 |
| Robert Kyncl | 11/20/2019 | 1/22/2021 | 12/10/2019 |

[1] These dates, except as described in footnote 3 below, are taken from the column titled "Custodian Proposed or Added" in Appendix A to Plaintiffs' Motion for an Adverse Inference.

[2] Custodians highlighted in green have been designated as trial witnesses by either Plaintiffs and/or Google.

[3] Footnote 1 of Plaintiffs' Appendix A states that Plaintiffs listed the date of the Complaint, January 24, 2023, for all "custodians agreed upon *after* initiation of this litigation." (Emphasis added.) These custodians had not been agreed upon when the Complaint was filed; they were all agreed to throughout discovery. To calculate the "litigation hold delay" listed in their Appendix A for these custodians, Plaintiffs did not use the actual date when the custodian was proposed or added; instead, they used the date the Complaint was filed. Google has denoted custodians for which Plaintiffs listed the date that the Complaint was filed with an asterisk and instead provided the date, as reflected in correspondence between Google and Plaintiffs, on which the custodians were agreed upon.

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Jerry Dischler | 11/20/2019 | 1/22/2021 | 12/10/2019 |
| Adam Juda | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Ali Miller | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Allan Thygesen | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Anthony Chavez | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Bashar Kachachi | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Bethanie Baynes | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Bonnie Pericolosi | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Chris Gklaros-Stavropoulos | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Chris Maxcy | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Danielle Romain | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Debbie Weinstein | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Deepti Bahtnagar | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Chris LaSala | 2/20/2020 | 1/22/2021 | 10/4/2019 |
| Jennifer Koester | 2/20/2020 | 1/22/2021 | 10/4/2019 |
| Jyoti Vaidee | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Karen Aviram Beatty | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Kristin Wiechmann | 2/20/2020 | 1/22/2021 | 1/30/2020 |
| Mary Ellen Coe | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Matthew Conroy | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Dan Taylor | 2/20/2020 | 1/22/2021 | 10/4/2019 |
| Rudy Galfi | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Tript Singh Lamba | 2/20/2020 | 1/22/2021 | 3/5/2020 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Vidhya Srinivasan | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Vishal Sharma | 2/20/2020 | 1/22/2021 | 7/13/2020 |
| Duke Dukellis | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Jason Spero | 2/20/2020 | 1/22/2021 | 3/5/2020 |
| Payam Shodjai | 2/20/2020 | 1/22/2021 | 12/10/2019 |
| Igor Perisic | 6/13/2023* | 10/16/2023 | 10/16/2023 |
| Sue Lai | 6/13/2023* | 9/25/2023 | 9/25/2023 |
| Eu-Jin Goh | 7/21/2023* | 7/26/2023 | 7/26/2023 |
| Jon Newmuis | 7/21/2023* | 7/26/2023 | 7/26/2023 |
| Stuart May | 7/21/2023* | 7/26/2023 | 7/26/2023 |
| Thomas Pan | 7/21/2023* | 7/26/2023 | 7/26/2023 |
| Alok Verma | 8/3/2020 | 1/22/2021 | 12/10/2019 |
| Aparna Pappu | 8/3/2020 | 1/22/2021 | 10/4/2019 |
| Bryan Rowley | 8/3/2020 | 1/22/2021 | 3/5/2020 |
| David Goodman | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Drew Bradstock | 8/3/2020 | 1/22/2021 | 12/10/2019 |
| Gargi Sur | 8/3/2020 | 1/22/2021 | 1/30/2020 |
| George Levitte | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Haskell Garon | 8/3/2020 | 1/22/2021 | 1/30/2020 |
| Jasper Seldin | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Jerome Grateau | 8/3/2020 | 1/22/2021 | 1/30/2020 |
| Lisa Lehman | 8/3/2020 | 1/22/2021 | 8/6/2020 |
| Madhu Vudali | 8/3/2020 | 1/22/2021 | 7/14/2020 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Rany Ng | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Tobias Maurer | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Vip Andleigh | 8/3/2020 | 1/22/2021 | 8/6/2020 |
| Jim Giles | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Max Loubser | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Scott Spencer | 8/3/2020 | 1/22/2021 | 12/10/2019 |
| Woojin Kim | 8/3/2020 | 1/22/2021 | 6/23/2020 |
| Christopher Tignor | 6/12/2023* | 6/14/2023 | 6/14/2023 |
| Christophe Combette | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Darline Jean | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Kai Umezawa | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Nicky Rettke | 6/2/2023* | 6/12/2023 | 4/28/2021 |
