# EXHIBIT 1

# Gmail Retention Policy

Last modified: August 21, 2015

The purpose of this policy is to ensure that we are focused on keeping meaningful and useful data, while reducing redundant, obsolete, or trivial information. By reducing the amount of electronic communications retained across the company for individuals who are not subject to a legal hold, we can lower costs while complying with our preservation obligations under the law. All employees and temporary workers/vendors/contractors are subject to this policy.

## Email Retention

Google will keep email on company accounts for 18 months (measured as 540 days) unless you apply the Indef label to extend indefinitely the retention period for an email or thread. The label will apply to all email messages within a thread. Any email without the 'Indef' label will be deleted automatically. It's your responsibility to apply the label to business-critical emails that you need to keep. Do not use it indiscriminately.

## Retention Periods

The retention period is determined as follows:

- For an individual email message (e.g., the sole email in a thread, or emails with conversation view turned off), time is measured from the timestamp when the email was received to the current date and time.

- For an email thread (e.g., conversation view turned on), the retention period applies to the **entire thread** and is measured from the timestamp of the **most recent email** in the thread to the present.

## Exceptions

- Exceptions to the 18-month (540-day) retention period include:

- Drafts of emails will be retained for 30 days.

- On the record Chats, and Hangouts with "History" checked on, will be retained for 30 days.

- Unread email will be retained for 180 days.

- Email with the "Indef" label will be retained indefinitely.

- Email sent to individuals who are on leave/vacation (registered with GoogleHR) for a consecutive period of 180 days or more, will be retained for the duration of the leave/vacation. This retention policy will resume 30 days after the individual returns from their leave/vacation.

- Email, on the record Chats, and Hangouts with "History" checked on, that are subject to a Legal Hold, will be preserved for the duration of the Legal Hold.

- For newly on-boarded Googlers whose legacy email from an acquired company has been migrated to Google Gmail, all of their combined email (both legacy email and new Google Gmail) are subject to this

Policy. These Nooglers will, however, have a 60-day grace period to identify any business critical email older than 18 months and apply the Indef label. Any migrated legacy email older than 18 months that has not been labeled "Indef" within 60 days of migration to Gmail will be permanently deleted.

## Business Records

Although emails are often informal messages, in a few cases, emails may be business records subject to our Records Retention Policy. Please use the Indef label for any emails that constitute a business record and work with your manager to identify alternative arrangements for better preserving business records. If you are not sure if an email qualifies as a business record or how long you need to keep it, check with your manager or send an email to records-retention@google.com .

## Legal Holds

For people subject to a Legal Hold, email will be preserved automatically while the relevant matter is pending. However, do not delete any email relevant to the matter at issue under any circumstances. Once all legal holds have been lifted for an employee, this retention policy will take effect immediately. Therefore, employees who are on a legal hold should continue to apply the Indef label to emails that they would like to keep indefinitely.

## Former Employees and TVCs

For employees, temporary workers, vendors, and contractors who leave Google and are not on a Legal Hold, email will be retained for at least six months beyond the termination date.

## Policy Scope

The current version of this policy applies to corporate Gmail, Chats and Hangouts only. This policy does not alter or supersede any existing data retention and/or security policies relating to contracts, financial records, code checked into any source control system, media storage or data stored in other internal corporate systems (filers, gHire, etc.).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

Questions about this policy or this document should be sent to records-retention@google.com .