# EXHIBIT 6

## In the Matter Of:

*USA v*

*GOOGLE*

*RAHUL SRINIVASAN*

*August 29, 2023*



                                                                              1

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 3   ----------------------------------------X
     UNITED STATES OF AMERICA, et al.,
 4
                                 PLAINTIFF,
 5
            -against-
 6
     GOOGLE LLC,
 7
                                 DEFENDANT.
 8
     Civil 1:23-cv-00108
 9   ----------------------------------------X

10   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
11   ----------------------------------------X
     In Re Google Digital Advertising Antitrust
12   Litigation

13
     1:21-MD-3010 (S.D.N.Y.)
14
     ----------------------------------------X
15
              ***CONFIDENTIAL***
16

17         DEPOSITION OF RAHUL SRINIVASAN

18              New York, New York

19           Tuesday, August 29, 2023

20

21   Reported by:

22   Rebecca Schaumloffel, RPR, CLR

23   JOB #:  2023-909129

24   Time:  9:05 a.m. Eastern

25
```

## Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4       U.S. DEPARTMENT OF JUSTICE
             Antitrust Division
 5           950 Pennsylvania Avenue
             Washington, DC 20530
 6       BY:  MICHAEL WOLIN, ESQ.
              MICHAEL FREEMAN, ESQ.
 7
 8
 9
         AXINN, VELTROP & HARKRIDER, LLP
10           Attorneys for Google
             1901 L Street NW
11           Washington, DC 20036
         BY:  DANIEL VITTEN, ESQ.
12            SAM SHERMAN, ESQ.
13
14
15
         ALSO PRESENT:
16
17
             Steve Sparling, Esq., in-house,
18           Google
             Lem Lattimer, Lexitas videographer
19
20
21       ZOOM PARTICIPANTS:
22
             Gabriella Alvarez, Lexitas
23
24           *         *         *
25
```

## Page 3

```
 1                  R. SRINIVASAN
 2           THE VIDEOGRAPHER:  We are now on
 3       the record and the time is 9:05 a.m.
 4       This is the video recorded deposition
 5       of Rahul Srinivasan in the matter of
 6       United States et al. versus Google
 7       LLC.  Today's date is Tuesday, August
 8       the 29th, 2023.
 9           My name is Lem Lattimer.  The
10       court reporter is Rebecca
11       Schaumloffel.  We are both in
12       association with Lexitas Legal.  All
13       appearances are noted on the record.
14           Will the court reporter please
15       swear in the witness.
16   RAHUL SRINIVASAN, called as a witness,
17   having been first duly sworn by a Notary
18   Public of the States of New York, New
19   Jersey, and Pennsylvania was examined and
20   testified as follows:
21   EXAMINATION BY
22   MR. WOLIN:
23       Q.   Good morning, Mr. Srinivasan.  We
24   met off the record --
25       A.   Good morning.
```

## Page 4

```
 1                  R. SRINIVASAN
 2       Q.   -- but my name is Michael Wolin
 3   and I'm an attorney representing the United
 4   States in this matter.  I'm joined here today
 5   by my colleague, Michael Freeman, also an
 6   attorney for the United States.
 7       A.   Good morning.
 8           MR. BITTON:  Do we need to state
 9       appearances?  No?
10           Okay.  Sorry.
11       Q.   Mr. Srinivasan, could you please
12   state your full name for the record?
13       A.   Rahul Srinivasan.
14       Q.   Are you represented by counsel
15   here today?
16       A.   Yes, I am.
17           MR. WOLIN:  And if counsel --
18       could you clarify just for the record,
19       are you representing both party Google
20       and Mr. Srinivasan as an individual
21       witness?
22           MR. BITTON:  Yeah.  This is
23       Daniel Bitton at Axinn on behalf of
24       the witness and on behalf of Google.
25   BY MR. WOLIN:
```

## Page 5

```
 1                  R. SRINIVASAN
 2       Q.   Mr. Srinivasan, I would like to
 3   start with some ground rules to help the
 4   deposition go smoothly.
 5           Have you ever been deposed before?
 6       A.   I have not.
 7       Q.   So I'm going to ask you a series
 8   of questions and I would just like you to
 9   answer them.  Okay?
10       A.   Okay.
11       Q.   Our court reporter, Rebecca, will
12   be recording everything we say today, so to
13   assist her, please speak loudly and clearly.
14   All right?
15       A.   Okay.
16       Q.   And please wait until I finish my
17   question before you start your answer and I
18   will wait until you finish your answer before
19   I start another question.  All right?
20       A.   Okay.
21       Q.   Please answer questions with a
22   "yes" or "no" instead of nodding your head or
23   saying "um-hum."
24           Is that all right?
25       A.   Okay.
```

Page 10

1              R. SRINIVASAN
2      Q.   I want to focus on the time when
3   you were employed by Google.
4           During your time while you were
5   employed by Google, am I correct that your
6   e-mail address was rahulsr@google.com?
7      A.   That is correct.
8      Q.   Did you ever -- was that -- sorry.
9           Was that your work e-mail address
10  the entire time you worked at Google?
11     A.   That is correct.
12     Q.   Did you ever use any other e-mail
13  addresses to conduct business during your
14  time at Google?
15     A.   No.
16     Q.   I want to just ask you this as a
17  "yes" or "no" question.
18          Prior to leaving Google, did you
19  ever receive an instruction to preserve
20  documents related to Google's digital
21  advertising business?
22     A.   Yes.
23     Q.   When did you receive that?
24     A.   I do not recall the specific date.
25     Q.   Do you recall what year?

