# EXHIBIT 7

**In the Matter Of:**

*UNITED STATES vs*

*GOOGLE*

*TIM CRAYCROFT*

*August 15, 2023*



Case 1:23-cv-00108-LMB-JFA   Document 1169-8   Filed 08/16/24   Page 3 of 7 PageID# 84989
UNITED STATES vs GOOGLE          Confidential          Tim Craycroft
August 15, 2023

1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2
     Civil Action No:  1:23-cv-00108-LMB-JFA
 3   _____

 4   UNITED STATES, et al.,

 5         Plaintiffs,

 6   v.

 7   GOOGLE LLC,

 8         Defendant.
     _____
 9
      CONFIDENTIAL VIDEOTAPED DEPOSITION OF TIM CRAYCROFT
10
                       August 15, 2023
11   _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2                  THE VIDEOGRAPHER:  We are now on the

3    record.  My name is Davis Baumunk.  I am the

4    videographer representing Lexitas.  This is a video

5    deposition for the United States District Court for

6    the Eastern District of Virginia, Alexandria

7    Division.  Today's date is August 15th, 2023, and the

8    time is 9:14.

9                  This deposition is being held at 1801

10   California Street, Denver, Colorado, in the matter of

11   United States, et al., versus Google LLC, Case

12   Number 1:23-cv-00108-LMB-JFA.

13                 The deponent is Tim Craycroft.  The

14   court reporter is Matthew Moss.

15                 Would all counsel please identify

16   themselves, including remotely, and the witness will

17   be sworn.

18                 MR. FREEMAN:  Certainly.  Michael

19   Freeman on behalf of the Department of Justice.

20                 MS. GUDZOWSKI:  Milosz Gudzowski on

21   behalf of the United States.

22                 MS. SESSIONS:  Justina Sessions of

23   Freshfields Bruckhaus Deringer for Google and the

24   witness.  I'm joined today by my colleagues on the

25   Zoom, Sara Salem and Veronica Bosco.

1    Q.  Do you know whether there's a
2    difference between retention of chats versus email?
3    A.  I know they're both retained.  I don't
4    know the exact durations.
5    Q.  Have you ever heard the term -- like a
6    "history-off chat"?
7    A.  Yes.
8    Q.  What does that mean to you?
9    A.  It means that -- I think after
10   24 hours, I can't see the chat I've been having with
11   the person on the other end, and same for them.
12   Q.  When you use the chat function, what is
13   the default?
14   A.  For me, now, it's on.  It has been for
15   a while.  I don't know what it was before then.
16   Q.  Is that something within your control?
17   A.  Not anymore.
18   Q.  Was it in your control when you
19   started?
20   A.  Not -- I could not control the default,
21   but I could switch it either way at some point.
22   Q.  What was the default when you started?
23   A.  I don't remember.  I think it -- yeah,
24   I don't remember.  I don't want to speculate.
25   Q.  Do you have a general time frame when

 1  it -- when you lost the ability to turn it on and
 2  off?
 3          A.   In the last year.
 4          Q.   Do you remember having any history-off
 5  conversations about substantive matters?
 6          A.   No.
 7          Q.   My next few questions, I don't want to
 8  get into what lawyers have told you, but did you
 9  receive a litigation hold at any point since you've
10  been at Google?
11               MS. SESSIONS:  You can answer that
12  question "yes" or "no," to the extent you know.
13          A.   Yes.
14          Q.   (By Mr. Freeman) And whatever advice it
15  has been, have you followed that advice?
16          A.   Yes.
17          Q.   How long were you in charge of YouTube
18  ads?
19          A.   I still am, so --
20          Q.   Well, I guess you eventually get a
21  promotion within this?
22          A.   No promotion, just more scope.
23          Q.   Okay.  A larger scope.
24               How long were you only focused on
25  YouTube ads?

1   REPORTER'S CERTIFICATE

2

3         I, Matthew R. Moss, a Registered Professional

4   Reporter, Federal Certified Realtime Reporter, and

5   Notary Public within and for the State of Colorado,

6   commissioned to administer oaths, do hereby certify

7   that previous to the commencement of the examination,

8   the witness was duly sworn by me to testify the truth

9   in relation to matters in controversy between the said

10  parties; that the said deposition was taken in

11  stenotype by me at the time and place aforesaid and

12  was thereafter reduced to typewritten form by me; and

13  that the foregoing is a true and correct transcript of

14  my stenotype notes thereof.

15        That I am not an attorney nor counsel nor

16  in any way connected with any attorney or counsel for

17  any of the parties to said action nor otherwise

18  interested in the outcome of this action.

19        My commission expires:  April 28, 2025.

20
            *Matthew Moss*
21

22          MATTHEW R. MOSS
            Registered Professional Reporter
23          Federal Certified Realtime Reporter
            and Notary Public
24

25