# EXHIBIT 8

**In the Matter Of:**

*In Re - Google Antitrust Litigation*

*BRYAN ROWLEY*

*July 22, 2021*



Highly Confidential          Bryan Rowley - July 22, 2021

```
                                                        1
 1
 2
 3   ---------------------------------------------------
 4   IN RE:
 5   GOOGLE ANTITRUST LITIGATION
 6   60-516110-0009
 7   ---------------------------------------------------
 8
 9
10              HIGHLY CONFIDENTIAL
11         REMOTE DEPOSITION OF BRYAN ROWLEY
12             JULY 22, 2021 - 11:00 A.M.
13
14
15
16
17
18
19
20
21
22   JOB NO. 2021-803086
23
24
25
```

6

1   BRYAN ROWLEY - HIGHLY CONFIDENTIAL
2           THE VIDEOGRAPHER:  Good
3    morning, everyone.  We are now on
4    the record.
5           Today's date is July 22, 2021.
6    The time is 11:08 a.m. Eastern
7    Standard [sic] Time.
8           This is the video deposition
9    of Bryan Rowley in the Matter of
10   Google Antitrust Litigation, Case
11   Number 60-516110-0009.
12          This deposition is taking
13   place via web videoconference with
14   all participants attending
15   remotely.
16          My name is John Thomas.  I am
17   the videographer representing
18   Lexitas.
19          Will the counsel on the
20   conference please identify
21   yourselves and state whom you
22   represent beginning with the
23   questioning attorney.
24          MR. GEIGER:  This is David
25   Geiger with the Department of

Highly Confidential        Bryan Rowley - July 22, 2021

71

1    BRYAN ROWLEY - HIGHLY CONFIDENTIAL
2    Google, I used a personal desktop as a
3    videoconference unit.
4         Q    Did you use it for any
5    purposes outside of videoconferencing?
6         A    No.
7         Q    What software do you use in
8    connection with your work at Google?
9         A    Primarily Google Workspace.
10        Q    And what is Google Workspace?
11        A    The docs, slides, and
12   spreadsheets.
13        Q    Do you use Gmail?
14        A    Yes.  I use Gmail, Calendar,
15   Drive, Meet, and Chat.
16        Q    Do you know what an
17   on-the-record chat is?
18        A    Yes.
19        Q    What is it?
20        A    My legal team has told me if
21   there is a situation where I was
22   discussing ad tech at this stage in my
23   career, I would have to be on an
24   on-the-record chat.
25        Q    Have you ever marked the chat

Highly Confidential     Bryan Rowley - July 22, 2021

72

1   BRYAN ROWLEY - HIGHLY CONFIDENTIAL
2   as on the record?
3       A    No.
4       Q    Have you ever had any chats
5   regarding ad tech since you rejoined?
6       A    No, I have not.
7       Q    Do you access any databases?
8       A    Databases.  No, I don't
9   believe so.
10      Q    Is there any other software
11  that you regularly use in your work at
12  Google that you haven't already
13  identified?
14      A    Adobe Acrobat.  Beyond that,
15  nothing that I can recall.
16      Q    With respect to your
17  company-issued laptop, what steps, if any,
18  have you taken to identify or collect
19  documents on that laptop in connection
20  with this investigation?
21      A    Sorry.  What capacity have
22  I -- you just faded out a little bit.
23      Q    What steps have you taken to
24  identify or collect documents on the
25  laptop in connection with this DOJ

1           I, S. Arielle Santos,
2    Certified Shorthand Reporter, Certified
3    LiveNote Reporter do hereby certify:
4    That prior to being examined, the witness
5     named in the forgoing deposition, was by
6     me duly sworn to testify the truth, the
7     whole truth, and nothing but the truth.
8    That said deposition was taken before me
9     at the time and place set forth and was
10    taken down by me in shorthand and
11    thereafter reduced to computerized
12    transcription under my direction and
13    supervision, and I hereby certify the
14    foregoing deposition is a full, true and
15    correct transcript of my shorthand notes
16    so taken.
17   I further certify that I am neither
18    counsel for nor related to any party to
19    said action nor in anywise interested in
20    the outcome thereof.
21   _____
22   S. Arielle Santos, CCR, CLR
23
24
25