# EXHIBIT 9

**In the Matter Of:**

*Re: Google Antitrust Investigation*

*DAN TAYLOR*

*September 17, 2021*



```
                                              1
 1
 2   ------------------------------------------X
 3   In Re:  Google Antitrust Investigation
 4
 5   ------------------------------------------X
 6         ***HIGHLY CONFIDENTIAL***
 7
 8         DEPOSITION OF DAN TAYLOR
 9
10
11
12
13   DATE:   September 17, 2021
14   TIME:   11:04 a.m.
15   PLACE:  ***REMOTE***
16   BEFORE: Rebecca Schaumloffel, RPR, CCR-NJ
17   JOB NO:  2021-810872
18
19
20
21
22
23
24
25
```

```
                                              3
 1
 2
     APPEARANCES (continued):
 3
 4
 5
     ALSO PRESENT:
 6
 7       Tor Winston, DOJ economist
 8       Gordon Ahl, DOJ paralegal
 9       Shaudy Danaye-Armstrong, Esq.,
10       Google
11
         Kevin Montgomery, videographer
12
13              *        *        *
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              2
 1
 2   A P P E A R A N C E S:
 3
 4
 5     U.S. DEPARTMENT OF JUSTICE
         Antitrust Division
 6       450 5th Street, N.W.
         Washington, DC 20001
 7     BY: ANDREW SCHUPANITZ, ESQ.
           PATRICIA SINDEL, ESQ.
 8
 9
10
11
       FRESHFIELDS BRUCKHAUS DERINGER US LLP
12       Attorneys for Google
         701 Pennsylvania Avenue NW
13       Suite 600
         Washington, DC 20004
14     BY:  JAN RYBNICEK, ESQ.
            NATHAN HEMBREE, ESQ.
15
16
17
18
       AXINN VELTROP & HARKRIDER
19       Attorneys for Google
         560 Mission Street
20       San Francisco, California 94105
       BY:  DAVID PEARL, ESQ.
21
22
23
24
25
```

```
                                              4
 1          D. TAYLOR
 2       THE VIDEOGRAPHER:  Good morning.
 3   We are now on the record.  Today's
 4   date is September 17, 2021, and the
 5   time is 11:04am Eastern Daylight Time.
 6   This is the video deposition of Dan
 7   Taylor, In Re: Google Antitrust
 8   Investigation.  This deposition is taking
 9   place via web video conference with
10    all participants attending remotely.
11       My name is Kevin Montgomery and
12   I'm the videographer representing
13   Lexitas.  All present will be noted on
14   the stenographic record.  Our Court
15   Reporter today is Rebecca Schaumloffel
16   representing Lexitas.  The Court
17   Reporter will now swear in the
18   witness.
19
20
21   DAN TAYLOR, called as a witness, having been
22   first duly sworn by a Notary Public of the
23   States of New York, New Jersey, and
24   Pennsylvania was examined and testified as
25   follows:
```

**Page 5**

1  D. TAYLOR
2  EXAMINATION BY
3  MR. SCHUPANITZ:
4     Q.   Good morning, everyone.  Good
5  morning, Mr. Taylor.
6     A.   Good morning.
7     Q.   My name is Andrew Schupanitz with
8  the Antitrust Division of the United States
9  Department of Justice.  I'm joined today by
10 my colleagues, Patricia Sindel, Tor Winston,
11 and Gordon Ahl.  And can I have counsel for
12 Google please identify themselves for the
13 record as well?
14       MR. RYBNICEK:  I'm Jan Rybnicek
15    from Freshfields Bruckhaus Deringer on
16    behalf of Google and the witness.
17    With me is my colleague, Nate Hembree,
18    also from Freshfields.  With me from
19    Google is Shaudy Danaye-Armstrong, and
20    also with me from the law firm Axinn
21    is David Pearl.
22       MR. SCHUPANITZ:  Counsel, do you
23    also represent Mr. Taylor for this
24    deposition?
25       MR. RYBNICEK:  Yes.

