# EXHIBIT 12

**In the Matter Of:**

*UNITED STATES vs*

*GOOGLE*

---

*EISAR LIPKOVITZ*

*November 09, 2023*

---



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

---------------------------------------x

UNITED STATES OF AMERICA, et al.,

Plaintiff,

-against- Civil Action No.

GOOGLE LLC, 1:23-cv-00108

Defendant.

***CAPTION CONTINUED***

---------------------------------------x

VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
EISAR A. LIPKOVITZ
Thursday, November 9, 2023
Washington, D.C.
9:07 a.m. - 5:09 p.m.
HYBRID DEPOSITION

Reported stenographically by:
Richard Germosen, FAPR, CA CSR No. 14391
RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
NCRA/NJ/NY/CA Certified Realtime Reporter
NCRA Realtime Systems Administrator
Job No. 2023-905987

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

***CAPTION CONTINUED***

In Re:  Google Digital Advertising Antitrust Litigation,

1:21-md-3010 (S.D.N.Y.)

----------------------------------------x

CONTINUED VIDEOTAPED TELECONFERENCED STENOGRAPHIC DEPOSITION of EISAR A. LIPKOVITZ, taken in the above-entitled matter before RICHARD GERMOSEN, Fellow of the Academy of Professional Reporters, Certified Court Reporter, (License No. 30XI00184700), Certified Realtime Court Reporter-NJ, (License No. 30XR00016800), California Certified Shorthand Reporter, (License No. 14391), NCRA/NY/CA Certified Realtime Reporter, NCRA Registered Diplomate Reporter, New York Association Certified Reporter, NCRA Realtime Systems Administrator, taken at the offices of FRESHFIELDS BRUCKHAUS DERINGER LLP, 700 13th Street, N.W., Washington, D.C. 20005, on Thursday, November 9, 2023, commencing at 9:07 a.m.

---------------------------------------------------

P R O C E E D I N G S

11:07 a.m.

Washington, D.C.

---------------------------------------------------

THE VIDEOGRAPHER: Stand by, please.

We are now on the record. My name is David Campbell, and I'm a videographer retained by Lexitas. Today's date is November 9, 2023, and the time on the video monitor is 9:07 a.m. This deposition is being held at 700 13th Street, Northwest, 10th Floor, Washington, D.C. 20005.

This is in the matter of United States of America versus Google LLC. The deponent today is Eisar Lipkovitz. The court reporter today is Rich Germosen also with Lexitas.

Counsel, will you please identify yourselves for the record, after which the court reporter will please swear in the witness and we can proceed.

ATTORNEY WOOD: Julia Tarver Wood from the United States Department of Justice on behalf of the United States.

ATTORNEY FREEMAN: Michael Freeman, part of the United States Department of Justice.

Q. While you worked in the display group, did you use Google Chats to communicate about work?

A. Not really, not much.

Q. You say not much. Did you ever?

A. Probably, yeah.

Q. Okay. And at the time that you used Google Chats, were you aware that Google faced potential litigation?

ATTORNEY ELMER: Object to form.

A. About what?

Q. About anything?

A. Sure.

Q. And at that time were you under any instruction to preserve your documents?

A. I don't know. I mean, I don't think I ever got litigation hold as an example.

Q. You never got one?

A. I don't remember getting one, but, you know, there were changes into retention policy of email. There was history on and off on chats, so I knew these things exist, but if it's not abundantly clear from my testimony, I am stand behind everything I say, and I don't choose my words. So, yeah, these things happened, but I

didn't change my behavior because of it.

Q. Do you know the default setting in Google Chat was to delete the chats?

A. I don't -- I don't -- I don't know actually. I think it has changed. I definitely know there was a discussion. It was built. It was changed. From what to what, I have no idea. It didn't matter to me.

Q. But at the time you were using it, did you know that things that you wrote on a Google Chat would not be preserved for litigation purposes?

ATTORNEY ELMER: Object to form.

A. Okay, let me say it differently. I don't recall, one; two, it wouldn't have made any difference to my behavior; three, I cannot answer definitive question like the one you asked, but I know for a fact that I did not use chat much for anything work-related that is -- like discussions like that. It's more to find a person and, you know, to just -- a very different kind of interaction.

Q. Do you know --

A. I don't know how you call it.

Q. Do you have any financial interest in Google or its parent company Alphabet?

C E R T I F I C A T E

I, RICHARD GERMOSEN, Fellow of the Academy of Professional Reporters, stenographic New Jersey Certified Court Reporter, New Jersey Certified Realtime Court Reporter, California Certified Shorthand Reporter, California Certified Realtime Reporter, NCRA Registered Diplomate Reporter, and NCRA Certified Realtime Reporter, do hereby certify:

That EISAR A. LIPKOVITZ, the witness whose deposition is hereinbefore set forth, having been duly sworn, and that such deposition is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of November 2023.

RICHARD GERMOSEN,
FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA, NYACR, NYRCR
LICENSE NO. 30XI00184700
LICENSE NO. 30XR00016800
California CSR No. 14391
California CRR No. 198