# EXHIBIT 13

## In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*NEAL MOHAN*

*October 30, 2023*



```
                                                    1

 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE EASTERN DISTRICT OF VIRGINIA

 3              ALEXANDRIA DIVISION

 4                 - - -

 5
     UNITED STATES OF        :  CASE NO.
 6   AMERICA, et al.,        :  1:23-cv-00108
                             :  -LMB-JFA
 7         Plaintiffs,       :
                             :
 8         v.                :
                             :
 9   GOOGLE, LLC,            :
                             :
10         Defendant.        :

11           - HIGHLY CONFIDENTIAL -

12                 - - -

13            October 30, 2023

14                 - - -

15

16            Videotaped deposition of
     NEAL MOHAN, taken pursuant to notice, was
17   held at the law offices of Axinn, Veltrop
     & Harkrider, LLP, 1901 L Street NW,
18   Washington, D.C., beginning at 8:35 a.m.,
     on the above date, before Michelle L.
19   Gray, a Registered Professional Reporter,
     Certified Court Reporter, Certified
20   Realtime Reporter, and Notary Public.

21
                   - - -
22

23

24
```

**Page 10**

```
 1                  - - -
 2              ... NEAL MOHAN, having been
 3   first duly sworn, was examined and
 4   testified as follows:
 5                  - - -
 6              MR. BITTON:  Do we need to
 7       state counsel for the record, or
 8       is that all captured --
 9              MR. LONGMAN:  I'll do --
10       I'll do an introduction if we
11       need it.
12              Sorry.
13              Good morning, Mr. Mohan.
14              My name is Timothy Longman
15       from the U.S. Department of
16       Justice, and I represent the
17       United States of America in this
18       matter.
19              Also with me today, I'm
20       joined today by Chase Pritchett,
21       Emily Reed, and Julia Wood, also
22       for the United States and from
23       the Department of Justice.
24              Could counsel for the
```

**Page 11**

```
 1       witness please identify
 2       themselves for the record.
 3              MR. BITTON:  Yes.  This is
 4       Daniel Bitton from Axinn for
 5       Mr. Mohan and Google.
 6              With me, Chris Erickson,
 7       also from Axinn; Jeannie Rhee
 8       from Paul Weiss; Isabella
 9       Solorzano from Axinn; and then
10       Steve Sparling from Google.
11              MR. LONGMAN:  Are there any
12       other counsel online for the
13       states and MDL?
14              Okay.
15                  - - -
16                EXAMINATION
17                  - - -
18   BY MR. LONGMAN:
19       Q.    Mr. Mohan, could you start
20   by providing your full name for the
21   record.
22       A.    Yeah.  Neal Mohan.  N-E-A-L;
23   M, as in Mary, O-H-A-N.
24       Q.    Okay.  And what did you do
```

**Page 12**

```
 1   to prepare for today's deposition?
 2       A.    I had a couple conversations
 3   with my counsel team here.
 4       Q.    When did those conversations
 5   take place?
 6       A.    Friday, and then a little
 7   bit on Saturday.
 8       Q.    Okay.  And which counsel did
 9   you meet with?
10       A.    I met with Daniel and
11   Jeannie and Steve and -- is there anybody
12   else?
13              MR. BITTON:  Bella.
14              THE WITNESS:  And Bella as
15       well, yes.  Most importantly,
16       yes.
17   BY MR. LONGMAN:
18       Q.    Okay.  And where did those
19   preparation sessions take place?
20       A.    On Google Meets.  They were
21   video conversations.
22       Q.    Okay.  Did you have any
23   other meetings with counsel previous to
24   Friday and Saturday to prepare for
```

**Page 13**

```
 1   today's deposition?
 2       A.    I did have a couple of
 3   conversations, I think, earlier -- I
 4   can't remember -- maybe a few weeks ago,
 5   because I think this was originally
 6   planned to happen several weeks ago.  And
 7   so in preparation for that.  But I
 8   believe that was -- the dates of these
 9   changed, so we met again.
10       Q.    Okay.  Going back to your
11   preparation session on Friday.  How long
12   did your preparation session take on
13   Friday?
14       A.    On and off, maybe -- maybe
15   about three hours, in that ballpark.
16       Q.    And what do you mean by "on
17   and off"?
18       A.    I took a break to go to the
19   bathroom and things like that.
20       Q.    Okay.  And on Saturday how
21   long did you meet with counsel?
22       A.    Similarly.  Maybe a little
23   less.  Maybe a couple hours.
24       Q.    Okay.  Going back to your
```

