# EXHIBIT 14

# In the Matter Of:

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*ALI NASIRI AMINI*

*November 14, 2023*



```
                                                                    1

 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE EASTERN DISTRICT OF VIRGINIA

 3             ALEXANDRIA DIVISION
                     - - -
 4
     UNITED STATES OF         :   CASE NO.
 5   AMERICA, et al.,         :   1:23-cv-00108
                              :   -LMB-JFA
 6        Plaintiffs,         :
                              :
 7        v.                  :
                              :
 8   GOOGLE, LLC,             :
                              :
 9        Defendant.          :

10           - HIGHLY CONFIDENTIAL -

11
                     - - -
12
              November 14, 2023
13
                     - - -
14

15              Videotaped deposition
     of ALI NASIRI AMINI, taken pursuant to
16   notice, was held at the law offices of
     Axinn Veltrop Harkrider, 1901 L Street
17   NW, beginning at 9:34 a.m., on the above
     date, before Michelle L. Gray, a
18   Registered Professional Reporter,
     Certified Court Reporter, Certified
19   Realtime Reporter, and Notary Public.

20

21

22

23

24
```

10

1         - - -

2         THE VIDEOGRAPHER:  Here

3    begins the video-recorded

4    deposition of Ali Amini taken in

5    the matter of United States

6    et al. versus Google LLC, in the

7    U.S. District Court for the

8    Eastern District of Virginia.

9    Case Number 1:23-CV-00108.

10         Today's date is

11   November 14, 2023.  The time is

12   9:34.

13         This deposition is being

14   held at 1901 L Street Northwest,

15   Washington, D.C.

16         The court reporter is

17   Michelle Gray.  The video camera

18   operator is Kim Johnson.  Both

19   are on behalf of Lexitas.

20         All attorneys present will

21   appear on the stenographic

22   record.

23         So if the court reporter

24   could swear in the witness, we

228

1         that often.  I mean --
2               MR. JUSTUS:  Sorry.  Are
3         you asking text or chat?
4               MR. LONGMAN:  I'll ask.
5    BY MR. LONGMAN:
6         Q.    How often do you chat for
7    work?
8         A.    Sorry.  Never text.  This is
9    chat.
10        Q.    Yeah.
11        A.    Not that often.  But it's --
12   there are times that I use it.
13              I usually like e-mail more
14   because it's -- what is that.  It's less
15   interrupted, because when people send me
16   a chat and it shows up when I'm in the
17   middle of something.
18              But if people start a chat,
19   I continue doing that.
20        Q.    How often would you say you
21   engage in chats a week?
22              MR. JUSTUS:  Objection to
23         form.
24              THE WITNESS:  Say -- by

229

1          "chat," you mean that somebody
2          sent me that, are you going to be
3          late to the meeting, and I say
4          yes or no or?
5     BY MR. LONGMAN:
6          Q.   Any chats.
7               MR. JUSTUS:  Same
8          objection.
9               THE WITNESS:  I use chat
10         for the situation that I
11         described, that, okay, I'm late
12         in the meeting, or where should
13         we go for lunch, and those
14         things.
15              But for technical
16         discussion, I think lately, if
17         I -- especially deep, technical
18         discussion.
19    BY MR. LONGMAN:
20         Q.   Okay.  Am I right, in this
21    texting, you were discussing with
22    Mr. Korula what AdTech products you would
23    prefer Google to have in 2021?
24         A.   I think there's one point

230

```
 1  there that I ask --
 2              MR. JUSTUS:  Objection to
 3      form.
 4              You can answer.
 5  BY MR. LONGMAN:
 6      Q.   You can answer.
 7      A.   I think I have seen
 8  somewhere in this doc that I ask him
 9  what -- what the products we should have
10  in 2021.  This doc is 2020.
11              MR. JUSTUS:  You can finish
12      with your answer.
13              Are you finished with your
14      answer?
15              THE WITNESS:  Yes.
16              MR. JUSTUS:  Okay.
17  BY MR. LONGMAN:
18      Q.   Maybe I should ask, what is
19  the context of this text chain?  Or I'll
20  ask another.
21              What is the subject matter
22  of this text chain?
23              MR. JUSTUS:  Objection to
24      form.
```

                                                                            412

1

2                         CERTIFICATE

3

4

5           I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6  deposition is a true record of the
   testimony given by the witness.
7
            It was requested before
8  completion of the deposition that the
   witness, ALI NASIRI AMINI, have the
9  opportunity to read and sign the
   deposition transcript.
10

11

12  _____
    MICHELLE L. GRAY,
13  A Registered Professional
    Reporter, Certified Court
14  Reporter, Certified Realtime
    Reporter and Notary Public
15  Dated:  November 16, 2023

16

17

18           (The foregoing certification

19  of this transcript does not apply to any

20  reproduction of the same by any means,

21  unless under the direct control and/or

22  supervision of the certifying reporter.)

23

24