# EXHIBIT 15

## In the Matter Of:

*In Re: Google Antitrust Litigation*

*BONITA STEWART*

*May 17, 2021*



```
                                                    1
 1
 2
 3   -------------------------------------------------
 4   IN RE:
 5   GOOGLE ANTITRUST LITIGATION
 6   60-516110-0004
 7   -------------------------------------------------
 8
 9
10                   HIGHLY CONFIDENTIAL
11         REMOTE DEPOSITION OF BONITA STEWART
12                MAY 17, 2021 6:00 A.M.
13
14
15
16
17
18
19
20
21
22   JOB NO. 2021-793239
23
24
25
```

Highly Confidential      Bonita Stewart - May 17, 2021

7

```
 1   BONITA STEWART - HIGHLY CONFIDENTIAL
 2          THE VIDEOGRAPHER:  We are now
 3   on the record.
 4          Today's date is May 17, 2021.
 5   The time right now is 6:10 a.m.
 6   Eastern [sic] daylight Time.
 7          This is the video deposition
 8   of Bonita Stewart, In Re: Google
 9   60-516110-0009.
10          This deposition is taking
11   place via web videoconference with
12   all participants attending
13   remotely due to the COVID-19
14   pandemic.
15          My name is Deane Carstensen.
16   I am the videographer representing
17   Lexitas today.
18          Would all counsel on the
19   conference please identify
20   yourselves and state whom you
21   represent beginning with the
22   questioning attorney.
23          MR. NIERLICH:  Good morning.
24   This is Chip Nierlich with the
25   DOJ.
```

282

1  BONITA STEWART - HIGHLY CONFIDENTIAL
2  opening offer.
3          So they were always ensuring
4  that I was well informed and also
5  participated -- that's why they
6  communicated when, in fact, a deal was
7  closed and usually it's a congratulatory
8  e-mail that is sent on behalf of the deal
9  team.
10     Q    Many of the documents we looked
11  at earlier were e-mails.
12          Does the deal team keep you well
13  informed by e-mail or do they use other
14  methods to keep you well informed?
15     A    It could be via e-mail or it
16  could be scheduled meeting.  We might
17  meet about it.  So it could be either or
18  both.
19     Q    Do you ever get information from
20  the deal teams either telephone or by
21  chat or some other form of technology?
22     A    I can't go through every single
23  deal, but I would say the majority are
24  e-mail or one-on-one, not as much
25  telephone.

Highly Confidential     Bonita Stewart - May 17, 2021

283

1   BONITA STEWART - HIGHLY CONFIDENTIAL
2        Q    What about chat?
3        A    Not as much chat.  It's usually
4   other communication forms.
5        Q    Do you recall whether you ever
6   received substantive updates by chat?
7        A    I could have received a chat
8   that says, hey, we closed the deal or --
9   you know, again, these are -- but
10  anything that required greater
11  communication.  And in this case well
12  informed, I would say it would be on the
13  e-mail or meeting one-on-one or through
14  the GPx process.
15       Q    Have you reviewed your chat
16  messages -- and by chat I mean Google
17  Meet or Hangouts or any other form of
18  business chat -- to determine whether
19  there are, in fact, any substantive
20  discussions related to your work
21  contained within those?
22       A    I haven't -- no, I have not
23  reviewed my chat history.
24       Q    If you can go to the last bullet
25  on the page ending in 555 starts with

Highly Confidential     Bonita Stewart - May 17, 2021

379

1    I, S. Arielle Santos, Certified
2   Shorthand Reporter, Certified LiveNote
3   Reporter do hereby certify:
4   That prior to being examined, the witness
5   named in the forgoing deposition, was by
6   me duly sworn to testify the truth, the
7   whole truth, and nothing but the truth.
8   That said deposition was taken before me
9   at the time and place set forth and was
10  taken down by me in shorthand and
11  thereafter reduced to computerized
12  transcription under my direction and
13  supervision, and I hereby certify the
14  foregoing deposition is a full, true and
15  correct transcript of my shorthand notes
16  so taken.
17  I further certify that I am neither
18  counsel for nor related to any party to
19  said action nor in anywise interested in
20  the outcome thereof.
21
22  _____
    S. Arielle Santos, CCR, CLR
23
24
25