# EXHIBIT 16

## In the Matter Of:

*In Re - Google Antitrust Litigation*

## SCOTT SHEFFER

*July 20, 2021*



## Page 1

```
 1
 2
 3    ------------------------------------------------
 4    IN RE:
 5    GOOGLE ANTITRUST LITIGATION
 6    60-516110-0009
 7    ------------------------------------------------
 8
 9
10
11
12
13                   HIGHLY CONFIDENTIAL
14           REMOTE DEPOSITION OF SCOTT SHEFFER
15                JULY 20, 2021 - 9:00 A.M.
16
17
18
19
20
21
22
23
24
25    JOB NO. 2021-803084
```

## Page 2

```
 1
 2
 3
 4
 5
 6                    JULY 20, 2021
 7                     9:00 A.M.
 8
 9
10
11           REMOTE DEPOSITION of SCOTT SHEFFER,
12    before S. Arielle Santos, Certified Court
13    Reporter, Certified LiveNote Reporter and Notary
14    Public.
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                    REMOTE APPEARANCES:
 2
 3    FOR THE UNITED STATES DEPARTMENT OF JUSTICE:
 4    UNITED STATES DEPARTMENT OF JUSTICE
 5    ANTITRUST DIVISION
 6    BY - NICHOLAS CHEOLAS, ESQ.
 7    BY - ARSHIA NAJAFI, ESQ.
 8    BY - SEUMAS MACNEIL, ESQ.
 9    BY - GEORGE (CHIP) NIERLICH, ESQ.
10    BY - JOHN HOGAN, ESQ.
11    450 Fifth Street, NW
12    Washington, DC 20530
13
14    FOR GOOGLE, INC.:
15    AXINN VELTROP AND HARKRIDER
16    BY - DAVID PEARL, ESQ.
17    114 West 47th Street
18    New York, New York 10036
19
20    FOR GOOGLE AND WITNESS:
21    FRESHFIELDS BRUCKHAUS DERINGER LLP
22    BY - TOM ENSIGN, ESQ.
23    BY - TYLER GARRETT, ESQ.
24    601 Lexington Ave, 31st Floor
25    New York, NY 10022
```

