# EXHIBIT 18

Message

| | |
|---|---|
| **From**: | Matt Wong [mattcw@google.com] |
| **Sent**: | 8/18/2020 8:53:35 PM |
| **To**: | Duke Dukellis [dukellis@google.com] |
| **CC**: | Siyoung Choi [syseanchoi@google.com]; Nash Islam [nashislam@google.com]; Chris LaSala [chrisl@google.com]; Ali Pasha [apasha@google.com] |
| **Subject**: | Potential Escalations from Hoover and Truthful Cost |

Hi Duke,

I wanted to update you on two launches with significant publisher impacts: Hoover (ariane) and Truthful Cost (ariane). These are bidding changes which will enable us to correctly price multicall impression opportunities on app and are built by gTrade on the buy-side. We are currently ramped up to a 50% experiment, with a launch likely in the coming weeks.

In pulling an impact list, which overestimates the actual payout drop, we see many large publishers including EA ~(-18%), Zynga ~(-22%), and Unity ~(-31%). This is the estimated drop for Google's payout on these publishers, without taking into account the CPD savings ~(+4% network wide) that will be reinvested nor the auction pressure changes. We are solidifying the comms doc at the moment, but wanted to give you a heads up in case there are any escalations from the sales team.

Thanks,

Matt W
mattcw@google.com

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-001399324