IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, et al.,  )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )          1:23-cv-108 (LMB/JFA)
                                    )
GOOGLE LLC,                         )
                                    )
          Defendant.                )

ORDER

The parties are currently scheduled to appear before the Court on Friday, August 23, 2024, on plaintiffs' Motion for Adverse Inference. See [Dkt. No. 1115 & 1117]. Because a scheduling conflict has arisen, the date of the hearing will be adjusted. Accordingly, it is hereby

ORDERED that the Clerk reset the hearing on plaintiffs' Motion for Adverse Inference, [Dkt. No. 1115], to Tuesday, August 27, 2024, at 10:00 a.m. in Courtroom 700.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of August, 2024.

Alexandria, Virginia

                                          /s/
                                    _____
                                    Leonie M. Brinkema
                                    United States District Judge