IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S WITHDRAWAL OF CERTAIN
OBJECTIONS TO THE PUBLIC DISCLOSURE OF DOCUMENTS**

In light of the Court's guidance at its August 9, 2024 hearing, Defendant Google LLC ("Google") has met and conferred with Plaintiffs in an effort to reach agreement regarding Plaintiffs' challenges to Google's objections to the public use of certain confidential documents as trial exhibits and certain deposition designations as evidence at trial (Dkt. No. 985). Pursuant to Google's ongoing effort to narrow the number of disputes between the parties, Google hereby withdraws its objections to the public disclosure of the following exhibits:

DTX0978, DTX0979, DTX1006, DTX1508, PTX0867, PTX0915, PTX1106, PTX1116, PTX1491, PTX1624, and PTX1629.

Google is working diligently to narrow its objections further and will continue to meet and confer with Plaintiffs to attempt to resolve the remaining issues between the parties. Google will file with the Court its revised objections promptly upon resolution, consistent with the Court's order of August 9, 2024 (Dkt. No. 1147).

| | |
|---|---|
| Dated:  Aug. 19, 2024. | Respectfully submitted, |
| *Of Counsel for Google LLC:* | */s/ Craig C. Reilly* <br> Craig C. Reilly (VSB # 20942) |
| Eric Mahr (*pro hac vice*) <br> Andrew Ewalt (*pro hac vice*) <br> Julie Elmer (*pro hac vice*) <br> Justina Sessions (*pro hac vice)* <br> Lauren Kaplin (*pro hac vice*) <br> Jeanette Bayoumi (*pro hac vice*) <br> Claire Leonard (*pro hac vice*) <br> Sara Salem (*pro hac vice*) <br> Tyler Garrett (VSB # 94759) <br> FRESHFIELDS BRUCKHAUS DERINGER US LLP <br> 700 13th Street, NW, 10th Floor <br> Washington, DC 20005 <br> Telephone: (202) 777-4500 <br> Facsimile: (202) 777-4555 <br> eric.mahr@freshfields.com | THE LAW OFFICE OF <br>  CRAIG C. REILLY, ESQ. <br> 209 Madison Street, Suite 501 <br> Alexandria, VA 22314 <br> Telephone: (703) 549-5354 <br> Facsimile: (703) 549-5355 <br> craig.reilly@ccreillylaw.com |
| | Karen L. Dunn (*pro hac vice*) <br> Jeannie H. Rhee (*pro hac vice*) <br> William A. Isaacson (*pro hac vice*) <br> Joseph Bial (*pro hac vice*) <br> Amy J. Mauser (*pro hac vice*) <br> Martha L. Goodman (*pro hac vice*) <br> Bryon P. Becker (VSB #93384) <br> Erica Spevack (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 <br> Telephone: (202) 223-7300 <br> Facsimile (202) 223-7420 <br> kdunn@paulweiss.com |
| Daniel Bitton (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 55 2nd Street <br> San Francisco, CA 94105 <br> Telephone: (415) 490-2000 <br> Facsimile: (415) 490-2001 <br> dbitton@axinn.com | |
| Bradley Justus (VSB # 80533) <br> David Pearl (*pro hac vice*) <br> Allison Vissichelli (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 1901 L Street, NW <br> Washington, DC 20036 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br> bjustus@axinn.com | Meredith Dearborn (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Telephone: (646) 432-5100 <br> Facsimile: (202) 330-5908 <br> mdearnborn@paulweiss.com |
| | *Counsel for Google LLC* |