**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )    No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5(C) and the Court's Order regarding the parties' and non-parties' sealing and redaction requests, (Docket no. 1147), Plaintiffs respectfully move this Court to seal portions of Plaintiffs' Proposed Findings of Fact and Conclusions of Law.  The withheld information is derived from exhibits and deposition designations that were requested to be sealed in (1) the 33 non-parties' Disclosure Objections, (*see* Docket no. 1147, at 2 n.1), and (2) Defendant Google's Disclosure Objections, (Docket no. 985), as amended, (Docket no. 1142). The Court granted the sealing and redactions requests of the 33 non-parties and ordered Google to revise its requests for sealing and redaction, (Docket no. 1147).  Subsequently, Google withdrew certain sealing and redaction requests, (Docket no. 1142), and has been meeting and conferring with Plaintiffs regarding its remaining disclosure objections.

Consistent with the local rules and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on opposing counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is attached for the Court's convenience.

1

Dated: August 19, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Aaron M. Teitelbaum
AARON M. TEITELBAUM
/s/ Milosz Gudzowski
MILOSZ GUDZOWSKI

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of
Virginia and local counsel for the
States of Arizona, California,
Colorado, Connecticut, Illinois,
Michigan, Minnesota, Nebraska, New
Hampshire, New Jersey, New York,
North Carolina, Rhode Island,
Tennessee, Washington, and West
Virginia