IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al.,<br><br>        Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' motion to seal portions of Plaintiffs' Proposed Findings of Fact and Conclusions of Law, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because the information is sealed in accordance with the Court's Order regarding the parties' and non-parties' sealing and redaction requests, (Docket no. 1147).

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the unredacted Plaintiffs' Proposed Findings of Fact and Conclusions of Law shall be maintained under seal by the Clerk, until otherwise directed.

DATE: _____          _____