UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## DEFENDANT GOOGLE LLC'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), Defendant Google LLC ("Google"), through its undersigned counsel, hereby respectfully moves this Court for an order granting Google's motion to seal. Google seeks leave to file portions of its Proposed Findings of Fact and Conclusions of Law under seal. Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on opposing counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are contained in the memorandum of law concurrently filed in support of this motion. A proposed order is attached for the Court's convenience.

Dated: August 19, 2024  Respectfully submitted,

| | |
|---|---|
| Eric Mahr (*pro hac vice*) <br> Andrew Ewalt (*pro hac vice*) <br> Tyler Garrett (VSB # 94759) <br> FRESHFIELDS BRUCKHAUS <br> DERINGER US LLP <br> 700 13th Street, NW, 10th Floor <br> Washington, DC 20005 <br> Telephone: (202) 777-4500 <br> Facsimile: (202) 777-4555 <br> eric.mahr@freshfields.com | */s/ Craig C. Reilly* <br> Craig C. Reilly (VSB # 20942) <br> THE LAW OFFICE OF <br> CRAIG C. REILLY, ESQ: <br> 209 Madison Street, Suite 501 <br> Alexandria, VA 22314 <br> Telephone: (703) 549-5354 <br> Facsimile: (703) 549-5355 <br> craig.reilly@ccreillylaw.com |
| Justina K. Sessions (*pro hac vice*) <br> FRESHFIELDS BRUCKHAUS <br> DERINGER US LLP <br> 855 Main Street <br> Redwood City, CA 94063 <br> Telephone: (650) 618-9250 <br> Fax: (650) 461-8276 <br> justina.sessions@freshfields.com | Karen L. Dunn (*pro hac vice*) <br> Jeannie S. Rhee (*pro hac vice*) <br> William A: Isaacson (*pro hac vice*) <br> Amy J. Mauser (*pro hac vice*) <br> Martha L. Goodman (*pro hac vice*) <br> Bryon P. Becker (VSB #93384) <br> Erica Spevack (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & <br> GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 <br> Telephone: (202) 223-7300 <br> Facsimile (202) 223-7420 <br> kdunn@paulweiss.com |
| Daniel Bitton (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 55 2nd Street <br> San Francisco, CA 94105 <br> Telephone: (415) 490-2000 <br> Facsimile: (415) 490-2001 <br> dbitton@axinn.com | |
| Bradley Justus (VSB # 80533) <br> AXINN, VELTROP & HARKRIDER LLP <br> 1901 L Street, NW <br> Washington, DC 20036 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br> bjustus@axinn.com | Erin J. Morgan (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & <br> GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Telephone:  (212) 373-3387 <br> Facsimile:  (212) 492-0387 <br> ejmorgan@paulweiss.com |

*Counsel for Defendant Google LLC*