# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

## ORDER

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC ("Google") filed a motion to seal, seeking leave to file portions of its Proposed Findings of Fact and Conclusions of Law under seal.

Upon consideration of the Motion and supporting papers, the Court finds that (i) sufficient notice has been given; (ii) the redacted text contains Google's confidential business information and trade secrets; (iii) only sealing will sufficiently protect Google from competitive harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access under the First Amendment right of access has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and the redacted text shall remain under seal until further order of the Court.

ENTERED this _____ day of _____ 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge