# EXHIBIT 11

# REDACTED

HIGHLY CONFIDENTIAL

Page 1

H I G H L Y   C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
-------------------------------x
UNITED STATES, et al.,

        Plaintiffs,

    vs.            Case No.
                      1:23-cv-000108

GOOGLE LLC,

        Defendant.
-------------------------------x


HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF LUKE LAMBERT
New York, New York
Tuesday, August 29, 2023
9:37 a.m.






Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
Job No. CS6079449

Veritext Legal Solutions
800-567-8658        973-410-4098

HIGHLY CONFIDENTIAL

Page 2

August 29, 2023
9:37 a.m.

HIGHLY CONFIDENTIAL
Videotaped Deposition of LUKE LAMBERT, held at the offices of Latham & Watkins, LLP, 1271 Avenue of the Americas, New York, New York, pursuant to subpoena, before Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public of the State of New York.

Page 3

A P P E A R A N C E S:

UNITED STATES DEPARTMENT OF JUSTICE
Attorneys for Plaintiff United States
   450 5th Street, NW, Suite 7000
   Washington, DC 20530
BY:  KATHERINE E. CLEMONS, ESQ.
     RACHEL ZWOLINKSKI, ESQ.
     ALVIN CHU, ESQ., (via Zoom)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Google LLC
   1285 Avenue of the Americas
   New York, New York 10019
BY:  ERIN J. MORGAN, ESQ.
     LEAH HIBBLER, ESQ.

Page 4

APPEARANCES (Continued):

LATHAM & WATKINS
Attorneys for Omnicom Holdings and the Deponent
   505 Montgomery Street, Suite 2000
   San Francisco, California 94111
BY:  NIALL LYNCH, ESQ.
     AARON CHIU, ESQ.
     KAILEN MALLOY, ESQ., (via Zoom)

ALSO PRESENT:
   MARCELO RIVERA, Videographer

Page 5

HIGHLY CONFIDENTIAL
       THE VIDEOGRAPHER:  Good morning.
We are going on the record at 9:37 a.m.,
on August 29, 2023.  Please note that
the microphones are sensitive and may
pick up whispering and private
conversations.  Please mute your phones
at this time.  Audio and video recording
will continue to take place unless all
parties agree to go off the record.
This is the media unit 1 of the
video-recorded deposition of Mr. Luke
Lambert, in the matter, United States,
et al., versus Google LLC.  This
deposition is being held at Latham &
Watkins, located at 1271 Avenue of the
Americas, New York, New York.  My name
is Marcelo Rivera, representing Veritext
Legal Solutions, and I am the
videographer.  The court reporter is
Jennifer Ocampo-Guzman in association
with Veritext Legal Solutions.
       I am not related to any party in
this action, nor am I financially
interested in the outcome.  If there are

2 (Pages 2 - 5)

Page 118

LAMBERT - HIGHLY CONFIDENTIAL

2  Q. Uh-huh.
3  A. We're looking at shifts of
4 increasing in Google Discovery, 220 percent,
5 Q3-Q4. As noted on the previous page, Reddit
6 received an increase of 66 percent, YouTube
7 decreased. That is also a shift, shifts go
8 up and down. And then the rest are, they're
9 on the page, and we can go through them.
10  Q. So the ones that are neutral, does
11 that mean that there was not a significant
12 shift?
13  A. Yes.
14  Q. And for the ones that are
15 classified as "What Didn't Work" --
16  A. Yes.
17  Q. -- does that mean spend was shifted
18 away from those categories?
19    MS. CLEMONS: Objection, form.
20  A. Yes, it does.
21  Q. And for the "What Worked" category,
22 does that mean spend was shifted to those
23 categories?
24  A. It does.
25    MS. CLEMONS: Objection, form.

