# EXHIBIT 13

# PUBLIC

1                IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3                     ALEXANDRIA DIVISION

4

       UNITED STATES OF AMERICA,    )

5      et al.,                      )

                                    )

6                Plaintiffs,        )   Case No.

                                    )   1:23-cv-

7           vs.                     )   000108-LMB-

                                    )   JFA

8      GOOGLE LLC,                  )

                                    )

9                Defendant.         )

       --------------------------

10

11

12                          Wednesday, September 6, 2023

13                          9:59 a.m.

14

15

16              Remote Zoom Videotaped Deposition of

17     KRISTY KOZLOWSKI, held before Stacey L.

18     Daywalt, a Court Reporter and Notary Public of

19     the District of Columbia.

20

21

22

23

24

25     Job No. CS6078882

Page 2

1   A P P E A R A N C E S:

2   (All appearances via remote Zoom)

3

4   Attorneys for United States:

5       DEPARTMENT OF JUSTICE ANTITRUST DIVISION

6       BY:  DAVID GEIGER, ESQ.

7           MATTHEW GOLD, ESQ.

8           ELIZABETH ARAMAYO, ESQ.

9           JEFF QUI, ESQ.

10      5th Street NW, Suite 7100

11      Washington, DC 20530

12      david.geiger@usdoj.gov

13      matthew.gold@usdoj.gov

14      elizabeth.aramayo@usdoj.gov

15      yinjiaqiu@usdoj.gov

16

17  Attorneys for Comcast and The Witness:

18      DAVIS POLK & WARDWELL LLP

19      BY:  CHRISTOPHER LYNCH, ESQ.

20          MICHAEL KUCHARSKI, ESQ.

21      450 Lexington Avenue

22      New York, New York 10017

23      (212) 450-4034

24      christopher.lynch@davispolk.com

25      michael.kucharski@davispolk.com

Page 3

1   A P P E A R A N C E S (CONTINUED):

2

3   Attorneys for Defendant Google LLC:

4       PAUL WEISS RIFKIND WHARTON & GARRISON

5       BY:  MEREDITH R. DEARBORN, ESQ.

6           CARTER GREENBAUM, ESQ.

7       535 Mission Street, 24th Floor

8       San Francisco, California 94105

9       (650) 208-22788

10      mdearborn@paulweiss.com

11      cgreenbaum@paulweiss.com

12

13

14

15

16

17

18

19

20

21  ALSO PRESENT:

22

23          CHARLES SHIOLENO, ESQ., Comcast

24          JULIA PUDLIN, ESQ., Comcast

25          CHRIS MCWILLIAMS, Videographer

Page 4

1   ------------------I N D E X------------------

2

WITNESS          EXAMINATION BY      PAGE

3

4   KRISTY KOZLOWSKI   BY MS. DEARBORN       7
            BY MR. GEIGER      156
5           BY MS. DEARBORN      235

6

    --------------------EXHIBITS------------------

7

8   EXHIBITS                PAGE  LINE

9   Exhibit 1
    Comcast's Responses and Objections
10  to Google's Rule 30(b)(6)
    Deposition Notice        13   19

11

    Exhibit 2
12  E-mail dated 5/16/18
    COM-00062160-61          30    3

13

    Exhibit 3
14  Competition in Television and
    Digital Advertising, May 2-3, 2019  51    8

15

    Exhibit 4
16  Q2 2023 HQ Product Diff Tactical
    Review dated 2/2/23
17  COM-00000104-232         69    2

18  Exhibit 5
    CB NED Q1 2023 Performance QBR,
19  May 2023
    COM-00000415-435         101   9

20

    Exhibit 6
21  E-mail dated 9/20/18
    COM-00035829             111  20

22

    Exhibit 7
23  Comcast 2017 JBP Update
    COM-00035830-858         112   1

24

25

Page 5

1   EXHIBITS (CONTINUED)        PAGE

2   Exhibit 8
    CTV Programmatic Head-to-Head
3   Test, Google vs. The Trade Desk,
    January 2023
4   COM-00001141-1153        116   25

