# EXHIBIT 25

# PUBLIC

HIGHLY CONFIDENTIAL

Page 1

1      H I G H L Y   C O N F I D E N T I A L
2    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
3    ALEXANDRIA DIVISION
     -------------------------------x
4    UNITED STATES, et al.,
5                    Plaintiffs,
6    vs.                      Case No.
7                             1:23-cv-000108
8    GOOGLE LLC,
9                    Defendant.
10   -------------------------------x
11
12
13
14              HIGHLY CONFIDENTIAL
15
16     VIDEOTAPED DEPOSITION OF TODD PARSONS
17              New York, New York
18          Friday, September 8, 2023
19                  9:41 a.m.
20
21
22
23   Reported by:
24   DANIELLE GRANT, CRR, CLR
25   Job No. CS6083774

Page 2

HIGHLY CONFIDENTIAL

September 8, 2023
9:41 a.m.

HIGHLY CONFIDENTIAL Videotaped Deposition of TODD PARSONS, held at the offices of Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York, pursuant to subpoena, before Danielle Grant, a Certified Realtime Shorthand Reporter and Notary Public of the State of New York.

Page 3

HIGHLY CONFIDENTIAL

APPEARANCES:

UNITED STATES DEPARTMENT OF JUSTICE
Attorneys for Plaintiff United States
    450 5th Street, NW, Suite 7000
    Washington, DC 20530
BY: MICHAEL WOLIN, ESQ.
    MATTHEW E. GOLD, ESQ.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Attorneys for Defendant Google LLC
    1285 Avenue of the Americas
    New York, New York 10019
BY: WILLIAM A. ISAACSON, ESQ.
    LEAH HIBBLER, ESQ.

Page 4

HIGHLY CONFIDENTIAL

APPEARANCES (Continued):

SHEPPARD MULLIN & WATKINS
Attorneys for Criteo and the Deponent
    Four Embarcadero Center
    Seventeenth Floor
    San Francisco, California 94111
BY: JOY O. LIU, ESQ.

ALSO PRESENT:
DEVERELL WRITE, Videographer
RYAN DANNON, ESQ.,
    In-house Counsel for Criteo
CHRISTOPHER ERIKSON, ESQ.
    Axinn Veltrop & Harkrider, LLP

Page 5

HIGHLY CONFIDENTIAL
INDEX
----------------------INDEX----------------------
TESTIMONY OF: TODD PARSONS
EXAMINATION BY:              PAGE
Mr. Isaacson.........................7, 209
Mr. Wolin..............................153

--------------------EXHIBITS--------------------
FOR IDENTIFICATION  DESCRIPTION          PAGE
Exhibit No. 1    10-K for year-ending    18
                 December 31, 2022
Exhibit No. 2    Criteo Investor         41
                 Presentation" dated
                 May 2022
Exhibit No. 3    '22 4th Quarter March   48
                 and Target
Exhibit No. 4    Digital Advertising     58
                 Glossary for Criteo
Exhibit No. 5    Document,               84
                 Bates-stamped
                 CRITEO_GOOGLELIT_00000
                 04426
Exhibit No. 6    Document,               100
                 Bates-stamped
                 CRITEO_GOOGLELIT_00000
                 04449
Exhibit No. 7    Document,               127
                 Bates-stamped
                 CRITEO_GOOGLELIT_15400
                 to 15433

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 18

1  HIGHLY CONFIDENTIAL
2   Q   Do you have any understanding that
3  your lawyers spoke to the Department of
4  Justice in order to prepare for this
5  deposition?
6        MS. SIU:  Objection to form.
7        MR. WOLIN:  Objection.
8   A   I don't know.
9        MR. ISAACSON:  Can I have the
10  10-K.  This will be Criteo Exhibit 1.
11        (Whereupon, the 10-K for year-ending
12        December 31, 2022 was marked as
13        Criteo Exhibit No. 1 for
14        identification, as of this date.)
15   Q   Criteo 1 is the form 10-K, the
16  annual report of Criteo for the year-ending
17  December 31, 2022, filed with the United
18  States Securities and Exchange Commission.
19        Have you seen this type of
20  document before?
21   A   Yes, I have.
22   Q   You're familiar with -- you're
23  generally familiar with this document?
24   A   Correct.
25   Q   And it's your understanding that

Page 19

1  HIGHLY CONFIDENTIAL
2  your company makes truthful statements in
3  this document because it's filed with the
4  Securities and Exchange Commission?
5   A   That's my understanding.
6   Q   I want to you ask about a couple
7  of statements.  If you turn to page 2, the
8  business overview, and if you look at the
9  third paragraph in the business overview, it
10  states: Our focus is on commerce media.  As
11  of December 21, 2022, we served
12  approximately 22,000 clients, including many
13  of the largest and most sophisticated
14  consumer brands, retailers, commerce
15  companies, and media owners in the world.
16  We partner with them to capture user
17  activity on their websites and mobile
18  application apps, which we define as digital
19  properties.
20        Does it remain true today that
21  you're serving approximately 22,000 clients,
22  including some of the largest and most
23  sophisticated branch retailers, commerce
24  companies, and media owners in the world?
25   A   Yes.

Page 20

1  HIGHLY CONFIDENTIAL
2   Q   Right.  It goes on to say that --
3  let's see, where is this?
4        Oh, in the last paragraph on the
5  page at the bottom, it talks about your
6  algorithms.
7        Do you see that?
8   A   Which section are you referring
9  to?
10   Q   At the bottom of this page.
11   A   Yes.
12   Q   In the last paragraph in the
13  middle are algorithms?
14   A   I see it.
15   Q   It states that:  Our algorithms
16  analyze massive volumes of shopping data to
17  predict consumer preferences and intent.
18        Does that remain true today?
19   A   That's correct.
20   Q   And it also says in the last
21  sentence:  The accuracy of our algorithms
22  improves with every ad we deliver, as they
23  incorporate new data while continuing to
24  learning from prior interactions.
25        Does that remain true today?

