# EXHIBIT 35

# REDACTED

# Neil-OpenX Discussion



2018

HIGHLY CONFIDENTIAL

OPENX-00001018



# Agenda

1. Current Business Update
2. Long Term Model
3. Synergies Review
4. Q&A Appendix



# SECTION 4
# Q&A Appendix



HIGHLY CONFIDENTIAL

OPENX-00001043

Case 1:23-cv-00108-LMB-JFA   Document 1183-16   Filed 08/20/24   Page 5 of 9 PageID# 86802





27

HIGHLY CONFIDENTIAL OPENX-00001044




28

HIGHLY CONFIDENTIAL   OPENX-00001045




29

HIGHLY CONFIDENTIAL    OPENX-00001046




