UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF FILING

Pursuant to the Court's August 6, 2024, Order, Dkt. No. 1128, Defendant Google LLC ("Google") files following exhibits[1] in either **REDACTED** OR **UNREDACTED** form:

**EXHIBITS 1-5, 7, 8, 10, 11, 13, 14, 25, 28, 32, 33, 35, 38, 44, 46, 51, 62, 66, 68, 70, 72, 74, 78, 82, 88, 90, 92, 93, 95, 97, 100, 104-07, 110, 112, 115-18, 127, 131, 132, 137, 141, 145, 150-53, 157-59, 161**

---

[1] These exhibits were subject to Google's motions to seal relating to summary judgment and *Daubert* motions. Dkt. Nos. 605, 651, 712.

1

Dated: August 20, 2024                                                  Respectfully submitted,

Eric Mahr (*pro hac vice*)                                              */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)                                           Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)                                             THE LAW OFFICE OF
FRESHFIELDS BRUCKHAUS                                                   CRAIG C. REILLY, ESQ:
DERINGER US LLP                                                         209 Madison Street, Suite 501
700 13th Street, NW, 10th Floor                                         Alexandria, VA 22314
Washington, DC 20005                                                    Telephone: (703) 549-5354
Telephone: (202) 777-4500                                               Facsimile: (703) 549-5355
Facsimile: (202) 777-4555                                               craig.reilly@ccreillylaw.com
eric.mahr@freshfields.com

                                                                        Karen L. Dunn (*pro hac vice*)
Justina K. Sessions (*pro hac vice*)                                    Jeannie S. Rhee (*pro hac vice*)
FRESHFIELDS BRUCKHAUS                                                   William A: Isaacson (*pro hac vice*)
DERINGER US LLP                                                         Amy J. Mauser (*pro hac vice*)
855 Main Street                                                         Martha L. Goodman (*pro hac vice*)
Redwood City, CA 94063                                                  Bryon P. Becker (VSB #93384)
Telephone: (650) 618-9250                                               Erica Spevack (*pro hac vice*)
Fax: (650) 461-8276                                                     PAUL, WEISS, RIFKIND, WHARTON &
justina.sessions@freshfields.com                                        GARRISON LLP
                                                                        2001 K Street, NW
Daniel Bitton (*pro hac vice*)                                          Washington, DC 20006-1047
AXINN, VELTROP & HARKRIDER                                              Telephone: (202) 223-7300
LLP                                                                     Facsimile (202) 223-7420
55 2nd Street                                                           kdunn@paulweiss.com
San Francisco, CA 94105
Telephone: (415) 490-2000                                               Erin J. Morgan (*pro hac vice*)
Facsimile: (415) 490-2001                                               PAUL, WEISS, RIFKIND, WHARTON &
dbitton@axinn.com                                                       GARRISON LLP
                                                                        1285 Avenue of the Americas
Bradley Justus (VSB # 80533)                                            New York, NY 10019-6064
AXINN, VELTROP & HARKRIDER                                              Telephone:  (212) 373-3387
LLP                                                                     Facsimile:  (212) 492-0387
1901 L Street, NW                                                       ejmorgan@paulweiss.com
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com


*Counsel for Defendant Google LLC*