# EXHIBIT 66

# PUBLIC

Page 1

```
 1
 2              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
 3                      ALEXANDRIA DIVISION
       _____
 4
         UNITED STATES,       )1:23-cv-00108-LMB-JFA
 5       et al.,              )
                              )
 6          Plaintiffs,       )
                              )
 7       vs.                  )
                              )
 8       GOOGLE LLC,          )
                              )
 9          Defendants.       )
       _____ )
10
11
12
13          VIDEOTAPED 30(b)(6) DEPOSITION OF
14       CENTERS FOR MEDICARE & MEDICAID SERVICES
15                through the testimony of
16                  CHRISTOPHER KOEPKE
17                   August 25, 2023
18                      9:00 a.m.
19
20
21
         Reported by:  Bonnie L. Russo
22       Job No. CS6075382
```

Page 2

1    Videotaped 30(b)(6) Deposition of
2    Centers for Medicare and Medicaid Services
3    through the testimony of Christopher Koepke
4    held at:
5
6
7
8       Paul Weiss Rifkind Wharton & Garrison, LLP
9       2001 K Street, N.W.
10      Washington, D.C.
11
12
13
14
15
16
17
18    Pursuant to Notice, when were present on behalf
19    of the respective parties:
20
21
22

Page 3

1    APPEARANCES:
2
3    On behalf of the Plaintiffs:
4       MARK H.M. SOSNOWSKY, ESQUIRE
5       VICTOR LIU, ESQUIRE
6       UNITED STATES DEPARTMENT OF JUSTICE
7       450 Fifth Street, N.W.
8       Washington, D.C. 20530
9       mark.sosnowsky@usdoj.gov
10      victor.liu@usdoj.gov
11
12   On behalf of the Defendant:
13      MARTHA L. GOODMAN, ESQUIRE
14      HEATHER MILLIGAN, ESQUIRE
15      AMY MAUSER, ESQUIRE
16      PAUL, WEISS, RIFKIND, WHARTON &
17      GARRISON, LLP
18      2001 K Street, N.W.
19      Washington, D.C. 20006
20      mgoodman@paulweiss.com
21      hmilligan@paulweiss.com
22      amauser@paulweiss.com

Page 4

1    APPEARANCES (CONTINUED):
2
3    Also Present:
4       Orson Braithwaite, Videographer
5       Kenneth Whitley, Department of Health and Human
6       Services, Office of General Counsel
7
8    Also Present Via Remotely:
9       Alvin Chu, DOJ
10      David Grossman, DOJ
11      Jimmy McBirney, DOJ
12
13
14
15
16
17
18
19
20
21
22

Page 5

1              I N D E X
2    EXAMINATION OF CHRISTOPHER KOEPKE        PAGE
3    BY MS. GOODMAN                8
4    BY MS. MILLIGAN               74
5
6              EXHIBITS
7    Exhibit 76  E-Mail Chain dated 6-14-22   17
8       Attachment
9       CMS-ADS-0000018746-790
10   Exhibit 77  Acquisition Plan (AP) Template  45
11      CMS-ADS-0000023782-806
12   Exhibit 78  E-Mail Chain dated 7-12-21   68
13      CMS-ADS-0000380931-932
14   Exhibit 79  Client Authorization         70
15      to Buy #1
16      CMS-ADS-0001139301-302
17   Exhibit 80  CMS OE November 2020 Invoice  73
18      Inventory
19      CMS-ADS-0001153897-923
20   Exhibit 81  E-Mail Chain dated 1-28-21   88
21      CMS-ADS-0000373744-745
22   (Exhibits bound separately.)

