# EXHIBIT 70

# REDACTED

| From: | ███████████████████████████████ |
| To: | ███████████████ |
| CC: | |
| Sent: | 6/25/2019 11:52:29 AM |
| Subject: | Media Overview Slides |
| Attachments: | LaborDay_MediaWorkPlan-508.pdf; Media Overview Slides_v1.pdf |

█████████

As requested, attached are the ppt slides and the media work plan for the 3rd and 4th quarter HVE campaigns.  I expressed to ST1 that the presentation was not what was expected.  They apologized and asked if you would list your questions and they'd be happy to have them addressed.

████████ *COR Level II*
*NHTSA Office of Communications*
*and Consumer Information*
*1200 New Jersey Avenue, SE W52-211*
*Washington, DC 20590*
*202-366-5876*

**From:** █████████████████████
**Sent:** Tuesday, June 25, 2019 10:35 AM
**To:** ████████████
**Cc:** ███████████████
**Subject:** Media Overview Slides

Hi ████

Please find the media slides attached.

Thank you!

████

████████ | Vice President
Stratacomm

1200 G Street NW | Suite 350 | Washington, DC 20005
**office** 202.589.2735   **mobile** 609.802.3024   **email** █████████████

*Stratacomm is one of Washingtonian's 50 Great Places to Work!*

DEPOSITION
EXHIBIT
*100*
PENGAD 800-631-6989

Highly Confidential

NHTSA-ADS-0000337070



# IMPAIRED DRIVING
# 2019 HVE CAMPAIGNS
## LABOR DAY & DECEMBER HOLIDAY
### MEDIA WORK PLAN

May 17, 2019







Highly Confidential

# Table of Contents

Executive Summary ............................................................................... 3

Media Strategy.................................................................................... 4
  ▶   Campaigns
  ▶   Advertising Period
  ▶   Working Media Budget
  ▶   Target Audience
  ▶   Geography
  ▶   Media Selection & Rationale

Television ........................................................................................... 7

Cinema Advertising............................................................................. 14

Radio & Audio Streaming .................................................................. 18

Digital   ............................................................................................. 21

Paid Social........................................................................................ 24

Mid-Life Motorcylists ........................................................................ 26

State Level Media Extensions ............................................................ 27

Anticipated Budget Allocations.......................................................... 28

Glossary ........................................................................................... 29

# Executive Summary

During the Labor Day and December Holiday periods, there is a marked spike in impaired driving fatalities year after year. To combat this cyclical pattern, NHTSA coordinates two national paid media campaigns targeted at 21- to 34-year-old men – those most likely to be involved in fatal impaired driving crashes – to educate them on the consequences and risks of impaired driving.

The Labor Day and December campaigns will both deploy a multi-platform approach using a mix of television, radio, digital, cinema and social media outlets to deliver the Impaired Driving message effectively and efficiently to our target audience.

The television portion of the plan will use linear television via programmatic (automated) and audience targeting (program level targeting) methods to reach the young male target audience. These methods will be supported by general sports programming via a network such as ESPN or working directly with a partner such as the NFL to create a custom message to run on NFL programming.

The Hispanic TV plan will include linear television through Spanish language networks but will not include audience targeting due to lack of available scale. However, a CTV/OTT component through channels like Hulu and Xbox will be included to reach the Hispanic male target audience. Programming will focus on sports (soccer, MLB) and music (Latin music festivals, Warner Music/Latin pop).

For all audiences, terrestrial radio will be used due to its very high reach of young men and its heavy in-vehicle use. Terrestrial radio will be supported by audio streaming through partners such as Pandora and Spotify and also through the use of podcasts targeted to the young male demographic. The national radio plan will run at fairly high weight levels to take advantage of radio's reach and efficiency. State plans may consider reducing their radio buys due to the high national plan weight levels and redirect those dollars to other opportunities.

The digital plan will build off of the base created by the traditional portion of the media plan with:

- ▶ Connected Television (CTV) and Online Video (OLV)
- ▶ Programmatic Display
- ▶ Publisher Direct Media
- ▶ Custom Content

Social will be a key part of the plan for all audience segments, due to its high reach potential to young men of the target audience and its ability to engage the audience with the Impaired Driving message.

Highly Confidential

NHTSA-ADS-0000337073

States may consider local investment above and beyond the national plan to build additional frequency with the target audience during the buy period. This can be accomplished by securing complimentary placements – particularly via local broadcast television affiliates, local radio talent, streaming audio and digital channels.

