# EXHIBIT 72

# REDACTED

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NO. | | PAGE 1 OF 49 |
|---|---|---|---|---|
| 2. CONTRACT NO. 47QRAA21D001F | 3. AWARD/EFFECTIVE DATE AWARDED: 09-10-2021 EFFECTIVE: 09-12-2021 | 4. ORDER NO. 36C10X21F0097 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME [REDACTED] | | b. TELEPHONE NO. (No Collect Calls) None | 8. OFFER DUE DATE/LOCAL TIME |

**9. ISSUED BY** CODE `36C10X`

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

**10. THIS ACQUISITION IS** [X] UNRESTRICTED OR [ ] SET ASIDE: ____ % FOR:
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 541511
SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP |

**15. DELIVER TO** CODE ____

See Section B.4

**16. ADMINISTERED BY** CODE `36C10X`

Strategic Acquisition Center - Frederick
Department of Veterans Affairs

5202 Presidents Court, Suite 103
Frederick MD 21703

**17a. CONTRACTOR/OFFEROR** CODE `1DWB2` FACILITY CODE ____

J.R. REINGOLD & ASSOCIATES, INC.
REINGOLD, INC. (ALEXANDRIA CI)

1321 DUKE ST

ALEXANDRIA VA 22314

TELEPHONE NO.
DUNS: 185056942   DUNS+4:

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE `VAFSC`

U.S. Department of Veterans Affairs
Financial Services Center
PO BOX 149971
(see Section B.2 invoicing/payment)
Austin TX 78714-8917

PHONE: [REDACTED]   FAX:

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | VA General Mental Health and Suicide Prevention Awareness and and Education Outreach Support Services<br><br>For billing purposes, use IFCAP PO Number 132-XXXXX on all invoices.<br><br>See CONTINUATION Pages. | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

**25. ACCOUNTING AND APPROPRIATION DATA** See CONTINUATION Page

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**
$6,974,193.51

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[ ] 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)   30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) [REDACTED] Contracting Officer   31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449   (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

## Table of Contents

SECTION A ................................................................................................................ 1

   A.1  SF 1449  SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS......... 1

SECTION B - CONTINUATION PAGES ................................................................... 3

   B.1 CONTRACT ADMINISTRATION DATA................................................................ 3
   B.2 INVOICING INSTRUCTIONS................................................................................ 4
   B.3 PRICE/COST SCHEDULE .................................................................................... 6
   B.4 PERFORMANCE WORK STATEMENT ...............................................................10

SECTION C - CONTRACT CLAUSES .......................................................................46

   C.1  FSS ORDER INTRODUCTORY LANGUAGE .......................................................46
   C.2  VAAR 852.212-70  PROVISIONS AND CLAUSES APPLICABLE TO VA ACQUISITION OF COMMERCIAL ITEMS (APR 2020) ...................................................46
   C.3  VAAR 852.219-75  SUBCONTRACTING COMMITMENTS MONITORING AND COMPLIANCE (JUL 2018) ...............................................................................................47
   C.4 MANDATORY WRITTEN DISCLOSURES..........................................................47

SECTION D - CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS ..........................49

Highly Confidential

VET-AF-ADS-0000461240

- captioning for videos; and
- Accurately depict the benefits and services being portrayed.

| TASK 9 DELIVERABLES | DUE DATE |
|---|---|
| 7.9.1A Still photography for all video shoots including two photoshoots – one two-day shoot and another five-day photo shoot for mental health efforts.  Individual copies (electronic) of photos for all testimonial shoots for each participant. | Six Months After Award |
| 7.9.1B Full time still photo editor for mental health efforts | Ongoing through POP |

### 7.10  TASK 10 – PAID MEDIA PLANS AND MEDIA PLACEMENT

### 7.10.1  MEDIA PLANS AND PLACEMENT

The Contractor shall develop a media plan, taking into consideration previous years' MTC media plan.  The Contractor's media plan shall identify effective distribution methods for online using creative web-based internet programs, such as videocasts, other multimedia and social media tools to deliver messaging and materials to the right audiences and events.  The Contractor's media plan shall be consistent with and complement with other VA and Department of Defense (DoD) mental health outreach programs such as the DoD/VA Integrated Mental Health Strategy (IMHS) and the Real Warriors Campaign.  The Contractor's media plan shall identify primary online channels/media for communications and shall be based off of previous lessons learned from the campaigns' launch (to be provided to Contractor).  Contractor shall negotiate online media in accordance with research and analysis, data and accounts provided by current contractor, and other relevant data and purchase paid advertising utilizing a not-to-exceed amount.  The Contractor shall meet all deadlines to ensure on time placement.  All media buys must be pre-approved by VA and only placed in areas agreed upon by the Government.  Suggested media buys shall not be placed in controversial venues or considered offensive or unprofessional.  In addition, the Contractor shall monitor mental health specific paid media content on VA social media platforms.  The contractor shall monitor specific content or comments that are of concern, crisis or indicate suicidal ideation.  The contractor shall monitor VA account 24 hours a day, 7 days a week, 365 days a year for the task's period of performance. The contractor shall ensure they monitor every paid media post while active every hour and shall work to notify the Veterans Crisis Line immediately, as appropriate for crisis content, comments, and posts.

| TASK 10 DELIVERABLE | DUE DATE |
|---|---|
| 7.10.1A  Paid media plan | 30 calendar days from approved PMP |
| 7.10.1B Paid media buys | Ongoing through POP |
| 7.10.1C  Paid media social media monitoring | Ongoing through POP |

### 8.0  DELIVERABLE ACCEPTABILITY