# EXHIBIT 78

# REDACTED

## ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF 3 PAGES

| | |
|---|---|
| **1. DATE OF ORDER** SEE BLOCK 22 | **2. CONTRACT NUMBER** (If any) YA1323-16-CQ-0003 |
| **3. ORDER NUMBER** 1333LB19F00000010 | **4. REQUISITION/REFERENCE NUMBER** BCYA1323-19-00288 |

**5. ISSUING OFFICE** (Address correspondence to)   COACQSU
BUREAU OF CENSUS, ACQUISITION DIVISION, 2J438, 4600 SILVER HILL ROAD
WASHINGTON, DC, 20746, USA
AMANDA WHITE, 301-763-6586

**6. SHIP TO:**
a. NAME OF CONSIGNEE: KIMLA BROWNE
b. STREET ADDRESS: See Schedule
c. CITY:
d. STATE  e. ZIP CODE
f. SHIP VIA

**7. TO:** 00002717 TIN: 131493710
a. NAME OF CONTRACTOR   DUNS: 006992515
YOUNG & RUBICAM LLC
b. COMPANY NAME
c. STREET ADDRESS
3 COLUMBUS CIRCLE
d. CITY: NEW YORK    e. STATE: NY    f. ZIP CODE: 10019

**8. TYPE OF ORDER**
[ ] a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[X] b. DELIVERY – Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**10. REQUISITIONING OFFICE**
SUITLAND

**9. ACCOUNTING AND APPROPRIATION DATA**
See Schedule     Obligated Amount: $11,830,634.00

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))
[ ] a. SMALL  [X] b. OTHER THAN SMALL  [ ] c. DISADVANTAGED  [ ] d. WOMEN-OWNED  [ ] e. HUBZone
[ ] f. SERVICE-DISABLED VETERAN-OWNED  [ ] g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM  [ ] h. EDWOSB

**12. F.O.B. POINT**  Destination

**13. PLACE OF**
a. INSPECTION
b. ACCEPTANCE

**14. GOVERNMENT B/L NUMBER**

**15. DELIVER TO F.O.B. POINT ON OR BEFORE** (Date)
MAR 31, 2021

**16. DISCOUNT TERMS**

### 17. SCHEDULE (See reverse for Rejections)

| ITEM NUMBER (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | See Continuation Page For Line Item Details | | | | | |

| | | | |
|---|---|---|---|
| **18. SHIPPING POINT** | **19. GROSS SHIPPING WEIGHT** | **20. INVOICE NUMBER** | |

**21. MAIL INVOICE TO:**
SEE BILLING INSTRUCTIONS ON REVERSE
a. NAME
b. STREET ADDRESS (or P.O. Box)
FINANCE DIVISION
4600 SILVER HILL ROAD - 2K419
c. CITY: WASHINGTON   d. STATE: DC   e. ZIP CODE: 20233-4400

$11,830,634.00  17(h) TOT. (Cont. pages)
$11,830,634.00  17(i) GRAND TOTAL

**22. UNITED STATES OF AMERICA BY** (Signature)  [redacted]

**23. NAME** (Typed)  [redacted]
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

## SUPPLEMENTAL INVOICING INFORMATION

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $ _____ . No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOVERNMENT REPRESENTATIVE | DATE |
|---|---|---|---|---|---|
| | FINAL | | | | |
| TOTAL CONTAINERS | | GROSS WEIGHT | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NUMBER | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

