# EXHIBIT 88

# PUBLIC

## Google Display

| Impressions | Spend |
|---|---|
| 6,375,821 | $10,035.58 |

| Clicks | CTR |
|---|---|
| 3,908 | 0.06% |




**OBSERVATIONS:**
- The display campaign launched on July 22 and was added as a complement in tandem with Google Search to increase the reach of the campaign. The highest performing display unit was the 580x400 at 0.08%. Unfortunately, the average CTR for this campaign was at 0.06% which is much lower than other tactics on the plan. Recognizing this, we shifted the remaining Google Display budget to Facebook display in September, which has much stronger CTRs.



EXHIBIT
143
9.26.23