# EXHIBIT 95

# PUBLIC

# 2020 CENSUS INTEGRATED COMMUNICATIONS PLAN

Version 1.0
6/2/2017

United States Census 2020

Confidential

# TABLE OF CONTENTS

Background ........................................................................................................................................................1
    Overview and Key Assumptions...............................................................................................................1
    Alignment With Operations .....................................................................................................................6
        Decennial and Non-decennial Operations........................................................................................6
        Operations in Puerto Rico and the Island Areas...............................................................................7
        Fulfillment .........................................................................................................................................7
    About This Draft .......................................................................................................................................7
    Available Information Supporting This Draft ..........................................................................................8

Executive Summary ........................................................................................................................................12

Strategic Inputs to the Plan ............................................................................................................................15
    Insights, Opportunities, and Barriers ....................................................................................................15
        Overall Challenges for the 2020 Census .........................................................................................15
        Mindset of the Public .....................................................................................................................15
        The Changing Face of America .......................................................................................................17
        Elections in 2016 and 2020.............................................................................................................18
        Robust Data and the Means to Act on Them ................................................................................18
        Use of BrandAsset Valuator® (BAV®).............................................................................................19
        Influencers Driving Media Consumption .......................................................................................20
        Changes in the Media Environment and Available Channels .......................................................20
    Audience-Based Insights ........................................................................................................................22
        Inputs From Multicultural Outreach and Communications Partners ...........................................22
        Initial Audience Insights .................................................................................................................25

Our Approach to Collaborating on the 2020 Campaign ................................................................................48
    Timeline..................................................................................................................................................48
    Phased Communications Approach .....................................................................................................49
    Research and Analytics ..........................................................................................................................53
        Key Considerations in Research Planning.......................................................................................53
        Building on Earlier Research Efforts ...............................................................................................54
        Self-Response Propensity Approach...............................................................................................57
        Foundational Research to Guide Creative Development ..............................................................61
        Collaborative and Multicultural Research Approach.....................................................................63
    Campaign and Creative Development ..................................................................................................64
        The Creative Process ......................................................................................................................66
        Development of Strategic Plans .....................................................................................................70
        Integration With Operations ..........................................................................................................70
    Metrics and Tracking.............................................................................................................................77
        Findings and Considerations...........................................................................................................77
        Evaluation .......................................................................................................................................78

Program-Level Plans .......................................................................................................................................79
    Stakeholder Relations ...........................................................................................................................83
        Overview.........................................................................................................................................83
        Approach ........................................................................................................................................83

CENSUS-ADS-0000029309

Key Considerations ........................................................................................................................88
Partnership Program ............................................................................................................................89
    Overview.......................................................................................................................................89
    Approach ......................................................................................................................................90
    Key Considerations ......................................................................................................................99
Advertising and Media Buying .........................................................................................................100
    Overview.....................................................................................................................................100
    Approach ....................................................................................................................................100
    Key Considerations ....................................................................................................................119
Public Relations and Events, and Crisis Communications .............................................................121
    Overview.....................................................................................................................................121
    Approach ....................................................................................................................................121
    Key Considerations ....................................................................................................................134
Website Development and Digital Activities...................................................................................136
    Overview.....................................................................................................................................136
    Approach ....................................................................................................................................137
    Key Considerations ....................................................................................................................142
Social Media .......................................................................................................................................143
    Overview.....................................................................................................................................143
    Approach ....................................................................................................................................144
    Key Considerations ....................................................................................................................161
Statistics in Schools Program ...........................................................................................................162
    Overview.....................................................................................................................................162
    Approach ....................................................................................................................................162
    Key Considerations ....................................................................................................................171
Field Recruitment Advertising and Communications.....................................................................172
    Overview.....................................................................................................................................172
    Approach ....................................................................................................................................173
    Key Considerations ....................................................................................................................181
Rapid Response Activities .................................................................................................................182
    Overview.....................................................................................................................................182
    Approach ....................................................................................................................................182
    Key Considerations ....................................................................................................................188
Data Dissemination ...........................................................................................................................189
    Overview.....................................................................................................................................189
    Approach ....................................................................................................................................189

Appendix A: Project and Financial Management ................................................................................192

Appendix B: Contributors to This Plan..................................................................................................193

References ............................................................................................................................................. 196

# TABLE OF FIGURES

Figure 1: BAV Measures of Equity ...................................................................................................................... 19

Figure 2: 2020 Census Integrated Communications Plan Evolution Timeline .............................................. 48

Figure 3: Phased Communications Approach .................................................................................................. 49

Figure 4: CBAMS 2020 Research ........................................................................................................................ 62

Figure 5: Creative Development Process .......................................................................................................... 65

Figure 6: Quantity of Languages Supported by Channel ................................................................................ 76

Figure 7: Coordinated Communications Channels ......................................................................................... 80

Figure 8: Advertising and Media Buying Approach ...................................................................................... 102

Figure 9: Example of a Google Partnership .................................................................................................... 106

Figure 10: Measurement of Effectiveness in Paid Advertising .................................................................... 113

Figure 11: Screen Shot From "GE Masterclass" ............................................................................................. 124

Figure 12: Photo From Story About McDonald's in the Community ......................................................... 125

Figure 13: Social Media Management, Monitoring, and Response Approach .......................................... 152

Figure 14: Example of Humans of New York Social Media Post ................................................................. 155

Figure 15: Example of Customer Service-Oriented Post Using Hashtag .................................................... 156

Figure 16: Example of Facebook's Voting Planning Tool ............................................................................. 158

Figure 17: GIF From Mashable During "Shark Week" .................................................................................. 160

Figure 18: Examples of Candidate Website .................................................................................................... 180

