# EXHIBIT 97

# REDACTED

# Report Figures

## Figure 11: Advertising Spend of FAA Purchase Pathways Included and Excluded from Damages Analysis, January 25, 2019 – January 24, 2023

DV360, Google Ads, and TTD

| | | Included | Excluded | | | Total |
|---|---|---|---|---|---|---|
| | | [A] | Excluded by United States [B] | Unknown Ad Agency [C] | Subtotal - Excluded [D] = ∑([B]:[C]) | [E] = [A] + [D] |
| **DV360** | [1] | | | | | |
| Air Force | [2] | $ 5,159,817 | $ - | $ - | $ - | $ 5,159,817 |
| Army | [3] | 15,099,145 | 1,709,903 | - | 1,709,903 | 16,809,048 |
| Census | [4] | 1,171,558 | 29,601 | - | 29,601 | 1,201,159 |
| CMS | [5] | 1,462,531 | 1,009,899 | - | 1,009,899 | 2,472,431 |
| NHTSA | [6] | 969,860 | 25 | - | 25 | 969,885 |
| USPS | [7] | [illegible] | [illegible] | - | [illegible] | [illegible] |
| VA | [8] | 4,990,890 | 886,417 | - | 886,417 | 5,877,307 |
| **Subtotal - DV360** | [9] | $ [illegible] | [illegible] | $ - | $ [illegible] | $ [illegible] |
| **Google Ads** | [10] | | | | | |
| Air Force | [11] | $ - | $ 66,727 | $ 19 | $ 66,746 | $ 66,746 |
| Army | [12] | - | 1,623 | 36,190 | 37,813 | 37,813 |
| Census | [13] | - | 99,218 | 82,904 | 182,122 | 182,122 |
| CMS | [14] | 8,291,595 | 345,255 | 1,998,744 | 2,343,999 | 10,635,594 |
| Navy | [15] | 275,938 | - | 13,917 | 13,917 | 289,855 |
| NHTSA | [16] | 808,154 | - | 18,879 | 18,879 | 827,033 |
| USPS | [17] | - | [illegible] | [illegible] | [illegible] | [illegible] |
| VA | [18] | - | 142,926 | 15,504 | 158,430 | 158,430 |
| **Subtotal - Google Ads** | [19] | $ [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **TTD** | [20] | | | | | |
| Census | [21] | $ - | $ 10,771 | $ - | $ 10,771 | $ 10,771 |
| CMS | [22] | - | 4,882 | - | 4,882 | 4,882 |
| Navy | [23] | 831,072 | - | - | - | 831,072 |
| NHTSA | [24] | - | 48,257 | - | 48,257 | 48,257 |
| USPS | [25] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Subtotal - TTD** | [27] | $ [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Total** | [28] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Sources and Notes:

DV360: GOOG-AT-MDL-DATA-000488278–000508815 and GOOG-AT-MDL-DATA-000561263–000561420.

Google Ads: GOOG-AT-MDL-DATA-000486626–000488277 and GOOG-AT-MDL-DATA-000558890–000559276.

TTD: TTD_DOJ-GOOG23-0012987 and TTD_DOJ-GOOG23-0033644.

[A]: These FAA Purchase Pathways are in scope and are included in the damages analysis.

[B]: The United States has instructed me to exclude these FAA Purchase Pathways.

[C]: These FAA Purchase Pathways have no information in the Advertiser Identifier Variables. Therefore, it is not possible to determine the ad agencies involved in these FAA Purchase Pathways, and I have excluded them from my damages analysis.

Note : In Column [A], I exclude USPS spend for amounts Google invoiced in 2019 and 2020 for the USPS Pathways.

