# EXHIBIT 104

# PUBLIC

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF VIRGINIA
 3    ALEXANDRIA DIVISION
      _____
 4
      UNITED STATES, et al.,
 5
                                Plaintiffs,
 6
                  -against-
 7
      GOOGLE LLC,
 8
                                Defendant.
 9
      No: 1:23-cv-00108-LMB-JFA
10    _____
11
                                September 28, 2023
12                              10:04 a.m.
13
14
15
16            DEPOSITION of SIMON WHITCOMBE,
17    taken by Defendant, pursuant to Notice,
18    held at the offices of COVINGTON & BURLING
19    LLP, 620 Eighth Avenue, New York, New York
20    before Wayne Hock, a Notary Public of the
21    State of New York.
22
23
24
25     Job No. CS6114685
```

Page 2

1
2  A P P E A R A N C E S:
3
4  UNITED STATES DEPARTMENT OF JUSTICE
   Attorneys for Plaintiffs
5     450 5th Street, NW
      Washington, D.C. 20001
6
   BY:   JEFFREY VERNON, ESQ.
7        Jeffrey.Vernon@usdoj.gov
         ISABEL AGNEW, ESQ.
8        isabel.agnew@usdoj.gov
9
   AXINN, VELTROP & HARKRIDER LLP
10 Attorneys for Defendant
      1901 L Street, NW
11    Washington, D.C. 20036
12 BY:   DANIEL S. BITTON, ESQ.
         dbitton@axinn.com
13       NEELESH MOORTHY, ESQ.
         nmoorthy@axinn.com
14
15
   COVINGTON & BURLING LLP
16 Attorneys for Witness
      620 Eighth Avenue
17    New York, New York 10018
18 BY:   E. KATE PATCHEN, ESQ.
         kpatchen@cov.com
19       DANIEL WELTZ, ESQ.
         dweltz@cov.com
20
21
22
23
24
25

Page 3

1
2     A P P E A R A N C E S: (Continued)
3
4     ALSO PRESENT:
5
         RON MARRAZZO, Videographer
6        ERIC MEIRING, ESQ.
7
8           *   *   *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2        THE VIDEOGRAPHER: Good morning.
3   We are now going on the record.
4        The time is approximately
5   a.m.
6        This is the 28th of September,
7   2023.
8        This is the video recorded
9   deposition of Simon Whitcombe in the
10  matter of United States, et al. versus
11  Google, LLC.
12       This case is filed in the U.S.
13  District Court, Eastern District of
14  Virginia, Alexandria Division.  The
15  docket number is
16  1:23-cv-00108-LMB-JFA.
17       The location of this deposition
18  is Covington and Burling located at
19  620 Eighth Avenue in New York City.
20       My name is Ron Marrazzo
21  representing Veritext Legal Solutions,
22  and our court reporter is Wayne Hock
23  from the firm Veritext Legal
24  Solutions.
25       I'm not related to any party in

Page 5

1
2   this action, nor am I financially
3   interested in its outcome.
4        All counsel attending will be
5   noted on the written transcript.
6        We can now swear in the witness
7   and proceed.
8  S I M O N   W H I T C O M B E, having
9      been first duly sworn by a
10     Notary Public of the State of
11     New York, upon being examined,
12     testified as follows:
13 EXAMINATION BY
14 MR. BITTON:
15    Q.   Good morning, Mr. Whitcombe.  My
16 name is Daniel Bitton.  I'm an attorney
17 with Axinn, Veltrop and Harkrider.  I'm
18 here on behalf of Google in this matter.
19       Can you please state your full
20 name for the record?
21    A.   Yeah, Simon Whitcombe.
22    Q.   Thank you.
23       Mr. Whitcombe, where do you
24 live?
25    A.   I live in New Canaan,

2 (Pages 2 - 5)

Page 22

S. Whitcombe

2  Q. Okay.
3     Approximately how much revenue
4  did Meta generate from ad sales on its
5  owned and operated properties in 2021?
6  A. I don't have -- I don't have the
7  number committed to memory from 2021, but
8  it would be somewhere in the order of a
9  hundred billion dollars.
10 Q. Is that sales number globally?
11 A. Yes.
12 Q. And do you have a sense for what
13 it was for North America or the United
14 States?
15 A. I don't, I don't have the
16 breakout.
17 Q. And how about in 2022, would it
18 be around a hundred billion dollars as
19 well?
20 A. Yeah, it would be approximately
21 the same.
22 Q. Has Meta's ad revenue from ad
23 sales on its owned and operated properties
24 grown since 2016?
25 A. Yes, it has.

Page 23

S. Whitcombe

2  Q. Approximately -- well, have you
3  ever heard of the term "monthly active
4  users"?
5  A. Yes.
6  Q. What does that mean?
7  A. It means the number of people
8  that visit a property within a month time
9  frame.
10 Q. Is that a metric that Meta
11 tracks?
12 A. Yes.
13 Q. Why?
14 A. Well, it's an important part of
15 our quarterly earnings calls, financial
16 reporting. I know the analysts and
17 investors follow this quite closely. And
18 it's a metric that can be important for
19 some advertisers when we think about, you
20 know, how we stack up competitively versus
21 the market.
22 Q. And why is it a metric that's
23 important to some advertisers?
24 A. Because some advertisers might
25 care about overall reach and want to work

Page 24

S. Whitcombe

2  with properties that can reach a
3  significant amount of people in a given
4  region.
