# EXHIBIT 106

# PUBLIC

## In the Matter Of:

*USA v*

*GOOGLE*

*MICHAEL SHAUGHNESSY*

*August 09, 2023*



Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 3   -------------------------------------X
     UNITED STATES OF AMERICA, et al,
 4
                     PLAINTIFF,
 5
          -against-
 6
     GOOGLE LLC,
 7
 8                   DEFENDANT.
 9   Civil 1:23-cv-00108
     -------------------------------------X
10
11
12         DEPOSITION OF MICHAEL SHAUGHNESSY
13              New York, New York
14          Wednesday, August 9, 2023
15
16
17
18   Reported by:
19   Rebecca Schaumloffel, RPR, CLR
20   JOB #:  2023-906148
21
22
23
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4       DEPARTMENT OF JUSTICE
             Attorneys for the Plaintiff
 5           950 Pennsylvania Avenue
             New York, New York 20530
 6       BY:   MICHAEL WOLIN, ESQ.
               KAITLYN BARRY, ESQ.
 7
 8
         AXINN, VELTROP & HARKRIDER, LLP
 9           Attorneys for Google
             1901 L Street NW
10           Washington, DC 20036
         BY:   CHRIS ERICKSON, ESQ.
11
12
         PAUL, WEISS, RIFKIND, WHARTON & GARRISON
13           Attorneys for the Defendant
             Google
14           1285 6th Avenue
             New York, New York 10019
15       BY:   ERIN MORGAN, ESQ.
               CARTER GREENBAUM, ESQ.
16
17
18       DAVIS & GILBERT
             Attorneys for Kargo
19           1675 Broadway
             New York, New York 10019
20       BY:   INA B. SCHER, ESQ.
21
22
         ALSO PRESENT:
23
24       Lem Lattimer, Lexitas
25           *         *         *
```

Page 3

```
 1              M. SHAUGHNESSY
 2         THE VIDEOGRAPHER:  We are now on
 3    the record.  My name is Lem Lattimer.
 4    I'm a legal videographer retained by
 5    Lexitas.  Today's date is Wednesday,
 6    August 9, 2023, and the video time is
 7    10:00 a.m.
 8         The deponent is Michael
 9    Shaughnessy in the matter of the
10    United States of America versus Google
11    LLC.  All appearances are noted on the
12    record.
13          Will the court reporter, Rebecca
14    Schaumloffel, please swear in the
15    witness.
16
17
18
19 MICHAEL SHAUGHNESSY, called as a witness,
20 having been first duly sworn by a Notary
21 Public of the States of New York, New Jersey,
22 and Pennsylvania was examined and testified
23 as follows:
24 EXAMINATION BY
25 MR. WOLIN:
```

Page 4

