UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S NOTICE OF FILING

Pursuant to the Court's August 6, 2024, Order, Dkt. No. 1128, Defendant Google LLC ("Google") files following exhibits[1] in either **REDACTED** OR **UNREDACTED** form:

**EXHIBITS 1-5, 7, 8, 10, 11, 13, 14, 25, 28, 32, 33, 35, 38, 44, 46, 51, 62, 66, 68, 70, 72, 74, 78, 82, 88, 90, 92, 93, 95, 97, 100, 104-07, 110, 112, 115-18, 127, 131, 132, 137, 141, 145, 150-53, 157-59, 161**

---

[1] These exhibits were subject to Google's motions to seal relating to summary judgment and *Daubert* motions. Dkt. Nos. 605, 651, 712.

1

Dated: August 20, 2024                                                                 Respectfully submitted,

Eric Mahr (*pro hac vice*)  
Andrew Ewalt (*pro hac vice*)  
Tyler Garrett (VSB # 94759)  
FRESHFIELDS BRUCKHAUS DERINGER US LLP  
700 13th Street, NW, 10th Floor  
Washington, DC 20005  
Telephone: (202) 777-4500  
Facsimile: (202) 777-4555  
eric.mahr@freshfields.com  

Justina K. Sessions (*pro hac vice*)  
FRESHFIELDS BRUCKHAUS DERINGER US LLP  
855 Main Street  
Redwood City, CA 94063  
Telephone: (650) 618-9250  
Fax: (650) 461-8276  
justina.sessions@freshfields.com  

Daniel Bitton (*pro hac vice*)  
AXINN, VELTROP & HARKRIDER LLP  
55 2nd Street  
San Francisco, CA 94105  
Telephone: (415) 490-2000  
Facsimile: (415) 490-2001  
dbitton@axinn.com  

Bradley Justus (VSB # 80533)  
AXINN, VELTROP & HARKRIDER LLP  
1901 L Street, NW  
Washington, DC 20036  
Telephone: (202) 912-4700  
Facsimile: (202) 912-4701  
bjustus@axinn.com  

*/s/ Craig C. Reilly*  
Craig C. Reilly (VSB # 20942)  
THE LAW OFFICE OF  
CRAIG C. REILLY, ESQ:  
209 Madison Street, Suite 501  
Alexandria, VA 22314  
Telephone: (703) 549-5354  
Facsimile: (703) 549-5355  
craig.reilly@ccreillylaw.com  

Karen L. Dunn (*pro hac vice*)  
Jeannie S. Rhee (*pro hac vice*)  
William A: Isaacson (*pro hac vice*)  
Amy J. Mauser (*pro hac vice*)  
Martha L. Goodman (*pro hac vice*)  
Bryon P. Becker (VSB #93384)  
Erica Spevack (*pro hac vice*)  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
2001 K Street, NW  
Washington, DC 20006-1047  
Telephone: (202) 223-7300  
Facsimile (202) 223-7420  
kdunn@paulweiss.com  

Erin J. Morgan (*pro hac vice*)  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
Telephone:  (212) 373-3387  
Facsimile:  (212) 492-0387  
ejmorgan@paulweiss.com  

*Counsel for Defendant Google LLC*