# EXHIBIT 115

# PUBLIC

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       ALEXANDRIA DIVISION


        UNITED STATES OF AMERICA,   )
        et al.,                     )
                                    )
                   Plaintiffs,      )  Case No.
                                    )  1:23-cv-
              vs.                   )  000108-LMB-
                                    )  JFA
        GOOGLE LLC,                 )
                                    )
                   Defendant.       )
        ---------------------------



                            Monday, September 18, 2023
                            12:05 p.m.



               Remote Zoom Videotaped Deposition of
        OMRI FARBER, held before Stacey L. Daywalt, a
        Court Reporter and Notary Public of the
        District of Columbia.





        Job No. CS6095791
```

Page 18

1  it.
2      Q.  Okay.  In your answer you stated:
3  "It provided benefits for value for the
4  advertiser because they were no longer supply
5  constrained."
6          Do you recall that?
7      A.  Yes.
8          (Simultaneous crosstalk.)
9          THE WITNESS:  Or less supply
10 constrained, to be accurate.
11     Q.  Less supply -- okay.
12         Can you explain to me what you mean
13 by advertise being less supply constrained.
14     A.  Sure.
15         So if you are an advertiser, your --
16 actually, let's zoom out one step back for this
17 answer to be clear and complete.
18         Advertisers would have different
19 outcomes fundamentally.  These outcomes can be
20 reaching as many people as possible, all the
21 way through getting very, very well targeted
22 ads towards a specific outcome, which we often
23 refer to as a conversion.  So this would be
24 anything like mobile app install, purchasing a
25 shirt online, anything like this.

Page 19

1          Now, when advertisers want to
2  fulfill their objective or the outcome that
3  they pay money for, they need their ad to get
4  to a person on the other side.
5          There are fundamentally more
6  advertisers than supply or more budgets than
7  supply, and this is how you could have an
8  effective auction for a single impression
9  opportunity.  So you would have multiple
10 advertisers trying to buy a single impression
11 opportunity.  This is not unique to Meta.  This
12 is how any media buying happens in digital
13 world today.  Many people try to buy a single
14 impression, a single opportunity, to sell of an
15 ad and this is being served.
16         Now, prior to Audience Network,
17 advertisers who came to Meta could only buy
18 impressions for whatever outcome they tried to
19 achieve on those surfaces, on Meta's owned
20 surfaces.
21         Now, for simplicity let's assume
22 that there is only one impression opportunity
23 available per one day per one user, whereas
24 there are a hundred advertisers that are trying
25 to get to this user.  Only one advertiser could

Page 20

1  win.  Only one advertiser will actually have
2  their outcome delivered to them.  99 would
3  lose.  99 would not see value.  They would not
4  pay for the impression, but they would also not
5  see value.
6          THE REPORTER:  I'm sorry.
7          THE WITNESS:  Still too fast?
8          THE REPORTER:  Go back to "99 would
9  lose."
10         It's the combination of you're far
11 away, there is an accent involved, no offense
12 to you, but for me that's difficult to hear.
13         THE WITNESS:  I'll try to be closer
14 to the mic.  Sure.
15         So I think the last thing we said
16 99 -- one will win and 99 will lose?
17         THE REPORTER:  Yes.
18         THE WITNESS:  Perfect.
19         What this means is that as long as
20 there are less impressions available than
21 advertisers, or what we refer to as demand,
22 wanting to buy impressions, we will not be able
23 to deliver value to those other 99 advertisers
24 that would lose on the auction.
25         How do you address this problem?

Page 21

1  You -- if you want to serve more advertiser
2  value, you want to create more supply.  You
3  want to make this one impression opportunity
4  into more impression opportunities.
5          And this is fundamentally how
6  Audience Network makes advertisers or demand
7  less supply constrained, because instead of
8  being restricted to the one impression that
9  they can achieve on Facebook's owned and
10 owned [sic] surfaces, now they can achieve more
11 across multiple publications.
12 BY MR. BITTON:
13     Q.  Thank you, Mr. Farber.
14         Did the -- did Meta launch the Meta
15 Audience Network in part as a response to
16 digital advertising business models of other
17 competitors?
18         MS. WOOD:  Objection to the form,
19 leading.
20         THE WITNESS:  Should I go ahead
21 or -- oh.
