# EXHIBIT 116

# PUBLIC

HIGHLY CONFIDENTIAL

Page 1

H I G H L Y   C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
------------------------------x
UNITED STATES, et al.,

        Plaintiffs,

   vs.                Case No.
                           1:23-cv-000108
GOOGLE LLC,

        Defendant.
------------------------------x

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF BENNEASER JOHN
New York, New York
Friday, September 8, 2023
9:17 a.m.

Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 6082515

Veritext Legal Solutions
800-567-8658                    973-410-4098

HIGHLY CONFIDENTIAL

Page 2

```
                September 8, 2023
                   9:17 a.m.


            HIGHLY CONFIDENTIAL
        Videotaped Deposition of
    BENNEASER JOHN, held at the offices of
    Paul, Weiss, Rifkind, Wharton &
    Garrison LLP, 1285 Avenue of the
    Americas, New York, New York, pursuant
    to subpoena, before Jennifer
    Ocampo-Guzman, a Certified Realtime
    Shorthand Reporter and Notary Public of
    the State of New York.
```

Page 3

```
 A P P E A R A N C E S:

    UNITED STATES DEPARTMENT OF JUSTICE
    Attorneys for Plaintiff United States
       325 7th Street, Suite 300
       Washington, DC 20004
    BY:  JEFFREY VERNON, ESQ.
         KAITLYN BARRY, ESQ.
         JEFF QUI, ESQ., (via Zoom)

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Attorneys for Defendant Google LLC
       1285 Avenue of the Americas
       New York, New York 10019
    BY:  KAREN DUNN, ESQ.
         ERICA SPEVACK, ESQ.
         WILLIAM ISAACSON, ESQ. (p.m. session)
         JULIA WOOD, ESQ., (via Zoom)

    AXINN, VELTROP & HARKRIDER LLP
    Attorneys for Defendant Google LLC
       55 Second Street
       San Francisco, California 94105
    BY:  ISABELLA SOLORZANO, ESQ.
```

Page 4

```
 APPEARANCES (Continued):

    ORRICK HERRINGTON & SUTCLIFFE LLP
    Attorneys for nonparty Microsoft and the
    Deponent
       1152 15th Street, N.W.
       Washington, D.C. 20005-1706
    BY:  EILEEN COLE, ESQ.
         ALLEN DAVIS, ESQ., (via Zoom)

 ALSO PRESENT:
    CARLOS RIVERA, Videographer
```

Page 5

HIGHLY CONFIDENTIAL
    THE VIDEOGRAPHER:  Good morning.
We are going on the record at 9:17 a.m.
on September 8, 2023.  Please note that
the microphones are sensitive and may
pick up whispering and minor
conversations; and please mute your
phones at this time.  Audio and video
recording will continue to take place
unless all parties agree to go off the
record.
    This is media unit number 1 of the
video-recorded deposition of Benneaser
John taken by counsel for defendant, in
the matter of the United States of
America versus Google LLC, filed in the
United States District Court, for the
Eastern District of Virginia, case
number 1:23-cv-000108-LMB-JFA.  The
location of this deposition is 1285
Avenue of the Americas, New York, New
York.  My name is Carlos Rivera
representing Veritext and I'm the
videographer.  The court reporter is
Jennifer Ocampo-Guzman also representing

Page 278

JOHN - HIGHLY CONFIDENTIAL

Q. Were you speaking to government lawyers?
A. That is correct.
   MR. VERNON: Objection, scope.
Q. So you and government lawyers spoke?
A. That's correct.
   MR. VERNON: Objection, scope.
Q. Was it a virtual conversation?
   MR. VERNON: Objection to scope.
A. That's correct.
Q. So you -- I would call that a meeting.
A. Okay.
Q. But so you met with the government lawyers, that was on August 9th of 2023?
   MR. VERNON: Objection, scope.
Q. And your testimony now is that you can't remember whether you learned you would be the deponent on behalf of Microsoft before or after that meeting; is that accurate?
A. Let me clarify. I knew there was a possibility that I would be deposed, but the confirmation of the deposition was after the

Page 279

JOHN - HIGHLY CONFIDENTIAL

interview.
Q. Understood.
   Your cheat sheet offers the topics that you discussed with the government in between being notified that there was a possibility of a deposition and afterwards when you were confirmed to be the deponent.
   The topics are as follows:
   Competition between Invest DSP and Google's DSP.
   Publisher's ad server options, including self-supply and Monetize ad servers competition with Google's ad server.
   Competition between Monetize SSP and other SSPs/ad exchanges, including AdX.
   Invest DSP's take rates.
   Impact of header bidding on Invest DSP.
   Microsoft Audience Networks' competition among ad networks.
   And importance of scale to ad exchanges.
   Those are the topics that your cheat sheet reflects that you discussed with

Page 280

JOHN - HIGHLY CONFIDENTIAL

the government on August 9th. Is that accurate?
   MR. VERNON: Objection, scope.
A. Yes, that is correct.
Q. And I think we can agree that those are topics that you were asked about, most of them by the government lawyer today, correct?
A. Some of them, yes.
Q. And those were topics that you had previously discussed with the government, correct?
A. Some of them --
   MR. VERNON: Objection, scope.
Q. When you say "Some of them," which of the topics here that you recall discussing with the government lawyer on August 9, 2023, after you knew that there was a possibility you would be deposed?
A. Publisher ad server and the monetized SSP and other SSPs, AdX competition, AdX.
   MR. VERNON: Sorry. Objection, scope.
Q. All right. I would like to hand

Page 281

JOHN - HIGHLY CONFIDENTIAL

you what we will mark as Exhibit 17.
   MS. SPEVACK: Exhibit 17.
   (MSFT Exhibit 17, Document entitled, "Xandr in Microsoft, Product Synergies Sneak Peak," Bates Nos. MSFT-LIT-0000003426 through MSFT-LIT-0000003429, marked for identification, this date.)
Q. Now, Mr. John, you recognize this as a Xandr business record prepared on, dated November 2022, in the ordinary course of business?
A. Yes, I do.
Q. Okay. Now earlier when government counsel asked you about when Xandr competed with Google and asked you why Xandr did not tend to win that competition, the first reason you said was that Xandr didn't have first-party properties.
   Do you recall saying that?
   MR. VERNON: Objection, mischaracterizes.
A. The question was about specific to the publisher ad server on display, and my

Page 282

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   answer was about demand.
 3        Q.   Right.  But before you spoke about
 4   demand and we will get to demand, you said
 5   Xandr didn't have first-party properties.  Do
 6   you remember saying that?
 7        A.   Correct.
 8        Q.   Okay.  Is it the case that
 9   Microsoft has first-party properties?
10        A.   That is correct.
11        Q.   And Microsoft has now acquired
12   Xandr, right?
13        A.   That is correct.
14        Q.   Now, you did also mentioned
15   availability of demand, and I would ask you
16   just to look at the document in front of you
17   dated November 2022.
18        A.   Uh-huh, yes.
19        Q.   And if you looked at the left-hand
20   side of the page, this is a Xandr document,
21   after the acquisition by Microsoft and it
22   refers to "Unique Demand."  Do you see that?
23        A.   That is correct.
24        Q.   And if you look at "Unique Demand"
25   then there are four categories and the four
```

Page 283

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   categories are projects that Microsoft and
 3   Xandr are working on.  Do you see that?
 4        A.   That is correct.
 5        Q.   And the first project is called
 6   Microsoft Audience Network bidder
 7   integration.  Do you see that?
 8        A.   Yes, I do.
 9        Q.   And in the "Primary Audience and
10   Benefit" column, listing the primary audience
11   and benefits of the Microsoft Audience
12   Network bidder integration, it says, Monetize
13   SSP sellers will now get access to Microsoft
14   Audience Network demand originating from Bing
15   Search and Microsoft Audience Network
16   audience buys.  Do you see that?
17        A.   Yes, I do.
18        Q.   All right.  And then it says,
19   Microsoft Audience Network "buyers will be
20   able to access Monetize SSP's wide array of
21   publisher inventory."
22             Do you see that?
23        A.   Yes, I do.
24        Q.   And you don't dispute that this
25   Microsoft Xandr document refers to Monetize
```

Page 284

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   SSPs wide array of publisher inventory,
 3   right?
 4        A.   I do not.
 5        Q.   And you don't dispute that when the
 6   document says, Microsoft Audience Network
 7   demand originated from Bing search and
 8   Microsoft audience -- Microsoft Audience
 9   Network audience buys, that it's describing
10   this as unique demand to which Xandr's
11   publishers will have access following the
12   Microsoft/Xandr acquisition?
13        A.   That is correct.
14        Q.   Okay.  So you're bringing the
15   demand that Microsoft has access to as a
16   result of its search advertising to Xandr's
17   publishers through Xandr Monetize, correct?
18        A.   Xandr publishers are one of the
19   publishers.  MSAN is and will continue to
20   provide the demand to outside of Monetize as
21   well.
22        Q.   Right.  And while we're on the
23   topic of demand, you spoke earlier about how
24   sophisticated publishers on the supply side
25   are partnering with Xandr and so you
```

Page 285

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   mentioned Axel Springer, right?
 3        A.   That is correct.
 4        Q.   News Corp is one, right?
 5        A.   News Corp is not an Axel customer.
 6   They're an SSP, but they're primarily Google
 7   customer.
 8        Q.   Right, but they're a publisher that
 9   works with Xandr?
10        A.   As an SSP.
11        Q.   As an SSP, Hulu?
12        A.   Hulu did not work with us.
13        Q.   How about CNN?
14        A.   CNN as an SSP, not as an ad server
15   customer.
16        Q.   How about Warner Media?
17        A.   Warner Media did not use as an ad
18   server customer.
19        Q.   SSP?
20        A.   SSP, that's correct.
21        Q.   And Netflix, we've already talked
22   about Netflix?
23        A.   Correct.
24        Q.   Now, if you look down on the
25   left-hand side of the page, also in the
```

HIGHLY CONFIDENTIAL

Page 286

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   category of "Unique Demand" the fourth
 3   project it refers to, it is "Microsoft
 4   audience" -- sorry --
 5        MS. DUNN:  Strike that.
 6      Q.  If you look at the next page, there
 7   is on the left-hand side of the page it says,
 8   "Unique Data."  Do you see that?
 9      A.  That's right.
10      Q.  And the projects under "Unique
11   Data," there are four of them.  You see that?
12      A.  Yes, I do.
13      Q.  And the fourth project is "Sharing
14   device graphs," and the "Brief Description"
15   says, "Unifying Microsoft's user graph and
16   the Xandr Graph to increase graph scale."  Do
17   you see that?
18      A.  Yes, I do.
19      Q.  So my question to you, sir, is:
20   Microsoft's user graph created using the
21   first-party data available to it?
22      A.  That is correct, based on the
23   consented signal data from the users, yes.
24      Q.  And is the Xandr Graph created
25   using third-party data available to it?
```

Page 287

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2      A.  Again, based on the consented
 3   signals with the white listed publishers,
 4   yes.
 5      Q.  Right.
 6      A.  And also the Xandr graph has the
 7   licensed data from third-party sources.
 8      Q.  Right.
 9          So what this document is saying is
10   that Microsoft is working on a project to
11   unify Microsoft's first-party data and
12   Xandr's third-party data that is available to
13   both, right?
14      A.  To join the data to scale the
15   audience, correct.
16      Q.  Correct.
17          I would like you to look now at
18   what we will mark as Exhibit 18.
19          (MSFT Exhibit 18, Document
20      entitled, "Reach audiences across
21      screens with premium advertising,"
22      marked for identification, this date.)
23      Q.  Now, you were asked by the
24   government counsel numerous questions about
25   Microsoft's Outlook in 2007.  Do you recall
```

Page 288

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   that?
 3        MR. VERNON:  About Outlook?
 4        Objection to form mischaracterizes and
 5        beyond the scope.
 6        MS. DUNN:  I'll rephrase.
 7      Q.  Do you recall being asked some
 8   questions by government counsel about
 9   Microsoft's view of the world in 2007?
10      A.  Today?
11      Q.  No, he asked you questions about
12   2007, when he was talking about --
13      A.  That's correct, during the talk,
14   yeah.
15      Q.  This is the Microsoft website
16   today, as it appears today, and this is the
17   web page that talks about Xandr and premium
18   programmatic advertising.  Do you see that in
19   front of you?  If you look at the URL at the
20   top it says --
21      A.  The URL, correct.
22      Q.  -- "Xandr programmatic premium
23   advertising"?
24      A.  That's correct.
25      Q.  And Microsoft, this is on
```

Page 289

```
 1        JOHN - HIGHLY CONFIDENTIAL
 2   Microsoft's website and it's telling
 3   advertisers and publishers that they can help
 4   solve your buyers and sellers greatest
 5   advertising challenges with Xandr's platforms
 6   that enable you to unlock the full value of
 7   running programmatic advertising campaigns
 8   across screens and tapping into engaged
 9   audiences.  And so you don't disagree that
10   this is what Microsoft is telling people
11   today, do you?
12      A.  I don't disagree.
13      Q.  And if you look down, it refers to
14   the Xandr's end-to-end platforms?
15      A.  That is correct.
16      Q.  And would you do agree that having
17   an end-to-end platform helps prevent fraud?
18        MR. VERNON:  Objection, leading,
19        also scope.
20      A.  Yes.
21      Q.  If you look at page 2 of the
22   printout from Microsoft's website, it says
23   that premium advertising is available for a
24   variety of formats through Microsoft.  Do you
25   see that?
```

Veritext Legal Solutions
800-567-8658                                                973-410-4098

HIGHLY CONFIDENTIAL

Page 290

JOHN - HIGHLY CONFIDENTIAL
2  A. Yes, that is correct.
3  Q. And it lists "connected TV, display
4  and native." Do you see that?
5  A. Yes, I do.
6  Q. And it doesn't say those are, you
7  know, aimed at different people, it just
8  talks about all three of those there, right?
9     MR. VERNON: Objection, vague.
10 A. Can you clarify? What do you mean
11 by that?
12 Q. Microsoft is telling people through
13 its website that you can reach your desired
14 audience with one of the world's largest
15 marketplaces; it's talking about Xandr,
16 right?
17 A. Yes, that is correct.
18 Q. And it specifically mentions that
19 that goes from connected TV to display to
20 native. You see that?
21 A. Right. You can reach the audience
22 through one of those marketplaces, correct.
23 Q. Right.
24    And it specifically advertises, if
25 you look down, there is a picture of the TV

Page 291

JOHN - HIGHLY CONFIDENTIAL
2  show "Stranger Things," and you can see in
3  the top left-hand corner that that's being
4  shown on Netflix. Do you see that?
5  A. Yes.
6  Q. And today Microsoft is touting, you
7  can see on page 3, its exclusive technology
8  and sales partnership with Netflix. Do you
9  see that?
10 A. Yes, I do.
11 Q. It says, "all CTV advertising
12 served on Netflix is exclusively available
13 through the Microsoft advertising platform."
14    Do you see that?
15 A. Yes, I do.
16 Q. And then if you go to the part at
17 the bottom of the "Advertiser Platform,"
18 today what Microsoft is telling people who
19 may be interested in its products that it has
20 a robust data marketplace with access to
21 premium supply across digital formats and
22 flexible ways to transact.
23    Do you see that?
24 A. Yes, I do.
25 Q. And do you happen to know when it

Page 292

JOHN - HIGHLY CONFIDENTIAL
2  says "across digital formats," what formats
3  it's talking about?
4  A. It's display, audio, video, CTV.
5  Q. All right. I would like to show
6  you, sir, our Tab 53.
7     (MSFT Exhibit 19, Document
8  entitled, "Xandr in Microsoft Product
9  Synergy Slides - Phase 2 - For buyers -
10 Talk Track," Bates Nos.
11 MSFT-LIT-0000004160 through
12 MSFT-LIT-0000004163, marked for
13 identification, this date.)
14    MS. SPEVACK: Exhibits 19.
15    MS. DUNN: Exhibit 19.
16 Q. This is a document --
17    MR. VERNON: Can you wait until we
18 get copies?
19    MS. COLE: And the first page?
20 Metadata?
21    MS. DUNN: Yes, the first page is
22 metadata. This is a document produced
23 by Microsoft to Google and the date is
24 November 9, 2022, on this document. It
25 follows the Microsoft/Xandr acquisition

Page 293

JOHN - HIGHLY CONFIDENTIAL
2  and it is a talk track for buyers meant
3  to accompany slides.
4  Q. Do you have any reason to doubt
5  that this talk track for buyers was prepared
6  in the ordinary course of business by
7  Microsoft employees?
8  A. I don't know.
9  Q. All right. One of the things that
10 you talked about in your testimony with the
11 government attorney was demand, and so when
12 we're talking about demand, just to be clear,
13 you mean advertisers are the demand side,
14 right?
15 A. That is correct.
16 Q. And the point of the advertisers in
17 the demand is so that people can be reached
18 and see the ads, right?
19    MR. VERNON: Objection, leading.
20 A. That is one unique talk point,
21 audience reach, yes.
22 Q. Right.
23    And if you look at what it says in
24 the buyer talk track under slide 4, it talks
25 about the "Microsoft Advertising

Page 294

1    JOHN - HIGHLY CONFIDENTIAL
2  Marketplaces."  Do you see that?
3    A.  Yes, uh-huh, yes.
4       MR. VERNON:  Show us where you are.
5       MS. DUNN:  I'm on --
6       MR. VERNON:  Never mind.  I'm good.
7    Q.  And it describes Microsoft
8  advertising ecosystem as expansive.  Do you
9  see that?
10   A.  Which paragraph?  The second one?
11   Q.  It's on slide 4, "Microsoft
12 Advertising Marketplaces" and it says,
13 "Microsoft advertising's expansive
14 ecosystem."  Do you see that?
15   A.  Yes, I do.
16   Q.  And Microsoft's expansive ecosystem
17 allows you access to over one billion people.
18 Do you see where it says that?
19   A.  Yes, I do.
20   Q.  Do you happen to know that a
21 billion people is a seventh of the population
22 on earth?
23   A.  Yes, I do.
24       MS. COLE:  That's beyond the scope.
25   Q.  Now, do you have any reason to

Page 295

1    JOHN - HIGHLY CONFIDENTIAL
2  doubt that this is true?
3    A.  I do not.
4    Q.  Now, it then says, "Here's a closer
5  look at the inventory available."  And it
6  mentions Microsoft search network,
7  Microsoft's owned and operated sites that we
8  went through, Microsoft Audience Network,
9  which includes MSN, Outlook and Edge and it
10 mentions PromoteIQ which is the retail outfit
11 that we talked about.  Do you see that?
12   A.  Yes, I do.
13   Q.  And Microsoft also wants buyers to
14 know that Xandr is one of the largest global
15 programmatic marketplaces.  Do you see that?
16   A.  Yes, I do.
17   Q.  Now if you look at slide 5 in the
18 buyers talk track.  It says, "We're excited
19 to be working as part of Microsoft to create
20 new valuable opportunities for advertisers.
21 With Microsoft, we're gaining significant
22 momentum across CTV, gaming shopper marketing
23 and native - further strengthening Xandr and
24 Invest DSP as your strategic partner to buy
25 across channels and format."

Page 296

1    JOHN - HIGHLY CONFIDENTIAL
2       And so when Microsoft and Xandr are
3  talking to the buyers about buying across
4  channels and formats, what they're talking
5  about is, at least, CTV, gaming, shopper
6  marketing, native and display, right?
7       MR. VERNON:  Objection,
8    mischaracterizes native, display --
9    Q.  It that what it says?
10   A.  It says advertisers were able to
11 reach across different audiences and
12 different formats.
13   Q.  Right.  And it's telling buyers,
14 advertisers that they can reach people
15 through CTV, gaming, shopper marketing and
16 native all as a result of Microsoft and
17 Xandr, right?
18   A.  That is correct.
19   Q.  Okay.  All right.
20       MS. DUNN:  Okay.  I would like to
21    show you, if we can hand the witnesses
22    tabs 26, 27 and 28.
23       MS. SPEVACK:  It will be
24    Exhibit 20.
25       (MSFT Exhibit 20, Natively produced

Page 297

1    JOHN - HIGHLY CONFIDENTIAL
2    document, PowerPoint presentation
3    entitled, "Welcome to Microsoft
4    Advertising," Bates Nos.
5    MSFT-LIT0000002147, marked for
6    identification, this date.)
7       MS. SPEVACK:  21.
8       (MSFT Exhibit 21, Document, Bates
9    Nos. MSFT-LIT0000033249 through
10   MSFT-LIT0000033254, marked for
11   identification, this date.)
12   Q.  I'm just going to ask you if
13 they're documents prepared in the ordinary
14 course of business.  And I'm not going to ask
15 you any questions about them.
16       MS. SPEVACK:  And 22.
17       (MSFT Exhibit 22, Natively produced
18   document, PowerPoint presentation
19   entitled, "Xandr Ad Server/Supplement,"
20   Bates No. MSFT-LIT0000028835, pages 1
21   through 16, marked for identification,
22   this date.)
23       (Discussion off the record.)
24   Q.  So those three documents that I
25 just handed to you --

HIGHLY CONFIDENTIAL

Page 318

JOHN - HIGHLY CONFIDENTIAL

1
2  evolves, multiple players started picking
3  compared to the display advertising.
4      Q.  Okay.
5          MR. VERNON:  Could we go off the
6  record.  Just give me two minutes.  I
7  just want to make sure I asked all the
8  questions.
9          THE VIDEOGRAPHER:  The time is
10 6:19 p.m. and we're off the record.
11         (A brief recess was taken.)
12         THE VIDEOGRAPHER:  The time is
13 6:21 p.m. and we're back on the record.
14     Q.  Do you have that document in front
15 of you that we were just looking at?
16     A.  Yes, I do.
17     Q.  And the one that refers to the
18 "marketplace lock-in in Display."  Do you see
19 that?
20     A.  Yes, I do.
21     Q.  Earlier counsel asked you some
22 questions about meetings between the DOJ and
23 Microsoft with Xandr.  Do you remember that?
24     A.  Yes, I do.
25     Q.  Did Microsoft or Xandr create this

Page 319

JOHN - HIGHLY CONFIDENTIAL

1
2  document that talks about marketplace lock-in
3  for display for purposes of showing it to the
4  DOJ?
5      A.  Absolutely not.
6          MR. VERNON:  Okay.  With that, and
7  unless counsel for Google has further
8  questions, I'm done with my questions,
9  and I thank you and the court reporter
10 and the videographer and to everyone for
11 taking the time to sit here on a Friday.
12         THE WITNESS:  Thank you, all.
13         MS. DUNN:  Thank you very much.  We
14 appreciate you very, very much.
15         THE VIDEOGRAPHER:  We're going off
16 the record at 6:22 p.m., and this
17 concludes today's testimony given by Ben
18 John.  The total number of media units
19 was five, and they will be retained by
20 Veritext.
21         (Time noted:  6:22 p.m.)
22
23
24
25

Page 320

1
2  STATE OF _____)
3                          ) :ss
4  COUNTY OF _____)
5
6
7          I, BENNEASER JOHN, the witness
8  herein, having read the foregoing
9  testimony of the pages of this
10 deposition, do hereby certify it to be a
11 true and correct transcript, subject to
12 the corrections, if any, shown on the
13 attached page.
14
15         _____
16         BENNEASER JOHN
17
18 Sworn and subscribed to before
19 me, this         day of
20         , 2023.
21 _____
22 Notary Public
23
24
25

Page 321

1
2          C E R T I F I C A T E
3  STATE OF NEW YORK  )
4                     : ss.
5  COUNTY OF NEW YORK )
6          I, Jennifer Ocampo-Guzman, a
7  Certified Realtime Shorthand Reporter and
8  Notary Public within and for the State of New
9  York, do hereby certify:
10         That BENNEASER JOHN, the witness
11 whose deposition is hereinbefore set forth,
12 was duly sworn, and that such deposition is
13 a true record of the testimony given by the
14 witness.
15         I further certify that I am not
16 related to any of the parties to this action
17 by blood or marriage, and that I am in no
18 way interested in the outcome of this
19 matter.
20         IN WITNESS WHEREOF, I have
21 hereunto set my hand this 12th day of
    September 2023.
22
23
          *J. Ocampo-Guzman* (signature)
24     JENNIFER OCAMPO-GUZMAN, CRR, CLR
25

Veritext Legal Solutions
800-567-8658                                           973-410-4098