# EXHIBIT 141

Y&R
3 Columbus Circle
New York, NY 10019-8750

CONTR 273819-13
V-30245
T-1547277

BILL DATE 03/04/20

PRODUCTION BILL

BILL NUMBER O-03-0087 PAGE
DUE DATE APR03/20
FINANCE DIV 301-763-1300
4600 SILVER HILL RD 2K419
WASHINGTON DC 20233-4400
ATTN: LIZANNETTE VELEZ

CLIENT CN2 BUREAU OF CENSUS/YA1323-16-CQ-0003
PRODUCT 015 OR15-MEDIA PLAN & BUYING
MEDIA O OTHER ESTIMATE(NET)=[redacted]
JOB 019051 Media Spend PO's
ORDER:1333LB19F0000010

| DESCRIPTION | VENDOR NAME | NET AMOUNTS | COMMISSION | TOTAL |
|---|---|---|---|---|
| TOTAL AMOUNT DUE | | [redacted] | | [redacted] PAY ABOVE AMOUNT |

MB

PLEASE REMIT TO: YOUNG & RUBICAM LLC
P.O. BOX 751731
CHARLOTTE, NC 28275-1731
FED I.D.# 20-4031493
WIRE TO:WELLS FARGO BANK, N.A.
SAN FRANCISCO, CA 94104
ABA ROUTING# 121000248,ACCT# [redacted],SWIFT CODE WFBIUS6S
ACH TO: WELLS FARGO BANK, N.A.
MINNEAPOLIS, MN 55479
ABA ROUTING# 053101561,ACCT# [redacted],SWIFT CODE WFBIUS6S
REF: YOUNG & RUBICAM, LLC. LOCKBOX # 751731

GOVERNMENT REQUIREMENTS CONTRACT: YA1323-16-CQ-0003

CONTRACTOR'S DUN (DATA UNIVERSAL NUMBERING SYSTEM): 006992515
CONTRACTOR CONTACT:DEBRA VELAZQUEZ,CLIENT FINANCE MANAGER 212.210.4681

THIS COMPANY IS PART OF THE WPP GROUP OF COMPANIES AND ADHERES TO WPP ETHICAL STANDARDS, WHICH CAN BE FOUND IN THE WPP CODE OF BUSINESS CONDUCT AND THE WPP SUSTAINABILITY REPORT ON THE WPP.COM WEBSITE.

ORIGINAL

YOUNG & RUBICAM
3 Columbus Circle
NY, NY 10019

Bureau of Census Billing Addendum Page

Contract: YA1323-16-CQ-0003
Bill Number: O-03-0087
Order # 1333LB19F00000010

Contractor Contact: Vin Masullo, Client Finance Manager
Bill Date: 3.4.2020 212-210-3724

| | |
|---|---|
| Amount of invoice being submitted | 227,257.13 |
| CLIN 0001 being billed | |
| CLIN 0002 being billed | |
| CLIN 0003 being billed | |
| CLIN 0004 being billed | |
| Invoice total for the current month | |
| Total amount of the Order | |
| Total amount invoiced to date under the Order | |
| CLIN 0001 invoiced to date | |
| CLIN 0002 invoiced to date | |
| CLIN 0003 invoiced to date | |
| CLIN 0004 invoiced to date | |
| Total funds remaining | |
| Percent of allocated funds invoiced to date | |
| Percent of funds remaining | |

CLIN0001-FFP Labor CLIN0002-T&M ODCs CLIN0003-FFP Labor CLIN0004-FFP Labor

| | |
|---|---|
| Actual date services were performed and completed or goods delivered | January 1 - January 31 2020 |
| Current Order Period of Performance | November 21 2018 - March 31 2021 |

(1) "I hereby certify, to the best of my knowledge and belief, that the services set forth herein were performed during the period stated above are current, accurate and complete.

March 4, 2020 | Frank Cavazzini, CFO | [signature]

(Date) (Name/Title of Contractor Rep) (Signature) (Signature)

(2) "I certify that to the best of my knowledge and belief that the services/supplies shown on the invoice have been performed/furnished and are accepted.

Kendall B. Johnson, COR Digitally signed by Kendall B. Johnson, COR Date: 2020.03.06 18:04:48 -05'00'

(Date) (Name/Title of COR) (Signature) (Signature)

(3) "Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment."

(Date) (Authorized Certifying Official) (Signature) (Signature)



FIN Finance Invoice Claim Submission (CENSUS/FIN)

Fri 3/6/2020 8:21 AM

Milton L Brown II (CENSUS/FIN FED) +1 other

OR15_Mar20_Billing_REIN3.4....

370 KB

**Due By 4-3-2020**

**POP 11-21-2018 Thru 3-21-2021**

**Invoice Claim Submission, Accounts Payable**
Accounting Operations/Finance Division/Headquarters
U.S. Census Bureau
O: 301-763-3333, option 6
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

**From:** Younge, Kwame <[redacted]>
**Sent:** Wednesday, March 4, 2020 6:05 PM
**To:** FIN Finance Invoice Claim Submission (CENSUS/FIN) <fin.finance.invoice.claim.submission@census.gov>
**Cc:** Kendall B Johnson (CENSUS/ADCOM FED) <kendall.b.johnson@census.gov>; Tonya L Barbour (CENSUS/ADCOM FED) <Tonya.L.Barbour@census.gov>; Hatfield, Ericka <[redacted]>; Askew, Giorgio <[redacted]>; Reid, Kelly <[redacted]>; Legname, Kimberly <[redacted]>; Masullo, Vin <[redacted]>; Schaffino, Patricia <[redacted]>; Jain, Devang <[redacted]>
**Subject:** Census Order 15 Billing; Invoice Number O-03-0087

Hello-

**Invoice Summary**
**3.4.20**

| Order | Agency | Invoice | Audience | Media Type | Vendor | Invoice Amount | Invoice Date |
|---|---|---|---|---|---|---|---|
| OR15 | REIN | 14816-584 | BAA | PRO | | | |
| OR15 | REIN | 14816-587 | ARAB | PSM | | | |
| OR15 | REIN | 14816-589 | NHPI | PRO | | | |
| OR15 | REIN | 14816-590 | BAA | PSM | | | |
| OR15 | REIN | 14816-593 | POL | SEA | | | |
| OR15 | REIN | 14816-594 | BAA | PSM | | | |
| OR15 | REIN | 14816-595 | NHPI | PSM | | | |
| OR15 | REIN | 14816-596 | POL | PSM | | | |
| OR15 | REIN | 14816-597 | RUS | PSM | | | |
| OR15 | REIN | 14816-615 | DM | NRAD | | | |
| | | | | | **Grand Total** | **$** | |

# INVOICE

March 2, 2020
Invoice Number: 14816-584
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Google<br>Audience: Black/AA<br>Media: Programmatic | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner

# INVOICE

March 2, 2020
Invoice Number: 14816-587
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Facebook<br>Audience: Arabic<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

[signature]

Kevin Miller
Partner

# INVOICE

March 2, 2020
Invoice Number: 14816-589
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Google<br>Audience: NHPI<br>Media: Programmatic | [redacted] |
| **Total** | [redacted] |

## TOTAL AMOUNT DUE

[redacted]

Thank you!

Kevin Miller
Partner

# INVOICE

March 2, 2020
Invoice Number: 14816-590
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Facebook<br>Audience: Black/AA<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

## TOTAL AMOUNT DUE [redacted]

Thank you!

Kevin Miller
Partner

# INVOICE

March 2, 2020
Invoice Number: 14816-593
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 14 – 16, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Google<br>Audience: Polish<br>Media: Paid Search | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner

1321 Duke St. Alexandria, VA 22314 | 202.333.0400 | www.reingold.com

Highly Confidential

# INVOICE

March. 2, 2020
Invoice Number: 14816-594
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Twitter<br>Audience: Black/AA<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner

REINGOLD

2
We're on a Mission. Yours.®
Highly Confidential
CENSUS-ADS-0000762521

# INVOICE

March 2, 2020
Invoice Number: 14816-595
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Facebook<br>Audience: NHPI<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner

Highly Confidential CENSUS-ADS-0000762522

# INVOICE

March 2, 2020
Invoice Number: 14816-596
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Facebook<br>Audience: Polish<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner

1321 Duke St. Alexandria, VA 22314 | 202.333.0400 | www.reingold.com

Highly Confidential

# INVOICE

REINGOLD

March 2, 2020
Invoice Number: 14816-597
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: Facebook<br>Audience: Russian<br>Media: Paid Social Media | [redacted] |
| **Total** | [redacted] |

## TOTAL AMOUNT DUE

[redacted]

Thank you!

[signature]

Kevin Miller
Partner

# INVOICE

REINGOLD

March 2, 2020
Invoice Number: 14816-615
Purchase Order Number: 568902
Payment Terms (net 30 days)

| Bill To: | Remittance To: |
|---|---|
| Y&R Group<br>Attn: Ayesha Aziz and Vin Masullo<br>PO Box 2073<br>Secaucus, NJ 07096 | Reingold, Inc.<br>1321 Duke St.<br>Alexandria, VA 22314<br><br>Account Number: [redacted]<br>ABA/Routing Number: 051404260<br><br>BB&T<br>2200 Wilson Blvd., Suite 200<br>Arlington, VA 22201 |

| Prime Contract Number: | Performance Period: | Employer Tax ID Number: | DUNS Number: |
|---|---|---|---|
| YA1323-16-CQ-0003 | Jan. 1 – 31, 2020 | 52-1396000 | 185056942 |

## SUMMARY OF EXPENSES

***Job Code: CN2-015-015002***

***Order Number: ORDER:1333LB19F00000010***

*Order 15: Media Spend for the 2020 Census Paid Media Campaign.*

| CATEGORY | COST |
|---|---|
| Media Buy<br>Vendor: TuneIn<br>Audience: Diverse Mass<br>Media: National Radio | [redacted] |
| **Total** | [redacted] |

**TOTAL AMOUNT DUE** [redacted]

Thank you!

Kevin Miller
Partner