# EXHIBIT 145

# PUBLIC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

United States of America, *et al.*,

                                    Plaintiffs,

v.

Google LLC,

                                    Defendant.

Case No. 1:23-cv-00108-LMB-JFA

Hon. Leonie H. M. Brinkema

**EXPERT REPORT OF ROSA M. ABRANTES-METZ, PH.D.**

**December 22, 2023**

HIGHLY CONFIDENTIAL

Expert Report of Rosa M. Abrantes-Metz, Ph.D.

120.   AdX does not participate in header bidding.[209]  If publishers want to compare the price

available from AdX to the prices available from header bidding, they need to

implement a two-step process.[210]  Step one is the header bidding process described

above, where the highest bid from exchanges participating in header bidding is

obtained.[211]  In step two, those bids are passed to DFP, and effectively act as a floor

price for the AdX auction.[212]  If an AdX bidder can beat that floor price, AdX wins, and

AdX's bidder serves the advertisement.[213]  Because AdX continued to run a second-

price auction that could use the winning bid from header bidding as the price floor, if

only one AdX advertiser's bid exceeded the floor price, the winning bidder would only

pay the price of the header bidding bid.  If AdX cannot beat the highest header bidding

price, the impression is served by the exchange (and their respective bidder) which

offered the highest price in the header bidding auction.[214]

121.   Header bidding was widely adopted by publishers.  Header bidding tools have been

available to publishers since at least 2009, but according to Google, header bidding

"adoption exploded in 2015."[215]  An Iponweb presentation produced by Criteo reported

---

[209]   KVL00000945, at -946 (April 24, 2019); and MSFT-LIT-0000065419, at -441 (February 1, 2021) ("[T]he success of header bidding has been undermined by Google's refusal to interoperate with it.").

[210]   KVL00000945, at -946 (April 24, 2019); GOOG-DOJ-13235212, at -216 (October 2019); and ATT-GCID-00111923, at -941 (Undated).

[211]   GOOG-DOJ-13235212, at -216 (October 2019); and ATT-GCID-00111923, at -941 (Undated).

[212]   GOOG-DOJ-13235212, at -216 (October 2019); GOOG-AT-MDL-008842393, at -398 (August 4, 2023) (Korula Declaration); and ATT-GCID-00111923, at -941 (Undated).

[213]   GOOG-DOJ-13235212, at -216 (October 2019); and ATT-GCID-00111923, at -941 (Undated).

[214]   GOOG-DOJ-13235212, at -216 (October 2019); and ATT-GCID-00111923, at -941 (Undated).

[215]   FBDOJ012330088, at -094 (Undated); and GOOG-DOJ-13235212, at -221 (October 2019) ("Adoption exploded in 2015 with press coverage").

---

Expert Report of Rosa M. Abrantes-Metz, Ph.D.

that as of 2016, "70% of publishers ha[d] adopted header bidding."[216]  In 2019, "eMarketer estimate[d] that nearly 80% of the top sites in the US have adopted header bidding solutions."[217]

## F.  Google Introduces Open Bidding

122.  In response to publishers' use of header bidding, Google introduced Open Bidding (also known as Exchange Bidding) to its DFP product in 2018.[218]  Open Bidding allowed some third-party ad exchanges to compete against AdX simultaneously within DFP.[219]  In Open Bidding, the price from AdX is compared to the price available from other exchanges simultaneously, and the exchange with the highest price wins the opportunity to serve its bidder's ad.  Open Bidding is similar to header bidding in some respects but is administered by Google within DFP.[220]

123.  Google charges publishers a fee when an exchange other than AdX wins their impressions via Open Bidding.[221]  According to Google, "when an auction was won by

---

[216]  CRITEO_GOOGLELIT_0000015340, at -367 (April 2016) ("Nearly 70% of publishers have adopted header bidding; 80% of those are seeing revenue gains").

[217]  GOOG-DOJ-AT-00034301, at -304 (June 2020) ("eMarketer estimates that nearly 80% of the top sites in the US have adopted header bidding solutions."); and FBDOJ012293698, at -725 (Undated).

[218]  GOOG-AT-MDL-006217592, at -606 (December 12, 2022); GOOG-AT-MDL-008842393, at -400 and -401 (August 4, 2023) (Korula Declaration); Open Bidding was "launched in alpha" by Google in 2016 but did not become "generally available" until April 2018. GOOG-AT-MDL-008842393, at -401 (August 4, 2023) (Korula Declaration); Open Bidding was previously called Exchange Bidding. GOOG-DOJ-13235212, at -212 (October 2019).

[219]  GOOG-DOJ-04429792, at -795 and -808 (April 2017).

[220]  GOOG-TEX-00124296, at -325 (August 29, 2016); GOOG-AT-MDL-006217592, at -606 (December 12, 2022); and GOOG-AT-MDL-008842393, at -400 (August 4, 2023) (Korula Declaration).

[221]  GOOG-AT-MDL-008842393, at -401 (August 4, 2023) (Korula Declaration); and GOOG-TEX-00103579, at -579 (July 12, 2016).

---

Expert Report of Rosa M. Abrantes-Metz, Ph.D.

AdX, which had exclusive access to GDN [Google Ads] demand."[475]

314. Google also understood that AdX would lose transactions without the Google Ads

exclusivity:

- Removing the Google Ads exclusivity would "have implications for our [AdX]
  publisher base."[476]

- In a 2011 email chain Google forecasted that if GDN (Google Ads) were allowed to
  access inventory on third-party ad exchanges, Google Ads' revenues would increase
  somewhat, but AdX and AdSense would lose clients.  Moreover, DFP would lose
  20% of its projected impressions, and AdX would lose 30% and 50% of its
  projected impressions in 2011 and 2012, respectively.[477]

- The same 2011 presentation observed that "[t]he enablement of AdWords on 3rd
  party inventory sources will incentivize clients to move from AdX and AdSense to
  Rubicon, Pubmatic, and AdMeld."  The same presentation also noted that a
  consequence of Google Ads' bidding on third-party exchanges would be that
  "[p]ublishers move away from AdSense/AdX to 3rd party exchanges (driven by
  CPM shifts and perception that sell-side not relevant)."  It goes on to assert that
  "[l]oss of UVP [Unique Value Proposition], Competition for inventory becomes

[475] GOOG-DOJ-04387378, at -401 (2018, Google slide deck titled, "Header Bidding Observatory #3 Q1
2018": "Back when AdX launched, we imagined publishers would select one exchange partner to manage
all programmatic demand. Managing multiple ad networks with different static price points had proven to
be such a headache for pubs it didn't seem logical that they would want to go down the same road with
exchanges, especially since all exchanges had access to essentially the same demand. That was except for
AdX, which had exclusive access to GDN demand. Exclusive access to the largest ad network in the world
and the fact we had our proprietary contextual targeting algorithm, we assumed that AdX would be the
preferred exchange for pubs. However, it quickly became apparent pubs were willing to work with multiple
exchanges.").

[476] GOOG-DOJ-03872448, at -448 (Undated, Google document titled, "Adwords cross-exchange bidding":
"GDN needs to be cross-exchange competitively . . . However, that has implications for the publisher base.
Currently AdSense and AdX use AdWords demand as a unique sales proposition").

[477] GOOG-DOJ-07807539, at -539 (Google email starting on April 19, 2011 indicating that Google would lose
20-30% of its AdX publishers and 20% of DFP's publishers if it allowed Google Ads bids on other
exchanges.

Expert Report of Rosa M. Abrantes-Metz, Ph.D.

purely feature driven."  Even though cross-exchange bidding by Google Ads could attract advertisers to "move" to AdWords, Google predicted "[p]ublisher inventory shifts are potentially more dramatic than expected gain in advertiser spend."[478]

- Also in 2011, an email from Scott Spencer, Google's director of product management, wrote to another Google executive to report that Google Ads' bidding on four third-party exchanges would boost GDN's revenue by 5%, but lower the expected transaction prices for AdX and AdSense publishers by 10% while boosting the expected transaction prices of the third-party exchanges by 16%, which "could cause some publishers to shift where they offer their inventory."[479]

- A 2014 Google experiment estimated that Google would lose 70% of its revenue if Google Ads did not bid on AdX inventory.  Publisher yield would drop 65%.[480]

- In 2016, Google determined that allowing Google Ads to bid without restrictions across all exchanges would "fully compromise[] AdX's competitive advantage wrt [with respect to] its exclusivity to GDN [Google Ads] demand."[481]

- A 2016 email by Google executive Bryan Rowley to fellow Google executives observed that cross-exchange bidding by Google Ads presented "[r]isk to AWBid that [sic] sell side revenues decline or miss growth targets if GDN buying is not incremental to AdX/AFC/AdMob spend . . . Cannibalization from AWBid buying could accelerate publishers shifting inventory or assigning priority to competitive

---

[478]  GOOG-DOJ-14826585, at -586 and -592 (Undated, Google slide deck, titled "Implications of AdWords's and AdX's Bidders": "The enablement of AdWords on 3rd party inventory sources will incentivize clients to move from AdX and AdSense to Rubicon, Pubmatic, and AdMeld.").

[479]  GOOG-DOJ-04293455, at -455 (Internal Google email from Scott Spencer to Neal Mohan (starting on February 13, 2011) regarding "Initial DRAFT S-D Impact Analysis for multi-exchanges").

[480]  GOOG-DOJ-15140608, at -608 (January 2014, Google memo titled, "Impact of GDN not participating in AdX auctions").

[481]  GOOG-DOJ-27766486, at -491 (Google email starting on April 7, 2016 regarding "AWBid review next week:": "If we go with all-demand AWBid, that fully compromises AdX's competitive advantage w.r.t its exclusivity to GDN demand.").

Expert Report of Rosa M. Abrantes-Metz, Ph.D.

SSPs/Exchanges."[482]

- Finally, a November 16, 2015, document outlining a project to develop an "unbiased view of the potential impacts for Google on GDN [Google Ads] buying cross-exchange" noted that "by allowing GDN [Google Ads] to buy cross-exchange the spend on the sell-side products could be directly reduced thereby slowing the growth of the sell-side business … When our competition is able to say they have access to GDN, whether it is equal or not, our sales and marketing teams will have to be prepared for significant competitive pressure.  Our by-side positioning will put sell-side relationships at risk."[483]

315. Google was worried about how it would compete in the Ad Exchange market if it were to relax its exclusivity with Google Ads.  In a 2011 email, Google's Craig DiNatali asked colleagues, "Do we plan on additional differentiation points for AdX sell side facing [sic] solutions that will help us compete when our leverage of 'Largest Demand Source' is not relevant given our allowing AdWords to compete on any other supply source?"[484]  Google's "Making AdX Awesome" working group had not identified other competitive advantages for AdX to replace the exclusive access to Google Ads demand.[485]

316. Another Google document from 2011 identified the risk that publishers would abandon

---

[482] GOOG-DOJ-10948271, at -271 (Google email from Google executive Bryan Rowley starting on January 6, 2016 regarding "AWBid Story Feedback"). *See also* GOOG-DOJ-14432746, at -748 (December 2015 Google slide deck titled, "GDN Cross Exchange").

[483] GOOG-DOJ-11765613, at -614 (Undated, Google document with subject, "GDN Cross Exchange Model: GSL POV").

[484] GOOG-DOJ-05244839, at -839 (Internal email from Sean Downey to other Google Staff starting on February 14, 2011 regarding "AdWords Cross Exchange Buying Update").

[485] GOOG-DOJ-27766486, at -491 (Google internal email correspondence starting on April 7, 2016 regarding "AWBid review next week").