# EXHIBIT 150

# PUBLIC

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF VIRGINIA
 3   ALEXANDRIA DIVISION
     _____
 4
     UNITED STATES, et al.,
 5
                          Plaintiffs,
 6
              -against-
 7
     GOOGLE LLC,
 8
                          Defendant.
 9
     No: 1:23-cv-00108-LMB-JFA
10   _____
11
                          September 28, 2023
12                       10:04 a.m.
13
14
15
16         DEPOSITION of SIMON WHITCOMBE,
17   taken by Defendant, pursuant to Notice,
18   held at the offices of COVINGTON & BURLING
19   LLP, 620 Eighth Avenue, New York, New York
20   before Wayne Hock, a Notary Public of the
21   State of New York.
22
23
24
25     Job No. CS6114685
```

Page 14

```
 1              S. Whitcombe
 2   traditional advertisers, so much smaller
 3   retailers would fall into that.  I'm
 4   trying to think of a good example of a
 5   retailer we have in mid-market right now.
 6   I think in the travel category, it would
 7   be smaller airlines, like a Jet Blue.
 8       Q.   And this one may be hard, but do
 9   you have an example of a small business
10   advertiser customer of Meta?
11       A.   Yeah.
12            This would be seed round
13   consumer-focused companies generally.  It
14   would be a lot of mom-and-pop businesses.
15   So anything from a very local business,
16   yeah, those type of businesses.
17       Q.   Okay.  Thank you.
18            Mr. Whitcombe, do you understand
19   that you're here today to provide
20   testimony as a corporate representative of
21   Meta Platforms, Inc. regarding topics
22   related to Meta's ads business?
23       A.   Yes.
24       Q.   Can you please describe Meta
25   Platforms' advertising business generally?
```

Page 15

```
 1              S. Whitcombe
 2       A.   Sure.
 3            I think our value proposition --
 4   the value proposition that we take to
 5   market; would that answer the question?
 6       Q.   Yeah, sure.  Let's start there.
 7       A.   So I think the value proposition
 8   is -- is the reach, engagement we have
 9   across our various apps and services and
10   the products or the advertising products
11   and features that we bring to market for
12   advertisers is pretty extensive.  I would
13   say the formats and services that we offer
14   those products on.  I would say the
15   performance that we're able to drive
16   competitively in the marketplace.  And
17   then I would say the measurement tools
18   that allow advertisers to understand the
19   efficacy of the advertising that they
20   invest with us.
21       Q.   I think you mentioned apps in
22   your -- you said the reach, engagement we
23   have across our various apps and services.
24            What do you mean by -- what are
25   you thinking of when you mentioned apps
```

Page 16

```
 1              S. Whitcombe
 2   and services there?
 3       A.   So our brands, so Facebook,
 4   Instagram are great examples, are
 5   available as mobile apps but they are also
 6   available on the open web.
 7       Q.   Okay.
 8            And when you say "the open web",
 9   what do you mean by that?
10       A.   The mobile web or however people
11   are accessing the Internet through a
12   browser.
13       Q.   Okay.
14            Any other apps and services
15   beyond Facebook and Instagram that you
16   have in mind?
17       A.   I mean, our core advertising
18   proposition is focused today, at least in
19   North America, around Facebook and
20   Instagram.  But we also have WhatsApp and
21   Messenger.
22       Q.   And does Meta sell advertising
23   space on Messenger?
24       A.   We sell -- today we sell what we
25   call click to messaging ads, which if a
```

Page 17

```
 1              S. Whitcombe
 2   person clicks on those ads from one of our
 3   apps or services like a Facebook or
 4   Instagram, rather than driving to a web
 5   page or into a mobile app, it will open up
 6   a message thread on WhatsApp or Messenger.
 7       Q.   Does Meta sell any advertising
 8   space on WhatsApp?
 9       A.   Not advertising space per se,
10   no.
11       Q.   You also mentioned in your
12   answer formats and services.
13            Do you recall that?
14       A.   Yes.
15       Q.   What were you referring to when
16   you mentioned formats and services?
17       A.   Well, there are different types
18   of ad solutions that we have, different
19   formats of ads.  So within a news feed
20   environment, for instance, in a Facebook
21   or an Instagram news feed, we would have
22   the availability of video ads within that
23   format.  We would have what we would call
24   dynamic ads as examples within that
25   format, which is a product catalog-based
```

```
                                                         Page 18
 1                S. Whitcombe
 2   solution.  I think those are solutions of
 3   different formats.
 4         And then different services
 5   would be Facebook as a service, Instagram
 6   as a service, and -- yeah, so on and so
 7   forth.
 8      Q.   And you mentioned I think video
 9   ads and dynamic ads as examples of ad
10   formats that Meta offers advertisers on
11   its services.
12         What other ad formats does Meta
13   offer to its advertiser customers on its
14   services?
15      A.   We have an extensive amount of
16   formats and tools that we make available.
17   I'm not sure I could represent all of them
18   here today because we have a lot of
19   products, a lot of -- a lot of products
20   and formats.  But we would have static --
21   static ads, ads that are just a single
22   image that would drive through to a
23   website.  We would have ads available in
24   stories as a format.  We would have ads
25   available -- so we have dynamic ads, we
```

```
                                                         Page 19
 1                S. Whitcombe
 2   have collection ads that, rather than
 3   having individual products, they would be
 4   collections of products that we would run.
 5   Yeah, we have -- I mean, we could go on
 6   forever on this.  We have reach and
 7   frequency as a tool you could use to reach
 8   people.  We have different optimizations
 9   that allow bid to bid on different
10   outcomes within our system.
11      Q.   And can you briefly explain,
12   what are dynamic ads?
13      A.   Dynamic ads are catalog-based
14   ads.  So dynamic ads would be a solution
15   where an ad is served with a carousel of
16   different products and the consumer would
17   hopefully be attracted to one of those
18   products within that carousel.
19      Q.   Okay.
20         Have you ever heard of the term
21   "native ads"?
22      A.   Yes.
23      Q.   What's your understanding of
24   that term?
25      A.   I'm assuming that -- again, I'm
```

```
                                                         Page 20
 1                S. Whitcombe
 2   not clear on exactly what "native ads"
 3   would mean as a definition.  I'm assuming
 4   that these would be ads that would be
 5   native to the platform or the app, is my
 6   guess.  Again, I'm not clear on the
 7   definition of "native ads".
 8      Q.   Yeah, me neither, but I figured
 9   I'd ask you.
10         With that interpretation, does
11   Meta offer customers native ads on its --
12      A.   I've never spoken to an
13   advertiser about native ads, nor would I
14   really understand necessarily what that
15   means.
16      Q.   Have you ever heard of the term
17   "owned and operated properties"?
18      A.   I have heard the term "owned and
19   operated properties", yeah.
20      Q.   What's your understanding of
21   that term?
22      A.   My assumption is owned and
23   operated properties would be -- in an
24   advertising context?
25      Q.   Yes.
```

```
                                                         Page 21
 1                S. Whitcombe
 2      A.   Would be ads that are served on
 3   properties that are owned by the company
 4   that is selling them, owned and operated
 5   by the company that's selling them.
 6      Q.   So with that -- with that
 7   definition, does Meta have owned and
 8   operated properties on which it sells
 9   advertising spaces?
10      A.   Yes.
11      Q.   Which ones would those be?
12      A.   The ones that we've already
13   discussed.  It would be Facebook,
14   Instagram, and it would be click to
15   Messenger ads on WhatsApp and Messenger.
16      Q.   Okay.
17         So when we use the term "owned
18   and operated properties" during this
19   deposition today, we'll be referring to
20   Facebook or Instagram app or web and
21   Messenger click --
22      A.   Click to Messenger.
23      Q.   -- properties.
24         Does that sound good?
25      A.   Yeah, it sounds good.
```

```
                                      Page 278
 1
 2          CERTIFICATION BY REPORTER
 3
 4     I, Wayne Hock, a Notary Public of the
 5  State of New York, do hereby certify:
 6     That the testimony in the within
 7  proceeding was held before me at the
 8  aforesaid time and place;
 9     That said witness was duly sworn
10  before the commencement of the testimony,
11  and that the testimony was taken
12  stenographically by me, then transcribed
13  under my supervision, and that the within
14  transcript is a true record of the
15  testimony of said witness.
16     I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage, that I am not
19  interested directly or indirectly in the
20  matter in controversy, nor am I in the
21  employ of any of the counsel.
       IN WITNESS WHEREOF, I have hereunto
22   set my hand this  29th  day of September, 2023.
23
24      [signature: Wayne Hock]

25          Wayne Hock
```

Veritext Legal Solutions
800-567-8658                                           973-410-4098