# EXHIBIT 151

# PUBLIC

| | A | B | C | Y | Z |
|---|---|---|---|---|---|
| 1 | **Metric** | **Geography** | **Data Type** | **Note** | **Extended Note** |
| 2 | Search ad spending | worldwide | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices; includes contextual text links, paid inclusion, paid listings, and SEO | n/a |
| 3 | Display ad spending | worldwide | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices; includes banners, rich media, sponsorships, video, and ads such as Facebook's News Feed Ads and Twitter's Promoted Tweets | n/a |
| 4 | Classified ad spending | worldwide | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices | n/a |
| 5 | Other digital ad spending | worldwide | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices; includes lead generation and solus email | n/a |

1

| | A | B | C | Y | Z |
|---|---|---|---|---|---|
| 6 | Digital ad spending | worldwide | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices, and includes all the various formats of advertising on those platforms | Digital ad spending includes banner ads and other (static display ads such as Facebook's News Feed Ads and Twitter's Promoted Tweets), classified ads, email (embedded ads only), rich media (including in-stream video ads), search ads (including contextual text links, paid inclusion, paid listings, and SEO), sponsorships, and lead generation (referrals). eMarketer benchmarks its Canada digital ad spending figures against data from IAB Canada, for which the last full year measured was 2021. |
| 7 | Classified ad spending | australia | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices | n/a |
| 8 | Display ad spending | australia | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices; includes banners, rich media, sponsorships, video, and ads such as Facebook's News Feed Ads and Twitter's Promoted Tweets | n/a |
| 9 | Search ad spending | australia | US Dollars $ | includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets, and other internet-connected devices; includes contextual text links, paid inclusion, paid listings, and SEO | n/a |