# EXHIBIT 152

# PUBLIC

HIGHLY CONFIDENTIAL

Page 1

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF VIRGINIA
              ALEXANDRIA DIVISION
 _____
                                    )
 GOOGLE, LLC,                       )CASE NO.:
                                    )
              Plaintiffs,           )1:23-cv-00108-
                                    )LMB-JFA
         v.                         )
                                    )
 UNITED STATES, et al.,             )
                                    )
              Defendants.           )
 _____)




   * THIS TRANSCRIPT IS MARKED HIGHLY CONFIDENTIAL *

            DEPOSITION OF JEREMY HELFAND
                     VOLUME I
              LOS ANGELES, CALIFORNIA
            FRIDAY, SEPTEMBER 29, 2023





 REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                CSR NO. 14125
 JOB NO.:       6114723
```

Page 94

1  Q. Is that the date that this -- that the up
2  fronts were happening for this year?
3  A. No, I believe that it is the date that
4  this strategy document was updated for review by
5  whatever audience it was being prepared for.
6  Q. Okay. If you turn over one page and go to
7  page ending in 198, please. The third heading down
8  says "tactics."
9     Do you see that?
10 A. Yes.
11 Q. And it reads, "number one, move Disney
12 entertainment brands on Hulu inventory from GAM to
13 the Disney Ad Server(DAS) increasing inventory and
14 serving as a first step to move to a unified ad
15 platform."
16    Did I read that right?
17 A. You did.
18 Q. And then right after that it reads, "As a
19 result, less inventory will be available on GAM
20 circa end points, beginning October 2022, start of
21 the FY23."
22    Did I read that right?
23 A. Yes.
24 Q. I believe you testified earlier that
25 Disney selected Google Ad Manager server in 2019; is

Page 95

1  that right?
2  A. Correct.
3  Q. So then less than three years later,
4  Disney switched ad servers a second time; is that
5  correct?
6  A. Correct.
7  Q. Okay. Thank you. I will reserve the rest
8  of my time and we can take a break.
9     THE VIDEOGRAPHER: The time is 11:53 and
10 we're going off the record.
11    (Lunch recess.)
12    THE VIDEOGRAPHER: The time is 12:55, and
13 we're back on the record.
14 BY MR. PEARL:
15 Q. Mr. Helfand, welcome back.
16 A. Thank you.
17 Q. Would you please bring back Exhibit
18 Number 7. It looks like this.
19 A. Okay.
20 Q. Could you turn to page 453, please. You
21 previously had read this language under where it
22 says, "display" about -- that says, "display,
23 static, or rich media, animated or video image units
24 within articles and stories who display impressions
25 include sponsored logos, pause, and marquee ads"?

Page 96

1  A. Yes.
2  Q. What are sponsored logos?
3  A. Sponsored logos are logos that we place
4  over the top of content in the Hulu environment.
5  Q. And is that a static image or?
6  A. It is a static image. It's a logo, a
7  brand logo.
8  Q. A brand logo? Okay?
9  A. Yeah.
10 Q. There's also reference to "marquee ads,"
11 what are those?
12 A. Marquee were a placement that we had for
13 some time on the Hulu -- on some of the Hulu content
14 pages. It was an ad that was not embedded in the
15 content, but sat like in the programming guide on
16 Hulu.
17 Q. Was it an ad for some other content? Is
18 that --
19 A. It could have been used either for
20 content, or it could have been used for a
21 third-party advertiser to promote, you know, their
22 brand, products, et cetera.
23 Q. And what did those ads look like? Are
24 they static images?
25 A. It was a static image, nonvideo image

Page 97

1  that -- I don't remember the exact size, but
2  essentially would have looked like a -- like a -- a
3  promotion tile on the page.
4  Q. And the -- do the Disney -- I think you
5  said marquee ads no longer exist; is that right?
6  A. Correct.
7  Q. Okay. But sponsored logos still do?
8  A. Sponsored logos still do, yes.
9  Q. And for each of those, did the Disney Ad
10 Server serve those ads?
11 A. The Disney Ad Server served those and the
12 credit -- Hulu used to have its own ad server and
13 the Hulu ad server served those ads.
14 Q. Okay. And if you could now bring back
15 Exhibit Number 3, please. It's the one that says --
16 it's one page -- oh, I'm sorry. That one, yup. It
17 says "appendix" on the front.
18    And if you could go to page 741, please.
19    (Reporter clarification.)
20    MR. PEARL: 741.
21 BY MR. PEARL:
22 Q. This is again the slide, the title of
23 which is, "Disney's current position in the market
24 competitive landscape, total video plus display"?
25 A. Yes.

Page 98

1 Q. Earlier, did you testify that the
2 companies listed here are Disney's competitors for
3 the sale of advertising --
4 A. Yes.
5 Q. -- inventory.
6 Do you see on the right-hand side there's
7 a small box that says, "display digital video and
8 linear TV"?
9 A. Yes.
10 Q. And display -- next to display there's
11 kind of a dark gray box?
12 A. Yes.
13 Q. And next to digital video there's a blue
14 box?
15 A. Yes.
16 Q. And linear TV there's a lighter blue box?
17 A. Correct.
18 Q. If you look at the column under which it
19 says Facebook?
20 A. Yes.
21 Q. Do you understand the breakdown of
22 Facebook's ad formats to be display and digital
23 video ads?
24 A. Yeah, it would -- according to the legend
25 it would appear that that's the mix of the two.

Page 99

1 Q. And how would you compare what -- what --
2 approximately what percentage looks like display
3 ads?
4 A. That looks like approximately two-thirds
5 display and one-third video.
6 Q. And Facebook is a competitor of Disney for
7 the placement of advertising -- for the sale of
8 advertising inventory?
9 MR. TESLICKO: Object to form.
10 MR. PEARL: I'll repeat it.
11 BY MR. PEARL:
12 Q. Is Facebook a competitor of Disney for the
13 sale of advertising inventory?
14 A. Yes.
15 Q. Let's look at the next column over,
16 Google. How does Google's inventory appear to break
17 down in terms of display, digital video, and linear
18 TV?
19 A. It looks like Google's revenue is about
20 80 percent display and 20 percent digital video.
21 Q. And is Google a competitor of Disney's for
22 the sale of advertising revenue -- advertising
23 inventory, excuse me?
24 A. Yes. Primarily I would say in YouTube TV.
25 Q. Okay. And let's look one more over at

Page 100

1 Amazon. How does Amazon's revenue break down?
2 A. It looks to be about 95 percent display
3 and 5 percent video.
4 Q. And does Disney consider Amazon a
5 competitor for the sale of advertising inventory?
6 A. Yes.
7 MR. PEARL: Okay. I think that -- those
8 are all my questions. I'll reserve the rest of my
9 time for rebuttal and hand it over to the DOJ.
10 MR. TESLICKO: Should we go off the record
11 when we switch?
12 MR. PEARL: (No audible response.)
13 THE VIDEOGRAPHER: The time is 1:01, and
14 we're going off the record.
15 (Recess.)
16 THE VIDEOGRAPHER: The time is 1:03 and
17 we're back on the record.
18 EXAMINATION
19 BY MR. TESLICKO:
20 Q. Good afternoon, Mr. Helfand. My name is
21 David Teslicko and I represent the United States of
22 America. And I'm joined by my colleague Milosz
23 Gudzowski.
24 A. Good afternoon.
25 Q. Thank you for taking time to be here

Page 101

1 today. I will try to streamline my questions so we
2 don't repeat too much of what you said earlier. I
3 want to start off by talking a little about
4 different forms of advertising, which we touched on
5 earlier today. At Disney, do people commonly
6 delineate amongst different forms of advertising?
7 MR. PEARL: Objection. Form.
8 A. Yes, we typically refer to advertising
9 formats by, you know, either video or display are
10 the two primary formats that are referred to,
11 although the vast majority of our business is video.
12 Q. And why within Disney's business do you
13 delineate between display and video formats?
14 A. The -- they tend to be very different
15 markets. So, you know, in terms of how they're
16 priced and the -- who are the buyers of those, so --
17 and in terms of the experiences that we are
18 developing for our consumers. And so it's helpful
19 to understand what type of, you know, format you're
20 referring to when talking about the advertising that
21 happens across the -- our various properties.
22 Although again, you know, the vast majority of where
23 we focus is on video.
24 Q. Do you have a rough estimate of what
25 percentage of Disney's advertising is video versus

26 (Pages 98 - 101)

Page 246

1  portion of the investment?
2    A.  It is a material portion.
3    Q.  Okay.  All right.  That is -- that is all
4  I've got.  Thank you for your time.
5        THE WITNESS:  You're welcome.
6        MR. PEARL:  I appreciate it.
7        THE WITNESS:  Thank you.
8        MR. TESLICKO:  Okay.  We can go off the
9  record.
10        MS. PILLAI:  Wait.  Before we go off the
11  record, we want to designate the full transcript as
12  highly confidential, and we request to read and
13  sign.
14        THE VIDEOGRAPHER:  The time is 5:08, and
15  we're going off the record.
16        (Deposition concluded at 5:08 P.M.)
17              -oOo-

Page 247

1    ERRATA SHEET FOR THE DEPOSITION OF:
2
3  CASE NAME:    GOOGLE, LLC V UNITED STATES, ET
              AL.
4
   CASE NUMBER:    1:23-CV-00108-LMB-JFA
5
   DEPO DATE:    FRIDAY, SEPTEMBER 29, 2023
6
   DEPONENT:    JEREMY HELFAND
7
8        CORRECTIONS
9  PG. LN. NOW READS  SHOULD READ    REASONS
10 ___ ___ _____ _____ _____
11 ___ ___ _____ _____ _____
12 ___ ___ _____ _____ _____
13 ___ ___ _____ _____ _____
14 ___ ___ _____ _____ _____
15 ___ ___ _____ _____ _____
16 ___ ___ _____ _____ _____
17 ___ ___ _____ _____ _____
18 ___ ___ _____ _____ _____
19 ___ ___ _____ _____ _____
20 ___ ___ _____ _____ _____
21 ___ ___ _____ _____ _____
22 ___ ___ _____ _____ _____
23 ___ ___ _____ _____ _____
24
25  SIGNATURE _____ DATE _____
    Job No. CS6114723

Page 248

1  STATE OF CALIFORNIA   )
                       ) SS.
2  COUNTY OF LOS ANGELES )
3
4
5      I, JEREMY HELFAND, HEREBY CERTIFY UNDER
6  PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
7  CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
8      EXECUTED THIS ____ DAY OF _____,
9  2023, AT _____, CALIFORNIA.
10
11
12
13
14        _____
15          JEREMY HELFAND
16
...
25  Job No. CS6114723

Page 249

1    CERTIFIED STENOGRAPHER'S CERTIFICATE
2  STATE OF CALIFORNIA   )
                       ) SS.
3  COUNTY OF LOS ANGELES )
4
5      I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
6      I AM A DULY QUALIFIED CERTIFIED SHORTHAND
7  REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
8  CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
9  REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10 FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11     I AM NOT FINANCIALLY INTERESTED IN THIS
12 ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13 ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14 (CIV. PROC. § 2025.320(A))
15     I AM AUTHORIZED TO ADMINISTER OATHS OR
16 AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17 PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18 EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19 OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20 2025.540(A))
21     I AM THE CERTIFIED OFFICER THAT
22 STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23 FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT
24 IS A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV.
25 PROC. § 2025.540(A))

HIGHLY CONFIDENTIAL

```
                                                        Page 250
 1      I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY
 3   OR THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES
 5   OR THEIR ATTORNEYS ATTENDING THE PROCEEDING AND
 6   MAKING SAME AVAILABLE AT THE SAME TIME TO ALL
 7   PARTIES OR THEIR ATTORNEYS.  (CIV. PROC §
 8   2025.320(B))
 9      I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
10   CONSISTING OF THE CERTIFIED STENOGRAPHER'S
11   NOTATIONS OR COMMENTS REGARDING THE DEMEANOR OF
12   ANY WITNESS, ATTORNEY, OR PARTY PRESENT AT THE
13   PROCEEDING TO ANY PARTY OR ANY PARTY'S ATTORNEY OR
14   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
15   ACTION, NOR SHALL I COLLECT ANY PERSONAL
16   IDENTIFYING INFORMATION ABOUT THE WITNESS AS A
17   SERVICE OR PRODUCT TO BE PROVIDED TO ANY PARTY OR
18   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
19   ACTION.  (CIV. PROC. § 2025.320(C))
20
21   DATED:  October 3, 2023
22
23
24         [signature]
           NATALIE PARVIZI-AZAD, CSR NO.14125
25
```

```
                                                        Page 251
 1   Kavita Pillai, Esq.
 2   KPILLAI@COV.COM
 3             October 3, 2023
 4   RE:    United States, Et Al v. Google, LLC
 5     9/29/2023, Jeremy Helfand (#6114723)
 6     The above-referenced transcript is available for
 7   review.
 8     Within the applicable timeframe, the witness should
 9   read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   erratas-cs@veritext.com
16
17    Return completed errata within 30 days from
18   receipt of testimony.
19    If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22           Yours,
23           Veritext Legal Solutions
24
25
```