# EXHIBIT 153

# PUBLIC



APPENDIX

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

HULU-008734

# DISNEY'S CURRENT POSITION IN THE MARKET
# COMPETITIVE LANDSCAPE | TOTAL VIDEO + DISPLAY

**U.S. Total Video + Display <u>Net</u> Revenue (FY2019) – (in $bn)**



Source:   eMarketer, SMI
Note:      All linear and digital estimates for Traditional Competitors from SMI, except for Disney (DTCI actuals). Since SMI captures ~50% of overall digital market, 2x multiple placed on digital revenue estimates.  Facebook, Google, Verizon, Amazon, Twitter,
             Microsoft estimates from eMarketer.

9

HIGHLY CONFIDENTIAL                                                                                      HULU-008741