# EXHIBIT 158

# PUBLIC

Document Produced Natively

Highly Confidential

CMS-ADS-0001096610

**Centers for Medicare & Medicaid Services**
**Healthcare Integrated General Ledger Accounting System**
**CMSAA DAO Transactions Report**

Run Date: 17-MAY-2023 21:09:47
As of Date: 17-MAY-2023 21:29:44

Sort Sequence: Supplier Name/Contract Number / CLIN/Doc Key/Transaction Type/Transaction Date

**Parameters**
As of Period: May-23-23
Trx Type: ALL
Contract Number:
Document Number: ALL
Doc Type:
Treasury Symbol:
Vendor Name:
Transaction Status: Open
BFY From:
BFY To:
Include IAC:
Exclude IAC:
Request ID: 86197934

| Supplier Name | Document Number | Doc | PIID | PAI | GSA | Additional Contract Info | MOD | Task Order | CAN | OC | BFY | Contract# | Base | Cont | CLIN | Option | From-POP | To-POP | Control Number | Transaction Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005 | CM | | | | | | | 5991400 | 25235 | 2019 | 75FCMC19D0005 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 08-NOV-2019 | 07-NOV-2024 | 000758309W | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 08-NOV-2019 | 07-NOV-2024 | 000768713W | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.100721.0032 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.052322.0013 | PAYMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2020 | 75FCMC19D0005 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2022 | 75FCMC19D0005 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0002 | CM | 75FCMC20F0002 | 75FCMC19D0005 | | ORIG\|\|P00003 P00004 | P00003 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 18-SEP-2020 | 17-SEP-2024 | IPP.062122.0085 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0002 | CM | 75FCMC20F0002 | 75FCMC19D0005 | | ORIG\|\|P00003 P00004 | P00003 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0001 | BASE | 18-SEP-2020 | 17-SEP-2024 | IPP.062122.0100 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0002 | CM | | | | | | | 5991400 | 25235 | 2020 | 75FCMC19D0005 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | 000758309W | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | 000768713W | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.100721.0032 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.052322.0013 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0002 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.052322.0013 | PAYMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2020 | 75FCMC19D0005 | | | 0002 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2022 | 75FCMC19D0005 | | | 0002 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC21F0001 | CM | | | | | | | 5999004 | 25235 | 2022 | 75FCMC19D0005 | | | 0002 | 1 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC21F0002 | CM | | | | | | | 5999004 | 25235 | 2022 | 75FCMC19D0005 | | | 0002 | 1 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0003 | BASE | 08-NOV-2019 | 07-NOV-2024 | 000768712V | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0003 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.100721.0032 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0003 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.052322.0013 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0003 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | ORIG P00008 | ORIG | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0003 | BASE | 08-NOV-2019 | 07-NOV-2024 | IPP.052322.0013 | PAYMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2020 | 75FCMC19D0005 | | | 0003 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC21F0001 | CM | | | | | | | 5999004 | 25235 | 2023 | 75FCMC19D0005 | | | 0003 | 2 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC21F0002 | CM | | | | | | | 5999004 | 25235 | 2023 | 75FCMC19D0005 | | | 0003 | 2 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00002 P00008 | P00002 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0005 | BASE | 13-AUG-2020 | 07-NOV-2024 | IPP.100721.0032 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00002 P00008 | P00002 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0005 | BASE | 13-AUG-2020 | 07-NOV-2024 | IPP.052322.0013 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00002 P00008 | P00002 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0005 | BASE | 13-AUG-2020 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00002 P00008 | P00002 | 75FCMC20 | 5991400 | 25235 | 2020 | 75FCMC19D0005 | 2020 | | 0005 | BASE | 13-AUG-2020 | 07-NOV-2024 | IPP.052322.0013 | PAYMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2020 | 75FCMC19D0005 | | | 0005 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991400 | 25235 | 2022 | 75FCMC19D0005 | | | 0005 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00004\|\|P00006 | P00004 | 75FCMC20 | 5991657 | 25235 | 2022 | 75FCMC19D0005 | 2020 | | 0006 | BASE | 04-JAN-2022 | 07-NOV-2024 | | COMMITMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00004\|\|P00006 | P00004 | 75FCMC20 | 5991657 | 25235 | 2022 | 75FCMC19D0005 | 2020 | | 0006 | BASE | 04-JAN-2022 | 07-NOV-2024 | IPP.052322.0013 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00004\|\|P00006 | P00004 | 75FCMC20 | 5991657 | 25235 | 2022 | 75FCMC19D0005 | 2020 | | 0006 | BASE | 04-JAN-2022 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00005\|\|P00006 | P00005 | 75FCMC20 | 5991657 | 25235 | 2022 | 75FCMC19D0005 | 2020 | | 0006 | BASE | 04-JAN-2022 | 07-NOV-2024 | IPP.062122.0098 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | 75FCMC20F0001 | 75FCMC19D0005 | | P00004\|\|P00006 | P00004 | 75FCMC20 | 5991657 | 25235 | 2022 | 75FCMC19D0005 | 2020 | | 0006 | BASE | 04-JAN-2022 | 07-NOV-2024 | IPP.052322.0013 | PAYMENT |
| ALLIANT HEALTH SOLUTIONS, INC. | 75FCMC19D0005/75FCMC20F0001 | CM | | | | | | | 5991657 | 25235 | 2022 | 75FCMC19D0005 | | | 0006 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 500412NC01 | CM | | | | | | | 5990507 | 25235 | 2018 | HHSM5002014QIN0 | | | 0001 | N/A | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 5004Q12T05 | CM | | | | | | | 5990532 | 25235 | 2018 | HHSM5002014QIN0 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 5004Q12T05 | CM | | | | | | | 5990650 | 25235 | 2017 | HHSM50020170005 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | | | | | | | 5990650 | 25235 | 2018 | HHSM50020170005 | | | 0002 | 1 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | | | | | | | 5990650 | 25235 | 2019 | HHSM50020170005 | | | 0003 | 2 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | HHSM50020170000 | | | P00005 P00009 | P00005 | | 5990650 | 25235 | 2020 | HHSM50020170005 | 2017 | | 0004 | 3 | 16-FEB-2020 | 15-FEB-2021 | IPP.102320.0008 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | | | | | | | 5990650 | 25235 | 2020 | HHSM50020170005 | | | 0004 | 3 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | HHSM50020170000 | | | P00007 P00009 | P00007 | | 5990650 | 25235 | 2021 | HHSM50020170005 | 2017 | | 0005 | 4 | 16-FEB-2021 | 15-FEB-2022 | IPP.030122.0027 | STANDARD |
| ALLIANT HEALTH SOLUTIONS, INC. | 500700005C | CM | | | | | | | 5990650 | 25235 | 2021 | HHSM50020170005 | | | 0005 | 4 | | | | UNEXPENDED BAL/TOTAL |
| ALLIANT HEALTH SOLUTIONS, INC. | 50011GA10C | CM | | | | | | | 5990018 | 25235 | 2013 | | 2011 | IB | | | 1-Aug-2011 | 31-Jul-2014 | | BEGIN_BALANCE |
| ALLIANT HEALTH SOLUTIONS, INC. | 50011GA10C | CM | | | | | | | 5990018 | 25235 | 2013 | | | | | | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018 | CM | | | | | | | 5990530 | 25235 | 2018 | 75FCMC18D0018 | | | 0001 | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | 75FCMC18F0001 | 75FCMC18D0018 | | P00002 P00010 | P00002 | 75FCMC18 | 5991377 | 25235 | 2019 | 75FCMC18D0018 | 2018 | | 0001AA | BASE | 30-SEP-2018 | 29-SEP-2019 | 000758355X | PAYMENT |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5990530 | 25235 | 2019 | 75FCMC18D0018 | | | 0001AA | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991377 | 25235 | 2019 | 75FCMC18D0018 | | | 0001AC | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991377 | 25235 | 2020 | 75FCMC18D0018 | | | 0002 | | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | 75FCMC18F0001 | 75FCMC18D0018 | | P00006 P00010 | P00006 | 75FCMC18 | 5991377 | 25235 | 2020 | 75FCMC18D0018 | 2018 | | 0003 | 2 | 30-SEP-2020 | 29-SEP-2021 | | OBLIGATION |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991377 | 25235 | 2020 | 75FCMC18D0018 | | | 0003 | 2 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991415 | 25235 | 2021 | 75FCMC18D0018 | | | 0003AC | 2 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991246 | 25235 | 2021 | 75FCMC18D0018 | | | 0003AD | 2 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | 75FCMC18F0001 | 75FCMC18D0018 | | P00008 P00010 | P00008 | 75FCMC18 | 5991377 | 25235 | 2021 | 75FCMC18D0018 | 2018 | | 0004AC | 3 | 30-SEP-2021 | 29-SEP-2022 | IPP.080522.0020 | PAYMENT |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991377 | 25235 | 2021 | 75FCMC18D0018 | | | 0004AC | 3 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | 75FCMC18F0001 | 75FCMC18D0018 | | P00008 P00010 | P00008 | 75FCMC18 | 5991415 | 25235 | 2021 | 75FCMC18D0018 | 2018 | | 0004AD | 3 | 30-SEP-2021 | 29-SEP-2022 | IPP.080522.0020 | PAYMENT |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991415 | 25235 | 2021 | 75FCMC18D0018 | | | 0004AD | 3 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991377 | 25235 | 2022 | 75FCMC18D0018 | | | 0005AC | 4 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | 75FCMC18F0001 | 75FCMC18D0018 | | P00010 P00010 | P00010 | 75FCMC18 | 5991415 | 25235 | 2022 | 75FCMC18D0018 | 2018 | | 0005AD | 3 | 30-SEP-2022 | 29-SEP-2023 | | COMMITMENT |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991415 | 25235 | 2022 | 75FCMC18D0018 | | | 0005AD | 3 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 18D0018\|8F0001 | CM | | | | | | | 5991467 | 25235 | 2022 | 75FCMC18D0018 | | | 0005AE | 4 | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AC | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AC | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AF | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AJ | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AK | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AL | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AM | BASE | | | | UNEXPENDED BAL/TOTAL |
| BATTELLE MEMORIAL INSTITUTE | 75FCMC23C0010 | CM | | | | | | | 5991377 | 25235 | 2023 | 75FCMC23C0010 | | | 0002AN | BASE | | | | UNEXPENDED BAL/TOTAL |

| Other Document | Transaction Number | Commitment | Obligation | Invoice | Payment | Unexpended | Transaction | Transaction Date | Contractor Office Rep | Contractor Specialist | Sev/Non-Sev | EIN | DUNS | CAGE | Treasury | Assign | Created By User | Additional Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1,000.00 | 1,000.00 | | 0 | 1,000.00 | | 17-MAY-23 | | | | | | | | | | |
| P20920005170001 | 2020-QIO-07- | | | -1,326,585.12 | | | -1,326,585.12 | 09-MAR-20 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | CL2E-Katz, Elana | Cancelled-NOT REQUIRED |
| P20920005170001 | 2020-QIO-11 | | | 122,366.33 | | | 122,366.33 | 22-JUN-20 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | B7G3-Battle, Tyiese | Validated-MANUALLY |
| P20920005170001 | FY2022-PD02 | | | 121,632.13 | | | 121,632.13 | 07-OCT-21 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022-PD10 | | | 121,632.13 | | | 121,632.13 | 23-MAY-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022--PD11 | | | 121,632.13 | | | 121,632.13 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | R2206H0032 | | | | 121,632.13 | | 121,632.13 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | |
| | | 28,116,141.00 | 12,236,633.00 | 11,894,824.08 | 11,536,582.76 | 341,808.92 | | 17-MAY-23 | | | | | | | | | | |
| | | 14,187,945.00 | 8,319,707.00 | | 0 | 8,319,707.00 | | 17-MAY-23 | | | | | | | | | | |
| P20920005172002 | 2022-TO3-P11-M20 | | | 126,853.06 | | | 126,853.06 | 21-JUN-22 | Evans, Ronique(Wright, Paula) | Nolan, Jonathan(Marshall, Hayli) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005172002 | 2022-TO3-P10-M19 | | | 126,324.51 | | | 126,324.51 | 21-JUN-22 | Evans, Ronique(Wright, Paula) | Nolan, Jonathan(Marshall, Hayli) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| | | 12,177,894.00 | 11,118,910.92 | 5,539,867.57 | 5,413,014.51 | 5,579,043.35 | | 17-MAY-23 | | | | | | | | | | |
| P20920005170001 | 2020-QIO-07- | | | -866,637.62 | | | -866,637.62 | 09-MAR-20 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | CL2E-Katz, Elana | Cancelled-NOT REQUIRED |
| P20920005170001 | 2020-QIO-11 | | | 156,399.57 | | | 156,399.57 | 22-JUN-20 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | B7G3-Battle, Tyiese | Validated-MANUALLY |
| P20920005170001 | FY2022-PD02 | | | 175,167.51 | | | 175,167.51 | 07-OCT-21 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022--PD10 | | | 175,167.51 | | | 175,167.51 | 23-MAY-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022--PD11 | | | 175,167.51 | | | 175,167.51 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | R2206H0032 | | | | 175,167.51 | | 175,167.51 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | |
| | | 0 | 15,639,957.00 | 11,560,875.83 | 11,324,056.79 | 4,079,081.17 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 2,284,489.00 | 0 | 0 | 2,284,489.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 961,569.00 | 961,569.00 | 961,569.00 | 894,017.82 | 0 | | 17-MAY-23 | | | | | | | | | | |
| | | 1,403,439.00 | 1,403,439.00 | 1,403,439.00 | 1,304,846.14 | 0 | | 17-MAY-23 | | | | | | | | | | |
| P20920005170001 | 2020-QII-011- | | | 629.43 | | | 629.43 | 22-JUN-20 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | B7G3-Battle, Tyiese | Validated-MANUALLY |
| P20920005170001 | FY2022-PD02 | | | 1,688.07 | | | 1,688.07 | 07-OCT-21 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022-PD10 | | | 3,070.02 | | | 3,070.02 | 23-MAY-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | FY2022--PD11 | | | 1,696.90 | | | 1,696.90 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170001 | R2206H0032 | | | | 3,070.02 | | 3,070.02 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | |
| | | 0 | 239,550.00 | 144,564.62 | 139,610.76 | 94,985.38 | | 17-MAY-23 | | | | | | | | | | |
| | | 1,348,142.00 | 1,348,142.00 | 0 | 0 | 1,348,142.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 1,802,002.00 | 1,802,002.00 | 0 | 0 | 1,802,002.00 | | 17-MAY-23 | | | | | | | | | | |
| P20920005170021 | FY2022-PD02 | | | 120,081.67 | | | 120,081.67 | 07-OCT-21 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170021 | FY2022-PD10 | | | 160,759.31 | | | 160,759.31 | 23-MAY-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170021 | FY2022--PD11 | | | 247,936.75 | | | 247,936.75 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20920005170021 | R2206H0032 | | | | 160,759.31 | | 160,759.31 | 21-JUN-22 | Frazier, Kevin(Mokry, Jeff) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-20-0519 | | AUTOSYSCMSHQ- | |
| | | 4,473,798.00 | 4,473,798.00 | 4,473,798.00 | 4,451,498.26 | 0 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 3,583,749.00 | 120,406.70 | 0 | 3,463,342.30 | | 17-MAY-23 | | | | | | | | | | |
| | P20922005170004 | 3,060,200.00 | | 140,762.14 | | | 3,060,200.00 | 03-JAN-22 | Frazier, Kevin(Frazier, Kevin) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0519 | | CAMS_INTERFACE- | |
| P20922005170004 | FY2022-PD10 | | | 813,813.14 | | | 813,813.14 | 23-MAY-22 | Frazier, Kevin(Frazier, Kevin) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20922005170004 | FY2022--PD11 | | | 28,855.41 | | | 28,855.41 | 21-JUN-22 | Frazier, Kevin(Frazier, Kevin) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20922005170040 | FY2022--PD11 | | | 507,185.04 | | | 507,185.04 | 21-JUN-22 | Frazier, Kevin(Frazier, Kevin) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0519 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| P20922005170004 | R2206H0032 | | | | 813,813.14 | | 813,813.14 | 21-JUN-22 | Frazier, Kevin(Frazier, Kevin) | Letts, Candace(Letts, Candace) | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0519 | | AUTOSYSCMSHQ- | |
| | | 27,145,201.00 | 27,145,201.00 | 7,860,253.40 | 7,654,031.58 | 19,284,947.60 | | 17-MAY-23 | | | | | | | | | | |
| | | 289,784.00 | 62,765.10 | 62,765.10 | 62,765.10 | 0 | | 17-MAY-23 | | | | | | | | | | |
| | | 255,244.00 | 201,674.84 | 201,674.84 | 201,674.84 | 0 | | 17-MAY-23 | | | | | | | | | | |
| | | 2,404,833.00 | 2,404,833.00 | 2,313,305.75 | 2,313,305.75 | 91,527.25 | | 17-MAY-23 | | | | | | | | | | |
| | | 2,400,356.00 | 2,400,356.00 | 2,324,642.15 | 2,324,642.15 | 75,713.85 | | 17-MAY-23 | | | | | | | | | | |
| | | 2,346,309.00 | 2,346,309.00 | 2,064,975.58 | 2,064,975.58 | 281,333.42 | | 17-MAY-23 | | | | | | | | | | |
| P20920013016010 | 2021-QPP-SURS-02 | | | 140,762.14 | | | 140,762.14 | 23-OCT-20 | Pamon, Cynthia(Patel, Krishna) | Curtis, Shaneka(Curtis, Shaneka) | Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0511 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| | | 2,138,749.00 | 2,138,749.00 | 1,863,590.06 | 1,863,590.06 | 275,158.94 | | 17-MAY-23 | | | | | | | | | | |
| P20921013016002 | 2022-QPP-SURS-07 | | | 213,455.37 | | | 213,455.37 | 01-MAR-22 | Pamon, Cynthia(Pamon, Cynthia) | Curtis, Shaneka(Nolan, Jonathan) | Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-X-0511 | | AUTOSYSCMSHQ- | Validated-NOT REQUIRED |
| | | 1,862,899.00 | 1,862,899.00 | 1,833,325.27 | 1,833,325.27 | 29,573.73 | | 17-MAY-23 | | | | | | | | | | |
| | | | | 1,685.48 | | | 1,685.48 | 01-OCT-16 | PAM SQUIRES | Perl, Irina | Non-Severable | 1581109530A1 | 066451642 | 1ZCX4 | 75-13-0519 | | | |
| | | 0 | 1,685.48 | 0 | 0 | 1,685.48 | | 17-MAY-23 | | | | | | | | | | |
| | | 1,000.00 | 1,000.00 | 0 | 0 | 1,000.00 | | 17-MAY-23 | | | | | | | | | | |
| P20919013008004 | R2003H0033 | | | 11,749.66 | | | 11,749.66 | 15-MAR-20 | Polk, Gequincia(Rawlings, Kim) | Coombs, Tennille(Curtis, Shaneka) | Severable | 1314379427A1 | 102525099 | 79986 | 75-X-0511 | | RBVF-Randall, Cindy | |
| | | 228,974.00 | 228,974.00 | 228,960.41 | 228,960.41 | 13.59 | | 17-MAY-23 | | | | | | | | | | |
| | | 84,354.00 | 84,354.00 | 63,431.58 | 63,431.58 | 20,922.42 | | 17-MAY-23 | | | | | | | | | | |
| | | 700,000.00 | 696,128.00 | 576,504.30 | 576,504.30 | 119,623.70 | | 17-MAY-23 | | | | | | | | | | |
| P20920013008003 | 18D001818F0001 | | 3,363,944.00 | | | | 3,363,944.00 | 10-SEP-20 | Polk, Gequincia(Rawlings, Kim) | Coombs, Tennille(Curtis, Shaneka) | Severable | 1314379427A1 | 102525099 | 79986 | 75-X-0511 | | CAMS_INTERFACE- | APPROVED |
| | | 3,363,944.00 | 3,363,944.00 | 3,340,252.00 | 3,340,252.00 | 23,692.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 500,000.00 | 498,616.00 | 490,045.00 | 490,045.00 | 8,571.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 200,000.00 | 198,301.00 | 194,893.00 | 194,893.00 | 3,408.00 | | 17-MAY-23 | | | | | | | | | | |
| P20921013008004 | R2208H0038 | | | 209,001.52 | | | 209,001.52 | 22-AUG-22 | Polk, Gequincia(Rawlings, Kim) | Coombs, Tennille(Curtis, Shaneka) | Severable | 1314379427A1 | 102525099 | 79986 | 75-X-0511 | | AUTOSYSCMSHQ- | |
| | | 3,464,948.00 | 3,464,948.00 | 3,445,437.00 | 3,445,437.00 | 19,511.00 | | 17-MAY-23 | | | | | | | | | | |
| P20921005313003 | R2208H0038 | | | 46,564.88 | | | 46,564.88 | 22-AUG-22 | Polk, Gequincia(Rawlings, Kim) | Coombs, Tennille(Curtis, Shaneka) | Severable | 1314379427A1 | 102525099 | 79986 | 75-21-0519 | | AUTOSYSCMSHQ- | |
| | | 499,158.00 | 499,158.00 | 476,772.74 | 476,772.74 | 22,385.26 | | 17-MAY-23 | | | | | | | | | | |
| | | 3,544,795.00 | 3,544,795.00 | 2,117,350.54 | 1,578,240.29 | 1,427,444.46 | | 17-MAY-23 | | | | | | | | | | |
| | P20922005313005 | 499,158.00 | | | | | 499,158.00 | 24-AUG-22 | Polk, Gequincia(Polk, Gequincia) | Coombs, Tennille(Coombs, Tennille) | Severable | 1314379427A1 | 102525099 | 79986 | 75-22-0519 | | CAMS_INTERFACE- | |
| | | 499,158.00 | 499,158.00 | 159,015.34 | 117,969.08 | 340,142.66 | | 17-MAY-23 | | | | | | | | | | |
| | | 199,441.00 | 199,441.00 | 84,906.68 | 63,711.86 | 114,534.32 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 3,694,320.00 | 0 | 0 | 3,694,320.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 1,102,380.00 | 0 | 0 | 1,102,380.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 351,015.00 | 0 | 0 | 351,015.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 539,914.00 | 0 | 0 | 539,914.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 1,200,000.00 | 0 | 0 | 1,200,000.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 201,270.00 | 0 | 0 | 201,270.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 13,433,860.00 | 500,088.00 | 0 | 0 | 500,088.00 | | 17-MAY-23 | | | | | | | | | | |
| | | 0 | 71,079.00 | 0 | 0 | 71,079.00 | | 17-MAY-23 | | | | | | | | | | |

| AP Remarks-1 | AP | IAC |
|---|---|---|
| 1/1/20-1/31/20 | | 0214 |
| 5/1/20-5/31/20 | | 0214 |
| 01-AUG-21-31-AUG-21 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| 01-MAY-22-31-MAY-22 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| | | |
| 18-APR-22-17-MAY-22 | | 0214 |
| 18-MAR-22-17-APR-22 | | 0214 |
| | | |
| 1/1/20-1/31/20 | | 0214 |
| 5/1/20-5/31/20 | | 0214 |
| 01-AUG-21-31-AUG-21 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| 01-MAY-22-31-MAY-22 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| | | |
| | | |
| | | |
| 5/1/20-5/31/20 | | 0214 |
| 01-AUG-21-31-AUG-21 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| 01-MAY-22-31-MAY-22 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| | | |
| | | |
| 01-AUG-21-31-AUG-21 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| 01-MAY-22-31-MAY-22 | | 0214 |
| 01-APR-22-30-APR-22 | | 0214 |
| | | |
| | | 0052 |
| 01-APR-22-30-APR-22 | | 0052 |
| 01-MAY-22-31-MAY-22 | | 0052 |
| 01-MAY-22-31-MAY-22 | | 0052 |
| 01-APR-22-30-APR-22 | | 0052 |
| | | |
| | | |
| | | |
| 01-AUG-20-31-AUG-20 | | 0032 |
| | | |
| 01-JAN-22-31-JAN-22 | | 0032 |
| | | |
| | | 0214 |
| | | |
| 08/31/2019-09/29/2019 | | 0032 |
| | | |
| | | |
| | | 0032 |
| | | |
| | | |
| 28-MAY-22-01-JUL-22 | | 0032 |
| | | |
| 28-MAY-22-01-JUL-22 | | 0214 |
| | | |
| | | 0214 |