IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:23cv0108 (LMB/JFA) |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

On August 20, 2024, non-party Index Exchange, Inc. filed a "supplemental" memorandum concerning one of the court's orders previously addressing Index's (and numerous other non-parties') responses to various motions to seal. (Docket no. 1182). It appears that Index is under the mistaken impression that the court failed to consider Index's earlier response in not providing that certain portions of pages 211 and 229 of the expert report of Robin Lee should remain under seal. The court did review the information in footnote 725 on page 211 and the information that was redacted on page 229 and found that it should not remain under seal. None of that information refers to Index's "take rate" or other actual confidential business information that would justify it remaining under seal.

Entered this 21st day of August, 2024.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

1