IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al.,  ) | |
|                          ) | |
|         Plaintiffs,      ) | |
|    v.                    ) | No.  1:23-cv-00108-LMB-JFA |
|                          ) | |
| GOOGLE LLC,              ) | |
|                          ) | |
|         Defendant.       ) | |

**NOTICE OF PROOFS OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff United States of America hereby files the attached trial subpoena proofs of service, for the subpoenas identified below, pursuant to Fed. R. Civ. P. 45(b)(4) and Local Civil Rule 45.

| Subpoena Recipients |
|---|
| Adam Soroca |
| Andrew Casale |
| Benneaser John |
| Robert ("Bo") E. Bradbury |
| Brian Boland |
| Brian O'Kelley |
| David Minkin |
| Felix Zeng |
| James Avery |
| Jay Friedman |
| John "Jed" Dederick |
| John Gentry |
| Rajeev Goel |
| Joshua Lowcock |
| Luke Lambert |
| Matthew Wheatland |
| Ryan Pauley |
| Simon Whitcombe |
| Stephanie Layser |
| Tim Cadogan |

| |
|---|
| Tim Wolfe |
| Tom Kershaw |
| Jonathan Bellack |
| Bonita Stewart |
| Brad Bender |
| Sam Cox |
| Chris LaSala |
| Eisar Lipkovitz |
| Scott Spencer |
| Rahul Srinivasan |

Dated: August 21, 2024

Respectfully submitted,

/s/ Aaron M. Teitelbaum
AARON M. TEITELBAUM
/s/ Milosz Gudzowski
MILOSZ GUDZOWSKI

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Aaron.Teitelbaum@usdoj.gov

Attorneys for the United States