AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:23-cv-00108

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Andrew Casale on *(date)* August 9, 2024 .

☒ I served the subpoena by delivering a copy to the named person as follows: via email with consent on counsel

on *(date)*             ; or

☐ I returned the subpoena unexecuted because:                                                                                          .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$             .

My fees are $           for travel and $           for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 9, 2024

/s/ Isabel Agnew
*Server's signature*

Isabel Agnew
*Printed name and title*

Isabel Agnew 450 Fifth Street NW, Washington, DC 20530
*Server's address*

Additional information regarding attempted service, etc.: