AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action  (page 2)

Civil Action No. 1:23-cv-00108

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Ryan Pauley

on *(date)*  August 9, 2024  .

☒ I served the subpoena by delivering a copy to the named person as follows:  via email with consent on counsel

_____  on *(date)*  _____  ; or

☐ I returned the subpoena unexecuted because: _____  .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  August 9, 2024

/s/ Milosz Gudzowski
_____
*Server's signature*

Milosz Gudzowski
_____
*Printed name and title*

Milosz Gudzowski, 450 Fifth Street NW, Washington, DC 20530
_____
*Server's address*

Additional information regarding attempted service, etc.: