IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | 1:23-cv-108 (LMB/JFA) |

ORDER

On August 2, 2024, plaintiffs filed on the public docket a memorandum and accompanying exhibits in support of their Motion for Adverse Inference that contained limited redactions, [Dkt. No. 1116], and filed under seal unredacted versions of the memorandum and some exhibits, [Dkt. Nos. 1118 & 1119], but failed to file the sealed versions of Appendix A-D and exhibits 3-11, 16, and 18-36 on the docket, see [Dkt. No. 1119] (showing an attempt to file the correct exhibits under seal but a lack of linked or attached documents). Relatedly, on August 9, 2024, Google indicated that it does not oppose the unsealing of those exhibits. [Dkt. No. 1148] ("Google's Response to Motion to Seal"); accord [Dkt. No. 1186] (Court Order explaining that "Google did not request continued sealing of exhibits 3-11, 16, 18-27, and 30-37"). Accordingly, it is hereby

ORDERED that by close of business on Friday, August 23, 2024, plaintiffs file unredacted versions of Appendix A-D and exhibits 3-11, 16, and 18-36 to plaintiffs' Motion for Adverse Inference on the public docket.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of August, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge