## APPENDIX

| Row | Google Exhibit (ECF No. 894) | Google Description (ECF No. 894) | Expert Use(s) of AP Report: Proposition (Citation) |
|---|---|---|---|
| 1 | DTX 368 | Advertiser Perceptions Slide Deck (2016) - DSP Report, Wave 3: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>"A survey of advertisers by Advertiser Perceptions indicates that advertisers generally use multiple buy-side tools to purchase display advertising. Between 2017 and 2022, advertiser survey respondents indicated using an average of 2.8 to 4.0 buy-side tools to purchase digital advertising." |
| 2 | DTX 511 | Slide Deck - Advertiser Perceptions (Wave 4 \| 2018): Analysis for DoubleClick Bid Manager | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>*Id.* |
| 3 | DTX 555 | Email (Apr. 30, 2018)<br>From: D. Steinberger<br>To: A. Shellhammer<br>Cc: K. Mannion, Y. Gupta, G. Bender, B. Leung<br>Subject: Re: SSP Report update<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 1 \| 2018)<br>SSP Report | N/A |
| 4 | DTX 580 | Advertiser Perceptions Slide Deck (Aug. 2018) - Google Q2 2018 Syntesis [sic] Report: Analysis of findings from multiple AP studies | N/A |
| 5 | DTX 582 | Advertiser Perceptions Slide Deck (Aug. 2018) - Google Q2 2018 Synthesis Report | N/A |
| 6 | DTX 591 | Advertiser Perceptions Slide Deck - SSP Report: Wave 2 Attach: Excel Spreadsheets[1] | Ex. 3, Israel Rep. ¶ 595 (n.856)<br><br>"Between the second half of 2020 and the first half of 2022, "small" |

---

[1] DTX 591 encompasses twenty-four spreadsheet attachments. All but four include certain of the statistics included in the reports (i.e., the same information, just in table form). The other four, GOOG-AT-MDL-012877230, -231, -232, and -233 include indiscernible regression data.

| | | | |
|---|---|---|---|
| | | | publisher survey respondents (with less than 20 million unique monthly visitors) indicated using an average of 4.7 to 6.3 supply-side platforms and "large" publisher survey respondents (with 20 million unique monthly visitors or more) indicated using an average of 5.6 to 7.2 supply-side platforms." |
| 7 | DTX 645 | Advertiser Perceptions Slide Deck - DSP Report, Wave 6: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846)  See Row 1 *supra*. |
| 8 | DTX 647 | Advertiser Perceptions Slide Deck - SSP Report, Wave 4: Part of the Programmatic Intelligence Report Attach: Excel Speadsheets [sic][2] | N/A |
| 9 | DTX 649 | Advertiser Perceptions Slide Deck - SSP Report, Wave 3: Part of the Programmatic Intelligence Report Attach: Excel Spreadsheets[3] | Ex. 3, Israel Rep. ¶ 595 (n.856)  *See* Row 6 *supra*. |
| 10 | DTX 664 | Advertiser Perceptions Slide Deck - 2018 SSP Wave 2 for Google | Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 11 | DTX 694 | Advertiser Perceptions Slide Deck - DSP Report, Wave 5: Part of the Programmatic Intelligence Report Portfolio | Ex. 3, Israel Rep. ¶ 587 (n.846)  See Row 1 *supra*. |
| 12 | DTX 735 | Email: (June 13, 2019) From: A. Shellhammer To: J Bradbury, K Weichmann, et al. | N/A |

---

[2] DTX 647 encompasses two spreadsheet attachments. They include certain of the statistics included in the reports (i.e., the same information, just in table form).

[3] DTX 649 encompasses nineteen spreadsheet attachments. All but five include certain of the statistics included in the reports (i.e., the same information, just in table form). The other five, GOOG-AT-MDL-010708156, -157, -158, -159, -160, include indiscernible regression data.

|  |  | Subject: Advertiser Perceptions SSP Wave 3 Results |  |
|---|---|---|---|
| 13 | DTX 854 | Advertiser Perceptions Slide Deck - SSP Report: Part of the Programmatic Intelligence Report \| Wave 6 | (1) Ex. 3, Israel Rep. ¶ 595 (n.856)<br><br>See Row 6 supra.<br><br>(2) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 14 | DTX 861 | Advertiser Perceptions Slide Deck - SSP Report: Part of the Programmatic Intelligence Report \| Wave 5 | (1) Ex. 3, Israel Rep. ¶ 564 (n.801)<br><br>"Other sources likewise confirm that header bidding is frequently used by publishers. For example:<br><br>A survey of publishers by Advertiser Perceptions indicates that, between the first half of 2020 and the first half of 2022, between 65 percent and 76 percent of respondents used header bidding . . . ."<br><br>(2) Id. ¶ 595 (n.856)<br><br>See Row 6 supra.<br><br>(3) Id. ¶ 720 (n.1086); Figure 95<br><br>"[. . . .] Similarly, according to a survey of publishers conducted by Advertiser Perceptions in February 2020, 30 percent of respondents described UPR as having a positive impact on their business, 55 percent described it as having a neutral impact, and only four percent described it as having a negative impact (see Figure 95)."<br><br>[Figure 95 is a pie chart depicting these percentages.]<br><br>(4) Ex. 24, Milgrom Rep. ¶¶ 452-53 (n.811) |

| | | | | |
|---|---|---|---|---|
| | | | | "By protecting advertisers from price fishing, UPR also benefited publishers . . . . A third-party survey of publishers in February 2020, after the introduction of UFPA with UPR, found that only 4% of respondents described UPR as having a negative impact on their business." |
| | | | | (5) Ex. 23, Chevalier Rep. ¶¶ 103-104 (n.235) |
| | | | | "I have reviewed evidence showing that publishers benefited from UPR in several ways . . . . Other publishers like the New York Times and The Weather Company, which typically implemented a large number of pricing rules, expressed worry about the consequences of the implementation of UPR for their business. However, a February 2020 Advertiser Perceptions SSP survey showed that, among 150 publisher respondents, only 4 percent of the publishers viewed UPR as having a negative impact on their business, 55 percent reported no change or neutral impact, 30 percent reported a positive impact, and 10 percent responded 'Don't Know.'" |
| | | | | (6) *Id.* ¶ 108 (n.244) |
| | | | | "The same February 2020 Advertiser Perceptions survey mentioned above in the context of UPR, also had a question about UFPA. It found that 47 percent of publishers reported a positive impact of UFPA on their business, 43 percent reported no change or neutral impact, 4 percent reported a negative impact, and 6 percent reported 'Don't Know.'" |
| 15 | DTX 898 | | Email (Feb. 25, 2020) | N/A |

| | | From: S. Sowney<br>To: M. Miller<br>Subject: Re: Quick question: most recent customer survey data?<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 7 \| 2019) DSP Report | |
|---|---|---|---|
| 16 | DTX 1038 | Advertiser Perceptions Slide Deck - SSP: Supply-Side Platforms Study: Wave 7 \| 2021 | (1) Ex. 3, Israel Rep. ¶ 564 (n. 801)<br><br>See Row 14 (1) supra.<br><br>(2) Id. ¶ 595 (n.857)<br><br>"Common non-Google exchanges used by publishers include PubMatic, Magnite, Xandr, and Index Exchange (among others)."<br><br>(3) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 17 | DTX 1044 | Advertiser Perceptions Slide Deck - DSP Report: Demand-Side | (1) Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>See Row 1 supra.<br><br>(2) Ex. 24, Milgrom Rep. ¶ 71 (n.82)<br><br>"Self-competition can occur as a result of multi-homing, in which an advertiser uses multiple DSPs or exchanges to submit bids. [n.82] In a 2021 survey, respondent advertisers and ad agencies (who all spent a minimum of $1M annually on digital ads) used an average of 3.4 DSPs and planned to use 5.9 DSPs the following year." |
| 18 | DTX 1159 | Email (Nov. 16, 2021)<br>From: L. Fisher<br>To: A. Shellhammer<br>CC: M. Vellardito, K. Mannion | N/A |

| | | | Subject: Re: Advertiser Perceptions / Google SSP Read-out<br>Attach: Google Slide Deck - Advertiser Perceptions (Wave 8)<br>SSP: Supply-Side Platforms Study | |
|---|---|---|---|---|
| 19 | | DTX 1181 | Advertiser Perceptions Slide Deck - SSP: Supply-Side Platforms Study: Wave 9 | (1) Ex. 3, Israel Rep. ¶ 564 (n. 801)<br><br>*See* Row 14 (1) *supra*.<br><br>(2) *Id.* ¶ 595 (n.857)<br><br>*See* Row 16 (2) *supra*.<br><br>(3) Ex. 12, Chevalier Rep. Ex. 16 (DTX 2055) |
| 20 | | DTX 1184 | Advertiser Perceptions Slide Deck - DSP Report: Demand-Side Platforms: Wave 12 | Ex. 3, Israel Rep. ¶ 587 (n.846)<br><br>*See* Row 1 *supra*. |
| 21 | | DTX 1223 | Email (Feb. 17, 2022)<br>From: M.w Vellardito<br>To: K. Mannion<br>CC: M. Thornton, S. Geremia, S. Downey<br>Subject: Re: Advertiser Perceptions DSP Report for Google<br>Attach: Google Slide Deck (2H 2021) - DSP Report, Wave 11, Demand-Side Platforms | Wave 11 | 2H 2021 | N/A |
| 22 | | DTX 2055 | Chevalier Report Exhibit 16: SUMMARY OF ADVERTISER PERCEPTIONS SURVEY ADDRESSING SSP PERFORMANCE CONDUCTED BY BRAND 2018 – 2022 | |