# Exhibit 11
# (Under Seal)



# GOOGLE & ADVERTISER PERCEPTIONS

July 2022



Have Confidence in Every
Business Decision You Make

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447436



GOOGLE / AP RELATIONSHIP
PAST & PRESENT

**Ads Marketing/YouTube teams**

- TV Measurement Syndicated and Custom Study (Present)

- Upfront/NewFront Report with Custom Questions (2016 – present)

- Campaign Effectiveness Custom Study (2014 – present)

- Video Ad Convergence Report ( 2020-2021)

- Advertiser Intelligence Report (YouTube, GDN: 2012-16)

**GMS/GCS**

- Global Tracking Study Consulting Engagement (2018)

- Advertiser Intelligence Report (2021 – present)

- Exclusive Community (Present)

**Think with Google**

- Biannual Tracking Study (2015 – 2018)

Advertiser Perceptions   2

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447437



**AMG/LCS**

- Custom Study: 1P Data Usage (Present)

- Custom Study: Lead Gen Advertiser Perceptions (Present)

**Platforms**

- Demand Side Platform Report (2017 – present)

- Sell Side Platform Report (2017 – present)

- Customer Data Platforms Report (2020 – present)

- Measurement Report (2018 – present)

- Identity Resolution Report (2020 – present)

- Cookieless Future Buy & Sell Side Reports (Q2 2021 – present)

- CTV Landscape Report (newly subscribed, 2021)

Advertiser Perceptions   3

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447438



**Relevant Custom Work With Google**

- YouTube Campaign Effectiveness Study, 2014 – present

- YouTube: Biannual Tracking Study, 2015 – 2018

- Global Tracking Study Consulting Engagement, 2018

- Google First Party Data, July 2022

- Lead Gen Advertiser Brand Perceptions, July 2022

- Publisher Trust, 2022, July 2022

- GCS Exclusive Community (activations ongoing)

**Advertiser Perceptions** 4

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447439



**2018 - 2019**

- Included AIR, DCMR, DSP, DMP, SSP, Market Reports, Omnibus

- Delivered quarterly Q2 2018 – Q1 2019

**2019 - 2020**

- Included AIR, DCMR, DSP, DMP, SSP, Market Reports, DAR

- Delivered quarterly Q3 2019 – Q2 2020

**2021**

- Included AIR, DSP, Identity Resolution, CDP, Upfront/Newfront Reports, Video Advertising Convergence Report

- Delivered bi-annually Q1 2021, Q3 2021

**2022**

- Included AIR, DSP, Identity Resolution, CDP, Upfront/Newfront Reports, Video Advertising Convergence Report

- Delivered bi-annually Q1 2022, Q3 2022

**Advertiser Perceptions** 5

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447440



GOOGLE
Proposal Overview and
Options

Google AMG/AP Synthesis Proposal Overview

As we look forward to the start of our 5th year of our work with AMG and the regular cadence of the Synthesis of AP insights relevant to LCS, we recommend an expansion of our program to a quarterly delivery of our curated report findings.

This would be a return to the program cadence in the first two years. We believe a quarterly readout would enable the AMG to receive the full benefit of AP's expanded portfolio In areas of keen interest to your team: TV measurement, bimonthly global studies on the macroeconomic impact on ad spending plans, identity and 1P data, and AMG-specific questions we will ask in our monthly Omnibus Study. All this added to the current range of reports from which we source our Synthesis.

In addition to Lauren Fisher, who is General Manager of our Business Intelligence team, Nicole Perrin and Stu Schneiderman, will bring their deep market expertise in ad tech, TV and media to the quarterly analysis and AMG readouts.

Advertiser Perceptions   6

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447441

# AP Portfolio Sources for AMG Synthesis

✓ Current AMG Synthesis Program   ✚ Expanded Synthesis Recommendations



**ADVERTISER LANDSCAPE REPORTS**

✓ **AIR**
Advertiser Intelligence

**Macroeconomic**
Report

✚ **Corporate Media Portfolio**
Report

✚ **Monthly Omnibus**

**CHANNEL & CAMPAIGN SPECIFIC REPORTS**

**PODCAST** Advertising

✚ **DAR**
Digital Advertising for Retail

**INFLUENCER MARKETING**

✚ **MOBILE APP** Advertising

**TELEVISION & VIDEO REPORTS**

✚ **CTV**
Connected Television

✓ **UPFRONT/NEWFRONT**
Season

✚ **TV MEASUREMENT**

**TRUST & IDENTITY**

✚ **TRUST** in Advertising

✓ **FUTURE OF IDENTITY**

**ADTECH & MARTECH REPORTS**

✓ **DSP**
Demand-Side Platforms

✚ **SSP**
Supply-Side Platforms

✓ **CDP**
Customer Data Platforms

All reports are published annually or bi-annually and are subject to change.

**Advertiser Perceptions**   7

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447442

# Synthesis: Current vs. Recommended

|  | Frequency | Source Reports | | Price |
|---|---|---|---|---|
| Current | 2/year | • AIR<br>• DSP<br>• CDP | • Video Ad Convergence<br>• Upfront/NewFront | $141,225 |
|  |  | Total: 5 reports | |  |
| Expanded | Quarterly | All the above plus:<br>• Corporate Media Portfolio<br>• DAR<br>• Future of Identity<br>• Mobile App Advertising | • CTV<br>• TV Measurement<br>• Trust in Advertising<br>• Omnibus | $192,000 |
|  |  | Total: 14 reports | |  |

Advertiser Perceptions

8

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447443

# MEET THE TEAM Business Intelligence and Client Relations

## STUART SCHNEIDERMAN, EVP of Business Intelligence

Stuart is a 20-year media research veteran leading custom research projects at Advertiser Perceptions. In prior professional roles, he has occupied leadership positions at Viacom, Time Inc., The Associated Press and the Online Publishers Association (OPA). His experience and focus is centered around analytics, measurement, media behavior and ad sales research. Stuart is a frequent industry speaker whose research is featured in several consumer and industry publications. Prior to his media career, he was a political scientist and published author at Florida State University.

## LAUREN FISHER, General Manager of Business Intelligence

Lauren Fisher comes to Advertiser Perceptions with a background in digital advertising and marketing. Lauren has extensive experience translating complex digital topics into meaningful insights and compelling stories. Lauren spent nearly a decade as a lead analyst at research firm eMarketer, where she wrote about topics such as programmatic advertising, measurement, privacy, customer experience and identity. Prior to eMarketer, Lauren spent several years at B2B search engine Business.com in product and content marketing roles. Lauren is a passionate industry speaker and a proud Penn State graduate.

## NICOLE PERRIN, VP of Business Intelligence

Nicole has spent more than a decade synthesizing information to help professionals understand the most important trends in digital advertising. Most recently, Nicole was a lead eMarketer analyst at research firm Insider Intelligence, where she wrote about topics including digital ad spending, identity, and retail media advertising. In various roles at eMarketer/Insider Intelligence Nicole has also been published in a variety of media including podcasts, webinars, and newsletters

## KEVIN MANNION, President & Chief Strategy Office

As President & Chief Strategy Officer, Kevin has for over the past 14 years, led our client engagements with leading digital media, ad tech and technology accounts, including Salesforce, Oracle, Adobe, Google, Facebook, Twitter, Yahoo, Microsoft, Snapchat, Pandora, Pinterest, The Trade Desk to fully utilize our market  intelligence and benefit from our expertise. In his 20+ year career Kevin has led sales and marketing organizations at CMP Media and CNET.

## AARON MASKART, Account Manager

Assists Kevin in maintaining client contracts and relationships.

Advertiser Perceptions 9

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447444

# Appendix

## Source Report Overviews

## About Advertiser Perceptions

## For our AMG Synthesis, all findings shared will focus on advertisers spending $25M+ annually

**Advertiser Perceptions**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447445



# AIR
## ADVERTISER INTELLIGENCE REPORT

Advertiser Perception's flagship syndicated report, "The Advertiser Intelligence Report (AIR)," has been helping media companies make better decisions, drive greater revenue and improve client satisfaction for more than 15 years.  AIR provides leading media companies insight into US advertisers' decision-making, partner selection and investment plans.

Our report offers rich competitive intelligence of media brand traction against key funnel metrics, such as familiarity, usage, consideration and must-buy. The report also highlights specific advertiser perceptions of media brands' audience, product and data capabilities, as well as marketing and sales efforts that brands can use to track twice yearly performance of themselves and key competitor brands.

Advertiser Perceptions

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447446

# ADVERTISER INTELLIGENCE REPORT

| FUNNEL METRICS | COMPREHENSION | AUDIENCE | PLATFORM | DATA & RESEARCH | SALES & MARKETING |
|---|---|---|---|---|---|
| • Familiarity | • Audience/users | • Reach | • Attractive costs/CPMs | • Accurate ad performance measurement | • News story and marketing recall |
| • Consideration | • Benefits of advertising | • Composition | • Performance marketing opportunities | • Advanced audience insights | • Press coverage: credibility, relevance, and ability to inspire a desire for more information |
| • Intention | • Points of differentiation | • Engagement | • Quality of content/ programming | • Data handling (privacy, security) | |
| • Usage | • Available ad formats | | • ROI/ROAS | • East of integrating first-party data | • Sales team contact |
| • Buying | • Audience targeting | | • Trusted, brand safe environment | • Post campaign reporting and insights | • Sales team knowledge, creativity and customer service |
| • NPS | • Data/analytics offerings | | | • Proprietary data quality and availability | |
| • Brand Momentum | • Sponsorship opportunities | | | | |

Advertiser Perceptions  12

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447447



## OVERVIEW

Advertiser Perceptions' Demand-Side Platform (DSP) Report explores the marketplace dynamics impacting programmatic buying, including self-serve vs. managed service allocations and the impending deprecation of third-party cookies. The DSP Report tracks the leading performance of leading US DSPs across funnel metrics, platform, audience and insights criteria.

## TOPICS COVERED

- Factors influencing the US programmatic buying landscape now and within the next 12 months (e.g., self- vs. managed service investment, the phaseout of third-party cookies)
- Usage of leading DSPs by managed vs. self-service buyers
- Market traction for leading platforms: familiarity, usage, consideration, advocacy, retention
- Usage and consideration of leading DSPs for select inventory types: CTV, display, mobile app, audio and commerce ads
- Perceptions of platforms on key selection criteria: Technology, Performance, Data/Insights
- Sales and marketing coverage

## QUALIFIED RESPONDENTS

- Involved in digital advertising: display, video, native, audio, CTV/OTT or apps
- Company or client spends a minimum $1M annually in advertising
- Buy display, digital video or CTV/OTT programmatically
- Use or plan to use DSP

*2022 DSP companies/brands and dates are subject to change

**Advertiser Perceptions** · 13

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447448



# CDP REPORT
## CUSTOMER DATA PLATFORM



**DELIVERY SCHEDULE***

1H 2022 Report: June 2022

2H 2022 Report: Dec 2022

**SOME OF THE CDPs INCLUDED IN THE 2021 REPORT***

| | |
|---|---|
| ActionIQ | mParticle |
| Adobe | Optimove |
| AgilOne | Oracle |
| Amperity | RedPoint Global |
| Bloomreach | Salesforce |
| BlueConic | SAP |
| Cloudera (IBM) | Segment |
| Lytics | SessionM |
| Microsoft Dynamics 365 | Tealium |
| | Treasure Data |

## OVERVIEW

Customer data platforms (CDPs) promise the creation of a "golden record" of the customer -- integrating first- and third-party data from online and offline sources, all the while adhering to data privacy standards. But as Advertiser Perception's CDP Report shows, it's still early innings. The CDP Report looks at how US marketers, agencies, data scientists and IT professionals approach CDP selection and evaluation. It showcases the leading use cases and opportunities for utilizing a CDP, as well as the top obstacles.

## TOPICS COVERED

- Objectives, benefits, and CDP use cases within large and medium enterprises
- Decision makers: who is involved in assessing, selecting, using CDPs?
- Market traction: awareness, consideration & usage levels of 15 CDPs
- What criteria is driving the selection of and satisfaction with CDPs
- Ratings of 15 CDPs: evaluating performance, technology and support

## QUALIFED RESPONDENTS

- Brand Marketers
- Involved with: advertising/marketing, IT/Tech, customer relationship management, data analysis/statistics
- Employed with companies with annual revenues $10MM+ or 250+ employees
- Company uses or plans to use 1st party data
- Involved in selection or use of 1st party data
- Involved (or plan to be) in selection or use of CDP

*2022 CDP companies/brands and dates are subject to change

**Advertiser Perceptions** 14

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447449



# CORPORATE MEDIA PORTFOLIO REPORT

**DELIVERY SCHEDULE***
- 1H: May/June 2022
- 2H: Nov/Dec 2022

**SOME OF THE COMPANIES MEASURED IN THE 2021 REPORT***

| | |
|---|---|
| Google | Apple |
| Meta | Fox |
| Amazon Ads | Condé Nast |
| Walt Disney Television | Meredith Corporation |
| NBCUniversal | Yahoo |
| WarnerMedia | A+E Networks |
| ViacomCBS | Vox Media Group |
| Discovery Communications | Hearst Corporation |

## OVERVIEW

The media industry is continuing to consolidate as scale is needed to fund investments in content, distribution and innovation. And in an age of continued consumer fragmentation, advertisers are looking to work with fewer, bigger media partners that offer the opportunity to buy across properties to achieve their advertising goals.

The Corporate Media Portfolio Report digs into the advertiser experience when working with large media companies. They rate who's best to work with, who are the leaders and who are the innovators. The report identifies the building blocks for offering the best sales, service, and support to advertisers.

## TOPICS COVERED

- Leading strategic/consultative partners
- Perceptions of value: rates, results, ROI
- Perceptions of sales, servicing, support
- Leadership in ad product/solution areas
- Leaders in innovation, brand momentum, thought leadership
- Best companies to do business with

## QUALIFED RESPONDENTS

- Agencies and marketers involved in digital ad decision-making
- Minimum $1M advertising spend annually
- Purchase company-wide media packages

*2022 Corporate Media Portfolio companies/brands and dates are subject to change

**Advertiser Perceptions** 15

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447450



## OVERVIEW

How advertisers use digital media to drive retail sales is rapidly evolving. Marketers, retailers, media and ad tech platforms are collaborating and often competing to connect with shoppers and buyers at every stage of the consumer journey - from awareness to exploration to purchase - and beyond. The Digital Advertising for Retail (DAR) Report surveys leading US agencies and marketers to understand how they use digital advertising to create awareness, engagement, conversion and loyalty. DAR also benchmarks and tracks which retailers, digital media and ad tech brands are perceived as the leaders and what criteria are most important to marketers when selecting a retail media and technology partner.

## TOPICS COVERED

• Funding sources and next 12-month optimism for digital retail advertising budgets
• Primary channels past 12-month usage/next 12-month consideration for digital retail advertising
• Top challenges for digital retail advertising
• Market traction metrics - advertiser familiarity, consideration, buying priority, satisfaction
• Perceptions of media partner performance, product and service
• Consideration and adoption of newer retail experiences like livestream shopping
• Familiarity and use of ecommerce partners and platforms

## QUALIFED RESPONDENTS

• Manager and above job title
• Sell consumer products
• Use digital media for retail advertising
• DAR decision-maker
• Annual DAR ad spend minimum: $1MM
• Annual total digital ad spend minimum: $5MM

*2022 Digital Advertising for Retail Report retailers/companies/platforms and dates are subject to change

**Advertiser Perceptions**  16

GOOG-AT-MDL-002447451



# IDENTITY RESOLUTION REPORT

**DELIVERY SCHEDULE***
1H 2022 Report: June 2022
2H 2022 Report: Dec 2022

**SOME OF THE IR COMPANIES INCLUDED IN THE 2021 REPORT***

| | |
|---|---|
| Acxiom | Lotame |
| Adobe | Merkle (M1) |
| Amazon Advertising | Neustar |
| Epsilon | Oracle |
| Experian | Salesforce |
| Facebook Company | Signal |
| Google | The Trade Desk |
| Infutor | Throtle |
| LiveRamp | Yahoo |
| LiveIntent | Viant |
| Microsoft | Xander ID Graph |

## OVERVIEW

How are marketers, data scientists, and technologists thinking about identity resolution (IR) right now? How well developed are their programs and their partnerships with solution providers—and who are these providers? How do they view the identity resolution landscape from pure-play IR providers to large data clouds to ad tech providers to the "walled gardens" of Google, Facebook and Amazon?

## TOPICS COVERED

- Top uses cases and opportunities for identity resolution services
- How many identity resolution services US advertisers, marketers IT/tech professionals are using and why
- Most important use cases, including data and privacy compliance, audience targeting, customer experience management & measurement
- Which identity resolution companies advertisers, marketers and IT/tech professionals are familiar with, using, considering and planning to continue to use
- Which performance, technology and service capabilities matter most to advertisers, marketers and IT/tech professionals when considering IR partners and continuing to use them

## QUALIFED RESPONDENTS

- Involved in advertising/marketing, IT/Tech or Business Intelligence/Data Science
- Use/plan to use Identity Resolution software in the next 12 months
- General/detailed knowledge about Identity Resolution



**Identity Resolution:** software or technology that combines consumer identifiers into a single, persistent identity graph that can then be used to holistically identify consumers across various channels, devices and online-to-offline domains,

*2022 IR companies/brands and dates are subject to change

**Advertiser Perceptions**   17

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447452

# MOBILE APP
## ADVERTISING REPORT





📅 **DELIVERY SCHEDULE\***
November 2022

**SOME OF THE ADTECH PROVIDERS & DIGITAL PLATFORMS COVERED IN THE 2021 REPORT\***

| | |
|---|---|
| YouTube | Amazon DSP,  Ads |
| The Trade Desk | MoPub |
| InMobi | Apple |
| Kargo | Spotify |
| DoorDash | TikTok |
| Snapchat | Apple |
| Pinterest | Walmart |
| Instacart | Xandr Invest |
| Activision/Blizzard | YieldMo |
| Google Display & Video 360, AdMob | |

## OVERVIEW

Mobile devices are the leading channel for digital advertising. Advertiser Perceptions analyzes this dynamic and fast-moving environment with an in-depth study of advertiser opinions and plans for spending on the mobile web and within apps. The report provides an in-depth look at how advertisers are approaching mobile, with a focus on in-app advertising, in-game advertising, popular and emerging formats, and advertiser use of data for targeting and measurement.

## TOPICS COVERED

- Impact of Apple's App Tracking Transparency policy change on mobile campaign planning, budgeting and partner perceptions
- Mobile web and app ad spend allocation by operating system and by transaction method
- Mobile in-app ad spend optimism by app category
- Mobile game in-app ad spend optimism by game genre, ad format
- Location-based data solutions: applications and past 12-month usage
- Level of concern with brand safety
- App/platform and ad tech spending optimism
- Emerging in-app format spend optimism (e.g., ads in livestreaming video, interactive ads)

## QUALIFED RESPONDENTS

- Manager and above job title
- Minimum $1M+ annual ad spend
- Involved in decision-making for mobile app advertising
- Mobile annual ad spend $250K+

\*2022 Mobile App Report companies/brands and dates are subject to change

**Advertiser Perceptions** 18

HIGHLY CONFIDENTIAL



## OVERVIEW

The Streaming/CTV Landscape Study delivers the latest on streaming/CTV ad spending. It unpacks the streaming/CTV landscape and drills down into advertising investments with device manufacturers, vMVPDs and AVODs. The study also examines the role of programmatic buying in the streaming/CTV marketplace. It offers a detailed picture of how TV and digital video buyers approach the current streaming/CTV advertising landscape and how they decide who to advertise with. It showcases how advertisers fund current and future streaming/CTV investments, which streamers, device manufacturers and demand-side platforms (DSPs) they consider leaders, and which they are planning to invest more heavily in over the next 12 months.

## TOPICS COVERED

- Ad budget by channel type (device manufacturers, AVODs, vMVPDs)
- Key differences in how TV vs. digital-first buyers are approaching the Streaming/CTV landscape
- Benefits and challenges of buying CTV programmatically
- Market leadership, past 12-month usage/purchase and next 6-month consideration for streamers, vMVPDs, DSPs and OEMs
- Selection criteria ratings for leading streamers, vMVPDs, DSPs

## QUALIFIED RESPONDENTS

- Involved in Connected TV advertising
- $1M+ annual ad spend
- Mix of agency/marketer, market sectors, content buyers, job titles
- Analysis groups include CTV advertisers, primary TV vs. primary DV decision makers and loyal/frequent CTV advertisers planning to increase spend

*2022 CTV Report companies/brands and dates are subject to change

Advertiser Perceptions   19

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447454



## OVERVIEW

Advertiser Perceptions' inaugural TV Measurement Report will highlight how advertisers are navigating ad measurement tactics and strategies given the changing TV advertising landscape.

### TOPICS COVERED

- What are the primary challenges advertisers face measuring TV/CTV ads today?

- Most important metrics when measuring TV?  CTV?

- How many measurement partners do they use?

- Which measurement partners are advertisers using and considering? Drilled down by specialty (i.e., audience measurement, audience verification, business outcomes, etc.)

- Percent of current TV deals that are non-Nielsen? Estimated percent in next 12 months?

- What do TV/CTV advertisers want from their media partners to more effectively measure their efforts?

- Advertisers' perceptions of TV networks' measurement portfolio changes: Optimistic? Skeptical?  Positive? Negative? What is their readiness to adapt? Predictions for future consolidation?

- Which TV networks are taking the lead?  Have the most complete offerings? Best at weaving together ad results from streaming, linear and other video?

- What types of incentives are necessary to adopt TV networks new currencies?

- Perceptions around Innovation in measurement context signals, ACR measurement, 1st party data, etc.

### QUALIFED RESPONDENTS

- US Television and CTV advertising decision-makers

- Spending at least $5M annually on TV/CTV advertising

* Dates are subject to change

**Advertiser Perceptions** 20

GOOG-AT-MDL-002447455



## OVERVIEW

Over the past 2 years, advertisers have been balancing multiple priorities: pivoting business strategies in response to the pandemic, while also managing perceptions of their brands values in the context of societal impact. As advertising finds its new normal, trust will only be more critical as a KPI for business health. Advertiser Perceptions equips media providers with insights that help them navigate the industry mandate to restore trust across the ecosystem, recognizing it as a key ingredient of overall business health.

## TOPICS COVERED

• Prioritization of trust in evaluating media partnerships

• Most important elements (brand safety, information integrity, ethical data practices, business transparency, etc.) of earning and maintaining advertiser trust

• Tools and systems advertisers are using operationalize trust-related initiatives

• Media brand reputation and values in greater depth

## QUALIFED RESPONDENTS

• Agencies and marketers involved in ad decision-making

• Minimum $1M annual ad spend

*2022 Trust Report companies/platforms and dates are subject to change

Advertiser Perceptions   21

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447456



## OVERVIEW

Our monthly Omnibus is fielded to our Ad Pros Community, comprised of U.S. media decision makers representing large advertisers, both agencies and marketers, across all titles and 16 major ad categories… all qualified as being involved in making digital, television, mobile, radio and/or print media decisions. AP will add questions of topical interest to Google AMG throughout the year.

### 2022 TIMING

| • January | | • July | |
|---|---|---|---|
| Submissions due: | 12/10 | Submissions due: | 6/10 |
| Results available: | 1/27 | Results available: | 7/28 |
| • February | | • August | |
| Submissions due: | 1/07 | Submissions due: | 7/8 |
| Results available: | 2/24 | Results available: | 8/25 |
| • March | | • September | |
| Submissions due: | 2/04 | Submissions due: | 8/12 |
| Results available: | 2/31 | Results available: | 09/29 |
| • April | | • October | |
| Submissions due: | 3/11 | Submissions due: | 9/09 |
| Results available: | 4/28 | Results available: | 10/27 |
| • May | | • November | |
| Submissions due: | 4/8 | Submissions due: | 10/07 |
| Results available: | 5/26 | Results available: | 11/23 |
| • June | | • December | |
| Submissions due: | 5/06 | Submissions due: | 11/04 |
| Results available: | 6/30 | Results available: | 12/21 |

Advertiser Perceptions  22

GOOG-AT-MDL-002447457

# ADVERTISER PERCEPTIONS BY THE NUMBERS

## 20
**YEARS**

of proprietary, historical data about "what advertisers think"

## 120
**STUDIES**

conducted per year: syndicated & custom, quantitative & qualitative, US & Global

## 700
**COMPANIES**

continuously measured across the ad ecosystem: digital video, audio, adtech/martech, display, search, social and more

## 85
**CLIENTS**

ranging from traditional media to emerging ad/martech

## 350
**PRESENTATIONS**

delivered per year, sparking active dialogues about key issues in the marketplace

**Advertiser Perceptions** 23

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447458



# WHO WE WORK WITH

Virtually every Fortune 500 company who generates revenue from selling advertising.

Plus, the companies that fuel and support today's advertising ecosystem.

*(i.e., programmatic buying/selling, ad measurement, ad targeting, compliance, etc.)*

| | |
|---|---|
| 1 Walmart | |
| 2 Amazon | FORTUNE 500 2021 |
| 3 Apple | |
| 4 CVS Health | |
| 5 UnitedHealth Group | |
| 6 Berkshire Hathaway | |

Advertiser Perceptions 24

GOOG-AT-MDL-002447459

# COMPANIES THAT RELY on Advertiser Perceptions

       

       

     

     

       

(partial list)

Advertiser Perceptions    25

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447460

# OUR ADVISORY BOARD

Distinguished media industry executives who advise on the development of our research-based products



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447461



**Kevin Mannion**
kevin.mannion@advertiserperceptions.com

**Aaron Maskart**
aaron.maskart@advertiserperceptions.com



Have Confidence in Every
Business Decision You Make

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-002447462