# Exhibit 15
# (Under Seal)

Message

| | |
|---|---|
| **From:** | Barbara Leung [barbara.leung@advertiserperceptions.com] |
| **Sent:** | 4/5/2019 7:09:23 PM |
| **To:** | Alex Shellhammer [ashellhammer@google.com] |
| **CC:** | Dave Steinberger [dave.steinberger@advertiserperceptions.com]; Kevin Mannion [kevin.mannion@advertiserperceptions.com]; Doug Houghton [doug.houghton@advertiserperceptions.com] |
| **Subject:** | Re: Google Proprietary questions for Wave 3 |
| **Attachments:** | 2019 SSP Wave 3 - OEs for Google expedited.xlsx; 2019 SSP W3 Google Custom Results - Expedited.xlsx |

Hi Alex,

Please see the attached here for the results to your custom questions, including the open ends.

**Barbara Leung**
*Advertiser Perceptions*

(212) 626-6683 Office
(201) 790-4519 Mobile
advertiserperceptions.com

*This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please alert the sender and destroy all copies of the original message.*

On Tue, Mar 26, 2019 at 1:46 PM Alex Shellhammer <ashellhammer@google.com> wrote:
> That's great. Thank you Dave,
>
> Alex
>
> Google Ad Manager
>
> Alex Shellhammer
> Head of Publisher Marketing
> ashellhammer@google.com
> (212) 565-5565

On Tue, Mar 26, 2019 at 1:40 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
> Hi Alex.  We expect to have excel data ready to share with you by the end of next week (4/5)
>
>> On Tue, Mar 26, 2019 at 9:46 AM Alex Shellhammer <ashellhammer@google.com> wrote:
>> hey Everyone,
>>
>> Just wondering when I might expect to see results for our custom questions. My product team is wondering. ;)
>>
>> Thank you,
>> Alex

Google Ad Manager

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

On Tue, Feb 5, 2019 at 2:47 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
Great. Thank you Alex.

On Tue, Feb 5, 2019 at 11:40 AM Alex Shellhammer <ashellhammer@google.com> wrote:
These look good to me.

Thanks,
Alex

Google Ad Manager

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

On Tue, Feb 5, 2019 at 12:56 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
Hi Alex. The Google doc has been updated with the new question format. Can you give it a look and reply with your approval?

https://docs.google.com/document/d/1XiUPoxaN8kBUsSo3xiVWheNC6QaN4A3jWhhSQS1sO4U/edit?usp=sharing

Thanks!

Dave

On Fri, Feb 1, 2019 at 2:13 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
OK, thanks Alex. Have a great weekend.

On Fri, Feb 1, 2019 at 11:55 AM Alex Shellhammer <ashellhammer@google.com> wrote:
This should be ok. It'll give us some of the data we're interested in just not as much.

Thanks,
Alex

Google Ad Manager

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

HIGHLY CONFIDENTIAL

On Fri, Feb 1, 2019 at 12:30 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
> Hi Alex,
>
> I have an update for you on the SSP survey and your request that publishers rate all SSPs used on the different actions taken based on reporting needs. To do so would require a looping setup that would make the survey completion time longer than we're comfortable with. Doug (cc'd) has come up with a good alternative, suggesting that we add a follow-up question to QG1 that has respondents rank all the actions they selected. Then we ask QG2 of all SSPs and the action ranked #1.
>
> The new QG2 would read something like:
>
> "You mentioned that [insert action ranked #1] is the most important action you can take based on the reporting data you get from an SSP. Please rate how well each SSP performs based on your reporting needs to facilitate this action."
>
> We get at the information you seek while keeping the survey manageable. How does that look to you?
>
> Best,
> Dave
>
>
> On Tue, Jan 29, 2019 at 1:23 PM Barbara Leung <barbara.leung@advertiserperceptions.com> wrote:
>> Great, thanks!
>>
>>
>> **Barbara Leung**
>> *Advertiser Perceptions*
>>
>> (212) 626-6683 Office
>> (201) 790-4519 Mobile
>> advertiserperceptions.com
>>
>> *This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please alert the sender and destroy all copies of the original message.*
>>
>>
>> On Tue, Jan 29, 2019 at 4:22 PM Alex Shellhammer <ashellhammer@google.com> wrote:
>>> Thanks for sharing Barbara,
>>>
>>> We'll look to get feedback in this week.
>>>
>>> Thanks,
>>> Alex
>>>
>>> Google Ad Manager

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

On Tue, Jan 29, 2019 at 10:19 AM Barbara Leung <barbara.leung@advertiserperceptions.com> wrote:
> Hi Alex,
>
> I believe you may have seen an invite to edit a document from our team yesterday. In case you haven't, the Google doc can be found here: https://docs.google.com/document/d/1XiUPoxaN8kBUsSo3xiVWheNC6QaN4A3jWhhSQS1sO4U/edit?usp=sharing
>
> We do have one question about your third question. Could you please take a look at the comment from Doug Houghton?
>
> If you could provide your feedback by the end of the week, that would be perfect.
>
> Thanks.
>
> **Barbara Leung**
> *Advertiser Perceptions*
>
> (212) 626-6683 Office
> (201) 790-4519 Mobile
> advertiserperceptions.com
>
> *This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please alert the sender and destroy all copies of the original message.*
>
>
> On Wed, Jan 23, 2019 at 5:26 PM Dave Steinberger <dave.steinberger@advertiserperceptions.com> wrote:
>> Thanks for sending these over Alex. We'll share with our Business Intelligence team and get back to you with any thoughts and suggestions by Friday.
>>
>> Dave
>>
>> On Wed, Jan 23, 2019 at 2:21 PM Alex Shellhammer <ashellhammer@google.com> wrote:
>>> Hi Kevin, Dave and Barbara,
>>>
>>> Below are a few of the proprietary questions were thinking of to add to the Wave 3 survey. Please let me know if you have any questions or if you have any suggestions on these. I can also jump on a call to discuss in more detail if that helps.
>>>
>>> Reporting questions:
>>> • [Select all that apply] What actions do you take based on the data you get in reporting? (we will provide a list of top actions that we think are important)
>>> • [Rank all SSPs used by respondent] Based on your last response, how do each of your platforms perform based on your reporting needs.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-001298846

Brand safety to follow question 51 from Wave 2:

- [Open ended question] What can your SSP platform do better to improve their brand safety score?

Best,
Alex

**Google Ad Manager**

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

--
**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!!  Twitter   LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

--
**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!!  Twitter   LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

--
**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-001298847

Follow Us!! Twitter  LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

--

**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!! Twitter  LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

--

**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!! Twitter  LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

--

**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!! Twitter  LinkedIn  Facebook
Your opinion is valuable. **Join our panel**!

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-001298848