# Exhibit 16
# (Under Seal)

Message

| | |
|---|---|
| **From**: | Kevin Mannion [kevin.mannion@advertiserperceptions.com] |
| **Sent**: | 1/18/2019 3:18:07 PM |
| **To**: | Alex Shellhammer [ashellhammer@google.com] |
| **CC**: | Doug Houghton [doug.houghton@advertiserperceptions.com]; Michele LaPrade [Michele.LaPrade@advertiserperceptions.com] |
| **Subject**: | Re: Quick question on your header bidding nuance |

Thanks, Alex. We can address both points.


Kevin
---
*Kevin Mannion*
*Chief Strategy Officer*
*Advertiser Perceptions*
*1120 Ave of the Americas*
*New York, NY 10036*
*Mobile   516-242-3224*
*Twitter @kpmannion*


On Thu, Jan 17, 2019 at 4:51 PM Alex Shellhammer <ashellhammer@google.com> wrote:
> Hi Kevin,
>
> I think this is close. For our own selfish reasons, I'd like to see Header Bidding also include Exchange Bidding. "Header Bidding / Exchange Bidding".
>
> The other thing that would be interesting to see is what inventory types publishers are using Header Bidding to sell.
> Desktop, Mobile Web, Mobile App, In-stream video.
>
> Best,
> Alex
>
> Google Ad Manager
>
> Alex Shellhammer
> Head of Publisher Marketing
> ashellhammer@google.com
> (212) 565-5565

On Thu, Jan 17, 2019 at 4:01 PM Kevin Mannion <kevin.mannion@advertiserperceptions.com> wrote:
> Hi Alex,
> Thanks again for your good feedback. Here is how we are thinking of getting at the nuances of header bidding. Let us know if this approach is in line with your thinking.
> Thank you,
>
> Primary approach to selling inventory through SSPs
> 1. Waterfall approach
> 2. **Header bidding**
> 3. Combination of both

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-B-001297530

4. Not sure

IF RESPONDENT CHECKS OFF HEADER BIDDING, WE WILL ASK THEM TO TELL US WHICH TYPES THEY USE

Q60b. Type of header bidding used
1. Client/browser-side header bidding
2. Server-side header bidding
3. Both

Kevin

---
*Kevin Mannion*
*Chief Strategy Officer*
*Advertiser Perceptions*
*1120 Ave of the Americas*
*New York, NY 10036*
*Mobile  516-242-3224*
*Twitter @kpmannion*

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-001297531