# Exhibit 18
# (Under Seal)

Message

**From:** Alex Shellhammer [ashellhammer@google.com]
**Sent:** 11/15/2018 7:18:20 PM
**To:** Jonathan Meltzer [meltzerj@google.com]
**Subject:** Re: Advertiser Perceptions: How SSPs Can Win Market Share From Google | AdExchanger

wow thanks for sharing that context. Yeah their pool of participants seems suspect.

Best,
Alex

Google Ad Manager

Alex Shellhammer
Head of Publisher Marketing
ashellhammer@google.com
(212) 565-5565

On Thu, Nov 15, 2018 at 2:08 PM Jonathan Meltzer <meltzerj@google.com> wrote:
> You can also feel free to share that we've been working with these guys for the past couple years on DSP reports and while they are kind of a necessary evil because of the specificity of their research in our space, we don't have a very high degree of confidence in the fidelity of their research / methodologies... in just about every survey there is a crazy data point that doesn't make much sense (and which they can't explain) and calls into question the validity of their work overall.
>
> I recall a recent report they did for Allan Thygessen's team which ranked Oath inventory #2 in terms of purchase intent for advertisers, ahead of YT, Instagram, Amazon, etc.
>
> On Thu, Nov 15, 2018 at 8:16 AM Alex Shellhammer <ashellhammer@google.com> wrote:
>> Hi Everyone,
>>
>> We should have access to the report soon. We are actually helped fund this report with Advertiser Perceptions, but for some reason they decided to announce results before sharing them with us.
>>
>> If anyone is interested, Advertiser Perceptions is coming to the NYC office on Nov 29 from 1-2pm to review the report with us. Let me know and I can add you to the invite.
>>
>> Best,
>> Alex
>>
>> Google Ad Manager
>>
>> Alex Shellhammer
>> Head of Publisher Marketing
>> ashellhammer@google.com
>> (212) 565-5565
>>
>> On Thu, Nov 15, 2018 at 10:59 AM Jonathan Bellack <jbellack@google.com> wrote:
>>> https://adexchanger.com/platforms/advertiser-perceptions-how-ssps-can-win-market-share-from-google/