# Exhibit 19
# (Under Seal)

Message

| | |
|---|---|
| **From**: | Casper Verhoofstad [cverhoofstad@google.com] |
| **Sent**: | 1/9/2023 3:39:43 PM |
| **To**: | Eden Adamu [eadamu@google.com] |
| **CC**: | Joon Park [parkjoon@google.com]; Valli Ravindran [vallir@google.com]; Sam Temes [temes@google.com]; Glenn Thrope [gthrope@google.com]; Sergei Akulich [sakulich@google.com]; Shree Madhavapeddi [shreem@google.com]; Tiffany Siu [tiffanysiu@google.com] |
| **Subject**: | Re: #1 Performant DSP |

Thanks Eden! I am not sure if we really need a set of custom questions. Instead, it feels we have an opportunity to work with them to frame the questions
around performance better and include it into their standard questionnaire.

Check out slides 41 - 43... some observations:

- They measure against 5 attributes of which 2 are most important... 1/ reach 2/ ROI
- One of the other 5 attributes is: "_Ability to optimize based on performance KPIs_" I wonder how this is positioned as different from "_ROI & ROAS_"?
- Comparing the last 4 waves (10/11/12/13) I can see a lot of variation in the outcomes (you also see this only comparing waves 12/13 where DSPs within a timeframe of 6 months jump multiple places (e.g. TTD dropping on audience targeting from #1 to #4 which seems rather unexpected?)

I am not 100% convinced that advertiser Perceptions would be robust & reliable enough for us to track a DV360 level OKR. Therefore I suggest we:

1. See if we can work with them to get a better read on performance (as long as it doesn't add incremental cost to us)
2. Track the outcomes as a 'nice to have' metric but not as a leading top-level key result

RE #!: I don't know how the actual survey is configured, but perhaps Advertiser Perceptions can share the raw survey and we can ask a favor of our UXR team to provide feedback and get that feedback back to Advertiser Perceptions?

Cheers,

**Casper Verhoofstad**

cverhoofstad@google.com

**Google New York**
111th 8th Avenue
New York
10011 NY

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

On Mon, Jan 9, 2023 at 9:56 AM Eden Adamu <eadamu@google.com> wrote:
 Hi everyone,

HIGHLY CONFIDENTIAL                                                                                                                                                                GOOG-AT-MDL-002038381

Hope you're doing well. I wanted to share the newest DSP 2H 2022 report with you (attached below). I've reached out to the marketer who handles our relationship with Advertiser Perception to get a better sense of costs for a custom survey, based on some of the sample questions Casper presented. Although we can't promise we'll be able to do a custom survey, I'll follow up once I get more information on this.

Best,
Eden

On Fri, Dec 2, 2022 at 12:26 PM Casper Verhoofstad <cverhoofstad@google.com> wrote:
+Joon Park +Valli Ravindran

Hi all,

Eden and I caught up this morning and discussed the recommended OKR proposal from the doc, in summary:

1.   **INPUT**: An automation index consisting of key performance features where we set annual goals to improve that index (based on the hypothesis that there is a positive correlation between the index and performance).

2.   **OUTPUT**: A signal on whether or not the performance of DV360 is indeed improved.

For #2 we are exploring two options:

1.   Sentiment based: surveying customers, for example through Advertiser Perceptions

2.   Experiment based: running head-to-head tests (real campaigns)

**Next steps:**

1.   Casper to work w/ relevant PM/GPLs to ensure the right performance features are captured in the automation index and propose a target & weight

2.   Eden and Tiffany to investigate to what extent we can influence the questionnaire of Advertiser Perceptions (and if there are any additional cost)

3.   Casper to work with UXR/D to draft reliable survey questions to get a reliable signal without bias (reached out to @Valli Ravindran and @Joon Park)

4.   Casper & ...? to work out a head-to-head testing approach... @Sam Temes do you think this is smth GPL can help with (or do you suggest working with someone else)?

Cheers,

**Casper Verhoofstad**

cverhoofstad@google.com

**Google New York**
111th 8th Avenue
New York
10011 NY

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

On Tue, Nov 22, 2022 at 10:54 AM Eden Adamu <eadamu@google.com> wrote:
  Hi everyone,

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-002038382

Hope you're doing well! I wanted to follow up on this thread and let you know that Advertiser Perception should be sending a 2022 H2 version of the 1H 2022 DSP report that was shared earlier in the thread. We also hope to continue working with them in 2023.

I think the great thing about this study is that is compares DV360 to some of its competitor DSP's, and shows where it stands in terms of Ad effectiveness measurement capabilities, reach and scale, and ROI/ROAS based on survey responses. I think this aligns with the "Sentiment based" approach mentioned in the "Performance Benchmark" section of the OKRs doc Casper shared, so I'd be curious to see what might be missing from this report that you would want to get from another one. Is it mostly the "Experiment based" section that we're missing from this report?

@Casper Verhoofstad I put some time on your calendar to connect on the OKR doc to make sure I fully understand it. Let me know if anyone else should be included in the meeting.

Thank you!

Best,
Eden

 **DSP 1H 2022_Report_Google_080122.pdf**


On Wed, Nov 9, 2022 at 3:54 PM Eden Adamu <eadamu@google.com> wrote:
> Hi everyone,
>
> Thank you for looping me in here and thank you @Casper Verhoofstad for sharing the OKR doc. I'll read through the doc and connect with Tiffany to discuss different study options on our end, based on what we've done in the past.
>
> I'll reach out with more information soon!
>
> Best,
> Eden
>
> On Tue, Nov 8, 2022 at 10:24 PM Casper Verhoofstad <cverhoofstad@google.com> wrote:
>> As promised a first stab at the Performance OKRs:
>> 1. Output Metrics
>>   1. Share of Wallet
>>   2. Performance Benchmark (focus in this thread)
>> 2. Input Metrics
>>   1. Automation Index (headroom opportunity based)
>>     1. Automation Index definition (ignore the features & weights... for now just a playground)
>>     2. Automation Index calculator (translated to value between 0-100 for OKR grading)
>>   Let me know your thoughts! This entire group has edit access, so feel free to make/suggest changes or add comments!

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-002038383

Cheers,

**Casper Verhoofstad**

cverhoofstad@google.com

**Google New York**
111th 8th Avenue
New York
10011 NY

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

On Tue, Nov 8, 2022 at 8:50 AM Sam Temes <temes@google.com> wrote:
great - thanks Casper

On Tue, Nov 8, 2022 at 8:33 AM Casper Verhoofstad <cverhoofstad@google.com> wrote:
Great idea, I actually already started that as part of the performance OKR brainstorm for the strategy.

Let me clean up the doc and share it with this group by EOD! I'll share my thoughts on the Automation index as more so the set of input metrics to the performance output metric we are discussing here. For the output metric I'll share my initial thoughts for both surveyed and hard data benchmarks.

PS, agree that channel partners are probably a better fit than the typical consulting companies.

Casper

On Tue, Nov 8, 2022 at 8:22 AM Sam Temes <temes@google.com> wrote:
I think outlining the metric we want might be a more important step than engaging the supplier. For example, if we want survey, Advertiser Perceptions could be good, but we see the messiness of their data. If we want hard run data, we probably need ot think about the kind of experience and then can think about what companies in the display space could run a test like that (honestly our agency and reseller partners may be best suited)?  Casper, wdyt about starting with a two paper of options and we can jam on that a bit?

On Mon, Nov 7, 2022 at 11:12 PM Shree Madhavapeddi <shreem@google.com> wrote:
We need to find a consulting firm that is incentivized to run this test every year as this (Display Performance) is the business they are in.

We need more intel here - possible from GDA GPLs?

Shree

On Mon, Nov 7, 2022 at 6:17 PM Casper Verhoofstad <cverhoofstad@google.com> wrote:
Thanks Shree, Sam for the insights!

I'll work with @Tiffany Siu and @Eden Adamu to see what is possible with Advertiser Perceptions. Although I do keep the worry that this approach captures sentiment / perception rather than an objective measure. To Illustrate:
- Wave 11 results: DV3 / TTD shared 1st place

HIGHLY CONFIDENTIAL                                                                                                                                      GOOG-AT-MDL-002038384

- <u>Wave 12 results: Amazon #1, DV3 #2 and TTD #3</u>

With these results, what would we do? Would it be fair to conclude that DV3 is worse in performance? What type of platforms do we compare ourselves to (should walled gardens be included)? Anyway, I think we should see what is possible and formulate questions that may improve the signal and reliability.

<u>@Sam Temes</u> / <u>@Shree Madhavapeddi</u> / <u>@Glenn Thrope</u> any thoughts or links to consulting partners that I could talk to to see what is possible in terms of benchmarking coming from them? I know in the past we have worked w/ BCG (though that was more a strategy / framework type of thing). I know someone at Deloitte digital but before I reach out, I wanted to get your thoughts first!

Cheers,

**Casper Verhoofstad**

<u>cverhoofstad@google.com</u>

**Google New York**
111th 8th Avenue
New York
10011 NY

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

On Mon, Nov 7, 2022 at 9:44 AM Sam Temes <<u>temes@google.com</u>> wrote:
> Thanks Casper. Tiffany in marketing should be able to connect you with the folks who run advertiser perceptions. If you hit a dead end at all, let me know. I can reach out to lauren fisher as well
>
> On Sat, Nov 5, 2022 at 12:55 AM Shree Madhavapeddi <<u>shreem@google.com</u>> wrote:
>> That's great Casper.
>>
>> For #2, defining the benchmark in a public way, that anyone can run it to some extent might be interesting. And yes, having a reputable/ independent consulting company run it every quarter and publish results could be fascinating. I don't think we need to pay for this as it is excellent marketing for said company (and getting paid would insinuate bias).
>>
>> Shree
>>
>> On Fri, Nov 4, 2022, 9:29 PM Casper Verhoofstad <<u>cverhoofstad@google.com</u>> wrote:
>>> Yes, happy to give that a thought! I was playing with it already but dropped the idea as I was under the assumption there wouldn't be any OPEX budget to commerce such study / series of studies.
>>>
>>> I had two ideas (that I happily hash out more):
>>>
>>> 1/ see how we can integrate it more explicitly within advertiser perceptions (probably cheapest and easiest… will likely be based on sentiment/perception and possibly not 'reality')
>>>
>>> 2/ work with a consulting company who runs similar campaigns across different DSPs (most accurate, but likely very expensive).
>>>
>>> On Fri, Nov 4, 2022 at 5:22 PM Shree Madhavapeddi <<u>shreem@google.com</u>> wrote:

+Sergei Akulich +Glenn Thrope

On Fri, Nov 4, 2022 at 1:23 PM Shree Madhavapeddi <shreem@google.com> wrote:
> Hey Casper
> As you lead us to becoming the #1 performant DSP, we will need external validation of this. i.e. based on an annual benchmark run by an independent party with well defined campaign objectives, DV3 delivers best ROI.
> Could you think about this a bit more deeply and work with Eden / Tiffany to get it started? It could be Advertiser perceptions but needs to be defendable (and maybe provable).
> Shree

--

| Shree Madhavapeddi | | Product Mgr, Google Ads Platform | | shreem@google.com | | 425-246-0150 |

--

| Shree Madhavapeddi | | Product Mgr, Google Ads Platform | | shreem@google.com | | 425-246-0150 |

--

**Casper Verhoofstad**

cverhoofstad@google.com

**Google New York**
111th 8th Avenue
New York
10011 NY

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

--

| Shree Madhavapeddi | | Product Mgr, Google Ads Platform | | shreem@google.com | | 425-246-0150 |

--

**Casper Verhoofstad**

cverhoofstad@google.com

**Google New York**
111th 8th Avenue
New York
10011 NY

HIGHLY CONFIDENTIAL                                                                                     GOOG-AT-MDL-002038386

Wow you have made it down to my disclaimer, congratulations! If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thank you!

--

- **Eden Adamu**
- PMM, Ads Product Marketing
  Google Marketing Platform, Global
  eadamu@google.com

--

- **Eden Adamu**
- PMM, Ads Product Marketing
  Google Marketing Platform, Global
  eadamu@google.com

--

- **Eden Adamu**
- PMM, Ads Product Marketing
  Google Marketing Platform, Global
  eadamu@google.com

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-002038387