# Exhibit 24
# (Excerpt)
# (Under Seal)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**GOOGLE LLC,**<br>**Defendant.** | Civil Action No.: 1:23-cv-0108 (LMB/JFA) |

**EXPERT REPORT OF PAUL R. MILGROM**

**DATE:** January 23, 2024

# HIGHLY CONFIDENTIAL
# SUBJECT TO PROTECTIVE ORDER

forcing them to strategize about how best to respond to the publisher's practice and make guesses about the publisher's true floor price and about others' bids. Multi-calling also increases processing costs and adds latency, damaging the end user's online experience and leading to a reduction in advertising effectiveness.[81]

71. *Third*, as online display advertising platforms evolved to accept more bids from different demand sources in each auction, **self-competition**—which occurs when an advertiser submits multiple bids for the same impression—became a larger concern for advertisers. Self-competition can occur as a result of **multi-homing**, in which an advertiser uses multiple DSPs or exchanges to submit bids.[82] When the same bidder submits multiple bids in a second-price auction, it may wind up making both of the two highest bids, with its own second-highest bid setting its price. In such cases, the advertiser would pay a lower price if its second bid were lower or omitted. Bidders would need to adjust their bids to avoid this possibility, requiring more complicated bidding strategies.

72. *Fourth*, some exchanges tried to increase their profits by using **non-transparent auctions**, claiming to calculate the winner's price using a second-price rule, but actually charging winners a larger amount, for example by using the 1.5-price rule described earlier.[83] Such practices make participation in the auction less safe for advertisers and

---

[81] *See*, *e.g.*, Oded Poncz, Traffic duplication might be a bigger problem than ad fraud, AdExchanger (Jan. 11, 2016), https://www.adexchanger.com/data-driven-thinking/traffic-duplication-might-even-be-a-bigger-problem-than-ad-fraud/ ("Another side effect of bid request duplication is that re-auctioning a bid takes time. In some cases, this could even become apparent to the end user.").

[82] In a 2021 survey, respondent advertisers and ad agencies (who all spent a minimum of $1M annually on digital ads) used an average of 3.4 DSPs and planned to use 5.9 DSPs the following year. *See* Advertiser Perceptions, "DSP Report: Demand-Side Platforms" (2021), GOOG-DOJ-AT-02524665, at -666, -670. *See also*, *e.g.*, Deposition of K. Kozlowski (Sep. 6, 2023), at 40:18-23 ("Q. Now, you mentioned, I believe, earlier that Comcast has used Google, Amazon, Yahoo and The Trade Desk to purchase digital advertising programmatically. Did I recall that correctly? A. Yes, you did.").

[83] Presentation, "Bidding in adversarial auctions" (Nov. 27, 2017), GOOG-DOJ-05282625, at -635 ("Dirty [auctions are]called second price, but really more like first price"; "Dirtiness is introduced using a new type of floor called

the inventory type (*e.g.*, display, mobile, and app), with a limit of 200 floor prices at any time.[809]

452. By protecting advertisers from price-fishing, UPR also benefited publishers. Although individual publishers might be incentivized to engage in price-fishing tactics, advertisers might end up bidding less on *all* impressions, which in turn could end up harming *all* publishers. This is a well-known phenomenon in economics akin to the *tragedy of the commons*:[810] price-fishing publishers impose an *externality* that harms advertisers and other publishers. By preventing publishers from engaging in that type of gamesmanship, UPR protected advertisers and publishers that were not price-fishing.

453. A third-party survey of publishers in February 2020, after the introduction of UFPA with UPR, found that only 4% of respondents described UPR as having a negative impact on their business.[811] Post-launch experiments found that the new auction format had increased revenues for non-Google DSPs buying via AdX and left total publisher revenues approximately unchanged.[812]

---

[809] *See* Google, Unified Pricing Rules, Google Ad Manager Help (accessed Sep. 12, 2023), https://support.google.com/admanager/answer/9298008?hl=en ("You can apply up to 200 unified pricing rules per Ad Manager network.").

[810] *See, e.g.*, Ostrom, E. (2008). Tragedy of the commons. In *The New Palgrave Dictionary of Economics*, 2nd ed., Durlauf, S. N., & Blume, L. E. (eds.), Palgrave Macmillan.

[811] *See* Advertiser Perceptions, "SSP Report: Part of the Programmatic Intelligence Report" (Apr. 16, 2020), GOOG-DOJ-AT-00608572, at -573 ("Sample: Digital sales and operations contacts from The Advertiser Perceptions Ad Pros proprietary community and trusted third-party partners as needed"), -577 (Figure [dark blue bars correspond to "Negative Impact"]). *See also* Sarah Sluis, Google Ad Manager Policy Changes Don't Hurt Publishers, According to Advertiser Perceptions, AdExchanger (May 05, 2020), https://www.adexchanger.com/platforms/google-ad-manager-policy-changes-dont-hurt-publishers-according-to-advertiser-perceptions/ ("Google's recently changed rules around unified pricing only negatively impacted 4% of publishers.").

[812] *See* Presentation, "Changes to Ad Manager, AdMob auction" (Sep. 03, 2019), GOOG-DOJ-14549757, at -769 ("Impact is < 1% AdX web revenue"); Presentation, "1PA Impact Post Launch" (Nov. 27, 2019), GOOG-DOJ-14566285, at -288 ("One month after launch, holdback experiment comparing 1PA to 2PA shows