# Exhibit 25 (Excerpt)

**In the Matter Of:**

*United States of America v*

*Google, LLC*

*JUDITH CHEVALIER, PH.D.*

*March 05, 2024*



Page 182

1  publishers in this marketplace, to be
2  willing to pay a higher revenue share for
3  AdX.
4       Q.   So you just mentioned an
5  internal survey or document at Xandr.
6  Did you also look at other survey results
7  in your discussion of quality?
8       A.   Yes.  I cite a number of
9  them in my report.
10      Q.   And you rely on what you
11 refer to as advertiser perception
12 surveys, right?
13      A.   So one of the -- one of the
14 bits of -- one of the pieces of quality
15 evidence that I use in my report stems
16 from the advertiser perception survey,
17 yes.
18      Q.   Did you, in considering and
19 relying on those surveys, look into the
20 details of how the surveys were
21 conducted?
22      A.   So, you know, I understand
23 that Google subscribes to and uses this
24 survey in its ordinary course of

Page 183

1  business.  It may have limitations, as
2  all surveys do.  But I -- I don't have --
3  I don't have data on exactly how
4  Advertiser Perceptions conducts its
5  survey.
6       Q.   Do you have an understanding
7  of who was surveyed, what types of
8  customers were surveyed in those
9  Advertiser Perceptions surveys that you
10 relied on?
11      A.   So these -- the Advertiser
12 Perceptions surveys that I'm -- these
13 particular surveys are SSP-focused
14 surveys, and my understanding is that
15 they are surveys of publishers.
16      Q.   So they are not surveys of
17 advertisers and their perception of
18 quality, right?
19      A.   The particular survey items
20 that I'm looking at are perception -- are
21 publisher surveys.  I've seen both
22 publisher and advertiser surveys in other
23 sources, and I can't say if Advertiser
24 Perceptions, given its name, has

Page 184

1  advertiser perception surveys.  But these
2  are SSP performance surveys, and they are
3  surveys of publishers.
4       Q.   And when you say SSP, do you
5  have an understanding of whether those
6  surveys were about ad exchanges,
7  publisher ad servers, some combination of
8  the two?
9            MR. JUSTUS:  Objection.
10           Form.
11           THE WITNESS:  So, for
12      example, in the survey, the data
13      for Google is typically reported
14      as Google Ad Manager, which I
15      understand to encompass both the
16      publisher ad survey -- the server
17      and the exchange.
18 BY MS. CLEMONS:
19      Q.   And is it your understanding
20 that the other SSPs included in the
21 survey include publisher ad servers and
22 ad exchanges and integrated publisher ad
23 server ad exchanges?
24      A.   I don't remember.  I'm not

Page 185

1  sure, specifically, but my -- certainly
2  includes exchanges, some of which
3  probably have integrated publisher ad
4  servers.  But I don't -- I don't recall.
5       Q.   Do you know any survey data
6  where a survey was conducted on products
7  specific to ad exchanges without also
8  including publisher ad servers?
9       A.   You know, we can look -- we
10 would have to look through the
11 third-party discussions that I have in my
12 report.
13           But as I sit here, I can't
14 -- I can't say for sure whether they do
15 or do not include the publisher ad server
16 functionality in evaluating exchanges for
17 all of the surveys that -- or all of the
18 surveys, and sort of third-party data,
19 some of which looks to be surveys.
20      Q.   And is there any way that
21 you can tell, from having looked at the
22 survey data and materials, whether the
23 respondent publishers to those surveys
24 were ranking the ad exchange

Case 1:23-cv-00108-LMB-JFA   Document 1191-15   Filed 08/21/24   Page 4 of 5 PageID# 87506

United States of America v.
Google, LLC

Highly Confidential

Judith Chevalier, Ph.D.
March 05, 2024

Page 186

```
 1    functionality of GAM, the publisher ad
 2    server functionality of GAM, or some
 3    combination of the two?
 4        A.    So --
 5              MR. JUSTUS:  Objection.
 6        Form.
 7              You can go ahead.
 8              THE WITNESS:  Right.
 9              So they do have -- you
10        know, there are specific
11        questions, so one might be able
12        to parse through specific
13        questions and cite which
14        functionality that speaks to
15        more.
16              But I don't know -- you
17        know, I don't know what the
18        respondents are including in
19        their assessments.
20    BY MS. CLEMONS:
21        Q.    Is it possible that some of
22    the perceived quality differences in
23    those surveys between Google Ad Manager
24    and non-Google products is a function of
```

Page 187

```
 1    those non-Google products not having a
 2    publisher ad server?
 3              MR. JUSTUS:  Objection.
 4        Form.
 5              THE WITNESS:  Again, I
 6        think it would be difficult to --
 7        I think it would be difficult to
 8        assess that completely, given
 9        what I've looked at.  Though,
10        it's possible that one could
11        parse that out if that was a
12        source of particular focus.
13    BY MS. CLEMONS:
14        Q.    And do you have any
15    understanding of what percentage of
16    publishers use Google's DoubleClick for
17    Publisher as their publisher ad server
18    for display advertising?
19              MR. JUSTUS:  Objection.
20        Form.
21              THE WITNESS:  So my
22        understanding is it's quite high,
23        but I don't recall, off the top
24        of my head, what.  And, of
```

Page 188

```
 1        course, like, the fraction would
 2        depend on how we defined
 3        publisher, et cetera.
 4    BY MS. CLEMONS:
 5        Q.    And so if a quite high
 6    percentage of publishers use Google's
 7    publisher ad server product for their
 8    display advertising, does that affect how
 9    you view the results of these surveys
10    that ask about Google's combined Google
11    Ad Manager product?
12              MR. JUSTUS:  Objection.
13        Form.
14              THE WITNESS:  So I think
15        these -- you know, Google has
16        gone to some -- you know, my
17        understanding is that Google has
18        chosen to integrate these
19        products as part of improving the
20        functionality of these products,
21        and if publishers value that, and
22        that's reflected in the survey,
23        I -- you know, I don't think
24        that's necessarily a
```

Page 189

```
 1        methodological concern of the
 2        survey.
 3    BY MS. CLEMONS:
 4        Q.    But can you tell whether
 5    those publishers and their assessments of
 6    quality are reflective of the publisher
 7    ad server or the ad exchange or the
 8    combined publisher ad server and ad
 9    exchange?
10              MR. JUSTUS:  Objection.
11        Form.
12              THE WITNESS:  So, again, I
13        have not parsed these surveys for
14        that purpose, so I won't say what
15        is possible.  I don't recall
16        Professor Simcoe doing that in
17        his rebuttal, either.
18              But certainly -- certainly,
19        you know, that one could
20        potentially do that, but I
21        haven't undertaken a study of
22        that.
23              So, for example, you know,
24        alignment with publisher goals
```

**Attorney Errata Sheet for the Transcription of Judith A. Chevalier**

**Case Name**: *United States et al v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**Depo. Date**: March 5, 2024

**Deponent**: Judith A. Chevalier

| Page | Line | Original | Correction | Reason for Correction |
|---|---|---|---|---|
| 3 | 21 | Yin Jia Qiu – Economist (US DOJ) – zoom | Yin Jia Qiu – Economist (US DOJ) – in person | Transcription Error |
| 26 | 23 | "I would love details." | "I would love details. Yes." | Transcription Error |
| 26 | 24 | "Yes. Thanks. Sorry." | "Thanks. Sorry." | Transcription Error |
| 40 | 13 | "I really couldn't single out" | "I really wouldn't single out" | Transcription Error |
| 74 | 15 | "Google's DV360 and Google's ad products?" | "Google's DV360 and Google Ads products?" | Transcription Error |
| 77 | 11 | "purchased through Xandr" | "purchased through Xandr's" | Transcription Error |
| 86 | 10 | "during, before, or after videos" | "during, before, or after other videos" | Transcription Error |
| 86 | 11 | "videos that display in a display" | "videos that play in a display" | Transcription Error |
| 104 | 9 | "about Google Ads as revenue" | "about Google Ads' revenue" | Transcription Error |
| 120 | 13 | "that excluding Yieldmo presents similar" | "that excluding Yieldmo produces very similar" | Transcription Error |
| 182 | 11-12 | "refer to as advertiser perception surveys" | "refer to as Advertiser Perceptions surveys" | Clarification |
| 182 | 16 | "from the advertiser perception survey" | "from the Advertiser Perceptions survey" | Clarification |
| 185 | 5 | "Do you know any…" | "Do you know of any…" | Transcription Error |
| 196 | 24 | "targeting or pricing algorithms for" | "targeting or pricing algorithms or" | Transcription Error |
| 221 | 21 | "choices are valuable" | "choices are variable" | Transcription Error |
| 226 | 24 | "He didn't do an" | "I didn't do an analysis" | Transcription Error |
| 274 | 13 | "inconsistencies in Dr. Respess's" | "inconsistencies between Dr. Respess's" | Transcription Error |

Date: April 9, 2024   Signature: /s/ *Katherine E Clemons*