# Exhibit 26 (Excerpt)

**In the Matter Of:**

*United States of America v*

*Google, LLC*

*PAUL ROBERT MILGROM, PH.D.*

*March 04, 2024*



## Page 394

1  A. Okay.
2  Q. You cite it in Paragraph 453 in the
3  first sentence.
4       Do you see that?
5  A. Yep.
6  Q. Have you reviewed the methodology
7  of this Advertiser Perceptions survey about UPR?
8  A. I have not, no.
9  Q. How many surveys have you designed?
10 A. I have never designed a survey.
11 Q. Do you have any specialized
12 expertise in survey design?
13 A. I do not have specialized expertise
14 in survey design.
15 Q. Which people answered questions in
16 response to the Advertiser Perceptions survey?
17 A. Well, let's see what I report here.
18      (Whereupon, the witness reviews the
19       material provided.)
20      THE WITNESS: Yes. I don't have
21 that information. I don't have any
22 details about the survey in front of me.

## Page 395

1  BY ATTORNEY VERNON:
2  Q. Do you know whether Google had a
3  role in designing the questions about UPR in the
4  Advertiser Perceptions study -- survey?
5  A. I do not require -- I do not recall
6  -- don't recall any details, actually, about the
7  -- the survey.
8  Q. Is it fair to say that you have not
9  closely studied the Advertiser Perceptions survey
10 that relates to UPR?
11      ATTORNEY EWALT: Objection to
12 form and foundation.
13      THE WITNESS: I have not closely
14 studied. I'm merely citing its result.
15 BY ATTORNEY VERNON:
16 Q. I'm sorry. Can you say that --
17 okay. I get it.
18      You described a survey as
19 indicating that 4 percent of respondents
20 described UPR as having a negative impact on
21 their business?
22 A. Yes.

## Page 396

1  Q. You're aware that UPR was
2  instituted at the same time as several other
3  changes, including the shift to the Unified
4  First-Price Auction and the removal of last look?
5  A. That the Unified First-Price
6  Auction removes last look -- yes. I don't
7  consider that a separate change but, yes, the --
8  the UPR and UFPA were introduced simultaneously.
9  Q. It might be difficult for a
10 publisher to figure out the impact that UPR had
11 on its business when other changes happened at
12 the same time?
13      ATTORNEY EWALT: Objection to
14 form.
15      THE WITNESS: Well, from the --
16 that UPR had on its business?
17      Well, there's several changes
18 going on at the same time. And -- and
19 exactly -- I don't have the questions in
20 front of me that were being answered, so
21 I -- I really can't say more about it.
22

## Page 397

1  BY ATTORNEY VERNON:
2  Q. Is it fair to say that it might be
3  difficult for a publisher to figure out the
4  impact that UPR had on its business when other
5  changes happened at the same time?
6  A. I -- I think that what is going on
7  with UPR and UFPA taking place at the same time
8  is -- if you looked at my analysis, is that UPR
9  protected advertisers. UP- -- UFPA was directly
10 beneficial to publishers. Google's running an
11 exchange, and these things are -- it -- it is
12 trying to do something that is -- that is
13 beneficial and being demanded by publishers
14 without harming its advertisers.
15      The -- whichever way you read this,
16 the -- the benefit to advertisers was important,
17 and the -- the -- the benefit -- it's an
18 exchange. Benefiting advertisers and publishers
19 was important. And this package, if you had
20 taken it away, would have been harmful to
21 advertisers.
22      And we want to know if it's harmful