# Plaintiffs' Exhibit 1

Google

# Sellside Monetization and Search Distribution QBR
Q1 2018

HIGHLY CONFIDENTIAL
GOOG-DOJ-04442323



HIGHLY CONFIDENTIAL

GOOG-DOJ-04442348



Data source: go/thebeaconpublisher; Instream Video defined as AdX for Video for simplicity (95%+ match)
Data source: Glengarry-based Q4 2017 Sellside Web SoW data
Apps - we should have a top X developers view for next BFM.
Video -



Amazon: -28% Y/Y
"Other" unaddressable incl. Blacklisted sites (e.g. adult, gambling), other Competitors
Data source: Glengarry-based Q4 2017 Sellside Web SoW data
We'll talk about PVs and impressions.
This is web PVs. Total web PVs per quarter.
Adult, Goog, YT, FB, Amzn, are not addressable. Other is: Adult, Policy non-compliant, Government,
Addressable, not running ads is commerce (65%).
The bottom piece is addressing and running. 22% of all market, and 51% of addressable.

HIGHLY CONFIDENTIAL

GOOG-DOJ-04442350



Data source: Glengarry-based Q4 2017 Sellside Web SoW data
Now we've converted to impressions. We converted the 1.8T PVs to 7.2T impressions. The PVs are growing -8% YoY. The impressions are growing at 3%. This is because ad loads are increasing with native and infinite scroll.
Orange is impressions we compete on through AFC or AdX (including hardcoded).
Green is impressions we have access to in DFP.
Blue is impressions served in DFP, including those we don't compete on.
Of all those running ads, we are touching 83.5% on our platform or AFC hardcoded.
This is just what we compete on. We need to add what we win. The main upside is to win more. Can we put a dollar amount on not won.

Win Rate calc: We win 2.47T MQ of the 5.503T Q on web (44.8% of what we compete for). For the 4.7T Impressions that we compete for in this analysis, that means we win 2.115T. Of the 6T that we see in this analysis, we win 2.115T, for a Win Rate of Total for everything of 35%.

HIGHLY CONFIDENTIAL
GOOG-DOJ-04442351



Grey: Inventory that we do not see through DFP/AFC/AdX. Most of this is on sites we have some coverage of.
Blue: Inventory on DFP, but no monetization access
Green: Inventory on DFP, and we have monetization access (can bid on inventory / see the queries w AdX)
Yellow: Inventory not on DFP, but we see it (mostly AFC, esp. In long-tail also on sites w/o any ad server)
Data source: Glengarry-based Q4 2017 Sellside Web SoW data
Light grey: Reddit - 70% of site has no Google tags.
Dark grey: No Goog tags at all.
We'll focus on top 2 groups for BFM and platform penetration.

Dark Grey: Domains where we have no tag presence with DFP nor AdX nor AFC
Light Grey: We have tag presence on the domain, but the inventory we estimate to be there does not fully flow through our pipes. Reasons include:
Hardcoded competitor ads such as Taboola or Outbrain
Other ad server and we don't have access (e.g. AppNexus adserver, and we're just seeing a part of inventory with AdX or AFC)
Overestimating the ad inventory – as not all domains will run with the full ad load we use as foundation for the estimates

HIGHLY CONFIDENTIAL

GOOG-DOJ-04442352



Data source: Glengarry-based Q4 2017 Sellside Web SoW data
We made sure we had 67% of impressions for all the clusters.  This turns out to be some more domains - about 5000.
Bar charts are at domain level.
Green and Yellow - percent of domains with at least one DFP impression.
Green is only domains where DFP covers at least 20% of estimated avails.  Yellow is between 1 impression and 20%.
We could have AFC or AdX hardcoded or on another ad server in the Red.  Or could be 'dark grey'.

HIGHLY CONFIDENTIAL

GOOG-DOJ-04442353