# Plaintiffs' Exhibit 2

```
                                                                    1
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF VIRGINIA
 3   ------------------------------------------X
     UNITED STATES OF AMERICA, et al.,
 4
                                 PLAINTIFF,
 5
          -against-
 6
     GOOGLE LLC,
 7
                                 DEFENDANT.
 8
     Civil 1:23-cv-00108
 9   ------------------------------------------X

10   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
11   ------------------------------------------X
     In Re Google Digital Advertising Antitrust
12   Litigation

13
     1:21-MD-3010 (S.D.N.Y.)
14
     ------------------------------------------X
15           DEPOSITION OF CHRIS LASALA

16              Trumbull, Connecticut

17            Wednesday, August 16, 2023

18

19

20

21   Reported by:

22   Rebecca Schaumloffel, RPR, CLR

23   JOB #:  2023-906726

24   TIME:  7:10 a.m. Eastern

25
```

Page 13

1       C. LASALA
2  discuss this deposition with anyone?
3     A.  Only my wife.  Not the details of
4  it, but that this is what I'm doing for two
5  days.
6     Q.  You did not discuss the substance
7  of today's deposition with your wife?
8     A.  No.
9     Q.  Besides documents provided by your
10 attorney, did you review any documents to
11 prepare for this deposition?
12    A.  No.
13    Q.  Besides your attorney, have you
14 discussed the United States case against
15 Google with anyone?
16    A.  No.
17    Q.  Including anyone at Google?
18    A.  No.
19    Q.  Did you take any other steps to
20 prepare for today's deposition?
21    A.  No.
22    Q.  I want to turn now, Mr. LaSala, to
23 your employment history without retreading
24 too much ground from the last deposition.
25       At the time of your prior

Page 14

1       C. LASALA
2  deposition, October 2020, you were the global
3  product lead or global strategy lead; is that
4  correct?
5     A.  Yes.
6     Q.  And it looks like, based on your
7  resume that we found, your official title was
8  managing director, global commercialization
9  for publisher advertising products; is that
10 correct?
11    A.  Yes.
12    Q.  And you held that title for the
13 period of 2013 through 2022?
14    A.  I don't recall, but it sounds
15 reasonable.
16    Q.  In that role, you and the team you
17 oversaw were responsible for taking feedback
18 from Google sales teams through the
19 go-to-market teams and bringing that to
20 Google's engineering teams and product teams?
21    A.  Yes.
22    Q.  In that role, how many times, on
23 average, did you meet with publishers each
24 year?
25    A.  Less frequently than -- I don't

Page 15

1       C. LASALA
2  know, five to ten, maybe.
3     Q.  On average, how many times per
4  year in that role did you meet with
5  advertisers?
6     A.  Hardly ever.  Maybe never.
7     Q.  I think in your prior deposition,
8  Mr. LaSala, you said you probably hadn't
9  spoken to an advertiser in 15 years.
10       Does that still sound accurate?
11    A.  Probably, yeah.
12    Q.  You and your team were also
13 responsible for taking whatever Google's
14 product teams decide to build and bringing
15 that back to Google's sales team; is that
16 correct?
17    A.  That's correct.
18    Q.  Are you still in the managing
19 director of global commercialization for
20 publisher advertising products role?
21    A.  No, I'm not.
22    Q.  And when did you -- when did you
23 leave that role?
24    A.  I think officially, left Google on
25 January 15th of -- what is it, '01, '02?

Page 16

1       C. LASALA
2  '02.  About a year and a half ago.
3     Q.  Okay.  So you left Google in
4  around January 15, 2022?
5     A.  I should know this, but it's been
6  that long -- I think it's been that long.  It
7  wasn't on LinkedIn.
8     Q.  Understood.
9        I think that's good enough, thank
10 you?
11    A.  Okay.
12    Q.  Why did you leave Google?
13    A.  I've always wanted to sort of
14 pivot my career into education and I -- it
15 was just a good opportunity to do so.  I
16 thought, you know, if not then -- if not now,
17 when, you know -- in my, you know, 50s,
18 and -- I don't know, COVID.  A lot going on
19 and I just thought life is too short.
20       And I have been an adjunct
21 professor at Duke University for five or six
22 years.  I was a -- I did some other things
23 with higher education, different schools, and
24 it was just time.  It was just time.
25    Q.  The opportunity that you just

Page 221

1        C. LASALA
2  they get access to new inventory.
3     Q.   And the team working on GDN
4  determined it was in advertisers' interest to
5  buy inventory outside of AdX, right?
6     A.   You'd have to ask them. But
7  presumably, yes.
8     Q.   Any reason to doubt that that's
9  accurate?
10    A.   No.
11    Q.   Not all inventory is available on
12 AdX, right?
13    A.   I don't know, but I assume no.
14    Q.   In your consideration of sales
15 requests to discount the 20 percent AdX
16 revenue share fee, did you ever consider
17 whether GDN was exclusive to AdX or buying on
18 other exchanges?
19    A.   Yeah. Weighing the decision, no.
20 In the decision to -- in those GPX decisions,
21 not that I recall.
22         So, again, the short-term versus
23 long-term discussion. The short-term, it was
24 whatever the sales conversations we were
25 having.

Page 222

1        C. LASALA
2     Q.   In evaluating a sales request to
3  discount the AdX 20 percent fee, you don't
4  recall any discussions about GDN being
5  exclusive to AdX?
6     A.   I don't recall.
7     Q.   You don't recall whether those
8  conversations happened or you don't recall
9  ever discussing GDN --
10    A.   I don't recall if the conversation
11 happened.
12    Q.   Okay.
13    A.   Or if we discussed that.
14    Q.   Going back to competitor pressure,
15 you would agree with me that Google did not
16 seek competitive pressure on AdX's prices
17 because if publishers wanted access to GDN
18 demand, they had to pay the 20 percent fee to
19 access that, via AdX?
20        MR. BIAL: Object to form.
21        And you might want to break that
22   up a little bit or slow down. I
23   couldn't follow it either.
24    A.   Just repeat the question, please.
25    Q.   Sure. Sure. If a publisher

Page 223

1        C. LASALA
2  wanted access to GDN demand --
3     A.   Yes.
4     Q.   -- did it have to make its
5  public -- its inventory available via AdX?
6     A.   No, not always.
7     Q.   Prior to, say, 2015?
8     A.   I don't know, in that decision,
9  GDN made. But prior to the decision -- I
10 think, prior to the decision by the GDN team
11 to buy in other exchanges, I think that's
12 true.
13    Q.   Okay. And if a publisher wanted
14 access to GDN demand via AdX, it had to pay
15 the 20 percent fee, right?
16    A.   They had to pay whatever the
17 negotiated fee was, yes, or 20 percent rate
18 card.
19    Q.   Is one of the reasons why Google
20 did not see competitive pressure on AdX's
21 20 percent fee, because publishers had to use
22 AdX to access GDN demand?
23    A.   It's possible. But when GDN
24 started buying in other demand sources, it
25 didn't change. Certain market dynamics

Page 224

1        C. LASALA
2  didn't change. So it's hard to say.
3        I mean, I would have thought that
4  to be the case, and then was proven wrong,
5  essentially.
6     Q.   Well, we discussed earlier that
7  most GDN demand still buys on AdX, right?
8     A.   Yeah. How they decide to bid and
9  when is up to them. That's not -- like, I
10 don't control that.
11    Q.   You don't have any reason to
12 believe that all GDN demand is available on
13 every exchange, right?
14    A.   I don't know what the GDN team has
15 decided in terms of where they bid. And so
16 they are a buyer, like any other buyer, and
17 they have to make independent decisions on
18 what inventory they buy and to what
19 exchanges.
20    Q.   Putting aside the decisions that
21 the GDN team made, was it your understanding
22 that all GDN demand was available through
23 non-Google exchanges?
24    A.   Not all exchanges.
25    Q.   How about taking all the exchanges

Page 225

1              C. LASALA
2  together, was all GDN demand available
3  through all -- a combination of all the other
4  ad exchanges?
5      A.   My understanding is, no, but I
6  don't know for sure.
7      Q.   Was a majority of GDN demand even
8  available through all the other exchanges?
9      A.   I don't think so.
10     Q.   Okay.  So if a publisher wanted
11 access to the majority of GDN demand, they
12 still had to make their inventory available
13 via AdX, correct?
14     A.   Yeah, at certain -- particularly
15 early on, and then, yes.
16     Q.   And to make your -- for a
17 publisher to make their inventory available
18 via AdX, they had to pay the 20 percent
19 revenue share fee?
20     A.   If -- yeah, if they chose to, or
21 the negotiated fee, right.
22     Q.   And Google rarely discounted that
23 20 percent AdX revenue share fee, correct?
24     A.   Yes.
25     Q.   Okay.  Just a couple of clarifying

Page 226

1              C. LASALA
2  questions on GDN.
3           GDN is owned by Google, right?
4      A.   Yes.
5      Q.   And AdX is owned by Google?
6      A.   Yes.
7      Q.   And GDN is a buyer --
8      A.   Yes.
9      Q.   -- a single buyer on AdX?
10          That's a yes?
11     A.   Yes.
12     Q.   And GDN, though, in turn,
13 represents many advertisers, correct?
14     A.   Yes.
15     Q.   Okay.  In the past, have you
16 predicted what would happen if GDN freely
17 bought publisher inventory on non-Google ad
18 exchanges?
19          MR. BIAL:  Object to form.  Lack
20   of foundation.
21     Q.   You can answer.
22     A.   Yeah, sure.  So I have a
23 perspective that I don't know if it's
24 necessarily in the best interest of the
25 ecosystem.  So I -- we have this, sort of,

Page 227

1              C. LASALA
2  ongoing debate on whether we were first and
3  foremost, like, a network.  So Google started
4  AdSense as a network business.  It's, like,
5  very contained.  Complete control over how
6  buyers bought on AdSense network.
7           And I don't know if you're
8  familiar with the AdSense network, and its
9  incarnation, but it was, sort of, a very
10 effective model that worked for advertisers
11 that had unspent demand and marketing
12 objectives and publishers that had inventory
13 that they needed to sell.  Some remnant and
14 some not remnant, but a lot of remnant.
15          And then the business evolved,
16 long before -- like, I wasn't even part of
17 that business.  And then I became part of the
18 business.
19          And then part of my job was to sit
20 down and we worked with publishers, broadly,
21 in its broadest term.  Like, we used the term
22 "publisher," but it meant any content,
23 creative content, whether it was a video
24 content, or app content, or commerce-related
25 content, publishers of all different walks of

Page 228

1              C. LASALA
2  life and different business.  And all of a
3  sudden, we were playing in all of this space.
4  And my job was to go listen to all of our
5  sales teams in different regions and
6  different customers, types, and say, what do
7  you want?  And then they would tell me.  They
8  want this, they want that, and this customer
9  wants that.  And we had to build this complex
10 model to meet the needs of some pretty
11 complex customers.
12          So when we sat down to say,
13 usually -- sometimes, like I said before,
14 once a year, twice a year, four times a
15 year -- what are we going to build?  Are we
16 going to build this or this?
17          We didn't have, like, a really
18 good framework for making this prioritization
19 decisions.  So it became tough to say, you
20 know, we build for this and we don't build
21 for this.
22          So I constantly pushed the
23 thinking of the team to say, like, what are
24 we first and foremost?  Like, what are we
25 really trying to do?  What's our objective?

Page 317

1      C. LASALA
2  at Google, right?
3      A.   Not on a regular basis.
4      Q.   Ten to 15 times a year?
5      A.   I don't know that I said that
6  high, but, yes, a couple of times -- a few
7  times a year.  Ten-ish, whatever.
8      Q.   And you were responsible for the
9  team that tracked competitive options or the
10 competitive landscape; is that right?
11     A.   Yes.  I was responsible for a team
12 that worked with teams that did that, the
13 go-to-market teams.  Mainly were responsible
14 for understanding and having their finger on
15 the pulse of what the competitive
16 environment.  They would -- go-to-market
17 teams would summarize it from AMIA and Asia,
18 and Latin America, and the U.S., and then
19 they would share it with our teams.
20     Q.   So the go-to-market teams that had
21 their pulse on the competitive environment,
22 they reported to you, right?
23     A.   No.
24     Q.   They did not?
25     A.   No.

Page 318

1      C. LASALA
2      Q.   The go-to-market team never
3  provided you with any kind of reports?
4          MR. BIAL:  Object to form.
5      A.   You asked if they reported to me.
6  They did not report to me hierarchically.
7          They shared information with my
8  team, and my team did stuff with that
9  information.  So it would be an illusion
10 that, like, I was scouring through all of
11 these different competitive reports.  It's
12 not consistent with my job description.
13     Q.   Okay.
14     A.   I was a manager.
15     Q.   So the go-to-market team that was
16 responsible for having their pulse on
17 competitive market provided information about
18 the market to your team?
19     A.   Correct.
20     Q.   Did they also provide information
21 directly to you?
22     A.   It's reasonable to think they sent
23 it to me.  Whether I digested it in detail
24 is --
25     Q.   And they sent this information to

Page 319

1      C. LASALA
2  your team because it was related to Google's
3  strategic decision-making.
4          Is that fair?
5      A.   I think it's just common practice
6  to understand what your competitors are
7  doing.  So it was just the best practice.
8      Q.   Would you make decisions based on
9  what your competitors were doing at Google?
10     A.   That wasn't really Google's MO.
11 We really made decisions based on what we
12 thought customers needed.  And, like, largely
13 I think the culture of the company was not to
14 worry too much about what the customer --
15 excuse me, what the competition was doing,
16 but build for the future, not build for the
17 past or your competition, so...
18     Q.   So at least in the ordinary course
19 of business, you wouldn't look at new
20 features that competitors were launching in
21 the market?
22     A.   We would look at what our
23 competitors do.  And you asked if we made
24 strategic decisions solely based on what
25 competitors are doing.  And it's one input

Page 320

1      C. LASALA
2  into a variety of inputs.
3      Q.   Okay.  But what competitors are
4  doing in the marketplace is an input in
5  strategic decision-making at Google, right?
6      A.   I think that's fair.  Yeah.
7      Q.   And so you had some general
8  awareness of the competitive landscape when
9  making or recommending strategic decisions?
10     A.   I think that's -- I think that's
11 fair.
12     Q.   Okay.  And as part of the
13 information you received in your role, did
14 you understand that DSP was the de facto
15 preferred ad server of choice for publishers?
16     A.   I don't know that I could speak to
17 what is de facto or preferred on behalf of a
18 publisher.  I can say to you that it was
19 used.  Publishers signed up and liked the
20 product.
21     Q.   And it was used by most
22 publishers, right?
23     A.   I don't know you define "most,"
24 but it was used by lots of publishers.
25     Q.   Any reason to think less than 50

Page 321

1     C. LASALA
2  percent of all large publishers used DFP?
3      MR. BIAL: Objection. Lack of
4   foundation.
5     A.  It is, like, a definitional
6  problem. So I don't know how many publishers
7  and whether the large ones or the small ones
8  used it.
9     Q.  Did you receive reports on which
10  publisher ad servers were used by large
11  publishers?
12    A.  Probably.
13    Q.  Based on that reporting, are you
14  aware of any publisher ad server that was
15  used more by large publishers than DFP?
16    A.  I don't recall, no.
17    Q.  Okay. Isn't it true that
18  90 percent of open web publishers used DFP in
19  2015?
20      MR. BIAL: Objection. Lack of
21   foundation.
22    A.  I don't know what the number -- I
23  don't recall what the number is, or what an
24  open web publisher is either. I don't know
25  -- I don't even know what an open web

Page 322

1     C. LASALA
2  publisher is.
3     Q.  Are you familiar with the term
4  "walled garden"?
5     A.  I am.
6     Q.  What's "walled garden"?
7     A.  A large media property that -- how
8  do I describe a walled garden?
9      Where you, essentially -- I don't
10  know. Familiar with it. Like, the best way
11  to describe it as an example. Like, we
12  consider Facebook, like, a walled garden. So
13  all of the data goes into Facebook and all of
14  the buying happens in Facebook, and then --
15  and that's it.
16      There is no other -- there is no
17  other way to, sort of, buy the inventory.
18  Maybe that's it, there is no other way to buy
19  the inventory within Facebook. You go to
20  Facebook, it's walled garden. I think that's
21  probably the way to describe it.
22    Q.  And Facebook uses its own
23  proprietary ad tech tools to sell advertising
24  on Facebook?
25    A.  Right, on its Facebook property.

Page 323

1     C. LASALA
2  Yeah. That's a good description of it.
3     Q.  Did Google ever try to sell
4  Google's ad tech products to Facebook for
5  advertising on Facebook?
6     A.  Did we try to buy Facebook's
7  inventory?
8     Q.  No, no, no.
9      Did Google ever try to sell to
10  Facebook Google's ad tech products to be used
11  to advertise on Facebook?
12    A.  I'm sorry, I don't understand the
13  question.
14    Q.  Yeah.
15    A.  Like, rephrase it.
16    Q.  Thinking of Facebook for a moment
17  as a publisher, did Google ever try to
18  convince Facebook to use Google's Ad Tech
19  tools to sell advertising on Facebook?
20    A.  I don't know, actually.
21    Q.  Okay. Based on the reports you
22  did receive about the competitive landscape
23  related to publisher ad servers, any reason
24  to think it's not true that 90 percent of
25  large publishers use DFP?

Page 324

1     C. LASALA
2      MR. BIAL: Object to form.
3     A.  No reason to think it's not true.
4     Q.  Okay. Can you think of any
5  publisher ad server today that's used by more
6  publishers than DFP?
7     A.  No.
8      MR. BIAL: Objection.
9     Q.  Okay. There are a number of
10  advantages that come from being the de facto
11  ad server of choice; isn't that right?
12      MR. BIAL: Objection. Objection
13   to form.
14    A.  I don't know, what are the
15  advantages?
16    Q.  Are there advantages to being
17  publishers' preferred ad server?
18    A.  I don't know what you're -- what
19  you're getting at.
20    Q.  Assuming DFP is the preferred
21  advertise -- ad server of choice for
22  publishers, are there certain advantages with
23  having that market position?
24    A.  Advantages to whom?
25    Q.  To Google.

Page 413

1    C. LASALA
2  Q. GDN win the AdX auction, or an authorized
3  buyer wins it, you don't capture the buy-side
4  margin; is that right?
5       MR. BITTON: Objection to form.
6   A.  I guess, yeah, if it's a non-DV3
7  buyer. DV3 is, like, practically not even in
8  the mix, so they couldn't profit from it.
9   Q.  And when it's a -- not GDN that
10 wins in the AdX auction; is that right?
11  A.  A GDN --
12      MR. BITTON: Objection to form.
13      THE COURT REPORTER: Sorry, I
14  don't have an answer.
15      MR. MADDEN: I know. I'm going
16  to rephrase.
17 BY MR. MADDEN:
18  Q.  GDN and DV3 are both AdX buyers,
19 right?
20  A.  Yes.
21  Q.  And there are non-Google entities
22 that are also authorized AdX borrowers --
23  A.  Yes.
24  Q.  -- buyers, right?
25  A.  Yes.

Page 414

1    C. LASALA
2   Q.  And so when an authorized buyer --
3  strike that.
4       If I use the term "authorized
5  buyer," would you understand me to mean a
6  non-Google buyer in the AdX auction?
7   A.  An authorized buyer would include
8  GDN and DV3.
9   Q.  Okay. So when I use the term
10 "non-Google authorized buyer," would you
11 understand me to refer to a third party
12 authorized buyer in the AdX auction?
13  A.  Yes, thank you for clarifying.
14  Q.  Okay. So when a non-Google
15 authorized buyer wins the AdX auction, Google
16 only captures the sell-side rev share; is
17 that correct?
18  A.  That's correct.
19
20
21  (Continued on next page to include
22 jurat.)
23
24
25

Page 415

1    C. LASALA
2
3       MR. MADDEN: Can we take a
4  five-minute break? I'm done with --
5       You can put the document aside.
6  We can go off the record.
7       THE VIDEOGRAPHER: The time is
8  4:54 p.m. We are off the record.
9       (Whereupon, at 4:54 p.m., the
10 Examination of this Witness was
11 adjourned.)
12
13
14  _____
15      CHRIS LASALA
   Subscribed and sworn to before me
16 this _____ day of _____, 2023.
17 _____
   NOTARY PUBLIC
18
19
20
21
22
23
24
25

Page 416

1
2         E X H I B I T S
3
4
5   EXHIBIT    EXHIBIT                        PAGE
6   NUMBER     DESCRIPTION
7   Exhibit 1  GOOG-AT-MDL-007344222          248
8              through '4225
9   Exhibit 2  GOOG-DOJ-AT-01019463           351
10             through '9468
11  Exhibit 3  GOOG-DOJ-09876316              401
12             through '6329
13
14
15
16          I N D E X
17
18  EXAMINATION BY                            PAGE
19
20  MR. TESLICKO                              5
21  MR. MADDEN                                397
22
23
24
25

Page 417

```
 1
 2        C E R T I F I C A T E
 3
 4    STATE OF NEW YORK     )
                        : SS.:
 5    COUNTY OF NASSAU       )
 6
 7          I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10          That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14          I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19   set my hand this 16th day of August, 2023.
20          _____
21          REBECCA SCHAUMLOFFEL
22
23
24
25
```

Page 418

```
 1   ERRATA SHEET FOR THE TRANSCRIPT OF:
 2   Case Name:     US v. Google/In Re Google Digital Advertising
 3                  Antitrust Litigation
 4   Dep. Date:     August 16, 2023
 5   Deponent:      Chris LaSala
 6                  CORRECTIONS:
 7   Pg.  Ln.    Now Reads   Should Read    Reason
 8   ___  ___    _____    _____    _____
 9   ___  ___    _____    _____    _____
10   ___  ___    _____    _____    _____
11   ___  ___    _____    _____    _____
12   ___  ___    _____    _____    _____
13   ___  ___    _____    _____    _____
14   ___  ___    _____    _____    _____
15   ___  ___    _____    _____    _____
16   ___  ___    _____    _____    _____
17   ___  ___    _____    _____    _____
18                           _____
19                           Signature of Deponent
20
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____,2023.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```