# Plaintiffs' Exhibit 7

Page 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF VIRGINIA
            ALEXANDRIA DIVISION


UNITED STATES OF AMERICA,    )
et al.,                      )
                             )
          Plaintiffs,        )  Case No.
                             )  1:23-cv-
     vs.                     )  000108-LMB-
                             )  JFA
GOOGLE LLC,                  )
                             )
          Defendant.         )
-----------------------------



                    Wednesday, September 6, 2023
                    9:59 a.m.



        Remote Zoom Videotaped Deposition of
KRISTY KOZLOWSKI, held before Stacey L.
Daywalt, a Court Reporter and Notary Public of
the District of Columbia.





Job No. CS6078882
```

1      Q.   And you understand that you are
2   testifying pursuant to a subpoena issued by
3   Google in this case.  Correct?
4      A.   Yes.
5      Q.   And did you review any documents in
6   preparation for your deposition today?
7      A.   I've reviewed documents with counsel
8   related to the topics at hand, the one that is
9   up in the exhibit share right now, as well as
10  the subpoena and details around the subpoena.
11     Q.   Any other documents that you
12  reviewed in preparation for your testimony
13  today?
14     A.   Nothing that we reviewed
15  necessarily.
16          There were documents that we've
17  provided along the way, but did not review them
18  again.
19     Q.   Okay.  Why don't you describe your
20  role at Comcast for me.
21     A.   I'm the senior vice president of
22  media, strategy and planning.  What that
23  entails or encompasses from a responsibility
24  standpoint is sort of twofold.
25          I think the first thing to kind of

Page 21

1  share is that our organization is a little
2  decentralized in that we do have media teams
3  that sit across both headquarters and
4  divisions.
5          My role here is responsible for the
6  planning, buying and execution of all
7  headquarters media, which is -- primarily
8  focuses on brand and other key campaigns.
9          Additionally though my team also
10 sits as a centralized function whereby we are
11 responsible for building the overall media
12 capabilities and technologies in which we will
13 invest in for the total organization for the
14 planning and buying of media.
15         That also includes the oversight of
16 our in-house programmatic team that trades on
17 behalf of all of XFinity, Comcast Business and
18 corporate reputation, both headquarters and
19 divisions.
20     Q.   When you said "in-house programmatic
21 team," what do you mean?
22     A.   We have a team of traders that sit
23 at Comcast as Comcast employees whereby we are
24 in the platforms trading and bidding and
25 managing buys directly in the DSPs versus using

Page 183

1    ability to deliver an ad in a video environment
2    or on a site or with a partner that is serving
3    video content.
4        Q.   And what do you mean when you say
5    "in a video environment"?
6        A.   So online video, I look at if you
7    are on the web and you're watching -- if you're
8    on ESPN and you're looking at clips from last
9    night's football game and there was a pre-roll
10   opportunity before you look at the two-minute
11   clip in our ad serves, that would be online
12   video.
13       Q.   Is online video all in-stream video?
14       A.   Yes, I would say so.
15       Q.   Is online audio another channel for
16   Comcast?
17       A.   Yes, it is.
18       Q.   And can you explain what online
19   audio is.
20       A.   Online audio is essentially our
21   ability to buy media across partners like
22   Pandora, Spotify, even podcasting, Sirius, so
23   taking what was traditionally radio and the
24   broadcast format and allowing us to be able to
25   insert our ads digitally for people who might

Page 184

1   be listening on their desktop or their mobile
2   phone.
3        Q.   Does Comcast have KPIs for online
4   audio?
5        A.   We do, not -- I would say probably a
6   little bit more branding, though there could
7   potentially be some acquisition.
8             I'm not entirely sure about that
9   though.
10       Q.   Are you aware of any specific online
11  audio campaign that used a acquisition metric?
12       A.   I'm not.
13       Q.   For online video, what KPIs does
14  Comcast use?
15       A.   If it's an acquisition message with
16  an offer, it would be a cost per acquisition.
17            If it's more of a branding message,
18  it would probably be just a forced complete --
19  like a completion metric or a reach metric in
20  terms of just general delivery of impressions.
21       Q.   What percent of Comcast's online
22  video spend is an acquisition message?
23       A.   Probably over 70 percent.
24       Q.   Over 70 percent of online video is
25  acquisition?

Page 185

1      A.   (Indicating affirmatively.)
2      Q.   And for display advertising, do you
3    have an understanding of the term "open web"?
4      A.   Yes.
5      Q.   And what is your understanding of
6    that term?
7      A.   The open web is just where
8    advertisers go in within the DSP platforms to
9    bid on inventory across all exchanges.
10     Q.   And does that differ from walled
11   gardens?
12          MS. DEARBORN:  Form.
13          THE WITNESS:  Yeah, I'm not sure I
14   understand the question.
15     Q.   Is the inventory available on the
16   open web different than the inventory available
17   in walled gardens?
18     A.   Yes.
19     Q.   And how is it different?
20     A.   Inventory and walled gardens like a
21   Meta or social is not available on the open
22   web.
23     Q.   I think we discussed earlier the
24   term "marketing funnel."
25          Do you recall that?

1       A.    I do.
2       Q.    And what does the term "marketing
3    funnel" mean?
4       A.    Marketing funnel is a way for us to
5    assess how our advertising or how our media is
6    delivering on all parts of the funnel from
7    awareness down to conversion.
8       Q.    And what are the different parts of
9    the funnel?
10      A.    The top of the funnel would be more
11   brand and awareness driving, the mid-funnel
12   would be more consideration and the lower
13   funnel would be more conversion.
14      Q.    Are there different business
15   objectives associated with different parts of
16   the funnel?
17      A.    Yes, there are.
18            But I think as a consumer of media,
19   you experience all parts of the funnel through
20   the media that you -- that you -- that reaches
21   you.
22            But yes, there are different
23   objectives to each part.
24      Q.    From Comcast's perspective, each
25   part of the funnel has a different business

```
 1    District of Columbia, to wit:
 2                I, Stacey L. Daywalt, a Notary
 3    Public of the District of Columbia, do hereby
 4    certify that the within-named witness remotely
 5    appeared before me at the time and place herein
 6    set out, and after having been duly sworn by
 7    me, according to law, was examined by Counsel.
 8                I further certify that the
 9    examination was recorded stenographically by me
10    and this transcript is a true record of the
11    proceedings.
12                I further certify that I am not of
13    counsel to any of the parties, nor an employee
14    of counsel, nor related to any of the parties,
15    nor in any way interested in the outcome of
16    this action.
17                As witness my hand and Notarial Seal
18    this 8th day of September, 2023.
19
20
21                    [signature]
22                    Stacey L. Daywalt, Notary Public
23                    My Commission Expires:  4/14/2026
24
25
```

```
                                                          Page 254
 1     United States, Et Al v. Google, LLC
 2     Kristy Kozlowski (#6078882)
 3                    ACKNOWLEDGEMENT OF DEPONENT
 4        I, Kristy Kozlowski, do hereby declare that I
 5     have read the foregoing transcript, I have made any
 6     corrections, additions, or changes I deemed necessary as
 7     noted above to be appended hereto, and that the same is
 8     a true, correct and complete transcript of the testimony
 9     given by me.
10

11     _____     _____
12     Kristy Kozlowski                            Date
13     *If notary is required
14                     SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                     _____ DAY OF _____, 20___.
16
17
18                          _____
19                          NOTARY PUBLIC
20
21
22
23
24
25
```

## ERRATA SHEET

**Re:** *United States et al v. Google, LLC*
**Deponent:** Kristy Kozlowski
**Date:** September 6, 2023

| Page: line(s) | Transcription | Change To | Reason |
|---|---|---|---|
| 9:9 | question | request | Transcription error |
| 26:16 | Buyer | Buyers | Transcription error |
| 32:24 | Sorry | Ms. Dearborn: Sorry | Transcription error |
| 53:3 | second bullet, says | second bullet, it says | Omission |
| 63:14 | In Comcast's view is | In Comcast's view, is | Omission |
| 65:3-4 | I'm going to buy this type of media of this type of media | "I'm going to buy this type of media of this type of media" | Omission |
| 65:18 | Comcast is going to buy | Whether Comcast is going to buy | Omission |
| 85:21 | Target-ability | Targetability | Transcription error |
| 104:4 | Does have a internal | Does have an internal | Transcription error |
| 113:11 | Is from 2017 update | Is from a 2017 update | omission |
| 119:12 | The YouTubes | YouTube | Transcription error |
| 122:1 | View-ability | Viewability | Transcription error |
| 135:3 | To slide | To the slide | Omission |
| 138:17 | Advertories | Advertorials | Transcription error |
| 184:11 | Used a | Used an | Transcription error |
| 199:2 | View-ability | Viewability | Transcription error |
| 203:13 | document prepared | document was prepared | Omission |
| 213:4 | Target-ability | Targetability | Transcription error |
| 213:18 | Target-ability | Targetability | Transcription error |

#97346505v1