# Plaintiffs' Exhibit 9



CONFIDENTIAL

GOOG-AT-MDL-007495110

# Introductions

Share your name & role,
+ 1 thing about mobile apps and ads

CONFIDENTIAL

GOOG-AT-MDL-007495111



Monetize: ad revenue with Ad Network Optimization and Live CPM, giving you access to real-time demand
Promote: grow your in-app purchase revenue with targeted campaigns through In-App Purchase Ads
Analytics: understand your audience (happened April 2014)



Time spent in mobile apps dwarfs mobile web... It is safe to assume brand dollars will follow user time-spent
Mobile (Web+Apps) account for 56% of the user time spent on digital media, but only 35% of the digital Ad spend
Mobile Apps that account for 48% of user time (and expected to increase) currently accounts for only 8% of the Ad Spend

## Target Audience

- Who are AdMob's users?
  - "Pure Play" App developers first (not an existing company that launched an app). Contrasted with companies like NYT or Domino's.
- Small number of publishers contributing a disproportionate amount of revenue. Many "long tail" publishers that make small amounts.
  - Targeted more toward small-mid scale publishers.
  - New features targeted more toward larger publishers (e.g., Pinterest)
- Typical users are not as marketing/ad savvy.
- Scale is too large for 1:1 account managers; solution must be scalable.
  - Some larger pubs have account managers.

CONFIDENTIAL