# Plaintiffs' Exhibit 10



CONFIDENTIAL
GOOG-AT-MDL-011817471



OPG: Fund the world's information by enabling content creators.

CONFIDENTIAL
GOOG-AT-MDL-011817476



