# Plaintiffs' Exhibit 11

1

1    UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF VIRGINIA

3    ALEXANDRIA DIVISION

4

5   UNITED STATES OF AMERICA,   )
    et al,                      )
6                               )
         Plaintiffs,            )
7                               ) Case No.
         -vs-                   ) 1:23-cv-00108-LMB-
8                               ) JFA
    GOOGLE, LLC,                )
9                               )
         Defendant.             )
10                              )

11

12

13              ** HIGHLY CONFIDENTIAL **

14   _____

15        VIDEO RECORDED 30(b)(6) EXAMINATION

16               OF:  GROUPM

17            BY:  SUSAN SCHIEKOFER

18   _____

19                 TAKEN ON

20

21       TUESDAY, SEPTEMBER 26, 2023

22

   CERTIFIED STENOGRAPHER:
23   JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
     CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24   CCR-WA (No. 21007264), CSR-CA (No. 14420),
     REALTIME SYSTEMS ADMINISTRATOR
25   JOB NO.:  912924

### Page 10

```
 1   hmm.  Does that make sense?
 2        A.   Yes.
 3        Q.   And then also, this is something
 4   that's different from a normal question,
 5   but try to let me finish my question before
 6   you start giving your answer even if you
 7   think you kind of know where I'm going.
 8             And similarly, I will try to let
 9   you finish your answer before I start
10   asking the next question.  Does that make
11   sense?
12        A.   Yes.
13        Q.   Okay.  And if anything isn't
14   clear at any point, just ask me, and I'll
15   do my best to clear it up.
16        A.   Will do.
17        Q.   Do you understand that the
18   information you provide during this
19   deposition may be used by the Department of
20   Justice in other civil, criminal,
21   administrator or regulatory cases or
22   proceedings?
23        A.   I do.
24        Q.   You work in New York; is that
25   right?
```

### Page 11

```
 1        A.   I do.
 2        Q.   And you live in New York; is that
 3   right?
 4        A.   I live in New Jersey.
 5        Q.   Okay.  Is there an office where
 6   you regularly work outside of New York?
 7        A.   At home.  I mean, we work three
 8   days a week at 3 World Trade Center.
 9        Q.   Okay.
10        A.   And then Mondays and Fridays from
11   home.
12        Q.   But outside of New York and
13   New Jersey, there's nowhere else where you
14   regularly work?
15        A.   No.
16        Q.   Okay.  So for all of my
17   questions, I'd like you to answer based on
18   your personal knowledge.
19             Does that make sense?
20        A.   Yes.
21        Q.   So unless I say otherwise, I'm
22   not asking you about information that you
23   learned in preparation for this deposition
24   from other people at GroupM.
25             Does that make sense?
```

### Page 12

```
 1        A.   Yes.
 2        Q.   And if at any point you feel like
 3   you have an answer to a question but it's
 4   not based on your personal knowledge but
 5   instead it's based on something you learned
 6   to prepare, will you just let me know and
 7   we'll kind of go from there?
 8        A.   Yes.
 9        Q.   Okay.  Where were you born and
10   raised?
11        A.   I was born in Staten Island,
12   New York, and I was raised in Monmouth
13   County, New Jersey.
14        Q.   Okay.  Can you describe your
15   educational background?
16        A.   Yes.
17             I went undergrad to Montclair
18   University in New Jersey, and master's
19   in -- at NYU in New York.
20        Q.   Okay.  What did you get your
21   master's in?
22        A.   English and American literature.
23        Q.   Okay.  How did you first get into
24   advertising?
25        A.   I had an internship at a company
```

### Page 13

```
 1   that used to be called Ted Bates when I was
 2   19.  And I did that.  And then they offered
 3   me a job when I graduated.
 4        Q.   And today you work at GroupM; is
 5   that right?
 6        A.   Yes.
 7        Q.   What's your title at GroupM?
 8        A.   Chief digital investment officer.
 9        Q.   Can you give us a brief
10   description of your responsibilities?
11        A.   I have a small team at the center
12   of GroupM.  And there's agencies at GroupM,
13   and clients sit within agencies.
14             And our team at the center works
15   with the client teams to figure out what
16   are the partners that we want to do
17   business with in terms of things like
18   pricing, first-to-markets, research,
19   basically to provide value for the clients
20   for the money that they're spending across
21   GroupM and the agencies.
22        Q.   Let me ask you a little bit about
23   each of those.
24             So what do you and your team do
25   with respect to pricing?
```

Page 14

1    A.   We calibrate the market.  We
2  represent anything that's digital, right?
3  So there's TV buyers that will buy the
4  upfront that's been pretty traditional.
5         I mean, for years and years where
6  they'll buy, like, prime time on NBC or
7  sports on NBC.  And as the markets have
8  evolved with digital, there's always the
9  digital components to negotiate.
10        So we will negotiate anything
11 that's digital across television, radio,
12 pure-play digital.
13    Q.   And I think one of the things you
14 said your team does is first-to-markets.
15        Could you explain what that is?
16    A.   There could be a beta with a
17 particular property.  Or like Netflix is
18 coming to us.  They just started an
19 advertising offering and they're going to
20 have special sponsorships that are
21 available to advertisers.
22        So we would look at that, look at
23 the price to see if it's something we want
24 to bring forth to our clients, and then we
25 bring it forth to our clients.  If a client

Page 15

1  is interested, then we would negotiate from
2  there, what does that sponsorship look
3  like.
4     Q.   And I think one of the things you
5  said was research.
6          Can you describe what you and
7  your team do for research?
8     A.   So I have a separate research
9  team.  We don't do the research ourselves,
10 but we could say, we're going to
11 negotiate -- you know, for every client
12 that spends a million dollars with a
13 particular property, there could be, you
14 know, six brand list studies to determine,
15 you know, did the advertising have an
16 impact in a positive manner.
17    Q.   When did you first start working
18 at GroupM, roughly?
19    A.   In 2010.
20    Q.   Can you give us a brief overview
21 of sort of how your role and
22 responsibilities have changed in GroupM
23 over time?
24    A.   Yes.
25         So I have been part of WPP for a

Page 16

1  long time.  Before GroupM I was at Ogilvy.
2  So I was at Ogilvy for most of my career.
3  And I started the digital media offering
4  within Ogilvy.
5         And then I had my third child and
6  I went part time for a long time.  And in
7  -- so that was probably, like, '98 I went
8  part-time.
9         And then in 2010, I was ready to
10 come back on a more full-time basis.  There
11 was an opportunity at GroupM to run the
12 AT&T business, which was a large digital
13 advertiser at the time, so I interviewed
14 for that and I got it.
15        And I went over to what was then
16 MEC, which was a GroupM agency, and I ran
17 the AT&T digital business.
18    Q.   And what came next after that?
19    A.   So then I was promoted to
20 president of digital in '14, I think it --
21 no, it could have been -- either '12 or
22 '13 -- no, probably, like, '13.  And I got
23 promoted and did not enjoy the job at all
24 and left.
25        And then the GroupM offered me a

Page 17

1  job at the center, right?  So not at the
2  particular agencies but at the center.  I
3  worked -- went to work for a gentleman
4  named Ari Bluman who was -- who had my job,
5  chief digital officer.
6          And that was in -- that was
7  July 2014.  Almost two weeks after I
8  started working for him, he was diagnosed
9  with leukemia.  So that was two years.
10         And then he passed away, and I
11 was promoted into his position in '16.  So
12 I've been doing this particular job since
13 '16.
14    Q.   Okay.  Let me ask you one
15 question about GroupM's organization.
16         Does GroupM have different teams
17 that focus on different types of
18 advertising?
19         MR. HUNSBERGER:  Object to form.
20 BY MR. VERNON:
21    Q.   And so, in general, if either
22 your counsel or Google's counsel objects,
23 you can wait for them to object and then
24 answer.  If counsel instructs you not to
25 answer, then that's a different thing --

UNITED STATES OF AMERICA
Case 1:23-cv-00108-LMB-JFA    Document 1192-10    Filed 08/22/24    Page 5 of 11 PageID#
GOOGLE, LLC                                             57004
30(b)(6) Highly Confidential

Susan Schiekofer
September 26, 2023

Page 42

1  THE WITNESS: Yeah, yeah.
2  I mean, it's a complement to an
3  overall buy. Again, like, a client
4  that spends a lot of money in market
5  that has a combination of brand and
6  efficiency goals will use a mix of
7  media as broad as network television
8  and, like, all the way through to
9  search -- right? -- as narrow as
10 search.
11     So it's really -- you know, it's
12 what clients think -- like a
13 combination of it's the creative, it's
14 the media and it's the offer. So what
15 do those three -- what's the most
16 efficient way.
17     And, again, this is where the
18 planners use syndicated research to
19 find the audiences. They develop the
20 channels, and then the buyers will go
21 and pick the individual properties
22 within those channels, right?
23     And if it's an only-display
24 campaign, we do those too, but they're
25 just not as prevalent with the types of

Page 43

1  advertisers that we have.
2  BY MR. VERNON:
3     Q.  Why do you say that it's not as
4  common, I guess, for GroupM to do
5  only-display campaigns?
6         MR. HUNSBERGER: Object to form.
7         MS. KLAUSNER: Objection to the
8     form.
9         THE WITNESS: It's -- our client
10    base is big important brands, and they
11    use a combination of video, audio,
12    display, and display could also be
13    print and newspapers -- right? -- like
14    a printed form of communication.
15        So it depends what the messaging
16    is and do they have the creative, you
17    know, for video or only display or
18    printed word or audio, podcasting.
19 BY MR. VERNON:
20    Q.  What differences, if any, are
21 there between display and social?
22        MR. HUNSBERGER: Object to form.
23        THE WITNESS: Well, social can
24    have display, right? So social has a
25    combination of video formats, and then

Page 44

1     they could also just have a display ad
2     that -- that runs in the feed.
3         It's either called static, it
4     could be called rich media, but that's
5     considered display.
6  BY MR. VERNON:
7     Q.  Let me ask you: What differences
8  are there, if any, between social and
9  programmatic?
10        MR. HUNSBERGER: Object to form.
11        MS. KLAUSNER: Objection to the
12    form.
13        THE WITNESS: So social -- well,
14    social is also bought programmatically,
15    but it's in platform with the
16    individual social companies.
17 BY MR. VERNON:
18    Q.  Have you ever heard the phrase
19 "open web display"?
20    A.  Yes.
21    Q.  What's your understanding of what
22 open web display means?
23    A.  That means -- and it could be
24 through -- operated through a DSP. It also
25 could be operated on an IO basis where

Page 45

1  you'll having aggregators of content that
2  will do the job of monetizing those
3  websites.
4         So they'll cobble together. You
5     know, like -- I'll give Daily Mail as an
6     example, right? Daily Mail is not a
7     property that most of our clients want to
8     run with. Some do. But most of them
9     don't. It's just, you know,
10    sensationalist. It's a form of news that
11    is -- you know, not of maybe the highest
12    quality.
13        And Daily Mail, because people
14 love it -- right? -- like, the numbers are
15 huge, like, they have a ton of scale to
16 monetize. So they'll do deals with
17 everybody, right? Like, they'll do deals
18 with, you know, any -- basically any
19 aggregator of sites.
20        Like our job is -- and this is
21 what we do at the center -- is we work with
22 our individual clients to say, what types
23 of ads do you want to be associated -- or
24 what type of publishers do you feel is
25 brand suitable for your brand.

Page 46

1  So if our advertisers say, I
2  don't want to be in news, which happens a
3  lot unfortunately for the quality news,
4  we'll have an exclusion list to say we're
5  not buying news.
6       So while an advertiser may want
7  to be on an open web or open exchange, part
8  of what we do is to make sure that we're
9  only buying the -- what we think is brand
10 suitable for a client on the open exchange.
11     Q.   What differences are there, if
12 any, between open web display and social
13 advertising?
14          MR. HUNSBERGER:  Object to form.
15          THE WITNESS:  So open exchange is
16     just a compilation of what basically a
17     reseller has put together.  You know,
18     social is platform specific.
19          And I'm sorry, what was the
20     third?  You said open web and --
21 BY MR. VERNON:
22     Q.   And social.  There wasn't is a
23 third.
24     A.   Okay, okay.
25     Q.   Have you ever heard the term

Page 47

1  social jail?
2           MR. HUNSBERGER:  Object to form.
3           MS. KLAUSNER:  Objection to the
4      form.
5           THE WITNESS:  I mean, I know --
6      yeah, I mean, if a user is -- you know,
7      posted something that people reported,
8      then they go in social jail.
9  BY MR. VERNON:
10     Q.   I was referring to something
11 different.
12          Have you ever heard the phrase
13 social jail in the context of advertising?
14          MR. HUNSBERGER:  Object to form.
15          THE WITNESS:  No.
16 BY MR. VERNON:
17     Q.   No, okay.
18          From what you were saying before,
19 it sounds like GroupM recommends for its
20 clients at least some of the time that they
21 buy ads on the open web; is that fair?
22          MR. HUNSBERGER:  Object to form.
23          MS. KLAUSNER:  Objection to the
24     form.
25          THE WITNESS:  We don't used the

Page 48

1      words open web.  We call it exchanges.
2  BY MR. VERNON:
3      Q.   Okay.  But fair to say that at
4  least some of the time GroupM recommends
5  that its clients buy ads through an
6  exchange?
7           MR. HUNSBERGER:  Object to form.
8           THE WITNESS:  Yes.
9  BY MR. VERNON:
10     Q.   Why does GroupM recommend at
11 least some of the time that its clients buy
12 ads through an exchange?
13     A.   Because you can build audiences
14 quickly.  You can find -- again, like, back
15 to those broad target audiences, like, you
16 could find people easily at scale at a
17 really cheap CPM.
18     Q.   Can you give me just a ballpark
19 range of the CPM?  I don't want you to
20 refer to anything confidential, but just
21 kind of a rough guideline form.
22     A.   Well, I'll -- okay.
23          MR. HUNSBERGER:  Object to form.
24          MS. KLAUSNER:  Do you have any
25     problem doing a rough range?

Page 49

1           THE WITNESS:  No.
2           MR. HUNSBERGER:  Is it
3      industrywide?  Not GroupM wide.  Give
4      an industrywide.
5           THE WITNESS:  I mean...
6           MR. HUNSBERGER:  Or is it too
7      hard to --
8           THE WITNESS:  It's really hard.
9      You know, I've worked for clients that
10     -- and one of them, they're not GroupM
11     anymore, so I can -- I think I can say
12     it.
13          But like, I mean, I've worked for
14     clients who have said, I'm not paying
15     more than a dollar -- right? -- that's
16     really, really cheap.
17          But it could be -- for display,
18     it could up to 7, I guess, maybe 9 if
19     it's more of, like, a little bit more
20     quality.  But it's low.  It's below $10
21     for the most part.
22 BY MR. VERNON:
23     Q.   How do the CPMs for display
24 purchased through an exchange compared to
25 CPMs for social, in general?

Case 1:23-cv-00108-LMB-JFA   Document 1192-10   Filed 08/22/24   Page 7 of 11 PageID# 87606

UNITED STATES OF AMERICA v.
GOOGLE, LLC
30(b)(6) - Highly Confidential
Susan Schiekofer
September 26, 2023

Page 166

1   heard.
2           (Whereupon, Exhibit 7 is marked
3           for identification.)
4           MR. HUNSBERGER:  I'm marking as
5   Exhibit 7 a document produced by the
6   U.S. Census.  Exhibit 7 is a document
7   bearing the Bates
8   CENSUS-ADS-0000273284.
9           MR. VERNON:  Can we go off the
10  record for one second?
11          MR. HUNSBERGER:  Yes.
12          THE VIDEOGRAPHER:  The time is
13  2:28 p.m.
14          We're off the record.
15          (Whereupon, a recess was taken at
16          2:28 P.M.)
17          THE VIDEOGRAPHER:  The time is
18  2:31 p.m.
19          We're on the record.
20  BY MR. HUNSBERGER:
21      Q.   Do you have any reason to believe
22  that this is not a true and correct copy of
23  a contract between the Census and Young &
24  Rubicam?
25          MS. KLAUSNER:  Objection to the

Page 167

1       form.
2           THE WITNESS:  No.
3   BY MR. HUNSBERGER:
4       Q.   Looking at the first page of the
5   document ending in Bates 284, box Number 7,
6   name and address of contractor, Young &
7   Rubicam, Inc.?
8       A.   Yes.
9       Q.   Young & Rubicam is a WPP company,
10  correct?
11      A.   Yes.
12      Q.   You can set this exhibit aside.
13          Wavemaker manages the U.S. Navy
14  account; is that correct?
15          MS. KLAUSNER:  Objection to the
16      form.
17          THE WITNESS:  Yes.
18  BY MR. HUNSBERGER:
19      Q.   Does Wavemaker buy digital
20  advertising for U.S. Navy campaigns?
21          MR. VERNON:  Objection to form --
22          THE WITNESS:  I believe so.
23  Again, not that close to it.
24          MR. VERNON:  -- and foundation.
25  ///

Page 168

1   BY MR. HUNSBERGER:
2       Q.   Does Wavemaker use Google
3   products to buy digital advertising for
4   U.S. Navy campaigns?
5       A.   I don't know.
6       Q.   When the census contract was in
7   effect, did a GroupM entity buy -- a GroupM
8   or an affiliated entity buy digital
9   advertising for Census Bureau campaigns?
10      A.   Yes.
11          MR. VERNON:  Objection to form
12      and foundation.
13  BY MR. HUNSBERGER:
14      Q.   Does the GroupM affiliated entity
15  use Google products to buy digital
16  advertising for Census Bureau campaigns?
17      A.   I don't know the details of what
18  they bought.  I'd have to look.
19          MR. VERNON:  Objection to form
20      and foundation.
21  BY MR. HUNSBERGER:
22      Q.   Does GroupM have a contract with
23  Google to make purchases on DV360?
24      A.   Yes.
25      Q.   Does GroupM have a contract to

Page 169

1   make purchases -- a contract with Google to
2   make purchases on Google Ads?
3       A.   Yes.
4       Q.   Did GroupM negotiate the DV360
5   contract?
6       A.   Yes.
7       Q.   Did GroupM negotiate the Google
8   Ads contract?
9       A.   Yes.
10      Q.   Was the U.S. Navy involved in
11  GroupM's negotiations for the DV360
12  contract?
13          MR. VERNON:  Objection to form
14      and foundation.
15          THE WITNESS:  No, no.  Those
16      contracts are done at the center, not
17      by individual accounts.
18  BY MR. HUNSBERGER:
19      Q.   What do you mean when you say "at
20  the center"?
21      A.   When there's a negotiated
22  agreement on, like, the master service
23  agreements, whether it's platform or
24  YouTube, that's done at the center.
25          So it's not as if the individual

Page 170

```
 1  accounts -- like, we do it on behalf of all
 2  of the accounts, and they use our contract.
 3       Q.   Was the Navy involved in GroupM's
 4  negotiations with Google for the Google Ads
 5  contract?
 6       A.   For the contract, no.
 7            MR. VERNON:  Objection to form
 8       and foundation.
 9  BY MR. HUNSBERGER:
10       Q.   To your knowledge, was the Census
11  involved in GroupM's negotiations for the
12  DV360 contract?
13            MR. VERNON:  Objection to form
14       and foundation.
15            THE WITNESS:  Not the central
16       one.
17  BY MR. HUNSBERGER:
18       Q.   Does GroupM pay Google for the
19  use of Google's ad tech products --
20       A.   Yes.
21       Q.   -- in the campaigns that GroupM
22  runs for the Navy?
23            MR. VERNON:  Objection.  Form and
24       foundation.
25            MS. KLAUSNER:  Objection to the
```

Page 171

```
 1       form.
 2            THE WITNESS:  Like, we pay for
 3       any campaign.  We pay for the media or
 4       the tech fee.  Like -- I mean, I assume
 5       it applies to the Navy as well.
 6  BY MR. HUNSBERGER:
 7       Q.   GroupM pays Google the tech fee
 8  for use of Google's ad tech products in the
 9  campaigns GroupM runs for advertisers?
10            MR. VERNON:  Objection to form
11       and foundation.
12            MS. KLAUSNER:  Objection to the
13       form.
14            THE WITNESS:  The client pays.
15       It's part of the client fees.  We don't
16       separate out -- we don't pay a tech fee
17       to Google that's separate from the
18       clients.
19            The clients use the centrally
20       negotiated tech fee and they apply it
21       to individual campaigns.
22  BY MR. HUNSBERGER:
23       Q.   Does GroupM make a payment to
24  Google --
25            MR. VERNON:  Objection to form
```

Page 172

```
 1       and foundation.
 2  BY MR. HUNSBERGER:
 3       Q.   -- for use of Google's ad tech
 4  products?
 5            MS. KLAUSNER:  Objection to the
 6       form.
 7            THE WITNESS:  On behalf of our
 8       clients, yes.  We don't have a separate
 9       GroupM bill.  It's on behalf of the
10       clients.
11  BY MR. HUNSBERGER:
12       Q.   Does the Navy directly pay Google
13  for use of its ad tech products --
14            MS. KLAUSNER:  Objection to the
15       form.
16            MR. VERNON:  Objection to form
17       and foundation.
18  BY MR. HUNSBERGER:
19       Q.   -- that GroupM runs on behalf of
20  the Navy?
21            MS. KLAUSNER:  Objection to the
22       form.
23            THE WITNESS:  I don't know.  Some
24       clients do pay Google.  They want their
25       billing directly with Google.  Some of
```

Page 173

```
 1       our clients do that and they bypass
 2       WeManage, but the billing is direct.
 3       Most of our clients go through the
 4       GroupM finance system.
 5            But there are clients that do do
 6       the billing set up directly with
 7       Google, but I don't have a list of
 8       who's in or who's out.
 9  BY MR. HUNSBERGER:
10       Q.   To your knowledge, does the Navy
11  directly pay Google for the use -- for
12  GroupM's use of Google ad tech products in
13  the Navy campaigns?
14            MS. KLAUSNER:  Objection to the
15       form.
16            MR. VERNON:  Objection to form
17       and foundation.
18            THE WITNESS:  They pay.  I just
19       don't know if they pay directly or they
20       pay through us.
21  BY MR. HUNSBERGER:
22       Q.   I'd like to shift gears slightly,
23  go to another topic.
24            Did you testify earlier about
25  WPP's investment in the ad tech --
```

Page 182

1  this deposition today.  We have no
2  further questions, so we just wanted to
3  say thank you, we appreciate it.
4       THE WITNESS:  You're welcome.
5       MS. KLAUSNER:  Great.
6       MR. HUNSBERGER:  Thank you to the
7  witness and counsel.
8       MS. KLAUSNER:  Thank you.
9       THE VIDEOGRAPHER:  The time is
10 3:05 p.m.
11      We're off the record.
12      (Time noted: 3:05 p.m.)

Page 183

1            REPORTER CERTIFICATE
2    I, the undersigned, do hereby certify:
3    That SUSAN SCHIEKOFER was by me duly
4  sworn in the within-entitled cause; that
5  said deposition was taken at the time and
6  place herein named; and that the deposition
7  is a true record of the witness's testimony
8  as reported by me, a disinterested person,
9  and thereafter a total of 186 was
10 transcribed.
11   I further certify that I am not
12 interested in the outcome of the said
13 action, nor connected with, nor related to
14 any of the parties in said action, nor to
15 their respective counsel.
16   IN WITNESS WHEREOF, I have hereunto set
17 my hand this 26th day of September, 2023.
18 Signature: _X_Requested __Waived __Not Requested
19
20       _____
21            JESSICA R. WAACK
            Registered Diplomate Reporter
22          Certified Realtime Reporter
       California Certified Realtime Reporter
23         New York Realtime Court Reporter
          New York Association Court Reporter
24         Notary Public, State of New York
   CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25   CCR-WA (No. 21007264), CSR-CA (No. 14420)

Page 184

1            INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.
10      You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14      It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of
17 receipt of the deposition transcript by
18 you.  If you fail to do so, the deposition
19 transcript may be deemed to be accurate
20 and may be used in court.

Page 185

1  DECLARATION UNDER PENALTY OF PERJURY
2  USA VS. GOOGLE
3  Date of Deposition:  September 26, 2023
4
5
6       I, SUSAN SCHIEKOFER, hereby
7  certify under penalty of perjury under the
8  laws of the State of _____ that
9  the foregoing is true and correct.
10
11    Executed this____ day of    , 2023,
12 at _____.
13
14
15       _____
16              SUSAN SCHIEKOFER
17
18 SUBSCRIBED AND SWORN BEFORE ME
19 THIS __ DAY OF _____, 20
20 _____
              NOTARY PUBLIC
21
22 MY COMMISSION EXPIRES:_____

185

1  DECLARATION UNDER PENALTY OF PERJURY

2  USA VS. GOOGLE

3  Date of Deposition:    September 26, 2023

4

5

6       I, SUSAN SCHIEKOFER, hereby

7  certify under penalty of perjury under the

8  laws of the State of _New York_____ that

9  the foregoing is true and correct.

10

11      Executed this 2nd day of Nov, 2023,

12 at 279 Millburn Ave Millburn, NJ 07041

13

14

15           _(signature)_

16           SUSAN SCHIEKOFER

17

18 SUBSCRIBED AND SWORN BEFORE ME

19 THIS 2nd DAY OF November, 2023

20 _____
           NOTARY PUBLIC
21         Frank Bruno Mayer

22 MY COMMISSION EXPIRES:_____

23

24     FRANK A BRUNO-MAYER
       Notary Public - State of New Jersey
25     My Commission Expires Feb 20, 2025

Case 1:23-cv-00108-LMB-JFA   Document 1192-10   Filed 08/22/24   Page 11 of 11 PageID# 87670

UNITED STATES OF AMERICA V  
GOOGLE, LLC  
30(b)(6), Highly Confidential  
Susan Schiekofer  
September 26, 2023

186

```
 1                    ERRATA SHEET

 2      USA VS. GOOGLE

 3      WITNESS:  SUSAN SCHIEKOFER

 4      Date of Deposition:  September 26, 2023

 5

 6   Reason Codes:1. Clarify the record
                 2. Conform to the facts
 7               3. Correct transcription errors

 8
        Page           Line           Reason
 9      From                          To
        Page  40       Line  24       Reason  2
10      Page                          To
        Page           Line           Reason
11      From  display                 To  video
        Page  54       Line  9        Reason  2
12      From  OpenX                   To  SpotX
        Page  65       Line  9        Reason  3
13      From  isn't                   To  is an
        Page  78       Line  23       Reason  2
14      From  organic                 To  natural
        Page  85       Line  9        Reason  2
15      From  GroupM at one point     To  GroupM's 24/7 product
        Page  164      Line  21       Reason  2
16      From  That was -- census was Maxus  To  That was -- Census was Wavemaker. Strike: So Maxus -- Maxus became part of Essence. So it's either under Essence or Maxus.
        Page           Line           Reason
17      From                          To
        Page           Line           Reason
18      From                          To
        Page           Line           Reason
19      From                          To
        Page           Line           Reason
20      From                          To
        Page           Line           Reason
21      From                          To
        Page           Line           Reason
22      From                          To
        Page           Line           Reason
23      From                          To

24                    [signature]
25                    SUSAN SCHIEKOFER
```