# Plaintiffs' Exhibit 13

HIGHLY CONFIDENTIAL

Page 1

1

2          H I G H L Y    C O N F I D E N T I A L

3

   IN THE UNITED STATES DISTRICT COURT

4  FOR THE EASTERN DISTRICT OF VIRGINIA

   ALEXANDRIA DIVISION

5  ----------------------------x

   UNITED STATES, et al.,

6

               Plaintiffs,

7

          vs.                    Case No.

8                                1:23-cv-000108

   GOOGLE LLC,

9

               Defendant.

10 ----------------------------x

11

12               HIGHLY CONFIDENTIAL

13    VIDEOTAPED DEPOSITION OF BENNEASER JOHN

14              New York, New York

15          Friday, September 8, 2023

16                 9:17 a.m.

17

18

19

20

21

22

23  Reported by:

    Jennifer Ocampo-Guzman, CRR, CLR

24  JOB NO. 6082515

25

HIGHLY CONFIDENTIAL

Page 6

1       HIGHLY CONFIDENTIAL
2  Veritext.
3       I'm not authorized to administer an
4  oath, I'm not related to any party in
5  this action. I'm not financially
6  interested in the outcome.
7       If there are any objections to the
8  proceedings, please state them at the
9  time of your appearance.
10      Counsel and all present, including
11 remotely, will now state their
12 appearance and affiliation for the
13 record, beginning with the noticing
14 attorney.
15      MS. DUNN:  Karen Dunn from Paul
16 Weiss, on behalf of Google.
17      MS. SPEVACK:  Erica Spevack, Paul
18 Weiss, on behalf of Google.
19      MS. SOLORZANO:  Isabella Solorzano,
20 Axinn, Veltrop & Harkrider, on behalf of
21 Google.
22      MR. VERNON:  Jeff Vernon, on behalf
23 of the United States.
24      MS. BARRY:  Kaitlyn Barry, on
25 behalf of the United States.

Page 7

1       JOHN - HIGHLY CONFIDENTIAL
2       MS. COLE: Eileen Cole, Orrick, on
3  behalf of the witness and Microsoft.
4       THE VIDEOGRAPHER:  Can the court
5  reporter please swear in or affirm the
6  witness.
7  B E N N E A S E R   J O H N,  called as a
8  witness, having been duly sworn, was examined
9  and testified as follows:
10 EXAMINATION BY
11 MS. DUNN:
12   Q.  Can you state your name for the
13 record, please?
14   A.  Benneaser John, and I go by Ben
15 John.
16   Q.  And where do you live?
17   A.  Princeton, New Jersey.
18   Q.  What is your current position at
19 Microsoft?
20   A.  VP of engineering.
21   Q.  And when did you start working at
22 Microsoft?
23   A.  June 6, 2022.
24   Q.  And prior to Microsoft, where did
25 you work?

Page 8

1       JOHN - HIGHLY CONFIDENTIAL
2    A.  At Xandr.
3    Q.  And when did you start working at
4  Xandr?
5    A.  I started at AppNexus late 2012,
6  and AppNexus evolved to Xandr, part of the
7  AT&T acquisition.
8    Q.  And what was your position at
9  Xandr?
10   A.  CTO.
11   Q.  And you said prior to Xandr you
12 worked at AppNexus?
13   A.  Yes.
14   Q.  And when did you start working at
15 AppNexus?
16   A.  January 2013, to be exact.
17   Q.  And what was your position at
18 AppNexus?
19   A.  I played multiple roles.  I started
20 as head of engineering for web services, then
21 SVP of engineering for buyer side systems,
22 and then I took the CTO role.
23   Q.  And you're prepared to testify
24 today as the corporate representative of
25 Microsoft, including as to topics relating to

Page 9

1       JOHN - HIGHLY CONFIDENTIAL
2  Xandr, which was acquired by Microsoft in
3  2022, and also AppNexus, which was acquired
4  by AT&T in 2018, when it was integrated into
5  AT&T's new tech offering, which was branded
6  Xandr, correct?
7    A.  That is correct.
8       MS. COLE:  I just want to state for
9    the record, to the extent that we have
10   the records and materials from the
11   transition.
12      MS. DUNN:  Understood.
13   Q.  And just for the record, Microsoft
14 acquired your former company Xandr, was that
15 in 2022?
16   A.  Uh-huh.
17      (Discussion off the record.)
18   A.  Oh, sorry, yes.
19   Q.  And Xandr, just for the record, is
20 an advertising technology company with buy
21 and sell side capabilities?
22   A.  That's correct, yes.
23   Q.  If you -- we'll show you Tab 2.
24      MS. COLE:  Before we go on I want
25   to mark this so I don't forget later, I

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL

Page 234

JOHN - HIGHLY CONFIDENTIAL

1    targeting parameters for social media versus
2    nonsocial media.
3    Q.  When you say that social media and
4    nonsocial media have different targeting --
5        MS. DUNN: I'm sorry. Before you
6        get to the question, object to the last
7        answer based on improper opinion
8        testimony and also he's testifying,
9        quote, from an advertiser perspective.
10   Q.  When you said there are different
11   targeting parameters for social compared to
12   display, what did you mean by that?
13       A.  So that the format of the ad and
14   how you measure an ad and how you expect a
15   user to interact with those ads, attribution,
16   all of those, because social media is more
17   like a closed net. That data is not
18   available, and advertisers need to run
19   different metrics to match how their
20   advertising dollar is spent between social
21   versus nonsocial.
22   Q.  So focusing on the US, you view
23   social advertising and display advertising as
24   substitutes, or no?

Page 235

JOHN - HIGHLY CONFIDENTIAL

1        MS. DUNN: Objection. Calls for
2        improper opinion testimony.
3        A.  They're not substitutes. Also
4    based on the auto fees that they've seen and
5    how agencies, advertisers are organized,
6    there's a separate group or team that they
7    buy social media advertising; there's a
8    separate team that buys non. So one won't be
9    able to replace or substitute the other.
10       MR. VERNON: You can set that
11       document aside.
12       MS. COLE: You think it's a good
13       time to take a break?
14       MR. VERNON: We can take the break.
15       We can go off.
16       THE VIDEOGRAPHER: The time is
17       3:44 p.m., and this marks the end of
18       media unit number 4.
19       (A brief recess was taken.)
20       THE VIDEOGRAPHER: The time is
21       4:04 p.m. This begins media unit number
22       5.
23   Q.  Welcome back.
24   A.  Thank you.

Page 236

JOHN - HIGHLY CONFIDENTIAL

1    Q.  So earlier we were talking about
2    who Xandr's main competitors were for SSPs.
3        Do you remember that?
4        A.  Yes, I do.
5        Q.  And I think the two that we
6    discussed were Magnite and Google's AdX; is
7    that correct?
8        A.  That's fair.
9        Q.  Why did you not list Amazon as one
10   of the main or two main competitors for
11   Xandr's SSP?
12       A.  I think I added Amazon after you
13   reminded me Amazon is also an SSP; but I also
14   have -- we also integrate with them using
15   their header bidding technology called TAM;
16   and so they also bring in a demand; so they
17   are also competitor in the SSP.
18   Q.  Do you view TAM, Amazon's TAM as a
19   header bidding effort?
20       A.  Correct, it's a header bidding
21   effort.
22   Q.  Is Amazon's -- what are other
23   header bidding efforts pier does Xandr
24   connect to?

Page 237

JOHN - HIGHLY CONFIDENTIAL

1        A.  So the preview open source and our
2    DSP and TAM.
3        Q.  Between AdX and Amazon, which
4    company is larger, which SSP is larger in the
5    SSP business for display?
6        A.  Based on what we see in all
7    marketplace, Google is the largest.
8        Q.  And what, approximately, is the
9    difference in size between AdX and Amazon
10   SSP?
11       MS. DUNN: Objection to form.
12       A.  I don't recall the numbers of what
13   percentage that we transact between Amazon
14   and Google.
15   Q.  How big is Google's AdX in the
16   display SSP business compared to Xandr?
17       MS. DUNN: Objection to form.
18       A.  We see Google supply and most of
19   the supply is on their ad server supply; but
20   it's hard for me from outside to separate
21   whether it's an SSP supply or an ad server
22   supply. But it's on the exchange, right, if
23   it's sitting on the exchange. That's why I'm
24   mixing the words SSP and AdX change if it's

HIGHLY CONFIDENTIAL

Page 238

JOHN - HIGHLY CONFIDENTIAL
1        JOHN - HIGHLY CONFIDENTIAL
2   on their exchange.  And I believe it's all ad
3   server supply, yeah, that's the --
4        Q.  Do you know what the second largest
5   display SSP is after AdX?
6        A.  I believe it's AppNexus as an
7   independent programmatic supply, as an
8   independent, not having a one-piece supply on
9   our platform next to Google, but --
10       Q.  Sorry.
11       A.  -- but I don't see the numbers
12  between the other SSPs.
13       Q.  Was Google's AdX the largest
14  display exchange five years ago?
15       MS. DUNN:  Objection to form.
16       A.  Yes, yes, it still is.
17       Q.  Why is Google able to maintain its
18  position as the largest display SSP, at least
19  for the last five years?
20       MS. DUNN:  Objection to form.
21       MS. COLE:  Object to scope as to --
22  he's testifying on behalf of Microsoft.
23       A.  You know, the customers that Google
24  ad server and AdX had access that I mentioned
25  before, they are sticky; and I believe that's

Page 239

1        JOHN - HIGHLY CONFIDENTIAL
2   one of the reasons the supply is consistently
3   staying there.
4        Q.  When you say the customers are
5   sticky, what do you mean by that?
6        A.  Like the publishers, those are
7   leveraging Google ad server and makes the
8   supply available on AdX.  Also, it's my
9   belief that the 1-P also plays also part of
10  the exchange, Google's.
11       Q.  How, if at all, does Google's
12  publisher customers being sticky on its ad
13  server affect Google being the largest SSP
14  for display?
15       MS. DUNN:  Objection to form,
16       foundation, calls for opinion testimony.
17       A.  Can you repeat the first part, how
18  does the --
19       Q.  Yeah.  One of the things you
20  mentioned is that Google's publisher
21  customers are sticky, with respect to
22  Google's publisher ad server.
23       A.  That's correct.
24       Q.  How does that stickiness affect, if
25  at all, Google AdX's ability to remain the

Page 240

1        JOHN - HIGHLY CONFIDENTIAL
2   largest SSP for display for over at least the
3   last five years?
4        MS. DUNN:  Objection to form, same
5        objections.
6        MS. COLE:  I object in terms of
7        scope he's testifying on behalf of
8        Microsoft, so if you're asking him what
9        Google is doing -- you can ask him what
10       the effect of Microsoft is, you can ask
11       him what Microsoft's experience is, but
12       object on scope for, for the prior
13       reasons.
14       MR. VERNON:  Why don't you answer,
15       and we will kind of take it from there.
16       A.  To clarify, you're asking why
17  customers are sticky and staying with
18  Microsoft, Google's ad server?
19       Q.  Slightly different.
20       How, if at all, does the stickiness
21  of Google's publisher ad server customers
22  affect Google's ability to remain, AdX's
23  ability to remain the largest display SSP for
24  at least the last five years?
25       MS. DUNN:  Same objection.  At this

Page 241

1        JOHN - HIGHLY CONFIDENTIAL
2        point I think it's very clear he has no
3        foundation for this.
4        A.  The question I'm not clear on.  How
5   does it affect means is the publisher, the
6   customers are staying with the Google ad
7   server, number one.  The uses are
8   consistently using digital technologies more
9   and more, so the supply volume is increasing,
10  the user engagement is increasing
11  consistently; but that's one reason I can
12  think of.
13       Q.  Okay.  Is it fair to say Xandr's
14  SSP competes with Google's SSP?
15       A.  That is correct.
16       Q.  Is it fair to say Xandr's, then,
17  doing as much as it can to compete with AdX
18  in the SSP business?
19       A.  That is correct.
20       Q.  Why is it that at least over the
21  course of the last five years, AdX has
22  remained as the largest display SSP, even
23  though Xandr is doing everything that it can
24  to compete with AdX?
25       MS. DUNN:  Objection to form.

61 (Pages 238 - 241)

HIGHLY CONFIDENTIAL

Page 254

JOHN - HIGHLY CONFIDENTIAL
1
2    Q.   Do you know one way or the other
3  whether Google's DV360 has been set up to
4  prefer spending on AdX as opposed to
5  third-party exchanges?
6         MS. DUNN:  Objection to form.  No
7     foundation.
8         MS. COLE:  I'm going to object to
9     scope.
10        MR. VERNON:  For scope, let's
11    pull --
12        MS. COLE:  He's testifying from
13    Microsoft's perspective, right?  I think
14    you asked him what Google did.  That's
15    my only objection.
16    A.   I don't have a direct knowledge
17  on -- I will call Google to how handle --
18    Q.   So the DOJ alleges that DV360's
19  spending unnecessarily, unnecessarily is
20  funneled too much to AdX, and your testimony
21  is you don't know whether that's true or not;
22  is that right?
23    A.   That is correct.
24    Q.   Does Xandr vary its take rates for
25  open auction display on an

Page 255

JOHN - HIGHLY CONFIDENTIAL
1
2  impression-by-impression basis?
3    A.   That is correct, but the contract
4  of the pricing is set at the contract level,
5  at the member level, but we apply it at the
6  impression level.
7    Q.   So I think one of the things that
8  Xandr does is Xandr enters into contracts
9  with particular publishers for the fact that
10  the take rates apply to that publisher; is
11  that right?
12    A.   That's correct.
13    Q.   Within a particular publisher, do
14  Xandr's SSP take rates vary by impression,
15  focusing on open auction, or are they the
16  same across all impressions?
17    A.   They're the same.
18    Q.   Why does Xandr do it that way?
19    A.   It's the fee model, and the fee
20  stays at a direction on an auction fee and
21  that is at the member of the contract level.
22    Q.   Earlier counsel asked you some
23  questions about Microsoft's acquisition of
24  AppNexus.  Do you remember that?
25    A.   Microsoft acquisition of Xandr.

Page 256

JOHN - HIGHLY CONFIDENTIAL
1
2    Q.   Xandr, yes.
3    A.   Yes.
4    Q.   How does Xandr's market share in
5  the display exchange business compare to
6  having market share in the display exchange
7  business?
8         MS. DUNN:  Objection, calls for
9     improper opinion testimony, and
10    objection to form as well.
11    A.   Can you clarify whether it's on the
12  buy side or the sell side?
13    Q.   SSPs.
14    A.   The SSP.
15    Q.   How does Xandr's market share in
16  the SSP business for display compare to AdX's
17  market share in the SSP business for display?
18        MS. DUNN:  Same objections.
19    A.   Google ad exchange is the largest
20  and Xandr didn't have access to all the
21  supply and publisher that Google ad exchange
22  had.
23    Q.   How does Xandr's market share in
24  the DSP business for display compare to
25  Google's DV360's market share in the DSP

Page 257

JOHN - HIGHLY CONFIDENTIAL
1
2  business for display?
3         MS. DUNN:  Same objections.
4    A.   So DV360 and Invest DSP
5  comparatively a similar product that agencies
6  and large-scale advertisers use; and Google
7  is being -- this is one of the products
8  that's been out there for a while; and large
9  scale advertisers and agencies use Google
10  DV360 for multiple reasons, like data, the
11  supply availability.  It is -- DV360 is the
12  largest one, I believe the next largest from
13  the Trade Desk, from the spend dollars
14  perspective.
15    Q.   So between Google's DSP and Xandr's
16  DSP, which one is larger?
17    A.   Google.
18    Q.   And between Microsoft's MSAN
19  network and Google's GDN, which one is
20  larger?
21    A.   Google.
22        MS. DUNN:  Objection to form.
23    Q.   When Google bought DoubleClick,
24  what was DoubleClick's position in the
25  display publisher ad business?

65 (Pages 254 - 257)

Page 306

JOHN - HIGHLY CONFIDENTIAL
1    entitled, "Microsoft Advertising
2    Ecosystem," marked for identification,
3    this date.)
4        Q.   This is just a computerized version
5    of the schematic that you marked up earlier,
6    and I just want to give you a one more
7    opportunity to -- I think we got everything
8    right that you said, but if there is anything
9    that we got wrong, please let us know.  And
10   otherwise, we will be done.
11       MS. COLE:  Take a minute and review
12   it and make sure that it's accurate and
13   has whatever limitations in it you want.
14   Take the time and review it.
15       A.   Can I clarify a couple of things?
16       Q.   Sure.
17       A.   So when I put an Microsoft
18   advertising line to here, Bing is the only
19   one, DuckDuckGo, AOL and Yahoo run
20   separately.  We provides the APIs so the
21   mechanisms, so users don't X one thing, but
22   just, you know, since you put that box here,
23   I just wanted to clarify that.
24       The MSX, display and native, just
25

Page 307

JOHN - HIGHLY CONFIDENTIAL
1    one change there.
2        Yes.
3        Q.   Just one quick question, can you
4    access Bing and DuckDuckGo and AOL and Yahoo
5    through Microsoft Advertising?
6        A.   AOL and DuckDuckGo and Yahoo, they
7    leverage our search network.  Right.  From an
8    advertising buying perspective, APR sending
9    advertising dollars, I don't recall what I
10   think about that.  Sorry.
11       Q.   Do we need to do anything to the
12   schematic, or are you okay?
13       A.   You can leave this now.
14       Q.   Great.
15       And then that's an exhibit.  You
16   can keep that.  And then, sorry, one last
17   thing is, we've marked your cheat sheets as
18   Microsoft 25, 26 and 27.
19       (MSFT Exhibit 25, Cheat sheet,
20   marked for identification, this date.)
21       (MSFT Exhibit 26, Cheat sheet,
22   marked for identification, this date.)
23       (MSFT Exhibit 27, Cheat sheet,
24   marked for identification, this date.)
25

Page 308

JOHN - HIGHLY CONFIDENTIAL
1        Q.   We just want you to verify those
2    are the documents that you brought with you
3    to this deposition.
4        A.   This is something that I couldn't
5    read.  This looks like it.
6        Q.   Just make sure they're your
7    authentic cheat sheets.
8        MS. COLE:  And they're all still
9    designated "highly confidential."
10       MS. DUNN:  Understood.
11       A.   That is correct.
12       MS. DUNN:  Thank you, very much,
13   sir.
14       THE WITNESS:  Thank you.
15       MR. VERNON:  So we do have some
16   questions.  I don't believe it will be
17   the full hour we have left.  I can
18   actually go now or we can take a short
19   break.
20       THE WITNESS:  It's up to you.  I
21   can go.
22  EXAMINATION BY
23  MR. VERNON:
24       Q.   Earlier counsel for Google asked
25

Page 309

JOHN - HIGHLY CONFIDENTIAL
1    you some questions about a document
2    discussing unique demand for Microsoft.  Do
3    you remember that?
4        A.   That is correct, yes.
5        Q.   For display, which company has more
6    unique demand, Google or Microsoft?
7        A.   Google.
8        MS. DUNN:  Objection to form.
9        Q.   Why do you say that?
10       A.   Because the display advertising
11   that runs across all the publishers from a
12   small scale and large scale, Google has the
13   largest supply.  So advertiser dollars goes
14   from -- advertisers dollars comes through
15   Google for display.
16       Q.   Which company has the most unique
17   demand for display?
18       A.   Google.
19       Q.   The unique demand that Microsoft
20   and its companies have, it's available
21   through is Xandr's SSP; is that right?
22       A.   That is correct.
23       Q.   Does Xandr's SSP bid on a realtime
24   basis for a publisher, even when that
25

78 (Pages 306 - 309)

HIGHLY CONFIDENTIAL

Page 310

JOHN - HIGHLY CONFIDENTIAL
1
2 publisher does not use Xandr's publisher ad
3 server?
4      A.   Of course, yes.
5      Q.   Why?
6      A.   Because by the start of the, open
7 the ecosystem, that when a demand that comes
8 through Microsoft and the demand goes through
9 monetize, you would be able to access through
10 the third-party websites apps, through an
11 SSP.
12     Q.   Does Google AdX do the same thing?
13     A.   Google AdX make the demand
14 available, but not all demand is available
15 through that, the large demand goes through
16 the direct customers, those are part of AdX,
17 just access to customers.
18     Q.   Does Google's AdX bid on a realtime
19 basis --
20         MR. VERNON:   Let me ask a different
21 question.
22     Q.   How does Xandr's practice of making
23 the demand available on Xandr's SSP
24 different, if at all, from Google's AdX's
25 practice of making the demand on Google AdX

Page 311

JOHN - HIGHLY CONFIDENTIAL
1
2 available to publishers that don't use
3 Google's publisher ad server?
4      A.   So Xandr Monetize gets a demand to
5 Invest, through Microsoft, with this
6 integration, and it was getting before too,
7 and third-party DSPs, like Google.  So we get
8 the demand.  When they get the demand,
9 through monetize exchange, any publishers,
10 those who are winning, will get the demand,
11 right through our exchange.  And if your
12 question, now your question is specifically
13 about the unique first-party demand, which is
14 Xandr and Microsoft, it runs the same option
15 that we run for any third-party.  So from a
16 greeting option perspective, third-party
17 vendors and first-party vendors go through
18 the same process.
19     Q.   Does Xandr tell publishers that if
20 they want access to Xandr's unique demand,
21 they must use Xandr's publisher ad server?
22     A.   No, we do not.
23     Q.   And why?
24     A.   So we treat those two things
25 separately.  We provide access to specific

Page 312

JOHN - HIGHLY CONFIDENTIAL
1
2 technology and charge a fee.  If you are
3 leveraging an ad server, you would pay a fee
4 and you would leverage the technology.  From
5 a demand source, they can be bring their own
6 demand through managed IO.  Like a direct
7 sale.  We bring the demand from what is
8 available, third-party demand available, so
9 we have more providing a technology solution
10 for them, so we treat those things separate.
11     Q.   Google's counsel asked you some
12 questions about Microsoft's position in
13 display.  Do you remember that?
14         MS. DUNN:   Objection to scope.
15     A.   Microsoft questions specifically on
16 display?
17     Q.   Right.
18     A.   Can you clarify what is the
19 question, so I will be able to confirm?
20         MR. VERNON:   I'll be honest.  My
21 memory is not perfect at this late hour.
22     Q.   I recall counsel asking you
23 questions about Microsoft's position in
24 display.  Do you remember that, or no?
25     A.   Positioning about -- in my

Page 313

JOHN - HIGHLY CONFIDENTIAL
1
2 understanding, it's not Microsoft's
3 positioning of the market, whether it's
4 demand goes only to display or omnichannel,
5 how the demand gets diverted against multiple
6 formats.
7      Q.   Let me ask you this:  For display
8 in general, which company has a larger
9 position, Google or Microsoft?
10         MS. DUNN:   Objection to form.
11     A.   Google.
12     Q.   And how big is the difference?
13         MS. DUNN:   Objection to form.  He's
14 not a competition expert.
15     A.   Based on the demand that we see
16 from Google, as well as the publisher market
17 share that Google has, Microsoft and -- I
18 believe it's Google has the largest.
19     Q.   Let me show you one document.
20         MR. VERNON:   What number are we at?
21         MS. SPEVACK:   This one is going to
22 be 28.
23         (MSFT Exhibit 28, PowerPoint
24 presentation entitled, "2019 Publisher
25 Tools and Direct Supply," Bates Nos.

79 (Pages 310 - 313)

HIGHLY CONFIDENTIAL

Page 318

1      JOHN - HIGHLY CONFIDENTIAL
2    evolves, multiple players started picking
3    compared to the display advertising.
4      Q.  Okay.
5         MR. VERNON:  Could we go off the
6    record.  Just give me two minutes.  I
7    just want to make sure I asked all the
8    questions.
9         THE VIDEOGRAPHER:  The time is
10    6:19 p.m. and we're off the record.
11        (A brief recess was taken.)
12        THE VIDEOGRAPHER:  The time is
13    6:21 p.m. and we're back on the record.
14      Q.  Do you have that document in front
15    of you that we were just looking at?
16      A.  Yes, I do.
17      Q.  And the one that refers to the
18    "marketplace lock-in in Display."  Do you see
19    that?
20      A.  Yes, I do.
21      Q.  Earlier counsel asked you some
22    questions about meetings between the DOJ and
23    Microsoft with Xandr.  Do you remember that?
24      A.  Yes, I do.
25      Q.  Did Microsoft or Xandr create this

Page 319

1      JOHN - HIGHLY CONFIDENTIAL
2    document that talks about marketplace lock-in
3    for display for purposes of showing it to the
4    DOJ?
5      A.  Absolutely not.
6         MR. VERNON:  Okay.  With that, and
7    unless counsel for Google has further
8    questions, I'm done with my questions,
9    and I thank you and the court reporter
10    and the videographer and to everyone for
11    taking the time to sit here on a Friday.
12        THE WITNESS:  Thank you, all.
13        MS. DUNN:  Thank you very much.  We
14    appreciate you very, very much.
15        THE VIDEOGRAPHER:  We're going off
16    the record at 6:22 p.m., and this
17    concludes today's testimony given by Ben
18    John.  The total number of media units
19    was five, and they will be retained by
20    Veritext.
21        (Time noted:  6:22 p.m.)
22
23
24
25

Page 320

1
2    STATE OF _____)
3              ) :ss
4    COUNTY OF _____)
5
6
7         I, BENNEASER JOHN, the witness
8    herein, having read the foregoing
9    testimony of the pages of this
10    deposition, do hereby certify it to be a
11    true and correct transcript, subject to
12    the corrections, if any, shown on the
13    attached page.
14
15    _____
16         BENNEASER JOHN
17
18    Sworn and subscribed to before
19    me, this        day of
20       , 2023.
21    _____
22    Notary Public
23
24
25

Page 321

1
2         C E R T I F I C A T E
3    STATE OF NEW YORK )
4              : ss.
5    COUNTY OF NEW YORK )
6         I, Jennifer Ocampo-Guzman, a
7    Certified Realtime Shorthand Reporter and
8    Notary Public within and for the State of New
9    York, do hereby certify:
10        That BENNEASER JOHN, the witness
11    whose deposition is hereinbefore set forth,
12    was duly sworn, and that such deposition is
13    a true record of the testimony given by the
14    witness.
15        I further certify that I am not
16    related to any of the parties to this action
17    by blood or marriage, and that I am in no
18    way interested in the outcome of this
19    matter.
20        IN WITNESS WHEREOF, I have
21    hereunto set my hand this 12th day of
22    September 2023.
23
24    JENNIFER OCAMPO-GUZMAN, CRR, CLR
25

81 (Pages 318 - 321)

*United States* v. *Google LLC*

Errata Sheet for the Transcript of the 30(b)(6) Deposition of Microsoft (Ben John)

(September 8, 2023)

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 8 | 21 | buyer side systems | buy side systems | Transcription error |
| 11 | 7 | DaRT | Dart | Typo |
| 11 | 12 | DaRT | Dart | Typo |
| 13 | 16 | app | ad | Transcription error |
| 14 | 17 | DaRT | Dart | Typo |
| 17 | 17 | Google was DoubleClick | Google was acquiring DoubleClick | Transcription error |
| 17 | 24 | Microsoft appealed both the | Microsoft appealed about the | Transcription error |
| 21 | 8 | concluded | concluded or didn't conclude | Transcription error |
| 25 | 9-11 | Microsoft's open to most of the publishers, anyone who has a relationship with Microsoft, I would say can buy. | Microsoft's open web – like most other publishers, anyone that does have a relationship with Microsoft, advertisers can buy. | Transcription error |
| 31 | 24 | publisher | publishers | Transcription error |
| 33 | 12 | they | that | Misspoke |
| 33 | 16-17 | "Microsoft Audience Network run rate | Microsoft Audience Network "run rate | Transcription error |
| 33 | 20 | Yes. | Yes, I do. | Transcription error |
| 35 | 3 | shadow | Share a | Transcription error |
| 35 | 5 | native format entities. | native format that we introduced. | Transcription error |
| 35 | 6 | two reasons that I help | two reasons it helped | Transcription error |
| 35 | 7 | each | reach | Transcription error |
| 37 | 24 | people on Google | people not found on Google | Transcription error |
| 38 | 6 | find | found | Transcription error |

1

| | | | | |
|---|---|---|---|---|
| 39 | 14 | content refer to | content referring to | Transcription error |
| 41 | 25 | all similarities | all our similarities | Transcription error |
| 43 | 8 | "Ticket Request to ad support." All it shows | "Ticket Requests to ad support." Or it shows | Transcription error |
| 43 | 10 | office servers. | office hours. | Transcription error |
| 43 | 15 | It’s right | Since were right | Transcription error |
| 43 | 17 | if we’re not | if you’re not | Transcription error |
| 46 | 2 | I see it there. | Yes, I read that. | Transcription error |
| 46 | 8 | "The key operative | "The key algorithm | Transcription error |
| 46 | 12 | Yes, I see that. | Yes, I read that. | Transcription error |
| 46 | 16-17 | There are several products and search display 1-P, I mean all in all | There are several products. Ad search, display, 1-P, or O&O | Transcription error |
| 46 | 18 | am not sure this document that is -- which | am not sure this document – or its algorithms – is which | Transcription error |
| 49 | 17 | I keep saying | I keep on saying | Transcription error |
| 49 | 18 | searches; but if you look at page 8, I | Search, right. If you look at page 8, I now | Transcription error |
| 49 | 20 | is on advertising | is on display advertising | Transcription error |
| 50 | 19 | "matching all similarities to Google Ads" | "matching refreshers and all similarities to Google Ads" | Transcription error |
| 50 | 20 | I can’t say | I can’t speculate | Transcription error |
| 51 | 9 | scope. This is all about | scope if the witness is saying this is all about | Transcription error |
| 53 | 25 | Basically it’s an advertiser. You | Basically as an advertiser you | Transcription error |
| 54 | 12 | server, relieves | server. It relieves | Transcription error |
| 55 | 22 | Does not, | No, it does not, | Transcription error |
| 57 | 11 | on one specific market | on one – for specific markets | Transcription error |

| 59 | 10 | On Google/FB/Amazon." | on" Google, Facebook, and Amazon. | Transcription error |
|----|----|----|----|----|
| 60 | 3 | stealthy, aggressive | stealthy aggressive | Transcription error |
| 60 | 20 | this is how to push | this is how we'll push | Transcription error |
| 60 | 21 | playing the | playing in the | Transcription error |
| 60 | 23 | as well as the buy side. | as well as demand side. | Transcription error |
| 61 | 13 | AppNexus was plain, open and transparent | AppNexus was playing open and transparent | Transcription error |
| 61 | 23 | stealthy, aggressive | stealthy aggressive | Transcription error |
| 61 | 19 | build | built | Transcription error |
| 63 | 10 | believe, but Magnite in that exchange. | believe, and Pubmatic, Index Exchange. | Transcription error |
| 65 | 25 | Bulldog | Burda | Transcription error |
| 67 | 8 | to help | to empower | Transcription error |
| 67 | 10-11 | down slope or slowdown after we lost header bidding | down slow or slowdown after we launched header bidding | Transcription error |
| 67 | 12 | win the deals again | win the deals against | Transcription error |
| 68 | 25 | MSN Outlook | MSN, Outlook | Transcription error |
| 69 | 3 | Everything except | Everything you said except | Transcription error |
| 69 | 5 | MSN Outlook | MSN, Outlook | Transcription error |
| 71 | 24 | part of the CTO | part of it as CTO | Transcription error |
| 74 | 5 | underlink, same platform. You will do | underlying same platform, will yield | Transcription error |
| 74 | 6-7 | and other areas | and avoid errors | Transcription error |
| 74 | 19-20 | The second one is the deduction of the others. | The second one is the reduction of errors. | Transcription error |
| 74 | 23 | sticking | sticky | Transcription error |
| 75 | 8 | which is to remind what is called | which is, to remind you, was called | Transcription error |

| 76 | 16 | investment pieces | investment thesis | Transcription error |
| 78 | 11 | visibility and in a transparent way | visibility end-to-end in a transparent way | Transcription error |
| 78 | 13 | help | helped | Transcription error |
| 78 | 18 | Yes, we do both. | Yes, we do. Both. | Transcription error |
| 79 | 3-4 | and determine ad investment | and return on ad investment | Transcription error |
| 79 | 4-5 | we call it like a goal. | we call it like ROAS. | Transcription error |
| 80 | 25 | talked about benefits | talked about the benefits | Transcription error |
| 82 | 15 | those placement inventory | those placements and inventory | Transcription error |
| 82 | 21 | the monetized ad server | our Monetize ad server | Transcription error |
| 85 | 2 | CTO at Xandr | CTO of Xandr | Transcription error |
| 85 | 15 | web transfer and ad | web transparent ad | Transcription error |
| 86 | 23 | Word -- | Board of Directors? | Transcription error |
| 88 | 4-5 | ecosystem and weather impacts | Ecosystem, weather business impacts | Transcription error |
| 89 | 3 | Growth"? | Growth"?  Do you see that? | Transcription error |
| 90 | 22 | marketplaces and across | marketplaces across | Transcription error |
| 92 | 22 | ecosystem; but if not | ecosystem; if not | Transcription error |
| 93 | 4 | competitors is aware that Microsoft | competitors are aware whether Microsoft | Transcription error |
| 93 | 24-25 | Yahoo as competitor | Yahoo a competitor | Transcription error |
| 95 | 22 | PromoteIQ is the retail | PromoteIQ is a retail | Transcription error |
| 96 | 2 | sell side. | websites. | Transcription error |
| 96 | 11 | Google or BJs. | Kroger or BJs. | Transcription error |
| 96 | 20 | there's anything but those are things that I | They're spending, but those are the three I | Transcription error |
| 97 | 5 | needed | native | Transcription error |

| 99 | 4 | read | reach | Transcription error |
| 99 | 7 | Microsoft or O&O | Microsoft O&O | Transcription error |
| 99 | 8 | And that is available, | And that is available for advertisers, | Transcription error |
| 99 | 9 | target outcomes to each audience. | target outcomes to reach the audience. | Transcription error |
| 105 | 24-25 | now going to publicly known | now going to be publicly known | Transcription error |
| 107 | 10 | scaling | heading | Transcription error |
| 107 | 20 | marker | market | Transcription error |
| 108 | 22 | halo effects in connected TV | halo effects seen in connected TV | Transcription error |
| 109 | 4 | I suspect | As I said, | Transcription error |
| 109 | 24 | engagement in advertising | engagement on advertising | Transcription error |
| 110 | 24 | but the internal | that the internal | Transcription error |
| 110 | 25 | advertising and | advertising in | Transcription error |
| 111 | 2 | gaining in retail on LinkedIn, social media | gaming, in retail, on LinkedIn, so social media | Transcription error |
| 111 | 5 | All of the internal | All are internal | Transcription error |
| 112 | 9 | I don't doubt. | I don't doubt it. | Transcription error |
| 114 | 13-14 | Microsoft Advertising, and that's MSX, | Microsoft Advertising, MSX, | Transcription error |
| 115 | 12 | Where you can see some | You can see some | Transcription error |
| 118 | 9 | not for MSX and Monetize. | not the scope for MSX and Monetize. | Transcription error |
| 118 | 15 | Yes, we just did that. | Yes, we can do that. | Transcription error |
| 120 | 13 | So then you go to | So then if you go to | Transcription error |
| 121 | 7 | MSX buys the | MSX buys on | Transcription error |
| 124 | 10 | option. | auction. | Transcription error. |

| 124 | 14-15 | point of view to use the $10, but from our price point | point of view -- the $10, but from advertiser's point | Transcription error |
|---|---|---|---|---|
| 124 | 23 | is through our -- | is through algorithms -- | Transcription error |
| 126 | 5 | called BP over | called BP or bid | Transcription error |
| 127 | 19 | also does not change | also does not charge | Transcription error |
| 128 | 7-8 | moved or stick to Xandr from Microsoft. | moved or stick to Xandr and Microsoft. | Transcription error |
| 128 | 17 | glove service called Managed IO | glove service, it's called Managed IO, | Transcription error |
| 128 | 23 | platform build on it | platform, they'll run it, | Transcription error |
| 129 | 2-3 | perspective issue, as I | perspective, as I | Transcription error |
| 129 | 3 | what supplies | what supply is | Transcription error |
| 129 | 4 | available to sticky | available, sticky | Transcription error |
| 129 | 13 | data only | data—only | Transcription error |
| 129 | 14 | who were transacting | who are transacting | Transcription error |
| 129 | 17 | Microsoft | Microsoft's | Transcription error |
| 130 | 13 | with AT&T, with | with AT&T.  With. | Transcription error |
| 130 | 14 | offered part | offered as part | Transcription error |
| 130 | 15 | With a divestiture | With the divestiture | Transcription error |
| 130 | 16 | did not carry it into data. | did not carry the AT&T data. | Transcription error |
| 132 | 25 | Activision? | Activision Blizzard? | Transcription error |
| 133 | 14 | advertisers working for Microsoft | advertisers working through Microsoft | Transcription error |
| 133 | 21 | using us, two | using as two | Transcription error |
| 133 | 24-25 | work with the algorithms. | work with Yahoo and others. | Transcription error |
| 135 | 18 | meet and confer, we did | meet and confers with Google, we did | Transcription error |

| 136 | 22-24 | as per --I don't know if you have time, per the meet and confer | as per--I don't want to eat up time- as per the meet and confers | Transcription error |
|---|---|---|---|---|
| 138 | 6 | and it's many of them | amongst many of them | Transcription error |
| 138 | 19 | legal conclusion. | legal conclusion.  And relevance. | Transcription error |
| 138 | 21 | Cadwalader. They were working | Cadwalader working | Transcription error |
| 139 | 7-8 | working on that matter. | working on the ad tech matters. | Transcription error |
| 139 | 22 | Mr. Kanter as a – matter | Mr. Kanter with respect to ad tech matters | Transcription error |
| 139 | 25 | 2007 and 2008 | 2007 and 2011 | Misspoke |
| 144 | 7-8 | also subject to the pending question. | also subject of a pending motion. | Transcription error |
| 144 | 16 | Kanter's representation | Kanter's representations | Transcription error |
| 145 | 5 | Is so nobody | So nobody | Transcription error |
| 145 | 23 | mischarecterizes | mischaracterizes testimony | Transcription error |
| 145 | 23-24 | [missing] | MS. COLE: Objection, scope. | Transcription error |
| 147 | 9 | hopefully | ultimately | Transcription error |
| 148 | 5 | Admob. | AdMeld. | Transcription error |
| 148 | 9 | was presentation | was a presentation | Transcription error |
| 151 | 5 | You can put it back. | You can hand that back. | Transcription error |
| 152 | 2 | at Microsoft? | at Microsoft, correct? | Transcription error |
| 153 | 4 | Objection, relevance. | Objection, scope. | Transcription error |
| 155 | 14 | criminal or administrative and regulatory | criminal, administrative or regulatory | Transcription error |
| 156 | 6 | "Positioning Update" -- | "Positioning Update" -- I'm sorry, | Transcription error |
| 156 | 14 | That is fair. | That is correct. | Transcription error |
| 158 | 5 | It look like it, yes. | It looks like it, yes. | Transcription error |

| 158 | 18 | Yes. | Yes, I do. | Transcription error |
|-----|------|------|------|------|
| 159 | 4-5 | We try to -- we always build a product to go globally, | So we try to -- we always build our products globally, | Transcription error |
| 160 | 7 | to advertise the dollars | the advertiser dollars | Transcription error |
| 160 | 16 | Xandr, are there any third-party | Xandr, or any third-party | Transcription error |
| 161 | 5-6 | lost access | last access | Transcription error |
| 162 | 16 | GAM to US Monetize | GAM to US--Monetize | Transcription error |
| 162 | 23 | to access Adx | to access Adx demand | Transcription error |
| 163 | 22 | when you run an option | when you run an auction | Transcription error |
| 166 | 10 | they have to pay no the Xandr as well as to | they have to pay both the fee to Xandr as well as to | Transcription error |
| 166 | 14-15 | performance it's also it expensive | Performance it's also expensive | Transcription error |
| 166 | 23 | publisher users | publisher uses | Transcription error |
| 167 | 18 | a thingy | a penny | Transcription error |
| 169 | 7 | DBD 360 | DV 360 | Transcription error |
| 171 | 2-3 | How could you know how customers look at it? | Talking about how customers look at things. | Transcription error |
| 172 | 7 | auto feed | RFPs | Transcription error |
| 172 | 24-25 | Xandr and Google | Xandr than Google | Transcription error |
| 173 | 5-6 | Xandr and Google | Xandr than Google | Transcription error |
| 173 | 15 | Xandr and Google | Xandr than Google | Transcription error |
| 175 | 23-24 | exchange and SSPs, it's Magnite, Google, or Index – Index Exchange and Pubmatic. | exchange or SSPs, it's Magnite, Publica, Index Ex, sorry – Index Exchange and Pubmatic. | Transcription error |
| 177 | 2 | SSP they have a term, | SSP they have a TAM | Transcription error |
| 177 | 3 | hybrid equivalent | header bid equivalent | Transcription error |

8

| 177 | 22-23 | to the table | together | Transcription error |
|---|---|---|---|---|
| 177 | 24 | SportX | SpotX | Transcription error |
| 178 | 8 | opposed to Google Ads | opposed to Google AdX | Transcription error |
| 178 | 9 | Google Ads, I see | Google, I see | Transcription error |
| 178 | 10 | as ad server | as an ad server | Transcription error |
| 178 | 20 | primarily to ad servers, | primarily through ad server, | Transcription error |
| 179 | 10 | contact | contract | Transcription error |
| 179 | 12-13 | and you tag on the page, and you help of monetization. | and you have the tag on the page.  You can help monetization better. | Transcription error |
| 180 | 10 | settings on float rise and | settings on float price and | Transcription error |
| 180 | 17 | AdX level | ad ops level | Transcription error |
| 180 | 19 | AdX level | ad ops level | Transcription error |
| 181 | 25 | we go ahead and answer. But from | we go head on. So there's from | Transcription error |
| 183 | 21 | It's not all | Europe is not our | Transcription error |
| 185 | 7 | bad or good | bad or good for publishers | Transcription error |
| 185 | 18 | not during the lockdown | not when their locked down | Transcription error |
| 186 | 9 | They missed it a lot | They invested a lot | Transcription error |
| 188 | 5-6 | primary brand focus | primary focus | Transcription error |
| 189 | 14 | DSP | DFP | Transcription error |
| 190 | 13 | that a publisher uses | that a publisher loses | Transcription error |
| 191 | 6-7 | case study document to produce. | case study document we produced. | Transcription error |
| 191 | 17 | the ones that are losing | the ones losing | Transcription error |
| 193 | 5 | type of audience and timing | type of uses and audience and timing | Transcription error |

| 193 | 6 | different flows | different flow through | Transcription error |
|---|---|---|---|---|
| 194 | 13 | Multiple tools | More controls | Transcription error |
| 195 | 2 | other display owners? | other display networks? | Transcription error |
| 195 | 5 | Google's – properties | Google's first party properties | Transcription error |
| 195 | 5 | small to medium to large scale, | small to medium to large scale advertisers, | Transcription error |
| 195 | 11 | GDN? | GDN demand? | Transcription error |
| 196 | 8-9 | use or access of paid to the property, then the use of services other | Like a user access a page or a property, then the user visits other | Transcription error |
| 196 | 23-24 | about the blog, the person who does the -- the demand that's | about the blob -- the percentage of or the magnitude of the demand that's | Transcription error |
| 199 | 13 | search chat; | search share; | Transcription error |
| 202 | 16 | if Google acquired Dart | if Google acquired DoubleClick | Transcription error |
| 203 | 23-24 | the days when Google had this search: Large | the days.  That when Google has this search large | Transcription error |
| 203 | 23-24 | execute slow would have | executes well, they'll have | Transcription error |
| 205 | 5-8 | I can help you reach the audience, but they're not able to reach the search audience and also reach through the access that I have through publishers. | I can help you reach the audience that you're not able to reach through search, now you can also reach through the access that I have through publishers. | Transcription error |
| 210 | 2 | to show otherwise. | to show the ROIs. | Transcription error |
| 210 | 6 | project | product | Transcription error |
| 212 | 7 | that scale; | that scales; | Transcription error |
| 212 | 20 | when it comes | when you compare | Transcription error |
| 213 | 12-13 | for monetization and the community looks for ad spend, | for the monetization; the advertiser community | Transcription error |

| | | | looks for ROAS—return on ad spend, | |
|---|---|---|---|---|
| 213 | 17 | when you are in a marketplace | when you run a marketplace | Transcription error |
| 213 | 19 | vicious cycle. | virtuous cycle. | Transcription error |
| 213 | 24 | Demand is not looking for one supply, | The demand, or the advertiser, is not looking for one supply, | Transcription error |
| 213 | 25 | multiple types of supply. It's | multiple types of supply, where the audience are. It's | Transcription error |
| 214 | 17-18 | display ads business | display SSP business | Transcription error |
| 214 | 24-25 | and you have the bidding and you use waterfall | when you use header bidding, when you use waterfall | Transcription error |
| 215 | 14 | latent response times, | latency response times, | Transcription error |
| 215 | 14-15 | all of those are relevant matters | all of those algorithms matter | Transcription error |
| 215 | 17 | options | auctions | Transcription error |
| 215 | 19-20 | examples of what are mentioned. | examples of algorithms that I mentioned. | Transcription error |
| 216 | 4 | that's called machine learn. | that's how the machine learning algorithms work. | Transcription error |
| 216 | 5 | it achieves to itself | it feeds to itself | Transcription error |
| 216 | 8 | learn, the supply will | learn the supply, we'll | Transcription error |
| 217 | 3-4 | separate for media, and separate for display, after the – certified. | separate for video, separate for display, and also the CPMs are different. | Transcription error |
| 220 | 9 | inventory that past bidder | inventory that parts bidder | Transcription error |
| 220 | 14 | auction prices? | auction process? | Transcription error |
| 220 | 16 | algorithms are auction | algorithms or auction | Transcription error |
| 221 | 3 | dollar for the cost of media, what does the | Dollar.  What's the cost of media. What is the | Transcription error |
| 221 | 4 | advertiser cost, what is the other cost, so | advertiser cost.  What is the other cost. So | Transcription error |

| 221 | 5 | settlement statements | seller billing statements | Transcription error |
|-----|---|------------------------|---------------------------|---------------------|
| 221 | 22 | So that would go | The fill rate would go | Transcription error |
| 223 | 3 | Tumblr (phonetic) and Ofre (phonetic)? | Taboola and Outbrain? | Transcription error |
| 223 | 8 | Tumblr and Ofre? | Taboola and Outbrain? | Transcription error |
| 223 | 9 | We are not really like a partner | We are mostly like a partner | Transcription error |
| 223 | 16 | Tumblr and Ofre | Taboola and Outbrain | Transcription error |
| 223 | 20 | reach alert | resellers | Transcription error |
| 223 | 22 | and they're the type of | and the – the type of | Transcription error |
| 223 | 23 | that compete with us. | directly integrates with us. | Transcription error |
| 224 | 16-17 | release alerts. | resellers. | Transcription error |
| 227 | 11 | monetize to them | monetize through them | Transcription error |
| 227 | 16-18 | a new place will be very hard to enter into the ecosystem of markets | new players are very hard to enter into the ecosystem or market. | Transcription error |
| 228 | 10-11 | In the active market this is a broad -- into the buy side | In the -- ad tech market, is broad – but if you can break this into the buy side | Transcription error |
| 228 | 17 | in the ad reach, | where there is reach, | Transcription error |
| 229 | 7 | like into the | like plug into | Transcription error |
| 229 | 20 | farmer; | format; | Transcription error |
| 229 | 22-23 | navigates multiple | navigates across multiple | Transcription error |
| 230 | 8 | skills | scale | Transcription error |
| 231 | 15 | as opposed to | as well as | Transcription error |
| 231 | 20 | market. | mortgage. | Transcription error |
| 231 | 22 | search | search and display | Transcription error |

| 232 | 8 | So you search | As a user | Transcription error |
|---|---|---|---|---|
| 232 | 8 | another property | another web property | Transcription error |
| 232 | 11 | That's another unavailable user interaction | That's another user interaction | Transcription error |
| 233 | 21 | the use of | the users | Transcription error |
| 235 | 5 | auto fees that they've | RFPs that we've | Transcription error |
| 236 | 20 | header bidding effort? | header bidding wrapper? | Transcription error |
| 236 | 21-22 | header bidding effort. | header bidding wrapper. | Transcription error |
| 236 | 24 | header bidding efforts pier | header bidding wrappers | Transcription error |
| 237 | 2-3 | the preview open source and our DSP and TAM. | the prebid, open source, and our PSP, and TAM. | Transcription error |
| 237 | 25 | SSP and Adx change | SSP and ad exchange | Transcription error |
| 238 | 8 | one-piece supply | 1-P supply | Transcription error |
| 239 | 6 | Like the Publishers, those are | Make the Publishers those who are | Transcription error |
| 239 | 9-10 | 1-P also plays also part of the exchange, Google's. | 1-P all the supply is also part of the exchange, Google's O&O. | Transcription error |
| 242 | 5 | comes from -- | comes from 1-P | Transcription error |
| 242 | 11 | you | YouTube | Transcription error |
| 242 | 13 | I asked you | Let me ask you | Transcription error |
| 242 | 18 | Goggle | Google | Transcription error |
| 242-243 | 25-2 | that supplies on the exchange. | that supply is available on ad exchange. | Transcription error |
| 243 | 13-14 | can monetize in place of Google | can monetize directly from Google | Transcription error |
| 243 | 22 | it goes from | both from | Transcription error |
| 243 | 25 | fully | equally | Transcription error |
| 244 | 6 | when they degrade to SSP | when they integrate through SSP | Transcription error |

| 244 | 9 | DV360 equally | DV360 demand equally | Transcription error |
|---|---|---|---|---|
| 244 | 15 | open ad TV | open RTB | Transcription error |
| 244 | 17 | AdX's access | AppNexus's access | Transcription error |
| 244 | 21 | introduced the spreads auction | introduced first price auction | Transcription error |
| 245 | 4 | the DV360 | DV360 | Transcription error |
| 245 | 12 | Did | Do | Transcription error |
| 246 | 20-21 | The bid per first impression based on the bid price adoption time. | We bid per impression based on the bid price at auction time. | Transcription error |
| 247 | 17-18 | which through the SSP algorithm; | which through the SPO algorithms; | Transcription error |
| 248 | 6 | And the SSP logic algorithm | And the SPO logic or algorithm | Transcription error |
| 248 | 9 | available unmonetized, monetize | available on Monetize, Monetize | Transcription error |
| 248 | 13 | compared to | compare to | Transcription error |
| 248 | 25 | also after there are SAS discounts. | also there are SAS discounts. | Transcription error |
| 249 | 5 | wants to have an impact -- charge as a | wants to have an – a SAS, seller auction service charge, as a | Transcription error |
| 249 | 6 | directed. | deducted. | Transcription error |
| 249 | 13 | wraps | route to | Transcription error |
| 249 | 15-16 | We do not use the fee as a factor to play our business exchange, the auction | We do not use the fee as a factor to prioritize which exchange the auction will win. | Transcription error |
| 250 | 12 | halves, | hops, | Transcription error |
| 250 | 17 | the demand comes at reach | the demand comes through Invest to reach | Transcription error |
| 250 | 18 | monetize | Monetize | Transcription error |
| 251 | 6 | that is being called | there is a thing called | Transcription error |

14

| 251 | 20-21 | was going over to publishers Invest. AT the buy side technology, | was rolled out to our publishers.  Invest is the buy side technology, | Transcription error |
|---|---|---|---|---|
| 251 | 22 | favor our direct | favor or direct | Transcription error |
| 251 | 24 | Our goal was through header | Our goal was with header | Transcription error |
| 252 | 22 | anything in the specific exchanges | anything specific to exchanges | Transcription error |
| 253 | 4-5 | and the first option tries to introduce the pricing at bidding, prices changed | and that the first auction price introduced the pricing—bidding pricing changed | Transcription error |
| 253 | 20 | Project Pro Rel (phonetic) | Project Poirot | Transcription error |
| 254 | 16-17 | I don't have a direct knowledge on -- I will call Google to how handle -- | I don't have a direct knowledge on how Google handled algorithms inside. | Transcription error |
| 255 | 19-20 | the fee stays at a direction on an auction fee | the fee is either a deduction or an auction fee | Transcription error |
| 255 | 21 | member of the contract level. | member -- at the contract level. | Transcription error |
| 256 | 6 | having | AdX's | Transcription error |
| 256 | 21 | publisher | publishers | Transcription error |
| 256 | 22 | had | has | Transcription error |
| 257 | 11-13 | DV360 is the largest one, I believe the next largest from the Trade Desk, | DV360 is the largest, I think -- believe, next one is Trade Desk, | Transcription error |
| 259 | 6 | The DoubleClick | So, DoubleClick | Transcription error |
| 261 | 22-24 | calls for improper opinion testimony, a legal conclusion and lacks foundation, and is | calls for improper opinion testimony -- he is not a competition expert – and it calls for a legal conclusion, and is | Transcription error |
| 263 | 11 | include both the 45 and the -- | include both the 45 and the 30(b)(6). | Transcription error |
| 270 | 24 | To the Microsoft | So the Microsoft | Transcription error |

| 282 | 14 | also mentioned | also mention | Transcription error |
|---|---|---|---|---|
| 285 | 5 | not an Axel customer. | not an ad server customer. | Transcription error |
| 286 | 19 | Okay. So my question | So my question | Transcription error |
| 286 | 23 | consented signal data | consented data | Transcription error |
| 288 | 22 | -- "Xander programmatic premium | -- "Xander premium programmatic | Transcription error |
| 288 | 23 | That's correct. | That is correct. | Transcription error |
| 293 | 8 | I don't know. | No.  I don't doubt it. | Transcription error |
| 293 | 20 | That is one unique talk point, | That is one – then you talk about | Transcription error |
| 296 | 8 | Mischaracterizes native, display -- | mischaracterizes – I don't see display in this sentence | Transcription error |
| 299 | 13 | stock meeting | staff meeting | Transcription error |
| 300 | 9 | An omnichannel campaign is a buyer | An omnichannel DSP or campaign is where a buyer | Transcription error |
| 300 | 23-24 | reaching the budget, | is meeting the budget, | Transcription error |
| 302 | 18 | They're not running | We're not running | Transcription error |
| 303 | 4 | clubs | pubs, | Transcription error |
| 304 | 18 | Microsoft Meta DSP | Microsoft's meta DSP | Transcription error |
| 304-305 | 25-2 | not to reformulate what is happening. | not fully formulated work that is happening. | Transcription error |
| 305 | 5 | run to an exchange. | run through an exchange. | Transcription error |
| 306 | 18 | when I put an | when you put a | Transcription error |
| 306 | 21 | We provides | We provide | Transcription error |
| 306 | 22-23 | so users don't X one thing, but just, | so users don't – that's one thing, because, | Transcription error |
| 307 | 9 | APR | If you are | Transcription error |
| 307 | 10 | recall what I | recall when I | Transcription error |

| 308 | 5 | This is something | Unless you read something | Transcription error |
|---|---|---|---|---|
| 310 | 6-7 | Because by the start of the, open the ecosystem | Because that is part of the open web ecosystem | Transcription error |
| 310 | 10 | website apps, through | website, through | Transcription error |
| 310 | 16 | those are part of | those who are part of | Transcription error |
| 310 | 17 | just access to customers. | which is the ad server customers. | Transcription error |
| 310 | 24 | different | differ | Transcription error |
| 310 | 25 | demand on | demand available on | Transcription error |
| 311 | 4-5 | Xandr Monetize gets a demand to Invest, | Xandr Monetize gets the demand through Invest, | Transcription error |
| 311 | 7 | like Google. | like Google, and everyone else. | Transcription error |
| 311 | 14 | option | auction | Transcription error |
| 311 | 16 | greeting option | bidding auction | Transcription error |
| 311 | 17 | vendors and first-party vendors | bidders and first-party bidders | Transcription error |
| 311 | 25 | access to specific | ad server as | Transcription error |
| 312 | 7-8 | from what is available, | from Invest that's available, | Transcription error |
| 312 | 8 | third-party demand available, | third-party demand is available, | Transcription error |
| 312 | 9 | we have more, | we are more, | Transcription error |
| 312 | 15 | Microsoft questions specifically on | Microsoft's position specifically in | Transcription error |
| 313 | 5 | diverted against multiple | diverted across multiple | Transcription error |
| 317 | 4-5 | search audience as well as the bid audience | search audience as well as the web audience | Transcription error |
| 317 | 22-24 | now there are smaller companies, like Publica and SpringServ, everybody is also building in the video for a while. | now there are smaller companies, like Publica and SpringServ, everybody is also building – Freewheel has been in the video for a while. | Transcript error |

| 317 | 24-25 | They have a CTV access as well. | They have a CTV ad server as well. | Transcription error |
|-----|-------|--------------------------------|-----------------------------------|--------------------|
| 318 | 2 | picking | picking up | Transcription error |
| 318 | 23 | Microsoft with Xandr. | Microsoft or Xandr. | Transcription error |

I, Benneaser John, the witness hearin, having read the testimony of the pages of the 30(b)(6) deposition of Microsoft, do hereby certify it to be a true and correct transcript, subject to the corrections shown on the above pages.

Executed this 23rd day of October, 2023 at New York, New York.

BENNEASER JOHN