# Plaintiffs' Exhibit 14

HIGHLY CONFIDENTIAL

Page 1

```
 1          H I G H L Y   C O N F I D E N T I A L

 2     IN THE UNITED STATES DISTRICT COURT

       FOR THE EASTERN DISTRICT OF VIRGINIA

 3     ALEXANDRIA DIVISION

       ------------------------------x

 4     UNITED STATES, et al.,

 5                    Plaintiffs,

 6     vs.                      Case No.

 7                         1:23-cv-000108

 8     GOOGLE LLC,

 9                    Defendant.

10     ------------------------------x

11

12

13

14              HIGHLY CONFIDENTIAL

15

16        VIDEOTAPED DEPOSITION OF TODD PARSONS

17                New York, New York

18            Friday, September 8, 2023

19                    9:41 a.m.

20

21

22

23     Reported by:

24     DANIELLE GRANT, CRR, CLR

25     Job No. CS6083774
```

HIGHLY CONFIDENTIAL

Page 6

1        H I G H L Y   C O N F I D E N T I A L
2    --------------------EXHIBITS--------------------
3    FOR IDENTIFICATION  DESCRIPTION          PAGE
4    Exhibit No. 8       Document,          140
                         Bates-stamped
5                        CRITEO_GOOGLELIT_00000
                         00693
6
     Exhibit No. 9       Document,          149
7                        Bates-stamped
                         CRITEO_GOOGLELIT_00000
8                        00693
9    Exhibit No. 10      Document,          164
                         Bates-stamped
10                       CRI00000096
11   Exhibit No. 11      Document,          195
                         Bates-stamped
12                       CRI00000278
13   Exhibit No. 12   Four-page interview   218
                      with TheCurrent.com
14
15
16
17   -------------REQUESTS FOR PRODUCTION--------------
18   DESCRIPTION                    PAGE
19       -----NONE WERE MADE------
20
21
22
23
24
25

Page 7

1        H I G H L Y   C O N F I D E N T I A L
2        VIDEOGRAPHER:  We're going on the
3    record at 9:41 a.m. on September 8,
4    2023.  This is Media Unit 1 of the
5    30(b)(6) deposition of Criteo.  The
6    witness is Todd Parsons taken by
7    counsel for the defendants in the
8    matter of the United States, et al.,
9    versus Google, LLC.  This case is filed
10   in the United States District Court for
11   the eastern district of Virginia,
12   Alexandria division.  My name is
13   Deverell Write representing Veritext
14   Legal Solutions.  The court reporter is
15   Danielle Grant from Veritext Legal
16   Solutions.  At this time, will counsel
17   state their appearances?
18       MS. SIU:  Joy Siu from Sheppard
19   Mullin on behalf of Criteo.
20       MR. WOLIN:  Michael Wolin on --
21   from the Department of Justice on
22   behalf of the Plaintiff United States.
23   With me is my colleague Matthew Gold,
24   also an attorney on behalf of the
25   United States.

Page 8

1        H I G H L Y   C O N F I D E N T I A L
2        Mr. Parsons, I do, because I'm
3    from the government, have to ask you
4    one very quick quest --
5        THE WITNESS:  Yes.
6        MR. WOLIN:  -- as a preliminary
7    matter.
8        Do you understand the information
9    you provide during this deposition may
10   be used by the Department of Justice in
11   other civil, criminal, administrative
12   or regulatory cases or proceedings?
13       THE WITNESS:  I do.
14       MR. WOLIN:  Thank you.
15       MR. ISAACSON:  And my name is Bill
16   Isaacson from the law firm Paul Weiss
17   for Google.
18       MS. HIBBLER:  And I'm Leah Hibbler
19   from Paul Weiss, also for Google.
20       MR. ERIKSON:  Christopher Erickson
21   from Axinn Veltrop on behalf of Google.
22       VIDEOGRAPHER:  Will the court
23   reporter please swear in the witness?
24   T O D D   P A R S O N S, called as a witness,
25       having been first duly sworn by

Page 9

1        H I G H L Y   C O N F I D E N T I A L
2        Danielle Grant, a Notary Public within
3        and for the State of New York, was
4        examined and testified as follows:
5    EXAMINATION BY
6    MR. ISAACSON:
7        Q   Hello, Mr. Parsons.  Again, I'm
8    Bill Isaacson.  I'll be asking you
9    questions, at least for the first part of
10   this day.
11       A   Great.
12       Q   My understanding is you are the
13   chief product officer at Criteo and you've
14   been doing that since August 2020?
15       A   That is correct.
16       Q   And before that, you were the
17   chief product officer, from August 2018 to
18   July 2020, for OpenX.
19       A   This is also correct.
20       Q   And I have read on your LinkedIn
21   that there you were responsible for
22   modernizing OpenX's scale programmatic
23   marketplaces to compete with high efficacy
24   marketing solutions delivered by Google,
25   Facebook and other walled gardens.

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL

Page 10

HIGHLY CONFIDENTIAL

2 Does that sound right?
3 A  I -- it sounds right.  I haven't
4 read that in some time.
5 Q  But do you agree with it?
6 A  I do agree with it.
7 Q  Okay.  And before OpenX, you were
8 a chief product officer at SocialCode from
9 July 2016 to August 2018?
10 A  That's correct.
11 Q  And do I understand that social
12 code advised Fortune 500 companies and
13 others on advertising and marketing across
14 walled garden including Google?
15 A  That is correct.
16 Q  Okay.  And you work for another --
17 you worked -- you graduated from the
18 University of Utah?
19 A  I didn't graduate from the
20 University of Utah, but I attended the
21 University of Utah.
22 Q  All right.  And after that, you
23 worked for a Silicon Valley Bank, BuzzLogic,
24 Aditive Inc., Acxiom, and Aditive, all those
25 companies?

Page 11

HIGHLY CONFIDENTIAL

2 A  Aditive was before Acxiom and
3 acquired by Acxiom.
4 Q  Right.  And you want to just
5 summarize your general work through those
6 years, what you were doing?
7 A  Sure.  Sure.  So at silica -- at
8 Silicon Valley Bank, since I think you
9 started there, I will start there.  I ran
10 innovation, a tech innovation practice that
11 focused on using data for the benefit of the
12 ecosystem of venture capitalists and
13 entrepreneurs that use Silicon Valley Bank.
14 That was my kind of formal introduction to
15 tech, I would say.  From there, I was
16 inspired to start two companies.  BuzzLogic
17 was the first.  BuzzLogic, a venture-backed
18 company.  Both companies were venture-backed
19 companies which I founded -- co-founded.
20 BuzzLogic focused on social media
21 monitoring and provided solutions to the
22 marketplace for understanding their brands
23 across social media.  Later, it became an
24 advertising capability on top of that
25 monitoring, which enabled brands to get to

Page 12

HIGHLY CONFIDENTIAL

2 people who were influential about certain
3 topics on the Internet and use them as places
4 to share their brand messages.  That was my
5 first time in advertising itself.  From
6 there, I went and started a second company.
7 That company didn't exit.  I exited it.  It
8 was a founder exit, and I started a second
9 company called Aditive which did successfully
10 exit in 2014 to Acxiom.
11 Acxiom bought the company and then
12 I went on to run different parts of that
13 business.  That was my introduction to data
14 and privacy primarily.  SocialCode was an
15 opportunity that recruited me.  A very
16 interesting opportunity to help brands work
17 across -- I don't choose to use the term
18 "walled gardens" anymore.  That might be a
19 bit of a dated term from my perspective -- my
20 personal perspective.  But to work across the
21 different -- the different platforms where
22 consumers are most often easy to reach by
23 brands, so that's the progression.
24 I think OpenX -- I'll finish with
25 OpenX and Criteo.  OpenX was an opportunity

Page 13

HIGHLY CONFIDENTIAL

2 to take what I learned in those prior stops
3 and put it to work on behalf of improving the
4 way that programmatic advertising work on
5 behalf of its buyers and its sellers.  A
6 logical progression in my career.  I had
7 picked up a lot of deep knowledge in the
8 space, the market -- marketplace dynamics.
9 OpenX was a good opportunity for me to carry
10 that forward and work in the exchange
11 environment similar to AdEx.  And then
12 finally Criteo, which has been a fantastic
13 opportunity to take all of my prior
14 experience and, again, go to work trying to
15 improve advertising solutions on behalf of
16 buyers and sellers alike all for the
17 benefit -- I should mention here, all for the
18 benefit of making advertising more meaningful
19 and provide more utility to human beings.
20 We're all human beings at the table
21 here, and I insist that career-wise there is
22 value in delivering great advertising.  It's
23 part of the spirit that holds my career
24 together and has compelled me to go from
25 place to place in those that I just

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL

Page 14

HIGHLY CONFIDENTIAL

2 described.
3    Q    All right.  Great.  You said
4 "walled garden" is a dated term.
5         Is there a term you prefer to use
6 now?
7    A    Well, I just say -- I just say
8 platforms, and that's a -- that's a personal
9 view.  It's -- I think "walled garden" is a
10 loaded term, and I try not to use loaded
11 terms as an order of practice.  But that's a
12 very personal thing.
13    Q    Okay.
14    A    It's not a Criteo position.
15    Q    All right.  Why do you consider it
16 a loaded term?
17        MS. SIU:  Objection.  Beyond the
18     scope.
19         You can answer.
20    A    Because it gets weaponized to
21 describe actors in the ecosystem in one way
22 or the other.
23    Q    All right.
24    A    It's a complicated ecosystem we
25 work, and that's a descriptive term that can

Page 15

HIGHLY CONFIDENTIAL

2 be used with positive or negative influence
3 and effect.  And I see it having less impact
4 on a productive conversation about the
5 ecosystem in general.
6    Q    All right.  I appreciate that.
7    A    Yep.
8    Q    You are aware that you are
9 testifying today as a corporate
10 representative of Criteo?
11    A    I am.
12    Q    Okay.  And Criteo, generally, it's
13 an ad tech company based in Paris?
14    A    Correct.
15    Q    And what did you do to prepare for
16 this deposition?
17    A    Well, first of all, I reviewed the
18 subpoenas from both the DOJ and from Google.
19 I spent time with my counsel -- our counsel,
20 Criteo's counsel, reviewing the information
21 and talking about the decorum here and what
22 we would do together.  And I spoke to a
23 variety of people on my team lightly to
24 understand what information was provided to
25 and from this discussion.

Page 16

HIGHLY CONFIDENTIAL

2        MR. ISAACSON:  I realize here I'm
3 not getting a feed here.
4        MR. WOLIN:  We aren't as well.
5        MS. SIU:  Yeah.
6        MR. WOLIN:  Maybe we can go off
7 the record for a minute?
8        VIDEOGRAPHER:  The time on the
9 video monitor is 9:50 a.m.  We're off
10 the record.
11
12        (Whereupon, at 9:50 a.m., a recess
13         was taken to 9:54 a.m.)
14        (The proceeding resumed with all
15         parties present.)
16        VIDEOGRAPHER:  We're back on the
17 record.  The time on the video monitor
18 is 9:54 a.m.
19    Q    Mr. Parsons, when you prepared for
20 this deposition, did you review any
21 documents that assisted you in answering the
22 questions that you saw in the subpoenas?
23    A    Yes, in addition to talking to my
24 team, I looked at a summary of the documents
25 that were sent.  I did not go deeply in

Page 17

HIGHLY CONFIDENTIAL

2 those documents however.
3    Q    You looked at a summary of
4 documents.  Did you look at any actual
5 document?  Any actual business documents
6 or --
7    A    Yes, I did.  For about an hour or
8 two, I looked at documents, yes.
9    Q    And what documents did you find
10 helpful in answering the questions that you
11 thought would be posed today?
12        MS. SIU:  Objection.  Lacks
13     foundation.
14    A    None in particular.
15    Q    Did you meet with anyone to
16 prepare for this deposition other than
17 people within your company or your counsel?
18    A    No.
19    Q    And do you have any understanding
20 whether your lawyers talked to the
21 Department of Justice in order to help you
22 prepare for this deposition?
23    A    Can you rephrase the question?
24 I'm not sure I understand what you're
25 asking.

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 190

H I G H L Y   C O N F I D E N T I A L
1
2    A    That's my understanding.
3    Q    Thank you.  You can put that one
4  aside, and I want to then ask you a couple
5  of questions on a different but related
6  topic.
7    A    Okay.
8    Q    Are you familiar with the term
9  "Open Auction"?
10    A    I am.
11    Q    What does Open Auction refer to in
12  the context of digital advertising?
13    A    An auction which uses the open RTB
14  standard.
15    Q    In your view, does Google's
16  products have any advantages in the
17  monetization of Open Auction inventory?
18    A    Does Google's --
19    Q    Do Google products have any
20  advantages in the monetization of Open
21  Auction inventory?
22       MR. ISAACSON:  Objection to form.
23    A    Google has the advantage of being
24  a supplier to buyers who are using open RTB
25  to get to audiences and inventory, like we

Page 191

H I G H L Y   C O N F I D E N T I A L
1
2  talked about before.  So they would have an
3  advantage in potentially driving more
4  business than participants who sat on only
5  one side of the auction.  Yes.
6    Q    When you say "Google has the
7  advantage of being a supplier," are you
8  referring to Google's publisher ad server or
9  something else?
10    A    I'm referring to -- not to their
11  publisher ad server; I'm referring to their
12  owned and operated properties.
13    Q    Does Google's position in the
14  ad -- publisher ad server market give it
15  advantages in the monetization of open
16  auction inventory?
17       MS. SIU:  Objection to the extent
18       it calls for a legal conclusion and
19       lacks foundation.
20       MR. ISAACSON:  Objection to form.
21    A    Could you restate the question one
22  more time?
23    Q    Yep.  Does Google's position in
24  the publisher ad server market give it
25  advantages in the monetization of open

Page 192

H I G H L Y   C O N F I D E N T I A L
1
2  auction inventory?
3       MS. SIU:  Same objections.
4    A    Because of --
5       MR. ISAACSON:  Same objection.
6    A    -- scale and because Google has
7  tremendous selling ability to demand-side,
8  the two do complement one another.  In other
9  words, scale of GAM's coverage and the
10  amount of revenue that's driven by Google
11  are naturally complementary to one another.
12    Q    And what do you mean saying the
13  scale of GAM'S coverage?
14    A    Meaning they're large, they work
15  with most publishers.
16    Q    I want to ask you next about
17  header bidding, which I know Google's
18  counsel asked you about as well.
19    A    Yes.
20    Q    Just so I have a basic
21  understanding, could you explain what header
22  bidding is?
23    A    The header bidding basically
24  destroyed the waterfall.  It allows all of
25  the demand-side bidders to compete

Page 193

H I G H L Y   C O N F I D E N T I A L
1
2  simultaneously which generally accrues to a
3  more competitive auction and a higher yield
4  for the publisher who is selling the
5  inventory.
6    Q    Does Criteo participate in header
7  bidding?
8    A    Yeah, we do, with the Criteo
9  Direct Bidder.
10    Q    And what is the Criteo Direct
11  Bidder?
12    A    That is our direct bidder,
13  directly integrated with publishers rather
14  than with SSPs that might also be integrated
15  with the publisher.
16    Q    Has header bidding been beneficial
17  to Criteo?
18       MS. SIU:  Objection.  Vague.
19       MR. ISAACSON:  Objection to form.
20    A    Yes, it has beneficial.
21    Q    How so?
22    A    Because --
23       MR. ISAACSON:  Objection.  Form.
24    A    -- because as I mentioned earlier,
25  we have -- we're able to get more

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL

Page 194
1    HIGHLY CONFIDENTIAL
2  information back from the publisher, and
3  we're able to not pay an SSP fee when we buy
4  on that publisher directly.
5      Q   In your experience, has header
6  bidder -- header bidding been beneficial to
7  publishers?
8      A   Definitely.
9      Q   How so?
10     A   Because of the benefits I stated a
11  moment ago, about leveling competition,
12  providing sequential bidding instead of --
13  pardon me -- providing side-by-side bidding
14  instead of sequential bidding as the
15  waterfall did.
16     Q   In your experience, has header
17  bidding been beneficial to advertisers?
18     A   In my experience, it has as well,
19  again, for reasons of -- of access.  The
20  waterfall and sequential bidding would
21  effectively shut access from certain
22  advertisers.  And so, yes, it opens up -- it
23  makes the market more liquid.
24         MR. WOLIN:  I want to mark another
25      document, then, as Criteo Exhibit 11.

Page 195
1    HIGHLY CONFIDENTIAL
2  And I'll ask the court reporter to mark
3  that one.
4  A   Thank you.
5      (Whereupon, a Document,
6      Bates-stamped CRI00000278 was marked
7      as Criteo Exhibit No. 11 for
8      identification, as of this date.)
9      MR. WOLIN:  And for the record,
10  Criteo Exhibit 11 is a document
11  produced with the Bates
12  Number CRI-00000278 through Bates
13  number ending in 285.
14      MS. SIU:  I just note for the
15  record, again, that this is a
16  document -- or a version that was
17  produced to the DOJ during the
18  investigation phase and not -- it was
19  reproduced in the litigation and as
20  such should have -- we should have been
21  given the version that had the correct
22  Bates number as well as the highly
23  confidential designation.
24     Q   Mr. Parsons, do you recognize the
25  document that's been marked as Exhibit 11?

Page 196
1    HIGHLY CONFIDENTIAL
2      A   I haven't seen this document
3  prior, Michael, but I recognize it as a --
4  of Criteo origin.
5      Q   Okay.  It's titled "Guide to
6  Header Bidding Optimization."
7      Is that right?
8      A   That is correct.
9      Q   Do you have any sense of the
10  context around which this document was
11  created?
12     A   This looks like it predates me,
13  but I can't be sure.  I would have to review
14  it.
15     Q   Do you understand that this
16  document was created in the ordinary course
17  of Criteo's business?
18         MS. SIU:  Lacks foundation.
19     A   Yeah.  I would -- I would have to
20  speculate.
21     Q   Do you have any reason to doubt
22  that this document was created in the
23  ordinary course of Criteo's business?
24     A   I don't.
25     Q   Looking at the first page on the

Page 197
1    HIGHLY CONFIDENTIAL
2  right-hand side, it illustrates the
3  waterfall; is that correct?
4      A   That's right.
5      Q   And could you -- in the second
6  paragraph on the left-hand side, it states:
7  In the legacy waterfall system, due to an ad
8  server shortcoming, publishers were forced
9  to order their demand partners based on
10  historical CPM averages.
11      Do you see that?
12     A   I do.
13     Q   Is that a true statement?
14     A   That's correct in my experience.
15     Q   Where it refers to ad server, is
16  that referring to the publisher ad server?
17     A   That's correct.
18     Q   And that statement is applicable
19  to Google's publisher server, DFP?
20     A   As a publisher ad server.
21     Q   So is this statement applicable to
22  Google's publisher ad server?
23     A   I would assume it would be.
24     Q   At the end of the paragraph, it
25  states:  When a partner returned a CPM

50 (Pages 194 - 197)

Veritext Legal Solutions
800-567-8658                          973-410-4098

HIGHLY CONFIDENTIAL

Page 202

HIGHLY CONFIDENTIAL

1    HIGHLY CONFIDENTIAL
2    A    -- so I can remember.
3    Q    Let me ask you this question then.
4    A    Yes.
5    Q    Have you heard of latency as a
6    potential downside or increased latency as a
7    potential downside to header bidding?
8    A    I just referred to it as a
9    potential downside because it can -- it can
10   actually hurt the user experience because of
11   the way that the page is managed.
12   Q    In Criteo's use of header bidding,
13   has Criteo found ways to mitigate downsides
14   like latency?
15   A    I don't know the answer to that.
16   Q    Okay. I do recall you talked
17   about the possibility of second-pricing
18   yourself in header bidding.
19       Do you recall that?
20   A    I recall referring to first and
21   second price in the context of moving from
22   second price --
23   Q    Yeah.
24   A    -- to first.
25   Q    Is self-competition or

Page 203

1    HIGHLY CONFIDENTIAL
2    second-pricing yourself a concern in header
3    bidding?
4    A    We wouldn't want to second-price
5    ourselves in header bidding, no.
6    Q    Okay. Does Criteo have ways to
7    mitigate any risk of second-pricing yourself
8    in header bidding?
9        MS. SIU: Objection. Vague.
10   A    I don't know.
11   Q    Okay. I want to ask you then --
12   we have been talking a little bit about
13   publisher ad server.
14       But in -- so you're familiar with
15   that term, correct?
16   A    I am.
17   Q    And what is a publisher ad server?
18   A    It's way for a publisher to serve
19   an ad on its site or its app and provide
20   controls for how the yield of what's being
21   sold is managed in some cases as well.
22   Q    Does Criteo offer a publisher ad
23   server product?
24   A    We do.
25   Q    When did Criteo start offering its

Page 204

1    HIGHLY CONFIDENTIAL
2    publisher ad server product?
3    A    2017. HookLogic. 2017.
4    Q    And Google also offer a publisher
5    ad server product, correct?
6    A    That's correct.
7    Q    How does the number of customers
8    that Criteo has for its publisher ad server
9    compare to the number of customers that
10   Google has for its publisher ad server?
11   A    Much smaller. Much, much smaller.
12   Q    Do you have a sense of the order
13   of magnitude how much smaller the number of
14   customers for Criteo's publisher --
15   A    I don't.
16   Q    -- ad server are?
17   A    I'm speaking about what I believe
18   to be much smaller because, in our world,
19   the ad server that I'm -- that I'm talking
20   about is specific to retail media. So we
21   don't maintain a competitor to Google Ad
22   Manager, and I think you were referring to
23   something that was more native to
24   traditional publishers than to retailers.
25   Q    Okay. So, in your view, does

Page 205

1    HIGHLY CONFIDENTIAL
2    Criteo publisher ad server compete with
3    Google's publisher ad server?
4        MS. SIU: Objection to the
5        extent --
6    A    Not directly --
7        MS. SIU: -- it calls for --
8    A    -- but not --
9        MS. SIU: -- a conclusion.
10   A    -- but in certain cases people
11   could consider it competitive. I could see
12   examples of that, yes.
13   Q    Okay. Has Google's presence in
14   the publisher ad server market posed
15   challenges for Criteo's attracting customers
16   to its publisher ad server?
17   A    No.
18   Q    No. How does Criteo pitch its
19   publisher ad server to publisher customers?
20   A    The way that we -- that we pitch
21   our ad server is to retailers who are
22   looking to participate in retail media and
23   commerce media. The way that we're pitching
24   the server actually twofold; one is to help
25   the retailer run what are called "sponsored

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL

Page 206

HIGHLY CONFIDENTIAL

2  product listings" on their website. Those
3  are the listings that exist when you
4  navigate to a product page, and an
5  alternative product is sponsored and
6  presented which you would see on Amazon, for
7  instance. And then there is a second case
8  which is we might serve a display
9  advertisement on the retailer website along
10  with a sponsored product or not. And that's
11  a -- that second case is a little closer to
12  the GAM execution, but we're talking about
13  in the retail environment.
14      Q   So is Criteo's publisher ad server
15  focused on retail publishers?
16      A   That's correct.
17      Q   When -- is it ever the case that
18  Criteo pitches its publisher ad server to
19  customers and then gets turned down?
20          MS. SIU: Objection. Vague.
21      A   I mean, we don't win all of our
22  pitches. It would be great.
23      Q   And what sort of feedback do you
24  get when you don't win the pitch?
25          MR. ISAACSON: Objection to form.

Page 207

HIGHLY CONFIDENTIAL

2      A   I don't know. I don't know enough
3  pattern to say, Michael. It often, I think,
4  will go to the size of the customer, are
5  they ready to participate in retail media.
6  I don't think we're getting rejected because
7  of another factor, but I could be wrong. I
8  am speculating.
9      Q   Okay. Today, does Criteo's
10  publisher ad server receive bids from AdEx?
11      A   No.
12      Q   And do you expect, in the future,
13  that Criteo's publisher ad server will
14  receive bids through -- from AdEx?
15          MS. SIU: Objection. Calls for
16      speculation.
17      A   I don't know.
18      Q   Today, does Criteo's publisher ad
19  server receive bids from DV360?
20      A   No, but as I mentioned before,
21  that is something that we would and are
22  working towards, not just for DV360 but
23  other DSPs in the ecosystem.
24      Q   And today, does Criteo's publisher
25  ad server receive bids from Google Ads?

Page 208

HIGHLY CONFIDENTIAL

2      A   No.
3      Q   Do you consider the ad tech
4  industry to be important?
5          MS. SIU: Objection. Vague.
6      A   On what basis?
7      Q   Just in your understanding as an
8  important industry in this country?
9          MS. SIU: Same objection.
10      A   I think it is important to the
11  economy. It is important to brands in being
12  discovered. It's important to consumers to
13  find those brands and to enjoy the value
14  they bring. It's important because it keeps
15  publishers thriving and the Internet
16  actually turning. So, yes, I think it's
17  important for those reasons.
18      Q   And publisher ad server is one
19  portion of the ad tech industry; is that
20  correct?
21      A   Just one small portion but, yes.
22      Q   And what company has the largest
23  publisher ad server for display advertising?
24      A   Google.
25          MR. ISAACSON: Objection to form.

Page 209

HIGHLY CONFIDENTIAL

2      Q   And the SSP is another technology
3  within the ad tech industry; is that
4  correct?
5      A   That is correct.
6      Q   And what company has the largest
7  SSP for display advertising?
8          MS. SIU: Objection. Lacks
9      foundation.
10      A   I don't know that for sure.
11          MR. WOLIN: Okay. I will pass the
12      witness back. I'll reserve any time to
13      respond to any further questions from
14      counsel for Google.
15  BY MR. ISAACSON:
16      Q   You're going to have no problem
17  making an early dinner. I have a few
18  questions, though.
19      A   Yes.
20      Q   Criteo Exhibit 10, which you were
21  shown, an April 2017 document.
22      A   Which one was ten?
23      Q   Oh, there we go. That one.
24          And I believe you said this was
25  before the -- Criteo's Commerce Media

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL

**Page 222**

1  HIGHLY CONFIDENTIAL
2  confidential and then this transcript
3  should also be designated highly
4  confidential under the applicable
5  protective orders.
6  THE WITNESS: This guy.
7  MS. SIU: That one in particular.
8  THE WITNESS: Yeah. I see.
9  MR. ISAACSON: Depends on what you
10 think of the picture.
11 (CROSS-TALKING.)
12 VIDEOGRAPHER: We're going off the
13 record at 3:45 p.m. This concludes
14 today's testimony by given by Todd
15 Parsons. The total number of media
16 units used was four and will be
17 retained by Veritext Legal Solutions.
18 Thank you. We're off the record.
19 (Time noted: 3:44 p.m.)
20
21              TODD PARSONS
22
23
24 Subscribed and sworn to before me
25 this _____ day of _____ 2023.

**Page 223**

1
2  _____
   NOTARY PUBLIC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 224**

1  HIGHLY CONFIDENTIAL
2                CERTIFICATE
3  STATE OF NEW YORK )
4                    )ss:
5  COUNTY OF RICHMOND)
6  I, DANIELLE GRANT, a Certified
7  Shorthand Reporter, and Notary
8  Public within and for the State of
9  New York, do hereby certify:
10 That TODD PARSONS, the witness whose
11 deposition is hereinbefore set
12 forth, was duly sworn by me and that
13 such deposition is a true record of
14 the testimony given by such witness.
15 I further certify that I am not
16 related to any of the parties to
17 this action by blood or marriage and
18 that I am in no way interested in
19 the outcome of this matter.
20 In witness whereof, I have hereunto
21 set my hand this 11TH day of
22 September, 2023.
23
24 _Danielle Grant_
25 DANIELLE GRANT

**Page 225**

1  HIGHLY CONFIDENTIAL
2  DEPOSITION ERRATA SHEET
3
4  DECLARATION UNDER PENALTY OF PERJURY
5  I declare under penalty of perjury
6  that I have read the entire transcript of
7  my Deposition taken in the captioned matter
8  or the same has been read to me, and
9  the same is true and accurate, save and
10 except for changes and/or corrections, if
11 any, as indicated by me on the DEPOSITION
12 ERRATA SHEET hereof, with the understanding
13 that I offer these changes as if still under
14 oath.
15 Signed on the _____ day of
16 _____, 2023.
17
18 _____
   TODD PARSONS
19
20
21
22
23
24
25 Job No. CS608374

HIGHLY CONFIDENTIAL