# Plaintiffs' Exhibit 18



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00292252

• 2019 DVA Quality Summit•

## Goals / Takeaways:

1. Adx/Admob have transitioned to a first-price auction on Sep 25 2019
2. I will discuss some of the motivations behind this move
3. I will discuss the first-price bidder which we built so GDA and DV360 can buy in these first-price auctions

Google Proprietary & Confidential

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00292253





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00292255



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00292256



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00292257