# Plaintiffs' Exhibit 20



HIGHLY CONFIDENTIAL GOOG-DOJ-11899169

auction
sell-side
real-time bidding
dynamic allocation
trading desk
ad network
audience
ad exchange
holding company
buy-side
Google Display Network
yield manager
sell-side platform
demand-side platform

HIGHLY CONFIDENTIAL
GOOG-DOJ-11899170



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899215

# Publisher Benefits: Anonymity

- Publishers can set their inventory to be **anonymous**, so they can protect their direct sales channel efforts (i.e. the advertisers who are buying directly won't know they can get the same inventory for cheaper on the exchange).

 **sales channel conflict**: The risk that advertisers who buy directly from publishers can get the same inventory for cheaper through other channels

- Publishers can also choose to make their inventory **anonymous unless the advertiser is bidding at least a certain CPM**. In this case, they'd set a low min CPM for anonymous, and a higher one for branded.

| Branding Type | ○ Allow advertisers to target my inventory by site name/custom channel only |
| --- | --- |
| | ○ Allow advertisers to target my inventory by anonymous ID only |
| | ⦿ Allow advertisers to bid on my inventory both ways |
| Min CPM ⓘ | $ _____ (Min CPM when targeting by site name/custom channel) |
| | $ _____ (Min CPM when targeting by anonymous ID) |

HIGHLY CONFIDENTIAL
GOOG-DOJ-11899216

# Quiz!

What's a trading desk?

A division at an agency holding company designated to manage exchange buying for all of the holding company's agencies

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899217





HIGHLY CONFIDENTIAL

GOOG-DOJ-11899219

# Putting it all together

**1** User enters espn.com into her browser.



**2** The browser contacts ESPN's **web server** for the website information.



**3** As the browser begins to build the page content, it encounters a URL, or **publisher ad tag**, which tells it to call ESPN's ad server.



Google Confidential and Proprietary   52

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899220



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899222

## Putting it all together

 **9** AdX sends the price paid by the winner – the second price minus the rev share – to see if it can beat the http://yieldmanager.com price.

 **10**


DFP
AdX: $3.24
vs
Yield Manager: $3.08




http://DFA.com

If AdX can beat the price, AdX sends the winning ad creative – or ad tag – back to the browser. Usually, it's an ad tag.

Google Confidential and Proprietary   55

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899223



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899224