# Plaintiffs' Exhibit 25

**From:** launch@google.com
**To:** jbellack@google.com
**Sent:** Wed, 06 Jan 2016 19:46:32 +0000
**Subject:** [Launch 144829] Demand Syndication Alpha
**Cc:** launchlog@google.com

**Comment by gargisur:** Launch created.

gargisur has created a new launch.
Please review.

**Your role as jbellack:** PA Lead approver

**Link:** https://ariane.googleplex.com/launch/144829

# Launch information:

| Launch ID | 144829 |
|---|---|
| Name | **Demand Syndication Alpha** |
| Calendars | Ads & Comm (Display): Display Ads - Publisher Platform - DRX |
| Launch Date | **2016-Q2** |
| Status | **Current** |
| Description | Today publishers using DFP can sell remnant impressions to non-AdX exchanges (Rubicon, Pubmatic, OpenX, etc) with static-price line items and to AdX with realtime pricing (RTB callouts to AdX buyers). Publishers want realtime pricing from all exchanges because it generates significant yield (approx +30% anecdotally) so they resort to header bidding setups like prebid.js - which makes many calls from the page (user data leakage, latency issues), is painful to setup (pubs have to create 1000's of line items, can't reconcile billing/reporting) and encourages pubs to consider other SSPs (see http://go/an-ssp).<br><br>Demand Syndication allows non-AdX exchanges to compete with realtime pricing from within DFP. Publishers specify which exchanges they have agreements with, and then we allow those exchanges to buy on those publishers via RTB - similar to how AdX buyers participate. Our goal for this product is to provide slightly better value for publishers than header bidding but not so much that it completely cannibalizes AdX.<br><br>Demand Syndication will take a 5% rev share (instead of AdX's 20%), be subject to platform policies (instead of AdX policies), not provide publishers with sophisticated blocking functionality, not receive all the value-add signals passed to AdX buyers (e.g. omit |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| | viewability, detected_vertical, click_through_rate and many others), and likely omit certain UI/API functionality currently exposed to AdX buyers. |
| Creator | gargisur |

## Approvers:

| Ads & Comm (Display): Display Ads - Publisher Platform - DRX | Status | Owners |
|---|---|---|
| PA Lead | Pending Review | jbellack, scottspencer, bea, ssilver, eisar, jmiller, rohit, muret |
| Eng | Pending Review | apappu, jimgiles, nwolf |
| Legal | Pending Review | pdillonhughes, sunniy |
| Logs | Pending Review | logs-launch+ariane |
| Privacy | Needs Work | pwg-display-approvers |
| Latency | FYI | |
| UI | FYI | antonellap, pamullin, milesrochford, fmontay, anniechang |
| Security | FYI | |
| Policy Team | FYI | publisher-policy-dev |

## Launch Attributes:

| Global attributes | |
|---|---|
| PRD | go/jedi |
| Privacy Design Document | |
| Privacy Trivial Launch | No |
| Privacy Trivial Justification | |
| Privacy Master Tracking Bug | |
| **Display Ads - Publisher Platform - DRX attributes** | |
| PM | gargisur, glevitte |
| TL | jimgiles, myl |

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00117940

| | |
|---|---|
| UI mockups | |
| Privacy Launch Document | |
| Impact | Major |
| Launch Stage | Design/Development |
| L-Team | No |
| Display Privacy Review required? | No |
| Number of marketing promotions | |
| Patent review | false |
| Comms Docs | |
| Commercialization priority | A |
| Comms Owner | browley |
| Tech Writer | jkelly, jsaracino |
| Product Group | DFP Premium, DFP SB, AdX Buy-side |
| User Controls Certification (go/uc-cert) | I certify |
| Betabot link | |
| Alpha release date | |
| Alpha release qualifications | |
| Beta release date | |
| Beta release qualifications | |
| GA release date | TBD |
| GA release qualifications | |
| Buganizer ID | 26180139 |
| Help center article | |
| **Logs attributes** | |
| Logs Ticket Link | |
| **Latency attributes** | |
| Latency data | |
| **Security attributes** | |
| Needs security review | No |
| Security Justification | |
| Security ticket(s) | |

HIGHLY CONFIDENTIAL
DOJ
GOOG-TEX-00117941

Recipients: ads-launches-patents, ajohns, anniechang, antonellap, apappu, bea, display-publisher-launch-notify, cisar, fmontay, gargisur, glevitte, jbellack, jimgiles, jmiller, logs-launch+ariane, milesrochford, muret, myl, nwolf, pamullin, pdillonhughes, ppatuto, publisher-policy-dev, pwg-display-approvers, pwg-launchnotice, rohit, scottspencer, ssilver, sunniy

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00117942