# Plaintiffs' Exhibit 28

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

                            Case No. 1:23-cv-00108

     v.

                            HON. LEONIE H. M. BRINKEMA

GOOGLE LLC,

    Defendant.

_____

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF :

       GABRIEL WEINTRAUB, PH.D.,

was held on Thursday, February 28, 2024, commencing at 9:49

a.m., at the Department of Justice, 450 Fifth Street,

Northwest, Washington, D.C. 20530, reported by Jeaninn Alexis,

Notary Public.

Job No. CS6464582

Page 268

1           BY MR. EWALT:
2           Q    But doesn't your First Look model assume
3    that publishers have the ability to do -- to solve an
4    optimization problem using the same information that
5    they would need to solve the multistep approach
6    optimization problem?
7                MS. HANSEN:  Object to the form.
8                THE WITNESS:  So, what I'm saying is that,
9    in my assumption, the -- the exchange, in the top, is
10   solving a simpler optimization problem.  So, there is
11   some optimization going on, but it's a simpler
12   optimization problem than if you were to assume this
13   multiple-step forward-looking behavior.  In my opinion,
14   that simpler optimization problem is based on the
15   evidence.  So, it's closer to reality relative to the
16   more sophisticated optimization problem.
17               MR. EWALT:  All right.  Let's take a break.
18   Go off the record.
19               THE VIDEOGRAPHER:  We're now off record at
20   6:26 p.m.
21               (Short recess taken.)
22               THE VIDEOGRAPHER:  We're now back on the

HIGHLY CONFIDENTIAL

Page 269

1  record at 6:37 p.m.

2         You may proceed.

3         BY MR. EWALT:

4    Q   In your reports, did you offer any opinion

5  about the effects of Google's acquisition of

6  DoubleClick?

7         MS. HANSEN:  Object to the form.

8         THE WITNESS:  I did not offer an opinion on

9  Google's acquisition.  I discuss it -- let me be

10 more precise.  I discuss, I mention it, and --

11 and then, you know, the -- the role it played on

12 Google acquiring the -- the exchange, the ad server.

13 And -- and then I offer an opinion on the

14 exclusivities that follow, the restrictions that

15 follow.  So, it's -- you know, the acquisition is --

16 is -- is -- is -- is -- is described in my report, and

17 I guess it's related to some of the things I -- I --

18 I -- I -- I -- I describe.

19        BY MR. EWALT:

20   Q   In your reports, did you offer any opinions

21 about the effects of Google's acquisition of Admeld?

22        MS. HANSEN:  Object to the form.

HIGHLY CONFIDENTIAL

Page 270

1   THE WITNESS:  In my report, I do not believe
2   I offer an opinion on the effects of Google's
3   acquisitions of Admeld.
4         BY MR. EWALT:
5      Q   In your reports, did you offer any opinions
6   about the effects of Project Bernanke?
7         MS. HANSEN:  Object to the form.
8         THE WITNESS:  In my report, I discuss
9   buy-side DRS, which is a precursor of Bernanke, to the
10  extent that data -- scale and data provides an advantage
11  and the denial of scale and data provides a disadvantage
12  in implementing a buy-side and DRS-type algorithm.  So, I
13  -- I -- I describe buy-side DRS to that extent.
14        BY MR. EWALT:
15     Q   Did you offer any opinions about the effects of
16  Project Bernanke?
17        MS. HANSEN:  Object to the form.
18        THE WITNESS:  I did not, even though I mention
19  it as an example of how data and the lack of data can
20  help or hurt a firm implementing buy-side DRS.  I do not
21  offer a specific opinion on the effect of Bernanke on
22  rivals' scale.

HIGHLY CONFIDENTIAL

Page 281

1       CERTIFICATE OF REPORTER/NOTARY PUBLIC
2   DISTRICT OF COLUMBIA, to wit:
3           I, JEANINN ALEXIS, a Notary Public in the
4   District of Columbia do hereby certify that the
5   within-named witness personally appeared before me at
6   the time and place herein set out and after having
7   been duly sworn by me, according to law, was examined
8   by counsel.
9           I further certify that the examination was
10  recorded stenographically by me and this transcript is
11  a true record of the proceedings.
12          I further certify that I am not of counsel
13  to any of the parties, nor in any way interested in
14  the outcome of this action.
15          As witness my hand and notarial seal this
16  4th day of March, 2024.
17
18
19          Jeaninn Alexis,
            Notary Public
20          My Commission Expires: January 14th, 2029
21
22

HIGHLY CONFIDENTIAL
ERRATA SHEET FOR THE TRANSCRIPT OF:

**Case Name:** *United States et al. v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.)
**Deposition Date:** 2/29/2024
**Deponent:** Gabriel Weintraub

| Page | Line | Change | Reason |
|---|---|---|---|
| 1 | 15 | "February 28" should be "February 29" | Clarification. |
| 5 | 6 | "plaintiff" should be "defendant" | Clarification. |
| 10 | 8 | "being" should be "to be" | Transcription error. |
| 12 | 5 | "That" should be "And" | Transcription error. |
| 35 | 21 | "GOOG-DOJ-AT-022-04351" should be "GOOG-DOJ-AT-02204351" | Transcription error. |
| 40 | 22 | "10.64 percent" should be "by 10.64 percent" | Clarification. |
| 75 | 20 | "T DRS" should be "tDRS" | Transcription error. |
| 78 | 4 | "DRS was a change of V1" should be "DRS V2 was a change of V1" | Clarification. |
| 122 | 15 | "spend" should be "spend everything" | Transcription error. |
| 124 | 6 | "Poirotan" should be "Poirot on" | Transcription error. |
| 124 | 7 | "your" should be "their" | Transcription error. |
| 124 | 22 | "drivey" should be "driven" | Transcription error. |
| 133 | 19 | "implementing in UPR" should be "implementing UPR" | Transcription error. |
| 138 | 11 | "impressions, which are" should be "impressions which are" | Transcription error. |
| 145 | 16 | "renewal" should be "removal" | Transcription error. |
| 154 | 19 | "we're" should be "we were" | Transcription error. |
| 157 | 11 | "Lee's" should be "Israel's" | Transcription error. |
| 159 | 4 | "DV360" should be "DV360 on" | Transcription error. |
| 187 | 2 | "study" should be "studied" | Transcription error. |

| 192 | 5 | "medium" should be "to medium" | Transcription error. |
| 217 | 16 | "abstruction" should be "abstraction" | Transcription error. |
| 217 | 16 | "abstruction" should be "abstraction" | Transcription error. |
| 226 | 22 | "second." should be "second, okay?" | Transcription error. |
| 243 | 11 | "index" should be "Index" | Transcription error. |