# Plaintiffs' Exhibit 31

HIGHLY CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
 2               ALEXANDRIA DIVISION
 3    ---------------------------:
      UNITED STATES, et al.,      :
 4                                :
               Plaintiff,         :
 5                                :
           vs.                    : Case No.:
 6                                : 1:23-CV-00108-LMB-JFA
      GOOGLE, LLC,                :
 7                                :
               Defendant.         :
 8    ---------------------------:
 9
10
11     HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF
12                 ABRANTES-METZ, PH.D.
13
14    DATE:          March 7, 2024
15    TIME:          9:12 a.m.
16    LOCATION:      U.S. Department of Justice
                     Antitrust Division
17                   450 Fifth Street, Northwest
                     Washington, D.C. 20530
18
      REPORTED BY:   Shari R. Broussard, RPR, CSR
19                   Reporter, Notary
20    Job No. CS6456952
21
22
```

Page 38

1  BY MR. ISAACSON:
2     Q   And I believe you've also said with
3  respect to point five, "Acquiring an emergent
4  competitor, AdMeld, and eliminating as a
5  competitive threat to Google's AdX and DFP
6  products," that's also conduct you found to be
7  anticompetitive?
8         MS. WOOD:  Objection to the form.
9         THE WITNESS:  Yes, I opine there were --
10 there was an anticompetitive effect coming out of
11 this merger that affected directly the relevant
12 markets.
13 BY MR. ISAACSON:
14    Q   All right.  And with respect to those
15 five acts, based on your testimony today am I
16 correct to understand that you don't -- you would
17 not be able to tell me what your reasons that
18 those are anticompetitive where your reasons would
19 be any different from Dr. Lee's?
20        MS. WOOD:  Objection to the form.
21        THE WITNESS:  I didn't base my opinions
22 on Dr. Lee's.  I don't know his reasons.  I am

Page 39

1  testifying on my reasons.
2         MR. ISAACSON:  All right.  If we can
3  mark as Exhibit 5 the complaint in this case.
4         (Abrantes-Metz Exhibit Number 5 was
5         marked for identification.)
6  BY MR. ISAACSON:
7     Q   And if you look at pages 132 and 133 of
8  the complaint -- and you -- you have reviewed the
9  complaint before, haven't you?
10    A   Yes.  A while back, but I have.
11    Q   And if you look at paragraph 312,
12 there's a list of ten items there.
13    A   Yes.
14    Q   Okay.  That are -- that are alleged to
15 be exclusionary conduct.  The first one refers to
16 Google's acquisition of DoubleClick.
17        Am I correct that is not conduct that
18 you have expressed an opinion about in this case
19 as to whether it's competitive or anticompetitive?
20    A   That is correct.
21    Q   And with respect to item seven, Google's
22 use of Project Bell, am I correct that you are not

Page 40

1  expressing an opinion in this case as to whether
2  Project Bell was competitive or anticompetitive?
3     A   Correct, I have not provided an opinion.
4     Q   And with respect to item eight, Google's
5  deployment of sell-side Dynamic Revenue Share, am
6  I correct that you have not expressed an opinion
7  in this case as to whether that conduct was
8  competitive or anticompetitive?
9         MS. WOOD:  Objection to the form.
10        THE WITNESS:  I do not provide an
11 opinion that -- let's call it DRS -- in and of
12 itself is anticompetitive.
13        The opinion I provide that relates to
14 DRS is that it would have exacerbated the effects
15 of other conduct that I found to be
16 anticompetitive.
17 BY MR. ISAACSON:
18    Q   When you say something exacerbated
19 conduct, does that mean it's anti- -- I'm sorry,
20 let me start the question over.
21        When you say something exacerbated other
22 conduct that you found was anticompetitive, does

Page 41

1  that mean that you're saying that the conduct that
2  you say was exacerbating was itself
3  anticompetitive?
4         MS. WOOD:  Objection to the form.
5         THE WITNESS:  No.  I am saying that
6  there's a conduct that is anticompetitive, it had
7  anticompetitive effects, those effects are larger
8  because of DRS.
9  BY MR. ISAACSON:
10    Q   But DRS you have no opinion standing
11 alone -- let me start over.
12        You have no opinion whether DRS standing
13 alone was competitive or anticompetitive?
14        MS. WOOD:  Objection to the form.
15        THE WITNESS:  As of now, I do not
16 provide an opinion as to whether DRS just in and
17 of itself is or is not anticompetitive.
18 BY MR. ISAACSON:
19    Q   And item nine listed in the complaint
20 refers to Project Poirot.
21        Am I correct that you are not expressing
22 an opinion as to whether Project Poirot was

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL

Page 42

1  competitive or anticompetitive?
2      MS. WOOD:  Objection to the form.
3      THE WITNESS:  That is correct.  As of
4  now, given information I have, I -- I am not
5  providing an opinion as to whether Poirot is or is
6  not competitive by itself.
7  BY MR. ISAACSON:
8      Q   And with respect to item four, "Google's
9  limitation of dynamic allocation bidding
10 techniques exclusively to AdX," is that also
11 conduct that you are not expressing an opinion
12 about as to whether it was competitive or
13 anticompetitive?
14     MS. WOOD:  Objection to the form.
15     THE WITNESS:  Well, it depends on -- on
16 what item four has.  I have not really broken it
17 out that way.
18     These relate potentially to whether --
19 whether prices were sent back to publishers only
20 through the context of dynamic allocation, and
21 therefore through DFP, and not to third-party
22 publishers and/or whether third-party publishers

Page 43

1  accessing AdX outside of DFP could have sent
2  dynamic floors to AdX or not and contrasting with
3  the fact that they could within dynamic
4  allocation.  So I have opinions that relate to
5  point four, but I -- I think point four seems to
6  be broad and unspecified on what do bidding
7  techniques mean exclusively to AdX.
8      It...
9  BY MR. ISAACSON:
10     Q   Now, with respect to Google providing
11 unrestricted access to Google Ads' advertiser
12 demand exclusively to its AdX exchange and denying
13 comparable access to rival ad exchanges, your
14 report expresses opinions that that action was
15 taken in an alleged ad exchange market; is that
16 correct?
17     MS. WOOD:  Objection to the form.
18     THE WITNESS:  Could you please repeat
19 the question.
20 BY MR. ISAACSON:
21     Q   Sure.  If it helps you, I'm just using
22 the language in item one of Professor Lee,

Page 44

1  paragraph 12 that we were looking at.
2      MS. WOOD:  What?  Do you want to use
3  the -- her report instead or do you want to ask
4  her about his report?
5      MR. ISAACSON:  No, I -- I'm going to --
6  the -- no, I'm referring to item one in the
7  paragraph 12 little 3.
8      MS. WOOD:  So you want to ask her about
9  her opinion, not Lee's opinions, but you want to
10 use Lee's report to ask her about her opinion?
11     MR. ISAACSON:  Right, I've got -- I've
12 got these on the same page here, so I'm going to
13 do that.
14     MS. WOOD:  I think she's --
15 BY MR. ISAACSON:
16     Q   So item one there, which is, you said,
17 was conduct you had generally discussed as well,
18 does that conduct in your report take place in the
19 ad exchange market?
20     MS. WOOD:  Objection to the form and I
21 am going to object to using Lee's report to ask
22 her about her opinion.  I think if you want to ask

Page 45

1  her about her opinion, you should use her report
2  and the description of the conduct in her report
3  and not ask her about her opinions --
4      MR. ISAACSON:  This is going to be a
5  long speaking objection.  Let's just keep it --
6      MS. WOOD:  Well --
7      MR. ISAACSON:  -- to objection.
8      MS. WOOD:  -- it's -- no.  It's --
9  it's --
10     MR. ISAACSON:  Let's just keep it to
11 objection.
12     MS. WOOD:  -- object not to the -- to
13 the question alone but to the process.  It's an
14 objection to using -- asking her --
15     MR. ISAACSON:  We don't --
16     MS. WOOD:  -- to keep in her mind --
17     MR. ISAACSON:  We don't do speaking
18 objections to process.
19     MS. WOOD:  Well, we do when the process
20 is this unorthodox.  When --
21     MR. ISAACSON:  I don't think --
22     MS. WOOD:  When the report you're asking

HIGHLY CONFIDENTIAL

Page 339

1  CERTIFICATE OF NOTARY PUBLIC

2  I, SHARI R. BROUSSARD, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the witness whose testimony appears
5  in the foregoing deposition was duly sworn by me;
6  that the testimony of said witness was taken by me
7  in stenotype and thereafter reduced to typewriting
8  under my direction; that said deposition is a true
9  record of the testimony given by said witness;
10 that I am neither counsel for, related to, nor
11 employed by any of the parties to the action in
12 which this deposition was taken; and, further,
13 that I am not a relative or employee of any
14 counsel or attorney employed by the parties
15 hereto, nor financially or otherwise interested in
16 the outcome of this action.

17

18  *[signature: Shari R. Broussard]*

19  SHARI R. BROUSSARD
    Notary Public in and for the
20  District of Columbia

21

    My commission expires:
22  August 14, 2025

## HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:   *United States et al. v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.)

Deposition Date:   03/07/2024

Deponent:   Rosa Abrantes-Metz

### CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 57 | 9 | The word "quantity" should read "quantify" | Transcription error |
| 94 | 5 | The word "accusation" should read "acquisition" | Transcription error |
| 112 | 6-7 | The words "No, of the report.  You're in the opening report." should read "No, of the report you're in.  The opening report." | Clarification |
| 113 | 16 | The word "Googles" should read "Google's" | Transcription error |
| 139 | 10 | The number "100" should read "1000" | Transcription error |
| 192 | 20-21 | The words "has not been reached" should read "has not yet been reached" | Transcription error |
| 193 | 3 | The words "another decision" should read "another case" | Transcription error |
| 290 | 15 | The word "depracated" should read "deprecated" | Spelling error |
| 302 | 11 | The words "engineering PM/policy" should read "engineering and PM/policy" | Transcription error |

HIGHLY CONFIDENTIAL

Page 340

1          A C K N O W L E D G E M E N T
2                O F   D E P O N E N T
3
4
5    I, ROSA ABRANTES-METZ, PH.D., do hereby
6    acknowledge I have read and examined the foregoing
7    pages of testimony, and the same is a true,
8    correct and complete transcription of the
9    testimony given by me, and any changes or
10   corrections, if any, appear in the attached errata
11   sheet signed by me.
12
13
14
15
16
17
18
19
20
     _____    _____
21   Date                      ROSA ABRANTES-METZ, PH.D.
22   Job No. CS6456952

## Attorney Errata Sheet for the Transcription of Rosa Abrantes-Metz

**Case Name**:  *United States et al v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**Depo. Date**:  March 7, 2024

**Deponent**:  Dr. Rosa Abrantes-Metz

| Page | Line | Correction | Reason for Correction |
|---|---|---|---|
| 2 | 21 | Change "Jeff Brennan" to "Jeff Vernon" | Transcription error |
| 17 | 12 | Replace "ran" with "run" | Clarification |
| 26 | 11 – 12 | Change "Is that discussion of open web advertising…" to "Is that discussion of open web display advertising…" | Transcription error |
| 27 | 1 | Change "of open web advertising consistent…" to "of open web display advertising consistent…" | Transcription error |
| 44 | 2 | Replace "What? Do you want" with "Well, do you want" | Transcription error |
| 44 | 9 | Replace "Lee's opinions" with "Lee's opinion" | Transcription error |
| 45 | 12 | Replace "object not to the" with "objection not to the" | Transcription error |
| 46 | 5 | Replace "Okay." with "Alright." | Transcription error |
| 46 | 16 | Replace "Object" with "Objection" | Transcription error |
| 47 | 2 | Replace "whether" with "where" | Clarification |
| 52 | 15 | Insert "was" after "2016" | Transcription error |
| 52 | 17 | Insert "just" after "is" | Transcription error |
| 52 | 18 | Change "Google understands" to "Google understood" | Transcription error |
| 55 | 10 | Replace "hundred" with "hundreds" | Transcription error |
| 59 | 13 | Delete "to" after "referring" | Transcription error |
| 60 | 21 – 22 | Replace "it" with "that" | Transcription error |
| 64 | 5 | Capitalize "Google Ads" | Transcription error |
| 66 | 2 | Delete "as" after "broad" | Clarification |
| 68 | 12 | Insert "of" after "analysis" | Transcription error |
| 76 | 15 – 16 | Replace "the separate products" with "as separate products" | Transcription error |

| | | | | |
|---|---|---|---|---|
| 79 | 1 | Replace "physical" with "feasible" | | Transcription error |
| 79 | 2 | Replace "feeds" with "bids" | | Transcription error |
| 114 | 9 | Replace "from" with "for" | | Clarification |
| 145 | 3 | Change "a monopolist" to "a hypothetical monopolist" | | Transcription error |
| 164 | 14 – 15 | Delete "they" after "that" | | Clarification |
| 177 | 8 – 9 | Replace "20 is less than" with "20 is less than double" | | Clarification |
| 192 | 9 | Replace "approve" with "a prove" | | Transcription error |
| 196 | 6 – 7 | Replace "or quality was lower than it actually was or innovation was lower than it actually was" with "or quality was lower than it should have been or innovation was lower than it should have been" | | Clarification |
| 202 | 6 – 7 | Delete "from" after "required" | | Clarification |
| 202 | 8 | Replace "clients, for example," with "clients. For example," | | Punctuation for clarity |
| 227 | 20 – 21 | Delete "do" before "neither" ; Replace "or" with "nor" | | Clarification |
| 255 | 5 | Delete "(ph)" | | Transcription error |
| 256 | 13 | Replace "confirms" with "conforms" | | Clarification |
| 256 | 15 | Replace "on" with "of" | | Clarification |
| 266 | 18 | Delete "in the" | | Clarification |
| 268 | 15 | Change "And then below that it says" to "And then Aparna Pappu below that says" | | Transcription error |
| 269 | 20 | Change "dynamic allocations" to "dynamic allocation" | | Transcription error |
| 276 | 20 | Replace "lied" with "lay" | | Clarification |
| 279 | 7 | Change "publisher" to "publishers" | | Transcription error |
| 290 | 4 – 5 | Replace "this intermediation" with "disintermediation" | | Transcription error |
| 295 | 18 | Replace "potential" with "potentially" | | Clarification |
| 298 | 5 | Insert "how" after "discuss" | | Transcription error |
| 299 | 10 | Replace "beat" with "bid" | | Transcription error |
| 300 | 12 – 13 | Replace "page of the Overview" with "page in the overview" | | Transcription error |

| 300-301 | 22 – 1 | Replace "publisher first or the third-party ad server would" to "publisher first or third-party ad server could" | Transcription error |
|---|---|---|---|
| 301 | 12 | Replace "side" with "server-side" | Transcription error |
| 301 | 14 | Insert a single quotation between the period and the double quotations following "issues" | Punctuation for clarity |
| 302 | 10 – 11 | Replace "engineering PM/policy" to "engineering and PM/policy" | Transcription error |
| 302 | 21 | Replace "to the case" with "to be the case" | Transcription error |
| 302 | 22 | Replace "had" with "could have" | Transcription error |
| 305 | 5 | Replace "deprecating" with "deprecated" | Clarification |
| 307 | 4 | Replace "what" with "what's" | Transcription error |
| 308 | 5 | Insert a comma after "concludes" | Punctuation for clarity |
| 308 | 5 – 6 | Insert quotations around "the business case does not justify the development" | Punctuation for clarity |
| 309 | 17 | Insert "about" after "talking" | Transcription error |
| 311 | 13 | Replace "document. Perhaps" with "document, or else" | Transcription error |
| 312 | 1 | Replace "All right" with "Okay" | Transcription error |
| 312 | 14 | Insert "in" after "May," | Transcription error |
| 313 | 9 | Replace "isn't" with "is not" | Transcription error |
| 314 | 20 | Replace "entire competitive" with "anticompetitive" | Transcription error |
| 314 | 21 | Replace "entire competitive" with "anticompetitive" | Transcription error |
| 322 | 6 | Replace "ramp" with "wrap" | Transcription error |
| 325 | 1 | Replace "with publishers" with "for publishers" | Transcription error |
| 329 | 5 | Insert open quotations before "a rationale" | Punctuation – this is a quote from the report and is ended with closed quotations |
| 332 | 20 | Replace "Ad—" with "at" | Transcription error |
| 337 | 17 | Replace "agree" with "disagree" | Transcription error |

