# Plaintiffs' Exhibit 36

PRIVILEGED AND CONFIDENTIAL

go/DisplayMediaNotes
(schedule)

| Date | Meeting | Outcome (tl;dr) | Deck | Notes |
|---|---|---|---|---|
| 9/22/2016 | Active View Strategy | 1. Strategy reviewed; general agreement with direction with some followups<br>2. Articulation of strategic differentiator as 1) integration with buyside; 2) we can move the goalpost beyond just viewability into lift<br>3. Explore advantages of moving quickly with current featureset rather than launching later<br>4. AI: Follow-up review on metrics that most strongly correlate with lift<br>5. AI: Also document the "devil's advocate" path - possible negative ramifications of following the opposite strategy<br>6. AI: Schedule an ACM review on this to ensure the entire org is aligned | deck | Notes |
| 9/14 | Brand Lift and Sales Lift | 1. Good update, excited about the upcoming results<br>2. Ensure we continue to work on a crystallized narrative for different verticals & a straightforward sales pitch overall<br>3. Flesh out vision of how this will eventually be presented to advertisers: does it stay in ICS or eventually exposed in front end? where? | deck | Notes |
| 9/13 | Remarketing Q3 Update | 1. Come back with a proposal for the user experience during the gmail experiment, including the right narrative in "why this ad" as well as display in footprint. Take into account actions like deleting footprint data. Experience should not be negative-pressworthy<br>2. In addition to above, include long-term vision for UX beyond the experiment<br>3. Explore options for cross-advertiser actions once user or advertiser has provided signal that product was bought (i.e. instead of muting, offer related products)<br>4. Work to get higher prioritization for Youtube inventory. Escalate if there are issues<br>5. Path to scale distilled down to 1) more inventory, 2) move static into dynamic, 3) create very simple solutions for the long tail. | deck | Notes |

| | | | | |
|---|---|---|---|---|
| 9/8 | Externalization Pilot for Insights and Planning | 1. Good to go on externalizing pilot - move fast and in parallel. Start meetings with potential clients now.<br>2. Make externalized toolkit more comprehensive - take opportunity to get more feedback on wider set of tools.<br>3. Commercialization: come back with a more data-driven recommendation on size of pilot (up from small size today) | deck | Notes |
| 9/8 | Programmatic TV | 1. Good update, start selling. Figure out an MVP and move.<br>2. Solidify a succinct statement of our differentiation in the market and a commercialization plan<br>3. Sync with Danielle on model and pricing to test whether the proposed pricing model is best<br>4. Explore whether the proposed Phase I MVP is sufficiently stable that it won't create undue dependencies on untested systems<br>5. Help WideOrbit design their protocol instead of dealing with what may be poorly designed rules/system interactions | deck | Notes |
| 9/8 | Display Store Visits Update | 1. Strategy and roadmap approved.<br>2. Don't oversell Phase 1 externally, and reveal our roadmap for Phase 2 and 3 vaguely to set expectations.<br>3. Define what constitutes a "quality click" that might be used to more accurately correlate with (or predict) store visits<br>4. AI: Work on a temp, short term incrementality solution to collect data for decision making, in parallel with a long-term commercializable solution.<br>5. AI: Prioritize and plan for Phase 2 requirements in GKS planning | deck | Notes |
| 9/8 | Video Ads in Apps | 1. Proposal is a go - but coordinate with TACO / YT to make sure everyone is aligned<br>2. Messaging to customers should be, effectively: 1) Video is a great format, but here's why it's a bit different - there is value beyond clicks; 2) Current video buyers might have to adjust their bid because we're now counting those conversions based on views.<br>3. AI: come back with a clarification of what is "native" in video | deck | Notes |

| | | | | |
|---|---|---|---|---|
| | | 4. Ensure format is taken into account in your pricing, since a heterogeneous group of formats should not necessarily have a flat price | | |
| 8/25 | Pay Per Conversion Beta Update | 1. Good progress, should expand pilot as requested<br>2. Come up with a single risk number that accurately represents campaign-level issue in aggregate<br>3. Beyond testing systems in expanded pilot, test market appetite<br>4. Assess risk and opportunity for each of the identified growth segments<br>5. Explore "hybrid" model where we subsidize growth/volatility invisibly<br>6. Explore developing (or, if exists, utilizing) FICO-style credit score that can be used cross product | deck | Notes |
| 8/25 | AWBID Expansion | Proposal accepted with small changes to the principles (listed below):<br><br>1. For GDN, if the same query is available on AdX, always buy it there<br>2. See if we can do the same with DBM -- there should be advertiser advantages in doing so<br>3. If signals better on other exchanges, okay to buy there, BUT we should help close the gap w/ AdX<br>4. Spam and minimum content standards (GCAP) should be consistently enforced across GDN/DBM<br>5. Beyond that, any decision that GDN makes on behalf of advertisers should be available as a checkbox w/ default "off" to DBM advertisers.<br><br>Team accepts that these are ideal principles and that implementations may not perfectly adhere to these principles. Specific implementation options and tradeoffs for things like bidding will be discussed in future meetings.<br><br>**AIs:**<br>1. Follow-up w/ the group via email in the week of 9/5 to confirm approval.<br>2. Team to come back w/ concrete numbers on cost/benefit for each targeting type before expanding.<br>3. Team to get exec approval for bidding strategies that are guided by the agreed upon principles. | deck | Notes |
| 7/21 | BART CSAT & Roadmap Review | 1. No major issues<br>2. Request to align future CSAT benchmarks with a tool like GRM or Greentea | deck | Notes |

| 7/21 | GDN Ads in Apps | 1. Come back to team with more clarity on the opt-out rate of mobile, and for apps backfill by opt-out type<br>2. Schedule a future review including DBM and AdX participants and numbers<br>3. Followup with plan to segment apps at a rational level of granularity (e.g. by category or type) instead of yes/no and app-by-app<br>4. Re-cast formats strategy statement as a unified strategy for apps and mobile, instead of 2 strategies that have overlaps<br>5. Explore reversing the decision (currently in experiment) to bring opt-out option to light in AWFE, enacted as part of Skyray. | deck | Notes |
|---|---|---|---|---|
| 7/20 | Planning Data Externalization Update | 1. Ok to move ahead on relay logs by the same terms with 3P partners in new markets<br>2. Need to push back on JICs re: granularity / detail of information provided. Define hard line, for privacy or business reasons, and go back and negotiate<br>3. Develop acceptable (to Paul / Eisar / Youtube) privacy solution; general agreement that option 3 related to GAIA ID is in the ballpark.<br>4. Can handle next steps by email except in the case of significant exception | deck | Notes |

9/22/2016
    Active View Strategy
9/14
    Brand Lift and Sales Lift
    Remarketing Q3 Update
9/8
    Externalization Pilot for Insights and Planning
    Programmatic TV
    Display Store Visits Update
    Video Ads in Apps
8/25
    Pay per Conversion Update
    AWBID Expansion
7/21
    BART CSAT & Roadmap Review
    GDN Ads in Apps
7/20
    Planning Data Externalization Update
7/14

CONFIDENTIAL
GOOG-DOJ-07275378

Full Auto (Smart Display Campaigns)
Conversion Attribution for Performance Video Ads

7/8
    CN Android App Install

7/1
    Rewarded Demand Trial

6/16
    Gmail Ads vNext

6/9
Review of GAIA-based Targeting Product Ideas

5/26
Unique Reach Review

5/19
    Viral Reservations
    Audience Next Principles
    CRMid

5/18
    Advertiser/Creative syncing for Tencent Admob Deal

5/9
    Outstream Video

4/28
    Approval for Ads Appropriateness Survey [deck]
    Display & Gmail Store Visits [deck]
    Conversion Lift Experiments [deck]
    Cross-device Targeting Update for N2 launch [deck]
    Cross-device Targeting in DBM [deck]

4/7
    Updating the Definition of Banner Impressions on Apps (deck)

4/6
    Brand Sales Lift Strategy (deck)

3/31
    GDN Programmatic Discussion (Follow-up to 3/30 Buyside Strategy see deck)
    Google Preferred + Demo Sell-through Rate

3/30
    Buyside Strategy, Follow Up (deck)
    Ads Preferences Manager & Viral Signed-out
    Mobile Mediation Update [slides]
    YT country tuning and non-skippables [slides]

3/18
    Gmail Ads (deck)

3/17
    Narnia 2.0 Pre-regulatory Briefing (deck)

3/10
    Native on Apps [slides]

CONFIDENTIAL

3/7
- YT P-staff Follow-up On Auction Predicted Reach Product Proposal [slides]

3/3
- YouTube DR Strategy and Shopping Update [slides]
- Update on Media Planning Progress (AI to come back from a prev. MR Ask) [slides]
- Using Same-device Links Discovered Through X-device Sources with Mobius Policy (For Measurement & Targeting) [slides]

3/1
- Competition Review for Mobile and Video Ads [deck]

2/25/2016
- YouTube User Cost - User Cost of Non Skippable Ads
- Display Buyside Product Strategy (+GDN Deep Dive)
- Contributor 2016 Strategy

2/11/2016
- Sales lift update
- Dynamic Remarketing Update
- Customer Match Update

2/10/2016
- Auction TrueView Ads for YouTube Kids Experiences

2/8/2016
- Third-Party conversion tracking simplification

2/4/2016
- Brand Safety on YouTube
- Viewability & Presence Commercialization
- Fiber XMA

2/1/2016
- Removing/Reducing Text Ad CTA Buttons on Desktop
- X-Device Targeting Options for N2 Using Constellation

1/28/2016
- Sparkles Review

1/21/2016
- Audience Next: Vision and Plan
- Location Ads Roadmap Review
- Native Review Prior to ACM

1/15/2016
- XX% RPM OKRs: 2015 & 2016

1/14/2016
- Inventory Strategy

**ARCHIVE OF PREVIOUS NOTES**

## 1/15/2016

### XX% RPM OKRs: 2015 & 2016

Feedback:

Hear the desire to be able to do more CPD-positive launches at the cost of revenue. Try out reporting CPD-positive, revenue-negative launches w/o adding to the totals

Concerned that we may not be pushing hard enough on mobile web and apps (accepted that desktop is a mature business). Is the 28% a strong enough goal?

The Bc accounting methodology change will lower all the numbers this year, the KRs and the performance.

We may be under-invested in formats, SearchAds had good results with heavily ramping up the formats team. We've ramped up quite a bit, and continue to.

Not many outside of Ads understand these numbers. We should report actual numbers for specific launches where that makes sense.

These KRs were proposed before headcount guidance was given.

AIs:
- **For 2016, have a mobile formats OKR; remove "total web"; add "ctWeb"**
- **In Q1, pilot the plan to call out large CPD-positive launches and not count them in the OKR grades.**
- **(Request from Paul): Pull actual revenue and RPM growth for 2013, 2014, 2015 to compare to OKR results, and in the future report actual numbers for specific launches (not just percentages)**

> **Commented [26]:** +alms@google.com can y help fill out the decisions/ AIs? I tried to captu all but may have missed a couple.
>
> **Commented [27]:** +clifforc@google.com +madineni@google.com
>
> **Commented [28]:** okay, all set. I believe I ca the AIs.
>
> **Commented [29]:** I added back the one I cap was a specific request from Paul. Thanks!
>
> **Commented [30]:** Oh, I remember the reque was about reporting in $$ instead of % at time specific launches/initiatives, right? I didn't hea about doing this for previous years - why did h that? (I actually already have that, I did it for n I found it interesting.)
>
> **Commented [31]:** Could you please share?

## 1/14/2016

### Inventory Strategy

Objectives of meeting is to update on AWBid and first look and discuss a few decisions.
- $100M ARR (75 on GDN) on DFP
- $175M ARR on AWBid
- First look can take over sponsorship in first look
- 88% in DFP are impressions we wouldn't be able to buy in any other way
- 32% happens on demand. 80% of cookies appear on AWBid and on Adx. 80% of the impressions we weren't able to buy even if the domain appeared on Adx.
- Discussion
- Subject 1: Confirm external marketing messages
    - Confirm we are buying cross-exchange and we can turn it up and down on our discretion
    - Talk about the way we are buying on DRX
    - Discussion
        - Concern 1) If we are going to make a broader statement later, why make a remarketing narrow message now. Concern 2) The reason we didn't buy in other places was to protect our advertisers. Now we would expand while protecting our

- advertisers. The concern is that we don't want it to become a talking point for SSP competitors.
- We may need another sticky point to replace this value proposition. The reason to go Remarketing is to gain time while getting some gain in the marketplace without losing the AdX/GDN current differentiation..
- Woojin/Brad: We want to announce in May the GDN programmatic story because it's a big event. We want to talk cross exchange. We start with remarketing and then follow with the audience suite. Trying to not be restricted in what we can say.
- Scott: another option is to keep it vague and have them guessing.  Eisar: we will be smart with how we buy. You have to provide value to us.
- Jerome: If we go fast on the message but we go slow on the execution, it's a problem.  Brad: We have to deliver within the following 3 months after GPS.
- Eisar suggested message: GDN is the best place for advertisers. If you as a publisher want a good access to it, you should go through AdX because it is best built to capture this advertiser demand (since it's safe and GDN will prefer safe). This way we open up GDN to other exchanges but we don't send publishers away from ADX.
- Eisar: If we are ready by April with a story and delivery, we may approve it.
- Brad: we are trying to avoid going out with a restriction.
- Jonathan B: Our 2 differentiators with publishers were: dynamic allocation exclusivity and AdX exclusivity. We may lose both if start buying on AdX just like any other exchange.
- 20% of Rubicon buying is from DBM. Eisar: Can we change something that would reduce that. It's a very serious situation.
- **Summary and decisions**
  - Summary:
    - We agree that GDN Programmatic will happen. This will break down the key differentiator of AdX: GDN exclusivity and dynamic exclusivity.
    - If we move to AWBid, it will hurt ADX. On the other end, if we don't, everyone will move to DBM and we will lose both GDN and AdX. This means we have to go in the AWBid direction and defend AdX - Find new differentiators.
    - Since we control both sides we should be able to figure those out.  We should have a working plan on that before going too far.
  - **Decisions:**
    - We need to come up with the right story for May that needs to be approved.
    - The 20% of buying on Rubicon is a big problem. We need to get into it and understand what is causing it.
    - Joint effort to defend AdX. We have to accelerate the co-work of DBM, GDN, and the publishing platform to make progress.  We need to decide how to make ADX strong. We would review this every 2 weeks.

- - Unified Google buy-side agreements for DBM and AWBid. We would use the.  We will use spam protection as much as possible minimum restrictions in the agreement.  The teams are on the same page on this.
  - **Subject 2 - Incrementality discussion**
    - Discussion
      - Sometimes we have the same access to inventory but we just can't buy it.  80% number is we can buy it with a lower floor from a different exchange.
      - Eisar: publisher may fish for the best place. We want to make sure it's symmetric. Make sure publishers wouldn't put high floor on ADX always and we will end up buying on other exchanges.
      - 2 options Ballak: 1) we enforce working on one exchange for publishers 2) we acknowledge that the industry will keep having many exchanges. We want to give a publisher a choice on per impression to give them a choice and show them it's not good to put high floors.
    - **Decision**:
      - Jonathan will come back with a proposal how to encourage publishers to use AdX.
  - **Subject 3 - Dynamic rev share.**
    - Currently we run higher margin than DBM. Our goal is to equalize it to 15% buy-side margin. Allow greater flexibility in negotiating AdX open auction rev share to be competitive.
    - When AWBid buys on other exchanges it's 32%+10% on rubicon. When we buy on AdX it would be 32%.
    - **Decision**:
      - approve the flexible dynamic buying.


  -

**ARCHIVE OF PREVIOUS NOTES**

CONFIDENTIAL