# Plaintiffs' Exhibit 38

**From:** Tobias Maurer <tmaurer@google.com>
**To:** Brad Bender <bradbender@google.com>
**Subject:** Re: [Rev-team] Re: Global Display Cross Product Revenue Performance - Mon May 01 2017

Casale, OpenX, Bidswitch seem to get a good bump over the past few week but no exchange really stands out (see below). If I remember correctly, the target for AWBid has mainly be set by forecasting based on 2016 performance. With revenue being highly dependent on exchange integrations that seemed the most logical way at the time. Happy to reach out to Matt Guio if you think we should adjust/further investigate.



source

On Tue, May 2, 2017 at 9:18 PM, Brad Bender <bradbender@google.com> wrote:

> Tobias - one final question - given AppNexus is still ramping, do you know which exchanges are driving this overperformance? Thx
>
> On Tue, May 2, 2017 at 5:16 PM, Brad Bender <bradbender@google.com> wrote:
>
>> +1, I think this is a good time to rationalize across our touch points.
>>
>> On May 2, 2017 5:06 PM, "Tobias Maurer" <tmaurer@google.com> wrote:
>>
>>> In the past it was $ based.
>>>
>>> Since we are thinking about having all demand flow into demand product we have a good reason to revisit our decision on AWBid being RMKT only.
>>>
>>> I floated the idea one level under Bellack and Aparna and didn't get much pushback.
>>>
>>>
>>> On Tue, May 2, 2017 at 4:54 PM Jason Bigler <bigler@google.com> wrote:
>>>
>>>> sg. I wasn't really in the loop when the remarketing-only discussion was had. I guess my main question is, has anything changed with the political winds or do we think the $ story might be enough to sway opinions.
>>>>
>>>> On Tue, May 2, 2017 at 7:48 PM, Tobias Maurer <tmaurer@google.com> wrote:

Sure. I asked Joan to find us some time to talk.

On Tue, May 2, 2017 at 3:35 PM, Brad Bender <bradbender@google.com> wrote:

Thanks. Great to hear about the additional upside as AN ramps. Can we get a few mins to talk through our next steps to enable additional demand? Thx

On May 2, 2017 2:49 PM, "Tobias Maurer" <tmaurer@google.com> wrote:

We're running ICM and Keyword experiments on AWBid. If we turned ICM on today, we would see close to 1% bump for GDN overall (or ~75M ARR). That's without any latency optimizations, with limited signals. subset of exchanges.
Speaking of AWBid taking off - with just RMKT and after taking lots of pro-active cuts to help with brand safety efforts, we just reached our first $1M day. This should go up as we ramp-up Appnexus over the next few weeks. Another big opportunity is mobile app inventory in cross exchange. Mobius could open this up to RMKT but we'd have to finalize go/bidguard, our project to mitigate spam issues in app/native.

On Tue, May 2, 2017 at 2:03 PM, Brad Bender <bradbender@google.com> wrote:

Wow. Based on this it strikes me we may want to revisit our decision to keep AwBid limited to remarketing only (that is what is driving our current GDN overperformance).
Tobias - where did our AwBid expansion discussions leave off? Seems like this could be a pretty big opportunity for performance advertisers more generally. A few thought experiments would be: in-market segments running x-exchange, SDC automatically running x-exchange, etc.

Brad
---------- Forwarded message ----------
From: **Jon Greenberg** <jongreenberg@google.com>
Date: Tue, May 2, 2017 at 1:56 PM
Subject: Re: [Rev-team] Re: Global Display Cross Product Revenue Performance - Mon May 01 2017
To: Eisar Lipkovitz <eisar@google.com>
Cc: Rev-team Daily Alerts <revteam-daily-alerts@google.com>, display-beancounters <display-beancounters@google.com>, "beancounters@google.com" <beancounters@google.com>, Rev-team <rev-team@google.com>


Eisar,
I will discuss the recent DBM reporting fix and also address your questions regarding GDN overperformance:

1) We have identified a data issue impacting DBM reporting that is fixed in this run. In short, a taxonomy change in upstream sources caused this alert to under-report revenue by ~$300K/day. Total impact to DBM ex YT performance is ~3.5 ppts of performance and can be seen in today's daily alert.

Please also note that this issue has not yet been resolved in go/displayperformance; we are working on a fix but have other upstream dependencies that need to be resolved. Global Product Forecast is not impacted by the data issue.
2) Regarding the GDN overperformance, I do not see any evidence of a bug here. The reason this GDN web overperformance is more noticeable in the display alert is because we are incorporating non-Google inventory in this row and that non-Google inventory is driving the overperformance.

GDN Web on AFC = 106.0%
GDN Web on AdExchange = 99.0%
GDN Web on Gmail = 97.9%
GDN Web on Non-Google = 174.0% (237% against annual plan yesterday)

HIGHLY CONFIDENTIAL

GOOG-DOJ-03891331



Jon

On Tue, May 2, 2017 at 11:09 AM, Eisar Lipkovitz <eisar@google.com> wrote:

The GDN overpeformance is very surprising, especially for first day of the quarter and May day. Smells like a bug, especially when the Publisher side alert didn't show much strength

On Tue, May 2, 2017 at 11:06 AM, <revteam-daily-alerts@google.com> wrote:

Hello,

The Global Display Cross Product Revenue Performance for Mon May 01 2017 is available to view here.

For bookmarking, the most recent Global Display Cross Product Revenue Performance available can always be accessed at:
https://sites.google.com/a/google.com/revteam_alerts/home/global-display-cross-product-revenue-performance.

--
Eisar

"Interested in opportunities in Display Ads? : go/dvaa-mobility"

https://memegen.googleplex.com/5246758434635776

--
You received this message because you are subscribed to the Google Groups "Rev-team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to rev-team+unsubscribe@google.com.
To post to this group, send email to rev-team@google.com.
Visit this group at https://groups.google.com/a/google.com/group/rev-team/.
For more options, visit https://groups.google.com/a/google.com/d/optout.

--
Jon Greenberg | Senior Financial Analyst | jongreenberg@google.com | 814-571-9724

HIGHLY CONFIDENTIAL

You received this message because you are subscribed to the Google Groups "display-beancounters" group.
To unsubscribe from this group and stop receiving emails from it, send an email to display-beancounters+unsubscribe@google.com.
For more options, visit https://groups.google.com/a/google.com/d/optout.

--
Brad Bender | VP, Product Management | bradbender@google.com | 212.381.5430

**There's a perfect ad for everyone.**

--

Tobias Maurer | Product Manager | tmaurer@google.com |

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

Tobias Maurer | Product Manager | tmaurer@google.com |

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--

Jason Bigler | Google | bigler@google.com | +1.973.747.8667

--

Tobias Maurer | Product Manager | tmaurer@google.com |

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--
Brad Bender | VP, Product Management | bradbender@google.com | 212.381.5430

**There's a perfect ad for everyone.**

HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-03891333

--

Tobias Maurer | Product Manager | tmaurer@google.com |

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

HIGHLY CONFIDENTIAL

GOOG-DOJ-03891334