# Plaintiffs' Exhibit 39

PRIVILEGED AND CONFIDENTIAL

# Awbid

Nov 2019

HIGHLY CONFIDENTIAL
GOOG-DOJ-13615208



261M ARR in jan 2017 to 429M ARR in Oct 2018, with peak ARR of 569M in Mar 2018

HIGHLY CONFIDENTIAL

GOOG-DOJ-13615209

> ## What is Awbid?
>
> Awbid:
>
> AdWords buying on third-party exchanges (non-AdX)
>
> Currently launched for remarketing and icm verticals only. No advertiser control.
>
> Like DBM but for AdWords advertisers

- Why remarketing only?
- Remarketing is where Adwords faces the most competitive pressure and most benefit from additional reach. Majority of remarketing advertisers are not budget constrained and want more conversion volume.
- Greatly reduces concerns about impact to publisher business.
- Simplifying targeting helps meet tight exchange response deadlines

HIGHLY CONFIDENTIAL                                                              GOOG-DOJ-13615218