# Plaintiffs' Exhibit 43


Google
AWBid Update for DMPM
Cross-exchange buying for remarketing
Tobias Maurer
9/4/2014
PRIVILEGED AND CONFIDENTIAL


Google
What is AWBid (AdWords Bidder)?
AdWords
CAT2
XBID
3rd Party
Exchange
(Cross-exchange buying for remarketing)
Google Confidential and Proprietary

Google

# Inventory Quality Meets AdX policy ratings and compares to Adsense Longtail

Based on June review by stwhite@, pfb@ in Vinay Rao's team

**Policy rating:**
6/10 (vs. 7/10 AdX)

**Subjective Content Quality:**
3/10, compares to long-tail AdX/AdSense

**Issues addressable with blacklists:**
Webmail, Copyright, Cracking/Hacking, T&C compliance, few low quality sites

**Need to monitor but not blocking:**
Ad injection, Sexual Content, Desktop app inventory, Syndication

**Recommendation:**
No blocking issues, especially if audience buy

| | Description | Action |
|---|---|---|
| **Webmail** | 6-7 webmail providers (eg. orange.co.uk) | blacklist/whitelist based off webmail beta solution |
| **Copyright** | some evidence, eg. dramafire.com, anmoltov.info | AdSense blacklist |
| **Cracking/Hacking** | | |
| **T&C compliance** | MP3/Video downloads, subverting rights, use Google Product abuse blacklist | |
| **Ad injection** | suspecting ad injections (eg. thephonebook.bt.com) | not blocking: can create a list of top 100 O&O properties and block them |
| **Sexual Content** | very little evidence, eg. imgur.com | not blocking: keep monitoring |
| **Desktop app** | | not blocking: keep monitoring |
| **Multi-level Syndication** | can create a list of top 100 O&O properties and block them | not blocking: keep monitoring |

PRIVILEGED AND CONFIDENTIAL

Google Confidential and Proprietary

https://docs.google.com/a/google.com/document/d/1Oe2MMiLAo2RF43vVm462sDxe9i2jS1HJkMyIN07nSP8/edit



# Click Spam is at acceptable levels in most exchanges, actions for outliers needs discussion

Based based on 5/18 - 6/16 analysis with power drill and writeup by privard@, kdhuang@

Currently not getting spam signals on impression basis but will with launch 115647

Casale Media's spam due to ad verification service, can be addressed with special log handling on our end.

| | Online | Offline |
|---|---|---|
| Rubicon | Live EOW | Live EOW |
| **OpenX** | 14.8% | 3.5% |
| **Casale Media** | 35.2% | 0% |
| **PulsePoint** | 14.6% | 100% |
| **Pubmatic** | 17.9% | insufficient traffic |
| **Yieldlab** | 14.8% | insufficient traffic |
| **AdX** | 10.4% | 1% |

percentage of clicks considered fraudulent, based on same spam criteria applied to AdX

**Next Steps**
More experimentation needed understand nature of spam, then work with offenders to address spam or terminate buying

PRIVILEGED AND CONFIDENTIAL

Google Confidential and Proprietary