# Plaintiffs' Exhibit 44

**From:** Chris LaSala <chrisl@google.com>
**To:** Marc Theermann <theermann@google.com>
**Sent:** Wed, 12 Sep 2012 15:53:17 -0400
**Subject:** Fwd: Adx Mobile Stand Alone

I'm confused by Atul's suggestion to get AdX YM to the DFP accounts when in the previous paragraph he states that TYM won't be ready until Q1 next year??

---------- Forwarded message ----------
From: **Atul Bhandari**
Date: Tuesday, September 11, 2012
Subject: Adx Mobile Stand Alone
To: tony ralph <tonyr@google.com>
Cc: Scott Spencer <scottspencer@google.com>, Marc Theermann <theermann@google.com>, Chris Chris LaSala <chrisl@google.com>, Daniel Kang <dkang@google.com>, Tom Pritchard <tpritchard@google.com>


Hi Marc,
We have not yet commercialized mobile in-app for use with third party ad servers. We need to do 2 things before that.

> 1. to ensure that we have beefed up demand for mobile in-app (TYM, GMob, getting Mobile ad nets on RTB etc)
> 2. to certify third party ad severs for use with the AdMob SDK (as you pointed out).

Until we have generated sufficient demand, we agreed to be conservative in selling AdX mobile in-app as our YM solution. Further, we strongly prefer selling to DFP publishers so that we can lower risk by leveraging dynamic allocation.  For this reason, the initial beta was limited to DFP Premium and DFP SB only.

We are on track to deliver TYM by Q1 next year.  We are also making progress on other routes to increase mobile in-app demand on AdX.  I think that by Q2 next year, we should be well positioned to make a strong push for AdX as our in-app YM solution both on DFP and third party ad servers.

In the interim, should we focus on selling ADX YM to the DFP accounts?  We currently only have Merriam W. & Flixster.  In the interim, it would be a good idea to look into integration with other ad servers and start defining a certification process to bless them.  From similar work on the buy side, I know this can take a while.  Would be terrific if we can get your help kicking this off along with Tom's team.

Atul

On Mon, Sep 10, 2012 at 7:57 PM, tony ralph <tonyr@google.com> wrote:

  Scott, we have recently consolidated mobile under Tom Pritchard who I've included on the

thread. Daniel (Admeld/AdX mobile) and Miri Lee (XFP mobile) now report directly to Tom. Tom and team should be able to help with Beta / Commercialization from the gTech perspective (when appropriate I'll work closely with the team).

On Mon, Sep 10, 2012 at 6:13 PM, Scott Spencer <scottspencer@google.com> wrote:

> \+ Tony
> Marc,

These are great suggestions.

Tony - with the recent services changes, who is the best person within g-tech to spearhead this kind of testing and service readiness?

Marc - from your experience, what do we need to do to test and document these integrations?

-scott

On Mon, Sep 10, 2012 at 12:52 PM, Marc Theermann <theermann@google.com> wrote:

> Hi Scott, Hi Atul,
> We are very excited that you guys have integrated AdX Mobile directly into the Octagon SDK, so that we can sell it as a stand-alone solution (without XFP).

Quite frankly, I think it will fly off the shelves, and we are starting to look for some early Beta partners for you now.

Having said that, I am concerned about 3 things:

a.) Many of our target publishers are using third party ad servers or mediation platforms. I think we should have a clear testing and integration plan, so that we can certify these partners. I would start with Mocean, Admarvel, and Nexage. If you guys want, I can help coordinate these meetings. If we do not do this, support will get out of hand, and we will loose too much control over the process/trouble shooting.

b.) We should figure out first-level support for the publishers that will utilize this solution. The mobile specialist team can help identify partners, send contract, and support the pods. We are not equipped (in headcount, OKRs, and knowledge) to handle AdX support. Who will set up account, manage SDK integrations, and provide trouble shooting?

c.) While I know I might be in the minority, I would like to stress that I think that it is too early to give AdX to non-XFP partners. Most of them will give the tag/SDK to third party ad servers, and yield management companies. These companies will claim "AdX integration" and use this lever to sell their own solutions.

This is an amazing time to "lock in" impressions by offering XFP to publishers with full AdX

DOJ
GOOG-TEX-00034462

dynamic allocation. AdX can serve as a tool to pull publishers onto XFP. By allowing third parties to integrate with AdX mobile web/app we are giving away this advantage.

Dynamic allocation allows AdX to see all XFP impressions. We loose this advantage behind other ad servers.

Ad Servers are sticky, and hard to replace. The next 12 months are a very good time to switch publishers over. That opportunity will pass.

Do we really want to miss it?

Marc

--

Marc Theermann |

--

Atul Bhandari | Product Manager, DoubleClick Ad Exchange | atul@google.com | 650-336-4434

--

Chris LaSala / Director, Americas Publisher Product Sales & Commercialization /  212-565-8801 (office)

HIGHLY CONFIDENTIAL