# Plaintiffs' Exhibit 55

## In the Matter Of:

*UNITED STATES vs*

*GOOGLE*

*BRIAN O'KELLEY*

*September 29, 2023*



Page 150

1 header bidding would have won,
2 regardless of price -- of auction
3 pricing.
4        So I think this is the
5 challenge of a lot of these
6 points, is, is there a justifiable
7 business reason to do this. Can
8 you justify it to your advertiser.
9        This also plays into
10 commercial practices. If Google's
11 client said, we don't care, that's
12 fine, you know, do they have an
13 obligation to bid fairly?
14       I think that's what we kept
15 running into back at this phase of
16 our -- you know, AppNexus's
17 existence, was trying to convince
18 people or explain some of these
19 terms. You know, it's not a
20 coincidence that Google spends
21 60 percent of your money on its
22 own ad exchange.
23       It's not because it's
24 better. It's not because there's

Page 151

1 any difference in supply. There's
2 not any reasonable way to explain
3 that, except for some kind of bias
4 in how they are spending money.
5 BY MS. WOOD:
6    Q.   What is Google's open
7 bidding product?
8            MR. JUSTUS: Objection.
9       Form.
10           THE WITNESS: So Google --
11      after, I don't know, a year or two
12      of header bidding getting real
13      traction, I think Google felt very
14      threatened by fair competition, is
15      my perspective.
16           And they decided that they
17      were going to open up dynamic
18      allocation to other ad exchanges
19      and build their own competitor to
20      header bidding. And they called
21      it, at that point, I think it was
22      called EBDA -- I forget what it
23      stood for. But basically --
24 BY MS. WOOD:

Page 152

1    Q.   Exchange bidding?
2    A.   Exchange bidding. And they
3 got a better name, which is Open Bidder.
4        And the idea was that any
5 SSP could bid into the same auction as
6 AdX, and then the benefit of, you know,
7 adjusting the price -- adjusting the
8 priority in the waterfall, like AdX,
9 would apply to these other exchanges.
10       And their hypothesis was
11 that this would be giving all of these
12 exchanges the same basic benefit as
13 header bidding and that publishers would
14 then turn off header bidding in
15 preference for open bidding.
16   Q.   And why did Google want, to
17 your understanding, publishers to turn
18 off header bidding?
19           MR. JUSTUS: Objection.
20      Form.
21           MR. WEISS: Objection.
22           THE WITNESS: Well, our
23      perception was that publishers
24      using header bidding would

Page 153

1      actually route more money away
2      from Google. And so Google would
3      make less money when a lower
4      percentage of the overall
5      impressions when publishers had
6      header bidding turned on.
7 BY MS. WOOD:
8    Q.   Was AppNexus a customer of
9 Google's open bidding product?
10   A.   No, AppNexus was not.
11   Q.   Why not?
12   A.   Two reasons. One was that
13 Google had a rule that said that if you
14 participate in open bidding, you could
15 not bring unique demand. You could not
16 bring -- you could not be a DSP. Only
17 SSPs could participate.
18       And because AppNexus was
19 both, we couldn't -- we weren't really
20 allowed to participate. We'd have to --
21 there's all these rules that we weren't
22 willing to meet. That's the primary
23 reason, was it just wasn't built in a way
24 that we felt was fair. That's --

Case 1:23-cv-00108-LMB-JFA   Document 1193-25   Filed 08/22/24   Page 4 of 10 PageID# 89046

UNITED STATES
GOOGLE
Highly Confidential
Brian O'Kelley
September 29, 2023

Page 154

1    Q.   Why did you feel it was
2  unfair?
3         MR. JUSTUS:  Objection.
4    Form.
5         THE WITNESS:  Because Google
6    could do whatever they wanted.
7    Google could bring AdSense demand
8    to the table, they could bring
9    their DSP to the table.  But we
10   couldn't.
11        They also were charging a
12   5 percent fee, whereas with header
13   bidding there was no fee.
14        Also, header bidding was
15   open source and fully in the
16   control of the publisher.  Our
17   fear was that as soon as Google
18   got rid of header bidding, they
19   would just change the rules on
20   open bidding to benefit themselves
21   again, after killing all their
22   competitors.  We were not in any
23   way interested in making our
24   business dependent upon Google's

Page 155

1    business rules.
2  BY MS. WOOD:
3    Q.   The 5 percent fee that
4  came -- that Google charged for open
5  bidding, how was that fee paid, if you
6  know --
7         MR. JUSTUS:  Objection to
8    form.
9         THE WITNESS:  I believe it
10   was a rev share.  You know, when
11   you bid, they would just take it
12   out of the bid.
13 BY MS. WOOD:
14   Q.   And to your knowledge, when
15 AdX competes against other non-Google
16 exchanges via open bidding, does AdX pay
17 that 5 percent fee?
18        MR. JUSTUS:  Objection to
19   form.
20        THE WITNESS:  I don't think
21   so, but I'm not sure.
22 BY MS. WOOD:
23   Q.   How, if at all, would the
24 fact that third-party exchanges pay a

Page 156

1  5 percent fee, but AdX does not pay a
2  5 percent fee, impact those third-party
3  exchanges' ability to compete in open
4  bidding?
5         MR. WEISS:  Objection.
6         MR. JUSTUS:  Objection.
7    Form.
8         THE WITNESS:  Going back to
9    basic auction dynamics, if the
10   demand is the same, just assuming
11   that everyone had the same demand,
12   the DSP bids a dollar on each of
13   these platforms.  To win you have
14   to pay the highest price.  So if
15   you're paying an additional
16   5 percent fee, you have to take
17   that out of your take rate.
18        So anyone else -- because if
19   you just take it out of the gross,
20   you're going to lose.  So to win
21   you have to take a 5 percent lower
22   margin than AdX.  So if AdX is
23   charging 20 percent, you're going
24   to have to charge 14 percent to

Page 157

1    even be at parity with Google.  So
2    it just gives Google a huge profit
3    advantage.
4         It also means that as
5    auctions get more competitive, you
6    know, Google has 5 percent more to
7    play with.  If they wanted to take
8    a margin hit, they could
9    potentially just, you know,
10   imagine that they took a 4 1/2
11   percent margin, they'll always
12   win.  No one can compete with
13   Google.  They have, effectively, a
14   trump card to win any auction they
15   want to because they have a lower
16   fee.
17 BY MS. WOOD:
18   Q.   Does the open bidding
19 auction allow Google greater access to
20 data than header bidding?
21        MR. JUSTUS:  Objection to
22   form.
23        THE WITNESS:  Well, in the
24   header bidding auction, the

Page 194

1   So -- and I'm sorry.  I'm
2   going to retread just a little bit of
3   ground for the cleanliness of the record,
4   but not a lot of it.
5       So what was AppNexus?
6   A.  AppNexus was a technology
7   company that built solutions in the
8   advertising space.
9   Q.  Did AppNexus offer tools to
10  help publishers sell ad space?
11  A.  Yes.
12  Q.  And did it offer tools to
13  help advertisers buy ad space?
14  A.  Yes.
15  Q.  And so AppNexus competed
16  with Google in providing advertising
17  technology to buyers and sellers of
18  digital ads; is that correct?
19      MS. WOOD:  Objection to the
20      form.  Leading.
21  BY MR. JUSTUS:
22  Q.  You can answer.
23  A.  Yes.
24  Q.  Mr. O'Kelley, what was your

Page 195

1   role at AppNexus?
2   A.  I was the CEO and the
3   co-founder.
4   Q.  And when did you found
5   AppNexus?
6   A.  In September of 2007.
7   Q.  And when did you leave your
8   role as CEO at AppNexus?
9   A.  We sold the company to AT&T
10  in August of 2018, and I stepped down as
11  CEO as part of that, and I stayed at the
12  company for six more months in a
13  transition role.
14  Q.  Was Microsoft an early
15  investor in AppNexus?
16  A.  Microsoft invested in 2010.
17  Q.  And what kind of investment
18  did Microsoft make in AppNexus in 2010?
19  A.  That was our Series C round.
20  Microsoft invested $42 million of the
21  $50 million of investment in that round.
22  Q.  Was Microsoft a major client
23  of AppNexus?
24      MS. WOOD:  Objection to the

Page 196

1       form.
2       THE WITNESS:  Yes.
3   BY MR. JUSTUS:
4   Q.  Was it AppNexus's biggest
5   client?
6       MS. WOOD:  Objection to the
7       form.
8       THE WITNESS:  They were our
9       largest client by revenue when we
10      sold.
11  BY MR. JUSTUS:
12  Q.  What was your role in
13  developing AppNexus's relationship with
14  Microsoft?
15  A.  I was involved in early
16  sales conversations with them in 2009 and
17  '10 and negotiated the investment and
18  commercial relationship in the sort of
19  first cycle.
20      And then I remained involved
21  in that relationship, largely as an
22  executive sponsor, through the end of the
23  -- till we sold the company.
24  Q.  What does it mean to remain

Page 197

1   involved as an executive sponsor?
2   A.  So because they were a large
3   client, we had a dedicated account
4   manager or account lead who was
5   responsible for maintaining the
6   commercial relationship with Microsoft.
7   But every quarter, give or take, we'd
8   have a quarterly business review, and
9   either me or the president of AppNexus,
10  Michael Rubenstein, would come in,
11  typically in Seattle.  We'd fly out, and
12  we'd have a sort of review with senior
13  executives from Microsoft to check in on
14  the status of the relationship and, you
15  know, talk about priorities and, you
16  know, things like that.
17  Q.  Mr. O'Kelley, are you
18  familiar with the term "remnant
19  inventory"?
20  A.  I am.
21  Q.  What is it?
22  A.  Remnant inventory is a term
23  to describe -- this is more in the
24  pre-programatic era.  A publisher would

Page 346

1  more?
2          MR. JUSTUS:  Another hour.
3          MS. WOOD:  If you want to
4  talk for an hour about AdX's take
5  rates, sure.
6          MR. JUSTUS:  We don't have
7  any more questions.
8          THE VIDEOGRAPHER:  3:52.  We
9  are off the record.
10         ************
11         (Excused.)
12         (Deposition concluded at
13 approximately 3:52 p.m.)

Page 347

1
2                  CERTIFICATE
3
4
5          I HEREBY CERTIFY that the
  witness was duly sworn by me and that the
6 deposition is a true record of the
  testimony given by the witness.
7
           It was requested before
8 completion of the deposition that the
  witness, BRIAN O'KELLEY, have the
9 opportunity to read and sign the
  deposition transcript.
10
11         _Michelle L. Gray_____
12
           MICHELLE L. GRAY,
13         A Registered Professional
           Reporter, Certified Shorthand
14         Reporter, Certified Realtime
           Reporter and Notary Public
15         Dated:  October 3, 2023
16
17
18         (The foregoing certification
19 of this transcript does not apply to any
20 reproduction of the same by any means,
21 unless under the direct control and/or
22 supervision of the certifying reporter.)
23
24

Page 348

1              INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.
10         You are signing same subject
11 to the changes you have noted on the
12 errata sheet, which will be attached to
13 your deposition.
14         It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.

Page 349

1              - - - - - -
                E R R A T A
2              - - - - - -
3
4  PAGE   LINE   CHANGE
5  ____   ____   _____
6         REASON:  _____
7  ____   ____   _____
8         REASON:  _____
9  ____   ____   _____
10        REASON:  _____
11 ____   ____   _____
12        REASON:  _____
13 ____   ____   _____
14        REASON:  _____
15 ____   ____   _____
16        REASON:  _____
17 ____   ____   _____
18        REASON:  _____
19 ____   ____   _____
20        REASON:  _____
21 ____   ____   _____
22        REASON:  _____
23 ____   ____   _____
24        REASON:  _____

Page 350

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
 4          I,_____, do
 5   hereby certify that I have read the
 6   foregoing pages, 1 - 351, and that the
 7   same is a correct transcription of the
 8   answers given by me to the questions
 9   therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16    BRIAN O'KELLEY                DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
     _____
23   Notary Public
24
```

Page 351

```
 1            LAWYER'S NOTES
 2   PAGE  LINE
 3   ____  ____  _____
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF BRIAN O'KELLEY

Case Name:      In Re: Google Antitrust Investigation

Dep. Date:      September 29, 2023

Deponent:       Brian O'Kelley

| Page | Line | Correction | Reason for Correction |
|------|------|------------|----------------------|
| 184  | 17   | Change "participant" to "participants" | Transcription error |

    /s/ Isabel Agnew

 October 18, 2023

1

*United States v. Google LLC*

Google's Errata Sheet for Google's Counsel's Questions in the Transcript of the 30(b)(1) Deposition of Brian O'Kelley (September 29, 2023)

| Page | Line | Now Reads | Should Read | Reason |
| --- | --- | --- | --- | --- |
| 197 | 24 | pre-programatic | pre-programmatic | Transcription error |
| 198 | 8 | guarantee | guaranteed | Transcription error |
| 201 | 17 | inventory, mobile inventory | inventory or mobile inventory | Transcription error |
| 209 | 4 | DirectTV | DirecTV | Transcription error |
| 220 | 17 | Ms. Scott Morgan | Ms. Scott Morton | Transcription error |
| 223 | 14 | Ms. Scott Morgan's | Ms. Scott Morton's | Transcription error |
| 225 | 10 | Ms. Scott Morgan's | Ms. Scott Morton's | Transcription error |
| 249 | 20 | YieldX | Yieldex | Transcription error |
| 250 | 14 | YieldX | Yieldex | Transcription error |
| 250 | 15 | YieldX | Yieldex | Transcription error |
| 259 | 2 | YieldX | Yieldex | Transcription error |
| 259 | 13 | YieldX | Yieldex | Transcription error |
| 259 | 15 | YieldX | Yieldex | Transcription error |
| 260 | 13 | YieldX | Yieldex | Transcription error |
| 260 | 20 | YieldX | Yieldex | Transcription error |
| 261 | 4 | YieldX | Yieldex | Transcription error |
| 263 | 4 | Plus SSB | Plus SSP | Transcription error |
| 263 | 19 | programatic | programmatic | Transcription error |
| 263 | 21 | that integrating AppNexus SSP | that integrating the AppNexus SSP | Transcription error |
| 265 | 20 | programatic | programmatic | Transcription error |
| 269 | 15 | direct sells | direct sales | Transcription error |
| 270 | 21 | server | serving | Transcription error |
| 279 | 8 | win prizes | win prices | Transcription error |
| 295 | 15 | Ms. Scott Morgan | Ms. Scott Morton | Transcription error |
| 296 | 11 | my clients | my comments | Transcription error |
| 301 | 1 | paper on Ms. Scott Morton's paper | comment on Ms. Scott Morton's paper | Transcription error |
| 303 | 1 | Google had a strong argument | Google has a strong argument | Transcription error |
| 307 | 4 | "Don't know | "Dunno | Transcription error |
| 311 | 24 | programatic | programmatic | Transcription error |
| 313 | 7 | programatic | programmatic | Transcription error |
| 315 | 10-11 | you tell the exchange, say, from The New York Times | you tell the exchange it's from, say, The New York Times | Transcription error |
| 315 | 24 | what they expect to buy | what they expect to block | Transcription error |

| 319 | 15 | programatic | programmatic | Transcription error |
| --- | --- | --- | --- | --- |
| 324 | 20 | distributive | distributed | Transcription error |

I have read the transcript of the 30(b)(1) deposition of Brian O'Kelley and have listed all changes and corrections to my questions above, along with my reasons therefore.

Date:   10/23/2023                                                  Signature: