# Plaintiffs' Exhibit 58

Message

| | |
|---|---|
| From: | Jan Sehrt [sehrt@google.com] |
| Sent: | 6/12/2013 1:29:17 PM |
| To: | Daniel Silveira [silveirad@google.com] |
| CC: | Valeria Engelmann [valeriaeng@google.com]; Michael Smith [mdsmith@google.com]; Scott Spencer [scottspencer@google.com]; Pooja Kapoor [poojakapoor@google.com] |
| Subject: | Re: [adx-questions:11469] Do AdMeld API features exist for AdExchange NPM? |

It exists already in AdX ANO.

On Wed, Jun 12, 2013 at 3:25 PM, Daniel Silveira <silveirad@google.com> wrote:
Hi,

On a similar note, will AdX launch a passback functionality in the near future?

Daniel Silveira | Strategic Partner Manager - Online Partnerships Group | silveirad@google.com | +1 (650) 214-4769

Install Firemeld for Chrome

On Wed, Jun 12, 2013 at 8:39 AM, Valeria Engelmann <valeriaeng@google.com> wrote:

Clear now Jan. Thanks a lot for the reply. I wil let the publisher know.
What i get is that the pub could obly do the bid integration if he owned the sites. As he doesn't, he needs to respect the Adx NPM policies.
If you see any potential in the near future with metanetworks, please let me know.
No answer needed.
El jun 12, 2013 7:53 a.m., "Michael Smith" <mdsmith@google.com> escribió:

Agree with your assessment Jan.

Michael Smith | Prod Mgr, AdX | mdsmith@google.com | +44(0)7898636515

Google London | Belgrave House | 76 Buckingham Palace Road | London SW1W 9TQ | United Kingdom

On Tue, Jun 11, 2013 at 5:00 PM, Jan Sehrt <sehrt@google.com> wrote:
P. S. Scott / Michael correct me if wrong but there is no policy compliant integration we can offer. Correct?
Sent from my Nexus. Please excuse typos and brevity.

Am 11.06.2013 22:58 schrieb "Jan Sehrt" <sehrt@google.com>:

This is were we have a small misunderstanding. :-)

Even a bid based server side integration like the Admeld api would be against adx sellside policy for NPM pubs. (they would still be a NPM pub).

Sent from my Nexus. Please excuse typos and brevity.

Am 11.06.2013 22:12 schrieb "Valeria Engelmann" <valeriaeng@google.com>:
Completely agree Jan, this was the main reason of my thread. Only a new feature that allows bid integration would be an interesting proposal for this partner.

The question remains then : do we have any product to offer Metanetworks like the bid integration system they used to have with AdMeld ?
can any product/ feature be useful for them and policy compliant for us?

On Tue, Jun 11, 2013 at 3:16 PM, Jan Sehrt <sehrt@google.com> wrote:
In short: Against policy => no AdX publisher ever even with server side requests on AdX.

On Tue, Jun 11, 2013 at 8:15 PM, Jan Sehrt <sehrt@google.com> wrote:
Indeed server side requests are in this case used to yield manage between exchanges / other DSPs which we forbid for any NPM publisher:

**Restrictions on Passing and Redirecting Inventory.** Inventory coming from a Seller Partner to the Ad Exchange may be subject to rules set within the Ad Exchange (including, but not limited to, auction rules). Thus, before sending an impression to the Ad Exchange, a Seller Partner must not first pass that impression through any system used for dynamically or programmatically allocating ad requests to Ad Networks (i.e., entities that buy on behalf of multiple advertisers, taking principal risk on the transaction) based on real-time pricing information (e.g., RTB) or automatic estimations of real-time pricing information (e.g., yield management). Further, a Seller Partner must not redirect inventory from the Ad Exchange back to its own system, if that system is used for dynamically or programmatically allocating ad requests to Ad Networks based on real-time pricing information (e.g., RTB) or automatic estimations of real-time pricing information (e.g., yield management).

On Tue, Jun 11, 2013 at 3:29 PM, Michael Smith <mdsmith@google.com> wrote:
This doesn't sound like a viable publisher given their configuration; am I incorrect?

| Michael Smith | | Prod Mgr, AdX | | mdsmith@google.com | |    +44(0)7898636515

Google London | Belgrave House | 76 Buckingham Palace Road | London SW1W 9TQ | United Kingdom

HIGHLY CONFIDENTIAL                                                                                                                              GOOG-DOJ-09448412

On Tue, Jun 11, 2013 at 8:24 AM, Valeria Engelmann <valeriaeng@google.com> wrote:
Michael : your info on RPMs below;
**Jan, exactly as you say, metanetworks does not own inventory.** That is why they have an NPM AdX account ca-pub-4260266388345753 . Yet, because of their ad server configuration and AdX NPM policy on **Restrictions on Passing and Redirecting Inventory**, currently they are not serving ads .

Examples of sites they work with:
www.linkedin.com
www.myspace.com
www.spanishdict.com
www.ehow.com
www.gamezone.com
clickjogos.uol.com.br
myonlinearcade.com
www.topix.net
www.roblox.com
www.weather.com
www.ebay.com

@Michael,
**regarding RPMs.** When the pub was newly acquired, before they came into my BOB, they had an erroneous AdX implementation but that slip can give us insights on RPMS:
Average RPM for the account= $0.35 USD
Sample of sites breakdown as some RPM are over $1 USD. See report in ADX account.

| Sitio | Impresiones | eCPM (USD) |
|---|---|---|
| Cachés web y otros | 16100815 | 0,44 |
| www.linkedin.com | 4695301 | 0,35 |
| www.myspace.com | 9888531 | 0,18 |
| www.spanishdict.com | 4832083 | 0,79 |
| www.ehow.com | 1609787 | 0,58 |
| www.gamezone.com | 896402 | 0,98 |
| clickjogos.uol.com.br | 3260879 | 0,36 |
| myonlinearcade.com | 20683753 | 0,28 |
| www.topix.net | 2209758 | 1,35 |
| www.roblox.com | 3177523 | 0,65 |
| www.weather.com | 1340207 | 0,45 |
| www.ebay.com | 1634289 | 0,32 |
| wiki.answers.com | 4371806 | 0,32 |

On Tue, Jun 11, 2013 at 8:48 AM, Jan Sehrt <sehrt@google.com> wrote:
But as they do not own this inventory they would have to be an NPM pub right?

On Tue, Jun 11, 2013 at 1:39 PM, Valeria Engelmann <valeriaeng@google.com> wrote:
Hi Jan,
You have a god point. So because of the ad server RTB configuration, metanetworks is not serving queries via Adx NPM. You can see they have only tried with one pub (paltalk) whith whom they managed to do a

HIGHLY CONFIDENTIAL   GOOG-DOJ-09448413

compliant implementation and only serve ads as backfil. The problem was that the partner served ads in chat rooms so we had to put him down.

Metanetworks is aware of the Adx policies and thats why he finds the additional feature of integrated bidding as the only way to work with us.

@michael, I will try to figure out a number based on previous results with the pub.

Vale

El jun 11, 2013 4:04 a.m., "Jan Sehrt" <sehrt@google.com> escribió:

-AdX - questions
Wouldn't that be another pub falling under the NPM policy who seems to yield manage exchanges which is forbidden per NPM policy?
Or is this owned and operated inventory?
Jan

Sent from my Nexus. Please excuse typos and brevity.

Am 10.06.2013 22:59 schrieb "Michael Smith" <mdsmith@google.com>:
Hi Vale,

Scott and I will be discussing potential integrations shortly. We keep trying to consolidate the business case for integrations and get engineering to help us.

Can you support us by helping us understanding what the 1B queries/day would mean in terms of AdX revenue?

Michael

Michael Smith | Prod Mgr, AdX | mdsmith@google.com | +44(0)7898636515
Google London | Belgrave House | 76 Buckingham Palace Road | London SW1W 9TQ | United Kingdom

On Mon, Jun 10, 2013 at 4:45 PM, Valeria Engelmann <valeriaeng@google.com> wrote:
Hi Scott,
Sorry for the late reply on MetaNetworks.

Metanetworks is looking to implement the integration they used to have with AdMeld. Admeld got to see the querie from Meta in an RTB integration and decide wether to take it or not, putting a bid to their system. They want to see if that is feasible with AdExchange.

Metanetworks has their own ad server which they have developped themselves.
Their ad server process over 4B queries a day of which they serve around 25% . This impressions are all standard sized banners.
The CEO mentioned current integrations with DSPs like Rubicon and PubMatic.
Currently they have no processing (filters) options for the inventory.

HIGHLY CONFIDENTIAL   GOOG-DOJ-09448414

The CEO of Metanetworks , Mariano Tesler (see in ES) who is located at the moment in Argentina, would be interested in discussing any integration possibilites with you. He is open to sharing more information if necessary.

Vale

On Thu, May 23, 2013 at 5:06 PM, Scott Spencer <scottspencer@google.com> wrote:
Thanks. We are looking into this.

Which ad server do they use? Is it proprietary?

On Thu, May 23, 2013 at 2:46 PM, Daniel Silveira <silveirad@google.com> wrote:
Yes. Exactly, Scott.

A NPM client would like to ask AdX in real-time if they can beat X CPM or for AdX to put in a bid to their system. Since AdX does not offer passbacks, we wanted to ask if that's possible.

Thanks

| Daniel Silveira | | Strategic Partner Manager - Online Partnerships Group | | silveirad@google.com | +1 (650) 214-4769 |

Install Firemeld for Chrome

On Wed, May 22, 2013 at 7:37 PM, Scott Spencer <scottspencer@google.com> wrote:
I think this is a reference to Admeld's version of dynamic allocation called "full stack".

On May 22, 2013 6:20 PM, "Michael Smith" <mdsmith@google.com> wrote:
https://developers.google.com/ad-exchange/
There is no support for rules field, it's read-only on configuration.

If you mean an RTB API, that's... the RTB protocol?

| Michael Smith | | Prod Mgr, AdX | | mdsmith@google.com | +44(0)7898636515 |

Google London | Belgrave House | 76 Buckingham Palace Road | London SW1W 9TQ | United Kingdom

HIGHLY CONFIDENTIAL
GOOG-DOJ-09448415

On Wed, May 22, 2013 at 9:45 PM, Pooja Kapoor <poojakapoor@google.com> wrote:
+ Michael Smith


On Wed, May 22, 2013 at 4:33 PM, Valeria Engelmann <valeriaeng@google.com> wrote:
A partner used to have AdMeld API that allowed AdMeld to bid in RTB to the impressions the partner inventory.
Does this API exist for AdExchange - AdMeld?

Thanks


+Google Argentina


This e-mail and any attachment is confidential and is intended for the named recipient only. If you are not the named addressee you should not disseminate, distribute, copy or alter this email. If you have received this email in error please notify the sender by email and erase this e-mail including any attachments. Thanks.

--
Valeria Engelmann
| PBS - Publisher Business Solutions | Latin America - Buenos Aires, AR | Agregá a +Google Argentina a tus círculos

This e-mail and any attachment is confidential and is intended for the named recipient only. If you are not the named addressee you should not disseminate, distribute, copy or alter this email. If you have received this email in error please notify the sender by email and erase this e-mail including any attachments. Thanks.

--
Jan Sehrt | Publisher Solutions Consultant | sehrt@google.com | Doubleclick for Publisher / Doubleclick Ad Exchange / Google Admeld

|

Google Germany GmbH | ABC-Strasse 19 | 20354 Hamburg | Germany

AG Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

Der Inhalt dieser E-Mail spiegelt den derzeitigen Stand der Verhandlungen wider und dient als Basis für weitere Gespräche. Er soll keine rechtlich verbindliche Verpflichtung begründen. Eine solche Verpflichtung wird allein durch einen zwischen allen beteiligten Parteien abgeschlossenen, schriftlichen Vertrag geschaffen.

This email is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.


--
Valeria Engelmann
| PBS - Publisher Business Solutions | Latin America - Buenos Aires, AR | Agregá a +Google Argentina a tus círculos


This e-mail and any attachment is confidential and is intended for the named recipient only. If you are not the named addressee you should not disseminate, distribute, copy or alter this email. If you have received this email in error please notify the sender by email and erase this e-mail including any attachments. Thanks.


--

Jan Sehrt | Publisher Solutions Consultant | sehrt@google.com |   Doubleclick for Publisher / Doubleclick Ad Exchange / Google Admeld

|

Google Germany GmbH | ABC-Strasse 19 | 20354 Hamburg | Germany

AG Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

Der Inhalt dieser E-Mail spiegelt den derzeitigen Stand der Verhandlungen wider und dient als Basis für weitere Gespräche. Er soll keine rechtlich verbindliche Verpflichtung begründen. Eine solche Verpflichtung wird allein durch einen zwischen allen beteiligten Parteien abgeschlossenen, schriftlichen Vertrag geschaffen.

HIGHLY CONFIDENTIAL

GOOG-DOJ-09448417

This email is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.


--

Jan Sehrt | Publisher Solutions Consultant | sehrt@google.com | Doubleclick for Publisher / Doubleclick Ad Exchange / Google Admeld

|

Google Germany GmbH | ABC-Strasse 19 | 20354 Hamburg | Germany

AG Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

Der Inhalt dieser E-Mail spiegelt den derzeitigen Stand der Verhandlungen wider und dient als Basis für weitere Gespräche. Er soll keine rechtlich verbindliche Verpflichtung begründen. Eine solche Verpflichtung wird allein durch einen zwischen allen beteiligten Parteien abgeschlossenen, schriftlichen Vertrag geschaffen.

This email is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.


--

Valeria Engelmann
| PBS - Publisher Business Solutions | Latin America - Buenos Aires, AR | Agregá a +Google Argentina a tus círculos


This e-mail and any attachment is confidential and is intended for the named recipient only. If you are not the named addressee you should not disseminate, distribute, copy or alter this email. If you have received this email in error please notify the sender by email and erase this e-mail including any attachments. Thanks.


--

Jan Sehrt | Publisher Solutions Consultant | sehrt@google.com | Doubleclick for Publisher / Doubleclick Ad Exchange / Google Admeld

Google Germany GmbH | ABC-Strasse 19 | 20354 Hamburg | Germany

AG Hamburg, HRB 86891
Sitz der Gesellschaft: Hamburg

Diese E-Mail ist vertraulich. Wenn Sie nicht der richtige Adressat sind, leiten Sie diese bitte nicht weiter, informieren den Absender und löschen Sie die E-Mail und alle Anhänge. Vielen Dank.

Der Inhalt dieser E-Mail spiegelt den derzeitigen Stand der Verhandlungen wider und dient als Basis für weitere Gespräche. Er soll keine rechtlich verbindliche Verpflichtung begründen. Eine solche Verpflichtung wird allein durch einen zwischen allen beteiligten Parteien abgeschlossenen, schriftlichen Vertrag geschaffen.

This email is confidential. If you are not the right addressee please do not forward it, please inform the sender, and please erase this e-mail including any attachments. Thanks.

HIGHLY CONFIDENTIAL