# Plaintiffs' Exhibit 60

Message

**From:** Jonathan Dale [jdale@google.com]
**Sent:** 4/25/2013 12:19:50 AM
**To:** Chris LaSala [chrisl@google.com]
**Subject:** Fwd: AdMeld Migration Update

ANO is so 2012...

Jonathan
---

Begin forwarded message:

**From:** Louis Goldenbroit <lgoldenbroit@google.com>
**Subject: Re: AdMeld Migration Update**
**Date:** 10 April, 2013 8:28:04 am PDT
**To:** Bill Davidson <billd@google.com>, Jonathan Dale <jdale@google.com>

Bill / Jonathan -- Following up on this thread, I have some updates on the progress the team is making on setting Sales expectations of selling ANO in the future.

I'm glad to see Sales communicating this out broadly.

Following is taken from the ANO training micro-site being compiled:

"**\*\*Very Important Note for Sales\*\***

*AdX Ad Network Optimization is an **Admeld legacy feature**. With AdX demand continuing to shift toward the programmatic channels (specifically, the open auction and preferred deals), ad network spend continues to rapidly decline. The ideal AdX Ad Network Optimization customer is one who is currently using the same tool on Admeld, who requires ad network optimization support after their AdX migration. There are only a very small handful of reputable ad networks in the entire ecosystem, and these networks are virtually exclusive to the United States and some limited parts of Western Europe. Additionally, given the very high level of resourcing required to support and manage AdX Ad Network Optimization, which does not exist at Google, sales should use great caution when selling this product. Simply put: it is not a real value add (and can be a very real resource drain).*"

On Wed, Mar 27, 2013 at 3:04 PM, David Jones <davidjones@google.com> wrote:
Thank you for the clarification Louis, makes sense. If AdMeld customers will continue to use ANO on AdX, we are happy to invest resources in migrating them. Please keep us updated on changes to the strategy.

On Wed, Mar 27, 2013 at 11:46 AM, Bill Davidson <billd@google.com> wrote:

HIGHLY CONFIDENTIAL
GOOG-DOJ-11753371

This actually makes a lot of sense.  Reserve more complex (and manual) work for (I assume higher value) pubs and figure out to what extent true programmatic buying is going to take over the world in the future.  Anytime I see 5 quarters on any PM roadmap I translate that into "sometime a lot later than now, at which point we'll have a different strategy anyway."


On Wed, Mar 27, 2013 at 11:41 AM, Louis Goldenbroit <lgoldenbroit@google.com> wrote:
Hi All -- So I've read through the original thread, and would like to reset expectation here.  I think the original message was not entirely correct.

So, the goal isn't to deprecate ANO functionality in the next 5 quarters.  The goal is to not be actively pitching this product as a feature for **all** publishers moving forward.  The ANO Yield Management capability is expected to be a solution for a subset of publishers (that specific criteria is still being developed).  This conversation is evolving daily, but Sales and Product (Scott Spencer) do seem to be aligned on this.

In short, we expect premium publishers to really benefit the most from this product.  Product and Sales recognizes we need this capability to compete in certain regions, and we will continue to have this feature to do just that.

For the Admeld publishers moving over, we have no plans of shutting down ANO on AdX for this folks.  I have never heard that in any discussion.  We are moving these folks to AdX, and expect to support them on AdX into the future.

What Joe is referencing in his chart is the increase in programmatic.  Overtime, publishers on ANO will just have less and less use for Traditional as RTB begins to generate more and more of the revenue.  We don't know when this specific day is, the industry as a whole is trying to figure it out.

Please let me know if you have any questions.  Happy to provide insights and clarity here.

Louis


On Wed, Mar 27, 2013 at 2:24 PM, Bill Davidson <billd@google.com> wrote:
To have a slightly longer answer....

- This is the first that I've heard about deprecating yield management functionality in the future.  I'd like to know what it really means.
- For the short term question of migration, I would look at this from a customer perspective.  We need to get them onto AdX, as the Admeld platform is getting shut down... we can't leave them in the lurch.
- On the medium / longer term question / what should we be supporting moving forward, this is the exact sort of thing that commercialization is supposed to answer.  And it's a global question. Jonathan / Tony / Louis.... any thoughts here?


On Wed, Mar 27, 2013 at 11:14 AM, Joe Pedro <jpedro@google.com> wrote:
This is correct...one thing to note. From a product perspective, traditional's share of the revenue dollars on SSPs has gone down dramatically. I'm sure this is the case on Rubicon and Pubmatic as well. Where there is strong shift to programmatic buying. So I think alot of the decision is based on what product will generate more revenue for the publisher, which is easier to support and ultimately what will make Google more money.  You can see in the charts below, as recently as last month, RTB was 66% of total revenue platform. Overall revenue has decreased from publishers leaving the platform, but the allocation is still there.

HIGHLY CONFIDENTIAL
GOOG-DOJ-11753372



Revenue Distribution per product (Note: AEM, which I've ignored, were x-publisher deals where ad providers purchased inventory with a data overlay. No longer being sold in 2013)

HIGHLY CONFIDENTIAL

GOOG-DOJ-11753373

| Row Labels | AEM | RTB | Traditional | RTB vs. Trad. |
|---|---|---|---|---|
| 1/1/2011 | $1,212,630 | $3,724,900 | $6,746,150 | 36% |
| 2/1/2011 | $1,152,915 | $3,748,484 | $6,997,474 | 35% |
| 3/1/2011 | $1,392,506 | $4,536,771 | $7,847,036 | 37% |
| 4/1/2011 | $1,294,412 | $4,719,522 | $7,292,389 | 39% |
| 5/1/2011 | $1,388,767 | $6,352,419 | $7,936,789 | 44% |
| 6/1/2011 | $1,347,525 | $7,121,523 | $8,561,758 | 45% |
| 7/1/2011 | $1,384,086 | $7,342,528 | $8,653,918 | 46% |
| 8/1/2011 | $1,264,465 | $8,060,540 | $8,692,137 | 48% |
| 9/1/2011 | $1,436,341 | $8,878,876 | $7,647,266 | 54% |
| 10/1/2011 | $1,415,982 | $9,318,793 | $7,833,661 | 54% |
| 11/1/2011 | $1,571,327 | $11,368,069 | $7,564,675 | 60% |
| 12/1/2011 | $2,207,512 | $12,854,326 | $7,877,644 | 62% |
| 1/1/2012 | $1,240,513 | $7,738,551 | $6,814,150 | 53% |
| 2/1/2012 | $1,120,290 | $9,068,381 | $6,865,951 | 57% |
| 3/1/2012 | $1,204,667 | $10,876,879 | $7,269,937 | 60% |
| 4/1/2012 | $1,177,969 | $11,069,307 | $7,098,759 | 61% |
| 5/1/2012 | $972,701 | $13,128,337 | $7,247,692 | 64% |
| 6/1/2012 | $1,048,526 | $13,675,261 | $7,988,850 | 63% |
| 7/1/2012 | $925,576 | $11,576,725 | $8,496,237 | 58% |
| 8/1/2012 | $1,077,264 | $11,780,768 | $8,037,143 | 59% |
| 9/1/2012 | $695,984 | $13,334,803 | $7,162,800 | 65% |
| 10/1/2012 | $717,889 | $12,952,720 | $7,178,055 | 64% |
| 11/1/2012 | $670,301 | $14,083,635 | $6,826,577 | 67% |
| 12/1/2012 | $759,705 | $15,790,466 | $6,983,740 | 69% |
| 1/1/2013 | $4 | $10,533,784 | $6,124,752 | 63% |
| 2/1/2013 | $3 | $10,088,911 | $5,237,329 | 66% |

On Wed, Mar 27, 2013 at 1:45 PM, David Jones <davidjones@google.com> wrote:
Hi Bill,

I was just chatting with Joe about the status of the AdMeld migration, and it sounds like the current plan is to deprecate AdMeld functionality from AdX within 5 quarters.

The plan is to complete the AdMeld migration to AdX in 3 quarters.

There's an obvious question about whether it makes sense to remove this functionality from AdX, but I assume PM is the owner.

There's a second question about whether we should be paying $XM in resources and cash to migrate something that's going to be deprecated 2 weeks later.

Do you know anything about this change in strategy or have recommendations on how to proceed?

@Joe, please chime in if I've missed anything.

Thanks,
David

HIGHLY CONFIDENTIAL
GOOG-DOJ-11753374

650-253-1357

Joe Pedro | Optimization Manager, Google | jpedro@google.com

Louis Goldenbroit | **Admeld** | lgoldenbroit@google.com | 646-397-6682

HIGHLY CONFIDENTIAL
GOOG-DOJ-11753375

--
Bill Davidson
Publisher & Distribution Solutions
-----------------------------------------------------------------

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks

--

David Jones
DoubleClick, a division of Google, Inc.
650-253-1357

---------------------------

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

--



Louis Goldenbroit | **Admeld & AdX** | lgoldenbroit@google.com | 646-397-6682