# Plaintiffs' Exhibit 64

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION
 3
     _____
 4                              :
     UNITED STATES OF AMERICA,  :
 5   et al.,                    :
                                :
 6        Plaintiffs            :
                                :
 7        v.                    : No.  1:23-cv-00108
                                :
 8   GOOGLE, LLC,               :
                                :
 9        Defendant.            :
     _____:
10
11            Tuesday, February 20, 2024
12
            Video Deposition of RAMAMOORTHI RAVI,
13
     PH.D., taken at the Offices of the United States
14
     Department of Justice, 450 Fifth Street
15
     Northwest, Washington, D.C., beginning at 9:32
16
     a.m. Eastern Standard Time, before Ryan K. Black,
17
     Registered Professional Reporter, Certified
18
     Livenote Reporter and Notary Public in and for
19
     the District of Columbia
20
21
22
23
24   Job No. CS6456599
25
```

|  | Page 242 |  | Page 244 |
|---|---|---|---|
| 1 | "Seller Best Practices."  And if you flip to the | 1 | whether these rules were appropriate for Google |
| 2 | second page, at the bottom you'll see listed as a | 2 | or any of its competitors? |
| 3 | best practice "to Ensure price floor parity | 3 | MR. WOLIN:  Objection to form. |
| 4 | across your tech staff."  And it says in the | 4 | BY MR. ISAACSON: |
| 5 | last column, "Establishing consistent price | 5 | Q.  Referring to the unified pricing rules. |
| 6 | floors minimizes bidder errors and improves | 6 | MR. WOLIN:  Same objection. |
| 7 | bidder decision" -- "decisioning by eliminating | 7 | THE WITNESS:  My general understanding |
| 8 | ambiguity." | 8 | is that the industry supported exchange-specific |
| 9 | All right.  Does that surprise you to | 9 | floors, which the publishers were used to.  And |
| 10 | see that Microsoft's Xandr company lists that as | 10 | that's what the publishers were complaining about |
| 11 | a -- uniform price floors as a best practice? | 11 | when unified pricing rules were introduced by |
| 12 | MR. WOLIN:  Objection to form. | 12 | Google. |
| 13 | THE WITNESS:  Again, I've not thought | 13 | BY MR. ISAACSON: |
| 14 | deeply enough to form a impression of surprise or | 14 | Q.  All right.  So what time period are you |
| 15 | otherwise. | 15 | talking about where the pub -- you think that the |
| 16 | BY MR. ISAACSON: | 16 | publishers were used to having exchange-specific |
| 17 | Q.  Right.  When you say you haven't thought | 17 | floors? |
| 18 | deeply about it, are you saying that while you're | 18 | A.  Around the time of the introduction of |
| 19 | critical of Google implementing uniform pricing | 19 | unified pricing rules.  That would be around |
| 20 | rules, that you have no knowledge of whether its | 20 | 2019. |
| 21 | competitors consider that to be a best practice | 21 | Q.  All right.  And since 2019, in the last |
| 22 | in the industry? | 22 | five years, do you know whether the industry has |
| 23 | MR. WOLIN:  Objection to form. | 23 | moved towards unified pricing rules? |
| 24 | THE WITNESS:  My opinions about uniform | 24 | MR. WOLIN:  Objection to form. |
| 25 | pricing rules of Google come from examining the | 25 | THE WITNESS:  While I know they have |

|  | Page 243 |  | Page 245 |
|---|---|---|---|
| 1 | context in which they were deployed, which is | 1 | moved towards the first-price auction format, I |
| 2 | what I describe in the report. | 2 | don't know all the details of the floors that |
| 3 | I would need to develop sufficient | 3 | they enforce. |
| 4 | context to understand whether these rules were | 4 | BY MR. ISAACSON: |
| 5 | appropriate or not and whether I should be | 5 | Q.  All right.  The -- do you agree with |
| 6 | surprised or not. | 6 | the statement in the Microsoft Xandr document |
| 7 | BY MR. ISAACSON: | 7 | that establishing consistent price floors |
| 8 | Q.  Right.  You have not done the work to | 8 | minimizes bidder errors? |
| 9 | date to understand whether these rules were | 9 | MR. WOLIN:  Objection to form. |
| 10 | appropriate or not; is that correct? | 10 | THE WITNESS:  Thank you. |
| 11 | MR. WOLIN:  Objection to form. | 11 | I think this is referring to what you |
| 12 | BY MR. ISAACSON: | 12 | were talking about earlier, the potential of |
| 13 | Q.  Referring to the unified -- unified | 13 | bidding and -- via different intermediaries. |
| 14 | pricing rules? | 14 | BY MR. ISAACSON: |
| 15 | MR. WOLIN:  Same objection. | 15 | Q.  And do you agree with that statement, |
| 16 | THE WITNESS:  I did the work related to | 16 | that establishing consistent price floors |
| 17 | Google's platform in examining the context of its | 17 | minimizes bidder error -- errors. |
| 18 | unified pricing rules. | 18 | MR. WOLIN:  Objection to form. |
| 19 | BY MR. ISAACSON: | 19 | THE WITNESS:  Broadly speaking, as you |
| 20 | Q.  Have you developed sufficient context to | 20 | characterized it earlier, that would be true. |
| 21 | understand whether these rules were Google -- | 21 | BY MR. ISAACSON: |
| 22 | were appropriate for Google -- well, let me put | 22 | Q.  And do you agree, broadly speaking, that |
| 23 | it this way -- I'll start over. | 23 | establishing consistent price floors improves |
| 24 | Have you developed sufficient context by | 24 | bidder decisioning by eliminating ambiguity? |
| 25 | looking at the entire industry to understand | 25 | MR. WOLIN:  Objection to form. |

|  | Page 246 |  | Page 248 |
|---|---|---|---|
| 1 | THE WITNESS: That is of the same | 1 | A. -- characterizes, yes. |
| 2 | nature. | 2 | Q. Yes. Okay. And so their win rate |
| 3 | MR. WOLIN: Should we take a break for a | 3 | dropped about 6 percent. |
| 4 | few minutes when you get to a good spot? | 4 | A. That's about right. |
| 5 | MR. ISAACSON: Yeah. | 5 | Q. So in this one document, this is one |
| 6 | THE VIDEOGRAPHER: Going off the record | 6 | exchange saying their win rate dropped by 6 |
| 7 | at 4:14. | 7 | percent in August 2019, correct? |
| 8 | (Recess taken.) | 8 | A. That's what the document says, yes. |
| 9 | THE VIDEOGRAPHER: Back on the record at | 9 | Q. Okay. And did you do anything to |
| 10 | 4:27. | 10 | evaluate the methodology behind Rubicon's |
| 11 | BY MR. ISAACSON: | 11 | figures? |
| 12 | Q. All right. If you'll look at your | 12 | MR. WOLIN: Objection to form. |
| 13 | report, Paragraph 216 of your opening report. | 13 | THE WITNESS: I did not do any |
| 14 | You say, "Google documents and experiment results | 14 | independent analysis of their characterization. |
| 15 | suggest that UPR successfully helped shift | 15 | BY MR. ISAACSON: |
| 16 | business to AdX from rival exchanges for which | 16 | Q. Okay. You did not -- you don't -- you |
| 17 | publishers had previously set lower price | 17 | don't know how Rubicon got these figures, right? |
| 18 | floors," and then you cite two documents, I | 18 | A. It seems to come from an internal chart |
| 19 | believe. | 19 | in Rubicon. |
| 20 | This would be -- both are from August | 20 | Q. Right. But you haven't -- you haven't |
| 21 | 2019. This would be Footnote 498 and 499, right? | 21 | seen any of the data or you don't know how they |
| 22 | A. Yes, I see that. | 22 | went about creating this. |
| 23 | Q. All right. So if we look at August 15, | 23 | MR. WOLIN: Objection to form. |
| 24 | 2019 -- this will be Exhibit -- | 24 | THE WITNESS: Yeah. I'm not privy to |
| 25 | THE REPORTER: 11. | 25 | how this chart was created. |
|  | Page 247 |  | Page 249 |
| 1 | MR. WOLIN: 11. | 1 | BY MR. ISAACSON: |
| 2 | MR. ISAACSON: 11? | 2 | Q. And you did not evaluate the extent to |
| 3 | THE REPORTER: Yes. | 3 | which any effects reported here continued after |
| 4 | THE WITNESS: Thank you. | 4 | August 2019, correct? |
| 5 | (Ravi Exhibit No. 11, a document | 5 | MR. WOLIN: Objection to form. |
| 6 | Bates Numbered GOOG-DOJ-15044036 through | 6 | THE WITNESS: I have not investigated |
| 7 | GOOG-DOJ-15044043, was introduced.) | 7 | that. |
| 8 | BY MR. ISAACSON: | 8 | BY MR. ISAACSON: |
| 9 | Q. All right. So Ravi Exhibit 11 is Bates | 9 | Q. And this document does not address |
| 10 | stamped GOOGLE-DOJ-15044036 through 4043. It's | 10 | impact on any exchange other than Rubicon, |
| 11 | dated August 26th, 2019. The footnote says | 11 | correct? |
| 12 | August 15th, but it does have the same Bates | 12 | A. This document backed up the example I |
| 13 | stamp numbers you'll see. And for all I know | 13 | provided in 216. |
| 14 | that got picked up in an errata. But the -- and | 14 | Q. And it was just one example, right? |
| 15 | this is a memo from the Rubicon project that is | 15 | MR. WOLIN: Objection to form. |
| 16 | on Page 039. | 16 | THE WITNESS: It was an example in 216. |
| 17 | Okay. And -- all right. So -- and the | 17 | Yes, one example. |
| 18 | gentleman from Rubicon reports, "We went from a | 18 | BY MR. ISAACSON: |
| 19 | consistent 29 to 30 percent render rate to one | 19 | Q. And did you evaluate to what extent |
| 20 | now closer to 23 to 24 percent." | 20 | Rubicon's figures were impacted by the unified |
| 21 | And the render rate is their win rate. | 21 | first-price auction as opposed to the unified |
| 22 | Is that how you understand it? | 22 | pricing rules? |
| 23 | A. That's what the first line in the next | 23 | MR. WOLIN: Objection to form. |
| 24 | page -- | 24 | THE WITNESS: Just to be clear, you're |
| 25 | Q. Yes. | 25 | asking the effect of the spend of the Rubicon |

63 (Pages 246 - 249)

Page 306

1 before, I do not analyze any single competitor
2 for their effects on experimentation.
3     MR. ISAACSON: All right. I think I've
4 got five minutes left. I cede it.
5     MR. WOLIN: If we can go off the record
6 and just take five minutes so I can speak with my
7 colleagues, and then we'll come back and see if
8 we have any follow-up questions.
9     THE VIDEOGRAPHER: All right. We are
10 off the record at 6:12 p.m.
11     (Recess taken.)
12     THE VIDEOGRAPHER: Back on the record at
13 6:16.
14         EXAMINATION
15 BY MR. WOLIN:
16     Q. Okay. Professor Ravi, I just have one
17 or two questions for you.
18     Could you pull out your rebuttal report,
19 please, and turn to Paragraph 120 on Page 68?
20     A. Yes, I see it. Yeah.
21     Q. And the final sentence in Paragraph 120
22 reads, "The principal places where I cite source
23 code are where there's ambiguity or where the
24 code contradicts the documents." Did I read that
25 correctly?

Page 307

1     A. That's what I wrote in the last
2 sentence.
3     Q. And is that a true and accurate
4 statement of the work that you did in this case?
5     A. Yes. The principal places. There might
6 be one or other citations that -- to corroborate
7 other things. But the principal places where I
8 cite them are to clarify ambiguity or
9 contradictions.
10    Q. And if you look at the bottom of that
11 page, carrying onto the next page, do you see
12 Paragraph 123?
13    A. Yes, I see it.
14    Q. And specifically Subparagraph B that
15 starts, "Second, I personally conducted and
16 oversaw others." Do you see that?
17    A. Yes. I remember that description.
18    Q. And Subparagraph B explains the
19 methodology you applied in reviewing source code;
20 is that correct?
21    A. Yes. This paragraph was in the context
22 of my response to Professor Rinard's claims, and
23 it lays out the steps that I carried out in -- in
24 performing my own source code analysis.
25    Q. And the steps that are written on this

Page 308

1 page are ones that you applied in analyzing the
2 conducts that you analyzed in reaching your
3 opinions; is that correct?
4     A. Yes. I first considered the programs
5 that were relevant to the conducts I analyzed.
6 And then, from that, I used that to narrow down
7 the portion of the snapshots of code where I
8 would analyze the -- the logic behind the code
9 itself. And then I would use the code that I
10 saw, and any additional questions it raised, to
11 surface further documents. And I would repeat
12 the cycle daily in my source code analysis. Yep.
13    MR. WOLIN: Thank you, Professor Ravi.
14 We have no further questions.
15    MR. ISAACSON: No questions.
16    MR. WOLIN: All right. Thank you. The
17 deposition has ended.
18    THE VIDEOGRAPHER: All right. If that
19 is everything, off the record on February 20th,
20 2024, at 6:19 p.m.
21    (Deposition concluded -- 6:19 p.m.)

Page 309

1         C E R T I F I C A T E
2
3     I do hereby certify that I am a Notary
4 Public in good standing, that the aforesaid
5 testimony was taken before me, pursuant to
6 notice, at the time and place indicated; that
7 said deponent was by me duly sworn to tell the
8 truth, the whole truth, and nothing but the
9 truth; that the testimony of said deponent was
10 correctly recorded in machine shorthand by me and
11 thereafter transcribed under my supervision with
12 computer-aided transcription; that the deposition
13 is a true and correct record of the testimony
14 given by the witness; and that I am neither of
15 counsel nor kin to any party in said action, nor
16 interested in the outcome thereof.
17
18    WITNESS my hand and official seal this
19 22nd day o
20
21        [signature]
22        Notary Public
23
24
25

Page 310

1  MICHAEL WOLIN, ESQ.
2  michael.wolin@usdoj.gov
3           February 22, 2024
4  RE:   United States, Et Al v. Google, LLC
5     2/20/2024, Ramamoorthi Ravi (#6456599)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 erratas-cs@veritext.com.
16  Return completed errata within 30 days from
17 receipt of testimony.
18   If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 311

1  United States, Et Al v. Google, LLC
2  Ramamoorthi Ravi (#6456599)
3         E R R A T A  S H E E T
4  PAGe_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Ramamoorthi Ravi              Date
25

Page 312

1  United States, Et Al v. Google, LLC
2  Ramamoorthi Ravi (#6456599)
3         ACKNOWLEDGEMENT OF DEPONENT
4    I, Ramamoorthi Ravi, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 Ramamoorthi Ravi              Date
13 *If notary is required
14         SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20___.
16
17
18         _____
19         NOTARY PUBLIC
20
21
22
23
24
25

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent: Ramamoorthi Ravi

Case Name: *United States et al. v. Google LLC*

Deposition Date: February 20, 2024

CORRECTIONS:

| Page | Line | Change or Correction | Reason |
|---|---|---|---|
| 49 | 3 | "I assessed the quality of pricing tool" should read "I assessed the quality of **a** pricing tool" | *Transcription Error or Mistake* |
| 51 | 23-24 | "It's at 151, if you need to – if you remember it?" should read "It's at 151, if you need to – **maybe** you remember it**.**" | *Transcription Error or Mistake* |
| 56 | 4 | "a separate one in New York" should read "a separate **event** in New York" | *Transcription Error or Mistake* |
| 57 | 12 | "InMobi helps procure advertising in mobile labs" should read "InMobi helps procure advertising in mobile **apps**" | *Transcription Error or Mistake* |
| 58 | 1-2 | "In some as – in locations in the ad stack" should read "In some as – in **some** locations in the ad stack" | *Transcription Error or Mistake* |
| 62 | 14 | "something I heard about early on" should read "something **I'd** heard about early on" | *Transcription Error or Mistake* |
| 76 | 13 | "conduct of (c)(2)" should read "**content** of (c)(2)" | *Transcription Error or Mistake* |
| 88 | 1-2 | "Google's Waterfall and Dynamics Allocation" should read "Google's Waterfall and **Dynamic** Allocation" | *Transcription Error or Mistake* |
| 93 | 21 | "Project says that their vendor rate declined from" should read "Project says that their **render** rate declined from" | *Transcription Error or Mistake* |
| 94 | 15 | "The reduction in vendor rate" should read "The reduction in **render** rate" | *Transcription Error or Mistake* |
| 99 | 1-2 | "attract new customers or retain existing customers" should read "attract new customers **and** retain existing customers" | *Transcription Error or Mistake* |
| 101 | 22 | "reasonable, yeah. Trying" should read "reasonable **. . .** trying" | *Transcription Error or Mistake* |
| 103 | 6 | "two-sided platforms similarly posits that marquis" should read "two-sided platforms similarly posits that **marquee**" | *Transcription Error or Mistake* |

| 103 | 14-15 | "indeed, Ad Exchange is a two-sided platform" should read "indeed, **an ad exchange** is a two-sided platform" | *Transcription Error or Mistake* |
|---|---|---|---|
| 104 | 2 | "ad service have publishers and the ad exchanges," should read "ad **servers** have publishers and the ad exchanges," | *Transcription Error or Mistake* |
| 104 | 4 | "SSBs" should read "**SSPs**" | *Transcription Error or Mistake* |
| 105 | 15 | "using any data experiments that I have" should read "using any data experiments that I **had**" | *Transcription Error or Mistake* |
| 123 | 12 | "We talked about **the** header bidding" should read "We talked about header bidding" | *Transcription Error or Mistake* |
| 134 | 6 | "I like that DFP made AdX more attractive…" should read "I **write** that DFP made AdX more attractive..." | *Transcription Error or Mistake* |
| 136 | 21-22 | "I have no opinion about specific features and other specific features…" should read "I have no opinion about other specific features." | *Clarification* |
| 138 | 15-16 | "And you said that" should read "And **you've** said that" | *Transcription Error or Mistake* |
| 143 | 24-25 | "That's generally correct, **yeah**." should read "That's generally correct." | *Transcription Error or Mistake* |
| 150 | 13-14 | "Google had its own implementation of header bidding…" should read "Google had its own **alternative to** header bidding…" | *Clarification* |
| 158 | 2-3 | "Well, just as the disadvantages of the waterfall" should read "**I discuss** the disadvantages of the waterfall" | *Transcription Error or Mistake* |
| 161 | 8-9 | "And you have concluded that the launch project of Project Bell" should read "And you have concluded that the launch **version** of Project Bell" | *Transcription Error or Mistake* |
| 176 | 15 | "Okay. And Crivio would be another one" should read "Okay. And **Criteo** would be another one" | *Transcription Error or Mistake* |
| 177 | 15-16 | "MR. WOLIN: It's written for MBA students with short attention spans." is an answer and should not be attributed to Mr. Wolin | *Transcription Error or Mistake* |
| 198 | 21 | "dynamic revenue sharing to applying to Google" should read "dynamic revenue sharing to **apply** to Google" | *Transcription Error or Mistake* |
| 207 | 22 | "DV360 perform this bid shading" should read "DV360 **performed** this bid shading" | *Transcription Error or Mistake* |
| 210 | 22-23 | "increases their conversions" should read "**increasing** their conversions" | *Transcription Error or Mistake* |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 213 | 7 | "Initial purchase with Poirot were overly-simple" should read "initial **approaches** with Poirot were overly-simple" | *Transcription Error or Mistake* |
| 217 | 9 | "Marple is a version" should read "Marple is **the** version" | *Transcription Error or Mistake* |
| 217 | 16-17 | "Have you expressed any criticism in your property of Marple?" should read "Have you expressed any **criticisms in your report of Project Marple**?" | *Transcription Error or Mistake* |
| 222 | 19-20 | "I point out in my Rebuttal Report 2 that one could build a model" should read "I point out in my Rebuttal Report **too** that one could build a model" | *Transcription Error or Mistake* |
| 232 | 19 | "DVM bidding" should read "**DBM** bidding" | *Transcription Error or Mistake* |
| 237 | 15 | "…a natural strategy to share" should read "…a natural strategy to **shade**" | *Transcription Error or Mistake* |
| 268 | 14-15 | "And I think you say it a Gain at 82." should read "And I think you say it **again** at 82." | *Transcription Error or Mistake* |
| 270 | 6 | "experiment results suggests that EPR successfully" should read "experiment results suggests that **UPR** successfully" | *Transcription Error or Mistake* |
| 282 | 2-3 | "page in the summary we're talking about prior to Bernanke?" should read "page in the summary we're talking about **Project** Bernanke?" | *Transcription Error or Mistake* |
| 294 | 9-11 | "I examined the results of extensive computer models in arriving at the opinion" should read "I examined the results of extensive computer models in arriving at the **opinions**" | *Transcription Error or Mistake* |
| 296 | 5 | "I remember a hundred thousand exchanges" should read "I remember a hundred thousand **impressions**" | *Transcription Error or Mistake* |

Date: ____03/22/2024____    Signature: _____

3