# Plaintiffs' Exhibit 74
# (Redacted)

# Local Market Strategy

**Order 15: Media Planning and Buying**

**Integrated Communications Contract**

July 23, 2019

TeamY&R | United States® Census 2020

Highly Confidential

CENSUS-ADS-0000727050

# Table of Contents

Background — Page 4
Local Market Approach — Page 13
Audience Local Market Recommendations — Page 31
- Diverse Mass — Page 32
- Hispanic — Page 38
- African American, Afro Caribbean, Haitian, Sub Saharan African — Page 44
- AIAN — Page 68
- Chinese (Mandarin and Cantonese), Vietnamese, Korean, Filipino, Japanese — Page 73
- NHPI — Page 109
- Brazilian — Page 114
- Arabic — Page 120
- Russian — Page 126
- Polish — Page 132

Summary — Page 137

For internal and deliberative use only. This information has been prepared solely for the use and benefit of the U.S. Census Bureau and is not intended for to be relied upon by any other party.

TeamY&R | United States Census 2020

# Our Objective Today

The contractor shall develop and deliver the 2020 ICC Paid Media Plan based on the approved Media Strategy. The plan shall establish the most efficient media approach to reach the Diverse Mass audience, which is designed to reach and motivate everyone who consumes English language media regardless of race or ethnicity, or those self-identifying as multi-racial. In addition, the plan shall include suggestions for the most efficient media to reach audiences that consume messaging in the non-English languages that align with those supported by the internet self-response (ISR) instrument and Census Questionnaire Assistance (CQA). The plan shall include proposed media buys for each campaign phase: Awareness, Motivation, Reminder, and Thank You for each Audience Plan.

**Prioritized market list for each Audience Plan and market investment allocation recommendations by market and by media type, based on research and available market data.**

TeamY&R | United States Census 2020

# Background

TeamY&R
United States
Census
2020

Highly Confidential
CENSUS-ADS-0000727050_003

## 2020 Census Paid Media Campaign Objectives

**Objective:**

Motivate all people living in the United States to self-respond to the 2020 Census in the mode they prefer

**Goals:**

1. Raise and keep awareness high around the 2020 Census to encourage strong response rates
2. Engage, educate, and motivate people to self-respond

TeamY&R | United States® Census 2020

# 2020 Census Paid Media Campaign Phases*

1

**Phase 1: Awareness**

*January 14th through March 12th 2020***

Bring attention that the 2020 Census is approaching and educate

Keep the 2020 Census top of mind

2

**Phase 2: Motivation**

*March 13th through May 12th 2020*

Drive participation and action to encourage 2020 Census survey completes

3

**Phase 3: Reminder**

*May 13th through July 31st 2020*

Remind people of the deadlines to drive non-responder survey completes

Inform people of enumerators for cooperation prior to the deadline

4

**Phase 4: Thank You**

*September 2020*

Inform the public that the 2020 Census is now complete and educate where information can be found

**Timing for each phase may be subject to change*
***Alaska (remote campaigns) to launch Phase 1 in January 1st, 2020 due to early enumeration*

TeamY&R | United States Census 2020

2020 Census Paid Media Plan Flighting

Highly Confidential CENSUS-ADS-0000727050_006

# 2020 Census Paid Media Target Audiences

| Audience Group | Audience | Language |
|---|---|---|
| Diverse Mass | Diverse Mass | English |
| AIAN | American Indian | English |
| | Alaska Native | English |
| Asian American | Chinese | Mandarin |
| | Chinese | Cantonese |
| | Korean | Korean |
| | Japanese | Japanese |
| | Vietnamese | Vietnamese |
| | Filipino | Tagalog |
| Black | African American | English |
| | Afro-Caribbean | English |
| | | Haitian Creole |
| | Sub-Saharan African | French |
| Latino | Mainland Hispanic | Spanish |
| | Puerto Rico Residents | Spanish |
| NHPI | Hawaii Island Residents | English |
| | Continental Residents | English |
| Legacy/Emerging | Brazilian | Portuguese |
| | Russian | Russian |
| | Polish | Polish |
| | Middle Eastern/North African | Arabic |



2020 Census Paid Media Budget by Audience

Highly Confidential CENSUS-ADS-0000727050_008

# 2020 Census Paid Media "Color Chart"

[redacted]

TeamY&R | Census 2020

# 2010 to 2020 Media Inflation & Deflation Analysis

## 2010 to 2020 Inflation

Based on 2010 Media Mix

10-Year Change: +43.7%

| | 2010 | 2020 |
|---|---|---|
| Television | $81,500,000.00 | $128,444,078.33 |
| Newspaper | $26,000,000.00 | $36,130,434.86 |
| Radio | $24,800,000.00 | $29,503,210.06 |
| Digital | $13,800,000.00 | $16,324,995.24 |
| OOH | $11,100,000.00 | $15,430,168.36 |
| Magazine | $4,600,000.00 | $6,032,263.44 |
| Events | $2,900,000.00 | $4,570,402.79 |
| Other | $1,400,000.00 | $2,206,401.35 |
| Cinema | $900,000.00 | $1,418,400.87 |
| Direct Mail | | $0.00 |
| **Total** | **$167,000,000.00** | **$240,060,355.30** |

Reflects what it would cost to purchase the same amount and mix of media in 2020, as was purchased for the 2010 Census, based on inflation by media type

## 2020 to 2010 Deflation

Based on 2020 Media Mix

10-Year Change: -27.8%

| | 2020 | 2010 |
|---|---|---|
| Television | $88,032,325.60 | $54,341,353.02 |
| Newspaper | $18,002,784.04 | $12,797,541.34 |
| Radio | $26,227,205.22 | $21,940,868.58 |
| Digital | $52,328,737.11 | $44,095,782.03 |
| OOH | $9,955,137.40 | $7,079,470.13 |
| Magazine | $4,235,940.56 | $3,204,354.68 |
| Events | $1,000,000.00 | $617,277.96 |
| Other | $0.00 | $0.00 |
| Cinema | $0.00 | $0.00 |
| Direct Mail | $217,870.07 | $153,795.55 |
| **Total** | **$200,000,000.00** | **$144,230,443.29** |

Reflects what it would have cost to purchase the same amount and mix of media in 2010, as is planned for the 2020 Census, based on deflation by media type
Does not include $10MM Contingency Budget in 2020

Source: 4A's Media Inflation Report, 2016 (REVISED) & 2H 2017/1H 2018

TeamY&R | United States Census 2020

# 2020 Census Paid Media Plan v1.0 (Approved)

For internal and deliberative use only. This information has been prepared solely for the use and benefit of the U.S. Census Bureau and is not intended for to be relied upon by any other party.

TeamY&R | United States Census 2020

Local Market Approach


TeamY&R
United States
Census
2020