# Plaintiffs' Exhibit 75 (Redacted)

United States Department of Commerce
U.S. Census Bureau
Team Y&R



## Order 15: TYR 2020 Census Paid Media Budget Distribution

| Date: | Wednesday, September 2, 2020 |
|---|---|
| Technical Area: | Order 15 - Media Planning and Buying |
| Approver(s): | ▮▮▮▮▮ - OR15 Census Bureau Order Manager<br>▮▮▮▮▮ - VMLY&R General Manager (OR12, OR15, OR17) |

Upon the final approval of the Order 15 (Media Planning and Buying) Media Plan v2.0 by The United States Census Bureau, the Order 15 Census Order Manager hereby authorizes VMLY&R to purchase and finalize all paid media for the 2020 Census Paid Media Campaign.

| American Indian/Alaska Native (English) | December | January | February | March | April | May | June | July | August | September | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National Television | | | | | | | | | | ███ | ███ |
| Local Television | | | | | | | | | | ███ | ███ |
| National Radio | | | | | | | | | | ███ | ███ |
| Local Radio | | | | | | | | | | ███ | ███ |
| National/Trad OOH | | | | | | | | | | ███ | ███ |
| Local/Non-Trad OOH | | | | | | | | | | ███ | ███ |
| National Magazine | | | | | | | | | | ███ | ███ |
| Local Magazine | | | | | | | | | | ███ | ███ |
| National Newspaper | | | | | | | | | | ███ | ███ |
| Local Newspaper | | | | | | | | | | ███ | ███ |
| Events | | | | | | | | | | ███ | ███ |
| Digital - Display - Programmatic | | | | | | | | | | ███ | ███ |
| Digital - Display - Site Direct | | | | | | | | | | ███ | ███ |
| Digital - Paid Search | | | | | | | | | | ███ | ███ |
| Digital - Paid Social | | | | | | | | | | ███ | ███ |
| Digital - Ad Ops / Ad Serving | | | | | | | | | | ███ | ███ |
| Total | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ███ | ███ |

**VMLY&R**

▮▮▮▮▮

VMLY&R General Manager (OR12, OR15, OR17)

Signature: ███████

Date: Sep 2, 2020

**Census Bureau**

▮▮▮▮▮

OR15 Census Bureau Order Manager

Signature: ███████

Date: Sep 2, 2020

Confidential

# AIAN MAF_Digital Incremental for NRFU MAF

Final Audit Report                                                        2020-09-02

| | |
|---|---|
| Created: | 2020-09-02 |
| By: | ██████ ████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJJX4wF7607SamZs4ezZGIxO9vgvAOMQt |

## "AIAN MAF_Digital Incremental for NRFU MAF" History

📄 Document created by ██████████████████████████
   2020-09-02 - 8:45:23 PM GMT- IP address: 24.15.22.174

✉ Document emailed to ████████ ████████████████ for signature
   2020-09-02 - 8:46:19 PM GMT

📄 Email viewed by ████████ ██████████████████
   2020-09-02 - 10:27:41 PM GMT- IP address: 47.18.81.245

🖊 Document e-signed by ████████ ████████████████
   Signature Date: 2020-09-02 - 10:28:09 PM GMT - Time Source: server- IP address: 47.18.81.245

✉ Document emailed to ████████████████████████████████████ for signature
   2020-09-02 - 10:28:11 PM GMT

📄 Email viewed by ██████████████ ████████████████
   2020-09-02 - 10:39:21 PM GMT- IP address: 73.135.34.233

🖊 Document e-signed by ████████████████████████████
   Signature Date: 2020-09-02 - 10:40:31 PM GMT - Time Source: server- IP address: 73.135.34.233

✅ Signed document emailed to ████████████████████████████████ █ ████████
   ████████████████████████████████████ and 1 more
   2020-09-02 - 10:40:31 PM GMT

group*m*    POWERED BY
             Adobe Sign