# Plaintiffs' Exhibit 104



Google Inc.
Attachment 4(c)-1
April 2007

HIGHLY CONFIDENTIAL

# DoubleClick Overview Agenda

- **Corporate Overview**
  - Core Businesses
  - Summary Financials
- **Product Overview**
  - Customer Value Chain
  - Sell Side Product Suite
  - Buy Side Product Suite
  - DoubleClick Marketplace (Ad Exchange)
- **Strategic Opportunities Discussion**

HIGHLY CONFIDENTIAL                                                                                       GOOG-DOJ-01657698

# Corporate Overview

# What Has Changed Since the Buyout?

- **Divested non-core assets**
    - Marketing automation sold
    - Email sold
    - Abacus separated and then sold

- **Focus in 2006...**
    - Significantly enhanced the core operating system
        - Rebuilt the UI, workflow and underlying architecture for DFP, DFA and DE
        - Built and launched DART Sales Manager
        - Acquired Falk
        - Substantially increased market share among agency holding companies

- **Identification of, and aggressive investment in, key adjacencies**
    - Rich Media and Video
        - Became the second largest player in the industry for rich media and video, starting from scratch; launched the Motif In-stream (video) business; acquired Klipmart; extended international reach through Tangozebra acquisition; and grew from 30 people to over 200
    - Paid Search: will Y! pull API, making Search less valuable, reducing integrated search/display, making DFA less valuable; so Atlas gains share – ask Thacker
        - Launched DART Search, and combined it with Performics Full Service offering
        - Roughly $1 billion under management
    - Launched optimization business
    - Building an ad exchange seamlessly integrated with DART

4

DoubleClick

HIGHLY CONFIDENTIAL

GOOG-DOJ-01657700

# DoubleClick – A Quick Profile

## Our Mission
- DoubleClick provides the industry-standard and mission-critical suite of solutions that empowers the majority of agencies, publishers, and marketers around the world to optimize their revenue from all aspects of their digital advertising transactions.

**3,000+ total clients**
- 9 of Top 10 global agencies and brands
- 9 of Top 10 US, 8 of Top 10 European sites
- 35 of Top 50 web publishers

**Nearly 18 billion ad impressions served daily (DART and DART Enterprise)**
- 17 data centers around the world
- 300+ engineers developing ad management solutions
- 30+ product launches or major upgrades in 2006 (more than last 4 years combined)

**1200 Employees in 17 countries**
- Nearly tripled headcount since mid 2005
- Falk, Klipmart and Tangozebra acquisitions added technology / service expertise and increased global footprint

| Sell-Side | Buy-Side |
|---|---|
| DART for Publishers | DART for Advertisers |
| DART Enterprise | DART Search |
| DART Motif for Publishers | DART Motif for Advertisers |
| DART Adapt | |
| | Performics Search |
| | Performics Affiliate |

HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-01657701