# Plaintiffs' Exhibit 105



HIGHLY CONFIDENTIAL

GOOG-DOJ-00970889

## Situation Overview

- Liberty's investors (Hellman Friedman) was preparing to IPO the company when they (supposedly) received a verbal offer (we hear MSFT)
- Now shopping the company to Google, maybe others
- We met with Liberty management in NYC on Thurs
- Current verbal offer is at least $2B, according to their bankers
- Our bankers think IPO value is $1.6-1.9B; lower once the market is aware of GFA/GFP
- Hellman Friedman wants offers by end of this week
- **Summary points:**
  - **GFA has little chance to succeed if MS buys Liberty, impairing our chance to build a display ad business (unless we accept 3P ad tags)**
  - **Liberty's publisher ad server would enable MSFT to quickly scale its ad network, intensifying competition for AFC**

Confidential  Copyright 2007 Google

2

HIGHLY CONFIDENTIAL　　GOOG-DOJ-00970890

## Publisher Side

### DART for Publishers

- Footprint: 9 of Top 10 US & 8 of Top 10 European sites (60% share)
- 7B impressions/day; 75% US/25% Int'l
- Dart Adapt inventory optimization package. Increases eCPM for publisher 40% on average.
- Sales Manager: RFP & I/O workflow tools
- Motif: Rich media solution for publishers
- AOL: runs ad sales & operations on customized DFP platform

### DART Enterprise

- Enterprise software version of DFP for large web publishers
- 7B daily impressions

### Ad Exchange

- Ad Exchange is a dynamic marketplace that matches publisher inventory to the highest paying buyer (similar to Right Media)

## Advertiser Side

### DART for Advertisers

- Footprint: contracts with 9 of Top 10 global agencies (~50% share)
- Impressions: 3B impressions/day; 75% US/25% Int'l
- Rich Media: #2 rich media vendor (Motif+Klipmart+TangoZebra)
- MediaVisor: integrated media planning tool
- Vision: same as CMO Dashboard

### DART Search

- Cross-network bid optimization, campaign and keyword management

### Performics

- Service platform -- Largest US SEO
- Paid placement, natural search optimization and data feed optimization services



Confidential    Copyright 2007 Google

3

HIGHLY CONFIDENTIAL                                                                                         GOOG-DOJ-00970891

Case 1:23-cv-00108-LMB-JFA   Document 1194-19   Filed 08/22/24   Page 5 of 10 PageID# 88205

## Changes at Liberty since buyout

- 1,200 employees in 17 countries (tripled since mid '05)
    - 375 eng (275 in NYC and Chicago + 100 contractors in India)
    - 200 sales
    - 350 customer service/support
    - 275 G&A
- Divested non-core assets
    - Email ($90mn)
    - Abacus separated and then sold ($435mn)
    - Marketing automation (price n/a)
- Made three acquisitions
    - Falk: #2 publisher ad server in Europe
    - Klipmart: top 2 video ad server
    - TangoZebra: top European rich media ad server
- Investment in core platform and key adjacencies
    - Became the second largest player for rich media and video (Motif, Klipmart and Tangozebra)
    - Launched DART Search, combined with Performics ($1 billion under management)
    - Building an ad exchange seamlessly integrated with DART (similar to Right Media)
    - Built and launched DART Sales Manager

Confidential  Copyright 2007 Google

4

HIGHLY CONFIDENTIAL                                                                                       GOOG-DOJ-00970892

## What if MSFT acquires Liberty?

**The MSFT/Y! Pespective**

- Need access to DFP's "available" inventory to build ad network
- Assume they'll make the ad server free to access remnant inventory
- 2-4B daily ad slots could become available to MSN (vs. 7B AFC ad slots today)
- **KEY QUESTION: Why is inventory available? Why hasn't Liberty attempted to monetize?**
- **RISK: MSN will become more competitive with AFC by scaling their network**

**Implications for Google**

- Acquisition by MSFT will make it challenging for GFA and GFP to get traction
    - DFA/DFP will likely be made free and improved (similar to our strategy)
    - Reduces incentive for current customers to switch to GFP/GAM
- Lowers incentive for agencies to push MSN/Y! to accept GFA ad tags
- **RISK: GFP/GAM market traction significantly impaired**

Confidential  Copyright 2007 Google

HIGHLY CONFIDENTIAL    GOOG-DOJ-00970893

## Strategic Rationale

### DFA: Agency Ad Server ("Buyside")

- Improves brand ad business: **support 3P ad tags** and create **more visibility for AFC** publishers/inventory via planning tools
    - DFA has ~50% share of 3PA serving (slightly higher than Atlas)
- Buying a large footprint **reduces execution risks** for organic efforts (GFA)
    - Reduces barriers to adoption for advertiser/agencies
    - Lowers risk that Y! and/or MSN don't accept our tags

### DFP: Publisher Ad Server ("Sellside")

- Access to potential **2B incremental AFC impressions** per day
- Buying a large footprint **reduces execution risks** for organic efforts (GFP)
    - DFP has 60% share of publisher ad serving market
    - Reduces barriers to adoption for publishers
- **Deepen relationship with AOL**; DFP deeply integrated with properties and sales org

Confidential  Copyright 2007 Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-00970894

## Valuation

- **$2B+ competitive offer**
- Expect MSFT to bid aggressively
- We value financial benefits at **$1.5-2.2B NPV**
    - **$900M-1.4B NPV:** Improvements to brand ad business via DFA
    - **$1.5-2.2B NPV:** Access to incremental AFC inventory via DFP
    - **Negative $900M–1.4B NPV:** Supporting Liberty operations
        - Free ad serving after two years
        - Reduce headcount to 800 from 1200
- Strategic value of eliminating a key risk to AFC

- **RECOMMENDATION:** Aggressively pursue acquisition. How high are we willing to go?

Confidential  Copyright 2007 Google

7

HIGHLY CONFIDENTIAL                                                        GOOG-DOJ-00970895

# Liberty Operational Model

## Organizational Structure

- Liberty separate operating & legal entity. No Googlification.
- David R & other senior managers run existing business to rev and margin goals
- Down size Liberty as GFA/GFP take over footprint→move to Google product in 2 years
- Single sales team

## Ownership

|  | GFA | GFP | Dart Search | Existing Liberty Business |
|---|---|---|---|---|
| Google Lead | Alex | Gokul | Richard | David R (reports to Tim) |
| Objective | • Take best Liberty engineers and make Google employees<br>• Migrate customer base to GFA over 2 yrs | • Take best Liberty engineers and make Google employees<br>• Migrate customer base to GFP over 2 yrs | • Take best Liberty engineers and make Google employees<br>• Migrate product to Google product | • Keep existing eng resources that don't get hired by GFA/P teams<br>• Maintain customer satisfaction |

Confidential  Copyright 2007 Google

HIGHLY CONFIDENTIAL GOOG-DOJ-00970896

## Open Operating/Integration Issues

- Management and incentives
- DFA/P vs GFA/P product development and migration plans
- Employee layoffs
- Product pricing
- Liberty vs Google Branding
- Sell Performics. Owning them creates conflicts (SEO, x-network campaign management)

Confidential  Copyright 2007 Google

9

HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-00970897