# Plaintiffs' Exhibit 108

Message

| | |
|---|---|
| From: | Stuart Houston (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 9/12/2019 2:03:20 PM |
| To: | rhazan@google.com |
| Subject: | Master response -... - The exception here is that AdX does n... |

Stuart Houston replied to a comment in the following document



Master response - FCA RFI 1 [shared with Google]

in combination with AdX



Rob Hazan

The exception here is that AdX does not bid into 3rd-party auctions. So, while you can drop a GPT Passback tag into a 3rd-party ad server (and traffic an AdX line item to that tag), you don't get a bid price back from AdX that could be used in creative selection, yield optimization, or their own version of dynamic allocation. A publisher using that 3rd-party ad server would have to assign some static CPM price or a serving priority for that AdX demand - it doesn't compete based on price. So it's not equivalent to the way AdX integrates with Ad Manager (where we use the bid price to determine whether the AdX demand should serve or not).



Rob Hazan

These 3rd party ad servers may conduct their own auctions for 3rd-party buyers and integrate that demand dynamically into their creative selection decisions. It's just not AdX.

Uchechi Okereke

# Redacted - Privilege

Rob Hazan

It is certainly the case that AdX today is not capable of being called directly from the client-side. In fact, I don't believe it's even capable of being called from any other 3rd-party server. I believe it can only be called from another Google server via RPC.

So it is certainly true that to change from its current state would require all of the things you mentioned, and it would also require significant engineering effort on our part.



Nitish Korula

Rob, one can have an AdX direct tag, right?

Chech, to answer your question, yes: Real-time pricing from AdX would require a server-to-server integration.



Rob Hazan

I sort of ignored that case since we're deprecating it, but it's more-or-less the same scenario as a GPT Passback from the perspective of not exposing a bid price or participating in an auction.

HIGHLY CONFIDENTIAL
GOOG-DOJ-15564967

**Nitish Korula**

Yes, agreed that it's not real time, but there **is** a way to call AdX from the client-side.

**Rob Hazan**

2 ways, right? GPT tag (passback or normal) with a corresponding backfill line item set up in Ad Manager; or AdX Direct tag.

**Nitish Korula**

Yes, I was referring to AdX-but-not-DFP.

**Stuart Houston**

Thanks all. I've added in reference to the AdX direct tags here as well. +<u>rhazan@google.com</u> / +<u>nitish@google.com</u> - Grateful if you could check the text for accuracy?

**Rob Hazan**

looks good

**Stuart Houston** New

Thanks, Rob!

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

HIGHLY CONFIDENTIAL

GOOG-DOJ-15564968