# Plaintiffs' Exhibit 113



HIGHLY CONFIDENTIAL                                                                                   GOOG-DOJ-10547033



HIGHLY CONFIDENTIAL

GOOG-DOJ-10547064