# Plaintiffs' Exhibit 119

**From:** Michael Hopkins <mhop@google.com>
**To:** Aparna Pappu <apappu@google.com>, Batool Ali <batool@google.com>, Bodhi Mukherjee <bodhi@google.com>, Eisar Lipkovitz <eisar@google.com>, Emil Ochotta <emilo@google.com>, Gargi Sur <gargisur@google.com>, Glenn Berntson <gberntson@google.com>, Jim Giles <jimgiles@google.com>, Jonathan Bellack <jbellack@google.com>, Mike Warriner <mfw@google.com>, Paul Muret <muret@google.com>, Sagnik Nandy <sagnik@google.com>, Scott Spencer <scottspencer@google.com>, Sunil Kosalge <sunilk@google.com>, Vegard Johnsen <vegardj@google.com>, Brad Bender <bradbender@google.com>, Bryan Rowley <browley@google.com>, Chris LaSala <chrisl@google.com>, David Goodman <davidgoodman@google.com>, David Maymudes <davidmay@google.com>, Deepti Bhatnagar <deeptib@google.com>, George Levitte <glevitte@google.com>, Jerome Grateau <jgrateau@google.com>, Kurt Spoerer <kspoerer@google.com>, Max Loubser <maxl@google.com>, Payam Shodjai <pshodjai@google.com>, Roshan Khan <roshank@google.com>, Sam Cox <samcox@google.com>, Vivek Rao <vivekrao@google.com>
**Sent:** Fri, 11 Nov 2016 22:04:20 +0000
**Subject:** Re: Sellside Review for 11/10

Notes from the meeting have been added at??go/sellsidereviewnotes??and pasted below.
Thanks,
Gargi and Michael

Expelliarmus (ad block circumvention) re-boot
11/10/2016
Doc: Expelliarmus Reboot - VP Update
Presenter: Scott Spencer
TL;DR
- Largely positive reaction to proposal of pursuing ad blocker circumvention for AMP ads on AMP inventory
- Expelliarmus could potentially be leveraged in new network

AI
- Decide on how expelliarmus proposal should interact with new network

Meeting notes
- Expelliarmus: our approach to ad block circumvention
- Ad circumvention proposal has the following pillars
    - Circumvention for AMP ads on AMP inventory
    - Ad block circumvention of ads on YT (parallel YouTube effort)
    - Program to certify 3rd party ad blocker circumvention tools
- Demand for ad block circumvention spiked when Facebook rolled this out
- Eisar: Publishers don???t take the position generally that circumventing ad blockers would cause them to lose users; focus on getting short-term revenue back
- Circumvention for AMP ads on AMP inventory: easier starting point
- Creating escalations for unfunded ad spam issue
- Paul: should we bundle this with new network?
    - Might be easier to do with new network b/c we???ll have GAIA
        - Used for personalization + frequency capping
    - **AI:** Consider this proposal in context of new network
        - Would help with resource decision
- Will this add to latency?
    - Dynamic changes will add to latency; we???re looking into this
- This is an arms race between ad blockers and ad circumvention
- AMP team said it???s technically possible to move AMP to desktop
- Facebook primarily targets AB and AB+; haven???t focused on UC browser
- Eisar: this would make AMP RPMs increase; also worry about it looking like we are pushing

HIGHLY CONFIDENTIAL
DOJ
GOOG-TEX-00094226

Google???s agenda

Jedi Follow Up
11/10/2016
Doc: Jedi followup
Presenter: Jim Giles
TL;DR
- Modifying AdX margin is unlikely to win additional inventory in short-term but could in the long-term by increasing AdX yield and putting pressure on other SSPs
- Initial data suggests there could be material impact on impressions + revenue from not bidding on HB queries, but more detailed analysis is still needed
- Overall, moving in right direction for being able to make strategy decisions

AI
- Improve logic for identifying HB queries

Meeting notes
- Simulations for modifying AdX margin downwards + Adwords margin upwards
    - Eisar: this is just first order effects
    - Eisar: we should include DBM in this analysis
    - Nirmal: DBM won???t win more b/c of sellside dynamic rev share
- Chris: we don???t have any indications that lowering rev share would increase inventory availability
    - Bahman: let???s make sure we focus analysis on competition with SSP players
    - Payam: there could be long-term effect; puts pressure on other SSPs and would make us more competitive from a yield perspective
    - Jonathan: might want to lower rev share just for mobile app to be more competitive there
- DBM did experiment where they stopped buying domains with HB on other exchanges
    - Led to ~30% drop in both impressions and revenue
    - Stopping DBM buying cross exchange for HB properties: money could be won back but not necessarily to same domains
    - Tobias: I don???t know if this approach would be enough to move the market
        - Alternatively, we could make goal protecting advertisers in bad auctions (one of which is HB); instead of stop bidding on HB queries, we could bid lower on HB queries
            - Ali: we may find that this approach is the same as not bidding on HB queries if other buyers still bid the same
            - We need to push other buyers to make changes too
                - Eisar: we should think about this
    - **AI(Goody):** improve filtering for HB queries
    - Jonathan: potentially think about approach where DBM only buys through AdX or a header
        - Difficult from a messaging perspective with Jedi
        - Aparna: we need a few more weeks of data; don???t focus too heavily on 30% number
    - Contractually, we don???t have to bid advertiser CPM every time but we???d have to make updates for HC + UI potentially
- Transparency
    - Certain contracts seem to suggest that we might have difficulty sharing spend data across exchanges with pubs


On Wed, Nov 9, 2016 at 11:43 PM Michael Hopkins <mhop@google.com> wrote:

Hi all,

We have the following??Sellside??Reviews??scheduled for tomorrow:

Topic: Expelliarmus (ad block circumvention) re-boot
Date/Time: 11/10, Thurs 2:00 pm - 2:15 pm PT
Deck:??Expelliarmus Reboot - VP Update
Summary: Decide on Google strategy for ad block circumvention

Topic:??Jedi Follow Up
Date/Time: 11/10, Thurs 2:15 pm - 3:00 pm PT
Deck:??Jedi++ followup
Summary: Follow up discussion from Jedi++ strategy presentation 2 weeks ago

Thanks,
Gargi & Michael

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00094228