# Plaintiffs' Exhibit 121



GOOG-DOJ-15277215

DO NOT SHARE EXTERNALLY

## Outline

- **One Sentence Definition**
- **Why Are We Doing This?**
- **What If We Don't Do This?**
- **How It Works**
- **Customers**
- **OpenRTB**
- **Onboarding Flow**
- **Key Differences**
- **Potential Issues**
- **Current Status**
- **Eng Rollout Plan**
- **Resources**

Google

Confidential & Proprietary
ATTORNEY-CLIENT PRIVILEGED

- Q4 User Group Survey: 21/40 pubs have implemented HB, 9/40 considering (more details in appendix)
- Publishers gave feedback that existing DRX solutions such as Enhanced Dynamic Allocation (EDA) or DFP First Look (DFL) does not address their need to increase yield with multiple exchanges
- EDA only allows average prices for other exchanges/SSPs
- DFL only allows remarketers to compete in the auction

GOOG-DOJ-15277216

DO NOT SHARE EXTERNALLY

## One Sentence Definition

Exchange Bidding in Dynamic Allocation allows non-AdX exchanges to
access and purchase DFP publisher inventory via AdX piping.

Google

Confidential & Proprietary
ATTORNEY-CLIENT PRIVILEGED

DO NOT SHARE EXTERNALLY

# Why We Are Doing This?

Historically publishers have accessed non-AdX exchanges by setting up fixed-price Line Items in DFP.

It turns out that getting **per-query bids from exchanges _dramatically increases yield_**, so pubs are clamouring for this functionality.

**"Header bidding"** is a DFP hack that makes this possible and has gained rapid adoption despite shortcomings (latency, difficult to set up, billing discrepancies).

Exchange Bidding allows DFP publishers to get per-query bids from non-AdX exchanges without the hack.

Google

Confidential & Proprietary
ATTORNEY-CLIENT PRIVILEGED

GOOG-DOJ-15277218





| Id | Date | Text |
|----|------|------|
| 1 | 03/15/2016 20:30:03 | Is there a way to better illustrate that these graphs indicate header bidding by these pubs? |

HIGHLY CONFIDENTIAL

GOOG-DOJ-15277220

