# Plaintiffs' Exhibit 124



CONFIDENTIAL
GOOG-AT-MDL-009969527

## Agenda

- DVAA strategy updates - Ali
- First Pricing improvements - Ehsan, Christophe
- fCPA - Victor
- Social and Q&A

CONFIDENTIAL
GOOG-AT-MDL-009969528

# First pricing improvements

CONFIDENTIAL                                                          GOOG-AT-MDL-009969529

## Overview of bidding in DBM

- **Fixed bidding:** A fixed CPM bid provided by advertiser — 70% OF SPEND
- **Favor Spend:** Maximize reward subject to budget — 18% OF SPEND
  - Maximize conversions
  - Maximize clicks
  - Maximize video views [new]
  - Maximize impression 'value' [new]
- **Favor Goal:** Optimize while hitting average cost per value — 8% OF SPEND
  - Target CPA
  - Target CPC
- **ActiveView CPM:** Fixed bid per ActiveView — 4% OF SPEND

CONFIDENTIAL                                                                                       GOOG-AT-MDL-009969530

# Auction dynamics - non-second price auctions

- DBM buys on many third party exchanges which are deviating from 2nd price auctions.

- In a second price auction, the advertiser can bid the value it places on the impression without fear of overpaying.

- In unclean second-price auction, the optimal strategy would be to bid the lowest amount at which the advertiser still wins the impression.

Clean 2p: bidding lower than value will result in lost impressions
Clearing price close to bid is a good indication that auction is unclean 2p

CONFIDENTIAL					GOOG-AT-MDL-009969531

## Market shift to first price

- In fact, exchanges are openly moving more and more to first price auctions.

- This is necessary for them in order to compete in the header bidding auction controlled by publishers (first price).

- DSPs must adapt and protect advertisers from overpaying.



Digital Ad Impression Share Among US Supply-Side Platforms (SSPs), by Auction Type, Dec 2017 & March 2018
% of total impressions analyzed by Getintent

| | Dec 2017 | March 2018 |
|---|---|---|
| | 19.1% | 23.9% |
| | 75.1% | 32.8% |
| | 5.8% | 43.3% |

■ First-price auction  ■ Second-price auction with anomalies
■ Fair second-price auction

Note: represents activity on the Getintent platform, broader industry metrics may vary
Source: Getintent, April 30, 2018

| 3PE declared auction type | DBM impression count (Aug 2018) |
|---|---|
| unspecified | 45.6% |
| first price | 30.8% |
| second price | 23.5% |

Sources:
https://www.emarketer.com/content/nearly-half-of-programmatic-impressions-are-sold-through-first-price-auctions
https://pubmatic.com/wp-content/uploads/2017/08/PubMatic-UnderstandingAuctionDynamics.pdf

CONFIDENTIAL                                                                      GOOG-AT-MDL-009969532