# Plaintiffs' Exhibit 129

# DVAAR: DV360 Profitability

May 9

**PRIVILEGED and CONFIDENTIAL**
**Contains sensitive data, DO NOT SHARE.**

Privileged and Confidential

HIGHLY CONFIDENTIAL

GOOG-DOJ-07835340

## Agenda

- Team and process
- Summary of financial goals
- Progress against key initiatives
- Deep dive into Poirot

2

HIGHLY CONFIDENTIAL
GOOG-DOJ-07835341

# Team and process
*Steady cadence working toward profitability improvements*

| Forum | Frequency | Objective | Members |
|---|---|---|---|
| Maguire Working Group | Weekly | Weekly sync on ongoing work with PM, Eng, gTech, Business Ops, Sales, Legal and Finance | Business Ops, PM (Alice Yu, Roshan Khan, Brent Besson), Sales, Legal, Finance, Eng (Felix Chang, Carl Burch), gTech |
| C-Squared | Biweekly | GBX delegated XFN forum addressing principles and items that impact more than a single deal (regional pricing, new feature launch, etc) | GPL, Sales, Finance, Compliance, Legal, PM, Accounting, Pricing |
| P&L Steering Group | Monthly | Senior level XFN alignment on key initiatives / decisions related to profitability | Sales, Product/Eng, gTech, Finance, Pricing, GPL |
| DVAAR | Quarterly | Accountability toward goals / key decisions / unblock obstacles | Suresh, Brad, Carlos + P&L Steering |

3

HIGHLY CONFIDENTIAL
GOOG-DOJ-07835342



https://docs.google.com/spreadsheets/d/1ruPZKssfisNxdXiaJODgqtuvoWjGy0KuZdIT vjEU3ME/edit#gid=0

HIGHLY CONFIDENTIAL
GOOG-DOJ-07835347



https://docs.google.com/spreadsheets/d/1ruPZKssfisNxdXiaJODgqtuvoWjGy0KuZdITvjEU3ME/edit#gid=0