# Plaintiffs' Exhibit 134

Message
_____

| From: | Rita Ren [rren@google.com] |
|---|---|
| Sent: | 8/16/2019 6:58:16 PM |
| To: | Giulio Minguzzi [gminguzzi@google.com] |
| CC: | Duncan Wood [duncanwood@google.com]; Greg Bogumil [gbogumil@google.com]; Conroy Lee [conroylee@google.com] |
| Subject: | Re: bad ads voorbeelden |
| Attachments: | image.png; image.png; image.png |

+Conroy Lee to keep me honest.

Yes, UPR targeting unclassified will apply to unclassified AdWords advertisers.

On Fri, Aug 16, 2019 at 1:25 PM Giulio Minguzzi <gminguzzi@google.com> wrote:
Hello,

We are dealing with an unhappy client due to bad ads, allegedly from AdWords.

Could you please confirm me that in UPR, when a publisher set a floor for unclassified advertisers, this also apply AdWords Small business?

It seemed to be the case in OA rules, and would probably solve the issue here. I'd expect we havn;t changed that but wanted to check.

Thanks!

Relevant extract from OA rules HC below:

Set pricing and blocking for specific buyers, advertisers, or brands: You can set pricing and blocking settings for selected buyers, advertisers, and brands.
1.      Tap Edit 🖉 next to "Buyers" or "Advertisers and brands" and select the desired buyers/advertisers/brands.
For advertisers/brands, **select Include unclassified advertisers or brands to set pricing for all unclassified advertisers and Google Ads small businesses.**
*              An advertiser is considered "unclassified" if it doesn't appear on our list of advertisers available for setting pricing rules. Any brands belonging to these advertisers are also considered unclassified.
*              Google Ads small businesses are advertisers whose impressions made up less than 0.01% of global daily impressions, and less than 0.1% of daily impressions in each of the following countries: Australia, Brazil, Canada, China, France, Germany, India, Indonesia, Japan, South Korea, Thailand, Turkey, United Kingdom, and the United States.

On Fri, Aug 16, 2019 at 12:47 PM Kenny Valcks <kvalcks@google.com> wrote:
Hi Giulio, Christine,

Since we are meeting with DPG Media on Monday, I wanted to give you a heads up.

We (Katya & myself) just received the mail below from Jeroen Swiers (their head of digital) demanding the ability to set buyer specific floors (to control adwords).

GOOG-AT-MDL-014303955

His claims:
- Adwords revenue has increased with 104% and this is adding a lot of bad ads (fake news) on their domains
- They used to set higher floor prices for Adwords due to these low quality (bad) ads
- Adwords eCPM is declining, while win rate is increasing due to UPR --> huge concern for them

I ran a quick report, mostly confirming his revenue related claims.

Bad ads is the hot topic in The Netherlands for the moment (overview) seeing that some of the local celebrities involved have taken / are thinking about taking legal actions against the publishers. For now, I've heard that most of these ads are coming through other exchanges, but nonetheless this is also happening within our stack (and Google Ads gets the blame).

Offering the ability to set advertiser specific floors for Adwords small and medium business would probably resolve their issue (related to ad quality), but I don't know if this is currently being discussed. It's clear that we are dealing with a highly unsatisfied partner (he ends his mail saying they are reconsidering if Google Ad Manager is the right adserver for them). I'm confident that we can sway them back in a more positive direction, but we'll need to come prepared. ;)

kr,
Kenny

---------- Forwarded message ---------
From: **Jeroen Swiers** <Jeroen.Swiers@persgroep.nl>
Date: Fri, Aug 16, 2019 at 5:12 PM
Subject: Fwd: bad ads voorbeelden
To: Katya Degrieck <katyade@google.com>, Kenny Valcks <kvalcks@google.com>


Hoi Katya - Keny,

Sinds de aanpassing op unified Pricing zijn er 3 grote problemen:

-Adwords is met 104 % gegroeid wat ook heel veel bad-ads met zich meebrengt.
 We kunnen dit nu niet stoppen aangezien we niet op buyer zaken kunnen uitzetten.
(Voorheen werkte we met hoge floor op adwords met name ivm kwaliteit)

-Ecpm daalt ivm hoge winrate / fillrate van Adwords Ivm unified pricing

-PMP derving ivm inkoop op voordelige kanalen.. ivm unified pricing

Ik wil nogmaals benadrukken dat dit niet acceptabel is.
Als er geen mogelijkheid is om dit zelf in te stellen / regelen gaan we hier echt mee in de problemen komen.
We zullen dan moeten gaan onderzoeken in hoeverre de Google admanager nog wel de juiste adserver voor ons is.

Vr groet,

**Jeroen Swiers**
Digital Sales Development

CONFIDENTIAL

GOOG-AT-MDL-014303956

06 - 295 488 09
Jeroen.swiers@persgroep.nl

**de Persgroep**
Jacob Bontiusplaats 9
1018 LL Amsterdam
020 - 562 91 11
www.persgroep.nl

De informatie in dit e-mailbericht en eventuele bijlagen is vertrouwelijk en is alleen bestemd voor de beoogde ontvanger(s). Indien u dit bericht ten onrechte heeft ontvangen, wordt u verzocht de verzender daarvan in kennis te stellen en het bericht te vernietigen. Het is niet toegestaan de hierin opgenomen informatie op welke wijze dan ook te gebruiken of openbaar te maken.

The information contained in this e-mail, including possible attachments, is confidential and is solely for the use of the intended recipient(s). Should you have received this e-mail unintentionally you are then requested to inform the sender and to destroy the message.It is prohibited to use or disclose the information this message contains in whatsoever way.

---------- Forwarded message ---------
From: **Mark Adam** <Mark.Adam@persgroep.nl>
Date: Fri, 16 Aug 2019 at 16:53
Subject: bad ads voorbeelden
To: Jeroen Swiers <Jeroen.Swiers@persgroep.nl>

GOOG-AT-MDL-014303957

## nkel sluiten: 'eek is veel'





atting | Ajax
ichter bij CL-
ie na overwin-
>AOK

Steeds meer drugs
gevonden bij verdachten
in Hongarije

### Wat Eten We Vandaag: Spinazietaco's met kokosgarnalen en salsa



Duizenden Belgen Worden Rijk
~ Investering van Philippe Schokt Velen



€49
EXTRA



**MEEST GELEZEN**

Doodnormaal rijtjeshuis in
Amsterdam-Zuid heeft
469.300 keer gelezen





Nederland moet zich opmaken voor een ongekende ratten- en muizenplaag, waarschuwen deskundigen. Op steeds meer plekken worden rattenplagen gemeld. "Ze zitten overal en dringen gewoon je huis binnen. Zo groot als halve katten zijn ze", zegt de Schiedamse Willy.

**BAANBREKEND NIEUWS**

**Onze Gebeden Voor Marco Borsato**

Willy Helkamp heeft al een paar jaar last van ratten in haar wijk in Schiedam. "Maar dit jaar, het is erger dan ooit", zegt ze resoluut. "Je

--

--

**Kenny Valcks**
Strategic Partner Manager
Global Partnerships, EMEA
kvalcks@google.com
+32 470 45 75 04

**Giulio Minguzzi**
Global Strategy Lead
Programmatic Indirect / Ad Serving
gminguzzi@google.com
(650)-448-7402

--
Rita Ren

GOOG-AT-MDL-014303959