# Plaintiffs' Exhibit 135

Message

| | |
|---|---|
| **From:** | Ali Nasiri Amini [amini@google.com] |
| **Sent:** | 9/30/2014 8:21:28 AM |
| **To:** | Varun Ramanujam [ramanujam@google.com] |
| **CC:** | Nirmal Jayaram [nirmaljayaram@google.com]; Johan Land [johanland@google.com]; Alok Aggarwal [aloka@google.com] |
| **Subject:** | Re: [Update] [hold] GDN one-off: Review of Global Bernanke Launch Plan |

Alok,

Now that you have established your talents in naming, please help us to find good names for
1) Project Bluray
2) Nick's REGMH algorithm

On Mon, Sep 29, 2014 at 2:50 PM, Varun Ramanujam <ramanujam@google.com> wrote:
> ditto that!!

On Mon, Sep 29, 2014 at 2:44 PM, Nirmal Jayaram <nirmaljayaram@google.com> wrote:
> Lol. Sounds good to me :)

On Sep 29, 2014 2:29 PM, "Johan Land" <johanland@google.com> wrote:
> Nice :)

On Sep 29, 2014 2:26 PM, "Alok Aggarwal" <aloka@google.com> wrote:
> -lots
> We need a new name. How about Project Bell, after Alexander Graham Bell who made the first call. Get it, first call? :)

On Mon, Sep 29, 2014 at 11:23 AM, johanland@google.com <johanland@google.com> wrote:
> Hey folks,
>
> For this discussion I want us to do the following:
> 1. Agree on necessary steps to launch Global Bernanke
> 2. Discuss each step
> 2a. Decide on launch tuning (margin constraints, etc.)
> 2b. Signal (real time, frequency of updating0
> 2c. Publisher override (tag, server side)
> 2d. Commercialization
> 3. Set/agree/estimate some form of timeline
>
> Looking forward to chatting!
>
> /Johan

> **[hold] GDN one-off: Review of Global Bernanke Launch Plan**
> When        Tue Sep 30, 2014 1:30pm – 2pm Pacific Time
> Where       MTV-900-2-Mayari (20) GVC, TOR-111-11-Royal York (4) GVC,
>             https://plus.google.com/hangouts/_/google.com/hold-gdn-one (map)
> Video call  https://plus.google.com/hangouts/_/google.com/hold-gdn-one

CONFIDENTIAL

GOOG-AT-MDL-B-002093394

| | |
|---|---|
| Who | - Woojin Kim - organizer<br>- Emily Strichartz - creator<br>- Drew Bradstock<br>- Gang Wang<br>- Masha Schneider<br>- Max Loubser<br>- Johan Land<br>- Jim Giles<br>- Ali Nasiri Amini<br>- Scott Spencer<br>- Alok Aggarwal<br>- Nirmal Jayaram<br>- Varun Ramanujam<br>- Bahman Rabii |

CONFIDENTIAL

GOOG-AT-MDL-B-002093395