# Plaintiffs' Exhibit 137



CONFIDENTIAL            GOOG-DOJ-27803533

# Agenda

**Discussion points**
- Passback detection methodologies
- Status on signal development, dashboard & publisher reporting/tagging
- Response to mediation: GDN Bell update

*Privileged and confidential*
Google Confidential and Proprietary

# Project "Bell"

**Constraint / methodology**
- Unconstrained pool-building on "Passback pubs"
- 10% constraint on pool-building on "First Call pubs" (same as v1)
- Pool only spent on "First call pubs"

**Effect / impact**
- Effectively shifts spend from Passback pubs (and non-competitive First Call pubs) towards competitive First Call situations, giving GDN better access to good inventory
- +$50m revenue
- ~20% yield differentiation between "First Call" and "Passback"

Note: Based on crawling of 2000 pubs only of which 257 marked as "Passback", potential may go up when crawling more pubs

Privileged and confidential
Google Confidential and Proprietary

CONFIDENTIAL                                                                 GOOG-DOJ-27803550

## "Bell" from a publisher's point of view

Positioning:
- Buyers are valuing 'First Call' 20-30% higher than 'Passback'
- To maximize yield you should put DRX as 'First Call'
- If you don't, you will get lower yield.
- Easy to compensate. Just make sure EDA is working or AdX is booked higher

Privileged and confidential
Google Confidential and Proprietary

CONFIDENTIAL                                    GOOG-DOJ-27803551