IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

On August 19, 2024, defendant Google LLC filed on the public docket its Proposed Findings of Fact and Conclusions of Law containing limited redactions, [Dkt. No. 1177], and filed under seal an unredacted version of the Proposed Findings of Fact and Conclusions of Law, [Dkt. No. 1178], and an accompanying Motion to Seal, [Dkt. No. 1179]. Google has requested to redact three limited pieces of information, totaling only 17 words in the 359-page pleading. In paragraph 95, Google seeks to redact non-public financial information regarding its business strategy; in paragraph 207, Google seeks to redact non-public competitively sensitive contract terms between Google and one of its customers; and in paragraph 361.5, Google seeks to redact the names of two of Google's customers. [Dkt. No. 1180] at 6.

Having reviewed the information that Google seeks to redact, the Court finds that the redacted information contains Google's confidential business information; the limited redaction properly balances Google's interests as against the public's interest; and the public's right of access under the First Amendment right of access has been overcome. See Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). For that reason, Google's Motion to Seal will be granted.

Google's Proposed Findings of Fact and Conclusions of Law also contain the redaction of information from plaintiffs and 33 non-parties, which was the subject of a previous Order addressing confidentiality objections. Because the redactions comport with the previous decision of the Court, they will remain under seal for now; however, if during the trial, testimony or documentary evidence is offered related to these redactions, the Court may revise its decision to keep portions of that information under seal. For these reasons, it is hereby

ORDERED that Google's Motion to Seal, [Dkt. No. 1179], be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22ND day of August, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge