IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On August 19, 2024, plaintiffs filed on the public docket their Proposed Findings of Fact and Conclusions of Law containing limited redactions, [Dkt. No. 1172], and filed under seal an unredacted version of the Proposed Findings of Fact and Conclusions of Law, [Dkt. No. 1173], and an accompanying Motion to Seal, [Dkt. No. 1174]. Plaintiffs have requested to redact limited pieces of information, all of which are subject to a previous Order addressing confidentiality objections by plaintiffs, defendant, and 33 non-parties. See [Dkt. No. 1147] ("Court Order Addressing Confidentiality Objections" (citing Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000)). Because the redactions comport with the previous decision of the Court, they will remain under seal for now; however, if during the trial, testimony or documentary evidence is offered related to these redactions, the Court may revise its decision to keep portions of that information under seal. Accordingly, it is hereby

ORDERED that plaintiffs' Motion to Seal, [Dkt. No. 1174], be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of August, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge