IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Pursuant to the Court's Order of August 8, 2024 (Dkt. No. 1141) ruling on Plaintiffs' Motion to Seal (Dkt. No. 667) filed in connection with Plaintiffs' Opposition to Google's Motion for Summary Judgment (Dkt. No. 656), Plaintiffs file the following exhibits in either redacted or unredacted form: 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17-23, 25, 26, 27, 28, 29, 30, 31, 32, 33-40, 42-45, 47-53, 55, 56, 58-63, 64, 74, 75, 82, 84, 87, 97, 98, 100, 102, 104-111, 113, 115, 116, 117-125, 127, 129-143, 144, 145, 148, 149, 150, 151, 153, 156, 160, 161, 162, 165, 178, 179, 181, 182, 183-187, 194-195, 200.

(Signature block on following page)

1

Dated: August 22, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney<br><br>/s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov<br><br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br>/s/ Michael E. Wolin<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Aaron.Teitelbaum@usdoj.gov<br>Attorneys for the United States | JASON S. MIYARES<br>Attorney General of Virginia<br><br>/s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us<br><br>Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |