# Plaintiffs' Exhibit 145



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006816357



Chain of events that led us to where we are today & many global discussions to build foundations and shift more capacity to partners

2018: 3PE formation and 3PE update

2019: 3PE QBR 2019 and VP update

2020: 3PE QBR 2020 and PreMeeting P-staff Oct

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006816358



GOOG-AT-MDL-006816377



Nod to UKI deck (Tim Collier, Carl N)

Point to land: The reasons why Partner Capability is important: benefit to google, benefit to the clients, benefit to the partners) => precursor to North Star

Advance advertiser maturity to drive full adoption of the breadth and depth of functionality we launch

Provide servicing scale and coverage globally across LCS clients

Provides critical (post-privacy) impartial 3rd party experimentation & validation that reinforce Google's sales priorities

With proficiency across competitive platforms, can advise clients on how to operating across hybrid infrastructure

Advancing a client in their digital maturity creates the opportunity for Google to unlock new areas of client investments (i.e., higher digital maturity => higher revenue).

HIGHLY CONFIDENTIAL



There are 3 critical GBO organisations leveraged by the Partner Program aimed to increase our Partners' capabilities.



### Google Product Certifications

Description: Product certifications at the individual or company level, that enable an organisation to provide services to customers such as consulting, training, implementation, and technical support for Google products

*Examples: GMP PP Certification, UX/Mobile Certifications, YT msrmt, GCP*



### Google Scaled Education

Description: Ongoing broad education initiatives on Google's products, identifying curriculum needs and developing plan to build it out for Partners and Advertisers, upskilling them along maturity curve

*Examples: Skillshop, webinars, Google digital academy, GMP bootcamp, etc*



### gTech Partner Enablement Strategy

Description: Develop programs, infrastructure and processes to enable & upskill partners improving service capabilities; activate partners to deliver services to end clients
(gPS Set/Enable/Activate)

*Examples: Deloitte Cookieless assessment, regional pilots on GA4, OGT, Mobile*



GOOG-AT-MDL-006816379

Proprietary + Confidential

## Use of Reselling channel has evolved from its original design creating gaps in reseller & end client experience

1    Reselling is granted on a market level, and working with global customers creates an operational burden for Clients, Partners & Google.

2    Current reseller strategy is not clearly defined and, inconsistent across regions which limits access to high value customers

3    Lack of direction and governance on data ownership goes directly against Google's best practices on clients owning their own data.

4    Lack of clear incentive and strategy for HoldCos to invest in this space

Google

*"Reselling channel was designed to enable measurement product expansion into markets and programmatic growth through scale. This no longer reflects our internal business needs, GMP product & tech maturity evolution and partner ecosystem landscape growth and with that our commercials, incentives and service models are not best aligned to partner & end client needs."*

*What is legally and financially possible with current reseller structure*
*You have to be certified to resell, cert is on a country level, you can not reselle out of your current market*
*Invoicing in WHT countries*

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006816380

Proprietary + Confidential

# Reseller Overview and Principles

<span style="color:red">Confidential - Under NDA ONLY</span>

## Certified Companies

Certified Companies have validated expertise at providing GMP services such as consulting, training, implementation, and technical support. Agencies, alliance partners, and system integrators will likely fall into this grouping.

- We certify at a per-country and per-OpCo basis.
- **Companies must be performing at the below level before applying to the program.** All applications must be reviewed and approved by the Partner Team.

## Resellers

REsellers meet our Certified Company requirements *AND* work closely with Google on selling and supporting GMP. They also must commit to a close working partnership with Google in market. That means collaborating with Google's channel and advertiser sales teams to grow usage of the Google Marketing Platform.

Requirements:

- Full end-client data ownership
- Minimum Service Obligations (MSOs)
- Pricing Transparency (technology and services)
- Recommend Google technology
- Detailed business plan and Interview
- Adequate commercials capacity in certified market(s)

Google

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006816382

Confidential - Under NDA ONLY

# What Does it Mean to be a Certified Company vs Reseller

|  | Certified company | | Sales Partner | | Uncertified Agency | |
|---|---|---|---|---|---|---|
|  | Analytics* | Media Platforms** | Analytics | Media Platforms | Analytics | Media Platforms |
| Service clients (basic sales & tech services) | Yes | Yes | Yes | Yes | No | Yes |
| Deploy tech maturity projects | Yes | Yes | Yes | Yes | No | No |
| Early beta access / Access to PM teams | Yes | Yes | Yes | Yes | No | No |
| Access to education and trainings materials | Yes | Yes | Yes | Yes | No | Yes |
| Ability to act as a reseller * | No | No | Yes | Yes (at Reseller rate card) | No | No |

*Reselling means providing write access to the Services to a third party (e.g., a Client) that is not explicitly permitted such access to the Services under the applicable Agreement with Google. Reseller partners are required to provide rate transparency to their clients.

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-006816383