# Plaintiffs' Exhibit 148

Page 1

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

------------------------------------------X
United States et al.,

                Plaintiff,

                v.

GOOGLE LLC,

                Defendant.
------------------------------------------X

Civil Action No. 1:23-CV-00108


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION

OF

JOHN DEDERICK

FRIDAY, JULY 28, 2023






Reported by:
CANDIDA BORRIELLO
JOB NO. 6418591-001-001

Page 10
1    J. Dederick - Highly Confidential
2    me is Amanda Strick.
3         MS. PREWITT:  I'll just note my
4         appearance as well.  Elizabeth
5         Prewitt, from Latham & Watkins, on
6         behalf The Trade Desk.  Also with us
7         is Adam Chiu and Becky McMahon.  As
8         well as counsel for The Trade Desk
9         Julie Kleeman.
10        MS. RHEE:  I believe the court
11        reporter has the appearances for the
12        record for Google.
13   BY MS. RHEE:
14        Q.   Mr. Dederick, I'm now going to
15   actually direct your attention to the
16   relevant passage of The Trade Desk's annual
17   10-K, okay?
18        A.   Okay.
19        Q.   Now, you understand that this
20   filing by The Trade Desk's submitted yearly
21   to the US Securities and Exchange Commission
22   is a signed statement by the company's chief
23   financial officer pursuant to the
24   requirements of the Securities and Exchange
25   Act, correct?

Page 11
1    J. Dederick - Highly Confidential
2         A.   I am familiar that this document is
3    intended to notify and advise shareholders
4    and prospective shareholders, yes.
5         Q.   And what happens to companies that
6    make misstatements in these annual 10-K
7    reports?
8         MS. PREWITT:  Objection.  Outside
9         the scope of the notice topics, as
10        well there's no foundation --
11        Q.   You're to answer the question.
12        MS. PREWITT:  Let me finish my
13        objection, I was continuing with an
14        objection, which is, first it's
15        outside the scope.  Second of all, you
16        don't have a factual basis and no
17        foundation to assume that this witness
18        would be knowledgeable on this topic.
19        He's a representative of The Trade
20        Desk on noticed topics that you
21        outlined in your notice.
22        MS. RHEE:  Let's go off the
23        record.
24        THE VIDEOGRAPHER:  All parties
25        agree to go off the record?

Page 12
1    J. Dederick - Highly Confidential
2         MR. VERNON:  Yes.
3         THE VIDEOGRAPHER:  We are going
4         off the record.  The time is 9:43 a.m.
5         (Whereupon, a brief recess was
6         taken.)
7         THE VIDEOGRAPHER:  We are back on
8         the record.  The time is 9:48 a.m.
9    BY MS. RHEE:
10        Q.   Mr. Prewitt [sic], as The Trade
11   Desk corporate representative, you stand by
12   the company's annual 10-K report's, correct?
13        MS. PREWITT:  Counselor --
14        MR. VERNON:  Objection.  Vague.
15        A.   I'm sorry, you're referring to me?
16        Q.   Yes.
17        MS. PREWITT:  Counsel, for the
18        record, you called him Ms. Prewitt, I
19        think that was the hesitation there.
20        A.   Yeah.
21        Will you repeat the question,
22   please?
23        Q.   I'm sorry.
24        Mr. Dederick, as the company's
25   corporate representative, you stand by the

Page 13
1    J. Dederick - Highly Confidential
2    company's annual 10-K report, correct?
3         MR. VERNON:  Same objection.
4         A.   Yes.
5         Q.   So, let's actually turn to page 5
6    and to make this go easier, I've highlighted
7    the relevant passage that I want to direct
8    your attention to, okay?
9         So, on the top of the page under
10   the heading Overview, you see where it says:
11        The Trade Desk offers a
12   self-service cloud-based ad buying platform
13   that empowers our clients to plan, manage,
14   optimize and measure more expressive data
15   driven digital advertising campaigns.
16        Do you see that?
17        A.   Yes.
18        Q.   Is that an accurate description of
19   The Trade Desk's business?
20        A.   Yes, The Trade Desk is a DSP and
21   that's an accurate description of a DSP.
22        Q.   Now, the next sentence says:
23        Our platform allows clients to
24   execute integrated campaigns across ad
25   formats and channels, including video, which

Page 14

1    J. Dederick - Highly Confidential
2    includes Connected TV, CTV, Display, audio,
3    digital out of home, native and social on a
4    multitude of devices, such as computers,
5    mobile devices, televisions and streaming
6    devices.
7         Do you see that?
8    A.   Yes.
9    Q.   Is that an accurate description of
10   The Trade Desk's business?
11   A.   Yes.  And I would add that when we
12   refer to clients, we refer to media buyers
13   who are leveraging a DSP.
14   Q.   So, continuing on, the next
15   paragraph actually talks about The Trade
16   Desk's clients.
17        Do you see that?
18   A.   Uh-huh.
19   Q.   It says:
20        Our clients are advertising
21   agencies, brands and other service providers
22   for advertisers with whom we entered into
23   ongoing master services agreements.
24        Do you see that?
25   A.   Yes.

Page 15

1    J. Dederick - Highly Confidential
2    Q.   Is that an accurate description of
3    The Trade Desk's clients?
4    A.   Yes, and all of those are buyers.
5    And for clarity, the brands really means
6    advertisers in that context.
7    Q.   Now, the next two sentences go on
8    to state:
9         We generate revenue by charging our
10   clients a platform fee based on a percentage
11   of a client's total spend on advertising.  We
12   also generate revenue from providing data and
13   other value added services and platforms
14   features.
15        Is that an accurate description of
16   the way in which The Trade Desk generates
17   revenue?
18   A.   Yes, The Trade Desk generates
19   revenue based on the media buying activity of
20   those clients on our platform and that's an
21   accurate representation of how.
22   Q.   Now, when was The Trade Desk
23   established?
24   A.   The Trade Desk was established in
25   2009.

Page 16

1    J. Dederick - Highly Confidential
2    Q.   When did The Trade Desk go public?
3    A.   If memory serves, The Trade Desk
4    went public in 2016.
5    Q.   Now, I want to direct your
6    attention to page 3 of this 2022 annual
7    report.
8         Now, under the Summary of Risk
9    Factors, do you see in the fourth bulleted
10   item the following:
11        The market in which we participate
12   is intensely competitive and we may not be
13   able to compete successfully with our current
14   and future competitors.
15        Do you see that?
16   A.   I don't believe that's the fourth
17   bullet, for clarity.
18   Q.   I'm sorry, the fourth bullet from
19   the bottom.
20   A.   Okay.
21   Q.   Do you see that?
22   A.   I see that sentence.
23   Q.   Do you stand by that statement in
24   The Trade Desk's annual report as the
25   company's corporate representative?

Page 17

1    J. Dederick - Highly Confidential
2         MR. VERNON:  Objection.  Vague.
3    A.   I think it's important to note the
4    context of risk factors offered in a document
5    like this, the context will be to provide
6    prospective shareholders and our shareholders
7    a summary of our business to help insulate
8    from lawsuits or SEC violations.  And so, the
9    idea that we as a DSP compete with DSPs like
10   DV360 and that is a very intense competition
11   is accurate.
12        I would also note under these risk
13   factors --
14   Q.   I'm sorry.
15   A.   I would note that there's a
16   section --
17   Q.   Hold on a second.
18        MR. VERNON:  I think you have to
19        let him -- objection.  Please let him
20        finish his answer.
21   Q.   Let me -- let me ask you the next
22   question, okay?  You've answered my question.
23        MR. VERNON:  Please let him finish
24        his --
25   A.   So, I would also note that there's

```
                                     Page 150                                          Page 152
 1       J. Dederick - Highly Confidential        1       J. Dederick - Highly Confidential
 2           So, for my questions, unless I say   2   the people that help the sales team in market
 3   otherwise, I'm only asking you to answer     3   tell their stories, that group is also with
 4   based on your personal knowledge only.       4   me.
 5           Does that make sense?                5       Q.   And can you just very briefly
 6       A.  Yes.                                 6   describe the other positions that you've held
 7       Q.  If at any point you feel like you    7   at The Trade Desk in your role and
 8   have information that is within the knowledge 8   responsibilities for those positions?
 9   of The Trade Desk, but not within your own   9       A.   Okay.  I came on, you know, 17
10   personal knowledge, can you just state so, 10   employees at The Trade Desk, not yet
11   state that and then we'll deal with it from 11   profitable, you know, really just starting
12   there.                                      12   the sales organization as the first person
13           Does that make sense?              13   fully dedicated to selling and getting new
14       A.  Yes.                                14   clients.  We built up our relationships
15       Q.  Okay.  Let me ask you really       15   across the industry and I started managing a
16   briefly just about your background.        16   pod of sellers in our east coast business and
17           Where were you born and raised?   17   then I managed our east coast sales
18       A.  I was born and raised -- I was born 18   organization.  I moved on to manage our North
19   in a New York Hospital, but raised in a New 19   American sales organization.  And after that,
20   Jersey suburb called Westfield, New Jersey. 20   moved over to launch this large client
21       Q.  Did you attend college?           21   organization, which is really the team that
22       A.  Yes.                                22   I've built now, who, you know, I oversee in
23       Q.  Where did you go to college?      23   my current responsibilities as chief client
24       A.  Connecticut College.               24   officer.
25       Q.  What did you major in?            25       Q.   I think you worked at WebMD from

                                     Page 151                                          Page 153
 1       J. Dederick - Highly Confidential        1       J. Dederick - Highly Confidential
 2       A.  Music.                               2   2008 to 2011; is that right?
 3       Q.  Do you serve on any professional     3       A.   That sounds right.
 4   boards?                                      4       Q.   And just briefly, what were your
 5       A.  I serve on, you know, industry       5   responsibilities in that position?
 6   board of Advertiser Perceptions and I've     6       A.   At WebMD, I started as a sales
 7   participated in some mobile marketing        7   planner really like an assistant to
 8   association boards in the past, really more  8   salespeople.  I moved on to manage sales
 9   industry body than corporate boards.         9   planners and then transitioned into sales was
10       Q.  And when you say industry body     10   the last role I had at WebMD.
11   boards, what -- what industry are you       11       Q.   And you worked at the Wall Street
12   referring to?                               12   Journal from 2007 to 2008; is that right?
13       A.  Advertising industry.               13       A.   Yes.
14       Q.  When did you join The Trade Desk?  14       Q.   And what were your responsibilities
15       A.  February of 2012.                   15   there?
16       Q.  And what is your position today?   16       A.   More of the sales planner
17       A.  Chief client officer and EVP.       17   responsibilities, I was the assistant to the
18       Q.  And so briefly, what are your      18   sales planner.
19   responsibilities as chief client officer of 19       Q.   Let me ask you a little bit about
20   The Trade Desk?                             20   Google's position in display ad tech, is that
21       A.  I oversee really our large client  21   all right?
22   organization, so our relationships across   22       A.   Okay.
23   agency holding companies, our large         23       Q.   Which company has the largest
24   advertiser relationships.  I also oversee our 24   publisher ad server?
25   global sales enablement, go to market like  25       A.   Google's DFP is far and away the
```

Page 318

1      J. Dederick - Highly Confidential
2   about last look, do you remember that?
3      A.    Yes.
4      Q.    Do you know whether Google has
5   tried to do anything similar to last look
6   after, quote/unquote, deprecating it?
7      A.    My understanding from speaking to,
8   you know, I'm gonna -- we hadn't talked about
9   which hat I'm wearing.  I'm gonna talk about
10  knowledge I've gained from talking to our
11  inventory partnerships team who regularly
12  interface with SSPs and publishers.
13          My understanding was that the
14  deprecation of the last look, which was
15  essentially an unfair advantage over
16  competing SSPs and prospective competing ad
17  servers was a part of an effort to bring the
18  SSPs into their open bidding program and open
19  bidding was Google's competitive response to
20  header bidding.
21          And again, header bidding was the
22  first -- first real threat Google's dominance
23  in publisher ad serving in the SSP business
24  had ever experienced.  And so, Google saw the
25  other SSPs starting to threaten their

Page 319

1      J. Dederick - Highly Confidential
2   business and thought, how can we bring all of
3   that control back into the Google ecosystem,
4   how can we regain control of a market that
5   appears to be getting a little bit outside of
6   your sphere of control.
7           And so, open bidding was the
8   program where they brought all of the control
9   back from the SSPs and literally started
10  sending checks to their competing SSP
11  partners and those checks are too big for the
12  SSP not to say no to.  So, open bidding
13  essentially pacified those SSPs from
14  continuing to threaten their dominance.
15      Q.    Does Google, quote/unquote,
16  deprecating last look completely allay your
17  concerns with Google's position in the
18  Display ad tech's deck?
19          MS. RHEE:  Objection to form.
20      A.    No.
21      Q.    And just briefly, why is that?
22      A.    They have 90 percent share in
23  publisher ad serving, they have the dominant
24  SSP, they have the dominant DSP, they have
25  the dominant advertising ad server.  They

Page 320

1      J. Dederick - Highly Confidential
2   control the auction and ad selection process
3   top to bottom.  One of the tiny features of
4   one of those products going away, so?
5           MR. VERNON:  So, I will give back
6       to the universe however much time I
7       have left and thank everybody,
8       including, Mr. Dederick, the court
9       reporter and videographer for sticking
10      with us through a long day.
11          THE VIDEOGRAPHER:  It's okay with
12      counsel to close out the video record?
13          MR. VERNON:  Yep.
14          MS. PREWITT:  Yep.
15          THE VIDEOGRAPHER:  We're off the
16      record at 7:08 p.m. and this concludes
17      today's deposition.
18          Thank you, everyone, and have a
19      great evening.
20       (Time noted:  7:08 p.m. Eastern Time)

Page 321

1      J. Dederick - Highly Confidential
2
3               J U R A T
4
5
6      I, JOHN DEDERICK, do hereby
7   certify under penalty of perjury that
8   I have read the foregoing transcript
9   of my deposition taken on JULY 28,
10  2023; that I have made such
11  corrections as appear noted herein in
12  ink, initialed by me; that my
13  testimony as contained herein, as
14  corrected, is true and correct.
15
16
                    _____
17                        JOHN DEDERICK
18
19
    Subscribed and sworn to before me
20
    This _____ day of _____, 20__.
21
22  _____
           NOTARY PUBLIC
23
24
25

```
                                                       Page 322
 1        J. Dederick - Highly Confidential
 2  ------------------I N D E X------------------
 3  WITNESS:    JOHN DEDERICK
 4  EXAMINATION BY:                           PAGE
 5  MS. RHEE                                     7
 6  MR. VERNON                                 147
 7  MS. RHEE                                   291
 8  MR. VERNON                                 317
 9
10
    ---------------E X H I B I T S--------------
11
    TTD EXHIBITS
12
    NUMBER         DESCRIPTION              PAGE
13
14  Exhibit 1   The Trade Desk's Annual       8
                Filings with the
15              Securities and Exchange
                Commission
16
    Exhibit 2   The Trade Desk, Inc.,        32
17              Nasdaq Earnings Call
                Transcripts
18
    Exhibit 3   E-mail chain, Bates          41
19              TTD_DOJ-GOOG23-0022648
                through
20              TTD_DOJ-GOOG23-0022649
21  Exhibit 4   The Trade Desk Reports       52
                First Quarter Financial
22              Results
23  Exhibit 5   The Trade Desk Q1 2023       55
                Investor Presentation
24
25        (Exhibits continued on next page.)
```

```
                                                       Page 323
 1        J. Dederick - Highly Confidential
 2        (Exhibits continued.)
 3  Exhibit 6   The Trade Desk's Document    62
                titled Programmatic
 4              Private Marketplace
                Training, Bates
 5              TTD_DOJ-GOOG23-0000472
                through
 6              TTD_DOJ-GOOG23-0000487
 7  Exhibit 7   OpenPath Publisher Terms     74
                and Conditions, Bates
 8              TTD_DOJ-GOOG23-0001039
                through
 9              TTD_DOJ-GOOG23-0001052
10  Exhibit 8   May 5, 2002 Press Release    85
                issued by The Trade Desk
11
    Exhibit 9   E-mail with attachment,     120
12              Bates
                TTD_DOJ-GOOG23-0021505
13              through
                TTD_DOJ-GOOG23-0021616
14
    Exhibit 10  E-mail chain with           267
15              attachment, Bates
                TTD_DOJ-GOOG23-0009846
16              through
                TTD_DOJ-GOOG23-0009892
17
    Exhibit 11  The Trade Desk vs. Google   280
18              document, Bates
                TTD_DOJ-GOOG23-0001954
19              through
                TTD_DOJ-GOOG23-0001956
20
    Exhibit 12  Document, Bates             307
21              TTD_DOJ-GOOG23-0001901
                through
22              TTD_DOJ-GOOG23-0001908
23
24
25
```

```
                                                       Page 324
 1        J. Dederick - Highly Confidential
 2             C E R T I F I C A T E
 3
    STATE OF NEW YORK     )
 4                        : SS.:
    COUNTY OF RICHMOND    )
 5
 6        I, CANDIDA BORRIELLO, a Notary
 7  Public for and within the State of New York,
 8  do hereby certify:
 9        That the witness, JOHN DEDERICK,
10  whose examination is hereinbefore set forth
11  was duly sworn and that such examination is a
12  true record of the testimony given by that
13  witness.
14        I further certify that I am not
15  related to any of the parties to this action
16  by blood or by marriage and that I am in no
17  way interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereunto
19  set my hand this 4th day of August, 2023.
20
21            _____Candida Borriello_____
                        CANDIDA BORRIELLO
22
23
24
25
```

```
                                                       Page 325
 1        J. Dederick - Highly Confidential
 2     ERRATA SHEET FOR THE TRANSCRIPT OF:
 3  Case Name:     US et al. Versus GOOGLE LLC
    Dep. Date:     JULY 28, 2023
 4  Deponent:      JOHN DEDERICK
 5  Pg. Ln.  Now Reads    Should Read    Reason
 6  ___ ___  _____   _____    _____
 7  ___ ___  _____   _____    _____
 8  ___ ___  _____   _____    _____
 9  ___ ___  _____   _____    _____
10  ___ ___  _____   _____    _____
11  ___ ___  _____   _____    _____
12  ___ ___  _____   _____    _____
13  ___ ___  _____   _____    _____
14  ___ ___  _____   _____    _____
15  ___ ___  _____   _____    _____
16  ___ ___  _____   _____    _____
17  ___ ___  _____   _____    _____
18  ___ ___  _____   _____    _____
19  ___ ___  _____   _____    _____
20             _____
                    JOHN DEDERICK
21
    SUBSCRIBED AND SWORN BEFORE ME,
22
    This___ day of_____, 20__.
23
    _____
24       Notary Public
25  My Commission Expires:_____
```

*United States* v. *Google LLC*

Google's Errata Sheet for Google's Counsel's Questions in the
Transcript of the 30(b)(6) Deposition of The Trade Desk (John Dederick) (July 28, 2023)

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 78 | 13 | It then goes on hopefully to say | It then goes on helpfully to say | Transcription error |
| 106 | 2 | bid trading features | bid shading features | Transcription error |
| 125 | 10 | first price options | first price auctions | Transcription error |
| 127 | 22 | co-op predictive clearing | KOA predictive clearing | Transcription error |
| 127 | 24 | offerings | auctions | Transcription error |
| 128 | 12 | And when The Trade Desk built co-op | And when The Trade Desk built KOA | Transcription error |
| 128 | 29 | Desk intend to be | Desk intend it to be | Transcription error |
| 129 | 6 | When The Trade Desk built co-op | When The Trade Desk built KOA | Transcription error |
| 131 | 10 | multi queries | multiple queries | Transcription error |
| 133 | 8 | those efforts were not to cure header | those efforts were not to kill header | Transcription error |
| 139 | 6 | expressed consent | express consent | Transcription error |
| 139 | 25 | direct and expressed | direct and express | Transcription error |
| 142 | 9 | example enforcement | example of enforcement | Transcription error |

I have read the transcript of the 30(b)(6) deposition of The Trade Desk and have listed all changes and corrections to my questions above, along with my reasons therefore.

Date:  9/5/2023                    Signature: _____

HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF THE TRADE DESK

Case Name:     In Re: Google Antitrust Investigation

Dep. Date:     July 28, 2023

Deponent:      Jed Dederick/The Trade Desk

| Page | Line | Correction | Reason for Correction |
|---|---|---|---|
| 235 | 17 | Change "exchange is" to "exchanges." | Transcription error. |
| 235 | 20 | Change "in" to "and." | Transcription error. |
| 268 | 25 | Change "knowledgeable how" to "knowledgeable about how." | Transcription error. |
| 274 | 18 | Change "imagine" to "image." | Transcription error. |
| 282 | 13 | Change "were the" to "would've been" | Transcription error. |
| 288 | 15 | Change "ask" to "pass." | Transcription error. |
| 290 | 21 | Change "the rule" to "Google." | Transcription error. |

/s/ Matthew E. Gold
Counsel for the United States

1

# ERRATA SHEET FOR JED DEDERICK DEPOSITION TRANSCRIPT

**Case:** United States vs. Google, 1:23-CV-00108 (E.D. Va.)

**Witness:** Jed Dederick

**Deposition Date:** July 28, 2023

**Reporter:** Candida Borriello

| Page | Line(s) | Transcript Text | Corrected Text | Reason for Change |
|---|---|---|---|---|
| 8 | 5 | Chief client officer | Chief Client Officer | Transcription Error |
| 9 | 21 | skim | skip | Transcription Error |
| 10 | 7 | Adam Chiu | Aaron Chiu | Transcription Error |
| 25 | 20 | it's a claim | it's a false claim | Clarification |
| 31 | 12-13 | that it's happened is, it is not | that it's happened, it is not | Transcription Error |
| 50 | 25 | as a supporter conduit | as a conduit | Clarification |
| 51 | 5-6 | The Trade Desk does view ourselves as a gateway | The Trade Desk does view itself as a gateway | Transcription Error |
| 51 | 10-11 | gardens and participate in a transparent and competitive marketplace and are willing to compete | gardens. The open internet is a transparent and competitive marketplace with companies that are willing to compete | Clarification |
| 70 | 4 | buying an add | buying an ad | Transcription Error |
| 70 | 15 | publisher at server | publisher ad server | Transcription Error |
| 71 | 21 | without usually without | usually without | Clarification |
| 75 | 21 | Thank you so match | Thank you so much | Transcription Error |
| 90 | 11 | DDP | DFP | Transcription Error |
| 90 | 17 | buy-side, only representative | buy-side only representative | Transcription Error |
| 92 | 12 | Tim Simms | Tim Sims | Transcription Error |
| 98 | 5 | The Trade Desk take rate | The Trade Desk's take rate | Transcription Error |
| 98 | 9-10 | And when we | And when he | Transcription Error |
| 100 | 12 | We a largely self-service | We are a largely self-service | Transcription Error |
| 103 | 12 | an advertiser know | an advertiser knows | Transcription Error |
| 103 | 17-18 | trade desk | Trade Desk | Transcription Error |
| 106 | 2 | bid trading features | bid shading features | Transcription Error |
| 108 | 2 | bid on supplies | bid on supply | Transcription Error |
| 109 | 22-23 | The Trade Desk operates just an enormous bunch of effort | The Trade Desk puts a lot of effort | Clarification |
| 110 | 20 | The Trade Desk does doesn't - - is | The Trade Desk is | Transcription Error |
| 115 | 19 | platform, they almost always going to | platform, they are almost always going to | Transcription Error |
| 125 | 10 | first price options | first price auctions | Transcription Error |
| 126 | 25 | was - - were | we were | Transcription Error |

DocuSign Envelope ID: 5455EA51-61D8-4158-843A-F268D10AA9DD

| | | | | |
|---|---|---|---|---|
| 127 | 22 | co-op predictive clearing | KOA predictive clearing | Transcription Error |
| 127 | 25 | Co-op predictive clearing | KOA predictive clearing | Transcription Error |
| 128 | 12-13 | built co-op predictive clearing | built KOA predictive clearing | Transcription Error |
| 129 | 6-7 | built co-op predictive clearing | built KOA predictive clearing | Transcription Error |
| 132 | 25 | can buy and ad | can buy an ad | Transcription Error |
| 135 | 18 | title wave across | tidal wave across | Transcription Error |
| 137 | 20 | an anonymized | a pseudonymous | Clarification |
| 138 | 6-7 | a party has to have consent | a party has to give consent where required | Clarification |
| 138 | 23-24 | one way to use consented for targeting | one way to use consent-compliant data for targeting | Transcription Error and Clarification |
| 140 | 7 | internet to collect consent | internet, who collect consent | Transcription Error |
| 140 | 18 | Well, there are a set of standards | Well, there are contracts and a set of standards | Clarification |
| 142 | 5 | unconsented way | non-compliant way | Clarification |
| 143 | 7-8 | the standards that we're asking them to | the standards that they agree to | Clarification |
| 144 | 14 | who can use ID2 | who can use UID2 | Transcription Error |
| 151 | 17 | Chief client officer | Chief Client Officer | Transcription Error |
| 152 | 23-24 | chief client officer | Chief Client Officer | Transcription Error |
| 157 | 4 | access to to drive | access to drive | Transcription Error |
| 160 | 5 | dominant exchange or in SSP | dominant exchange or an SSP | Transcription Error |
| 167 | 20 | describe that as a money as a monopoly | describe that as a monopoly | Transcription Error |
| 172 | 13 | what our clients spend and | what our clients spend on and | Transcription Error |
| 178 | 24 | that journalism is buying now | that journalism is dying now | Transcription Error |
| 184 | 11-12 | self-preferencing have good or done? | self-preferencing have, good or bad? | Transcription Error |
| 185 | 5 | self-referencing | self-preferencing | Transcription Error |
| 190 | 12 | where we here | where we hear | Transcription Error |
| 192 | 10 | Walled Garden | walled gardens | Transcription Error |
| 221 | 14 | buy via DV3670 | buy via DV360 | Transcription Error |
| 224 | 13 | our publically | our publicly | Transcription Error |
| 226 | 22 | at the publically | at the publicly | Transcription Error |
| 228 | 7-8 | chief client officer | Chief Client Officer | Transcription Error |
| 264 | 13 | UID | UID2 | Transcription Error |
| 264 | 23 | gain consent and authenticate | gain consent where required and authenticate | Clarification |
| 266 | 4 | consented | consent-complaint | Clarification |
| 269 | 9 | the trade desk | The Trade Desk | Transcription Error |
| 277 | 21 | The Trade Desk was ranged | The Trade Desk was ranked | Transcription Error |
| 278 | 22 | You Tube | YouTube | Transcription Error |
| 312 | 14 | publically | publicly | Transcription Error |

      I, Jed Dederick, do hereby certify: that I have read deposition transcript dated July 28, 2023; that the changes and corrections to my transcript set forth above are necessary to render the same true and correct; that having made such changes, I hereby subscribe my name to the deposition. I declare, under penalty of perjury that the foregoing is true and correct.

      Executed this 11th day of September, 2023 at     <u>New York, NY</u>    .
                                                                                  (City/State)

*[DocuSigned by: signature, 4CE30839DCFE495...]*
                Jed Dederick