# Plaintiffs' Exhibit 150



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528300

 

The 2020 Census is arguably **the most important ever** - political, cultural, and economic divides are large while  trust in government is at an all-time low.  The first-ever digital Census has the opportunity to execute a holistic, efficient, and effective media strategy by being where Americans spend most of their time - online.

Census faces a steep communications challenge → achieve equitable reach for diverse mass + hard-to-reach audiences and drive Census completes seamlessly in less than 5 months.
Google is a key partner to help Census achieve its reach and performance goals.



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528301

# 2020 JOINT BUSINESS PLAN OVERVIEW

## MISSION
Reach all American households to encourage participation in the Census; goal of 60.5% completion of all surveys sent out

## MARKETING GOALS

Achieve equitable, diverse, and incremental reach within America's hardest-to-count population

Drive incremental Census completions for each predefined audience segment above estimated self-response rates

Complete 50% of all Census surveys digitally

## PARTNERSHIP PILLARS

### Strategy Insight & Expertise

Provide media recommendations and insights based on American household digital behavior - driving response rate impact in each audience segment

### AdTech Platform Integration

Fully leverage Google's data and technology to maximize marketing effectiveness - Customized Google Marketing Platform support

### Data and Measurement Support

Intelligently collaborate with the Census and their agency partners to support Google data integration and measurement for more effective outreach and impact

### Custom Operational Support

Unlock greater partnership opportunities with customized support on financial agreements, AdTech platform UI customization, and reporting

HIGHLY CONFIDENTIAL



GOOG-AT-MDL-004528303

## MARKETING GOALS

Achieve equitable, diverse, and incremental reach within America's hardest-to-count population

Drive incremental Census completions for each predefined audience segment above estimated self-response rates

Complete 50% of all Census surveys digitally

### RIGHT SIZE REACH
Drive awareness and recall to your *hardest to count population* across America in order to motivate Census completions above and beyond the estimated self-response rates

### ESTABLISH DATA & DOLLAR AGILITY
Digital provides more flexibility than traditional media – shift investment where opportunity remains while focusing on impact to drive 50% of all Census surveys digitally

### BE THERE, BE HELPFUL
Supplying American households the right information at the right time will empower them to feel comfortable filling out their Census. Driving incremental completions is only possible if you've supplied the right information along the path to Census starts

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528304



1 | RIGHT SIZE REACH

PRIVILEGED & CONFIDENTIAL

## Display & Video Recommendation

| | STRATEGY | TACTICS | INVESTMENT | MEASUREMENT |
|---|---|---|---|---|
| **CURRENT PLAN** | + Strengthen current traditional-heavy media plan with supplemental digital video and display for audience segments/geos underserved by TV | + Google Preferred<br>+ 1 YouTube Masthead<br>+ Display and Video across YouTube and the internet | + Committed: $32M | + Performance Levers: Bid, Budget, Frequency<br>+ Frequency<br>+ Response rate by audience segment/geo |
| **INCREMENTAL POV** | + Build upon the current plan with high impact video strategies on YouTube and additional programmatic video investment to achieve equitable reach and help drive performance in motivation | + 2 YouTube Mastheads<br>+ Funds for Audience Targeted YouTube Mastheads<br>+ Additional video across YouTube and the internet<br>+ YouTube on TV screens blast<br>+ Performance/response driving display and video in motivation phase | + Incremental: $24M<br>+ *TOTAL: $56M* | + Performance Levers: Bid, Budget, Frequency<br>+ Frequency<br>+ Response rate by audience segment/geo<br>+ Census tool opens |

Google

GOOG-AT-MDL-004528306

2 | BE THERE, BE HELPFUL

PRIVILEGED & CONFIDENTIAL

## Search Recommendation

| | STRATEGY | TACTICS | INVESTMENT | MEASUREMENT |
|---|---|---|---|---|
| **CURRENT PLAN** | + Reactive information search focused campaigns focused in key geos | + Paid search ads on set of misinformation keywords at specific geo levels | + **Committed: $4.8M** | + Relevant search volume and paid search coverage<br>+ Census.gov site traffic<br>+ Tool opens<br>+ Response rates |
| **INCREMENTAL POV** | + Information search campaign focused on being there for Americans no matter the question<br>+ Maximize paid coverage of "take the Census" queries<br>+ Capture hard-to-reach hand-raisers who have been reminded via other channels. | + Combination of automated and manual search campaigns to maximize when Census is there for information seekers and online survey respondents | + **Incremental: $25.2M**<br>+ *TOTAL: $30M* | + Relevant search volume and paid search coverage<br>+ Census.gov site traffic<br>+ Tool opens<br>+ Response rates |

Google

GOOG-AT-MDL-004528307



Bid, Budget, Frequency

SLIDE - what happens on April 15th

Consultant slide - how we're going to do it
9 segments - 3 line items
Dial up media based on
Be able to do that with a couple pushes of buttons

This is for when the tool opens - all models go out the window - you need to put money where you need it - the only way you can do that is the Ferrari and Search - here's how we're going to it - you can't get this anywhere else

GOOG-AT-MDL-004528308



PRISMA

GOOG-AT-MDL-004528309







HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528312



GOOG-AT-MDL-004528313



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528314





GOOG-AT-MDL-004528316



GOOG-AT-MDL-004528317



GOOG-AT-MDL-004528318



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528319



GOOG-AT-MDL-004528320



Culminating in a monthly and quarterly review on performance with specific recommendations/optimizations

GOOG-AT-MDL-004528321



Culminating in a monthly and quarterly review on performance with specific recommendations/optimizations

GOOG-AT-MDL-004528322

## Meeting Schedule

| Day | Meeting & Participants | Definition/Cadence |
|---|---|---|
| *Monday Afternoon* | Ads 360 Sync | *A weekly ads sync on all key trends from Google, Reingold and Census.* |
| *Tuesday* | Mis/Dis 360 Sync | *A weekly measurement/Census sync on all key trends from Google with Census stakeholders.* |
| *Daily* | Reingold/Google Status | *A daily 15 minute check-in with Reingold on any notable developments* |
| *Daily* | Internal Search/DV Sync | *A daily 15 minute internal check-in to gameplan key chances or internal support needs.* |
| *Monday Morning* | Report Build (Google) | *A weekly report that includes key insights from advertising and broader Google search trends that will be used to facilitate discussion in weekly meetings.* |
| *N/A* | Executive Level Check-in | *Before the launch of Diverse Mass (2/17) and the launch of the online tool (3/15), a meeting with Team Y&R leadership (Julie Lee, Jack Benson, Carlos Alcazar, Alex Hughes). Due to the shortened run time of the Census, additional check-ins will be on a "as-needed" basis* |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL



GOOG-AT-MDL-004528324



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528325

# Your Google Ads Account Team

Proprietary + Confidential

## Dedicated Account Team



Marco Hardie
Head of Industry



Michael Westervelt
Account Executive



Christine Wagner
Analytical Lead



Sven Reigle
Principal Account Manager



Sarah Stefaniu
Account Manager

## Dedicated Product Specialists



Eve McDavid
Video Specialist



Kevin Fisher
Programmatic
Head of Industry



Katie Baxter
Programmatic
Account Manager



Amy Mahoney
Sales Development
Team Lead

Mary Carpenter
Programmatic
Account Strategist



Nick Brady
Search and
Automation
Specialist



Warner Lewis
Head of Analytics

Google

Not legally binding; for discussion purposes only.  Google confidential

GOOG-AT-MDL-004528326

Appendix

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-004528327