# Plaintiffs' Exhibit 151

Message

| | |
|---|---|
| **From:** | Michelle Hinkes [michellehinkes@google.com] |
| **Sent:** | 5/31/2022 5:15:36 PM |
| **To:** | Sabrina Abuzahra [sabuzahra@google.com] |
| **CC:** | Esteban Fernandez [estebanf@google.com]; Taylor Rizzolino [trizzolino@google.com]; Alyssa Raiola [alyssaraiola@google.com]; Sean Harrison [seanharrison@google.com]; The Federalists [federalists@google.com] |
| **Subject:** | Re: DC Clients + Alex Angeledes June 8th |

Thx Sabrina!

I emailed Chris Koepke (Director of CMS) and Laura Salerno (Medicare lead at CMS) asking their interest/availability for the two times. I'll let you know as soon as I hear back.
I'd give it a 50% chance of attending since they are about an hour away.

On Tue, May 31, 2022 at 9:44 AM Sabrina Abuzahra <sabuzahra@google.com> wrote:
> Hi there!
>
> Please let me know what times work best for your clients. 😊😊
>
> - **Sabrina Abuzahra**
> - Account Manager
> - sabuzahra@google.com
> - 414-380-2317
>
> **Contact Google Ads Support for all troubleshooting queries:**
>
> Click here to access chat: 24 hours a day, 7 days a week
> Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
> Click here for Email: 24 hours a day, 5 days a week
>
> On Thu, May 26, 2022 at 4:50 PM Esteban Fernandez <estebanf@google.com> wrote:
>> Will do!
>>
>> On Thu, May 26, 2022 at 4:41 PM Taylor Rizzolino <trizzolino@google.com> wrote:
>>> Thanks, Sab- will let you know!
>>>
>>> On Thu, May 26, 2022 at 4:30 PM Sabrina Abuzahra <sabuzahra@google.com> wrote:
>>>> Below are the times we are deciding between -- can y'all let me know if your clients have a strong preference for one or the other by Tuesday morning 5/31?
>>>>
>>>> -**June 8: 10am-1pm ET**
>>>> -**June 9: 9-11am ET**
>>>>
>>>> - **Sabrina Abuzahra**
>>>> - Account Manager
>>>> - sabuzahra@google.com
>>>> - 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

<u>Click here</u> to access chat: 24 hours a day, 7 days a week
Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
<u>Click here</u> for Email: 24 hours a day, 5 days a week

On Thu, May 26, 2022 at 2:35 PM Sabrina Abuzahra <sabuzahra@google.com> wrote:
Hi team,

Please fill **this trix** out with your client info for our session with Alex.

I'll follow up once I have more info on timing!

Sabrina

- **Sabrina Abuzahra**
- Account Manager
- <u>sabuzahra@google.com</u>
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

<u>Click here</u> to access chat: 24 hours a day, 7 days a week
Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
<u>Click here</u> for Email: 24 hours a day, 5 days a week

On Thu, May 26, 2022 at 12:33 PM Sabrina Abuzahra <sabuzahra@google.com> wrote:
We haven't confirmed the time yet! Hopefully will hear back from Alex on a time later today.

- **Sabrina Abuzahra**
- Account Manager
- <u>sabuzahra@google.com</u>
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

CONFIDENTIAL

Click here to access chat: 24 hours a day, 7 days a week
Call: **1-866-2-GOOGLE (246-6453)** 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

On Thu, May 26, 2022 at 12:29 PM Taylor Rizzolino <trizzolino@google.com> wrote:
Cool- I'll flag to Adam. What time is this specific roundtable?

On Thu, May 26, 2022 at 12:21 PM Sabrina Abuzahra <sabuzahra@google.com> wrote:
Sounds great, thanks All! Love the addition of Sean Howard too, Alyssa.

- **Sabrina Abuzahra**
- Account Manager
- sabuzahra@google.com
- 414-380-2317

**Contact Google Ads Support for all troubleshooting queries:**

Click here to access chat: 24 hours a day, 7 days a week
Call: **1-866-2-GOOGLE (246-6453)** 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

On Thu, May 26, 2022 at 12:09 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
Thanks Sean! For Navy - what about adding Sean Howard? Would also be good for him + Brian to connect.

Also @Taylor Rizzolino I think this could be interesting to flag to Adam for any USMC end clients. Quantico is a little far but not completely out of reach from DC - no harm in asking.

On Thu, May 26, 2022 at 11:55 AM Sean Harrison <seanharrison@google.com> wrote:
Great suggestions hang tight on reaching out.

Sabrina – let's see when Stefanie responds back with a specific date and time and And then we can move forward.

On Thu, May 26, 2022 at 11:52 AM Esteban Fernandez <estebanf@google.com> wrote:
This is great! Below are my three suggestions from my book:

CONFIDENTIAL

Nicole Dorrier, truth
Jamie Federbush, truth
Chris Koepke, CMS

@Sabrina Abuzahra, happy to reach out separately with more client context and their contact info!

On Thu, May 26, 2022 at 11:39 AM Sean Harrison <seanharrison@google.com> wrote:
Hi Team--

I've spoken with some of you about this and now bringing it all together...

Alex (dynamic speaker from YTI) heads up all M&E sales for Google, which means he is more plugged into the streaming + video + CTV + things like Netflix ad situation than most at Google.

He's in DC on June 8th for an elections summit and we're putting together a one hour roundtable event. It will be pretty informal, but would probably focus on the current and future video landscape. I'm envisioning him giving his Immersion talk to clients and the discussion moving on from there.

**Ask: Do we have clients in DC that we would want to invite?**

@Esteban Fernandez -- I think we said Nicole at Truth?
@Alyssa Raiola -- Already talked to Brian Scarlett and he's in! I let him know it was 100% yet and that I'd be in touch if/when we finalized details.

Anyone else from our client list? Target audience is either senior most or somewhat close...example senior digital director might not be C suite, but could work if they had budget influence.

Sabrina is going to lead on this while I'm OOO next week.

Thanks,

Sean

--

Sean Harrison | Head of Industry, Public Sector | seanharrison@google.com | 215.668.0981

--
You received this message because you are subscribed to the Google Groups "The Federalists" group.
To unsubscribe from this group and stop receiving emails from it, send an email to federalists+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/federalists/CAJCMwrgGSGZhkQkZ%3DObukk3ey28wQd_KKhiKfJcKUtMx8rePRA%40mail.gmail.com.
--

Sean Harrison | Head of Industry, Public Sector | seanharrison@google.com | 215.668.0981

--

You received this message because you are subscribed to the Google Groups "The Federalists" group.
To unsubscribe from this group and stop receiving emails from it, send an email to federalists+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/federalists/CAJCMwri6y7EH91dnDOSQnY%2B2dj1V-tFXYhfjTy-9dc3UDLAssA%40mail.gmail.com.

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Taylor Rizzolino
Google for Government
trizzolino@google.com

--

Taylor Rizzolino
Google for Government
trizzolino@google.com

--

**Esteban Fernandez**
Account Manager, Public Health
estebanf@google.com
(212) 565-7236

CONFIDENTIAL

GOOG-AT-MDL-006787470

--
You received this message because you are subscribed to the Google Groups "The Federalists" group.
To unsubscribe from this group and stop receiving emails from it, send an email to federalists+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/federalists/CAENDNnEPFVZ1vM7kZOz6pOiX1UZQWfeixXBKGoCt2VKpPZk6Pg%40mail.gmail.com.

--

Michelle Hinkes
Account Executive
LinkedIn
michellehinkes@google.com

--
You received this message because you are subscribed to the Google Groups "The Federalists" group.
To unsubscribe from this group and stop receiving emails from it, send an email to federalists+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/federalists/CAOXBBY0Tm_QWUSpd1dGCQutcy5DbYLgeVDGLF%2BLgapH9eRozqA%40mail.gmail.com.