# Plaintiffs' Exhibit 153

# FY 2020-2021 Joint Business Plan

**Google | DCG**

| VA Suicide Prevention Program Business Objective | Decrease the national Veteran suicide rate by 20% by EOY 2021 |
|---|---|

## Pillars of Partnership

### 1 Connecting with Veterans online at different stages of life with the right resources

**Key Strategy:** Continue to build and consolidate existing audiences across YouTube, Search, and Custom Google signals to reach veterans and their social circles during key moments:
- Active seekers of veteran resources on YouTube and Search
- Identifying veterans at different stages of life as they are online through YouTube and display.

*Kris Morris, Erin Damour — Cathy Sentnor (DCG) — Sven Reigle, Katie Baxter (Google)*

### 2 Measure media impact on changing behavior, knowledge, attitude, and beliefs

**Key Strategy:** Through a measurement workshop, define successful interim metrics to close the knowledge gap between actions we drive and the national Veteran suicide rate. Agree upon key measurement practices like:
- Brand Lift Study and Search Lift Study
- Cadence of measurement
- Defined success before new launches shared between DCG and Reingold with Google support team

*Kris Morris, Erin Damour — Cathy Sentnor (DCG) — Christine Wagner, Sven Reigle (Google)*

### 3 Establish regular communications among VA SPP leadership with industry leaders

**Key Strategy:** Google will bring forward industry leaders within the government sector to help guide the VA on their marketing and media strategy. Leaning on experts in:
- Military branch leadership
- Behavior change experts tackling addiction and substance abuse

Once a year Google will co-host this leadership summit with DC Group and Reingold.

*Kris Morris, Erin Damour — Cathy Sentnor (DCG) — Michael Westervelt, Sam Franklin (Google)*

### 4 Understand the audiences you're reaching - their community and their online behaviors.

**Key Strategy:** Continuing to learn and adapt to fit the audience we are reaching is paramount to the success of the VA. Learning more about online behaviors of both veterans and their community of support will help us deliver better creative and resources.
- Google to host a bi-annual review of audience segmentations and online behaviors

*Kris Morris, Erin Damour — Cathy Sentnor (DCG) — Christine Wagner, Sam Franklin (Google)*

### 5 Create authentic, engaging, influential collateral through a testing agenda

**Key Strategy:** Defining a rigorous testing agenda for all new and potential creative will make sure we are making best in class collateral to deliver the VAs message.
- Google to host bi-annual creative deep dives for VA, DC Group, and Reingold creative teams
- All new creative will be thoroughly tested ahead of launch for best practices and A/B testing

*Kris Morris, Erin Damour — Cathy Sentnor (DCG) — Sven Reigle, Michael Westervelt (Google)*

*This Joint Business Plan (JBP) reflects a potential business arrangement, solely as a basis for discussion, and does not constitute a legally binding obligation on any party.*

CONFIDENTIAL

# Google Commitments and Resources 

### Access
- Access to VA account manager and Google partner teams to support campaign optimization
- **Quarterly** in-person meetings & bi-weekly phone syncs
- Regular briefings on new Search & YouTube betas
- --DV360 Support team for troubleshooting

### Insights
- **Quarterly** audience insights & industry search trends analysis (incl. YouTube viewership trends, search query growth)
- **Biannual** executive briefings covering media impact and industry analysis (incl. campaign review, new survey data)
- Access to subject matter expert for ongoing discussion of programmatic best practices through DV360

### Service
- Creative best practices ahead of all major launches - bringing the most powerful creative forward
- In-depth YouTube Training to equip agency teams with campaign mgmt capabilities
- Google led Brand & Search Lift survey setup and reporting (**quarterly\***)

*subject to campaign budget*

## Partnership Timeline

### Apr - Jun
- Google Ads Training - Search
- Creative analysis and testing agenda meeting with DCG and Reingold

### Jul - Sep
- QBR on Q2
- Programmatic and Platforms Master Class Training

### Oct - Dec
- 2020-2021 JBP recalibration
- Quarterly Planning
- QBR on Q3

## Media Allocation

**Investment Breakdown**
March - October

- Video/YT ········· $1M
- Search ········· $520k
- Programmatic ···· $2.36M



## Governance Plan

### Executive sponsors

Marco Hardie,
Head of Industry
(kmarco@google.com)

Courtney Rose,
Managing Director
(ckuhl@google.com)

Kevin Miller,
Partner
(kmiller@reingold.com)



Leigh-Anne Arnold,
Vice President
(leighanne.arnold@dcgcommunications.com)

### Communication Cadence
**Bi-Weekly Calls:** Account teams
**Monthly Check In:** DC Group and Reingold with Google
**Quarterly Audience Review:** DC Group and Reingold with Google
**Biannual Executive Briefing:** Google, DC Group and Reingold

CONFIDENTIAL
GOOG-AT-MDL-006508385