# Plaintiffs' Exhibit 156 (Redacted)



CONFIDENTIAL

# What is a Joint Business Plan?

A non-binding plan between UM & Matterkind (on behalf of USPS) and Google where all parties allocate resources and work together to achieve ambitious, pre-defined, time bound and measurable business goals built around strategic imperatives for USPS' business success



LEGAL DISCLAIMER

This Joint Business Plan (JBP) represents a discussion between Google and Universal McCann on behalf of USPS with respect to potential future business opportunities. It is not intended to be and does not constitute a legally binding obligation on any party. Any such allocations or interactions will be conducted with a view of compliance with applicable and/or laws, level, implementation of activities contemplated by a JBP will be subject to the parties entering into written contracts pursuant to applicable Google policies and procedures. (Google Confidential)

Google

GOOG-AT-MDL-009748860



CONFIDENTIAL

GOOG-AT-MDL-009748861

| Id | Date | Text |
|---|---|---|
| 1 | 02/24/2023 15:43:15 | Verify with Deals Lead if this slide needs to change as DVIPs integrate with OYTD |

CONFIDENTIAL



GOOG-AT-MDL-009748863



CONFIDENTIAL

GOOG-AT-MDL-009748864



**Video Completion Rate:**
2022: ██
2021: ██
(███ YoY)

**Overall Impression CPM**
2022: ██
2021: ██

**Overall ROAS**
Consumer
2022: ███
2021: ███
Rev Down ██
Stamps
2022: ███
2021: ███
Rev UP ██
Overall 2022: ███

GOOG-AT-MDL-009748865





GOOG-AT-MDL-009748867



CONFIDENTIAL

GOOG-AT-MDL-009748868



CONFIDENTIAL



Are they running on traditional channels, can we measure success off of BLS, Search?

CONFIDENTIAL

GOOG-AT-MDL-009748870



CONFIDENTIAL

GOOG-AT-MDL-009748871



GOOG-AT-MDL-009748872



GOOG-AT-MDL-009748873





GOOG-AT-MDL-009748875



**Leverage insights from go/G&A-insights**
**Stop by SDM Office Hours if you have any questions or need custom insights!**

CONFIDENTIAL

GOOG-AT-MDL-009748876





GOOG-AT-MDL-009748878



● go/SVAtool

GOOG-AT-MDL-009748879



Don't break down investment recommendations by product
Breakout governance plan separately
Need to highlight owners within each activation milestone

Placeholders for the $ amounts on both this and the next slide are only in the grey bottom row (total), which is fine. There should be no amounts in the individual product sections (and the template does not include placeholders for such amounts).

GOOG-AT-MDL-009748880

## Governance

| Meeting | Objective | Client Team | Google Team | Frequency |
|---|---|---|---|---|
| Executive Sponsorship | Align on key business priorities and review partnership progress | Jayson Baron Nicole Torres | Jill Dozier Sam Franklin | 2x |
| Stakeholder Reviews | Quarterly roundtable to review JBP progress & activation/KPI trackers. Held 2-3 weeks prior to following quarter | Kyle Vaughn Geb Scarpa Joseph Quashie | Jill Dozier Sam Franklin Oliver Hart Christine Wagner | 4x |

Not legally binding, intended solely for purposes of facilitating discussion about potential future collaborations. Google Confidential

Google

GOOG-AT-MDL-009748881



GOOG-AT-MDL-009748882



GOOG-AT-MDL-009748883



https://docs.google.com/spreadsheets/d/1oqpTugxmnab7TgNUClHTlU-lNxe7gLPcG9EfRUf1w1A/edit?resourcekey=0-JagcHoheHH68gVS562GiJQ#gid=26173645

CONFIDENTIAL

GOOG-AT-MDL-009748884



GOOG-AT-MDL-009748885



CONFIDENTIAL

GOOG-AT-MDL-009748886