# Plaintiffs' Exhibit 160

Message

| | |
|---|---|
| **From:** | Alyssa Raiola [alyssaraiola@google.com] |
| **Sent:** | 3/8/2022 5:04:17 PM |
| **To:** | Michael Brunner [brunnerm@google.com] |
| **CC:** | Phil West [philwest@google.com]; Sean Harrison [seanharrison@google.com]; Andrew Carroll [carrollandrew@google.com] |
| **Subject:** | Re: US Government Parent Company Issue- GML Nominations |
| **Attachments:** | Screen Shot 2022-03-08 at 8.37.04 AM.png |

Noted. Thanks Michael!

On Tue, Mar 8, 2022 at 10:51 AM Michael Brunner <brunnerm@google.com> wrote:
 If the parent was in connect sales (sounds like they were!) then you are in the Top 300,

On Tue, Mar 8, 2022 at 7:35 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
 Thanks Michael. I believe most of our accounts qualify, but do you mind sharing the list where I can check that they are in the top 300? I can't seem to find this in the GML nomination guide docs.

 Thank you!
 Alyssa

 On Tue, Mar 8, 2022 at 10:28 AM Michael Brunner <brunnerm@google.com> wrote:
  As long as the account qualifies (top 300 in LCS - child is ok) they are fine!

  Please note that nominations don't guarantee an invite for wave 1 on 3/22. The final list will be vetted by all IDs.

  On Tue, Mar 8, 2022 at 6:09 AM Phil West <philwest@google.com> wrote:
   Hi Alyssa,

   Thanks for confirming this works within the tool.

   @Michael Brunner please can you confirm that for GML this will not impact your caps?

   Many thanks,
   Phil

   On Tue, Mar 8, 2022 at 1:39 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
    Looks like this did the trick! One last thing - each of the nominations now have this error message associated since I have them under companies "not suggested" for nomination (since it's child not parent). Can you please confirm that this will not impact the ability for these nominations to go through?

CONFIDENTIAL

GOOG-AT-MDL-004653519



Thank you!
Alyssa

On Tue, Mar 8, 2022 at 8:27 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
> Thanks Phil! I will give this a try and let you know if we run into any issues.
>
> Appreciate the help!
> Alyssa
>
> On Tue, Mar 8, 2022 at 2:18 AM Phil West <philwest@google.com> wrote:
>> Hi Alyssa,
>>
>> You can add child and division entities such as the Army, Navy etc. by clicking the "Add another company" button during the nomination flow. Once you add these to the event, you'll be able to nominate contacts for a specific entity.
>>
>> The reason you're only seeing "US Government" this year is to do with how the GML team have set-up the event (only pre-populating the parent "US Government" in the tool) but it probably isn't intentional. +Michael Brunner FYI in case there is strong guidance here.
>>
>> Hope that helps,
>> Phil
>>
>> On Mon, Mar 7, 2022 at 10:24 PM Alyssa Raiola <alyssaraiola@google.com> wrote:
>>> Thank you! Phil, please let me know if you need any additional context.
>>>
>>> On Mon, Mar 7, 2022 at 5:08 PM Google Marketing Live Team <gml-2022-internal@google.com> wrote:
>>>> Hi Alyssa,
>>>>
>>>> Thank you for your email. I'm +Phil West to assist.
>>>>
>>>> Best,
>>>> The GML Team
>>>>
>>>> On Mon, Mar 7, 2022 at 10:37 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
>>>>> Good morning,

Quick question for you regarding GML nominations Our team (LCS-US-ENG-WAS-01-ADV) supports US Government accounts. While we work across different parts of the government (military, public health, etc)- all of our clients roll up to one parent company, "US Government."

I see in the GML tool that there is a max of 2 nominees per company -- but the tool is marking the "company" of every single nomination as "US Government" rather than the child company. Last year, in the first step of this tool, I saw all the child companies (US Army, US Navy, etc), but this year it just gives me one option.

This means every client is being labeled under the same company, even though they work on completely separate accounts. For example, our US Army CMO, Alex Fink, should be listed under "US Army" (48933), but is coming up under "US Government." See here.

Can you please help us understand how to address this so that we can ensure we are having 2 folks per *company* rather than *parent company?*

Thanks so much! We are looking forward to a great event this year!
Alyssa Raiola

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

You received this message because you are subscribed to the Google Groups "Google Marketing Live 2022 Internal Support Alias" group.
To unsubscribe from this group and stop receiving emails from it, send an email to gml-2022-internal+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/gml-2022-internal/CAO6aYgUv-6cidvPefWWM7Oi85uw-Bf0w4CO8pq7dqA-3UhCyYg%40mail.gmail.com.
For more options, visit https://groups.google.com/a/google.com/d/optout.

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--
**Phil West** (he/him) • Product Manager, GST Engineering • philwest@google.com

--
Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--
Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--
**Phil West** (he/him) • Product Manager, GST Engineering • philwest@google.com

--

CONFIDENTIAL

GOOG-AT-MDL-004653522

Michael Brunner | Google Ads Marketing

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

--

Michael Brunner | Google Ads Marketing

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

CONFIDENTIAL
GOOG-AT-MDL-004653523

CONFIDENTIAL

GOOG-AT-MDL-004653524