# Plaintiffs' Exhibit 162



Proprietary + Confidential

# Veterans Affairs + Google

**Keep It Secure**

February 2023

CONFIDENTIAL



Thank you so much for having us join you today in your meeting. I'd love to take a few minutes for some quick introductions.

I'm Christine Wagner, an Analytical Lead on our Google for Government team - which means I partner with government agencies that advertise on Google and YouTube to help with measurement and evaluation of their digital media campaigns and I've been working with VA for over 3.5 years.

But it's not just me, VA has an entire Google team here to help with all aspects of your digital campaign - from marketing strategy to implementation. And they are also here to help connect you all with other Google teams.

Joining me today is Jill Dozier, the Account Executive for VA.

Our team knows you have a very tall order for your media campaigns, attempting to reduce veteran suicide. And we also know that it's really hard to evaluate the impact of your media campaigns on something people are doing - or in this case NOT doing - online.

As elizabeth hopefully mentioned, we have been talking to her and her team about utilizing digital proxies - which are online indicators to help connect the dots between actions people take online to actions they take offline.

In the time we have today, we are going to take you though:
a typical path for an american on a health journey
Talk through how we talk about digital proxies as it relates to digital media
Share solutions we've seen work for other government clients with similar evaluation challenges that could be roadmapped for you all.
And Talk a little bit of what this might look like longer term for KIS media initiative

Today is VERY high level conversation. We eon't get into the weeds - but we are happy to have deeper conversations after. We will really be introducing the concepts and what a next step would be.

GOOG-AT-MDL-004211430



Google partnered with Ipsos to understand digital media's role in an individual's health journey.

As we all know, there are multiple steps people take before making a decision - these include exposure to information, talking to friends/family, searching on Google, exposure to video and display ads, consulting doctors and more. It is a long journey, and many of these touchpoints are repeated. It's not necessarily a straight line.

GOOG-AT-MDL-004211431



This figure is a little more "realistic" to an individual's journey. Initially having a thought or idea, spending varying time exploring and evaluating before eventually - for sake of our discussion - taking a preventative action.

The entire time they are in this process, they are seeing digital advertisements on YouTube, Google Search, the web, and visiting your website for more information.

So, the question for today is - how are you measuring these touchpoints you have with your key audience?

GOOG-AT-MDL-004211432



Right now, you are currently measuring online actions. These include campaign metrics - including how often people are viewing your ads to completion, how many times people are clicking on a search ad, and website metrics - how many people are visiting your website, what resources they are viewing/downloading.

CONFIDENTIAL

GOOG-AT-MDL-004211433



But your ads are also attempting to influence people to take preventative behaviors offline.

CONFIDENTIAL

GOOG-AT-MDL-004211434



So the big, very hard question is - how can we connect the dots?

GOOG-AT-MDL-004211435



First we want to see what kind of data we have to fill the gaps.

For you all - we can focus on gun locks as the desired behavior for a few reasons:

We know gun locks help.The positive relationship between owning a gun lock and reduced suicide has been proven.
This is what your creative is focused on - the importance of gun locks
Gun lock purchases are something tangible that we can measure. It's a concrete preventative measure that people are taking.

So now, our new goal is to connect the dots between online activity and gun lock purchases

GOOG-AT-MDL-004211436



As I mentioned earlier, digital proxies are online indicators to help connect the dots between actions people take online to actions they take offline.

Examples of this are website visits and Google search query volume.

Google search information is extremely helpful in this situation because we know that 81% of shoppers conduct research online before purchasing a product. Therefore we can assume that people will be searching for gun locks before they purchase.

To that point, which we will touch on later, is that establishing digital proxies requires making assumptions and testing against them to prove their validity.

GOOG-AT-MDL-004211437



Testing and proving out digital proxies are beneficial because they not only allow you to not only measure the impact your media campaigns are having towards your mission but they can also be leveraged in planning your media campaigns more efficiently and effectively.

Next, I want to walk you through three examples of how government clients have used digital proxies in these ways.

GOOG-AT-MDL-004211438



Now - how can VA use Google's data to start connecting the dots between online activity and offline behavior?

How would we go about doing that for a campaign like Keep it Secure?

I want to walk through some examples of data that Google has.

GOOG-AT-MDL-004211442



I'm sure you remember this slide from earlier. Right now, we can start to take a look at Google Search data as it pertains to gun locks.

GOOG-AT-MDL-004211443



We can start by looking at search data year over year. Gun lock searches are up year over year compared to pre-pandemic levels.

Which is important to note because 2020 was an outlier year in a lot of ways..

GOOG-AT-MDL-004211444



We can see here that searches for gun locks rose in March 2020

For a lot of reasons, we can consider 2020 data to be outliers, so if we go back…

CONFIDENTIAL

GOOG-AT-MDL-004211445



With these data can start to track the trends of searches.

We can look at when Keep It Secure launched

GOOG-AT-MDL-004211446



We can also look at searches by geo-location.
We have state, metro-area and even down to zip code level data.

Here, we analyzed gun lock searches per capita - and as you can see there were three times as many searches for gun locks in idaho than in new york.

CONFIDENTIAL

GOOG-AT-MDL-004211447



Finally, we can even layer on data from outside sources - or "third party data" as we call it.

We took gun ownership data and compared it to searches for gun locks. As you may expect, the positive correlation between the two is strong. Where there are more guns, more people are searching for gun locks.

One thing to think about as well is how you can leverage VA data in this example.



So where can we go from here?

CONFIDENTIAL

GOOG-AT-MDL-004211449



In the world of effectively measuring your media. This is the roadmap that we put various advertisers on.

Right now, the VA is measuring media effectiveness with campaign metrics - which is helpful, but still leaves a lot of questions - placing them in the "Emerging" stage of maturity (along with 36% of advertisers) - with room to grow into eventually a "multi-moment" measurement approach - which basically means using all data possible to help you measure your end goal of suicide prevention.

CONFIDENTIAL

GOOG-AT-MDL-004211450



Talking in terms of concrete steps - right now you can prepare for your next media campaign phase by partnering with Google to brainstorm potential online indicators that might serve as digital proxies. By having this discussion before media launches, we can design a roadmap and set you up for success.

From there, you will want to test out these digital proxies, learning which ones most accurately correlate with the desired outcome.

Once that is established, you can use the digital proxies to not only measure effectiveness but also use it to plan future campaigns.

CONFIDENTIAL

GOOG-AT-MDL-004211451