# Plaintiffs' Exhibit 165

Message

| | |
|---|---|
| **From:** | Danielle Perrella [dcbperrella@google.com] |
| **Sent:** | 6/13/2022 1:45:46 PM |
| **To:** | Melanie Nash [melaniernash@google.com] |
| **CC:** | Sabrina Abuzahra [sabuzahra@google.com]; Alyssa Raiola [alyssaraiola@google.com]; Sean Harrison [seanharrison@google.com] |
| **Subject:** | Re: Game Plan for Morris' AMAZING GML Qs |

We're on it!

On Mon, Jun 13, 2022 at 9:35 AM Melanie Nash <melaniernash@google.com> wrote:
> Sounds great. Thank you both!!!
>
> On a side note -- local launched an experiment in DV360 last month when they took media live, but we aren't really doing any true experiments / studies on Compos 1-3 (besides brand lift, of course).
>
> On Mon, Jun 13, 2022 at 9:28 AM Sabrina Abuzahra <sabuzahra@google.com> wrote:
>> Will start on this now! :) Looks like we might need edit access to the doc FYI & then I can tag you, D & Mel.



- **Sabrina Abuzahra**
- Account Manager
- sabuzahra@google.com
- 414-380-2317



**Contact Google Ads Support for all troubleshooting queries:**

Click here to access chat: 24 hours a day, 7 days a week
Call: *1-866-2-GOOGLE (246-6453)* 9am-8pm ET, weekdays
Click here for Email: 24 hours a day, 5 days a week

>>
>> On Mon, Jun 13, 2022 at 9:16 AM Alyssa Raiola <alyssaraiola@google.com> wrote:
>>> Hi Team,
>>>
>>> First of all, this email from Morris (search subj line Google Marketing Live (GML) Notes) is **freaking awesome**- He includes questions about why they aren't using GA4, if they're experimenting enough, and how they can improve MMM 😍 🙏 !! That is YEARS in the making. Great job to all of you on the hard work it took to get us here!! More detail below on how I'd like to tackle:
>>>
>>>> **Timeline:** I asked Jonathan if we could have until EOW (6/17), we'll watch for his confirmation. I will handle if he pushes back. I'm cognizant that we have a lot going on with the summit, and I want to protect everyone's time.
>>>>
>>>> **Game Plan:** I want to be able to control our response to Morris on this + see if OMD changes anything significant, because then I can back-channel to Morris. **Sab**, can you

take the lead on this? I pasted the new questions into the bottom of our existing doc (format is a little wonky from his email, feel free to fix).

**More Detail:** Honestly, about half of them are already answered in our first part, so it's just a matter of copying the answers down. For the others- can you divide between you + D + M to answer? A few to pay special attention to (D this would be you most likely)

- Are they doing enough experimentation ? --> This one needs the balance of answering truthfully but knowing OMD is on the chain
- Why are they not using GA4

If you are having trouble with any of them, I'd reference the GML keynote preso- I was not in this with them so I don't have context either- but you should be able to see what he is referencing if you fast fwd the video to the speaker he references. If you still have qs after looking at this + all the things in Moma etc, let me know.

Thanks everyone! I'm here for qs.
Alyssa

--

Alyssa Raiola
DOD Lead | Google for Government
973. 255. 0190
alyssaraiola@google.com

Melanie Nash
Programmatic Account Manager
melaniernash@google.com
336.354.2248

Danielle Perrella
Analytical Lead
US Government, Public Health, & Military
dcbperrella@google.com

CONFIDENTIAL
GOOG-AT-MDL-004550186