# Plaintiffs' Exhibit 179 (Redacted)

# GMP Billing Solutions: Billing Tips & Topics Library

Tune in to the Platforms Solutions Digest for GMP billing updates!

## Table of Contents

| Week of: | Title |
|---|---|
| Jan 17, 2023 | The Collections Sales Tool |
| Dec 12, 2022 | Product Termination 101 |
| Dec 5, 2022 | How to Create a New Payments Profile |
| Nov 21, 2022 | Reminder: Tiered Rate Client Emails |
| Oct 31, 2022 | NTA Basics |
| Oct 24, 2022 | Collections 101: A Four Step Guide |
| Oct 3, 2022 | Why We Discourage Marketer-Direct Billing Setups |
| Aug 22, 2022 | What is an Invalid Traffic Adjustment? |
| Aug 1, 2022 | GMP Billing Solutions Survey |
| July 25, 2022 | Sector Specific GMP Billing Aliases |
| July 18, 2022 | Looping in GMP Billing Solutions |
| July 11, 2022 | Helping Clients Access the CM Billing UI |
| June 27, 2022 | Save Time Searching for Invoices |
| June 13, 2022 | Revisit the GMP Billing ID and Hierarchy Guide |
| May 30, 2022 | What do I need to request a credit for my client? |
| May 9, 2022 | How do I engage with GMP Billing Solutions? |
| May 2, 2022 | What's a NTA? |

GOOG-AT-MDL-008284272

| Week of: | Title |
|---|---|
| April 25, 2022 | What's an AAA? |
| April 18, 2022 | An Introduction to GMP Contracts |
| April 11, 2022 | Billing Solutions: Our R&R |
| April 4, 2022 | Billing Setup: Sequential Liability |
| Mar 28, 2022 | What is Sequential Liability? |
| Mar 21, 2022 | Revenue vs Billable Cost and Other Metric Definitions |
| Mar 14, 2022 | A Tip for Updating Rates |
| Mar 7, 2022 | Successful Billing Organization |
| Feb 28, 2022 | GMP Customer Account Hierarchy |
| Feb 21, 2022 | Tax Exemption Certification |
| Feb 21, 2022 | How to Find and Download CM360 Invoices |
| Feb 14, 2022 | Tips for Troubleshooting Billing |
| Feb 7, 2022 | How to Find and Download DV360 Invoices |
| Jan 24, 2022 | What's a Payments Profile? |
| Jan 17, 2022 | New Resource: GMP Billing ID & Hierarchy Guide |
| Sep 20, 2021 | Requesting Revenue Reports |
| Jul 4, 2021 | New Resource: Billing Support Guide |
| Jun 21, 2021 | June Suspension Reminder |
| Jun 14, 2021 | Billing Preview Feature: Google Analytics 360 for GA4 Properties |
| May 31, 2021 | DV360 & Prisma Budget & Invoicing API integration |
| May 10, 2021 | Nielsen DAR Auto-Tagging Deprecation |
| May 3, 2021 | Updated CA Tax Legislation beginning July 1, 2021 |
| Apr 5, 2021 | Billing Solutions: How to Engage |
| Mar 22, 2021 | GCC Platforms Monthly Billing Deadlines |
| Mar 15, 2021 | Reminder: DV360 Rate Update Process |
| Mar 8, 2021 | Tax changes in British Columbia Canada for Analytics |

HIGHLY CONFIDENTIAL

| Week of: | Title |
|---|---|
| Feb 15, 2021 | Primary contact for new invoicing Payment Profiles will now be an Admin |
| Dec 14, 2020 | Month-End PDF statements in Payments Center |
| Nov 23, 2020 | November Suspensions |
| Nov 2, 2020 | D2C Real Time Chat Launch |
| Oct 26, 2020 | October Suspensions |
| Sep 28, 2020 | Updated Collections Contacts |
| Sep 14, 2020 | Quick Billing Help for Clients! |
| Aug 31, 2020 | Billing Solutions Team Restructure |
| Aug 3, 2020 | DV360 Invoicing Options |
| Jul 20, 2020 | Billing Account Hierarchy & Invoicing |
| Jul 13, 2020 | External Collections Tool |
| Jun 15, 2020 | Billing Solutions: How to Engage |
| Jun 1, 2020 | Marketer Direct Billing |
| May 18, 2020 | Campaign Manager Billing Update |
| May 4, 2020 | Sales Collections Tool |
| Apr 27, 2020 | Self-Serve Invoice Dispute Tool |
| Apr 13, 2020 | Credit Approval Process |
| Apr 6, 2020 | Payment Terms Reminder |
| Mar 30, 2020 | Billing Modification Delays |
| Mar 23, 2020 | CM Account IDs on Invoices |
| Jan 27, 2020 | GA360 Orders & Billing Info |
| Jan 13, 2020 | January Suspensions |
| Dec 2, 2019 | GMP Invoicing Levels |
| Nov 25, 2019 | GMP Fee Reporting (Revenue Reports) |
| Nov 18, 2019 | November Suspensions |
| Nov 11, 2019 | GMP ID Glossary |

GOOG-AT-MDL-008284274

| Week of: | Title |
|---|---|
| Nov 4, 2019 | GCC D2C Support Launch |
| Oct 28, 2019 | Request Credits like a Pro |
| Oct 21, 2019 | October Suspensions |
| Oct 14, 2019 | DIF/DVIP Help |
| Oct 7, 2019 | Receiving Invoices via Email |
| Sep 30, 2019 | GCC Deal Consultations |
| Sep 23, 2019 | Suspension Prevention |
| Sep 16, 2019 | September Suspensions |
| Sep 9, 2019 | New Global Collections Model |
| Sep 2, 2019 | CM Retrobilling FAQs |
| Aug 26, 2019 | GMP Billing One-Sheeter |
| Aug 19, 2019 | August Suspension Update |
| Aug 5, 2019 | Client-Managed PO#s |
| Jul 29, 2019 | Reminder: MDB Workflow |
| Jul 22, 2019 | July Suspension Update |
| Jul 15, 2019 | GA360 Billing Solutions Support |
| Jul 1, 2019 | More about DV360 auto-credits! |



GOOG-AT-MDL-008284275



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284283



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284284



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284285



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284286



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284287



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008284288