# Plaintiffs' Exhibit 181



# Global Performance and Programmatic All Hands

December 10, 2015

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-03641972

## Agenda

- **P2 Update** *(Jason Spero)*
- **2016 Resourcing Plan** *(Jason Spero)*
- **Programmatic Basics** *(Dan Taylor)*
- **Sales Finance Update** *(Dale Allsopp)*
- **Four Hot Topics in Programmatic** *(Dan Taylor, Pooja Kapoor, Adam Eichner, Bryan Rowley)*
- **Q&A**

Google   Confidential & Proprietary

HIGHLY CONFIDENTIAL   GOOG-DOJ-03641973



HIGHLY CONFIDENTIAL               GOOG-DOJ-03641978



HIGHLY CONFIDENTIAL

GOOG-DOJ-03641979



HIGHLY CONFIDENTIAL
GOOG-DOJ-03641980



HIGHLY CONFIDENTIAL

GOOG-DOJ-03641981