# Plaintiffs' Exhibit 183



Recording June 2019:
https://drive.google.com/file/d/1recWF40EVr02hGyin9jXW44rhG3Xe05H/view

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199478



HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199479



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199480

## Supply Side Platform

**SSP** is a publisher tool that lets them configure rules that (Ad) Exchanges must adhere to on the publisher inventory.
For example: publishers can set advertisers they don't want on their sites (for example competitors) and they can set minimum prices for which ads can be bought (to protect direct ad sales)

Often SSP and Exchange are bundled as one product and both names are used interchangeably.



Google Ad Manager


gTech

HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-AT-02199481



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199482



HIGHLY CONFIDENTIAL GOOG-DOJ-AT-02199483



HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-AT-02199484

# Inventory types

Inventory is the sum of requests to which ads can be delivered.
There are 3 main inventory types:
- **Display content**
  - Regular ad banners you see on web pages
- **Video content**
  - In-stream - for example YouTube pre-roll ads
- **In-app**
  - Ads delivered to mobile applications (many formats including banners and video)

We will mostly focus on Display ads in this deck. Most basic concepts apply across all inventory types with Video and In-app adding additional layers of functionality.

4th main inventory type is search ads (AdSense For Search), but it's out-of-scope for this deck and is not serviced by Google Ad Manager.

 gTech

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199485

## Inventory structure

Ad Manager inventory structure is comprised of:

- **Ad Unit** - basic building block of inventory, can be organized in a tree of Ad Units, usually corresponds to 1 Ad Slot
- **Ad Slot** - a place on the page where ads can be shown, each Ad Slot needs to have an Ad Unit associated with it
- **Placement** - a collection of Ad Units to make targeting campaigns easier
- **Key/Values** - webpage can pass key-value pairs of custom attributes (article ID, user gender, etc...) to be used for campaign targeting

 gTech

HIGHLY CONFIDENTIAL                                                                                                         GOOG-DOJ-AT-02199486

# Google Publisher Tag

**GPT** is a Javascript library that publishers use to tag their web pages so they can talk to Google Ad Manager backend.

There are multiple ways to implement GPT on the page depending on the publisher need and there is API documentation available here.

```html
<head>
<script async="async" src="https://www.googletagservices.com/tag/js/gpt.js"></script>
<script>
 var googletag = googletag || {};
 googletag.cmd = googletag.cmd || [];
</script>
</head>
<body>
<div id="div-gpt-ad-1234567891234-0">
 <script>
  googletag.cmd.push(function() {
    googletag.defineSlot('/1234/sports/football', [728, 90],'div-gpt-ad-1234567891234-0')
       .addService(googletag.pubads())
       .setTargeting("Gender", "Male");
    googletag.enableServices();
    googletag.display('div-gpt-ad-1234567891234-0');
  });
 </script>
</div>
</body>
```

gTech

Proprietary + Confidential

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199487

## Ad Request

**GPT** tag on the web page sends an **Ad Request** to the Ad Manager backend. The Ad Request contains information about the impression:
- URL of the site
- Browser User Agent
- Slot parameters (Ad Unit, size, key/value pairs)
- etc.

Ad Request also contains user-related information like Cookies, User IDs, etc, that can be later at the backend matched to user demographics and behavior profiles, audience segments, etc.

 gTech

HIGHLY CONFIDENTIAL                                                                                    GOOG-DOJ-AT-02199488

## Useful acronyms

(e)CPM - (effective) Cost Per Mille - price for 1000 ad impressions. Standard unit of measurement for impression pricing. For reporting can be calculated as revenue divided by number of impressions times 1000

CPC - Cost Per Click - price for 1 click

CTR - Click Through Rate - number of clicks divided by number of impressions

CPD - Cost per Day - the amount an advertiser is charged daily for a Sponsorship campaign, where they are guaranteed a certain proportion of a publisher's inventory.

 gTech

HIGHLY CONFIDENTIAL



\* - as of June 2019 there is still a legacy way to access AdX standalone, but it will go away in a near future

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199500



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199501