# Plaintiffs' Exhibit 187

INTERNAL ONLY

# Consolidate Display & Video with Google
## Global Internal Sales Positioning

go/consolidatedisplay&video
Last updated: June 2020

## Goals of this positioning doc

To focus our programmatic display & video story into one clear narrative of "consolidate media with Google", agnostic to buying doors, for our **global** GTM teams, sellers and advertisers.

For details on how this fits in with The New SA360 (aka Amalgam) positioning see here.

## Table of Contents

Why buy Display inventory on Google?

Value Proposition of each Platform
    Why do we have multiple programmatic solutions?
    Google Display Ads & Google Ads Video: Value Proposition
    Display & Video 360: Value Proposition

Consolidating Display & Video with Google

Scenario 1) Is your client new to Display and Video? Start here.

Scenario 2) Is your client currently using a single buying door?
    Scenario 2a) Currently only using DV360
    Scenario 2b) Currently only using Google Ads

Scenario 3) Is your client "Hybrid", using both Google Ads & DV360?
    Hybrid clients: Measurement best practices
    Hybrid clients: Messaging for agencies
    Comparing feature sets between GDA & DV360

FAQs

Additional Resources

Stakeholders

## Why buy display and video inventory on Google?

1. **Unparalleled reach across channels:**

CONFIDENTIAL

GOOG-AT-MDL-000888797

INTERNAL ONLY

    a. Reach customers on all channels (search, display, video, and increasingly TV, audio and more). Consumers don't behave in a linear fashion siloed by channels, so neither should your advertiser's media strategy.

2. **Google's machine learning and rich intent-based signals**
   a. Reach customers at the right moment, with the best message, at the optimal price with Google's machine learning capabilities which offers best-in-class bidding, targeting, and creative optimisation, and is available in all of Google's buying platforms.
   b. Engage with potential customers to drive results with Google's Audience segments, powered by rich intent-based signals and available only in Google's buying platforms.

3. **Unique inventory and formats**
   a. Unique access to inventory across devices on Google O&O properties, including YouTube, Gmail, Maps, and more.
   b. Capture attention and drive engagement with Google's innovative formats including cost per engagement formats, cost per view formats, responsive ad formats, Gmail formats, and "video display" formats (eg. flipbook), etc.

4. **Sophisticated measurement solutions**
   a. Have choice and flexibility to either work with a preferred measurement partner or leverage Google's free solutions to measure the impact of media investments, directly in the platform.

## Value Proposition of each Platform

### Why do we have multiple buying doors for display & video?

Advertiser objectives and requirements vary widely. Some advertisers (and their respective agencies) want a solution that's more automated and off-the-shelf, while others need more customisation and control. Advertisers also tend to have different pools of budget dedicated to different objectives, and sometimes even different agencies aligned to these varied objectives.

On the spectrum of increasing advertiser sophistication, from small businesses to large direct advertisers to agencies, there comes a point of discontinuity where the needs of the buyer fundamentally change. To achieve Google's goal of catering to *all* advertisers, across all environments, it's important for us to have platforms that cater to advertisers with different needs.

### Google Display Ads & Google Ads Video: Value Proposition

**Google Ads** allows advertisers and agencies both large and small to drive efficient and scalable campaign performance across the marketing funnel. Google Ads offers bidding, creative, and targeting solutions designed to assist advertisers and agencies in driving their goals, while alleviating burdensome campaign management tasks. With 15+ years of machine learning, best-in-class contextual and user intent signals, Google is able to deliver the right message, to the right user, at the right time.

**Key Features:**

- **Fully automated campaign solutions**, such as Smart Display Campaigns, Smart Shopping Campaigns and App Campaigns.
- **Google O&O inventory:** Discovery, Gmail, YouTube, and more coming soon.

CONFIDENTIAL                                              GOOG-AT-MDL-000888798