**Appendix E:**
**Produced Substantive Chats Dated before and after Google Suspended Auto-Delete**



