# Exhibit 38

| | |
|---|---|
| **From:** | Mauser, Amy <amauser@paulweiss.com> |
| **Sent:** | Friday, August 16, 2024 4:14 PM |
| **To:** | Garcia, Kelly (ATR); Freeman, Michael (ATR); Teitelbaum, Aaron (ATR); Wood, Julia (ATR); Clemons, Katherine (ATR); Wolin, Michael (ATR); craig.reilly@ccreillylaw.com; Dugan, Colleen (ATR); dbitton@axinn.com; bjustus@axinn.com; Eric Mahr; Justina.Sessions@freshfields.com; Robert McCallum |
| **Cc:** | Dunn, Karen L; Rhee, Jeannie S; Isaacson, William A; Morgan, Erin J; Goodman, Martha; Phillips, Jessica E |
| **Subject:** | [EXTERNAL] U.S. v. Google Correspondence |
| **Attachments:** | 2024.08.16 Letter from J. Rhee to J. Wood (003).pdf |
| **Categories:** | Red Category |

Counsel:

Please see attached correspondence.

**Amy J. Mauser** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7371 (Direct Phone) | +1 202 615 6841 (Cell)
+1 202 379 4077 (Direct Fax)
amauser@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

20 AIR STREET
LONDON W1B 5AN, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(202) 223-7466

WRITER'S DIRECT FACSIMILE

(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS

jrhee@paulweiss.com

August 16, 2024

**By Email**

Julia Wood
Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW, Suite 800
Washington, DC 20530

Re:   *United States, et al. v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)

Dear Counsel:

We write to correct the response provided in a letter to you on behalf of Google LLC ("Google") dated November 8, 2023. That letter contained written responses in lieu of testimony in connection with Topic 25 of Plaintiffs' 30(b)(6) Deposition Notice to Google dated August 9, 2023. Google agreed to provide "a chart indicating when a litigation hold for the Investigation or Litigation was issued to each custodian." Appendix B to the November 8, 2023 letter contained responsive information concerning the issuance of legal holds.

Because many of the custodians in this matter received multiple legal holds, we collected and reviewed the legal holds provided to each custodian in Appendix B to the November 8, 2023 letter in connection with preparing Google's opposition to Plaintiffs' Motion for an Adverse Inference. In doing so, we discovered that Appendix B mistakenly did not list in many instances the first legal hold that each custodian received and instead listed a subsequent legal hold or reminder notice. For example, Appendix B to the November 8, 2023 letter listed Neal Mohan as receiving a legal hold notice in April 2023. Mr. Mohan did receive a legal hold or reminder notice in April 2023, but he first received a legal hold in connection with the Investigation on December 10, 2019. Appendix A to this letter contains a corrected chart that provides (1) the date of the legal hold identified

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

in the November 8, 2023 letter; and (2) the earliest date that a legal hold for the Investigation or Litigation was issued to each custodian.

Sincerely,

*/s/ Jeannie S Rhee*

Jeannie S Rhee

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

## APPENDIX A

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Sergio Abreu | 2/3/2021 | 2/3/2021 |
| Daniel Alegre | 6/2/2020 | 6/2/2020 |
| Kate Alessi | 2/3/2021 | 2/3/2021 |
| Anthony Altimari | 5/25/2023 | 5/25/2023 |
| Ali Nasiri Amini | 2/3/2021 | 6/23/2020 |
| Vip Andleigh | 1/22/2021 | 8/6/2020 |
| Nikesh Arora | 12/5/2019 | 12/5/2019 |
| Ajay Bangla | 5/25/2023 | 5/25/2023 |
| Bethanie Baynes | 1/22/2021 | 3/5/2020 |
| Karen Aviram Beatty | 1/22/2021 | 3/5/2020 |
| Jonathan Bellack | 10/4/2019 | 10/4/2019 |
| Brad Bender | 10/4/2019 | 10/4/2019 |
| Glenn Berntson | 9/20/2022 | 9/20/2022 |
| David Besbris | 1/22/2021 | 12/10/2019 |
| Deepti Bhatnagar | 1/22/2021 | 3/5/2020 |
| Jason Bigler | 10/4/2019 | 10/4/2019 |
| Chetna Bindra | 1/22/2021 | 12/10/2019 |
| Jeff Birnbaum | 2/3/2021 | 2/3/2021 |
| Simon Bolger | 5/25/2023 | 5/25/2023 |
| Joan Braddi | 1/22/2021 | 12/10/2019 |
| Drew Bradstock | 1/22/2021 | 12/10/2019 |
| Amin Charaniya | 2/3/2021 | 2/3/2021 |
| Anthony Chavez | 1/22/2021 | 3/5/2020 |
| Julie Chen | 2/3/2021 | 2/3/2021 |
| Susan Childs | 1/22/2021 | 1/30/2020 |
| Mary Ellen Coe | 1/22/2021 | 12/10/2019 |
| Josh Cohen | 6/22/2020 | 6/22/2020 |
| Christophe Combette | 6/12/2023 | 6/12/2023 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Matthew Conroy | 1/22/2021 | 12/10/2019 |
| Erin Corkins | 5/25/2023 | 5/25/2023 |
| Sam Cox | 10/4/2019 | 10/4/2019 |
| Marcel Crasmaru | 2/3/2021 | 2/3/2021 |
| Tim Craycroft | 9/20/2022 | 9/20/2022 |
| Jerry Dischler | 1/22/2021 | 12/10/2019 |
| Katie (Baxter) Dodson | 5/25/2023 | 5/25/2023 |
| Sean Downey | 1/22/2021 | 12/10/2019 |
| John "Duke" Dukellis | 1/22/2021 | 12/10/2019 |
| Sam Franklin | 5/25/2023 | 5/25/2023 |
| Rudy Galfi | 1/22/2021 | 12/10/2019 |
| Haskell Garon | 1/22/2021 | 1/30/2020 |
| Kristen Gil | 2/3/2021 | 2/3/2021 |
| Jim Giles | 1/22/2021 | 6/23/2020 |
| Richard Gingras | 1/22/2021 | 6/23/2020 |
| Chris Gklaros-Stavropoulos | 1/22/2021 | 3/5/2020 |
| Matthew Glotzbach | 6/22/2020 | 6/2/2020 |
| Eu-Jin Goh | 7/26/2023 | 7/26/2023 |
| Joanna Zimelis Goldblatt | 4/3/2023 | 4/3/2023 |
| Eve Goldman | 2/3/2021 | 2/3/2021 |
| David Goodman | 1/22/2021 | 6/23/2020 |
| Jerome Grateau | 1/22/2021 | 1/30/2020 |
| Anna Grodecka-Grad | 9/26/2023 | 9/25/2023 |
| Chip Hall | 1/22/2021 | 1/30/2020 |
| K. Marco Hardie | 4/3/2023 | 4/3/2023 |
| Donald Harrison | 10/4/2019 | 10/4/2019 |
| Sean Harrison | 4/3/2023 | 4/3/2023 |
| Rob Hazan | 8/6/2020 | 8/6/2020 |
| Joerg Heilig | 1/29/2021 | 1/29/2021 |
| Sissie Hsiao | 10/4/2019 | 10/4/2019 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

5

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Nirmal Jayaram | 1/22/2021 | 6/23/2020 |
| Darline Jean | 6/12/2023 | 6/12/2023 |
| Adam Juda | 1/22/2021 | 3/5/2020 |
| Bashar Kachachi | 1/22/2021 | 3/5/2020 |
| Kishore Kanakamedala | 2/21/2020 | 3/5/2020 |
| Pooja Kapoor | 10/4/2019 | 10/4/2019 |
| Roshan Khan | 1/22/2021 | 12/10/2019 |
| Woojin Kim | 1/22/2021 | 6/23/2020 |
| Jennifer Koester | 1/22/2021 | 10/4/2019 |
| Martin Kon | 2/3/2021 | 2/3/2021 |
| Rahul Kooverjee | 5/25/2023 | 5/25/2023 |
| Omid Kordestani | 2/4/2020 | 2/4/2020 |
| Nitish Korula | 10/4/2019 | 10/4/2019 |
| Gabe Kronstadt | 2/10/2021 | 2/10/2021 |
| Suresh Kumar | 6/2/2020 | 6/2/2020 |
| Robert Kyncl | 1/22/2021 | 12/10/2019 |
| Sue Lai | 9/25/2023 | 9/25/2023 |
| Tript Singh Lamba | 1/22/2021 | 3/5/2020 |
| Chris LaSala | 1/22/2021 | 10/4/2019 |
| Lisa Lehman | 1/22/2021 | 8/6/2020 |
| George Levitte | 1/22/2021 | 6/23/2020 |
| Max Lin | 1/22/2021 | 6/23/2020 |
| Eisar Lipkovitz | 6/22/2020 | 6/22/2020 |
| Tim Lipus | 2/23/2023 | 7/12/2021 |
| Max Loubser | 1/22/2021 | 6/23/2020 |
| Tobias Maurer | 1/22/2021 | 6/23/2020 |
| Chris Maxcy | 1/22/2021 | 3/5/2020 |
| Stuart May | 7/26/2023 | 7/26/2023 |
| Ali Miller | 1/22/2021 | 3/5/2020 |
| Jason Miller | 2/3/2021 | 2/3/2021 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

6

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Giulio Minguzzi | 5/3/2023 | 7/12/2021 |
| David Mitby | 1/22/2021 | 6/23/2020 |
| Neal Mohan | 4/27/2023 | 12/10/2019 |
| Jessica Mok | 2/23/2023 | 4/28/2021 |
| Paul Muret | 1/22/2021 | 1/30/2020 |
| Elissa Murphy | 2/3/2021 | 2/3/2021 |
| Sagnik Nandy | 3/8/2021 | 3/8/2021 |
| Jon Newmuis | 7/26/2023 | 7/26/2023 |
| Rany Ng | 1/22/2021 | 6/23/2020 |
| Ali Nouri | 06/14/2023 | 6/14/2023 |
| Kristen O'Hara | 06/12/2023 | 6/12/2023 |
| Martin Pal | 1/22/2021 | 6/23/2020 |
| Thomas Pan | 7/26/2023 | 7/26/2023 |
| Aparna Pappu | 1/22/2021 | 10/4/2019 |
| Peentoo Patel | 9/20/2022 | 9/20/2022 |
| Bonnie Pericolosi | 1/22/2021 | 12/10/2019 |
| Igor Perisic | 10/16/2023 | 10/16/2023 |
| Shane Peros | 1/22/2021 | 10/4/2019 |
| Kirk Perry | 1/22/2021 | 12/20/2019 |
| Sundar Pichai | 10/4/2019 | 10/4/2019 |
| Barbara Piermont | 1/22/2021 | 1/30/2020 |
| Arthur Price | 2/3/2021 | 2/3/2021 |
| Prabhakar Raghavan | 10/4/2019 | 10/4/2019 |
| Alyssa Raiola | 4/3/2023 | 4/3/2023 |
| Sridhar Ramaswamy | 11/4/2019 | 11/4/2019 |
| Vinay Rao | 2/3/2021 | 2/3/2021 |
| Vivek Rao | 1/22/2021 | 6/23/2020 |
| Rita Ren | 5/23/2023 | 5/23/2023 |
| Nicky Rettke | 6/12/2023 | 4/28/2021 |
| Sarah Rock | 5/25/2023 | 5/25/2023 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

7

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Dave Rolefson | 1/22/2021 | 1/22/2021 |
| Danielle Romain | 1/22/2021 | 3/5/2020 |
| Courtney Rose | 5/25/2023 | 5/25/2023 |
| Bryan Rowley | 1/22/2021 | 3/5/2020 |
| Nathalie Sajous | 5/25/2023 | 11/19/2020 |
| Karen Sauder | 3/8/2021 | 3/8/2021 |
| Erin Schaefer | 1/29/2021 | 1/29/2021 |
| Philipp Schindler | 10/4/2019 | 10/4/2019 |
| Mike Schulman | 10/4/2019 | 10/4/2019 |
| Jasper Seldin | 1/22/2021 | 6/23/2020 |
| Jayavel Shanmugasundaram | 1/22/2021 | 7/14/2020 |
| Vishal Sharma | 1/22/2021 | 7/13/2020 |
| Scott Sheffer | 2/3/2021 | 12/10/2019 |
| Alex Shellhammer | 1/22/2021 | 1/30/2020 |
| Lior Shenkar | 3/3/2022 | 3/3/2022 |
| Steven Shin | 5/23/2023 | 5/23/2023 |
| Payam Shodjai | 1/22/2021 | 12/10/2019 |
| Scott Silver | 1/22/2021 | 6/23/2020 |
| Vlad Sinaniyev | 1/22/2021 | 9/17/2020 |
| Selin Song | 6/12/2023 | 6/12/2023 |
| Scott Spencer | 1/22/2021 | 12/10/2019 |
| Jason Spero | 1/22/2021 | 3/5/2020 |
| Rahul Srinivasan | 1/22/2021 | 10/4/2019 |
| Vidhya Srinivasan | 1/22/2021 | 12/10/2019 |
| Sarah Stefaniu | 4/3/2023 | 4/3/2023 |
| Adam Stewart | 3/8/2021 | 3/8/2021 |
| Bonita Stewart | 10/4/2019 | 10/4/2019 |
| Gargi Sur | 1/22/2021 | 1/30/2020 |
| Dan Taylor | 1/22/2021 | 10/4/2019 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

8

| Custodian Name | Date Provided in November 8, 2023 Letter | Earliest Date that a Legal Hold Notice Was Issued |
|---|---|---|
| Sam Temes | 1/22/2021 | 1/30/2020 |
| Sneha Thomas | 6/12/2023 | 6/12/2023 |
| Glenn Thrope | 2/23/2021 | 2/3/2021 |
| Allan Thygesen | 1/22/2021 | 12/10/2019 |
| Christopher Tignor | 6/14/2023 | 6/14/2023 |
| John Tobler | 2/3/2021 | 2/3/2021 |
| Malte Ubl | 1/22/2021 | 10/4/2019 |
| Kai Umezawa | 6/12/2023 | 6/12/2023 |
| Shashi Upadhyay | 6/12/2023 | 6/12/2023 |
| Jyoti Vaidee | 1/22/2021 | 3/5/2020 |
| Marshall Vale | 1/22/2021 | 12/10/2019 |
| Jay VanDerzee | 3/3/2022 | 3/3/2022 |
| Hal Varian | 1/22/2021 | 12/10/2019 |
| Medha Vedaprakash | 1/18/2023 | 1/18/2023 |
| Casper Verhoofstad | 5/25/2023 | 5/25/2023 |
| Alok Verma | 1/22/2021 | 12/10/2019 |
| Luis Vilela | 2/3/2021 | 2/3/2021 |
| Madhu Vudali | 1/22/2021 | 7/14/2020 |
| Jason Washing | 1/22/2021 | 10/4/2019 |
| Debbie Weinstein | 1/22/2021 | 3/5/2020 |
| Mike Westervelt | 5/25/2023 | 5/25/2023 |
| Kristin Wiechmann | 1/22/2021 | 1/30/2020 |
| Susan Wojcicki | 10/4/2019 | 10/4/2019 |
| Noam Wolf | 10/4/2019 | 10/4/2019 |
| Meghan Zidar | 5/25/2023 | 5/25/2023 |