# Exhibit 39

Custodians: Chetna Bindra; Marshall Vale; Nitish Korula
Witness: Nitish Korula

Message

| | |
|---|---|
| **From:** | Brad Lassey [lassey@google.com] |
| **Sent:** | 2/9/2020 6:03:49 PM |
| **To:** | Justin Schuh [jschuh@google.com]; Michael Kleber [kleber@google.com]; Marshall Vale [mjv@google.com]; Nitish Korula [nitish@google.com]; Chetna Bindra [cbindra@google.com]; Deepak Ravichandran [deepakr@google.com] |

- **Brad Lassey**, 2020-02-09 10:03:49

&lt;a href="https://www.google.com/url?q=https://twitter.com/pes10k/status/1226244167476621312?s%3D20&amp;sa=D&amp;source=hangouts&amp;ust=1581357829394000&amp;usg=AFQjCNHUCVjbZevma8H0O7D6IM61OSe60w"&gt;https://twitter.com/pes10k/status/1226244167476621312?s=20&lt;/a&gt;

- **Chetna Bindra**, 2020-02-09 10:11:31

This thread has history on. Using the other one

- **Brad Lassey**, 2020-02-09 10:12:02

Yup, wanted it to be around when people got to the office on Monday

- **Michael Kleber**, 2020-02-09 10:21:50

I'm not in the other one :-(

- **Brad Lassey**, 2020-02-09 10:23:07

Doesn't look like I can add you

- **Brad Lassey**, 2020-02-09 10:23:17

Might be because it's synced with hangouts

- **Chetna Bindra**, 2020-02-09 10:23:38

I will

- **Nitish Korula**, 2020-02-09 10:58:34

Incidentally, isn't ~everyone except Chetna and Brad on lit hold?

- **Nitish Korula**, 2020-02-09 10:58:42

Or is it only Kleber and me?

- **Nitish Korula**, 2020-02-09 10:59:00

Because the whole reason this has history is the lit hold :)

- **Nitish Korula**, 2020-02-09 11:09:12

How do you folks feel about the browser-as-adware concern, btw? I've wondered about that, too.

CONFIDENTIAL

GOOG-AT-MDL-008388423