# Exhibit 40

Custodians: Chris LaSala; Haskell Garon*

*Chat not found in Garon's files

Message

| | |
|---|---|
| **From**: | Chris LaSala [chrisl@google.com] |
| **Sent**: | 8/18/2020 12:32:25 AM |
| **To**: | Chris LaSala [chrisl@google.com] |
| **Subject**: | Fwd: Chat with Keith, Haskell "helpful...will send email on ask to estimate im..." |

Haskell, Keith
ROOM UPDATE:

HISTORY IS OFF
Messages sent with history off are deleted after 24h
TODAY

Chris LaSala
,
1:32 PM

,
gentlemen

,
1:32 PM

,

Haskell Garon
,
1:32 PM

,
hi chris
,
1:32 PM

,

Chris LaSala
,
1:33 PM

,
i am trying to estimate how much 3P buyer revenue we would lose in Regime 2b
,
1:33 PM

,
and the approach we are taking is simple:
,
1:33 PM

,

if we can estimate the % of spend from a 3P DSP that is from 'audience buying' we can assume most or all of that goes away

,
1:33 PM

,

is that possible?

,
1:33 PM

,

Keith Weisberg

,
1:34 PM

,

I think we could do that from a sell-side pull

,
1:34 PM

,

where we take every category related to 'audience buying' on ad manager and exclude DV3

,
1:34 PM

,

Haskell Garon

,
1:34 PM

,

What is "regime 2b" ?

,
1:34 PM

,

Haskell Garon

,
1:41 PM

,

If it's related to loss of identifiers, that sounds like a reasonable aporoach, though we should make sure to account for remarketer spend (e.g. criteo) as well - which is not really audience, but does require cookies / mobile IDs

,
1:41 PM

,

Ignore that comment though if i've totally missed the context clues on what regime 2b entails.

,
1:42 PM

,

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440389

**Chris LaSala**

,
1:48 PM

,
sorry..was in mtg

,
1:48 PM

,
regime 4b (not 2b) is the Privacy ACM framing

,
1:48 PM

,
where we (google) would essentially only allow our platforms to be pipes

,
1:48 PM

,
and we wouldn't use any PII or identifiers

,
1:49 PM

,
so,you are right

,
1:49 PM

,
Keith...

,
1:49 PM

,
i didn't know this was possible: where we take every category related to 'audience buying' on ad manager and exclude DV3

,
1:50 PM

,
so we get a signal from other buyers

,
1:50 PM

,
if it is 'audience' or not?

,
1:50 PM

,

**Keith Weisberg**

,
2:01 PM

,

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440390

I'm pulling from my knowledge back when I was an analyst for Claude London, but theoretically we have transaction types on the Ad Manager side

,
2:01 PM
,

and we could ask an analyst to isolate all transaction types that we deemed as involving audiences (e.g. remarketing)

,
2:01 PM
,

Haskell Garon

,
2:08 PM
,

Chris, is there a deck i could take a look at to better understand the details of regime 4b?

,
2:08 PM
,

Chris LaSala

,
2:10 PM
,

can you see this:

,
2:10 PM
,

https://docs.google.com/presentation/d/1dr_RA5XMEXGF3lvAwc23KbuEnLu7D47hmsPyJXV6MGw/edit#slide=id.g8d4014bf10_6_48

ACM: Ads Privacy Ecosystem: Identity Scenarios & Path Forward | July 31 2020


,
2:10 PM
,

Haskell Garon

,
2:10 PM
,

There's some prior art on this from ACM about a year ago: https://docs.google.com/presentation/d/1BBJjoMFDP8fMscQYbtBGc27uE-zdih9WPtWrss0JlqA/edit#slide=id.g51b0866d2f_4_100 -- removing ID + IP address + user agent is basically ~95% lost revenue

,

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440391

2:10 PM

**Chris LaSala**

2:10 PM

this is rough definition:

2:10 PM

Google participating at arms length, shifting spotlight away from Google on PII - looking to KOFs to take action

2:10 PM

**Haskell Garon**

2:10 PM

but presumably we would allow 3Ps to gather some of their own signals

2:10 PM

for replacement

2:10 PM

**Chris LaSala**

2:10 PM

Google will enable PII as a "pass through" to connect adv., pub and partner audiences on our platforms for cross-site targeting, but we will not build our own PII keyed audiences

2:10 PM

**Haskell Garon**

2:12 PM

Ok, so I think we should assume at least 70%+ revenue loss (based on holdbacks) on removal of cookie / mobile Id -- and we would need some estimate of how much we make up on ESP-like pass-throughs

,
2:12 PM

,
(hopefully a lot of it)

,
2:12 PM

,

**Chris LaSala**

,
2:12 PM

,
right - so we lose all audience based on today's framework, but earn it back through PII

,
2:12 PM

,

**Haskell Garon**

,
2:13 PM

,
But if you assumed we wiped out all IDs tomorrow globally on RTB (AB+OB) with no replacement, I'd assume at least 70% drop on the $2.5B/yr, ~= $1.75B loss gross

,
2:13 PM

,
And then we need to make back at least some of that on bidder/pub collected signals (3P SDKs, ESP, maybe ID consortiums like liveramp, etc)

,
2:13 PM

,
(I don't have access to the deck, so forgive me if that makes less sense than i'd hoped)

,
2:14 PM

,

**Chris LaSala**

,
2:14 PM

,
it makes sense

,
2:14 PM

,
right now, the rough estimate on impact to sell-side was this:

,
2:14 PM

,
Lose ~$1-2B from DV3 and $1-1.3B from GDA spend

,
2:15 PM

,
but 2 issues 1) that assumes that the budgets that DV3 loses to, say, TTD, don't then get spent by TTD on AdX anyway - so buy-side loses, but sell-side doesn't

,
2:16 PM

,
or 2) that even if they lose the budgets to TTD, the TTD buys on other exchanges that, say, participate in HB (which means we lose on both buy and sell sides)

,
2:16 PM

,
i don't know which is more likely to be true

,
2:17 PM

,

Haskell Garon

,
2:28 PM

,
Well, if we're going to redact user IDs from RTB (incl TT), I think #2 is more likely at least in the medium term

,
2:28 PM

,
Cause when they get a call from OpenX, it will likely include a cookie / ID, as well as any extra identity signals picked up by header bidding (liveramp IDs, what have you)

,
2:28 PM

,
IF it's a google-demand only change, and we continue to send cookies / mobile IDs to 3rd parties, then i suppose #1 is the more likely short-term outcome, though probably would not be able to make up all google demand lost revenue

,
2:29 PM

,

Chris LaSala

,
2 mins

,
helpful...will send email on ask to estimate impact...have a good night guys

,
2 mins

**Keith Weisberg**

,
Now

,
you too! 3 members

Haskell, Keith
ROOM UPDATE:

HISTORY IS OFF
Messages sent with history off are deleted after 24h
TODAY

**Chris LaSala**

,
1:32 PM

,
gentlemen

,
1:32 PM

**Haskell Garon**

,
1:32 PM

,
hi chris

,
1:32 PM

**Chris LaSala**

,
1:33 PM

,
i am trying to estimate how much 3P buyer revenue we would lose in Regime 2b

,
1:33 PM

,
and the approach we are taking is simple:

,
1:33 PM

,
if we can estimate the % of spend from a 3P DSP that is from 'audience buying' we can assume most or all of that goes away

,
1:33 PM

,
is that possible?

,
1:33 PM

,
**Keith Weisberg**

,
1:34 PM

,
I think we could do that from a sell-side pull

,
1:34 PM

,
where we take every category related to 'audience buying' on ad manager and exclude DV3

,
1:34 PM

,
**Haskell Garon**

,
1:34 PM

,
What is "regime 2b" ?

,
1:34 PM

,
**Haskell Garon**

,
1:41 PM

,
If it's related to loss of identifiers, that sounds like a reasonable aporoach, though we should make sure to account for remarketer spend (e.g. criteo) as well - which is not really audience, but does require cookies / mobile IDs

,
1:41 PM

,
Ignore that comment though if i've totally missed the context clues on what regime 2b entails.

,
1:42 PM

,

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440396

Chris LaSala

, 1:48 PM

, sorry..was in mtg

, 1:48 PM

, regime 4b (not 2b) is the Privacy ACM framing

, 1:48 PM

, where we (google) would essentially only allow our platforms to be pipes

, 1:48 PM

, and we wouldn't use any PII or identifiers

, 1:49 PM

, so,you are right

, 1:49 PM

, Keith...

, 1:49 PM

, i didn't know this was possible: where we take every category related to 'audience buying' on ad manager and exclude DV3

, 1:50 PM

, so we get a signal from other buyers

, 1:50 PM

, if it is 'audience' or not?

, 1:50 PM

,

Keith Weisberg

, 2:01 PM

,

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440397

I'm pulling from my knowledge back when I was an analyst for Claude London, but theoretically we have transaction types on the Ad Manager side

2:01 PM

and we could ask an analyst to isolate all transaction types that we deemed as involving audiences (e.g. remarketing)

2:01 PM

**Haskell Garon**

2:08 PM

Chris, is there a deck i could take a look at to better understand the details of regime 4b?

2:08 PM

**Chris LaSala**

2:10 PM

can you see this:

2:10 PM

https://docs.google.com/presentation/d/1dr_RA5XMEXGF3lvAwc23KbuEnLu7D47hmsPyJXV6MGw/edit#slide=id.g8d4014bf10_6_48

ACM: Ads Privacy Ecosystem: Identity Scenarios & Path Forward | July 31 2020

2:10 PM

**Haskell Garon**

2:10 PM

There's some prior art on this from ACM about a year ago: https://docs.google.com/presentation/d/1BBJjoMFDP8fMscQYbtBGc27uE-zdih9WPtWrss0JlqA/edit#slide=id.g51b0866d2f_4_100 -- removing ID + IP address + user agent is basically ~95% lost revenue

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440398

2:10 PM

Chris LaSala

2:10 PM

this is rough definition:

2:10 PM

Google participating at arms length, shifting spotlight away from Google on PII - looking to KOFs to take action

2:10 PM

Haskell Garon

2:10 PM

but presumably we would allow 3Ps to gather some of their own signals

2:10 PM

for replacement

2:10 PM

Chris LaSala

2:10 PM

Google will enable PII as a "pass through" to connect adv., pub and partner audiences on our platforms for cross-site targeting, but we will not build our own PII keyed audiences

2:10 PM

Haskell Garon

2:12 PM

Ok, so I think we should assume at least 70%+ revenue loss (based on holdbacks) on removal of cookie / mobile Id -- and we would need some estimate of how much we make up on ESP-like pass-throughs

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440399

2:12 PM

(hopefully a lot of it)

2:12 PM

**Chris LaSala**

2:12 PM

right - so we lose all audience based on today's framework, but earn it back through PII

2:12 PM

**Haskell Garon**

2:13 PM

But if you assumed we wiped out all IDs tomorrow globally on RTB (AB+OB) with no replacement, I'd assume at least 70% drop on the $2.5B/yr, ~= $1.75B loss gross

2:13 PM

And then we need to make back at least some of that on bidder/pub collected signals (3P SDKs, ESP, maybe ID consortiums like liveramp, etc)

2:13 PM

(I don't have access to the deck, so forgive me if that makes less sense than i'd hoped)

2:14 PM

**Chris LaSala**

2:14 PM

it makes sense

2:14 PM

right now, the rough estimate on impact to sell-side was this:

2:14 PM

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440400

,
Lose ~$1-2B from DV3 and $1-1.3B from GDA spend

,
2:15 PM

,
but 2 issues 1) that assumes that the budgets that DV3 loses to, say, TTD, don't then get spent by TTD on AdX anyway - so buy-side loses, but sell-side doesn't

,
2:16 PM

,
or 2) that even if they lose the budgets to TTD, the TTD buys on other exchanges that, say, participate in HB (which means we lose on both buy and sell sides)

,
2:16 PM

,
i don't know which is more likely to be true

,
2:17 PM

,
Haskell Garon

,
2:28 PM

,
Well, if we're going to redact user IDs from RTB (incl TT), I think #2 is more likely at least in the medium term

,
2:28 PM

,
Cause when they get a call from OpenX, it will likely include a cookie / ID, as well as any extra identity signals picked up by header bidding (liveramp IDs, what have you)

,
2:28 PM

,
IF it's a google-demand only change, and we continue to send cookies / mobile IDs to 3rd parties, then i suppose #1 is the more likely short-term outcome, though probably would not be able to make up all google demand lost revenue

,
2:29 PM

,
Chris LaSala

,
2 mins

,
helpful...will send email on ask to estimate impact...have a good night guys

,
2 mins

,

Keith Weisberg

,

Now

,

you too!

---------- Forwarded message ---------
From: **Chris LaSala** <chrisl@google.com>
Date: Mon, Aug 17, 2020 at 8:29 PM
Subject: Fwd: Chat with Keith, Haskell "helpful...will send email on ask to estimate im..."
To: Chris LaSala <chrisl@google.com>

## Forwarded chat with group Keith, Haskell

Chris LaSala
i don't know which is more likely to be true

Haskell Garon
Well, if we're going to redact user IDs from RTB (incl TT), I think #2 is more likely at least in the medium term

Haskell Garon
Cause when they get a call from OpenX, it will likely include a cookie / ID, as well as any extra identity signals picked up by header bidding (liveramp IDs, what have you)

Haskell Garon
IF it's a google-demand only change, and we continue to send cookies / mobile IDs to 3rd parties, then i suppose #1 is the more likely short-term outcome, though probably would not be able to make up all google demand lost revenue

Chris LaSala
helpful...will send email on ask to estimate impact...have a good night guys

Open message

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440402

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

--

Chris LaSala / Managing Director, Global Programmatic Sell-Side Solutions

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01440403