# Exhibit 41

Custodian: Jerry Dischler

Witness: Jerry Dischler

Message

| | |
|---|---|
| **From:** | jnoonan@google.com [jnoonan@google.com] |
| **Sent:** | 6/4/2020 2:27:56 PM |
| **To:** | jnoonan@google.com; jdischler@google.com |
| **Subject:** | AAAApoyca2M-79EvfM_42z0 |

- **jnoonan@google.com** 2020-06-04T14:27:56.568Z

Good Morning, all! Starting this Ads thread for today's announcement so we stay coordinated. We're ~30 mins out from Sundar's note so let me know if you have any final questions on your comms.

- **jdischler@google.com** 2020-06-04T14:28:58.855Z

Do you want this to be history on or a group chat that disappears after 24h?

- **jnoonan@google.com** 2020-06-04T14:32:39.278Z

I can shift to a group chat instead so we eliminate history. Consider this room deprecated!

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018321541