# Exhibit 42

Custodian: Aparna Pappu

Witness: Aparna Pappu

Message

**From:**      dardelean@google.com [dardelean@google.com]
**Sent:**      3/26/2020 9:00:54 PM
**To:**        dardelean@google.com; mulrich@google.com; apappu@google.com
**Subject:**   i-jAogAAAAE-2020.03.26

- **dardelean@google.com** 2020-03-26T21:00:54.495Z

Ben trainer ready to declare?

- **mulrich@google.com** 2020-03-26T21:01:27.293Z

i'm just monitoring the network room where they're doing debugging, 20:48 < cgils-gvc-scribe> atopal-comms: code red was just approved. Tech IRT will start working with at-risk service owners

- **mulrich@google.com** 2020-03-26T21:01:45.539Z

i think it was approved by bkoley

- **dardelean@google.com** 2020-03-26T21:02:01.563Z

Oh boy

- **apappu@google.com** 2020-03-26T21:02:13.693Z

did you just turn history on?

- **dardelean@google.com** 2020-03-26T21:02:16.449Z

What is expected impacted

- **dardelean@google.com** 2020-03-26T21:02:28.490Z

Not on purpose

- **apappu@google.com** 2020-03-26T21:02:40.066Z

got a warning and it got turned on!

- **mulrich@google.com** 2020-03-26T21:03:23.536Z

wrt impact: most of this seems to be confined to the networking group; they may ask us to move some capacity

- **apappu@google.com** 2020-03-26T21:03:25.200Z

how do you turn it off again?

- **apappu@google.com** 2020-03-26T21:03:35.391Z

re network ack

- **dardelean@google.com** 2020-03-26T21:03:39.286Z

It mike

HIGHLY CONFIDENTIAL