# Exhibit 43

Custodian: Aparna Pappu

Witness: Aparna Pappu

Message

| | |
|---|---|
| **From:** | apappu@google.com [apappu@google.com] |
| **Sent:** | 5/12/2020 6:34:25 PM |
| **To:** | apappu@google.com; sanaz@google.com; jarthurs@google.com; usriv@google.com; adriennem@google.com; jsoltero@google.com; dardelean@google.com |
| **Subject:** | AAAAETUNq2w-adw1edi15mk |

- **apappu@google.com** 2020-05-12T18:34:25.248Z

yall have a doc with open questions a?lready if not I can create.

- **sanaz@google.com** 2020-05-12T18:34:37.307Z

how do we turn history off?

- **sanaz@google.com** 2020-05-12T18:35:19.664Z

here's a doc :
https://docs.google.com/document/d/1vJGbz5Ta8M6Ubsks6I_ikHG5BKjMr89FEwaJ3o43s3o/edit

  o    https://drive.google.com/open?id=1vJGbz5Ta8M6Ubsks6I_ikHG5BKjMr89FEwaJ3o43s3o

  o    https://docs.google.com/document/d/1vJGbz5Ta8M6Ubsks6I_ikHG5BKjMr89FEwaJ3o43s3o/edit

- **jarthurs@google.com** 2020-05-12T18:35:20.946Z

should be off by defalut

- **jarthurs@google.com** 2020-05-12T18:35:24.141Z

default

- **apappu@google.com** 2020-05-12T18:35:49.453Z

history on/off is my single biggest failing to conquer - i still can't figure out the UI

- **usriv@google.com** 2020-05-12T19:38:09.715Z

If there are more questions on rcs, please add then to the doc and we can take a pass at answering

- **usriv@google.com** 2020-05-12T19:40:00.448Z

Or generally any ecosystem questions

- **apappu@google.com** 2020-05-12T20:24:39.869Z

sorry caught up ihe g suite essentials sku stuff will add questions tomorrow

- **adriennem@google.com** 2020-05-12T20:26:37.105Z

unless this has already done elsewhere, maybe we can also link to "definitive" strategy & okr docs for gsuite & commsuite respectively for reference, folks to do homework

- **sanaz@google.com** 2020-05-12T20:27:05.348Z

here is the master doc with links.

- **sanaz@google.com** 2020-05-12T20:27:10.811Z

https://docs.google.com/document/d/1Txq8EbaDkieIyovYPurrNgbRsA9UEi2mtpAl1C0E93E/edit

  o    https://docs.google.com/document/d/1Txq8EbaDkieIyovYPurrNgbRsA9UEi2mtpAl1C0E93E/edit

  o    https://drive.google.com/open?id=1Txq8EbaDkieIyovYPurrNgbRsA9UEi2mtpAl1C0E93E

- **adriennem@google.com** 2020-05-12T20:29:42.023Z

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018279551

perfect, thanks.

- **adriennem@google.com** 2020-05-12T20:30:02.708Z

i'll add some other docs in

- **sanaz@google.com** 2020-05-12T20:30:12.480Z

thnx

- **jsoltero@google.com** 2020-05-12T21:24:15.041Z

@Dan Ardelean we cant turn history off on this thing, right? We'd need to recreate it?

- **dardelean@google.com** 2020-05-12T21:26:18.920Z

Correct

- **dardelean@google.com** 2020-05-12T21:26:25.215Z

let me recreate

- **dardelean@google.com** 2020-05-12T21:26:43.037Z

sorry - feature is 3 weeks away

- **dardelean@google.com** 2020-05-12T21:26:46.825Z

until then ...

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018279552