# Exhibit 44

Custodian: Aparna Pappu

Witness: Aparna Pappu

Message

| | |
|---|---|
| **From:** | apappu@google.com [apappu@google.com] |
| **Sent:** | 7/28/2020 8:44:15 PM |
| **To:** | apappu@google.com |
| **Subject:** | AAAAqcSX3lI-fL_U3aDkux4 |

- **apappu@google.com** 2020-07-28T20:44:15.915Z

Hmm I tried creating a room with no history but failed

- **apappu@google.com** 2020-07-28T20:44:36.018Z

need to ask dan if this is some secret hidden dynamite room feature

- **apappu@google.com** 2020-07-28T20:47:24.293Z

rats my bad i created a threaded room so cant have history off. i will rename this sucker to deprecated and try again

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018279553