# Exhibit 45

Custodians: Aparna Pappu; Sissie Hsiao
Witnesses: Aparna Pappu; Sissie Hsiao

Message

| | |
|---|---|
| From: | Sissie Hsiao [sissie@google.com] |
| Sent: | 3/18/2020 2:48:27 AM |
| To: | Aparna Pappu [apappu@google.com]; Chris Harris [ckharris@google.com] |
| Subject: | CAS Forever |

- **Sissie Hsiao**, 2020-03-17 19:48:27

Hey friends.

- **Sissie Hsiao**, 2020-03-17 19:48:49

Wwyd with the situation where demand might be way higher than supply for a while?

- **Sissie Hsiao**, 2020-03-17 19:49:06

You would shift demand to your highest and best pubs right?

- **Chris Harris**, 2020-03-17 19:57:14

Not sure I understand the q...

- **Chris Harris**, 2020-03-17 19:57:33

First, this seems unlikely given the situation, so maybe my intuition is off

- **Sissie Hsiao**, 2020-03-17 19:57:44

Sorry

- **Sissie Hsiao**, 2020-03-17 19:57:46

Flipped that

- **Sissie Hsiao**, 2020-03-17 19:57:52

Demand way lower than supply

- **Chris Harris**, 2020-03-17 19:57:58

Ok, whew

- **Sissie Hsiao**, 2020-03-17 19:58:02

Brain not working well

- **Sissie Hsiao**, 2020-03-17 19:58:10

Ambient anxiety

- **Chris Harris**, 2020-03-17 19:58:18

I'm like, "I have yourself lost touch..."

- **Chris Harris**, 2020-03-17 19:58:32

totally, not yourself

- **Chris Harris**, 2020-03-17 19:58:40

Ok... umm

- **Sissie Hsiao**, 2020-03-17 19:58:56

Demand suffering. But ppl watching stuff online

- **Chris Harris**, 2020-03-17 19:58:57

So now demand expected to be down, definitely

- **Sissie Hsiao**, 2020-03-17 19:59:01

Impr might be going up

- **Chris Harris**, 2020-03-17 19:59:04

Yep, makes sense

- **Chris Harris**, 2020-03-17 19:59:35

So I'll start by saying that, doing nothing would be the most likely to be revenue maximizing.

- **Chris Harris**, 2020-03-17 19:59:48

Do you believe that?

- **Chris Harris**, 2020-03-17 20:00:13

Now I think you're asking, should you do something besides that...

- **Sissie Hsiao**, 2020-03-17 20:00:47

Yah

- **Sissie Hsiao**, 2020-03-17 20:00:57

More on plat vs off

- **Sissie Hsiao**, 2020-03-17 20:01:00

Eg

- **Sissie Hsiao**, 2020-03-17 20:01:27

Or margin tunings Eg help out on plat pubs vs off plat pubs

- **Chris Harris**, 2020-03-17 20:01:34

So give me a sec... I may wander...

- **Chris Harris**, 2020-03-17 20:01:47

One thing to think about is pub viability

- **Chris Harris**, 2020-03-17 20:02:04

So if certain pubs have higher fixed costs (e.g. newspapers)

- **Chris Harris**, 2020-03-17 20:02:14

They need a certain amount of revenue to not die

- **Chris Harris**, 2020-03-17 20:02:34

Which would lead to unemployment and then them not coming back for a long time.

- **Aparna Pappu**, 2020-03-17 20:02:45

Perf clusterfuck from Eileen is going badly

- **Aparna Pappu**, 2020-03-17 20:02:48

As expected

- **Sissie Hsiao**, 2020-03-17 20:03:06

Re perf

- **Sissie Hsiao**, 2020-03-17 20:03:14

Ya think we should've just finished it?

- **Sissie Hsiao**, 2020-03-17 20:03:23

Yah re pubs

- **Sissie Hsiao,** `2020-03-17 20:03:39`

But hard to know exactly who to help. I guess we could start from the top...

- **Chris Harris,** `2020-03-17 20:03:51`

So if you're looking to preserve the pubs overall as much as possible for next year, etc... that's something to think about: their gross margin and fixed costs

- **Chris Harris,** `2020-03-17 20:04:17`

So, AFD prob doesn't need the money, for example...

- **Chris Harris,** `2020-03-17 20:04:28`

Those are pretty high margin nearly content farms

- **Sissie Hsiao,** `2020-03-17 20:04:56`

Right

- **Chris Harris,** `2020-03-17 20:05:06`

This all feels pretty... tough though.

- **Chris Harris,** `2020-03-17 20:05:36`

Like, I could see this being done in a way that leads to law suits

- **Chris Harris,** `2020-03-17 20:05:55`

Omfg

- **Chris Harris,** `2020-03-17 20:06:00`

History is on, jesus

- **Chris Harris,** `2020-03-17 20:06:49`

Sigh

HIGHLY CONFIDENTIAL