# Exhibit 46

Custodians: Aparna Pappu; Sissie Hsiao

Witnesses: Aparna Pappu; Sissie Hsiao

Message

**From:** Aparna Pappu [apappu@google.com]
**Sent:** 10/25/2019 5:58:10 PM
**To:** Sissie Hsiao [sissie@google.com]; Chris Harris [ckharris@google.com]
**Subject:** CAS Forever

- **Aparna Pappu,** 2019-10-25 10:58:10

so weird i realized this one random topic is history on!

HIGHLY CONFIDENTIAL                                                                                                          GOOG-AT-MDL-B-004498978