# Exhibit 47

Custodians: Chris LaSala; Duke Dukellis

Witnesses: Chris LaSala; Duke Dukellis

Message

| | |
|---|---|
| **From:** | chrisl@google.com [chrisl@google.com] |
| **Sent:** | 12/2/2020 4:31:26 PM |
| **To:** | chrisl@google.com; jefflau@google.com; dukellis@google.com |
| **Subject:** | AAAAWDTbLKY-MBI-FLAT:2020-12-01T21:32:31.224319 |

**chrisl@google.com** December 2, 2020 at 4:31:26 PM UTC
Updated room membership.

**Deleted on** May 26, 2022 at 4:31:26 PM UTC
Updated room membership.

**chrisl@google.com** December 2, 2020 at 4:32:31 PM UTC
Jeff turned history on!

**Deleted on** May 26, 2022 at 4:32:31 PM UTC
Jeff turned history on!

**jefflau@google.com** December 2, 2020 at 4:32:35 PM UTC
Agree with that

**Deleted on** May 26, 2022 at 4:32:35 PM UTC
Agree with that

**chrisl@google.com** December 2, 2020 at 4:32:38 PM UTC
i should be careful now

**Deleted on** May 26, 2022 at 4:32:38 PM UTC
i should be careful now

**jefflau@google.com** December 2, 2020 at 4:32:43 PM UTC
(sorry - it's a chrome extension!)

**Deleted on** May 26, 2022 at 4:32:43 PM UTC
(sorry - it's a chrome extension!)

**jefflau@google.com** December 2, 2020 at 4:32:56 PM UTC
(automatically does it)

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-B-003913618

**Deleted on** May 26, 2022 at 4:32:56 PM UTC
(automatically does it)

**chrisl@google.com** December 2, 2020 at 4:33:03 PM UTC
lol

**Deleted on** May 26, 2022 at 4:33:03 PM UTC
lol

**jefflau@google.com** December 2, 2020 at 4:33:21 PM UTC
Chris - so Sissie next week (if can) and then Sellside leads the following week

**Deleted on** May 26, 2022 at 4:33:21 PM UTC
Chris - so Sissie next week (if can) and then Sellside leads the following week

**chrisl@google.com** December 2, 2020 at 4:34:22 PM UTC
correct

**Deleted on** May 26, 2022 at 4:34:22 PM UTC
correct

**chrisl@google.com** December 2, 2020 at 4:34:30 PM UTC
Duke - does that address your question?

**Deleted on** May 26, 2022 at 4:34:30 PM UTC
Duke - does that address your question?

**dukellis@google.com** December 2, 2020 at 4:35:13 PM UTC
If people still in office. I can do that following Monday or you guys can go without me. Sam is also taking pat leave soon

**Deleted on** May 26, 2022 at 4:35:13 PM UTC
If people still in office. I can do that following Monday or you guys can go without me. Sam is also taking pat leave soon

**chrisl@google.com** December 2, 2020 at 4:37:18 PM UTC
ok - and does that plan address your GBO concerns?

**Deleted on** May 26, 2022 at 4:37:18 PM UTC
ok - and does that plan address your GBO concerns?

**dukellis@google.com** December 2, 2020 at 8:08:59 PM UTC
Y

**Deleted on** May 26, 2022 at 8:08:59 PM UTC
Y

**chrisl@google.com** December 2, 2020 at 8:09:36 PM UTC
grt

**Deleted on** May 26, 2022 at 8:09:36 PM UTC
grt

**jefflau@google.com** December 3, 2020 at 3:52:15 PM UTC
Good morning Duke - wanted to confirm you were working to get time on Sissie's calendar late next week?

**Deleted on** May 27, 2022 at 3:52:15 PM UTC
Good morning Duke - wanted to confirm you were working to get time on Sissie's calendar late next week?

**dukellis@google.com** December 3, 2020 at 4:52:00 PM UTC
Let's add Shannon to thread. She is trying but it may be impossible.

**Deleted on** May 27, 2022 at 4:52:00 PM UTC
Let's add Shannon to thread. She is trying but it may be impossible.

**dukellis@google.com** December 3, 2020 at 4:52:15 PM UTC
Updated room membership.

**Deleted on** May 27, 2022 at 4:52:15 PM UTC
Updated room membership.

**dukellis@google.com** December 3, 2020 at 4:52:44 PM UTC
Shannon please keep this group updated on whether sissie meeting late next week is possible.

**Deleted on** May 27, 2022 at 4:52:44 PM UTC

HIGHLY CONFIDENTIAL

Shannon please keep this group updated on whether sissie meeting late next week is possible.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003913621