# Exhibit 48

Custodian: Marshall Vale

| | |
|---|---|
| **From:** | devinj@google.com |
| **Sent:** | Wed 12/19/2018 6:46:15 PM (UTC) |
| **To:** | devinj@google.com, nielm@google.com, simeonv@google.com, lasnik@google.com, vimproponent@google.com, dgoyette@google.com, aaronlane@google.com, kanepyork@google.com, jernej@google.com, jagonzal@google.com, oars@google.com |
| **Subject:** | AAAAP1I8UmQ-MBI-THREADED:xH4ivaKkBGU%%%2018-12-18T23:46:14.572687 |

**devinj@google.com** December 19, 2018 at 6:46:14 PM UTC
1) is there a way to disable the assistant button? 2) is there a bug filed for it being impossible to exit the assistant popover using escape / alt tab? 3) if not, where do I file such a bug?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
1) is there a way to disable the assistant button? 2) is there a bug filed for it being impossible to exit the assistant popover using escape / alt tab? 3) if not, where do I file such a bug?
**devinj@google.com** December 19, 2018 at 6:46:29 PM UTC
so frustrating. I hate this laptop so much 😫
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
so frustrating. I hate this laptop so much 😫
**nielm@google.com** December 19, 2018 at 6:47:52 PM UTC
Yes: you set up the assistant first, then disable it. go/pixelbook-tips for more like this
http://goto.google.com/pixelbook-tips
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Yes: you set up the assistant first, then disable it. go/pixelbook-tips for more like this
http://goto.google.com/pixelbook-tips
**simeonv@google.com** December 19, 2018 at 6:47:54 PM UTC
My assistant button stopped working correctly after one day. You can go into settings and disable Google Assistant. Easiest way to do it is to just search for Assistant in settings
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
My assistant button stopped working correctly after one day. You can go into settings and disable Google Assistant. Easiest way to do it is to just search for Assistant in settings
**devinj@google.com** December 19, 2018 at 6:49:26 PM UTC
wait, I have to enable assistant in order to disable it?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
wait, I have to enable assistant in order to disable it?
**devinj@google.com** December 19, 2018 at 6:49:26 PM UTC
can I file a bug about that too?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
can I file a bug about that too?
**devinj@google.com** December 19, 2018 at 6:50:09 PM UTC
@Simeon Vincent it's already disabled in settings
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
@Simeon Vincent it's already disabled in settings
**simeonv@google.com** December 19, 2018 at 6:50:24 PM UTC
O. Maybe it's just my broken state that then.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
O. Maybe it's just my broken state that then.
**devinj@google.com** December 19, 2018 at 6:50:42 PM UTC
enabling it and disabling it worked
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
enabling it and disabling it worked
**devinj@google.com** December 19, 2018 at 6:50:45 PM UTC

CONFIDENTIAL                                                                                                                                  GOOG-AT-MDL-B-004633186

but omg that privacy alert
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
but omg that privacy alert
**devinj@google.com** December 19, 2018 at 6:50:54 PM UTC
turns out my laptop also wants to aggressively spy on me
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
turns out my laptop also wants to aggressively spy on me
**devinj@google.com** December 19, 2018 at 6:51:12 PM UTC
(and give everything on my screen to third parties. how did that pass security review...?)
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
(and give everything on my screen to third parties. how did that pass security review...?)
**devinj@google.com** December 19, 2018 at 6:51:23 PM UTC
aaaaaaaaaaaa
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
aaaaaaaaaaaa
**devinj@google.com** December 19, 2018 at 6:51:27 PM UTC
well hopefully it's over now frodo
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
well hopefully it's over now frodo
**devinj@google.com** December 19, 2018 at 6:51:36 PM UTC
thanks for the tips, will read through the rest of that page
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
thanks for the tips, will read through the rest of that page
**lasnik@google.com** December 19, 2018 at 8:03:02 PM UTC
Sorry (not sorry) to be That Guy, but re "spy on me" and such... please communicate with care.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Sorry (not sorry) to be That Guy, but re "spy on me" and such... please communicate with care.
**vimproponent@google.com** December 19, 2018 at 8:03:07 PM UTC
Haha Devin you've never liked your Chromebook 😄
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Haha Devin you've never liked your Chromebook 😄
**lasnik@google.com** December 19, 2018 at 8:03:55 PM UTC
<--- someone who is on 3 litholds and has had to give a deposition and has a law degree so knows firsthand how unfun Legal -- especially unexpected Legal -- stuff can be ☹
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
<--- someone who is on 3 litholds and has had to give a deposition and has a law degree so knows firsthand how unfun Legal -- especially unexpected Legal -- stuff can be ☹
**dgoyette@google.com** December 19, 2018 at 9:02:54 PM UTC
At some local Linux User Group, one guy was wanting to install a full regular Linux on his Chromebook, because of some sort of dislike about Google. My question to him was: if you don't like Google, why buy a chromebook? It seemed silly to me.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
At some local Linux User Group, one guy was wanting to install a full regular Linux on his Chromebook, because of some sort of dislike about Google. My question to him was: if you don't like Google, why buy a chromebook? It seemed silly to me.
**simeonv@google.com** December 19, 2018 at 9:03:28 PM UTC
cheap hardware
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
cheap hardware

**devinj@google.com** December 19, 2018 at 9:59:35 PM UTC
I'm never sure what's colloquialism and what's legalese
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I'm never sure what's colloquialism and what's legalese
**devinj@google.com** December 19, 2018 at 10:00:06 PM UTC
I mean that it simultaneously asked for permission to read everything on my screen and to share info with third parties
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I mean that it simultaneously asked for permission to read everything on my screen and to share info with third parties
**devinj@google.com** December 19, 2018 at 10:00:36 PM UTC
For good reason, presumably, but there's a reason I never turned this on... creepy af
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
For good reason, presumably, but there's a reason I never turned this on... creepy af
**aaronlane@google.com** December 19, 2018 at 10:04:06 PM UTC
Does it specify which third parties are receiving data? I don't recall seeing that warning
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Does it specify which third parties are receiving data? I don't recall seeing that warning
**devinj@google.com** December 19, 2018 at 10:04:32 PM UTC
I closed it in a panic and forgot my laptop at home, but I didn't see that
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I closed it in a panic and forgot my laptop at home, but I didn't see that
**devinj@google.com** December 19, 2018 at 10:05:13 PM UTC
I am inferring that it's some kind of plugin system like Alexa maybe? That's not so bad, if you're into it
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I am inferring that it's some kind of plugin system like Alexa maybe? That's not so bad, if you're into it
**devinj@google.com** December 19, 2018 at 10:06:59 PM UTC
The older I get the more I sympathize with RMS's airgapped computer
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
The older I get the more I sympathize with RMS's airgapped computer
**vimproponent@google.com** December 19, 2018 at 10:14:26 PM UTC
i wonder if he has ever (or even would ever) give a talk at Google
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
i wonder if he has ever (or even would ever) give a talk at Google
**lasnik@google.com** December 19, 2018 at 10:14:57 PM UTC
Devin, yeah, it can be confusing. **Basically, I try to imagine what it'd be like sitting in court with an opposing-team lawyer taking my words out of context, and then I try not to write those words down in a discoverable medium.** Especially sensitive: privacy, security, finance, competitive landscape (monopoly, crushing competition, etc.). e.g., ixnay to "our app practically leaks our users' data like a sieve! Good thing we basically crushed our competitors earlier!" So yeah, erroring on the side of caution makes for less interesting, sometimes even less useful written communication. But that's why we have off-the-record chats, VCs, in-person meetings, phone calls, etc. (for when we really *are* worried about something specifically ending up in court or resulting in Bad Stuff(tm).
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Devin, yeah, it can be confusing. **Basically, I try to imagine what it'd be like sitting in court with an opposing-team lawyer taking my words out of context, and then I try not to write those words down in a discoverable medium.** Especially sensitive: privacy, security, finance, competitive landscape (monopoly, crushing competition, etc.). e.g., ixnay to "our app practically leaks our users' data like a sieve! Good thing we basically crushed our competitors earlier!" So yeah, erroring on the side of caution makes for less interesting,

CONFIDENTIAL
GOOG-AT-MDL-B-004633188

sometimes even less useful written communication. But that's why we have off-the-record chats, VCs, in-person meetings, phone calls, etc. (for when we really *are* worried about something specifically ending up in court or resulting in Bad Stuff(tm).

**kanepyork@google.com** December 19, 2018 at 10:40:20 PM UTC

For Googlers using a corporate device, I'm going to assume that language for Assistant is bordering on incorrect, especially with the "full screen capture" thing - Google is not a third party, it's your employer. Google knows about and can verify the data security and audit trail.

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

For Googlers using a corporate device, I'm going to assume that language for Assistant is bordering on incorrect, especially with the "full screen capture" thing - Google is not a third party, it's your employer. Google knows about and can verify the data security and audit trail.

**kanepyork@google.com** December 19, 2018 at 10:41:06 PM UTC

[THIS IS SPECULATION]

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

[THIS IS SPECULATION]

**kanepyork@google.com** December 19, 2018 at 10:43:41 PM UTC

[Personal opinion] I do think that Google can and should do a better job at explaining what we do with your data so that people (and customer companies!) can make correct risk assessments regarding data privacy. I seem to remember something from tgif about that.

**Updated on** December 19, 2018 at 10:44:10 PM UTC

[Personal opinion] I do think that Google can and should do a better job at explaining what we do with your data so that people (and customer companies!) can make correct risk assessments regarding data privacy instead of always assuming the worst. I seem to remember something from tgif about that.

**Updated on** December 19, 2018 at 10:44:35 PM UTC

[Personal opinion] I do think that Google can and should do a better job at explaining what we do with your data so that people (and customer companies!) can make correct risk assessments regarding data privacy instead of always assuming the worst. I seem to remember something from tgif about that for 2019.

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

[Personal opinion] I do think that Google can and should do a better job at explaining what we do with your data so that people (and customer companies!) can make correct risk assessments regarding data privacy instead of always assuming the worst. I seem to remember something from tgif about that for 2019.

**devinj@google.com** December 20, 2018 at 3:32:54 AM UTC

@Adam Lasnik the difference is that colloquialisms are pretty easy to explain in front of everyone

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

@Adam Lasnik the difference is that colloquialisms are pretty easy to explain in front of everyone

**kanepyork@google.com** December 20, 2018 at 3:33:50 AM UTC

'everyone' is not 'opposing counsel'

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

'everyone' is not 'opposing counsel'

**devinj@google.com** December 20, 2018 at 3:34:11 AM UTC

you aren't given the chance to explain legalisms AFAIK, because they have a real meaning

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

you aren't given the chance to explain legalisms AFAIK, because they have a real meaning

**devinj@google.com** December 20, 2018 at 3:34:15 AM UTC

a colloquialism is just words

**Deleted on** November 20, 2020 at 1:03:12 PM UTC

a colloquialism is just words

**devinj@google.com** December 20, 2018 at 3:34:25 AM UTC

if google lawyers had their way I wouldn't even be allowed to say "the build is broken"

CONFIDENTIAL

GOOG-AT-MDL-B-004633189

**Deleted on** November 20, 2020 at 1:03:12 PM UTC
if google lawyers had their way I wouldn't even be allowed to say "the build is broken"
**devinj@google.com** December 20, 2018 at 3:34:40 AM UTC
"what did you mean when you said "broken", Mr Jeanpierre?"
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
"what did you mean when you said "broken", Mr Jeanpierre?"
**devinj@google.com** December 20, 2018 at 3:35:09 AM UTC
the issue here isn't AFAIK the use of bad words, but the use of exaggeration
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
the issue here isn't AFAIK the use of bad words, but the use of exaggeration
**devinj@google.com** December 20, 2018 at 3:35:27 AM UTC
e.g. "spy" != "collect data"
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
e.g. "spy" != "collect data"
**devinj@google.com** December 20, 2018 at 3:35:42 AM UTC
it has other connotations that you'd have to explain, or not, idk
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
it has other connotations that you'd have to explain, or not, idk
**kanepyork@google.com** December 20, 2018 at 3:36:04 AM UTC
i'd rather not, thanks
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
i'd rather not, thanks
**devinj@google.com** December 20, 2018 at 3:36:43 AM UTC
sure
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
sure
**devinj@google.com** December 20, 2018 at 3:37:35 AM UTC
I am fortunate to never have been called on anything. I don't know what going to court would be like. I'd probably need to buy a suit, huh?
**Updated on** December 20, 2018 at 3:42:18 AM UTC
I just want a better laptop, man
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I just want a better laptop, man
**jernej@google.com** December 20, 2018 at 9:54:03 AM UTC
Um, what's stopping you from ordering it on stuff?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Um, what's stopping you from ordering it on stuff?
**jernej@google.com** December 20, 2018 at 9:54:39 AM UTC
IIRC it requires manager approval if you swap platforms and that's it?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
IIRC it requires manager approval if you swap platforms and that's it?
**devinj@google.com** December 20, 2018 at 4:46:29 PM UTC
real talk I'm waiting for https://mystuff.corp.google.com/stuff/items/1933
https://mystuff.corp.google.com/stuff/items/1933
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
real talk I'm waiting for https://mystuff.corp.google.com/stuff/items/1933
https://mystuff.corp.google.com/stuff/items/1933
**devinj@google.com** December 20, 2018 at 4:46:46 PM UTC
if I'm going to put my manager through that, might as well get a really nice laptop out of it
**Deleted on** November 20, 2020 at 1:03:12 PM UTC

CONFIDENTIAL

if I'm going to put my manager through that, might as well get a really nice laptop out of it
**devinj@google.com** December 20, 2018 at 4:47:04 PM UTC
I'm even willing to pay the difference for refreshing early
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I'm even willing to pay the difference for refreshing early
**vimproponent@google.com** December 20, 2018 at 4:47:28 PM UTC
It has one fewer USB-C port..
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
It has one fewer USB-C port..
**dgoyette@google.com** December 20, 2018 at 4:48:07 PM UTC
What item is that? Can't check it on my phone. Mystuff seems to demand highly trusted access, for some reason.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
What item is that? Can't check it on my phone. Mystuff seems to demand highly trusted access, for some reason.
**devinj@google.com** December 20, 2018 at 4:48:13 PM UTC
Surface Book 2
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Surface Book 2
**devinj@google.com** December 20, 2018 at 4:48:38 PM UTC
it has 1 USB C port, a separate mac-like charging port, and 2 USB-A ports. So I think it's a port win overall, ;robably
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
it has 1 USB C port, a separate mac-like charging port, and 2 USB-A ports. So I think it's a port win overall, ;robably
**vimproponent@google.com** December 20, 2018 at 4:49:47 PM UTC
I think USB-A will be less useful over time, as we move to USB-C. It's also inconvenient that you can't use the same charger to charge both this laptop and your phone through the same USB-C port.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I think USB-A will be less useful over time, as we move to USB-C. It's also inconvenient that you can't use the same charger to charge both this laptop and your phone through the same USB-C port.
**vimproponent@google.com** December 20, 2018 at 4:50:24 PM UTC
well, I should say, USB-C plug
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
well, I should say, USB-C plug
**devinj@google.com** December 20, 2018 at 4:50:24 PM UTC
aha, that's where you're wrong 😎
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
aha, that's where you're wrong 😎
**devinj@google.com** December 20, 2018 at 4:50:30 PM UTC
it *also* charges through the USB-C port
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
it *also* charges through the USB-C port
**vimproponent@google.com** December 20, 2018 at 4:50:35 PM UTC
whaat
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
whaat
**vimproponent@google.com** December 20, 2018 at 4:51:16 PM UTC
i wish they'd just put another USB-C port instead of a proprietary charging port
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
i wish they'd just put another USB-C port instead of a proprietary charging port
**devinj@google.com** December 20, 2018 at 4:51:49 PM UTC

their proprietary charging port is more like thunderbolt actually
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
their proprietary charging port is more like thunderbolt actually
**devinj@google.com** December 20, 2018 at 4:51:55 PM UTC
except with a higher data capacity
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
except with a higher data capacity
**devinj@google.com** December 20, 2018 at 4:52:04 PM UTC
honestly I'm sure eventually we'll have no use for USB-A, but that's at least another laptop refresh cycle away so it's fine
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
honestly I'm sure eventually we'll have no use for USB-A, but that's at least another laptop refresh cycle away so it's fine
**vimproponent@google.com** December 20, 2018 at 4:52:21 PM UTC
that's probably true unfortunately
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
that's probably true unfortunately
**devinj@google.com** December 20, 2018 at 4:52:41 PM UTC
I only use my laptop ports for charging and for my security key, so the surface book is going to be fine (can use a nano in one of the USB A ports finally, and can charge with either USB-C or my surface charger, whatever I have on hand)
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I only use my laptop ports for charging and for my security key, so the surface book is going to be fine (can use a nano in one of the USB A ports finally, and can charge with either USB-C or my surface charger, whatever I have on hand)
**devinj@google.com** December 20, 2018 at 4:52:59 PM UTC
can dock with my desktop stuff also via the surface connect port
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
can dock with my desktop stuff also via the surface connect port
**vimproponent@google.com** December 20, 2018 at 4:53:40 PM UTC
I wonder when they'll come out with titan USB-C security keys?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I wonder when they'll come out with titan USB-C security keys?
**devinj@google.com** December 20, 2018 at 4:54:07 PM UTC
they have a USB-C nano but it broke on me in the first month or two
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
they have a USB-C nano but it broke on me in the first month or two
**devinj@google.com** December 20, 2018 at 4:54:10 PM UTC
they are very fragile
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
they are very fragile
**devinj@google.com** December 20, 2018 at 4:54:50 PM UTC
(I had a working USB-A nano for many years before that. My portable USB A key bricked itself after a couple of years though, no idea why)
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
(I had a working USB-A nano for many years before that. My portable USB A key bricked itself after a couple of years though, no idea why)
**vimproponent@google.com** December 20, 2018 at 4:55:16 PM UTC
I'm quite jealous of the macbook people being able to use their touchbar

CONFIDENTIAL
GOOG-AT-MDL-B-004633192

**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I'm quite jealous of the macbook people being able to use their touchbar
**devinj@google.com** December 20, 2018 at 4:55:41 PM UTC
doesn't it have a worse keyboard than the pixelbook though?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
doesn't it have a worse keyboard than the pixelbook though?
**vimproponent@google.com** December 20, 2018 at 4:55:56 PM UTC
yep
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
yep
**vimproponent@google.com** December 20, 2018 at 4:56:13 PM UTC
precisely because of the touchbar
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
precisely because of the touchbar
**devinj@google.com** December 20, 2018 at 4:57:05 PM UTC
in theory you should just be able to add a touchbar UI to the bottom of the screen on a pixel book
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
in theory you should just be able to add a touchbar UI to the bottom of the screen on a pixel book
**devinj@google.com** December 20, 2018 at 4:57:09 PM UTC
maybe less convenient to reach though
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
maybe less convenient to reach though
**devinj@google.com** December 20, 2018 at 4:58:04 PM UTC
(but can you draw smiley faces and landscape doodles on your Microsoft™ Word™ documents via the Surface Pen™?)
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
(but can you draw smiley faces and landscape doodles on your Microsoft™ Word™ documents via the Surface Pen™?)
**dgoyette@google.com** December 20, 2018 at 5:00:42 PM UTC
I consider those no-travel Apple keyboards completely unusable.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I consider those no-travel Apple keyboards completely unusable.
**devinj@google.com** December 20, 2018 at 5:04:58 PM UTC
wait do they actually have zero or near-zero travel? like a laser keyboard?
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
wait do they actually have zero or near-zero travel? like a laser keyboard?
**dgoyette@google.com** December 20, 2018 at 5:05:41 PM UTC
It's nearly zero, so I was only slightly exaggerating.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
It's nearly zero, so I was only slightly exaggerating.
**dgoyette@google.com** December 20, 2018 at 5:05:53 PM UTC
It's like 0.5 millimeters or something like that.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
It's like 0.5 millimeters or something like that.
**devinj@google.com** December 20, 2018 at 5:06:32 PM UTC
ThInK dIfFeReNt
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
ThInK dIfFeReNt
**simeonv@google.com** December 20, 2018 at 5:29:28 PM UTC

"i wish they'd just put another USB-C port instead of a proprietary charging port" As a longtime MacBook user & current SurfaceBook 2 owner I'd say that the Surface charger is an even better version of a MagSafe. I lived the new MacBook design life and not having magsafe is quite painful
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
"i wish they'd just put another USB-C port instead of a proprietary charging port" As a longtime MacBook user & current SurfaceBook 2 owner I'd say that the Surface charger is an even better version of a MagSafe. I lived the new MacBook design life and not having magsafe is quite painful
**simeonv@google.com** December 20, 2018 at 5:30:17 PM UTC
@Jimmy Cao "I'm quite jealous of the macbook people being able to use their touchbar" I found the touchbar a pain to use. I'm a touch typist and not being able to feel what the buttons are before I press them is a huge drawback
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
@Jimmy Cao "I'm quite jealous of the macbook people being able to use their touchbar" I found the touchbar a pain to use. I'm a touch typist and not being able to feel what the buttons are before I press them is a huge drawback
**vimproponent@google.com** December 20, 2018 at 5:30:46 PM UTC
Oh same! I meant being able to use TouchID as their security key and it being titan compliant
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
Oh same! I meant being able to use TouchID as their security key and it being titan compliant
**simeonv@google.com** December 20, 2018 at 5:30:59 PM UTC
OH, then I'm 100% with you.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
OH, then I'm 100% with you.
**simeonv@google.com** December 20, 2018 at 5:31:48 PM UTC
@Devin Jeanpierre the travel on the new keyboard is low enough that I've accidentally triggered keypresses when trying to lightly touch the keyboard to find the home row. It's kinda infuriating
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
@Devin Jeanpierre the travel on the new keyboard is low enough that I've accidentally triggered keypresses when trying to lightly touch the keyboard to find the home row. It's kinda infuriating
**devinj@google.com** December 20, 2018 at 5:32:01 PM UTC
@Simeon Vincent that is legitimately amazing
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
@Simeon Vincent that is legitimately amazing
**devinj@google.com** December 20, 2018 at 5:32:29 PM UTC
fortunately for me, I can't touch type 😅
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
fortunately for me, I can't touch type 😅
**simeonv@google.com** December 20, 2018 at 5:32:41 PM UTC
I genuinely don't understand why they thought this was a good mass market, pro keyboard
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I genuinely don't understand why they thought this was a good mass market, pro keyboard
**devinj@google.com** December 20, 2018 at 5:33:04 PM UTC
me neither. from my echo chamber it sounds like they really, really screwed this one up and alienated a lot of people
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
me neither. from my echo chamber it sounds like they really, really screwed this one up and alienated a lot of people
**simeonv@google.com** December 20, 2018 at 5:33:15 PM UTC
I could see it in the base MacBook line which is oddly boutique

CONFIDENTIAL
GOOG-AT-MDL-B-004633194

**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I could see it in the base MacBook line which is oddly boutique
**devinj@google.com** December 20, 2018 at 5:33:25 PM UTC
the hardware was like the #1 reason people cited liking the laptops to begin with
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
the hardware was like the #1 reason people cited liking the laptops to begin with
**jagonzal@google.com** December 20, 2018 at 7:43:20 PM UTC
I went to the ergo center in B46 to try out all the laptops when I was up for refresh from my macbook pro 15" - the new macbook keyboard had such a short travel that I did my usual typing test (https://www.typingtest.com/) it actually made my fingers/joints hurt, in 60 seconds!
https://www.typingtest.com/
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I went to the ergo center in B46 to try out all the laptops when I was up for refresh from my macbook pro 15" - the new macbook keyboard had such a short travel that I did my usual typing test (https://www.typingtest.com/) it actually made my fingers/joints hurt, in 60 seconds!
https://www.typingtest.com/
**jagonzal@google.com** December 20, 2018 at 7:43:50 PM UTC
I went with the pixelbook because I was already using the 15" macbook as a chromebook, so I figure why not, and the keyboard on the pixelbook is really sweet
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I went with the pixelbook because I was already using the 15" macbook as a chromebook, so I figure why not, and the keyboard on the pixelbook is really sweet
**jagonzal@google.com** December 20, 2018 at 7:44:43 PM UTC
I wish there was a 15" or even 14" chromebook - I don't want itsy bitsy teeny text! But i also want to be able to fit a critique window without scrolling to the side
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I wish there was a 15" or even 14" chromebook - I don't want itsy bitsy teeny text! But i also want to be able to fit a critique window without scrolling to the side
**oars@google.com** December 20, 2018 at 7:46:56 PM UTC
yes, a larger screen (or smaller bezel) for the pixelbook is all I want.
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
yes, a larger screen (or smaller bezel) for the pixelbook is all I want.
**jagonzal@google.com** December 20, 2018 at 7:51:42 PM UTC
also real resolution of 1920x1080 or something like that, the pixelbook does 2400x1600, but for me it's unusable at anything higher than 1500x1000
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
also real resolution of 1920x1080 or something like that, the pixelbook does 2400x1600, but for me it's unusable at anything higher than 1500x1000
**jagonzal@google.com** December 20, 2018 at 7:52:11 PM UTC
and it's preferred is 1200x800, which is ridiculously low
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
and it's preferred is 1200x800, which is ridiculously low
**oars@google.com** December 20, 2018 at 8:01:37 PM UTC
I actually find myself switching the resolution fairly often on the pixelbook depending on what I'm doing, it's super quick and easy through keyboard shortcuts
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
I actually find myself switching the resolution fairly often on the pixelbook depending on what I'm doing, it's super quick and easy through keyboard shortcuts
**oars@google.com** December 20, 2018 at 8:01:48 PM UTC

never had an issue once I got used to switch based on need
**Deleted on** November 20, 2020 at 1:03:12 PM UTC
never had an issue once I got used to switch based on need

CONFIDENTIAL

GOOG-AT-MDL-B-004633196