# Exhibit 49

Custodians: Robert Kyncl; Susan Wojcicki

Message

| | |
|---|---|
| **From:** | Robert Kyncl [rkyncl@google.com] |
| **Sent:** | 8/19/2017 6:26:52 PM |
| **To:** | Susan Wojcicki [susan@google.com] |

- **Robert Kyncl**, 2017-08-19 11:26:52

Susan - do you have fax machine at home?

- **Susan Wojcicki**, 2017-08-19 14:10:26

hi

- **Susan Wojcicki**, 2017-08-19 14:10:32

no I don&#39;t why?

- **Susan Wojcicki**, 2017-08-19 14:10:37

you can fax to email address

- **Robert Kyncl**, 2017-08-19 14:10:37

Hi

- **Susan Wojcicki**, 2017-08-19 14:10:46

but I haven&#39;t used it for 10+ years

- **Robert Kyncl**, 2017-08-19 14:11:06

:)

- **Robert Kyncl**, 2017-08-19 14:12:22

Or, I can just create a privileged doc and link to it from, say last LW slide, in the also privileged deck. Just didn&#39;t want to send email

- **Robert Kyncl**, 2017-08-19 14:15:20

I&#39;ll do it later when at home and ping you

- **Susan Wojcicki**, 2017-08-19 14:17:24

you can send via Hangouts

- **Susan Wojcicki**, 2017-08-19 14:17:26

IM

- **Susan Wojcicki**, 2017-08-19 14:17:28

w/pic

- **Susan Wojcicki**, 2017-08-19 14:17:37

this is all off the record

- **Susan Wojcicki**, 2017-08-19 14:18:04

or mine says history is on

- **Susan Wojcicki**, 2017-08-19 14:18:08

i can change to off the record

CONFIDENTIAL