# Exhibit 50

Custodian: Nitish Korula
Witness: Nitish Korula

**Message**

| | |
|---|---|
| From: | Nitish Korula [nitish@google.com] |
| Sent: | 12/18/2019 2:35:09 AM |
| To: | Deepak Ravichandran [deepakr@google.com] |

- **Nitish Korula**, 2019-12-17 18:35:09

Did you hear the CMA interim report is coming out tomorrow?

- **Deepak Ravichandran**, 2019-12-17 18:35:16

nope

- **Deepak Ravichandran**, 2019-12-17 18:35:25

how did you find this out

- **Nitish Korula**, 2019-12-17 18:35:27

5 a.m. Eastern press release, 6 a.m. report

- **Nitish Korula**, 2019-12-17 18:35:35

Legal team told me

- **Nitish Korula**, 2019-12-17 18:35:42

I'm cc-ing you on an email to Sissie and her directs now

- **Nitish Korula**, 2019-12-17 18:35:46

(Most of them are OOO anyway)

- **Deepak Ravichandran**, 2019-12-17 18:35:50

ok

- **Deepak Ravichandran**, 2019-12-17 18:35:58

great wondering what will come out of it

- **Nitish Korula**, 2019-12-17 18:36:03

We'll find out

- **Nitish Korula**, 2019-12-17 18:36:19

There are some fairly explosive things they might release, based on document dumps

- **Deepak Ravichandran**, 2019-12-17 18:37:09

i gave them experiment data dump

- **Deepak Ravichandran**, 2019-12-17 18:37:15

from our 52% paper

- **Deepak Ravichandran**, 2019-12-17 18:37:29

it is pretty remarkable we were able to ship the data

- **Deepak Ravichandran**, 2019-12-17 18:37:46

and the external vendor we hired was able to conclude everything we prepared

- **Deepak Ravichandran**, 2019-12-17 18:38:00

also the questions that came back from CMA were sopt on.

- **Nitish Korula**, 2019-12-17 18:38:06

conclude everything we prepared, meaning?

- **Nitish Korula**, 2019-12-17 18:38:14

(Also, what were the questions that came back?)

- **Deepak Ravichandran**, 2019-12-17 18:38:26

as in the data dump matched our paper numbers

- **Nitish Korula**, 2019-12-17 18:38:50

Well, that's good

- **Nitish Korula**, 2019-12-17 18:38:54

If not, we'd have issues ☺

- **Deepak Ravichandran**, 2019-12-17 18:38:55

(Sometimes things get tricky when we ship, some joins in rasta happen on the fly etc.)

- **Nitish Korula**, 2019-12-17 18:39:07

But I had that much faith in Wei and our buyside-sellside team

- **Nitish Korula**, 2019-12-17 18:39:16

Seriously, though, that is good news

- **Deepak Ravichandran**, 2019-12-17 18:39:29

yes

- **Deepak Ravichandran**, 2019-12-17 18:39:37

ok

- **Deepak Ravichandran**, 2019-12-17 18:39:43

i am worried about ad manager

- **Deepak Ravichandran**, 2019-12-17 18:39:46

in general

- **Deepak Ravichandran**, 2019-12-17 18:40:17

looking at some fb rumor recently (e.g. no sharing data between Whatsapp, IG and others)

- **Nitish Korula**, 2019-12-17 18:41:06

I am worried about Ad Manager as well ☺

- **Deepak Ravichandran**, 2019-12-17 18:41:23

dbm to a lesser extent

- **Deepak Ravichandran**, 2019-12-17 18:41:31

if some ruling comes

- **Nitish Korula**, 2019-12-17 18:41:41

DBM is shutting down anyway, post Cramalgam ☺

- **Nitish Korula**, 2019-12-17 18:41:45

That's the point of Cramalgam

- **Deepak Ravichandran**, 2019-12-17 18:41:56

we have to seperate mdbs etc etc and make public apis

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-B-004482112

- **Deepak Ravichandran**, 2019-12-17 18:42:13

and rest of google maybe able to use only public apis

- **Nitish Korula**, 2019-12-17 18:42:50

That&#39;s _possible_, but I think we could live with that world (though it would be a huge pain, and a massive infra project)

- **Nitish Korula**, 2019-12-17 18:43:08

The big question for me at that point would be whether we want to continue to invest in the product

- **Nitish Korula**, 2019-12-17 18:43:19

One thing you could imagine is some Cloud-based version

- **Deepak Ravichandran**, 2019-12-17 18:43:31

business model for ad manager is essentially give away stuff gor free in the hopes that they choose adx backfill

- **Deepak Ravichandran**, 2019-12-17 18:43:46

so we may have to charge for ad manager reservations more

- **Nitish Korula**, 2019-12-17 18:44:26

I&#39;ll note that I&#39;m on lit hold, so will refrain from commenting on these sensitive issues about what our business model may or may not be, and any inaccuracies therein ☺

- **Nitish Korula**, 2019-12-17 18:45:09

Unfortunately, I can&#39;t turn history off ☺

- **Deepak Ravichandran**, 2019-12-17 18:45:14

ok

- **Deepak Ravichandran**, 2019-12-17 18:45:51

allright - looking forward to the email

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004482113