IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF FILING

Pursuant to the Court's Orders of August 20, 2024 (Dkt. No. 1186) and August 21, 2024 (Dkt. No. 1189) regarding Plaintiffs' Motion for Adverse Inference (Dkt. No. 1115) and the associated Motion to Seal (Dkt. No. 1121), Plaintiffs file the following:

- appendices A-D; and
- exhibits 3-11, 16, 18-37, to Plaintiffs' Motion for Adverse Inference.[1]

Pursuant to Dkt. No. 1190, Plaintiffs have conferred with Google, and Google confirmed its position that exhibits 27 and 29 should remain redacted. (*See* Dkt. No. 1186, at 3.)

(Signature block on following page)

---

[1] On August 22, 2024, Google filed a copy of exhibit 15 publicly. (*See* Dkt. No. 1196-1.)

1

Dated: August 23, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney<br><br>/s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov<br><br>/s/ Aaron M. Teitelbaum<br>AARON M. TEITELBAUM<br>/s/ Katherine E. Clemons<br>KATHERINE E. CLEMONS<br>/s/ Michael E. Wolin<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Aaron.Teitelbaum@usdoj.gov<br>Attorneys for the United States | JASON S. MIYARES<br>Attorney General of Virginia<br><br>/s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us<br><br>Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |