# Appendix A

| Appendix A<br>Litigation Custodians ||||||
|---|---|---|---|---|---|
| **Custodian Name** | **Custodian Proposed or Added**[1] | **CID Custodian** | **Litigation Custodian** | **Google Issued Hold** | **Litigation Hold Delay (days)**[2] |
| Neal Mohan | 11/20/2019 | Y | Y | 4/27/2023 | 1254 |
| Giulio Minguzzi | 7/9/2021 | Y | Y | 5/3/2023 | 663 |
| Tim Lipus | 7/9/2021 | Y | Y | 2/23/2023 | 594 |
| Ali Nouri | 1/24/2023 | N | Y | N/A | 556 |
| Karen Sauder | 1/24/2023 | N | Y | N/A | 556 |
| Kristen O'Hara | 1/24/2023 | N | Y | N/A | 556 |
| Scott Sheffer | 11/20/2019 | Y | Y | 2/3/2021 | 441 |
| David Besbris | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Hal Varian | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Joan Braddi | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Kirk Perry | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Robert Kyncl | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Jerry Dischler | 11/20/2019 | Y | Y | 1/22/2021 | 429 |
| Adam Juda | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Ali Miller | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Allan Thygesen | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Anthony Chavez | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Bashar Kachachi | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Bethanie Baynes | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Bonnie Pericolosi | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Chris Gklaros-Stavropoulos | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Chris Maxcy | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Danielle Romain | 2/20/2020 | Y | Y | 1/22/2021 | 337 |

[1] For custodians agreed upon after initiation of this litigation, Plaintiffs have listed the date of the Complaint, January 24, 2023 in this column.
[2] This column shows the number of days that the "Custodian Proposed or Added" date precedes the "Google Issued Hold" date.

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Debbie Weinstein | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Deepti Bahtnagar | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Chris LaSala | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Jennifer Koester | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Jyoti Vaidee | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Karen Aviram Beatty | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Kristin Wiechmann | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Mary Ellen Coe | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Matthew Conroy | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Dan Taylor | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Rudy Galfi | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Tript Singh Lamba | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Vidhya Srinivasan | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Vishal Sharma | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Duke Dukellis | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Jason Spero | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Payam Shodjai | 2/20/2020 | Y | Y | 1/22/2021 | 337 |
| Igor Perisic | 1/24/2023 | N | Y | 10/16/2023 | 265 |
| Sue Lai | 1/24/2023 | N | Y | 9/25/2023 | 244 |
| Eu-Jin Goh | 1/24/2023 | N | Y | 7/26/2023 | 183 |
| Jon Newmuis | 1/24/2023 | N | Y | 7/26/2023 | 183 |
| Stuart May | 1/24/2023 | N | Y | 7/26/2023 | 183 |
| Thomas Pan | 1/24/2023 | N | Y | 7/26/2023 | 183 |
| Alok Verma | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Aparna Pappu | 8/3/2020 | Y | Y | 1/22/2021 | 172 |

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Bryan Rowley | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| David Goodman | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Drew Bradstock | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Gargi Sur | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| George Levitte | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Haskell Garon | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Jasper Seldin | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Jerome Grateau | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Lisa Lehman | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Madhu Vudali | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Rany Ng | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Tobias Maurer | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Vip Andleigh | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Jim Giles | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Max Loubser | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Scott Spencer | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Woojin Kim | 8/3/2020 | Y | Y | 1/22/2021 | 172 |
| Christopher Tignor | 1/24/2023 | N | Y | 6/14/2023 | 141 |
| Christopher Combette | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Darline Jean | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Kai Umezawa | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Nicky Rettke | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Selin Song | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Shashi Upadhyay | 1/24/2023 | N | Y | 6/12/2023 | 139 |
| Sneha Thomas | 1/24/2023 | N | Y | 6/12/2023 | 139 |

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Ajay Bangla | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Anthony Altimari | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Casper Verhoofstad | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Courtney Rose | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Erin Corkins | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Katie Dodson | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Meghan Zidar | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Mike Westervelt | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Nathalie Sajous | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Rahul Kooverjee | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Samantha Franklin | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Sarah Rock | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Simon Bolger | 1/24/2023 | N | Y | 5/25/2023 | 121 |
| Rita Ren | 1/24/2023 | N | Y | 5/23/2023 | 119 |
| Steven Shin | 1/24/2023 | N | Y | 5/23/2023 | 119 |
| Alyssa Raiola | 1/24/2023 | N | Y | 4/3/2023 | 69 |
| K. Marco Hardie | 1/24/2023 | N | Y | 4/3/2023 | 69 |
| Joanna Zimelis Goldblatt | 1/24/2023 | N | Y | 4/3/2023 | 69 |
| Sarah Stefaniu | 1/24/2023 | N | Y | 4/3/2023 | 69 |
| Sean Harrison | 1/24/2023 | N | Y | 4/3/2023 | 69 |
| Sagnik Nandy | 1/15/2021 | Y | Y | 3/8/2021 | 52 |
| Glenn Thrope | 1/15/2021 | Y | Y | 2/23/2021 | 39 |
| Jessica Mok | 1/24/2023 | N | Y | 2/23/2023 | 30 |
| Ali Nasiri Amini | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Amin Charaniya | 1/15/2021 | Y | Y | 2/3/2021 | 19 |

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Arthur (Art) Price | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Elissa Murphy | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Eve Goldman | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Jason Miller | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Jeff Birnbaum | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| John Tobler | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Julie Chen | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Kate Alessi | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Kristen Gil | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Luis Vilela | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Marcel Crasmaru | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Martin Kon | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Sergio Abreu | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Vinay Rao | 1/15/2021 | Y | Y | 2/3/2021 | 19 |
| Erin Schaefer | 1/15/2021 | Y | Y | 1/29/2021 | 14 |
| Alex Shellhammer | 1/14/2021 | N | Y | 1/22/2021 | 8 |
| Barbara Piermont | 1/14/2021 | N | Y | 1/22/2021 | 8 |
| Marshall Vale | 1/14/2021 | N | Y | 1/22/2021 | 8 |
| Susan Childs | 1/14/2021 | N | Y | 1/22/2021 | 8 |
| Chetna Bindra | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| David Mitby | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Malte Ubl | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Roshan Khan | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Sam Temes | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Vivek Rao | 1/15/2021 | Y | Y | 1/22/2021 | 7 |

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Nirmal Jayaram | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Vlad Sinaniyev | 1/15/2021 | Y | Y | 1/22/2021 | 7 |
| Rob Hazan | 8/3/2020 | Y | Y | 8/6/2020 | 3 |
| Kishore Kanakamedala | 2/20/2020 | Y | Y | 2/21/2020 | 1 |
| Gabe Kronstadt | 2/16/2021 | Y | Y | 2/10/2021 | 0 |
| Medha Vedaprakash | 1/24/2023 | N | Y | 1/18/2023 | 0 |
| Paul Muret | 2/16/2021 | Y | Y | 1/22/2021 | 0 |
| Sean Downey | 2/16/2021 | Y | Y | 1/22/2021 | 0 |
| Eisar Lipkovitz | 8/3/2020 | Y | Y | 6/22/2020 | 0 |
| Josh Cohen | 8/3/2020 | Y | Y | 6/22/2020 | 0 |
| Bonita Stewart | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Brad Bender | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Donald Harrison | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Pooja Kapoor | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Philipp Schindler | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Prabhakar Raghavan | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Sundar Pichai | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Susan Wojcicki | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Sissie Hsiao | 11/20/2019 | Y | Y | 10/4/2019 | 0 |
| Glenn Berntson | 1/24/2023 | N | Y | 9/20/2022 | 0 |
| Peentoo Patel | 1/24/2023 | N | Y | 9/20/2022 | 0 |
| Tim Craycroft | 1/24/2023 | N | Y | 9/20/2022 | 0 |
| Jason Washing | 7/9/2021 | Y | Y | 1/22/2021 | 0 |
| Nikesh Arora | 8/3/2020 | N | Y | 12/5/2019 | 0 |
| Suresh Kumar | 2/16/2021 | Y | Y | 6/2/2020 | 0 |

| Custodian Name | Custodian Proposed or Added | CID Custodian | Litigation Custodian | Google Issued Hold | Litigation Hold Delay (days) |
|---|---|---|---|---|---|
| Jonathan Bellack | 8/3/2020 | Y | Y | 10/4/2019 | 0 |
| Sam Cox | 8/3/2020 | Y | Y | 10/4/2019 | 0 |
| Jason Bigler | 8/3/2020 | Y | Y | 10/4/2019 | 0 |
| Jay VanDerzee | 1/24/2023 | N | Y | 3/3/2022 | 0 |
| Lior Shenkar | 1/24/2023 | N | Y | 3/3/2022 | 0 |
| Omid Kordestani | 1/14/2021 | N | Y | 2/4/2020 | 0 |
| Sridhar Ramaswamy | 1/14/2021 | N | Y | 11/4/2019 | 0 |
| Noam Wolf | 1/15/2021 | Y | Y | 10/4/2019 | 0 |
| Nitish Korula | 2/16/2021 | Y | Y | 10/4/2019 | 0 |
| Mike Schulman | 2/16/2021 | Y | Y | 10/4/2019 | 0 |
| Adam Stewart | 1/24/2023 | N | Y | 3/8/2021 | 0 |
| Joerg Heilig | 1/24/2023 | N | Y | 1/29/2021 | 0 |
| Chip Hall | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Dave Rolefson | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Jayavel Shanmugasundaram | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Martin Pal | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Rahul Srinivasan | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Max Lin | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Richard Gingras | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Scott Silver | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Shane Peros | 1/24/2023 | N | Y | 1/22/2021 | 0 |
| Matthew Glotzbach | 1/24/2023 | N | Y | 6/22/2020 | 0 |
| Daniel Alegre | 1/24/2023 | N | Y | 6/2/2020 | 0 |