# Appendix B

| Appendix B Trial Witnesses | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Custodian Name** | **Custodian Proposed or Added** | **On Plaintiffs' Witness List** | **On Google's Witness List** | **Google Issued Hold** | **First Deposition** | **Litigation Hold Delay (days)[1]** | **Total Produced Chats** |
| Neal Mohan | 11/20/2019 | Expect to Call | Expect to Call | 4/27/2023 | 11/19/2020 | 1254 | 5 |
| Scott Sheffer | 11/20/2019 | Expect to Call | Expect to Call | 2/3/2021 | 07/20/2021 | 441 | 9 |
| Jerry Dischler | 11/20/2019 | Expect to Call | Not on List | 1/22/2021 | 09/28/2020 | 429 | 20 |
| Chris LaSala | 2/20/2020 | Expect to Call | Not on List | 1/22/2021 | 10/20/2020 | 337 | 61 |
| Duke Dukellis | 2/20/2020 | Expect to Call | Not on List | 1/22/2021 | 08/11/2021 | 337 | 69 |
| Jason Spero | 2/20/2020 | Expect to Call | Not on List | 1/22/2021 | 09/28/2021 | 337 | 49 |
| Payam Shodjai | 2/20/2020 | Expect to Call | Not on List | 1/22/2021 | 11/10/2020 | 337 | 25 |
| Dan Taylor | 2/20/2020 | Not on List | Expect to Call | 1/22/2021 | 09/17/2021 | 337 | 119 |
| Alok Verma | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 07/21/2021 | 172 | 73 |
| Aparna Pappu | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 08/11/2023 | 172 | 157 |
| Bryan Rowley | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 07/27/2021 | 172 | 2 |
| George Levitte | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 08/10/2021 | 172 | 137 |
| Jim Giles | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 11/06/2020 | 172 | 67 |
| Max Loubser | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 04/21/2021 | 172 | 41 |
| Scott Spencer | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 08/12/2021 | 172 | 46 |
| Woojin Kim | 8/3/2020 | Expect to Call | Not on List | 1/22/2021 | 03/30/2021 | 172 | 35 |
| K. Marco Hardie | 1/24/2023 | Not on List | Expect to Call | 4/3/2023 | 11/14/2023 | 69 | 7 |
| Sarah Stefaniu | 1/24/2023 | Not on List | Expect to Call | 4/3/2023 | N/A | 69 | 8 |
| Jessica Mok | 1/24/2023 | Not on List | May Call | 2/23/2023 | 11/10/2023 | 30 | 28 |
| Ali Nasiri Amini | 1/15/2021 | Expect to Call | Not on List | 2/3/2021 | 11/14/2023 | 19 | 71 |
| Nirmal Jayaram | 1/15/2021 | Expect to Call | Expect to Call | 1/22/2021 | 09/17/2021 | 7 | 162 |
| Vlad Sinaniyev | 1/15/2021 | Deposition Designated | Not on List | 1/22/2021 | 11/16/2023 | 7 | 53 |
| Pooja Kapoor | 11/20/2019 | Not on List | May Call | 10/4/2019 | N/A | 0 | 14 |
| Adam Stewart | 1/24/2023 | Not on List | Expect to Call | 3/8/2021 | N/A | 0 | 73 |
| Martin Pal | 1/24/2023 | May Call | Not on List | 1/22/2021 | N/A | 0 | 297 |
| Sissie Hsiao | 11/20/2019 | Expect to Call | May Call | 10/4/2019 | 12/09/2021 | 0 | 130 |
| Bonita Stewart | 11/20/2019 | Expect to Call | Not on List | 10/4/2019 | 05/17/2021 | 0 | 19 |

---

[1] This column shows the number of days that the "Custodian Proposed or Added" date precedes the "Google Issued Hold" date.

| Custodian Name | Custodian Proposed or Added | On Plaintiffs' Witness List | On Google's Witness List | Google Issued Hold | First Deposition | Litigation Hold Delay (days) | Total Produced Chats |
|---|---|---|---|---|---|---|---|
| Brad Bender | 11/20/2019 | Expect to Call | Not on List | 10/4/2019 | 10/16/2020 | 0 | 37 |
| Donald Harrison | 11/20/2019 | Expect to Call | Not on List | 10/4/2019 | 10/19/2021 | 0 | 12 |
| Eisar Lipkovitz | 8/3/2020 | Expect to Call | Not on List | 6/22/2020 | 03/31/2021 | 0 | 3 |
| Jonathan Bellack | 8/3/2020 | Expect to Call | Not on List | 10/4/2019 | 10/02/2020 | 0 | 56 |
| Tim Craycroft | 1/24/2023 | Expect to Call | Expect to Call | 9/20/2022 | 08/15/2023 | 0 | 14 |
| Rahul Srinivasan | 1/24/2023 | Expect to Call | Not on List | 1/22/2021 | 08/08/2023 | 0 | 149 |
| Sam Cox | 8/3/2020 | Expect to Call | Not on List | 10/4/2019 | 10/26/2020 | 0 | 31 |
| Nitish Korula | 2/16/2021 | Expect to Call | Expect to Call | 10/4/2019 | 10/28/2021 | 0 | 1226 |