# Appendix D



Appendix D: Google's Spoliation Timeline