# Exhibit 11

Message

| | |
|---|---|
| **From**: | Jenni Stein [jdiekneite@google.com] |
| **Sent**: | 7/22/2019 10:32:20 PM |
| **To**: | jdischler@google.com |
| **Subject**: | [The Weekly Briefing] July 22, 2019 |

**This newsletter is for Google VPs, Directors and Site Leads only. Do not forward this note.** Any information shared in the Weekly Briefing about financial data, our products, business partners, vendors, or clients, and other non-public proprietary business information or trade secrets should not be shared outside Alphabet. Leaks will result in discipline, up to and including termination.

# External News + Issues

### News + Launches
*(Note: Launches slip. Don't assume one is out until you see it's out.)*

**Google for Nigeria:** From today until July 25, we'll host the third Google for Nigeria event in Lagos, aimed at demonstrating our commitment to users in Nigeria and SSA. At the event we'll announce Gallery Go, a fast and smart photo gallery designed to run offline, and we'll launch our first African-focused food exhibit, celebrating Nigeria's vibrant food scene.

**Maps:** Today, we published a blog post about how our Maps technology works.

**YouTube Fuji Rock Festival Japan:** Today, we announced this year's Fuji Rock Festival global livestream, featuring a diverse lineup of both Japanese and international artists.

**Area 120 / Nines:** Today, we quietly began testing for Area 120 project, Nines, a site that allows you to shop looks worn by select influencers.

**VMware on GCP:** This week, Google Cloud and VMware will announce that VMware will run on GCP via partner CloudSimple.

**Google Lens:** On Tuesday, July 23, we are expanding Lens in Google Images to all Search languages and locales.

**Veterans and Google for Startups:** On Tuesday, July 23, Google for Startups will announce a continued commitment to the military community through new partnerships with companies that support transitioning service members.

**Bay Area:** On Wednesday, July 24, HTSV will announce our $50M investment in their TECH Fund. This is our first investment from our $250M affordable housing fund that we announced as part of our $1B housing commitment.

**Android:** On Wednesday, July 24, we'll announce new features on Sound Amplifier, an Android Accessibility tool.

**Nest:** On Wednesday, July 24, we'll celebrate the 6th anniversary of Chromecast by revealing new secrets about the streaming device. Later in the week, we'll announce a partnership between the Christopher & Dana Reeve Foundation and Google Nest. We're donating 100K Google Home Minis to people living with paralysis to offer help with daily tasks around their homes (US only).

**Earnings:** On Thursday, July 25, Sundar and Ruth will host our Q2 earnings call.

**Search:** On Thursday, July 25, we'll launch Swipe to Visit in Google Images, which uses AMP to let you quickly "swipe" to view the web page of an image you're viewing on your phone.

**Maps Marketing Campaign in APAC:** Starting Thursday, July 25, we'll start marketing Google Maps for mobile towards Chinese tourists *outside* of China, namely in HK and Japan.

**Wi-Fi SMT:** On Thursday, July 25, we'll hold a satellite media tour to demystify Wi-Fi and how it works, while sharing ways Google Wifi can help solve some of the most common connectivity problems.

**Assistant**: On Friday, July 26, we'll announce that we're expanding the new visual update for the Assistant on Android phones to France, Italy, Germany, and Spain.

Top Issues

**China Allegations:** Last week, Peter Thiel accused Google of being 'treasonous' and urged the FBI to investigate our alleged work with the Chinese military. We reaffirmed that we do not work with the Chinese military and rebutted these claims.

**Washington Post & Ars on Chrome extensions:** Last week, The Washington Post and ArsTechnica published stories about Chrome extensions that collect personal data and browser traffic, and provide it to analytics company, Nacho Analytics. We took the extensions down.

**Senate Judiciary Hearing:** Last week, Karan Bhatia published an op-ed on FoxNews.com refuting allegations that Google is politically biased. The op-ed was a preview for Karan's testimony at a Senate Judiciary Subcommittee hearing on conservative bias.

**House Judiciary Hearing:** Last week, Google's Adam Cohen testified with Apple, Amazon, and Facebook in front of the House Antitrust, Commercial, and Administrative Law Subcommittee in a hearing titled, "Online Platforms and Market Power, Part 2: Innovation and Entrepreneurship."

**Age Discrimination Settlement:** Last Friday, our settlement in *Heath* became public.

# Internal News

## Company-wide Meetings

**TGIF Recap - Ads + ML and Cloud Outage Postmortem:** Last week at TGIF, Ben Treynor Sloss shared a post-mortem on the Cloud Reliability Reset and recent Cloud outages. Then, the Ads team explained the exciting ways that they use ML to create more impactful Google Ads. For a quick recap in 6 minutes head to go/TGIFrecap.

**Upcoming Meetings**
7/25: Google TGIF (TBD)
8/1: Social TGIF

## What Googlers are talking about
*A roundup of what Googlers are talking about on Eng Misc., Memegen, G+, etc.*

- 
- **Leaker, identified:** Chris Rackow announced that the person responsible for some recent leaks had been found and no longer works at the company (well, the literal among us are still debating the finer points). The news left many Googlers wondering about *which* leaks might be connected in this case.

- 
- **Why don't Hangouts...hang out longer?:** Googlers lamented that Hangouts chats aren't available to reference for longer periods of time, and when the question came up at TGIF, Sundar agreed to look into it with the team.

- 
- **Memegen forecast? Still partly Cloud-y:** It's tough to please everyone when it comes to large mandatory meetings. Some Cloud engineers are still expressing frustration about the Cloud reliability reset, while Googlers outside of Cloud wanted to know why they *weren't* invited and why they couldn't access go/reliability-reset from the outset.

Following up on the team's reliability-related TGIF preso, Urs posted a <u>response</u> sharing some lessons learned about the logistical challenges the team faced with such an undertaking.

- 
- **Notable departure:** Googlers called out that most of the organizers of last year's Walkout have <u>left the company</u>, with some employees <u>taking note</u> of Meredith Whitaker's <u>decision to leave Google</u> this week.

- 
- **Customs and Border Patrol:** A <u>maven-co thread</u> covers Cloud's potential work with CBP. The group is organizing an "internal awareness campaign" and are discussing taking this off corporate channels. Discussions generated a few memes (<u>1</u>, <u>2</u>, <u>3</u>) and a question in the <u>TGIF Dory</u>. We expect this concern to carry over to next week's TGIF or TWR if it doesn't make it in this week's show.

Memes of the Week
*Some of our favorite internal memes from the last week.*



### 

Comments, ideas, feedback? Your input is encouraged.