# Exhibit 19

Civil Investigative Demand for Documents and Information
Issued to Alphabet, Inc.
CID No. 30471
Privilege Log Volume 13
5/4/2022
HIGHLY CONFIDENTIAL

| Privilege Log No. | Parent Privilege Log No. | Attachment Privilege Log No. | Begin Bates | Date / Time | All Custodians | Privilege Description | Privilege Stat | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| GGPL-AT-0006912 | | | GOOG-DOJ-AT-01219165 | 12/19/2019 1:05 | Gabe Kronstadt | Email prepared at the direction of and revealing legal advice of Lara Kollios ESQ regarding response to DOJ inquiries prepared in connection with regulatory investigation and in anticipation of litigation. | Redact | AC; WP |