# Exhibit 22

# Google Chat Retention Policy
Policy last updated: November 18, 2020

## Chat Retention

**BANNER:** The 18-month retention rule for Rooms in Chat is now LIVE. We expect it to take up to 3-4 days from the Nov. 18 launch for the changes to roll out to all Rooms at Google.

### Changes to Chat retention

The timing of the *Chat in Gmail* migration provided an ideal opportunity to implement the updated retention policy for Rooms messages, announced earlier this year - with Rooms messages switching to a standard **18 month retention period** in sync with the larger Alphabet migration in November. See below for more details and direct questions to chat-help@.

### When I send or receive a message, how long is it kept?

| Previous (before 11/18/20) | Current |
|---|---|
| • **24 hours** if message history is off (default) | • <sup>No change</sup> **24 hours** if message history is off (default) |
| • **30 days** if message history is on and you are:<br>  • Chatting with just one other person or<br>  • Chatting in a group of people (without a topic name) or<br>  • Chatting in a named group chat that was started in old classic Hangouts | • **30 days** if message history is on and you are:<br>  • Chatting with just one other person<br>• **18 months** if message history is on and you are:<br>  • Chatting in a new Google Chat **flat (non-threaded) room***  |
| • **Indefinitely** if you are chatting in a new Google Chat room | • **18 months** if you are chatting in a new Google Chat threaded room |

*30 days if chatting in a **flat** room that was created in classic Hangouts before 11/18/20

### What's already changed and what does the roadmap look like?

**May 2020**
• Bug fixed that caused some group Chat messages (one or more users on classic Hangouts) to be retained indefinitely.

**June 2020**
• Process created to enable Googlers to set their own history default setting to on or off. See below for details on how to change your history defaults.

**November 2020**
• Chat rooms in which all Googlers are using the newer Google Chat platform will retain messages for 18 months (versus indefinitely before 11/18/20) when history is turned "on".

### How does History On/Off work?

Each chat message can be sent with History on or off.

GOOG-AT-MDL-009709520

History Off messages expire and are deleted after 24 hours -- these Chat messages are intended for quick, short-term conversations which you will not need to refer back to.

The on/off history status for a conversation is determined by the person who starts the conversation. In Google today, everyone has history off by default so if you start a new conversation that you want to keep, you should turn the history on.

## How can I change my history defaults?

If you wish to change your personal default setting so that your messages have History On by default, you can do so by joining g/chat-history-default-on. Once you have joined this group, any 1:1 or group chat that you create will start with history on.

If you need even longer retention, we recommend you try Chat Rooms which will offer 18 month retention of messages.

Hopefully that menu of options (24 hours, 30 days, and 18 months) offers the flexibility to select which conversation type and history setting is right for you.

## Hey lawyercat, why do we only retain messages for limited periods?

Google's success depends on making sure that we safeguard our information, keep critical business content for the appropriate amount of time, and discard materials that are no longer necessary. We do this by keeping only timely, meaningful and useful data, while reducing redundant, obsolete, or trivial information, such as chat messages not intended to be kept past their initial transmission (similar to a telephone call or in-person conversation).

Learn more atgo/records-retention  or email the team at records-retention@.