# Exhibit 27
# (Redacted)

Message

| | |
|---|---|
| **From:** | Tom Turvey [turvey@google.com] |
| **Sent:** | 8/25/2022 8:31:07 PM |
| **To:** | Brad Bender [bradbender@google.com]; Lily Rudd [lrudd@google.com] |
| **CC:** | Jim Albrecht [mrjim@google.com]; Wyatt Lipman [wlipman@google.com]; Matthew King [matthewking@google.com]; Erin Simon [erinsimon@google.com]; Patrick Jabal [pjabal@google.com]; Sunil Kapadia [sunilkapadia@google.com]; Diana Layfield [dlayfield@google.com] |
| **Subject:** | Re: Web Stories update |

PRIVILEGED

+Lily Rudd

After engaging with all regional teams, Lily completed a more detailed audit of Web Stories deals globally here - including deals in-flight - that we shared with Rudy today. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We also shared more about the global regulatory context in this trix. AI is for Rudy to share with the MCF team, and come back with their feedback/suggested paths forward. I'll keep you updated.

On Tue, Aug 23, 2022 at 4:08 PM Brad Bender <bradbender@google.com> wrote:
Attorney client privileged, Wyatt please advise

Sounds good, Tom - glad partnerships has been brought into the fold per my direction in the last meeting we had with Rudy et al. This is useful info & definitely want to explore our potential options here. Very happy to support any follow-on conversations to land all of this as seamlessly as possible.

Brad

On Tue, Aug 23, 2022 at 1:01 PM Tom Turvey <turvey@google.com> wrote:

ATTORNEY CLIENT PRIVILEGED - Wyatt please advise on the legal matters below

▮▮▮▮▮▮▮▮▮▮▮▮ We met with our old friend Rudy Galfi (MCF PM) today and the Search BD team (with whom we share concerns) to discuss tactics and timelines.

The short version is there's a lot of ▮▮▮▮▮▮▮▮▮▮▮▮▮. We created a thumbnail overview of the deals here and overall narrative of the situation here, including the importance of WS in landing good regulatory outcomes in certain markets with key partners.

▮▮▮▮▮▮▮▮▮▮▮▮. Separately, today we asked Rudy to consider some alternatives ▮▮▮▮▮▮▮▮▮▮▮▮. This would require keeping some eng support for the existing WS format, which Rudy signaled Keela/Brad Kellett (MCF Leads) ▮▮▮▮▮▮▮▮. He will get back to us soon on what Keela/Brad Kellett are willing to do. If we're at an impasse, we will ask this group to join Keela/Brad K. to try to solve before escalating to Cathy. We all

(including Rudy) think that's the right conversation path since the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Happy to chat more live.

thx,
Tom

--
Tom Turvey
Managing Director, News Product Planning & GTM
Google
turvey@google.com
212.565.8614
973.818.8449 (mobile)

mailing address:
76 9th Avenue
New York, NY  10011


--

Brad Bender | VP, Product Management | bradbender@google.com | 650.253.6242

**Ensuring people around the world have access to quality journalism and a sustainable content ecosystem.**


--
Tom Turvey
Managing Director, News Product Planning & GTM
Google
turvey@google.com
212.565.8614
973.818.8449 (mobile)

mailing address:
76 9th Avenue
New York, NY  10011

CONFIDENTIAL
GOOG-AT-MDL-007909777