# Exhibit 33

Message
---

| | |
|---|---|
| **From:** | Sundar Pichai [sundar@google.com] |
| **Sent:** | 1/26/2018 6:07:00 PM |
| **To:** | Susan Wojcicki [susan@google.com] |
| **CC:** | Google leads [google-leads@google.com]; Chris Dale [cdale@google.com] |
| **Subject:** | Re: upcoming Guardian piece on Sat - attny/client priv |

Attorney Client Privileged, Confidential , Kent pls advice

Thanks for the update Susan and all the prep to be ready for this proactively. I have some feedback on the messaging and so will ping you and Chris offline to cover it.


- Sundar



On Thu, Jan 25, 2018 at 11:20 PM, Susan Wojcicki <susan@google.com> wrote:
Hi Leads * Kent for advice - attny client priv


I wanted to give you a heads up that on this Saturday, January 27, the Guardian's Weekend Magazine will publish a large, ~4k word story on the role YouTube played in the run-up to the 2016 election. The piece centers on research done by a former Google and YouTube engineer that was published in a medium post shortly after the election. We expect this story and the research that supports it to be very negative and focus on a perceived algorithmic bias that favored Trump over Clinton. The Guardian concludes, that this perceived bias led to our recommendation system suggesting, on the whole, more anti-Clinton videos than anti-Trump videos.


Some background and facts to note:


- The Guardian's story has shifted and been postponed multiple times over the last six weeks, but they have consistently refused to give us the ~8k video dataset that they're basing their research on (only 1k of which they have confessed to actually watching).  The comms team and many of our engineers have spent dozens of hours working to address the Guardian's questions and assumptions but the Guardian itself has not been forthcoming.
- The story will include experts and academics that say that though limited, the dataset appears to be fair but there's little they can understand in the big picture, b/c YouTube doesn't release all their data. The experts will also criticize technology more broadly and its role in the election.
- We have offered them two statements (pasted below). The first, more aggressive one, is based on their accusation of YouTube algorithmically biasing one candidate over another (we bias towards what a user searches for and watches, rather than political affiliation). The second is about the progress we have made in in the last year improving how we better surface videos from authoritative news sources.
- Given the team's interactions with the reporter, we expect the piece to portray YouTube as having a pro-Trump bias; recommending conspiratorial videos that inordinately favored Trump and pushed fake news about Clinton. It will likely assert that traffic from social platforms, potentially from foreign-created bots, drove traffic to these videos. They will portray us as being dismissive of their research's claims (of which they shared very little aside from a handful of videos and their conclusions) and they will also point to the recent Logan Paul incident and the video's appearance in the Trending Tab as an example of how our systems are still not working properly.

Given the tone from the the Guardian, the team has pulled together this reactive blog post that succinctly captures much of the data and arguments we believe support our position that the Guardian has repeatedly refused to. I have asked the PR team to convene a war-room on Saturday with engineering to review the story for inaccuracies and monitor interest.  If the story does not gain interest on social, or lead to press inquiries, we will ignore it and not post the blog. If the story does generate a lot of press inquiries and social shares then the recommendation is that we publish the blog. You can find more detail in the PR team's comms doc here.

CONFIDENTIAL

GOOG-DOJ-28509324

If you have questions, concerns, feedback pls let me and Chris Dale (YT head of PR and cc'd on email) know.

Kent- pls let me know if you have legal feedback, thoughts, advice for us as well.

Susan

google-leads+unsubscribe@google.com
google-leads@google.com
https://groups.google.com/a/google.com/d/msgid/google-leads/CAPPxfND9DViA%3DuHhyH-J6aXTNKtk5-2-vc9wMYcX_uRn1cj6Ww%40mail.gmail.com

CONFIDENTIAL                                                                                                          GOOG-DOJ-28509325