# Exhibit 34

# ACM notetaker guide

go/acm-notes-howto
Updated: 8/17/20

About this document

** Recent updates (latest 8/17/20)

Process overview

How to write ACM notes

Review and approval

Publication

Broader sharing of exec summary

Easy way to get your meeting attendee emails

## About this document

Each team presenting at ACM must include a designated notetaker among their attendees, e.g. a program manager or product manager familiar with the topic.

This document is a guide for ACM notetakers, including:
- guidelines for writing high quality, appropriate notes
- process for signing off and distributing notes
- templates for notes and comms.

## ** Recent updates (latest 8/17/20)

- Full notes should be **silently** shared with new alias acm-full-notes@ (Ads, Commerce and Legal VPs).

## Process overview

ACM notetakers are required to:
- attend the ACM session on Friday morning and capture notes using the template
- clean up notes as needed to comply with the writing guidelines
- distribute for review and approval in line with the instructions in the template
- once approved, **distribute the notes no later than EOD Monday the following week**

1

GOOG-AT-MDL-009583794

- ACM team will share your exec summary with senior leads in Ads, GBO and XFN teams.

Important note: **an appropriate legal team member <u>must</u> be present** for each ACM session, and must sign off notes before they are distributed. If more than one lawyer is present for a session, please identify one as the lead representative for signing off notes.

## How to write ACM notes

Before your session, make a copy of the <u>ACM notes template</u> and share it with the session presenters and legal team representative(s). Take your raw notes in this document during the meeting, and consider having presenters and lawyers review and collaborate in real-time where possible, in order to streamline subsequent review and approval.

When capturing notes:

- **Use the template** (<u>go/acm-notes-template</u>). When discussions are structured around a presentation, use the slide titles as headings in your notes, and deep link to the corresponding slide. Tip: you can create the headings and slide links before the meeting.

- **Don't retype all the content from the slides.** If presenters are reading their slide content out, there's no need to write it down again. Keep the notes focused on things that are not already written in the slides, such as discussions, comments and questions.

- **Don't write a full transcript.** Distill your notes down as much as possible while still retaining the key points of the discussion.

- **Don't attribute quotes to specific people**. It's not necessary to capture exactly who said what, and you should generally avoid identifying individual people except where it's strictly necessary, e.g. when someone takes an action.

- **Do capture points of disagreement**. Where different individuals or teams hold different perspectives, capture all sides (without specifically attributing them). Note whether or not the discussion resulted in alignment of views.

- **Capture every voice equally.** Everyone in the session is there for a reason, and all contributions should be captured equally. Try to be aware of and counteract your own potential biases, e.g. favoring people in your own team, weighing more heavily contributions from more senior Googlers, or unconscious biases towards underrepresented groups.

- **Remember your "You Said What?" training** (<u>go/commcare</u>, <u>go/fiverules</u>). Careful choice of language is extremely important in capturing these notes, and this required Googler training is a great resource.

- **Pay close attention to action items and decisions**. Make sure the owners and wording of action items and decisions are carefully reviewed and approved. In the notes clearly label as "AI: [ ]" or "Decision: [ ]", and copy these to the top of the document when wording is finalized.

2

GOOG-AT-MDL-009583795

Review and approval

<u>On Friday</u>, **review and edit your notes**:
- Challenge yourself to remove unnecessary detail or repetition from the raw notes.
- Ensure the content is clear, precisely worded and correctly formatted.
- If there are points you're unsure of or didn't clearly hear in the meeting, add a comment for your reviewers to see.
- Be sure to replace all the placeholders highlighted in yellow in the notes template (date, session title, link to deck etc.).

Once you've made your initial revisions **distribute the draft notes for review and approval**. Here's a template you can use that will ensure legal privilege is maintained for your email:

---

**PRIVILEGED AND NEED-TO-KNOW**

Dear presenters and legal representative,

Please review these <u>draft notes</u> from the ACM session [**session title**], leave any comments or corrections as needed, and record your sign-off in the table at the top of the document when you're ready.

Thanks in advance for reviewing and approving these notes promptly in order to meet the **Monday 4pm deadline for distributing the final notes**.

[Notetaker name]

---

As edits come in, help nudge them towards resolution if needed. If it seems clear from a comment thread that reviewers are aligned on a change, go ahead and make it. Use your judgement in calling out any changes after a reviewer has signed off. Err on the side of caution in ensuring the legal team reviewer has seen and approved the final version.

Publication

Once the notes are approved by all reviewers:
- clear any remaining comments
- copy the action items and decisions from the body of the notes to the corresponding sections at the top of the document
- delete the sign-off table and any template instruction text.

Please ensure your full notes doc is viewable by acm-full-notes@ - ensure **disable email notification** when this permission is added.

You're now ready to **publish the final notes**. The deadline for this is the <u>end of day Monday</u> following ACM.

3

GOOG-AT-MDL-009583796

To send the notes:
- Create a new email
- Title: **ACM Notes - <date>: <Title of Topic>**
- To: all attendees of the calendar invite, plus any other appropriate recipients (at the presenting team's discretion)
- CC: acm-review-team@, acm-full-notes@
- Body: copy your entire notes doc into the body of the email (including the exec summary).

Send the email - and you're done!

## Broader sharing of exec summary

The ACM team will compile all the exec summaries from each week's ACM sessions and share them with senior leads (L9+) in Ads, Commerce, GBO and XFN partner teams (marketing, legal, finance, Comms/PR). These leads are permitted to share onwards specific summaries with relevant individuals in their team.

If your content is too sensitive for any kind of summary to be shared in this fashion please inform acm-review-team@ asap, and make this clear in your notes doc.

## Easy way to get your meeting attendee emails

**Tip**: you can easily copy the calendar invite attendees from Google Calendar by hovering over the guest list and choosing "Copy guest emails".



4

GOOG-AT-MDL-009583797

5

CONFIDENTIAL