**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Juliet B. Clark, of McGuireWoods LLP, hereby appears as attorney of record for movants Rahul Srinivasan, Scott Spencer, Samuel Cox, and Brad Bender, and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: August 23, 2024                Respectfully submitted,

                                                                            */s/Juliet B. Clark*
Juliet B. Clark (VSB No. 96918)
McGuireWoods LLP
800 E. Canal Street
Gateway Plaza
Richmond, VA 23219
Telephone: (804)775-1000
Email: jbclark@mcguirewoods.com

*Counsel for Rahul Srinivasan, Samuel Cox, Scott Spencer, and Brad Bender*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: August 23, 2024

                                                                                                  /s/Juliet B. Clark
                                                                                                   Juliet B. Clark

                                                                                                   *Counsel for Rahul Srinivasan, Samuel Cox,*
                                                                                                   *Scott Spencer, and Brad Bender*