AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| UNITED STATES, et al.,<br>*Plaintiff*<br>v.<br>GOOGLE LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.    1:23-cv-00108-LMB-JFA

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eisar Lipkovitz                                                                                                      .

Date:      08/23/2024

/s/ William L. Drake
*Attorney's signature*

William L. Drake VA Bar No. 78446
*Printed name and bar number*

STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
*Address*

wdrake@steptoe.com
*E-mail address*

(202) 429-5513
*Telephone number*

(202) 429-3902
*FAX number*