UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on non-party Eisar Lipkovitz's Motion to Quash The Government's Subpoena. Upon consideration of the motion and arguments in support thereof and in opposition thereto, and it appearing proper to do so, it is hereby

ORDERED that Mr. Lipkovitz's Motion is GRANTED and the subpoena is QUASHED.


ENTERED this _____ day of _____, 2024.