**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, September 4, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, nonparty Brad Bender, by counsel, will present oral argument in support of his Motion to Quash or in the alternative, for Protective Order.

Dated: August 23, 2024

Respectfully submitted,

*/s/ Casey Lucier*

Amy B. Manning (*pro hac vice pending*)
McGuireWoods LLP
77 West Wacker Drive
Chicago, IL 60601-1818
Telephone: (312) 750-8904
Facsimile: (312) 558-4386
Email: amanning@mcguirewoods.com

Casey E. Lucier (VSB No. 80363)
Juliet B. Clark (VSB No. 96918)
McGuireWoods LLP
800 E. Canal Street
Gateway Plaza
Richmond, VA 23219
Telephone: (804) 775-1000
Email: jbclark@mcguirewoods.com
Email: clucier@mcguirewoods.com

*Attorneys for Nonparty Brad Bender*

1