# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE, LLC, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

This matter comes before the Court on nonparty Samuel Cox's Motion to Quash, or in the alternative, for a Protective Order. Upon due consideration, the Court finds that the Subpoena requires Mr. Cox, a nonparty, "to comply beyond the geographical limits specified in Rule 45(c) . . . or . . . subjects [him] to undue burden." Fed. R. Civ. P. 45(d)(3)(A)(ii) and (iv). Accordingly, the Motion is GRANTED; and it is hereby

ORDERED that the Subpoena issued to Samuel Cox be and is QUASHED.

Entered this _____ day of August, 2024.