**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on nonparty Scott Spencer's Motion to Quash, or in the alternative, for a Protective Order. Upon due consideration, the Court finds that the Subpoena requires Mr. Spencer, a nonparty, "to comply beyond the geographical limits specified in Rule 45(c) . . . or . . . subjects [him] to undue burden." Fed. R. Civ. P. 45(d)(3)(A)(ii) and (iv). Accordingly, the Motion is GRANTED; and it is hereby

ORDERED that the Subpoena issued to Scott Spencer be and is QUASHED.

Entered this ____ day of August, 2024.