**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NONPARTY WITNESS RAHUL SRINIVASAN'S MOTION TO QUASH OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

Nonparty Rahul Srinivasan, by counsel, and pursuant to Federal Rules of Civil Procedure 45(d)(3) moves to quash the subpoena for trial witness testimony ("Subpoena") issued by the United States ("Government") in the above-captioned proceeding, or in the alternative, moves pursuant to Federal Rule of Civil Procedure 26(c) for a protective order regarding the dates and times of his testimony.  The grounds in support of this Motion are set forth in the Memorandum in Support filed herewith.

Dated: August 23, 2024

Respectfully submitted,

*/s/ Casey Lucier*_____

Amy B. Manning (*pro hac vice pending*)
McGuireWoods LLP
77 West Wacker Drive
Chicago, IL 60601-1818
Telephone: (312) 750-8904
Facsimile: (312) 558-4386
Email: amanning@mcguirewoods.com

Casey E. Lucier (VSB No. 80363)
Juliet B. Clark (VSB No. 96918)
McGuireWoods LLP
800 E. Canal Street
Gateway Plaza
Richmond, VA 23219

Telephone: (804) 775-1000
Email: jbclark@mcguirewoods.com
Email: clucier@mcguirewoods.com

*Attorneys for Nonparty Rahul Srinivasan*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 23, 2024 a copy of the foregoing was electronically

filed via the Court's CM/ECF system and served on all counsel of record.

_/s/ Casey E. Lucier___
Casey E. Lucier