**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on nonparty Rahul Srinivasan's Motion to Quash, or in the alternative, for a Protective Order.  Upon due consideration, the Court finds that the Subpoena requires Mr. Srinivasan, a nonparty, "to comply beyond the geographical limits specified in Rule 45(c) . . . or . . . subjects [him] to undue burden."  Fed. R. Civ. P. 45(d)(3)(A)(ii) and (iv).  Accordingly, the Motion is GRANTED; and it is hereby

ORDERED that the Subpoena issued to Rahul Srinivasan be and is QUASHED.

Entered this _____ day of August, 2024.