UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | No. 1:23-cv-00108-LMB-JFA |

**NON-PARTY CHRISTOPHER LASALA'S MOTION TO QUASH
PLAINTIFFS' TRIAL SUBPOENA AND MOTION FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that non-party Christopher LaSala moves to quash Plaintiffs' trial subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3) and for a protective order preventing Plaintiffs from seeking to compel his testimony at trial pursuant to Federal Rule of Civil Procedure 26(c). The grounds for this motion are set forth in an accompanying memorandum of law. A proposed order is attached.

Dated: August 23, 2024      Respectfully submitted

                */s/ Andrew George*

                Andrew T. George (Va. Bar No. 88389)
                BOURELLY, GEORGE + BRODEY PLLC
                1050 30th Street, NW
                Washington, DC 20007
                Tel.: 202-341-8805
                Fax: 703-465-8104
                andrew.george@bgblawyers.com

                */s/ Michael Tremonte*

                Michael Tremonte (*pro hac vice* pending)
                Anna Estevao (*pro hac vice* pending)
                SHER TREMONTE LLP
                90 Broad Street, 23rd Floor
                New York, NY 10004
                Tel: 212.202.2600
                Fax: 212.202.4156
                mtremonte@shertremonte.com

                *Counsel for Nonparty Christopher LaSala*