UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Upon consideration of non-party Christopher LaSala's Motion to Quash Plaintiffs' Trial Subpoena and Motion for a Protective Order, and pursuant the standards set forth in Federal Rules of Civil Procedure 26(c) and 45(d)(3), it is hereby

ORDERED that Mr. LaSala's motion to quash is GRANTED; and it is further

ORDERED that, for good cause shown, Mr. LaSala's motion for a protective order is GRANTED; and it is further

ORDERED that Plaintiffs may not seek to compel Mr. LaSala to testify in the upcoming bench trial in the above-captioned case.

ENTERED this ____ day of _____ 2024.


Alexandria, Virginia                                                    _____