# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | No. 1:23-cv-00108-LMB-JFA |

**NON-PARTY CHRISTOPHER LASALA'S AFFIDAVIT IN SUPPORT OF MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENA AND FOR A PROTECTIVE ORDER**

  I, Christopher LaSala, swear under penalties of perjury, pursuant to Title 28 U.S.C. § 1746, that the following is true and correct:

  1. I am not a party in the above-captioned case, and I make this Affirmation in support of a Motion to Quash Plaintiffs' Trial Subpoena and for a Protective Order.

  2. I reside in Connecticut.

  3. I left my employment at Google to become a full-time professor at Columbia Business School in or around January 2022.

  4. I am a full-time professor at Columbia Business School in New York, New York, where I teach graduate level courses for students seeking their Masters in Business Administration.

  **PROFESSIONAL COMMITMENTS DURING THE FALL 2024 SEMESTER**

  5. I teach two sections of "Product Management," an introductory course teaching students about the product development cycle.[1]

---

[1]  *See* "Product Management," *Columbia Business School* (last accessed Aug. 23, 2024), https://courses.business.columbia.edu/B8636 (stating classes scheduled for Fall 2024; Tuesdays

1

6. I also teach "Digital Product Management Lab," an experiential course teaching students how to use product management best practices through simulation.[2] This course is the "Capstone" course for students completing Columbia Business School's Product Management pathway.[3]

7. The Fall 2024 semester is scheduled to begin on September 3, 2024, and approximately 160 students have enrolled in my three courses.

8. On days I am not teaching in the classroom, I spend significant time preparing course materials for the upcoming week, holding office hours with students, and providing feedback to students on their various projects.

9. My responsibilities as a Columbia faculty member extend beyond demands related to my own courses.

10. I also serve as the Elective Course Coordinator for the Product Management program, where I am responsible for coordinating several adjunct professors in delivery of the product management course.

11. Additionally, this fall, I am responsible for launching Product Executives in Residence at Columbia,[4] a program through which experienced product leaders will guest lecture, mentor students, and aid in curriculum development. The program is a new effort by Columbia, for

---

and Thursdays); "Product Management," *Columbia Business School* (last accessed Aug. 23, 2024), https://courses.business.columbia.edu/B7636 (stating classes scheduled for Fall 2024; Fridays and Saturdays).

[2]   *See* "Digital Product Management Lab," *Columbia Business School* (last accessed Aug. 23, 2024), https://courses.business.columbia.edu/B8632 (stating classes scheduled for Fall 2024; Tuesdays and Thursdays).

[3]   "Product Management," *Columbia Business School* (last accessed Aug 23, 2024), Curriculum Pathways - Prod Mgmt.pdf (columbia.edu).

[4]   "Product Executive in Residence (pEIRs)," *Columbia Business School* (last accessed Aug. 23, 2024), Product Executives in Residence (pEIRs) | Columbia Business School.

which there is no extant infrastructure, and will require supervision and coordination with students and the Columbia Business School administration.

12. I also serve as the faculty advisor to a student-run technology club and on the faculty advisory board for the Columbia Business School Digital Future Initiative.  And as a member of the Communications Committee for Columbia Business School Marketing Division, I am responsible for informing faculty about relevant research publications.  These faculty responsibilities, collectively, require additional time investment.

13. Independent of my faculty role at Columbia Business School, I advise four companies. For two of these companies, equity contracts obligate me to invest time as an advisor.

## INOLVEMENT IN THE LITIGATION

14. I previously was deposed three times, across four days, in connection with the above-captioned litigation.

15. I spent a total of approximately twenty (20) hours preparing for these depositions.

16. I was first deposed on October 20, 2020, remotely, for approximately nine hours, from around 10 a.m. to around 7 p.m. after receiving a Civil Investigative Demand.

17. I was next deposed in-person, over the course of two days, on August 16, 2023 for approximately ten hours, from around 7 a.m. to around 5 p.m., and on August 17, 2023 for approximately seven hours, from around 7 a.m. to around 2 p.m.

18. I was deposed a third time on November 7, 2023 for an additional approximate six-and-a-half hours, from around 9 a.m. to around 3:30 p.m.

19. The 2023 depositions were all video recorded.

20. I was not compensated for any of my time preparing for or attending these depositions.

21. My attorneys prepared this affidavit, and I reviewed it for accuracy at their request.

DATED:    Fairfield, Connecticut
August 22, 2022

_____
CHRISTOPHER LASALA