UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Wednesday, September 4, 2024, at 10:00 a.m., or as soon as counsel may be heard, nonparty Christopher LaSala, by counsel, will present argument in support of his Motion to Quash [Dkt. 1226].

Dated: August 23, 2024

Respectfully submitted

*/s/ Andrew George*

Andrew T. George (Va. Bar No. 88389)
BOURELLY, GEORGE + BRODEY PLLC
1050 30th Street, NW
Washington, DC 20007
Tel.: 202-341-8805
Fax: 703-465-8104
andrew.george@bgblawyers.com

*/s/ Michael Tremonte*

Michael Tremonte (*pro hac vice* pending)
Anna Estevao (*pro hac vice* pending)

1

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: 212.202.2600
Fax: 212.202.4156
mtremonte@shertremonte.com

*Counsel for Nonparty Christopher LaSala*