# EXHIBIT N
# (Redacted)

HIGHLY CONFIDENTIAL

Page 1

H I G H L Y   C O N F I D E N T I A L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
-------------------------------x
UNITED STATES, et al.,

          Plaintiffs,

    vs.                   Case No.
                         1:23-cv-000108

GOOGLE LLC,

          Defendant.
-------------------------------x

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF BENNEASER JOHN
New York, New York
Friday, September 8, 2023
9:17 a.m.

Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 6082515

HIGHLY CONFIDENTIAL

Page 157

1      JOHN - HIGHLY CONFIDENTIAL
2   strategy of what is the product features and
3   comparative analysis and how should we
4   position our product to the market and
5   customers.
6       Q.   Is it fair to say that this
7   document was created in the regular course of
8   Xandr's business?
9       A.   It's one of the documents that we
10  create to explain our products to the field
11  and customers, correct.
12
13
14
15
16
17
18
19
20
21      Q.   I just mean, did Xandr store this
22  document in the regular course of its
23  business?
24      A.   Oh, yeah.
25      Q.   And it's fair to say this document

1          JOHN - HIGHLY CONFIDENTIAL
2     would be created by someone who's
3     knowledgeable about Xandr's ad server and its
4     competitors; is that right?
5          A.   It look like it, yes.
6          Q.   Okay.  Let me ask you to start
7     with the -- there's a box on the left that
8     says "Target Customer."
9          A.   Yes.
10         Q.   And then on the right there's -- it
11    says, "Omnichannel Publishers" and there's
12    some bullets under that; do you see that?
13         A.   Yes.
14         Q.   The fourth bullet reads, primary
15    geographical target is EMEA with limited
16    opportunities in US and APAC."  Do you see
17    that?
18         A.   Yes.
19         Q.   EMEA, is that Europe, the Middle
20    East and Africa?
21         A.   That is correct.
22         Q.   And APAC I think is Asia; is that
23    right?
24         A.   That is correct.
25         Q.   Why does this document say that the

HIGHLY CONFIDENTIAL

Page 159

1       JOHN - HIGHLY CONFIDENTIAL
2     Xandr Publisher ad server's primary
3     geographical target is EMEA?
4         A.    We try to -- we always build a
5     product to go globally, and we've been trying
6     to penetrate the US market with no success
7     for the last several years; but European
8     market is a bit attractive, and they are very
9     open to work with an open ecosystem like
10    Microsoft and Xandr.  And because of the
11    response from European customers, we wanted
12    to devote our resources to where there are
13    more opportunities than US.
14        Q.    Why did you say that Xandr's
15    Publisher ad server has been trying to
16    penetrate the US market with no success for
17    several years?
18        A.    Number one is the AdX demand.
19    Number two is migration is very hard.
20    Publishers had to put an effort to migrate.
21    And the primary reason is the demand.  They
22    are worried about losing the Google AdX
23    demand.
24        Q.    I think you said the primary reason
25    that Xandr's Publisher ad server had no

1    JOHN - HIGHLY CONFIDENTIAL
2    publisher, they have their own auto
3    management system, how they manage their
4    inventory, which page and how the prices get
5    sold and whatnot.  And they have different
6    channels of sales, direct sales, programmatic
7    PG and all of those things.  And then, when
8    you look at the pages, there are tags in each
9    of the pages, and each tag has a different
10   settings on float rise and optimization and
11   calling the measurements; so there are so
12   many things that they need to manage and
13   change at the page level.
14          So there are three types of work
15   involved.  One is at the sales level on sales
16   channels and whatnot.  The second one is at
17   the AdX level, how do they operate the
18   inventory and how do they manage the
19   placements and all of that at AdX level.
20          The third one is anything at the
21   tag level or the page level engineering team
22   or ID teams need to change.  So it's like a
23   complete change of the properties to migrate
24   from one ad server to another ad server.
25       Q.   In the past ten years, how many

Page 181

1    JOHN - HIGHLY CONFIDENTIAL
2    major US publishers has Xandr tried to
3    convince to switch from Google for Publisher
4    ad serving to Xandr for publisher ad serving,
5    for display?
6        A.   Multiple.  And from a product
7    feature perspective, we meet the requirements
8    of all of RFPs and customers, but then when
9    it comes to the either the both the migration
10   cost and the loss of demand, customers back
11   off.
12       Q.   Can you list specific publishers,
13   US publishers?

[redacted]

17       Q.   If the competition between Google
18   and Xandr for publisher ad serving was just
19   about product features, how easy or difficult
20   would that competition be?
21            MS. DUNN:  Objection, form.
22       A.   Based on the knowledge that I have
23   about Google's ad server, and based on what I
24   hear from the customers, based on the RFPs,
25   we go ahead and answer.  But from a product