# EXHIBIT O
# (Redacted)

LEXITAS™

16

1  for Google is a hard kind of all -- all in
2  the records.  They didn't have access to
3  Google AdX.  So Google AdX is the SSP of
4  Google, which owns a very significant
5  market shares and this AdExchange or Google
6  AdX wasn't at that time and still not fully
7  available with ad server.
8            So when you work with a rival ad
9  server, such as Equativ, you accept to --
10 not to have access to a significant part of
11 the market and of the ad spend.
12           So this is all the expense going
13 to Google AdX.  Google AdX has a market
14 share, which is estimated about 50 percent.
15 So we cause a very significant impact on
16 the publishers' revenues.  There is the
17 main reasons.
18    Q    Okay.  In the past 5 years, has
19 Equativ tried to convince large U.S. media
20 publishers to switch from DFP to Equativ's
21 publisher ad server?
22           MR. JUSTUS:  Objection.  Form.
23    A    In 2018, we launched, I would
24 say -- (undecipherable) -- which was called
25 Google Replacement Program.

17

1  So the goal was to replace
2  Google DFP with Google Ad Manager at scale
3  on the ad server side.
4  So we invested a lot in terms of
5  resources, especially in the U.S., to
6  convince publishers to move from Google to
7  Equativ.
8  At that time, we hired a sole
9  strategy advisor.  His name is Greg Carman.
10  He's the former president of --
11  (undecipherable) -- in Brazil.  So very
12  well-known and close to large publishers.
13  And with others resources, we
14  pitched many large publishers in the U.S.

18  Tier 1 publishers in the U.S.
19  So we had more than 25 shots and

22  in the demonstration, in the test we
23  performed with the publishers.
24  Each time this was a no-go.  For
25  one reason, it was never about product

1  pictures.  It was never about level of

2  service, which are considered by our

3  clients as much better than the one of

4  Google.

5           But it was always for two

6  reasons.  Number one, switching cost.

7  Google makes it very -- (undecipherable) --

8  actually to switch from their solution to

9  other solutions.

10          And number two is the fear of

11  losing revenues since the fear not to have

12  access to a Google Demand.

13          So first to Google AdX.  Google

14  AdX is not available with the rival ad

15  servers, except with a workaround, which is

16  very imperfect, which is called AdX

17  Mediation.  It's totally imperfect and it's

18  not working the same way with other SSPs

19  how integrated with publishers.

20          And second is the fact that a

21  large part of Google demands, so from DSPs

22  and Google Ads and DV360 is not accessible

23  the same way by other SSPs.

24          So if a publisher switched to a

25  rival ad server, he accepts actually to

```
                                                            19
 1    lose a significant part of its digital
 2    advertising revenues.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16         Q    One of the things you mentioned
17    was switching costs, meaning the cost of
18    switching publisher ad servers.
19              Can you explain what those
20    switching costs are?
21              MR. JUSTUS:  Objection.  Form.
22         A    So the migration costs are
23    linked to the complexity of the integration
24    of the Google AdServer on the website of
25    the publisher.
```

26

11   Q   Overall, in terms of just the
12   product, which publisher ad server is
13   better in your opinion, Equativ's or
14   Google's, or are they equal?
15          MR. JUSTUS:  Objection.  Form.
16   A   It's difficult to say whether an
17   ad server is better than the other.  They
18   each have their own operating -- their own
19   way of operating.
20          We had never lost any clients on
21   issues of products or functionality, and
22   we've never lost any clients on issues of
23   quality service and support.

28

1  service they provide their clients.
2          But I would say that they
3  provide less customized service and they do
4  not maintain or support certain client
5  behaviors, and I had given the example of
6  the native advertising campaign as an
7  example.
8     Q    Okay.  You said earlier that
9  Google's demand is not fully available to
10 publishers unless publishers use DFP as
11 their publisher ad server.
12         Do you remember that?
13         MR. JUSTUS:  Objection.  Form.
14    A    Indeed, Google's demand,
15 specifically Google's SSP, is not directly
16 accessible via a rival ad server.  That
17 requires a workaround, which is called
18 Google mediation.  That requires a specific
19 investment on the part of rival ad servers.
20         And this still is extremely
21 imperfect in terms of accessing Google's
22 SSP.  It forces the publisher to keep, to
23 maintain two ad serving contracts, one, for
24 example, with Equativ and the other with
25 GAM, Google GFP.

1    Q    I think it's Google Ad Manager,
2  GAM, is that right?
3    A    Yes.  In addition to this, the
4  access to the Google Demand AdExchange is a
5  lot weaker.
6         The Google SSP market share is
7  much lower than what it was when the
8  publisher was working directly with the
9  Google AdServer.
10        And, lastly, this forces the ad
11 server to guarantee a last look system for
12 Google.
13        So in a word, through the other
14 SSPs, the publisher can work with other
15 SSPs, but all of them -- well, none of them
16 will have access to Google's DSP in the
17 same way.
18
19
20
21
22
23
24
25

33

1   without losing substantial amount of
2   revenues.
3         Q    So I think you said something
4   slightly different.
5         A    Yes.  I'm sorry, I meant cannot
6   work without AdX.
7         Q    So a publisher cannot work
8   without AdX without losing a substantial
9   amount of revenues?  Is that what you said?
10        A    Exactly.
11        Q    Okay.  You also said Google's --
12  AdX's position is determined by its
13  self-preferencing.
14             Can you explain what you meant
15  by that?
16        A    In the first stage, the
17  self-preferencing behavior of the ad server
18  does not give access to data to other
19  SSP -- it does not give access to data that
20  the other SSPs don't have access to.
21             An example is that the Google
22  SSP has access to all the auction data from
23  the SSPs, the other SSPs, but the SSPs
24  don't have access to this data.
25             The second point is that Google

35

1         So this is not the result of
2  better functionality, but rather the lack
3  of operability between DV360 and rival
4  SSPs.
5
6
7
8
9
10
11
12
13
14
15
16     Q    So you mentioned that Google's
17  publisher ad server does not share as much
18  auction data with other SSPs as it shares
19  with AdX, is that right?
20          MR. JUSTUS:  Objection.  Form.
21          THE INTERPRETER:  The
22      interpreter would just repeat what she
23      heard in French to make sure that she
24      got it.
25     A    So, exactly.  So the Google

36

1  AdServer has access to the best bid to win
2  and has access to all the auction data of
3  the other SSPs, which allows it to be in
4  the best position in terms of fixing the
5  price for the auction.
6            So Google uses a system which is
7  called Dynamic Allocation which allows it
8  to know all of the data so that it can
9  position itself at the best price.
10           So this allows for a
11  dynamization, which is done through machine
12  learning in order to position itself at the
13  best price and potentially to reduce the
14  fee in order to win the bid.
15
16
17
18
19
20
21
22
23
24
25

62

1        Q     What impact, if any, did
2   Google's Last Look have on competition
3   among exchanges?
4              MR. JUSTUS:  Objection.  Form.
5        A     This gives Google the exact
6   level of the best bid to position itself or
7   not position itself in the competition.
8   And this allows Google to know with great
9   precision whether it's going to win or not.
10  And this allows Google to decide whether
11  it's going to lower its fee to win the
12  auction or not.
13             Overall, this translates into a
14  win rate at the auctions of -- which is
15  much more significant for Google than for
16  all the other SSPs.
17             This allows Google to optimize
18  in a very significant way.  For example,
19  the cost of these infrastructures.
20       Q     Overall, do you view Google's
21  Last Look as being good for competition, or
22  bad for competition, or how do you see it?
23             MR. JUSTUS:  Objection.  Form.
24       A     Given the monopolistic position
25  of Google on the AdServer, this is