# EXHIBIT Q

13

18   Q.   And how long have you
19 personally worked in the ad tech
20 industry?
21   A.   Depending on how you define
22 it, my first project in the ad tech space
23 was, I think, in the year 2000.  I worked
24 for a consulting firm.  And I built my

14

1  first ad server that decided which ads to
2  serve someone.  More or less, I've been
3  in the industry since -- I guess I took
4  one sort of pivot away, from 2001 to
5  2003, give or take, 2002.  I had one job
6  very early in my career that wasn't in ad
7  tech.
8            But besides that -- and then
9  I guess I was at Waybridge for another
10 two years, between 2018 and -- 2019 and
11 2021.
12     Q.   Okay.  So fair to say you've
13 been in the ad tech industry for more
14 than two decades?
15
16
17
18
19
20
21
22
23
24

```
                                                              57
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22         Q.    When was AppNexus founded?
23         A.    September 2007.
24
```

167

1
2
3
4
5
6
7      Q.   And do you think that higher
8   take rate was based on the fact that
9   Google had a superior product?
10            MR. JUSTUS:  Objection to
11        form.
12            THE WITNESS:  Well, of
13        course I didn't think they had a
14        superior product.  But I don't --
15        I can't speculate on why
16        publishers were willing to pay
17        their price versus ours.
18  BY MS. WOOD:
19      Q.   Did you ever have a
20  discussion with publishers about that
21  subject?
22            MR. JUSTUS:  Objection to
23        form.
24            THE WITNESS:  The best way I

168

1  could characterize it is that
2  publishers turned on header
3  bidding because they wanted
4  competition, and they wanted to
5  work with more exchanges than just
6  Google.
7       But there was not a true
8  competitive question.  There
9  wasn't, like, hey, you should turn
10 off AdX in DFP and turn off
11 AppNexus.  We couldn't turn off
12 AdX, and so there was not really a
13 competitive conversation.  It
14 wasn't, you know, do you want to
15 choose us for 10 percent or AdX at
16 20 percent.
17      It was, well, granted, leave
18 AdX on, because it's built on, and
19 we're going to work with you
20 through header bidding.
21
22
23
24