# EXHIBIT R

LEXITAS

```
                                                      20
 1                  M. SHAUGHNESSY
 2   level playing field for Open Auction
 3   advertising transactions?
 4       A.    If there are advantages to AdX,
 5   no.
 6       Q.    And what's your basis for saying
 7   that?
 8       A.    Based on industry expertise,
 9   understanding of the publishing ad stack,
10   conversations with Google employees,
11   conversations with other individuals in the
12   industry.
13       Q.    And how does that uneven playing
14   field impact Kargo?
15       A.    Businesses like Kargo as well as
16   publishers have to build all of their
17   infrastructure and their architecture around
18   the Google ad server and many of the Google
19   products when it comes to display
20   advertising.
21
22
23
24
25
```

```
                                                    36
 1                    M. SHAUGHNESSY
 2    primary reason from when I was a publisher.
 3         Q.    And what's your basis for saying
 4    that Google's publisher ad server is the
 5    dominant publisher ad server today?
 6              MS. MORGAN:  Objection.
 7         A.    Based on companies like Kargo and
 8    others building infrastructure around Google
 9    Ad Manager to build their businesses and
10    drive outcomes.
11         Q.    And what, if any, effect has
12    Google's position as the dominant publisher
13    ad server had on Kargo?
14         A.    It has influenced product and
15    engineering investments, learning and
16    development opportunities for existing
17    employees so that they can manage
18    relationships with our publishers, and it
19    also influences the way that we deliver our
20    campaigns.
21
22
23
24
25
```

```
                                                    38
 1                    M. SHAUGHNESSY
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17        Q.    And what did you mean when you
18   said that Kargo's ability to deliver on
19   campaigns was impacted by Google's position
20   as the dominant publisher ad server?
21        A.    To put it in --
22              MS. MORGAN:  Objection.
23        A.    To put it in layman's terms, when
24   an individual goes to a publisher site to
25   consume content, Google Ad Manager exists on
```

```
                                                    39
 1                    M. SHAUGHNESSY
 2    the page and surfaces the opportunity to
 3    companies like Kargo so we can understand
 4    what the advertising opportunity is.  And to
 5    oversimplify it, we have to respond in a way
 6    that we can deliver within that
 7    infrastructure to make sure that we are
 8    communicating the right creative, in the
 9    right contextual environment, and making sure
10    that we can deliver these campaigns.
11
12
13
14
15
16
17        Q.    What, if any, effect has Google's
18    position as the dominant publisher ad server
19    had on Kargo's ability to innovate?
20              MS. MORGAN:  Objection.
21        A.    We have had to build a lot of our
22    infrastructure and architecture around the
23    Google ad server which, if anyone in this
24    room were to go on a publisher site, there is
25    a high likelihood that Google Ad Manager is
```

```
                                                           60
 1                     M. SHAUGHNESSY
 2         A.    I don't know.
 3         Q.    What is the importance of Google's
 4   GDN demand to publishers?
 5         A.    It's massive.
 6         Q.    What do you mean by saying "it's
 7   massive"?
 8         A.    It is significant to a publisher's
 9   bottom line.
10         Q.    Why is GDN demand significant to a
11   publisher's bottom line?
12         A.    It contributes significantly to
13   their top-line revenues.
14         Q.    And what's your basis for saying
15   that GDN demand is significant to a
16   publisher's bottom line?
17         A.    My experience being a publisher.
18         Q.    What, if any, alternatives do
19   publishers have to the demand available
20   through Google's GDN?
21               MS. MORGAN:  Objection.
22         A.    Publishers have other
23   opportunities.
24         Q.    What other opportunities do they
25   have?
```