# EXHIBIT T

```
                                                      Page 1
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF VIRGINIA
 3   ALEXANDRIA DIVISION
     ------------------------------------------
 4
     UNITED STATES, et al.,
 5
                              Plaintiffs,
 6
              -against-
 7
     GOOGLE LLC,
 8
                              Defendant.
 9
     No: 1:23-cv-00108-LMB-JFA
10   ------------------------------------------
11
                              September 26, 2023
12                            9:03 a.m.
13
14
15
16         DEPOSITION of ANDREW CASALE,
17   taken by Defendant, pursuant to Notice,
18   held at the offices of FENWICK & WEST LLP,
19   902 Broadway, New York, New York before
20   Wayne Hock, a Notary Public of the State
21   of New York.
22
23
24
25   Job No. CS6109029
```

```
                                              Page 129
 1                   A. Casale
 2       know what happens inside of the ad
 3       server, we don't know what happens
 4       inside of the auction.  We simply know
 5       if we win or lose.
 6
 7
 8
 9
10
11       Q.    To your knowledge, does Google's
12   AdX product have the same type of
13   integration with Google's DSP product that
14   you have with Google's DSP product?
15            MS. VISSICHELLI: Objection.
16       Form.
17            THE WITNESS:  We have no way to
18       know, but we don't believe so.
19       Q.    And why do you not believe the
20   integration is the same between AdX and
21   DV360 versus Index and DV360?
22       A.    The two examples that I would
23   cite would be we hear from publishers that
24   they see far more demand from GDN through
25   AdX than through Index.  We don't know
```

Page 130

1           A. Casale
2  why.  We have no way to know why.  And
3  that's been the case since we first
4  integrated GDN, so there was never a
5  change where it's a change, it's just
6  always been the case.
7           And on the DV3, we don't use DSP
8  so we are not a customer to a DSP, but
9  what we hear is there's something that I
10 believe is referred to as Google audiences
11 or something like Google audiences that
12 are not always available through DV3 to be
13 bought anywhere but AdX.  So as a result,
14 if customers use these audience products,
15 the money will move largely to AdX.
16          There may be other examples I'm
17 not aware of, but those would be the two
18 that come to mind.
19      Q.   Do you believe that AdX is the
20 largest ad exchange in the market for open
21 web display simply because AdX offers a
22 better product?
23          MS. VISSICHELLI: Objection.
24    Form.
25          THE WITNESS:  No.