# EXHIBIT U

LEXITAS

18

1
2
3
4             Am I correct in thinking that Kevel's
5    current business model is different from Kevel's
6    original business model?
7        A.   Yes.
8             MS. MORGAN:  Objection to form.
9    BY MS. AGNEW:
10       Q.   What year was Kevel founded?
11       A.   Kevel was -- Kevel was founded in
12   2009/2010.  The LLC was formed in 2009, but we
13   didn't really start operating until 2010.
14       Q.   And what year did Kevel fully pivot to
15   the business model Kevel has today?
16       A.   It was gradual.  As we -- as we changed
17   our business model, we kept customers that were on
18   the old kind of approach, but it was around 2011,
19   2012.
20       Q.   So what was Kevel's original business
21   model that Kevel no longer focuses on?
22       A.   So our -- the very original model was
23   to power vertical ad networks, and then we shifted
24   more towards a display ad server after signing some
25   initial customers.  And then we have now shifted

19

1  toward being a -- you know, the API platform that
2  we are today.
3       Q.   So from 2009 to 2012, what types of
4  publishers did Kevel focus on?
5            MS. MORGAN:  Objection to form.
6            THE WITNESS:  Essentially
7  traditional -- traditional publishers as well as ad
8  networks.
9  BY MS. AGNEW:
10      Q.   And what is a traditional publisher?
11      A.   We view a traditional publisher as
12 somebody who mainly shows programmatic display
13 and -- and it is based around content.  So creating
14 news articles and -- and things like that.
15      Q.   And does Kevel still focus on
16 traditional publishers today?
17      A.   No.
18      Q.   Why doesn't Kevel focus on traditional
19 publishers today?
20      A.   Essentially, we found that we can't --
21 we can't pull a traditional publisher from GAM
22 because of their reliance on the Google Ad
23 Exchange.
24
25

24

1        THE WITNESS:  No.
2   BY MS. AGNEW:
3        Q.   What, if any, impact has the link
4   between GAM and the availability of AdX's
5   programmatic display advertising demand had on
6   competition?
7        MS. MORGAN:  Objection to form.
8        THE WITNESS:  I believe that it's made
9   it very hard for anyone to compete in the
10  programmatic display ad-serving space without
11  having access to AdX and the unique demand that
12  Google brings to AdX.
13  BY MS. AGNEW:
14       Q.   What do mean by "unique demand"?
15       A.   So Google has a certain amount of
16  unique demand of advertisers that are only buying
17  from Google, and then they can push that demand to
18  AdX and not necessarily to other third-party
19  exchanges.
20       Q.   And they do not push it to any
21  third-party publisher ad servers, correct?
22       MS. MORGAN:  Objection.  Form.
23       THE WITNESS:  Correct.  There's --
24  well, there's no integration with AdX and other
25  third-party ad servers.

44

1     A.    Because of the -- the tight integration
2  with AdX and the fact that other ad servers,
3  including Kevel, can't integrate with AdX in the
4  same way that GAM integrates with AdX.
5     Q.    You also refer to other publisher ad
6  servers as going out of business.  Which publisher
7  ad servers have gone out of business in the past
8  five to ten years?
9     A.    The -- I believe the ones I was
10 referring to here were -- OpenX closed their
11 ad-serving product, and they're only now an
12 ad exchange.  OAS, which may have had a different
13 name, which used to be a publisher ad server, had
14 closed down.  And then AppNexus also closed part of
15 their publishing ad server platform.
16    Q.    Do you know why those publisher ad
17 servers have gone out of business?
18          MS. MORGAN:  Objection to form.
19          THE WITNESS:  I can only speculate.
20 BY MS. AGNEW:
21    Q.    To the best of your knowledge, why have
22 those publisher ad servers gone out of business?
23          MS. MORGAN:  Objection to form.
24          THE WITNESS:  Because the majority of
25 publishers choose to work with GAM, largely based

45

1  on the tight integration with AdX.
2  BY MS. AGNEW:
3     Q.  Okay.  Let's turn back to the document.
4  Please go to the first page, to your email towards
5  the bottom, which you sent to Ms. Sluis on
6  April 25th, 2019, at 11:56 a.m.  Please locate the
7  second paragraph in that email and then the last
8  line of the second paragraph.  Do you see that?
9     A.  Yes.
10    Q.  So here, you write, quote:  Most
11 publishers are deathly afraid of getting banned
12 from Google or AdX, so they aren't going to take
13 that risk, close quote.
14
15
16
17
18
19    Q.  Did I read that correctly?
20    A.  Yes.
21    Q.  Why do you think publishers are deathly
22 afraid of Google?
23        MS. MORGAN:  Objection to form.
24        THE WITNESS:  I think they're afraid of
25 being banned because it represents a large part of

48

5    So going back to our discussion from a
6 little earlier, in the past five or ten years,
7 Kevel has been able to convince -- has not been
8 able to convince any major publishers who
9 previously used GAM for programmatic display
10 advertising to switch to Kevel, correct?
11      A.   Correct.
12           MS. MORGAN:  Objection to form.
13 BY MS. AGNEW:
14      Q.   And you said before that Kevel doesn't
15 focus on being the publisher ad server for
16 publishers who want programmatic display
17 advertising; is that correct?
18           MS. MORGAN:  Objection to form.
19           THE WITNESS:  Yes.
20 BY MS. AGNEW:
21      Q.   Is it fair to say that Kevel's pitch to
22 publishers is that publishers should use other
23 types of ads, like native, as opposed to
24 programmatic display on their websites?
25           MS. MORGAN:  Objection to form.