# EXHIBIT V

HIGHLY CONFIDENTIAL

Page 1

1      HIGHLY CONFIDENTIAL
2      IN THE UNITED STATES DISTRICT COURT
3      FOR THE EASTERN DISTRICT OF VIRGINIA
4      Alexandria Division
5      ----------------------------------*
6      UNITED STATES OF AMERICA, et al.,
7                      Plaintiffs,        Case No.:
8           vs.                            1:23-CV-00108
9      GOOGLE LLC,
10                     Defendant.
11     ----------------------------------*
12           STENOGRAPHIC AND VIDEO-RECORDED
13                30(b)(6) DEPOSITION OF
14                    DAVID A. MINKIN
15              Friday, September 22, 2023
16                       9:08 a.m.
17
18
19
20     Stenographically recorded by:
21     Josephine H. Fassett, RPR, CCR
        Job No. CS6080194
22
23
24
25

HIGHLY CONFIDENTIAL

Page 68

1       HIGHLY CONFIDENTIAL - MINKIN
2       A.  Enhanced dynamic allocation allows AdX
3   to compete with direct deals.  The ad server gives
4   what it perceives as some value to that direct
5   impression given where it is in terms of pacing
6   against its guaranteed threshold, and then it is
7   able to -- if it is able to beat that perceived
8   value, then AdX can win the impression and a
9   programmatic ad can serve.  The opportunity is
10  only open to AdX.
11
12
13
14
15
16
17
18
19
20          Why does Dow Jones use GAM as its ad
21  server?
22      A.  Because there's no viable alternative.
23      Q.  What do you mean by a viable
24  alternative?
25      A.  The ad server market, there's

1       HIGHLY CONFIDENTIAL - MINKIN
2    virtually -- or, I should say, extremely few other
3    ad servers available.  And we did an analysis back
4    in 2017 specifically against -- comparing GAM
5    against the AppNexus ad server.  And what we found
6    was, if we wanted to still have the significant
7    revenue that came in via AdX, we had to use GAM.
8    And there was really no meaningful way that we
9    could give that up without harming our business,
10   and so GAM is the only option.
11         Q.   In that 2017 analysis that you performed
12   comparing GAM against AppNexus, are there any
13   reasons other than the revenue coming in via AdX
14   that you concluded that GAM was the better
15   alternative?
16
17
18
19
20         A.   I'm not sure I would say that we
21   concluded GAM was the better alternative, it was
22   the fact that it would be like, you know, being
23   asked to cut off your arm or not.  It was the only
24   alternative was to not cut off your arm.  That
25   dwarfed any other consideration.

Page 187

1      HIGHLY CONFIDENTIAL - MINKIN
2    publisher ad server for web display advertising in
3    terms of most used?

5        A.   That would be Google Ad Manager.
6        Q.   And what's your basis for saying so?
7        A.   One, sort of common knowledge within our
8    industry.  Two, outside our evaluation in 2017
9    there's been no real other ad server to even
10   investigate.
11       Q.   And we touched on this before, but I
12   just want to go back to it.
13            What other options does News Corp have
14   besides Google Ad Manager for use as a publisher
15   ad server for web display advertising?
16       A.   In theory, options could have been at
17   the time what was the AppNexus ad server, which we
18   determined was not viable for revenue reasons.
19   Beyond that, the only other solution I can
20   potentially imagine is building an ad server, but
21   we don't have the engineering jobs or resources to
22   do such a thing.
23       Q.   I believe you stated earlier during the
24   questioning by Google's counsel that you believed
25   there was no viable alternative to using Google Ad

1  HIGHLY CONFIDENTIAL - MINKIN
2  Manager.  Do you recall that?
3  A.  Yes.
4  Q.  Why is there no other viable alternative
5  besides Google Ad Manager?
6  A.  Because in that 2017 analysis -- and
7  continues to be the issue today -- by moving to
8  AppNexus, for instance, now Xandr, you would lose
9  all the unique AdWords demand that comes with
10 Google Ad Manager and only through Google Ad
11 Manager.
12 Q.  Could News Corp use technology provided
13 by Facebook for its publisher ad server?
14 A.  Not that I'm aware of.
15 Q.  Could News Corp use technology provided
16 by Amazon as its publisher ad server?

18 A.  No, not that I'm aware of.
19 Q.  Could News Corp develop its own in-house
20 publisher ad server?
21 A.  Again, in theory, that might be
22 possible, but we don't have the resources or the
23 expertise to do such a thing and we would run up
24 to the same issue we had when we did the AppNexus
25 evaluation, we would lose the unique demand tied