# EXHIBIT W

```
                                                          11
 1                       R. PAULEY
 2    revenue that the publisher makes.
 3
 4
 5
 6
 7
 8
 9
10          Q.   Okay.  For Open Auction display
11    ads, how do Google AdX's take rates compared
12    to the take rates of other exchanges?
13               MS. VISSICHELLI:  Objection to
14          form.
15          A.   They are generally higher,
16    particularly for the Open Auction.
17          Q.   And when you say, "they are
18    generally higher," do you mean AdX's take
19    rates are higher than other exchanges' take
20    rates or the other exchanges' take rates are
21    higher?
22               MS. VISSICHELLI:  Objection to
23          form.
24          A.   AdX's are higher.
25          Q.   Okay.  And do you know, roughly,
```

```
                                                          12
 1                      R. PAULEY
 2    how they compare?
 3         A.    The -- there is a range, as you
 4    might imagine, from other partners, but AdX
 5    takes a 20 percent rev share of the Open
 6    Auction, and others range between anywhere
 7    from 5 to 15 percent.
 8         Q.    Has Vox tried to negotiate for a
 9    lower Open Auction take rate from AdX?
10         A.    We have.
11         Q.    And when Vox has tried to
12    negotiate for a lower Open Auction AdX take
13    rate, what happened?
14         A.    Nothing.  The take rate stayed --
15    the AdX take rate stayed the same.
16
17
18
19         Q.    Did you manage those negotiations?
20         A.    Managed, yeah.
21         Q.    Okay.  Based on your experience
22    and your involvement in managing them, why
23    has Vox not been able to negotiate for a
24    lower take rate for Open Auction from AdX?
25               MS. VISSICHELLI:  Objection to
```

```
                                                        21
 1                      R. PAULEY
 2        Q.    Sure.
 3              How did AdX's share of -- just at
 4   a high level, how did AdX's share of Vox's
 5   programmatic revenue change from before
 6   header bidding was popularized to after
 7   header bidding was popularized?
 8              MS. VISSICHELLI:   Same
 9        objection.
10        A.    I don't have the specific
11   percentages, but, generally, AdX's share
12   decreased as header bidding became more
13   prominent.
14        Q.    And what impact, if any, did UPR
15   have on AdX's share of Vox's programmatic
16   display revenue?
17              MS. VISSICHELLI:   Objection to
18        form.
19        A.    Post-UPR rollout, AdX's share
20   increased.
21        Q.    And do you have a ballpark sense
22   of how big that increase was?
23        A.    If I recall correctly, I think it
24   was around a 10 percent share gain.  So call
25   it 50 percent before to close to 60 percent
```

```
                                                          22
 1                     R. PAULEY
 2   after.
 3       Q.   Okay.  Are you involved either
 4   personally or in a management capacity in Vox
 5   doing, sort of, deals with exchanges?
 6            MS. VISSICHELLI:  Objection to
 7       form.
 8       A.   Yes, through primarily a
 9   management capacity.
10       Q.   And can you describe the deals
11   that Vox would do with -- with an exchange?
12            MS. VISSICHELLI:  Objection to
13       form.
14       A.   We would do a deal outlining
15   different take rates, different rev shares
16   for different deal types for all inventory or
17   different segments of inventory.
18
19
20
21
22
23
24
25
```

```
                                                      67
 1                     R. PAULEY
 2    and direct display as complements or
 3    substitutes?
 4             MS. VISSICHELLI:  Objection to
 5        form.
 6        A.   I view them as complements.
 7        Q.   Why do you view Open Auction
 8    display and direct display as complements?
 9        A.   Again, generally, because the
10    tactics of the advertiser and what they are
11    looking to achieve are slightly different
12    between direct ad sales and Open Auction.
13        Q.   In the context of display
14    advertising, what is Programmatic Guaranteed?
15        A.   It is the ability to sell
16    advertising to a single advertiser, still
17    leverage programmatic and automated buying
18    technology, but delivering it and selling it
19    in a way that resembles direct ad sales in
20    the sense that there is a guaranteed amount
21    of revenue, a guaranteed amount of
22    impressions, a set -- set of start date, end
23    date, things of that nature.
24        Q.   When Vox sells display ads through
25    Programmatic Guaranteed, is a sales force
```

Ryan Pauley - August 23, 2023

```
                                                          68
 1                   R. PAULEY
 2   involved?
 3       A.   Typically, yes.
 4       Q.   How do CPMs for Programmatic
 5   Guaranteed display compare to CPMs for Open
 6   Auction display?
 7       A.   Generally, they are meaningfully
 8   higher.  CPMs are meaningfully higher for
 9   Programmatic Guaranteed than they are for
10   Open Auction.
11       Q.   And ballpark or on average, for
12   Vox, what are the kinds of CPMs that Vox sees
13   for Programmatic Guaranteed display?
14       A.   They are generally in the 8 to $15
15   range, I'd say.
16       Q.   Do you view Programmatic
17   Guaranteed and Open Auction display as
18   complements or substitutes?
19            MS. VISSICHELLI:  Objection to
20       form.
21       A.   Complements.
22       Q.   Why do you view Programmatic
23   Guaranteed display as a complement to Open
24   Auction display?
25       A.   Largely because Programmatic
```

Ryan Pauley - August 23, 2023

69

1            R. PAULEY

2   Guaranteed generally resembles, as I

3   mentioned, direct ad sales in the sense that

4   the tactics are generally more

5   brand-advertising oriented, similar to direct

6   ad sales.

7       Q.   If take rates for Open Auction

8   display ads were to increase by 10 percent,

9   would Vox shift a significant number of ads

10   from Open Auction display to Programmatic

11   Guaranteed display?

12         MS. VISSICHELLI:  Objection to

13     form.

14       A.   We may try.  Though, in the

15   hypothetical scenario, I think -- I don't

16   think we would have much success.

17       Q.   And why is that?

18       A.   Because the -- again, the

19   difference in price between Open Auction and

20   Programmatic Guaranteed is relatively wide

21   and the intention of the advertiser in those

22   two forums tend to be different between

23   performance advertising in the Open Auction

24   and brand advertising in direct ad sales and

25   Programmatic Guaranteed.