# EXHIBIT 11



**U.S. Department of Justice**

Antitrust Division

---

Aaron D. Hoag  
(202) 307-6153  
(202) 616-8544 *fax*  
*aaron.hoag@usdoj.gov*

*Networks & Technology Enforcement Section*  
*Liberty Square Building*  
*450 Fifth Street NW, Suite 7100*  
*Washington, DC 20530*

June 27, 2011

<u>Via Electronic Mail</u>

David I. Gelfand, Esq.  
Cleary Gottlieb Steen & Hamilton LLP  
2000 Pennsylvania Avenue, NW  
Washington, DC 20006  
dgelfand@cgsh.com

Re: <u>Proposed Acquisition of AdMeld Inc. by Google, Inc.</u>

Dear Dave:

    The Antitrust Division has initiated a preliminary investigation into the proposed acquisition of AdMeld Inc. ("AdMeld') by your client, Google, Inc. ("Google"). In connection with this investigation, we request that Google voluntarily provide the following information:

1. A list and detailed description of products and services provided by Google that are related to online display advertising or for which AdMeld provides a similar or substitute product or service;

2. For each product or service identified in response to No. 1, Google's total U.S. revenue (stated separately for 2010 and 2011 year-to-date);

3. For each product or service identified in response to No. 1, estimated U.S. market shares;

4. For each product or service identified in response to No. 1, names, addresses and appropriate contact persons (including telephone numbers) for each of Google's 25 largest U.S. customers (based on 2010 revenue);

5. For each product or service identified in response to No. 1, a list of competing products or services, including the names of companies providing such competing products or services and their estimated U.S. market shares;

1

CONFIDENTIAL GOOG-DOJ-21029775

6. Documents sufficient to show the typical types of contract and fee arrangements related to each product or service identified in response to No. 1;

7. A description of Google's efforts to create new products or services that would be similar to AdMeld's products or services;

8. All plans, studies, forecasts, analyses and reports relating to the planned acquisition including, but not limited to, any post-acquisition business or strategic plans, efficiencies, synergies, integration plans, or forecasts and any documents discussing the relationship of the products and services offered by Google and those offered by AdMeld, including any analysis of market structure or market shares;

9. A copy of all presentations to management committees, executive committees, and board of directors (including any board committees) relating to each product or service identified in response to No. 1 (for 2010 and 2011 year-to-date); and

10. Any other information you believe would help the Division to understand the competitive implications of the proposed transaction.

Google's prompt production of the requested information should help clarify the competitive issues and expedite our review of the proposed transaction. We hope that Google will produce it as soon as possible, preferably on a rolling basis. Please contact me to discuss the format of electronic production before preparing any documents responsive to this voluntary request.

This is a request for a voluntary production of information and does not constitute a Request for Additional Information or Documentary Material pursuant to Section 7A of the Clayton Act and the rules promulgated thereunder. Accordingly, we will treat confidential information produced by Google in accordance with the Division's standard confidentiality policy applicable to voluntarily produced information.

Please contact me at (202) 307-6153 if you have any questions. We appreciate Google's cooperation in our investigation.

Sincerely,

Aaron D. Hoag

CONFIDENTIAL

GOOG-DOJ-21029776