# EXHIBIT 12

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 52: Google's Publisher Ad Server Share Including Selected In-House Ad Servers, by Approximate U.S. Ad Spending, 2019-2022**



**Sources:** Data from Google, Meta, Pinterest, Snapchat, and TikTok. See Section X.A in the appendix for a complete list of sources.