# EXHIBIT 13

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 53: Google's Share Among Publisher Ad Servers for All U.S. Display Advertising, 2019-2022**



**Sources:** GOOG-AT-MDL-DATA-000482008 to -2531 (DFP RFP 243 data), GOOG-AT-MDL-DATA-000066537 to -482007, GOOG-AT-MDL-DATA-000508827 to -58886, and GOOG-AT-MDL-DATA-000561536 to -4882 (AdX RFP 243 data), GOOG-AT-MDL-DATA-000482532 to -6515 (AdSense RFP 243 data), GOOG-AT-MDL-DATA-000486626 to -8277 (Google Ads RFP 243 data), GOOG-AT-MDL-DATA-000561263 to -420 (DV360 XBridge data), GOOG-AT-MDL-DATA-000561031 to -262 (Google XPP-M data), and GOOG-AT-DOJ-DATA-000066787 (eMarketer)
**Notes:** The Google products included in the numerator of the share calculation are DFP, AdSense, AdMob, YouTube, and other Google O&O display.