# EXHIBIT 14

**Yield Management mission statement**
Scott Spencer, Jonathan Bellack

**Vision**

Give publishers a platform (technology and services) they need to make the most money from their <u>non-guaranteed and indirect sales relationships</u> with the least operational hassle.

Build upon the technological based of Google's industry-leading publisher platform (DFP) to provide unique efficiencies and features that provide visibility into both direct and indirect sales.

Use one of the industry's most efficient marketplace for display ads (AdX) to boost yield and create new opportunities for publishers.

At the end of our build, we will have a complete Yield Management solution that will be both a seamless part of DFP, as well as available as a stand-alone product offering for non-DFP publishers. Real-time auction, real-time bidding, dynamic allocation, and managed network support (e.g., private ad slots & similar features) will be fully integrated into this YM solution.

In the short term, we will aggressively build out AdX with additional yield management functionality and an expanded services layer to meet customer needs.

**Segmentation**

|  | **Head (top thousand publishers)** | **Torso (thousands of publishers)** | **Tail (2mm+ publishers)** |
|---|---|---|---|
| **Non-DFP** | Full-service stand-alone Yield Manager | Self-service stand-alone Yield Manager | AdSense |
| **DFP** | Full-service Yield Management module in DFP | Self-service Yield Management module in DFP Small business | N/A |

Note: Numbers represent global numbers of publishers.

**Positioning statements**

Google will have an offering applicable for all publishers.

**Head**: Our Yield Manager provides a complete *full-service* solution for managing your non-guaranteed, indirect, and network relationships. This solution provides multiple ways to structure these relationships including real-time auctions (with RTB), private ad units, and direct

PTX1352
1:23-cv-00108

CONFIDENTIAL

GOOG-AT-MDL-B-005171156

relationships with advertisers and networks. Our **consulting and services team** can help you make the most money with the least operational hassle.

- **Non-DFP Head:** Our 3rd-party dynamic allocation API integrates seamlessly with any ad server.
- **DFP Premium:** A Total Revenue Management solution that lets you manage all your digital ads from a single technology. **Dynamic allocation** ensures you get the most revenue for every ad impression, and **unified reporting** gives you a complete picture of your ad revenues across every demand channel.

**Torso:** Our Yield Manager provides a complete *self-service* solution for working with multiple networks and other types of indirect buyers. This solution provides multiple ways to manage these relationships including real-time auctions (with RTB), private ad units, and direct network relationships.

- **Non-DFP Torso:** You can put our Yield Manager tags directly on your site, or our 3rd-party dynamic allocation API integrates seamlessly with any ad server.
- **DFP Small Business:** A complete solution that makes it easy to make more money from *all* the ways you sell ads, direct and indirect. **Dynamic allocation** ensures you get the most revenue for every ad impression, and **unified reporting** gives you a complete picture of your ad revenues across every demand channel.

**Tail:** Trust your site's inventory to AdSense, the world's No. 1 network for publisher satisfaction, size and reach of quality text, display and mobile inventory.

### Short-term implementation (now - 2011)

Expand AdX with more yield manager components, focused on features that can be launched to the market no later than Q2 2011. Services will build out yield management capabilities as quickly as possible. This will improve our short-term market position and help win more volume to AdX.

### Long-term implementation (2011+)

Build a robust Yield Management solution based on XFP technology that can be operated as either a free-standing Yield Manager or a fully integrated module of DFP. Make interim releases as quickly as possible for DFP Small Business and upgraded DFPs throughout 2011, with a full commercial launch (including stand-alone Yield Manager) by the end of 2011.

### Next steps

- Jonathan and Scott will hire a single PM leader (SPM or higher) to lead the overall Yield Management effort across all teams.
- Continue to staff yield management services teams (consulting and operations) ASAP.
- Marketing to rapidly assemble a short-term plan to get into market in support of this new approach. (Already under way with Jon Nevitt and Deeps for draft delivery before Thanksgiving.)

- Split the AdX commercialization team into buy-side and sell-side teams.
- Recharter the AdX sell-side commercialization team as the nucleus of a new Yield Management commercialization effort consisting of AdX, DFP, and AdSense team members that will be responsible for both short-term (AdX) and long-term (YM) execution. This team will be responsible for resolving remaining unanswered questions such as
    - Branding (AdX, DFP, Yield Management, etc)
    - Pricing (revshare, CPM fee, service fees, etc)
    - Legal (contracting, data ownership, etc)
    - Services model / cross-team issues
    - Etc.
- First commercialization meeting should be before end of November with draft plans in place by end of year. Executives should assign delegates to this as the operating team for Yield Management, not a steering group.

CONFIDENTIAL

GOOG-AT-MDL-B-005171158