# EXHIBIT 16

Message
───────────────────────────────────────────────────────────

**From:**        Marta Martinez [martinezmarta@google.com]
**Sent:**        12/14/2018 8:48:51 PM
**To:**          APMG [ap-mg@google.com]
**Subject:**     Fwd: [Amg] Fwd: Google Q4 Synthesis Report follow up
**Attachments:** Google Q4 Synthesis Final.pptx

Team,

Attached below is the AdPerceptions Competitive analysis that I mentioned during our meeting.   What stands up for me is:

- Tube's scores are going up compared to TV centric players  (pag 12 -14)
- Google Display Network scores as a "Must Buy" (pag 20)
- Amazon and Google Display Network score when it comes to  "Value for Money" (pag 24)
- Amazon taking on A LOT of ground, trending as the most preferred DSP (pag 41)
- TTD perception continues to grow consistently since 2016 (pag 41)

Good input to inform our strategies and narratives.

Marta


---------- Forwarded message ---------
From: **Ryan Vauk** <ryanvauk@google.com>
Date: Fri, Dec 7, 2018 at 8:52 PM
Subject: [Amg] Fwd: Google Q4 Synthesis Report follow up
To: amg <amg@google.com>
CC: Carlos Araujo <carlosa@google.com>, Chris Pollak <cpollak@google.com>


AMG: Attached below is the data pack Advertiser Perceptions shared with us on Tuesday.
Feel free to let Chris or me know if you have any feedback, or have additional questions you'd like them to address.

---------- Forwarded message ---------
From: **Dave Steinberger** <dave.steinberger@advertiserperceptions.com>
Date: Fri, Dec 7, 2018 at 11:38 AM
Subject: Google Q4 Synthesis Report follow up
To: Ryan Vauk <ryanvauk@google.com>
Cc: Allan Thygesen <allant@google.com>, Carlos Araujo <carlosa@google.com>, Kevin Mannion <kevin.mannion@advertiserperceptions.com>, Randy Cohen <randy.cohen@advertiserperceptions.com>, Barbara Leung <barbara.leung@advertiserperceptions.com>


Hi Ryan,

During the good discussion that accompanied Kevin's presentation of our synthesized analysis, there were several key topics that surfaced:

HIGHLY CONFIDENTIAL                                                            GOOG-DOJ-AT-00825747

- Competitive factors, including Facebook's challenges, Amazon's rapid progress as a 'must buy', The Trade Desk's momentum with marketers and Pandora's rise as digital audio enters the home.

- Delve into vertical analyses to better understand specific sectors of strength and challenges for Google, Amazon and the competitive set.

- Broadly study how advertisers are funding their Amazon spend – whether it's with the DSP, Search-like offerings on the commerce platform, or otherwise. It's still early but the directional findings are worthy of attention.

- Explore scaled communication initiatives to improve coverage with advertisers and marketers

The full deck we presented on Tuesday is attached. As follow up, we will look into the DSP ratings broken out by Amazon's endemic and non-endemic verticals. We will also work with Chris on the upcoming Omnibus questions and will look to arrange time with Sean Downey to share the results from the latest DSP research. Please let us know if there are any additional action items that have surfaced from the meeting.


Best,
Dave




--
**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!! Twitter  LinkedIn  Facebook
**Your opinion is valuable. Join our panel!**



--


- **Ryan Vauk**
- **Director, Americas GTM Operations**
  ryanvauk@google.com
  973.342.4035
- ABP:
lstegman@google.com


--
You received this message because you are subscribed to the Google Groups "AMG" group.
To unsubscribe from this group and stop receiving emails from it, send an email to amg+unsubscribe@google.com.
To post to this group, send email to amg@google.com.
Visit this group at https://groups.google.com/a/google.com/group/amg/.
For more options, visit https://groups.google.com/a/google.com/d/optout.
--

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00825748

| Tara Walpert Levy \|\| | Vice President, Google \|\| | taralevy@google.com \|\| | 9176968191 |

--
You received this message because you are subscribed to the Google Groups "AAMT" group.
To post to this group, send email to aamt@google.com.
Visit this group at https://groups.google.com/a/google.com/group/aamt/.
To view this discussion on the web visit
https://groups.google.com/a/google.com/d/msgid/aamt/CAE2ifdzi9nzERKkOuxPBSmDj3oP8kdbJcCaO2Sb5Z
a9A%3DRgvUQ%40mail.gmail.com.


--

| Marta Martinez \| Director, Agency Platforms | \| martinezmarta | @google.com \|\| | Google LLC |

--
You received this message because you are subscribed to the Google Groups "APMG" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ap-
mg+unsubscribe@google.com.
To post to this group, send email to ap-mg@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ap-mg/CAPJ0LA-
%2BgcvLEBMFBG%2BM9sQ6NgbXb_-VZrOGU-GVw06uuznpDQ%40mail.gmail.com.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825749



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825750







## Sources* for reports informing our Google analysis

**General Market**

UpFronts/NewFront

Digital media brands

Programmatic: DSP

Programmatic: SSP

Trust & privacy

Personal vs professional

1. **Advertiser Intelligence Reports**
   - Fielded biannually, primary focus here: July 2018
   - 2000+ mid-level to large advertisers (agency/marketer)

2. **Upfront/Newfront Season Impact Report**
   - Fielded annually directly following Upfront/Newfront presentations, focus here: May/June 2018
   - 425 advertisers & marketers involved in spending decisions for TV/digital/mobile video

3. **Programmatic Intelligence Reports (DSP & SSP)**
   - Fielded biannually, primary focus here: July and August 2018
   - DSP Report: 400+ mid-level to large advertisers (agency/marketer)
   - SSP Report: 150+ publisher sales and operations professionals

4. **Omnibus**
   - Fielded every other month
   - ~300 mid-level to large advertisers (agency/marketer)

*US-only

**Advertiser Perceptions** 4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825753





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825755



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825756





Q1, Q30

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825758



Q16a1, Q16a2

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825759



Q3b1/Q3c1

HIGHLY CONFIDENTIAL



In their own words: TV-quality programming, uniquely valuable, polished presentation

*Google/YouTube **is reinventing itself with a huge shift from mobile screens to TV screens featuring high quality, premium content**. This is a huge breakthrough that the other brands are not able to do yet.*
*- Agency Consultant*

*What they offered at that presentation was **very modern and different from other presentations** delivered during the conference.*
*- Advertiser, VP*

*Had the **best overall analysis & speakers that showed why they are the best** at what they do.*
*- Advertiser, Director*

*The presentation was **informative, easy to follow**, and contained an **abundance of useful information**.*
*- Agency, Supervisor*

General Market
UpFronts/NewFront
Digital media brands
Programmatic: DSP
Programmatic: SSP
Trust & privacy
Personal vs professional

Source: 2018 Upfront/Newfronts Season Impact Report
Fielded: May/June 2018
Respondents: 426

Q. What was the best thing they did that others did not do or did not do as well?
Base: Most Impactful Upfront Presentation

Advertiser Perceptions 12

Q3c2

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825761



Q8

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825762



Q8



QYT4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825764



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825765



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825766



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825767



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825768



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825769





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825771

## YT, Amazon, GDN surge past FB in composition, similar story in reach. Amazon gains across the board

Percent Rating Media Brands 8-10 on a 10-Point Scale

| | Audience (net) | | Audience Composition | | Audience Reach | | Audience Engagement | |
|---|---|---|---|---|---|---|---|---|
| General Market | | | | | | | | |
| UpFronts/NewFront | YouTube | 50% ▲+7 | YouTube | 54% ▲+10 | Amazon | 56% ▲+7 | YouTube | 45% |
| Digital media brands | Amazon | 49% ▲+6 | Amazon | 51% ▲+7 | Google Display Network | 53% ▲+5 | Instagram | 43% |
| Programmatic: DSP | Facebook | 46% | Google Display Network | 50% ▲+6 | Facebook | 49% | Twitter | 42% |
| Programmatic: SSP | Google Display Network | 46% | Facebook | 49% | YouTube | 49% ▲+7 | Facebook | 41% |
| Trust & privacy | Twitter | 44% ▲ | Twitter | 46% ▲+7 | Twitter | 43% | Amazon | 40% ▲+5 |
| Personal vs professional | Instagram | 40% ▲ | Instagram | 39% | Instagram | 37% ▲+6 | Snapchat | 37% |
| | Snapchat | 37% | Snapchat | 38% | Snapchat | 37% | Google Display Network | 37% |
| | Oath O&O | 35% | Oath O&O | 33% | Oath O&O | 35% | Oath O&O | 35% |

Source: Advertiser Intelligence
Report W28
Fielded: June/July 2018
Respondents: 2,000+

Q: How well do these brands rate on the following criteria? Audience (net), Audience Reach, Audience Composition, and Audience Engagement.
Base: Digital Respondents Considering Media Brand
Arrows: Above A/B W20 by 5+ points is GREEN. Below A/B W20 by 5+ points is RED

**Advertiser Perceptions** 23

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825772

# Value Story is stable, but AMZN, GDN have caught YT & FB in "Value for Money"

General Market

UpFronts/NewFront

Digital media brands

Programmatic: DSP

Programmatic: SSP

Trust & privacy

Personal vs professional

Percent Rating Media Brands 8-10 on a 10-Point Scale

| Value (net) | | Cost/Price | | Value for Money | | Ad Results | |
|---|---|---|---|---|---|---|---|
| Google Display Network | 42% | YouTube | 40% | Amazon | 41% ▲+5 | Google Display Network | 49% |
| YouTube | 40% | Facebook | 39% | Google Display Network | 40% ▲+5 | Amazon | 41% |
| Facebook | 39% | Google Display Network | 39% | YouTube | 40% | YouTube | 40% |
| Amazon | 38% | Twitter | 36% | Facebook | 39% | Facebook | 40% |
| Twitter | 35% | Instagram | 35% | Twitter | 34% | Twitter | 36% |
| Oath O&O | 34% | Oath O&O | 35% | Instagram | 33% | Oath O&O | 33% |
| Instagram | 33% | Amazon | 33% | Oath O&O | 33% | Instagram | 30% ▲+5 |
| Snapchat | 29% | Snapchat | 27% | Snapchat | 28% | Snapchat | 30% |

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents: 2,000+

Q: How well do these brands rate on the following criteria? Audience (net), Audience Reach, Audience Connection, and Audience Engagement.
Base: Digital Respondents Considering Media Brand
Arrows Above A/R W28 by 5+ points is [SIG'T]. Below A/R W28 by 5+ points is RED

**Advertiser Perceptions** 24

GOOG-DOJ-AT-00825773



The AIR Score: Metric synthesizing critical buying & perception data

General Market
UpFronts/NewFront.
**Digital media brands**
Programmatic: DSP
Programmatic: SSP
Trust & privacy
Personal vs professional

1. Buying intention

2. Must buy

3. Must buy & increasing spend

4. Must buy & decreasing spend

5. Audience Story

6. Value Story

Source: Advertiser Intelligence
Report W20
Fielded June/July 2019
Respondents: 2,000+

**Advertiser Perceptions** 25

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825774

## Google and FB brands dominate top 5 positions in total AIR Score

| | AIR Score Rnk | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| General Market | 1 | Google Search Ads | | | | | | | .522 |
| UpFronts/NewFront | 2 | Facebook | | | | | | | .474 |
| | 3 | Google Display Network | | | | | | | .454 |
| Digital media brands | 4 | YouTube | | | | | | | .452 |
| | 6 | Instagram | | | | | | | .387 |
| Programmatic: DSP | 5 | Twitter | | | | | | | .390 |
| | 7 | Amazon | | | | | | | .381 |
| Programmatic: SSP | 8 | Hulu | | | | | | | .353 |
| | 9 | Facebook Messenger | | | | | | | .344 |
| Trust & privacy | 10 | ESPN | | | | | | | .325 |
| | 11 | Oath O&O | | | | | | | .324 |
| Personal vs professional | 12 | Pandora | | | | | | | .322 |
| | 13 | Bing | | | | | | | .311 |
| | 14 | LinkedIn | | | | | | | .309 |
| | 15 | Snapchat | | | | | | | .294 |
| | 16 | Pinterest | | | | | | | .290 |
| | 17 | Microsoft Display | | | | | | | .279 |
| | 18 | Yahoo! Search | | | | | | | .274 |
| | | TOTAL POSSIBLE SCORE | | | | | | | 1.000 |

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents: 2,300+

*Search: vol of conversions   **Search: ROI

Advertiser Perceptions  26

## Facebook, Google and Oath lead in share of advertisers with intention to spend

| General Market | AIR Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| | 2 | Facebook | 108 | | | | | | |
| UpFronts/NewFront | 1 | Google Search Ads | 96 | | | | | | |
| | 11 | Oath O&O | 96 | | | | | | |
| Digital media brands | 3 | Google Display Network | 86 | | | | | | |
| | 4 | YouTube | 80 | | | | | | |
| Programmatic: DSP | 5 | Twitter | 74 | | BI, Buying intention: | | | | |
| | 6 | Instagram | 70 | | Likelihood to spend with brand | | | | |
| Programmatic: SSP | 12 | Pandora | 58 | | Metric based on | | | | |
| | 10 | ESPN | 56 | | percentage "very likely" | | | | |
| Trust & privacy | 13 | Bing | 56 | | to spend, multiplied by 2 | | | | |
| | 9 | Facebook Messenger | 54 | | | | | | |
| Personal vs professional | 14 | LinkedIn | 54 | | | | | | |
| | 17 | Microsoft Display | 54 | | | | | | |
| | 18 | Yahoo! Search | 54 | | | | | | |
| | 15 | Snapchat | 52 | | | | | | |
| | 16 | Pinterest | 52 | | | | | | |
| | 7 | Amazon | 50 | | | | | | |
| | 8 | Hulu | 50 | | | | | | |
| | | TOTAL POSSIBLE SCORE | 200 | | | | | | |

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents: 2,300+

*Search: vol of conversions   **Search: ROI   Q: How likely are you to advertise with each media property in the coming six months? (Will Not Advertise, Might Advertise, Will Advertise)   Base: Total Digital Respondents

© Advertiser Perceptions  27

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

## FB, Google Search, Google Display, YouTube are the "must buy" leaders

| | AIR Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| General Market | 2 | Facebook | 108 | 118 | | | | | |
| UpFronts/NewFront | 1 | Google Search Ads | 96 | 116 | | | | | |
| | 3 | Google Display Network | 86 | 112 | | | | | |
| Digital media brands | 4 | YouTube | 80 | 98 | Must Buy: | | | | |
| | 5 | Twitter | 74 | 82 | Percentage of intenders who view the brand as a must buy | | | | |
| Programmatic: DSP | 6 | Instagram | 70 | 78 | | | | | |
| | 10 | ESPN | 56 | 72 | | | | | |
| Programmatic: SSP | 7 | Amazon | 50 | 70 | Metric based on percentage of must buyers multiplied by 2 | | | | |
| | 14 | LinkedIn | 54 | 60 | | | | | |
| Trust & privacy | 18 | Yahoo! Search | 54 | 60 | | | | | |
| | 16 | Pinterest | 52 | 58 | | | | | |
| Personal vs professional | 8 | Hulu | 50 | 58 | | | | | |
| | 12 | Pandora | 58 | 56 | | | | | |
| | 13 | Bing | 56 | 56 | | | | | |
| | 9 | Facebook Messenger | 54 | 56 | | | | | |
| | 11 | Oath O&O | 96 | 54 | | | | | |
| | 15 | Snapchat | 52 | 54 | | | | | |
| | 17 | Microsoft Display | 54 | 44 | | | | | |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | | | | | |

Source: Advertiser Intelligence Report W28
Fielded June/July 2018
Respondents 2,300+

*Search via of conversions   **Search ROI   O- Below is a shortlist of some of the brands you said you might or definitely would advertise with in the coming six months. Please sort them into the most appropriate group.  Base: Might/Definitely Would Advertise

**Advertiser Perceptions** 28

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825777

## Instagram & Amazon emerging among must-buy spending increasers
### Note Facebook

| General Market | AIR Score Item | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| UpFronts/NewFront | 4 | YouTube | 80 | 98 | 102 | | | | |
| | 6 | Instagram | 70 | 78 | 100 | | | | |
| Digital media brands | 7 | Amazon | 50 | 70 | 98 | | | | |
| | 1 | Google Search Ads | 96 | 116 | 92 | | | | |
| | 8 | Hulu | 50 | 58 | 90 | | | | |
| Programmatic: DSP | 2 | Facebook | 108 | 118 | 88 | **Must Buy, Increasing Spend:** | | | |
| | 3 | Google Display Network | 86 | 112 | 88 | Percentage of must | | | |
| Programmatic: SSP | 5 | Twitter | 74 | 82 | 86 | buyers who say they are increasing their spend | | | |
| | 15 | Snapchat | 52 | 54 | 82 | | | | |
| Trust & privacy | 9 | Facebook Messenger | 54 | 56 | 80 | Metric based on percentage, multiplied by 2 | | | |
| | 14 | LinkedIn | 54 | 60 | 76 | | | | |
| Personal vs professional | 10 | ESPN | 56 | 72 | 74 | | | | |
| | 11 | Oath O&O | 96 | 54 | 66 | | | | |
| | 13 | Bing | 56 | 56 | 64 | | | | |
| | 16 | Pinterest | 52 | 58 | 62 | | | | |
| | 17 | Microsoft Display | 54 | 44 | 62 | | | | |
| | 12 | Pandora | 58 | 56 | 54 | | | | |
| | 18 | Yahoo! Search | 54 | 60 | 52 | | | | |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | 200 | | | | |

Source: Advertiser Intelligence Report W28
Fielded June/July 2018
Respondents: 2,300+

*Search ROI Summarized   **Search ROI ... Blame are the measurements you ask on "Must Buy/First Two". People ask from who the most applicable area (Increasing Spend, Maintaining Spend, Decreasing Spend)   Base: Selected from the "Must Buy"

**Advertiser Perceptions** 29

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825778

## Oath was a leader in BI, but note the must-buyers who are decreasing

| General Market | #/R Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | Instagram | 70 | 78 | 100 | -8 | | | |
| UpFronts/NewFront | 7 | Amazon | 50 | 70 | 98 | -8 | | | |
| | 13 | Bing | 56 | 56 | 64 | -8 | | | |
| Digital media brands | 4 | YouTube | 80 | 98 | 102 | -10 | | | |
| | 1 | Google Search Ads | 96 | 116 | 92 | -10 | **Must Buy, Decreasing Spend:** | | |
| Programmatic: DSP | 3 | Google Display Network | 86 | 112 | 88 | -10 | Percentage of must buyers who say they are decreasing their spend, shown as a negative number | | |
| | 8 | Hulu | 50 | 58 | 90 | -12 | | | |
| Programmatic: SSP | 5 | Twitter | 74 | 82 | 86 | -14 | | | |
| | 2 | Facebook | 108 | 118 | 88 | -16 | | | |
| Trust & privacy | 18 | Yahoo! Search | 54 | Doubled in 6 months | | -16 | Metric based on percentage, multiplied by 2 | | |
| | 9 | Facebook Messenger | 54 | 56 | 80 | -22 | | | |
| Personal vs professional | 16 | Pinterest | 52 | 58 | 62 | -22 | | | |
| | 15 | Snapchat | 52 | 54 | 82 | -24 | | | |
| | 17 | Microsoft Display | 54 | 44 | 62 | -24 | | | |
| | 12 | Pandora | 58 | 56 | 54 | -24 | | | |
| | 14 | LinkedIn | 54 | 60 | 76 | -26 | | | |
| | 11 | Oath O&O | 96 | 54 | 66 | -28 | | | |
| | 10 | ESPN | 56 | 72 | 74 | -30 | | | |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | 200 | 0 (-200) | | | |

Source: Advertiser Intelligence.
Report W28
Fielded June/July 2018
Respondents: 2,500+

*Search =2/2 dimensions   **Search ROI   © Bars are the medians/ends you saw for "Must Buy/First Tier". Please not have any medal/signature areas (Increasing Spend, Maintaining Spend, Decreasing Spend).   Base: Selected line I in 'Must Buy'

**Advertiser Perceptions** 30

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825779

## Audience story favors Google Search. A strength for Pandora, YT, Hulu and Amazon

| | A/B Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| General Market | 1 | Google Search Ads. | 96 | 116 | 92 | -10 | 117 | | |
| UpFronts/NewFront | 12 | Pandora | 58 | 56 | 54 | -24 | 88 | | |
| | 9 | Facebook Messenger | 54 | 56 | 80 | -22 | 87 | | |
| Digital media brands | 4 | YouTube | 80 | 98 | 102 | -10 | 85 | | |
| | 8 | Hulu | 50 | 58 | 90 | -12 | 85 | | |
| Programmatic: DSP | 7 | Amazon | 50 | 70 | 98 | -8 | 83 | | |
| | 3 | Google Display Network | 86 | 112 | 88 | -10 | 78 | | |
| Programmatic: SSP | 2 | Facebook | 108 | 118 | 88 | -16 | 78 | | |
| | 14 | LinkedIn | 54 | 60 | 76 | -26 | 77 | | |
| Trust & privacy | 5 | Twitter | 74 | 82 | 86 | -14 | 75 | | |
| | 10 | ESPN | 56 | 72 | 74 | -30 | 75 | | |
| Personal vs professional | 17 | Microsoft Display | 54 | 44 | 62 | -24 | 73 | | |
| | 16 | Pinterest | 52 | 58 | 62 | -22 | 70 | | |
| | 6 | Instagram | 70 | 78 | 100 | -8 | 68 | | |
| | 15 | Snapchat | 52 | 54 | 82 | -24 | 63 | | |
| | 13 | Bing | 56 | 56 | 64 | -8 | 60 | | |
| | 11 | Oath O&O | 96 | 54 | 66 | -28 | 60 | | |
| | 18 | Yahoo! Search | 54 | 60 | 52 | -16 | 51 | | |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | 200 | 0 (-200) | 170 | | |

**Audience (Net):**

Composed of:
- Audience Engagement
- Audience Reach
- Audience Composition

Search brands make use of Volume of Conversions

Metric based on percentage, multiplied by 1.7

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents: 2,000+

*Search: vol of conversions      **Search: REF  Q: How well do these brands rate on the following criteria? Audience (net): Audience Reach, Audience Composition, and Audience Engagement.

**Advertiser Perceptions** 31

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825780

## The Value Story: 3 Google brands among top 5 media brands

| General Market | AIR Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Google Search Ads | 96 | 116 | 92 | -10 | 117 | 59 | |
| UpFronts/NewFront | 12 | Pandora | 58 | 56 | 54 | -24 | 88 | 57 | |
| | 9 | Facebook Messenger | 54 | 56 | 80 | -22 | 87 | 55 | |
| Digital media brands | 3 | Google Display Network | 86 | 112 | 88 | -10 | 78 | 55 | |
| | 4 | YouTube | 80 | 98 | 102 | -10 | 65 | 52 | Value (Net): |
| Programmatic: DSP | 13 | Bing | 56 | 56 | 64 | -8 | 60 | 52 | Combination of ratings of brand in three categories: |
| | 2 | Facebook | 108 | 118 | 88 | -16 | 78 | 51 | |
| Programmatic: SSP | 7 | Amazon | 50 | 70 | 98 | -8 | 83 | 49 | • Value for money |
| | 8 | Hulu | 50 | 58 | 90 | -12 | 85 | 47 | • Ad results |
| Trust & privacy | 5 | Twitter | 74 | 82 | 86 | -14 | 75 | 46 | • Pricing |
| | 10 | ESPN | 56 | 72 | 74 | -30 | 75 | 46 | Percentage of those who rate the brand 8-10 on a scale of 10, multiplied by 1.3 |
| Personal vs professional | 18 | Yahoo! Search | 54 | 60 | 52 | -16 | 51 | 46 | |
| | 11 | Oath O&O | 96 | 54 | 66 | -28 | 60 | 44 | |
| | 6 | Instagram | 70 | 78 | 100 | -8 | 68 | 43 | |
| | 17 | Microsoft Display | 54 | 44 | 62 | -24 | 73 | 42 | |
| | 16 | Pinterest | 52 | 58 | 62 | -22 | 70 | 42 | |
| | 14 | LinkedIn | 54 | 60 | 76 | -26 | 77 | 38 | |
| | 15 | Snapchat | 52 | 54 | 82 | -24 | 83 | 38 | |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | 200 | 0 (-200) | 170 | 130 | |

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents 2,000+

*Search: vol of conversions    **Search: ROI

© Advertiser Perceptions  32

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825781

DTX-643 Page 35 of 85

Total AIR Score: Google & FB brands in top 5 positions

**AIR Score:** Calculation of sum of weighted ratings divided by the highest possible score (900)

| | A/B Score Rank | Top 18 in Buying Intention | BI | Must Buy | Must Buy Increasing Spend | Must Buy Decreasing Spend | Audience* (net) | Value** (net) | AIR SCORE |
|---|---|---|---|---|---|---|---|---|---|
| General Market | 1 | Google Search Ads | 96 | 116 | 92 | -10 | 117 | 59 | .522 |
| UpFronts/NewFront | 2 | Facebook | 108 | 118 | 88 | -16 | 78 | 51 | .474 |
| | 3 | Google Display Network | 86 | 112 | 88 | -10 | 78 | 55 | .454 |
| Digital media brands | 4 | YouTube | 80 | 98 | 102 | -10 | 80 | 52 | .452 |
| | 6 | Instagram | 74 | 82 | 86 | -14 | 75 | 46 | .387 |
| Programmatic: DSP | 5 | Twitter | 70 | 78 | 100 | -8 | 68 | 43 | .390 |
| | 7 | Amazon | 50 | 70 | 98 | -8 | 83 | 49 | .381 |
| Programmatic: SSP | 8 | Hulu | 50 | 58 | 90 | -12 | 85 | 47 | .353 |
| | 9 | Facebook Messenger | 54 | 56 | 80 | -22 | 87 | 55 | .344 |
| Trust & privacy | 10 | ESPN | 58 | 56 | 54 | -24 | 88 | 57 | .325 |
| | 11 | Oath O&O | 56 | 72 | 74 | -30 | 75 | 46 | .324 |
| Personal vs professional | 12 | Pandora | 96 | 54 | 66 | -28 | 60 | 44 | .322 |
| | 13 | Bing | 56 | 56 | 64 | -8 | 60 | 52 | .311 |
| | 14 | LinkedIn | 54 | 60 | 76 | -26 | 77 | 38 | .309 |
| | 15 | Snapchat | 52 | 58 | 62 | -22 | 70 | 42 | .294 |
| | 16 | Pinterest | 52 | 54 | 82 | -24 | 63 | 38 | .290 |
| | 17 | Microsoft Display | 54 | 44 | 62 | -24 | 73 | 42 | .279 |
| | 18 | Yahoo! Search | 54 | 60 | 52 | -16 | 51 | 46 | .274 |
| | | TOTAL POSSIBLE SCORE | 200 | 200 | 200 | 0 (-200) | 170 | 130 | 1.000 |

Source: Advertiser Intelligence Report W28
Fielded: June/July 2018
Respondents: 2,300+

*Search: vol of conversions   **Search: ROI

**Advertiser Perceptions** 33

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825782



Change over past 6 months: Twitter, Instagram rising. FB loses ground

| W28 Rank | Top 18 in Buying Intention | W27 AIR SCORE | W28 AIR SCORE | Change Wave over Wave |
|---|---|---|---|---|
| 5 | Twitter | .354 | .387 | .033 |
| 6 | Instagram | .360 | .390 | .030 |
| 10 | ESPN | .295 | .325 | .030 |
| 4 | YouTube | .428 | .452 | .024 |
| 11 | Oath O&O | .306 | .324 | .018 |
| 8 | Hulu | .340 | .353 | .013 |
| 16 | Pinterest | .281 | .290 | .009 |
| 3 | Google Display Network | .446 | .454 | .008 |
| 7 | Amazon | .374 | .381 | .067 |
| 9 | Facebook Messenger | .342 | .344 | .002 |
| 15 | Snapchat | .299 | .294 | -.005 |
| 12 | Pandora | .339 | .322 | -.017 |
| 2 | Facebook | .492 | .474 | -.018 |
| 14 | LinkedIn | .331 | .309 | -.022 |
| 17 | Microsoft Display | .318 | .279 | -.039 |
| | TOTAL POSSIBLE SCORE | 1.000 | 1.000 | |

General Market
UpFronts/NewFront
Digital media brands
Programmatic: DSP
Programmatic: SSP
Trust & privacy
Personal vs professional

W27 trending NA for search brands

Source: Advertiser Intelligence Report W28
Fielded June/July 2018
Respondents 2,200+

© Advertiser Perceptions  34

Note: the numbers in the chart are weighted (BI, Must Buy, Must Buy Increase, Must Buy Decrease, 2X) (Audience Net, 1.7X) (Value Net, 1.3X)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825783



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825784



INTERNAL FOR TEAM SAPPHIRE
QA3



INTERNAL FOR TEAM SAPPHIRE
QA4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825786



INTERNAL FOR TEAM SAPPHIRE
QA5

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825787



### From AIR view of Amazon Media Group:
### Amazon gaining ground vs Google brands

Percent Rating Media Brands 8-10 on a 10-Point Scale

| General Market | | | | |
| UpFronts/NewFront | | | | |
| Digital media brands | | | | |

| Programmatic: DSP | Value (net) | | Cost/Price | | Value for Money | | Ad Results | |
|---|---|---|---|---|---|---|---|---|
| Programmatic: SSP | Google Search | 45% | YouTube | 40% | Amazon | 41% ▲+5 | Google Display Network | 49% |
| Trust & privacy | Google Display Network | 42% | Google Display Network | 39% | Google Display Network | 40% ▲−5 | Amazon | 41% |
| Personal vs professional | YouTube | 40% | Amazon | 33% | YouTube | 40% | YouTube | 40% |
| | Amazon | 38% | | | | | | |

Source: Advertiser Intelligence
Report W20
Fielded June/July 2018
Respondents: 2,000+

Q. How well do these brands rate on the following criteria? Audience (net), Audience Reach, Audience Composition, and Audience Engagement.
Base: Digital Respondents Operating each Media Brand
Arrows: Above AIR W20 by 5+ points is [SIG'T]. Below AIR W20 by 5+ points is RED.

**Advertiser Perceptions** 39

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825788



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825789



Q226

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825790

## Thoughts on Amazon and The Trade Desk

General Market

UpFronts/NewFront

Digital media awards

**Programmatic: DSPs**

Programmatic: SSP

Trust & privacy

Financial & institutional

**Why is Amazon perceived as a leader?**
- Google wins in technology & analytics ratings,
  - but Amazon has marketer—especially senior marketer strength
- Strengths in numbers: significantly ahead of Google in coverage and communication
- Amazon leads Google in VP+ title stated usage of DSPs (43% to 27% past usage)

**Why is TTD accelerating?**
- They were almost entirely agency focused -- agency advocates
- Biggest shifts in July study are with marketers—coverage, attention, embrace of TTD story:
  - UX ease of use, high-touch service model, training

**Advertiser Perceptions** 42

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825791



Funnel metrics snapshot: Amazon & DBM lead



# Where TTD is accelerating or keeping pace with Google

General Market

UpFronts/NewFront

Digital media brands

**Programmatic: DSPs**

Programmatic: SSP

Trust & privacy

Personal vs professional

| Intention (Marketer) | June '17 Wave 3 | July '18 Wave 5 |
|---|---|---|
| DoubleClick Bid Manager by Google | 41% | 46% |
| theTradeDesk | 33% | 40% |

| Single Preferred DSP (Marketer) | June '17 Wave 3 | July '18 Wave 5 |
|---|---|---|
| DoubleClick Bid Manager by Google | 24% | 19% |
| theTradeDesk | 3% | 12% |

| Net Promoter Score (Agency) | June '17 Wave 3 | July '18 Wave 5 |
|---|---|---|
| DoubleClick Bid Manager by Google | 21 | 26 |
| theTradeDesk | 14 | 30 |

| Net Promoter Score (Marketer) | June '17 Wave 3 | July '18 Wave 5 |
|---|---|---|
| DoubleClick Bid Manager by Google | 16 | 28 |
| theTradeDesk | 27 | 39 |

Source: 2018 Programmatic
Intelligence Report W5: DSPs
Fielded: November 2018
Respondents: 485

Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Use Demand Side Platforms.
Q: If you were to only send out one RFP for an advertising campaign, which of these Demand Side Platforms (DSPs) would you choose?
Base: Intending to Use Demand Side Platform in the Coming Year (Fixed Base).
Q: How likely would you be to recommend to a colleague the Demand Side Platform(s) (DSPs) you have used in the past year?
Base: Use Demand Side Platforms (Various Base).

Advertiser Perceptions 44



Q206, Q215

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825794



Q216 NEW

GOOG-DOJ-AT-00825795

DTX-643 Page 49 of 85



Q225

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825796



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825797



Q230



Q226

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825799



Q226a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825800



Q226a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825801



Q226a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825802



Q235, Q240, Q245

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825803



Q235

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825804



Q250



INTERNAL – KEVIN
QKM3

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825806



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825807



Q50, Q55

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825808



Q115

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825809



Q125

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825810



Q126

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825811





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825813



# The 5 key criteria across the categories of performance, capabilities, partnership, and vision

Index of 'Key Drivers' Regression to Usage Intentions

We ask Publishers to evaluate SSPs on

| Performance Capabilities Criteria | | Platform Capabilities Criteria | | Platform Capabilities Criteria | | Partnership Criteria | | Vision Criteria | |
|---|---|---|---|---|---|---|---|---|---|
| Track record of protection against bad ads, bots, fraud | | Visibility into accurate, available inventory | | PMP capabilities | | Proactively share reports, analytics and insights that enable better decisions | | Inspire confidence that our company will succeed in partnership with them | |
| INDEX EXCHANGE | 71% | INDEX EXCHANGE | 75% | PubMatic | 75% | AppNexus | 72% | PubMatic | 74% |
| Google Ad Manager | 69% | Oath: Ad Platforms | 70% | Oath: Ad Platforms | 73% | PubMatic | 68% | Oath: Ad Platforms | 73% |
| Oath: Ad Platforms | 59% | Google Ad Manager | 69% | INDEX EXCHANGE | 71% | Oath: Ad Platforms | 68% | INDEX EXCHANGE | 69% |
| AppNexus | 58% | AppNexus | 66% | OpenX | 64% | rubicon | 67% | OpenX | 68% |
| OpenX | 57% | rubicon | 65% | AppNexus | 63% | AppNexus | 63% | Google Ad Manager | 67% |
| rubicon | 57% | OpenX | 63% | AppNexus | 63% | INDEX EXCHANGE | 63% | AppNexus | 67% |
| PubMatic | 56% | AppNexus | 62% | rubicon | 62% | OpenX | 61% | rubicon | 62% |
| AppNexus | 50% | PubMatic | 56% | Google Ad Manager | 52% | Google Ad Manager | 55% | AppNexus | 60% |

Q. How likely are you to actually use each of the Supply-Side Platform (SSPs) you said you are considering for use in the coming year? Base: Total Respondents. Q. How would you rate this Supply-Side Platform (SSP) on the following **performance capabilities**? Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to use. The analysis determines which criteria have the greatest impact on achieving the desired results.

Advertiser Perceptions 65

General Market
UpFronts/NewFront
Digital media brands
Programmatic: DSP
**Programmatic: SSP**
Trust & privacy
Personal vs professional

Source: 2018 Programmatic Intelligence Report: SSPs
Fielded: Aug/Sept 2018
Respondents: 154

Q140

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825814



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825815



GOOGLE
QG4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825816



GOOGLE
QG3

GOOG-DOJ-AT-00825817



GOOGLE
QG1

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825818



GOOGLE
QG1

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825819



GOOGLE
QG2a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825820



GOOGLE
QG2b

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825821





DATA PRIVACY: PERSONAL VS. PROFESSIONAL
QC3

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825823



DATA PRIVACY: PERSONAL VS. PROFESSIONAL
QC4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825824



DATA PRIVACY: PERSONAL VS. PROFESSIONAL
QC5

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825825



GOOGLE
QG1

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825826



INTERNAL – DATA PRIVACY: PERSONAL VS. PROFESSIONAL
QA3

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825827



INTERNAL – DATA PRIVACY: PERSONAL VS. PROFESSIONAL
QR1

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825828

## Key Takeaways

**Advertiser Perspective on Digital Media Brands**
- FB is less solid, Instagram is a safe harbor: Post-CA impact?
- Amazon: Gaining as Must Buy . . .
- . . .and appear to be taking dollars allocated to Google Ads

**Amazon snapshot: search, display, programmatic**
- Overall: Amazon continues to gain ground vs. Google in key selection driver ratings
- Search: Our first view of Amazon advertisers on impact to search spending
  - The "Amazon Effect" seems real and a direct hit on search allocation
    - . . . And disproportionately adversely impacting Google Ads
- Programmatic: Amazon Advertising DSP gaining at senior marketer levels

**Programmatic demand-side perspective**
- DBM still leading in all the key tech categories, but Amazon mind share remains as strong as Google's
- The rise of The Trade Desk, especially with marketers, where they had been purposefully playing in the background. That has changed.

Advertiser Perceptions 55

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825829

# Key Takeaways

**Publisher perspectives on SSPs**
- Google dominates in funnel metrics, but red flags in selection driver perceptions
- A return to competitiveness for two of the original 3 SSPs
  - Pubmatic, Rubicon
- Opportunity for many to vie for 2nd

**Advertiser Perspectives of Trust & Privacy**
- Overwhelming majority believe data privacy is a strategic business concern
  - Expect changes in data usage policies, transparency with consumers, & shifting from 3rd to 1st party data reliance
- Google fares better than other brands, especially FB, in protecting user data
  - But no media brand viewed as exceptionally trustworthy in this regard

Advertiser Perceptions  56

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00825830

DTX-643 Page 84 of 85



GOOG-DOJ-AT-00825831

DTX-643 Page 85 of 85