# EXHIBIT 17

Message
***

| | |
|---|---|
| **From:** | Barney Pierce [barnaby@google.com] |
| **Sent:** | 10/26/2017 9:48:21 PM |
| **To:** | ✪ APAC Display Community - Executive Committee ✪ [apacdisplayexec@google.com] |
| **Subject:** | Fwd: DSP Advertiser Perception Report - US |
| **Attachments:** | 2017 PIR - DSP for Google Platforms 003.pdf |

Sharing as I am sure this group would be interested in findings as well.
Thanks for passing this on @dantaylor
Cheers
Barney


---------- Forwarded message ----------
From: **Barney Pierce** <barnaby@google.com>
Date: Wed, Oct 25, 2017 at 5:06 PM
Subject: DSP Advertiser Perception Report - US
To: ggcore <guycore@google.com>
Cc: APAC-GTM-PD <apac-gtm-pd@google.com>


Hi there,


Sharing the 2017 **DSP Advertiser Perception Report** from the US in case you've not seen this already. Only US companies were surveyed but some interesting insights, especially as they relate to how we stack up against Amazon.

My high level summary if you don't want to read the report:

- Programmatic will eclipse 'Direct with online publisher' spending in 2018
- 8/10 customers are accelerating commitment or making programmatic a priority; only 5% reducing commitment
- Fraud, Brand safety continue to be biggest concerns for marketers
- Marketers trend towards bringing programmatic buying in house, but fewer marketers are actually exploring this option compared to previous years
- 7/10 buyers still heavily rely on Agency for programmatic buying
- What customers value most from their ADTECH partners: 1) Partnership/understanding of needs, 2) platforms functionality and 3) transparency; Google ranks well across these areas
- Only 25% of advertisers characterize DBM as a DSP; 29% think it's an adnetwork, 20% a DMP
- AAP (Amazon Ad Platform) and DBM are the most 'familiar' and 'used' DSP's; AAP ranking above DBM on both. DBM ranking higher than AAP when it comes to future purchase intention
- DBM, AAP lead on display and mobile, Tremor on Video
- Key factors driving DSP selection: Audience scale/reach, API and integrations, Troubleshooting/QA; DBM leading across these areas; AAP not far behind though.
- Quality of post ad campaign evaluations and insights is another critical driver of DSP selection; DBM leads, closely followed by AAP
- What advertisers value the most for their DSP: Make it easy to work with, be responsive and tech expertise. DBM is top for tech expertise, but well below competitors for responsiveness and being easy to work with.
- AAP is the most preferred DSP, followed by DBM

HIGHLY CONFIDENTIAL

Cheers
Barney


Barney Pierce

<u>+61 412 096 386</u>  |  <u>barnaby@google.com</u>

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks.



--

Barney Pierce

Director, Platforms and Display Go To Market , APAC

+61 412 096 386  |  <u>barnaby@google.com</u>

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks.
--
You received this message because you are subscribed to the Google Groups "✪ Steering Group - APAC Display - Perf leads ✪" group.
To unsubscribe from this group and stop receiving emails from it, send an email to <u>apacdisplayexec+unsubscribe@google.com</u>.
To post to this group, send email to <u>apacdisplayexec@google.com</u>.
To view this discussion on the web, visit <u>https://groups.google.com/a/google.com/d/msgid/apacdisplayexec/CAGoz9Fxu_bL_d7hQH_JgSato8Sdh%3Dp9BHNSWW3tkfsKv-hRFSw%40mail.gmail.com</u>.



# DSP Report, Wave 3

*Part of the Programmatic Intelligence Report*
*Portfolio*

2017



## What Advertisers Think™

The More You Know
The Stronger Your Brand
The More You'll Sell™



HIGHLY CONFIDENTIAL

GOOG-DOJ-11021167

# Methodology and Respondent Profiles

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

### Representing
**Top 200 Advertisers in the U.S.**



### Leading Ad Categories

- Automotive
- Parenthood Related
- Consumer Electronics
- Consumer Packaged Goods
- Education
- Entertainment
- Financial Products/Services
- Home & Appliance
- Liquor, Beer and Wine
- Apparel/Fashion
- Toiletries & Cosmetics
- Pharmaceuticals
- Quick Service Restaurants
- Retail
- Technology
- Telecommunications
- Travel

### 700+ Key Decision Makers

- Sample: Marketer and Agency contacts from The Advertiser Perceptions Media Decision Maker Database and third-party databases as needed.
- Main Qualification: Involved in the purchase of programmatic advertising; Used or Worked with DSPs, DMPs, or Managed Services in past year.
- **Fielded: June 2017**
- Incentives include cash & data

Respondents totals:
- **N=364 DSP Report**
- N=327 DMP Report
- N=294 Managed Services Report

Ranging in title:
- 49% VP and above
- 36% Director/Supervisor
- 15% Manager/Planner/Buyer

Expressing opinions from:
- 48% Agencies
- 52% Marketers

**Advertiser Perceptions**  2

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021168

# Programmatic eclipsing direct spending

### Allocation of Digital/Mobile Advertising
Average Percent

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



Direct with Online Publisher

■ Programmatic

| 44% | 49% | 54% |
| 2016 | 2017 | 2018 |

Q: What percent of your digital/mobile advertising spend went to each last year (2016)?  How much are you allocating to each this year (2017)?  How do you expect your spend to be allocated next year (2018)?
Base: Total Programmatic Respondents

**Advertiser Perceptions**   3

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021169

# 8 out of 10 are accelerating or making programmatic a priority

### Characterization of Attitude Towards Programmatic Advertising
Percent of Respondents

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



Still Exploring 17%

Programmatic is a Priority 28%

Accelerating Commitment 51%

Q: How would you characterize your current attitude toward programmatic?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 4

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021170

# Agencies and marketers now in sync on advantages of programmatic: Better targeting, data, efficiency

Top Issues Programmatic Ad Buying Solves (Rank 1-3)
Percent of Respondents

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**AGENCIES**

| | | | % Point Change from Prior Wave |
|---|---|---|---|
| 1 | **Improved targeting capabilities** | 41% | +1 |
| 2 | **Better control of data, audiences and tactics** | 36% | -2 |
| 3 | **More cost efficient than publisher direct** | 35% | 0 |
| 4 | **Better time and resource efficiency** | 34% | +1 |
| 5 | Broader reach | 25% | -4 |
| 6 | Price transparency | 23% | 0 |
| 7 | Better in-flight optimization | 22% | N/A |
| 8 | Simplifies the RFP process | 16% | -2 |
| 9 | More creative options | 14% | -8 |
| 10 | Agency revenue driver | 13% | -6 |

**MARKETERS**

| | | | % Point Change from Prior Wave |
|---|---|---|---|
| 1 | **Improved targeting capabilities** | 47% | +9 |
| 2 | **Better control of data, audience & tactics** | 37% | +1 |
| 3 | **Better time and resource efficiency** | 36% | +1 |
| 4 | **Broader reach** | 32% | 0 |
| 5 | **More cost efficient than publisher direct** | 31% | 0 |
| 6 | **Offers unique targeting data/opportunities** | 30% | N/A |
| 7 | More creative options | 22% | -8 |
| 8 | Simplifies the RFP process | 22% | -1 |
| 9 | Better in-flight optimization | 21% | N/A |
| 10 | Price transparency | 20% | -8 |

Q: Which of the following are the top issues that programmatic ad buying helps solve?
Base: Total Programmatic Respondents

⬢ **Advertiser Perceptions** 5

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021171

# Biggest concerns about programmatic? Fraud, brand safety, verification

Most Negative Aspects of Programmatic Ad Buying (Rank 1-3)
Percent of Respondents

% Point Change
from Prior Wave

Programmatic Adoption &
Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

| | | | |
|---|---|---|---|
| **1** | **Fraud** | **39%** | **+12 ↑** |
| **2** | **Brand safety** | **26%** | **+9 ↑** |
| **3** | **Verification issues** | **25%** | **+3** |
| 4 | Lack of human interaction | 21% | -1 |
| 5 | Placement transparency | 20% | +1 |
| 6 | Poor inventory quality | 20% | +1 |
| 7 | Client education gap (knowledge of programmatic) | 17% | +1 |
| 8 | Pricing transparency | 17% | 0 |

Q: Which of the following are the most negative aspects of programmatic ad buying?
Base: Total Programmatic Respondents

◆ **Advertiser Perceptions**   6

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021172

# In-house: most marketers see it as software integration over managed service

**Definition of Bringing Programmatic Buying "In-House"**
Percent of Marketer Respondents

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



*"Having complete <u>integration of the software</u> and managing the programmatic buying of media and data usage"*

*"Utilizing marketing or advertising technology partners to help manage the use of data to buy advertising programmatically"*

**64%**   **36%**

Q: Which of the following would you use to define what it means to bring programmatic buying "in-house"?
Base: Marketers Exploring or Committed to Bringing Buying In-House

**◆ Advertiser Perceptions**   7

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021173

# Outsourcing will it move in-house?
# Marketers—*more than agencies*—lean to 'yes'

"Advertisers/marketers will increasingly bring programmatic buying in-house and out of the hands of agencies."
Percent Agree with Statement (4-5)

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



Q: Please indicate how strongly you either agree or disagree with each of the following statements regarding programmatic buying overall. (5 point scale, where 1=Strongly Disagree and 5=Strongly Agree)
Base: Total Programmatic Respondents

**Advertiser Perceptions**   8

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021174

# Trend toward in-house? Indeed, but fewer marketers are exploring

## Resourcing for Programmatic
### (Percent of Marketers)



Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix





Q: Which of these situations applies to you in terms of your level of committing funds and resources to bring programmatic buying in-house?
Base: Marketers

**Advertiser Perceptions**   9

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021175

# To what degree are marketers relying on agencies for programmatic buying? 7 of 10

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



### How Programmatic Media-Buying Is Conducted
Percent of Marketer Respondents

Use an agency trading desk
**22%**

Use ad agency to handle business
**49%**

Q: For programmatic media-buying, which of the following ways do you conduct trading?
Base: Marketers Involved in Programmatic

 Advertiser Perceptions  10

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021176

# When advertisers think of ad tech partners, what do they want most?
## Collaboration, technology, transparency

| Partnership/<br>Understanding of Needs | Platform Functionality | Transparency |
|---|---|---|

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Go  g e

centro



Go  g e

**facebook**

**theTradeDesk**

**amazon**

Go  g e





**facebook**

Q: Thinking of ad tech partners in general, what do you most want from the company you work with in terms of creating the best possible ad tech implementation for you to achieve your programmatic advertising goals?
Q: Which single company (media brand or ad tech brand) does the best job?
Base: Total Programmatic Respondents

**◆ Advertiser Perceptions** 11



# A Rose is a Rose: What's in a Name?

- How advertisers think of the LumaScape categories





dvertiser Perceptions· 12

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021178

# A rose by any other name . . . DSPs

Programmatic Adoption &
Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

| Generally Accepted List of DSPs | |
|---|---|
| Adobe Advertising Cloud Formerly TubeMogul | DoubleClick Bid Manager by Google |
| amazon | MediaMath |
| AppNexus | DSP by Aol |
| Bidtellect | OpenX |
| BrightRoll YAHOO! | rocketfuel |
| centro | theTradeDesk |
| criteo | TREMOR VIDEO |
| DataXu Data. Insight. Action. | TURN |
| drawbrid e | VIANT. |
| dstillery | videology |

| Advertiser Characterization of DSPs | |
|---|---|
| DoubleClick Bid Manager by Google | 25% |
| rocketfuel | 24% |
| BrightRoll YAHOO! | 22% |
| MediaMath | 21% |
| TURN | 20% |
| DataXu | 19% |
| rubicon project | 19% |
| theTradeDesk | 19% |
| amazon | 18% |
| AppNexus | 18% |
| Adobe Advertising Cloud Formerly TubeMogul | 17% |
| DSP by Aol | 16% |
| ORACLE bluekai | 15% |

% of Respondents

Only 1-in-4 advertisers
characterize DoubleClick
Bid Manager as a DSP

Not a DSP

Not a DSP

Q100a: How would you characterize the following brands?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 13

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021179

# Advertisers just don't know how to characterize certain brands

% of respondents stating
"I don't know"

| | % |
|---|---|
|  accordantmedia | 39% |
| | 37% |
| | 37% |
| VIANT. | 36% |
| INDEX EXCHANGE | 34% |
| OpenX | 34% |
| VARICK | 34% |
| criteo | 33% |

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q100a: How would you characterize the following brands?
Base: Total Programmatic Respondents

Advertiser Perceptions   14

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021180

# What do people think DBM is?

|   | % of respondents | |
|---|---|---|
| 1 | Ad Network | 29% |
| 2 | DSP | 25% |
| 3 | DMP | 20% |
| 4 | DMH | 18% |
| 5 | ATD | 17% |
| 6 | SSP | 15% |
| 7 | Managed Service | 15% |
| 8 | Other/Don't Know | 10% |

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q100a: How would you characterize the following brands?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 15

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021181

# Demand Side Platforms

- Familiarity: AAP and DBM continue to lead

- DBM and AAP still the most used DSPs

    - Future intentions: DBM and AAP in their own tier at the top

- What drives DSP selection? Audience scale is key

    - DBM leads across board in top 3 selection criteria

- Quality of campaign analysis is a critical driver of selection

    - DBM ahead of competitors in post-ad campaign

- Ease of working relationship with DSP a key factor for advertisers, but challenge for DBM

- Who is the most preferred DSP? AAP, followed by DBM

- TTD, AAP, DBM in cluster for Net Promoter Score leadership



Advertiser Perceptions 16

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021182

# Demand Side Platforms Measured

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Adobe Advertising Cloud Formerly TubeMogul

amazon

AppNexus

Bidtellect

BrightRoll by YAHOO!

centro

criteo

DataXu
Data. Insight. Action.

drawbrid e

dstillery

DoubleClick Bid Manager by Google

MediaMath

DSP by AoL

OpenX

rocketfuel

theTradeDesk

TREMOR VIDEO

TURN

VIANT.

videology

*is a company that allows advertising clients to buy digital media on several different selling systems, or exchanges, through one interface.*

Advertiser Perceptions  17

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021183

# Self-serve or managed service approach? Marketers evenly split
# Agencies lean on partners to manage programmatic for them

## How Demand Side Platforms Are Used
### Percent of Respondents



Programmatic Adoption &
Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**AGENCIES**



Managed
Service
45%

Self-Service
Platform
22%

**MARKETERS**



Managed
Service
31%

Self-Service
Platform
30%

Q: In what way do you use DSPs?
Base: Use Demand Side Platforms

Advertiser Perceptions  18

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021184

# Familiarity: AAP and DBM continue to lead



Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: How familiar are you with each of the following Demand Side Platforms (DSPs)?
Base: Use Demand Side Platforms

**Advertiser Perceptions** 19

GOOG-DOJ-11021185

# DBM and Amazon most used DSPs



## Usage of Demand Side Platforms (Top 10)
### Percent of Respondents

Category Average

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Average Number of DSPs used in past year?

| Rank | Platform | Percent |
|------|----------|---------|
| 1 | amazon | 39% |
| 2 | DoubleClick Bid Manager by Google | 35% |
| 3 | rocketfuel | 24% |
| 3 | MediaMath | 24% |
| 5 | BrightRoll —YAHOO! | 22% |
| 6 | Adobe Advertising Cloud | 21% |
| 6 | theTradeDesk | 21% |
| 8 | DataXu Data. Insight. Action. | 20% |
| 9 | AppNexus | 19% |
| 10 | centro | 16% |

**-4% Points Change from Prior Wave**

Q: Which of these Demand Side Platforms (DSPs) you said you are familiar with have you used in the past year?
Base: Use Demand Side Platforms

**Advertiser Perceptions** 20

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021186

# AAP and DBM: Significant lead in agency usage

## Usage of Demand Side Platforms (Top 10)
### Percent of Respondents

**AGENCIES**

| Rank | Platform | % | % Point Change from Prior Wave |
|---|---|---|---|
| 1 | DoubleClick Bid Manager by Google | 37% | -2 |
| 1 | amazon | 37% | -1 |
| 3 | rocketfuel | 28% | -3 |
| 4 | MediaMath | 25% | -2 |
| 4 | theTradeDesk | 25% | 0 |
| 4 | Adobe Advertising Cloud | 25% | -2 |
| 7 | BrightRoll by YAHOO! | 23% | -1 |
| 8 | DataXu Data. Insight. Action. | 22% | -4 |
| 9 | centro | 20% | -1 |
| 10 | TURN | 19% | -3 |

**MARKETERS**

| Rank | Platform | % | % Point Change from Prior Wave |
|---|---|---|---|
| 1 | amazon | 44% | -1 |
| 2 | DoubleClick Bid Manager by Google | 35% | 1 |
| 3 | MediaMath | 22% | -3 |
| 3 | rocketfuel | 22% | -1 |
| 5 | BrightRoll by YAHOO! | 21% | 0 |
| 6 | AppNexus | 19% | -3 |
| 6 | DataXu Data. Insight. Action. | 19% | -5 |
| 8 | Adobe Advertising Cloud | 18% | 0 |
| 9 | theTradeDesk | 17% | 0 |
| 10 | videology | 15% | -3 |

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: Which of these Demand Side Platforms (DSPs) you said are familiar with have you used in the past year?
Base: Use Demand Side Platforms

**Advertiser Perceptions** 21

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021187

# Future intentions: DBM & AAP gaining on next tier

## Purchase Intention of Demand Side Platforms (8-10) (Among Top 10 Used)
### Percent of Respondents

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Use Demand Side Platforms

**Advertiser Perceptions** 22

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021188

# AAP & DBM lead in display and mobile

### Demand Side Platform Usage Among Ad Type/Format (Top 10 Overall)
Percent of Respondents

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

| | Display | | | Mobile | | | Video | |
|---|---|---|---|---|---|---|---|---|
| 1 | DoubleClick by Google | 54% | 1 | amazon | 50% | 1 | TREMOR VIDEO | 55% |
| 2 | DSP by Aol. | 54% | 2 | DoubleClick by Google | 49% | 2 | videology | 51% |
| 3 | amazon | 51% | 3 | MediaMath | 42% | 3 | BrightRoll by YAHOO | 47% |
| 4 | rocketfuel | 44% | 4 | rocketfuel | 39% | 4 | DoubleClick by Google | 45% |
| 5 | theTradeDesk | 43% | 5 | Adobe Advertising Cloud | 37% | 5 | Adobe Advertising Cloud | 41% |
| 5 | MediaMath | 43% | 6 | theTradeDesk | 36% | 6 | DSP by Aol. | 39% |
| 8 | DataXu | 39% | 6 | DSP by Aol. | 36% | 7 | rocketfuel | 38% |
| 9 | centro | 37% | 8 | AppNexus | 35% | 8 | theTradeDesk | 35% |
| 9 | OpenX | 37% | 8 | centro | 35% | 8 | amazon | 35% |
| 10 | TURN | 37% | 9 | DataXu | 34% | 10 | MediaMath | 34% |

Agencies 51%
Marketers 39%

Q: For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

**Advertiser Perceptions** 23

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021189

# Determining drivers influencing plans to use DSPs

Programmatic Adoption &
Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**Selection Criteria:**

- API and integrations
- Forecasting tools
- Media optimization of placements during a campaign
- QA/Troubleshooting capabilities
- Reporting features
- Identity management
- Marketplace quality (including verification partner integrations – white lists, black lists, brand safety, fraud, etc.)
- Audience scale or reach
- Audience targeting capabilities
- Margin/budget management tools
- Easy to use interface/UX

**Analytics and Insights:**

- Thought leadership (white papers, articles on insights about market, technology, applications)
- Audience analytics reporting
- Quality of post ad campaign evaluation, insights, recommendations
- Quality of training and application QA
- Innovation and roadmap insight

**Sales and Support:**

- Technology expertise
- Understanding of client goals, needs
- Responsiveness to client needs during and post implementation
- Is easy to work with

Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Total Respondents
Q: How would you rate each Demand Side Platform (DSP) on the following criteria?
Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) research and insights efforts in communicating its value as an advertising vehicle at each stage in the campaign.
Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) sales team based on the following sales capabilities.
Base: Considering Demand Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

**Advertiser Perceptions** 24

# What drives DSP selection? Audience scale is key



Index of "Key Drivers" Regression to Likely to Buy

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Total Respondents
Q: How would you rate each Demand Side Platform (DSP) on the following criteria?
Base: Considering Demand Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions  25

DTX-483 Page 27 of 52

# DBM leads across board in top 3 selection criteria

## Highly Impressed with Demand Side Platform (Among Top 10 Used)
### Index of Percent Rating 8-10

| | Audience scale or reach | | | API and integrations | | | QA/Troubleshooting capabilities | |
|---|---|---|---|---|---|---|---|---|
| 1 | DoubleClick Bid Manager by Google | 140 | 1 | DoubleClick Bid Manager by Google | 129 | 1 | DoubleClick Bid Manager by Google | 121 |
| 2 | amazon | 134 | 2 | MediaMath | 122 | 2 | MediaMath | 115 |
| 3 | theTradeDesk | 130 | 3 | amazon | 110 | 3 | theTradeDesk | 114 |
| 4 | MediaMath | 127 | 4 | theTradeDesk | 107 | 4 | DataXu | 112 |
| 5 | Adobe Advertising Cloud | 98 | 5 | Adobe Advertising Cloud | 95 | 5 | amazon | 108 |
| 6 | centro | 90 | 6 | rocketfuel | 86 | 6 | Adobe Advertising Cloud | 99 |
| 7 | rocketfuel | 86 | 6 | centro | 86 | 6 | centro | 99 |
| 8 | BrightRoll by YAHOO! | 85 | 6 | DataXu | 86 | 8 | rocketfuel | 96 |
| 9 | AppNexus | 83 | 9 | BrightRoll by YAHOO! | 83 | 9 | BrightRoll by YAHOO! | 74 |
| 10 | DataXu | 59 | 10 | AppNexus | 80 | 10 | AppNexus | 73 |

Agencies 136
Marketers 106

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: How would you rate each Demand Side Platform (DSP) on the following criteria?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering Demand Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 26

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021192

# Quality of campaign analysis is a critical driver of selection



Index of "Key Drivers" Regression to Likely to Buy

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

187 — Quality of post ad campaign evaluation, insights, recommendations

76 — Quality of training and application QA

73 — Thought leadership

65 — Audience analytics reporting

Average Index — 100

Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Total Respondents
Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) research and insights efforts in communicating its value as an advertising vehicle at each stage in the campaign.
Base: Considering Demand Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy.  The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions  27

# DBM ahead of competitors in post-ad campaign

## Highly Impressed with Demand Side Platform (Among Top 10 Used)
### Index of Percent Rating 8-10

**Quality of post ad campaign evaluation, insights, recommendations**

| | | |
|---|---|---|
| 1 | DoubleClick Bid Manager by Google | 120 |
| 2 | amazon | 112 |
| 3 | MediaMath | 110 |
| 4 | theTradeDesk | 102 |
| 5 | BrightRoll by YAHOO! | 95 |
| 6 | rocketfuel | 92 |
| 7 | centro | 91 |
| 8 | DataXu Data. Insight. Action. | 83 |
| 9 | AppNexus | 81 |
| 10 | Adobe Advertising Cloud | 78 |

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) research and insights efforts in communicating its value as an advertising vehicle at each stage in the campaign.
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering Demand Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 28

# Working with a DSP: What advertisers value most: Make it easy, be responsive, have tech expertise



Index of "Key Drivers" Regression to Likely to Buy

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**172** — Is easy to work with
**121** — Responsiveness to client needs during and post implementation
**108** — Technology expertise
**86** — Understanding of client goals, needs

Average Index — 100

Q: How likely are you to actually use each of the Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Total Respondents
Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) sales team based on the following sales capabilities.
Base: Considering Demand Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions now utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy.  The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions  29

# Ease of working relationship with DSP is a key factor for advertisers, but challenge for DBM

## Highly Impressed with Demand Side Platform (Among Top 10 Used)
### Index of Percent Rating 8-10

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**Is easy to work with**

| # | Platform | Score |
|---|----------|-------|
| 1 | amazon | 117 |
| 2 | theTradeDesk | 110 |
| 3 | DataXu | 105 |
| 4 | DoubleClick Bid Manager by Google | 104 |
| 5 | MediaMath | 103 |
| 6 | Adobe Advertising Cloud | 101 |
| 7 | rocketfuel | 97 |
| 8 | centro | 96 |
| 9 | AppNexus | 88 |
| 10 | BrightRoll by YAHOO! | 71 |

Agencies 112
Marketers 94

**Responsiveness to client needs during and post implementation**

| # | Platform | Score |
|---|----------|-------|
| 1 | centro | 115 |
| 2 | amazon | 114 |
| 3 | MediaMath | 107 |
| 4 | DoubleClick Bid Manager by Google | 102 |
| 5 | theTradeDesk | 101 |
| 6 | Adobe Advertising Cloud | 99 |
| 7 | DataXu | 95 |
| 8 | AppNexus | 85 |
| 9 | rocketfuel | 83 |
| 10 | BrightRoll by YAHOO! | 73 |

Agencies 118
Marketers 87

**Technology expertise**

| # | Platform | Score |
|---|----------|-------|
| 1 | DoubleClick Bid Manager by Google | 131 |
| 2 | amazon | 120 |
| 3 | centro | 106 |
| 4 | theTradeDesk | 103 |
| 5 | MediaMath | 99 |
| 6 | DataXu | 98 |
| 7 | Adobe Advertising Cloud | 97 |
| 8 | BrightRoll by YAHOO! | 87 |
| 9 | AppNexus | 75 |
| 10 | rocketfuel | 72 |

Q: Based on your own experience, please rate each Demand Side Platform's (DSP's) sales team based on the following sales capabilities.
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering Demand Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 30

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021196

# Stronger with agencies, DBM at merely average in 2 of 3 key sales criteria

## Sales Coverage by Demand Side Platforms (Among Top 10 Used)
### Index of Percent

| | Market or Training Presentations | | | Received collateral | | | Any communication | |
|---|---|---|---|---|---|---|---|---|
| Marketplace Overview | 1 | MediaMath | 156 | 1 | amazon | 184 | 1 | centro | 121 |
| | 2 | theTradeDesk | 130 | 2 | DoubleClick Bid Manager by Google | 145 Agencies 141 Marketers 149 | 2 | amazon | 109 |
| Programmatic Adoption & Attitudes | 3 | rocketfuel | 104 | 3 | centro | 127 | 3 | DoubleClick Bid Manager by Google | 105 |
| | 4 | amazon | 100 | 4 | BrightRoll by YAHOO! | 107 | 4 | MediaMath | 102 |
| Data Management Platforms | 5 | centro | 96 | 5 | MediaMath | 91 | 5 | rocketfuel | 99 |
| Managed Services | 6 | DoubleClick Bid Manager by Google | 90 Agencies 98 Marketers 79 | 6 | theTradeDesk | 81 | 6 | theTradeDesk | 98 |
| Digital Marketing Hubs | 7 | DataXu Data. Insight. Action. | 81 | 7 | Adobe Advertising Cloud | 79 | 7 | BrightRoll by YAHOO! | 92 |
| Summary | 8 | BrightRoll by YAHOO! | 77 | 8 | rocketfuel | 77 | 8 | DataXu Data. Insight. Action. | 91 |
| Appendix | 9 | AppNexus | 66 | 9 | DataXu Data. Insight. Action. | 63 | 9 | AppNexus | 86 |
| | 10 | Adobe Advertising Cloud | 58 | 10 | AppNexus | 48 | 10 | Adobe Advertising Cloud | 84 |

Q: For each Demand Side Platform (DSP), please indicate whether in the past 90 days you have...
Base: Considering Demand Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 31

GOOG-DOJ-11021197

DTX-483 Page 33 of 52

# DBM trails competitors with in-person meetings, but excels in web conference meetings

## Sales Coverage by Demand Side Platforms (Among Top 10 Used)
### Index of Percent

| | Meetings (net)* | | | | Web/phone meetings | | |
|---|---|---|---|---|---|---|---|
| 1 | MediaMath | 139 | | 1 | DoubleClick Bid Manager by Google | 133 | Agencies 124 Marketers 144 |
| 2 | amazon | 112 | | 2 | theTradeDesk | 128 | |
| 3 | theTradeDesk | 111 | | 3 | centro | 112 | |
| 4 | rocketfuel | 110 | | 4 | amazon | 108 | |
| 5 | centro | 106 | | 5 | BrightRoll by YAHOO! | 98 | |
| 6 | DataXu Data. Insight. Action. | 88 | | 6 | AppNexus | 97 | |
| 7 | DoubleClick Bid Manager by Google | 68 | Agencies 61 Marketers 74 | 7 | DataXu Data. Insight. Action. | 96 | |
| 8 | BrightRoll by YAHOO! | 66 | | 7 | rocketfuel | 96 | |
| 9 | Adobe Advertising Cloud | 62 | | 9 | MediaMath | 91 | |
| 10 | AppNexus | 55 | | 10 | Adobe Advertising Cloud | 72 | |

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q: For each Demand Side Platform (DSP), please indicate whether in the past 90 days you have...
Base: Considering Demand Side Platform in the Coming Year (Variable Base)    *Meetings (net): Net of in-person individual or small group meetings, presentations, and meeting with sales person at events

**Advertiser Perceptions** 32

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021198

# Who is the most preferred DSP?
# AAP, followed by DBM

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix



**Preference of Demand Side Platforms**
Percent of Respondents

**% Change from Prior Wave**

1  amazon  24%  +8

2  ⬬  21%  +9  Agencies +8 Marketers +12

3  MediaMath  9%  +3

Q: If you were to only send out one RFP for an advertising campaign, which of these Demand Side Platforms (DSPs) would you choose?
Base: Intending to Use Demand Side Platform in the Coming Year (Fixed Base)
Q: What does [BRAND] do or offer that makes them your preferred partner?
Q: Where can [BRAND] be even better or improve?
Base: Selected Brand As Preferred (Variable Base)

**◆ Advertiser Perceptions** 33

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021199

# DBM moving up to lead cluster for Net Promoter Score

## Likelihood to Recommend Demand Side Platforms (Among Top 10 Used)
### Percent of Respondents/Score

| | | | Promoters (%) | Detractors (%) | Net Promoter Score (NPS) | Rank from Prior Wave |
|---|---|---|---|---|---|---|
| | 1 | theTradeDesk | 41% | 21% | 20 | 1 |
| | 2 | amazon | 40% | 23% | 18 | 6 |
| | 2 | DoubleClick Bid Manager by Google | 38% | 20% | 18 | 7 |
| | 4 | MediaMath | 37% | 21% | 16 | 5 |
| | 5 | rocketfuel | 42% | 26% | 15 | 3 (tie) |
| | 5 | Adobe Advertising Cloud | 38% | 23% | 15 | 8 (tie) |
| | 7 | AppNexus | 37% | 25% | 12 | 3 (tie) |
| | 8 | centro | 34% | 25% | 9 | 8 (tie) |
| | 8 | DataXu Data. Insight. Action. | 40% | 31% | 9 | 2 |
| | 10 | BrightRoll by YAHOO! | 34% | 28% | 6 | 10 |

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**Net Promoter Score**
Equals Promoters Less Detractors
Promoters – Rated 9-10
Passives – Rated 7-8
Detractors – Rated 0-6

Q: How likely would you be to recommend to a colleague the Demand Side Platform(s) (DSPs) you have used in the past year?
Base: Use Demand Side Platforms (Variable Base)

**Advertiser Perceptions** 34

# In summary: Amazon and Google at/or near top across board

### Key Metrics Among Top 10-Used Demand Side Platforms
Percent of Respondents/Score

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

| | Familiarity (8-10) | | | Usage | | | Consideration (8-10) | | | Buying Intention (8-10) | | | Net Promoter Score (NPS) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | amazon | 49% | 1 | amazon | 39% | 1 | amazon | 53% | 1 | DoubleClick by Google | 41% | 1 | theTradeDesk | 20 |
| 2 | DoubleClick by Google | 47% | 2 | DoubleClick by Google | 35% | 2 | DoubleClick by Google | 47% | 2 | amazon | 39% | 2 | DoubleClick by Google | 18 |
| 3 | rocketfuel | 44% | 3 | rocketfuel | 24% | 3 | rocketfuel | 42% | 3 | rocketfuel | 34% | 2 | amazon | 18 |
| 4 | BrightRoll by YAHOO! | 44% | 3 | MediaMath | 24% | 4 | BrightRoll by YAHOO! | 40% | 3 | BrightRoll | 34% | 4 | MediaMath | 16 |
| 5 | MediaMath | 43% | 5 | BrightRoll by YAHOO! | 22% | 5 | Adobe Advertising Cloud | 39% | 5 | theTradeDesk | 32% | 5 | rocketfuel | 15 |
| 6 | theTradeDesk | 40% | 6 | Adobe Advertising Cloud | 21% | 6 | theTradeDesk | 38% | 5 | MediaMath | 32% | 5 | Adobe Advertising Cloud | 15 |
| 6 | Adobe Advertising Cloud | 40% | 6 | theTradeDesk | 21% | 6 | MediaMath | 38% | 7 | Adobe Advertising Cloud | 31% | 7 | AppNexus | 12 |
| 6 | centro | 40% | 8 | DataXu Data. Insight. Action. | 20% | 8 | AppNexus | 35% | 8 | AppNexus | 29% | 8 | centro | 9 |
| 8 | AppNexus | 36% | 9 | AppNexus | 19% | 9 | DataXu Data. Insight. Action. | 33% | 9 | centro | 28% | 8 | DataXu Data. Insight. Action. | 9 |
| 9 | DataXu Data. Insight. Action. | 35% | 10 | centro | 16% | 10 | centro | 31% | 10 | DataXu | 27% | 10 | BrightRoll by YAHOO! | 6 |

**Advertiser Perceptions** 35

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021201

# Executive Summary

Marketplace Overview

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Appendix

- Familiarity: AAP and DBM continue to lead

- DBM and AAP still the most used DSPs
  - Future intentions: DBM and AAP in their own tier at the top

- What drives DSP selection? Audience scale is key
  - DBM leads across board in top 3 selection criteria

- Quality of campaign analysis is a critical driver of selection
  - DBM ahead of competitors in post-ad campaign

- Ease of working relationship with DSP a key factor for advertisers, but challenge for DBM

- Who is the most preferred DSP? AAP, followed by DBM

- DBM moves into lead cluster for Net Promoter Score

**Advertiser Perceptions** 36

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021202

# DBM Strengths and Challenges

Marketplace Overview

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Appendix

**Strengths**

• Top of mind in all areas related to consideration: familiarity, usage, consideration, intention

• Leading now in all 3 selection criteria that drive DSP selection

• Perceived to be leading in post-campaign insight delivery

**Challenges**

• AAP continues to vie for leadership in consideration and ratings criteria

  • And DBM trails AAP in the "most preferred" DSP metric

• DBM does not excel in "easy to work with," and this is a critical intention driver

• Perhaps related to "ease" challenge, DBM has a cluster of competitors for NPS leadership

**Advertiser Perceptions**  37



# Appendix









HIGHLY CONFIDENTIAL

GOOG-DOJ-11021204

# Most see themselves as fairly well-versed in programmatic

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

### Adoption Level of Programmatic Advertising
Percent of Respondents

**Beginning**: exploring as a programmatic marketer



41%

**Advanced**: in a relatively advanced position with programmatic/ technology-based advertising buying

**Intermediate**: somewhere in the middle of beginning and advanced

Q: Which of the following best characterizes [your agency's/your company's] experience and skills in programmatic?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 39

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021205

# Header bidding: advertiser see it as big plus







Q: Are you familiar with header bidding?
Base: Total Programmatic Respondents
Q: What is the value of header bidding for your advertising campaigns?
Base: Familiar With Header Bidding

**Advertiser Perceptions** 40

GOOG-DOJ-11021206

# As newer categories, advanced TV, social, audio, native, OOH have less usage among DSPs

### Demand Side Platform Usage Among Ad Type/Format (Top 10 Overall)
#### Percent of Respondents

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**Advanced/Connected TV**

| Rank | | % |
|---|---|---|
| 1 | Adobe Advertising Cloud | 31% |
| 2 | theTradeDesk | 27% |
| 2 | amazon | 27% |
| 5 | videology | 24% |
| 5 | DoubleClick Bid Manager by Google | 24% |
| 5 | VIANT. | 24% |
| 5 | TURN | 24% |
| 9 | MediaMath | 23% |
| 9 | TREMOR VIDEO | 23% |
| 9 | OpenX | 23% |

**Social**

Agencies 23%
Marketers 33%

| Rank | | % |
|---|---|---|
| 1 | DoubleClick Bid Manager by Google | 27% |
| 2 | amazon | 26% |
| 3 | theTradeDesk | 23% |
| 4 | rocketfuel | 22% |
| 6 | dstillery | 21% |
| 6 | drawbrid e | 21% |
| 8 | MediaMath | 20% |
| 8 | AppNexus | 20% |
| 8 | BrightRoll | 20% |
| 8 | TREMOR VIDEO criteo | 20% |

**Audio**

| Rank | | % |
|---|---|---|
| 1 | amazon | 23% |
| 2 | theTradeDesk | 21% |
| 2 | Bidtellect | 21% |
| 2 | MediaMath | 21% |
| 5 | DoubleClick Bid Manager by Google | 20% |
| 6 | rocketfuel | 19% |
| 6 | OpenX | 19% |
| 8 | Adobe Advertising Cloud | 18% |
| 8 | drawbrid e | 18% |
| 8 | centro | 18% |

Q: For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

**Advertiser Perceptions** 41

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021207

# As newer categories, advanced TV, social, audio, native, OOH have less usage among DSPs

### Demand Side Platform Usage Among Ad Type/Format (Top 10 Overall)
Percent of Respondents

Marketplace Overview

Programmatic Adoption & Attitudes

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

**Native**

| 1 | DoubleClick by Google | 29% |
| 1 | amazon | 29% |
| 1 | theTradeDesk | 29% |
| 4 | Bidtellect | 26% |
| 5 | rocketfuel | 25% |
| 6 | VIANT. | 23% |
| 7 | drawbrid e | 22% |
| 7 | 1 by Aol. DSP | 22% |
| 7 | MediaMath | 22% |
| 7 | Adobe Advertising Cloud | 22% |

**Digital Out-of-Home**

| 1 | amazon | 15% |
| 2 | DoubleClick by Google | 14% |
| 3 | Adobe Advertising Cloud | 11% |
| 3 | OpenX | 11% |
| 3 | Bidtellect | 11% |
| 6 | theTradeDesk | 10% |
| 6 | AppNexus | 10% |
| 6 | MediaMath | 10% |
| 9 | VIANT. | 9% |
| 9 | drawbrid e | 9% |

Agencies 12%
Marketers 17%

Q: For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

**Advertiser Perceptions** 42

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021208

# Brand Characterization

| | DSP | DMP | Digital Marketing Hub | Ad Networks | Supply Side Platform | Agency Trading Desk | Managed Service | Other/ Don't Know |
|---|---|---|---|---|---|---|---|---|
| Amazon Advertising Platform | 18% | 15% | 23% | 42% | 15% | 14% | 19% | 10% |
| Accordant Media | 10% | 12% | 16% | 18% | 11% | 12% | 10% | 39% |
| Accuen | 10% | 13% | 15% | 18% | 10% | 15% | 7% | 37% |
| Adobe Audience Manager | 10% | 20% | 22% | 23% | 11% | 12% | 14% | 21% |
| AppNexus | 18% | 16% | 16% | 19% | 15% | 12% | 12% | 26% |
| BrightRoll (Yahoo) | 22% | 16% | 21% | 35% | 13% | 14% | 13% | 14% |
| Cadreon | 10% | 12% | 15% | 16% | 12% | 14% | 8% | 37% |
| Centro | 14% | 14% | 15% | 25% | 10% | 12% | 13% | 29% |
| Criteo | 13% | 11% | 16% | 20% | 11% | 9% | 10% | 33% |
| DataXu | 19% | 18% | 18% | 19% | 12% | 11% | 10% | 26% |
| Experian | 11% | 21% | 19% | 17% | 14% | 11% | 18% | 22% |
| DoubleClick Bid Manager | 25% | 20% | 18% | 29% | 15% | 17% | 15% | 10% |
| Index Exchange | 8% | 11% | 19% | 17% | 12% | 16% | 7% | 34% |
| Krux (now a part of Salesforce) | 9% | 17% | 19% | 18% | 11% | 11% | 9% | 33% |
| Marketo | 9% | 14% | 24% | 16% | 12% | 9% | 13% | 30% |
| MediaMath | 21% | 19% | 20% | 22% | 12% | 13% | 11% | 20% |
| OpenX | 12% | 10% | 17% | 19% | 15% | 13% | 8% | 34% |
| Oracle/Bluekai | 15% | 27% | 24% | 21% | 16% | 14% | 20% | 12% |
| ONE by AOL Audience | 16% | 14% | 17% | 29% | 11% | 12% | 12% | 24% |
| Rocket Fuel | 24% | 19% | 17% | 28% | 12% | 12% | 12% | 17% |
| Rubicon | 19% | 15% | 15% | 23% | 17% | 18% | 10% | 22% |
| The Trade Desk | 19% | 15% | 17% | 20% | 10% | 32% | 10% | 15% |
| Tremor Video | 16% | 15% | 17% | 32% | 12% | 11% | 11% | 20% |
| Adobe Ad Cloud (formerly TubeMogul) | 17% | 20% | 22% | 25% | 12% | 13% | 15% | 18% |
| Turn | 20% | 16% | 18% | 20% | 10% | 11% | 8% | 29% |
| Varick Media | 11% | 10% | 14% | 19% | 12% | 13% | 12% | 34% |
| Viant | 11% | 11% | 16% | 20% | 10% | 9% | 9% | 36% |
| Xaxis | 12% | 14% | 16% | 17% | 11% | 15% | 9% | 33% |

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

Q100a: How would you characterize the following brands?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 43

GOOG-DOJ-11021209

# Adobe, Google, Amazon most likely to be used for brand or both brand & performance

### Type of Campaign Demand Side Platform Primarily Used For (Among Top 10 Used)
### Percent of Respondents



Q: Among the Demand Side Platforms (DSPs) you have used in the past year, what type of campaigns are they primarily used for?
Base: Used Demand Side Platform in Past Year (Variable Base)

**Advertiser Perceptions**  44

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021210

# How the best brands are delivering ad tech implementation

Go ge


DoubleClick
Bid Manager by Google

Marketplace Overview

*"Their ad stack is so integrated across products on buyer, seller, and publisher sides that it's relatively simple to activate strong campaigns quickly."*
- Agency Director

*"Not a buying tool, but do a great job gaining efficiencies for advertisers and help manage very large budgets."*
- Agency Planner

*"Placement verification."*
- Agency President

Demand Side Platforms

*"Provides very good reporting on the ads that we buy and real time, which gives us the ability to make adjustments while in flight."*
- Marketer VP

*"I mostly just like their interface."*
- Agency Director

Data Management Platforms

Managed Services

Digital Marketing Hubs

*"They offer the most options to us and are able to support us very well."*
- Agency Supervisor

You Tube

Summary

Appendix

*"It is surprisingly the most likely to target our audience desired."*
- Marketer Executive

*"They have all the resources and data analysis that we need."*
- Marketer Manager

*"They know their exact audience makeup."*
- Agency VP

Q: What do they do especially well?
Base: Total Programmatic Respondents

⬡ Advertiser Perceptions  45

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021211

# How the best brands are delivering ad tech implementation

**theTradeDesk**

 MediaMath

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

*"[They] allow for data transparency."*
*- Agency Director*

*"Great interface and platform connects to all major tech vendors."*
*- Agency Director*

*"They seem to be ahead of the curve when it comes to managing things like targeting, scale, performance...I think all of them need to lead with verification and fraud abatement tools. Location verification is an example of an area where these guys need improvement.."*
*- Agency Director*

*"Customer service is top notch.  It costs more to use them but we feel we get the value back in service.."*
*- Agency VP*

*"I believe they have the best algos & excellent proprietary data."*
*- Agency VP*

*"They are smaller and really give great service, their tracking is spot on."*
*- Agency Director*

*"As a whole it seems like when it comes to results they always seem like the top tier in this regard (especially when it comes to the DSP realm). As a whole you very rarely ever see any flack from the company because again they are an authority in this arena and for good reason to be candid. I also think the fact that they are independent is also another reason why as a company they are able to do what they do. To be candid,  they really are trailblazers in retrospect considering this point."*
*- Marketer Executive*

*"They have algorithms and proprietary data that are industry leading"*
*- Marketer Director*

Q: What do they do especially well?
Base: Total Programmatic Respondents

**◆ Advertiser Perceptions** 46

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021212

# How the best brands are delivering ad tech implementation

Marketplace Overview

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

## centro

*"They are reliable and always hear us and our requests."*
- Agency Director

*"They have a hands-off (self managed) approach that works very well for us, but at any time, we can also switched over to managed services if our workload gets to hectic. And they provide great customer service compared to most self managed platforms when questions come up. They are also very helpful during the planning phase, helping us to maximize the use of their tools."*
- Marketer Manager

*"A lot of data partners and great support."*
- Agency Director

*"They understand our needs and resolve issues as soon as possible."*
- Agency Director

## facebook

*"They are forward thinking and have advised that they are now going to provide more info on what sites ads appear on."*
- Agency VP

*"Targeting capabilities."*
- Marketer Executive

*"While their platform is limited in terms of placement they do have a dependable audience with a lot of unique targeting options. We like that we can start an ad campaign almost immediately and narrowly target our desired audience. Their reporting is adequate.."*
- Agency Director

*"They can ingest our 3rd party data and provide audiences at scale."*
- Agency Supervisor

## Aol.

*"Predictive segments. And now with the Verizon partnership, it opens up more targeting capabilities."*
- Marketer Manager

*"Their account management team is very good. transparency, recommendations, relationship building, they're on top of it when it comes to finding and fixing errors."*
- Marketer Manager

## YAHOO!

*"They understand financial services and the needs/concerns in the space."*
- Agency VP

*"Better understanding of the requirements."*
- Marketer Director

Q: What do they do especially well?
Base: Total Programmatic Respondents

**Advertiser Perceptions** 47

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021213

# 72% of marketers still consider the agency trading desk model valid

Programmatic Adoption &
Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Appendix

*"Slightly **outdated** and might become obsolete in the near future, but **still contains a great deal of insight**."*

- VP

*"I feel ATDs are **antiquated** with the availability of programmatic advertising. I now see them as an **unnecessary expense and step** when buying our advertising."*

- Director

*"There is still an **advantage** to using the resources available from this type of buying platform especially for companies that have a **limited budget**."*

- Director

*"Most advanced direct capabilities are now **available through web based formats**."*

- Strategic Executive

Q: Is the agency trading desk model still valid? Please explain your response.
Base: Marketers Involved in Programmatic

◆ **Advertiser Perceptions** 48

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021214

# DSP Usage Among Ad Type/Format

Percent of Respondents

Top Format By Brand

| | Display | Mobile | Video | Advanced TV | Audio | Native | Social | Digital OOO |
|---|---|---|---|---|---|---|---|---|
| Adobe Advertising Cloud | 36% | 37% | 41% | 31% | 18% | 22% | 19% | 11% |
| Audience Buyer | 33% | 35% | 29% | 27% | 22% | 21% | 22% | 11% |
| amazon | 51% | 50% | 35% | 27% | 23% | 29% | 26% | 15% |
| AppNexus | 34% | 35% | 32% | 21% | 16% | 21% | 20% | 10% |
| Bidtellect | 25% | 26% | 23% | 21% | 21% | 26% | 17% | 11% |
| BrightRoll | 31% | 32% | 47% | 20% | 15% | 19% | 20% | 7% |
| centro | 37% | 35% | 26% | 19% | 18% | 19% | 18% | 8% |
| criteo | 35% | 30% | 27% | 16% | 15% | 19% | 20% | 7% |
| DataXu | 39% | 34% | 29% | 17% | 15% | 18% | 14% | 7% |
| drawbridge | 30% | 32% | 25% | 20% | 18% | 22% | 21% | 9% |
| dstillery | 32% | 28% | 24% | 19% | 17% | 19% | 21% | 8% |
| DoubleClick | 54% | 49% | 45% | 24% | 20% | 29% | 27% | 14% |
| | 43% | 42% | 34% | 23% | 21% | 22% | 20% | 10% |
| DSP | 54% | 36% | 39% | 18% | 10% | 22% | 18% | 6% |
| OpenX | 37% | 30% | 25% | 23% | 19% | 16% | 16% | 11% |
| rocketfuel | 44% | 39% | 38% | 19% | 19% | 25% | 22% | 8% |
| theTradeDesk | 43% | 36% | 35% | 27% | 21% | 29% | 23% | 10% |
| TREMOR VIDEO | 17% | 24% | 55% | 23% | 14% | 18% | 20% | 8% |
| TURN | 37% | 30% | 30% | 24% | 16% | 22% | 16% | 6% |
| VIANT. | 32% | 31% | 30% | 24% | 16% | 23% | 18% | 9% |
| videology | 20% | 18% | 51% | 24% | 17% | 19% | 14% | 9% |

Marketplace Overview

Programmatic Adoption & Attitudes

Demand Side Platforms

Data Management Platforms

Managed Services

Digital Marketing Hubs

Summary

Q: For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

**Advertiser Perceptions** 49

HIGHLY CONFIDENTIAL

GOOG-DOJ-11021215





## What Advertisers Think™

The More You Know
The Stronger Your Brand
The More You'll Sell™







HIGHLY CONFIDENTIAL

GOOG-DOJ-11021216