# EXHIBIT 18

Message

| | |
|---|---|
| **From:** | Sean Downey [sdowney@google.com] |
| **Sent:** | 2/25/2020 3:12:47 PM |
| **To:** | Mike Miller [mikemiller@google.com] |
| **Subject:** | Re: Quick question: most recent customer survey data? |
| **Attachments:** | 2019 PIR W7 - DSP for Google for Sean Downey Directs with agency-marketer driver analysis.pptx |

Hi Mike,

I was referring to the Advertiser Perceptions report, which I have attached for your review.

SFD

On Thu, Feb 20, 2020 at 9:26 AM Mike Miller <mikemiller@google.com> wrote:

Hi Sean,

Per our last 1:1, would you have the results from the most recent customer survey that you ran?

I hope you are doing well!


Thanks,
Mike


--

- **E. T. Michael Miller**
- Director, Google Technical Services | Global Customer Care
- gTech Boulder Site Lead
- mikemiller@google.com
- 720-235-1019


--
Sean F. Downey
646.450.1654
sdowney@google.com

CONFIDENTIAL

GOOG-AT-MDL-004548614



CONFIDENTIAL

GOOG-AT-MDL-004548615



DSP Methodology

**Sample:**

Marketer and Agency contacts from The Advertiser Perceptions Media Decision Maker Database and third-party databases as needed

**Qualification:**

• Involved in the purchase of programmatic advertising

• Used or worked with DSPs in the past 12 months

• Minimum $1 Million Annual Digital Ad Spend

CONFIDENTIAL

GOOG-AT-MDL-004548616



## DSP Respondent Profile
### Fielded Sept 2019

**PROGRAMMATIC DECISION-MAKING INVOLVEMENT:**

- Supervise or determine strategy for ad placement _____ 76%
- Develop or approve budgets _____ 81%
- Approve DSP partners _____ 76%
- Use DSPs to identify audiences and/or place media _____ 59%

**RANGING IN TITLE:**

Agency:

| 47% | 44% | 9% |
|---|---|---|

Marketer:

| 50% | 34% | 16% |
|---|---|---|

Senior (VP+) | Mid-Level (Director/Supervisor) | Junior (Mngr, Buyer, Planner)

**PRIMARY DSP USAGE:**

- Managed/Full Service _____ 45%
- Self-Service _____ 18%
- Both Managed & Self-Serve _____ 37%

**ANNUAL DIGITAL AD SPEND:**

| | Mean | $51M |
|---|---|---|
| | $50M+ | 26% |
| | $10M-50M | 45% |
| | $1M-10M | 29% |

**EXPRESSING OPINIONS FROM:** 46% Marketer / 54% Agency

© Advertiser Perceptions

CONFIDENTIAL

GOOG-AT-MDL-004548617

DTX-898 Page 4 of 51



CONFIDENTIAL

GOOG-AT-MDL-004548618



Q206
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep25.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548619



Q215
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548620



Q215  2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

QDS10

CONFIDENTIAL

GOOG-AT-MDL-004548621



Q215  2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

QDS10

GOOG-AT-MDL-004548622

DTX-898 Page 9 of 51



Q233a

CONFIDENTIAL

GOOG-AT-MDL-004548623



Q230



Q225



Q225

CONFIDENTIAL

GOOG-AT-MDL-004548626



Q230

GOOG-AT-MDL-004548627



Q226
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q226a.



Q226a.

CONFIDENTIAL

GOOG-AT-MDL-004548630



Q226a.



Q230

2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx
NPS base sizes:  Amazon DSP 146 AppNexus, a Xandr Company 76 Basis by Centro 26 Criteo 44 dataxu 43 Google Display & Video 360 106 MediaMath DSP 100 The Trade Desk DSP 119 Adobe Advertising Cloud 81 Amobee (inclusive of Turn & Videology) 54 Tremor Video DSP 45 Viant DSP 43 Quantcast 42 Adelphic 29 Oath Ad Platforms 66 Adform 46



Q230

2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

NPS base sizes:  Amazon DSP 146 AppNexus, a Xandr Company 76 Basis by Centro 26 Criteo 44 dataxu 43 Google Display & Video 360 106 MediaMath DSP 100 The Trade Desk DSP 119 Adobe Advertising Cloud 81 Amobee (inclusive of Turn & Videology) 54 Tremor Video DSP 45 Viant DSP 43 Quantcast 42 Adelphic 29 Oath Ad Platforms 66 Adform 46



Q230

2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx
NPS base sizes:  Amazon DSP 146 AppNexus, a Xandr Company 76 Basis by Centro 26 Criteo 44 dataxu 43 Google Display & Video 360 106 MediaMath DSP 100 The Trade Desk DSP 119 Adobe Advertising Cloud 81 Amobee (inclusive of Turn & Videology) 54 Tremor Video DSP 45 Viant DSP 43 Quantcast 42 Adelphic 29 Oath Ad Platforms 66 Adform 46



Q230
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548635



**Selection & recommendation drivers, with ratings of DSPs**

CONFIDENTIAL

GOOG-AT-MDL-004548636



Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548637



Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548638



Managed Service selection drivers: transparency, analytics, targeting

**Managed Service advertisers:**

1. Cost transparency
2. Analytics/reporting capabilities
3. Audience targeting capabilities
4. Optimizing for reach/frequency
5. Audience scale or reach
6. ROI/ROAS

Advertiser Perceptions 25

Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548639



Q235
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q235
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548641



Q235
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548642



Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548643



Q240
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548645





Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q235
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q235
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

GOOG-AT-MDL-004548649



## Insights-related recommendation (NPS): drivers:*
Agencies care more about functionality, marketers about findings

**Agencies:**

1. Exporting data to your analytics platform

**Marketers:**

1. Post ad campaign insights and recommendations
2. Audience analytics reporting

*Ratings criteria correlated to DSP recommendation, ranked in descending order of importance

Advertiser Perceptions 36

Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548650



Q240
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q240
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx



Q235, Q240, Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548653

DTX-898 Page 40 of 51



Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx

CONFIDENTIAL

GOOG-AT-MDL-004548654



Q245
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep27.xlsx





Q250



Q250



Q250



CONFIDENTIAL

GOOG-AT-MDL-004548660



# DSP takeaways

🙂 **The good news:** Google perceived favorably by large spenders in selection & recommendation driver criteria

🙁 **The bad news:** Amazon has higher than ever funnel metrics

And is making strides in two key areas: self-serve and across the board ratings in selection and recommendation criteria

😮 **The Trade Desk** is gaining as managed service—an unexpected finding

Advertiser Perceptions  47

GOOG-AT-MDL-004548661



# Recommendations

**STRENGTHS TO LEVERAGE**
- Consideration and intent remains as high as any DSP
- And the de facto ad server for the industry
- Wide perception of delivering best results, analytics, unmatched brand position
- Coverage levels for top spenders leads all DSPs

**RED FLAGS TO REMOVE**
- Amazon's dramatic perceptual changes seem to reflect a robust sales and/or messaging strategy
- TTD and (surprisingly, suddenly) Amazon a focus for *self-serve* advertisers
  - Given Google's clear strength here, why are perceptions lagging?

Advertiser Perceptions  48

CONFIDENTIAL

GOOG-AT-MDL-004548662



# Agency/marketer analysis

NOTE: except for coverage metrics, in which we segment $25M+ digital spenders, agency & marketer findings are based on an all-in view (all spend levels)

- **2 of top 3 selection criteria for agencies and marketers align**
  - Client platform integration key for agencies; UX surprisingly pivotal for marketers
  - Google does well in selection drivers with agencies, but TTD on par most critical
  - Amazon leads Google in 5 of 6 marketer drivers
  - Surprise: Amazon is competitive with both Google and TTD in the UX driver

- **Insights:** Google strong with agencies, trailing Amazon with marketers
- **Relationship metrics**: TTD nudges out Google at agencies; Google solid with marketers
- **Coverage:** Google leads marketer in-person meetings; trails both TTD, Amazon at agencies

**Advertiser Perceptions** 49

GOOG-AT-MDL-004548663

