# EXHIBIT 19

Message
---

**From:**      Ann Petrushka [petrushka@google.com]
**Sent:**      7/27/2020 9:05:00 PM
**To:**        Stephen Yap [syap@google.com]
**CC:**        Meghna Danton [meghnab@google.com]; APMG [ap-mg@google.com]; Scott Saiget [saiget@google.com]; Derek McCombs [mccombsd@google.com]; AGTM-Platforms [agtm-platforms@google.com]
**Subject:**   Re: 7.27.20 APMG Agenda
**Attachments:** 1H 2020 PIR W8 - DSP Report Google_Downey_072720_Final (2).pptx


Hi all! Should you need to reference, please find attached the DSP Wave 8 Report (Powerpoint or PDF version available) that was presented at the July 20th APMG meeting (last Monday).

Thanks!


 1H 2020 PIR W8 - DSP Report Google_Downey_07272...

On Mon, Jul 27, 2020 at 12:01 PM Stephen Yap <syap@google.com> wrote:
 I will be 30 min late to the meeting


 On Mon, Jul 27, 2020 at 12:01 PM Ann Petrushka <petrushka@google.com> wrote:
  Fast follow: all will be in attendance except for the following folks who are on vacation:

  STS
  Matt T
  Sean
  Leo

  Thanks!

  On Mon, Jul 27, 2020 at 11:58 AM Meghna Danton <meghnab@google.com> wrote:

  Hi Team, today's meeting agenda will have the following at go/APMG-weekly
  • Top of mind topics (Sundar's note on WFH guidance, heads up on QBR timing, app+web migration)
  • Finance Update (quota)
  • Partners Pipeline update
  • CPQ training for Sales Directors (rest can drop off!)
  Thank you team,
  Meghna
  --


  **Meghna Danton**

  meghnab@google.com   +1.917.691.1222


HIGHLY CONFIDENTIAL                                                                          GOOG-DOJ-AT-00839661

--
You received this message because you are subscribed to the Google Groups "AGTM-Platforms" group.
To unsubscribe from this group and stop receiving emails from it, send an email to agtm-platforms+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/agtm-platforms/CAGMGZw9bjfswO9tfAqQEYHQULvLpzBcNWz_qV2AB%3DEB48L-hFA%40mail.gmail.com.

--

**Ann Petrushka**

petrushka@google.com
**630-290-1351**

--
You received this message because you are subscribed to the Google Groups "APMG" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ap-mg+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ap-mg/CAPMcJyXJizhC22U8Vn-a%2BoBL8Gc7aLYjoFX2b82O-PDd7ECUxA%40mail.gmail.com.

--
--

syap@google.com          212.381.5329
**917.591.3372**

--
You received this message because you are subscribed to the Google Groups "AGTM-Platforms" group.
To unsubscribe from this group and stop receiving emails from it, send an email to agtm-platforms+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/agtm-platforms/CAGwW1M0fTpm%3DFcSmveu6EV9Meyx3FZd_ZGY_bS8Ew1DgiedEHg%40mail.gmail.com.

--

**Ann Petrushka**

petrushka@google.com

--
You received this message because you are subscribed to the Google Groups "APMG" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ap-

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839662

mg+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ap-mg/CAPMcJyUgj6EukjiszZ9CadBkkcff31HxBf0Vi90rz9cQgcz1-Q%40mail.gmail.com.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839663





Programmatic
Intelligence Report
Q1 2020

# Key Takeaways

**DV360 now leading in most metrics**
- Google unseats Amazon for the most-preferred DSP
- Google's gains most notable among largest advertisers
    - And those top spenders primarily using self-serve

**DV360 has moved to the #1 position in the metrics that drive:**
- Selection: ROI, targeting, audience reach at scale
- Recommendation: analytics, service, roadmap

**Greatest challenge: The Trade Desk**
- Seen by many large spenders as a master in
    - Service, support, training
    - Tech & media capabilities (e.g., CTV)

Demand Side Platforms

Advertiser Perceptions  2

# DSP Methodology



**Sample:** Marketer and Agency contacts from The Advertiser Perceptions Ad Pros Community and trusted third-party partners as needed

**Qualification:**
• Involved in the purchase of programmatic advertising
• Used or worked with DSPs in the past 12 months
• Minimum $1 Million Annual Digital Ad Spend

347 interviews conducted

Fielded 2/25 to 3/13 2020

Programmatic Intelligence Report Q1 2020

Demand Side Platforms

Advertiser Perceptions

HIGHLY CONFIDENTIAL



QDS7 (decision-making involvement); QS35 (agency/marketer); QS120M/QS120 (job title); QS25 (digital ad spend); QDS10 (primary DMP usage)
QS500N (Fortune 500)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839667





## First, a few thoughts about self-serve

Programmatic
Intelligence Report
Q1 2020

• Why don't marketers use self-serve all the time?
  • Low trust in agency tech capabilities
  • Low trust in agency motivations
  • Limitations of incumbent contracted DSP

• Google's rises to #1 spot in self serve usage, intention, & preference
  • Making significant wave-over-wave gains among self-serve buyers
  • Reflected in highest ratings for performance & technology criteria with greatest impact on selection and recommendation

Demand Side Platforms

Advertiser Perceptions

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839669



Internal – DSP Self Serve
Qlf2

GOOG-DOJ-AT-00839670



Internal – DSP Self Serve
Qlf3

GOOG-DOJ-AT-00839671



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839672



Q206
2019SS103W7_Banner 1a_PIR W7 DSP Full Results_WT_Sep25.xlsx



Q210 Familiarity



Q210 Familiarity

GOOG-DOJ-AT-00839675

DTX-973 Page 15 of 104



Q215 Usage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839676



Q215 Usage



Q215 Usage
S80b Amazon

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839678

DTX-973 Page 18 of 104



Q232



Q232



Q220 Consideration/Intention



Q220 Consideration/Intention

DTX-973 Page 22 of 104



Q226 Preference
Note: using "Considering any DSP" version in tables.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839683



Q220

DTX-973 Page 24 of 104



Q226 Preference
Note: using "Considering any DSP" version in tables.



Q226 Preference
Note: using "Considering any DSP" version in tables.

HIGHLY CONFIDENTIAL                                                              GOOG-DOJ-AT-00839686



Q230 NPS
Wave 7 breakdown: Promoters (43) Passive (42) Detractors (15)

GOOG-DOJ-AT-00839687



Q230 NPS



Q226a.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839689



Q226a.



Q226a.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839691



Q250 Sales coverage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839692



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839693



Q235, Q240, Q245

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839694



GOOG-DOJ-AT-00839695

DTX-973 Page 35 of 104



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839696



Q235 Performance ratings



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839698



Q235 Performance ratings

GOOG-DOJ-AT-00839699



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839700



Q235 Performance ratings



Q235 Performance ratings

GOOG-DOJ-AT-00839702



Q235 Performance ratings

GOOG-DOJ-AT-00839703



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839704



Q240 Research and insights ratings



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839706



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839707

DTX-973 Page 47 of 104



Q235 Performance ratings



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839709

DTX-973 Page 49 of 104



Q245 Relationship ratings



Q235 Performance ratings

GOOG-DOJ-AT-00839711



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839712



**Programmatic Intelligence Report Q1 2020**

# Where there is ground to gain: relationships & service



*They don't have a human element to their training.
If Google isn't going to offer a human element to their technology
training, they're at a disadvantage… The Trade Desk literally has a
team of people who are platform experts. They're not reviewing the
buys, but they're there to train new employees, answer questions and
go work with the product team for enhancement and improvements
and troubleshoot issues that come up. Google believes that
problems with their software are your problem. If you want
YouTube inventory programmatically, you have to use DV360. That's
a really powerful reason to pick them. Their service is not one.*

*-Global head of marketing, $100M+*

Demand Side Platforms

Source: May 2020, interviews with executives as part of the Demand-Side Platform Wave 8 Report

Advertiser Perceptions 50

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839713



Programmatic
Intelligence Report
Q1 2020

## Other challenges we see for Google among top spenders

- The continuing advance of The Trade Desk
  - "Continually on the cutting edge"
  - "Their UX is NOT easy, but they make it easy by their training and always-on support"
  - "They passed every test. Once we clear legal, we will drop MediaMath and use TTD as our primary"
- Amazon's position with marketers selling on the Amazon platform
  - "Our agency would go with Google or The Trade Desk. Several of our largest clients dictate that we work with Amazon. There's little patience for our counter arguments."

Demand Side Platforms

Advertiser Perceptions 51



# Key Takeaways

**Funnel Metrics:**
- Display & Video 360 now most-used DSP for total, managed and self-serve buyers
  - Google sees a big spike in usage among self-serve buyers.
- Use of Amazon Advertising nearly double for those selling products on Amazon vs. those who don't
- Google unseats Amazon for *most-preferred* DSP

**Perceptions:**
- ROI/ROAS, audience targeting,  reach/scale ratings have greatest impact on consideration:
  - Google leads in all 3 criteria
- Analytics, thought leadership, service, technology vision/roadmap have greatest NPS impact:
  - Google in a leading position across all but service
  - And with the largest spenders, Google is #1 across the board

Programmatic
Intelligence Report
Q1 2020

Demand Side Platforms

Advertiser Perceptions 52

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00839715



# Recommendations

**Programmatic Intelligence Report Q1 2020**

**Strengths to Leverage:**

- **Google the leader for majority of funnel metrics & ratings**

- **Strongest position with larger spending advertisers.** Funnel metrics and criteria ratings trend higher among larger advertisers, particularly self-serve advertisers.

- **Self-serve momentum.** Self-serve use and preference continues to rise; nearly all self-serve buyers intending to use/considering Google

**Red Flags:**

- **Amazon strength and standing increases when advertisers are using Amazon to sell products & using its DSP**

- **Continuing to trail The Trade Desk in service & support with mid-to lower spending advertisers.** The Trade Desk's high-touch onboarding, training and support capabilities make it a continued contender with self-service advertisers.

Demand Side Platforms

Advertiser Perceptions 53

DTX-973 Page 56 of 104











## DSP Respondent Profile

Top Market Sectors (Primary)

| |
|---|
| Automotive and related |
| Financial services |
| Business-to-business |
| Apparel/Fashion |
| CPG – Food/Household Products |
| Consumer Electronics |
| Telecommunications |
| Media & Entertainment, arts and recreation |
| Travel & Tourism |
| Pharmaceuticals & Remedies (OTC and DTC) |
| Retail – online |
| Retail – brick and mortar |
| Health/Healthcare |
| Technology |

Programmatic
Intelligence Report
Q1 2020

Demand Side Platforms

Q: Which of the following market sectors best represents your [company's/main client's] products or services?
Base: Total DSP Respondents

Advertiser Perceptions

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839721



GOOG-DOJ-AT-00839722



Q23



Q24
Base size W8 is n=44 respondents
Base size W6 is n=29 respondents



Q25 – NEW IN WAVE 8
Base size is n=44 respondents



# METHODOLOGY
## & RESPONDENT PROFILE

**AD PROS**
ADVERTISER PERCEPTIONS

Our Ad Pros Community represents the brands and agencies that are spending the most on advertising and marketing in the U.S. We continuously update, supplement, and refine the community based on movement in the market.

- INTERVIEWS CONDUCTED: 300

- SURVEY FIELDED: June 1st – 8th, 2020

- EXPRESSING OPINIONS FROM: **40%** MARKETER   **60%** AGENCY

- RANGING IN TITLE: **36% SENIOR** VP+   **40% MID-LEVEL** Director/Supervisor   **24% JUNIOR** Manager/Planner/Buyer

- **SAMPLE**: Marketer and agency contacts from The Advertiser Perceptions Ad Pros proprietary community and trusted third-party partners as needed

- **QUALIFICATION:** 100% involved in media brand selection decisions

- **WEIGHTING:** Data has been sample-balanced and weighted to reflect relative agency/marketer influence

- Incentives include cash and information

**June Omnibus Report**

Advertiser Perceptions 63



Q220

DTX-973 Page 67 of 104



Q220 Consideration/Intention

GOOG-DOJ-AT-00839728

DTX-973 Page 68 of 104



Q220

DTX-973 Page 69 of 104



Q210 Familiarity



Q220

DTX-973 Page 71 of 104



Q215 Usage
S80b Amazon

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839732

# Familiarity for Google, The Trade Desk up wave-over-wave

**Programmatic Intelligence Report Q1 2020**

Familiarity Trended: Demand Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8-10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 47% | 47% | 48% | 52% | 64% |
| 2 | theTradeDesk | 40% | 37% | 44% | 52% | 60% |
| 3 | amazon advertising | 49% | 42% | 48% | 58% | 53% |
| 4 | verizon media | 36% | 45% | 48% | 48% | 49% |
| 5 | Adobe Advertising Cloud | 40% | 35% | 39% | 49% | 46% |
| 6 | MediaMath | 43% | 33% | 35% | 48% | 39% |

Q: How familiar are you with each of the following Demand Side Platforms (DSPs)?
(1 = Not at all Familiar; 10 = Very Familiar) Base: Total DSP Respondents
Familiarity Not Asked in Wave 7
Verizon Media was listed as Oath Ad Platforms in Waves 6,7. For prior waves, an average of BrightRoll and ONE by AOL were used.

**Demand Side Platforms**

Advertiser Perceptions 70

Q220

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839733

DTX-973 Page 73 of 104



Q232



Q220 Consideration/Intention

HIGHLY CONFIDENTIAL

# 2 in 5 highly likely to consider Google's Display & Video 360 this year

**Programmatic
Intelligence Report
Q1 2020**

Intention Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 9-10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 27% | 31% | 33% | 32% | 32% | 43% |
| 2 | theTradeDesk | 20% | 20% | 25% | 30% | 30% | 36% |
| 3 | amazonadvertising | 26% | 28% | 32% | 36% | 36% | 31% |
| 4 | verizon media | 25% | 23% | 25% | 25% | 19% | 26% |
| 5 | Adobe Advertising Cloud | 17% | 20% | 22% | 23% | 19% | 22% |
| 6 | MediaMath | 20% | 19% | 21% | 25% | 23% | 17% |

Q: How likely are you to **consider** each of the Demand Side Platforms (DSPs) you said you are familiar with for use in the coming year?
Base: Total DSP Respondents
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

**Demand Side Platforms**

Advertiser Perceptions 73

Q220

GOOG-DOJ-AT-00839736



# Google, The Trade Desk and Amazon most-preferred DSPs

Preference Trended: Demand-Side Platforms
(Among Top 6 Overall Used)

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 22% | 24% | 17% | 20% | 18% | 24% |
| 2 | theTradeDesk | 6% | 8% | 12% | 14% | 16% | 21% |
| 2 | amazon advertising | 25% | 28% | 24% | 23% | 26% | 21% |
| 4 | Adobe Advertising Cloud | 5% | 5% | 12% | 9% | 4% | 6% |
| 5 | verizon media | 7% | 5% | 7% | 8% | 5% | 5% |
| 6 | MediaMath | 9% | 3% | 6% | 8% | 10% | 3% |

Q. If you had to choose only one of these Demand-Side Platforms (DSPs) to work with, which would you choose?
Base: Considering Any DSP
Verizon Media was listed as Oath Ad Platforms in Waves 5-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

Programmatic Intelligence Report Q1 2020

Demand Side Platforms

Advertiser Perceptions 74

Q226 Preference
Note: "Considering any DSP" version in tables.



Q220



Q220



Q226a.



Q230 NPS

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839741

DTX-973 Page 81 of 104



Q250 Sales coverage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839742



Q250 Sales coverage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839743



Q250 Sales coverage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839744



Q235

DTX-973 Page 85 of 104

# Google, The Trade Desk in close contest for audience targeting

**Programmatic Intelligence Report Q1 2020**

**Audience Targeting Capabilities** Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8-10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 58% | 57% | 57% | 58% | 68% | 64% |
| 2 | theTradeDesk | 51% | 53% | 51% | 53% | 60% | 60% |
| 3 | verizon media | 39% | 41% | 44% | 45% | 49% | 52% |
| 4 | Adobe Advertising Cloud | 41% | 42% | 43% | 53% | 41% | 47% |
| 5 | amazonadvertising | 56% | 55% | 53% | 53% | 60% | 45% |
| 6 | MediaMath | 56% | 54% | 54% | 56% | 50% | 44% |

Q: How would you rate each Demand Side Platform (DSP) on the following **performance/tech-related** criteria?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering DSP in the Coming Year (Variable Base)
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

**Demand Side Platforms**

Advertiser Perceptions 83

Q235

# Google, The Trade Desk in close contest for audience scale/reach

Programmatic
Intelligence Report
Q1 2020

**Audience Scale or Reach** Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8-10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 59% | 58% | 59% | 67% | 74% | 68% |
| 2 | theTradeDesk | 55% | 56% | 54% | 51% | 62% | 64% |
| 3 | Adobe Advertising Cloud | 42% | 43% | 44% | 50% | 37% | 51% |
| 4 | verizon media | 40% | 41% | 44% | 43% | 52% | 49% |
| 5 | amazonadvertising | 57% | 55% | 54% | 56% | 64% | 42% |
| 6 | MediaMath | 54% | 52% | 53% | 55% | 49% | 39% |

Q: How would you rate each Demand Side Platform (DSP) on the following performance/tech-related criteria?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering DSP in the Coming Year (Variable Base)
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

Demand Side Platforms

Advertiser Perceptions 84

Q235



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839748



Q235 Performance ratings
Audience Targeting Capabilities (seller vs. non-seller): the Seller/Non-seller %s here for Amazon account for 73 of their 92 raters. These overall ratings are based on Consideration, but the Seller/Non-seller raters are based on those who sell products/services primarily online.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839749



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839750



Q235 Performance ratings

GOOG-DOJ-AT-00839751

DTX-973 Page 91 of 104



Q235 Performance ratings



Q235 Performance ratings



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839754



Q235 Performance ratings

GOOG-DOJ-AT-00839755

# Google, The Trade Desk in close contest for audience analytics

Programmatic
Intelligence Report
Q1 2020

**Audience Analytics Reporting** Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8–10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 58% | 54% | 53% | 62% | 62% | 54% |
| 2 | theTradeDesk | 47% | 48% | 51% | 47% | 56% | 50% |
| 3 | Adobe Advertising Cloud | 43% | 46% | 46% | 51% | 50% | 46% |
| 4 | MediaMath | 43% | 44% | 46% | 51% | 47% | 45% |
| 4 | verizon media | 36% | 38% | 42% | 40% | 49% | 45% |
| 4 | amazonadvertising | 46% | 46% | 48% | 43% | 59% | 45% |

Q: How would you rate each Demand Side Platform (DSP) on the **research and insights** they provide?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering DSP in the Coming Year (Variable Base)
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

Demand Side Platforms

Advertiser Perceptions 93

Q240

HIGHLY CONFIDENTIAL



Q240 Research and insights ratings



Q240 Research and insights ratings



Q245 Relationship ratings

GOOG-DOJ-AT-00839759



Q245 Relationship ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839760



Q240 Research and insights ratings

GOOG-DOJ-AT-00839761

# Tight race among DSPs for service and support

Programmatic
Intelligence Report
Q1 2020

**Service and Support** Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8–10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | verizon media | 34% | 37% | 42% | 45% | 46% | **49%** |
| 2 | theTradeDesk | 42% | 46% | 47% | 57% | 58% | **48%** |
| 3 | Display & Video 360 | 44% | 42% | 43% | 52% | 56% | **46%** |
| 4 | MediaMath | 45% | 46% | 47% | 50% | 51% | **45%** |
| 5 | amazonadvertising | 48% | 48% | 48% | 39% | 53% | **36%** |
| 6 | Adobe Advertising Cloud | 42% | 41% | 42% | 48% | 40% | **32%** |

Q: How would you rate each Demand Side Platform (DSP) on the following **account management and client relationship** capabilities/characteristics?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering DSP in the Coming Year (Variable Base)
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

Demand Side Platforms

Advertiser Perceptions 99

Q245

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839762

Google tops for technology vision and roadmap

**Programmatic Intelligence Report Q1 2020**

Technology Vision and Roadmap Trended: Demand-Side Platforms
(Among Top 6 Overall Used)
Percent Rating 8-10 on a 10-Point Scale

| | | Wave 3 June 2017 | Wave 4 Jan 2018 | Wave 5 July 2018 | Wave 6 Jan 2019 | Wave 7 Aug 2019 | Current Wave 8 Feb/Mar 2020 |
|---|---|---|---|---|---|---|---|
| 1 | Display & Video 360 | 58% | 55% | 53% | 59% | 57% | 53% |
| 2 | theTradeDesk | 46% | 49% | 48% | 49% | 51% | 49% |
| 3 | MediaMath | 44% | 46% | 47% | 55% | 45% | 47% |
| 4 | Adobe Advertising Cloud | 43% | 44% | 45% | 53% | 43% | 44% |
| 5 | verizon media | 40% | 41% | 45% | 34% | 47% | 41% |
| 5 | amazonadvertising | 53% | 53% | 51% | 42% | 54% | 41% |

Q: How would you rate each Demand Side Platform (DSP) on the following **account management and client relationship** capabilities/characteristics?
Scale: (1-3=Not Very Impressed; 4-7=Moderately Impressed; 8-10=Highly Impressed)
Base: Considering DSP in the Coming Year (Variable Base)
Verizon Media was listed as Oath Ad Platforms in Waves 6-7. For prior waves, an average of BrightRoll and ONE by AOL were used.

**Demand Side Platforms**

Advertiser Perceptions·100

Q245

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839763



Q235 Performance ratings

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00839764