# EXHIBIT 21



CONFIDENTIAL

GOOG-AT-MDL-009555706



CONFIDENTIAL

GOOG-AT-MDL-009555707



QS60

GOOG-AT-MDL-009555708

DTX-511 Page 3 of 78



CONFIDENTIAL

GOOG-AT-MDL-009555709



Q20

CONFIDENTIAL

GOOG-AT-MDL-009555710



Q50

CONFIDENTIAL

GOOG-AT-MDL-009555711



Q50x1, Q50x2



Q106

CONFIDENTIAL

GOOG-AT-MDL-009555713



## What does programmatic solve?
### Targeting, control, savings, and reach

Top Issues Programmatic Ad Buying Solves
Percent of Respondents Ranking 1-3

| | | |
|---|---|---|
| 1 | **Improved targeting capabilities** | **39%** |
| 2 | **Better control of data, audiences and tactics** | **36%** |
| 3 | **More cost efficient than publisher direct** | **35%** |
| 4 | **Broader reach** | **34%** |
| 5 | Better time and resource efficiency | 30% |
| 6 | Better in-flight optimization | 22% |
| 7 | Price transparency | 22% |
| 8 | More creative options | 19% |
| 9 | Simplifies the RFP process | 19% |

Q: Which of the following are the top issues that programmatic ad buying helps solve?
Base: Total Programmatic Respondents.

Advertiser Perceptions   9

Q40

CONFIDENTIAL
GOOG-AT-MDL-009555714



## What is thwarting programmatic? It's a matter of trust

Most Negative Aspects of Programmatic Ad Buying (Top 10)
Percent of Respondents Ranking 1-3

| | | | % Point Change from Prior Wave (June 2017) |
|---|---|---|---|
| 1 | Fraud | 36% | -3 |
| 2 | Verification | 26% | 1 |
| 3 | Brand safety | 24% | -2 |
| 4 | Poor inventory quality | 22% | 2 |
| 5 | Placement Transparency | 20% | 0 |
| 6 | Lack of human interaction | 19% | -3 |
| 7 | Lack of targeting capabilities | 18% | 6 |
| 8 | Pricing Transparency | 18% | 2 |
| 9 | Expense of third party verification | 18% | 1 |
| 10 | Data management complexity | 17% | 1 |

Q: Which of the following are the most negative aspects of programmatic ad buying?
Base: Total Programmatic Respondents

Advertiser Perceptions  10

Q40

GOOG-AT-MDL-009555715



CONFIDENTIAL

GOOG-AT-MDL-009555716





Q210



Q215



Q215



Q233a - NEW

GOOG-AT-MDL-009555721

DTX-511 Page 16 of 78



Q220



Q225



AAP & DBM lead in display and mobile; the video specialists lead in video

Demand Side Platform Usage Among Ad Type/Format (Top 10 Overall)

Use MM and TTD formatting for this section

Q. For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

Advertiser Perceptions 19

Q232



Q232



Q226



Q226

GOOG-AT-MDL-009555727



Q230

GOOG-AT-MDL-009555728



CONFIDENTIAL

GOOG-AT-MDL-009555729



Q52c



Q52c

GOOG-AT-MDL-009555731



Q235, Q240, Q245



Q235



Q235

CONFIDENTIAL

GOOG-AT-MDL-009555734



Q240



Q240



Q245



Q245



Q250
Meetings in person (Net) = 1) Had small group meeting in person with representative(s) from media brand OR 2) Had in person presentations on market topics or training
Video conference/phone/email (Net) = 1) Had technology enabled meetings/conferences on web, video, phone OR 2) Had email or phone conversations with sales rep(s)



Funnel metrics summary: Google & Amazon lead from familiarity to buying intention

Key Metrics Among Top 10-Used Demand Side Platforms
Percent of Respondents/Score

| | Familiarity (0-10) | | | Usage | | | Consideration (0-10) | | | Buying Intention (0-10) | | | Net Promoter Score (NPS) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DoubleClick Platform | 47% | 1 | DoubleClick | 38% | 1 | DoubleClick | 52% | 1 | DoubleClick | 44% | 1 | DoubleClick | 33 |
| 2 | amazon Platform | 42% | 1 | amazon Platform | 38% | 2 | amazon Platform | 48% | 2 | amazon Platform | 41% | 2 | Sizmek | 26 |
| 3 | BrightRoll | 39% | 3 | BrightRoll | 22% | 3 | Adobe Advertising Cloud | 39% | 3 | Adobe Advertising Cloud | 31% | 3 | Adobe Advertising Cloud | 22 |
| 4 | theTradeDesk | 37% | 4 | Adobe Advertising Cloud | 20% | 3 | theTradeDesk | 39% | 4 | theTradeDesk | 30% | 4 | theTradeDesk | 22 |
| 5 | Adobe Advertising Cloud | 35% | 5 | theTradeDesk | 18% | 5 | BrightRoll | 38% | 5 | BrightRoll | 29% | 5 | DoubleClick | 22 |
| 6 | MediaMath | 33% | 6 | AppNexus | 17% | 6 | MediaMath | 34% | 6 | DoubleClick | 27% | 6 | amazon Platform | 16 |
| 7 | Sizmek | 32% | 7 | TREMOR VIDEODSP | 16% | 7 | AppNexus | 32% | 7 | AppNexus | 26% | 7 | TREMOR VIDEODSP | 14 |
| 8 | AppNexus | 31% | 8 | MediaMath | 15% | 7 | TREMOR VIDEODSP | 32% | 8 | DSP | 25% | 8 | AppNexus | 10 |
| 9 | DSP | 30% | 8 | Sizmek | 15% | 7 | Sizmek | 32% | 8 | Sizmek | 25% | 9 | DSP | -5 |
| 10 | TREMOR VIDEODSP | 27% | 10 | DSP | 13% | 10 | DSP | 31% | 10 | TREMOR VIDEODSP | 25% | 10 | BrightRoll | -13 |

Advertiser Perceptions 35

CONFIDENTIAL                                                                 GOOG-AT-MDL-009555740



# Key takeaways

**Marketplace overview**

• What does "in-house" mean to marketers? 3 variations

    • Two involve DSPs, one includes agencies

• Why is programmatic growing? Better targeting, leveraging data, efficiencies

• What is thwarting programmatic? It's a matter of trust

Advertiser Perceptions 36

CONFIDENTIAL



# Key takeaways

**Competitive landscape: DSPs**

- DBM and Amazon most used DSPs
  - Usage: DBM leads with agencies, AAP with marketers
- 60% use DBM & AAP for "both" performance & brand ads
  - Of the remainder, a swing to brand for AAP & performance for DBM
- Future intentions: DBM & AAP continue to lead
- AAP & DBM lead in display and mobile; the video specialists lead in video
  - Adobe leads advanced TV, TTD audio and DBM native
- Who is the most preferred DSP?
  - AAP, followed by DBM
- Competitive NPS for Google but more neutrals than most

Advertiser Perceptions 37

CONFIDENTIAL

GOOG-AT-MDL-009555742



# Key takeaways

**Platform perceptions: DSPs**

• What does DBM do especially well? Scale, expertise, analytics

• Why AAP? Note attraction of cloud and enterprise software capabilities

• Audience scale leads 14 selection criteria

  • DBM leads in key Audience Scale metric & in the other 2 selection criteria drivers

• Working with a DSP: what advertisers value most: be responsive and have tech expertise

  • Responsiveness is a key factor for advertisers, but challenge for DBM

Advertiser Perceptions  38

CONFIDENTIAL





CONFIDENTIAL

GOOG-AT-MDL-009555745



Q100a

GOOG-AT-MDL-009555746



## What do people think DoubleClick Bid Manager is?

% of respondents

| | | |
|---|---|---|
| 1 | Both DSP and DMP | 33% |
| 2 | Ad Network | 29% |
| 3 | Agency Trading Desk | 16% |
| 4 | DSP | 13% |
| 5 | Other/ Don't Know | 13% |
| 6 | Supply Side Platform | 13% |
| 7 | DMP | 8% |

Methodology

Competitive Landscape

Platform Perceptions

Research

Correct Categorization

Advertiser Perceptions 42



CONFIDENTIAL

GOOG-AT-MDL-009555748



# What do people think The Trade Desk is?

% of respondents

| | | |
|---|---|---|
| 1 | Agency Trading Desk | 33% |
| 2 | Both DSP and DMP | 26% |
| 3 | Ad Networks | 16% |
| 4 | Other/ Don't Know | 15% |
| 5 | DSP | 12% |
| 6 | Supply Side Platform | 8% |
| 7 | DMP | 8% |

Correct Categorization

Advertiser Perceptions 44

CONFIDENTIAL

GOOG-AT-MDL-009555749



Q25

CONFIDENTIAL

GOOG-AT-MDL-009555750



Q26 – NEW

CONFIDENTIAL

GOOG-AT-MDL-009555751



Q50a
Wave 3 – Current 2018: 64% Having complete integration of the software and managing the programmatic buying of media and data usage, 36% Utilizing marketing or advertising technology partners to help manage the use of data to buy advertising programmatically

CONFIDENTIAL

GOOG-AT-MDL-009555752



Q45

DTX-511 Page 48 of 78



Q105, Q105a

CONFIDENTIAL

GOOG-AT-MDL-009555754



## Why is programmatic growing?
### Better targeting, leveraging data, efficiencies

Appendix

Top Issues Programmatic Ad Buying Solves
Percent of Respondents Ranking 1-3

**AGENCIES**

| | | | % Point Change from Prior Wave (June 2017) |
|---|---|---|---|
| 1 | Improved targeting capabilities | 39% | -2 |
| 2 | More cost efficient than publisher direct | 36% | 0 |
| 3 | Better control of data, audiences and tactics | 35% | -1 |
| 4 | Offers unique targeting data/opportunities | 35% | +1 |
| 5 | Broader reach | 33% | +7 |
| 6 | Better time and resource efficiency | 26% | -8 |
| 7 | Better in-flight optimization | 24% | +3 |
| 8 | More creative options | 21% | +7 |
| 9 | Price transparency | 19% | -4 |
| 10 | Simplifies the RFP process | 17% | 0 |

**MARKETERS**

| | | | % Point Change from Prior Wave (June 2017) |
|---|---|---|---|
| 1 | Improved targeting capabilities | 38% | -8 |
| 2 | Offers unique targeting data/opportunities | 38% | +8 |
| 3 | Better control of data, audience & tactics | 37% | 0 |
| 4 | Broader reach | 34% | +2 |
| 5 | Better time and resource efficiency | 34% | -2 |
| 6 | More cost efficient than publisher direct | 34% | +3 |
| 7 | Price transparency | 24% | +3 |
| 8 | Simplifies the RFP process | 21% | -1 |
| 9 | Better in-flight optimization | 19% | -2 |
| 10 | More creative options | 17% | -5 |

Q: Which of the following are the top issues that programmatic ad buying most solve?
Base: Total Programmatic Respondents

Advertiser Perceptions 50

Q35



Q115, Q116

CONFIDENTIAL

GOOG-AT-MDL-009555756



Q120

CONFIDENTIAL

GOOG-AT-MDL-009555757



Q52a, Q52b

CONFIDENTIAL

GOOG-AT-MDL-009555758

# Brand characterization (full detail)

| | DSP | DMP | Ad Networks | Supply Side Platform | Agency Trading Desk | Other/ Don't Know | Both DSP and DMP |
|---|---|---|---|---|---|---|---|
| Amazon Advertising | 13% | 12% | 39% | 18% | 10% | 10% | 33% |
| Accordant Media | 7% | 10% | 19% | 10% | 11% | 37% | 20% |
| Accuen | 7% | 13% | 16% | 9% | 11% | 23% | 23% |
| AppNexus | 14% | 13% | 21% | 14% | 11% | 23% | 26% |
| BrightRoll (Yahoo) | 18% | 10% | 36% | 12% | 11% | 16% | 25% |
| Cadreon | 7% | 10% | 14% | 9% | 13% | 39% | 22% |
| Centro | 11% | 11% | 23% | 10% | 11% | 30% | 22% |
| Criteo | 10% | 10% | 19% | 10% | 8% | 32% | 26% |
| DataXu | 9% | 12% | 16% | 12% | 10% | 28% | 23% |
| DoubleClick Bid Manager | 13% | 8% | 29% | 13% | 16% | 13% | 33% |
| Salesforce (formerly Krux) | 7% | 21% | 17% | 16% | 12% | 18% | 29% |
| Marketo | 8% | 13% | 18% | 12% | 12% | 33% | 23% |
| MediaMath | 15% | 11% | 22% | 11% | 12% | 19% | 29% |
| Oracle/Bluekai | 8% | 22% | 20% | 14% | 12% | 13% | 33% |
| ONE by AOL | 10% | 9% | 30% | 9% | 9% | 22% | 29% |
| Sizmek (formerly Rocket Fuel) | 11% | 11% | 20% | 11% | 9% | 26% | 27% |
| The Trade Desk | 12% | 8% | 16% | 8% | 33% | 15% | 26% |
| Tremor Video | 15% | 8% | 27% | 12% | 8% | 24% | 20% |
| Adobe Ad Cloud (formerly TubeMogul) | 10% | 11% | 24% | 13% | 10% | 19% | 32% |
| Turn | 13% | 11% | 18% | 12% | 8% | 27% | 25% |
| Varick Media | 7% | 10% | 18% | 13% | 12% | 34% | 22% |
| Viant | 10% | 7% | 20% | 11% | 10% | 32% | 25% |
| Xaxis | 10% | 11% | 14% | 8% | 14% | 33% | 21% |
| Quantcast | 11% | 14% | 22% | 12% | 9% | 25% | 22% |
| Adelphic | 12% | 9% | 19% | 9% | 7% | 37% | 20% |
| Adara | 5% | 9% | 16% | 10% | 9% | 43% | 20% |
| Bidtellect | 11% | 10% | 18% | 13% | 12% | 32% | 21% |
| Videology | 13% | 8% | 32% | 8% | 10% | 25% | 22% |

Q103a. How would you characterize the following brands?
Base: Total Programmatic Respondents

Advertiser Perceptions 54

DTX-511 Page 54 of 78



Q233a - NEW

# DSP usage among ad type/format

Percent of Respondents

Top Brand By Format

| | Display | Mobile | Video | Advanced TV | Audio | Native | Social | Digital OOO |
|---|---|---|---|---|---|---|---|---|
| ADORBA | 20% | 23% | 23% | 17% | 17% | 22% | 19% | 9% |
| AOL.COM | 25% | 30% | 22% | 16% | 15% | 20% | 20% | 10% |
| Adobe Advertising Cloud | 37% | 38% | 42% | 30% | 18% | 24% | 22% | 12% |
| amazon Platform | 49% | 49% | 34% | 29% | 22% | 30% | 29% | 16% |
| AppNexus | 36% | 32% | 28% | 16% | 18% | 23% | 22% | 10% |
| Beeswax | 25% | 24% | 24% | 22% | 16% | 28% | 18% | 8% |
| BrightRoll | 31% | 34% | 40% | 23% | 15% | 24% | 18% | 9% |
| centro | 33% | 30% | 32% | 23% | 16% | 25% | 23% | 9% |
| criteo | 31% | 28% | 19% | 20% | 16% | 23% | 18% | 13% |
| DataXu | 31% | 31% | 30% | 18% | 16% | 24% | 23% | 7% |
| drawbridge | 28% | 28% | 25% | 19% | 16% | 21% | 20% | 10% |
| distillery | 28% | 27% | 25% | 19% | 18% | 18% | 18% | 9% |
| Google | 49% | 46% | 41% | 25% | 20% | 30% | 25% | 13% |
| liveramp | 40% | 37% | 33% | 20% | 17% | 24% | 24% | 10% |
| MediaMath DSP | 37% | 37% | 38% | 20% | 17% | 24% | 15% | 7% |
| quantcast | 30% | 30% | 26% | 18% | 15% | 17% | 14% | 10% |
| Sizmek | 38% | 37% | 35% | 20% | 14% | 22% | 19% | 12% |
| theTradeDesk | 46% | 37% | 36% | 26% | 27% | 26% | 22% | 11% |
| TREMOR VIDEO | 20% | 23% | 46% | 24% | 14% | 19% | 18% | 7% |
| TURN | 34% | 31% | 33% | 22% | 20% | 17% | 17% | 8% |
| VIANT. | 31% | 29% | 28% | 21% | 17% | 21% | 23% | 10% |
| videology | 18% | 19% | 46% | 24% | 17% | 23% | 14% | 10% |

Q: For which type of advertising would you use each Demand Side Platform (DSP) you are familiar with?
Base: Familiar with Demand Side Platform (Variable Base)

Advertiser Perceptions 56

Q232

GOOG-AT-MDL-009555761

DTX-511 Page 56 of 78



Q232



Q52c



Q216



# Usage of demand side platforms (detail)

Percent of Respondents

| | Total Respondents | Company Type | | Job Title | | |
|---|---|---|---|---|---|---|
| | | Agency | Marketer | VP+ | Director/Supervisor | Buyer/Planner/Manager/Other |
| DoubleClick Bid Manager | 38% | 41% | 35% | 35% | 40% | 41% |
| amazon advertising Platform | 38% | 34% | 42% | 46% | 28% | 38% |
| BrightRoll | 22% | 24% | 20% | 22% | 20% | 26% |
| Adobe Advertising Cloud | 20% | 21% | 18% | 18% | 21% | 23% |
| theTradeDesk | 18% | 21% | 14% | 15% | 18% | 24% |
| AppNexus | 17% | 15% | 19% | 20% | 16% | 12% |
| TREMOR VIDEODSP | 16% | 20% | 11% | 18% | 15% | 11% |
| | 15% | 15% | 15% | 14% | 15% | 18% |
| Sizmek | 15% | 17% | 12% | 15% | 15% | 14% |
| DSP | 13% | 12% | 14% | 14% | 14% | 11% |

Delta = 5%+   High   Mid   Low

Q: Which of these Demand Side Platforms (DSPs) you said you are familiar with were you used in the past year?
Base: Use Demand Side Platforms
Job title color coding is a visual representation of each individual DSP's rating comparatively by job title. Comparisons are made by partitioning each DSP's ratings into thirds (terciles).

**Advertiser Perceptions** 60

Q215



Q220



## Net promoter score (detail)

**Programmatic Intelligence Report Q1 2016**

| Net Promoter Score (Promoters Minus Detractors) | Total Respondents | Company Type | | Job Title | | |
|---|---|---|---|---|---|---|
| | | Agency | Marketer | VP+ | Director/Supervisor | Buyer/Planner/Manager/Other |
| Sizmek | 33% | 30% | 38% | 46% | 41% | -6% |
| Sizmek (formerly Market Fuel) | 26% | 9% | 54% | 43% | 16% | -3% |
| theTradeDesk | 22% | 19% | 27% | 20% | 19% | 31% |
| Adobe Advertising Cloud | 22% | 11% | 36% | 46% | 14% | -12% |
| DoubleClick Bid Manager | 22% | 20% | 24% | 24% | 18% | 23% |
| amazon advertising Platform | 16% | 9% | 22% | 30% | -9% | 5% |
| TREMOR VIDEO DSP | 14% | 7% | 29% | 21% | 7% | 4% |
| AppNexus | 10% | -2% | 20% | 9% | 5% | 25% |
| DSP | -5% | -12% | 2% | 5% | -28% | 17% |
| BrightRoll | -13% | -5% | -23% | 4% | -9% | -55% |

Delta = 5%+        High   Mid   Low

Q. How likely would you be to recommend to a colleague this Demand Side Platform(s) (DSPs) you have used in the past year?
Base: Use Demand Side Platforms (Variable Base)
Job title color coding is a visual representation of each individual DMP's ratings comparatively by job title. Comparisons are made by partitioning each DSP's ratings into thirds (terciles).

Demand Side Platforms

Advertiser Perceptions 62

Q230

CONFIDENTIAL                                    GOOG-AT-MDL-009555767



# Familiarity with demand side platforms (detail)

Percent of Respondents Rating 8-10 on a 10-Point Scale

| | Total Respondents | Company Type | | Job Title | | |
|---|---|---|---|---|---|---|
| | | Agency | Marketer | VP+ | Director/Supervisor | Buyer/Planner/Manager/Other |
| DoubleClick Bid Manager | 47% | 46% | 47% | 49% | 44% | 46% |
| amazon advertising Platform | 42% | 34% | 51% | 51% | 36% | 30% |
| BrightRoll | 39% | 36% | 42% | 46% | 34% | 31% |
| theTradeDesk | 37% | 38% | 36% | 41% | 33% | 38% |
| Adobe Advertising Cloud | 35% | 30% | 41% | 40% | 33% | 28% |
| | 33% | 29% | 37% | 41% | 25% | 27% |
| Sizmek (formerly Rocket Fuel) | 32% | 33% | 30% | 38% | 27% | 24% |
| AppNexus | 31% | 27% | 38% | 43% | 22% | 20% |
| DSP | 30% | 26% | 35% | 40% | 21% | 22% |
| TURN | 29% | 26% | 32% | 36% | 25% | 18% |

Delta = 5%+     High     Mid     Low

Q: How familiar are you with each of the following Demand Side Platforms (DSPs)?
Base: Use Demand Side Platforms
Job title color coding is a visual representation of each individual DSP's rating comparatively by job title. Comparisons are made by partitioning each DSP's ratings into thirds (terciles).

Advertiser Perceptions  63

Q210

GOOG-AT-MDL-009555768



## Usage intention of demand side platforms (detail)

Percent of Respondents Rating 8-10 on a 10-Point Scale

| | Total Respondents | Company Type | | Job Title | | |
|---|---|---|---|---|---|---|
| | | Agency | Marketer | VP+ | Director/Supervisor | Buyer/Planner/Manager/Other |
| DoubleClick Bid Manager | 44% | 42% | 46% | 46% | 42% | 44% |
| amazon advertising Platform | 41% | 33% | 51% | 50% | 33% | 38% |
| Adobe Advertising Cloud | 31% | 29% | 33% | 38% | 26% | 23% |
| theTradeDesk | 30% | 30% | 30% | 36% | 21% | 31% |
| BrightRoll | 29% | 27% | 31% | 36% | 22% | 23% |
| oath: | 27% | 22% | 32% | 33% | 17% | 28% |
| AppNexus | 26% | 22% | 30% | 33% | 21% | 18% |
| DSP | 25% | 22% | 30% | 32% | 20% | 19% |
| Sizmek | 25% | 23% | 27% | 31% | 19% | 20% |
| TREMOR VIDEODSP | 25% | 24% | 26% | 32% | 21% | 13% |

Delta = 5%+     High     Mid     Low

Q: How likely are you to actually use each of this Demand Side Platforms (DSPs) you said you are considering for use in the coming year?
Base: Use Demand Side Platforms
Job title color coding is a visual representation of each individual DSP's ratings comparatively by job title. Comparisons are made by partitioning each DSP's ratings into thirds (terciles).

Advertiser Perceptions  64

Q225

GOOG-AT-MDL-009555769



Q226



Q235

GOOG-AT-MDL-009555771



Q235



Q235



Q240

CONFIDENTIAL

GOOG-AT-MDL-009555774

DTX-511 Page 69 of 78



Q240



Q245

GOOG-AT-MDL-009555776



Q245



Q245

GOOG-AT-MDL-009555778

DTX-511 Page 73 of 78



Q250
Meetings in person (Net) = 1) Had small group meeting in person with representative(s) from media brand OR 2) Had in person presentations on market topics or training
Video conference/phone/email (Net) = 1) Had technology enabled meetings/conferences on web, video, phone OR 2) Had email or phone conversations with sales rep(s)



Q350



QS60

CONFIDENTIAL

GOOG-AT-MDL-009555781



QS65

CONFIDENTIAL

GOOG-AT-MDL-009555782



GOOG-AT-MDL-009555783