# EXHIBIT 22

Message

| | |
|---|---|
| **From:** | Dave Steinberger [dave.steinberger@advertiserperceptions.com] |
| **Sent:** | 4/30/2018 6:51:38 PM |
| **To:** | Alex Shellhammer [ashellhammer@google.com] |
| **CC:** | Kevin Mannion [kevin.mannion@advertiserperceptions.com]; Yamini Gupta [yaminigupta@google.com]; Gabe Bender [benderg@google.com]; Barbara Leung [barbara.leung@advertiserperceptions.com] |
| **Subject:** | Re: SSP Report update |
| **Attachments:** | 2018 SSP for Google 001.pdf |

Hi Alex,

As requested, attached you'll find the SSP research we recently presented to Gabe. To summarize the key findings:

**Competitive landscape**

- Surprising to see Yahoo/Brightroll's leadership across the funnel metrics
  - Publishers are the most familiar with Yahoo/BrightRoll, above Google
  - Past SSP usage: Yahoo sizeable lead over others, including DoubleClick
  - 2018 consideration: Yahoo ahead of Google and others, but many are in the race
  - 2018 intention: DoubleClick among tight pack of leaders
  - If publishers could choose only 1 SSP, Yahoo would lead Google

**DoubleClick Ad Exchange vs. other SSPs**

- Among market and business selection criteria, PMP capabilities are the most important
  - DoubleClick trailing in all key criteria
  - DoubleClick average in auctions, leading in brand momentum
  - Not surprisingly, DoubleClick trails in sub-syndication
- What tech criteria are key to driving intention? 3rd party integration and ad placement auditing tools
  - DoubleClick in tight race for lead in 3rd party integrations
- Among technology criteria, publishers care most about measuring creative across devices, reporting, and KPI analytics
  - Google typically seen as a leader in campaign analytics & measurement, DoubleClick uncharacteristically trails in all reporting/analytics criteria

As Kevin mentioned, moving forward we're going to rebalance the respondent pool to prioritize on publishers with revenue or ad/sales operations responsibilities. There will be other adjustments as well and we may reach out for input as we continue the fine-tuning for the next wave of our SSP report.

Best,
Dave

On Mon, Apr 30, 2018 at 9:03 AM, Alex Shellhammer <ashellhammer@google.com> wrote:
  +Yamini

  Hi Kevin,

CONFIDENTIAL

GOOG-AT-MDL-B-004577166

Thank you for the update, and I'm I wish I could have made the meeting. I got caught up in an urgent project.

Is there any way I could see a summary of the findings of the initial wave. I understand that you want to recalibrate the respondent list, but I'd be interested to see the results.

Thanks again,
Alex

| Alex Shellhammer | Product Marketing Manager | ashellhammer@google.com | 212-565-5565 |

On Tue, Apr 24, 2018 at 2:12 PM, Kevin Mannion <kevin.mannion@advertiserperceptions.com> wrote:
Hi Gabe, Alex,

When we met with Gabe, we noticed a few surprising findings (the prominence of Yahoo for Publishers, for example). Based feedback from you and other clients and on our analysis of the SSP findings, we see a need to recalibrate our respondent profile for the SSP Report. We believe we over-indexed on marketers and under-indexed on ops at the publishers we surveyed. The right mix going forward will be balanced between publishers with revenue or ops responsibilities.

We will look at the current wave of SSP as a preliminary set of findings and the June wave as our official Wave 1. Good news for you: you will have full access to the new wave 1 and the December wave 3.

We are therefore offering you and our other clients a gratis wave. No one asked us to do this, but, as our goal is to provide fully actionable insights, we see a need to make adjustments to deliver on that promise. Let us know your thoughts!

Best,
Kevin
---
*Kevin Mannion*
*Chief Strategy Officer*
*Advertiser Perceptions*
*1120 Ave of the Americas*
*New York, NY 10036*
*Mobile   516-242-3224*
*Twitter @kpmannion*

--
**Dave Steinberger**
*Vice President, Client Solutions*
*Advertiser Perceptions*

ph: 415-819-6071
e: Dave.Steinberger@AdvertiserPerceptions.com

www.AdvertiserPerceptions.com
Follow Us!!  Twitter   LinkedIn   Facebook

CONFIDENTIAL

GOOG-AT-MDL-B-004577167



# SSP Report, Wave 1

## *Part of the Programmatic Intelligence Report*

### 1H 2018



## What Advertisers Think™

The More You Know
The Stronger Your Brand
The More You'll Sell™

CONFIDENTIAL

GOOG-AT-MDL-B-004577168



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Methodology and respondent profile

| Representing Top 500 U.S. Websites | Leading Site Categories | 700+ Key Decision Makers |
|---|---|---|

**Representing Top 500 U.S. Websites**

USA TODAY · The New York Times · ebay · cafe media · yelp · meredith · BuzzFeed · HEARST · The Weather Channel · CBS Interactive · WSJ · tripadvisor · CONDÉ NAST · Disney · Vox · Expedia · NBCUniversal · BUSINESS INSIDER · The Washington Post · ESPN · Turner · Walmart · WebMD · VICE

**Leading Site Categories**

- Apparel
- Auto
- Beauty/toiletries
- Business
- Culture
- Directory
- Finance
- Food
- Health and/or fitness
- How-to/Informational
- Local
- Movies/Mass Entertainment
- News
- Political
- Print-associated/legacy
- Real estate
- Retail
- Social
- Sports
- Travel
- TV-associated
- Weather

**700+ Key Decision Makers**

- Sample: Digital Publisher contacts from The Advertiser Perceptions Media Decision Maker Database and third-party databases as needed.
- Main Qualification: Work for a digital publisher and involved in the selling of programmatic ad inventory.
- Fielded: January 2018
- Incentives include cash & data

Respondents totals:
- N=165 SSP Report

Ranging in title:
- 30% Executive
- 42% Marketing
- 19% Sales
- 8% Operations

Average Unique Monthly Visitors:
- 21.9 Million

**Advertiser Perceptions**   2

CONFIDENTIAL

GOOG-AT-MDL-B-004577169



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Respondent profile by website visitation

| Number of Unique Visitors Received Across Digital Properties in the Last Month | |
|---|---|
| 3 MM to 5 MM | 13% |
| 5 MM to 10 MM | 27% |
| 10 MM to 20 MM | 16% |
| 20 MM to 40 MM | 27% |
| 40 MM+ | 17% |
| Mean | 21.9 MM |

| | Unique Monthly Visitors | |
|---|---|---|
| | 3 million to less than 15 million | 15 million or more |
| **Department / Job Title** | | |
| Executive (CEO, CFO, COO, CTO) | 39% | 22% |
| Marketing (CMO to Manager) | 35% | 48% |
| Sales (CRO to Manager) | 15% | 24% |
| Operations (COO to Manager) | 11% | 6% |
| **Sell-Side Advertising Experience** | | |
| Average # of Years | 8.7 | 9.8 |
| **Programmatic Experience** | | |
| Average # of Years | 3.8 | 4.3 |
| **Allocate Inventory to SSPs** | | |
| | 100% | 100% |

Q: Approximately how many unique visitors did you receive across your digital properties in the last month?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 3

CONFIDENTIAL

GOOG-AT-MDL-B-004577170



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Nearly half the publishers see themselves as leaders in programmatic

Company's Programmatic Usage and Embrace

**Leader in establishing programmatic capabilities for advertisers**   **44%**

**Committed to allocating inventory and resources as market opportunities and demands dictate**   **41%**

Beginner in programmatic and exploring the benefits and challenges   9%

Minimal, with no expectation to shift more resources or inventory toward programmatic   7%

Q: As a publisher, how would you describe your company's embrace of programmatic?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions**   4

CONFIDENTIAL

GOOG-AT-MDL-B-004577171



# Marketplace Overview



CONFIDENTIAL

GOOG-AT-MDL-B-004577172



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Publishers see their inventory shifting to 60% programmatic



Programmatic and Direct Ad Inventory Allocation
Average Percent

Advertiser View

Q: What percent of your digital/mobile ad inventory went to each last year (2016)?  How much are you currently allocating to each this year (2017)?  How do you expect your inventory to be allocated next year (2018)?
Base: Total Digital Publisher Respondents

Advertiser Perceptions   6

CONFIDENTIAL

GOOG-AT-MDL-B-004577173



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# What's the promise of programmatic?
# Efficiency, improving margins, new revenue streams



Top Issues Programmatic Helps Solve for Publishers
Percent of Respondents *Ranking* #1

| Issue | Percent |
| --- | --- |
| Faster, simpler order execution or IO process | 18% |
| Maximizing inventory sold, at best possible margin | 15% |
| Getting highest value per impression | 15% |
| Access to new revenue streams | 14% |
| Advertisers need to have programmatic options | 10% |
| Lack of human interaction | 9% |
| Access to demand sources | 7% |
| Ability to strengthen your publisher brand by association with premier ad tech partner | 7% |
| Reduced workforce | 6% |

Q: Please rank the top three issues that programmatic helps solve for publishers.
Base: Total Digital Publisher Respondents

**Advertiser Perceptions**   7

CONFIDENTIAL

GOOG-AT-MDL-B-004577174



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Roadblocks? Disruption to legacy publisher model, complexity

Top Three Factors Limiting an Even Greater Share of Inventory Allocation toward Programmatic:
*Percent of Respondents Ranking #1*



| | |
|---|---|
| Disruption to publisher-direct model (net) | 19.9% |
| Complexity (net) | 19.3% |
| Cost of technology | 15.5% |
| Minimizing and controlling bots, fraud and malware | 12.4% |
| Verification | 11.8% |
| Internal company dynamics | 11.2% |
| Channel conflict (disruptive to direct business) | 10.6% |
| Demonstrating price transparency | 9.9% |

**Disruption to publisher-direct model (net)** is comprised of:
• Diminishing publisher margins on impressions sold
• Channel conflict (disruptive to direct business)

**Complexity (net)** is comprised of:
• Complexity of technology
• Requires talent and knowledge to get it off the ground

Q: Please rank the top three factors that limit an even greater share of your inventory allocation toward programmatic.
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 8

CONFIDENTIAL

GOOG-AT-MDL-B-004577175



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Most important ad formats SSPs need to support: video streaming variations and native

### Ad Formats in Order of Importance for SSP to Support
Percent of Respondents *Ranking* #1



| | |
|---|---|
| Live video | 23.0% |
| Out-stream video | 22.4% |
| Native ads | 21.8% |
| In-stream video | 19.4% |
| Rewarded ads | 13.3% |

Q: How would you rank the following ad formats in order of importance for your SSP to support?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions**   9

CONFIDENTIAL

GOOG-AT-MDL-B-004577176



Programmatic Intelligence Report Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# How can SSPs make the ad world a (brand) safer place?

**Importance of SSP Providing Brand Safety Features**
*Percent of Respondents Rating 5 "Very Important"*

| Rank | Safety Features | Rating 5 "Very Important" |
|------|-----------------|---------------------------|
| 1 | Prevents counterfeit inventory by using ads.txt | 55% |
| 2 | Enables you to adhere to the Coalition for Better Ads, Better Ads Standards | 54% |
| 3 | Technology to block botnet or other fraudulent traffic | 52% |
| 4 | Ability to troubleshoot bad ads on your account | 48% |
| 5 | Technology for publishers to block sensitive categories of ads (e.g. Alcohol, Pharma, COPPA, etc.) | 46% |
| 6 | Supports AMP ads | 41% |

Q: How important is it that your SSP provide the following brand safety features? (1-Not at all Important, 5-Very Important)
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 10

CONFIDENTIAL

GOOG-AT-MDL-B-004577177





CONFIDENTIAL

GOOG-AT-MDL-B-004577178



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Demand-side view of header bidding: most are familiar, see it it as a benefit

**Are you familiar with header bidding?**
Percent of Respondents (Buyers)



**What is the value of header bidding for your advertising campaigns?**
Percent of Respondents (Buyers) Familiar with Header Bidding



Q: Are you familiar with header bidding?
Base: Total Programmatic Respondents
Q: What is the value of header bidding for your advertising campaigns?
Base: Familiar With Header Bidding
Source: Programmatic Intelligence Report Wave 4 – DSP and DMP Reports

 **Advertiser Perceptions** 12

CONFIDENTIAL

GOOG-AT-MDL-B-004577179



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Nearly 3 of 4 publishers have implemented header bidding
# The rest are exploring it

### Usage of Header Bidding
Percent of Respondents

**Fully embraced: 34%**

**Early stages: 35%**

**Exploring: 22%**

**Not personally involved but focus for our company 5%**

5% not involved, not a focus

**Header Bidding**
*is defined as an advanced programmatic technique wherein publishers offer inventory to multiple ad exchanges simultaneously before making calls to their ad servers.*

Q: Which of the following statements best applies to your usage of header bidding?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 13

CONFIDENTIAL

GOOG-AT-MDL-B-004577180



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Private marketplace deals seen as the strongest growth area

### Growth Areas of SSP or Ad Server
Percent of Respondents

| | |
|---|---|
| Programmatic direct/PMP deals | 37% |
| Header bidding | 23% |
| New formats | 21% |
| Direct | 12% |
| Auction changes | 7% |

Q: In the next few years, in which of the following areas do you think your SSP or Ad Server will see the most growth?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 14

CONFIDENTIAL

GOOG-AT-MDL-B-004577181



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Majority of publishers using a combination waterfall and header bidding approach

### Inventory Selling to SSPs, Ad Networks and Exchanges
Percent of Respondents



- Not sure 2%
- Waterfall approach 21%
- Header bidding 24%
- Combination of both 53%

Q: How is your inventory sold to SSPs, ad networks and exchanges?
Base: Total Digital Publisher Respondents

Advertiser Perceptions  15

CONFIDENTIAL

GOOG-AT-MDL-B-004577182



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Google/AdmeId and OpenX considered to be the leaders in header bidding



SSPs Considered Leaders in Header Bidding
Percent of Respondents (Verbatim Responses)

| | |
|---|---|
| AdmeId/DoubleClick AdX/Google | 16% |
| OpenX | 15% |
| AppNexus | 10% |
| Amazon/A9 | 10% |
| PubMatic | 7% |
| Index Exchange | 5% |

Q: Which SSPs do you consider to be leaders and partners when it comes to header bidding?
Base: Total Digital Publisher Respondents

Advertiser Perceptions  16

CONFIDENTIAL

GOOG-AT-MDL-B-004577183



# Competitive Landscape



CONFIDENTIAL

GOOG-AT-MDL-B-004577184



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Surprise? Publishers are the most familiar with Yahoo, more so than Google



Note: Yahoo was referred to in study as
"Yahoo for Publishers (including BrightRoll)"

Q: How familiar are you with each of the following Supply Side Platforms (SSPs)? (1 = Not at all Familiar; 10 = Very Familiar)
Base: Total Digital Publisher Respondents

Advertiser Perceptions  18

CONFIDENTIAL

GOOG-AT-MDL-B-004577185



## Programmatic Intelligence Report Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

CONFIDENTIAL

# Past SSP usage: Yahoo sizeable lead over others, including DoubleClick (DCLK)



### Usage of Supply Side Platforms in the Past Year
Percent of Respondents

| # | Platform | Percent |
|---|----------|---------|
| 1 | YAHOO! FOR PUBLISHERS | 57% |
| 2 | OpenX | 42% |
| 3 | AppNexus | 38% |
| 4 | DoubleClick Ad Exchange | 36% |
| | Category Average | 31% |
| 5 | rubicon PROJECT | 30% |
| 6 | mopub | 29% |
| 7 | PubMatic | 27% |
| 8 | A9 | 25% |
| 9 | telaria | 24% |
| 10 | ① by AOL. | 18% |
| 11 | INDEX EXCHANGE | 15% |

**6.7**
Average Number of SSPs used in past year

**8.7**
Average Number of SSPs expect to use in next 12 months

Q: Which of these Supply Side Platforms (SSPs) you said you are familiar with have you used in the past year?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 19

GOOG-AT-MDL-B-004577186



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

CONFIDENTIAL

# 2018 consideration: Yahoo ahead of Google and others, but many are in the race



Consideration of Supply Side Platforms
Percent of Respondents Rating 10 on a 10-Point Scale

| | | |
|---|---|---|
| 1 | YAHOO! FOR PUBLISHERS | 25% |
| 2 | AppNexus | 24% |
| 3 | OpenX | 22% |
| 4 | rubicon PROJECT | 21% |
| 4 | DoubleClick Ad Exchange | 21% |
| 6 | INDEX EXCHANGE | 19% |
| | Category Average | 19% |
| 6 | PubMatic | 19% |
| 8 | mopub | 16% |
| 9 | telaria | 15% |
| 10 | AO Amobee | 14% |
| 11 | ① by Aol. | 13% |

Q: How likely are you to consider each of the Supply Side Platforms (SSPs) you said you are familiar with for use in the coming year?
(1 = Not at all Likely; 10 = Very Likely)
Base: Total Digital Publisher Respondents

**Advertiser Perceptions**  20

GOOG-AT-MDL-B-004577187



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# 2018 intention: DCLK among tight pack of leaders



Intention of Supply Side Platforms
Percent of Respondents Rating 10 on a 10-Point Scale

Q: How likely are you to actually use each of the Supply Side Platforms (SSPs) you said you are considering for use in the coming year?
(1 = Not at all Likely; 10 = Very Likely)
Base: Total Digital Publisher Respondents

Advertiser Perceptions   21

CONFIDENTIAL

GOOG-AT-MDL-B-004577188



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Net Promoter Scores are high in general and for Google in particular



Likelihood to Recommend Supply Side Platforms
Sorted by Net Promoter Score

| | | Promoters | Passives | Detractors | Net Promoter Score (Promoters Minus Detractors) |
|---|---|---|---|---|---|
| 1 | DoubleClick Ad Exchange | 69% | 23% | 8% | 61 |
| 2 | rubicon | 60% | 32% | 8% | 52 |
| 3 | OpenX | 58% | 29% | 13% | 45 |
| 3 | 1 by Aol. * | 62% | 21% | 17% | 45 |
| 5 | AppNexus | 60% | 24% | 16% | 44 |
| 5 | INDEX EXCHANGE * | 60% | 24% | 16% | 44 |
| 7 | mopub | 52% | 38% | 10% | 42 |
| 8 | YAHOO! FOR PUBLISHERS | 53% | 35% | 12% | 41 |
| 9 | telaria | 55% | 39% | 15% | 40 |
| 10 | A9 | 51% | 37% | 12% | 39 |
| 11 | PubMatic | 45% | 44% | 11% | 34 |

*Base Size = 20-29 (Small Base)

Q: How likely would you be to recommend to a colleague the Demand Side Platform(s) (DSPs) you have used in the past year?
Base: Total Digital Publisher Respondents (Variable Base)

Advertiser Perceptions  22

CONFIDENTIAL

GOOG-AT-MDL-B-004577189



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# If publishers could choose only 1 SSP, Yahoo would lead Google



Preference of Supply Side Platforms
Percent of Respondents



Q: If you were to only select one, which of these Supply-Side Platforms (SSPs) would you choose to partner with for an advertising campaign?
Base: Intend to Total Digital Publisher Respondents in the Next Year

**Advertiser Perceptions** 23

CONFIDENTIAL

GOOG-AT-MDL-B-004577190



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

CONFIDENTIAL

# Which SSP stands out for native advertising?
# Yahoo leads Google

SSP Doing the Best Job with Native Advertising
Percent of Respondents

| | Native | |
|---|---|---|
| 1 | YAHOO! FOR PUBLISHERS | 18% |
| 2 | DoubleClick Ad Exchange | 14% |
| 3 | OpenX | 13% |
| 4 | mopub | 9% |
| 5 | rubicon | 8% |
| 6 | AppNexus | 8% |
| 7 | A9 | 8% |
| 8 | telaria | 7% |
| 9 | PubMatic | 6% |
| 10 | INDEX EXCHANGE | 4% |
| 11 | 1 by Aol. | 3% |

Q: For each of the following formats, which of these SSPs is doing the best job when it comes to integrating with your site's look and feel?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 24

GOOG-AT-MDL-B-004577191



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

CONFIDENTIAL

# Which SSP is the leader in mobile ads? Google trails Yahoo and others

SSP Doing the Best Job with Mobile Advertising

Percent of Respondents

| | Mobile | |
|---|---|---|
| 1 | YAHOO! FOR PUBLISHERS | 19% |
| 2 | AppNexus | 15% |
| 3 | OpenX | 14% |
| 4 | DoubleClick Ad Exchange | 11% |
| 5 | mopub | 10% |
| 6 | rubicon | 6% |
| 7 | telaria | 5% |
| 8 | A9 | 5% |
| 9 | ① by Aol. | 5% |
| 10 | PubMatic | 4% |
| 11 | INDEX EXCHANGE | 4% |

Q: For each of the following formats, which of these SSPs is doing the best job when it comes to integrating with your site's look and feel?
Base: Considering Supply Side Platforms (Variable Base)

Advertiser Perceptions    25

GOOG-AT-MDL-B-004577192



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Publishers say Yahoo also takes a leadership position for video

SSP Doing the Best Job with Video Advertising
Percent of Respondents

| | Video | |
|---|---|---|
| 1 | YAHOO! FOR PUBLISHERS | 22% |
| 2 | OpenX | 13% |
| 3 | DoubleClick Ad Exchange | 12% |
| 4 | AppNexus | 9% |
| 5 | rubicon | 8% |
| 6 | A9 | 8% |
| 7 | mopub | 6% |
| 8 | telaria | 6% |
| 9 | PubMatic | 5% |
| 10 | 1 by Aol. | 5% |
| 11 | INDEX EXCHANGE | 4% |

Q: For each of the following formats, which of these SSPs is doing the best job when it comes to integrating with your site's look and feel?
Base: Considering Supply Side Platforms (Variable Base)

Advertiser Perceptions   26

CONFIDENTIAL

GOOG-AT-MDL-B-004577193



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# What makes DCLK a preferred partner?

### Reasons for SSP Preference
Percent of Respondents

*"They have always delivered amazing customer service and features that allow me to make any/all changes on the fly."*
**- CEO/Founder** (10 – 20MM)

*"Great service."*
**- CEO** (50MM+)

*"They have the products and services that meet our needs…in one place"*
**- EVP/SVP (**30– 40MM)

*"Broad scope of customer reach and engagement."*
**- CEO** (40-50MM)

*"It has the highest quality ad marketplace and built for supply partners and maximizes business goals."*
**- CMO** (1 – 10MM)

*"Best results."*
**- CRO** (10-20MM)

*"They are a leader in the industry."*
**- VP** (10 – 20MM)

*"Innovation and better technology."*
**- CMO** (30– 40MM)

*"They have been our go to for years so we are most comfortable here."*
**- CRO/Head of Sales** (20MM+)

Q: What does [SSP] do or offer that makes them your preferred partner?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*

**Advertiser Perceptions** 27

CONFIDENTIAL

GOOG-AT-MDL-B-004577194



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

# What do SSPs need to do to improve?
## Most common comment for DCLK and YFP: *Nothing*

### Preferred SSP Potential Improvements
Percent of Respondents







*"Be more supportive during tech issues."*
**- CEO/Founder** *(1 – 10MM)*

*"Can develop leadership in the header bidding technology and auction bidding."*
**- CMO** *(1 – 10MM)*

*"Preventive maintenance should be offered allowing us to run the business without any down time."*
**- CTO** *(10 – 20MM)*

*"More value and widespread coverage."*
**- CRO/Head of Sales** *(10 – 20MM)*

*"Provide more protection for the fraudulent traffic of the ads with stronger interface."*
**- Director** *(1 – 10MM)*

*"Inventory management must not be complicated and hard to navigate.*
**- CMO** *(10 – 20MM)*

*"Security and innovation."*
**- CMO** *(20MM+)*

*"Feature to customize the appearance of our report and maximize our customer base."*
**- Manager** *(10 – 20MM)*

*"More improved premium video content with reliable delivery."*
**- Manager** *(10 – 20MM)*

Q: How can [SSP] improve further?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*

**Advertiser Perceptions** 28

Supply Side Platforms

CONFIDENTIAL

GOOG-AT-MDL-B-004577195



**Platform Perceptions**



CONFIDENTIAL

GOOG-AT-MDL-B-004577196



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# What criteria matter most of the 33 below when selecting an SSP?

**Business and Market Criteria:**
1. Access to demand (e.g., introductions to advertisers/agencies and proprietary demand)
2. Allowing for sub-syndication (i.e., reselling of publisher's inventory by buyers on their platform)
3. Auction dynamics (e.g., first price, second price, floor pricing automation & soft floors etc.)
4. Clear and compelling technology roadmap
5. Effective and engaging formats (in video, mobile, native)
6. Fee transparency (e.g., buyer fees, client fees, etc.)
7. Fee structures and revenue sharing plans that are fair to the publisher
8. Leading edge header bidding capabilities
9. Payment terms (e.g., Net 30, 60, 90)
10. Positive momentum for brand in the market
11. Programmatic direct/private marketplace (PMP), premium programmatic capabilities
12. Open exchange capabilities
13. Thought leadership of ad tech brand

**Service and Support Criteria:**
1. Proactively share ideas and expertise to enable us to succeed
2. Make it easy for us to find the solutions or answers we need
3. Effective tech support

**Technology Criteria:**
1. Ability to deliver native, video and mobile formats that integrate with our site's look and feel.
2. Appropriate brand safety controls (tools to block and remove inappropriate ads)
3. Auditing tools for control over ad placement
4. Bad ads protection (spam, malware, invalid traffic)
5. Data available in the platform (i.e., impression level auction data, advertiser transparency, bid transparency, etc.)
6. Easy to sell and book via platform
7. Resources/tools for overseeing ad quality
8. Supported inventory formats
9. Third-party integrations
10. Visibility into accurate, available inventory
11. Viewability of ads

**Sales Relationship Criteria:**
1. Demonstrates knowledge of publisher goals, needs
2. Is easy to work with
3. Responsive to client needs
4. Sales skills (listening, attentiveness, negotiating, etc.)
5. Technology expertise
6. Understanding of client goals, need

**Advertiser Perceptions**

CONFIDENTIAL

GOOG-AT-MDL-B-004577197



# PMP capabilities lead 13 market and business selection criteria



*Sub-syndication involves reselling of inventory

Q: Thinking about Supply Side Platforms (SSPs), how important are the following business and market criteria?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 31

CONFIDENTIAL

GOOG-AT-MDL-B-004577198



**Programmatic Intelligence Report Q1 2018**

**Consideration rankings (see slide 21) Leaders**
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

**Supply Side Platforms**

# DCLK trailing in all key criteria: Index leads in PMP, the most important criterion

Index of Percent Rating SSPs 10 on a 10-Point Scale

| PMP, prog. direct capabilities (146) | | Effective and engaging formats (120) | | Access to demand (118) | |
|---|---|---|---|---|---|
| INDEX EXCHANGE | 160 | PubMatic | 134 | YAHOO! FOR PUBLISHERS | 132 |
| telaria | 105 | YAHOO! FOR PUBLISHERS | 117 | ① by AOL | 114 |
| OpenX | 105 | A9 | 116 | INDEX EXCHANGE | 113 |
| YAHOO! FOR PUBLISHERS | 99 | telaria | 111 | telaria | 108 |
| PubMatic | 97 | mopub | 104 | mopub | 108 |
| A9 | 97 | ① by AOL | 102 | A9 | 107 |
| rubicon PROJECT | 91 | rubicon PROJECT | 99 | OpenX | 99 |
| ① by AOL | 91 | INDEX EXCHANGE | 90 | AppNexus | 86 |
| DoubleClick Ad Exchange | 90 | OpenX | 85 | PubMatic | 84 |
| mopub | 86 | DoubleClick Ad Exchange | 78 | rubicon PROJECT | 82 |
| AppNexus | 80 | AppNexus | 63 | DoubleClick Ad Exchange | 68 |

Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 32

CONFIDENTIAL

GOOG-AT-MDL-B-004577199



Programmatic
Intelligence Report
Q1 2018

Consideration rankings
(see slide 21)
Leaders
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

Supply Side Platforms

# DCLK average in auctions, leading in brand momentum
## Not surprisingly, DCLK trails in sub-syndication

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Auction dynamics (109) | | Allowing for sub-syndication (108) | | Brand momentum (106) | |
|---|---|---|---|---|---|
| PubMatic | 131 | YAHOO! FOR PUBLISHERS | 127 | DoubleClick Ad Exchange | 126 |
| telaria | 126 | telaria | 127 | YAHOO! FOR PUBLISHERS | 117 |
| rubicon | 106 | OpenX | 111 | AppNexus | 115 |
| A9 | 105 | rubicon | 111 | PubMatic | 109 |
| ① by AoL | 104 | mopub | 97 | ① by AoL | 102 |
| DoubleClick Ad Exchange | 103 | AppNexus | 97 | OpenX | 98 |
| YAHOO! FOR PUBLISHERS | 100 | A9 | 95 | INDEX EXCHANGE | 96 |
| INDEX EXCHANGE | 91 | PubMatic | 95 | mopub | 92 |
| OpenX | 85 | ① by AoL | 89 | rubicon | 92 |
| mopub | 81 | INDEX EXCHANGE | 87 | A9 | 79 |
| AppNexus | 68 | DoubleClick Ad Exchange | 65 | telaria | 74 |

Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 33

CONFIDENTIAL

GOOG-AT-MDL-B-004577200



# Of 11 tech criteria which are key to driving intention? 3rd party integration and ad placement auditing tools

Programmatic
Intelligence Report
Q1 2018

1. Ability to deliver native, video and mobile formats that integrate with our site's look and feel.
2. Appropriate brand safety controls
3. Auditing tools for control over ad placement
4. Bad ads protection
5. Data available in the platform
6. Easy to sell and book via platform
7. Resources/tools for overseeing ad quality
8. Supported inventory formats
9. Third-party integrations
10. Visibility into accurate, available inventory
11. Viewability of ads



Q: How likely are you to actually use each of the Supply-Side Platforms (SSPs) you said you are considering for use in the coming year?
Base: Total Digital Publisher Respondents
Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria?
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

Supply Side Platforms

Advertiser Perceptions   34

CONFIDENTIAL

GOOG-AT-MDL-B-004577201



**Programmatic Intelligence Report Q1 2018**

**Consideration rankings (see slide 21)**
**Leaders**
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

**Supply Side Platforms**

CONFIDENTIAL

# DCLK perceived to be in tight race for lead in 3rd party integrations
## Brand safety issue rearing its head in low "bad ads" rating?

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Third-party integrations (204) | | Ad placement auditing tools (175) | | Bad ads protection (122) | |
|---|---|---|---|---|---|
| PubMatic | 119 | OpenX | 132 | ① by AoL | 124 |
| ① by AoL | 118 | INDEX EXCHANGE | 127 | A9 | 120 |
| DoubleClick Ad Exchange | 117 | A9 | 116 | OpenX | 115 |
| YAHOO! FOR PUBLISHERS | 107 | ① by AoL | 108 | rubicon | 115 |
| A9 | 105 | PubMatic | 102 | YAHOO! | 108 |
| rubicon | 98 | DoubleClick Ad Exchange | 101 | PubMatic | 107 |
| INDEX EXCHANGE | 97 | YAHOO! FOR PUBLISHERS | 97 | AppNexus | 101 |
| mopub | 93 | rubicon | 88 | INDEX EXCHANGE | 99 |
| AppNexus | 86 | telaria | 83 | telaria | 88 |
| telaria | 85 | AppNexus | 77 | DoubleClick Ad Exchange | 66 |
| OpenX | 76 | mopub | 71 | mopub | 57 |

Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 35

GOOG-AT-MDL-B-004577202



# Publishers care most about measuring creative across devices, reporting, and KPI analytics

Programmatic Intelligence Report Q1 2018

1. Analytics providing key metric performance on pricing, campaign effectiveness, new advertisers, etc.
2. Availability of reporting
3. Measure creative performance across devices
4. ROI measurement/ optimization across devices

Supply Side Platforms



Index of "Key Drivers" Regression to Likely to Use

| | 143 | 129 | 126 |
| Average Index 100 | Measure creative across devices | Reporting capabilities | KPI analytics (price performance, new advertisers, etc.) |

Q: How likely are you to actually use each of the Supply-Side Platforms (SSPs) you said you are considering for use in the coming year?
Base: Total Digital Publisher Respondents
Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria?
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions  36

CONFIDENTIAL

GOOG-AT-MDL-B-004577203



Programmatic
Intelligence Report
Q1 2018

Consideration rankings
(see slide 21)
Leaders
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

Supply Side Platforms

# Google typically seen as a leader in analytics & measurement, DCLK uncharacteristically trails in all reporting/analytics criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Measure creative across devices (143) | | Reporting capabilities (129) | | KPI analytics (price performance, new advertisers, etc.) (126) | |
|---|---|---|---|---|---|
| PubMatic | 146 | telaria | 140 | rubicon | 119 |
| rubicon | 114 | PubMatic | 117 | A9 | 110 |
| A9 | 113 | YAHOO! FOR PUBLISHERS | 112 | INDEX EXCHANGE | 109 |
| 1 by AoI. | 111 | OpenX | 111 | telaria | 105 |
| INDEX EXCHANGE | 105 | A9 | 103 | YAHOO! FOR PUBLISHERS | 105 |
| telaria | 101 | 1 by AoI. | 96 | AppNexus | 98 |
| OpenX | 100 | DoubleClick Ad Exchange | 95 | mopub | 98 |
| YAHOO! FOR PUBLISHERS | 94 | rubicon | 89 | 1 by AoI. | 96 |
| mopub | 94 | INDEX EXCHANGE | 88 | PubMatic | 90 |
| DoubleClick Ad Exchange | 65 | mopub | 78 | DoubleClick Ad Exchange | 88 |
| AppNexus | 56 | AppNexus | 71 | OpenX | 82 |

Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 37

CONFIDENTIAL

GOOG-AT-MDL-B-004577204



# Ideas and expertise matter most when it comes to sales support



Programmatic
Intelligence Report
Q1 2018

1. Proactively share ideas and expertise to enable us to succeed
2. Make it easy for us to find the solutions or answers we need
3. Effective tech support

Supply Side Platforms

Q: How likely are you to actually use each of the Supply-Side Platforms (SSPs) you said you are considering for use in the coming year?
Base: Total Digital Publisher Respondents
Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria?
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions   38

CONFIDENTIAL

GOOG-AT-MDL-B-004577205



**Programmatic Intelligence Report Q1 2018**

Consideration rankings (see slide 21)
Leaders
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

Supply Side Platforms

# DCLK below average in sales support

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Ideas, expertise shared proactively (166) | |
| --- | --- |
| A9 | 127 |
| INDEX EXCHANGE | 119 |
| rubicon | 111 |
| YAHOO! FOR PUBLISHERS | 111 |
| telaria | 104 |
| PubMatic | 103 |
| ① by Aol. | 96 |
| DoubleClick Ad Exchange | 90 |
| OpenX | 85 |
| AppNexus | 80 |
| mopub | 74 |

Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 39

CONFIDENTIAL

GOOG-AT-MDL-B-004577206



**Programmatic Intelligence Report Q1 2018**

1. Demonstrates knowledge of publisher goals, needs
2. Is easy to work with
3. Responsive to client needs
4. Sales skills (listening, attentiveness, negotiating, etc.)
5. Technology expertise
6. Understanding of client goals, need

**Supply Side Platforms**

# What do publishers want from your sales teams?
# Tech expertise and responsiveness lead 6 criteria



Index of "Key Drivers" Regression to Likely to Buy

Q: How likely are you to actually use each of the Supply-Side Platforms (SSPs) you said you are considering for use in the coming year?
Base: Total Digital Publisher Respondents
Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria?
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)
**Regression Analysis is a statistical method designed to derive the relationship between characteristics and/or behaviors. Advertiser Perceptions utilizes regression analysis to show relationships between selection criteria and their influence on plans to buy. The analysis determines which criteria have the greatest impact on achieving the desired results.**

Advertiser Perceptions  40

CONFIDENTIAL

GOOG-AT-MDL-B-004577207



**Programmatic Intelligence Report Q1 2018**

**Consideration rankings (see slide 21)**
**Leaders**
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

**Supply Side Platforms**

CONFIDENTIAL

# DCLK average in tech expertise and understanding client goals

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Technology expertise (150) | | Responsiveness (148) | | Understand client goals (115) | |
|---|---|---|---|---|---|
| PubMatic | 139 | ① by AoL | 123 | telaria | 147 |
| YAHOO! FOR PUBLISHERS | 122 | rubicon | 121 | INDEX EXCHANGE | 116 |
| INDEX EXCHANGE | 119 | PubMatic | 118 | rubicon | 104 |
| ① by AoL | 112 | telaria | 113 | DoubleClick Ad Exchange | 102 |
| DoubleClick Ad Exchange | 106 | A9 | 105 | mopub | 98 |
| AppNexus | 96 | INDEX EXCHANGE | 104 | PubMatic | 97 |
| mopub | 90 | mopub | 93 | A9 | 97 |
| telaria | 84 | DoubleClick Ad Exchange | 91 | ① by AoL | 97 |
| A9 | 82 | AppNexus | 81 | AppNexus | 85 |
| rubicon | 82 | OpenX | 78 | OpenX | 82 |
| OpenX | 68 | YAHOO! FOR PUBLISHERS | 73 | YAHOO! FOR PUBLISHERS | 77 |

Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 41

GOOG-AT-MDL-B-004577208



**Programmatic Intelligence Report Q1 2018**

**Consideration rankings (see slide 21)**
**Leaders**
1. Yahoo
2. AppNexus
3. OpenX
4. Rubicon
5. DoubleClick

6. Index Exchange
7. PubMatic
8. MoPub
9. Telaria
10. A9
11. ONE by AOL

**Supply Side Platforms**

# Overall, DCLK lags leaders in communication

Index of Percent Having Any Communication with SSP Representative
(In Person, Phone, Email, etc.) in "Past 90-Days"

| Had presentations on market topics or training | | Met with or had direct contact with representatives | | Any Communication | |
|---|---|---|---|---|---|
| rubicon | 136 | PubMatic | 124 | OpenX | 107 |
| telaria | 108 | OpenX | 123 | PubMatic | 107 |
| A9 | 103 | AppNexus | 114 | A9 | 107 |
| YAHOO! FOR PUBLISHERS | 101 | A9 | 108 | rubicon | 105 |
| OpenX | 100 | DoubleClick Ad Exchange | 106 | YAHOO! FOR PUBLISHERS | 105 |
| AppNexus | 97 | YAHOO! FOR PUBLISHERS | 106 | AppNexus | 101 |
| mopub | 94 | mopub | 102 | mopub | 99 |
| PubMatic | 93 | INDEX EXCHANGE | 89 | telaria | 95 |
| DoubleClick Ad Exchange | 92 | ① by AoL | 88 | INDEX EXCHANGE | 94 |
| ① by AoL | 90 | telaria | 78 | DoubleClick Ad Exchange | 92 |
| INDEX EXCHANGE | 85 | rubicon | 62 | ① by AoL | 89 |

Q: For each Supply-Side Platform (SSP), please indicate whether in the past 90 days you have…?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 42

CONFIDENTIAL

GOOG-AT-MDL-B-004577209



**Programmatic
Intelligence Report
Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

CONFIDENTIAL

# Key takeaways

**Marketplace overview and header bidding**

- What's the promise of programmatic? Efficiency, improving margins, new revenue streams

- Roadblocks? Disruption to legacy publisher model, complexity

**Competitive landscape**

- Surprise? Publishers are the most familiar with Yahoo/BrightRoll, above Google

- Past SSP usage: Yahoo sizeable lead over others, including DoubleClick

- 2018 consideration: Yahoo ahead of Google and others, but many are in the race

- 2018 intention: DoubleClick among tight pack of leaders

- If publishers could choose only 1 SSP, Yahoo would lead Google

Advertiser Perceptions 43

GOOG-AT-MDL-B-004577210

# Key takeaways



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**DoubleClick Ad Exchange vs. other SSPs**

- PMP capabilities lead market and business selection criteria

  - DoubleClick trailing in all key criteria

  - DoubleClick average in auctions, leading in brand momentum

    - Not surprisingly, DoubleClick trails in sub-syndication

- What tech criteria are key to driving intention? 3rd party integration and ad placement auditing tools

  - DoubleClick in tight race for lead in 3rd party integrations

    - Brand safety issue rearing its head in low "bad ads" rating?

- Among technology criteria, publishers care most about measuring creative across devices, reporting, and KPI analytics

  - Google typically seen as a leader in campaign analytics & measurement, DoubleClick uncharacteristically trails in all reporting/analytics criteria

**Supply Side Platforms**

**Advertiser Perceptions** 44

CONFIDENTIAL

GOOG-AT-MDL-B-004577211



Appendix



CONFIDENTIAL

GOOG-AT-MDL-B-004577212



**Programmatic
Intelligence Report
Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

CONFIDENTIAL

# What kinds of data do publishers want from SSPs?



Real time traffic statistics vs. actual sales.
**- CEO/Founder** *(10 – 20MM)*

Attempted malware information to help us find
bots and false views or gaming the system.
-  **EVP/SVP** *(20MM+)*

CTR, viewer totals.
**- CRO/Head of Sales** *(10 – 20MM)*

It is good to post data which is based on
future goals and targets.
**- VP** *(20MM+)*

Social and interactive data aimed towards
advertising and public awareness.
**- CMO** *(1 – 10MM)*

Data that would include demographics, location,
browsing and purchase history.
**- Manager** *(10 – 20MM)*

Consumer demographics and
purchasing behaviors.
**- Director** *(1 – 10MM)*

Data about viewer populations, browsing history and
their demographics would be ideal.
**- Marketer Manager** *(20MM+)*

Q: What kind of data would be the most useful for your SSP to provide to you as a publisher?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*

**Advertiser Perceptions** 46

GOOG-AT-MDL-B-004577213



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Most digital publishers are allocating inventory to multiple platforms

### Technologies Allocating Inventory To in Past Year



*SSP Usage Required for Study Participation

Q. When thinking about offering agencies and marketers programmatic guaranteed advertising, which of these types of marketing and advertising solutions/technologies have you provided inventory to or used in the past year?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 47

CONFIDENTIAL

GOOG-AT-MDL-B-004577214



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Half use separate SSPs for their channel (mobile, video, native, etc.) focus

Usage of Different SSPs for Different Inventory Types
Percent of Respondents

Why Are Publishers Using Multiple SSPs?



No
50%

Yes
50%

*Allows us to see who is bidding, what they are paying and how much they are buying.*
**- CMO** *(10 – 20MM)*

*Each client we have likes to have it done in different SSPs not every client likes the same format.*
**- Director** *(1 – 10MM)*

*It allows us to more specifically target the ads based on the user experience and interaction.*
**- Director** *(20MM+)*

*We have different goals on different platforms.*
**- CRO/Head of Sales** *(20MM+)*

*This is highly effective and it integrates pricing floors so that our ad impressions do not get undervalued.*
**- Manager** *(10 – 20MM)*

*It helps us maximize the revenue we receive for our inventory.*
**- VP** *(10 – 20MM)*

Q: Do you use different SSPs for different inventory types (e.g., mobile, video, native, etc.)?
Q: Please explain why you use different SSPs.
Base: Total Digital Publisher Respondents

Indicates monthly unique visitors

**Advertiser Perceptions**  48

CONFIDENTIAL

GOOG-AT-MDL-B-004577215



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

CONFIDENTIAL

# Most publishers are committed to or exploring ads.txt initiative



Engagement/Awareness with ads.txt
Percent of Respondents



Q: The IAB has advocated ads.txt as a way for publishers to commit to provide advertisers with safe inventory assurance. How engaged is your publishing firm with ads.txt?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions**  49

GOOG-AT-MDL-B-004577216



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Familiarity with supply side platforms (detail)
## Google stronger with C-level and larger publishers
Percent of Respondents Rating 10 on a 10-Point Scale

|  | Total | # of Unique Monthly Visitors | | Job Title | | |
|---|---|---|---|---|---|---|
|  |  | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/ Manager/ Other |
| YAHOO! FOR PUBLISHERS | 36% | 30% | 41% | 40% | 33% | 31% |
| DoubleClick Ad Exchange | 25% | 22% | 29% | 29% | 20% | 24% |
| OpenX | 25% | 17% | 33% | 24% | 28% | 24% |
| AppNexus | 25% | 18% | 31% | 24% | 30% | 21% |
| rubicon | 24% | 18% | 30% | 24% | 28% | 21% |
| mopub | 19% | 18% | 20% | 16% | 23% | 24% |
| PubMatic | 19% | 13% | 24% | 22% | 15% | 17% |
| A9 | 16% | 10% | 23% | 18% | 15% | 14% |
| INDEX EXCHANGE | 16% | 11% | 20% | 17% | 13% | 17% |
| ① by Aol. | 15% | 11% | 19% | 18% | 15% | 10% |
| telaria | 14% | 7% | 20% | 14% | 15% | 12% |

Delta = 5%+

High    Mid    Low

Q: How familiar are you with each of the following Supply Side Platforms (SSPs)? (1 = Not at all Familiar; 10 = Very Familiar)
Base: Total Digital Publisher Respondents
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*

**Advertiser Perceptions** 50

CONFIDENTIAL

GOOG-AT-MDL-B-004577217



**Programmatic
Intelligence Report
Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Usage of supply side platforms (detail)
# C-level is primary DoubleClick segment
Percent of Respondents

| | Total | # of Unique Monthly Visitors | | Job Title | | |
|---|---|---|---|---|---|---|
| | | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/ Manager/ Other |
| YAHOO! FOR PUBLISHERS | 57% | 50% | 64% | 55% | 50% | 67% |
| OpenX | 42% | 38% | 46% | 39% | 40% | 50% |
| AppNexus | 38% | 35% | 41% | 40% | 40% | 33% |
| DoubleClick Ad Exchange | 36% | 35% | 36% | 45% | 23% | 31% |
| rubicon | 30% | 26% | 35% | 35% | 20% | 31% |
| mopub | 29% | 26% | 33% | 30% | 28% | 29% |
| PubMatic | 27% | 24% | 29% | 23% | 25% | 36% |
| A9 | 25% | 27% | 23% | 29% | 15% | 26% |
| telaria | 24% | 21% | 28% | 25% | 20% | 26% |
| 1 by Aol. | 18% | 9% | 27% | 18% | 15% | 19% |
| INDEX EXCHANGE | 15% | 15% | 16% | 20% | 5% | 14% |

Delta = 5%+

High    Mid    Low

Q: Which of these Supply Side Platforms (SSPs) you said you are familiar with have you used in the past year?
Base: Total Digital Publisher Respondents
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*

**Advertiser Perceptions**  51

CONFIDENTIAL

GOOG-AT-MDL-B-004577218



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Consideration of supply side platforms (detail)

Percent of Respondents Rating 10 on a 10-Point Scale

| | Total | # of Unique Monthly Visitors | | Job Title | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/ Manager/ Other |
| YAHOO! FOR PUBLISHERS | 25% | 17% | 34% | 25% | 30% | 21% |
| AppNexus | 24% | 20% | 29% | 25% | 30% | 17% |
| OpenX | 22% | 18% | 27% | 24% | 15% | 26% |
| rubicon project | 21% | 18% | 24% | 19% | 15% | 31% |
| DoubleClick Ad Exchange | 21% | 18% | 23% | 25% | 15% | 17% |
| INDEX EXCHANGE | 19% | 16% | 23% | 24% | 20% | 10% |
| PubMatic | 19% | 11% | 27% | 16% | 23% | 21% |
| mopub | 16% | 9% | 23% | 16% | 20% | 12% |
| telaria | 15% | 11% | 19% | 18% | 20% | 5% |
| A9 | 14% | 10% | 18% | 17% | 18% | 5% |
| ① by AoL | 13% | 7% | 19% | 18% | 15% | 2% |

Delta = 5%+     High     Mid     Low

Q: How likely are you to consider each of the Supply Side Platforms (SSPs) you said you are familiar with for use in the coming year?
(1 = Not at all Likely; 10 = Very Likely) Base: Total Digital Publisher Respondents
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*

**Advertiser Perceptions** 52

CONFIDENTIAL

GOOG-AT-MDL-B-004577219



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Intention of supply side platforms (detail)

Percent of Respondents Rating 10 on a 10-Point Scale

| | Total | # of Unique Monthly Visitors | | Job Title | | |
|---|---|---|---|---|---|---|
| | | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/ Manager/ Other |
| OpenX | 25% | 24% | 25% | 27% | 20% | 26% |
| AppNexus | 24% | 22% | 27% | 24% | 25% | 24% |
| DoubleClick Ad Exchange | 23% | 20% | 27% | 25% | 28% | 14% |
| YAHOO! FOR PUBLISHERS | 23% | 20% | 27% | 28% | 20% | 17% |
| rubicon | 19% | 15% | 24% | 19% | 15% | 24% |
| PubMatic | 19% | 16% | 22% | 16% | 20% | 24% |
| telaria | 19% | 17% | 20% | 25% | 10% | 14% |
| mopub | 16% | 12% | 19% | 17% | 20% | 10% |
| A9 | 15% | 5% | 24% | 14% | 20% | 10% |
| INDEX EXCHANGE | 15% | 12% | 17% | 17% | 13% | 12% |
| 1 by Aol. | 14% | 11% | 17% | 18% | 10% | 10% |

Delta = 5%+     High     Mid     Low

Q: How likely are you to actually use each of the Supply Side Platforms (SSPs) you said you are considering for use in the coming ye
(1 = Not at all Likely; 10 = Very Likely) Base: Total Digital Publisher Respondents
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*

**Advertiser Perceptions** 53

CONFIDENTIAL

GOOG-AT-MDL-B-004577220



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Preference of supply side platforms (detail)

| | Total | # of Unique Monthly Visitors | | Job Title | | |
|---|---|---|---|---|---|---|
| | | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/ Manager/ Other |
| YAHOO! FOR PUBLISHERS | 24% | 22% | 25% | 23% | 21% | 29% |
| DoubleClick Ad Exchange | 15% | 16% | 14% | 22% | 10% | 7% |
| OpenX | 15% | 10% | 19% | 13% | 21% | 12% |
| AppNexus | 13% | 12% | 13% | 8% | 23% | 12% |
| rubicon PROJECT | 12% | 10% | 13% | 11% | 10% | 14% |
| PubMatic | 7% | 10% | 5% | 10% | 3% | 7% |
| mopub | 4% | 7% | 1% | 5% | 0% | 7% |
| A9 | 4% | 5% | 4% | 2% | 8% | 5% |
| telaria | 4% | 5% | 2% | 4% | 3% | 5% |
| INDEX EXCHANGE | 2% | 2% | 1% | 1% | 3% | 2% |
| ① by Ask. | 1% | 0% | 1% | 1% | 0% | 0% |

Delta = 5%+          High          Mid          Low

Q: If you were to only select one, which of these Supply-Side Platforms (SSPs) would you choose to partner with for an advertising ca
Base: Intend to Total Digital Publisher Respondents in the Next Year)
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*

Advertiser Perceptions  54

CONFIDENTIAL

GOOG-AT-MDL-B-004577221



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Net promoter score (detail)

| Net Promoter Score (Promoters Minus Detractors) | Total Respondents | # of Unique Monthly Visitors | | Job Title | | |
|---|---|---|---|---|---|---|
| | | 3 million to less than 15 million | 15 million or more | C-level | VP/EVP/SVP | Director/Manager |
| DoubleClick Ad Exchange | 61 | 69 | 53 | 68 | 67 | 38 |
| rubicon | 52 | 62 | 45 | 55 | 13 | 69 |
| OpenX | 45 | 52 | 39 | 44 | 50 | 43 |
| ① by Aol. * | 45 | 71 | 36 | 47 | 33 | 50 |
| AppNexus | 44 | 55 | 35 | 42 | 63 | 29 |
| INDEX EXCHANGE * | 44 | 50 | 38 | 35 | 50 | 67 |
| mopub * | 42 | 43 | 41 | 44 | 27 | 50 |
| YAHOO! FOR PUBLISHERS | 41 | 51 | 34 | 48 | 30 | 39 |
| telaria | 40 | 41 | 39 | 29 | 25 | 73 |
| A9 | 39 | 32 | 47 | 25 | 67 | 55 |
| PubMatic | 34 | 45 | 25 | 37 | 10 | 47 |

Delta = 5+    High    Mid    Low

Q: How likely would you be to recommend to a colleague the Demand Side Platform(s) (DSPs) you have used in the past year?
Base: Total Digital Publisher Respondents (Variable Base)
*Job title color coding is a visual representation of each individual SSP's ratings comparatively by job title. Comparisons are made by partitioning each SSP's ratings into thirds (terciles).*
*Base Size = 20-29 (Small Base)

**Advertiser Perceptions** 55

CONFIDENTIAL

GOOG-AT-MDL-B-004577222



**Programmatic
Intelligence Report
Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

# What makes these SSPs a preferred partner?

### Reasons for SSP Preference
Percent of Respondents





*"They have always delivered amazing customer service and features that allow me to make any/all changes on the fly."*
**- CEO/Founder** *(10 − 20MM)*

*"They have given the right platform to both buyers and sellers to work out and meet their digital marketing needs and goals."*
**- CMO** *(1 − 10MM)*

*"Offers us an automated auditing tools so we can straightforwardly organize where our ads get served."*
**- CTO** *(1 − 10MM)*

*"It has the highest quality ad marketplace and built for supply partners and maximizes business goals."*
**- CMO** *(1 − 10MM)*

*"Ability to pull daily spend reports in order to provide our clients with accurate reporting."*
**- Director** *(1 − 10MM)*

*"Clear and compelling with advanced technology."*
**- CMO** *(20MM+)*

*"They have been our go to for years so we are most comfortable here."*
**- CRO/Head of Sales** *(20MM+)*

*"Allows us to contact buyers directly to offer them custom-made packages of data."*
**- Manager** *(10− 20MM)*

*"Can analyze the best possible value on our ad inventory."*
**- Manager** *(10 − 20MM)*

Q: What does [SSP] do or offer that makes them your preferred partner?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*

**Advertiser Perceptions** 56

**Supply Side Platforms**

CONFIDENTIAL

GOOG-AT-MDL-B-004577223



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

# What makes these SSPs a preferred partner?

## Reasons for SSP Preference
### Percent of Respondents



*"Offer features like ad servers are built to support buy-side and sell-side workflows across display, mobile, video and native ads."*
**- COO** *(1 – 10MM)*

*"Their platform simplifies the most sophisticated and machine learning and data science for better use."*
**- VP** *(20MM+)*

*"Gives us both full control of our media buying and transparency across the campaign lifecycle—driving more profit out of every dollar spent on advertising."*
**- VP** *(20MM+)*



*"You get the spirit of a startup and the support of a public company."*
**- CMO** *(20MM+)*

*"They have the right level of data we need."*
**- VP** *(1 – 10MM)*

*"They have engineered one of the largest real time cloud and Big Data computing systems. They process trillions of transactions within milliseconds each month."*
**- Director** *(1 – 10MM)*

Q: What does [SSP] do or offer that makes them your preferred partner?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*

**Advertiser Perceptions**  57

Supply Side Platforms

CONFIDENTIAL

GOOG-AT-MDL-B-004577224



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# What do SSPs need to do to improve?

Preferred SSP Potential Improvements
Percent of Respondents





*"Improve Third-Party Integrations, Inventory and Ad Quality, Open APIs and Customization."*
**- COO** *(1 – 10MM)*

*"Improve transfer speed."*
**- CEO/Founder** *(1 – 10MM)*

*"Fair fee structures for the publisher's good percentage sharing of the revenue plans."*
**- EVP/SVP** *(20MM+)*

*"Better features."*
**- CMO** *(10 – 20MM)*

*"Easier flow of business."*
**- VP** *(20MM+)*

*"Improve pacing with proportional control."*
**- Director** *(1 – 10MM)*

Q: How can [SSP] improve further?
Base: Total Digital Publisher Respondents

*Indicates monthly unique visitors*
**Advertiser Perceptions** 58

CONFIDENTIAL

GOOG-AT-MDL-B-004577225



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Brand ratings: business & market criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Clear and compelling technology roadmap | | Open exchange capabilities | | Fee transparency | | Payment terms (e.g., Net 30, 60, 90) | | Fee structures and revenue sharing plans that are fair to the publisher | | Leading edge header bidding capabilities | | Thought leadership of ad tech brand | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PubMatic | 118 | Index Exchange | 146 | PubMatic | 118 | OpenX | 133 | A9 | 143 | A9 | 129 | Index Exchange | 133 |
| Yahoo for Publishers | 113 | PubMatic | 134 | ONE by AOL | 116 | Index Exchange | 121 | ONE by AOL | 121 | PubMatic | 129 | Rubicon Project | 126 |
| A9 | 111 | Rubicon Project | 116 | Index Exchange | 116 | ONE by AOL | 115 | Index Exchange | 115 | Rubicon Project | 125 | Yahoo for Publishers | 113 |
| Rubicon Project | 106 | MoPub | 114 | Telaria | 112 | Yahoo for Publishers | 111 | OpenX | 112 | DoubleClick Ad Exchange | 121 | ONE by AOL | 104 |
| OpenX | 106 | Yahoo for Publishers | 102 | OpenX | 112 | Rubicon Project | 103 | Yahoo for Publishers | 112 | ONE by AOL | 121 | PubMatic | 100 |
| MoPub | 99 | ONE by AOL | 100 | Yahoo for Publishers | 105 | DoubleClick Ad Exchange | 101 | Rubicon Project | 98 | AppNexus Publisher SSP | 92 | OpenX | 95 |
| ONE by AOL | 98 | AppNexus Publisher SSP | 89 | Rubicon Project | 97 | MoPub | 91 | PubMatic | 97 | Index Exchange | 89 | AppNexus Publisher SSP | 94 |
| DoubleClick Ad Exchange | 97 | Telaria | 89 | A9 | 90 | A9 | 89 | DoubleClick Ad Exchange | 89 | Yahoo for Publishers | 85 | A9 | 94 |
| Index Exchange | 97 | A9 | 81 | DoubleClick Ad Exchange | 82 | AppNexus Publisher SSP | 84 | Telaria | 79 | MoPub | 73 | Telaria | 89 |
| Telaria | 93 | DoubleClick Ad Exchange | 79 | AppNexus Publisher SSP | 79 | PubMatic | 82 | AppNexus Publisher SSP | 67 | Telaria | 72 | MoPub | 83 |
| AppNexus Publisher SSP | 62 | OpenX | 51 | MoPub | 72 | Telaria | 69 | MoPub | 67 | OpenX | 63 | DoubleClick Ad Exchange | 69 |

Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 59

CONFIDENTIAL

GOOG-AT-MDL-B-004577226



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Business and market criteria: effective and engaging formats

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 60

CONFIDENTIAL

GOOG-AT-MDL-B-004577227



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

# Business and market criteria: allowing for sub-syndication

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Supply Side Platforms**

Advertiser Perceptions  61

CONFIDENTIAL

GOOG-AT-MDL-B-004577228



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

CONFIDENTIAL

# Business and market criteria: clear and compelling technology roadmap

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 62

GOOG-AT-MDL-B-004577229



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Business and market criteria: open exchange capabilities

**Percent Rating Media Brands 9-10 on a 10-Point Scale** *(Sorted by 10 Ratings)*



| | 10 Rating | 9 Rating | 9,10 Ratings |
|---|---|---|---|
| Index Exchange | 31% | 19% | 50% |
| PubMatic | 29% | 29% | 58% |
| Rubicon Project | 25% | 23% | 48% |
| MoPub, a Twitter company | 25% | 23% | 48% |
| Yahoo for Publishers (including BrightRoll) | 22% | 25% | 47% |
| ONE by AOL (including Millennial Media, Adap.tv, Marketplace) | 22% | 28% | 50% |
| Category Average | 22% | 26% | 48% |
| AppNexus Publisher SSP | 19% | 26% | 45% |
| Telaria (formerly Tremor Video) | 19% | 31% | 50% |
| A9 | 17% | 29% | 46% |
| DoubleClick Ad Exchange | 17% | 24% | 41% |
| OpenX | 11% | 31% | 42% |

Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 63



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Business and market criteria: fee transparency

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



| | 10 Rating | 9 Rating | 9,10 Ratings |
|---|---|---|---|
| PubMatic | 25% | 36% | 61% |
| ONE by AOL (including Millennial Media, Adap.tv, Marketplace) | 24% | 22% | 46% |
| Index Exchange | 24% | 24% | 49% |
| Telaria (formerly Tremor Video) | 24% | 24% | 47% |
| OpenX | 23% | 28% | 52% |
| Yahoo for Publishers (including BrightRoll) | 22% | 29% | 51% |
| Category Average | 21% | 30% | 51% |
| Rubicon Project | 20% | 31% | 52% |
| A9 | 19% | 33% | 52% |
| DoubleClick Ad Exchange | 17% | 34% | 51% |
| AppNexus Publisher SSP | 16% | 34% | 51% |
| MoPub, a Twitter company | 15% | 32% | 47% |

Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 64

CONFIDENTIAL

GOOG-AT-MDL-B-004577231



Programmatic Intelligence Report Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Business and market criteria: positive momentum for brand in the market

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following business and market criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

Advertiser Perceptions   65

CONFIDENTIAL

GOOG-AT-MDL-B-004577232



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Brand ratings: technology criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Easy to sell and book via platform | | Appropriate brand safety controls | | Ability to deliver native, video and mobile formats that integrate with our site's look and feel | | Visibility into accurate, available inventory | | Viewability of ads | | Supported inventory formats | | Data available in the platform | | Resources/tools for overseeing ad quality | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A9 | 131 | Rubicon Project | 128 | Rubicon Project | 142 | PubMatic | 141 | ONE by AOL | 119 | PubMatic | 129 | A9 | 120 | Yahoo for Publishers | 117 |
| Yahoo for Publishers | 127 | PubMatic | 126 | PubMatic | 111 | Rubicon Project | 138 | PubMatic | 109 | Rubicon Project | 125 | PubMatic | 114 | A9 | 110 |
| PubMatic | 112 | ONE by AOL | 111 | A9 | 111 | Yahoo for Publishers | 110 | DoubleClick Ad Exchange | 107 | ONE by AOL | 120 | OpenX | 109 | PubMatic | 110 |
| Telaria | 108 | Telaria | 105 | OpenX | 105 | DoubleClick Ad Exchange | 101 | Telaria | 104 | A9 | 116 | AppNexus Publisher SSP | 107 | Index Exchange | 108 |
| DoubleClick Ad Exchange | 104 | MoPub | 105 | ONE by AOL | 104 | AppNexus Publisher SSP | 97 | Rubicon Project | 103 | Yahoo for Publishers | 111 | Telaria | 102 | Rubicon Project | 105 |
| ONE by AOL | 99 | DoubleClick Ad Exchange | 102 | Index Exchange | 96 | A9 | 96 | AppNexus Publisher SSP | 103 | Index Exchange | 102 | ONE by AOL | 100 | Telaria | 99 |
| Index Exchange | 98 | AppNexus Publisher SSP | 91 | DoubleClick Ad Exchange | 96 | OpenX | 90 | Index Exchange | 101 | MoPub | 91 | Yahoo for Publishers | 96 | MoPub | 98 |
| OpenX | 87 | A9 | 89 | Yahoo for Publishers | 92 | Index Exchange | 88 | A9 | 96 | DoubleClick Ad Exchange | 89 | Index Exchange | 93 | ONE by AOL | 97 |
| Rubicon Project | 81 | Index Exchange | 88 | Telaria | 92 | Telaria | 84 | Yahoo for Publishers | 91 | OpenX | 77 | Rubicon Project | 88 | OpenX | 92 |
| AppNexus Publisher SSP | 77 | OpenX | 80 | AppNexus Publisher SSP | 79 | MoPub | 79 | MoPub | 85 | Telaria | 72 | DoubleClick Ad Exchange | 87 | AppNexus Publisher SSP | 86 |
| MoPub | 77 | Yahoo for Publishers | 75 | MoPub | 72 | ONE by AOL | 77 | OpenX | 83 | AppNexus Publisher SSP | 67 | MoPub | 83 | DoubleClick Ad Exchange | 78 |

Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 66

CONFIDENTIAL

GOOG-AT-MDL-B-004577233



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Technology criteria: third-party integrations

**Percent Rating Media Brands 9-10 on a 10-Point Scale** *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 67

CONFIDENTIAL

GOOG-AT-MDL-B-004577234



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Technology criteria: auditing tools for control over ad placement

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



| Media Brand | 10 Rating | 9 Rating | 9,10 Ratings |
|---|---|---|---|
| OpenX | 28% | 28% | 56% |
| Index Exchange | 27% | 27% | 54% |
| A9 | 25% | 30% | 55% |
| ONE by AOL (including Millennial Media, Adap.tv, Marketplace) | 23% | 28% | 51% |
| PubMatic | 22% | 30% | 52% |
| DoubleClick Ad Exchange | 21% | 31% | 53% |
| Category Average | 21% | 29% | 51% |
| Yahoo for Publishers (including BrightRoll) | 21% | 28% | 49% |
| Rubicon Project | 19% | 28% | 47% |
| Telaria (formerly Tremor Video) | 18% | 28% | 46% |
| AppNexus Publisher SSP | 16% | 38% | 55% |
| MoPub, a Twitter company | 15% | 26% | 41% |

Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 68

CONFIDENTIAL

GOOG-AT-MDL-B-004577235



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Technology criteria: bad ads protection

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



| Media Brand | 10 Rating | 9 Rating | 9,10 Ratings |
|---|---|---|---|
| ONE by AOL (including Millennial Media, Adap.tv, Marketplace) | 27% | 26% | 53% |
| A9 | 26% | 25% | 51% |
| Rubicon Project | 25% | 25% | 50% |
| OpenX | 25% | 20% | 45% |
| Yahoo for Publishers (including BrightRoll) | 24% | 21% | 44% |
| PubMatic | 23% | 29% | 52% |
| AppNexus Publisher SSP | 22% | 23% | 45% |
| Category Average | 22% | 26% | 47% |
| Index Exchange | 21% | 24% | 46% |
| Telaria (formerly Tremor Video) | 19% | 25% | 44% |
| DoubleClick Ad Exchange | 14% | 33% | 47% |
| MoPub, a Twitter company | 12% | 32% | 44% |

■ 10 Rating   ■ 9 Rating   ■ 9,10 Ratings

Q: How would you rate this Supply-Side Platform (SSP) on the following technology criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 69

CONFIDENTIAL

GOOG-AT-MDL-B-004577236



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Brand ratings: measurement and analytics criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| ROI measurement/optimization across devices | |
|---|---|
| Rubicon Project | 146 |
| ONE by AOL | 145 |
| Yahoo for Publishers | 118 |
| MoPub | 98 |
| PubMatic | 97 |
| Index Exchange | 96 |
| DoubleClick Ad Exchange | 96 |
| A9 | 90 |
| Telaria | 79 |
| AppNexus Publisher SSP | 73 |
| OpenX | 63 |

Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 70

CONFIDENTIAL

GOOG-AT-MDL-B-004577237



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Measurement and analytics criteria: measure creative performance across devices

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 71

CONFIDENTIAL

GOOG-AT-MDL-B-004577238



# Measurement and analytics criteria: availability of reporting

### Programmatic Intelligence Report Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

Advertiser Perceptions  72

CONFIDENTIAL

GOOG-AT-MDL-B-004577239



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Measurement and analytics criteria: analytics providing key metric performance

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following measurement and analytics criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 73

GOOG-AT-MDL-B-004577240



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Brand ratings: service and support criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Effective tech support | |
|---|---|
| Telaria | 135 |
| Yahoo for Publishers | 128 |
| A9 | 126 |
| PubMatic | 119 |
| Index Exchange | 110 |
| ONE by AOL | 97 |
| Rubicon Project | 88 |
| MoPub | 84 |
| AppNexus Publisher SSP | 77 |
| DoubleClick Ad Exchange | 73 |
| OpenX | 64 |

| Make it easy for us to find the solutions or answers we need | |
|---|---|
| Rubicon Project | 143 |
| Index Exchange | 125 |
| Telaria | 122 |
| A9 | 120 |
| AppNexus Publisher SSP | 102 |
| DoubleClick Ad Exchange | 94 |
| ONE by AOL | 89 |
| MoPub | 78 |
| Yahoo for Publishers | 77 |
| PubMatic | 76 |
| OpenX | 75 |

Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria?
Base: Considering Supply Side Platforms (Variable Base)

Advertiser Perceptions  74

CONFIDENTIAL

GOOG-AT-MDL-B-004577241



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Service and support criteria: proactively share ideas and expertise for success

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



| Brand | 10 Rating | 9 Rating | 9,10 Ratings |
|---|---|---|---|
| A9 | 30% | 25% | 55% |
| Index Exchange | 29% | 23% | 51% |
| Rubicon Project | 27% | 33% | 59% |
| Yahoo for Publishers (including BrightRoll) | 26% | 26% | 53% |
| Telaria (formerly Tremor Video) | 25% | 22% | 47% |
| PubMatic | 25% | 25% | 49% |
| Category Average | 24% | 28% | 52% |
| ONE by AOL (including Millennial Media, Adap.tv, Marketplace) | 23% | 31% | 54% |
| DoubleClick Ad Exchange | 21% | 26% | 47% |
| OpenX | 20% | 30% | 50% |
| AppNexus Publisher SSP | 19% | 34% | 53% |
| MoPub, a Twitter company | 18% | 33% | 51% |

Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 75

CONFIDENTIAL

GOOG-AT-MDL-B-004577242



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Service and support criteria: effective tech support

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 76

CONFIDENTIAL

GOOG-AT-MDL-B-004577243



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

## Service and support criteria: make it easy for us to find solutions/answers we need

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following service and support criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

Advertiser Perceptions  77

CONFIDENTIAL

GOOG-AT-MDL-B-004577244



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Brand ratings: sales relationship criteria

Index of Percent Rating SSPs 10 on a 10-Point Scale

| Is easy to work with | | Sales skills (listening, attentiveness, negotiating, etc.) | | Demonstrates knowledge of publisher goals, needs | |
|---|---|---|---|---|---|
| PubMatic | 146 | Yahoo for Publishers | 125 | PubMatic | 137 |
| A9 | 118 | Rubicon Project | 113 | Telaria | 113 |
| ONE by AOL | 115 | AppNexus Publisher SSP | 105 | MoPub | 111 |
| DoubleClick Ad Exchange | 111 | PubMatic | 105 | Index Exchange | 110 |
| Rubicon Project | 103 | Telaria | 100 | Rubicon Project | 106 |
| Telaria | 103 | OpenX | 100 | A9 | 98 |
| Index Exchange | 94 | ONE by AOL | 98 | ONE by AOL | 91 |
| AppNexus Publisher SSP | 90 | DoubleClick Ad Exchange | 97 | AppNexus Publisher SSP | 86 |
| MoPub | 74 | Index Exchange | 91 | OpenX | 85 |
| Yahoo for Publishers | 74 | MoPub | 87 | DoubleClick Ad Exchange | 84 |
| OpenX | 73 | A9 | 80 | Yahoo for Publishers | 80 |

Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 78

CONFIDENTIAL

GOOG-AT-MDL-B-004577245



**Programmatic
Intelligence Report
Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Sales relationship criteria: technology expertise

### Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions** 79

CONFIDENTIAL

GOOG-AT-MDL-B-004577246



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Sales relationship criteria: responsive to client needs

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

Advertiser Perceptions   80

CONFIDENTIAL

GOOG-AT-MDL-B-004577247



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Sales relationship criteria: understanding of client goals, needs

Percent Rating Media Brands 9-10 on a 10-Point Scale *(Sorted by 10 Ratings)*



Q: How would you rate this Supply-Side Platform (SSP) on the following sales relationship criteria? (1 to 3 = Not Very Impressed with Brand; 4 to 7 = Moderately Impressed with Brand; 8 to 10 = Highly Impressed with Brand)
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)

**Advertiser Perceptions**  81

CONFIDENTIAL

GOOG-AT-MDL-B-004577248



**Programmatic Intelligence Report Q1 2018**

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

**Supply Side Platforms**

# Type of site most involved in selling ad space



| Type of site | Percentage |
|---|---|
| Business | 18% |
| Apparel (men's or women's) | 9% |
| Retail | 8% |
| Finance | 8% |
| Social | 7% |
| Directory | 6% |
| Movies/Mass Entertainment | 5% |
| Beauty/toiletries (men's or women's) | 5% |
| Food | 5% |
| Health and/or fitness | 5% |
| Print-associated/legacy | 5% |
| Auto | 4% |
| News | 4% |
| Travel (airline, hotel, etc.) | 4% |
| TV-associated | 2% |
| Local | 1% |
| Political | 1% |
| Sports | 1% |
| How-to/Informational | 1% |
| Real estate | 1% |

Q: Which type of site are you most involved in for selling ad space?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 82

CONFIDENTIAL

GOOG-AT-MDL-B-004577249



Programmatic
Intelligence Report
Q1 2018

Methodology

Marketplace Overview

Competitive Landscape

Platform Perceptions

Appendix

Supply Side Platforms

# Job title



| Job title | % |
|---|---|
| Executive (Net) | 30% |
| CEO/Founder/Chairperson/Owner | 19% |
| CFO | 4% |
| COO | 4% |
| CTO | 4% |
| Marketing (Net) | 42% |
| CMO | 13% |
| EVP/SVP | 9% |
| VP | 8% |
| Director | 7% |
| Manager | 4% |
| Sales (Net) | 19% |
| CRO/Head of Sales | 7% |
| EVP/SVP | 2% |
| VP | 2% |
| Director | 6% |
| Manager | 2% |
| Operations (Net) | 8% |
| EVP/SVP | 1% |
| VP | 2% |
| Director | 4% |
| Manager | 2% |

Q: What is your job title?
Base: Total Digital Publisher Respondents

**Advertiser Perceptions** 83

CONFIDENTIAL

GOOG-AT-MDL-B-004577250



Contacts:

**Randy Cohen**
Randy.Cohen@AdvertiserPerceptions.com

**Kevin Mannion**
Kevin.Mannion@AdvertiserPerceptions.com

**Mark Herlyn**
Mark.Herlyn@AdvertiserPerceptions.com

**Dave Steinberger**
Dave.Steinberger@AdvertiserPerceptions.com



**What Advertisers Think™**

The More You Know
The Stronger Your Brand
The More You'll Sell™



CONFIDENTIAL

GOOG-AT-MDL-B-004577251