# EXHIBIT 23

Control Number :          GOOG-DOJ-03901903

All Custodians :          Bashar Kachachi, Brad
                          Bender, George Levitte, Haskell
                          Garon, Jim Giles, Pooja Kapoor,
                          Sam Cox

Custodian :               Brad Bender

Date/Time Created :       11/29/2018 5:21 PM

Date/Time Sent :

MODIFICATION DATE :       1/28/2019 10:41 PM

File Name :               2018 SSP Wave 2 for Google
                          Final_1EYDldTDNJilZ7gwHMkDN
                          XYTYJXL2JSAuk7pVTOcOVsc.ppt
                          x



HIGHLY CONFIDENTIAL

GOOG-DOJ-03901903



HIGHLY CONFIDENTIAL

GOOG-DOJ-03901904



Q10b, Q10c

HIGHLY CONFIDENTIAL



Q10b, Q10c



Q11a, Q11b



Q11a, Q11b

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901908



Q15a

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901909



Q15a

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901910



Q16a



Q80



HIGHLY CONFIDENTIAL

GOOG-DOJ-03901913



Q40

GOOG-DOJ-03901914

DTX-664 Page 13 of 73



Q45

GOOG-DOJ-03901915

DTX-664 Page 14 of 73



# Key Google findings from SSP Report, Wave 2

**Programmatic Intelligence Report Q3 2018**

Strengths to leverage:
- Familiarity, past usage, preference
- Track record, protection against bots
- Superior tech vision
- Communication, coverage, presence with publishers

Red Flags to address:
- Reporting
- PMP capabilities
- Header bidding capabilities
- Proactive partnership & alignment with pub goals

Who are you competing with?
- In house initiatives?
- A blur of alternatives, including:
- Pubmatic, Rubicon re-emerging as stronger players
- AppNexus, especially post Xander

**Supply Side Platforms**

Advertiser Perceptions 14

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901916



HIGHLY CONFIDENTIAL

GOOG-DOJ-03901917



Q50, Q55



Q115

GOOG-DOJ-03901919



Q116

GOOG-DOJ-03901920

DTX-664 Page 19 of 73



Q120



Q125

GOOG-DOJ-03901922



Q125

GOOG-DOJ-03901923

DTX-664 Page 22 of 73



Which SSPs do the best with mobile? Google, but it is a tight race

SSP Doing the Best Job with Mobile Advertising

Percent of Respondents

| | Mobile | |
|---|---|---|
| 1 | Google Ad Manager | 17% |
| 2 | OpenX | 14% |
| 3 | PubMatic | 12% |
| 4 | Rubicon Project | 11% |
| 5 | AppNexus Publisher SSP | 9% |
| 5 | MoPub, a Twitter company | 9% |
| 7 | Yahoo for Publishers | 6% |
| 8 | A9 | 6% |
| 9 | ONE by AOL | 4% |
| 10 | SpotX | 3% |
| 11 | Telaria | 3% |
| 12 | Nativo | 3% |
| 13 | Index Exchange | 2% |
| 14 | Teads | 1% |
| 15 | Sharethrough | 1% |

**Programmatic Intelligence Report Q3 2018**

Marketplace Overview
Header Bidding
In-House SSPs
Random Perceptions
Appendix

**Supply Side Platforms**

Q. For each of the following ad formats, who in SSP is doing the best job when it comes to integrating with your site's look and feel?
Base: Total Respondents Using SSPs

**Advertiser Perceptions** 22

Q117

HIGHLY CONFIDENTIAL
GOOG-DOJ-03901924



Which SSPs do the best with video? Google

SSP Doing the Best Job with Video Advertising
Percent of Respondents

| | Video | |
|---|---|---|
| 1 | Google Ad Manager | 22% |
| 2 | PubMatic | 10% |
| 3 | Yahoo for Publishers | 10% |
| 4 | OpenX | 9% |
| 5 | Telaria | 7% |
| 5 | Rubicon Project | 5% |
| 7 | AppNexus Publisher SSP | 5% |
| 8 | ONE by AOL | 4% |
| 9 | A9 | 3% |
| 10 | Teads | 3% |
| 11 | MoPub, a Twitter company | 3% |
| 12 | Nativo | 2% |
| 13 | Sharethrough | 2% |
| 14 | SpotX | 1% |
| 15 | Index Exchange | 1% |

Q117

GOOG-DOJ-03901925

DTX-664 Page 24 of 73



Q117



Q126

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901927



Q127

GOOG-DOJ-03901928



Q127

GOOG-DOJ-03901929

DTX-664 Page 28 of 73



Q130
BASE SIZES: Google Ad Manager (formerly DoubleClick Ad Exchange) 65 Yahoo for Publishers (including BrightRoll) 47
OpenX 46 AppNexus Publisher SSP 35 MoPub, a Twitter company 33 PubMatic 31 Rubicon Project 29 A9 27 Nativo 24
SpotX 24 Telaria (formerly Tremor Video) 24 ONE by AOL (including Millennial Media, Adap.tv, Marketplace) 16
Sharethrough 13 Teads 13 Index Exchange 9





# We ask publishers to evaluate SSPs in 4 categories, across 28 criteria

**Programmatic Intelligence Report Q3 2018**

Marketplace Overview

Header Bidding

In-House SSPs

Competitive Landscape

Platform Assessment

Appendix

**Supply Side Platforms**

**Performance Capabilities Criteria:**

1. Access to demand (e.g., introductions to advertisers/agencies and proprietary demand)
2. Auction dynamics (e.g., first price, second price, floor pricing automation & soft floors etc.)
3. Track record of protection against bad ads, bots, fraud
4. Analytics providing key metric performances on pricing, campaign effectiveness, new advertisers, etc.
5. Availability of reporting (i.e. quantity and frequency of updates)
6. ROI measurement/optimization across devices

**Platform Capabilities Criteria:**

1. Ability to deliver native, video and mobile formats that integrate with our site's look and feel
2. Auditing tools for control over ad placement
3. Data available in the platform (impression level auction data, advertiser and bid transparency, etc.)
4. Flexibility of integration with our systems
5. Visibility into accurate, available inventory
6. Viewability measurement
7. PMP capabilities
8. Header bidding capabilities
9. Ease of use

**Partnership Criteria:**

1. Alignment with publisher goals and needs
2. Is easy to work with
3. Sales skills (listening, attentiveness, negotiating, etc.)
4. Technology expertise
5. Proactively share reports, analytics and insights that enable us to make better decisions
6. Make it easy for us to find the solutions or answers we need
7. Transparent and fair in fee structure
8. Operates with integrity - open, fair, honest, working toward a win/win relationship

**Vision Criteria:**

1. A market leader
2. Successful - competent and stable in managing their business
3. Superior technology vision
4. Integrity as a company in their behavior in the market and in their dealings with clients
5. Inspire confidence that our company will succeed in partnership with them

**Advertiser Perceptions**

GOOG-DOJ-03901932



Q90



Q140

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901934



Q140

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901935



Q135

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901936



Q135

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901937



Q145



Q145

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901939



Q150

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901940



Q150



Q140

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901942



Q140

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901943



Q145

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901944



Q160

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901945



# Key Google findings from SSP Report, Wave 2

Strengths to leverage:
- Familiarity, past usage, preference
- Track record, protection against bots
- Superior tech vision
- Communication, coverage, presence with publishers

Red Flags to address:
- Reporting
- PMP capabilities
- Header bidding capabilities
- Proactive partnership & alignment with pub goals

Who are you competing with?
- In house initiatives?
- A blur of alternatives, including:
- Pubmatic, Rubicon re-emerging as stronger players
- AppNexus, especially post Xander

Programmatic Intelligence Report Q3 2018

Marketplace Overview
Header Bidding
Analysis Profile
Competitive Landscape
Product Assessment
Appendix

Supply Side Platforms

Advertiser Perceptions 44

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901946



GOOG-DOJ-03901947



Q11c

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901948



Q16b

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901949



Q70



Q70

GOOG-DOJ-03901951



Q75



Q60

GOOG-DOJ-03901953

DTX-664 Page 52 of 73



Q65

GOOG-DOJ-03901954

DTX-664 Page 53 of 73



Q127



Q110

GOOG-DOJ-03901956

DTX-664 Page 55 of 73



Q125



Q165



Q140

GOOG-DOJ-03901959



# Brand ratings: Performance Capabilities criteria

Index of Percent Rating SSPs 8-10 on a 10-Point Scale

**Programmatic Intelligence Report Q3 2018**

Marketplace Overview
Header Bidding
In-House SSPs
Competitive Landscape
Platform Perceptions

| Track record of protection against bad ads, bots, fraud | | Availability of reporting | | Analytics providing key metric performances on pricing, campaign effectiveness, new advertisers, etc. | | Auction dynamics | | Access to demand | | ROI measurement/optimization across devices | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MoPub | 72% | MoPub | 76% | Telaria | 71% | Index Exchange | 75% | Index Exchange | 76% | A9 | 77% |
| Index Exchange | 71% | SpotX | 75% | OpenX | 71% | AppNexus | 72% | PubMatic | 72% | Telaria | 70% |
| Telaria | 70% | PubMatic | 74% | PubMatic | 68% | Rubicon Project | 72% | A9 | 72% | SpotX | 68% |
| Google Ad Manager | 69% | Yahoo for Publishers | 71% | Index Exchange | 68% | MoPub | 69% | Yahoo for Publishers | 71% | Teads | 67% |
| Sharethrough | 65% | Telaria | 70% | AppNexus | 67% | SpotX | 68% | Teads | 70% | PubMatic | 67% |
| SpotX | 63% | Rubicon Project | 69% | A9 | 67% | Telaria | 68% | Rubicon Project | 70% | AppNexus | 65% |
| Yahoo for Publishers | 59% | Teads | 67% | Google Ad Manager | 64% | OpenX | 66% | MoPub | 68% | Sharethrough | 63% |
| A9 | 58% | OpenX | 66% | Rubicon Project | 63% | Yahoo for Publishers | 64% | Sharethrough | 67% | Yahoo for Publishers | 63% |
| Teads | 58% | A9 | 65% | SpotX | 63% | Teads | 62% | Telaria | 66% | Google Ad Manager | 62% |
| OpenX | 57% | AppNexus | 65% | MoPub | 63% | A9 | 62% | ONE by AOL | 64% | OpenX | 59% |
| Rubicon Project | 57% | ONE by AOL | 64% | Teads | 62% | PubMatic | 61% | AppNexus | 63% | MoPub | 57% |
| PubMatic | 56% | Nativo | 61% | Yahoo for Publishers | 55% | Google Ad Manager | 58% | Google Ad Manager | 58% | Nativo | 56% |
| ONE by AOL | 53% | Index Exchange | 59% | Nativo | 54% | Sharethrough | 54% | SpotX | 56% | Sharethrough | 54% |
| Nativo | 50% | Google Ad Manager | 59% | Sharethrough | 51% | ONE by AOL | 46% | OpenX | 54% | ONE by AOL | 54% |
| AppNexus | 50% | Sharethrough | 54% | ONE by AOL | 51% | Nativo | 41% | Nativo | 54% | Rubicon Project | 53% |

Q: How would you rate that Supply-Side Platform (SSP) on the following performance capabilities (revenue generation by format, access to demand, etc.)? Base: Considering Supply Side Platforms (Variable Base)

**Supply Side Platforms**

Advertiser Perceptions 56

Q140

HIGHLY CONFIDENTIAL
GOOG-DOJ-03901960



Q135

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901961

**Programmatic Intelligence Report Q3 2018**

- Market... 
- Marketplace Overview
- Header Bidding
- In-House SSPs
- Competitive Landscape
- Platform Perceptions

**Supply Side Platforms**

# Brand ratings: Platform Capabilities criteria

Percent Rating SSPs 8-10 on a 10-Point Scale

| Visibility into accurate, available inventory | | PMP capabilities | | Header bidding capabilities | | Auditing tools for control over ad placement | | Viewability measurement | | Ability to deliver native, video and mobile formats that integrate with our site's look and fee | | Data available in the platform | | Flexibility of integration with our systems | | Ease of use | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Telaria | 75% | PubMatic | 75% | Index Exchange | 80% | OpenX | 76% | Telaria | 77% | Yahoo for Publishers | 79% | Telaria | 73% | Index Exchange | 75% | AOL | 74% |
| Index Exchange | 75% | Yahoo for Publishers | 73% | PubMatic | 70% | Teads | 75% | AOL | 69% | Index Exchange | 73% | MoPub | 72% | AppNexus | 74% | OpenX | 73% |
| MoPub | 70% | Index Exchange | 71% | MoPub | 69% | PubMatic | 74% | Teads | 67% | AppNexus | 70% | SpotX | 72% | SpotX | 69% | Google Ad Manager | 73% |
| Yahoo for Publishers | 70% | MoPub | 70% | Telaria | 69% | Rubicon Project | 70% | MoPub | 66% | Telaria | 70% | AOL | 70% | Telaria | 69% | PubMatic | 72% |
| Google Ad Manager | 69% | SpotX | 70% | Rubicon Project | 67% | AppNexus | 68% | Yahoo for Publishers | 66% | SpotX | 66% | PubMatic | 67% | Yahoo for Publishers | 66% | Telaria | 71% |
| AppNexus | 66% | OpenX | 64% | Yahoo for Publishers | 66% | Telaria | 68% | Google Ad Manager | 65% | PubMatic | 65% | AppNexus | 67% | OpenX | 66% | AppNexus | 71% |
| Rubicon Project | 65% | AOL | 63% | AppNexus | 65% | AOL | 65% | SpotX | 65% | MoPub | 67% | Yahoo for Publishers | 66% | Teads | 67% | MoPub | 71% |
| Nativo | 65% | AppNexus | 63% | Google Ad Manager | 64% | MoPub | 65% | ONE by AOL | 63% | Rubicon Project | 65% | ONE by AOL | 63% | MoPub | 67% | SpotX | 67% |
| Teads | 64% | Telaria | 63% | AOL | 62% | Index Exchange | 61% | Rubicon Project | 60% | OpenX | 63% | Teads | 62% | PubMatic | 65% | Rubicon Project | 65% |
| SpotX | 63% | Teads | 62% | SpotX | 59% | Google Ad Manager | 60% | PubMatic | 59% | Teads | 62% | Index Exchange | 61% | AOL | 65% | ONE by AOL | 64% |
| OpenX | 63% | Rubicon Project | 62% | ONE by AOL | 59% | SpotX | 60% | Index Exchange | 59% | AOL | 62% | OpenX | 61% | Rubicon Project | 63% | Yahoo for Publishers | 64% |
| AOL | 62% | ONE by AOL | 56% | OpenX | 58% | Sharethrough | 60% | Sharethrough | 56% | Google Ad Manager | 59% | Google Ad Manager | 60% | Nativo | 57% | Sharethrough | 63% |
| Sharethrough | 56% | Nativo | 56% | Sharethrough | 49% | ONE by AOL | 56% | AppNexus | 55% | Sharethrough | 53% | Rubicon Project | 60% | Sharethrough | 54% | Index Exchange | 62% |
| PubMatic | 56% | Google Ad Manager | 52% | Teads | 49% | Yahoo for Publishers | 50% | OpenX | 54% | Nativo | 46% | Sharethrough | 53% | ONE by AOL | 53% | Nativo | 61% |
| ONE by AOL | 54% | Sharethrough | 51% | Nativo | 44% | Nativo | 39% | Nativo | 43% | ONE by AOL | 44% | Nativo | 50% | Google Ad Manager | 48% | Teads | 55% |

Q: How would you rate this Supply-Side Platform (SSP) on the following **platform capabilities** (tools, technology, ease of integration with your systems, etc.)?
Base: Considering Supply Side Platforms (Variable Base)

Advertiser Perceptions 60

Q135



Q145

# Brand ratings: Partnership criteria

Index of Percent Rating SSPs 8-10 on a 10-Point Scale

**Programmatic Intelligence Report Q3 2018**

- Marketplace Overview
- Header Bidding
- In-House SSPs
- Competitive Landscape
- Platform Perceptions

**Supply Side Platforms**

| Proactively share reports, analytics and insights that enable us to make better decisions | | Alignment with publisher goals and needs | | Make it easy for us to find the solutions or answers we need | | Transparent and fair in fee structure | | Sales skills | | Operates with integrity | | Technology expertise | | Is easy to work with | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SpotX | 74% | Index Exchange | 76% | PubMatic | 74% | MoPub | 74% | Index Exchange | 59% | Google Ad Manager | 71% | PubMatic | 77% | Google Ad Manager | 76% |
| Telaria | 73% | Telaria | 75% | SpotX | 70% | SpotX | 67% | AppNexus | 69% | Rubicon Project | 67% | MoPub | 74% | AppNexus | 74% |
| AppNexus | 72% | SpotX | 72% | Teads | 69% | Yahoo for Publishers | 66% | PubMatic | 68% | MoPub | 66% | ONE by AOL | 73% | A9 | 70% |
| PubMatic | 68% | PubMatic | 72% | AppNexus | 67% | Google Ad Manager | 65% | MoPub | 67% | Yahoo for Publishers | 64% | OpenX | 73% | MoPub | 69% |
| Yahoo for Publishers | 66% | AppNexus | 66% | Yahoo for Publishers | 64% | OpenX | 64% | Telaria | 66% | SpotX | 65% | SpotX | 67% | SpotX | 68% |
| Rubicon Project | 67% | Teads | 67% | Google Ad Manager | 63% | Index Exchange | 63% | Teads | 64% | Sharethrough | 65% | Sharethrough | 67% | Yahoo for Publishers | 68% |
| Teads | 64% | Yahoo for Publishers | 66% | MoPub | 63% | Rubicon Project | 63% | Rubicon Project | 63% | Index Exchange | 63% | Index Exchange | 66% | OpenX | 68% |
| A9 | 63% | MoPub | 61% | Index Exchange | 62% | AppNexus | 59% | Yahoo for Publishers | 63% | OpenX | 63% | AppNexus | 65% | Telaria | 66% |
| Index Exchange | 63% | A9 | 57% | Telaria | 59% | PubMatic | 59% | Google Ad Manager | 57% | AppNexus | 61% | Rubicon Project | 62% | Teads | 65% |
| OpenX | 61% | Sharethrough | 55% | Index Exchange | 59% | Telaria | 58% | A9 | 57% | Telaria | 61% | Nativo | 59% | Sharethrough | 65% |
| MoPub | 59% | Rubicon Project | 55% | Sharethrough | 58% | Sharethrough | 56% | SpotX | 54% | PubMatic | 59% | Teads | 59% | ONE by AOL | 64% |
| ONE by AOL | 58% | ONE by AOL | 54% | OpenX | 56% | A9 | 56% | ONE by AOL | 53% | Nativo | 56% | Yahoo for Publishers | 57% | Index Exchange | 64% |
| Nativo | 56% | Nativo | 54% | Nativo | 56% | Nativo | 56% | OpenX | 52% | A9 | 55% | Google Ad Manager | 57% | PubMatic | 63% |
| Google Ad Manager | 55% | OpenX | 52% | Teads | 54% | Teads | 54% | Sharethrough | 49% | ONE by AOL | 54% | A9 | 55% | Rubicon Project | 62% |
| Sharethrough | 53% | Google Ad Manager | 46% | A9 | 50% | ONE by AOL | 49% | Nativo | 48% | Teads | 47% | Telaria | 50% | Nativo | 57% |

Q. How would you rate this Supply-Side Platform (SSP) on the following attributes related to **partnership** (business relationship, proactive attention to your goals, insights and recommendations, etc.)?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 62

Q145

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901964



Q150

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901965

## Brand ratings: Vision criteria

Index of Percent Rating SSPs 8-10 on a 10-Point Scale

**Programmatic Intelligence Report Q3 2018**

Marketplace Overview
Header Bidding
In-House SSPs
Competitive Landscape
Platform Perceptions

**Supply Side Platforms**

| Inspire confidence that our company will succeed in partnership with them | | Superior technology vision | | Successful - competent and stable in managing their business | | Integrity as a company in their behavior in the market and in their dealings with clients | | A market leader | |
|---|---|---|---|---|---|---|---|---|---|
| SpotX | 75% | SpotX | 75% | PubMatic | 81% | AppNexus | 69% | Google Ad Manager | 79% |
| PubMatic | 74% | Telaria | 71% | OpenX | 74% | MoPub | 68% | MoPub | 68% |
| Yahoo for Publishers | 73% | MoPub | 68% | SpotX | 74% | SpotX | 68% | Telaria | 68% |
| Telaria | 71% | Teads | 67% | MoPub | 72% | Index Exchange | 68% | AppNexus | 65% |
| Index Exchange | 69% | Sharethrough | 67% | Teads | 69% | Rubicon Project | 67% | Rubicon Project | 63% |
| MoPub | 68% | Google Ad Manager | 65% | Rubicon Project | 68% | Yahoo for Publishers | 64% | OpenX | 63% |
| Sharethrough | 68% | Rubicon Project | 63% | AppNexus | 67% | PubMatic | 63% | Yahoo for Publishers | 61% |
| OpenX | 68% | PubMatic | 63% | Nativo | 65% | ONE by AOL | 63% | Sharethrough | 60% |
| Google Ad Manager | 67% | OpenX | 61% | Yahoo for Publishers | 64% | Telaria | 63% | PubMatic | 60% |
| AppNexus | 67% | Index Exchange | 59% | Index Exchange | 63% | A9 | 62% | Index Exchange | 59% |
| Rubicon Project | 62% | A9 | 58% | A9 | 62% | Google Ad Manager | 57% | ONE by AOL | 59% |
| ONE by AOL | 61% | AppNexus | 56% | Telaria | 59% | OpenX | 54% | A9 | 58% |
| A9 | 60% | Yahoo for Publishers | 55% | Sharethrough | 58% | Teads | 53% | Teads | 56% |
| Teads | 60% | ONE by AOL | 54% | Google Ad Manager | 57% | Sharethrough | 51% | Nativo | 50% |
| Nativo | 57% | Nativo | 52% | ONE by AOL | 54% | Nativo | 49% | SpotX | 49% |

Q. And lastly, thinking about your **perceptions** (as a market leader, visionary, reliable performer, etc.) of this Supply Side Platform (SSP), how would you rate this SSP on the following attributes?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 84

Q150

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901966



S32, S200b

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901967



Q220b – Primary Involvement

GOOG-DOJ-03901968

DTX-664 Page 67 of 73



Q240, Q245

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901969



Q210

HIGHLY CONFIDENTIAL

GOOG-DOJ-03901970



Q67a

GOOG-DOJ-03901971



Q67b

GOOG-DOJ-03901972

DTX-664 Page 71 of 73



Q67c

GOOG-DOJ-03901973



HIGHLY CONFIDENTIAL

GOOG-DOJ-03901974