# EXHIBIT 24



CONFIDENTIAL

GOOG-AT-MDL-010708075



CONFIDENTIAL

GOOG-AT-MDL-010708076



GOOG-AT-MDL-010708077



CONFIDENTIAL

GOOG-AT-MDL-010708078



CONFIDENTIAL

GOOG-AT-MDL-010708079



Q10a

CONFIDENTIAL

GOOG-AT-MDL-010708080



Q10b

GOOG-AT-MDL-010708081



Q10c

CONFIDENTIAL

GOOG-AT-MDL-010708082



Q15a

GOOG-AT-MDL-010708083

DTX-649 Page 9 of 88



Q15b

CONFIDENTIAL

GOOG-AT-MDL-010708084



**How can partners solve roadblocks?** Address measurement, safety, fraud, training

Get **better technicians** and **virus protection**.
– *C-level* (Sales)

**Take more responsibility** or involvement in our challenges like **channel conflict, malware/redirects, bot or fraud traffic, transparency, etc.**
– *Manager* (Operations)

**Better ad filtration and detection system** to ensure that spam/harmful ads do not appear on publisher websites.
– *Manager* (Sales)

Instituting a **block chain style ad verification** would go a long way to increasing overall trust among any industry.
– *Director/Supervisor* (Sales)

**Reduced fees** for private deals. Enable and **take charge of malware fraud** rather than putting it on the publisher.
– *Manager* (Operations)

They could **improve the strength of the firewalls** they have put up against bots and other bad malware. Also improve the overall **ease of use.**
– *C-level* (Operations)

Q15c



Q16a

CONFIDENTIAL

GOOG-AT-MDL-010708086



Q16b

GOOG-AT-MDL-010708087



Q80

CONFIDENTIAL

GOOG-AT-MDL-010708088



Q75

CONFIDENTIAL

GOOG-AT-MDL-010708089



Q50





## What do pubs do with SSP data?
### Adjust pricing, rules, direct deals, troubleshoot
Publisher ad sales and monetization priorities for SSPs

| | Actions Taken | Importance of Actions |
|---|---|---|
| Analyze campaign performance to adjust pricing in direct deals/reservations | 62% | 27% |
| Identify trends across indirect performance to adjust inventory allocation, floors, rules, protections | 63% | 21% |
| Look for trends in indirect transactions to create direct deals | 61% | 19% |
| Identify inventory segments with high unfilled impressions, low fill rate, other money-loss scenarios to prevent further rev loss | 57% | 19% |
| Optimize header bidding implementation | 37% | 13% |

Advertiser Perceptions  18

QG1a, QG1b



QG2
Base sizes: analyze=42; trends across indirect=33; trends across CPM=30; identify=29; header bidding=20

Google=Google Ad Manager, Amazon=A9/Amazon Publisher Services, AppNexus=AppNexus Publisher SSP

Analyze campaign performance to adjust pricing in direct deals/reservations
5 MoPub 7%
6 OpenX 5%
7 Rubicon Project 5%
7 Oath Ad Platforms 0%
7 Index Exchange 0%

Look for trends across indirect performance to make adjustments to inventory allocation, floors, rules, and protections
4 Index Exchange 9%
5 Rubicon Project 9%
6 MoPub 6%
7 OpenX 6%
8 PubMatic 3%
9 Oath Ad Platforms 0%

Look for trends across CPM and advertisers in indirect transactions to create direct deals
6 Index Exchange 7%
7 PubMatic 7%
7 Rubicon Project 7%
7 Oath Ad Platforms 3%

Identify inventory segments with high unfilled impressions, low fill rate, and other money-loss scenarios to troubleshoot and prevent further revenue loss
5 Rubicon Project 7%
6 Index Exchange 3%
6 Oath Ad Platforms 3%
8 OpenX 0%
9 PubMatic 0%

Optimize header bidding set up
6 PubMatic 5%

CONFIDENTIAL

GOOG-AT-MDL-010708093

7 MoPub 0%
8 Rubicon Project 0%
9 Oath Ad Platforms 0%

CONFIDENTIAL

GOOG-AT-MDL-010708094



QG3



CONFIDENTIAL

GOOG-AT-MDL-010708096



Q46

CONFIDENTIAL

GOOG-AT-MDL-010708097



Q60b



Q60c







Q115



Q118



Q120



Q125



Q125

CONFIDENTIAL

GOOG-AT-MDL-010708106



Q130. BASE SIZES:
Google Ad Manager 113 A9/Amazon Publisher Services 77 AppNexus Publisher SSP 64 OpenX 45 Rubicon Project 38 MoPub 32 Oath Ad Platforms 28 Index Exchange 25 PubMatic 22

CONFIDENTIAL



Q119

CONFIDENTIAL

GOOG-AT-MDL-010708108



Q119

CONFIDENTIAL

GOOG-AT-MDL-010708109



**Why Google is #1**: Performance, Reporting, Ease of Use, Brand Safety

*(from 76 comments)*

*They seem to **perform better** than anyone that we have used, plus they have **years of experience** in this space.*
*– Director/Supervisor (Operations)*

*Best **visibility/brand safety**, best **quality inventory.***
*– Manager (Sales)*

*An **ad server with built-in demand. Creative review and blocking controls. Robust API connections** to read/write. Close to real-time, consistent reporting. Innovation based on the advancements in the digital ecosystem.*
*– VP/EVP/SVP (Operations)*

*They provide exceptional **customer service** and **reporting capabilities** that make it easy for us to identify the right pathways as well as where we need to adjust for success.*
*– Manager (Sales)*

*Communicates our **analytics** across ads well with our team, easy to understand and comprehend for even the newest team members.*
*– Director/Supervisor (Sales)*

*It provides me a platform to **project my advertisements effectively** on video, desktop and mobile platforms.*
*– Manager (Sales)*

*Targeting options: country, region, browser, OS, ISP, bandwidth, time of day, IP address.*
*– Director/Supervisor (Operations)*

*Dynamic allocation, EBDA, storefront for PMPs/easy access to buyers, ad blocks, and ad serving tied into it.*
*– Manager (Operations)*

Advertiser Perceptions  35

Q127





CONFIDENTIAL

GOOG-AT-MDL-010708112



We ask publishers to evaluate SSPs in 4 categories, across 18 criteria

**Performance Capabilities Criteria:**
1. Analytics providing key metric performances on pricing, campaign effectiveness, new advertisers, etc.
2. Monetization and revenue generation capabilities
3. Auction dynamics (e.g., first price, second price, floor pricing automation & soft floors etc.)
4. Track record of protection against bad ads, bots, fraud

**Partnership Criteria:**
1. Technology expertise
2. Alignment with publisher goals and needs
3. Proactively share reports, analytics and insights that enable us to make better decisions
4. Is easy to work with

**Platform Capabilities Criteria:**
1. Ease of use
2. Data available in the platform (impression level auction data, advertiser and bid transparency, etc.)
3. PMP capabilities
4. Visibility into accurate, available inventory
5. Auditing tools for control over ad placement
6. Header bidding capabilities

**Leadership and Vision Criteria:**
1. A market leader
2. Integrity as a company in their behavior in the market and in their dealings with clients
3. Superior technology vision
4. Inspire confidence that our company will succeed in partnership with them

**Advertiser Perceptions**

GOOG-AT-MDL-010708113



Q140

CONFIDENTIAL

GOOG-AT-MDL-010708114



Q140



Q140



Q135



Q135



Q135



Q135



Q145



Q145



Q145



Q150



Q150



Q150



Q160

GOOG-AT-MDL-010708127



## Key takeaways

**Google's custom questions: publisher ad sales and monetization priorities for SSPs**

- What do pubs do with SSP data? Adjust pricing, rules, direct deals, troubleshoot
- Who helps publishers take action on data? Google
- Features SSPs can use to improve brand safety? Few specific suggestions

**Funnel metrics**

- Google leads across all metrics: usage, consideration, preference, NPS
  - Amazon rising ahead of other SSPs across the board
  - Google overwhelming lead for future consideration
  - Google is the dominant 1st choice for sales and ops

Advertiser Perceptions  53

CONFIDENTIAL

GOOG-AT-MDL-010708128



# Key takeaways

**Selection criteria and satisfaction ratings**

- Analytics and monetization capabilities are top performance criteria
  - Google leads for top performance criteria
- Platform criteria: ease of use and data availability critical
  - Google moves ahead of Amazon for ease of use and data availability
- Critical SSP partner qualities: tech expertise and alignment with publisher goals
  - Tech expertise, alignment with pub goals: Google leads in key criteria
- Leadership and vision drivers: Google viewed as a market leader with integrity
- Google, Amazon and AppNexus tops for sales coverage

Advertiser Perceptions  54



CONFIDENTIAL

GOOG-AT-MDL-010708130



Q211 – NEW IN W3

CONFIDENTIAL

GOOG-AT-MDL-010708131



Q110



Q127



Q127



Q127



## Brand ratings: Performance Capabilities criteria

Percent Rating SSPs 8-10 on a 10-Point Scale

| Analytics providing key performance metrics | | Monetization and revenue generation capabilities | | Auction dynamics | | Track record of protection against bad ads, bots, fraud | |
|---|---|---|---|---|---|---|---|
| Google Ad Manager | 72% | Google Ad Manager | 72% | Google Ad Manager | 67% | All/Amazon Publisher Services | 48% |
| PubMatic | 60% | PubMatic | 60% | All/Amazon Publisher Services | 58% | AppNexus Publisher SSP | 41% |
| Nativo | 53% | All/Amazon Publisher Services | 60% | Index Exchange | 57% | Google Ad Manager | 58% |
| All/Amazon Publisher Services | 52% | Beachfront Media | 53% | Rubicon Project | 55% | Index Exchange | 33% |
| Index Exchange | 50% | Index Exchange | 50% | Oath Ad Platforms | 50% | MoPub | 35% |
| Rubicon Project | 48% | Nativo | 50% | PubMatic | 47% | Nativo | 43% |
| FreeWheel (including StickyAds) | 47% | OpenX | 47% | AppNexus Publisher SSP | 46% | OpenX | 40% |
| Telaria | 45% | FreeWheel (including StickyAds) | 47% | MoPub | 45% | PubMatic | 50% |
| AppNexus Publisher SSP | 41% | Rubicon Project | 45% | Telaria | 45% | Rubicon Project | 48% |
| MoPub | 39% | MoPub | 45% | FreeWheel (including StickyAds) | 40% | Sharethrough | 37% |
| Teads | 38% | Oath Ad Platforms | 45% | Sovrn | 40% | SpotX | 23% |
| OpenX | 37% | AppNexus Publisher SSP | 44% | Nativo | 37% | Teads | 41% |
| Sharethrough | 37% | Sovrn | 40% | Beachfront Media | 37% | Telaria | 32% |
| Sovrn | 37% | YieldMo | 40% | Teads | 34% | Oath Ad Platforms | 45% |
| Oath Ad Platforms | 34% | Telaria | 39% | Sharethrough | 33% | Beachfront Media | 43% |
| SpotX | 33% | Teads | 38% | OpenX | 30% | FreeWheel (including StickyAds) | 47% |
| Beachfront Media | 33% | SpotX | 37% | YieldMo | 30% | Sovrn | 40% |
| YieldMo | 23% | Sharethrough | 33% | SpotX | 27% | YieldMo | 37% |

Q: How would you rate this Supply Side Platform (SSP) on the following performance capabilities?
Base: Considering Supply Side Platforms (Variable Base)

Advertiser Perceptions 61

Q140

GOOG-AT-MDL-010708136

# Brand ratings: Platform Capabilities criteria
### Percent Rating SSPs 8-10 on a 10-Point Scale

| Ease of use | | Data available in the platform | | PMP capabilities | | Visibility into accurate, available inventory | | Auditing tools for control over ad placement | | Header bidding capabilities | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Google Ad Manager | 75% | Google Ad Manager | 61% | Google Ad Manager | 70% | Google Ad Manager | 73% | Google Ad Manager | 72% | Google Ad Manager | 63% |
| PubMatic | 60% | Index Exchange | 60% | FreeWheel (including StickyAds) | 60% | All/Amazon Publisher Services | 56% | OpenX | 57% | PubMatic | 60% |
| All/Amazon Publisher Services | 60% | All/Amazon Publisher Services | 58% | Rubicon Project | 55% | PubMatic | 53% | All/Amazon Publisher Services | 56% | All/Amazon Publisher Services | 60% |
| OpenX | 53% | AppNexus Publisher SSP | 54% | Native | 53% | Native | 50% | PubMatic | 50% | OpenX | 57% |
| Index Exchange | 47% | PubMatic | 50% | PubMatic | 53% | AppNexus Publisher SSP | 49% | Oath Ad Platforms | 50% | Beachfront Media | 57% |
| Native | 47% | OpenX | 47% | OpenX | 50% | MoPub | 48% | Rubicon Project | 48% | Index Exchange | 53% |
| Beachfront Media | 47% | Beachfront Media | 47% | Index Exchange | 43% | Oath Ad Platforms | 47% | Native | 47% | Native | 53% |
| Rubicon Project | 45% | Native | 43% | MoPub | 42% | Index Exchange | 47% | Beachfront Media | 47% | Sharethrough | 53% |
| MoPub | 45% | FreeWheel (including StickyAds) | 43% | AppNexus Publisher SSP | 41% | OpenX | 43% | MoPub | 45% | Telaria | 52% |
| AppNexus Publisher SSP | 44% | MoPub | 42% | All/Amazon Publisher Services | 40% | Sharethrough | 43% | Index Exchange | 43% | Sovrn | 47% |
| Oath Ad Platforms | 42% | Rubicon Project | 39% | Teads | 38% | Beachfront Media | 43% | Sovrn | 43% | AppNexus Publisher SSP | 44% |
| FreeWheel (including StickyAds) | 37% | Sovrn | 37% | Beachfront Media | 37% | Telaria | 42% | Telaria | 42% | Rubicon Project | 42% |
| Sovrn | 37% | Teads | 34% | Oath Ad Platforms | 34% | Teads | 41% | Teads | 41% | Teads | 41% |
| YieldMo | 37% | Oath Ad Platforms | 34% | Sovrn | 33% | FreeWheel (including StickyAds) | 37% | Sharethrough | 40% | MoPub | 39% |
| Sharethrough | 33% | Sharethrough | 33% | YieldMo | 33% | Sovrn | 37% | SpotX | 37% | Oath Ad Platforms | 37% |
| Teads | 31% | YieldMo | 33% | Telaria | 32% | YieldMo | 30% | FreeWheel (including StickyAds) | 37% | FreeWheel (including StickyAds) | 33% |
| Telaria | 26% | SpotX | 27% | Sharethrough | 27% | Rubicon Project | 27% | YieldMo | 33% | YieldMo | 33% |
| SpotX | 23% | Telaria | 26% | SpotX | 23% | SpotX | 23% | AppNexus Publisher SSP | 28% | SpotX | 30% |

Q: How would you rate this Supply Side Platform (SSP) on the following platform capabilities?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 62

Programmatic Intelligence Report
1H 2019

Supply Side Platforms

Q135

GOOG-AT-MDL-010708137



# Brand ratings: Partnership criteria

Percent Rating SSPs 8-10 on a 10-Point Scale

| Technology expertise | | Alignment with publisher goals and needs | | Proactively share reports, analytics and insights that enable us to make better decisions | | Is easy to work with | |
|---|---|---|---|---|---|---|---|
| Google Ad Manager | 73% | Google Ad Manager | 64% | Google Ad Manager | 70% | Google Ad Manager | 68% |
| AB/Amazon Publisher Services | 65% | Rubicon Project | 58% | PubMatic | 60% | PubMatic | 65% |
| Index Exchange | 63% | PubMatic | 57% | Rubicon Project | 56% | Index Exchange | 57% |
| McPub | 55% | Index Exchange | 50% | AB/Amazon Publisher Services | 54% | Sovrn | 57% |
| PubMatic | 53% | AppNexus Publisher SSP | 49% | Oath Ad Platforms | 53% | Rubicon Project | 55% |
| Beachfront Media | 53% | AB/Amazon Publisher Services | 48% | AppNexus Publisher SSP | 51% | Nativo | 53% |
| Sovrn | 53% | OpenX | 47% | Index Exchange | 47% | AB/Amazon Publisher Services | 50% |
| Oath Ad Platforms | 50% | FreeWheel (including StickyAds) | 47% | McPub | 45% | SpotX | 50% |
| FreeWheel (including StickyAds) | 50% | Oath Ad Platforms | 45% | Sharethrough | 43% | AppNexus Publisher SSP | 49% |
| Rubicon Project | 48% | Sovrn | 43% | Sovrn | 43% | McPub | 48% |
| Nativo | 47% | McPub | 42% | YieldMo | 43% | Oath Ad Platforms | 47% |
| OpenX | 47% | Sharethrough | 40% | Telaria | 42% | Beachfront Media | 47% |
| AppNexus Publisher SSP | 46% | Teads | 38% | Teads | 41% | Sharethrough | 43% |
| YieldMo | 43% | Beachfront Media | 37% | FreeWheel (including StickyAds) | 40% | Teads | 41% |
| Teads | 41% | YieldMo | 37% | Nativo | 37% | OpenX | 40% |
| SpotX | 40% | Telaria | 35% | SpotX | 37% | YieldMo | 40% |
| Sharethrough | 37% | Nativo | 30% | Beachfront Media | 37% | Telaria | 35% |
| Telaria | 35% | SpotX | 30% | OpenX | 30% | FreeWheel (including StickyAds) | 33% |

Q: How would you rate this Supply Side Platform (SSP) on the following attributes related to **partnership** (business relationship, proactive attention to your goals, insights and recommendations, etc.)?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 63

CONFIDENTIAL

GOOG-AT-MDL-010708138

Q145



# Brand ratings: Vision criteria

Percent Rating SSPs 8-10 on a 10-Point Scale

| A market leader | | Integrity as a company in their behavior in the market and in their dealings with clients | | Superior technology vision | | Inspire confidence that our company will succeed in partnership with them | |
|---|---|---|---|---|---|---|---|
| Google Ad Manager | 76% | Google Ad Manager | 83% | Google Ad Manager | 70% | Google Ad Manager | 68% |
| AB/Amazon Publisher Services | 69% | AppNexus Publisher SSP | 62% | AB/Amazon Publisher Services | 62% | PubMatic | 63% |
| PubMatic | 57% | PubMatic | 60% | Index Exchange | 53% | Rubicon Project | 58% |
| Rubicon Project | 55% | AB/Amazon Publisher Services | 56% | Beachfront Media | 50% | Index Exchange | 57% |
| Oath Ad Platforms | 47% | Oath Ad Platforms | 55% | Rubicon Project | 48% | Beachfront Media | 57% |
| Index Exchange | 47% | Index Exchange | 50% | Teads | 48% | FreeWheel (including StickyAds) | 57% |
| OpenX | 47% | Sharethrough | 50% | Oath Ad Platforms | 47% | MoPub | 55% |
| FreeWheel (including StickyAds) | 47% | Sovm | 50% | Nativo | 47% | AB/Amazon Publisher Services | 52% |
| MoPub | 45% | MoPub | 48% | AppNexus Publisher SSP | 46% | Nativo | 50% |
| Nativo | 43% | Teads | 48% | OpenX | 43% | Oath Ad Platforms | 47% |
| YieldMo | 40% | Nativo | 47% | PubMatic | 43% | Sharethrough | 47% |
| Telaria | 39% | Rubicon Project | 45% | Sovm | 43% | AppNexus Publisher SSP | 46% |
| Teads | 38% | OpenX | 43% | MoPub | 42% | Telaria | 45% |
| Beachfront Media | 37% | FreeWheel (including StickyAds) | 43% | SpotX | 40% | Sovm | 43% |
| Sovm | 37% | Teads | 41% | FreeWheel (including StickyAds) | 40% | YieldMo | 43% |
| AppNexus Publisher SSP | 36% | SpotX | 40% | YieldMo | 40% | Teads | 41% |
| Sharethrough | 33% | YieldMo | 40% | Telaria | 35% | OpenX | 37% |
| SpotX | 30% | Beachfront Media | 37% | Sharethrough | 23% | SpotX | 37% |

Q: And lastly, thinking about your **perceptions** (as a market leader, visionary, reliable performer, etc.) of this Supply Side Platform (SSP), how would you rate this SSP on the following attributes?
Base: Considering Supply Side Platforms (Variable Base)

**Advertiser Perceptions** 64

CONFIDENTIAL

GOOG-AT-MDL-010708139

Q150



## Main Types of Content Typical to Digital Properties
### (Top 20)

Business/B2B
Social
Technology
Travel (airline, hotel, etc.)
Digital Content for a Print/Legacy Publication
Consumer Electronics
Health and/or fitness
Movies/Mass Entertainment
Retail
Sports
News
Pharmaceuticals & Remedies
Culture
Digital Content for a TV or Cable Network
Gaming
Apparel (men's or women's)
Baby, Child or Parenthood Related
Beauty/toiletries (men's or women's)
CPG – Food
CPG – Household products

Advertiser Perceptions  65

Q220b – Primary Involvement



Q245



Q160



CONFIDENTIAL

GOOG-AT-MDL-010708143

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708144

DTX-649 Page 70 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet1.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708145

DTX-649 Page 71 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet2.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708146

DTX-649 Page 72 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee ppt/embeddings/Microsoft_Excel_Worksheet3.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708147

DTX-649 Page 73 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet4.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708148

DTX-649 Page 74 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee ppt/embeddings/Microsoft_Excel_Worksheet5.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708149

DTX-649 Page 75 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet6.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708150

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet7.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708151

DTX-649 Page 77 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet8.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708152

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet9.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708153

DTX-649 Page 79 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet10.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708154

DTX-649 Page 80 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet11.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708155

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet12.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708156

DTX-649 Page 82 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet13.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708157

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet14.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708158

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet15.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708159

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet16.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708160

DTX-649 Page 86 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet17.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708161

DTX-649 Page 87 of 88

Produced in Native

Jay VanDerzee - /tick-219456411/drive/jayvanderzee/Jay VanDerzee
ppt/embeddings/Microsoft_Excel_Worksheet18.xlsx
CONFIDENTIAL

GOOG-AT-MDL-010708162