# EXHIBIT 25



**INTERNAL ONLY - REMOVE BEFORE PRESENTING**

**Last Updated**: October 17, 2016
**Questions**: mmills@ or charliev@

**Usage guidelines:** Before you get started. Please note that:

- This deck can only be shared with clients under NDA
- Some slides can only be **presented** under NDA (cannot be shared under any other type of format)
- This deck should be modified before presenting (custom logos / slides by region in Appendix)
- The ideal use is to supplement reactive conversations with clients regarding inventory quality

**Target audience:** Advertisers and agencies who want to understand how we manage GDN inventory. To reiterate, this deck is only for **adwords advertisers under NDA**.

**For questions** contact your regional SPOS Display Expert

- AMER: lalford@
- EMEA: franciscov@
- APAC: ndu@

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834957



HIGHLY CONFIDENTIAL

GOOG-DOJ-11834958

## Agenda

- How does the GDN's network quality compare in the industry?

- Maintaining a clean network

- How we prevent invalid clicks

- What you can do to protect your ads

Google

Confidential + Proprietary

GOOG-DOJ-11834959

How does the GDN's inventory compare in the industry?

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834960



In separate studies conducted by Advertiser Perceptions we continually score and outperform the other exchanges. When advertiser's were asked, "How well does each media brand rate on advertiser's perceptions Image, the Google Display Network led the pack over Facebook, Yahoo, Twitter, and Criteo. The AdX, which accounts for roughly half of the inventory on the GDN, was ranked #1 by pixalate against OpenX and RhythmOne.

Info about Tag quote:
As you can see, TAG, the leading industry body fighting invalid traffic, has publicly recognized our leadership in this space.☐Multiple of our colleagues on product teams at Google are members of various TAG working groups
https://tagtoday.net/

Source of quote
https://docs.google.com/presentation/d/1UXwnO1EbwqQYF_7Y3XWWWDdb71NaQbakC3d-XU6P4A0/edit#slide=id.g726709514_0_6675

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834961



Other players in the industry also have recognized our leadership in the fight against invalid traffic.

Additional details here: http://dstillery.com/wp-content/uploads/2014/02/DoubleClick_Case-study.pdf
More case studies with Dstillery: https://www.doubleclickbygoogle.com/articles/payment-ids-now-available-doubleclick-ad-exchange/

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834962



Use this slide to demonstrate the variability in quality inventory across exchanges.
A lot of this boils down to high standards. We want to reiterate why our multi-dimensional approach yields clean inventory.
This graph shows the distribution of invalid traffic across multiple exchanges on DBM
As you can see, not everyone has high standards
AdX continues to be one of the cleanest exchanges on DBM
One of the key reasons that AdX is so clean is that we have strict policies in place that keep bad actors from the exchange

ADX also has the cleanest inventory. When compared to other exchanges (names are masked by letter characters), we have among the lowest percentage of invalid traffic compared to the other exchanges.
However, Invalid activity is not the same on all exchanges. □It really matters who you are buying from, with some exchanges investing tackling ad fraud more aggressively than others.□We can't name exchanges that are featured on this graph but we can say that pretty much all of the major players are featured here and that□AdX towards the bottom of this graph□On top, more than 60% of the traffic is considered invalid
We could look at this slide and conclude that the ecosystem is broken. □But I am going to make the case for these takeaways□Some people in the industry have invested, and are winning□Publisher or intermediaries need to think carefully about the company you keep and who you trust to look after your brand□Armed with the right information, there is tremendous value out there for advertisers□□So that gives you some idea of the scope. Let me tell you how Google is thinking about the whole industry tackling fraud in our next section□□***□Explanation of Graph (Optional Talking Points)□
The y-axis will show the different sources of traffic that our ads quality team monitor, and includes ALL the major supply sources□The x-axis is going to show the percentage of the traffic that is detected to be invalid□This shows the % of Traffic that is Classed as Invalid (x Axis), or our "filtration rate"□bot traffic, ad hiding, ad injection etc□□Source:□
Google Internal Data (DBM), April 2015□

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834963



So, what do we do to maintain a healthy ecosystem?

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834964



One of the best ways to protect our ecosystem is to be selective about who enters it. We have a very selective entrance rate and accept about only 20% of all publishers who apply. We focus on providers with great, original content and that would create a good experience for both the user and the advertiser.

In addition, we continually audit our network to ensure none of our publishers become complacent or bypass our rules. We've developed 12 years of machine learning to proactively hedge against this in addition to a 1,000 person team just dedicated to evaluating sites.

https://docs.google.com/presentation/d/1xf4OOzYPCRu3cDmkClb5l-vPilNtrlo2KyZGzCAOiCE/edit#slide=id.ge5fb4f2dd_1_0

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834965



GDN reaches over 95% of global internet users and is the world's largest ad network.
We enable advertisers to engage with users with uniquely tailored formats on Gmail, YouTube, and Google Play – each of which have 1B+ users/mth.
Beyond Google's own properties, we work directly with over 2M website and 1M app publishers across vertical categories to help you reach users at all points in the decision cycle, from discovery to purchase.
To get the right reach for your remarketing campaigns, GDN also taps into a growing number of 3rd party ad exchanges that cover the globe, providing extra reach to ensure marketers get in front of users at just the right time.
Additionally, we truly only select the best sites for our network. GDN serves on 65% of comscore's top 200 sites. In addition, through the GDN we have our Own and operated that bring in roughly 1B impressions / month

3rd party ad exchanges
We are selective about when we decide to run ads through our third party exchanges via remarketing. We do this through:
Pre-bid invalid traffic filters
Prevents ad hiding, ad injection, misrepresented inventory, and botnets
Ongoing invalid traffic signal collection

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834966



Combatting fraudulent display ad fraud is part of a wider Google effort to keep our advertising ecosystem clean for users, advertisers, and publishers

Here you can see some of the achievements  we:

We have very stringent policies for advertisers as well as the publishers we work with. Advertisers need to comply with our policies or risk being banned

for example: We'll ban Combating counterfeit good advertisers and countless other types of bad ads

or we won't allow ads that point to sites with malicious software, because that's bad for the user and bad for the whole ecosystem

we blocked more than 3 million sites potentially fraudulent or low quality sites from joining our network (GDN and AdX) so that will tell you how stringent our pub policies are to ensure

https://docs.google.com/presentation/d/1UXwnO1EbwqQYF_7Y3XWWWDdb71NaQbakC3d-XU6P4A0/edit#slide=id.gd3607c53d_1_14

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834967



We have an unmatched system in how we protect our ad network. This 1,000 person team is 100% dedicated to reviewing sites - completely separate to our team that audits and reviews invalid click traffic!

We are leading the industry in protecting schemes and groups. For example, the adwords blogpost highlighted that we removed more than 250K publishers for violating our policies. We continually audit and automatically review sites and apps to make sure we catch all infractions.

Finally, we were one of the first to track and measure viewability with our active view. We make sure your ads are seen even when they are publisher pages.

https://adwords.googleblog.com/2014/01/busting-bad-advertising-practices-2013.html
Source: http://adage.com/article/digital/inside-google-s-secret-war-ad-fraud/298652/
Source: https://docs.google.com/presentation/d/1xf4OOzYPCRu3cDmkCIb5I-vPiINtrIo2KyZGzCAOiCE/edit#slide=id.ge5fb4f2dd_1_0 (20% approval rating)

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834968



So, what do we do to maintain a healthy ecosystem?

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834969



Policy is often overlooked
Our policies, which we've expanded and fine-tuned over many years, are the backbone of our defenses
Subject matter experts are continually assessing and updating our policies to ensure that we stay ahead of bad actors
These policies also strike a good balance, providing a fair playing field for everyone who uses our ad systems

We haven't been very loud when communicating about our Ad Traffic Quality team externally
Our team of "Warrior Scientists" is comprised of a diverse set of people
It's not just engineers: it's a comprehensive team that includes multiple roles
We have PhDs and other subject matter experts who live and breathe this stuff

The third piece of our proven approach is technology
Our technology builds on the work that our ops and research teams conduct -- we first need to understand the threats
before we build more permanent defenses against them
Our goal in using technology is to provide an automated (lasting) way of defending against invalid traffic

Our approach to long-term sustainability is based on a virtuous cycle
We are proactive in our approach to identifying emerging threats
Our ops teams continually monitor, analyze, and take action against bad actors
As mentioned earlier, our goal is to produce automated ways of defending against invalid traffic
But that is the last part of the cycle

HIGHLY CONFIDENTIAL



Ops is critical to our success
As we mentioned our policies are the backbone of our defenses
Our ops teams rely on these policies to identify bad actors and take action accordingly

Often left out of the discussion is the wisdom we've acquired over the years when it comes to making our systems easier to defend (i.e., hard to compromise)
We've been fighting invalid traffic for some quite some time
So it should come as no surprise that defending against invalid traffic is integrated into just about everything we do
For example, if a new text ad were to launch we would 1) make sure adspam systems were tuned correctly to it and 2) that the ad defends itself from accidental clicks.

Our technology is hard to put into context, as most people typically don't have technical knowledge or something with which to compare the scale and power
As a key player on the web, Google has built up powerful, sophisticated systems and computing power
We tap into those same systems and power for the technology used to defend against invalid traffic
Infrastructure is a fancy term for this, but in essence we're talking about the ability to process massive amounts of traffic and data in very short periods of time
For example, we have a system called Powerdrill that is capable of processing a half trillion cells of data in a less than five seconds (as Ad Age puts it: "It's damn fast")

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834971

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834972



For those advertisers that are particular sensitive, you can always add exclusions by sensitive content, type of placement, digital content label, video content label and ad location. This provides additional control over where your ads are seen and allows you to protect your brand image if you have a particularly sensitive industry or product you want to be mindful of. Personally, I prefer to run on the content-not-labeled exclusion. Oftentimes, this is correlated to new sites that have yet to be labeled, and given the new types of frauders of 2016 are particularly savvy I like to apply this exclusion as an extra precaution. Feel free to run what you prefer.

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834973



We are one of the few networks that lists out exactly where you're impressions and clicks are coming from. IAB recommends as one of the first actions you take to reduce ad fraud is to capture this degree of transparency. Look over the placements that you run on so you can know exactly where your ads are running.

https://support.google.com/adwords/answer/2471182?hl=en&ref_topic=3119139
Quote: https://www.iab.com/wp-content/uploads/2015/05/IAB-Webinar-Validating-Inventory.pdf

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834974



We provide full transparency into placements you can exclude. What a lot of people don't realize is that you can exclude not just the domain of a site, but the subdomain, path name, and individual pages. In addition, you can also run exclusions against audiences and topics as well for those advertisers that are very sensitive to particular groupings.

https://support.google.com/adwords/answer/2471182

(Specific to Path Name)
Formatting placement exclusions for sites
There are several methods for excluding placements: by domain, subdomain, path name, or individual pages, but not multi-level domains. In general, excluding domains will prevent your ads from appearing on any page on or within that domain, while entering subdomains or paths will only prevent your ads from appearing on any page on or within that subdomain or path, respectively.

Example
Cheryl's company sells organic household cleaning products, and she would like to show their ads only on closely related placements. She targets a popular product review website, and adds a site exclusion for the website paths about food gadgets and home appliances so that her ads don't appear on those pages. By refining where her ads appear, she can show them to the most interest potential customers.

HIGHLY CONFIDENTIAL                                        GOOG-DOJ-11834975



HIGHLY CONFIDENTIAL



As you can see, TAG, the leading industry body fighting invalid traffic, has publicly recognized our leadership in this space.
Multiple of our colleagues on product teams at Google are members of various TAG working groups

GOOG-DOJ-11834977



We are proud to be part of TAG's 'Certified Against Fraud' initiative
We've been in involved with TAG from its start
Scott Spencer, a PM Director at Google, is the chair for TAG's Anti-Fraud Working Group

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834978



This is an overview of the TAG taxonomy for invalid traffic
We worked with TAG on this taxonomy, which as you can see is comprehensive
There are various types of invalid traffic
And just as many ways of defending against this type of traffic
We don't expect you to memorize or remember all of this -- what's important is to realize that we have specific labels for invalid traffic
This helps us avoid confusion and communicate consistently

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834979



Server Side Validation: All final inputted data is verified by server. This prevents run-time end user manipulation to help prevent against bad data inputs. No negative implications for client servers - small amount of validation code is run when forms are entered.

Client Side Validation: Relies on the users system to verify fields. Validation is generally done through Javascript. If Javascript failed to load or was manipulated by a user (through developer tools) the validation would fail allowing anyone to submit anything. Basically, it means that the user's browser (like Chrome) checks for things like invalid formats of emails, phone numbers, etc.. If advanced users bypass the checks, they could submit bad or invalid data to your form. Server side checks can't be manipulated by the end user and thus help weed out invalid data.

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834980



GDN reaches over 95% of global internet users and is the world's largest ad network.
We enable advertisers to engage with users with uniquely tailored formats on Gmail, YouTube, and Google Play – each of which have 1B+ users/mth.
Beyond Google's own properties, we work directly with over 2M website and 1M app publishers across vertical categories to help you reach users at all points in the decision cycle, from discovery to purchase.
To get the right reach for your remarketing campaigns, GDN also taps into a growing number of 3rd party ad exchanges that cover the globe, providing extra reach to ensure marketers get in front of users at just the right time.
Additionally, we truly only select the best sites for our network. GDN serves on 65% of comscore's top 200 sites. In addition, through the GDN we have our Own and operated that bring in roughly 1B impressions / month


3rd party ad exchanges
We are selective about when we decide to run ads through our third party exchanges via remarketing. We do this through:
Pre-bid invalid traffic filters
Prevents ad hiding, ad injection, misrepresented inventory, and botnets
Ongoing invalid traffic signal collection

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834981



GDN reaches over 95% of global internet users and is the world's largest ad network.
We enable advertisers to engage with users with uniquely tailored formats on Gmail, YouTube, and Google Play – each of which have 1B+ users/mth.
Beyond Google's own properties, we work directly with over 2M website and 1M app publishers across vertical categories to help you reach users at all points in the decision cycle, from discovery to purchase.
To get the right reach for your remarketing campaigns, GDN also taps into a growing number of 3rd party ad exchanges that cover the globe, providing extra reach to ensure marketers get in front of users at just the right time.
Additionally, we truly only select the best sites for our network. GDN serves on 65% of comscore's top 200 sites. In addition, through the GDN we have our Own and operated that bring in roughly 1B impressions / month

3rd party ad exchanges
We are selective about when we decide to run ads through our third party exchanges via remarketing. We do this through:
Pre-bid invalid traffic filters
Prevents ad hiding, ad injection, misrepresented inventory, and botnets
Ongoing invalid traffic signal collection

HIGHLY CONFIDENTIAL

GOOG-DOJ-11834982



GDN reaches over 95% of global internet users and is the world's largest ad network.
We enable advertisers to engage with users with uniquely tailored formats on Gmail, YouTube, and Google Play – each of which have 1B+ users/mth.
Beyond Google's own properties, we work directly with over 2M website and 1M app publishers across vertical categories to help you reach users at all points in the decision cycle, from discovery to purchase.
To get the right reach for your remarketing campaigns, GDN also taps into a growing number of 3rd party ad exchanges that cover the globe, providing extra reach to ensure marketers get in front of users at just the right time.
Additionally, we truly only select the best sites for our network. GDN serves on 65% of comscore's top 200 sites. In addition, through the GDN we have our Own and operated that bring in roughly 1B impressions / month


3rd party ad exchanges
We are selective about when we decide to run ads through our third party exchanges via remarketing. We do this through:
Pre-bid invalid traffic filters
Prevents ad hiding, ad injection, misrepresented inventory, and botnets
Ongoing invalid traffic signal collection

GOOG-DOJ-11834983