# EXHIBIT 26





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608573



S30 (company type) , S50a (digital content focus), S31c (inventory types), S45 (monthly unique visitors), Q210 (digital ad revenue), S32 (job title), S31a (sales/operations)

GOOG-DOJ-AT-00608574



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608575



QG1

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608576



QG2:
First price auction changes – negative impact (n=5)
Company type: 3 digital site/publisher; 1 mobile app developer/publishers; 1 TV network with digital presence
Digital content focus: 4 combination desktop/mobile, 1 mobile first
2019 digital revenue: 1 $500MM+, 1 $100-$300MMM, 2 $50-$100MM, 1 $10-$20MM
Monthly UVs: 3 40MM+, 1 20-40MM, 1 5-10MM
Job function: 4 Ops, 1 Sales
Job title: 3 VP+; 2 director/supervisor
SSP – all 5 use Google Ad Manager
# of SSPs – 2 10+ SSPs, 2 5-9, 1 1 SSP

####

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608577



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608578



Q10a

Note: this question changed from 3 time periods (prior year, currently, and next year) to currently for W5.
For trending, Doug had us use "current" view from Waves 3 and 4 for best comparison.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608579



Programmatic Intelligence Report
How can SSPs & ad tech partners solve programmatic roadblocks?
Better reporting, support, transparency, data management, fraud protection
Offer more concise reporting, flexibility with historical data and future forecasting.
- Manager (Operations, 40M+ UMV)
Better reporting, less lag time in reporting, more real-time ability, more transparent error reporting and more hands-on training sessions.
- VP-level (Operations, 40M+ UMV)
We need better support and more transparency with how the spend is being distributed.
- Manager (Sales, 10M-20M UMV)
Managing floor pricing and helping troubleshoot if there are errors with a PMP.
- Director/Supervisor (Sales, 40M+ UMV)
Provide advanced controls that let us use our proprietary data to manage our demand partners across desktop, mobile, native and video.
- Manager (Operations, 5M-10M UMV)
Fraud detection through Device ID validation.
- Manager (Operations, 20M-40M UMV)
Advertiser Perceptions
9

Q15c



**Tech to block bad ads and fraud are table stakes for brand safety: Surprise that it is not more universally important**

Importance of SSP Brand Safety Features
Percent Rating **Very Important**

| | |
|---|---|
| Technology to block botnet or other fraudulent traffic | 68% |
| Ability to troubleshoot bad ads on your account | 64% |
| Prevents counterfeit inventory by using ads.txt | 64% |
| Technology for publishers to block sensitive categories of ads (Alcohol, Pharma, COPPA, etc.) | 47% |
| Enables you to adhere to the Coalition for Better Ads, Better Ads Standards | 41% |
| Better creative blocking of non-standard formats | 41% |
| Supports AMP ads (Accelerated Mobile Pages) | 37% |

Small Publisher **38%**   Large Publisher 63%

Programmatic Intelligence Report

Advertiser Perceptions 13

Q75

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608581

DTX-861 Page 10 of 64



Q50
Small publishers 2020 avg 4 SSPs, 2021 avg 6
Small publishers 2020 median 2, 2021 median 3

Large publishers 2020 avg 6 SSPs, 2021 avg 6
Large publishers 2020 median 4, 2021 median 4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608582



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608583



Q60b



Q60b

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608585



Programmatic Intelligence Report
Client/Browser-side: Google, Amazon, Rubicon, IE, OpenX lead
Companies Used for **Client/Browser-side** Header Bidding **(Unaided)**
Google/ Google Ad Manager 34%
Amazon Web Services/ AWS 23%
Rubicon Project 22%
Index Exchange 20%
OpenX 20%
AppNexus 17%
Facebook 11%
Prebid 9%
PubMatic 9%
Sovrn Holdings 9%
MoPub 8%
AdRoll 6%
AdPushup 5%
Criteo 5%
Verizon Media 5%
Xandr 5%
Mindshare 3%
TripleLift 3%
Advertiser Perceptions 15

Q60d



Q60e

Note: base size is n=77 respondents

12 "Amazon responses written in as "other": 7 wrote in "Amazon", 2 wrote in "Amazon TAM", 1 wrote in "A9", 1 wrote in "A9 Amazon", 1 wrote in "A9/TAM"



Q60c



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608589



SSPs included in study



Q115 Usage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608591



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608592

DTX-861 Page 21 of 64



Q119

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608593



Why **Google**? Best-in-class capabilities, ease of integrations, Google ecosystem
*"Google is constantly updating their capabilities, making other platforms obsolete on a monthly basis.*
- Manager (Sales, 10-20M UMV)
*"Seamless integrations and access to largest unique demand pool through AdX.*
- Director/Supervisor (Operations, 40M+ UMV)
*"It is a one-stop shop for managing all our digital properties. It offers everything to keep our monetization needs covered.*
- Manager (Operations, 3-5M UMV)
*"It's the industry standard. Everything revolves around it, either in service to it or trying to subvert it.*
- Manager (Operations, 5-10M UMV)
Programmatic Intelligence Report
[redacted]
Manager do or offer that makes them your primary choice?
Manager
Advertiser Perceptions 23

Q127



Why **Amazon**? Pricing, service, Amazon ecosystem
Outstanding service, pricing and reputation.
- Director/Supervisor (Sales, 5-10M UMV)
Premium rates, high quality and stellar account support.
- Director/Supervisor (Operations, 20-40M UMV)
A majority of our inventory is sold on Amazon, so we prefer to use their services since it is native to the platform.
- Director/Supervisor (Operations, 5-10M UMV)
Pricing and transparency.
- VP, EVP, SVP (Operations, 40M+ UMV)
Programmatic Intelligence Report
Advertiser Perceptions 24

Q127



## Google overwhelmingly leads for future consideration

**Programmatic Intelligence Report**

Consideration of Supply Side Platforms
Percent of Respondents Rating 8-10 on a 10-Point Scale

| Consideration | | | | | Consideration | | |
|---|---|---|---|---|---|---|---|
| Rank | SSP | % Rated 8-10 | | | Rank | SSP | % Rated 8-10 |
| 1 | Google Ad Manager | 62% | | | 7 | triplelift | 23% |
| 2 | aps | 57% | | | 8 | SPOTX | 22% |
| 3 | OpenX | 33% | | | 10 | mopub | 19% |
| 4 | verizon media | 31% | | | 10 | xandr Monetize | 19% |
| 5 | rubicon | 29% | Small 26% | Large 35% | 12 | sovrn | 15% |
| 6 | INDEX EXCHANGE | 27% | Small 19% | Large 41% | 12 | telaria | 15% |
| 7 | PubMatic | 23% | | | 14 | FREEWHEEL | 14% |

*"Name changed from "AppNexus a Xandr Company" (previous waves) to "Xandr Monetize" (current wave)*

Q: How likely are you to consider using each of the Supply Side Platforms (SSPs) that you are familiar with in the next 12 months?
(1 = Not at all Likely to Consider; 10 = Very Likely to Consider)
Base: Total Respondents  N/W: Not a Wave
Significant differences between groups or from previous wave noted in green / red.

Advertiser Perceptions 26

Q120



Q130



Q110, Q115, Q120, Q130

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608598



GOOG-DOJ-AT-00608599

SSPs rated on 6 criteria: *Monetization*, by far, the leading selection driver

| | |
|---|---|
| **Functionality** | 1. Data available in the platform<br>(Impression level auction data, advertiser and bid transparency, etc.)<br><br>2. Ease of use |
| **Performance** | **3. Monetization and revenue generation capabilities**<br><br>4. Alignment with publisher goals and needs |
| **Leadership** | 5. A market leader<br><br>6. Superior technology vision |

Ⓒ**Advertiser Perceptions** 29

GOOG-DOJ-AT-00608600



Q135

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608601



# Google reclaims lead for goal alignment & tech vision – expands lead for other criteria

Supply-Side Platform Attribute Ratings
Percent Rating 8-10 on a 10-Point Scale (Among Top 8 Considered)

**Alignment with Publisher Goals & Needs**

| SSP | Wave 5 | Wave 4 |
|---|---|---|
| Google Ad Manager | 74% | 54% |
| aps | 64% | 60% |
| triplelift | 59% | NA |
| PubMatic | 44% | 44% |
| rubicon | 41% | 41% |
| OpenX | 39% | 34% |
| verizon media | 36% | 31% |
| Index Exchange | 28% | 13% |

**Data Available in the Platform**

| SSP | Wave 5 | Wave 4 |
|---|---|---|
| Google Ad Manager | 78% | 69% |
| aps | 66% | 68% |
| OpenX | 55% | 31% |
| PubMatic | 53% | 31% |
| rubicon | 53% | 38% |
| triplelift | 44% | NA |
| verizon media | 42% | 28% |
| Index Exchange | 28% | 29% |

**Ease of Use**

| SSP | Wave 5 | Wave 4 |
|---|---|---|
| Google Ad Manager | 87% | 69% |
| aps | 66% | 62% |
| PubMatic | 44% | 41% |
| rubicon | 44% | 41% |
| verizon media | 42% | 22% |
| OpenX | 36% | 31% |
| triplelift | 34% | NA |
| Index Exchange | 25% | 26% |

**A Market Leader**

| SSP | Wave 5 | Wave 4 |
|---|---|---|
| Google Ad Manager | 90% | 79% |
| aps | 71% | 73% |
| verizon media | 53% | 25% |
| PubMatic | 50% | 25% |
| rubicon | 41% | 44% |
| Index Exchange | 38% | 26% |
| OpenX | 36% | 50% |
| triplelift | 31% | NA |

**Superior Technology Vision**

| SSP | Wave 5 | Wave 4 |
|---|---|---|
| Google Ad Manager | 78% | 69% |
| aps | 69% | 72% |
| rubicon | 50% | 44% |
| verizon media | 42% | 22% |
| PubMatic | 41% | 34% |
| triplelift | 41% | NA |
| Index Exchange | 34% | 19% |
| OpenX | 33% | 22% |

Q: How would you rate this Supply-Side Platform (SSP) on the following?
Base: Considering Supply-Side Platform in the Coming Year (Variable Base)
Significant differences from previous wave noted in green / red

Advertiser Perceptions 31

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00608602



Programmatic Intelligence Report

# Google & Amazon tops for sales coverage

Sales Coverage By Supply Side Platforms
(Among Top 8 Considered)

| In-person meetings with reps from company | | | Virtual meetings | | | Email or phone calls | | | Any Communication | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Google Ad Manager | 43% | 1 | Google Ad Manager | 40% | 1 | aps | 64% | 1 | Google Ad Manager | 92% |
| 2 | aps | 30% | 2 | aps | 35% | 2 | Google Ad Manager | 63% | 2 | aps | 90% |
| 3 | OpenX | 22% | 3 | verizon media | 26% | 3 | OpenX | 49% | 3 | verizon media | 73% |
| 4 | verizon media | 19% | 3 | INDEX EXCHANGE | 26% | 4 | triplelift | 47% | 4 | OpenX | 72% |
| 5 | triplelift | 18% | 5 | mopub | 25% | 4 | INDEX EXCHANGE | 47% | 5 | INDEX EXCHANGE | 68% |
| 6 | PubMatic | 16% | 6 | OpenX | 21% | 6 | verizon media | 42% | 6 | triplelift | 67% |
| 7 | rubicon project | 14% | 7 | rubicon project | 20% | 7 | rubicon project | 39% | 7 | rubicon project | 62% |
| 8 | INDEX EXCHANGE | 12% | 8 | triplelift | 15% | 8 | PubMatic | 34% | 8 | PubMatic | 60% |

Q: For each Supply-Side Platform (SSP), please indicate whether in the past 90 days you have...?
Base: Considering Supply Side Platforms (Variable Base)
Significant differences from previous wave noted in green / red

Advertiser Perceptions 32

Q160



Programmatic Intelligence Report

# Sales coverage: Sales vs Operations

Sales Coverage By Supply Side Platforms

(Among Top 8 Overall Considered)

| In-person meetings with reps from company | | |
|---|---|---|
| SSP | Sales | Ops |
| Google Ad Manager | 40% | 45% |
| aps | 24% | 32% |
| OpenX | 28% | 19% |
| verizon media | 29% | 16% |
| triplelift | 13% | 20% |
| PubMatic | 17% | 16% |
| rubicon project | 13% | 15% |
| INDEX EXCHANGE | 7% | 14% |

| Virtual meetings | | |
|---|---|---|
| SSP | Sales | Ops |
| Google Ad Manager | 36% | 42% |
| aps | 30% | 36% |
| verizon media | 24% | 27% |
| INDEX EXCHANGE | 20% | 27% |
| mopub | 20% | 28% |
| OpenX | 10% | 27% |
| rubicon project | 8% | 25% |
| triplelift | 7% | 18% |

| Email or phone calls | | |
|---|---|---|
| SSP | Sales | Ops |
| aps | 67% | 62% |
| Google Ad Manager | 74% | 56% |
| OpenX | 28% | 62% |
| triplelift | 33% | 53% |
| INDEX EXCHANGE | 53% | 45% |
| verizon media | 33% | 45% |
| rubicon project | 29% | 44% |
| PubMatic | 26% | 38% |

| Any Communication | | |
|---|---|---|
| SSP | Sales | Ops |
| Google Ad Manager | 92% | 92% |
| aps | 82% | 93% |
| verizon media | 57% | 78% |
| OpenX | 55% | 81% |
| INDEX EXCHANGE | 67% | 69% |
| triplelift | 47% | 75% |
| rubicon project | 42% | 71% |
| PubMatic | 43% | 69% |

Q: For each Supply-Side Platform (SSP), please indicate whether in the past 90 days you have…?
Base: Considering Supply Side Platforms (Variable Base)
Significant differences between groups noted in green / red

Advertiser Perceptions 33

Q160



**Key Takeaways**

**MARKET DYNAMICS**

- Header bidding now widely adopted, especially among large publishers
  - Server-side header bidding gaining in prominence
- Publishers place highest value on fraud detection and prevention as SSP table stakes
- Where do publishers want SSPs as partners?
  - Better reporting, support, transparency, data management, fraud protection

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608605

DTX-861 Page 34 of 64



Key Takeaways

**SSP FUNNEL METRICS**

- Google maintains its overwhelming lead for past and future intended use
  - Amazon continues to be a clear but distant second
- Verbatims: Google's status as the "industry standard" and its unparalleled access to demand set it apart from the competition
- Amazon's price and customer support make it an attractive second option
- Google, Amazon and, in a surprising return to favor, Verizon Media are NPS standouts

HIGHLY CONFIDENTIAL



**Programmatic Intelligence Report**

## Key Takeaways

**KEY DRIVERS AND SSP RATINGS**

- Creating monetization is the critical variable driving publisher selection of SSPs . . .
  - . . . Google has catapulted back to top & leading position over Amazon
- In each of the other selection criteria, Google has gained on Amazon
  - Returning to top spot in "alignment with publisher goals" & being "market leader"
  - And building on #1 position in "data availability," tech vision & ease of use.
- Challenge: Amazon is in virtual dead heat in all coverage and communications metrics

Advertiser Perceptions ®

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608607



## Recommendations

**STRENGTHS TO LEVERAGE**

- Unified pricing and auction policy changes do not seem to concern publishers
- Google Ad Manager continues to lead across funnel metrics
- Google has either widened lead or returned to #1 position across all selection criteria

**Red flags**

- High regard (see verbatims) for Amazon's customer support and pricing
- Amazon's strong publisher coverage and communication
  - The only metrics in this wave pointing to a challenge to Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608608



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608609



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608610



S50a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608611



Q211
FYI – in wave 4 the average was $11.6. ***Note though in W4 it asked for past 12 months.  Current wave 5 asks for "current."

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608612



Programmatic Intelligence Report
Share of programmatic revenue: Mobile web edges out desktop
Programmatic Share of Revenue by Platforms
Average Percent
5%All other platforms
10% Advanced/ CTV
32% Desktop
Mobile web
Wave 4 (2H 2019)
Mobile web_33%
Desktop___33%
Mobile in-app __________20%
Advanced/ CTV __________8%
All other platforms __________6%
Base: Total Respondents
Advertiser Perceptions 42

Q10b



Q10c

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608614



Programmatic Intelligence Report
Open auction revenue still exceeds PMP & programmatic guaranteed
Programmatic Share of Revenue by Sales Channels
Average Percent
Total
Other 8%
37% Open auction
27% Programmatic guaranteed
28% Private marketplace
Large Publishers
(20MM+ Unique Monthly Visitors)
Other
21% Programmatic guaranteed
52% Open auction
24% Private marketplace
Q: Of the revenue generated by your company's 2019 programmatic ad sales, what percent came from each of the following platforms?
Base: Total Respondents
Advertiser Perceptions 44

Q10d



Q16a

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608616



Programmatic Intelligence Report

# 4 in 5 turn to SSPs to build PMPs; most use Google

**SSPs that Helped/Will Help with PMP Implementation (Aided)**

| | |
|---|---|
| Google Ad Manager | 50% |
| Amazon Publisher Services | 14% |
| OpenX | 6% |
| Monetize SSP | 4% |
| PubMatic | 4% |
| Rubicon Project | 4% |
| SpotX | 4% |
| Index Exchange | 3% |
| Verizon Media Ad Platform | 3% |
| MoPub | 2% |
| Sovrn | 2% |
| TripleLift | 2% |
| Other | 5% |

Q: [Did your company/ Does your company plan to] have an SSP partner help with the Private Marketplace set up and implementation?
Base: Company Has/Plans to have a PMP
Q: Which SSP [did your company/does your company plan to] partner with to help with Private Marketplace set up and implementation?
Base: SSP Helped/Will Help with PMP Set Up and Implementation

Advertiser Perceptions 46

Q16b, Q16c



Q10e

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608618



Q80

GOOG-DOJ-AT-00608619

DTX-861 Page 48 of 64



Q80

GOOG-DOJ-AT-00608620

DTX-861 Page 49 of 64



Q80

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608621



Q80



Q80

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608623



Programmatic Intelligence Report
Google has a significant SSP familiarity lead
Familiarity with Supply-Side Platforms
Percent of Respondents Rating 8-10 on a 10-Point Scale
Sales 100% Ops 81%
2 aps 62%
3 OpenX 47%
4 verizon media 42%
5 rubicon 40%
6 SPOTX 39% Sales 26% Ops 45% Small 32% Large 60%
7 INDEX EXCHANGE Sales 26% Ops 41% Small 29% Large 48%
8 PubMatic 33%
9 mopub 29%
10 triplelift 27%
11 xandr Monetize* 26% Sales 12% Ops 33% Small 20% Large 37%
12 FREEWHEEL 25%
13 sovrn 24%
14 telaria 19% Sales 10% Ops 23%
*Name changed from "AppNexus a Xandr Company" (previous waves) to "Xandr Monetize" (current wave)
Q: How familiar are you with each of the following Supply-Side Platforms (SSPs)?
Base: Total Respondents
Significant differences between groups or from previous wave noted in green / red
Advertiser Perceptions 53

Q110



Q115 Usage
Sales is n=50 respondents
Operations is n=100 respondents

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608625



Q115 Usage
Sales is n=50 respondents
Operations is n=100 respondents

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608626



Q118



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608628

DTX-861 Page 57 of 64



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608629



Q118

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608630



Q119

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00608631



Programmatic Intelligence Report
Google the top choice among SSPs being considered
Preference of Supply Side Platforms (Among all SSPs Considered)
Percent of Respondents
Sales 72%
Ops 67%
2 aps 10%
3 OpenX 5%
4 rubicon 3%
5 SPOTX 3%
6 xandr Monetize* 3%
7 mopub*
8 PubMatic 2%
9 verizon media 2%
10 triplelift 2%
11 telaria 1%
12 FREEWHEEL 1%
13 sovrn 1%
14 INDEX EXCHANGE 1%
*Name changed from "AppNexus a Xandr Company" (previous waves) to "Xandr Monetize" (current wave)
Q. If you had to choose one of these Supply-Side Platforms (SSPs), who would you choose to partner with for an advertising campaign?
Base: Considering Any SSP in the Next Year
Significant differences between groups or from previous wave noted in green / red
Advertiser Perceptions

Q126



S41

GOOG-DOJ-AT-00608633

DTX-861 Page 62 of 64



Programmatic Intelligence Report
Top job responsibilities
Top Job Responsibilities
(Sorted by Rank 1)
Rank 1
Rank 2
Rank 3
Rank 1-3
Sales revenue growth
21%
8%
11%
39%
Monetization strategy
19%
23%
51%
Programmatic solutions or partnerships
13%
13%
12%
38%
Ad sales strategy/planning
11%
7%
13%
31%
Revenue strategy
10%
3%
11%
24%
Advertising operations
8%
9%
13%
31%
Programmatic inventory allocation
5%
13%
10%
28%
Sales optimization/increasing efficiency
5%
15%
30%
Ad sales automation
5%
5%
7%
17%
Advertising sales agent
2%
4%
7%
Q: Thinking about all your roles in selling your company's advertising inventory, please rank your top three responsibilities according to how much time/involvement is spent on each.
Base: Total Respondents
Advertiser Perceptions
63

S200b



GOOG-DOJ-AT-00608635