# EXHIBIT 27

Message

| | |
|---|---|
| From: | Kevin Mannion [kevin.mannion@advertiserperceptions.com] |
| Sent: | 6/28/2019 3:54:34 PM |
| To: | Allan Thygesen [allant@google.com] |
| Subject: | Follows/Fwd: Our discussion today |

Hi Allan,

Excellent conversation on the topics below. The key takeaways for me:

- You see us a "rigorous," in our gathering of market intelligence, with a unique perspective based on our knowledge of the market and our continual conversations with the leaders in the business
- To "elevate" our presentations so that they are offering the most value, you emphasized that we
  - Focus on what is surprising and an opportunity "to teach us what we don't already know"
  - Point to what actions the data suggests you take
  - Segment the findings based on the size of spenders. Your team has a focus on the large spender
- Areas for further exploration: you suggested that a brainstorming session to discuss the data and privacy dynamics would be a good idea. While you have access to multiple points of information, you would like to know if we can offer a unique value to understand more deeply how marketers are approaching the tradeoffs between data access/usage and adherence to privacy standards. "What is the hardest part of this now for marketers? What is getting in the way—ignorance, partner expertise, internal corporate dynamics, a roadmap? And where does Google fit in as a partner? And so on.

Let me know if I have missed anything. Meanwhile, we will continue to work with your team on the renewal, and we will connect with Chris to ask for his involvement in addressing the data/privacy dialogue.

Thanks again for a great conversation and have a great weekend.
Best,
Kevin
---
*Kevin Mannion*
*Chief Strategy Officer*
*Advertiser Perceptions*
*1120 Ave of the Americas*
*New York, NY 10036*
*Mobile   516-242-3224*
*Twitter @kpmannion*


---------- Forwarded message ---------
From: **Kevin Mannion** <kevin.mannion@advertiserperceptions.com>
Date: Fri, Jun 28, 2019 at 10:15 AM
Subject: Our discussion today
To: Allan Thygesen <allant@google.com>


Hi Allan,

Here is my proposed agenda and thoughts for today's 30 min meeting.

Purpose: to set the table for strengthening our partnership in our second year with AMG

 Agenda:

1.  Each of us sharing our view of what worked and AP can improve
2.  Ideas for making the quarterly readouts more aligned with AMG priorities
3.  Areas for further exploration

Background and notes:

1.  What worked and where we can improve. It seemed that the first 3 readouts hit the mark. The last one, less so. Based on my sense and what we heard from you and your team, I would say we need to make sure we focus more on the key points, with fewer boards, and present a point of view, with just enough data to illustrate and support the POV.

2.  How to make the readouts more aligned with AMG priorities: as we draft our quarterly synthesis, I believe it would be good to share with select members of AMG who wish to participate (Tara, Sean, Chris P, eg) and identify the points we expect to cover, our early POV on the issues, and ask for feedback on the priority of issues for the AMG and any specific burning questions your team wants us to focus on. I do not see this involving more than 15-20 minutes of your team members' time.

3.  Areas for further exploration (from Chris P)

4.

1. **Data strategy:** What does that mean to our customers, how do they perceive us and our "right to discuss" tech or service to help them? Market sentiment towards Google services (cloud, cloud for marketing, ads data hub) and advertiser data

2. **Media as a profit center:** how do we shift mindsets for media from current cost center mentality to profit center mentality? How many clients are thinking this way? What needs to happen to change this?

3. **In-housing vs. outsourcing:** (agency, consultant, managed service partner). What's happening, what's working, what's not, and what does it imply for market evolution

4. **Enterprise marketing analytics space:** general martech, CDPs, etc.

Kevin
---
*Kevin Mannion*
*Chief Strategy Officer*
*Advertiser Perceptions*
*1120 Ave of the Americas*
*New York, NY 10036*
*Mobile   516-242-3224*
*Twitter  @kpmannion*

HIGHLY CONFIDENTIAL
GOOG-DOJ-11540173