# EXHIBIT 28
# (Excerpt)

```
                                                            Page 1
 1             UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION
 3    - - - - - - - - - - - - - - x
 4      UNITED STATES, et al.,     :
 5          Plaintiffs,            :
 6        v.                       :  Case No.
 7      GOOGLE, LLC,               :  1:23-cv-00108
 8          Defendant.             :
 9    - - - - - - - - - - - - - - x
                                      Monday, March 4, 2024
10                                         Washington, D.C.
11
       Job No. CS6484199
12    Videotaped Deposition of:
13                  WAYNE D. HOYER, Ph.D.,
14    called for oral examination by counsel for the
15    Defendant, pursuant to notice, at the United States
16    Department of Justice, Antitrust Division, 450 Fifth
17    Street, Northwest, Suite 11-248, Washington,
18    D.C. 20001, before Christina S. Hotsko, RPR, CRR, of
19    Veritext Legal Solutions, a Notary Public in and for
20    the District of Columbia, beginning at 8:33 a.m.,
21    when were present on behalf of the respective
22    parties:
```

Page 38

1       Q.  Okay.  And I believe earlier, when we
2   spoke about the use of a panel or rely -- or a
3   third-party company to assemble a panel of
4   respondents, you said that that's common in the
5   industry?
6       A.  Yes, it is.
7       Q.  So have you relied on companies to
8   assemble a panel of respondents for you in surveys
9   that you've conducted in the past?
10      A.  Yes, I have.
11      Q.  How often have you done that?
12      A.  Well, on every survey I did.
13      Q.  Very common, then.
14      A.  Yes.
15      Q.  When you have used a third-party company
16  to assemble a panel of respondents, what, if
17  anything, have you done to verify how they select
18  their panel?
19      A.  Well, I ask them about the details, and
20  then I carefully look at what samples have
21  resulted from those.
22      Q.  How do you confirm that the panel was