## APPENDIX A

**Plaintiffs' Trial Exhibit List**

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX0039** | GOOG-AT-MDL-009597716-GOOG-AT-MDL-009597720 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0055** | GOOG-AT-MDL-009618311-GOOG-AT-MDL-009618312 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0072** | GOOG-DOJ-03599580-GOOG-DOJ-03599645 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0100** | GOOG-AT-MDL-009762423-GOOG-AT-MDL-009762429 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0120** | GOOG-DOJ-03870862-GOOG-DOJ-03870877 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0219** | GOOG-AT-MDL-008734667-GOOG-AT-MDL-008734706 | Redacted material pertains to Google's non-public pricing information. | Limited redactions as proposed in attached. |
| **PTX0249** | GOOG-DOJ-13354593-GOOG-DOJ-13354598 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0255** | GOOG-TEX-00117103-GOOG-TEX-00117115 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0256** | GOOG-DOJ-15643121-GOOG-DOJ-15643126 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX0269** | GOOG-TEX-00117219-GOOG-TEX-00117229 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX304** | GOOG-DOJ-07791790-GOOG-DOJ-07791792 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0308** | GOOG-DOJ-05221243-GOOG-DOJ-05221246 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0309** | GOOG-DOJ-05311142-GOOG-DOJ-05311145 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0619** | GOOG-DOJ-12947505-GOOG-DOJ-12947508 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0640** | GOOG-DOJ-07799709-GOOG-DOJ-07799711 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0746** | GOOG-DOJ-10806862-GOOG-DOJ-10806871 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **PTX0756** | GOOG-DOJ-15226622-GOOG-DOJ-15226626 | Redacted material pertains to pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0760** | GOOG-DOJ-13495460-GOOG-DOJ-13495467 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0770** | GOOG-DOJ-13495995-GOOG-DOJ-13496000 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX0783** | GOOG-AT-MDL-001412832-GOOG-AT-MDL-001412834 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **PTX0800** | GOOG-DOJ-10924738-GOOG-DOJ-10924742 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0826** | GOOG-DOJ-15044036-GOOG-DOJ-15044044 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX0957** | GOOG-DOJ-AT-01155096-GOOG-DOJ-AT-01155105 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms and information. | Limited redactions as proposed in attached. |
| **PTX0974** | GOOG-AT-MDL-007188258-GOOG-AT-MDL-007188258 | Redacted material pertains to sensitive customer information, including payment and vendor IDs as well as inclusion of certain contract terms. | Limited redactions as proposed in attached. |
| **PTX0977** | GOOG-AT-MDL-008666769-GOOG-AT-MDL-008666769 | Document contains Google's competitively sensitive customer information, including account IDs and revenue numbers. | Seal in full. |
| **PTX0996** | GOOG-DOJ-AT-00010835-GOOG-DOJ-AT-00010838 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms and personal private information. | Limited redactions as proposed in attached. |
| **PTX1063** | GOOG-AT-MDL-019357807-GOOG-AT-MDL-019357810 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms. | Limited redactions as proposed in attached. |
| **PTX1065** | GOOG-AT-MDL-004347222-GOOG-AT-MDL-004347222 | Redacted material pertains to competitively sensitive details regarding financial terms of a customer discount incentive program. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX1066** | GOOG-AT-MDL-010525663-GOOG-AT-MDL-010525897 | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| **PTX1068** | GOOG-AT-MDL-001970341-GOOG-AT-MDL-001970358 | Redacted material pertains to Google's non-public financial and commercial information, as well as non-public information reflecting recent and future strategies. | Limited redactions as proposed in attached. |
| **PTX1069** | GOOG-AT-MDL-008885721-GOOG-AT-MDL-008885757 | Redacted material pertains to Google's non-public financial and commercial information, as well as non-public information reflecting recent and future strategies. | Limited redactions as proposed in attached. |
| **PTX1075** | GOOG-AT-MDL-008227470-GOOG-AT-MDL-008227470 | Document contains non-public, internal financial profit and loss analysis. | Seal in full. |
| **PTX1097** | GOOG-DOJ-AT-02649870-GOOG-DOJ-AT-02649870 | Redacted material pertains to Google's non-public, internal financial profit and loss analysis. | Limited redactions as proposed in attached. |
| **PTX1119** | GOOG-AT-MDL-014331375-GOOG-AT-MDL-014331379 | Redacted material pertains to Google's commercial strategy and competitively sensitive contract terms and information. | Limited redactions as proposed in attached. |
| **PTX1406** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1407** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1408** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| PTX1409 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1436 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1437 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1438 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1440 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1444 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1445 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1447 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1448 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| PTX1449 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX1450** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1451** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1452** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1453** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1454** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1468** | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| **PTX1495** | GOOG-DOJ-11899167-GOOG-DOJ-11899225 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX1611** | GOOG-DOJ-03047055-GOOG-DOJ-03047076 | Redacted material pertains to Google's nonpublic, proprietary business strategy and customer revenue statistics. | Limited redactions as proposed in attached. |
| **PTX1663** | GOOG-AT-MDL-011120632-GOOG-AT-MDL-011120648 | Redacted material pertains to Google's non-public, proprietary business strategy and customer revenue statistics. | Limited redactions as proposed in attached. |
| **PTX1669** | GOOG-AT-MDL-008285890-GOOG-AT-MDL-008286018 | Redacted material pertains to Google's non-public, proprietary business strategy and customer revenue statistics. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PTX1757** | GOOG-AT-MDL-006037366-GOOG-AT-MDL-006037373 | Redacted material pertains to calculations based on Google's internal, nonpublic proprietary data. | Limited redactions as proposed in attached. |
| **PTX1761** | GOOG-AT-MDL-001064910-GOOG-AT-MDL-001064910 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| **PTX1768** | GOOG-AT-MDL-011124130-GOOG-AT-MDL-011124651 | Document contains Google's proprietary business strategy and customer revenue statistics. | Seal in full. |
| **PTX1772** | N/A | Redacted material pertains to Google's non-public financial information, including profits and revenue. | Limited redactions as proposed in attached. |
| **PTX1773** | N/A | Redacted material pertains to detailed information pertaining to Google's internal, non-public proprietary data. | Limited redactions as proposed in attached. |
| **PTX1787** | N/A | Redacted material pertains to Google's non-public financial and commercial information, including revenue and impressions data. | Limited redactions as proposed in attached. |
| **PTX1830** | GOOG-DOJ-14271826-GOOG-DOJ-14271830 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PTX1838** | N/A | Document contains information protected by attorney-client privilege and the attorney work product doctrine, which information was disclosed to Plaintiffs for limited purposes and subject to an agreement that such disclosure did not and would not constitute waiver of the attorney client privilege, attorney work product protections, or other applicable protections from disclosure. | Defer decision on sealing until the Court rules on Plaintiffs' Motion for Adverse Inference, Dkt. No. 1115. *See* Google's Revised Objections at 10. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| PTX1840 | N/A | Document contains information protected by attorney-client privilege and the attorney work product doctrine, which information was disclosed to Plaintiffs for limited purposes and subject to an agreement that such disclosure did not and would not constitute waiver of the attorney client privilege, attorney work product protections, or other applicable protections from disclosure. | Defer decision on sealing until the Court rules on Plaintiffs' Motion for Adverse Inference, Dkt. No. 1115. *See* Google's Revised Objections at 10. |
| PTX1850 | GOOGEDVA-SC-00001; GOOGEDVA-SC-00002; GOOGEDVA-SC-00007; GOOGEDVA-SC-00008; GOOGEDVA-SC-00009; GOOGEDVA-SC-00010; GOOGEDVA-SC-00012; GOOGEDVA-SC-00013; GOOGEDVA-SC-00015; GOOGEDVA-SC-00016; GOOGEDVA-SC-00017; GOOGEDVA-SC-00018; GOOGEDVA-SC-00019; GOOGEDVA-SC-00020; GOOGEDVA-SC-00023; GOOGEDVA-SC-00024; GOOGEDVA-SC-00025; GOOGEDVA-SC-00028; GOOGEDVA-SC-00029; GOOGEDVA-SC-00031; GOOGEDVA-SC-00032; GOOGEDVA-SC-00033; | | |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **.** | GOOGEDVA-SC-00034;<br>GOOGEDVA-SC-00035;<br>GOOGEDVA-SC-00036;<br>GOOGEDVA-SC-00037;<br>GOOGEDVA-SC-00039;<br>GOOGEDVA-SC-00042;<br>GOOGEDVA-SC-00043;<br>GOOGEDVA-SC-00045;<br>GOOGEDVA-SC-00047;<br>GOOGEDVA-SC-00048;<br>GOOGEDVA-SC-00055;<br>GOOGEDVA-SC-00062;<br>GOOGEDVA-SC-00069;<br>GOOGEDVA-SC-00074;<br>GOOGEDVA-SC-00075;<br>GOOGEDVA-SC-00076; | | |
| **PTX1850 (Cont)** | GOOGEDVA-SC-00078 | Document contains Google's source code. | Seal in full. |

**Defendant Google's Trial Exhibit List**

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX0139 | GOOG-AT-MDL-002391198-GOOG-AT-MDL-002391248 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0143 | GOOG-DOJ-04307267-GOOG-DOJ-04307268 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0164 | GOOG-DOJ-04529447-GOOG-DOJ-04529449 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0228 | GOOG-AT-MDL-B-005482544-GOOG-AT-MDL-B-005482547 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0254 | GOOG-DOJ-06837998-GOOG-DOJ-06838006 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0256 | GOOG-DOJ-11763947-GOOG-DOJ-11763953 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0257 | GOOG-DOJ-11763947-GOOG-DOJ-11763953 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0413 | GOOG-DOJ-13627809-GOOG-DOJ-13627818 | Redacted material pertains to commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0414 | GOOG-DOJ-10806862-GOOG-DOJ-10806871 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX0451 | GOOG-AT-MDL-003452662-GOOG-AT-MDL-003452677 | Redacted material pertains to source code. | Limited redactions as proposed in attached. |
| DTX0466 | GOOG-AT-MDL-010782179-GOOG-AT-MDL-010782181 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0569 | GOOG-DOJ-12947505-GOOG-DOJ-12947508 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0586 | GOOG-DOJ-07799709-GOOG-DOJ-07799711 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX0602 | GOOG-DOJ-AT-02512863-GOOG-DOJ-AT-02512871 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0605 | GOOG-AT-MDL-001412832-GOOG-AT-MDL-001412834 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0618 | GOOG-DOJ-12038253-GOOG-DOJ-12038313 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0681 | GOOG-DOJ-14550102-GOOG-AT-MDL-009644238 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0696 | GOOG-AT-MDL-011687180-GOOG-AT-MDL-011687184 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0698 | GOOG-DOJ-13228856-GOOG-DOJ-13228860 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **DTX0699** | GOOG-DOJ-AT-02096796-GOOG-DOJ-AT-02096800 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0774** | GOOG-DOJ-15044036-GOOG-DOJ-15044044 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **DTX0777** | GOOG-AT-MDL-003552802-GOOG-AT-MDL-003552807 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0778** | GOOG-AT-MDL-009590288-GOOG-AT-MDL-009590305 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0781** | GOOG-DOJ-AT-02096733-GOOG-DOJ-AT-02096740 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0785** | GOOG-DOJ-15254730-GOOG-DOJ-15254739 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0822** | GOOG-DOJ-AT-00088452-GOOG-DOJ-AT-00088482 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| **DTX0840** | GOOG-DOJ-13979867-GOOG-DOJ-13979893 | Redacted material pertains to non-public commercial and technical information regarding a Google auction and product feature. | Limited redactions as proposed in attached. |
| **DTX0877** | GOOG-AT-MDL-009068311-GOOG-AT-MDL-009068338 | Redacted material pertains to non-public commercial and technical information regarding a Google product. | Limited redactions as proposed in attached. |

12

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX0932 | GOOG-AT-MDL-002293467-GOOG-AT-MDL-002293472 | Redacted material pertains to non-public commercial and technical information regarding Google's bidding and modeling algorithms. | Limited redactions as proposed in attached. |
| DTX0951 | GOOG-DOJ-AT-00554704-GOOG-DOJ-AT-00554884 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy, and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX0984 | GOOG-DOJ-AT-00581338-GOOG-DOJ-AT-00581340 | Redacted material pertains to non-public commercial and technical information regarding a Google product optimization. | Limited redactions as proposed in attached. |
| DTX1008 | GOOG-DOJ-AT-02307363-GOOG-DOJ-AT-02307412 | Redacted material pertains to Google's non-public financial information, including revenue. | Limited redactions as proposed in attached. |
| DTX1014 | GOOG-DOJ-AT-00585912-GOOG-DOJ-AT-00585944 | Redacted material pertains to non-public commercial and technical information regarding a Google product. | Limited redactions as proposed in attached. |
| DTX1036 | GOOG-DOJ-AT-02639476-GOOG-DOJ-AT-02639513 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| DTX1039 | GOOG-AT-MDL-002182530-GOOG-AT-MDL-002182532 | Redacted material pertains to Google's non-public financial information, including revenue and expenses. | Limited redactions as proposed in attached. |
| DTX1040 | GOOG-AT-MDL-006037366-GOOG-AT-MDL-006037373 | Redacted material pertains to non-public revenue, customer, and business strategies pertaining to its DV360 business. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX1041 | GOOG-AT-MDL-008928778-GOOG-AT-MDL-008928778 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1042 | GOOG-AT-MDL-019147892-GOOG-AT-MDL-019147974 | Redacted material pertains to Google's non-public financial information, including revenue and expenses. | Limited redactions as proposed in attached. |
| DTX1048 | GOOG-AT-MDL-004347222-GOOG-AT-MDL-004347222 | Redacted material pertains to competitively sensitive details regarding financial terms of a customer discount incentive program. | Limited redactions as proposed in attached. |
| DTX1049 | GOOG-DOJ-AT-00037032-GOOG-DOJ-AT-00037065 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| DTX1052 | GOOG-AT-MDL-001413738-GOOG-AT-MDL-001413750 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX1053 | GOOG-AT-MDL-009703214-GOOG-AT-MDL-009703225 | Redacted material pertains to Google's non-public financial and commercial information, as well as non-public information reflecting recent and future strategies. | Limited redactions as proposed in attached. |
| DTX1054 | GOOG-DOJ-AT-00585809-GOOG-DOJ-AT-00585835 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX1059 | GOOG-AT-MDL-009590561-GOOG-AT-MDL-009590577 | Redacted material pertains to Google's non-public financial information, including budget and spend. | Limited redactions as proposed in attached. |
| DTX1062 | GOOG-DOJ-AT-00808556-GOOG-DOJ-AT-00808576 | Redacted material pertains to proprietary and commercially sensitive business information, including product development strategy and | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | technical information regarding a Google product feature. | |
| DTX1073 | GOOG-AT-MDL-009590544-GOOG-AT-MDL-009590558 | Redacted material pertains to Google's non-public financial information, including budget and spend. | Limited redactions as proposed in attached. |
| DTX1110 | GOOG-DOJ-AT-02433387-GOOG-DOJ-AT-02433414 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| DTX1120 | GOOG-AT-MDL-006876286-GOOG-AT-MDL-006876319 | Redacted material pertains to Google's non-public business strategy, financial, and accounting information. | Limited redactions as proposed in attached. |
| DTX1125 | GOOG-AT-MDL-008668309-GOOG-AT-MDL-008668313 | Redacted material pertains to Google's non-public competitively sensitive customer pricing information. | Limited redactions as proposed in attached. |
| DTX1145 | GOOG-DOJ-AT-02480384-GOOG-DOJ-AT-02480386 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX1146 | GOOG-DOJ-AT-02512856-GOOG-DOJ-AT-02512859 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |
| DTX1185 | GOOG-AT-MDL-009017821-GOOG-AT-MDL-009017854 | Redacted material pertains to Google's non-public, internal financial profit and loss analysis and financial strategy. | Limited redactions as proposed in attached. |
| DTX1187 | GOOG-AT-MDL-009643876-GOOG-AT-MDL-009643876 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX1190 | GOOG-DOJ-AT-02647833-GOOG-DOJ-AT-02647833 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1206 | GOOG-AT-MDL-017191835-GOOG-AT-MDL-017191885 | Redacted material pertains to Google's non-public financial and accounting information. | Limited redactions as proposed in attached. |
| DTX1250 | GOOG-AT-MDL-006848876-GOOG-AT-MDL-006848880 | Redacted material pertains to personal private information and Google's non-public competitively sensitive customer pricing information. | Limited redactions as proposed in attached. |
| DTX1261 | GOOG-AT-MDL-018290783-GOOG-AT-MDL-018290784 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms. | Limited redactions as proposed in attached. |
| DTX1262 | GOOG-AT-MDL-009472035-GOOG-AT-MDL-009472035 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms. | Limited redactions as proposed in attached. |
| DTX1314 | GOOG-AT-MDL-004598097-GOOG-AT-MDL-004598100 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| DTX1338 | GOOG-AT-MDL-000881089-GOOG-AT-MDL-000881128 | Redacted material pertains to non-public commercial and technical information regarding Google product optimizations. | Limited redactions as proposed in attached. |
| DTX1375 | GOOG-AT-MDL-008228528-GOOG-AT-MDL-008228556 | Redacted material pertains to Google's non-public financial information, including revenue and expenses. | Limited redactions as proposed in attached. |
| DTX1382 | GOOG-AT-MDL-008778351-GOOG-AT-MDL-008778356 | Redacted material pertains to non-public commercial and technical information regarding a Google product feature. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX1411 | GOOG-DOJ-AT-02647839-GOOG-DOJ-AT-02647839 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1413 | GOOG-DOJ-AT-02649859-GOOG-DOJ-AT-02649859 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1414 | GOOG-DOJ-AT-02649868-GOOG-DOJ-AT-02649868 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1431 | GOOG-AT-MDL-009709863-GOOG-AT-MDL-009709863 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1465 | GOOG-AT-MDL-013277655-GOOG-AT-MDL-013277658 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| DTX1473 | GOOG-AT-MDL-017191980-GOOG-AT-MDL-017192033 | Redacted material pertains to Google's non-public financial and accounting information. | Limited redactions as proposed in attached. |
| DTX1504 | GOOG-AT-MDL-012978414-GOOG-AT-MDL-012978420 | Redacted material pertains to Google's non-public competitively sensitive customer contract terms and information. | Limited redactions as proposed in attached. |
| DTX1527 | GOOG-AT-MDL-009483895-GOOG-AT-MDL-009483925 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| DTX1554 | GOOG-AT-MDL-013271458-GOOG-AT-MDL-013271641 | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |

17

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX1613 | GOOG-AT-MDL-009709671-GOOG-AT-MDL-009709678 | Redacted material pertains to Google's non-public, internal financial profit and loss analysis. | Limited redactions as proposed in attached. |
| DTX1617 | GOOG-AT-MDL-009709864-GOOG-AT-MDL-009709864 | Document contains Google's non-public, internal financial profit and loss analysis. | Seal in full. |
| DTX1837 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX1845 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX1846 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX1913 | N/A | Document contains non-public, transaction-level data concerning Google's ad auctions | Seal in full. |
| DTX1970 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | Limited redactions as proposed in attached. |
| DTX1983 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX1988 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX1989 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX1993 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | To be modified by the parties to replace customer names with generic identifiers. |
| DTX2040 | N/A | Redacted material pertains to Google's non-public financial and commercial information, including revenue. | Limited redactions as proposed in attached. |
| DTX2041 | N/A | Redacted material pertains to Google's non-public financial and commercial information, including revenue. | Limited redactions as proposed in attached. |
| DTX2106 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | Limited redactions as proposed in attached. |
| DTX2107 | N/A | Redacted material pertains to Google's non-public competitively sensitive customer information. | Limited redactions as proposed in attached. |
| DTX2135 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2136 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2137 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2138 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2139 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2140 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2141 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2142 | N/A | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| DTX2148 | GOOG-AT-DOJ-DATA-000000001-GOOG-AT-DOJ-DATA-000000001 | Dataset includes detailed monthly data concerning transactions on Google's AdMob product, broken down by customer. | Seal in full. |
| DTX2149 | GOOG-AT-DOJ-DATA-000011657-GOOG-AT-DOJ-DATA-000012656 | Dataset includes detailed monthly data concerning advertiser bidding strategies on Google's DV360 and Google Ads products. | Seal in full. |
| DTX2150 | GOOG-AT-DOJ-DATA-000066660-GOOG-AT-DOJ-DATA-000066660 | Dataset includes data on Google's US advertising activity promoting its own products and services, both directly and via intermediaries (e.g., ad agencies), covering the period from January 2021 to August 2023. The data includes purchases of both Google owned & operated and third-party advertising inventory. | Seal in full. |
| DTX2151 | GOOG-AT-DOJ-DATA-000066661-GOOG-AT-DOJ-DATA-000066768 | Document contains Google's non-public, proprietary performance data. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2153 | GOOG-AT-DOJ-DATA-000066771-GOOG-AT-DOJ-DATA-000066772 | Dataset includes 2022 data concerning Google proprietary metrics concerning the predicted quality of ad impressions. | Seal in full. |
| DTX2163 | GOOG-AT-DOJ-DATA-000066797-GOOG-AT-DOJ-DATA-000066797 | Dataset includes monthly data concerning app-related transactions flowing through Google's AdMob and Google Ad Manager tools from 2020-2023. | Seal in full. |
| DTX2165 | GOOG-AT-DOJ-DATA-000245944-GOOG-AT-DOJ-DATA-000246943 | Dataset includes monthly data from 2021-2023 concerning transactions involving Google's Campaign Manager product, broken down by customer. | Seal in full. |
| DTX2166 | GOOG-AT-DOJ-DATA-000246944-GOOG-AT-DOJ-DATA-000246944 | Dataset includes detailed data on Federal Agency Advertiser ad campaigns through Google's Google Ads and DV360 products from 2020-2023. | Seal in full. |
| DTX2167 | GOOG-AT-DOJ-DATA-000247044-GOOG-AT-DOJ-DATA-000247044 | Dataset includes detailed, customer-specific data on transactions using Google's Campaign Manager 360 product. | Seal in full. |
| DTX2169 | GOOG-AT-EDVA-DATA-000000006-GOOG-AT-EDVA-DATA-000000006 | Dataset includes monthly data on publisher transactions through Header Bidding, as identified using Google's ordinary-course, proprietary methodology for inferring the presence of header bidding. | Seal in full. |
| DTX2170 | GOOG-AT-EDVA-DATA-000012607-GOOG-AT-EDVA-DATA-000042606 | Dataset includes detailed, transaction-level data for auctions run on Google's Google Ads tool in June 2023. | Seal in full. |
| DTX2171 | GOOG-AT-EDVA-DATA-000147607-GOOG-AT-EDVA-DATA-000226014 | Dataset includes detailed, transaction-level data for auctions run on Google's Google Ad Manager tool in June 2023. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2172 | GOOG-AT-EDVA-DATA-000226021-GOOG-AT-EDVA-DATA-000226339 | Data patch that includes correction to certain transaction-level data for auctions run on Google's Google Ad Manager tool in June 2023. | Seal in full. |
| DTX2173 | GOOG-AT-MDL-007104041-GOOG-AT-MDL-007104041 | Document contains Google's non-public, pricing information. | Seal in full. |
| DTX2175 | GOOG-AT-MDL-DATA-000066537-GOOG-AT-MDL-DATA-000482007 | Dataset includes detailed monthly data concerning transactions through Google's AdX and Open Bidding, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2176 | GOOG-AT-MDL-DATA-000481995-GOOG-AT-MDL-DATA-000481995 | Dataset includes detailed monthly data concerning transactions through Google's AdX and Open Bidding, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2177 | GOOG-AT-MDL-DATA-000482004-GOOG-AT-MDL-DATA-000482004 | Dataset includes detailed monthly data concerning transactions through Google's AdX and Open Bidding, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2178 | GOOG-AT-MDL-DATA-000482008-GOOG-AT-MDL-DATA-000482531 | Dataset includes detailed monthly data concerning transactions served through Google's DFP product, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2179 | GOOG-AT-MDL-DATA-000482532-GOOG-AT-MDL-DATA-000486515 | Dataset includes detailed monthly data concerning transactions served via Google's AdSense product through Google Ad Manager, broken down by customer from 2015 to 2022. | Seal in full. |
| DTX2180 | GOOG-AT-MDL-DATA-000486516-GOOG-AT-MDL-DATA-000486625 | Dataset includes detailed monthly data concerning ad-serving fees charged on transactions served through Google's Google | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | Ad Manager product, broken down by customer from 2015 to 2022. | |
| DTX2181 | GOOG-AT-MDL-DATA-000486626-GOOG-AT-MDL-DATA-00048277 | Dataset includes detailed monthly data concerning transactions through Google's Google Ads product, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2182 | GOOG-AT-MDL-DATA-000488278-GOOG-AT-MDL-DATA-000488815 | Dataset includes detailed monthly data concerning transactions through Google's DV360 product, broken down by customer from 2016 to 2022. | Seal in full. |
| DTX2183 | GOOG-AT-MDL-DATA-000508827-GOOG-AT-MDL-DATA-00055886 | Data patch that includes corrections to detailed monthly data concerning transactions through Google's AdX and Open Bidding, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2184 | GOOG-AT-MDL-DATA-000558890-GOOG-AT-MDL-DATA-000558890 | Dataset includes detailed monthly financial data concerning transactions through Google's DV360 and Google Ads product, broken down by customer from 2005 to 2023 | Seal in full. |
| DTX2185 | GOOG-AT-MDL-DATA-000559277-GOOG-AT-MDL-DATA-000559277 | Dataset includes detailed monthly financial data concerning transactions involving Google's Google Ad Manager, AdMob, and AdSense products, broken down by customer, from 2006 to 2023. | Seal in full. |
| DTX2186 | GOOG-AT-MDL-DATA-000561031-GOOG-AT-MDL-DATA-000561262 | Dataset includes detailed monthly financial data concerning transactions involving Google's Google Ad Manager, AdMob, and AdSense products, broken down by customer, from 2007 to 2023. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2187 | GOOG-AT-MDL-DATA-000561263-GOOG-AT-MDL-DATA-000561420 | Dataset includes detailed monthly financial data concerning transactions through Google's DV360 product, broken down by customer from 2012 to 2022. | Seal in full. |
| DTX2188 | GOOG-AT-MDL-DATA-000561420-GOOG-AT-MDL-DATA-000561420 | Dataset includes detailed monthly financial data concerning transactions through Google's DV360 product, broken down by customer from 2012 to 2022. | Seal in full. |
| DTX2189 | GOOG-AT-MDL-DATA-000561425-GOOG-AT-MDL-DATA-000561425 | Dataset includes detailed monthly data concerning ad-serving fees charged on transactions served through Google's Google Ad Manager product, broken down by U.S. customer from 2015 to 2022. | Seal in full. |
| DTX2190 | GOOG-AT-MDL-DATA-000561426-GOOG-AT-MDL-DATA-000561535 | Dataset includes detailed monthly data concerning ad-serving fees charged on transactions served through Google's Google Ad Manager product, broken down by U.S. customer from 2015 to 2022. | Seal in full. |
| DTX2191 | GOOG-AT-MDL-DATA-000561536-GOOG-AT-MDL-DATA-000564882 | Data patch that includes corrections to detailed monthly data concerning transactions through Google's AdX and Open Bidding, broken down by customer from 2014 to 2022. | Seal in full. |
| DTX2193 | GOOGEDVA-SC-00001-GOOGEDVA-SC-00001 | Document contains Google's source code. | Seal in full. |
| DTX2194 | GOOGEDVA-SC-00002-GOOGEDVA-SC-00002 | Document contains Google's source code. | Seal in full. |
| DTX2195 | GOOGEDVA-SC-00007-GOOGEDVA-SC-00007 | Document contains Google's source code. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2196 | GOOGEDVA-SC-00015-GOOGEDVA-SC-00015 | Document contains Google's source code. | Seal in full. |
| DTX2197 | GOOGEDVA-SC-00017-GOOGEDVA-SC-00017 | Document contains Google's source code. | Seal in full. |
| DTX2198 | GOOGEDVA-SC-00023-GOOGEDVA-SC-00023 | Document contains Google's source code. | Seal in full. |
| DTX2199 | GOOGEDVA-SC-00024-GOOGEDVA-SC-00024 | Document contains Google's source code. | Seal in full. |
| DTX2200 | GOOGEDVA-SC-00028-GOOGEDVA-SC-00028 | Document contains Google's source code. | Seal in full. |
| DTX2201 | GOOGEDVA-SC-00029-GOOGEDVA-SC-00029 | Document contains Google's source code. | Seal in full. |
| DTX2202 | GOOGEDVA-SC-00031-GOOGEDVA-SC-00031 | Document contains Google's source code. | Seal in full. |
| DTX2203 | GOOGEDVA-SC-00032-GOOGEDVA-SC-00032 | Document contains Google's source code. | Seal in full. |
| DTX2204 | GOOGEDVA-SC-00036-GOOGEDVA-SC-00036 | Document contains Google's source code. | Seal in full. |
| DTX2205 | GOOGEDVA-SC-00037-GOOGEDVA-SC-00037 | Document contains Google's source code. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| DTX2206 | GOOGEDVA-SC-00038-GOOGEDVA-SC-00038 | Document contains Google's source code. | Seal in full. |
| DTX2207 | GOOGEDVA-SC-00069-GOOGEDVA-SC-00069 | Document contains Google's source code. | Seal in full. |
| DTX2208 | GOOGEDVA-SC-00070-GOOGEDVA-SC-00070 | Document contains Google's source code. | Seal in full. |
| DTX2209 | GOOGEDVA-SC-00072-GOOGEDVA-SC-00072 | Document contains Google's source code. | Seal in full. |
| DTX2210 | GOOGEDVA-SC-00073-GOOGEDVA-SC-00073 | Document contains Google's source code. | Seal in full. |
| DTX2211 | GOOGEDVA-SC-00074-GOOGEDVA-SC-00074 | Document contains Google's source code. | Seal in full. |
| DTX2212 | GOOGEDVA-SC-00079-GOOGEDVA-SC-00079 | Document contains Google's source code. | Seal in full. |
| DTX2213 | GOOGEDVA-SC-00080-GOOGEDVA-SC-00080 | Document contains Google's source code. | Seal in full. |
| DTX2214 | GOOGEDVA-SC-00081-GOOGEDVA-SC-00081 | Document contains Google's source code. | Seal in full. |
| DTX2215 | GOOGEDVA-SC-00082-GOOGEDVA-SC-00082 | Document contains Google's source code. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **DTX2216** | GOOGEDVA-SC-00083-GOOGEDVA-SC-00083 | Document contains Google's source code. | Seal in full. |
| **DTX2217** | GOOGEDVA-SC-00084-GOOGEDVA-SC-00084 | Document contains Google's source code. | Seal in full. |
| **DTX2218** | GOOGEDVA-SC-00085-GOOGEDVA-SC-00085 | Document contains Google's source code. | Seal in full. |
| **DTX2219** | GOOGEDVA-SC-00086-GOOGEDVA-SC-00086 | Document contains Google's source code. | Seal in full. |
| **DTX2253** | GOOGEDVA-SC-00075-GOOGEDVA-SC-00075 | Document contains Google's source code. | Seal in full. |
| **DTX2254** | GOOGEDVA-SC-00076-GOOGEDVA-SC-00076 | Document contains Google's source code. | Seal in full. |
| **DTX2255** | GOOGEDVA-SC-00077-GOOGEDVA-SC-00077 | Document contains Google's source code. | Seal in full. |
| **DTX2256** | GOOGEDVA-SC-00078-GOOGEDVA-SC-00078 | Document contains Google's source code. | Seal in full. |

**Plaintiffs' Deposition Designations**

| Deposition | Range | Basis for Objection | Requested Action |
|---|---|---|---|
| **Craycroft, Tim** | 28:17-29:1 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Levitte, George** | 199:17-199:22 | Redacted material pertains to Google's non-public financial information. | Redaction of identified range. |
| **Levitte, George** | 199:23-199:23 | Redacted material pertains to Google's non-public financial information. | Redaction of identified range. |
| **Levitte, George** | 200:7-200:7 | Redacted material pertains to Google's non-public financial information. | Redaction of identified range. |
| **Levitte, George** | 201:7-201:12 | Redacted material pertains to Google's non-public financial information. | Redaction of identified range. |
| **Mohan, Neal** | 94:18-94:19 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 94:22-95:7 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 95:10-95:11 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 100:16-100:18 | Redacted material pertains to personal private information. | Redaction of identified range. |

| Deposition | Range | Basis for Objection | Requested Action |
|---|---|---|---|
| **Mohan, Neal** | 100:21-101:11 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 101:14-101:20 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 101:23-102:4 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 102:7-102:14 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 102:17-102:24 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 103:3-103:7 | Redacted material pertains to personal private information. | Redaction of identified range. |
| **Mohan, Neal** | 103:10-103:11 | Redacted material pertains to personal private information. | Redaction of identified range. |