Page 1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF VIRGINIA
2

   Civil Action No: 1:23-cv-00108-LMB-JFA
3  _____
4  UNITED STATES, et al.,
5      Plaintiffs,
6  v.
7  GOOGLE LLC,
8      Defendant.
   _____
9
   CONFIDENTIAL VIDEOTAPED DEPOSITION OF TIM CRAYCROFT
10
           August 15, 2023
11 _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 28

1 invest any equity.
2 　　Q.　When you first came to Google, what was
3 your position?
4 　　A.　Vice president and general manager of
5 YouTube ads.
6 　　Q.　Just approximately how long were you in
7 that role?
8 　　A.　I still am responsible for YouTube ads.
9 My role expanded in April of 2021.
10 　　Q.　And expanded to cover what fields that
11 you weren't previously covering?
12 　　A.　Google Display ads, Google app ads,
13 publisher products, including Google Ad Manager,
14 AdSense, AdMob.
15 　　Q.　And you are currently in that role?
16 　　A.　I am currently in that role.
17 ███████████████████████
18 ████████████████████████████
19 ██████████
20 ████████████
21 ████████████████████
22 ██████
23 ██████████████████████████████
24 ████
25 ██████████████████████████

1    ████████████████████████████████
2         Q.  Just at a high level, is that a fair
3    summary of your career and employment?
4            "Yes"?
5         A.  Yes, it is.
6         Q.  Did I miss something?
7         A.  No.
8         Q.  All right.  I want to then go back to
9    your time at Amazon and start there.
10        A.  Okay.
11        Q.  So when you first got to Amazon, were
12   you the director of e-commerce platform product
13   group?  Does that sound right?
14        A.  I think that's what we renamed the
15   program office to.  When I joined, it was called the
16   program office.
17        Q.  Who did you report to in that role?
18        A.  Matt Swann to start.
19        Q.  Did that change at any time while you
20   were in that particular role?
21        A.  I had many managers in that role.
22   Would you like me to enumerate them?
23        Q.  Sure, if you remember them.
24        A.  Matt Swann, Charlie Bell, Rick Dalzell,
25   Jason Kilar, Brian Valentine.