1
2

3

    IN RE:

4

    GOOGLE ANTITRUST LITIGATION

5

    60-516110-0009

6
7
8            ORAL VIDEOTAPED DEPOSITION
9                 GEORGE LEVITTE
10              AUGUST 10, 2021
11             "HIGHLY CONFIDENTIAL"
12
13      ORAL VIDEOTAPED DEPOSITION OF GEORGE LEVITTE,
14   produced as a witness at the instance of the United
15   States Department of Justice Antitrust Division and duly
16   sworn, was taken in the above-styled and numbered cause
17   on the 10th day of August, 2021, from 10:45 a.m. to
18   8:16 p.m., before Melinda Barre, Certified Shorthand
19   Reporter in and for the State of Texas, reported by
20   computerized stenotype machine, all parties appearing
21   remotely via web videoconference, pursuant to the rules
22   of procedure and the provisions stated on the record or
23   attached hereto.
24
25

Page 199

1  Q. And you prepared this document?
2  A. I think so. I'm not sure if this was pulled
3  from the perf tool or if this was my own copy. But
4  there's a perf tool where we input our own performance
5  evaluation stuff, and I normally prepare my own in a
6  document before I put it into the tool. So this might
7  be the document that I prepared in advance of putting it
8  into Google's tool.
9  Q. And this document was projects you worked on in
10 2020 and the beginning of 2021?
11 A. Yeah. I see some of it says beginning of 2021.
12 So this must have been for spring of 2021.
13 Q. The first project you were the PM lead and
14 manager for project leadership with sell-side
15 serving/option/indirect?
16 A. Yes. I see that section.
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮
24 served by DFP?
25 A. It's an estimate. We don't have precise

Page 200

1  numbers, and there are a number of ways in which our
2  product analysts try to estimate that number. But
3  that's our internal best guess.
4      Q. And does that figure include traditional
5  reservation sales?
6      A. Yes.
7  ████████████████████████████████████████
8  ads served how many were traditional reservation ads?
9      A. Off the top of my head, I think it was roughly
10 60 percent direct and 40 percent indirect. Traditional
11 reservation, it depends on what you're talking about;
12 but that term could be used in reference to sponsorship
13 standard or in reference to a number of indirect demand
14 sources, price point, bulk network. So it depends on
15 how you're using that term. I have to caveat.
16     Q. So if we're talking about, like, traditional IO
17 orders -- you understand that reference, insertion
18 orders?
19     A. So we think of ads in Ad Manager in a number of
20 ways. One is programmatic versus nonprogrammatic.
21 That's one way to think of different parts of the
22 business. Another is reserved versus nonreserved.
23         So when you say "traditional IO," it maybe
24 depends on exactly how the buyer and the publisher have
25 chosen to implement that in Ad Manager in terms of where

1   that counts towards.
2        A very traditional setup might be a
3   nonprogrammatic reservation booked as a sponsorship or a
4   standard.  But it's possible that a traditional IO could
5   be booked in a different way, and it really just depends
6   on the setup used.
7   ██████████████████████████████████████████
8   ██████████████████████████████████████
9   ██████████████████████████████████████
10  ██████████████████████████████████████████
11  ████████████████████████████████████
12  ██████████████████████████████████████████
13  estimates because we don't have precise data for a
14  number of reasons.  So it's not totally accurate.  But
15  it's derived from some analysis that's a best guess that
16  our product analysts have put together.
17      Q.  Does that figure include display video and app
18  ads?
19      A.  I believe it does but with varying levels of
20  accuracy.  As I noted, the data -- I think the accuracy
21  varies a little bit across some of those because of some
22  of the technical challenges our product analysts have in
23  getting certain types of documents.
24      Q.  Is that a global figure?
25      A.  I believe this is for Ad Manager globally, yes.