10/30/2023 Case 1:23-cv-00108-LMB-JFA   Document 1237-3   Filed 08/24/24   Page 1 of 7 PageID# 90620
Mohan, Neal (YouTube) EDVA

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF VIRGINIA
 3              ALEXANDRIA DIVISION
 4                    - - -
 5
       UNITED STATES OF       :  CASE NO.
 6     AMERICA, et al.,       :  1:23-cv-00108
                              :  -LMB-JFA
 7        Plaintiffs,         :
                              :
 8        v.                  :
                              :
 9     GOOGLE, LLC,           :
                              :
10        Defendant.          :
11         - HIGHLY CONFIDENTIAL -
12                    - - -
13             October 30, 2023
14                    - - -
15
16        Videotaped deposition of
   NEAL MOHAN, taken pursuant to notice, was
17 held at the law offices of Axinn, Veltrop
   & Harkrider, LLP, 1901 L Street NW,
18 Washington, D.C., beginning at 8:35 a.m.,
   on the above date, before Michelle L.
19 Gray, a Registered Professional Reporter,
   Certified Court Reporter, Certified
20 Realtime Reporter, and Notary Public.
21
                      - - -
22
23
24
                       2
```

Page 94

1   A.   2011, definitely not.

2        2021, I couldn't tell you

3   off the top of my head.

4   Q.   You couldn't tell your total

5   compensation from Google in 2021; is that

6   right?

7        MR. BITTON:  Objection to

8   form.

9        THE WITNESS:  Correct.

10  BY MR. LONGMAN:

11  Q.   Could you tell your total

12  compensation from Google in 2022?

13       MR. BITTON:  Objection to

14  form.

15       THE WITNESS:  I have more

16  recollection of that.

17  BY MR. LONGMAN:

18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20       MR. BITTON:  Objection to

21  form.

22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24  ▮▮▮▮▮▮▮▮

Page 95

1    ███████████████

2        ████████████████████████████

3    ███████████████████

4       ██████████████████████

5       ██████████████████████

6       ██████

7       ████████████████████

8         MR. BITTON:  Objection to

9     form.

10          ████████████████████████

11    ██████

12 BY MR. LONGMAN:

13      Q.   So just to be clear, you

14 received more than $10 million from

15 Google in 2022; is that right?

16         MR. BITTON:  Objection to

17     form.

18         THE WITNESS:  I did.

19         MR. BITTON:

20     Mischaracterizes testimony.

21 BY MR. LONGMAN:

22      Q.   And, in fact, it was north

23 of $10 million in 2022; is that right?

24         MR. BITTON:  Objection to

10/30/2023 Case 1:23-cv-00108-LMB-JFA   Document 1237-3   Filed 08/24/24   Page 4 of 7 PageID# 90623
Mohan, Neal (YouTube) EDVA

Page 100

1  be irrelevant, only in that a
2  portion of it was stock based,
3  and stock prices fluctuate down
4  and up.
5  BY MR. LONGMAN:
6     Q.  Okay.  Going to the question
7  of stock, how much Google stock do you
8  own today?
9       MR. BITTON:  Objection to
10  form.
11       THE WITNESS:  In terms of
12  number of shares?  I don't -- I
13  don't know how many shares,
14  exactly.
15  BY MR. LONGMAN:
16  ███████████████████████
17  ████████████████████
18  █████
19       MR. BITTON:  Objection to
20  form.
21  ████████████████
22  ██████████████████
23  █████
24  ████████████

Case 1:23-cv-00108-LMB-JFA   Document 1237-3   Filed 08/24/24   Page 5 of 7 PageID# 90624
10/30/2023
Mohan, Neal (YouTube) EDVA

Page 101

```
 1   ████████████████████████████
 2   ████████████
 3   ███████████████████
 4   ██████████████████████████
 5   ██████████████████████████
 6   ██████████████████████████
 7   ██████████████████████████
 8   █████████████
 9   █████████████████
10   ██████████████████████████
11   ██████████████████████████
12        MR. BITTON:  Objection to
13      form.
14        ████████████████████
15        ████████████████████
16      ████
17   ███████████████
18   █████████████████████████████
19      ████████████████
20      ████████████
21        MR. BITTON:  Objection to
22      form.
23      ██████████████████████████
24      ████
```



Page 102

```
 1   ████████████████████
 2   ████████
 3       ████████████████
 4   ██████████████████████████
 5       MR. BITTON:  Objection to
 6    form.
 7        ████████████████████████
 8   ██████████████████████
 9   ████████████████
10   ██████
11   ████████████████████
12   ██████████████████████
13   ██████████████████████████
14   ████████████
15       MR. BITTON:  Objection to
16    form.
17       ████████████████████
18   ██
19       ██████████████████████
20   ██████████████████████
21   ██
22   ██████████████████
23   ██████████████████████
24   ████████████████████
```

1     MR. BITTON:  Objection to
2  form.
3  ███████████████████
4  █████████████
5  ███████████████████
6  ████████████████████████
7  ██████████
8     MR. BITTON:  Objection to
9  form.
10  ██████████████████
11  █████████
12  BY MR. LONGMAN:
13     Q.   Okay.  How much of your
14  Google stock is vested today?
15     A.   I don't know.
16     Q.   Okay.  How much of your
17  Google stock is non-vested today?
18     A.   I don't know.
19     Q.   Changing topics.
20        Mr. Mohan, are you aware of
21  whether you are under a document
22  retention obligation in this case?
23        MR. BITTON:  Objection to
24  form.