Message

---

**From:**       Simon Bolger [simonbo@google.com]
**Sent:**       1/25/2013 8:09:12 AM
**To:**         Christina Wire [cwire@google.com]; Jeff Galvin [jeffgalvin@google.com]; Scott Sheffer [ssheffer@google.com]
**Subject:**    Fwd: Sales process for Dyn Rmkt campaign
**Attachments:**   Google_Remarketing_Solutions_Updated_Jan_2013.pptx

fyi, remarketing pitch deck attached in case you're interested.

---------- Forwarded message ----------
From: **Anthony Nakache** <anakache@google.com>
Date: Thu, Jan 24, 2013 at 11:35 PM
Subject: Fwd: Sales process for Dyn Rmkt campaign
To: OPG EMEA Functional Heads <opg-emea-functional-heads@google.com>

if you are interested in understanding how Google Remarketing is pitched.
AN

---------- Forwarded message ----------
From: **Charlie Vestner** <charliev@google.com>
Date: Wed, Jan 23, 2013 at 4:57 PM
Subject: Re: Sales process for Dyn Rmkt campaign
To: Annie Wu <anniewu@google.com>
Cc: Aidan Booth <abooth@google.com>, Lauren Knapp <lknapp@google.com>, Nikole Hettinger
<nhettinger@google.com>, Aitan Weinberg <aweinberg@google.com>, Anthony Nakache
<anakache@google.com>, Bryan Rowley <browley@google.com>

Here is the deck we reviewed today, to highlight the way we pitch RMKT.

On Wed, Jan 16, 2013 at 9:09 PM, Charlie Vestner <charliev@google.com> wrote:
 Annie - the walkthrough you did this morning at the commercialization meeting would be perfect for this. I
 would just plan to re-do that, with an extra aspect you believe are critical.

On Wed, Jan 16, 2013 at 3:38 PM, Annie Wu <anniewu@google.com> wrote:
 Thanks for setting this up, looking forward to walking through the workflow!

On Wed, Jan 16, 2013 at 5:21 PM, Aidan Booth <abooth@google.com> wrote:
 Thanks all

On 16 January 2013 00:35, Lauren Knapp <lknapp@google.com> wrote:
 I've added 1/23 at 8:30am to the calendars.

| | | | |
|---|---|---|---|

lknapp@gmail.com    650.279.3876

CONFIDENTIAL                                                           GOOG-AT-MDL-002391198

On Tue, Jan 15, 2013 at 9:08 PM, Charlie Vestner <charliev@google.com> wrote:
That should work well, Niki. Thanks for helping with this, Annie!

Hi Lauren - can you help find 30 mins this week or next week for Annie, Aidan, Anthony, Bob, and Bryan? I'd love to join as well, if possible.

Thanks

Charlie


On Tue, Jan 15, 2013 at 6:26 PM, Nikole Hettinger <nhettinger@google.com> wrote:
+ Annie

Hi Charlie,
Sorry that it took awhile to get back to you but Annie Wu offered to do the walk thru. Based on her schedule, could we set something up for later this week or early next? Would that work for the group?
Thanks,
Niki


On Fri, Jan 11, 2013 at 4:03 PM, Charlie Vestner <charliev@google.com> wrote:
Hi Niki-

Do you think someone on your team could lead a 30 min walkthrough with Aidan, Anthony, Bob D and Bryan, and myself on this topic in the next week or so? I think Bob D will be keen to know this as well, especially a 2 min overview of the Merchant feed set-up and 4-5 mins on DAB set-up.

- Lauren Knapp could help cal - I can loop her in
- to extent possible, let's review go-forward workflows (as opposed to ones that are about to change)...even if that means viewing mocks
- I can cover the sales bit upfront, and Aitan covered the back-end bit in his email, so that just leaves the middle bits

Let me know when you get a chance.

Thanks

Charlie

On Fri, Jan 11, 2013 at 12:01 PM, Aitan Weinberg <aweinberg@google.com> wrote:
hi guys -

probably worthwhile for charlie or delegate to take you through the full thing, but here's a quick view to mull over the weekend :) ...

advertisers place a remarketing tag on every page of their site.  that tag contains KV custom parameters including product ID.  a user visits the site and the tag fires.  the cookie is added onto a remarketing list, and associated with the cookie is the product ID.  That same user later visits an adsense/adx page, where the ad request fires and goes to GDN/adwords. The GDN auction recognizes the user's cookie, see's the

cookie is on the list and the corresponding ad from the advertiser participates in the auction.  If it's the highest bidding ad, it wins the auction and the ad serves.  The ad uses a dynamic creative via DAB (display ad builder).  At the point of serving, the system looks up the cookie and sees the product ID they viewed on the advertiser site.  Looks up the prodID in the google merchant center feed and retrieves from there the image of the product, it's name and price and displays those in the creative.

The ads are regular ads in adwords.  Set up a campaign targeting the RMKT list with a dynamic creative as associated feed.

There are many optimizations and best practices that advertisers employ to improve performance.  We also have sophisticated bidding algorithms that automatically adjust bids up and down in real time on a variety of signals, some specific to remarketing (eg we detect the user is seeing the ad w/in the first few mins/hours of leaving the advertiser site and raise bid).

The LCS sales team pitches, and folks in gtech help the client in tag deployment and campaign setup when needed.


On Fri, Jan 11, 2013 at 9:31 AM, Aidan Booth <abooth@google.com> wrote:
 Hi Charlie,
 In talking with Anthony earlier today, it became clear that we don't know enough about the full sales & technical process behind the selling and delivery of a Dynamic Remarketing campaign. i.e. (for an average campaign):
  - who does the pre-sales work with the advertiser and what does the high-level pitch look like?
  - how does the campaign get booked?
  - how does the advertiser create the user list and keep it updated?
  - how do users on the list get 'found' in our network? (this is probably the most critical piece for us to get to grips with, and may be more of a technical/back-end question)
  - are there in-campaign optimizations or analyses done to refine our ability to match advertiser performance expectations?

 Would you or one of the RPEs be able to perform a walk-through of the process for us, as soon as practical?

 Regards

CONFIDENTIAL

GOOG-AT-MDL-002391200

aweinberg@google.com
212-381-5668

Charlie Vestner
Director, Global Display Solutions | Google
█████████ (mobile)

nhettinger@google.com
+1 (650) 253-2392
+1 (858) 504-0181

Charlie Vestner
Director, Global Display Solutions | Google
█████████ (mobile)

--
Google Ireland Ltd.,Gordon House, Barrow Street, Dublin 4, Ireland
Registered in Dublin, Ireland
Registration Number: 368047

This email may be confidential or privileged. If you received this communication by mistake, please don't
forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the

GOOG-AT-MDL-002391201

wrong person. Thanks

--
Charlie Vestner
Director, Global Display Solutions | Google
█████████ (mobile)

Charlie Vestner
Director, Global Display Solutions | Google
█████████ (mobile)

--
Simon Bolger
Director, EMEA Online Partnerships,
Google
t: +353-1-543-1913

Registered in Dublin, Ireland
Registration Number: 368047

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks.

CONFIDENTIAL
GOOG-AT-MDL-002391202



CONFIDENTIAL

GOOG-AT-MDL-002391203





Google

What we do:

## Google makes display advertising work for you

Through the Google Display Network, we help you:

### Win moments that matter

by reaching users across all screens, while recognizing and using intent to deliver better, more relevant ads

### Make better decisions

by accessing rich audience data to refine your targeting strategies, along with transparent reporting that helps quickly inform next steps

### Go bigger, faster

by tapping into the greatest reach of any ad network, integrating across video, mobile & social, and by using simple tools to automate optimization

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-002391205



CONFIDENTIAL

GOOG-AT-MDL-002391206



CONFIDENTIAL

GOOG-AT-MDL-002391207



Remarking works by helping you advertise to people who've visited your website, by showing them ads on the web after they've left
This may mean turning customers who've abandoned your shopping cart into converters
It may mean offering your loyal customers discounts
Or it may mean cross-selling related products, i.e. someone who buys diapers from you, may also be interested in baby food
Your imagination is the limit



CONFIDENTIAL

GOOG-AT-MDL-002391209



CONFIDENTIAL

GOOG-AT-MDL-002391210



GOOG-AT-MDL-002391211



CONFIDENTIAL

GOOG-AT-MDL-002391212





CONFIDENTIAL

GOOG-AT-MDL-002391214











Google

# The Google difference: World class technology

### Conversion Optimizer & Remarketing

- Automatically fine-tunes bids to place more value on those likely to convert

### Single tag solution

- One tag across your site
- Easier to create custom lists on the fly or change strategy as you see fit

### GDN auction

- Adjust campaigns based on your needs rather than commit to a set number of impressions at a fixed price

### Remarket across media channels

- Display, mobile and video with YouTube
- Remarketing lists for Search Ads

CONFIDENTIAL

GOOG-AT-MDL-002391219





Google

# Highlights of Remarketing with Google

## Performance

### Efficient bidding
- Pay the minimum price for the highest position you can get given your bid and Quality Score

### Auto-optimized bidding
- With Conversion Optimizer and Remarketing

### Transparency
- Visibility into which sites your ads appear on
- Raise or lower bids based on site performance

### Targeting optimization
- Add other targeting methods, such as placements or topics to your campaign to reach people on certain sites

## Ease of use

### Easy ad creation
- Produce multiple creative messages through text ads, or use Display Ad Builder to make image or video ads

### User controls
- Mute This Ad for Display lets users mute ads which are shown on the GDN

## Audience

### Customized audience
- Customize remarketing lists in creative ways. E.g., show tailored ads to your abandoned shopping cart users

### YouTube remarketing
- Reach YouTube viewers who have viewed or interacted with your videos, and subscribed to your channel

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-002391221



Google

# Introducing the new Remarketing Tag

## A much simpler, more powerful approach to running remarketing campaigns

| Easy tag implementation | Advanced list rules | Back-end optimization | Dynamic values[beta] |
| --- | --- | --- | --- |
| Place one tag across the entire site and use the simple user interface to manage lists | Create advanced list strategies by defining rules | Back-end bid optimization based on remarketing signals | Pass dynamic values based on specific user actions |



CONFIDENTIAL

GOOG-AT-MDL-002391223



CONFIDENTIAL

GOOG-AT-MDL-002391224



Google

# Five benefits of the new Remarketing Tag

**Performance** (1, 2, 3)

**1. Create sophisticated remarketing lists**
Define more granular audiences based on user actions and activity on the site

**2. Integrate with dynamic ads**
Use the values passed into the Remarketing Tag to show tailored creative based on the customer's interests and activities (retail only)

**3. Automated bid optimization of remarketing**
Better predict performance of your ads and optimize the predicted likelihood to convert for future auctions. Use Conversion Optimizer to get bid optimization with Remarketing signals

**Ease of use** (4)

**4. One-time, unified tagging**
Place a single block of code across your entire site that will be used to create remarketing lists across all of your campaigns

**Audience** (5)

**5. Reach more people**
Ability to create new Remarketing lists allows you to expand your target audience

Google Confidential and Proprietary







Google

# Easily dive into remarketing with Google Analytics

## Create advanced remarketing strategies with Google Analytics

1. **Re-use your Google Analytics tag**
   Make a one-line, one-time change to your GA tags

2. **Leverage your GA data**
   Use over 200 analytics dimensions & metrics to target precise audiences

3. **Build & edit lists with ease**
   All using the Google Analytics UI

4. **Create sophisticated lists based on visitor activity**
   Built on an intelligent understanding of cross-session visitor behavior

5. **Reach your visitors across the web**
   Lists automatically appear in AdWords to run ads on the GDN

Google Confidential and Proprietary

CONFIDENTIAL

GOOG-AT-MDL-002391228



While it's easy, don't forget to also do the following when implementing GA campaigns:
Update your privacy policy – familiarize yourselves with our Display Advertiser Policy
Test & verify your tag changes
Link your AdWords accounts
Get Admin access
And find your lists (once you've created them) in AdWords

CONFIDENTIAL

GOOG-AT-MDL-002391229



CONFIDENTIAL

GOOG-AT-MDL-002391230





Google

# Remarketing Lists for Search Ads

Use remarketing lists to create targeted AdWords search campaigns

| Convert search customers | Cross-sell / up-sell existing customers | Enhance online conversions |
| --- | --- | --- |

| **Optimize** | **Customize** | or |
| --- | --- | --- |
| search bids for customers who have not yet converted on your site | offers for those who have already converted on your site | Bid down on or exclude customers who have already converted or are unlikely to convert |

CONFIDENTIAL

GOOG-AT-MDL-002391232



CONFIDENTIAL

GOOG-AT-MDL-002391233



CONFIDENTIAL

GOOG-AT-MDL-002391234





CONFIDENTIAL

GOOG-AT-MDL-002391236



- Reach qualified shoppers☐Reach shoppers precisely when they are searching for items to buy on Google.

Increase traffic and sales☐Google Shopping connects your products to the shoppers searching for them, helping you drive traffic and sales to your store. Your products will appear on Google Shopping and may even be displayed on Google.com, depending on your items' relevance.☐☐- Submit products for free☐Inclusion of your products is completely free. There are no charges for uploading your items or the additional traffic you receive.

Dynamic Product Library
Build a dynamic home for product images to be accessible to the online shopper and be leveraged in your dynamic display campaigns

*



Google

# Access exclusive text inventory with Dynamic Product Ads

**Reach text-only portion of GDN**
(8B impressions a day)

**Exclusive**
Advertise on text inventory that most other networks and DSPs do not have access to

**Customizable**
Retail advertisers can tailor text ads based on remarketing lists

**Easy**
Create and manage text campaigns like display

Dynamic Remarketing with text ads

Google Confidential and Proprietary 38



CONFIDENTIAL

GOOG-AT-MDL-002391239





Other companies hire a creative team to build dynamic ads for their clients, taking away control and allowing free edits only on a restrictive schedule.

Creative Control - We chose to help build a flexible tool - high quality dynamic ads - Criteo (creative design team) - partial slot? Screenshot of DAB – show different creatives -

Where are list of dynamic ads – ping Susan!

CONFIDENTIAL

GOOG-AT-MDL-002391241



CONFIDENTIAL

GOOG-AT-MDL-002391242



Google

# In a crowded landscape, Google stacks up

## Google

**Personalized Remarketing Dynamic Ads (Retail)**

Transparency

Flexibility

Optimization and Reports
- Conversion Optimizer
- GDN Real-time Bidding
- Placement Performance Report
- Audience Composition Report
- Share of Users Report
- List Splitting
- New Remarketing Tag
- Frequency Cap

Targeting Solutions
- Remarketing for upselling and cross selling
- Negative remarketing
- Similar Audiences
- Interest Categories
- YouTube Remarketing
- Use of Text Ads
- Contextual targeting combinations

## Everybody else

**Personalized Remarketing Dynamic Ads (All Verticals)**

Optimization and Reports
- Real-Time Bidding
- Real-time Reporting on CPC basis



CONFIDENTIAL

GOOG-AT-MDL-002391244



## Next Steps

**New to Remarketing?**
Work with your Google Account Manager to discuss a strategy to close the sales loop and bring efficiency to your other advertising spend with Remarketing

**Already doing Remarketing with Google?**
Continue reading to see the newest updates from Google technology like the smart pixel and conversion optimizer + remarketing

**Doing Remarketing elsewhere?**
It gets better! It can be tough to compare apples to apples because of 3rd parties using the "black box" and blended CPA's but we're confident and we want to prove ourselves! Work with your Google AM to set up a head-to-head test and let us show you why remarketing with Google Rocks



CONFIDENTIAL

GOOG-AT-MDL-002391246



CONFIDENTIAL

GOOG-AT-MDL-002391247



# Dynamic Remarketing delivers Storkie Express conversion rates 203% higher than regular display and lower costs-per-conversion

Custom invite printer increase conversion rates and decreases CPC

**Marketing Goal:**
To create awareness of Storkie brand and product offerings, and to connect with customers

**Solution:**
Ran ads on search and Google Display Network, created remarketing campaign, and used Dynamic Remarketing to automatically tailor ad messaging

**Tactics:**
• Ran ads on search and Google Display Network
• Created remarketing campaign
• Used Dynamic Remarketing to automatically tailor ad messaging

**Results:**
• Conversions grew **117%** on Google Display Network
• **203%** higher conversion rate than regular display ads
• **119%** higher conversion rate than regular remarketing campaigns; Dynamic Remarketing



Google Confidential and Proprietary    19