Message

| | |
|---|---|
| **From:** | Bhatia, Krishan (NBCUniversal) [Krishan.Bhatia@nbcuni.com] |
| **Sent:** | 4/12/2013 11:09:59 AM |
| **To:** | Bonita Stewart [bonita@google.com]; Banerjea, Atish (NBCUniversal) [Atish.Banerjea@nbcuni.com]; Mayer, Mike (NBCUniversal) [Mike.Mayer@nbcuni.com]; Naylor, Peter (NBCUniversal) [peter.naylor@nbcuni.com] |
| **CC:** | Jonathan Bellack [jbellack@google.com]; Bethanie Baynes [bethanie@google.com]; Karen Aviram [kaviram@google.com]; Neal Mohan [nmohan@google.com] |
| **Subject:** | RE: Google/NBC - DFP Premium Upgrade Project Team |

Bonita, Neal and Team,

Thank you all for the call and the follow up.  We appreciate the support and commitment to the partnership you are providing and are hopeful we can accomplish our joint goals effectively on this project.  Mike and I followed up with our teams to ensure that they are fully focused on the transition and timeline we discussed.  We will also share the list of dedicated resources and contacts you have provided  – thank you.

Kiran is in touch with your assistants to schedule the executive team updates.

In the meantime, we are in the process of reviewing our AdX agreements so we can roll those into our DFP renewal discussion per our call with Karen, Bethanie and your legal team the other day.

Again, please feel free to reach out to me at any time if you have questions/issues you need to address.

Regards,
Krishan & the NBCU Team

**From:** Bonita Stewart [mailto:bonita@google.com]
**Sent:** Thursday, April 11, 2013 10:18 PM
**To:** Bhatia, Krishan (NBCUniversal); Banerjea, Atish (NBCUniversal); Mayer, Mike (NBCUniversal); Naylor, Peter (NBCUniversal); Bhatia, Krishan (NBCUniversal)
**Cc:** Jonathan Bellack; Bethanie Baynes; Karen Aviram; Neal Mohan
**Subject:** Google/NBC - DFP Premium Upgrade Project Team


Krishan, Atish, Mike & Peter,

Thank you all for the call yesterday. We appreciate your support in making the upgrade to the DFP Premium platform a priority for your team in 2013.

As discussed, we've agreed to progress with the accelerated project plan to migrate all NBC traffic onto the new platform by December 2013 with the personnel and financial resources which Google has already committed to. Additionally, we've agreed that this is top priority for NBC's team as well as Google, and will communicate as such to our respective teams. Finally, to ensure that any critical issues are surfaced and solved for quickly, Neal and I will commit to syncing with your executive team every two months throughout the project.

Below please find contact information for key Google resources dedicated to ensuring a smooth and successful upgrade for all NBC properties. Ideally we can line each of our contacts up with key NBC stakeholders.

On behalf of the entire Google team thanks for your continued partnership.

Bonita

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**KEY CONTACTS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**I. Project Management:**

HIGHLY CONFIDENTIAL											GOOG-DOJ-04307267

**Primary upgrade project lead:** Mike Schwimmer (mschwimmer@google.com, 212-565-9938)

**Secondary upgrade project leads:**
Kunal Kothari (kkothari@google.com, 510-552-0129)
Ran Tao (rantao@google.com, 212-565-5707)
Pablo Alvarez (pabloalvarez@google.com, 415-736-1019)

**Business lead:** Greg Lazaroff (lazaroff@google.com, 212-565-9410)

**II. Technical Support:** Krunal Dave (kdave@google.com, 212-381-5582)

**III. Escalations:**

**Primary escalation contact:** Bethanie Baynes (bethanie@google.com, 212-565-6109)

**Project Management:** Adam Grancell (agrancell@google.com, 650-253-2007)

**Product:** Jonathan Bellack (jbellack@google.com, 212-381-5443)

**Business:** Karen Aviram (kaviram@google.com, 212-565-5961)

**Technical Support:**
Alberto Grazi (albertog@google.com, 212-565-2855)
Bill Davidson (billd@google.com, 415-596-0148)

**IV: Google Executive Sponsors:**

**Bonita Stewart**, VP, Americas Partnerships (bonita@google.com, 212-565-4052)
**Neal Mohan**, VP Product Management (nmohan@google.com, 650-253-5331)

| Bonita C. Stewart \| | Vice President, Partner Business Solutions, |
|---|---|
| Americas\| | bonita@google.com \| Direct: 212.565.4052 Mobile: ▇▇▇▇▇ |

"This email may be confidential or privileged.   If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks."