Message

---

| | |
|---|---|
| **From**: | Brinker, David [dbrinker@newscorp.com] |
| **Sent**: | 11/14/2014 8:08:06 PM |
| **To**: | Craig DiNatali [cdinatali@google.com] |
| **Subject**: | Re: Congrats |

ok - sounds like a plan - let's connect next week.

Where the fuck are my contracts.

On Fri, Nov 14, 2014 at 12:06 PM, Craig DiNatali <cdinatali@google.com> wrote:
> in fairness to them..... the team (google team) is doing some training with him/the team on tuesday so could be lack of knowledge of how the system works...
>
> On Fri, Nov 14, 2014 at 3:02 PM, Craig DiNatali <cdinatali@google.com> wrote:
> > i can have kate put it in a very clean/clear note (she writes these better than me). But basically, what works is dynamic allocation (the integration with DFP and ADX).  We get rubicon does not like it because it will 'beat' them on price. So the NYP team changed the configuration to basically turn that off so rubicon got called first. It just limits the performance.
> >
> > On Fri, Nov 14, 2014 at 3:00 PM, Brinker, David <dbrinker@newscorp.com> wrote:
> > > Let me talk to them.  Can you dumb it down for me?
> > >
> > > On Fri, Nov 14, 2014 at 11:58 AM, Craig DiNatali <cdinatali@google.com> wrote:
> > > > thats my problem, we told them what to do to fix  it, they came back and said we have to do it a different way because of rubicon. Cant fix it if there are other business rules at play we are not aware of.
> > > >
> > > > On Fri, Nov 14, 2014 at 2:56 PM, Brinker, David <dbrinker@newscorp.com> wrote:
> > > > > What do you need from him?
> > > > >
> > > > > Everyone is getting a bit underwhelmed with performance of AdX on NYP.  What can we do to fix that?
> > > > >
> > > > > On Fri, Nov 14, 2014 at 11:42 AM, Craig DiNatali <cdinatali@google.com> wrote:
> > > > > > http://newscorp.com/2014/11/14/news-corp-completes-acquisition-of-move-inc/
> > > > > >
> > > > > > tell charlie to stop ignoring me
> > > > > >
> > > > > > --
> > > > > > Craig DiNatali
> > > > > > Director, News and Magazine Partnerships
> > > > > > Google Inc.
> > > > > > p: 212-381-5485
> > > > > > f: 646-786-4722
> > > > > > c: ███
> > > > > >
> > > > > > 'This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.'

CONFIDENTIAL

GOOG-AT-MDL-B-005482544

'The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.'

--
David Brinker
Senior Vice President, Head of Business & Corporate Development
President, New York Post

212.462.5515 tel
212.462.5596 fax
 mobile
dbrinker@newscorp.com

Passionate. Principled. Purposeful.

1211 Avenue of the Americas
New York, NY 10036

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of News Corporation or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

--
Craig DiNatali
Director, News and Magazine Partnerships
Google Inc.
p: 212-381-5485
f: 646-786-4722
c:

'This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.'

'The above terms reflect a potential business arrangement, are provided solely as a basis for further

discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.'

--
David Brinker
Senior Vice President, Head of Business & Corporate Development
President, New York Post

212.462.5515 tel
212.462.5596 fax
████████ mobile
dbrinker@newscorp.com

Passionate. Principled. Purposeful.

1211 Avenue of the Americas
New York, NY 10036

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of News Corporation or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

--
Craig DiNatali
Director, News and Magazine Partnerships
Google Inc.
p: 212-381-5485
f:  646-786-4722
c: ████████

'This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.'

'The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding

obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.'


--
Craig DiNatali
Director, News and Magazine Partnerships
Google Inc.
p: 212-381-5485
f: 646-786-4722
c: █████████


'This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.'

'The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.'




--
David Brinker
Senior Vice President, Head of Business & Corporate Development
President, New York Post

212.462.5515 tel
212.462.5596 fax
█████████ mobile
dbrinker@newscorp.com

Passionate. Principled. Purposeful.

1211 Avenue of the Americas
New York, NY 10036



This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of News Corporation or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.