| Message | |
|---|---|
| From: on behalf of | global-programmatic-solutions@google.com [global-programmatic-solutions@google.com] Per Bjorke [bjorke@google.com] |
| Sent: | 6/17/2015 12:38:51 AM |
| To: | Mark Edman [markedman@google.com] |
| CC: | Douglas de Jager [dejager@google.com]; Kristin Wiechmann [kheinz@google.com]; Andrea Faville [afaville@google.com]; Alex Shellhammer [ashellhammer@google.com]; Theo Souliopoulos [tsouliop@google.com]; d-spam-friends@google.com |
| Subject: | Re: [AdSpam Eng] Re: [Adspam-ops] Re: [programmatic-news] Putting the user first. Our third wave of attack on unwanted ad injectors |

Congratulations - great achievement!!

Thanks.

Per

| Per Bjorke | Product Manager, Ad Traffic Quality | bjorke@google.com | 650-245-3105 |

On Tue, Jun 16, 2015 at 1:35 AM, Mark Edman <markedman@google.com> wrote:
Congrats to everybody involved!

On Tue, Jun 16, 2015 at 8:14 AM, Douglas de Jager <dejager@google.com> wrote:
+afaville,ashellhammer

Kristin, Theo, thank you. Much appreciated. Yes, the plan is indeed to announce publicly. Expect word after this week's DoubleClick Leadership Summit.

Best wishes from the land that summer forgot,

D

On Mon, Jun 15, 2015 at 4:08 PM, Kristin Wiechmann <kheinz@google.com> wrote:
Huge congratulations to the team! +1 to any client-facing talking points to highlight our leadership in this area!

On Mon, Jun 15, 2015 at 10:24 AM, Theo Souliopoulos <tsouliop@google.com> wrote:
Congrats to this team! Is there a client-facing talking point or visual we can share, where appropriate? I ask because many of my clients would love examples like this that highlight we are staying steps ahead.

On Mon, Jun 15, 2015 at 10:22 AM, Daniel Zilic <zilic@google.com> wrote:
Having fallen victim myself to an ad insertion scheme (bundled with a Chrome app) a few years ago: thanks and congratulations!

On 15 June 2015 at 15:32, Mayur Lohia <mayurlohia@google.com> wrote:
This is super exciting! Congratulations !

On Jun 15, 2015 7:00 PM, "Gilles Boitard" <gillesb@google.com> wrote:
any official comms to follow this great piece of news ? !

HIGHLY CONFIDENTIAL                                                                                                                                               GOOG-DOJ-06837998

On Mon, Jun 15, 2015 at 3:28 PM, David Goodman <davidgoodman@google.com> wrote:
Fantastic innovation, work and leadership
sent from my mobile device; please excuse any typos.
On Jun 15, 2015 9:23 AM, "Luis Manrique" <lluis@google.com> wrote:
That's really awesome work, Doug + Team. Exactly what our customers have been asking for and completely differentiating in the market. :)

On Mon, Jun 15, 2015 at 06:10 Bonita Stewart <bonita@google.com> wrote:
Thank you and congratulations!

Bonita

On Mon, Jun 15, 2015 at 6:52 AM, Douglas de Jager <dejager@google.com> wrote:
If you don't care about the user, you may stop reading now.

If you've shut your ears to 150,000 user complaints this year, and if you're indifferent to the wicked thieves stealing our users' account details, you may return to admiring your hand mirror.


**Defending DBM. Defending Advertisers beyond DBM.**
It's official. Google is now cutting off the money to the creators of this:



We have just deployed automated defences that protect DBM's customers from funding unwanted ad injectors. The following plot shows the resulting impact across some of the largest exchanges:



Of course—as mad as this might seem—we realise that some advertisers do not use DBM. And we want to help protect advertisers across the industry. So today we're also committing to the following initiative: we'll be notifying unwitting exchanges across the industry which of their suppliers are nefarious ad injectors; and we'll be working with these exchanges to help them take appropriate action.

**Larks**
This has been an exciting project for the team, as much for the challenges as for the goal of fighting unwanted software.

With only the vaguest initial idea how they might tackle the problem, the team managed to iterate through the unknowns to build a classifier that:
- appeals to a new BotGuard signal;
- imputes through two levels of indirection; and
- bounds precision and recall through
  - a ground-truth test harness for injected inventory and
  - an extended test harness that appeals to a suite of previously unknown orthogonal signals.

**Special thanks need to go to:**
*Nav Jagpal, Kurt Thomas and Elie Bursztein*
This project would not have happened without the pioneering work of Kurt and Elie and of Nav and his team. Kurt and Elie led the initial research into the scale of the problem. Nav and his team then

led the first two waves of attack on unwanted ad injectors: in the Chrome Web Store and through the Safe Browsing API.

Nav, in particular, needs to be thanked. This project was his idea—part of Nav's grand plan to tackle unwanted software—and had he not kept twisting our arms in December, this project would almost certainly not have happened. He's been a brilliant AdSpam champion throughout. Nav, thank you.

*Ashley Brown*
Ashley was the project lead. He owned the team's engineering task list, managed relations with many teams and deftly dealt with several surprising launch blockers. Ashley also took full responsibility for a new BotGuard signal needed by the team. He designed and implemented this new signal. He then personally made the infrastructure changes to logging and serving—carefully managing the legal, privacy and resource reviews—necessary to ramp up BotGuard instrumentation across DDM from the initial 1% deployment led by Sam.

*Petr Marchenko*
Petr was the technical lead for the project. He led the design of the classifier, providing swift, undaunted improvements through systematic exploration of the problem. He also designed the test harness used to bound precision and recall, personally developing the orthogonal signal suite. In the face of what appeared to be a bottomless unknown, Petr was fearless and quite brilliant. Petr, thank you.


*Joe Tallett*
Joe took on the difficult challenge of eliminating false positives. Across much of the industry inventory is made available to advertisers through a daisy chain of unknown intermediaries. When unwanted ad injectors proxy their ad slots through the same opaque intermediaries, it becomes frustratingly difficult to partition this inventory from the legitimate inventory. Joe rolled up his sleeves, investigated so many edge cases, and designed and implemented the necessary safeguards.

*Jan Althaus*
Jan heroically stepped in to rescue the team's presentation to the launch committee. As one of d-spam's resident statisticians, Jan provided a more rigorous formulation of the classifier thresholds, and helped the team justify their fundamental decisions.

*Sam Boger*
Sam provided expert guidance to Ashley both as Ashley developed the new BotGuard signal and as he made the infrastructure changes necessary to extend instrumentation.

*Evan Mezeske*
Evan guided the team's Masonite and blacklist development—providing helpful, swift CL reviews and guiding the team through to launch.

*Bunyan team, especially Jasmin Velkic and Martin Stolle*
Many, many thanks to Jasmin and Martin. Despite being in a code yellow, they somehow found a way to deal with the team's requests for out-of-band pushes, code reviews and help with optimisation—to manage complicated, computationally heavy snippets.

*The Reviewers, especially Greg Slaughter, Yifen Huang and David Maymudes*

HIGHLY CONFIDENTIAL

GOOG-DOJ-06838001

Greg, as the new Launch Czar, couldn't have been more helpful in expediting the launch process despite several concurrent launches, international travel and Greg's being new to the role. Yifen was typically supportive throughout, even finding a way to complete her review for DBM shortly before welcoming a new member to her family. Yifen, again, congratulations! David repeatedly went far beyond expectatins to unblock the launch—whilst the team's principal DBM contacts were on leave, reviewing CLs and pulling in other DBM stakeholders as required, and then working through this past weekend to keep the review process on track. David, many thanks.

*Vlad Sinaniyev*
This launch would not have been possible without Vlad's support. Vlad first heard about the team's efforts when he received a surprise resource-request escalation, followed shortly by a desperate appeal: "Sorry, we need this urgently. Can we have a VC?' His quick response and thoughtful assessment were greatly appreciated. Without Vlad's support the team would not have been able to collect the required BotGuard signal.

*BOW team*
The BOW team were a fantastic support throughout, providing swift, constructive advice on how to ramp up BotGuard coverage without negatively impacting users.

d-spam-friends+unsubscribe@google.com         d-spam-friends@google.com
https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAJrTgA-a3rmgHgdua-3kgnUpnwh5%3Dg_xpVzW0PFoXbGWLRV8FQ%40mail.gmail.com

--

| Bonita C. Stewart \|\| | Vice President, Partner Business Solutions, Americas |
| \|\| bonita@google.com \|\| | Direct: 212.565.4052 Mobile: ███████ . |

"This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks."

--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAGpJC14YF3Qim2DhX6wBnpZHXhCuzOXP8nNfN6v1dhmF24tMRg%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAEMg7GtR5E2t0r3AanxM8jo1wocOkhBD58a6Jk_pBUcN%2BJX_aQ%40mail.gmail.com.
--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAFsSLe_zB1WMfzzmJohWRkuwDqd-y7LXrCr2Rnp8ALix1pdnLQ%40mail.gmail.com.
--
You received this message because you are subscribed to the Google Groups "DDM Commercialization" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ddmc+unsubscribe@google.com.
To post to this group, send email to ddmc@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ddmc/CAFsSLe_zB1WMfzzmJohWRkuwDqd-y7LXrCr2Rnp8ALix1pdnLQ%40mail.gmail.com.
For more options, visit https://groups.google.com/a/google.com/d/optout.
--
You received this message because you are subscribed to the Google Groups "DDM Reg Sales Leads" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ddm-reg-sales-leads+unsubscribe@google.com.
To post to this group, send email to ddm-reg-sales-leads@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ddm-reg-sales-leads/CAFsSLe_zB1WMfzzmJohWRkuwDqd-y7LXrCr2Rnp8ALix1pdnLQ%40mail.gmail.com.




--
                gillesb@google.com   +33 1 42 68 97 98

This email may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person.  Thanks."


--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.

HIGHLY CONFIDENTIAL                                                                                                          GOOG-DOJ-06838003

To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAHfojBh2dQWDUrbm08mO7%3DfotGSEJHYxcUvwvGqoZr8KX9wL5g%40mail.gmail.com.
--

--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CALPf0ZBqkHRnWarAVwjSBF2%2BgAVtbP6LgUqx3w8wFMp-Uqa6HA%40mail.gmail.com.

Dan Zilic || DACH PBS - AdSense for Domains & eCommerce ||

d-spam-friends+unsubscribe@google.com
d-spam-friends@google.com
https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAP8oXD1mTAdjZyXqCxEk3%3DtDuwrYHN2HRGASA_H3g8hzhE%3DC%3Dw%40mail.gmail.com

--
Theo Souliopoulos | Account Executive | tsouliop@google.com | 415-990-1335

d-spam-friends+unsubscribe@google.com
d-spam-friends@google.com
https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAEF0TT7iNEK-myvJDbwL3ST5BW1vpfdtJ32drscQfGjd6D%2BpMQ%40mail.gmail.com

Kristin Wiechmann | Strategic Partner Lead | kheinz@google.com | 212-565-4150

--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.

HIGHLY CONFIDENTIAL                                                                                                           GOOG-DOJ-06838004

To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAJrTgA8hAkpho0Bhp3rauaJ%3DJbtjoSVd0%2B_MpMCxPu4Kr6E2Fg%40mail.gmail.com.

adspam-dbm+unsubscribe@google.com
adspam-dbm@google.com
https://groups.google.com/a/google.com/d/msgid/adspam-dbm/CAJrTgA8hAkpho0Bhp3rauaJ%3DJbtjoSVd0%2B_MpMCxPu4Kr6E2Fg%40mail.gmail.com

--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAFQeadcHdeYWnashAx_1TB6foeA0gGRmaO9aiefjZ%3DbtrcJBiA%40mail.gmail.com.

-- You received this message because you are subscribed to the Google Groups AdSpam-Eng group. To post to this group, send email to adspam-eng@google.com. To unsubscribe from this group, send email to adspam-eng+unsubscribe@google.com. For more options, visit this group at
https://groups.google.com/a/google.com/d/forum/adspam-eng?hl=en
--


--
You received this message because you are subscribed to the Google Groups "d-spam-friends" group.
To unsubscribe from this group and stop receiving emails from it, send an email to d-spam-friends+unsubscribe@google.com.
To post to this group, send email to d-spam-friends@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/d-spam-friends/CAE76LMLtaDaSQ%2BzzXTe9y76i8ocPxszz%3DxJR%2BXsG4AjCfYbaNA%40mail.gmail.com.

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-06838005

The New York Times - Br

www.nytimes.com

Ads by Click2Save

**The page at says:**

Possible Privacy Breach and Computer Error Detected Due to Suspicious Activity Found On Your Computer.

Contact A Certified Live Technician Now:

You might ... virus

Your location: CONFLICTED    ___ ___ (Toll Free)    r ISP: NOWN

OK

**What you mu**

Call > ___ immediately.
Fast assistance with removing viruses.
(Toll-FREE, High Priority Call Line)

y Breach if virus not removed immediately:

Data exposed to risk:
1. Your credit card details and banking information
2. Your e-mail passwords and other account passwords
3. Your Facebook, Skype, AIM, ICQ and other chat logs
4. Your private photos, family photos and other sensitive files
5. Your webcam could be accessed remotely by stalkers with a VPN virus

**More about the virus:**

Seeing these pop-up's means that you may have a virus installed on your computer which puts the security of your personal data at a serious risk. It's strongly advised that you call the number above and get your computer fixed before you continue using your internet, especially for shopping.

**24/7** UNMATCHED SERVICE AND SUPPORT.

     

HIGHLY CONFIDENTIAL
GOOG-DOJ-06838006