Message

| | |
|---|---|
| From: | Mike Bergmann [mikebergmann@google.com] |
| Sent: | 8/16/2017 6:07:18 PM |
| To: | Jeremy Woodlee [jwoodlee@google.com] |
| CC: | Kelly (Bullington) Hux [kbullington@google.com]; Isaac Nikfar [inikfar@google.com]; ap-all [ap-all@google.com]; pdc-all [pdc-all@google.com]; Chip Hall [chiph@google.com]; Jonathan Bellack [jbb@google.com]; Sam Cox [samcox@google.com]; Dan Taylor [dantaylor@google.com]; Ruth Kirschner [rkirschner@google.com]; Tyler Skowrup [skowrup@google.com]; Vikas Jain [vijain@google.com]; Brooke Schafer [brookeschafer@google.com] |
| Subject: | Re: Cadreon (IPG) Signs Agency Direct DoubleClick AdExchange Deal |

Great win Isaac!! Hot sauce for all :)

> On Wed, Aug 16, 2017 at 11:04 AM, Jeremy Woodlee <jwoodlee@google.com> wrote:
> Now that is a long sales cycle! Congrats to everyone who helped get this one across the line!

> On Wed, Aug 16, 2017 at 10:25 AM, Kelly (Bullington) Hux <kbullington@google.com> wrote:
> Big Congrats Isaac!
>
> Thank you for all of your perseverance and efforts over the last couple of years to close this deal. Great win!!

> On Wed, Aug 16, 2017 at 9:16 AM, Isaac Nikfar <inikfar@google.com> wrote:
> Hello Team,
>
> We are excited to share that Cadreon (IPG) has signed an AdX Direct Contract. Our estimated Top Line spend on AdX in 2018 is **$140M, which is approximately 175% YoY growth**. This win has been 7+ years in the making and IPG was the *last* of the **Big 5** Agencies without a Direct AdX Contract. This win is a true collaborative cross-team Platforms approach partnership between DBM and AdX. Below are further details:
>
> **What we overcame:**
> - Lack of Buy-in on making AdX their go-to SSP/Exchange
> - Lack of appreciation of a closer relationship with AdX for strategic media planning purposes
> - Cadreon/IPG Global Senior Executives/Leadership not educated on Benefits of AdX Direct engagement
> - Sequential Liability
>
>
> **How does this help Google?:**
> - Proactively leverage the DoubleClick Tech and Media stack
> - Combined DBM + AdX API Access unlocks integration with Cadreon Unity Platform for Deals
> - Increase in total Google Investment (*Media and Tech*)
> - Allows Cadreon to partner with Google on strategic initiatives like Ads.txt and TacticID
> - Agency Direct engagement on AdX has shown significant improvement in total DCLK dollars in the past: e.g. Publicis (*123% YoY*), AKQA (*380% YoY*)
> - Global AdX adoption (EMEA/APAC *deals to follow*)
>
> This process was a true team selling effort. Thank you to everyone listed below who helped and apologies to those that we may have missed.
>
> **Who Helped bring this home:**

HIGHLY CONFIDENTIAL

**DoubleClick Sales:** Kelly Hux, Tyler Skowrup, Rona Harvey (AdX EMEA), Nick King (AdX EMEA), Anne Lutin, Vikas Jain, Isaac Nikfar
**Product Management:** Sam Cox, Roshan Khan
**PDC Analyst:** Art Price
**Platforms CSI:** Jasper Seldin, Sam Temes
**DoubleClick gTech:** Jackie Fusco, Justin Webb
**Legal:** Brooke Schafer, Matt Kellogg, Oliver Zee, Uchechi Okereke (AdX Legal EMEA)
**Global Agency:** Tricia White
**Executive Sponsors:** Chip Hall, Ruth Kirschner, Dan Taylor, Jonathan Bellack

Thank you,
Isaac Nikfar

| Isaac Nikfar | AdExchange Agency Team, Americas |
|---|---|
| inikfar@google.com | Direct: 415.736.5385 |

*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thank you.*

--

Kelly (Bullington) Hux
Head of Industry, Media Platforms
Kbullington@google.com

(O) 415.736.5333

--

You received this message because you are subscribed to the Google Groups "pdc-all" group.
To unsubscribe from this group and stop receiving emails from it, send an email to pdc-all+unsubscribe@google.com.
To post to this group, send email to pdc-all@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/pdc-all/CAEnCbs06sPv4hQD65zm75U%2B2M2T%2BgG8gWoFGF-SKwBw2QWa20A%40mail.gmail.com.

--

Jeremy Woodlee
Director, Google Media Platforms

o. 310.310.6059
f. 310.564.2021
jwoodlee@google.com

--

You received this message because you are subscribed to the Google Groups "ap-all" group.

HIGHLY CONFIDENTIAL                                                                                                                       GOOG-AT-MDL-010782180

To unsubscribe from this group and stop receiving emails from it, send an email to ap-all+unsubscribe@google.com.
To post to this group, send email to ap-all@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ap-all/CAMYxTpOcznVdZcsmD-1LH0o1XG8xA-U7Vd2%2Bpan2njopWY3eKg%40mail.gmail.com.

--

* Mike Bergmann
* **Senior Programmatic Account Manager**
* 415-933-0652
* MikeBergmann@Google.com

--

You received this message because you are subscribed to the Google Groups "ap-all" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ap-all+unsubscribe@google.com.
To post to this group, send email to ap-all@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/ap-all/CAGTP%2Bhh4dL%3DzWePbZTB%2BzNvzKYQ2Y7%2B2-BKV_VKprP9OCXoEJA%40mail.gmail.com.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-010782181

DTX-466 Page 3 of 3