# The Alchemist

(AKA First Price Bernanke)
pooyaj@
go/bernanke-for-1p
March 2019

**(THIS IS THE INTERNAL TO GTRADE DOC NOT TO BE SHARED!)**

## Summary

- Alchemist is a mechanism that:
  - Is truthful: no advertiser has an incentive to misreport her value
  - Is individually rational: no advertiser pays more than its declared value
  - Submits first price bids to publishers (while being truthful from buyer's perspective)
  - Satisfies margin constraint: it allows revenue over payout to be adjusted per publisher
  - Maximizes welfare for its spending: no mechanism can pay the same/lower amount of money to publishers and achieve a higher welfare
  - Has minimal processing overhead in serving
  - Allows improvements on the basic first price bid optimization models to improve its results without needing any changes
  - Provides a robust framework: it allows maximizing profit and potentially adding additional constraints (if necessary) on top of having all the other properties.
- Status: Implemented (design doc)

## Problem

> **Comment [1]:** Can you add an executive summary on top? 3-4 bullets with your main proposal and its properties
>
> **Comment [2]:** I added one on top.

Switching to First Price Auctions (FPA) makes GDN's first price bid optimization (for the winner of Adwords Mini Auctions) a unique problem in many ways: Because of the buy-side infrastructure (like HDMI) which was designed for bidding in a Second Price Auctions (SPA), we want to keep the mechanism truthful and individually rational from the buy-side's perspective and at the same time bid in sell-side's FPA. Furthermore, for each sell-side's publisher, we want to hit a specific (15%) margin. In this document we propose Alchemist: a simple mechanism (and a robust framework) that satisfies all these constraints while maximizing welfare and profit.

GOOG-DOJ-14550102



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550103



**Comment [3]:**

**Comment [4]:** Nice catch!

**Comment [5]:**

**Comment [6]:**

HIGHLY CONFIDENTIAL

GOOG-DOJ-14550104



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550105



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550108

DTX-681 Page 7 of 29



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550109



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550110

DTX-681 Page 9 of 29



## Results

Alchemist vs Log-linear Bidding Strategy



Table 1

| $\rho$ | Alchemist | | | | Log-linear | | | |
|---|---|---|---|---|---|---|---|---|
| | Rev. | Pay. | Welf. | Win.C. | Rev. | Pay. | Welf. | Win.C. |
| 0 | 84024.43 | 71420.59 | 219911.22 | 27581 | 78692.17 | 66881.09 | 213679.06 | 27619 |
| 0.3 | 92165.77 | 78341.92 | 197572.14 | 26733 | 94917.59 | 80671.56 | 199389.08 | 25985 |
| 0.6 | 96119.94 | 81701.15 | 165876.38 | 25078 | 53085.19 | 45124.63 | 103007.92 | 25032 |
| 0.9 | 86405.12 | 73444.94 | 110495.18 | 19707 | 73279.78 | 62291.89 | 95081.37 | 23973 |

Table 2 (Alchemist vs Log-linear)

| $\rho$ | Profit Inc. | Welfare Inc. | Surplus Inc. |
|---|---|---|---|
| | | | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-14550111

| 0 | 2.91% | 6.71% | 1.01% |
|---|---|---|---|
| 0.3 | -0.91% | -2.96% | 1.00% |
| 0.6 | 61.03% | 81.12% | 1.45% |
| 0.9 | 16.21% | 17.94% | 1.12% |

███████████████████████████████████████

Table 3

| $\rho$ | Alchemist | | | | Log-linear | | | |
|---|---|---|---|---|---|---|---|---|
| | Rev. | Pay. | Welf. | Win.C. | Rev. | Pay. | Welf. | Win.C. |
| 0 | 79202.03 | 67322.04 | 199128.12 | 23375 | 77080.59 | 65517.47 | 196013.01 | 23152 |
| 0.3 | 84538.06 | 71858.15 | 173694.78 | 22036 | 32263.07 | 27422.13 | 85385.64 | 17626 |
| 0.6 | 82923.36 | 70485.58 | 137620.88 | 19370 | 9.09 | 7.53 | 28.02 | 57 |
| 0.9 | 52661.19 | 44761.64 | 65458.11 | 10685 | 8737.86 | 7427.57 | 11318.34 | 6926 |

TableAlchemist vs Log-li 4 (Alchemist vs Log-linear)

| $\rho$ | Profit Inc. | Welfare Inc. | Surplus Inc. |
|---|---|---|---|
| 0 | 1.58% | 2.74% | 1.01% |
| 0.3 | 103.42% | 161.93% | 1.75% |
| 0.6 | 490955.71% | 796156.07% | 3276.59% |
| 0.9 | 478.33% | 502.88% | 5.31% |

███████████████████████████████████████

Table 5

| $\rho$ | Alchemist | Log-linear |
|---|---|---|

HIGHLY CONFIDENTIAL

GOOG-DOJ-14550112

| | Rev. | Pay. | Welf. | Win.C. | Rev. | Pay. | Welf. | Win.C. |
|---|---|---|---|---|---|---|---|---|
| 0 | 103499.49 | 87973.95 | 288082.27 | 31121 | 97796.69 | 83132.31 | 281766.26 | 31233 |
| 0.3 | 117335.02 | 99734.30 | 264463.43 | 31257 | 24938.63 | 21195.73 | 86647.58 | 18225 |
| 0.6 | 133740.33 | 113678.47 | 241619.36 | 31538 | 121582.61 | 103340.44 | 227951.73 | 34473 |
| 0.9 | 155502.80 | 132176.48 | 206908.97 | 31604 | 122777.19 | 104364.10 | 167582.09 | 36821 |

Table 6 (Alchemist vs Log-linear)

| $\rho$ | Profit Inc. | Welfare Inc. | Surplus Inc. |
|---|---|---|---|
| 0 | 2.24% | 5.87% | 1.00% |
| 0.3 | 205.21% | 370.24% | 2.51% |
| 0.6 | 5.99% | 9.97% | 1.02% |
| 0.9 | 23.46% | 26.68% | 1.18% |



GOOG-DOJ-14550113

████████████████████████

Table 7

| $\rho$ | 0.0 | 0.3 | 0.6 | 0.9 |
|---|---|---|---|---|
| $\alpha_s$ | 0.85128 | 0.89854 | 0.91643 | 0.89606 |
| Alchemist's Profit | 12603.83 | 13823.85 | 14418.78 | 12960.17 |
| Opt's Profit | 95.81 | 5500.24 | 8026.14 | 6478.37 |
| Surplus dec. | 0.828% | 0.574% | 0.786% | 3.605% |

███████████████████████████████████████

Table 8

| $\rho$ | 0.0 | 0.3 | 0.6 | 0.9 |
|---|---|---|---|---|
| $\alpha_s$ | 0.84886 | 0.89131 | 0.90547 | 0.87674 |
| Alchemist's Profit | 11879.98 | 12679.91 | 12437.7739448 | 7899.55 |
| Opt's Profit | -493.76 | 4662.13 | 6032.04 | 2476.06 |
| Surplus dec. | 0.640% | 0.980% | 1.070% | 4.689% |

█████████████████████████████

Table 9

| $\rho$ | 0.0 | 0.3 | 0.6 | 0.9 |
|---|---|---|---|---|

HIGHLY CONFIDENTIAL

GOOG-DOJ-14550114

| $\alpha_s$ | 0.84459 | 0.89960 | 0.92800 | 0.91901 |
|---|---|---|---|---|
| Alchemist's Profit | 15525.53 | 17600.72 | 20061.85 | 23326.31 |
| Opt's Profit | -20.61 | 7121.62 | 11990.83 | 14776.07 |
| Surplus dec. | 1.099% | 0.444% | 0.017% | 1.338% |



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550115



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550116



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550117



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550118

DTX-681 Page 17 of 29



| Setting | Surplus Dec | Profit Dec | Welfare Dec |
|---------|-------------|------------|-------------|
| Alchemist | 0.1105% | 1.5562% | 0.5678% |



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550119



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550120



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550121



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550122





HIGHLY CONFIDENTIAL

GOOG-DOJ-14550123



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550124

DTX-681 Page 23 of 29



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550125





HIGHLY CONFIDENTIAL

GOOG-DOJ-14550126



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550127



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550128





HIGHLY CONFIDENTIAL

GOOG-DOJ-14550129



HIGHLY CONFIDENTIAL

GOOG-DOJ-14550130

DTX-681 Page 29 of 29