# HDMI Modeling Design Doc

gdn-cpa-core@,
(Original: July 2015 OPC)
(Updated Aug 2015 for MPC, ROAS)
(Updated Oct 2015 for auto/manual split)
(Updated May 2018 for low-data)
(Updated Sep 2019 for store-visit conversions)

***Ref:*** *Modeling Productionisation Guide*

*go/gdn-co-hdmi-modeling-design-doc*

## General Information

1. What does the model predict?
    a. [redacted]
        i. [redacted]
            1. [redacted]
        ii. [redacted]
    b. [redacted]
        i. [redacted]
        ii.
    c. Updated model prediction description as of 2018-05-10
        i. [redacted]
            1. [redacted]
            2.
            3.
            4.
            5.
2. How and where is the prediction used?
    a. [redacted]
3. Contact information (team/TL email, wiki page).
    a. TLM: adarvish@
    b. team: gdn-cpa-core@
    c. web: go/project-hdmi

**Commented [1]:** how are these [redacted] chosen?

**Commented [2]:** There's a [redacted] section below.

## Source of Training Data

1. How is the training data obtained?



a. [redacted]
b. If it is based on [redacted]
   i. N/A
c. If it reads from [redacted], have you checked for the logs being ready before consuming them?
   i. N/A

2. Does it correctly handle conversion data (see Conversion Handling)?
   a. [redacted]
   b. [redacted]
   c. [redacted]
3. Does it correctly handle DBM data (see DBM Data Separation)?
   a. N/A, since the data source if [redacted]
4. How are bad data handled (e.g., when certain days of data are deemed unusable)?
   a. [redacted].
5. Are the training data stored?
   a. If so, does it satisfy wipeout compliance?
   [redacted]
6. How frequently does the training data get refreshed?
   a. [redacted]
7. What happens when training data is stale?
   a. [redacted]

**Commented [3]:** update?

**Commented [4]:** Not changed in this launch but in need of update. Started one below.

**Commented [5]:** +kehuang@google.com +sunder@google.com +nouri@google.com

Updated the model design doc for store visit conversions.

## Training Algorithm

1. How is the model trained?
   a. If it is based on existing infrastructure [redacted]
      i. N/A
   b. If it is a custom learning infrastructure,
      i. [redacted]
      ii. What is the canary plan when the learning infrastructure is changed?

1. [redacted]

2. How frequently is the model updated?
    a. If it is custom and updated on a regular basis, <link to [redacted]
        i. [redacted]
    b. If it is on demand, how do we decide a new model is needed?
        i. N/A
3. What is the metric for evaluating model quality?
    a. [redacted]
4. Are the models versioned?
    a. [redacted]

## Serving

1. How is the model served?
    a. [redacted]
    b. Update 2018-05-10. [redacted]
2. How does the model get updated in serving?
    a. Is there a canary process for the new model?
        i. [redacted]
        ii. [redacted]
3. In case of production issues,
    a. How do we rollback to an older version of the model?
        i. [redacted]
        ii. Updated 2018-05-10. [redacted]
    b. Can we disable the model?
        i. [redacted]
4. Are there [redacted] involved in serving (such as thresholds)?
    a. How are they selected?
        i. Yes, fallback constants and thresholds:
            1. [redacted]
            2. [redacted]

**Commented [6]:** what is this comparison?

**Commented [7]:** Not changed in this launch but in need of update.



ii.

b. How do they get updated?

i.

ii. Update 2018-05-10.

1.

2.

## Monitoring

1. Which group is responsible for monitoring?
    a. gdn-cpa-alerts@google.com
    b. gdn-cpa-oncall@ gets pages.
2. (This is not an exhaustive list) Are there alerts for
    a. Training data looks bad and/or incomplete
        i.
    b. Trained models have poor quality
        i.

**Commented [8]:** are this the old ones? or are they updated?

**Commented [9]:** See "Update" halfway through selected text.

**Commented [10]:** how would you know that it's time to tune them? are there alerts?

**Commented [11]:** Discussed with various stakeholders in the launch doc. We plan on doing a post-experiment analysis on this to make sure that nothing's getting caught in the rampup state.

**Commented [12]:**

**Commented [13]:**

**Commented [14]:** wait, are you saying that gdn bidding has no call at all that can be paged in emergencies?

**Commented [15]:** Outdated. I updated parts marked updated. gdn-cpa-oncall@ gets pages.

**Commented [16]:** are these email pages or actual phone call pages?

**Commented [17]:** Calls.



c. Trained models are too different from the last iteration
   i. [redacted]
d. Models are stale
   i. [redacted]
e. Jobs failures (job down, [redacted] overrun, [redacted] failures)
   i. Yes, [redacted] will email
   ii. [redacted]
   iii. [redacted]
f. Server side monitoring (see productionisation guide for suggestion)
   i. [redacted]
   ii. We plan on setting up the following alerts, once we are able to verify reasonable thresholds via [redacted]:
      1. [redacted]
      2. [redacted]
      3[redacted]

3. Is there a playbook describing how to handle the different types of alert?
   a. go/hdmi_flume_alert_playbook

## Production Readiness

1. How are PCRs handled?
   a. Is training multi-homed?
      i. [redacted]
      ii. go/hdmi-pipeline-dc-migration (by jtakagi@)
2. Does it require any production resources?
   a. If so, please review usage on a regular basis and make plans for resources well in advance
      i. [redacted]
      ii. [redacted]
3. If it uses batch resources, is there monitoring of usage against batch quota?
   a[redacted]

4. In case of resource crunch,
   a. Are there ways to temporarily resolve the issue [redacted]
      i. [redacted]
   b. Are there ways to reduce load by turning off jobs of lower priorities (for example, [redacted]
      [redacted] [redacted]