# PRIVILEGED AND CONFIDENTIAL (PLEASE DO NOT SHARE)

*Status: Final*
*ajaybangla@, adx-1p-bidding@*
*Sept 2019*
*go/adx-first-price-bidding-summary*

| | |
|---|---|
| **Migration to 1st Price Auctions** | **1** |
| **Bidding Options** | **2** |
| **DV360 Bidder** | **3** |
| Value | 4 |
| Competition model | 4 |
| Mean model | 4 |
| Calibration model | 4 |
| Utility function | 4 |
| 1P Bid Computation | 4 |
| **GDA Bidder** | **5** |
| Surplus maximization | 5 |
| Surplus maximization + Incentive compatibility. | 5 |
| Surplus maximization + margin + incentive compatibility. | 6 |
| **Results** | **6** |
| GDA Advertiser Impact Analysis | 6 |
| DV360 Advertiser Analysis | 7 |

In sept 2019 AdX and AdMob are launching the following changes (go/first-price-auction) :
- Auction: Switch from 2nd price (2P) auctions to "transparent" 1st price (T1P) auctions. This move brings simplicity and transparency on the sell side ecosystem at the cost of increased complexity for buyers and hence this document.
- Fair access:
  - Depreciate last look: Last look allows AdX buyers to look at the highest bid from header bidder and remnant line items which creates a big advantage. Removing

this results in a revenue loss of 21% and 9% for GDA and DV360 respectively (14% combined).
- ○ Unified floors: Depreciate support for buyer specific (rule based floors). This has the potential to unlock inventory where Google buyers saw higher floors than other buyers.
- Depreciate anonymous branding type. This results in a revenue loss of 1-2% for Google buyers.

**Transparent 1P auction?**
In order to aid bidders in training their bidding models AdX post auction will report for each query the minimum bid the bidder would have needed to win. We call this HOB (Highest Other Bid). This would enable bidders to train per-query competition model and bidding models.

**Timelines**
- March 2019: Announcement
- June 10: 1% traffic
- June 25: 5% traffic
- July 29: 10% traffic
- Sept 10: 20% traffic
- Sept 16: 50% traffic
- Sept 25: 100%





HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02096735



**Commented [1]:**
+loth@google.com

**Commented [2]:**

**Commented [3]:** + bias/intercept?

**Commented [4]:**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02096736



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02096737



Rasta

| Buyer | Revenue | Value | No BC revenue |
|---|---|---|---|
| GDA | -3.5% | -4.5% | -3.1% |
| GDA: Web | -3.4% | -5% | -2.6% |
| GDA: App | -4.6% | -4.6% | -4.6% |
| DV360 | 1.5% | 0.92% | 2.5% |
| DV360: Web | 1.2% | 0.67% | 3.65% |
| DV360: App | -3.6% | -3% | -2.9% |

GDA Advertiser Impact Analysis

mh-cpd report





## DV360 Advertiser Analysis

--------- 2019-09-20 ~ 2019-09-24------------

Target CPA

|  | % adgroups below 100% of target | % adgroups below 125% of target |
|---|---|---|
| **Control:** | | |
| overall performance | 22.83% | 29.44% |
| **Experiment:** | | |
| overall performance | 21.89% | 28.6% |

Target CPC

|  | % adgroups below 100% of target | % adgroups below 125% of target |
|---|---|---|
| **Control:** | | |
| overall performance | 68.45% | 74.58% |
| **Experiment:** | | |
| overall performance | 67.98% | 74.08% |

CPA Favor Goal

**Commented [5]:** +yumeng@google.com 

_Assigned to Yu Meng_

**Commented [6]:** Done. Thanks for the suggestion.

**Commented [7]:** thank you Yu!

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02096739



-------------------------------
A-metric analysis shows ability to hit Target CPA, Target CPM.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02096740