Control Number :     GOOG-AT-MDL-009068311

All Custodians :     Christian Cramer, Cristina
                     Bita, Kristen Gil, Kristin
                     Reinke, Mike Herring, Mike Roszak,
                     Ruth Porat, Yuki Richardson

Custodian :          Ruth Porat

Date/Time Created :  1/16/2020 10:37 PM

Date/Time Sent :

MODIFICATION DATE :  1/18/2020 2:31 AM

File Name :          Final Allocation
                     Methodologies_Jan
                     2020_1MbVTolepoOMc69xqiWsIr
                     FI8fhjsH1deo_ZyYs-j3Yg.pptx
                     ; Final A...

# Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence - Ability to influence |
|---|---|---|---|
| TI | Machines, data centers, networking, TI payroll (ex SBC) | Usage-based as per Resource Economy | Machine utilization due to ordering behaviour / forecast accuracy - **High** |
| | TI SBC, Corp Eng, Security & Privacy | Corp Eng: HC (FTEs and TVCs that have assets/equipment) TI SBC: In proportion to RE | Code reliability and scalability, and reduction of PA specific applications - **Medium** |
| Shared Eng | Eng teams supporting x-PA (e.g., payments infra, ads eng, eng interns) | Business Finance provides allocation rates, method varies case by case. | Shared Eng HC resourcing decisions - **High** Shared Eng Platforms/Tools Usage - **Low** PA-specific Platforms/Tools Usage - **Medium** |

Alphabet / Google

Confidential & Proprietary

TI Price Variance

## Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence |
|---|---|---|---|
| REWS | Rent, building and fit-out depreciation<br><br>Security, transportation, employee perks, food | SqFt<br><br>Headcount | Office locations, office density, seated HC - **Medium** |
| POps | Staffing<br><br>HRBPs, ops, PeopleDev, benefits & comp | Offers accepted<br><br>Headcount | Volume and location of net hires, including accurate demand signals - **Medium** |
| Global Affairs | Legal, Government Affairs & Public Policy, Trust & Safety, and Google.org | Mostly direct, otherwise survey | Streamlining and standardization of contracts could lower costs - **Low/Medium** |
| Finance | FP&A and Accounting teams | FP&A: Survey, Acctg: POs/invoices/rev | Low |
| Central | Bad debt, VAT, and other taxes and other unallocated costs | Mostly direct, otherwise survey | High |

Alphabet / Google

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068312

# Summary of Key Cost Drivers and Allocation Methodologies

| Functions | What is it? | Allocation driver (Current) | Factors business can influence |
|-----------|-------------|-----------------------------|--------------------------------|
| Sales | Salesforce and related support costs | By survey to assess product focus | Product complexity – **Medium** |
| Marketing | A&P plus marketing HC | A&P directly coded to PA, otherwise survey | Decision on PA-specific $ spent – **High** |

Alphabet / Google

Confidential & Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068313



Tl;dr list of what we consider to be the most important changes/decisions needed coming out of the deep dives

GPI drivers most likely combination of HC metrics, direct coding to PA's

For 2018, the following was the split for House Ads CAC:
DVAA: $161m
Search Ads: $23m
YouTube: $98m
This was netted out through Stewardship: $282m of contra expense

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068314



**Details of allocation methodologies**

Alphabet / Google                                                    Confidential & Proprietary       5

HIGHLY CONFIDENTIAL                                       GOOG-AT-MDL-009068315

# Allocations:  Keywords and Definitions

| | |
|---|---|
| **Directly Coded** | ● Costs that are directly coded to a product code, which is mapped to a PA from the relevant cost pool |
| **Needs Allocation** | ● Costs that need to be allocated out to PAs from the relevant cost pool |
| **Allocated from Others** | ● Costs allocated to the function/PA from another function/PA |
| **Survey** | ● Assigns costs from 'needs allocation' bucket to a PA based on survey results<br>● go/turboallocrates |
| **Sweep** | ● Any remaining costs not assigned to PA is distributed in the same ratio resulting from the survey<br>● Ensures 'completeness' of cost allocation |

Alphabet

Confidential & Proprietary      6

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068316





Need to solve for Stewardship cost; Items that are coded into the z99 bucket- Ok to utilize the sweep methodology for this.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068318



Need to identify what truly belongs in Stewardship

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068319



Reviewing to update/change current methodology to allocate out more of the GPI costs that gets allocated back to the GPI after the survey



Should we be allocating research $ to the respective PA's instead of allocating back to research

-Question for the leadership at allocation reviews

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068321



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068322



*includes the $5B EU fine coded to Platforms & Ecosystems PA □ **proforma without $5B EU fine

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068323





HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068325

DTX-877 Page 16 of 29



Scott Kleman:  The trace-ability of cost and ability to explain input / output changes in the model is not satisfactory. In order to get improved reporting and trace-ability, we may need to simplify / change the model.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068326



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068327



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068328





Watch List:
Friends of search
TI costs
Core Systems
Assistant

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068330



Watch List:  House Ads

GOOG-AT-MDL-009068331



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068332

DTX-877 Page 23 of 29



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068333



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068335





HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009068337



Why we do Reclasses

Revenue for most of Google's Owned & Operated (O&O) properties (e.g. Gmail, Finance, Groups, News etc) is booked to product code A01 - Adwords
For purposes of reporting, FP&A needs a more granular level of detail
Based on the level of detail, Revenue/TAC is re-classed to the appropriate product areas