**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br>　　　　　*Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br>　　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF FILING

Pursuant to the Court's August 9, 2024, Order, Dkt. No. 1147, Defendant Google LLC ("Google") files the attached **REVISED REDACTED EXHIBITS** on the grounds and for the reasons stated in its Google's revised objections to the public disclosure of evidence at trial (Dkt. No. 1236).

Dated: August 24, 2024                    Respectfully submitted,

Eric Mahr (*pro hac vice*)                */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)             Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)               THE LAW OFFICE OF
FRESHFIELDS BRUCKHAUS                     CRAIG C. REILLY, ESQ:
DERINGER US LLP                           209 Madison Street, Suite 501
700 13th Street, NW, 10th Floor           Alexandria, VA 22314
Washington, DC 20005                      Telephone: (703) 549-5354
Telephone: (202) 777-4500                 Facsimile: (703) 549-5355
Facsimile: (202) 777-4555                 craig.reilly@ccreillylaw.com
eric.mahr@freshfields.com
                                          Karen L. Dunn (*pro hac vice*)
Justina K. Sessions (*pro hac vice*)      Jeannie S. Rhee (*pro hac vice*)
FRESHFIELDS BRUCKHAUS                     William A: Isaacson (*pro hac vice*)
DERINGER US LLP                           Amy J. Mauser (*pro hac vice*)
855 Main Street                           Martha L. Goodman (*pro hac vice*)
Redwood City, CA 94063                    Bryon P. Becker (VSB #93384)
Telephone: (650) 618-9250                 Erica Spevack (*pro hac vice*)
Fax: (650) 461-8276                       PAUL, WEISS, RIFKIND, WHARTON &
justina.sessions@freshfields.com          GARRISON LLP
                                          2001 K Street, NW
Daniel Bitton (*pro hac vice*)            Washington, DC 20006-1047
AXINN, VELTROP & HARKRIDER                Telephone: (202) 223-7300
LLP                                       Facsimile (202) 223-7420
55 2nd Street                             kdunn@paulweiss.com
San Francisco, CA 94105
Telephone: (415) 490-2000                 Erin J. Morgan (*pro hac vice*)
Facsimile: (415) 490-2001                 PAUL, WEISS, RIFKIND, WHARTON &
dbitton@axinn.com                         GARRISON LLP
                                          1285 Avenue of the Americas
Bradley Justus (VSB # 80533)              New York, NY 10019-6064
AXINN, VELTROP & HARKRIDER                Telephone:  (212) 373-3387
LLP                                       Facsimile:  (212) 492-0387
1901 L Street, NW                         ejmorgan@paulweiss.com
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com


*Counsel for Defendant Google LLC*