

Key points - slide comment 6
Sundar basic understanding of the biz
4 constituents, dollar amounts
Twokey challenges
Privacy and competition, not simple
Privacy
We are the lingua franca of data, we are the players of the level playing field
Privacy is dismantling level playing field and putting tension on our ability to win adv dollars (identity stuff)
Doubleclick acquisition was the foundation of fabric
Competition
We are the biggest
But competition demands there is a level playing field
Privacy competition revenue: 3 prongs
Privacy focus what happens to comp and rev
Sliding one to the max is not what we want
WE have a plan but it won't be satisfactory on all dimensions
Efficient market that trades on personalization of ads

3 lane slide to start
Privacy challenge slides
Undoing fabric

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639476



Key Messages


Notes:
Cross-Google partners
Ads PA: APaS, DV3, UX
PDPO
Chrome
Android
Play
YouTube
RMI
GBO: Pub + advertiser impacts
Marketing

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639477

## Our Vision for the Future of Display

- *Free and open internet* for every user
- *A more privacy-safe Display*, upholding user trust in Google
- *Fair and transparent trade of value* between users, publishers, and advertisers

Google

HIGHLY CONFIDENTIAL



Key Messages

Display is a virtuous cycle that is delivering substantial value to users, publishers, and advertisers. Publishers, Users, Advertisers, and Google rely on an ads-funded internet

It is also highly competitive (100s of ad platform competitors)

Google is a leader in Display, facilitates an efficient, competitive ecosystem between buyers (advertisers) and sellers (publishers)


Notes:

All 2020 Numbers are 2020 Plan. $20B Top-Line Revenue excludes PG (another $2B) as Gross Revenue

$20B Top-Line includes: All AdMob, AdX, 3PE, AdSense bought via GDA, App Promo, DV3

$6B Net Revenue is: 55% Web, 40% App, 5% Video (Instream Only)

Overall, Google pays publishers 70% revenue share (most products range from 68% - 95%). We believe this is higher than industry average (67%).

Links:

Financials Source: https://docs.google.com/spreadsheets/d/1TLzpALlURyl-Y6B45TEdRHVLxFjajdaA-_JSZHeWGwl/edit#gid=0

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639479



Key Messages

3 buying lanes and their $ size, tees-up competition point as well as our place in the ecosystem

Introduce key product modules (DBM and AdWords, AdX, GAM and AdMob and AdSense)

There are strong competitors for each module

Notes:

Total 2019 display size per industry metrics (go/industrymetrics) display + video global 2019 = $130B

Estimated RTB/Programmatic market size $X-YB based on observed Google RTB spend on Ad Manager and authorized buyers, estimated Ad Manager/Authorized Buyers SOW, non-YT GDA revenue, and RTB spend on DV360

Alternate way to think about platform and demand

Platform (direct) - AdManager and Admob for decision/mediation. Different set of competitors (e.g., Xander, Freewheel)

Demand (indirect)

Descriptions of each area

DBM "the control center for advertisers, reach inventory everywhere"

AdX "largest RTB auction"

GAM "the control center for publishers, maximize revenue and reach demand

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639480

everywhere"
Admob
AdSense

Links:
"AdTech Explainer Slides" deck from Dan Taylor:
https://docs.google.com/presentation/d/1rv80Q9b5tVLnUglGaSGMrQSa6sTCPLvqs
8SwjjvzzJU/edit#slide=id.g6318ef5d26_1_93

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639481



Key Messages
Display ads are query-less, knowing more about users (data) drives higher CPMs and relevance
The auction is key to maximizing value of unsold (unbranded) inventory for publishers, and pricing depends on data
Advertisers use data to drive ROI, reach audiences, measure impacts
Publishers push for access to data (to share with buyers to drive up prices and competition), e.g., Newscorp escalation

Notes:
Additional notes:
Applies across web and apps
Without queries
Most targeting is based on data from 3P cookies
Publishers incentivized to collect the most valuable data to win the highest bids
More about the data on the right side:
CPM data: GDA, US desktop Chrome.  Source – drx_internal_stats – Jan 2020.
Comparing No Cookie vs. Cookie vs. Cookie w/ Remarketing targeting  –  open auction transactions for AdWords, US, Desktop Web Chrome  inventory  AdX Premium Publishers. Data in line with past studies
Note: data is current state, does not account for revenue replacement
Provenance of CPM values for NPA, Audience, Remarketing
Based on current state of today's world, no accounting for 2nd order effects,

GOOG-DOJ-AT-02639482

potential mitigations etc.

CPMs are based on Jan 2020 data for Display Web inventory, to control for mixed effects we look at US, Desktop, Chrome traffic on our Premium AdX Publishers.

Since we need to compare different targeting types used in the transaction, we limit to AdWords since we aren't able to differentiate Audience vs. Retargeting targeting types for ads using 3p data to target users - this happens in both in Authorized Buyers and DBM.

Non-personalized: CPM for traffic with no google user identifier available

Audience Groups: CPM of traffic with a google user identifier available - this overlaps with remarketing bucket.

Remarketing: CPM of traffic bought based on a remarketing list

Losing personalization does not mean that $2.22, becomes $0.64. This is an illustration of today's world.

Note: The % of revenue add to more than 100% since Audience Groups overlaps with

Additional notes: Not just about driving highest pub CPM - also about reducing CPM variance with minimal impact on the mean. Without cookie info, inventory has a relatively tight band for CPM. With data, the range becomes much higher, and so does the mean. If ecosystem moves to more consistent approaches, the variation could reduce.


Further detail on incentive to apply data

User attributes and inferred intent more valuable than site/app contextual signals, e.g., products or categories in which user has shown interest (see progression)

RTB buyers match 3p cookies; inform bids based on their data silos

Bids informed by most valuable data prevails in auction - pubs mediate to highest bids, reflecting most valuable data

Competition for advertiser $ leads to pressure to apply more data, driving higher revenue to publishers

Highly valuable data includes what products or categories of products you have shown interest in in the past (e.g., remarketing example on right side)

Currently, the RTB auction (price maximization for publishers) happens based on matching 3p cookies between all of the buyers (allowing them to bring their own data silos into play for pricing and winning the ads)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639483



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639484



Key Messages

Ads personalization is how advertisers drive relevancy and ROI through Google's Ads products.  Replacements:  Chrome Privacy-Preserving APIs, Signed-in with Google, NPA

The Ad Exchange is how publishers use us to maximize revenue by passing information to all buyers.  Replacements:  privacy-safe data passthrough and internalizing auction and buyer logic on the server-side

User trust and choice are foundational

Notes:

Personalization is the focus of some parts of this. Measurement is also important (but out-of-scope for this slide)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639485



**Key messages:**
Ecosystem evolves to further patchwork complexity
Google will develop/further innovate multiple solutions to address different plots in the patchwork (with goal of mitigating revenue loss from migration away from 3p cookies, while protecting privacy)
Unless regulation and/or ecosystem is able to enforce a higher bar, competitors will employ a wider range of techniques, including opaque (e.g., fingerprinting) – and users may end up worse off

**Notes:**
Display ecosystem inventory reflects mix of user data offered by Pubs + Adtech platforms
Baseline: Limited and non-personalized ads (e.g., demo, contextual). LPA – ACM slides here
Aggregated/Anonymous-based mitigation: Chrome PP API, Constrained ID (Anning – Android), PPID
1P / Identified: Signed-in (including lift from O&O). GAIA-based hashed PII would be a Customer Match approach for Pubs, sign-in coverage could include Chrome
Note: Opaque techniques are employed by some competitors today; enforcement challenge

Stakeholder impacts from data usage

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639486

**Users – privacy & control, content access, UX & relevancy**
**Pubs – user monetization, content viability**

**Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639487



\* We believe that we have lost $200 to The Trade Desk, with $500M in intermediate risk (Data Transfer Redaction projected to drive 5-14% loss in gross revenue - slides from Data Transfer Analysis for DV3 here). Analysis focused on DR redaction: direct loss in EMEA impacted markets and for ROW, negative halo of redact plans in ROW "tied to DT redaction (both direct loss in impacted markets in EMEA), but also the negative halo effect of our plans to redact in rest-of-world. This was tied to DV360's GDPR and CCPA compliance strategy that no others followed. "


Industry Quotes:
Jeff Green, CEO, The Trade Desk (in AdAge interview):
Q: Some people suggest Google will just get rid of targeted advertising.
"I don't believe they can even if they tried. There is not a company in the world that is more dependent on targeted advertising than Google. If Google did, the open internet and the millions of publishers who are dependent on targeting advertising to survive, including most of our journalists, will find a way around it. What's likely is they will land in a place that continues to enable targeted advertising while enabling consumer privacy."

Q4'19 earnings (here)
 it doesn't really matter what the identity model or approach is. We'll be successful regardless. In fact, I can make the case that we become

indispensable

**Jeff Green, CEO, The Trade Desk (in MediaPost)**
**TTD will do fine even if Google dumps cookies outright, noting that in the most recent quarters TTD's Safari-based ad buys have been growing faster than it's Chrome business, despite -- and possibly even because of -- the obliteration of third-party cookies.**

**Criteo - Earnings call (3/31/2020). CEO Megan Clarken**
**" Our graphs continues to grow to well over 2 billion users and now aggregates persistent identifiers like hashed emails or logins for over 96% of these users."**

**Today, highest probability is Scenario 1.  This reduces Google's relevance for pubs and risks disintermediation of our relevance with advertisers and pubs (impacting O&O and especially YT)**

**But, we believe best outcome is Scenario 2, where Google and competitors are on new, more private, level playing field. To further this outcome, we believe that platforms (Chrome, Android) need to enforce rules consistently. We are not confident that regulations will be enforced to prevent opaque practices, at least within the next 5 years.**

> # Redacted - Privilege

**We believe the best outcome is Scenario 2 (where Google and competitors are on a new, more private, level playing field).  However, today the highest probability is Scenario 3.   For Scenario 2 to happen, we need:**
**Either privacy laws that are more equally enforced (unlikely) and/or platform enforcement (Chrome, Android, others) of privacy norms that treats all ads players equally (which may create antitrust risk).**
**Current Chrome path (Plan A) has a long arc and success probability is unclear.**
**Working with Chrome to define failure state outcomes, criteria, timelines**
**Ads working in parallel on defining a "Plan B" (derivative of browser ID)**
**Flexibility to use more of Google's assets and take some risks to remain competitive and relevant.  Balance of antitrust, privacy, and competitive relevance risk.**



Key Messages
This analysis aims to understanding revenue and stakeholder impacts (publishers, advertisers, users, Google)
Google + competitor actions lead to different outcomes for stakeholders
Risk: competitors move to more opaque data use while Google moves to more conservative data use, dollars shift to competitors, and user privacy status quo will not improve
Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics

Notes about projections:
███████ from Hashed PII
███████ from Lumen (w/ incremental GKS lift)

Detailed Notes:
Display ecosystem inventory reflects mix of user data offered by Pubs + Adtech platforms
Baseline: Limited and non-personalized ads (e.g., demo, contextual). LPA - ACM slides here
Aggregated/Anonymous-based mitigation: Chrome PP API, Constrained ID (Anning - Android), PPID
1P / Identified: Signed-in (including lift from O&O). GAIA-based hashed PII would be

a Customer Match approach for Pubs, sign-in coverage could include Chrome
Note: Opaque techniques are employed by some competitors today; enforcement challenge

Stakeholder impacts from data usage
Users - privacy & control, content access, UX & relevancy
Pubs - user monetization, content viability

Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639491



Elaboration on Success/Failure criteria: Potential criteria:  ad-tech adoption, x-browser adoption, ability to restrict workarounds and timing, level of user privacy improvement, impact to user experience.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639492



Key Messages
2 treatments: no remarketing, no personalization (+ control). Considering 3rd (no ads from Google)
Will exclude those ad types for selected users, with follow-up surveys in these treatments to measure trust/sentiment in Google

Notes:
Launch TBC (~mid-May, results in August); after initial results, may cast additional treatments (e.g., remarketing frequency)
Note: 0.1% display revenue impact, potential fill rate issue for pubs

Links:
More on updated survey approach here: deck:
https://docs.google.com/presentation/d/1XJp7lVVdqdKkrjUl5iL-N1xib4AEPC4SVS7XYIM8iiU/edit#slide=id.g153db1e5d2_0_23
Doc writeup:
https://docs.google.com/document/d/1PLSjXB7Y2BYc_lw15DoYU1OtVNlOYjsloApd1dvfD2s/edit
Source of Trigger moments: slide.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639493



Key Messages

Regulatory changes are threatening publisher monetization, so we're developing (privacy-safe) alternative methods for users to fund their access

Sign in drives publisher CPMs up

Ad blocker site whitelisting ensures ad revenue continues if the user wants to view the content

Subscribe provides simple, automated payment

We'll roll a donate/contribute option tied to publisher accounts, including at microtransaction levels (sub $1)

Alternatively, we're making available rewarded ads and tasks for web and app to deliver ad revenue in exchange for additional access to content

Tasks are particularly interesting because of the internal strategic value to Google (ML labeling) as well as the new source of non-ad revenue to our network.

Notes:

The prompts seen on the first two would similarly offer options for contributions, rewarded ads, personalized ads, non-personalized, etc, and the 3 screens on the right show the follow-on screens

We're also rolling out PPID (publisher-provided ID) to enable frequency capping and raise CPMs, yet not be involved in any personalization.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639494

## Next Steps

- Need decision in the next 6 week+ timeframe - bounded by need to respond with Android's position to developer community
- Teams to work on more comprehensive evaluation of pros/cons and tradeoffs

Google

Key Messages
Future of Display advances user privacy while sustaining the tension of a competitive ecosystem; finding the right balance is critical, but complex
Optimizing too heavily in any dimension could be highly detrimental to user's open access to content or publisher health or ecosystem sustainability or Google revenue
Our desired end-state is to have a concise, coherent user narrative that raises the bar for privacy and stabilizes user trust/sentiment with Google (in a measurable way), preserves publisher/app developer monetization, supports advertiser objectives - and saves X% of Google revenue (we will develop multiple options that allows us to compare/contrast potential solutions and make decisions based on tradeoffs)
Another way of saying this:
Enhance user privacy within Google's Display products
Work with policy, legal, Chrome, Android, and APAS to promote competition
Innovate on new models for publishers and users to trade value (e.g. rewarded ads, subscriptions, microtransactions, tasks)


Notes:
Objectives / Vision for next 2 years
Raise the bar for privacy on the internet (address user, KOF, regulatory) and preserve ecosystem integrity

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639495

Understand more quantitatively the relationship between user trust/sentiment with Google and Display, and tune appropriately
Understand revenue impacts for the ecosystem
Preserve publisher monetization (key funding mechanism for open web)
Support advertiser objectives
Save X% of Google revenue
Support competitively dynamic ecosystem - charge fairly for Google's services

We do this through Project Frogger, an umbrella effort focused on delivering privacy safe techniques (multiple bets, including non-personalized ads), and monitoring impact to user (trust/sentiment), pubs/internet and advertisers/platforms (share more details). Working with APAS, AIM, DBM, Chrome, etc.

Immediate Next Steps
Continue building on technical solutions - including non-personalized ads and 5+ technical areas
Deepen evaluation of impacts to publishers and advertisers, including  competitive dynamics
Instrument user research, begin studies, estimate holdback expense, etc.

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02639496



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639497



Key Messages

Key publishing partners and why a strong sellside facilitates relationships with Google

Provide platform for ads monetization (AdManager, AdMob), monetize users via Google demand (Google Ads; DV3), enable distribution (YT, PLay, Stadia, etc.), and x-Google partnership

Notes:

Example pubs relationships

Large Video Broadcaster

Manages digital inventory through GAM, selling to their advertisers + Google demand

Distributes content on YT

Facilitates broader rel'p that may include Cloud, Stadia, etc.

News Publisher

Drives indirect demand through GAM (also drives direct demand)

Finds new subscribers through Google Ads

Website Publisher

Monetizes thru AdSense; funds content publishing

Drives site visitors thru Google Search

App: Gaming or Social/Comms

Monetizes apps through AdMob; primary source of demand is indirect

Finds new users and optimizes LTV thru Google Ads (YT, Play, Search)

GOOG-DOJ-AT-02639498

Stadia partnership (GCP for Snap?)

Links:
Google News Initiative - https://sites.google.com/corp/google.com/q1-news/google-news-initiative

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639499



*Drivers/Source of Revenue Estimates (exact numbers reference below are pulled from Scenario #2 when applicable):*

*2022 Momentum Forecast: RevTeam official pre-COVID forecast*

*Loss of Consent: Narnia 3 opt-out, scaled globally;* ▮ *in NPA-only to all users and* ▮ *new/sign-out scenarios*

*Impact of 3P Cookie Loss: Applies to measurement and personalization in scenarios #1 & 2, but ONLY to measurement in scenario #3 because the impact of consent has already had the majority of impact*

*Loss of Publisher Content: We lose* ▮ *monetization from long-tail publishers that can't make content anymore and* ▮ *from head publishers who move to subscription models*

*Reduced 3P Exchange Access:* ▮ *loss of 3PE DV3 from weak-AdX domains and* ▮ *of DV3 line items concentrated in 3PE targeting*

*RMKT & Audience Budgets Move to Other DSPs: Loss of [RMKT/Audience] budgets from advertisers w/* ▮ *of budgets spend on [RMKT/Audience]*

*Agg & Anon Mitigation: Samoas (* ▮ *) + Chrome PPAPI (* ▮ *) + GKS (* ▮ *): Note: EXCLUDES all Nera even w/o Chrome*

*Nera w/ Chrome & Hashed PII: Assumes best-case Nera (* ▮ *) + Hashed PII (* ▮ *)*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639500

*Key Messages*
*This analysis aims to understanding revenue and stakeholder impacts (publishers, advertisers, users, Google)*
*Google + competitor actions lead to different outcomes for stakeholders*
*Risk: competitors move to more opaque data use while Google moves to more conservative data use, dollars shift to competitors, and user privacy status quo will not improve*
*Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics*

*Notes about projections:*
*▮▮▮▮ from Hashed PII*
*▮▮▮▮ from Lumen (w/ incremental GKS lift)*

*Detailed Notes:*
*Display ecosystem inventory reflects mix of user data offered by Pubs + Adtech platforms*
*Baseline: Limited and non-personalized ads (e.g., demo, contextual). LPA - ACM slides here*
*Aggregated/Anonymous-based mitigation: Chrome PP API, Constrained ID (Anning - Android), PPID*
*1P / Identified: Signed-in (including lift from O&O). GAIA-based hashed PII would be a Customer Match approach for Pubs, sign-in coverage could include Chrome*
*Note: Opaque techniques are employed by some competitors today; enforcement challenge*

*Stakeholder impacts from data usage*
*Users - privacy & control, content access, UX & relevancy*
*Pubs - user monetization, content viability*

*Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639501



Key Messages

This analysis aims to understanding revenue and stakeholder impacts (publishers, advertisers, users, Google)

Google + competitor actions lead to different outcomes for stakeholders

Risk: competitors move to more opaque data use while Google moves to more conservative data use, dollars shift to competitors, and user privacy status quo will not improve

Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics


Notes about projections:

[redacted] from Hashed PII

[redacted] from Lumen (w/ incremental GKS lift)


Detailed Notes:

Display ecosystem inventory reflects mix of user data offered by Pubs + Adtech platforms

Baseline: Limited and non-personalized ads (e.g., demo, contextual). LPA - ACM slides here

Aggregated/Anonymous-based mitigation: Chrome PP API, Constrained ID (Anning - Android), PPID

1P / Identified: Signed-in (including lift from O&O). GAIA-based hashed PII would be

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639502

a Customer Match approach for Pubs, sign-in coverage could include Chrome
Note: Opaque techniques are employed by some competitors today; enforcement challenge

Stakeholder impacts from data usage
Users - privacy & control, content access, UX & relevancy
Pubs - user monetization, content viability

Success factors: ensuring ecosystem raises privacy bar, monitoring ecosystem outcomes, and supporting viable competitive dynamics

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639503

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
REFLECTS ADVICE OF EU OUTSIDE COUNSEL

**Redacted - Privilege**

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02639504



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639505



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639506



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639507



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639508



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639509



Key Message:

We want to improve the everyday experience people have with ads. Working closely with the Newton team.

We know privacy concerns are very personal and contextual, but through our research we've identified some patterns we can use to improve the experience. Over a 10 day diary study participants in the US and Europe captured ~1,300 ads privacy "trigger moments," or moments where the use of their data for ads personalization caught their attention in a positive or negative way. Despite contextual differences, there were 5 key ad moments that participants found to be negative triggers. We've used these themes to build a framework for ad moments that users are more comfortable with.

Touchy topics: an example from our research is an ad for a plus-sized clothing brand. This was something the participant had searched for, but she didn't feel comfortable seeing ads on this topic as it felt too personal.

Hyper-specific details: People were sometimes unsettled by seeing ads for the exact items they had been looking for previously. This ties back to the insight that ads act as a reminder of pervasive tracking.

Off-limits data: Ads perceived to be targeted based on information people assumed was "private," including conversations, email, and chat apps.

Poorly timed: People felt uncomfortable when they searched for something and saw an ad on that topic a day or even an hour later, but also felt uncomfortable when they felt an ad was being personalized based on data that had been collected months or years ago, as it felt like a reminder that their data was being hoarded and saved indefinitely.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639510

Cross-service sharing: This is particularly relevant for Google, because many people assume ads on other networks have been personalized using their Google search history. A participant in our study had been searching for travel information online, and then saw a personalized ad on Instagram on this topic. This was unsettling for her because she assumed her search history had been shared with Facebook/Instagram.

For the UX research: treatments address key negative trigger moments

Source:

Ads Privacy Trigger Moments (March 2019)

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02639511



Elaboration on Success/Failure criteria: Potential criteria:  ad-tech adoption, x-browser adoption, ability to restrict workarounds and timing, level of user privacy improvement, impact to user experience.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639512

| Id | Date | Text |
|---|---|---|
| 1 | 06/24/2020 04:32:07 | **Redacted - Privilege** |
| | | @vip@google.com can you scrub for wordiness / comprehension? |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02639513