| Selin Song | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Shashi Upadhyay | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Sneha Thomas | 6/2/2023* | 6/12/2023 | 6/12/2023 |
| Ajay Bangla | 5/18/2023* | 5/25/2023 | 5/25/2023 |
| Anthony Altimari | 5/5/2023* | 5/25/2023 | 5/25/2023 |
| Casper Verhoofstad | 5/18/2023* | 5/25/2023 | 5/25/2023 |
| Courtney Rose | 5/5/2023* | 5/25/2023 | 5/25/2023 |
| Erin Corkins | 5/24/2023* | 5/25/2023 | 5/25/2023 |
| Katie Dodson | 5/24/2023* | 5/25/2023 | 5/25/2023 |
| Meghan Zidar | 5/5/2023* | 5/25/2023 | 5/25/2023 |
| Mike Westervelt | 5/24/2023* | 5/25/2023 | 5/25/2023 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Nathalie Sajous | 5/10/2023* | 5/25/2023 | 11/19/2020 |
| Rahul Kooverjee | 5/18/2023* | 5/25/2023 | 5/25/2023 |
| Samantha Franklin | 5/24/2023* | 5/25/2023 | 5/25/2023 |
| Sarah Rock | 5/5/2023* | 5/25/2023 | 5/25/2023 |
| Simon Bolger | 5/10/2023* | 5/25/2023 | 5/25/2023 |
| Rita Ren | 5/18/2023* | 5/23/2023 | 5/23/2023 |
| Steven Shin | 5/18/2023* | 5/23/2023 | 5/23/2023 |
| Alyssa Raiola | 5/24/2023* | 4/3/2023 | 4/3/2023 |
| K. Marco Hardie | 5/5/2023* | 4/3/2023 | 4/3/2023 |
| Joanna Zimelis Goldblatt | 5/5/2023* | 4/3/2023 | 4/3/2023 |
| Sarah Stefaniu | 5/24/2023* | 4/3/2023 | 4/3/2023 |
| Sean Harrison | 5/5/2023* | 4/3/2023 | 4/3/2023 |
| Sagnik Nandy | 1/15/2021 | 3/8/2021 | 3/8/2021 |
| Glenn Thrope | 1/15/2021 | 2/23/2021 | 2/3/2021 |
| Jessica Mok | 4/11/2023* | 2/23/2023 | 4/28/2021 |
| Ali Nasiri Amini | 1/15/2021 | 2/3/2021 | 6/23/2020 |
| Amin Charaniya | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Arthur (Art) Price | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Elissa Murphy | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Eve Goldman | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Jason Miller | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Jeff Birnbaum | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| John Tobler | 1/15/2021 | 2/3/2021 | 2/3/2021 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Julie Chen | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Kate Alessi | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Kristen Gil | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Luis Vilela | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Marcel Crasmaru | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Martin Kon | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Sergio Abreu | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Vinay Rao | 1/15/2021 | 2/3/2021 | 2/3/2021 |
| Erin Schaefer | 1/15/2021 | 1/29/2021 | 1/29/2021 |
| Alex Shellhammer | 1/14/2021 | 1/22/2021 | 1/30/2020 |
| Barbara Piermont | 1/14/2021 | 1/22/2021 | 1/30/2020 |
| Marshall Vale | 1/14/2021 | 1/22/2021 | 12/10/2019 |
| Susan Childs | 1/14/2021 | 1/22/2021 | 1/30/2020 |
| Chetna Bindra | 1/15/2021 | 1/22/2021 | 12/10/2019 |
| David Mitby | 1/15/2021 | 1/22/2021 | 6/23/2020 |
| Malte Ubl | 1/15/2021 | 1/22/2021 | 10/4/2019 |
| Roshan Khan | 1/15/2021 | 1/22/2021 | 12/10/2019 |
| Sam Temes | 1/15/2021 | 1/22/2021 | 1/30/2020 |
| Vivek Rao | 1/15/2021 | 1/22/2021 | 6/23/2020 |
| Nirmal Jayaram | 1/15/2021 | 1/22/2021 | 6/23/2020 |
| Vlad Sinaniyev | 1/15/2021 | 1/22/2021 | 9/17/2020 |
| Rob Hazan | 8/3/2020 | 8/6/2020 | 8/6/2020 |
| Kishore Kanakamedala | 2/20/2020 | 2/21/2020 | 3/5/2020 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Gabe Kronstadt | 2/16/2021 | 2/10/2021 | 2/10/2021 |
| Medha Vedaprakash | 5/10/2023* | 1/18/2023 | 1/18/2023 |
| Paul Muret | 2/16/2021 | 1/22/2021 | 1/30/2020 |
| Sean Downey | 2/16/2021 | 1/22/2021 | 12/10/2019 |
| Eisar Lipkovitz | 8/3/2020 | 6/22/2020 | 6/22/2020 |
| Josh Cohen | 8/3/2020 | 6/22/2020 | 6/22/2020 |
| Bonita Stewart | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Brad Bender | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Donald Harrison | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Pooja Kapoor | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Philipp Schindler | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Prabhakar Raghavan | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Sundar Pichai | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Susan Wojcicki | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Sissie Hsiao | 11/20/2019 | 10/4/2019 | 10/4/2019 |
| Glenn Berntson | 5/10/2023* | 9/20/2022 | 9/20/2022 |
| Peentoo Patel | 6/2/2023* | 9/20/2022 | 9/20/2022 |
| Tim Craycroft | 4/11/2023* | 9/20/2022 | 9/20/2022 |
| Jason Washing | 7/9/2021 | 1/22/2021 | 10/4/2019 |
| Nikesh Arora | 8/3/2020 | 12/5/2019 | 12/5/2019 |
| Suresh Kumar | 2/16/2021 | 6/2/2020 | 6/2/2020 |
| Jonathan Bellack | 8/3/2020 | 10/4/2019 | 10/4/2019 |
| Sam Cox | 8/3/2020 | 10/4/2019 | 10/4/2019 |

| Custodian Name | Date Proposed or Added As a Custodian According to Plaintiffs[1] | Legal Hold Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|---|
| Jason Bigler | 8/3/2020 | 10/4/2019 | 10/4/2019 |
| Jay VanDerzee | 5/10/2023* | 3/3/2022 | 3/3/2022 |
| Lior Shenkar | 6/2/2023* | 3/3/2022 | 3/3/2022 |
| Omid Kordestani | 1/14/2021 | 2/4/2020 | 2/4/2020 |
| Sridhar Ramaswamy | 1/14/2021 | 11/4/2019 | 11/4/2019 |
| Noam Wolf | 1/15/2021 | 10/4/2019 | 10/4/2019 |
| Nitish Korula | 2/16/2021 | 10/4/2019 | 10/4/2019 |
| Mike Schulman | 2/16/2021 | 10/4/2019 | 10/4/2019 |
| Adam Stewart | 5/5/2023* | 3/8/2021 | 3/8/2021 |
| Joerg Heilig | 5/10/2023* | 1/29/2021 | 1/29/2021 |
| Chip Hall | 5/18/2023* | 1/22/2021 | 1/30/2020 |
| Dave Rolefson | 4/11/2023* | 1/22/2021 | 1/22/2021 |
| Jayavel Shanmugasundaram | 4/11/2023* | 1/22/2021 | 7/14/2020 |
| Martin Pal | 5/18/2023* | 1/22/2021 | 6/23/2020 |
| Rahul Srinivasan | 5/10/2023* | 1/22/2021 | 10/4/2019 |
| Max Lin | 5/18/2023* | 1/22/2021 | 6/23/2020 |
| Richard Gingras | 4/11/2023* | 1/22/2021 | 6/23/2020 |
| Scott Silver | 5/10/2023* | 1/22/2021 | 6/23/2020 |
| Shane Peros | 5/10/2023* | 1/22/2021 | 10/4/2019 |
| Matthew Glotzbach | 4/11/2023* | 6/22/2020 | 6/2/2020 |
| Daniel Alegre | 4/11/2023* | 6/2/2020 | 6/2/2020 |