Page 11

1              R. SRINIVASAN
2      A.   I do not.  I believe it was either
3   2019 or 2020, but I'm not -- I'm not
4   completely sure.
5      Q.   Did you comply with that
6   instruction?
7           MR. BITTON:  Objection to form.
8      A.   I did.
9      Q.   During the time you worked on
10  Google's digital advertising products, did
11  you use chats to communicate with your
12  co-workers at Google?
13     A.   Yes.
14     Q.   Have you ever used chats to
15  communicate with co-workers about any aspect
16  of Google's digital advertising business?
17     A.   I believe I may have, yes.
18     Q.   And when do you recall using chats
19  to communicate with co-workers about Google's
20  digital advertising business?
21     A.   I do not recall specific
22  instances.
23     Q.   Do you recall whether it was the
24  entire period you were employed at Google
25  working on digital advertising?

Page 12

1              R. SRINIVASAN
2      A.   Likely, yes.
3      Q.   Did you take steps to preserve
4   chats after receiving the instruction to
5   preserve documents related to Google's
6   digital advertising business?
7           MR. BITTON:  Objection to form.
8      A.   Yes.
9      Q.   What steps did you take?
10     A.   I would turn chat history on to
11  preserve the record of the chat.
12     Q.   Could you tell me one way or the
13  other whether for every chat that related to
14  Google's digital advertising business, you
15  turned the history on?
16          MR. BITTON:  Objection to form.
17     A.   After receiving the Notice or the
18  guidance to preserve the record, I did turn
19  on chat history for all relevant
20  communications.
21     Q.   Mr. Srinivasan, let's step back.
22          What is your educational
23  background?
24     A.   I received a bachelors and masters
25  in computer science and an MBA.

Page 13

1              R. SRINIVASAN
2      Q.   What year was your masters degree
3   in computer science?
4      A.   2011.
5      Q.   And where did you receive that
6   degree?
7      A.   IIT in Bombay.
8      Q.   What year did you receive your
9   MBA?
10     A.   2016.
11     Q.   Where was that?
12     A.   At Harvard.
13     Q.   And did you work in between
14  receiving your masters degree and starting at
15  Harvard?
16     A.   I did.
17     Q.   Where did you work?
18     A.   I worked at BCG, Boston Consulting
19  Group, and at Blackstone.
20     Q.   Did any of that work relate to
21  digital advertising?
22     A.   No.
23     Q.   After receiving your MBA, where
24  did you go to work?
25     A.   Google.

Page 214

```
 1                    R. SRINIVASAN
 2     caveats that I previously made, I
 3     think we can wrap up today.
 4           Thank you, Mr. Srinivasan.  We
 5     appreciate it.
 6           THE WITNESS:  Thank you.
 7           THE VIDEOGRAPHER:  The time is
 8     3:13 p.m.  We are off the record.
 9           (Whereupon, at 3:13 p.m., the
10     Examination of this Witness was
11     concluded.)
12
13
14     _____
                RAHUL SRINIVASAR
15
       Subscribed and sworn to before me
16     this _____ day of _____, 2023.
17     _____
                NOTARY PUBLIC
```

Page 215

```
 2            E X H I B I T S
 5  EXHIBIT    EXHIBIT                   PAGE
 6  NUMBER     DESCRIPTION

 8  Exhibit 1  GOOG-AT-MDL-008612718      43
 9             through '2735
10  Exhibit 2  GOOG-DOJ-11788508           59
11  Exhibit 3  GOOG-AT-MDL-008961022       77
12             through '1024
13  Exhibit 4  GOOG-DOJ-14395791          114
14             through '5797
15  Exhibit 5  GOOG-DOJ-09704427          127
16             through '4428
17  Exhibit 6  GOOG-DOJ-01019411          142
18             through '9419
19  Exhibit 7  GOOG-DOJ-AT-01680260       156
20             through '0265
21  Exhibit 8  GOOG-AT-MDL-007031286      163
22  Exhibit 9  DOJ GOOG-TEX-00101703      173
23             through '1710
24  Exhibit 10 GOOG-DOJ-09713317          187
25             through '3323
```

Page 216

```
 2  Exhibit 11 GOOG-DOJ-14572216          195
 3             through '2217
 4  Exhibit 12 GOOG-AT-MDL-004151779      201
 5             through '1792
 6  Exhibit 13 GOOG-AT-MDL-004586335      208
 7             through '6345 (clawed
 8             back)

12               I N D E X
14  EXAMINATION BY                        PAGE
15  MR. WOLIN                              3
```

Page 217

```
 2            C E R T I F I C A T E
 4  STATE OF NEW YORK    )
                         : SS.:
 5  COUNTY OF NASSAU     )

 7      I, REBECCA SCHAUMLOFFEL, a Notary
 8  Public for and within the State of New York,
 9  do hereby certify:
10      That the witness whose examination
11  is hereinbefore set forth was duly sworn and
12  that such examination is a true record of the
13  testimony given by that witness.
14      I further certify that I am not
15  related to any of the parties to this action
16  by blood or by marriage and that I am in no
17  way interested in the outcome of this matter.
18      IN WITNESS WHEREOF, I have hereunto
19  set my hand this 29th day of August, 2023.
20      _____
21          REBECCA SCHAUMLOFFEL
```