**Page 6**

1  D. TAYLOR
2  BY MR. SCHUPANITZ:
3     Q.   Mr. Taylor, thank you for
4  appearing today.  If you could please just
5  state and spell your full name for the
6  record?
7     A.   Yes.  Daniel Patrick Taylor.
8  Spelling that, D-A-N-I-E-L, P-A-T-R-I-C-K,
9  T-A-Y-L-O-R.
10    Q.   It is an easy question to start
11 with.  Have you ever been deposed before?
12    A.   I have not.
13    Q.   So as you know, we are conducting
14 this deposition virtually pursuant to rules
15 agreed by the parties.  So if there is
16 technical issues, we will take a break, and
17 we will do our best to resolve those off the
18 record.
19       You are permitted to consult with
20 your attorneys today if needed during the
21 deposition.  If you need to do so, please
22 just request a break, and we can go off the
23 record and then you can meet privately with
24 counsel in a virtual breakout room that has
25 been set up for you.

**Page 7**

1  D. TAYLOR
2       We will do our best today to take
3  breaks at regular intervals, but if at any
4  point you need to take a break, you need to
5  use the bathroom or get something to eat,
6  please just let me know, and we can find an
7  appropriate place to pause.
8       You are not permitted to
9  communicate with others or consult documents
10 or notes while we're on the record.  When we
11 are taking a break and not on the record, you
12 can communicate with third parties; for
13 instance, you can check work emails or text
14 family members, but you should not discuss
15 today's deposition with third parties.
16      Does that make sense?
17    A.   Yes.
18    Q.   We will review some documents
19 during today's deposition.  So we will share
20 those with you electronically in the chat and
21 give you time to review them.  For longer
22 documents, I will direct you to the specific
23 sections about which I will be asking
24 questions.
25      You are under oath today and sworn

**Page 8**

1  D. TAYLOR
2  to tell the truth as if you were testifying
3  in court.
4       Do you understand that?
5     A.   Yes.
6     Q.   For the sake of the Court
7  Reporter, we both need to speak loudly and
8  clearly and slow enough.  Fast talking is
9  something that I do, and I have to try to
10 avoid during these.  So please wait until I
11 finish a question before answering so we
12 don't speak over each other, and I will try
13 to do the same for you when you're answering
14 a question.
15      If a question calls for a yes or
16 no response please answer with an actual
17 "yes" or a "no" instead of something like a
18 nod or "yeah" or "um-hum."  Those are hard to
19 capture on the transcripts.
20      Does that make sense?
21    A.   Yes.
22    Q.   When I'm asking you questions, I
23 don't want you to speculate, but if you can
24 provide a reasonable estimate in response to
25 a question, please do so.  So to take an

Page 13

1          D. TAYLOR
2  obstruction of this investigation is a
3  criminal offense under 18 U.S.C. Section
4  1505?
5      A.   Yes.
6      Q.   Okay. If you can just turn to
7  page 2, the second page of the exhibit. So
8  this is 18 U.S.C Section 1505, "Obstruction
9  of proceedings before departments, agencies,
10 and committees."
11         So if you haven't had a chance to
12 read that, I'll let you do that now, and if
13 you can just let me know when you've read it.
14     A.   Okay. I've read it, and I
15 understand it.
16     Q.   Do you have any questions about
17 anything contained in this Civil
18 Investigative Demand?
19     A.   Let me take a minute to read the
20 first page.
21     Q.   Sure.
22     A.   Okay, I've read it. The only
23 comment that I have is that it references the
24 1st day of September, and today is the 17th,
25 but other than that, I understand it fully.

Page 14

1          D. TAYLOR
2      Q.   Okay. That's a good catch. Those
3  dates often get moved, but that is,
4  nonetheless, a good catch. You can put that
5  aside. We are done with the CID.
6          Did you meet with anyone in
7  person, by video conference, over the phone
8  or otherwise, to prepare for this deposition?
9      A.   Yes.
10     Q.   Who is that?
11     A.   I met with legal counsel to
12 prepare for this deposition. I also had a --
13     Q.   I'm sorry, go ahead.
14     A.   I also had a short meeting with a
15 colleague, not in the context of this
16 deposition, but to understand a certain
17 aspect of our business before coming to this
18 deposition.
19     Q.   Okay. So put that aside for a
20 second. Did you meet with -- other than with
21 counsel and this one meeting you just
22 mentioned, did you meet with anyone else?
23     A.   No, I did not.
24     Q.   Okay. You said that other meeting
25 was to understand certain aspects of the

Page 15

1          D. TAYLOR
2  business?
3      A.   Yes.
4      Q.   Okay. What aspects were those?
5      A.   There was a way that I talk about
6  audience targeting within our display
7  advertising products, and I wanted to make
8  sure that I -- the way that I explained this
9  to customers was in fact accurate in case it
10 became a conversation today.
11     Q.   Did you review any documents in
12 preparation for this deposition?
13     A.   None other than provided with
14 counsel.
15     Q.   Okay. Did any of those documents
16 refresh your recollection as to any fact?
17     A.   No.
18     Q.   Did you review deposition
19 transcripts or summaries of deposition
20 transcripts from other people in this
21 investigation?
22     A.   No.
23     Q.   Okay. So turning a little bit to
24 your actual work at Google, I'll start off by
25 asking, what software do you use in

Page 16

1          D. TAYLOR
2  connection with your work?
3      A.   Google Workspace, which is
4  formerly known as G Suite, and I use Mac
5  operating system for a laptop, and I use an
6  Android operating system for my mobile phone,
7  and I use a Chrome operating system for a
8  video conference software.
9      Q.   And you mentioned Workspace. Is
10 Gmail included in that?
11     A.   It is.
12     Q.   And Hangouts?
13     A.   Hangouts, Chat, Meet, yes.
14     Q.   Okay. So you mentioned Chat, do
15 you use the Chat in connection with your work
16 at Google?
17     A.   I do.
18     Q.   Do you know what On the Record
19 Chat is?
20     A.   Yes, I do.
21     Q.   Can you explain that for me?
22     A.   So in Chat, as I understand it,
23 when I use it with my corporate account,
24 history is turned off by default, but you can
25 turn it on on an individual conversation

17

1          D. TAYLOR
2  basis.
3     Q.   What does it mean for a chat to be
4  on or off the record?
5     A.   A chat that is -- where history is
6  off means the messages are deleted after
7  24 hours.
8     Q.   Okay.
9     A.   And then I can't see them anymore.
10    Q.   Do you turn the record or history
11 on when you use the chat function?
12    A.   Not as a habit, no.
13    Q.   Okay.  But you have in certain
14 instances?
15    A.   I have in certain instances as I
16 have been advised to, yes.
17    Q.   Do you know approximately how
18 often you put chats on the record?
19    A.   Not very often.
20    Q.   Could you estimate as, sort of, a
21 percentage of your chats, how many of them
22 are on the record?
23    A.   I can estimate under 10%.
24    Q.   Okay.  Okay.  Do you remember --
25 the ones that you have marked as on the

18

1          D. TAYLOR
2  record, do you remember any, kind of,
3  specific instances?
4     A.   I do not.
5     Q.   What is your current position at
6  Google?
7     A.   Vice President of Sales.
8  Externally on business cards and so on, I use
9  the title Vice President of Global Ads.
10    Q.   That was going to be my follow-up
11 question because I think I had seen global
12 ads.  Are those -- so sales and global ads,
13 are those functionally the same thing?
14    A.   Not necessarily.  So the Vice
15 President of Sales is a, you know, internal
16 HR designation for people that are within my
17 organization at a certain level.  Typically,
18 externally, we try to have more descriptive
19 titles that reflect the specific work we do,
20 and VP of Sales would be pretty generic to
21 use for everyone that's in this -- everyone
22 in this organization at that level.
23    Q.   I see.  Okay.  So would it be fair
24 to say that internally there are a number of
25 vice presidents of sales even though

19

1          D. TAYLOR
2  externally they might have, kind of,
3  different titles and functions?
4     A.   That's correct.
5     Q.   So would others at Google -- I
6  guess, how would others at Google describe
7  your position then?
8     A.   They would describe my position as
9  Vice President of Global Ads.
10    Q.   Okay.  When did you start in that
11 role?
12    A.   I achieved the role of Vice
13 President in May of 2021.
14    Q.   And we will come back to that role
15 in a bit.  What was your position before you
16 became Vice President for Global Ads?
17    A.   I was Managing Director of Global
18 Ads.  So, specifically, my specific job
19 duties did not materially change.  I was just
20 promoted within the same function.
21    Q.   Okay.  So did your
22 responsibilities expand in any way or it
23 really is just, kind of, a higher level of
24 management?
25    A.   It's primarily a higher level of

20

1          D. TAYLOR
2  management.
3     Q.   Okay.  You said that role was
4  Managing Director of Global Ads?
5     A.   Yes, sir.
6     Q.   Is that also -- or have you also
7  been called Managing Director of Global
8  Programatic Display?
9     A.   Yes.
10    Q.   Is this another case where there
11 is a, sort of, internal designation and a
12 more, kind of, descriptive title?
13    A.   Yes, I think that is true.  So,
14 internally, my title, you know, within HR
15 records, etc. was probably Managing Director
16 of Sales.  Again, not very descriptive to
17 customers and partners.
18    Q.   When did you start in the Managing
19 Director role?
20    A.   Similarly to what I had just
21 described with regard to promotion to Vice
22 President, I was promoted to Managing
23 Director in 2015.
24    Q.   And what was your role before
25 that?

**Page 249**

```
 1              D. TAYLOR
 2    highly confidential.
 3            MR. SCHUPANITZ:  I think -- I'll
 4    say thank you, Mr. Taylor, and then we
 5    can go off record.
 6            THE VIDEOGRAPHER:  Madam Court
 7    Reporter, anything for the group
 8    before we end the call?
 9            THE COURT REPORTER:  No.
10            THE VIDEOGRAPHER:  This marks
11    the end of today's deposition of Dan
12    Taylor.  The time is 5:44 p.m., and we
13    are going off the record.
14            (Whereupon, at 5:44 p.m., the
15    Examination of this Witness was
16    concluded.)
17
18
19    _____
              DAN TAYLOR
20
      Subscribed and sworn to before me
21    this _____ day of _____, 2021.
22    _____
              NOTARY PUBLIC
23
24
25
```

**Page 251**

```
 1
 2            C E R T I F I C A T E
 3
 4    STATE OF NEW YORK       )
                              : SS.:
 5    COUNTY OF NASSAU        )
 6
 7            I, REBECCA SCHAUMLOFFEL, a Notary
 8    Public for and within the State of New York,
 9    do hereby certify:
10            That the witness whose examination
11    is hereinbefore set forth was duly sworn and
12    that such examination is a true record of the
13    testimony given by that witness.
14            I further certify that I am not
15    related to any of the parties to this action
16    by blood or by marriage and that I am in no
17    way interested in the outcome of this matter.
18            IN WITNESS WHEREOF, I have hereunto
19    set my hand this 20th day of September, 2021.
                    [signature]
20
21            REBECCA SCHAUMLOFFEL
22
23
24
25
```

**Page 250**

```
 1
 2            E X H I B I T S
 3
 4
 5    EXHIBIT     EXHIBIT               PAGE
 6    NUMBER      DESCRIPTION
 7    Exhibit 1   Civil Investigative    11
 8                Demand 30757
 9    Exhibit 2   GOOG-DOJ-06259371     138
10                through '6259375
11    Exhibit 3   GOOG-DOJ-AT-00212946  225
12    Exhibit 4   GOOG-DOJ-AT-01843288  232
13                through '01843289
14
15
16
17            I N D E X
18
19    EXAMINATION BY                    PAGE
20    MR. SCHUPANITZ                      5
21
22
23
24
25
```

**Page 252**

```
 1  ERRATA SHEET FOR THE TRANSCRIPT OF:
 2  Case Name:     In Re:  Google
 3  Dep. Date:     September 17, 2021
 4  Deponent:      Dan Taylor
 5             CORRECTIONS:
 6  Pg. Ln.   Now Reads   Should Read    Reason
 7  __  __   _____   _____   _____
 8  __  __   _____   _____   _____
 9  __  __   _____   _____   _____
10  __  __   _____   _____   _____
11  __  __   _____   _____   _____
12  __  __   _____   _____   _____
13  __  __   _____   _____   _____
14  __  __   _____   _____   _____
15  __  __   _____   _____   _____
16  __  __   _____   _____   _____
17                      _____
18                      Signature of Deponent
19
20  SUBSCRIBED AND SWORN BEFORE ME
21  THIS____DAY OF_____,2021.
22
23  _____
24  (Notary Public)  MY COMMISSION EXPIRES:_____
25
```