Page 106

1  THE WITNESS: Yeah, nobody
2  asked me to -- whether I used --
3  I'm just -- I'm having a hard
4  time following your question.
5  BY MR. LONGMAN:
6  Q. I'm asking --
7  A. Like I -- you know, did
8  some --
9  Q. So --
10  MR. BITTON: Yeah, I would
11  say -- I would instruct you not
12  to reveal any communication with
13  counsel that you've had --
14  THE WITNESS: Okay.
15  MR. BITTON: -- in
16  responding to that question.
17  MR. LONGMAN: I think he
18  could reveal the fact that he met
19  with counsel, to the extent that
20  he asked for legal advice about
21  the specific documents.
22  MR. BITTON: I instruct the
23  witness not to reveal
24  communications he's had with

Page 107

1  counsel. That instruction
2  stands.
3  MR. LONGMAN: Okay. So
4  your instruction is to not --
5  MR. BITTON: My instruction
6  is not to reveal communications
7  with counsel.
8  MR. LONGMAN: Okay.
9  MR. BITTON: That's my
10  instruction.
11  MR. LONGMAN: Put it -- so
12  your instruction is -- what --
13  what is the scope of your
14  instruction? Which
15  communications is he not allowed
16  to share?
17  MR. BITTON: Communications
18  with counsel.
19  MR. LONGMAN: About what?
20  MR. BITTON: About the
21  question that --
22  Tim, my instruction to the
23  witness is to not reveal
24  communications with counsel in

Page 108

1  response to your question.
2  You know what your question
3  was, so I think it's pretty
4  clear, okay?
5  Ask your question. I've
6  given my witness the instruction
7  not to answer in a way that
8  reveals communications with
9  counsel.
10  MR. LONGMAN: Okay.
11  BY MR. LONGMAN:
12  Q. Do you regularly use Chats
13  in the course of your business
14  activities?
15  A. I occasionally use Chats.
16  Oftentimes to schedule meetings or check
17  in on an employee, that kind of thing.
18  Q. Okay. Do you use e-mail
19  regularly in the course of your business?
20  A. Yes.
21  Q. For business purposes, do
22  you communicate in any other form within
23  Google?
24  MR. BITTON: Objection to

Page 109

1  form.
2  THE WITNESS: You mean in
3  addition to e-mail?
4  BY MR. LONGMAN:
5  Q. And Chats.
6  A. No.
7  Q. Okay. Are you familiar with
8  me-me-gem?
9  MR. BITTON: Objection to
10  form.
11  THE WITNESS: Sorry. Can
12  you clarify -- say that again?
13  BY MR. LONGMAN:
14  Q. Are you familiar with
15  Me-me-gem?
16  MR. BITTON: Objection to
17  form.
18  THE WITNESS: Me-me-gem?
19  BY MR. LONGMAN:
20  Q. I'll say the spelling.
21  M-E-M-E-G-E-M?
22  A. Oh, Memegen.
23  Q. Sorry.
24  A. Yeah. I'm familiar with it,

## Page 110

```
 1   yes.
 2        Q.   Okay.  Do you ever post to
 3   Memegen?
 4        A.   No.
 5        Q.   Okay.  Do you post to any
 6   other internal chats such as Memegen?
 7             MR. BITTON:  Objection to
 8        form.
 9             THE WITNESS:  Sorry.  Do I
10        post to any other -- other chats?
11   BY MR. LONGMAN:
12        Q.   Internal -- let me rephrase
13   it.
14             Do you post to any other
15   internal forums such as Memegen?
16        A.   No.
17        Q.   Do you -- outside of Chats
18   and e-mail, do you use any other
19   communication technology for business?
20             MR. BITTON:  Objection to
21        form.  Asked and answered.
22             THE WITNESS:  No.
23   BY MR. LONGMAN:
24        Q.   Do you text for business?
```

## Page 111

```
 1             MR. BITTON:  Objection to
 2        form.
 3             THE WITNESS:  No, I don't.
 4             MR. BITTON:  Asked and
 5        answered.
 6   BY MR. LONGMAN:
 7        Q.   Does Google Chats have a
 8   default function for preserving chats?
 9             MR. BITTON:  Objection to
10        form.
11             THE WITNESS:  I'm trying to
12        follow your question.  Does
13        Google have a default --
14   BY MR. LONGMAN:
15        Q.   Does Google Chats have a
16   default function on preserving records?
17             MR. BITTON:  Objection to
18        form.
19             THE WITNESS:  I'm not a
20        Google Chat expert.  It's not my
21        product.  I'm not responsible for
22        it.
23             But I believe it has
24        default settings, if that's your
```

## Page 112

```
 1        question.
 2   BY MR. LONGMAN:
 3        Q.   Does Google Chats have a
 4   history on/off function that you are
 5   aware of?
 6             MR. BITTON:  Objection to
 7        form.
 8             THE WITNESS:  Again, I'm
 9        not a Google Chat expert, but I
10        believe that it does.
11   BY MR. LONGMAN:
12        Q.   Okay.  Do you have an
13   understanding of whether Google Chats
14   history on/off function has a default
15   setting?
16             MR. BITTON:  Objection to
17        form.
18             THE WITNESS:  Do I have an
19        understanding.  I believe it has
20        a history setting, but, again, I
21        am not a Google Chat expert.  I
22        didn't build that product.
23   BY MR. LONGMAN:
24        Q.   Okay.  But are you aware of
```

## Page 113

```
 1   whether Google Chats has a history on/off
 2   function -- let me start again.
 3             Are you aware of whether
 4   Google Chats' history on/off function has
 5   a default setting?
 6             MR. BITTON:  Objection to
 7        form.
 8             THE WITNESS:  I believe
 9        that it has a setting, although,
10        again, I'm not familiar -- I'm
11        not an expert on Google Chat.  I
12        didn't really build the product,
13        so...
14   BY MR. LONGMAN:
15        Q.   Yep.  I'm not asking if you
16   are an expert.
17        A.   Yeah.
18        Q.   I'm just asking, in your
19   personal knowledge, Mr. Mohan, do you
20   know whether Google Chats' history on/off
21   function has a default setting?
22             MR. BITTON:  Objection to
23        form.
24             THE WITNESS:  And as I
```

Page 502

```
 1
 2                 CERTIFICATE
 3
 4
 5         I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
           It was requested before
 8  completion of the deposition that the
    witness, NEAL MOHAN, have the opportunity
 9  to read and sign the deposition
    transcript.
10
11  _____
12
    MICHELLE L. GRAY,
13  A Registered Professional
    Reporter, Certified [Court
14  Reporter, Certified Realtime
    Reporter and Notary Public
15  Dated:  October 31, 2023
16
17
18         (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```

Page 503

```
 1            INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition
 4  over carefully and make any necessary
 5  corrections.  You should state the reason
 6  in the appropriate space on the errata
 7  sheet for any corrections that are made.
 8         After doing so, please sign
 9  the errata sheet and date it.
10         You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14         It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24
```

Page 504

```
 1              - - - - - -
 2              E R R A T A
 2              - - - - - -
 3
 4  PAGE  LINE  CHANGE
 5  ____  ____  _____
 6        REASON:  _____
 7  ____  ____  _____
 8        REASON:  _____
 9  ____  ____  _____
10        REASON:  _____
11  ____  ____  _____
12        REASON:  _____
13  ____  ____  _____
14        REASON:  _____
15  ____  ____  _____
16        REASON:  _____
17  ____  ____  _____
18        REASON:  _____
19  ____  ____  _____
20        REASON:  _____
21  ____  ____  _____
22        REASON:  _____
23  ____  ____  _____
24        REASON:  _____
```

Page 505

```
 1
 2          ACKNOWLEDGMENT OF DEPONENT
 3
 4         I,_____, do
 5  hereby certify that I have read the
 6  foregoing pages, 1 - 506, and that the
 7  same is a correct transcription of the
 8  answers given by me to the questions
 9  therein propounded, except for the
10  corrections or changes in form or
11  substance, if any, noted in the attached
12  Errata Sheet.
13
14
15  _____
16  NEAL MOHAN                     DATE
17
18
19  Subscribed and sworn
    to before me this
20  _____ day of _____, 20____.
21  My commission expires:_____
22
    _____
23  Notary Public
24
```