## Page 4

```
 1
 2
 3
 4    ALSO PRESENT:
 5
 6    JEFF QIU, Economist, DOJ
 7    SHAUDY DANAYE-ARMSTRONG, ESQ., In-House, Google
 8    ALEXANDER BERGERSEN, ESQ., In-House, Google
 9    DAVID BASSALI, Summer Intern, DOJ
10    LEAH SAMUEL, Summer Intern, DOJ
11    ZACHARY SORENSON, Summer Intern, DOJ
12    RYAN LAFOND, Lexitas Monitor
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

INDEX

| | |
|---|---|
| SCOTT SHEFFER | 6 |
|    MR. CHEOLAS | 7 |

SHEFFER EXHIBITS MARKED - ATTACHED

| | | |
|---|---|---|
| Exhibit 1 - Civil Investigative Demand | | 14 |
|    number 30643 | | |
| Exhibit 2 - GOOG-DOJ-03846477 - 478 | | 255 |
| Exhibit 3 - GOOG-DOJ-AT-01288538 - 540 | | 270 |
| Exhibit 4 - GOOG-DOJ-AT-01155096 - 105 | | 304 |

Page 6

SCOTT SHEFFER - HIGHLY CONFIDENTIAL

THE VIDEOGRAPHER: Good morning. We are now on the record.

Today's date is July 20, 2021. Time on the record is 9:07 a.m. Pacific time.

This is the video deposition of Scott Sheffer in the Matter of Google 60-516110-0009.

This deposition is taking place via web videoconference with all participants attending remotely. My name is Ryan LaFond. I am the videographer. Our court reporter today is Arielle Santos. We represent Lexitas Legal.

Will the court reporter please swear in the witness.

SCOTT SHEFFER, Testifies under penalty of perjury as follows:

THE WITNESS: I do.

EXAMINATION

Page 7

SCOTT SHEFFER - HIGHLY CONFIDENTIAL
BY MR. CHEOLAS:
   Q   Good morning, Mr. Sheffer.
   A   Hello.
   Q   Can you please state and spell your name for the record, please?
   A   Scott Sheffer. S-C-O-T-T; last name, S-H-E-F-F-E-R.
   Q   Thank you.
       Mr. Sheffer, my name is Nick Cheolas. I am an attorney with the United States Department of Justice Antitrust Division. I am joined here by a few of my colleagues. As we discussed prior to the deposition, we will not announce individually but the court reporter has a list of individuals who are appearing in this deposition.
       For the record, I do want to mention we do have a few summer interns at the division who may be joining us a little bit later. I will identify them and announce their presence if and when they join.
       Mr. Sheffer, have you ever

Page 8

SCOTT SHEFFER - HIGHLY CONFIDENTIAL
been deposed before?
   A   I have not.
   Q   Have you ever testified at trial before?
   A   No.
   Q   So I've got a few -- we will start with a few housekeeping items, which are a little different in the era of virtual depositions, and then we will go over some ground rules.
       Does that sound okay to you?
   A   That sounds fine.
   Q   All right. So it's a virtual deposition. Inevitably, we will have a technical issue. If we do, we will take a break, go off the record, and resolve that tech issue.
       Does that sound okay?
   A   That sounds great.
   Q   If you have any issues on your end, just let us know. Again, we will take a break and go off the record.
       Agree?
   A   Yes.

Page 21

1   SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2   provided by Google and the mobile phone,
3   any other electronic devices that you used
4   in the course of your employment at
5   Google?
6       A    The only other is I was
7   issued a Macintosh to do this deposition,
8   so I am using it for that.  But that
9   was -- I started using this, like,
10  three days ago.
11      Q    What software do you use in
12  the course of your day-to-day duties?
13      A    So on the Pixelbook, it's a
14  Chromebook, so it's all web-browser based.
15  And I typically spend most of my time
16  either in e-mail; so Gmail or calendars,
17  Google Documents, Google Drive.  So all of
18  our enterprise document software
19  presentations, spreadsheets, that kind of
20  thing.
21           And then I spend a fair
22  amount of time on videoconferences.  So I
23  guess that's like Google Meet/Google
24  Hangouts.
25      Q    Do you use any instant

Page 22

1   SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2   messaging programs?
3       A    Just Google -- whatever the
4   Google Chat feature is within Gmail.
5       Q    Does that Google Chat feature
6   within Gmail have a recording mechanism at
7   all?
8       A    I think it does, yes.
9       Q    Is that an optional
10  mechanism?
11      A    It is an optional mechanism,
12  I think.  I just have it on whatever the
13  default is.
14      Q    Are you familiar with
15  something called ping?
16      A    Yes.  Yes.
17      Q    What is ping?
18      A    Ping is when someone opens
19  the chat feature and sends you a message,
20  saying, hey are you there, or something
21  like that.
22      Q    When you say "opens the chat
23  feature," is that the chat feature within
24  Google Chat?
25      A    Well, for me, it's mostly the

Page 23

1   SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2   chat feature within Gmail, which I think
3   is -- to be honest, I can't remember
4   whether it's called Google Hangouts or
5   Google Meet or Google Chat these days.  I
6   have been there so long, it's just chat to
7   me.
8       Q    But ping is something within
9   the context of the instant messaging
10  system that you use?
11      A    Yeah.  It's a euphemistic
12  term that we use to describe getting in
13  touch with someone.
14      Q    Do you know what an
15  on-the-record chat is?
16      A    It's when you set the chat to
17  be on the record, which I think is not the
18  default.
19      Q    And it's a lead to my next
20  question.  Do you know what an
21  off-the-record chat is?
22      A    I think that is the default
23  setting in chat.
24      Q    So if you're communicating
25  with your colleagues at Google in Gchat,

Page 24

1   SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2   you use the default setting for recording
3   those chats; is that correct?
4       A    I use the default setting.
5   However, when I communicate over chat,
6   it's mostly, hey, can you jump into this
7   meeting, or are you going to make it on
8   time to the next meeting, or something
9   like that.  So I don't recall talking
10  about business issues via chat.  That's
11  something that we do in either a live
12  Hangout or via e-mail or via documents or
13  something like that.
14      Q    And when you say "live
15  Hangout," is that text based or
16  audio/video?
17      A    The audio/video.
18      Q    But the default setting for
19  Gchat, the instant messaging system, is
20  off the record?
21      A    I think that is the case,
22  yes.
23      Q    Do you access any centralized
24  databases during the course of your
25  day-to-day duties at Google?

333

1  SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2  of apps that they have.  And it also,
3  frankly, depends upon the labor rate that
4  they have.
5         So a developer in the US,
6  given the cost of labor here, costs more
7  for their technical resources than someone
8  who is developing in, say, Romania or
9  China or Vietnam, something like that.
10        So it varies.  It would be
11 hard for me to put exact number on that.
12     Q     Could you give a ballpark
13 estimate for, let's say, US developer?
14     A     Again, I think it depends a
15 lot on the size of the developer.  It's
16 probably on the order of, you know,
17 several thousands of dollars, maybe tens
18 of thousands of dollars.  Depending,
19 again, on the number of apps and how
20 complex their app monetization environment
21 would be, I would imagine.
22     Q     But enough to make it a
23 meaningful incentive?
24     A     I mean, meaningful in the
25 sense that they cover their cost to do the

334

1  SCOTT SHEFFER - HIGHLY CONFIDENTIAL
2  switch, which at the end of the day, is
3  not necessarily a huge incentive.  But
4  developers think about -- like, their most
5  precious resource is development hours.
6         And so anything they can do
7  to avoid taking very expensive software
8  engineers off of creating the game or
9  creating the app is for them is a good
10 thing.
11        MR. CHEOLAS:  All right.  I
12 have nothing further, Mr. Sheffer.
13 I really do appreciate your time
14 today.
15        THE WITNESS:  Okay.  Thank
16 you.
17        THE VIDEOGRAPHER:  All right.
18 And this concludes today's
19 deposition.
20        Time off the record is
21 5:41 p.m. Pacific time.
22        (Whereupon Testimony Concluded
23 at 5:41 p.m. PDT.)
24
25

335

1           A C K N O W L E D G E M E N T
2  STATE OF _____
3  COUNTY OF _____
4
5         I, the undersigned, hereby
6  certify that I have read the transcript
7  of my testimony taken under oath in my
8  deposition; that the transcript is a true
9  and complete and correct record of my
10 testimony, and that the answers on the
11 record as given by me are true and
12 correct.
13
14 _____
15 SCOTT SHEFFER
16
17        Signed and subscribed to
18 before me this _____ day of
19 _____, 20__.
20
21 _____
22 Notary Public
23
24
25

336

1         I, S. Arielle Santos,
2  Certified Shorthand Reporter, Certified
3  LiveNote Reporter do hereby certify:
4  That prior to being examined, the witness
5  named in the forgoing deposition, was by
6  me duly sworn to testify the truth, the
7  whole truth, and nothing but the truth.
8  That said deposition was taken before me
9  at the time and place set forth and was
10 taken down by me in shorthand and
11 thereafter reduced to computerized
12 transcription under my direction and
13 supervision, and I hereby certify the
14 foregoing deposition is a full, true and
15 correct transcript of my shorthand notes
16 so taken.
17 I further certify that I am neither
18 counsel for nor related to any party to
19 said action nor in anywise interested in
20 the outcome thereof.
21
22 _____
   S. Arielle Santos, CCR, CLR
23
24
25