Page 119

LAMBERT - HIGHLY CONFIDENTIAL

2    MS. MORGAN: Okay. I think we can
3  go ahead and put that document down for
4  now. I am going to do one more quick
5  one and then we will maybe take lunch.
6    THE WITNESS: That's fine.
7    MS. MORGAN: Can we mark this as
8  Exhibit 3.
9    (Omnicom Exhibit 3, E-mail dated
10   5/17/19, Bates Nos. OMC-GOOG-00045175
11   through OMC-GOOG-00045282, marked for
12   identification, this date.)
13  Q. Let me hand you that document
14 that's been marked as Omnicom Exhibit 3. The
15 document is Bates stamped OMC-GOOG-000454175
16 on the first page, and it's an e-mail from
17 Charles Johnson sent on May 17, 2019.
18    Do you recognize this document? I
19 will tell you, the "To" field goes on for
20 like eight pages, so feel free to look
21 through it to get to the subject line.
22    MR. LYNCH: Do you know if he's
23   copied on it, on what page?
24    MS. MORGAN: On the next page,
25   second page. You will see like halfway

Page 120

LAMBERT - HIGHLY CONFIDENTIAL

2  down, about halfway, one third in.
3    THE WITNESS: This looks like a
4  total distribution list across all of
5  Team DDB.
6  Q. It's the total distribution list
7 for what?
8  A. For all of Team DDB. As an
9 executive on OMD, I'm on pretty much every
10 distribution list, so.
11  Q. Do you see on the page that's
12 marked 45192 that there's a subject line that
13 says, "Programmatic Updates, Digital Center
14 of Excellence"?
15  A. I do.
16  Q. Are you familiar with this type of
17 e-mail?
18  A. I am.
19  Q. And have you seen this before?
20  A. This one's quite dated but, yes.
21  Q. And in fact you're copied on it?
22  A. Uh-huh.
23  Q. Is that right?
24  A. That's true.
25  Q. Sorry. You have to give an audible

Page 121

LAMBERT - HIGHLY CONFIDENTIAL

2 response.
3  A. It's true, yes.
4  Q. Otherwise, it doesn't come through
5 for the court reporter.
6    Are these kind of updates created
7 in the normal course of Omnicom's business?
8  A. Yes.
9  Q. Who creates them?
10  A. The Center of Excellence.
11    MS. CLEMONS: Objection, form.
12  Q. What's the Center of Excellence?
13  A. So I work for OMD. There is an
14 umbrella over us called OMG, which is Omnicom
15 Media Group, which is an umbrella underneath
16 the umbrella of Omnicom. OMG operates a
17 central team here in North America where the
18 Center of Excellence sits or the COE, of COE
19 operates rule of the road, processes
20 protocols, and creates documents like this.
21  Q. Who is the intended audience for
22 this programmatic update?
23  A. Initially our teams, our clients,
24 and that's kind of it.
25  Q. Are there clients on this distro or

Page 122

1  LAMBERT - HIGHLY CONFIDENTIAL
2  would it be sent from people who received
3  this to a client?
4      A.  No, this is strictly to the distro,
5  without clients.
6      Q.  Is it sent out to clients as like a
7  matter of regular course or is it if a an
8  individual person decides to send it to a
9  client, it goes to a client?
10         MS. CLEMONS:  Objection, form.
11     A.  It's normally the content that
12 would be shared with the client.  We would
13 curate this content based on what's
14 applicable to their business.  Yeah, I mean
15 in this example, this was sent by Charles
16 Johnson, who is part of the COE and he now
17 works at Google.
18     Q.  Oh, interesting.
19         On the next page, after the page
20 with the subject line on it, so it's Bates
21 stamped 45193, there is a heading that says
22 "Partner Updates."
23     A.  Uh-huh.
24     Q.  Do you see that?
25     A.  I do.

Page 123

1  LAMBERT - HIGHLY CONFIDENTIAL
2      Q.  What does it mean to be an Omnicom
3  partner?
4          MS. CLEMONS:  Objection, form.
5      A.  Partners are our platform partners,
6  our publishing partners.  Anyone we have
7  contracts with or buy media through or with.
8      Q.  Do you contract directly with all
9  of your partners?
10         MS. CLEMONS:  Objection, form.
11     A.  Is this in relation to the U.S.
12 Army or as an OMG?
13     Q.  Just generally as OMD.
14     A.  Yeah, all of our contracts are
15 direct with the likes of Google, Amazon,
16 Verizon, Xandr.
17     Q.  And is that the case also for the
18 Army?
19     A.  It is.
20     Q.  What about the Air Force?
21     A.  It is.
22     Q.  What about CMS?
23     A.  It is.
24     Q.  And what about NHTSA?
25     A.  It is.

Page 124

1  LAMBERT - HIGHLY CONFIDENTIAL
2      Q.  The first partner listed on this
3  list is Google.
4      A.  It is.
5      Q.  What partnerships does Omnicom have
6  with Google or what kind of partner is
7  Google?  Is that a better way of asking that
8  question?
9      A.  I don't think there's a
10 differentiation.
11         Our partnership with Google is a
12 contract on the Google marketing platform.
13 The contract itself shows the rates in which
14 we pay for various capabilities from Google,
15 DV360 rate, Campaign Manager, ad serving
16 rate; search rate, although it's nominal; and
17 sometimes a form of a JVP, but for Google
18 they call it a DVIP, so display video
19 investment plan, which typically it can
20 happen at either the Omnicom level or OMG
21 level, which it does, or at a client level
22 where they negotiate their own DVPs -- DVIPs
23 through us.
24     Q.  When you say "at a client level,"
25 would that be a contract between an

Page 125

1  LAMBERT - HIGHLY CONFIDENTIAL
2  individual advertiser client and Google?
3          MS. CLEMONS:  Objection, form.
4      A.  It would be, it would be on their
5  behalf.
6      Q.  So the contract would be still
7  between an Omnicom entity and Google?
8      A.  Yes.
9      Q.  You mentioned DV360, Campaign
10 Manager, Search, are there other Google tools
11 that, that are part of the Omnicom contract
12 with Google?
13     A.  I don't believe anything outside of
14 media is part of the DVIP or JVP that we
15 have, although we do have additional
16 contracts around Cloud.
17     Q.  Does your contract cover Google
18 ads?
19     A.  It does.  That's the search side.
20     Q.  What about Google Ad Manager, do
21 you ever use Google Ad Manager?
22     A.  That is Campaign Manager now.
23 Google has renamed just about everything
24 every other year.
25     Q.  So I've learned.



HIGHLY CONFIDENTIAL

Veritext Legal Solutions
800-567-8658                                                                 973-410-4098



HIGHLY CONFIDENTIAL

34 (Pages 130 - 133)



HIGHLY CONFIDENTIAL

Page 266

LAMBERT - HIGHLY CONFIDENTIAL

    A. Yes.
    Q. You testified earlier that in the second meeting you had with the Department of Justice, that they could not tell Omnicom what they needed, so Omnicom could make it easier on them. Do you remember testifying about that?
    A. I do.
    Q. In the meeting that you were discussing, did the Department of Justice tell you that there were specific pieces of data that they were looking for?
    A. No.
    Q. Did you ask if there were specific pieces of data you could provide them that would be helpful?
    A. Yes.
    Q. Did they ever ask you for data after that meeting in response to your question about whether there were specific pieces of data that could be helpful?
        MS. CLEMONS: Objection to form.
    A. If -- they did not ask me, no.
        MS. MORGAN: Thank you. All right.

Page 267

LAMBERT - HIGHLY CONFIDENTIAL
Mr. Lambert, I think we can thank you for your time.
        THE WITNESS: Thanks.
        MR. LYNCH: So this is concluded?
        MS. MORGAN: Yes.
        THE VIDEOGRAPHER: The time is 4:46 p.m. We're going off the record.
        (Time noted: 4:47 p.m.)

Page 268

STATE OF _____ )
                      ) :ss
COUNTY OF _____ )

        I, LUKE LAMBERT, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

                    _____
                        LUKE LAMBERT

Sworn and subscribed to before me, this ____ day of _____, 2023.

_____
Notary Public

Page 269

CERTIFICATE

STATE OF NEW YORK   )
                    : ss.
COUNTY OF NEW YORK  )

        I, Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:
        That LUKE LAMBERT, the witness whose deposition is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by the witness.
        I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.
        IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of September 2023.

            *J. Ocampo-Guzman*
            JENNIFER OCAMPO-GUZMAN, CRR, CLR

68 (Pages 266 - 269)