5   Exhibit 9
    Comcast About Google Marketing
6   Platform, February 26, 2020
    COM-00059612-669         126   18

7

    Exhibit 10
8   cookie-less Future Preparation,
    Comcast Divisional Overview, June
9   22, 2021
    COM-00000236-269         144   4

10

    Exhibit 11
11  E-mail chain dated 9/17/19
    COM-00136496-499         149   6

12

    Exhibit 12
13  Exhibit 11 remarked
    COM-00136496-499         152   25

14

    Exhibit 13
15  E-mail with attachment dated
    3/15/20
16  COM-00297094-104         202   6

17  Exhibit 14
    2019 Joint Business Plan,
18  May 10, 2019
    COM-00059523-537         215   7

19

20

21

22

23

24

25

2 (Pages 2 - 5)

Page 18

1     Q.    And any other phone calls or
2  meetings with DOJ that you can remember?
3     A.    In total, I believe we've had two
4  over the course of the past two-plus years.
5     Q.    When was the second meeting?
6     A.    That was the one just over a year
7  ago.
8     Q.    Okay.  And so there was one before
9  then?
10    A.    Yeah.
11    Q.    Can you -- who did you meet with
12 in -- with the DOJ on that occasion?
13    A.    Mr. Geiger.
14    Q.    And what was the topic of that
15 meeting?
16    A.    The same topic.
17    Q.    Okay.  And when was that meeting?
18    A.    Two years ago.
19    Q.    Now, you mentioned that you had a
20 conversation about how we approach the
21 programmatic space more holistically.
22        Can you please describe what you
23 mean by that.
24    A.    Yes.
25        The programmatic space is obviously

Page 19

1  made up of various different partners and
2  platforms.  Google is not the only partner that
3  we invest with.
4        And so when I say "holistically," I
5  mean inclusive of all partners and platforms
6  that we may leverage as part of our ad
7  campaigns.
8     Q.    What other partners does Comcast
9  invest with across its programmatic ad
10 campaigns?
11    A.    We currently invest with four
12 different DSPs programmatically, Google, DV360,
13 The Trade Desk, Amazon and Yahoo.
14    Q.    Thank you.  We'll return to these
15 conversations, I'm sure.
16        Other than those two meetings with
17 DOJ, did you meet with anyone from DOJ in
18 preparation for your deposition here today?
19    A.    No, I did not.
20    Q.    And have you met with anyone from
21 Google in preparation for your deposition here
22 today?
23    A.    No, I have not.
24    Q.    You and I have never met.  Right?
25    A.    We have not.

Page 20

1     Q.    And you understand that you are
2  testifying pursuant to a subpoena issued by
3  Google in this case.  Correct?
4     A.    Yes.
5     Q.    And did you review any documents in
6  preparation for your deposition today?
7     A.    I've reviewed documents with counsel
8  related to the topics at hand, the one that is
9  up in the exhibit share right now, as well as
10 the subpoena and details around the subpoena.
11    Q.    Any other documents that you
12 reviewed in preparation for your testimony
13 today?
14    A.    Nothing that we reviewed
15 necessarily.
16        There were documents that we've
17 provided along the way, but did not review them
18 again.
19    Q.    Okay.  Why don't you describe your
20 role at Comcast for me.
21    A.    I'm the senior vice president of
22 media, strategy and planning.  What that
23 entails or encompasses from a responsibility
24 standpoint is sort of twofold.
25        I think the first thing to kind of

Page 21

1  share is that our organization is a little
2  decentralized in that we do have media teams
3  that sit across both headquarters and
4  divisions.
5        My role here is responsible for the
6  planning, buying and execution of all
7  headquarters media, which is -- primarily
8  focuses on brand and other key campaigns.
9        Additionally though my team also
10 sits as a centralized function whereby we are
11 responsible for building the overall media
12 capabilities and technologies in which we will
13 invest in for the total organization for the
14 planning and buying of media.
15        That also includes the oversight of
16 our in-house programmatic team that trades on
17 behalf of all of XFinity, Comcast Business and
18 corporate reputation, both headquarters and
19 divisions.
20    Q.    When you said "in-house programmatic
21 team," what do you mean?
22    A.    We have a team of traders that sit
23 at Comcast as Comcast employees whereby we are
24 in the platforms trading and bidding and
25 managing buys directly in the DSPs versus using

6 (Pages 18 - 21)

Page 22
1  an agency of record to manage our programmatic
2  inventory on our behalf.
3      Q.   And I have been in this case long
4  enough to know that there are many acronyms.
5          What is a DSP?
6      A.   A demand side platform, the
7  technology in which buyers use --
8      Q.   I'm sorry.  I interrupted you.
9          Please, describe what a DSP does.
10     A.   Oh, demand side platform, the
11 technologies in which buying teams use to trade
12 programmatic inventory across various different
13 supplies.
14     Q.   Okay.  So in the nature of also --
15 of definitions, you're here to testify in a
16 number of different topics concerning Comcast's
17 purchase of advertising inventory.
18         Can you describe what advertising
19 inventory is.
20     A.   Yes.
21         Advertising inventory is essentially
22 the buying of media space, whether it be in
23 television, print, radio, digital, out of home,
24 et cetera.
25         It's essentially the opportunity for

Page 23
1  us to put our ad in an environment in which a
2  customer or consumer is engaging with that
3  media.
4      Q.   And you anticipated my next
5  question, which is:  What sorts of advertising
6  inventory does Comcast buy?
7      A.   We buy media across all channels,
8  inclusive of television, radio, print, out of
9  home, direct mail, digital, et cetera.
10     Q.   When you say "digital," what does
11 digital include?
12     A.   Digital includes social,
13 programmatic, direct buying, online audio.
14         So there's various different ways in
15 which we can tactically plan digital dollars.
16     Q.   You said digital includes social,
17 programmatic, direct buying and online audio.
18         Did I get that?
19     A.   Yes.
20     Q.   Is there anything else that digital
21 includes?
22     A.   Digital out of home.
23     Q.   What's that?
24     A.   It is out of home placements that
25 are digitally served.

Page 24
1      Q.   Can you describe that a bit more.
2      A.   So if you're walking in the mall and
3  you see a kiosk, it could be -- that is
4  considered a digital out of home placement
5  versus a traditional standard billboard driving
6  down I-95 that you might see, or there's
7  digital boards on highways as well.
8          If there is -- if it's not static
9  and there is some sort of rotation, it's
10 usually digitally served through an ad server
11 program.
12     Q.   All right.  And you mentioned
13 social.
14         What advertising on social media
15 does Comcast purchase?
16     A.   We do quite a few different
17 executions on social.
18         We will buy social video more for
19 reach purposes.  We will buy reservation type
20 of sponsorships and executions with
21 influencers.
22         Sometimes we will integrate into
23 unique custom content that different social
24 platforms may be putting out there or create
25 custom programs.

Page 25
1          We use the space pretty broadly.
2      Q.   And what social media platforms does
3  Comcast buy advertising space on -- or I should
4  say advertising inventory?
5          What -- let me start over.
6          What social media platforms does
7  Comcast purchase advertising inventory on?
8      A.   The primary platforms we work with
9  today are TikTok, Meta, Twitter, or X I should
10 say, Snapchat, Nextdoor, Pinterest and Reddit.
11     Q.   You said those are the primary
12 platforms.
13         Are there any others that come to
14 mind?
15     A.   No.
16     Q.   You mentioned video.  Perhaps you
17 didn't mention video.
18         Does Comcast also purchase
19 advertising inventory on video platforms?
20     A.   We do.
21     Q.   Which ones?
22     A.   Can I ask a clarifying question?
23     Q.   Of course.
24     A.   When you say "platforms," are you
25 referencing programmatic or the media space in

7 (Pages 22 - 25)

Page 26

1  general?
2      Q.   Why don't we start with
3  programmatic, and then we'll -- and then you
4  can answer as to more broadly.
5      A.   Okay.  Video is -- I look at video
6  in two ways.
7          One is online video, which is much
8  broader speaking, and we do a lot
9  programmatically in the OLV space.  DV360 is
10 one of our primary partners in that space.
11         We also buy connected TV inventory,
12 like Hulu and others.  We primarily use The
13 Trade Desk for connected TV inventory.
14         But we also do a lot of direct video
15 buys with the likes of Peacock, sometimes Hulu,
16 you know, other Amazon buyer, et cetera, that
17 might have very specific inventory.  YouTube.
18         We work with a very large range of
19 partners.
20     Q.   And you mentioned connected TV.
21         Can you describe what connected TV
22 is.
23     A.   Yeah.
24         I mean, connected TV is just the
25 ability to watch video directly through the ISP

Page 27

1  delivery on your set top box and/or mobile
2  device.
3      Q.   And what is -- I've seen the acronym
4  "OTT."
5          What does that stand for?
6      A.   Over the top.
7          So very similar in terms of delivery
8  of the inventory.  Unlike online video would be
9  a wide range of call it, you know, pre-roll or
10 mid-roll video on a website, say
11 foodnetwork.com.  Before watching a video clip,
12 we might deliver a pre-roll ad on
13 foodnetwork.com versus the inventory with OTT
14 and connected partners are more, I'd say, TV
15 like programming with your more long form or
16 episodic content, like on Hulu or Peacock.
17     Q.   And we've been talking about
18 programmatic -- about Comcast programmatic
19 purchases on video.
20         Are there other sorts of video at --
21 other sorts of advertising inventory that we
22 would classify as video that Comcast purchases
23 not programmatically?
24     A.   That purchases programmatically, no.
25     Q.   Sorry.  Not programmatically.

Page 28

1      That -- yeah, go ahead.
2      A.   Digital video, no.
3          As I mentioned, we have programmatic
4  and some direct buys, but the video definition
5  is a little broad.
6      Q.   Okay.  And explain what else is in
7  that video definition then too.
8      A.   So it would be online video, as I
9  mentioned, but as well as any inventory we buy
10 through the connected TV or OTT partners would
11 probably be the two things that I would say
12 their for digital video.
13         On social, there is video with
14 social as well, but we don't necessarily
15 consider it like for like.
16     Q.   Are there any channels -- you
17 mentioned the word "channels."
18         Does all of these different means of
19 purchasing advertising inventory, all of these
20 different ways that Comcast reaches its
21 potential customers, are there any channels
22 that we haven't discussed already?
23     A.   No.
24     Q.   And is it fair to say that Comcast
25 purchases advertising across a wide variety of

Page 29

1  channels?
2      A.   Yes.
3      Q.   Why does Comcast do that?
4      A.   When you think about our category
5  that we operate in around broadband and video,
6  and so data on either the consumer side with
7  XFinity and XFinity Mobile or the business side
8  with Comcast Business, you know, our ability
9  and our need to drive acquisition at a high
10 reach/low cost sort of balance is critically
11 important.
12         We reach customers that are
13 obviously having wide set of media consumption
14 behaviors who are engaging with TV, you know,
15 watching programs on television and they're
16 also watching programs on their mobile devices
17 or surfing the web or paying, you know,
18 attention to folks on social media.  Their
19 activities are quite broad, and our customer
20 base and/or our prospect base is also quite
21 broad.
22         So looking at all of the channels
23 together for the volume and scale in which we
24 drive is critically important.
25     Q.   Great.

8 (Pages 26 - 29)

Page 30

1    MS. DEARBORN:  Mr. Greenbaum, can
2 you please put Tab 15 in the exhibit share.
3    (Exhibit 2, E-mail dated 5/16/18,
4 COM-00062160-61, marked for identification.)
5    Q.   Let's see if this goes a little
6 smoother this time.
7    While that's coming up into the
8 exhibit share, you mentioned that Comcast
9 reaches customers that have a wide of set of
10 consumption behaviors.  They're engaging with
11 TV and surfing the web, et cetera.
12    Can you elaborate a little bit more
13 on that.
14    Does Comcast reach the same
15 customers through multiple channels?
16    A.   Yes.
17    I mean, it would be -- I think if
18 any one of us looked at our own media
19 behaviors, we don't just engage with one media.
20    Q.   All right.  I think Tab 15 is in the
21 chat -- or it's not in the chat.  Sorry.  It's
22 in exhibit share.
23    We'd like to mark as Comcast 2 a
24 document bearing Bates No. COM-00062160.
25    Do you have that document in front

Page 31

1 of you, Ms. Kozlowski?
2    A.   I do, yes.
3    Q.   Do you recognize this document?
4    A.   Yes, I do.
5    Q.   What is it?
6    A.   This is an e-mail exchange from my
7 boss at the time, Peter Intermaggio, to myself
8 and others on my team related to our approach
9 to media back in 2018.
10    Q.   Was this e-mail prepared in the
11 ordinary course of business for Comcast?
12    A.   I'm sorry.  Can you repeat that.
13    Q.   Sure.
14    Was this document -- was this e-mail
15 prepared in the ordinary course of business for
16 Comcast?
17    A.   Yes.
18    Q.   Okay.  And it describes -- in the
19 first paragraph, Mr. Intermaggio writes:  "If
20 Dana or Rick, Dave, Brian, division presidents,
21 asked me in the elevator to describe our media
22 approach, I would say the following."
23    And then it is -- then there's a
24 variety of points.
25    Do you see that?

Page 32

1    A.   I do.
2    Q.   So does this document describe
3 the -- Comcast's business in terms of its media
4 approach as of about May of 2018?
5    A.   Yes.
6    Q.   Okay.  So on the first page under
7 No. 2, Mr. Intermaggio writes:  "We have
8 shifted our spend heavily to digital, now
9 spending approximately 35 percent of our total
10 dollars in digital, inclusive of search,
11 display and online video."
12    Do you see that?
13    A.   I do.
14    Q.   When we mentioned digital -- digital
15 advertising inventory earlier, you also
16 included a variety of other sorts of inventory
17 in your answer, such as social, digital, out of
18 home, et cetera.
19    Can you please explain that a little
20 bit more.
21    Why -- has the category of digital
22 expanded since 2018?
23    MR. GEIGER:  Object to the form.
24    Sorry.
25    Q.   I'll rephrase.

Page 33

1    Please can you explain a little bit
2 more how the category of digital inventory has
3 changed during your tenure at Comcast.
4    A.   Yes.
5    First, I would say I didn't
6 reference search, as I don't oversee search.
7 That's not in my agreement, so it's not
8 something I'm speaking about today.
9    As it relates to digital out of home
10 and online audio, those are two areas or
11 tactics digitally that have grown over the
12 course of time and are now available to trade
13 and manage programmatically, whereas in 2018
14 they were not as prominent in the programmatic
15 space to trade and buy that way.
16    Over the course of time, we
17 continued to sort of shift and optimize our
18 media mix and our tactics in order to better
19 reflect consumer consumption behaviors as well
20 as performance of our media in terms of
21 contributions to driving sales.
22    And so as we continued to invest
23 more digitally, our growth has also allowed us
24 to see better performance overall and allowed
25 us to optimize.

9 (Pages 30 - 33)

Page 34

1       As a planner, I could say that I
2 would categorize online audio as a part of
3 radio or digital.  It is the digital execution
4 of what was traditionally a broadcast only
5 channel.  So I think that there could be
6 various classifications to that.
7       But the execution and management of
8 the inventory has significantly grown since
9 2018, allowing advertisers to better -- to
10 better manage and show up in places at scale in
11 a more efficient way than doing direct buys
12 only.
13     Q.   And this document references
14 display.
15       I don't believe we've talked about
16 display yet.
17       Can you please describe what display
18 ads are.
19     A.   Yes.
20       Display ads are static banner ads
21 that are served across a multitude of websites
22 in which Comcast, we primarily trade
23 programmatically when it comes to display.
24     Q.   And has the relative importance of
25 display ads within the digital category changed

Page 35

1 since 2018?
2     A.   I wouldn't say the importance.
3       I think it's dependent upon the
4 advertiser.
5     Q.   Can you explain that a little bit
6 more.
7     A.   Display ads, for us, are one of our
8 more efficient cost per acquisition drivers.
9       Again, we are a business that is
10 trying to acquire new customers for Internet
11 and video.  Display performs well from us --
12 for us from an efficiency standpoint in driving
13 acquisition, so -- but that may not be the case
14 for every advertiser.
15     Q.   And when you say "that might not be
16 the case for every advertiser," what do you
17 mean?
18     A.   Media performs differently in
19 various categories against various audiences.
20     Q.   So one advertiser might have --
21 might view display as an important part of
22 their overall strategy, but another advertiser
23 wouldn't.
24       Am I understanding you correctly?
25       MR. GEIGER:  Objection to

Page 36

1 foundation.
2       MR. LYNCH:  Please answer.
3       THE WITNESS:  That is correct.
4 BY MS. DEARBORN:
5     Q.   And how has the importance of
6 display ads for Comcast changed since 2018 as
7 compared to other channels?
8     A.   It hasn't changed that much other
9 than it still is one of our highest invested
10 programmatic tactics, as it continues to be one
11 of our more efficient digital tactics.
12       That's been fairly consistent, I
13 would say.
14     Q.   Has the importance of social within
15 the display category changed since 2018 in your
16 view?
17     A.   The importance of social has
18 changed, but not in context of display.
19     Q.   Okay.  Can you explain the ways that
20 the importance of social has changed for
21 Comcast since 2018.
22     A.   As media consumption has grown and
23 more people spend time on social platforms, it
24 has become a reach vehicle for us to deliver
25 our advertising.

Page 37

1       The platforms themselves have also
2 changed quite a bit and have truly evolved
3 since 2018, delivering more opportunities for
4 us to deliver our message in either the spoken
5 unique ways or more as a reach play, but it has
6 not displaced display.
7     Q.   And do you use any of Google's tools
8 to sell advertising -- I'm sorry.  Strike that.
9       Do you use any of Google's tools to
10 purchase advertising inventory on social media?
11     A.   Yes, I believe all of our social is
12 trafficked through Campaign Manager.
13     Q.   What's Campaign Manager?
14     A.   It is our ad server that we use for
15 all digital media.
16     Q.   Do you use DV360 to purchase
17 advertising inventory on any social media
18 platforms?
19     A.   No, we do not.
20     Q.   Do you use Google Ads to purchase
21 advertising inventory on any social media
22 platforms?
23     A.   No, we do not.
24     Q.   And can you please explain the
25 difference between an ad server and a DSP.

10 (Pages 34 - 37)

Page 250

1 Ms. Kozlowski, I would like to thank you very
2 much for your time today.
3        THE WITNESS:  Of course.
4        MR. GEIGER:  Thank you,
5 Ms. Kozlowski.
6        THE WITNESS:  Thank you.
7        THE VIDEOGRAPHER:  We are going off
8 the record at 4:12.
9        This concludes today's testimony of
10 Kristy Kozlowski.
11        Total number of media used was five
12 and will be retained by Veritext Legal
13 Solutions.
14        (Deposition adjourned at 4:13 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 251

1 District of Columbia, to wit:
2        I, Stacey L. Daywalt, a Notary
3 Public of the District of Columbia, do hereby
4 certify that the within-named witness remotely
5 appeared before me at the time and place herein
6 set out, and after having been duly sworn by
7 me, according to law, was examined by Counsel.
8        I further certify that the
9 examination was recorded stenographically by me
10 and this transcript is a true record of the
11 proceedings.
12        I further certify that I am not of
13 counsel to any of the parties, nor an employee
14 of counsel, nor related to any of the parties,
15 nor in any way interested in the outcome of
16 this action.
17        As witness my hand and Notarial Seal
18 this 8th day of September, 2023.
19
20
21
22 Stacey L. Daywalt, Notary Public
23 My Commission Expires:  4/14/2026
24
25

Page 252

1 Christopher Lynch Esq
2 Christopher.Lynch@davispolk.com
3        September 8th, 2023
4 RE:   United States, Et Al v. Google, LLC
5    9/6/2023, Kristy Kozlowski (#6078882)
6    The above-referenced transcript is available for
7 review.
8    Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 (erratas-cs@veritext.com).
16
17   Return completed errata within 30 days from
18 receipt of testimony.
19    If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

Page 253

1 United States, Et Al v. Google, LLC
2 Kristy Kozlowski (#6078882)
3        E R R A T A  S H E E T
4 PAGE_____ LINE_____ CHANGE_____
5 _____
6 REASON_____
7 PAGE_____ LINE_____ CHANGE_____
8 _____
9 REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Kristy Kozlowski               Date
25

64 (Pages 250 - 253)