Page 21

1  HIGHLY CONFIDENTIAL
2   A   It does.
3   Q   On Page 4, there's a ce section on
4  addressable market?
5   A   Yes.
6   Q   It says:  Starting with retail
7  media, we estimate that our servable
8  available market, excluding Amazon and
9  China, or SAM, will reach $42 billion in
10  advertising spent that we activate on behalf
11  of our clients by 2025.
12        Is Criteo on track to meet those
13  estimates?
14   A   Will reach 42 billion in
15  advertising spend that we activate on behalf
16  of our clients by 2025.
17        This is referring to a -- I believe
18  this is referring to serviceable, addressable
19  market, not a revenue metric or a spend
20  metric.
21   Q   Yes, that's what it says.  And I'm
22  saying, are you still on track for that?
23        MR. WOLIN:  Objection.  Form.
24   Q   Well, are you on track for what it
25  says for the estimate here, that Criteo's

Page 22

1  HIGHLY CONFIDENTIAL
2  serviceable, available market for the
3  broader commerce media opportunity is
4  expended to reach $110 billion in
5  advertising spent by 2025?
6      MS. SIU: Objection. Form.
7      Objection. Asked and answered.
8      A   So this is -- these are market
9  addressability figures. These are market
10 opportunity figures. They're not a revenue
11 plan.
12     Q   I'm not asking -- right. But it's
13 projecting what is expected to reach that by
14 2025 -- are --
15     A   This is --
16         (CROSS-TALKING.)
17     A   I'm sorry, Bill. Please continue.
18     Q   We both stepped over each other
19 there, and it's bad on both of our parts, so
20 let me start over.
21     A   Please.
22     Q   Is your company still projecting
23 that the broader commerce media opportunity
24 will reach $110 billion in adverstising --
25     A   Yes.

Page 23

1  HIGHLY CONFIDENTIAL
2      Q   -- spend by 2025?
3      A   Yes. Yes, we are.
4      Q   And then on page 6, at the bottom
5  about -- there is a section on our data
6  assets?
7      A   Yes, I see it.
8      Q   It says: Our data assets include
9  privacy safe insights derived from our
10 clients proprietary commerce data about
11 their own consumers, such as transaction
12 activity on their digital properties --
13     A   Uh-huh.
14     Q   -- giving exposure to over
15 $1 trillion in online sales on a combined
16 basis in 2020 representing approximately
17 40 percent of the global retail e-commerce
18 sales, excluding China or $2.7 billion worth
19 of transactions per day on average.
20     A   Uh-huh.
21     Q   Are those numbers continuing to
22 grow in 2023?
23     A   I don't have fact to back that up.
24 Retailers -- retail may not be growing at
25 that rate, but those numbers are generally

Page 24

1  HIGHLY CONFIDENTIAL
2  correct in their orientation.
3      Q   All right. If we can look at
4  page 14, where the only section is a
5  paragraph on strong financial model?
6      A   Yes.
7      Q   It says: Our profitable cash
8  generative financial model allows us to
9  invest for growth while maintaining healthy
10 profitability. Our company has a
11 sustainable robust profitability margin.
12     Does Criteo continue to experience
13 robust profitability margins?
14     A   Yes, we do.
15     Q   All right. And if we can look at
16 page 69?
17     There's a chart at the bottom
18 referring to gross profit.
19     All right. And in the first line,
20 that is a report of the gross profits for
21 the years 2020 through 2022 --
22     A   Yes.
23     Q   -- is that correct?
24     A   I believe it to be. That's what I
25 see.

Page 25

1  HIGHLY CONFIDENTIAL
2      Q   All right. And then there is also
3  a report of contribution excluding TAC.
4      A   Uh-huh.
5      Q   Now, that's traffic acquisition
6  costs; is that right?
7      A   That's correct.
8      Q   All right. And comparing the
9  gross profit to the contribution excluding
10 those costs, you're looking at, by the way
11 this document measures gross profit,
12 somewhere around -- gross profit somewhere
13 from 80 to 90 percent; is that right?
14     MS. SIU: Objection. Misstates
15     the document.
16     A   Well, I'm not a finance person and
17 so I would have to do the calculation.
18     Q   Okay. Let's look at page 6.
19 There is a chart called "Our Platform for
20 Client Solutions."
21     A   Yes.
22     Q   You've seen this chart before?
23     A   I have.
24     Q   I've seen it in several documents,
25 so I thought you might.

7 (Pages 22 - 25)

Page 26

1        HIGHLY CONFIDENTIAL
2      A   Yes.
3      Q   The -- and this chart is generally
4   describing ad tech offerings of Criteo; is
5   that right?
6      A   That's correct.  We would call
7   them client solutions.
8      Q   And if you look at page 5 --
9      A   Uh-huh.
10     Q   -- there is a section where
11  you're -- which describes the Criteo
12  commerce media platform.
13         And lower down, you'll see on the
14  demand side?
15     A   Yes.
16     Q   And then you'll see Commerce Max?
17     A   Yes.
18     Q   And it says:  Commerce Max is a
19  commerce self-service demand-side platform
20  used by brands, agencies, and retailers.
21         "Agencies" would refer to ad
22  agencies; is that right?
23     A   That's correct.
24     Q   Okay.  And this is the Commerce
25  Max that is in the upper left of the chart

Page 27

1        HIGHLY CONFIDENTIAL
2   on page 6?
3      A   That's also true.
4      Q   Okay.  And demand side is also
5   called "buy side" and refers to software for
6   purchasing advertising --
7          MR. WOLIN:  Objection.
8      Q   -- is that right?
9      A   It is often referred to -- those
10  are somewhat interchangeably used, yes, that
11  is correct.
12     Q   Okay.  Now, then, right below
13  Commerce Max on page 5, you'll see Commerce
14  Growth?
15     A   Yes.
16     Q   Commerce Growth, it says, is a
17  powerful self-service performance marketing
18  tool used by direct-to-consumer brands and
19  their agencies to activate outcome-optimized
20  customer acquisition and retention
21  objectives.
22         And that would be the -- we would
23  find that on the lower left side of the
24  chart; is that right?
25     A   That's correct.

Page 28

1        HIGHLY CONFIDENTIAL
2          MS. SIU:  Object -- object to
3      form.
4      Q   The --
5          MR. ISAACSON:  I'm not sure why
6      there is objection to form for that?
7          MS. SIU:  It's compound.
8      Q   The Commerce Growth referred to on
9   page 5 is the Commerce Growth referred to on
10  the lower left-hand of the chart on page 6,
11  correct?
12     A   That's correct.
13     Q   The -- then, if we go on page 5 to
14  supply side, there is a discussion of
15  Commerce Yield.
16         Do you see that?
17     A   I do.
18     Q   And it reads:  Commerce Yield is a
19  commerce media monetization stack and ad
20  server giving retailers and marketplaces
21  full control to achieve maximum monetization
22  of their digital assets through inventory
23  and data management, packaging and in-depth
24  insights.  The commerce Yield referred to
25  there is the Commerce Yield referred to the

Page 29

1        HIGHLY CONFIDENTIAL
2   in the upper right-hand side of the chart,
3   correct?
4      A   That's correct.
5      Q   Okay.  And with this chart,
6   Commerce Max and Commerce Growth were on the
7   demand side of the chart, and now we've
8   moved to the supply side of the chart,
9   correct?
10     A   That's correct.
11     Q   Okay.  Now -- then finally,
12  there's Commerce Grid on the supply side on
13  page 5, which says:  Commerce Grid is a
14  commerce media supply-side platform giving
15  media owners the control to optimize the
16  monetization of their inventory and data
17  assets.  And that's then on the lower
18  right-hand part of the chart, again, on the
19  supply side?
20     A   That is correct.
21     Q   Okay.  The -- now, in this chart,
22  there is a Commerce Media Platform.
23         Can you explain to what extent the
24  buy side and -- the supply side of the
25  demand side at Criteo are linked using this

Page 30

```
 1        HIGHLY CONFIDENTIAL
 2   chart?
 3        MR. WOLIN:  Objection to form.
 4        MR. ISAACSON:  What is the
 5   objection for?
 6        MR. WOLIN:  It's vague.
 7   Q   Okay.  Do you understand the
 8   question?
 9   A   It would help to understand the
10   context.
11        Is it a business context?  Is it a
12   technical context?
13        What is it that are you asking?
14   Q   Why don't we -- from a business
15   context.
16   A   Yeah.
17   Q   And to what extent are the demand
18   side and the supply side and these four
19   items that we have been discussing linked?
20   A   The way that they're linked is
21   that the demand side is bringing in
22   advertising dollars through brands and the
23   agency that manage them, and the supply side
24   is bringing in inventories and audiences
25   that are managed by retailers that want to
```

Page 31

```
 1        HIGHLY CONFIDENTIAL
 2   sell them to said parties.  The
 3   relationship -- the business relationship is
 4   very simple, bring in more dollars through
 5   the demand side accrues value to the supply
 6   side.
 7   Q   All right.  What about
 8   technically?
 9   A   Technically speaking, the -- the
10   amount of integration is actually much less.
11   Technically speaking, Commerce Max is able
12   to access Commerce Yield in a very -- in
13   a -- in a more close way than the other
14   solutions.  Commerce Grid is able to -- is
15   able to be accessed by Commerce Max only
16   through an informal connection called "the
17   Deal" which is -- which is a common
18   programmatic term.  Commerce Growth is
19   essentially un-affiliated with the Commerce
20   Yield offering today.  Commerce Growth is --
21   is buying direct supply from commerce Grid.
22   Those are the technical connections.
23   Q   All right.  So would you
24   explain -- so you said Commerce Max is --
25   can access Commerce Yield?
```

Page 32

```
 1        HIGHLY CONFIDENTIAL
 2   A   Yes.
 3   Q   All right.  And what is the
 4   purpose of that?
 5   A   It is to bring brand and agency
 6   dollars into the environments of the
 7   retailers that are selling advertising to
 8   them.
 9   Q   All right.  And what are the
10   advantages of having that access, that
11   technical access?
12   A   The advantages are that we have a
13   efficient path between the dollars being
14   spent and the inventories and the audiences
15   being sold.  Efficient path being an
16   efficient supply path or an efficient supply
17   business path.  To provide context, supply
18   path in this parlance means less parties
19   between the spent dollars of the brand or
20   agency managing them and the inventories and
21   audiences of the retailers that are selling
22   them.
23        In the business context, that has a
24   similar -- in a similar vein, can be talked
25   about because more parties between supply and
```

Page 33

```
 1        HIGHLY CONFIDENTIAL
 2   demand create more cost in the relationship
 3   that accrues to either.
 4   Q   You said that Commerce Max is able
 5   to access Customer Yield [sic] in a more
 6   close way than other solutions.
 7        What are the other solutions you
 8   were referring to?
 9   A   Well, the other solutions that
10   have actually a -- that have benefit to
11   Commerce Yield -- users of Commerce Yield
12   are Commerce Grid, which is a very new
13   product for our company.  The way that
14   Commerce Grid works is that it can allow a
15   retailer to curate its audiences and sell
16   them to any DSPs who are interested in
17   buying them, not just Commerce Max.  In the
18   spirit of the Commerce Media platform is
19   that it's an open platform to support all
20   the players in the ecosystem from the demand
21   side, and Commerce Grid is a manifestation
22   of that.
23   Q   Okay.  And you also said that
24   Commerce Max, I think you said, had informal
25   connection to Commerce Grid.
```

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

Page 34

HIGHLY CONFIDENTIAL

    2      Can you explain that?
    3   A  It has no connection to --
    4   Q  Okay.
    5   A  -- pardon me.  Commerce Max
    6  currently has -- connection has no
    7  connection to Commerce Grid.  Commerce
    8  Growth is buying supply from Commerce Grid.
    9   Q  All right.  And do they have a
   10  technical connection in order to do that?
   11   A  They do.
   12   Q  You referred to the informal
   13  connection called "the Deal."  I'm not --
   14  I'm not following what that was.
   15   A  I'm sorry.  What I was referring
   16  to, for clarity, is that a way for users of
   17  Commerce Yield, the retailers who are
   18  selling advertising to monetize their
   19  audiences, that has become recently popular
   20  in our space is to do what is called
   21  curation, curation of audiences into a
   22  vehicle which can be targeted in
   23  programmatic adverstising by DSPs.  A deal
   24  and a deal ID is a mechanism or a container
   25  for packaging inventory and audiences from

Page 35

HIGHLY CONFIDENTIAL

    2  the retailer, who is interested in selling
    3  them, and making them available as a package
    4  to a DSP that would target them in their
    5  interface.  Okay?
    6      So there is a programmatic
    7  transaction that is going on there which is
    8  called "a deal."  I think that's what you
    9  were asking.
   10   Q  Yes.
   11   A  Okay.
   12   Q  So underneath the chart on page 6,
   13  it says:  Criteo Solutions works seamslessly
   14  across digital devices -- desktops, laptops,
   15  smart phones, tablets -- commerce and
   16  advertising environments, parentheses,
   17  browsers, apps, connected TV and physical
   18  retail stores, end parentheses, platforms
   19  and operating systems, parentheses, Windows,
   20  Android, iOS, and macOS, end parentheses,
   21  advertising channels and formats,
   22  parentheses, display, including social and
   23  native --
   24   A  Uh-huh.
   25   Q  -- online video, connected TV and

Page 36

HIGHLY CONFIDENTIAL

    2  ads on retailer properties, end parentheses,
    3  and media environments, parentheses, retail
    4  media, thousand direct publishers --
    5   A  Uh-huh.
    6   Q  -- and global ad developers in the
    7  open Internet and all major realtime bidding
    8  exchanges.
    9      Does it matter to advertisers that
   10  Criteo Solutions can be used across commerce
   11  and advertising advertisements the way it's
   12  described here?
   13      MR. WOLIN:  Objection to form.
   14   Lacks foundation.
   15   Q  All right.  Is it your
   16  understanding that it matters to advertisers
   17  that Criteo Solutions can be used across
   18  commerce and advertising environments as is
   19  described here?
   20      MR. WOLIN:  Same objection.
   21   A  Advertisers care about being able
   22  to reach consumers on whatever platform
   23  they're on in the most efficient way.  So I
   24  would say that advertisers do care about
   25  reaching consumers across those

Page 37

HIGHLY CONFIDENTIAL

    2  environments.  I would also add that
    3  Criteo's access to those environments isn't
    4  ubiquitous and complete by any means.  It's
    5  definitely constrained by a variety of
    6  different rules and business practices of
    7  the parties that run them and own them.
    8   Q  All right.
    9      VIDEOGRAPHER:  And, for the
   10   record, I'll move to strike the
   11   addition that wasn't answering in
   12   response to my question.
   13   Q  Everybody is going to have a
   14  chance to ask you questions today.  So I --
   15   A  I'm just giving context.  Is that
   16  not useful, though?
   17   Q  I --
   18
   19   A  I don't want -- I don't want you
   20  to strike something.  I'm just trying to
   21  give you more information.
   22   Q  And I'm not trying to be rude.
   23  I'm just --
   24   A  Thank you.
   25   Q  -- telling you why I did that.

Page 38

1  HIGHLY CONFIDENTIAL
2      The -- and does Criteo make its
3  business plans based on the -- based on its
4  understanding that advertisers care about
5  being able to reach consumers across
6  whatever platform they're on in the most
7  efficient way?
8      A   We make --
9          MR. WOLIN: Objection to form.
10     A   -- we do make business plans
11 around that access. absolutely. And those
12 business plans change based on our ability
13 to access them.
14     Q   All right. And there is a
15 reference in -- what I just read to you in
16 the 10-K to direct publishers.
17         What is your understanding of what
18 direct publishers are?
19     A   Direct publishers is a way of
20 integrating, through header bidding in our
21 parlance, to a publisher so that we're not
22 using an intermediary SSP to access the
23 inventories of that publisher.
24     Q   And then there was also a
25 reference to mobile app developers and also

Page 39

1  HIGHLY CONFIDENTIAL
2  to the open Internet.
3          Does the open Internet include --
4  encompass mobile apps?
5      A   It does.
6      Q   And there is also a reference to
7  all major real time bidding exchanges.
8          What does that refer to?
9      A   It refers to the -- the exchanges
10 like AdEx in the -- in the Google universe,
11 and OpenX, which we talked about earlier in
12 my past. There are a whole group of
13 exchanges that are matching-making between
14 buyers and sellers that we are a buyer --
15 are a buyer on.
16     Q   All right. And who belongs in
17 that group of exchanges that are like AdEx
18 and OpenX?
19         MR. WOLIN: Objection. Form.
20     A   When you say who belongs, there
21 are a lot of them.
22         Would you like me to name more?
23     Q   All right. Yes. I would like you
24 to -- to please amplify your previous answer
25 and tell me some names.

Page 40

1  HIGHLY CONFIDENTIAL
2      A   Okay. PubMatic, Magnite, Index
3  Exchange.
4      Q   Okay. And how many -- generally
5  how would you describe the quantity of major
6  real time bidding exchanges that you have
7  said are like AdEx or OpenX?
8      A   There are a lot of them.
9  Factually -- I couldn't be factual. I would
10 speculate it's over 120.
11         MR. ISAACSON: All right. Can I
12 have the investor presentation?
13     Q   Hang onto that document. I will
14 come back to it.
15     A   Okay. Very good.
16     Q   Okay. This will be Number 2.
17     A   Thank you.
18         MR. ISAACSON: All right. Criteo
19 exhibit okay. This is a Criteo
20 Exhibit 2 is titled "Criteo Investor
21 Presentation" dated May 2022.
22         (Whereupon, a Criteo Investor
23         Presentation" dated May 2022 was
24         marked as Criteo Exhibit No. 2 for
25         identification, as of this date.)

Page 41

1  HIGHLY CONFIDENTIAL
2
3      Q   Do you recognize this document?
4      A   I do.
5      Q   This is a document that you would
6  have seen as part of your work at Criteo?
7      A   Absolutely.
8      Q   All right. At page 3, it's titled
9  "An Introductions to Criteo"?
10     A   I see it.
11     Q   Oh, and just in -- generally, this
12 is a document that Criteo creates in order
13 to provide information to potential
14 investors in the company; is that right?
15     A   Potential and current investors I
16 would say.
17     Q   And it's therefore intended to
18 have truthful information?
19     A   That's correct.
20     Q   The introduction to Criteo on
21 page 3 says that Criteo, at the top on the
22 left: Global leader in commerce media,
23 unified ad tech platform with best-in-class
24 AI technology and differentiated retail
25 media.

Page 50

HIGHLY CONFIDENTIAL

2  A   And I haven't seen this document,
3  as I mentioned.
4  Q   All right.  You recognize the
5  chart on -- the page, it's Bates 6970.
6      At bottom, you see the same
7  platform chart --
8  A   6970.
9  Q   -- we've been looking at?
10 A   Oh yeah, there it is.
11 Q   And you do understand -- can
12 you -- can you tell by the logos and format
13 and content of this document that this would
14 be a Criteo business document?
15 A   Yes, or someone using Criteo
16 images.
17 Q   All right.  Well, this is produced
18 by your company?
19 A   Then it would probably be sourced
20 by us, yes.
21 Q   Okay.  All right.  All right.  And
22 then it's your understanding that Criteo
23 doc -- Criteo business documents are, then,
24 maintained within the -- at least the
25 electronic records of your company as part

Page 51

HIGHLY CONFIDENTIAL

2  of the ordinary course in -- at Criteo?
3  A   I'm not sure I understand your
4  question, Bill.
5  Q   The -- you have recordkeeping
6  systems that maintain copies, at least
7  electronically, of your business documents,
8  correct?
9  A   We have storage systems.
10 Q   Okay.
11 A   Absolutely.
12 Q   Okay. All right.  Now, in looking
13 at the chart, whether it's in this document
14 or back in the 10-K --
15 A   Uh-huh.
16 Q   -- Criteo provides demand-side
17 platform services to advertisers.
18     That's generally right?
19 A   That's correct.
20 Q   Okay.  And what part of those
21 services include purchasing advertising
22 inventory on behalf of advertisers?
23 A   All of them.
24 Q   Do you have demand side -- what
25 you would consider demand-side platform

Page 52

HIGHLY CONFIDENTIAL

2  services beyond purchasing advertising
3  inventory?
4  A   Beyond -- do we have demand-side
5  platform services beyond purchasing of
6  inventory?
7  Q   Beyond purchasing of inventory,
8  yes.
9  A   Purchasing inventory is just one
10 aspect of how our demand-side platform works
11 so of course we would.
12 Q   Right.  That's what I'm getting
13 at.  So the purchasing part of your -- the
14 purchasing aspect of the demand-side
15 platform --
16 A   Yes.
17 Q   -- work that you do, do you
18 sometimes call that "an ad network" or "ad
19 network business"?
20 A   Not by practice.
21 Q   Okay.  Has you're -- has Criteo
22 ever referred to itself as having an ad
23 network or an ad network model?
24 A   I don't know if, factually, I can
25 answer that, but I know that that's a common

Page 53

HIGHLY CONFIDENTIAL

2  term used to describe collections of buyers
3  and sellers.  I do not know how to answer
4  that, though, factually.
5  Q   All right.
6      MR. ISAACSON:  Now I've lost this.
7      Are you still getting a feed from
8  this?
9      Can you hit a button here for me
10 so that I'm getting it?
11     COURT REPORTER:  Are you getting
12 it.
13     MR. WOLIN:  We have it.
14     MS. SIU:  So I'm not getting
15 anything that's currently being stated
16 even though we're still on the record.
17     MR. ISAACSON:  Well, it's okay if
18 I say off the record I'm not getting
19 the feed.
20     MR. WOLIN:  The last thing we have
21 is the word "factually."
22     MS. SIU:  Yeah.
23     COURT REPORTER:  That's the last
24 thing that was said is "factually."  I
25 don't know the answer to that

Page 54

1    HIGHLY CONFIDENTIAL
2    factually. I don't why.
3        MR. ISAACSON: Oh there we go.
4    Thank you.
5        Q    All right. As part of your work
6    at Criteo and your previous experience in
7    the industry, do you have a concept of what
8    you think an ad network is?
9        A    Yes, I do. It's a personal
10   concept. An ad network is generally a
11   collection of publishers which is pulled
12   together in order for buyers to find scaled
13   access to consumers where they want to reach
14   them.
15       Q    All right. And is part of
16   Criteo -- is any part -- do you consider any
17   part of Criteo an ad network?
18       A    In the definition that I provided
19   you, which is a personal definition, you
20   could say that parts of Criteo were like an
21   ad network.
22       Q    All right.
23       A    I don't call them that because
24   this subject or the use of term, like walled
25   gardens, is subject to interpretation. I

Page 55

1    HIGHLY CONFIDENTIAL
2    don't like using terms that are so
3    open-ended so I try to avoid it.
4        Q    All right. You consider -- you
5    don't use the term "ad network" because you
6    consider it open-ended?
7        A    I consider it to be an old term in
8    ad tech that gets used with different
9    context, so I try to use terms that are more
10   specific.
11       Q    All right. And within the
12   definition of ad network that you were
13   using, taking into account you don't like
14   that definition --
15       A    Personally don't like it.
16       Q    -- personally don't like it, you
17   said parts of your business would be
18   considered an ad network.
19           What parts of your business?
20       A    Our direct connections to
21   publishers could be construed as a -- as an
22   ad network.
23       Q    Now, Commerce Grid, which we saw
24   referred to as the supply-side platform,
25   that started in approximately June 2023 with

Page 56

1    HIGHLY CONFIDENTIAL
2    an acquisition; is that right?
3        A    Later than that. June 2023. I --
4    I'm sorry. I would like to clarify.
5        Q    You're right. I think it is later
6    than that.
7            Let's look at page 3 of the 10-K
8    if you --
9        A    Yeah.
10       Q    -- if you have that?
11       A    Page 3?
12       Q    Yes. Oh, no, this is -- but we'll
13   get the dates straight. I'll take the dates
14   out.
15       A    Thanks.
16       Q    All right. It says, on page 3 in
17   the paragraph: In August 2022 --
18       A    Yes.
19       Q    -- we acquired the business of
20   IPONWEB Holding Limited, a market-leading ad
21   tech company.
22           Is -- would that acquisition that
23   that -- did that lead to Commerce Grid?
24       A    That, in part, led to Commerce
25   Grid. Correct.

Page 57

1    HIGHLY CONFIDENTIAL
2        Q    Okay. Let's take a look at --
3        A    Bill, may I ask a question?
4        Q    I don't know if your counsel wants
5    you to.
6            THE WITNESS: Oh, I'm sorry.
7        A    For clarity, we discussed a date
8    of June 2023?
9        Q    Yeah. I've taken that out of
10   the --
11       A    Okay.
12       Q    Nope.
13       A    I couldn't find it.
14       Q    Right.
15       A    I do apologize.
16       Q    Right. Right. The -- all right.
17   Let's come back to this. All right. Let's
18   go -- sticking with the 10-K at page 2 --
19       A    Okay.
20       Q    -- under the business overview,
21   the first paragraph uses the term "we are
22   the global commerce media company," and then
23   if you go down two paragraphs, it says: Our
24   focus is on Commerce Media. So I'm focusing
25   on this term Commerce Media that's used

Page 58

HIGHLY CONFIDENTIAL

 2  here. The -- and to help us with that, I
 3  want to look at --
 4      MR. ISAACSON: Can we have the
 5    glossary?
 6        (Whereupon, the Digital Advertising
 7        Glossary for Criteo was marked as
 8        Criteo Exhibit No. 4 for
 9        identification, as of this date.)
10      MR. ISAACSON: All right. This
11  will be Exhibit 4. Oh, that's okay.
12   Q   Here you go. That's your --
13   A   Oh, that's mine --
14        (CROSS-TALKING.)
15      MR. ISAACSON: Yeah. The rest of
16  us handwrite stickers.
17      MR. WOLIN: Got it.
18   Q   Criteo Exhibit 4 is a digital
19  advertising glossary that's available on the
20  Criteo's website.
21      Are you generally familiar with
22  this?
23   A   Yes, I'm generally familiar with
24  this. I've seen something like this --
25   Q   All right.

Page 59

HIGHLY CONFIDENTIAL

 2   A   -- digitally.
 3   Q   All right. And this is part --
 4  and you understand that this is part of
 5  Criteo's website?
 6   A   It sure looks like it was taken --
 7   Q   Yeah.
 8   A   -- from the website.
 9   Q   All right. The -- and it says --
10  so if you flip alphabetically to "C," and
11  there's a lot of Cs. You got to go to
12  Commerce Media Platform, which is page 9.
13  And there is Commerce Media on page 8 and 9.
14      Do you see that?
15   A   I do.
16   Q   So Commerce Media is defined by
17  Criteo's website as: Digital advertising
18  that combines commerce data and intelligence
19  to help marketers and media owners drive
20  commerce outcomes. And then that is the
21  commerce media that's referred to in the
22  company's 10-K, correct?
23   A   That's correct.
24   Q   Okay. And Commerce Media
25  Platform, according to Criteo: Encompasses

Page 60

HIGHLY CONFIDENTIAL

 2  Criteo's DSP, demand-side platform, and SSP,
 3  supply-side platform, and is powered by the
 4  world's largest set of commerce data to help
 5  marketers and media owners reach and
 6  monetize audiences and drive commerce
 7  outcomes.
 8      That's the commerce media platform
 9  that's referred to in the chart that we've
10  been looking at page 6 of the 10-K?
11   A   That's correct.
12   Q   Okay. The -- and so the Commerce
13  Media Platform of Criteo includes a
14  demand-side platform, a -- it includes a
15  supply-side platform and an exchange; is
16  that right?
17   A   We don't call anything that we do
18  "an exchange." That's not correct. That I
19  am aware of.
20   Q   So the Commerce Media Platform
21  does -- of Criteo does include a demand-side
22  platform and a supply-side platform,
23  correct?
24   A   That's correct.
25   Q   Now, returning to page 2 of the

Page 61

HIGHLY CONFIDENTIAL

 2  10-K, the third paragraph that we looked
 3  for -- at before on business overview, in
 4  the second -- and the third sentence says:
 5  We partner with them, the clients, to
 6  capture user activity on their websites and
 7  mobile applications' apps, which we define
 8  as "digital properties."
 9      And digital properties in Commerce
10  Media, that includes websites and mobile
11  applications; is that right?
12   A   That's correct.
13   Q   All right. Now, if we can look at
14  page 222 of the 10-K, there is a discussion
15  of competition?
16      Do you see that?
17   A   I do.
18   Q   Okay. It says: We compete in the
19  Commerce Media market.
20      The Commerce Media market is
21  the -- is what we were looking at in the
22  glossary.
23      It would include demand-side
24  platforms and supply-side platforms and
25  other things --

16 (Pages 58 - 61)

Page 62

HIGHLY CONFIDENTIAL

2   A   Okay?
3   Q   -- correct?
4       Is that -- you have to say a word
5   for the court reporter.
6   A   In the -- in the -- you're
7   referring to what we reviewed in the
8   glossary of terms?
9   Q   Yes.
10  A   That is correct.
11  Q   Thank you. All right. And it
12  says: We compete in the Commerce Media
13  market and in the broader market for digital
14  marketing and media monetization primarily
15  through display advertising.
16      And what is the market for digital
17  marketing as you understand it?
18      MR. WOLIN: Objection.
19      MS. SIU: Objection to the
20      extent -- to the extent it calls for a
21      legal conclusion.
22  Q   Digital marketing -- I can offer a
23  personal view of digital marketing.
24  Q   Well, I would like you to offer
25  your views based on --

Page 63

HIGHLY CONFIDENTIAL

2   A   On what is written here?
3   Q   No, no, no, no, no. Let me finish
4   my --
5   A   I'm sorry.
6   Q   Based on your experience and your
7   work in preparing for this deposition.
8   A   I did nothing to look at the term
9   "digital market" --pardon me -- "digital
10  marketing" --
11  Q   But based on your --
12  A   -- preparing for this.
13  Q   -- business experience. Personal
14  sounds --
15      THE WITNESS: I'm sorry.
16  Q   -- not business-related.
17  A   Based on -- based on my business
18  experience --
19  Q   Yes.
20      THE WITNESS: And I'll get it down
21      here.
22  A   Based on my business experience,
23  digital marketing is the delivery of an
24  advertisement on a website, an application
25  or other digital medium, which could include

Page 64

HIGHLY CONFIDENTIAL

2   things like an in-store display that has a
3   digital screen. It could also include CTV
4   as we discussed before.
5   Q   Connected TV?
6   A   Yeah.
7   Q   Would it include digital
8   advertising on Amazon?
9   A   Absolutely.
10  Q   It would include digital -- would
11  include advertise -- digital advertising on
12  social media sites like Facebook?
13  A   Like Facebook and Youtube, that
14  would be correct.
15  Q   Okay. If we can -- then
16  there's -- it says that you compete in the
17  broader market for digital marketing
18  primarily through display advertising.
19      If we can look at the glossary at
20  page 14 under -- page 14, where there is a
21  definition of display advertising?
22      And the Criteo glossary defines
23  display advertising as: Visual ads placed
24  on websites, social media networks or apps.
25  They're typically image, text or video

Page 65

HIGHLY CONFIDENTIAL

2   banner ads that, when clicked on, take a
3   consumer to a website or landing page.
4       Is that your understanding of the
5   definition of display advertising?
6   A   That is an accurate statement. I
7   would -- I would say not complete in all of
8   digital advertising, but it is an accurate
9   statement.
10  Q   Okay. And if you wanted to make
11  it a more complete statement, what would you
12  add to it?
13      MS. SIU: Objection. Beyond the
14      scope.
15  A   Could you point me to the -- what
16  you were reading so I can look at it and I
17  will add a little color?
18  Q   What I was reading in the?
19  A   In the definition. Yeah. I
20  just --
21  Q   On page 14 -- wait. The --
22  A   The definition of digital
23  advertising which you read.
24  Q   The display -- oh --
25  A   In the glossary. It's in the

17 (Pages 62 - 65)

Page 66

HIGHLY CONFIDENTIAL

1
2  glossary.  I'm sorry.
3      Q   No.  I read display advertising in
4  the glossary.
5      A   Got it.
6      Q   And you said that this is a
7  correct -- this is correct --
8      A   Sorry.
9      Q   -- you said this is an accurate
10 statement?
11     A   Uh-huh.
12     Q   But I would not -- it would not be
13 complete of digital advertising.
14         So could you explain what would
15 make it complete --
16     A   Yes, I can.
17     Q   -- for digital advertising?
18     A   Yes, I can.  What I wanted to add
19 to this is not every digital advertisement
20 takes a consumer to a website or a landing
21 page.
22     Q   Okay. Right.  And this says
23 "typically" but it doesn't --
24     A   Yeah.
25     Q   -- say "everything"?

Page 67

HIGHLY CONFIDENTIAL

1
2      A   I just wanted to add that context.
3  Correct.
4      Q   All right.  The -- and display
5  advertising would include banner ads; is
6  that right?
7      A   That's correct.
8      Q   Would include other types of
9  display advertising?
10         MR. WOLIN:  Objection.  Form.
11     Q   Other types of display or would
12 include something besides banner ads?
13     A   Yes.  Visual ads.
14     Q   And where -- and I think you've
15 mentioned display advertising appears on
16 websites, correct?
17     A   That's correct.
18     Q   And it appears on mobile apps?
19     A   That's correct.
20     Q   It appears on social media
21 networks including Facebook and TikTok?
22         MR. WOLIN:  Objection.
23         MR. ISAACSON:  What is the basis
24    of the objection?
25         MR. WOLIN:  Lacks foundation.

Page 68

HIGHLY CONFIDENTIAL

1
2      Q   Are you -- based on our work at
3  Criteo, do you pay attention to whether
4  social media -- in your previous work, pay
5  attention to whether social media networks
6  include display advertising?
7      A   Yes, they -- yes, they do.
8      Q   Okay.  And you're familiar with
9  that because of your work at Criteo and your
10 past work?
11     A   Quite deeply.
12     Q   Right.  And display advertising
13 does appear in social media networks,
14 including Meta and TikTok and others?
15     A   That's correct.
16     Q   Okay.  What would be other places
17 that you would say that display advertising
18 appears?
19     A   I gave the example earlier of an
20 in-store display at the checkout of a
21 retailer as being one example.  I gave
22 another as an advertisement on your
23 flat-screen TV as you watch -- as you watch
24 a Roku device.  That is another example, two
25 good ones.

Page 69

HIGHLY CONFIDENTIAL

1
2      Q   All right.  And you used the term
3  "walled garden" which you don't like.
4          But for those who do use that
5  term, "walled gardens," would display
6  advertising be taking place on walled
7  gardens?
8          MR. WOLIN:  Objection.  Form.
9      A   Yes, for those people who use the
10 term "walled gardens."  Yes.
11     Q   Okay.  Let's -- going back to the
12 10-K at page 22, the third sentence:  In
13 competition, we face...
14         Do you see that?
15     A   Let's see here.  I do.
16     Q   All right.  The company statement
17 to the Security and Exchange Commission
18 says: We face significant competition in
19 this market.
20         That's -- that's the market --
21 that's the Commerce Media market and the
22 broader market for digital marketing and
23 media monetization, correct?
24     A   That's correct.
25         MS. SIU:  Objection.  Misstates

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL

Page 222

```
 1       HIGHLY CONFIDENTIAL
 2   confidential and then this transcript
 3   should also be designated highly
 4   confidential under the applicable
 5   protective orders.
 6       THE WITNESS:  This guy.
 7       MS. SIU:  That one in particular.
 8       THE WITNESS:  Yeah.  I see.
 9       MR. ISAACSON:  Depends on what you
10   think of the picture.
11        (CROSS-TALKING.)
12       VIDEOGRAPHER:  We're going off the
13   record at 3:45 p.m.  This concludes
14   today's testimony by given by Todd
15   Parsons.  The total number of media
16   units used was four and will be
17   retained by Veritext Legal Solutions.
18   Thank you.  We're off the record.
19        (Time noted:  3:44 p.m.)
20   _____
21           TODD PARSONS
22
23
24   Subscribed and sworn to before me
25   this_____day of _____2023.
```

Page 223

```
 1       HIGHLY CONFIDENTIAL
 2   _____
     NOTARY PUBLIC
```

Page 224

```
 1       HIGHLY CONFIDENTIAL
 2           CERTIFICATE
 3   STATE OF NEW YORK )
 4                     )ss:
 5   COUNTY OF RICHMOND)
 6       I, DANIELLE GRANT, a Certified
 7   Shorthand Reporter, and Notary
 8   Public within and for the State of
 9   New York, do hereby certify:
10       That TODD PARSONS, the witness whose
11   deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of
14   the testimony given by such witness.
15   I further certify that I am not
16   related to any of the parties to
17   this action by blood or marriage and
18   that I am in no way interested in
19   the outcome of this matter.
20       In witness whereof, I have hereunto
21   set my hand this 11TH day of
22   September, 2023.
23
24           [signature: Danielle Grant]
             DANIELLE GRANT
25
```

Page 225

```
 1       HIGHLY CONFIDENTIAL
 2       DEPOSITION ERRATA SHEET
 3
 4   DECLARATION UNDER PENALTY OF PERJURY
 5     I declare under penalty of perjury
 6   that I have read the entire transcript of
 7   my Deposition taken in the captioned matter
 8   or the same has been read to me, and
 9   the same is true and accurate, save and
10   except for changes and/or corrections, if
11   any, as indicated by me on the DEPOSITION
12   ERRATA SHEET hereof, with the understanding
13   that I offer these changes as if still under
14   oath.
15   Signed on the _____ day of
16   _____, 2023.
17   _____
18           TODD PARSONS
19
25   Job No. CS6083774
```

57 (Pages 222 - 225)