2 (Pages 2 - 5)

|  | Page 78 |  | Page 80 |
|---|---|---|---|
| 1 | Q. Okay. Do you know whether it | 1 | related topic, we bid on that and -- and |
| 2 | applies to 2020 open enrollment display, | 2 | produced the ads for people who are looking for |
| 3 | Hispanic? | 3 | that. That is how search advertisement works. |
| 4 | MR. SOSNOWSKY: Objection. Form. | 4 | YouTube ads of different lengths are |
| 5 | THE WITNESS: I know it applies to | 5 | also included here where we will show a video |
| 6 | purchases from Google in 2020 -- | 6 | to people in Spanish who are on YouTube. |
| 7 | BY MS. MILLIGAN: | 7 | We have some on English browsers |
| 8 | Q. Okay. | 8 | where people are doing Spanish searches, so we |
| 9 | A. -- for a Spanish open enrollment. | 9 | run ads there as well. And then we also had |
| 10 | Q. Okay. My question was whether CMS | 10 | a -- a campaign at the same time on flu, which |
| 11 | knows if it applies to the 2020 open enrolled | 11 | is on this invoice, and we had YouTube ads in |
| 12 | display, Hispanic. | 12 | Spanish on the importance of getting a flu shot |
| 13 | MR. SOSNOWSKY: Objection. Form. | 13 | for people with Medicare. |
| 14 | THE WITNESS: And my answer is that | 14 | Then we had discovery ads which are |
| 15 | it applies to a variety of categories across | 15 | a form of display ads but they are placed |
| 16 | what is represented here in the invoice and | 16 | within a restricted Google environment such as |
| 17 | that we -- it is this small purchase of $220 | 17 | Gmail. |
| 18 | over across $528,000. We don't know exactly | 18 | And that would be the ads, I think, |
| 19 | where that came from. | 19 | unless I skipped a line. Did you notice if I |
| 20 | BY MS. MILLIGAN: | 20 | skipped a line? I tried to get them all. |
| 21 | Q. Okay. And are the other line items | 21 | BY MS. MILLIGAN: |
| 22 | here, aside from the second and the, I guess, | 22 | Q. No, you didn't. |
|  | Page 79 |  | Page 81 |
| 1 | third from the bottom, for other forms of | 1 | A. Okay. Thank you. |
| 2 | advertising? | 2 | Q. So is it fair to say that you used |
| 3 | MR. SOSNOWSKY: Objection to form. | 3 | multiple forms of advertising for the open |
| 4 | THE WITNESS: I'm sorry. Could you | 4 | enrollment Medicare campaign? |
| 5 | repeat that, please, Heather. I'm not sure I | 5 | A. It is fair to say that we -- within |
| 6 | followed. | 6 | Google's environment we used multiple forms of |
| 7 | BY MS. MILLIGAN: | 7 | advertisements, mostly display, search, videos |
| 8 | Q. Okay. Were the other line items | 8 | on YouTube, and of course the -- yeah, that's |
| 9 | listed here, so 1, 3, 4, 5, 6, 7, and 9 for | 9 | what I meant. Those three, yep. |
| 10 | other forms of advertising? | 10 | Q. Okay. And why? |
| 11 | MR. SOSNOWSKY: Objection. Form. | 11 | MR. SOSNOWSKY: Objection. Form. |
| 12 | THE WITNESS: For other forms of | 12 | THE WITNESS: Well, this could be a |
| 13 | advertising that -- for which Google placed | 13 | long marketing lecture. |
| 14 | them, yes. | 14 | So each one of these ads in each one |
| 15 | BY MS. MILLIGAN: | 15 | of these channels or tactics for delivering an |
| 16 | Q. And what forms of advertising are | 16 | ad actually accomplishes a different goal with |
| 17 | those lines for? | 17 | the audiences, so search ads are for people who |
| 18 | MR. SOSNOWSKY: Objection. Form. | 18 | are already interested in the topic so much |
| 19 | THE WITNESS: The first one is | 19 | that they are searching for it. |
| 20 | search advertising in Spanish. So someone who | 20 | And many people buy search ads on |
| 21 | is typing into Google in Spanish on a Spanish | 21 | Google, so we have to buy search ads on Google |
| 22 | browser that they are looking for Medicare or a | 22 | in order to make sure that people who want |

Page 82

1  information from Medicare, see that we have
2  that information versus other private entities,
3  and our -- our information is not biased. So
4  that is only for people -- in marketing we call
5  it the bottom of the funnel. They are about
6  ready to take an action.
7       The YouTube ads are videos, which
8  can be engaging for some people, people who are
9  actually on YouTube to see them. Discovery ads
10 are limited to people within a Google
11 environment, such as Gmail, for which there is
12 specific targeting information available from
13 Google to deliver those ads to a much more
14 narrow audience but our return on investment
15 could be a little higher but our reach isn't as
16 good.
17      And then, lastly, the display ads
18 can have outstanding reach because what is
19 often referred to as programmatic display goes
20 to many different people because it goes across
21 many different websites. Any website that a
22 member of our audience might be on could see

Page 83

1  one of our ads through that display. So if
2  they never search, they are never on YouTube,
3  they are still going to get one of our ads
4  because this increases our reach.
5       BY MS. MILLIGAN:
6    Q.  Okay. And is it fair to say that
7  over the course of the campaign CMS will
8  consider shifting allocated dollars between the
9  channels you have described in order to
10 optimize spend?
11      MR. SOSNOWSKY: Objection. Form.
12      THE WITNESS: Yes.
13      BY MS. MILLIGAN:
14   Q.  And in addition to Google, is it
15 fair to say that you bought advertising from
16 suppliers other than Google?
17   A.  Yes.
18   Q.  Which suppliers?
19   A.  This invoice might not be exhaustive
20 for the entire campaign, but for the month of
21 November, if you would like me to rely on this
22 invoice, I can do that.

Page 84

1    Q.  Okay. As a representative here on
2  behalf of CMS, do you have an understanding of
3  the suppliers from which CMS purchases
4  advertising?
5       MR. SOSNOWSKY: Objection. Form.
6       THE WITNESS: Depending on the many
7  campaigns during this time period, we have a
8  lot of different suppliers, and I have an
9  understanding. But for any specific project, I
10 would have to refer to the document --
11      BY MS. MILLIGAN:
12   Q.  Okay.
13   A.  -- so I could, for instance, refer
14 to the document you gave me --
15   Q.  Okay.
16   A.  -- if this is what you're interested
17 in.
18   Q.  Let's start there.
19   A.  Okay. So in this case just on
20 the -- on the front chart, which you're looking
21 at right there, that lists a few different
22 groups: Telemundo, Google, which has the

Page 85

1  highest spend in the month of November,
2  Microsoft, MiQ, Resonate, Univision, and Impre
3  Media.
4    Q.  Sitting here today and based on your
5  preparation -- preparation for this deposition,
6  can you think of any others?
7       MR. SOSNOWSKY: Objection. Form.
8       THE WITNESS: Do you want me to just
9  talk about Spanish and Medicare, or do you want
10 me to talk about every single campaign we do?
11      BY MS. MILLIGAN:
12   Q.  I am just asking for the suppliers
13 of advertising that you can name sitting here
14 today based on the preparation you did for this
15 deposition.
16      MR. SOSNOWSKY: Objection. Form.
17 Foundation.
18      THE WITNESS: So "suppliers of
19 advertisement," could you define that for me.
20      BY MS. MILLIGAN:
21   Q.  Do you --
22   A.  We have people who make ads. We

Page 86

1  have people who place ads.
2      Q.   Okay.  Is that your understanding of
3  suppliers of advertising?
4      A.   That is a very small list of what
5  people do for advertising.
6      Q.   Okay.  What other supply -- supply
7  services are you -- are provided --
8      A.   So we work --
9          MR. SOSNOWSKY:  Hold on.  I'm
10 sorry --
11         THE WITNESS:  Yep.  Sorry.
12         MR. SOSNOWSKY:  -- let her finish
13 the question just because --
14         THE WITNESS:  Yeah.  Thank you very
15 much.  I appreciate that.
16         I'm sorry.  I interrupted.
17         BY MS. MILLIGAN:
18     Q.   What other suppliers' supplies do --
19 sorry.  Strike that.
20         You mentioned people who make the
21 ads.  You mentioned people who place the ads.
22 Are there other services that you would

Page 87

1  include --
2          MR. SOSNOWSKY:  Objection.
3          BY MS. MILLIGAN:
4      Q.   -- within suppliers of advertising?
5          MR. SOSNOWSKY:  Object to the form.
6          THE WITNESS:  There are.  There is
7  planning services for helping us develop media
8  plans.  There are vendors which specialize in a
9  particular channel, which would be similar to
10 what we just discussed.  There are directors
11 who direct film shoots.  There are graphic
12 artists who mock up advertisements.  It is a
13 rather large undertaking.
14         BY MS. MILLIGAN:
15     Q.   All right.  And for purposes of
16 Exhibit 80, why did -- why did CMS purchase
17 from the other vendors here aside from Google?
18         MR. SOSNOWSKY:  Objection.  Form.
19         THE WITNESS:  People in our
20 audience -- and in this case, these are people
21 on Medicare who are either over the age of 65,
22 and many of them are like 70, 80, 85 years old,

Page 88

1  and people with disabilities who are on
2  Medicare, we think about what they need to do
3  to save money on Medicare to make the most of
4  the program for themselves and what's a way to
5  remind them that this is -- that open
6  enrollment is the time to do that.
7          So you want -- as -- as that
8  audience has people who consume media in
9  different ways, we use different channels to
10 reach them to educate them that it's time.
11         BY MS. MILLIGAN:
12     Q.   Okay.  And what for this -- purposes
13 of this campaign, what services did MiQ
14 provide?
15     A.   MiQ does programmatic display
16 advertising, and as you can see, we spent about
17 5 percent of our display budget on them and
18 about 95 percent on Google.
19         MS. MILLIGAN:  Okay.  I'm going to
20 mark Exhibit 81 for the record.  It's
21 CMS-ADS-0000373744 through 3745.
22         (Deposition Exhibit 81 was marked

Page 89

1  for identification.)
2          THE WITNESS:  Thank you.
3          BY MS. MILLIGAN:
4      Q.   All right.  And do you have an
5  understanding of what these e-mails -- the
6  subject matter of these e-mails?
7          MR. SOSNOWSKY:  Objection.  Form.
8          THE WITNESS:  The subject line says
9  Open Enrollment 8 campaign results --
10         BY MS. MILLIGAN:
11     Q.   Okay.
12     A.   -- now, because we have multiple
13 things called open enrollment --
14     Q.   Understood.
15     A.   -- based on who is on the e-mail, I
16 can tell this is about the marketplace.
17     Q.   Okay.  And looking at the e-mail at
18 the bottom of the first page ending in 3744,
19 could you just -- could you read the second
20 bullet.
21     A.   So is this the one from Aaron Blazer
22 or the one from Seth Edlavitch?

Page 90

1  Q.  The last e-mail on the page at the
2  bottom from Aaron Blazer.
3  A.  Okay.  Thank you.
4      And you wanted the second bullet?
5  Q.  Yes.  Actually, let me just -- let
6  me just -- so Aaron writes here: "We have
7  captured this in our final report and will have
8  full performance metrics and percentage
9  detailed.  Year over year the campaign
10 performed exceptionally well driven by channel
11 optimizations and applied learnings from
12 previous open enrollment periods."
13     Did I read that correctly?
14 A.  Yes, you did.
15 Q.  Okay.  And could you read out loud
16 the shift -- the second bullet.
17 A.  So what the second bullet is
18 saying --
19 Q.  Sorry.  Could you read it out loud.
20 A.  I can read it out loud.
21     "Shifted the display strategy in
22 Open Enrollment 8 more towards our partner MiQ,

Page 91

1  who has historically outperformed Google for
2  this campaign."
3  Q.  Okay.  And is -- is the open
4  enrollment for -- this is for -- this open
5  enrollment is for the marketplace,
6  Healthcare.gov?
7  A.  Yes, it is.
8  Q.  And is it fair to say that that
9  campaign is CMS's largest campaign in terms of
10 dollars between 2019 and 2023?
11 A.  Yes.
12 Q.  Okay.  Thank you.
13 A.  That bullet is taken out of context
14 from Aaron Blazer anyway.  She -- there are
15 many factors which go towards the concept of
16 outperforming and many factors that go towards
17 how much we spend on a channel.  Anyway this
18 was based on last-click attribution only.
19 Q.  I will move to strike that last
20 part --
21     MR. SOSNOWSKY:  Objection.
22     BY MS. MILLIGAN:

Page 92

1  Q.  -- it was not responsive to the
2  question.
3      MR. SOSNOWSKY:  Objection.
4      THE WITNESS:  It does --
5      BY MS. MILLIGAN:
6  Q.  Sir, there is no question pending.
7      MR. SOSNOWSKY:  There is no question
8  pending, Chris.  That's okay.
9      THE WITNESS:  Okay.
10     BY MS. MILLIGAN:
11 Q.  For the time period 2019 to 2023,
12 can CMS quantify its purchases of display
13 advertising from advertising agencies or
14 through advertising agencies?
15     MR. SOSNOWSKY:  Objection.  Form.
16     THE WITNESS:  CMS can quantify that
17 number.
18     BY MS. MILLIGAN:
19 Q.  Okay.  Sitting here today as CMS's
20 representative, are you able to quantify that?
21 A.  I would need to go over lots of
22 records and add them together.

Page 93

1  Q.  Okay.  And what records?
2  A.  They would be final campaign
3  reports, final digital campaign reports.
4  Q.  Anything else?
5  A.  That would probably do it.
6  Q.  Okay.  And the same question for
7  price quotes.
8      MR. SOSNOWSKY:  Object to the form.
9      THE WITNESS:  I'm sorry.  Price
10 quotes on -- on what?
11     BY MS. MILLIGAN:
12 Q.  The price quotes that you -- that
13 CMS received for -- between the time period of
14 2019 and 2023 for purchases of display
15 advertising.
16     MR. SOSNOWSKY:  Object to the form.
17     THE WITNESS:  The price planning for
18 what we budget would be in our media plans, and
19 that would include estimates of what we are
20 paying for impressions and/or clicks.
21     BY MS. MILLIGAN:
22 Q.  All right.  And for actual prices

24 (Pages 90 - 93)

Page 94

1  paid?
2    A.  Those would be --
3        MR. SOSNOWSKY:  Object to the form.
4        THE WITNESS:  Those would be in the
5  final report.
6        BY MS. MILLIGAN:
7    Q.  And for the terms and conditions of
8  those purchases?
9        MR. SOSNOWSKY:  Object to the form.
10       THE WITNESS:  Those would be in the
11 planning but also in the invoices depending on
12 your definition of terms and conditions.
13       BY MS. MILLIGAN:
14   Q.  Thank you.
15       If I could just briefly turn your
16 attention back to Exhibit 79, and we were
17 looking at --
18   A.  I don't mean to be rude.  This is
19 what I have marked as 79.
20   Q.  I'm sorry.  80.
21   A.  There we go.  Thank you.  Trying to
22 be helpful.

Page 95

1    Q.  I appreciate that.  I appreciate
2  that.
3        Looking at Exhibit 80, we were
4  looking at the Google invoice in this exhibit
5  that is pages 3901 to 3903.  If I could turn
6  your attention to those pages.
7        Who paid this invoice, the amount in
8  this invoice, to Google?
9    A.  CMS paid this invoice through our
10 advertising agency.
11   Q.  Okay.  Which advertising agency?
12   A.  In this case Brunet-García.
13   Q.  Okay.  So in this instance,
14 Brunet-García served as -- as the middleman?
15       MR. SOSNOWSKY:  Objection to form.
16       THE WITNESS:  Brunet-García
17 purchased this at our direction.
18       BY MS. MILLIGAN:
19   Q.  Okay.  And did Brunet-García pay --
20 pay Google --
21       MR. SOSNOWSKY:  Objection.
22       BY MS. MILLIGAN:

Page 96

1    Q.  -- for the amount listed in this
2  invoice?
3        MR. SOSNOWSKY:  Objection to form.
4        THE WITNESS:  CMS paid Google
5  through Brunet-García.
6        BY MS. MILLIGAN:
7    Q.  Okay.  My question was whether
8  Brunet-García paid Google.
9        MR. SOSNOWSKY:  Objection to form.
10       THE WITNESS:  At CMS's direction.
11       BY MS. MILLIGAN:
12   Q.  Brunet-García paid Google --
13       MR. SOSNOWSKY:  Objection to form.
14       BY MS. MILLIGAN:
15   Q.  -- at CMS's direction?
16   A.  Yes.
17   Q.  Okay.  And CMS paid Brunet-García?
18       MR. SOSNOWSKY:  Object to the form.
19       THE WITNESS:  That is correct.
20       BY MS. MILLIGAN:
21   Q.  Has CMS paid fees for ad tech
22 services provided by Google.

Page 97

1        You can set aside -- this is not
2  specific to Exhibit 80.
3        MR. SOSNOWSKY:  Objection to form.
4        THE WITNESS:  Yes.
5        BY MS. MILLIGAN:
6    Q.  Okay.  And which ad tech services
7  has CMS paid those ad tech services for?
8    A.  For the use of ad placement --
9  sorry.  The technical term is escaping me but
10 ad-serving fees.
11   Q.  Okay.  And for the time period 2019
12 to 2023, what was the amount of those fees?
13   A.  Across all the campaigns, they would
14 have to be summed up across all the final
15 reports and/or invoices.
16   Q.  Okay.  And to whom does CMS pay
17 those fees?
18       MR. SOSNOWSKY:  Objection to form.
19       THE WITNESS:  To Google through our
20 ad agencies.
21       BY MS. MILLIGAN:
22   Q.  So CMS paid its -- its ad agencies

25 (Pages 94 - 97)

Page 98

1  for those fees?
2      MR. SOSNOWSKY: Objection to form.
3      THE WITNESS: As your first question
4  was, you asked did CMS purchase from Google.
5  And I answered yes, on the tech services, and
6  so that's what I am referring to. So we paid
7  those tech services through our ad agencies.
8      BY MS. MILLIGAN:
9      Q. So would -- in order to calculate
10  the amount of fees paid to CMS's advertising --
11  advertising agencies for ad tech services
12  provided by Google, aside from the final
13  reports, are there any other records that one
14  would need to make that calculation?
15      MR. SOSNOWSKY: Objection to form.
16      THE WITNESS: I would double-check
17  the math using the invoices.
18      BY MS. MILLIGAN:
19      Q. Which invoices?
20      A. The invoices that CMS receives.
21      Q. And who does CMS receive invoices
22  from?

Page 99

1      MR. SOSNOWSKY: Objection to form.
2      THE WITNESS: We receive the
3  invoices, as we just looked at, from Google
4  through our advertising agency.
5      BY MS. MILLIGAN:
6      Q. Okay. And the invoice that we just
7  looked at, who was the recipient of that
8  invoice in the first instance?
9      MR. SOSNOWSKY: Objection to form.
10  Foundation.
11      THE WITNESS: I don't think it lists
12  the staff member on this particular one --
13      BY MS. MILLIGAN:
14      Q. So here --
15      A. -- yeah. It's -- the document you
16  gave me doesn't actually -- it would go through
17  our office of financial management. They
18  probably see it first.
19      Q. Who -- and "who" means people and
20  entities -- received that, the invoice -- the
21  Google invoice in Exhibit 80 in the first
22  instance? Feel free to look at it.

Page 100

1      MR. SOSNOWSKY: Objection to form.
2  Foundation.
3      THE WITNESS: The invoice was sent
4  on our behalf to Brunet-García.
5      BY MS. MILLIGAN:
6      Q. Okay. And so it was received by
7  Brunet-García?
8      MR. SOSNOWSKY: Objection to form.
9  Foundation.
10      THE WITNESS: In order to pay Google
11  on our behalf.
12      BY MS. MILLIGAN:
13      Q. It was received by Brunet-García in
14  order to pay Google?
15      MR. SOSNOWSKY: Object to form.
16  Foundation.
17      THE WITNESS: It's on our behalf.
18      BY MS. MILLIGAN:
19      Q. Is that --
20      THE COURT REPORTER: I'm sorry. I
21  didn't hear your answer.
22      THE WITNESS: It's on our behalf.

Page 101

1  Thank you.
2      BY MS. MILLIGAN:
3      Q. So is that yes?
4      MR. SOSNOWSKY: Objection to form.
5  Foundation.
6      THE WITNESS: Advertising agencies
7  act on our behalf to pay our vendors.
8      BY MS. MILLIGAN:
9      Q. Okay. Did you understand my
10  question?
11      A. Yes.
12      Q. Okay. So when the invoice was sent
13  on your behalf from Google to Brunet-García, is
14  it correct that Brunet-García received that
15  invoice?
16      MR. SOSNOWSKY: Objection. Asked
17  and answered several times now.
18      You can tell her again.
19      THE WITNESS: Yes.
20      BY MS. MILLIGAN:
21      Q. Thank you.
22      Does CMS have an amount in mind that

Page 114

1 wrongful instructions to -- with regard to
2 answering questions based on the outcome of
3 today's hearing before Judge Anderson.
4     MR. SOSNOWSKY: Okay.  We obviously
5 object to that.  You've had full cooperation
6 from Mr. Koepke, and we do not have further
7 questions.  We will read and sign.  It is our
8 position that CMS is done.
9     MS. MILLIGAN: Thank you for your
10 time today.
11     THE WITNESS: Thank you.  As I said,
12 this was fascinating.
13     THE VIDEOGRAPHER: Going off the
14 record.  The time is 11:44.
15     (Whereupon, the proceeding was
16 concluded at 11:44 a.m.)

Page 115

1     CERTIFICATE OF NOTARY PUBLIC
2     I, Bonnie L. Russo, the officer before
3 whom the foregoing deposition was taken, do
4 hereby certify that the witness whose testimony
5 appears in the foregoing deposition was duly
6 sworn by me; that the testimony of said witness
7 was taken by me in shorthand and thereafter
8 reduced to computerized transcription under my
9 direction; that said deposition is a true
10 record of the testimony given by said witness;
11 that I am neither counsel for, related to, nor
12 employed by any of the parties to the action in
13 which this deposition was taken; and further,
14 that I am not a relative or employee of any
15 attorney or counsel employed by the parties
16 hereto, nor financially or otherwise interested
17 in the outcome of the action.

*Bonnie L. Russo*
20 Notary Public in and for
21    the District of Columbia
22 My Commission expires: August 14, 2025

Page 116

1 Victor Liu Esq
2 victor.liu@usdoj.gov
3     August 28th, 2023
4 RE:   United States, Et Al v. Google, LLC
5   8/25/2023, Christopher Koepke (#6075382)
6    The above-referenced transcript is available for
7 review.
8    Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 (erratas-cs@veritext.com).
17  Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
22     Yours,
23     Veritext Legal Solutions

Page 117

1 United States, Et Al v. Google, LLC
2 Christopher Koepke (#6075382)
3    E R R A T A  S H E E T
4 PAGE_____ LINE_____ CHANGE_____
5 _____
6 REASON_____
7 PAGE_____ LINE_____ CHANGE_____
8 _____
9 REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
23 _____  _____
24 Christopher Koepke        Date