# Media Strategy

The primary media strategy will be to build frequency in order to convey NHTSA's Impaired Driving message. In order to affect behavioral change, the message must be seen many times within the campaign period. The goal will be to reach at least 25% of men in the 21-34 target audience at the 8+ effective frequency level over the three-week flight with traditional media (TV and radio). Digital and paid social will build off of the base created by the traditional portions of the media plan by extending reach and through their ability to engage the audience with our Impaired Driving message.

## Campaigns

There are three independent messages and sets of creative assets that will be promoted during the Impaired Driving high visibility enforcement campaign (Labor Day and December Holiday).

- ▶ Drive Sober or Get Pulled Over (alcohol)
- ▶ If You Feel Different, You Drive Different. Drive High Get a DUI. (marijuana/drug-impaired)
- ▶ Ride Sober or Get Pulled Over (alcohol/motorcycle focused – Labor Day plan only)

## Advertising Period

Flight Dates:

**Labor Day Campaign:**
8/14/19 – 8/18/19; 8/21/19 – 8/25/19; 8/28/19 – 9/2/19

Paid advertising will run from Wednesday, August 14th to Monday, September 2nd (Labor Day). The plan will generally run on a Wednesday – Sunday flight pattern, but Monday and Tuesday can be used selectively to take advantage of high-value opportunities.

Aug / Sept 2019

| SU | M | TU | W | TH | F | S |
|----|----|----|----|----|----|----|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 |  |  |  |  |  |

Highly Confidential

NHTSA-ADS-0000337074

**December Holiday Campaign:**
12/11/19 – 12/15/19; 12/18/19 – 12/22/19;
12/25/19 – 1/1/20

Paid advertising will run from Wednesday, December
11th to Wednesday, January 1st, (New Year's Day)
on a Wednesday – Sunday flight pattern. Monday
and Tuesday can be used as part of the flight to take
advantage of high-value opportunities.

Dec 2019 / Jan 2020

| SU | M | TU | W | TH | F | S |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | | | |

## Working Media Budget

| Labor Day Campaign | |
|---|---|
| General Market Media Budget | $11.05MM |
| Hispanic Market Media Budget | $1.95MM (15% of total media budget) |
| Total Media Budget | $13MM |
| Allocation between Alcohol & Marijuana | 65% Alcohol :35% Marijuana |

| December Holiday Campaign | |
|---|---|
| General Market Media Budget | $6.8MM |
| Hispanic Market Media Budget | $1.2MM (15% of total media budget) |
| Total Media Budget | $8MM |
| Allocation between Alcohol & Marijuana | 65% Alcohol :35% Marijuana |

## Target Audience

Audience targets vary slightly between each campaign

- ▶ Drive Sober or Get Pulled Over
  - Primary: 21- to 34-year-old English-speaking males
  - Secondary: 21- to 34-year-old Spanish-reliant males
  - These young men drink liquor, but the primary alcohol of choice is beer
- ▶ If You Feel Different, You Drive Different. Drive High Get a DUI.
  - Primary: 21- to 34-year-old English-speaking males
  - Secondary: 21- to 34-year-old Spanish-reliant males
  - These young men are recreational marijuana users
- ▶ Ride Sober or Get Pulled Over (Labor Day only)
  - Mid-Life Motorcyclists – Men 45- to 64-years-old who own a motorcycle


Highly Confidential

NHTSA-ADS-0000337075

## Geography

The campaign will be national in scope with no specific local or regional focus.

## Media Selection & Rationale

A multi-platform approach is imperative in today's fragmented media environment. Due to the short campaign duration, media selection must be restricted to those mediums that will quickly generate their total reach potential and will not have continued exposure after the campaign end date. For example, a monthly magazine takes 13 weeks to reach its full readership potential and a weekly magazine takes seven weeks so these mediums cannot be used. The 2019 Labor Day and December Holiday Impaired Driving campaigns will consider the mediums below – each discussed in more detail in the sections that follow. Mediums will be evaluated based on their total reach potential and ability to generate that reach potential in a short time period. For reference, a glossary of terms has been included at the end of this document to expand on the terms outlined below.

TV

- ▶ Linear
- ▶ Audience Targeting
- ▶ Programmatic TV
- ▶ Sports
- ▶ Connected TV/Over-The-Top (CTV/OTT)
- ▶ TV Everywhere

CINEMA ADVERTISING

RADIO

DIGITAL/MOBILE

- ▶ Direct (Display/Video/Audio)
- ▶ Audience Targeting/Programmatic (Display/Video)

PAID SOCIAL

MID-LIFE MOTORCYCLISTS

**Highly Confidential**                                                  NHTSA-ADS-0000337076

# OVERVIEW

# MEDIA PLANNING

Highly Confidential

A LOOK BACK

# MEDIA DELIVERABLES



## Media Work Plan

120 days pre-campaign



## Media Buy Recommendations

75-120 days pre-campaign



## Media Buy Summary

60 days pre-campaign

Highly Confidential

NHTSA-ADS-0000337101

A LOOK BACK

# MEDIA DELIVERABLES



**Media Work Plan**

120 days pre-campaign



**Media Buy Recommendations**

75-120 days pre-campaign



**Media Buy Summary**

60 days pre-campaign

Highly Confidential

NHTSA-ADS-0000337102

A LOOK BACK

# MEDIA WORK PLAN

- Strategic **overview of the campaign** providing information about the flight dates, budget, campaign message, target audience, their media consumption habits, and recommended mediums/channels to include in plan

- Also includes educational information for states on new and emerging platform/audience trends







A LOOK BACK

# MEDIA DELIVERABLES



## Media Work Plan

120 days pre-campaign



## Media Buy Recommendations

75-120 days pre-campaign



## Media Buy Summary

60 days pre-campaign

Highly Confidential

A LOOK BACK

# MEDIA BUY RECOMMENDATIONS

▸ **Specific placement recommendations** for the campaign period including **recommended investment level** and what we will get for the investment.

▸ Recommendations are outlined in a word document format, with accompanying spreadsheets, flowcharts, and/or slides for reference

▸ Once recommendations are approved, the placements are purchased and will run during the campaign

As much as possible, recommendations are bundled by channel/medium and sent for review. Typically, these include:

1. TV
2. Radio
3. OOH (ie, cinema, outdoor, etc.)
4. Digital
5. Custom
6. Paid Social

Highly Confidential

NHTSA-ADS-0000337105

A LOOK BACK

# MEDIA DELIVERABLES



## Media Work Plan

120 days pre-campaign



## Media Buy Recommendations

75-120 days pre-campaign



## Media Buy Summary

60 days pre-campaign

Highly Confidential

A LOOK BACK

# MEDIA BUY SUMMARY

▸ A **compilation of all of the approved media buy recommendations** and placement details for the campaign

▸ Includes **final spend by channel** and provides a summary of the placements negotiated, custom content and added value expected for the campaign

## Television

The television portion of the Click It or Ticket paid media campaign will represent 44% of the total paid media budget. This breaks out between the General Market and Spanish language as follows:

▸ General Market - 33%
▸ Spanish - 11%

The television plan will be executed by the following means:

▸ Network Direct buys
▸ Sports
▸ Audience Targeting
▸ Programmatic
▸ TV Everywhere
▸ Spanish language

## Sports

Among the major sports, the NHL and NBA skew the youngest. Figure 1 looks at the index of NHL Playoffs and NBA Playoffs against the various targets of the Click It or Ticket campaign.

The target breakouts are:

▸ Men 18-34 – Referred to on the chart as M18-34
▸ African American Men 18-34 – Referred to on the chart as AA M18-34
▸ Men 18-34 who drive a pickup truck – Referred to on the chart as Pickup Truck Drivers

The chart shows a high index (over 100) for each target group with the exception of African American young men for the NHL. However, this audience enjoys a very high index when looking at the NBA.



Figure 1: Index by Audience Break

Source: 2018 GfK MRI Doublebase

Figure 2: Estimated Reach and Impressions

| NHTSA Paid Social: Click It or Ticket | | | |
|---|---|---|---|
| | Spend | Impressions | Reach |
| **Total** | **$255,000** | **37,596,223** | **11,913,109** |
| English | $216,750 | 29,976,229 | 9,702,862 |
| Spanish | $38,250 | 7,619,994 | 2,210,247 |
| | | | |
| **Facebook/ Instagram** | **$229,500** | **32,628,140** | **9,747,774** |
| English | $195,075 | 25,701,581 | 8,620,194 |
| Spanish | $34,425 | 6,926,559 | 1,127,579 |
| | | | |
| **Twitter** | **$25,500** | **4,968,083** | **1,247,966** |
| English | $21,675 | 4,275,148 | 1,082,667 |
| Spanish | $3,825 | 692,935 | 165,298 |

Highly Confidential

NHTSA-ADS-0000337107