1333LB19F00000010

**OPTIONAL FORM 347** (REV. 2/2012) **BACK**

Highly Confidential

CENSUS-ADS-0000075451

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Order #015 (OR015) - Media Planning and Buying<br><br>This is a hybrid of Firm Fixed Price and Time & Materials order.<br><br>Period of Performance:<br>Base: November 21, 2018 through March 31, 2021<br><br>Award of this Order (OR015) is in consideration of the Contractor's technical approach as presented in its technical proposal dated October 16, 2018, and its price proposal dated October 16, 2018 submitted in response to the RFQ COMM0003-19-OR-015 as well as TYR price addendum submitted on October 30, 2018. Copies of both the technical proposal and price proposal are in the possession of both parties.<br><br>The contractor, Young & Rubicam (Team Y&R), shall provide expert media planning and buying in accordance with the terms and conditions stated in the following continuation pages (Award) of this order (OR015) to support the successful management of the contract and working in close collaboration with the Census Bureau.<br><br>*[signature]* 11/21/18<br>Authorized Representative  Date<br>Signature<br><br>This amount of $11,830,634.00 is to fully fund CLIN 0001 in the amount of $11,230,068.00 and incrementally fund CLIN 0002 in the amount of $600,566.00 for this Order (OR015).<br><br>Invoices shall be submitted in accordance with Section G.2 -Invoicing Instructions (Payment Schedule). | | | | |
| 0001 | Firm Fixed Price CLIN 0001<br>Fully fund FFP CLIN 0001 to cover FY 19 Labor in the amount of $11,230,068.<br><br>Accounting and Appropriation Data:<br>04.19.6450E32.000.0019.040510004.<br>1104000400200000.25100100.000000<br>$11,230,068.00<br>PR NUMBER: BCYA1323-19-00288<br>DELIVERY DATE: 11/19/2018<br>SHIP TO:<br>  ADCOM<br>  4600 SILVER HILL ROAD<br>  SUITLAND  MD  20746<br>FOB:  Destination | 1.00 | EA | 11,230,068.00 | 11,230,068.00 |
| 0002 | Media ODC CLIN 0002<br>Incrementally fund CLIN 0002 to cover Other Materials (non-labor) Direct Costs in the amount of $600,566.00<br><br>Accounting and Appropriation Data:<br>04.19.6450E32.000.0019.040510004.<br>1104000400200000.25100100.000000<br>$600,566.00<br>PR NUMBER: BCYA1323-19-00288<br>DELIVERY DATE: 11/19/2018<br>SHIP TO:<br>  ADCOM<br>  4600 SILVER HILL ROAD<br>  SUITLAND  MD  20746<br>FOB:  Destination | 1.00 | EA | 600,566.00 | 600,566.00 |

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

## SECTION B -- SUPPLIES/SERVICES AND PRICES/COST

### B.1  SERVICES

Through the issuance of this order, Young & Rubicam (Y&R), as prime contractor leading Team Y&R from hereon referred to as "the Contractor," would be contracted to provide media planning and buying services associated with the 2020 Census Communications Contract for the period of performance identified in section B.3 below.

Services under this order shall be provided in accordance with the *2020 Census Integrated Communications Contract* master contract (Contract Number YA1323-16-CQ-0003) and the 2020 Census Integrated Communications Plan, dated June 2, 2017, as approved by the Census Bureau, as well as subsequent approved versions of this plan.

**All clauses incorporated by full text or by reference in the master contract apply in full to this order, unless otherwise indicated in this document.**

The contractor shall not charge against this order 015, Media, any labor costs for personnel identified as full time capacity (1880 hours in one-year period) under OR011, Program Management, unless authorized in writing by the Contracting Officer.

### B.2  ORDER TYPE

The Government intends to issue a hybrid of Firm Fixed Price and Time & Materials order.

### B.3  PERIOD OF PERFORMANCE

The period of performance for this order is from November 21, 2018 through March 31, 2021.

### B.4  PLACE OF PERFORMANCE

Services in support of this order may be required in multiple locations, including:
   - At Census Bureau Headquarters;
   - At any or all of the Census Bureau Regional Offices;
   - At the Contractor's or subcontractors' designated places of business;
   - Via access to the Census Bureau's virtual desktop infrastructure (VDI)*;
   - At specific locations identified by the Government, nationwide, including Alaska, Hawaii and Puerto Rico**.

* If it is determined that the place of performance will be off-site, remote Virtual Desktop Infrastructure (VDI) access may be granted. <u>Accessing VDI at any location other than the authorized place of performance or in a public place is prohibited</u>. When VDI access is granted, Contractors must adhere to all applicable Census Bureau Data Stewardship and IT Security Policies, as well as, complete the Census Bureau's VDI and Data Stewardship and IT Security Awareness training prior to accessing any Census Bureau networks, and annually thereafter. All required training shall be coordinated with the COR. The COR is responsible for keeping a

1

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 6 of 16 PageID# 86977

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

signed copy of the Remote VDI Access Pledge for Contractors for every contractor authorized to work remotely. Use of Census Bureau's virtual desktop infrastructure (VDI) must be approved in advance by the COR or COR's designee.

\*\* For services to be provided on designated locations nationwide for which contractor travel is required, refer to section H.5, for specific requirements regarding travel.

### B.5   ORDER PRICING & FUNDING

The total value of this order is $210,986,905.00, inclusive all line items described in their corresponding services below:

| CLIN | PWS Reference & Description | Period Of Performance | Line Type | Price | Obligated Amount |
|---|---|---|---|---|---|
| 0001 | Labor for the following FY19 Services:<br>- C.3.1 Media Strategy Development<br>- C.3.2 Media Plan Development<br>- C.3.3 Negotiation & Purchasing of Media Properties:<br>  - Up Front Buys<br>  - Scatter Market (FY19 Services)<br>- C.4 Order Management (FY 19 services)<br><br>*(FFP price has been established for the above sections and managed internally by the program)* | Date of Award through October 31, 2019 | FFP | $11,230,068.00 | **$11,230,068.00** |
| 0002 | Funds to cover Other Materials (non-labor) Direct Costs, including:<br>- C.3.3 Up Front Media Properties Buys<br>- C.3.3 Scatter Market Media Properties Buys<br>- Other Media related, non-labor costs<br><br>*(pricing has been established for the above sections and managed internally by the program and the contractor)* | Date of Award through March 31, 2021 | ODC | $180,344,920.00 (Not To Exceed amount) | **$600,566.00** |
| 0003 (Optional CLIN | Labor for the following FY20 Services: | November 1, 2019 through | FFP | $19,081,351.00 | **TBD** |

Case 1:23-cv-00108-LMB-JFA Document 1184-7 Filed 08/20/24 Page 7 of 16 PageID# 86978

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

| | | | | | |
|---|---|---|---|---|---|
| | - C.3.3 Negotiation & Purchasing of Media Properties<br>- Scatter Market (FY20 services)<br>- C.3.4 Monitoring & Management of In-Market Executions<br>- C.3.5 Post Buys Analysis -<br>- C.4 Order Management (FY20 services)<br><br>*Services in this Optional CLIN are a continuation of services started under CLIN 0001 for the referenced tasks. This CLIN is due to start November 1, 2019 based on availability of funds and shall be exercised via a unilateral modification.<br><br>*(FFP price has been established for the above sections and managed internally by the program)* | December 31, 2020 | | | |
| | **TOTAL** | | | $210,656,339.00 | $11,830,634.00 |

**FFP = Firm Fixed Price**
**ODCs = To be used only for other direct, materials costs**

**The Contractor shall not make expenditures, nor incur obligations, in the performance of this work order, which exceeds the current obligated funding amount specified herein (reference subsequent Section B.5.1 – Incremental Funding, CLIN 0002 ODCs), except at the Contractor's own risk.**

The Government expects the actual amount of firm fixed price and materials costs required to support the order outlined in the performance work statement could increase or decrease throughout the life cycle of this order. This is to allow for currently unforeseen workload increases or decreases. As a result, the awarded Order value and Not to Exceed ceiling amounts for ODC CLINs may increase or decrease accordingly. This would occur through negotiated bilateral modifications.

### B.5.1  CAR 1352.216-77 CEILING PRICE (APR 2010)

The ceiling price for CLIN 0002 is $180,344,920.00 (reference table in section B.5 above). The contractor shall not make expenditures nor incur obligations in the performance of this contract, which exceed the ceiling price specified herein, except at the contractor's own risk.

3

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

The Contractor shall not make expenditures, nor incur obligations, in the performance of this Order, which exceeds the current available funding amount specified herein (reference subsequent Section B.5.2 – Incremental Funding), except at the Contractor's own risk.

For cost reimbursable lines above, the Contractor shall notify the Contracting Officer, in writing, **60 days** prior to incurring 75% of, the obligated funds, or whenever there is reason to believe that costs may be either greater or substantially less than previously estimated, or are not adequate to complete the balance of work remaining in the order. If remaining funds are inadequate, include:

a) A fully supported cost proposal disclosing the amount of funds remaining
b) The amount of additional funding required to continue timely performance
c) When the funds will be required

### B.5.2  Incremental Funding for ODC CLIN 0002

The obligated funding under this order at time of award for the base period is $**600,566.00.** Additionally, funding will be added on an as needed basis by the execution of unilateral modifications to the order, up to the ceiling amount for the applicable performance period. The Contractor shall note that residual funding at the end of a performance period will be de-obligated through a unilateral modification; inclusion of this funding in the following performance period is subject to budget approval based on appropriations and fiscal constraints.

Highly Confidential                                                                                                          CENSUS-ADS-0000075456

# SECTION C -- CONTRACT DESCRIPTION / SPECIFICATIONS / PERFORMANCE WORK STATEMENT

## C.1.  BACKGROUND

The Census Bureau requires an integrated communications campaign for the 2020 Census that achieves the following goals:

- Engage and motivate people to self-respond, preferably via the internet
- Raise and keep awareness high throughout the entire 2020 Census to encourage response

As such, the communication campaign must include effective strategies and tactics to raise awareness, change attitudes, and influence behavior. An integral component of the overall campaign in meeting these goals is paid media. It must be seamlessly integrated with the other program components and contract orders, so that all parts of the campaign work together effectively and efficiently. Paid media must reach the target audiences developed based on the approved research conducted in FY18 under Order 0007 and be created in-culture and in-language as appropriate.

The 2020 Census is the third time that paid media has been used as a means to build awareness and motivate participation in a decennial census. The efforts in 2000 and 2010 were highly successful. Learning from the both the 2000 and 2010 campaigns should be leveraged in designing the paid media plan for 2020.

Paid media includes both national and local media outlets in English and in-language formats, stateside, in Alaska, Hawaii, and Puerto Rico. It is critical that the paid media plan be shaped and informed through information from the regions on their local media knowledge, Census Bureau subject matter experts, as well as, the expertise provided by the contractor.

## C.2.  SCOPE

Under this order, the contractor shall provide all media planning and buying services in support of the 2020 Census Communications Campaign, excluding media planning and buying services in support of recruitment efforts.

The contractor shall perform all necessary activities for the planning and execution of paid media for the campaign that align with the goals of the campaign as defined in Section C.1. This includes, at a minimum:
- Media buying strategy development;
- Media buying plan development;
- Media integration with creative and messaging,
- Negotiation for the total media plan to achieve best value to the government,
- Upfront commitments,
- Final purchasing
- Plan measurement,
- Stakeholder presentations and media information sharing,

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 10 of 16 PageID# 86981

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*   CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*   1333-LB-19-0000-0010

- In-market execution,
- Program maintenance, and
- Post-buy analysis.

The contractor shall ensure that all media purchased and executed is synchronized and integrated with work conducted for other components of the campaign including:
- Partnership efforts
- Social media
- Public relations
- 2020 Census website
- 2020 Census Statistics in Schools
- Campaign Optimization
- Thank You Campaign
- Data Dissemination

The contractor shall ensure there is constant collaboration and alignment across all partners/multi-cultural agencies during the media planning and buying process, to include partner agencies staff play a key role during the selection development of media strategy selection of media for their respected audiences.

## C.3.  TECHNICAL REQUIREMENTS

Under the performance of this order, the contractor shall develop, implement, and effectively and efficiently manage the services described in this document as part of media planning and buying for the 2020 Census Integrated Communications Campaign.

At any time during the performance of this order, the government may add requirements within the scope of this order, or descope requirements in the best interest of the government. Such changes would be notified to the contractor via bilateral negotiated modification to the order.

### C.3.1  Media Strategy Development

(Refer to sections F.2.3 and F.2.4 for deliverables related to this task)

The contractor shall identify overarching media strategies to deliver the two campaign goals of the 2020 Census defined in section C.1. At a minimum, the contractor shall:

- Develop media strategies for all communications types, including but not limited to TV (both traditional and streaming), digital, social, radio, print and outdoor, to achieve Census goals
- Develop media strategies for all target audiences
- Develop integration strategies across all communication types and target audiences
- Develop recommendations specifically designed to reach Hard to Count audiences as defined by campaign research (i.e. the Census Barriers Motivators and Attitudes Survey) and previous Census Bureau and contractor research. Recommendations shall be

6

Case 1:23-cv-00108-LMB-JFA Document 1184-7 Filed 08/20/24 Page 11 of 16 PageID# 86982

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*     CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*     1333-LB-19-0000-0010

developed prior to the implementation of the campaign and in compliance with the approved Do Not Buy list as provided by the Census Bureau.
- Provide budget allocation recommendations across audiences and communication types, inclusive of Upfront strategy and plan.
- Establish communications goals for each audience to increase participation
- Develop recommendations on how to reach targeted audiences, through paid media, who are undecided about participating in the census.
- Provide documentation on how the selected media could potentially reach each target audience. The contractor shall do this in a manner easy to demonstrate to internal and external stakeholders (i.e. presentations, infographics, etc.)
- Determine investment allocations for existing funds, management reserve and incremental funds, including Non Response Follow Up (NRFU) operations
- Determine content options, e.g. media integration across platforms
- Determine, working with the Census Bureau, a list of added value options for prioritization during media negotiations
- Provide approach for rapid response, crisis communications and campaign optimization media management and implementation.
- Provide creative unit recommendations for each medium and audience, including integrations such as TV show storylines, on-air interviews and event participation.
- Develop a range of innovative ideas to translate the creative platform across non-traditional media channels including, both not limited to, integration on streaming services shows (shows with no traditional advertising), gaming platforms, the recruitment of social media influencers and the integration on web-based shows such as podcasts.

## C.3.2 Media Plan Development
(Refer to section F.2.5 for deliverable related to this task)

The contractor shall develop and deliver the 2020 ICC Media Plan based on the approved Media Strategy. The plan shall establish the most efficient media approach to reach the Diverse Mass audience, which is designed to reach and motivate everyone who consumes English language media regardless of race or ethnicity, or those self-identifying as multi-racial. In addition, the plan shall include suggestions for the most efficient media to reach audiences that consume messaging in the non-English languages that align with those supported by the internet self-response (ISR) instrument and Census Questionnaire Assistance (CQA). (See section H.4 for more details on language requirements for media).

The plan shall include proposed media buys for each campaign phase: Awareness, Motivation, Reminder, and Thank You for each Audience Plan.

In support of this work, the contractor shall:

- Provide a comprehensive evaluation of all media types by audience to ensure maximum impact across all modes of communication
- Assess both quantitative and qualitative factors for all considered media including:
    - Target Reach and Frequency
    - Audience composition and coverage by media type

7

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 12 of 16 PageID# 86983

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  *CONTRACT NO. YA1323-16-CQ-0003*
*ORDER 15 – Media Planning and Buying*  *1333-LB-19-0000-0010*

- - o CPM and efficiency analysis
  - o Media quality factors such as editorial/programming
- Determine specific media budget allocations by:
  - o Audience and/or cluster
  - o Geography
  - o Media Type
  - o Media Vehicle
  - o Media Units
  - o Response Data (during rapid response/campaign optimization phase)
- Provide detailed scheduling and timing recommendations for each medium and for each audience plan:
  - o National TV (network, syndication, cable and streaming)
  - o Spot TV
  - o Magazines
  - o Outdoor
  - o Web/Digital (i.e. social media, podcasts, integration with influencers, music streaming services, search engine marketing, etc.)
  - o Newspaper
  - o Radio (network and local)
  - o Minority media (i.e. newspapers, magazines, radio)
  - o Other Types of Media as identified by contractor
  - o Event Integration
  - o PR and Partnership integration
  - o Statistics in Schools integration
- Prioritize market list for each Audience Plan and develop market investment allocations recommendation by market and by media type, based on research and available market data
- Determine scheduling emphasis and spending allocation by campaign phase: Awareness, Motivation, Reminder, and Thank You for each Audience Plan.
- Deliver and present the plan to the government for final approval

**C.3.3 Negotiation & Purchasing for the Total Media Plan, prior to media executions.**
(Refer to sections F.2.6, F.2.7, F.2.8, F.2.9 for deliverables related to this task)
(This section provides requirements for media negotiation and purchasing services to be provided during Upfront Buys, to take place during FY19, and during the scatter media buys, to take place during FY20. Labor for the Upfront Buys shall be covered under CLIN 0001 and labor for the scatter market shall be covered under CLIN 0001).

Once the media plan is approved, the contractor shall execute the plan accordingly by acquiring approved properties at the most favorable terms, including lowest cost possible.

At a minimum, the contractor shall:

- Drive and manage the entire paid media negotiation, including Upfront Media Negotiations (taking place during Spring / Summer of 2019) and regular/scatter market

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 13 of 16 PageID# 86984

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  *CONTRACT NO. YA1323-16-CQ-0003*
*ORDER 15 – Media Planning and Buying*  *1333-LB-19-0000-0010*

media negotiations (to occur after the Upfront negotiations and up to 2020 campaign deployment).
- For Upfront Media Negotiations, the contractor shall:
  - Assess the relevance of integrated deals that include multiple media types (i.e. advertising both at a TV show and its digital platforms)
  - Manage the added value for any relevant sponsorship commitment (e.g., award season, sports events, high-rated shows)
  - Provide necessary buy and contract information to gain approval for making binding commitments
  - Make commitments up to amount approved by the Government.
- Plan, develop, implement and manage media buy procurement process and contracts execution across all media partners
- Provide efficiency and value comparisons across media types
- Ensure that negotiations for scheduling and added value are fully integrated into regional activities, partnership activities, events and public relation strategies
- Conduct added value negotiations and identify guidelines for selecting and executing added value
- Identify make-good parameters
- Identify contract stipulations and guidelines
- Identify scheduling parameters and programming guidelines, using the approved Do Not Buy list as provided by the Census Bureau.
- Finalize negotiations with all relevant media vendors
- Provide necessary information to enter into binding commitments with media vendors
- Manage processes, relationships with partner buying agencies

### C.3.4 Monitoring and Management of In-Market Execution
(Refer to section F.2.2 for deliverable related to this task).

The contractor shall monitor and manage all in-market executions to ensure they are in accordance with the approved plan and the purchased schedule. As part of monitoring, the contractor shall continuously track execution against the key target populations that would allow for rapid course corrections in the level of media weights or shifts in messages through time. Under this task, the contractor shall, at a minimum:

- Develop a thorough plan to capture performance metrics throughout plan execution including at a minimum:
  - Media delivery vs. goal
  - Online media response
  - Website and social media interaction
  - Effectiveness of each channel linked to the Customer Experience Management (CEM) platform for response tracking
- Refine plan recommendations based on any relevant research leading up to the 2020 campaign including social media monitoring
- Monitor media vehicles to ensure execution of paid media programs as contracted
- Ensure timely negotiation, execution of make-goods

Highly Confidential                                                                                                CENSUS-ADS-0000075461

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 14 of 16 PageID# 86985

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

- Manage internal systems to ensure timely release of materials and vendor payment
- Monthly reconciliation of vendor billing through internal systems
- Identify opportunities to maximize programs as they are in-flight
- Address internal and external stakeholder's comments/in-market plan changes
- Optimize media mix based on performance metrics (i.e. response rate data, social media monitoring) for rapid response
- Conduct ongoing negotiations as needed
- Conduct media buys in recognition of campaign optimization and/or rapid response activities
- Provide weekly schedules for media
- Begin post-buy analysis
- Ad trafficking and ad operations
- Keep the government informed of media performance and findings during weekly status meetings.

The contractor shall monitor the performance of digital advertisements to make course corrections in a timely manner to ensure the most effective and efficient advertisements are used and are reaching the target audiences of the campaign.

The contractor shall measure the effectiveness of digital communications efforts and recommend optimization for current and future efforts, as applicable. This effort shall include, but is not limited to, recommending the metrics to be measured and the goals that determine success. It is anticipated that some, if not all, such metrics shall be provided daily to allow for rapid optimization of digital advertising.

The contractor shall deliver a matrix of online advertising reach and frequency that shows the following, but is not limited to:

- Date – daily progress shall be shown
- Media outlets
- Traffic
- Impressions
- Engagements

The contractor shall update and deliver the matrix in Microsoft Excel to the COR or government Order Manager on a daily/weekly basis, agreed upon by the Census Bureau and the contractor.

### C.3.5 Development and Delivery of Post-Buy Analyses
(Refer to sections F.2.10 and F.2.11 for deliverables related to this task)

The contractor shall develop and deliver a Post- Buy Analysis to capture and report on the media execution by each medium, during each initiative, and for each audience plan, including:

- National TV (network, syndication, cable and streaming services)
- Spot TV
- Magazines

10

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 15 of 16 PageID# 86986

2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT  CONTRACT NO. YA1323-16-CQ-0003
ORDER 15 – Media Planning and Buying  1333-LB-19-0000-0010

- Outdoor
- Web/Digital (i.e. social media, influencers, music streaming service, podcast, etc.)
- Newspaper
- Radio (network and local)
- Other Types of Media as identified by contractor
- Added Value Programs
- Event Integration
- The Diverse Mass delivery to the Black and Hispanic audiences across all media for which figures are available, as well as for all other measureable audiences.
- The Black audience delivery to the Hispanic and Diverse Mass audiences across all media for which figures are available, as well as for all other measureable audiences.
- The Hispanic audience delivery to the Black and Diverse Mass audiences across all media for which figures are available, as well as for all other measureable audiences.
- Circulation figures for Diverse Mass, Black, Hispanic, and all measureable audience publications. (This requires the contractor to go back to acquire and compile information for a number of smaller publications, especially in the case of essential buy titles.)
- Detailed online delivery information, impressions and clicks, for all audiences for which it is available.
- key metrics and explanations on why each medium was or was not successful.

The contractor shall provide a summary of local and national actualized media spending on the ICC in FY2019 and FY2020, including actual dollars spent disaggregated to the following individual spending categories:
- DMA,
- Audience,
- Medium (e.g. TV, radio, print, out-of-home, and digital).

These disaggregated data will be further broken out by the two different buys that were made: Ingoing (National & Local) and Rapid Response (National & Local)
*NOTE: Spending by phase will be rolled up into the Ingoing plan.*

The contractor shall use the following additional methodologies for disaggregating national and local spending:
1. National media includes National TV/Radio, Print (Magazine, National Newspapers, and Sunday Supplements) and Digital.
2. Spending will be allocated by DMA based on the HH population percent of that audience by DMA using all sources available and for all measureable
3. Local media includes Local TV/Radio, Print (Local Newspapers, Community magazines), Outdoor and Paid media driven events. The contractor shall provide a list of what is considered a Paid Media Driven Event.
4. Spending will be allocated to the DMA purchased.
5. For media that self-report themselves to be "national" we will allocate the spending evenly across the total DMA's purchase for other media.
6. If a media vehicle only provides state distribution information, we will allocate the spending to the top 1-2 DMA's in that state (i.e. Billings in Montana)

11

Case 1:23-cv-00108-LMB-JFA   Document 1184-7   Filed 08/20/24   Page 16 of 16 PageID# 86987

*2020 CENSUS INTEGRATED COMMUNICATIONS CONTRACT*  CONTRACT NO. YA1323-16-CQ-0003
*ORDER 15 – Media Planning and Buying*  1333-LB-19-0000-0010

The contractor shall provide the following additional GRP flowcharts by DMA for all measureable audiences:

1. Weekly actualized spot television and radio ratings delivered by the Diverse Mass Communication Plan (A18+), Black/African American Communication Plan for Black/African American Adults 18+ (or AA Adults 18-49, as required), the Hispanic Communication Plan for Hispanic Adults 18+ (or Hispanic Adults 18-49, as required) in each DMA where spot buys were placed in these plans. If these data are not practical to obtain, then the estimated ratings from the purchased spots or final approved plan may be substituted. The contractor shall provide this same data for all measureable audiences.

2. Estimated weekly national television and radio ratings delivered by the Diverse Mass Communication Plan for the African American Adults 18+ and Hispanic Adults 18+ audiences. The contractor shall provide this same data for all measureable audiences.

3. The contactor shall provide actualized TV ratings data by DMA for the National Ingoing, Rapid Response, buys combined. These data will give TV ratings for each DMA by quarter for Adults 18+. The contractor will provide TV ratings for the Black, Hispanic, and all measurable audience buys for each DMA by quarter, to the extent these rating is measured by their internal tracking tools. The contractor will provide a listing of those media properties on each of the audience plans which were included or excluded from the ratings provided. The contractor will provide the audience composition of the adults 18+ in each DMA, that is, the estimated number of Total Adults 18+, Black Adults 18+ and Hispanic Adults 18+, and for all other measureable audiences.

## C.4. MANAGEMENT REQUIREMENTS

### C.4.1 Order Management

The contractor shall provide project management support and order management. In this regard, the contractor shall ensure requirements are completed on time, within budget, within scope, and to the highest quality standards.

The contractor shall designate an experienced order manager to oversee all technical and contractual aspects of this order, who will serve as liaison between the contractor and the designated Government Order Manager (refer to section G.1.2 and G.1.3 of this Order). The Contractor Order Manager shall oversee that all order-level requirements are completed on time, on budget, and to the highest quality standards.

The Contractor Order Manager, along with order-level program management staff shall provide program management support for all services delivered under this order, including:

– Planning, coordination and participation during order kick off meeting.
– Development, maintenance and execution of order level program management plans;
– Updates to order-level schedule and impact to the 2020 ICC Integrated Master Schedule (managed under YA1323-16-CQ-0003/OR011 - Program Management Order);