Figure 19: Example Dashboards for Rapid Response ................................................................................... 185

Figure 20: Crisis Management Approach ....................................................................................................... 188

# TABLE OF TABLES

Table 1: Target Audience and Contractor Expertise ................................................................................................... 23

Table 2: Insights on African American/Black Audiences ............................................................................................ 25

Table 3: Insights on American Indian and Alaska Native (AIAN) Audiences .............................................................. 28

Table 4: Insights on Asian American Audiences ......................................................................................................... 31

Table 5: Insights on Hispanic Audiences ..................................................................................................................... 35

Table 6: Insights on Native Hawaiian and Pacific Islander (NHPI) Audiences ............................................................ 41

Table 7: Insights on Puerto Rican Audiences .............................................................................................................. 43

Table 8: Insights on Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Audiences .............................. 46

Table 9: Mail Return Rates for the 2010 Census by Home Status and Householder Age .......................................... 56

Table 10: Mail Return Rates for the 2010 Census by Race and Ethnicity ................................................................... 56

Table 11: Self-Response Propensity Approach Steps ................................................................................................. 60

Table 12: Potential Partner Outreach by Interest ...................................................................................................... 92

Table 13: Sample Cultural Events ............................................................................................................................. 107

Table 14: Cross-Team Participation for Media Buying .............................................................................................. 112

Table 15: Paid Media Flexibility by Type................................................................................................................... 114

Table 16: 2010 Campaign Reach and Frequency Targets ......................................................................................... 118

Table 17: Key Metrics by Channel ............................................................................................................................ 118

Table 18: Social Media Platforms ............................................................................................................................. 148

Confidential

# BACKGROUND

The U.S. Constitution mandates that a census is conducted. It is one of the very few duties of the federal government that was spelled out by the Founding Fathers in 1787. Further legislation requires a census every 10 years. The goal of the decennial census is to conduct an enumeration of every person residing in the 50 states, the District of Columbia, Puerto Rico, and the Island Areas (the Commonwealth of the Northern Mariana Islands, Guam, American Samoa, and the U.S. Virgin Islands). The decennial census, conducted by the U.S. Census Bureau, is the country's largest nonmilitary mobilization of a workforce and its data are of paramount importance to the nation, determining each state's number of representatives in Congress and the allocation of billions of dollars in funding for many federal programs, the boundaries for voting and school districts, and countless other decisions that benefit local governments in all 50 states and the territories. Businesses of all sizes depend on census data to make decisions about where to locate, hire, and invest. The widespread availability of data through the internet, as well as through third-party entities that often repackage Census Bureau data, has been important for entrepreneurs who need to make data-driven decisions to benefit their businesses.

Among all government services, the decennial census is also unique because of its constitutionally mandated public service role. The U.S. Constitution requires that the Census Bureau not just **attempt** to offer information or a service to the population (as is the case with other federal government programs like voter registration, Social Security enrollment, and the use of national parks), but that the Census Bureau actually **reach and count** every person living in the United States and its territories—of all ages, residence statuses, and locations—whether or not they desire to participate, and regardless of whether they are difficult to find, reach, and count. Core to this mission is the Census Bureau's steadfast commitment to protect the confidentiality of all data it collects**.** This is an obligation that remains among its highest priorities for the 2020 Census.

# OVERVIEW AND KEY ASSUMPTIONS

The Census Bureau has innovative plans for the 2020 Census, including implementing methods that help achieve its goal of counting everyone once, only once, and in the right place, yet designed to deliver significant cost savings. The Census Bureau's Integrated Partnership and Communications (IPC) program is a critical component of the effort to reach and motivate individuals in different areas of the country—those whose education, literacy, language, familiarity with computers and the internet, income, and general views and interests vary greatly. The communications strategy and approach will be guided and driven by the IPC with the support of other internal stakeholders across the Census Bureau.

The 2020 Census Operational Plan identifies the goal of delivering significant taxpayer savings through four key innovation areas: reengineering address canvassing, optimizing self-response, utilizing administrative records and third-party data, and reengineering field operations. As Field costs associated with Address Canvassing and Nonresponse Followup operations comprise the most expensive parts of the 2020 Census. All four innovation areas are aimed at reducing

1

the cost of field work. A reengineered Address Canvassing operation is expected to reduce the field workload for address updating by 75 percent. Self-response innovations, which are aimed at generating the largest possible self-response rate, coupled with the use of administrative records and third-party data, are intended to reduce the field workload associated with Nonresponse Followup. Finally, the reengineered field operations are intended to increase the efficiency of those operations, allowing managers and fieldworkers to be more productive and effective.  A notable component of the operational plan is the introduction of a widely promoted online response option, which will allow people to respond using their smartphone, tablet, or computer, with or without a Census-assigned ID number. The online response option joins the traditional mail and the new telephone option for self-response.

To reduce taxpayer costs for the 2020 Census, the Census Bureau aims to maximize the percentage of the population that self-responds, without any follow-up from the Census Bureau. The Nonresponse Followup (NRFU) operation to count all remaining households are costlier than digital , telephone, and mail  self-response methods, as they involve face-to-face visits. To help achieve this goal, the Census Bureau will need a strong communications component. This means the Census Bureau must:

- Educate the population on the value of the census and its importance to the nation and our democracy, as well as to every state, community, and neighborhood—particularly the impact on local schools, health care, emergency response, and other community services (Conrey, ZuWallack, & Locke, 2012).

- Explain the available means for response to make it easy for everyone to participate.

- Communicate with audiences through the communications channels and languages most appropriate for reaching them.

- Reach out to communities using trusted local voices via the partnership program.

Confidential

CENSUS-ADS-0000029314