# Intermediate

HIGHLY CONFIDENTIAL

List of All Pathways

DV360

| | | | | Total [A] | Pathway Category Identifier [B] |
|---|---|---|---|---|---|
| **Air Force** | | [1] | | | |
| GSD&M | Air Force | [2] | $ | 5,159,817 | {a} |
| **Army** | | [3] | | | |
| Adswerve - Causal IQ (Globalwide Media) - US | US Army - OMD | [4] | $ | 3,166 | {b} |
| Adswerve - Goodway Group - US | US Army | [5] | $ | - | {b} |
| Jellyfish - Cox Media Group - DV360 - US | SEATV \| Seattle Army Recruiting Battalion-D_L00254268 | [6] | $ | - | {b} |
| Matterkind US | Army [Hybrid] | [7] | $ | 1,705,720 | {b} |
| MightyHive - Electric Symphony Media - US | Electric Symphony - US Army ROTC (CTV) | [8] | $ | 1,009 | {b} |
| MightyHive - US | Pittsburgh Post-Gazette - The U.S Army Field Band | [9] | $ | 9 | {b} |
| OMD-Army | A_A1B_OMD | [10] | $ | 75,553 | {a} |
| OMD-Army | A_A2B_OMD | [11] | $ | 67,194 | {a} |
| OMD-Army | A_A3B_OMD | [12] | $ | 52,741 | {a} |
| OMD-Army | A_A5B_OMD | [13] | $ | 73,689 | {a} |
| OMD-Army | A_AB6_OMD | [14] | $ | 375,824 | {a} |
| OMD-Army | A_AHG_OMD | [15] | $ | 534,413 | {a} |
| OMD-Army | A_ART_OMD | [16] | $ | 706,405 | {a} |
| OMD-Army | A_ASB_OMD | [17] | $ | 62,191 | {a} |
| OMD-Army | A_MEB_OMD | [18] | $ | 171,434 | {a} |
| OMD-Army | Army - National | [19] | $ | 10,660,663 | {a} |
| OMD-Army | US_ARMY_MRIP | [20] | $ | 1,723,785 | {a} |
| OMD-Army | US_Army_PM_OMD | [21] | $ | 595,252 | {a} |
| **Census** | | [22] | | | |
| AdSwerve 2 | Census (Digital Media Solutions) | [23] | $ | 9,140 | {b} |
| Census Programmatic | Census | [24] | $ | 0 | {b} |
| Census Programmatic | Culture 1 World (C1W) | [25] | $ | 749,090 | {a} |
| Census Programmatic | Reingold (RG) | [26] | $ | 49,533 | {a} |
| Census Programmatic | Reingold-CHW (RG-CHW) | [27] | $ | 1,359 | {a} |
| Census Programmatic | Reingold-NHPI (RG-NHPI) | [28] | $ | 3,392 | {a} |
| Census Programmatic | TDW+Co (TDW) | [29] | $ | 368,184 | {a} |
| Census Programmatic | Wavemaker Puerto Rico (WM PR) | [30] | $ | 4,901 | {b} |
| MightyHive - Electric Symphony Media - US | Electric Symphony - US Census Bureau | [31] | $ | 65 | {b} |
| MightyHive - US | Oculu - CCC | [32] | $ | 10,261 | {b} |
| MightyHive - Cox Media - DV360 - US | Cox Media - City of Tucson - AZ | [33] | $ | 1,378 | {b} |
| Jellyfish - Cox Media Group - DV360 - US | MEMTV \| City of Memphis_L00169577 | [34] | $ | 2,945 | {b} |
| Jellyfish - Cox Media Group - DV360 - US | WSBTV \| US Census 2020 | [35] | $ | 910 | {b} |
| **CMS** | | [36] | | | |
| Accuen | Center for Medicare Services | [37] | $ | 72,320 | {b} |
| Adswerve - US | Covered CA (Admaru Network) | [38] | $ | 19,442 | {b} |
| Incubeta DQ&A - MIQ Global - DV360 - US | The Centers for Medicare & Medicaid Services (CMS) c/o Porter Novelli | [39] | $ | 164,295 | {b} |
| GMMB, Inc. | Maryland Health Connection | [40] | $ | 134,872 | {b} |
| Harmelin Media | CWOPA | [41] | $ | 23,279 | {b} |
| Incubeta DQ&A - MIQ Global - DV360 - US | CMS c/o Weber Shandwick | [42] | $ | 505,235 | {b} |
| IPG - Weber Shandwick | CMS - HealthCare.Gov | [43] | $ | 1,462,531 | {a} |
| J.R. Reingold & Associates | VA-HBE | [44] | $ | 10,323 | {b} |
| MightyHive - US | Pivot Marketing Group - Covered CA CE | [45] | $ | 80,133 | {b} |
| **NHTSA** | | [46] | | | |
| Adswerve - Unified Social - US | NHTSA | [47] | $ | 1 | {b} |
| GMMB, Inc. | NHTSA ODI | [48] | $ | 496,829 | {a} |
| GMMB, Inc. | NHTSA Takata Airbag | [49] | $ | 473,031 | {a} |
| Incubeta DQ&A - MIQ Global - DV360 - US | NHTSA c/o Strattacom USD | [50] | $ | 2 | {b} |
| MightyHive - US | Electric Symphony-NHTSA | [51] | $ | 8 | {b} |
| OMG US Omnet Programmatic | Test | [52] | $ | 14 | {b} |
| **USPS** | | [53] | | | |
| [redacted] | USPS c/o Universal McCann | [54] | $ | [redacted] | {b} |
| [redacted] | [redacted] | [55] | $ | [redacted] | {b} |
| [redacted] | USPS [Hybrid] | [56] | $ | [redacted] | {b} |
| [redacted] | USPS [Hybrid] | [57] | $ | [redacted] | {a} |
| **VA** | | [58] | | | |
| Adswerve - US | Veteran's United (Veteran's United) | [59] | $ | 2,595 | {b} |
| AS - Nerdrock - US | U.S. Department of Veterans Affairs | [60] | $ | 267,535 | {b} |
| Incubeta DQ&A - MIQ Global - DV360 - US | Choose VA c/o Aptive | [61] | $ | 9,078 | {b} |
| Incubeta DQ&A - MIQ Global - DV360 - US | Veterans Health Administration (VHA) c/o LMO | [62] | $ | 642 | {b} |
| J.R. Reingold & Associates | VA_KEEPITSECURE_FY22_LETHAL-MEANS | [63] | $ | 716,041 | {a} |
| J.R. Reingold & Associates | VA_MHS | [64] | $ | 424,137 | {a} |
| J.R. Reingold & Associates | VA_MHS_OLD | [65] | $ | 463,669 | {a} |
| J.R. Reingold & Associates | VA_MTC | [66] | $ | 445,209 | {a} |
| J.R. Reingold & Associates | VA_MTC (new) | [67] | $ | 398,540 | {a} |
| J.R. Reingold & Associates | VA_PREVENTS | [68] | $ | 1,465,193 | {a} |
| J.R. Reingold & Associates | VA_SP | [69] | $ | 731,448 | {a} |
| J.R. Reingold & Associates | VA_SP_LETHAL-MEANS | [70] | $ | 173,421 | {a} |
| J.R. Reingold & Associates | VA_SP_SPM_FY21 | [71] | $ | 92,080 | {a} |
| J.R. Reingold & Associates | VA_SPP_VCL | [72] | $ | 81,153 | {a} |
| Jellyfish - Reingold - US | reng - suicide prevention | [73] | $ | 606,065 | {b} |
| Jellyfish - US | BONI - SLC - American United Federal Union | [74] | $ | 269 | {b} |
| MightyHive - US | Evolear Digital - VA Hospital | [75] | $ | 233 | {b} |

Sources and Notes:

[A]: FAA Purchase Pathway totals. GOOG-AT-MDL-DATA-000488278–000508815 and GOOG-AT-MDL-DATA-000561263–000561420.

[B]: Pathway category identifier.

{a}: This FAA Purchase Pathway is in scope and is included in the damages model.

{b}: The United States has instructed me to exclude these FAA Purchase Pathways.

Note: Advertiser and partner names are as shown in the data.

Note: For the USPS pathway, amounts billed for services in 2019 and 2020 are split out in this analysis and removed from damages. (See rows [56] and [57].)

## List of All Pathways
**Google Ads**

| | | | Total [A] | Pathway Category Identifier [B] |
|---|---|---|---|---|
| **Army** | [1] | | | |
| Buffalo Check | [2] | $ | 1,617 | {b} |
| Goodway Group | [3] | $ | - | {b} |
| Gulf Coast Web | [4] | $ | 6 | {b} |
| Infinite Digital | [5] | $ | 0 | {b} |
| NOT AN AGENCY | [6] | $ | 35,041 | {c} |
| OMD | [7] | $ | - | {b} |
| Scripps | [8] | $ | - | {b} |
| Vici | [9] | $ | 0 | {b} |
| Blanks | [10] | $ | 1,149 | {c} |
| **Air Force** | [11] | | | |
| 44 Interactive | [12] | $ | 137 | {b} |
| Mediavision2020 | [13] | $ | 14 | {b} |
| GSD&M | [14] | $ | 66,521 | {b} |
| Telexis | [15] | $ | 55 | {b} |
| The Social Being Meetings & Media Firm | [16] | $ | - | {b} |
| Thrive Internet Marketing | [17] | $ | - | {b} |
| Blanks | [18] | $ | 19 | {c} |
| **Census** | [19] | | | |
| Adzooma | [20] | $ | 1 | {b} |
| Aloysius Butler & Clark | [21] | $ | 1,136 | {b} |
| Change Media Group | [22] | $ | 7 | {b} |
| DCC Marketing | [23] | $ | 172 | {b} |
| designCraft Advertising | [24] | $ | 37 | {b} |
| Digital Relativity | [25] | $ | 16,438 | {b} |
| Gott Advertising | [26] | $ | 8,709 | {b} |
| HYFN Local | [27] | $ | - | {b} |
| Infinite Digital | [28] | $ | 17 | {b} |
| Marketing Doctor, | [29] | $ | 689 | {b} |
| Octane Public Relations&Advertising | [30] | $ | - | {b} |
| Opteo | [31] | $ | 754 | {b} |
| PPBH | [32] | $ | - | {b} |
| Reingold | [33] | $ | 1,886 | {b} |
| Runyon, Saltzman & Einhorn | [34] | $ | 33,323 | {b} |
| Sperling Interactive | [35] | $ | 900 | {b} |
| Sprout Creative | [36] | $ | 5,767 | {b} |
| Summit Media | [37] | $ | 709 | {b} |
| The Digital Hyve | [38] | $ | 4,251 | {b} |
| The Focus Group | [39] | $ | 497 | {b} |
| The Vrooman Group | [40] | $ | 17,762 | {b} |
| TTEC Holdings | [41] | $ | - | {b} |
| Wavemaker | [42] | $ | 6,161 | {b} |
| Blank | [43] | $ | 82,904 | {c} |

HIGHLY CONFIDENTIAL

List of All Pathways
Google Ads

| | | | Total | Pathway Category Identifier |
|---|---|---|---|---|
| | | | [A] | [B] |
| **CMS** | [44] | | | |
| BSA | [45] | $ | - | {b} |
| Edelman SEM Management | [46] | $ | - | {b} |
| Initiative | [47] | $ | - | {b} |
| Ketchum | [48] | $ | 0 | {b} |
| Media Partnership Corporation | [49] | $ | 36,028 | {b} |
| Open Slate | [50] | $ | 296,627 | {b} |
| PPBH | [51] | $ | 2,826 | {b} |
| Princeton Partners | [52] | $ | 1,256 | {b} |
| Red House Communications | [53] | $ | 8,518 | {b} |
| TTEC Holdings | [54] | $ | - | {b} |
| Weber Shandwick | [55] | $ | 8,291,595 | {a} |
| Blank | [56] | $ | 1,998,744 | {c} |
| **Navy** | [57] | | | |
| Wavemaker | [58] | $ | 275,938 | {a} |
| Blank | [59] | $ | 13,917 | {c} |
| **NHTSA** | [60] | | | |
| GMMB | [61] | $ | 808,154 | {a} |
| Scripps | [62] | $ | - | {b} |
| Tombras Group | [63] | $ | - | {b} |
| Unified | [64] | $ | - | {b} |
| VI Marketing and Branding | [65] | $ | - | {b} |
| Blank | [66] | $ | 18,879 | {c} |
| **USPS** | [67] | | | |
| UM | [68] | $ | | {b} |
| Blank | [69] | $ | | {c} |
| **VA** | [70] | | | |
| Crosby Marketing | [71] | $ | 29,018 | {b} |
| Green Glider | [72] | $ | 52,731 | {b} |
| Reingold | [73] | $ | 55,572 | {b} |
| Richter7 Inc | [74] | $ | 2 | {b} |
| Sachs Media Group | [75] | $ | 5,601 | {b} |
| TTEC Holdings | [76] | $ | 2 | {b} |
| YouConnex | [77] | $ | - | {b} |
| Blank | [78] | $ | 15,504 | {c} |

Sources and Notes:
[A]: FAA Purchase Pathway totals. GOOG-AT-MDL-DATA-000486626–000488277 and GOOG-AT-MDL-DATA-000558890–000559276.
[B]: Pathway category identifier.
{a}: This FAA Purchase Pathway is in scope and is included in the damages model.
{b}: The United States has instructed me to exclude these FAA Purchase Pathways.
{c}: This FAA Purchase Pathway has blanks or "NOT AN AGENCY" in the third party fields. Therefore, it is not possible to determine the parties in this FAA Purchase Pathway.

HIGHLY CONFIDENTIAL.

List of All Pathways
TTD

| | | | Total [A] | Pathway Category Identifier [B] |
|---|---|---|---|---|
| **Census** | [1] | | | |
| BMG - DET - The Michigan Chronicle - 2020 US Census | [2] | $ | 0 | {b} |
| CA Census 2020 | [3] | $ | 38 | {b} |
| Cache Valley Digital - Census 2020 | [4] | $ | 3 | {b} |
| Cal Census (#GOV1485258) - Gov | [5] | $ | 173 | {b} |
| California Census | [6] | $ | 2 | {b} |
| California Complete Count Census 2020 | [7] | $ | 84 | {b} |
| Census 2020 | [8] | $ | 43 | {b} |
| Census 2020 | [9] | $ | 0 | {b} |
| Census 2020 | [10] | $ | 21 | {b} |
| Census Dallas | [11] | $ | 4 | {b} |
| City of Columbia - Census | [12] | $ | 7 | {b} |
| City of Santa Maria - Census | [13] | $ | 12 | {b} |
| City of Ventura Census | [14] | $ | 10 | {b} |
| Coconino County Census | [15] | $ | 45 | {b} |
| Cook County Census | [16] | $ | 92 | {b} |
| Cumulus Peoria_Census 2020_D | [17] | $ | 1 | {b} |
| Phoenix Census | [18] | $ | 2,746 | {b} |
| Rhode Island Census | [19] | $ | 293 | {b} |
| Santa Clara County Census | [20] | $ | 5,313 | {b} |
| SDUT-RSE -U.S. Census Bureau - Recruitment--N2H96235986- | [21] | $ | 15 | {b} |
| SWIFT - AT - A2P 2020 Census | [22] | $ | 7 | {b} |
| United States Census | [23] | $ | 942 | {b} |
| United States Census | [24] | $ | 907 | {b} |
| VA Complete Count - US Census | [25] | $ | 9 | {b} |
| Ventura County Census 2020 | [26] | $ | 0 | {b} |
| **CMS** | [27] | | | |
| Centers for Medicare | [28] | $ | 7 | {b} |
| CMS - Medicare Fraud | [29] | $ | 3,582 | {b} |
| CMS - Open Enrollment | [30] | $ | 1,293 | {b} |
| **Navy** | [31] | | | |
| NAVY | [32] | $ | 831,072 | {a} |
| **NHTSA** | [33] | | | |
| NHTSA | [34] | $ | 46,296 | {b} |
| NHTSA - National Highway Traffic Safety Administration | [35] | $ | 1,961 | {b} |
| **USPS** | [36] | | | |
| | [37] | | | {b} |
| | [38] | | | {b} |
| | [39] | | | {b} |
| | [40] | | | {b} |
| USPS | [41] | | | {b} |
| USPS | [42] | | | {b} |
| USPS | [43] | | | {a} |
| USPS | [44] | | | {b} |

Sources and Notes:
[A]: FAA Purchase Pathway totals. TTD_DOJ-GOOG23-0012987 and TTD_DOJ-GOOG23-0033644.
[B]: Pathway category identifier.
{a}: This FAA Purchase Pathway is in scope and is included in the damages model.
{b}: The United States has instructed me to exclude these FAA Purchase Pathways.
{c}: This FAA Purchase Pathway has blanks or "NOT AN AGENCY" in the third party fields. Therefore, it is not possible to determine the parties in this FAA Purchase Pathway.
Note: Advertiser names are as shown in the data.
Note: For the USPS pathway, amounts billed for services in 2019 and 2020 are split out in this analysis and removed from damages. (See rows [42] and [43].)

# Data

HIGHLY CONFIDENTIAL

Figure 11, backup DV360 data

[Table of DV360 advertiser data with columns including Short Name, Seattle_name, FAA, Include/Exclude, dv360_advertiser_name, dv360_partner_name, dv360_partner_id, dv360_advertiser_id, advertiser_parent_name, advertiser_company_name, advertiser_company_id, advertiser_division_name, advertiser_division_id, inventory_source, environment, revenue_usd. Multiple columns are redacted with black bars. Rows cover Air Force, Army, CMS, Census, NHTSA, USPS, and VA advertisers.]

9

HIGHLY CONFIDENTIAL

Figure 11, backup DV360 data

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VA | | Evolear Digital - VA Hospital | MightyHive - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | dExchange | Open Web | 233 |
| | | VA | | Choose VA c/o Aptive | Incubeta DQ&A - MIQ Global - DV360 - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | dExchange | Open Web | 9078 |
| | | VA | | BONI - SLC - American United Federal Union | Jellyfish - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | dExchange | Open Web | 269 |
| | | VA | | Veterans Health Administration (VHA) c/o LMO | Incubeta DQ&A - MIQ Global - DV360 - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | dExchange | Open Web | 642 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_SP | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 1581571 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_MHS_OLD | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 195630 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_SP_LETHAL-MEANS | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 616503 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_MTC | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 411565 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_PREVENTS | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 972760 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_MTC (new) | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 426578 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_KEEPITSECURE_FY22_LETHAL-MEANS | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 819132 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_MHS | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 456456 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_SPP_VCL | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 234113 |
| | | VA | | U.S. Department of Veterans Affairs | AS - Nerdrock - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 350917 |
| | | VA | | Veteran's United (Veteran's United) | Adswerve - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 1952 |
| | | VA | | reng - suicide prevention | Jellyfish - Reingold - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 364453 |
| VA \| JR Reingold | VA.2 | VA | Include | VA_SP_SPM_FY21 | J.R. Reingold & Associates | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 121211 |
| | | VA | | Evolear Digital - VA Hospital | MightyHive - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 168 |
| | | VA | | Choose VA c/o Aptive | Incubeta DQ&A - MIQ Global - DV360 - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 3239 |
| | | VA | | BONI - SLC - American United Federal Union | Jellyfish - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 129 |
| | | VA | | Veterans Health Administration (VHA) c/o LMO | Incubeta DQ&A - MIQ Global - DV360 - US | ited States Government | epartment of Veterans Affairs | rtment of Veterans Affairs | ther | Open Web | 389 |

Figure 11, backup DV360 Data
HIGHLY CONFIDENTIAL

Sources:
DV360 Data: GOOG-AT-MDL-DATA-000488278–000508815.
DV360 Xbridge Data: GOOG-AT-MDL-DATA-000561263–000561420.

11

HIGHLY CONFIDENTIAL.

Figure 11, backup Google Ads data

| Short Name | brattle_name | FAA | Include/Exclude | advertiser_parent_name | adver | advertiser_company_name | advertiser_company_id | advertiser_division_name | ty_parent_id | third_party_parent_name | third_party_company_id | third_party_company_name | third_party_division_id | third_party_division_name | third_party_type | inventory_source | environment | revenue_usd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Air Force | | United States Government | | Department of Defense | | US Air Force | | ediavision2020 | | ediavision2020 | | ediavision2020 | agency | AdExchange | Web | 14 |
| | | Air Force | | United States Government | | Department of Defense | | US Air Force | | nnicom Group | | SD&M | | SD&M | agency | AdExchange | Web | 66521 |
| | | Air Force | Blanks | United States Government | | Department of Defense | | US Air Force | | | | | | | | AdExchange | Web | 19 |
| | | Air Force | | United States Government | | Department of Defense | | US Air Force | | Interactive | | 4 Interactive | | Interactive | agency | AdExchange | Web | 137 |
| | | Air Force | | United States Government | | Department of Defense | | US Air Force | | exis | | elexis | | lexis | agency | AdExchange | Web | 55 |
| | | Army | | United States Government | | Department of Defense | | US Army | | T AN AGENCY | | OT AN AGENCY | | OT AN AGENCY | agency | AdExchange | Web | 35041 |
| | | Army | | United States Government | | Department of Defense | | US Army | | lf Coast Web | | ulf Coast Web | | ulf Coast Web | agency | AdExchange | Web | 6 |
| | | Army | Blanks | United States Government | | Department of Defense | | US Army | | | | | | | | AdExchange | Web | 1149 |
| | | Army | | United States Government | | Department of Defense | | US Army | | i | | ci | | ci | agency | AdExchange | Web | 0 |
| | | Army | | United States Government | | Department of Defense | | US Army | | ffalo Check | | uffalo Check | | ffalo Check | agency | AdExchange | Web | 1617 |
| | | Army | | United States Government | | Department of Defense | | US Army | | inite Digital | | finite Digital | | inite Digital | agency | AdExchange | Web | 0 |
| | | CMS | Blanks | United States Government | | Department of Health & Human Services | | CMS | | | | | | | | AdExchange | Web | 1747831 |
| | | CMS | | United States Government | | Department of Health & Human Services | | CMS | | nnicom Group | | etchum | | tchum | agency | AdExchange | Web | 0 |
| CMS \| Weber S | CMS.2 | CMS | Include | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | erpublic Group | | eber Shandwick | | eber Shandwick | agency | AdExchange | Web | 8291595 |
| | | CMS | Blanks | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | | | | | | | AdExchange | Web | 250913 |
| | | CMS | | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | en Slate | | pen Slate | | pen Slate | agency | AdExchange | Web | 296627 |
| | | CMS | | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | BH | | PBH | | BH | agency | AdExchange | Web | 2826 |
| | | CMS | | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | d House Communications | | ed House Communications | | d House Communications | agency | AdExchange | Web | 8518 |
| | | CMS | | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | nceton Partners | | inceton Partners | | inceton Partners | agency | AdExchange | Web | 1256 |
| | | CMS | | United States Government | | Department of Health & Human Services | | Healthcare Exchanges | | erpublic Group | | edia Partnership Corporation | | edia Partnership Corporation | agency | AdExchange | Web | 36028 |
| | | Census | | United States Census 2020 | | Census | | Census | | ingold | | eingold | | ingold | agency | AdExchange | Web | 1886 |
| | | Census | | United States Census 2020 | | Census | | Census | | zooma | | dzooma | | zooma | agency | AdExchange | Web | 1 |
| | | Census | | United States Census 2020 | | Census | | Census | | ange Media Group | | hange Media Group | | ange Media Group | agency | AdExchange | Web | 7 |
| | | Census | | United States Census 2020 | | Census | | Census | | ital Relativity | | gital Relativity | | gital Relativity | agency | AdExchange | Web | 16438 |
| | | Census | Blanks | United States Census 2020 | | Census | | Census | | | | | | | | AdExchange | Web | 494 |
| | | Census | | United States Census 2020 | | Census Hiring | | Census Hiring | | signCraft Advertising | | esignCraft Advertising | | signCraft Advertising | agency | AdExchange | Web | 37 |
| | | Census | | United States Census 2020 | | Census Hiring | | Census Hiring | | nyon, Saltzman & Einhorn | | unyon, Saltzman & Einhorn | | nyon, Saltzman & Einhorn | agency | AdExchange | Web | 33323 |
| | | Census | | United States Census 2020 | | Census Hiring | | Census Hiring | | mmit Media | | mmit Media | | mmit Media | agency | AdExchange | Web | 709 |
| | | Census | Blanks | United States Census 2020 | | Census Hiring | | Census Hiring | | | | | | | | AdExchange | Web | 51597 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | tt Advertising | | ott Advertising | | ott Advertising | agency | AdExchange | Web | 8709 |
| | | Census | Blanks | United States Census 2020 | | Census Playbook | | Census Playbook | | | | | | | | AdExchange | Web | 30813 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | e Digital Hyve | | he Digital Hyve | | e Digital Hyve | agency | AdExchange | Web | 4251 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | e Vrooman Group | | he Vrooman Group | | e Vrooman Group | agency | AdExchange | Web | 17762 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | ange Media Group | | hange Media Group | | ange Media Group | agency | AdExchange | Web | 0 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | erling Interactive | | erling Interactive | | erling Interactive | agency | AdExchange | Web | 900 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | rketing Doctor, | | arketing Doctor, | | arketing Doctor, | agency | AdExchange | Web | 689 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | out Creative | | rout Creative | | rout Creative | agency | AdExchange | Web | 5767 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | ysius Butler & Clark | | oysius Butler & Clark | | oysius Butler & Clark | agency | AdExchange | Web | 1136 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | C Marketing | | CC Marketing | | CC Marketing | agency | AdExchange | Web | 172 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | teo | | pteo | | pteo | agency | AdExchange | Web | 754 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | PP Group | | oupM | | avemaker | agency | AdExchange | Web | 6161 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | e Focus Group | | he Focus Group | | e Focus Group | agency | AdExchange | Web | 497 |
| | | Census | | United States Census 2020 | | Census Playbook | | Census Playbook | | inite Digital | | finite Digital | | inite Digital | agency | AdExchange | Web | 17 |
| | | NHTSA | Blanks | United States Government | | Department of Transportation | | NHTSA | | | | | | | | AdExchange | Web | 18879 |
| NHTSA \| Strata | NHTSA.2 | NHTSA | Include | United States Government | | Department of Transportation | | NHTSA | | nnicom Group | | MMB | | MMB | agency | AdExchange | Web | 808154 |
| | | Navy | Blanks | United States Government | | Department of Defense | | US Navy | | | | | | | | AdExchange | Web | 13917 |
| Navy \| Y&R \| W | Navy.1 | Navy | Include | United States Government | | Department of Defense | | US Navy | | PP Group | | oupM | | avemaker | agency | AdExchange | Web | 275938 |
| | | USPS | | United States Government | | US Postal Service | | US Postal Service | | erpublic Group | | ediabrands | | M | agency | AdExchange | Web | 62579 |
| | | USPS | Blanks | US Postal Service - Duplicate - 4 | | US Postal Service - Duplicate - 403564 | | US Postal Service - Duplicate - 403564 | | | | | | | | AdExchange | Web | 873 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | hter7 Inc | | chter7 Inc | | chter7 Inc | agency | AdExchange | Web | 2 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | chs Media Group | | chs Media Group | | chs Media Group | agency | AdExchange | Web | 5601 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | osby Marketing | | osby Marketing | | osby Marketing | agency | AdExchange | Web | 29018 |
| | | VA | Blanks | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | | | | | | | AdExchange | Web | 15504 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | ingold | | eingold | | ingold | agency | AdExchange | Web | 55572 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | een Glider | | een Glider | | een Glider | agency | AdExchange | Web | 52731 |
| | | VA | | United States Government | | Department of Veterans Affairs | | Department of Veterans Affairs | | EC Holdings | | TEC Holdings | | EC Holdings | agency | AdExchange | Web | 2 |

Sources
Google Ads Data GOOG-AT-MDL-DATA-000486626–000488277.
XP Daily Data GOOG-AT-MDL-DATA-000558890–000559276.

HIGHLY CONFIDENTIAL

Figure 11, backup TTD data

| AdvertiserName | PartnerName | AdvertiserId | FAA | Brattle_Name | Pathway | partner_cost |
|---|---|---|---|---|---|---|
| Census 2020 | Frequence, Inc. | | Census | | | 43 |
| California Complete Count Census 2020 | Entravision | | Census | | | 84 |
| Census 2020 | Agility Digital, Inc. | | Census | | | 0 |
| United States Census | Keynes Digital | | Census | | | 942 |
| | | | USPS | | | |
| Cumulus Peoria_Census 2020_D | Bridge Marketing LTD | | Census | | | 1 |
| Phoenix Census | Riester | | Census | | | 2746 |
| SWIFT - AT - A2P 2020 Census | AdCellerant | | Census | | | 7 |
| SDUT-RSE -U.S. Census Bureau - Recruitment--N2H96235986- | Ntooitive Digital | | Census | | | 15 |
| California Census | Choozle | | Census | | | 2 |
| VA Complete Count - US Census | Frequence, Inc. | | Census | | | 9 |
| Cache Valley Digital - Census 2020 | Agility Digital, Inc. | | Census | | | 3 |
| Ventura County Census 2020 | Frequence, Inc. | | Census | | | 0 |
| USPS | | | USPS | | | |
| Rhode Island Census | Goodway Group | | Census | | | 293 |
| Coconino County Census | Riester | | Census | | | 45 |
| | | | USPS | | | 4344 |
| Cal Census (#GOV1485258) - Gov | Entercom Operations, Inc. | | Census | | | 173 |
| CA Census 2020 | Gimbal, Inc. | | Census | | | 38 |
| Cook County Census | National CineMedia, LLC | | Census | | | 92 |
| Santa Clara County Census | Storefront Political Media | | Census | | | 5313 |
| NAVY | GroupM - MEC - Multiple - US - USD | | Navy | Navy.2 | Navy \| Group M | 831072 |
| CMS - Open Enrollment | Porter Novelli | | CMS | | | 1293 |
| USPS | | | USPS | USPS.2 | USPS \| Universal McCann (IPG) \| | |
| NHTSA | The Tombras Group | | NHTSA | | | 46296 |
| | | | USPS | | | |
| | | | | | | |
| BMG - DET - The Michigan Chronicle - 2020 US Census | AdCellerant | | Census | | | 0 |
| Census 2020 | Gimbal, Inc. | | Census | | | 21 |
| USPS | | | USPS | | | |
| US - USPS c.o Universal Mccann | | | USPS | | | |
| Centers for Medicare | Frequence, Inc. | | CMS | | | 7 |
| City of Columbia - Census | Bucket Media, Inc. | | Census | | | 7 |
| CMS - Medicare Fraud | Edelman | | CMS | | | 3582 |
| NHTSA - National Highway Traffic Safety Administration | H Code Media | | NHTSA | | | 1961 |
| City of Ventura Census | Gimbal, Inc. | | Census | | | 10 |
| United States Census | Campaign Ad-Cloud | | Census | | | 907 |
| City of Santa Maria - Census | Entravision | | Census | | | 12 |

Sources:
TTD_DOJ-GOOG23-0012987.
TTD_DOJ-GOOG23-0033644.

| inscope | revenue_usd |
| --- | --- |
| post-2020 | 7307130 |
| 2019 and 2020 | 3649619 |

Sources:
DV360 Data: GOOG-AT-MDL-DATA-000488278–000508815.
DV360 Xbridge Data: GOOG-AT-MDL-DATA-000561263–000561420.

HIGHLY CONFIDENTIAL.
Figure 11, backup TTD USPS adj

| inscope | partner_cost |
| --- | --- |
| post-2020 | 70333 |
| 2019 and 2020 | 91970 |

Sources:
TTD_DOJ-GOOG23-0012987.
TTD_DOJ-GOOG23-0033644.

15