5  Q. Approximately how many monthly
6  active users that Meta serves across its
7  owned and operated properties in 2022?
8     MS. PATCHEN: I object as to the
9  scope.
10    THE WITNESS: Again, you know,
11 on the monthly side, breaking it down
12 as an aggregation, I don't have that
13 committed to memory. I would imagine
14 it would be somewhere in the order of
15 two to three billion.
16 Q. Thank you.
17    Have you ever heard of the term
18 "marketing objectives"?
19 A. Yes.
20 Q. What does that mean to you?
21 A. It's an objective that
22 advertisers -- it's an objective that
23 advertisers would want to drive for their
24 individual businesses.
25 Q. Can you provide some examples of

Page 25

S. Whitcombe

2  marketing objectives that an advertiser
3  might pursue?
4  A. Of course.
5     So sales would be an example
6  objective, so advertisers would want to
7  drive sales for their individual business.
8  App, so driving app installs would be --
9  would be an objective. Driving website
10 visits would be an objective. Driving
11 when it's in consideration would be an
12 objective for advertisers.
13 Q. Does Meta enable its advertiser
14 customers to achieve any of those
15 objectives on its owned and operated
16 properties?
17 A. Yes, it does.
18 Q. We spoke earlier about Meta
19 serving three different types of
20 advertisers or three different categories
21 it has for advertisers. I want to talk a
22 little bit more about the small business
23 advertisers that Meta serves.
24 A. Uh-huh.
25 Q. What does Meta do to attract

7 (Pages 22 - 25)

Page 26

1           S. Whitcombe
2  small business advertisers to buy ads on
3  the owned and operated properties?
4           MR. VERNON: Objection to
5     foundation.
6           THE WITNESS:  I don't work
7     inside of the small business group,
8     but we market -- I do know that we
9     market to businesses that have created
10    pages and profiles within our apps and
11    services for them to promote their
12    business on our platform.  I believe
13    that we do e-mail marketing -- I think
14    we engage in marketing to reach small
15    businesses to advertise on our
16    platform.  And we use our own platform
17    for a significant portion of that
18    marketing.
19    Q.   You mentioned the Meta Ads
20 Manager --
21    A.   Yes.
22    Q.   -- product earlier.
23         Can you describe what that is?
24    A.   Yeah, it's an interface that
25 allows advertisers, businesses to run

Page 27

1           S. Whitcombe
2  advertisements on our platform.
3     Q.   And when you say on your
4  platform, are you referring to Facebook
5  and Instagram?
6     A.   Yes, I am.
7     Q.   Are there any features --
8           MR. BITTON: Strike that.
9     Q.   Has Meta done anything to make
10 Meta Ads Manager easy to use for small
11 business advertisers?
12          MR. VERNON: Objection to
13    foundation.
14          THE WITNESS:  I think we -- I
15    think we strive to make Ads Manager
16    easy to use for all advertisers.  The
17    easier we can make it for a company to
18    schedule and run and measure an
19    advertisement on our platform, the
20    best -- the better it is for all types
21    of businesses.
22    Q.   Does Meta -- in selling ad space
23 on its owned and operated properties, does
24 Meta offer -- does Meta offer any services
25 specific to small business customers?

Page 28

1           S. Whitcombe
2           MR. VERNON: Objection to
3     foundation.
4           THE WITNESS:  Generally, no.
5     You know, our approach has been to
6     provide tools, services for all
7     advertisers.  I mean, there may be
8     some tools that are used more by small
9     businesses than large businesses, but
10    generally we haven't specifically
11    built tools for small businesses.
12    Q.   Have you heard of the term
13 "self-service ad platform"?
14    A.   Yes.
15    Q.   What is that?
16    A.   That's Ad Manager.  Ad Manager
17 is our self-service ads platform.
18    Q.   What does the self-service app
19 element of that definition refer to?
20    A.   It refers to the fact that
21 anyone or any business can serve an ad
22 without having to speak to anybody,
23 essentially just reserve an ad themselves
24 with our Ads Manager product.
25    Q.   Are you aware of any other

Page 29

1           S. Whitcombe
2  companies offering self-serve platforms to
3  advertisers?
4           MR. VERNON: Objection to
5     foundation.
6           THE WITNESS:  Yes, yes.  I
7     believe Google has a similar type of
8     platform and I think others in digital
9     advertising have similar platforms,
10    too.
11    Q.   Which -- you believe that Google
12 has a similar type of platform.
13    A.   A similar kind of interface that
14 allows people to self-serve their ads.
15    Q.   Similar to what?
16    A.   Similar to Meta's Ad Manager.
17    Q.   And which -- do you know the
18 name of Google's self-serve platform?
19    A.   I do not.
20    Q.   Do you have Google Ads in mind;
21 is that the self-serve platform that
22 you're referring to?
23    A.   Yes.
24          MR. VERNON: Objection to form.
25    Q.   In selling advertising on its

8 (Pages 26 - 29)

Page 30

1          S. Whitcombe
2  owned and operated properties, who does
3  Meta compete with for ad space?
4      A.   I mean, we compete with anybody
5  that is selling advertising in any format.
6  So that would be -- that would include --
7  this isn't an exhaustive list, but I would
8  say it includes anybody invested in
9  broadcast or television advertising,
10 outdoor advertising, it would include of
11 course digital advertising as well.
12     Q.   Can you name any companies that
13 you have in mind as competitors of Meta in
14 the sale of advertising space on its owned
15 and operated properties?
16     A.   Yeah.  It would be anybody from
17 a CBS and an NBC to a Google or other
18 digital properties.  It would be retail
19 media networks, like Walmart Connect.
20 Yeah, there's a few names to get us
21 started.
22     Q.   What does Meta do to compete
23 effectively against those competitors in
24 the sale of advertising space on its owned
25 and operated properties?

Page 31

1          S. Whitcombe
2      A.   I mean, I'd go back to the value
3  proposition that we talked about at the
4  beginning.  I would say that the -- we
5  compete on the reach and engagement that
6  we're able to offer advertisers, the
7  extensive tools that we make available for
8  advertisers that cover as many objectives
9  as we believe they would care about, like
10 sales or awareness and consideration.  It
11 would be the different formats that we
12 offer.  It would be the performance that
13 we drive from all those solutions.  And
14 then the ability that we give advertisers
15 to measure the efficacy of those
16 solutions.
17     Q.   And when you say "the
18 performance that we drive from all those
19 solutions", what specifically are you
20 referring to there?
21     A.   I think each advertiser's
22 performance outcome that they care about
23 tends to be quite different, both in terms
24 of what they care about and how they
25 measure it.  But that would be terms like

Page 32

1          S. Whitcombe
2  "return on ad spend" would be an example.
3  Another might be "cost per acquisition" or
4  "CPA" if their focus is on acquiring new
5  customers or acquiring customers.  Another
6  might be "CPM", right, if they're focused
7  on reaching as many people as efficiently
8  as they possibly can.
9      Q.   You mentioned return on ad
10 spend.
11         What is that exactly?
12     A.   So if I invest a dollar in
13 advertising, what would be the return on
14 that dollar; right?  Obviously if the
15 return was less than a dollar, that would
16 not be profitable marketing.  The focus is
17 to get that number greater than one or as
18 high as you possibly can.
19     Q.   In selling ad space on Meta's
20 Instagram app, does Meta compete with
21 companies that sell ad space on websites?
22         MR. VERNON: Objection to form.
23         THE WITNESS:  Yes, we compete
24     for advertising dollars on Instagram
25     and all our apps and services with any

Page 33

1          S. Whitcombe
2      form of advertising that customers
3      might invest in.
4      Q.   In selling ad space on the
5  Instagram app, does Meta compete with
6  companies that sell ads based on newspaper
7  websites?
8          MR. VERNON: Objection to form.
9          THE WITNESS:  Yes.
10     Q.   In selling ad space on
11 Facebook's website, does Meta compete with
12 companies that sell ad space on mobile
13 apps?
14         MR. VERNON: Objection to form.
15         THE WITNESS:  Yes.
16     Q.   In Meta's experience, do its
17 advertiser customers move their ad dollars
18 between ads on apps and ads on websites?
19         MR. VERNON: Objection to form.
20         THE WITNESS:  Yes.  We see
21     advertisers move their investments
22     based on the performance metrics that
23     they care about across all forms of
24     advertising.
25     Q.   Can you give an example of an

Page 34

S. Whitcombe

```
 1        S. Whitcombe
 2   advertiser -- an advertiser customer of
 3   Meta that moved ad spends between an app
 4   and a website based on performance?
 5      A.   Are you looking for me to give
 6   an individual advertiser name, an example,
 7   or --
 8      Q.   If you have one.
 9      A.   Off the top of my head, no, I
10   don't have any examples that jump out.
11   But, you know, let's say the sales
12   objective as an example.  If somebody is
13   bidding on selling items and their measure
14   of success is return on ad spend, for that
15   advertiser it doesn't matter whether the
16   ads are served.  All that matters to them
17   is the return on that investment and they
18   will move dollars fluidly on where that
19   return on investment is.
20         MR. VERNON: Objection to
21      foundation to the last answer.
22         MR. BITTON: Sorry, Mr. Vernon,
23      are you objecting to the question or
24      to the answer?
25         MR. VERNON: To the answer,
```

Page 35

```
 1        S. Whitcombe
 2      foundation for him speaking on
 3      advertisers' behalf.
 4         MR. BITTON: Okay.  I'm not aware
 5      that you can object to answers.
 6      Q.   Mr. Whitcombe, are you familiar
 7   with the term "connected television" or
 8   CTV?
 9      A.   I am, yes.
10      Q.   Does CTV stand for connected
11   television?
12      A.   Yes, that's my understanding.
13      Q.   In selling ads on its owned and
14   operated properties, does Meta compete for
15   ad spend with companies that sell ads on
16   connected television?
17      A.   Yes.
18         MR. VERNON: Objection to form.
19      Q.   Have you ever heard of the term
20   "programmatic advertising", Mr. Whitcombe?
21      A.   I have.
22      Q.   What does that refer to?
23      A.   Programmatic advertising is --
24   and again, I've never worked in
25   programmatic advertising, I've competed
```

Page 36

```
 1        S. Whitcombe
 2   against it -- is I believe advertising
 3   that's generally served through a system
 4   on the open web of essentially an ad
 5   network framing of different publisher
 6   sites where a single entity is able to
 7   serve demand and supply against those
 8   different websites.
 9      Q.   And you said you've competed --
10   let me just make sure I get that right.
11         You've said, I've never worked
12   in programmatic advertising but I've
13   competed against it.
14      A.   Yes.
15      Q.   When have you competed or when
16   has Meta competed against programmatic
17   advertising?
18      A.   All the time.  Just as I said
19   earlier, we compete against all forms of
20   advertising.
21      Q.   Do you have any examples of
22   providers of programmatic advertising that
23   Meta has competed against?
24      A.   So Google would be an example, I
25   believe Trade Desk would be another
```

Page 37

```
 1        S. Whitcombe
 2   example.
 3      Q.   And when Meta competed against
 4   Google -- Google's programmatic
 5   advertising services, was Meta competing
 6   with ad sales on its owned and operated
 7   properties?
 8         MR. VERNON: Objection to form.
 9         THE WITNESS: Yes.
10      Q.   You mentioned Google as a
11   provider of programmatic advertising.
12         Is there a product that Google
13   offers that you had in mind when you
14   mentioned that?
15      A.   The product that came to mind
16   would be Google Display Network.
17      Q.   Does Meta compete against the
18   Google Display Network for ad spend when
19   it sells ads on Facebook?
20         MR. VERNON: Objection to form.
21         THE WITNESS: Yes.
22      Q.   Does Meta compete with the
23   Google Display Network for ad spend when
24   Meta sells advertising space on the
25   Instagram app?
```

10 (Pages 34 - 37)

Page 38

1           S. Whitcombe
2           MR. VERNON: Objection to form.
3           THE WITNESS:  Yes.
4      Q.   I may get to this later, but are
5   there any instances of advertiser counts
6   that you recall where Meta competed with
7   the Google Display Network?
8      A.   Yes.  A good example that comes
9   to mind in recent memory is the Ford
10  account spends a significant amount of
11  their performance budget on programmatic
12  advertising.  The assumption there is that
13  a decent amount of that would probably be
14  on the Google Display Network.
15          MR. VERNON: Objection to
16      foundation.
17     Q.   You mentioned performance
18  budget.
19          What did you mean by that?
20     A.   Performance budget is budget
21  that was generally focused at the bottom
22  of the marketing funnel to drive sales.
23     Q.   How did Meta --
24          MR. BITTON: Strike that.
25     Q.   What did Meta do to compete for

Page 39

1           S. Whitcombe
2   Ford's business against Google Display
3   Network?
4           MR. VERNON: Objection to
5       foundation.
6           THE WITNESS:  Whether we're
7       competing against Google Display
8       Network for any other form of media
9       but particularly towards the bottom of
10      the funnel, investment is made based
11      upon the performance that can be
12      driven.  So as we're competing for
13      anybody in the market, we will ask
14      advertisers to run tests to understand
15      and measure the relative performance
16      of their advertising against any of
17      the forms of advertising.
18     Q.   Did Meta gain additional
19  business from Ford when it competed
20  against the Google Display Network?
21          MR. VERNON: Objection.  Form and
22      foundation.
23          Go ahead.
24          THE WITNESS:  I mean, this was
25      an example that just came up recently.

Page 40

1           S. Whitcombe
2       I don't think we've had the time yet
3       to, you know, measure any progress
4       there.
5      Q.   When -- I think you said that
6   you -- when you're competing in the
7   market, you will ask advertisers to run
8   tests to understand and measure the
9   relative performance of their advertising
10  against any forms of advertising.
11          Has Meta run tests or asked
12  advertisers to run tests to understand or
13  measure the relative performance of ads on
14  Facebook versus ads on Google Display
15  Network?
16     A.   We don't generally run tests --
17  actually, our focus is not to run
18  head-to-head tests against any other form
19  of advertising.  Our focus is for
20  advertisers to simply run a test,
21  understand the performance of the ads that
22  they're running with us, and then they can
23  decide whether they want to move budget
24  based on the relative performance of their
25  other media investment.

Page 41

1           S. Whitcombe
2      Q.   You mentioned that Meta also
3   competes against The Trade Desk.
4           Do you recall that?
5      A.   Yes.
6           MR. VERNON: Objection.  Form.
7      Q.   Are there any accounts that you
8   recall where Meta competed against The
9   Trade Desk?
10     A.   Again, it's -- I could probably
11  -- coming up with examples, I think most
12  of the advertisers that we work with,
13  large advertisers have quite a diversified
14  media mix.  So they're advertising in lots
15  of lots of different places.  Most
16  advertisers that we work with will have a
17  significant amount of their budget that is
18  going into digital advertising, and then a
19  portion of that digital advertising
20  whether generally go into programmatic and
21  our assumption is that programmatic will
22  make up Google Display Network, Trade
23  Desk, and maybe others.
24          MR. VERNON: Objection to
25      foundation.

11 (Pages 38 - 41)

Page 82

```
 1            S. Whitcombe
 2     dollars.
 3     Q.   I'd like to direct your
 4  attention to page five in this document.
 5          On the -- there's two bar charts
 6  on this slide.
 7          Do you see that?  I want to talk
 8  or direct your attention to the one, the
 9  left side of the chart.
10          MR. VERNON:  Objection.
11     Foundation.
12     Q.   Where it has a heading market
13  share, digital nonsearch.
14          Do you see that?
15          MR. VERNON:  Objection to
16     foundation.
17          THE WITNESS:  Yes, I do.
18     Q.   Have you seen -- as part of your
19  sales position in Meta's ads business,
20  have you seen charts measuring share of
21  digital nonsearch advertising before?
22     A.   I have not.
23          MR. VERNON:  Objection to form
24     and foundation.
25          THE WITNESS:  Let me clarify.
```

Page 83

```
 1            S. Whitcombe
 2     I've seen charts on market share
 3     from third-party sources.  This is too
 4     small for me to see what the source
 5     is, so yeah, I don't know what the
 6     source of this data is.
 7     Q.   What third-party sources have
 8  you seen market share charts?
 9     A.   I think there are a number of
10  third-party sources that measure
11  advertising share.  I think Adweek would
12  be one, Ad Age measures the top five
13  advertisers.  There's a number of
14  different third-party sources.
15     Q.   What does -- what does Meta use
16  those sort of third-party data sources for
17  in the ordinary course of business?
18          MR. VERNON:  Objection to form
19     and foundation.
20          THE WITNESS:  To understand how
21     -- how we stack up versus the
22     companies that we're competing for ad
23     dollars with.
24     Q.   If we look at this chart on the
25  left here, what does it -- so there's a
```

Page 84

```
 1            S. Whitcombe
 2  blue bar in there.
 3          Does that correspond to Facebook
 4  on this chart when you look at the
 5  companies listed on the right side of this
 6  slide?
 7          MR. VERNON:  Objection to form
 8     and foundation.
 9          THE WITNESS:  Yes.  To the best
10     of my understanding, that would
11     correspond to Facebook.
12     Q.   So this chart in -- in the 2016
13  Meta LRP review for ads for the year 2016
14  indicates that Facebook had a twenty-two
15  percent share of digital nonsearch
16  advertising?
17          MR. VERNON:  Objection to form
18     and foundation.
19          THE WITNESS:  That's what the
20     chart suggests, yes.
21     Q.   And if we look at the dark
22  green --
23     A.   Just to clarify, digital
24  nonsearch advertising; right?
25     Q.   Yes.
```

Page 85

```
 1            S. Whitcombe
 2     A.   Yeah, okay.
 3     Q.   And then for the same year -- if
 4  we look at the dark green portion of these
 5  bars in the chart on the left side on this
 6  slide, does that correspond to share of
 7  the Google Display Network?
 8          MR. VERNON:  Objection.  Form and
 9     foundation.
10          THE WITNESS:  It says Google
11     network, it doesn't say Google Display
12     Network.  Again, one might assume that
13     would be Google Display Network, but I
14     can't be certain.
15     Q.   And for the year looking again
16  on the bar chart on the left side of slide
17  five in Meta's 2016 LRP review for ads,
18  what share does it show for the Google
19  network in 2016 of digital nonsearch
20  advertising?
21          MR. VERNON:  Objection.  Form and
22     foundation.
23          THE WITNESS:  It shows fourteen
24     percent.
25     Q.   The same question for year 2020
```

22 (Pages 82 - 85)

Page 86

1    S. Whitcombe
2 starting with the blue bar chart -- the
3 blue portion of the bar chart on the
4 left-hand side, the bar chart on slide
5 five of the Meta 2016 LRP for ads, what
6 share does it show for Facebook in 2020
7 for digital nonsearch advertising?
8        MR. VERNON: Objection to form
9    and foundation.
10       THE WITNESS:  Again, if this is
11   a 2016 document, which it suggests,
12   this is a projection, forward-looking
13   projection, and that forward-looking
14   projection for 2020 says thirty
15   percent.
16   Q.   And what does the same bar chart
17 say for the forward-looking projection for
18 2020 for the Google network share of
19 digital nonsearch advertising?
20       MR. VERNON: Objection.  Form and
21   foundation.
22       THE WITNESS:  For the Google
23   network, the forward-looking
24   projection is nine percent.
25       MR. BITTON: Can we take a five

Page 87

1    S. Whitcombe
2 to ten-minute break to sort of figure
3 out what else we have left for direct?
4        MR. VERNON: That's fine with us.
5        MS. PATCHEN: That sounds good.
6        MR. BITTON: Off the record.
7        THE VIDEOGRAPHER: The time is
8    approximately 12:22 p.m.
9        We are going off the record.
10       (Whereupon a break was taken)
11       THE VIDEOGRAPHER: The time is
12   approximately 12:44 p.m.
13       We are back on the record.
14   Q.   Mr. Whitcombe, in the -- in its
15 ads business, what are -- what does Meta
16 consider sort of growth and investment
17 areas in its ads business?
18   A.   Again, I think it would depend
19 on the context and also -- yeah, the
20 context would be timing as well at any
21 given time.
22   Q.   Today, in terms of time frame
23 today.
24   A.   Today?
25   Q.   Yes.

Page 88

1    S. Whitcombe
2    A.   I would say one of the biggest
3 growth areas in our business is Reels
4 format on both Facebook and Instagram, and
5 we're also making a significant investment
6 there.
7    Q.   And what is the Reels format?
8    A.   Reels is the short form video
9 format.
10       And then I think other
11 investments that we're making in our
12 business would be around AI, artificial
13 intelligence.
14   Q.   What sort of investments is Meta
15 making in its ads business around
16 artificial intelligence?
17   A.   Investments in hardware so we
18 can process more information, investments
19 in data centers, and investments in new
20 machine learning models.  Yeah, that's --
21 again, I don't believe that's an
22 exhaustive list, I don't work in product
23 or infra, but that would give you a flavor
24 of what I believe those investments are.
25   Q.   And why is Meta investing in new

Page 89

1    S. Whitcombe
2 machine learning models for its
3 advertising business?
4        MR. VERNON: Objection to
5    foundation.
6        THE WITNESS:  Because we -- we
7    want to improve the performance of all
8    of our advertising products for
9    advertisers.
10   Q.   In Meta's experience, are others
11 in the industry also investing in
12 artificial intelligence for their ads
13 businesses?
14       MR. VERNON: Objection to form
15   and foundation.
16       THE WITNESS:  Yes, they are.
17   Q.   In Meta's experience, is
18 artificial intelligence a significant new
19 technology in the advertising, online
20 advertising business?
21       MR. VERNON: Objection to form
22   and foundation.
23       THE WITNESS:  No, not
24   necessarily.  I think many companies
25   in this arena and certainly Meta have

Page 90

S. Whitcombe

1
2  been investing in machine learning in
3  the overarching business for many
4  years. I would say that that
5  investment has accelerated a little in
6  recent times, but it's not -- it's not
7  an incredibly recent change, in my
8  view.
9      Q.  So I see that the part of my
10 question you took issue with is new, it's
11 not a new technology, it's being used
12 already?
13     A.  Yeah.
14         MR. VERNON: Objection to the
15 form and foundation.
16     Q.  And how does artificial
17 intelligence improve Meta's -- the
18 performance of Meta's advertising?
19         MR. VERNON: Objection to
20 foundation.
21         THE WITNESS: We use artificial
22 intelligence to make a prediction of
23 exactly what ad to serve to an
24 individual on which service in order
25 to satisfy the objective that an

Page 91

S. Whitcombe

1
2  advertiser is bidding on in our
3  auction.
4      Q.  Has Meta's use of artificial
5  intelligence to improve its advertiser --
6  the performance of its advertising
7  services grown its advertising revenue?
8         MR. VERNON: Objection to form
9  and foundation.
10        THE WITNESS: I think we've made
11 investments in this area because we
12 believe that they will increase the
13 performance of advertisers' investment
14 in our platforms, and historically
15 when we improve performance of
16 advertising, investment in our
17 platform tends to grow.
18     Q.  Beyond Reels and artificial
19 intelligence, are there any other growth
20 areas in online advertising that Meta has
21 invested in?
22     A.  I think there's probably a huge
23 list of areas that we're currently
24 investing in. I don't work in product or
25 engineering within our ads monetization

Page 92

S. Whitcombe

1
2  team so I don't have an exhaustive list,
3  but maybe a couple of more examples or
4  another example that might jump to mind
5  would be improving the quality of lead ads
6  has been an area of focus as another
7  example.
8      Q.  Does Meta invest in -- in its ad
9  business, does Meta invest in protections
10 against fraud and spam?
11     A.  Meta has. We make significant
12 investments in platform integrity and
13 business integrity, which include fighting
14 fraud and spam.
15     Q.  What other platform integrity
16 investments does Meta make for its ads
17 business?
18     A.  Again, I work in the advertising
19 sales business, so I don't have a detailed
20 understanding other than what we talk to
21 advertisers about in my capacity in sales.
22 But other areas would be integrity of the
23 advertising content itself, so it's not
24 breaking any of our policies would be
25 another example. I think other areas

Page 93

S. Whitcombe

1
2  would be brand impersonation, so if
3  companies were impersonating other brands
4  on our platform. That's just another
5  couple of examples I would use.
6      Q.  And why does Meta invest in -- I
7  think you testified Meta makes significant
8  investments in platform integrity and
9  business integrity which include fighting
10 fraud and spam.
11        Why does Meta make significant
12 investments in those protections?
13        MR. VERNON: Objection to
14 foundation.
15        THE WITNESS: Because we want
16 the experience of people using our
17 apps and services to be a positive one
18 and we want our customers, our
19 advertisers to also have a positive
20 experience when they advertise on our
21 platforms.
22     Q.  Does Meta consider ad fraud, ad
23 spam significant risks to its business?
24        MR. VERNON: Objection. Form and
25 foundation.

24 (Pages 90 - 93)

Page 94

1  S. Whitcombe
2  THE WITNESS: I'm not privy and
3  I'm not -- and again, I don't work on
4  the platform integrity team, so my
5  capacity as a Meta expert is really in
6  terms of what we talked -- what we're
7  prepared to talk about with
8  advertisers and answer
9  advertiser-related questions. So I
10 don't know the exact extent of fraud
11 and spam as an issue within our
12 platform. I do know that because we
13 have integrity systems around
14 wholly-owned apps and services, we
15 have a lot of control in that area
16 that gives us I think a very high
17 degree of confidence of being able to
18 police or monitor spam and fraud.
19    Q.   I believe you mentioned earlier
20 that Meta or that --
21     MR. BITTON: Strike that.
22    Q.   You testified earlier about open
23 web and that Facebook has a website on the
24 open web.
25     Do Facebook and Instagram

Page 95

1  S. Whitcombe
2  compete for ad dollars on the open web?
3     MR. VERNON: Objection to form.
4     THE WITNESS: We don't
5  specifically compete for advertising
6  on the open web. We compete for
7  advertising dollars within our apps
8  and services of which the open web is
9  a part of that.
10    Q.   So the open web is part of
11 Facebook and Instagram's ads business?
12    A.   Yes.
13     MR. VERNON: Objection to form.
14    Q.   Earlier we talked about monthly
15 active users metrics, and I believe you
16 spoke about attracting users is also
17 important to Meta's advertising business;
18 is that right?
19    A.   Uh-huh, yes.
20    Q.   How does Meta attract users to
21 its platforms for its advertising
22 business?
23    A.   We engage in marketing to
24 attract -- to attract users to our apps
25 and services.

Page 96

1  S. Whitcombe
2    Q.   And does Meta attract or --
3     MR. BITTON: Strike that.
4    Q.   What kind of content does Meta
5  offer on its platforms to attract users?
6    A.   I think the type of content that
7  is on our apps and services is a
8  constantly changing thing depending on
9  user taste and the things that people want
10 to consume. So right now short form video
11 or Reels is a growing part of our business
12 and short form content is content that
13 people want to consume. So that kind of
14 content becomes important, and so we
15 create tools and means for people to
16 create that type of content on our
17 platform.
18    Q.   Does Meta create tools and means
19 for news publishers to create content on
20 its platform?
21    A.   It has done over the years that
22 I've worked on the company, it has created
23 tools for news publishers on our
24 platforms.
25    Q.   Can you provide any examples of

Page 97

1  S. Whitcombe
2  tools that Meta has provided news
3  publishers to create content on Meta's
4  platforms?
5    A.   There was a product a number of
6  years ago called Instant Articles that I
7  believe -- again, I did not work in this
8  area of the business, I'm not a specialist
9  here, but my understanding is we built a
10 product called Instant Articles
11 specifically for our news partners.
12     MR. VERNON: Objection to
13 foundation.
14    Q.   And did that product enable news
15 publishers to earn ad revenue as well?
16     MR. VERNON: Objection to form
17 and foundation.
18     THE WITNESS: Again, that's not
19 an area of the business that I
20 specifically worked in, but my
21 understanding is Instant Articles
22 removed friction for customers wanting
23 to consume content. So the content
24 was served on the app side rather than
25 clicking through to the website. And

Page 98

1   S. Whitcombe
2   from memory, I believe there was a
3   revenue share component to that. But
4   again, I don't have a deep
5   understanding of this.
6       MR. BITTON: Okay.
7       I think that concludes our
8   direct. We'll reserve the rest of our
9   time or redirect.
10      THE VIDEOGRAPHER: Do you want to
11  go off the record?
12      MR. VERNON: Yes.
13      THE VIDEOGRAPHER: The time is
14  approximately 12:59 p.m.
15      We're going off the record.
16      (Lunch recess taken at
17  p.m.)

Page 99

1   S. Whitcombe
2       A F T E R N O O N   S E S S I O N
3       September 28, 2023
4       1:52 p.m.
5       THE VIDEOGRAPHER: The time is
6   approximately 1:52 p.m.
7       We are back on the record.
8  SIMON WHITCOMBE, having
9       been previously duly sworn by a
10      Notary Public of the State of
11      New York, upon being examined,
12      testified as follows:
13  EXAMINATION BY
14  MR. VERNON:
15  Q.   Mr. Whitcombe, welcome back. I
16  hope you had a good lunch.
17  A.   I did. Thank you.
18  Q.   The first question: Do you
19  understand that the information you
20  provide during this deposition may be used
21  by the Department of Justice in other
22  civil, criminal, administrative, or
23  regulatory cases or proceedings?
24  A.   Yes, I do.
25  Q.   And then let me ask you one sort

Page 100

1   S. Whitcombe
2   of background question.
3       I think you mentioned earlier
4   that your team and you handle about half
5   of Facebook's large advertisers; is that
6   roughly right?
7   A.   Yes.
8       MR. BITTON: Objection to form.
9   Q.   You do have to do the same thing
10  we did before where you give him a second.
11      Can you describe generally which
12  of Meta's large advertisers fall within
13  your team's purview versus the other team
14  that's led by I think Ms. Press?
15  A.   Yes, of course.
16      So with our large advertiser
17  business, we verticalize or organize by
18  industry. So I oversee -- again, let me
19  get this straight because there's a lot --
20  auto, entertainment, financial services,
21  technology and telco, travel and gaming,
22  and then I also oversee our partnership
23  with Amazon.
24  Q.   Which are the main categories of
25  large advertisers that fall under the

Page 101

1   S. Whitcombe
2   other team, the one that's not yours?
3   A.   Yeah, that would be retail, CPG
4   or consumer packaged goods, health, and
5   e-commerce.
6   Q.   Okay. Thank you.
7       Let me switch topics slightly,
8   if that's okay.
9       It's fair to say advertisers
10  generally have separate advertising
11  buckets for social and programmatic; is
12  that correct?
13      MR. BITTON: Objection to form.
14  Leading. Lacks foundation.
15      THE WITNESS: I wouldn't say
16  that they necessarily have separate
17  budgets. I think that they might
18  organize how they think in that way,
19  but performance-minded advertisers,
20  oftentimes they will not put a budget
21  in a specific category like a
22  programmatic. They'll have a budget
23  and then they'll fluidly move that
24  around based on performance.
25      And again, social definition is

Page 102

S. Whitcombe

a difficult one; right? So I think many advertisers and even agencies think about social in different ways, so it's not always clear exactly what that means. An example of that is some advertisers think about YouTube as social, others don't. So I think those definitions are not consistent with advertisers and agencies. I think that they differ.

Q. So it sounds like your testimony is that, in general, advertisers do not have separate budgets for social and programmatic; is that correct?

MR. BITTON: Objection to form.

THE WITNESS: Again, I think advertisers will handle this in very different ways. I think that some advertisers may start out with a budget in categories similar to the ones that you're talking about. I think others might go with the digital budget and not break digital down into -- into buckets or categories. And

Page 103

S. Whitcombe

certainly in my experience, investment moves fluidly between those -- those categories.

Q. Facebook often has -- I'm sorry, Meta often has a time convincing advertisers to shift money from their programmatic budgets to Meta; is that correct?

MR. BITTON: Objection. Leading. Lacks foundation.

THE WITNESS: I don't think that's correct, no. You know, I think that advertisers allocate budgets based upon performance. The performance --

THE VIDEOGRAPHER: Sir, your microphone.

THE WITNESS: Is that better? Does that work?

Advertisers allocate budgets based upon performance and at all stages of the marketing funnel. And I believe that Meta's advertising is competitive at all stages of the

Page 104

S. Whitcombe

funnel with any of our competitive set.

Now, what performance looks like on an advertiser-by-advertiser basis may differ depending on the outcome that they care about or the performance level that they care about or based upon how they measure performance. So that's a variable. But I wouldn't say that we have consistent issues -- I would say that our performance is competitive throughout.

MR. VERNON: Can we mark a document, I think this is Meta Exhibit 15.

(Whereupon, an e-mail dated October 9, 2019 was marked Exhibit 15 for identification.)

Q. Let me just describe it for the record. Take a second to look at it.

For the record, this a document with the Bates number ending in 1238 with an e-mail at the top from Sean Ryan. It's

Page 105

S. Whitcombe

dated October 9, 2019 with an attachment and the subject forward AN-only, parentheses, working on new name.

Let me know when you're ready.

A. (Reviewing).

MR. BITTON: I'll just state an objection as to scope because this seems to be a document about the Audience Network which is the subject of a prior deposition.

Q. If it helps, I think you've reached the part of the presentation beyond which I won't be asking any questions.

A. Okay.

Q. So the first question: This is an e-mail among Facebook employees with an attached presentation titled Audience Network standalone buying; is that correct?

A. Yes, it's correct.

Q. Do you have any reason to doubt that this was an e-mail and presentation prepared in the ordinary course of

27 (Pages 102 - 105)

Page 274

1   S. Whitcombe
2   up that discussion off the record at a
3   later time.
4       THE VIDEOGRAPHER: The time is
5   6:30 p.m.
6       This concludes today's
7   testimony.
8       We are off the record.
9       (TIME NOTED: 6:30 p.m.)
10  _____ (Signature of witness)
11  Subscribed and sworn to
12  before me this_____
13  day of_____,
14  2023.
15  _____

Page 275

1
2           *   *   *
3
4           I N D E X
5   WITNESS       EXAMINED BY       PAGE
6   S. Whitcombe  Mr. Bitton     5, 213,
7                   268
8       Mr. Vernon       99, 245
9
10          E X H I B I T S
11  FOR ID    DESCRIPTION           PAGE
12  Exhibit 11  Document entitled
13      Detroit 2019 FCA Client
14      Meeting Brief       45
15  Exhibit 12  Document entitled
16      Quick Hits          55
17  Exhibit 13  Document entitled
18      NY Trip Brief: Estée
19      Lauder              67
20  Exhibit 14  Document entitled
21      2016 LRP Review-Ads     77
22  Exhibit 15  E-mail dated
23      October 9, 2019     104
24  Exhibit 16  E-mail dated
25      January 29, 2016    116

Page 276

1
2           I N D E X (continued)
3           E X H I B I T S (continued)
4   FOR ID    DESCRIPTION           PAGE
5   Exhibit 17  E-mail dated
6       June 12, 2020       123
7   Exhibit 18  Two-page document   124
8   Exhibit 19  E-mail dated
9       February 8, 2018    131
10  Exhibit 20  E-mail dated
11      April 4, 2017       135
12  Exhibit 21  Document entitled
13      Google EBDA Meeting     144
14  Exhibit 22  Document entitled
15      Network Bidding
16      Agreement           208
17  Exhibit 23  Document entitled
18      Brief: Joe Hinrichs,
19      President of Automotive,
20      Ford Motor          218
21  Exhibit 24  Document entitled
22      Nada Brief for HP, Inc.  221
23  Exhibit 25  Document entitled
24      Brief-Daniel Ek, CEO of
25      Spotify             224

Page 277

1
2           I N D E X (continued)
3           E X H I B I T S (continued)
4   FOR ID    DESCRIPTION           PAGE
5   Exhibit 26  Document entitled
6       Brief-The Economist     227
7   Exhibit 27  Document entitled
8       State of Bidding
9       Expectations        239
10
11
12          *   *   *

Veritext Legal Solutions
800-567-8658                                            973-410-4098

```
                                    Page 278
 1
 2            CERTIFICATION BY REPORTER
 3
 4      I, Wayne Hock, a Notary Public of the
 5  State of New York, do hereby certify:
 6      That the testimony in the within
 7  proceeding was held before me at the
 8  aforesaid time and place;
 9      That said witness was duly sworn
10  before the commencement of the testimony,
11  and that the testimony was taken
12  stenographically by me, then transcribed
13  under my supervision, and that the within
14  transcript is a true record of the
15  testimony of said witness.
16      I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage, that I am not
19  interested directly or indirectly in the
20  matter in controversy, nor am I in the
21  employ of any of the counsel.
        IN WITNESS WHEREOF, I have hereunto
22   set my hand this  29th  day of September, 2023.
23
24      [signature: Wayne Hock]

25           Wayne Hock
```

71 (Page 278)