```
 1              M. SHAUGHNESSY
 2     Q.   Good morning, Mr. Shaughnessy.  My
 3 name is Michael Wolin.  I'm here on behalf of
 4 the United States of America.  I'm from the
 5 Department of Justice Antitrust Division.
 6 I'm joined here by my colleague, Kaitlyn
 7 Barry, also an attorney for the United States
 8 of America.
 9         Could you please state your name
10 for the record, please.
11     A.   Yes.  Michael Shaughnessy.
12     Q.   I would like to -- let me ask you
13 first, sir, have you been deposed before?
14     A.   No.
15     Q.   So I'm going to start, then, with
16 some procedures, just some ground rules so
17 that the deposition goes smoothly.
18         Is that okay?
19     A.   Yes.
20     Q.   Our court reporter will record
21 everything we say here today.  So to assist
22 her, could you please speak loudly and
23 clearly and wait until I finish my question
24 before you start your answer?
25     A.   Yes.
```

Page 165

1               M. SHAUGHNESSY
2     A.    They could.
3     Q.    Okay. Is that frequent, in your
4  experience?
5     A.    It has been becoming more frequent
6  recently based on consumer behaviors.
7     Q.    Do ad campaigns also typically
8  include Connected TV ads or display ads for
9  desktop?
10          MR. WOLIN: Objection.
11    A.    It depends.
12    Q.    Can ad campaigns incorporate
13 mobile ads, video ads, C TV ads, and desktop
14 display ads?
15    A.    Yes.
16    Q.    In your experience, when one
17 inventory type, like web display, in app-ads,
18 video ads, CTV ads, generates better return
19 on investments than other inventory types, do
20 advertisers shift comparatively more spend
21 from the lesser to the better performing type
22 of inventory?
23          MR. WOLIN: Objection.
24    A.    Can you repeat the question.
25    Q.    Yeah. If one type of inventory is

Page 166

1               M. SHAUGHNESSY
2  performing better than another one, so, say,
3  video is performing better than Connected TV,
4  in your experience, do advertisers shift more
5  of their spend to video than to Connected TV
6  in that example?
7           MR. WOLIN: Objection.
8     A.    In my experience, marketers will
9  want to make sure they are getting their
10 return on investment and they'll recalibrate
11 their campaigns and their tactics to deliver
12 in the best environment to execute on their
13 objectives.
14    Q.    When you say "recalibrate," do you
15 mean that they could shift ad spend from one
16 type of inventory to another?
17    A.    They can certainly optimize.
18    Q.    Does "optimize" mean shifting ad
19 spend from one type of inventory to another?
20    A.    It is one mechanism, yes.
21    Q.    Do mobile ads compete for dollars
22 with other types of advertising?
23          MR. WOLIN: Objection.
24    A.    Yes.
25    Q.    What other types of advertising do

Page 167

1               M. SHAUGHNESSY
2  mobile ads compete with?
3           MR. WOLIN: Objection.
4     A.    Desktop, previously print.
5     Q.    What about TV ads?
6     A.    To a degree, yes.
7     Q.    What about Connected TV? Is that
8  different than regular TV ads or am I saying
9  the same thing?
10    A.    They are considered different in
11 the industry and also to the consumer.
12    Q.    Do mobile ads compete with
13 Connected TV ads for dollars?
14          MR. WOLIN: Objection.
15    A.    It depends.
16    Q.    But can they?
17          MR. WOLIN: Objection.
18    A.    It could.
19    Q.    Could you shift spend from a
20 mobile ad to a Connected TV ad as an
21 advertiser if you thought that would be more
22 profitable?
23          MR. WOLIN: Objection.
24    A.    There are a lot of complexities
25 that go into this based on the different

Page 168

1               M. SHAUGHNESSY
2  teams that support all of these initiatives,
3  and they are not necessarily always the same
4  team. So there is a lot of planning and
5  thoughtfulness and work that would need to be
6  done.
7           But the client could certainly
8  talk to their agency teams and discuss these
9  types of opportunities.
10    Q.    Mr. Wolin asked you earlier about
11 the link between GDN, AdX, and DFP.
12    A.    Yes.
13    Q.    And you said that the link between
14 those things had both positive and negative
15 impacts on publishers.
16    A.    Yes.
17    Q.    Do you remember that?
18          What are the positive impacts that
19 that has on publishers?
20    A.    The positive impacts is, there is
21 a powerful ad server and there is demand.
22    Q.    Okay.
23          MS. MORGAN: I'm going to
24     reserve the remaining, like, three
25     minutes for redirect. Or however --

Page 173

1   M. SHAUGHNESSY
2   "there are likely to be holes in the case,"
3   you are not referring to a case filed by the
4   Department of Justice, correct?
5       A.   Correct.
6       Q.   Google's counsel asked you about a
7   meeting that -- or a telephone meeting that
8   you had with her.
9            Do you recall that testimony?
10      A.   Yes.
11      Q.   When did that meeting occur?
12      A.   With the Google --
13      Q.   Correct.
14           When did you discuss with Google's
15  counsel over the phone?
16      A.   This week.
17      Q.   How long did you talk with
18  Google's counsel?
19      A.   I believe the meeting was
20  scheduled for approximately 45 minutes.
21      Q.   And did Google's counsel preview
22  to you the topics that she was going to ask
23  about at this deposition?
24      A.   I don't believe so. It was mostly
25  focused on the previous conversations I had

Page 174

1   M. SHAUGHNESSY
2   with the DOJ.
3       Q.   And what did you tell her about
4   your previous communications with the DOJ?
5       A.   I communicated that I was being
6   reached out to as someone in the industry,
7   initial conversations were characterized as
8   understanding the ecosystem, my role, header
9   bidding, the Google ad stack, and things like
10  that.
11      Q.   Do you view the ad tech industry
12  as important?
13      A.   Yes.
14      Q.   Why do you view the ad tech
15  industry as important?
16      A.   I believe the ad tech industry is
17  important because there is a value exchange
18  between content creators and consumers and is
19  really important to our democracy and making
20  sure that there is fact-based information
21  that is accessible to all.
22      Q.   What company offers the largest
23  publisher ad server in the ad tech industry?
24      A.   Google.
25      Q.   What company offers the largest

Page 175

1   M. SHAUGHNESSY
2   SSP in the ad tech industry?
3       A.   Google.
4       Q.   Which company offers the largest
5   demand source in the ad tech industry?
6       A.   I believe it's Google.
7            MR. WOLIN:  I have no further
8   questions.
9            MS. MORGAN:  Can we just take a
10  two-minute break off the record, and
11  then I will come up and hopefully
12  finish out?
13           MR. WOLIN:  Yes.
14           MS. MORGAN:  I just want to use
15  the bathroom and talk to these guys
16  for a second.
17           THE VIDEOGRAPHER:  The time is
18  2:10 p.m.  We are off the record.
19           (Whereupon, a recess was held.)
20           THE VIDEOGRAPHER:  The time is
21  2:16 p.m.  We are back on the record.
22           MS. MORGAN:  Mr. Shaughnessy, we
23  have no further questions for you.  So
24  you can go out and continue to enjoy
25  the rest of your day.

Page 176

1   M. SHAUGHNESSY
2            THE WITNESS:  All right.  Thank
3   you.
4            MS. MORGAN:  Thank you so much.
5            MR. WOLIN:  And thank you, as
6   well, from us.
7            THE WITNESS:  Yes, thank you.
8            THE VIDEOGRAPHER:  The time is
9   2:16 p.m.  We are off the record.
10           (Whereupon, at 2:16 p.m., the
11  Examination of this Witness was
12  concluded.)
13
14
15  _____
        MICHAEL SHAUGNESSY
16
    Subscribed and sworn to before me
17  this _____ day of _____, 2023.
18  _____
    NOTARY PUBLIC
19
20
21
22
23
24
25

## Page 177

```
 1
 2            E X H I B I T S
 3
 4
 5   EXHIBIT      EXHIBIT                    PAGE
 6   NUMBER       DESCRIPTION
 7
 8   Exhibit 1001  KARGO_000199              98
 9   Exhibit 1002  spreadsheet               98
10   Exhibit 1003  KARGO_000073 through      129
11                 '114
12   Exhibit 1004  Document titled           134
13                 "Avoiding A Bad Google
14                 Breakup" dated June 1,
15                 2021
16   Exhibit 1005  Document titled           145
17                 "France Paves The Way
18                 For More Action
19                 Against Google's
20                 Unfair Practices"
21                 dated August 5, 2021
22
23
24
25
```

## Page 178

```
 1
 2   Exhibit 1006  Document titled           154
 3                 "Publishers Have a
 4                 Window of Opportunity
 5                 to Change Google and
 6                 Facebook" dated
 7                 January 26, 2021
 8
 9
10
11
12              I N D E X
13
14   EXAMINATION BY                          PAGE
15
16   MR. WOLIN                               3
17   MS. MORGAN                              115
18   MR. WOLIN                               169
19
20
21
22   INFORMATION AND/OR DOCUMENTS REQUESTED
23   INFORMATION AND/OR DOCUMENTS           PAGE
24            (NONE)
25
```

## Page 179

```
 1
 2            C E R T I F I C A T E
 3
 4   STATE OF NEW YORK    )
                          : SS.:
 5   COUNTY OF NASSAU     )
 6
 7       I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10       That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14       I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereunto
19   set my hand this 10th day of August, 2023.
20       _____
21       REBECCA SCHAUMLOFFEL
22
23
24
25
```

## Page 180

```
 1   ERRATA SHEET FOR THE TRANSCRIPT OF:
 2   Case Name:    In Re:  US, et al.  V. Google LLC
 3   Dep. Date:    August 9, 2023
 4   Deponent:     Michael Shaugnessy
 5               CORRECTIONS:
 6   Pg.  Ln.    Now Reads   Should Read    Reason
 7   ___  ___   _____   _____  _____
 8   ___  ___   _____   _____  _____
 9   ___  ___   _____   _____  _____
10   ___  ___   _____   _____  _____
11   ___  ___   _____   _____  _____
12   ___  ___   _____   _____  _____
13   ___  ___   _____   _____  _____
14   ___  ___   _____   _____  _____
15   ___  ___   _____   _____  _____
16   ___  ___   _____   _____  _____
17                          _____
18                          Signature of Deponent
19
20   SUBSCRIBED AND SWORN BEFORE ME
21   THIS____DAY OF_____,2023.
22
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25
```