22         I don't think that the stake was --
23 I don't know exactly what happened in the room
24 or I can't attest exactly to the decisions that
25 drove Meta at this level back in 2014 because

6 (Pages 18 - 21)

Page 22

1  it precedes me for -- by quite a lot.
2          On my personal capacity, I can say
3  that our focus has always been advertiser
4  value, and still is today, has been advertiser
5  value, publisher value, user value.
6          And so whilst Meta would have made
7  moves to align with industry as it's
8  progressing as any actor would, I don't know
9  that this was their fundamental. Fundamentally
10 the problem was we wanted to create more
11 ecosystem value, and Audience Network was the
12 best bet to do it at the time.
13 BY MR. BITTON:
14     Q.   Okay. Mr. Farber, who does the
15 Audience Network consider to be its customers?
16     A.   We tend to think about three
17 customer groups fundamentally, or people we
18 serve.
19          The first one would be advertisers.
20 Again, as we just explained, we create
21 additional value for advertisers by giving them
22 more supply, more opportunities to make good on
23 their advertiser outcomes, whatever they set to
24 achieve.
25          The second set would be Meta's

Page 23

1  publishers. These are the app developers that
2  monetize their -- like we said, digital
3  entities through ads.
4          THE REPORTER: "These are the"?
5          I'm sorry.
6          (Simultaneous crosstalk.)
7          THE WITNESS: These are the app
8  developers that monetize on the digital
9  entities with ads.
10         Bear in mind, advertisers and
11 publishers can often be the same. So a
12 publisher will also be an advertiser and vice
13 versa.
14         And the last group of customers or
15 people we create value for are the users. By
16 allowing users to use apps that require ad
17 views or ad interruptions or impressions,
18 instead of paying with money, we create a
19 system where users can use apps without to pay
20 cash or with paying less cash through an ad
21 supported monetization model.
22         THE REPORTER: "Through an ad
23 supported?"
24         What was the last part?
25         THE WITNESS: Monetization model.

Page 24

1          THE REPORTER: Thank you.
2  BY MR. BITTON:
3      Q.  Approximately how many publisher
4  customers does the Meta Audience Network serve?
5      A.  Between 14,000 and 16,000.
6      Q.  Okay. How does the Meta Audience
7  Network try to attract publisher customers?
8      A.  We -- Meta Audience Network has an
9  established sales force. Generally our
10 investments into acquisitions sit within those
11 sales forces.
12         We are fairly well-known in the
13 industry, so publishers tend to come to us. We
14 also have a very straightforward and easy
15 on-boarding process for publishers, which is
16 very much catered towards anything from very
17 small businesses to enterprise. And so our
18 accessibility, our sales force and the fact
19 that we are fairly well-known tend to
20 be an attractive enough proposition for most
21 publishers. It's not a heavy investment as a
22 whole.
23     Q.  And what is the value proposition
24 that the Meta Audience Network offers
25 publishers?

Page 25

1      A.  For publishers we offer a path to
2  monetize their digital entities. This is the
3  main buy position with high quality ads that
4  feed to high quality user experiences.
5          Publishers want to monetize, but
6  publishers also want to make sure that users
7  have a good experience on their app so they
8  don't churn, they don't leave the app.
9          And so high quality ads that are
10 well suited to the clients, to the users and
11 allow the publishers to monetize is the core of
12 the value prop.
13     Q.  So how many advertisers does the
14 Meta Audience Network serve?
15     A.  So Meta is open to -- Meta Audience
16 Network is open to all Meta advertisers, which
17 are in the millions. I don't know the exact
18 figure off the top of my head.
19         Advertisers then have a choice of
20 whether or not they want to opt in or serve
21 their ads through Audience Network, which is
22 completely up to the advertiser. I believe
23 today about 50 percent of campaigns or
24 advertisers opt in to serve their ads, so a few
25 million. I don't have the exact number.

Page 26

1  Q.  Is -- is part of the value
2  proposition of the Meta Audience that the Meta
3  Audience Network offers publishers the number
4  of advertisers that the Meta Audience Network
5  serves?
6      MS. WOOD:  Objection, form, leading.
7      THE WITNESS:  I don't know that
8  publishers per se care about the number of
9  advertisers that they can have a connection
10 with.  It's not something that we've thoroughly
11 dived into in inbound, et cetera.
12     Publishers care, again, about
13 revenue and about high quality demand, being
14 safe, clean, high quality ads.  I think this is
15 what's attracting.  It's not the sheer number.
16 Numbers don't mean a lot if they don't have a
17 lot of quality or value for publishers.
18 BY MR. BITTON:
19 Q.  Does Meta Audience Network have a
20 contract with each publisher that it serves?
21 A.  We do.
22 Q.  Why?
23 A.  Why do we have a contract with each
24 publisher?
25 Q.  Yes.

Page 27

1  A.  Is that the question?
2      We maintain direct publisher
3  relationships for a number of reasons.
4  Contractor terms and conditions are key to make
5  sure that the publishers that we work with
6  respect our code of conduct, respect our
7  community guidelines.
8      It's critical for us to have, as I
9  said, advertiser value and user value, not just
10 publisher value, and so ensuring that we don't
11 work with publishers that would not adhere to
12 what we consider critical for good user value,
13 i.e., no fraud, no spam, no porn, no illegal
14 stuff, is key.
15     Beyond this, there is a strategic
16 angle, like I mentioned.  A lot of the
17 publishers are advertisers as well.  As we
18 create ecosystem value, we care a lot about
19 creating good ROAS, or return on ad spend, for
20 developers.  This can happen both as a
21 publisher and an advertiser.  And usually it
22 works quite well when you're on both sides of
23 the net, as you can essentially both acquire
24 users and monetize them under one roof, which
25 flywheels into better return on ad spend for

Page 28

1  you as a whole.  And maintaining a really
2  direct relationship is critical in having those
3  contracts or having those contracts is critical
4  in maintaining those direct relationships.
5  Q.  I think you testified earlier,
6  Mr. Farber, that all advertisers that use Meta,
7  Instagram or Facebook to advertise also have
8  access to the Meta Audience Network.  Is that
9  correct?
10 A.  Except from the distinction of
11 Instagram and Facebook, yes.
12     Advertisers come to a tool called ad
13 manager, and this gives them access to all
14 matter of fees as a whole, yep.
15 Q.  And I think you testified to this
16 earlier, but I'll just ask again.
17     Do advertisers that use the Audience
18 Network also advertise on Facebook?
19 A.  Yes.
20 Q.  And do advertisers that use the
21 Audience Network also advertise on Instagram?
22 A.  Yes.
23 Q.  Do the advertisers that use the
24 Audience Network include small businesses?
25 A.  Yes.

Page 29

1      MS. WOOD:  Objection to form.
2      THE WITNESS:  Sorry.
3      The answer was yes.
4  Q.  Thank you.
5      What's the value proposition that
6  Meta Audience Network offers advertisers?
7  A.  Meta Audience Network, the same as
8  the rest of Meta, allows advertisers, small and
9  big, to fulfill their marketing objectives.
10     (Reporter clarification.)
11     THE WITNESS:  And therefore have
12 positive return on their investment or return
13 on their ad spend.
14     Advertisers, as I mentioned, would
15 have different marketing objectives.  We tend
16 to look at this as a funnel from the top, which
17 would be reach, just having as many people or
18 as many specific people see your ad as
19 possible, all the way through considering
20 making a purchase for a conversion event in the
21 future through different types of conversions,
22 which could be anything from purchase, app
23 install, subscription and retention.
24     Meta Audience Network, as the rest
25 of Meta, serves advertisers across all of those

8 (Pages 26 - 29)

Page 30

1  objectives.
2  BY MR. BITTON:
3      Q.  What does Meta believe makes its
4  Audience Network attractive to advertiser
5  customers?
6      A.  At the fundamental level, it's what
7  I just said, which is it allows them like other
8  surfaces that aren't Audience Network to
9  fulfill their objectives.
10         On a more granular level
11  specifically to Audience Network, it increases
12  the reach as it allows them to serve ads and
13  fulfill marketing objectives across more
14  opportunities, across more impressions, through
15  serving those ads with more apps, and therefore
16  statistically more advertisers can essentially
17  fulfill their objectives.
18         Another component here is the cost
19  of media.  The cost of impressions tend to be
20  lower for the most part on Audience Network
21  versus the rest of Meta, all Meta's owned
22  surfaces, which helps all publishers but --
23  sorry -- all advertisers, but definitely small
24  and medium businesses or those who have lower
25  value conversions to fulfill their objectives.

Page 31

1      Q.  Oh, my apologies.  I think I was on
2  mute here.  So sorry about that.  I'm going to
3  have to repeat that.
4         Mr. Farber, we're going to introduce
5  our first exhibit today, and we'll mark it as
6  exhibit Meta 1.  The document should be
7  accessible to all participants through Veritext
8  Exhibit Share in the Marked Exhibit folder.
9         It's a document titled Pub Solutions
10  Engineering.  It's dated May 9th, 2017 and has
11  the Bates No. FBDOJ012357635.
12         And can the tech operator please
13  project Exhibit Meta 1.
14         (Meta Exhibit 1, Pub Solutions
15  Engineering, FBDOJ012357635-646, marked for
16  identification.)
17         THE REPORTER:  I have to say there
18  is a lot of background noise going on in
19  addition to all the other issues I'm having.
20  It sounds like someone tearing paper or
21  something.  It's very loud.  The mics are very
22  sensitive.
23         (Discussion was held off the
24  record.)
25         MR. BITTON:  Can we go off the

Page 32

1  record because I think -- I feel like --
2         MS. PILLAI:  Sure.
3         MR. BITTON:  Thank you.
4         Are we off the record?
5         THE VIDEOGRAPHER:  The time is
6  12:41 p.m.  We're going off the record.
7         (Recess was taken from 12:41 p.m. to
8  12:47 p.m.)
9         THE VIDEOGRAPHER:  The time is
10  12:47 p.m.  We're back on the record.
11         Please proceed, Counsel.
12  BY MR. BITTON:
13      Q.  Mr. Farber, I think we just
14  introduced an exhibit.  I see it on screen.
15         Are you able to see it as well?
16      A.  I can, yes.
17      Q.  Great.  Thank you.
18         Give me a moment here.
19         Do you recognize this exhibit or
20  this document, Mr. Farber?
21      A.  I may have seen this in passing, but
22  I don't have deep context.
23      Q.  And at the top it refers to Pub
24  Solutions Engineering.
25         Do you see that?

Page 33

1      A.  Yes.
2      Q.  What is Pub Solutions Engineering?
3      A.  I believe this was one of the main
4  teams that worked on Audience Network during
5  those years.
6      Q.  Okay.  And was this document
7  prepared in the ordinary course of Meta's
8  business?
9      A.  Sorry.  Could you ask this again.
10      Q.  Yes.
11         Was this document prepared in the
12  ordinary course of Meta's business?
13      A.  I'm not sure I understand.
14         What do you mean by "the ordinary
15  course"?
16      Q.  Is this a document that was produced
17  or created by Meta personnel in the ordinary
18  course of their business activities?
19      A.  It would seem so, but I can't
20  attest.
21         I don't see any reason why it would
22  not be.
23      Q.  Okay.  I would like to move to the
24  page ending in Bates No. FBDOJ012357637.
25      A.  That's Page No. 3 in the order.

Page 34

1  Right?
2  Q.  Yes, I believe that's correct.
3  Yes, that's correct.
4  So there's a Bates number at the
5  bottom, Mr. Farber, and it ends -- this
6  particular page ends in 637.
7  A.  I have it.  Thank you.
8  Q.  And I'd like to direct your
9  attention, Mr. Farber, to the bullet point at
10  the bottom of the page where it has bolded
11  Advertiser Demand.
12  Do you see that?
13  A.  Yes.
14  Q.  What is advertiser demand?
15  A.  So I am just going to read through
16  this very quickly so I give you the right
17  answer with more context.
18  Q.  Yes, please.
19  A.  (Reviewing document.)
20  We tend to call advertiser demand
21  advertiser demand interchangeably.
22  If publishers or publishers' digital
23  entities or inventory are considered supply,
24  then advertiser ads are considered a demand.
25  They are buying the inventory.

Page 35

1  Q.  Okay.  It proceeds to say
2  here after -- it says after Advertiser Demands,
3  it says: "We must improve our product for
4  advertisers and broaden our appeal to more
5  advertisers, especially in brands."
6  Do you see that?
7  A.  Yes.
8  Q.  And then it goes on to say: "We are
9  creating a two-sided marketplace, and in order
10  for us to hit our growth goals, AN needs to be
11  more valuable for advertisers and give them the
12  controls they need to get more out of our
13  network."
14  Do you see that?
15  A.  Yes.
16  Q.  Where it says "AN," does that refer
17  to the Audience Network?
18  A.  That is correct.
19  Q.  And it says here: "We are creating
20  a two-sided marketplace."
21  Is that, to your best understanding,
22  referring to the Audience Network?
23  A.  That is correct, the Audience
24  Network is a two-sided marketplace.
25  Q.  And why is the Audience Network a

Page 36

1  two-sided marketplace?
2  A.  Because it connects two businesses,
3  one being the publishers, the other one being
4  the advertisers, supply and demand.
5  Q.  Okay.  It says here: "AN," so
6  Audience Network, "needs to be more valuable
7  for advertisers and give them the controls they
8  need to get more out of our network."
9  It then proceeds to say: "Further,
10  this is -- this will drive more competitive
11  CPMs for our publishers."
12  Do you see that?
13  A.  I do.
14  Q.  What are CPMs?
15  A.  Cost per 1,000 impressions.
16  Q.  And what does that mean?
17  A.  Oh, sorry.
18  It means the cost for each 1,000
19  impressions that would be served on a
20  publisher's website or app.
21  So let's assume a publisher serves
22  1,000 impressions per day or has 1,000 users or
23  1,000 ads served in front of users per one day.
24  The cost for those 1,000 impressions will be,
25  let's say, $1.  The advertiser will pay $1 for

Page 37

1  those thousand impressions.  The publisher will
2  receive $1 for those 1,000 impressions, margins
3  aside for simplicity.
4  Q.  Okay.  And when you say "margins
5  aside for simplicity," what margins are you
6  referring to?
7  A.  The marketplace or Audience Network
8  will have a margin that it takes.
9  It operates on a rev share, revenue
10  share, business.
11  Q.  And what do you mean when you say
12  the Audience Network operates on a revenue
13  share business?
14  A.  For simplicity, an advertiser will
15  pay Meta $1.
16  Let's assume that Meta's revenue
17  share is 50/50, 50 percent for Meta, 50 percent
18  for the publisher.  The publisher will receive
19  50 cent, Meta will receive 50 cent, for those
20  said 1,000 impressions at a $1 CPM.
21  Q.  And in that scenario that you just
22  outlined, Meta's -- Audience Network's revenue
23  share would be 50 percent?
24  MS. WOOD:  Objection to the form.
25  THE WITNESS:  Yeah, that would be

10 (Pages 34 - 37)

Page 286

1    THE VIDEOGRAPHER: Please stand by.
2    THE WITNESS: Thank you.
3    MS. PILLAI: Before we go off the
4  record, I just want to request to read and sign
5  the transcript.
6    MS. WOOD: Yeah, I think the errata
7  in particular will be really important, so
8  obviously we'll all do that to the best of our
9  ability.
10    But to the extent that you and the
11  witness can pay especially close attention, I
12  think that would be helpful for the clarity of
13  the record.
14    THE REPORTER: Yes, it would.
15    MS. PILLAI: Absolutely.
16    MR. BITTON: And we'll do the same.
17    MS. PILLAI: We'd also like to
18  request a rough if that's possible.
19    THE REPORTER: Yes. I will be in
20  touch via e-mail for orders.
21    MS. WOOD: All right. Thanks all.
22    MR. BITTON: Thank you.
23    THE VIDEOGRAPHER: Please stand by
24  while I go off the record.
25    The time is 7:34 p.m. This

Page 287

1  concludes today's testimony given by Mr. Omri
2  Farber. We're now off the record.
3    (Deposition adjourned at 7:34 p.m.)

Page 288

1  District of Columbia, to wit:
2    I, Stacey L. Daywalt, a Notary
3  Public of the District of Columbia, do hereby
4  certify that the within-named witness remotely
5  appeared before me at the time and place herein
6  set out, and after having been duly sworn by
7  me, according to law, was examined by Counsel.
8    I further certify that the
9  examination was recorded stenographically by me
10  and this transcript is a true record of the
11  proceedings.
12    I further certify that I am not of
13  counsel to any of the parties, nor an employee
14  of counsel, nor related to any of the parties,
15  nor in any way interested in the outcome of
16  this action.
17    As witness my hand and Notarial Seal
18  this 20th day of September, 2023.

22    Stacey L. Daywalt, Notary Public
23    My Commission Expires:  4/14/2026

Page 289

1  Kavita Pillai, Esq.
2  kpillai@cov.com
3          September 20, 2023
4  RE:   United States, Et Al v. Google, LLC
5    9/18/2023, Omri Farber (#6095791)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions