

SMBP / IPG 2021 Business Plan

go/symphony2021

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147892



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147893



## Our Global Charter

**We exist to...**

Help our partners succeed to their fullest potential
Fuel partner growth across OPG with our scaled expertise
Represent and inspire the mid-market voice

**So that we can...**

Onboard, educate and grow our partners' digital revenue worldwide
Invest in and continue to develop an open web and apps ecosystem
Fund great content

**Because we believe...**

Our partners fuel innovation, productivity, and future growth
Scale is king and drives big impact for our partners
SMBs stimulate the market economy and create jobs in all kinds of communities

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147894



GOOG-AT-MDL-019147895



## Executive Summary

| | |
|---|---|
| **Our Goals** | • SMBP revenue is expected to hit ▊ in 2021, marking +**12% YoY growth**<br>• SMBP inventory is projected at **6.4T; 4.5% y/y** (*toc)<br>• **Apps** is expected to grow at +10% YoY, while **Web** is projected to grow by +13% YoY<br>• New Acquisitions is expected to drive ▊ clean revenue in 2021 (*toc) |
| **The Plan** | • **"Symphony" Strategy**: Bringing together the best of teams to drive focus areas with **speed, intelligence** and **scale** while extracting maximum ROI from BAU operations with continued efficiency gains from automation and improvements in core capabilities<br>• **Core Execution remains critical to achieve OPG goals**: As the secret sauce for *Scale*, teams will double down to drive **operational excellence** via coordinated sales, automation and increased collaboration as one SMBP in order to deliver BAU goals most efficiently<br>• **Focus Areas** are key to achieving growth for OPG: Teams need to **innovate & collaborate, driving key results relentlessly & delivering 24% of the total incremental revenue**<br>• **Partner Centricity** remains at the heart of delivering the best of Google to our partners; PX champions efforts across OPG to provide best-in-class service to our partners<br>• **People**<br>  ○ Enable teams to be business owners, grow skills and enrich career experiences<br>  ○ Leverage expertise in key areas: acquisitions, marketing, partner support, and scalable sales opportunity growth to drive productivity and key business results |

* data can be found here

Google

Confidential + Proprietary



What unifies Global SMBP?

4 sub-functions x 4 regions

Shifting demands to have a centralized approach to an in-region approach: confusing and challenging

At the same time, let's remember that someone else in the world probably has the answer to the business problem we're solving for; Has the expertise to get things done

The collective capabilities and perspectives we have on this call should give us hope that as long as we're committed to stay on a common course, we will get there

Why Symphony?

A large ensemble - Work usually consisting of multiple distinct sections

Consists of a string section (violin, viola, cello, and double bass), brass, woodwind, and percussion instruments, which altogether number about 30 to 100 musicians

Each section plays, drums, strums to their parts to produce the best musical compositions

Likewise, each region and function makes their own music but brings the best to the global stage when opportune to play a piece together

At times, the violinists play solos; at other times, it's just the beat of the drums > so how we as conductors nurture the individual teams to serve as the centrepiece in that moment?

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147897



- Taking on scale in a much bigger way
- Plans need to be worked out more requiring more rigorous research, more delegation , and a greater focus on team alignment and clear metrics
- So by the outcome we want is few clear focus areas that unify this global team that we commit to driving performance for
- In essence, embrace our diverse skills and perspectives, nurture it, cheer one another on.... But we pick few but critical areas to drive performance in a concerted effort

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147898

## Symphony 2021: Our **Commitments**

1   SMBP regional/functional teams will drive performance under OPG 2021 Pillars
    anchored by our guiding principles of speed, intelligence and scale.

2   We continue to support region-first or function-first new initiatives with a clear
    mindset of scaling across the wider organization.   We aim to sustain agility and
    accommodate market nuances.

3   We set goals, and we pursue them relentlessly.

4   We get better as a global organization when we share, learn and replicate best
    practices.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147899



Feedback from Scott.
We need amplify/highlight quality as alternative to better in the speed section.

GOOG-AT-MDL-019147900



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147901



Account-Based Marketing:

Acquire ABM Prospects w Nurture: Implement targeted nurture campaigns through targeted content, emails, webinars and events to increase ABM sign up rate

Multi-Touch: Refers to the close integration and deliberate timing of scaled and 1:1 pitches to drive efficiency and implementations

Scale For OPG: SMS expanded our menu of services and scope beyond email into video & online events, and beyond SMBP to drive upper funnel awareness and less complex optimizations to partners across the entire OPG to T1, CPT

DTX-1042 Page 11 of 83



**\*ALL NUMBERS TO BE FINALIZED.**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147903



GOOG-AT-MDL-019147904



GOOG-AT-MDL-019147905



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147906



GOOG-AT-MDL-019147907



GOOG-AT-MDL-019147908

DTX-1042 Page 17 of 83



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147909



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147910



GOOG-AT-MDL-019147911

DTX-1042 Page 20 of 83



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147912



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147913



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147914



- In 2018, SMBP pitched 9.5k pubs for 52k offerings*

| Id | Date | Text |
|---|---|---|
| 1 | 12/16/2020 06:15:12 | thanks Niamh. Keyvan is OOO. Is there someone who can help update the numbers please? |
| 1 | 12/16/2020 10:31:11 | I understand the data points here but I don't think it's an accurate representation to show the figures like this, a decline 175M in samestore is not the same as taking in 64M less in acquisitions. I think Y/Y growth is more representative if you want to compare like with like here. |
| 1 | 12/16/2020 10:31:11 | @waynewong@google.com - Could you please help here if possible? |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147916



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147917

DTX-1042 Page 26 of 83



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147918



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147919

| Id | Date | Text |
|---|---|---|
| 2 | 12/16/2020 06:17:47 | For relatively, what are the pruned and promoted amounts as % of total SMBP rev? (Out of curiosity on my part - if this isn't easily available don't worry) |
| 2 | 12/16/2020 06:17:47 | @keyvann@google.com to follow up |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147920



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147921



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147922



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147923



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147924



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147925

1. **Global SMBP growth is driven by apps** across all regions except APAC, which was impacted by policy clean up in GRCN.

2. **Strong growth in clean revenue** is leading to a high confidence in the sustainability of the business.

3. **Lower tiers were disproportionately impacted** by COVID across apps and web.

4. **Combining 1:1 and scaled interactions improved close rates.** Also validating increased investment in digital events, social and video outreach.

5. **ML improved acquisition lead qualification** by 2.8x and saves 90% scrubbing hours to find HIPO leads.

# Key Learnings From 2020

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147926



Spotlight Story • Dora from Mexico

Pre-COVID: Used most of her data to keep up with friends on WhatsApp and check Facebook.

Post-COVID: Has been struggling to conserve and top-up her mobile data since she lost her job due to COVID. She's prioritizing the little data she can afford towards her daughter's schooling (which has transitioned to WhatsApp). Dora's daughter is the now the primary phone user.

We heard similar stories from NIUs in other countries.

"Well now people talk through the internet and the phone. I get calls every day, I get video calls...But when I do many video calls...then it uses all the internet and the internet runs out." - Cristielen, Brazil

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147927





HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147929



GOOG-AT-MDL-019147930



Add notes to this slide

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147931



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147932



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147933



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147934



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147935



**Spotlight Story · Alfonso from Mexico**

**Pre-COVID: Struggled to find stable jobs but ad-hoc jobs always turned up.**
**Post-COVID: Lost his job at a restaurant when COVID hit. Ad-hoc jobs like carpentry help put food on the table, but have become scarce. Recharging mobile data is stretching the limits of his reduced income. Alfonso has been conserving cell phone data by prioritizing emergency calls and lowering food costs with price-comparison shopping.**
**We heard similar stories from NIUs in other countries:**
**"[I] had planned to go the 42km back [to my village]. The price of vegetables and other essentials are cheaper [there], and there are no jobs in the city." - Mikhail, India.**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147936



**\*ALL NUMBERS TO BE FINALIZED.**

**Target Trix: https://docs.google.com/spreadsheets/d/1bj2l31_v7-Fab-bW300a-33mEQijXtw6RSe8h21nHGM/edit#gid=499158272**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147937



**\*ALL NUMBERS TO BE FINALIZED.**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147938



Account-Based Marketing:

Acquire ABM Prospects w Nurture: Implement targeted nurture campaigns through targeted content, emails, webinars and events to increase ABM sign up rate

Multi-Touch: Refers to the close integration and deliberate timing of scaled and 1:1 pitches to drive efficiency and implementations

Scale For OPG: SMS expanded our menu of services and scope beyond email into video & online events, and beyond SMBP to drive upper funnel awareness and less complex optimizations to partners across the entire OPG to T1, CPT

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147939



**\*ALL NUMBERS TO BE FINALIZED.**

# Functional/Product 2020 Plans

| TEAM | DETAILS | OWNER(S) |
|------|---------|----------|
| Scaled Acquisition | Attract and acquire quality creators, build a healthy and engaged ecosystem | adunleavy@ |
| Scalable Communications | OPG's leading Center of Excellence for all things scaled. | vanvuong@ |
| A-Team | Shifting gears (1:1 vs scale) to accelerate partner growth through our three superpowers: adaptability, agility, and flexibility | prateekbajaj@ |
| Partner Experience | Move forward to create effortless support environment that empower partners and sustain excellent user experience. | seolkichol@ and vitalyporunov@ |
| SMBP Apps Plan | Grow new partners, formats and the platform | prateekbajaj@ |
| SMBP Web Plan | Pivoting web business to scale | darynach@ |
| NBU @ SMBP | Google must build for NBU markets in order to sustain long term growth in users and revenue | sballestiero@ |

Google

GOOG-AT-MDL-019147941



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147942



Source: https://docs.google.com/spreadsheets/d/1yaUTxa747i0DaNP0h8QBLFyIfx-FKlE7N3DTJiQLCo0/edit?resourcekey=0-qosmMuHzdTvC7KMwkAe5Dw#gid=1944865193

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147943



OPG 2021 Pillar Survey: https://docs.google.com/document/d/1fCpW2Sx4tKBMLczY-t6Bgcu-kSlpfO7P0SsBjt2z-_M/edit?ts=5f087b9f#

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147944



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147945



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147946



- Goal: Drive X incremental traffic, X Leads and X revenue from Nature & SEO.
- Goal: Drive X sign ups and $X revenue.
- Goal: Drive $7M ARR uplift on HiPO sign ups.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147948



# Scalable Marketing Solutions

Our fundamental purpose is to serve as OPG's leading Center of Excellence for all things scaled



## 2020 EOY Summary
*How did we do?*

SMS finished the year at $XB Overall Reachable BoB (X% vs target, +X% YoY). Web drove $XM and Apps drove $XM incremental Implemented ARR in 2020.

Alongside new email campaigns, global SMS considerable inroads expanding to new channels, including YouTube (X videos produced in 2020) and Gather (X webinars hosted). We also made great progress expanding into ecosystem health (Top Dropper), scaling project Purple success, and pioneering coordinated multi-touch initiatives.



## Our 2021 Pillars
*What's next?*

SMS Web will own XB (X% y/y) and Apps XB (X% y/y). To deliver against these targets, we formulated three core pillars:

1. Reachability
Grow our pool of opted-in users across channels to deliver the right message at the right time.

2. Proactive and Intelligent Comms
Engage partners with targeted, personalized comms at every stage of the publisher journey.

3. Efficiency through Data
Achieve greater insights and automation through improved reporting and tracking infrastructure.



## How do we get there?
*What's different in 2021?*

To pull off this new strategy, SMS is making two big changes:

1. Scalable comms: PgM and deeper subject matter experts (SMEs)
Alignment on webinar topics for global OPG with deeper content expertise and improved proactiveness with our Internal CoE processes and building trust with our stakeholders as we move into 2021.

2. Intelligent scaled pipeline approach
Improving scaled and 1:1 sales coordination and alignment by leveraging our data insights and delivering a scaled content strategy across channels.



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147950





## A-Team: What are we doing differently in 2021?

**Context & Strategy**

In 2021 OPO SMBP will mature into a ████ (12% Y/Y) business and the A-Team will continue to manage ~50% of that revenue via a hybrid approach of 1:1 and scaled interactions (*estimated target)
- **Apps:** Focus on going deeper with top opportunities/rising apps via strategic initiatives such as SCRs, UX consultation, and onboarding on Platform
- **Web:** Double down on scaled initiatives to maximize the opportunity focused on sustaining revenue and increasing reach; minimum high touch impact only on top rev deals and Ad Manager optimization

**Success Metrics**

- Implemented Deal Value
- Unique partners pitched & optimized
- Revenue touched/optimized at scale

In 2021, the team will be factoring in for two new M1 metrics to ensure that we are set for the right model to capture both depth (top accounts rev) and breadth (maximizing optimization for unique partners)

**Operations Excellence**

- **Multi-touch initiatives:** Doubling down as one SMBP team where A-team members will be unlocking the opportunity via coordinated sales, minimizing 1:1 efforts on low complex opportunities (solving for unified messaging to the customer, efficiency, signal improvement).
- **Scaled webinars:** A-team AMs will only be hosting the webinars for respective languages; efficiency gains via support from SMS w.r.t event logistics and content creation
- **OE lead/region:** To help with global alignment on OE metrics, improved OE metrics Q/Q, weekly sales activities, etc. Drive automation based on trends to increase reach (ex.: account based marketing in collaboration with SMS)

**In discussion (WIP)**

- **Increased reachability for top partners:** Additional PDR support/TVC request to help AMs reach out to top rev partners who are currently non-contactable
- **Scaled Tracking:** Support required to ensure the team is able to track the impact of scaled activities (Project Purple)

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147952

| Id | Date | Text |
|----|------|------|
| 2 | 12/16/2020 11:05:02 | @prateekbajaj@google.com |
| 3 | 12/16/2020 11:07:42 | My sense is that is may reduce slightly from 50%. As EMEA web is significant |
| 3 | 12/17/2020 01:26:49 | Is this still the case removing A-team Web EMEA? (Another curiosity question, not essential to answer now if info not readily available) |
| 1 | 12/17/2020 01:26:49 | @niamhdonagh<br>@ajayluther@google.com : I will be working with PI in early Jan to revisit the number, yes it will be reducing with the change in EMEA web. Hence, not closing the comment, will update the same once Q1 BoBs are built. |

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147953



## Partner Experience

PX drives innovative solutions focus on Automation, Proactiveness and Brand Loyalty while ensuring Publisher Experience through all platforms

### PROVIDE GREAT CONTENT IN A TRUSTED & CLEAN ECOSYSTEM for Users

Focus on pre-empting publisher problems and switch from reactive to **proactive support through Education and Proactive Communications at scale.** Bring unique PX knowledge to drive partner growth and education at scale across OPG.

- Education at scale
  - PX Webinar series
  - Top Issues Video Content Creation
- Email Campaigns with SMS/PSL/Product team

### EXPAND REACH for Advertisers

Be the thought leaders to achieve high-quality and maintain self-solvability of our scalable support platforms by **improved program management and enhanced collateral.** Ensure that they can be used as the primary point of contact for publishers.

- Forum Enhancement
- Extend PX Scope to wider OPG business: Ad Manager Support Pilot, HiPo AdMob, Shortstop & Highlight
- Dedicated Product Platform Leads improving End-to end UX & Issue resolution on HC

### INNOVATE TO ENABLE FUTURE GROWTH for Partners

Gain deeper publisher insights and **leverage data analysis to automate processes** that provide better and faster outcomes for publishers and release FTE resources.

- Automation(Cases agent)
- ChatBot
- UI Notifications in Product Menu
- Smart Journey Optimization (HC Discoverability and Audit)
- My AdSense Help Center Page

### Risk & Dependencies

- **Technical enablement** for automation need
- Rely on **stakeholders' approval** on some of the implementation(e.g. AdSpam team)
- **Privacy and Regulation:** Increased Regulations in User Privacy Policies. Apps Ecosystem change such as iOS14
- **Product dependencies**
- Core performance drop during the launch phase of new initiatives
- Longer Resolution Time due to one step further guidance

Google

GOOG-AT-MDL-019147954



## Partner Experience

PX moves forward to create effortless support environment that empower partners and sustain excellent user experience

| What we focused in 2020 | How 2021 will look like |
|---|---|
| Focus on 1:1 support operational excellence. Global PX engaged with 10K unique number of publishers. <br><br> • Providing **1:1 support to +13K cases** globally. <br> • Delivering **88.1% tCsat and 77.3% TRT** with +5.1% YoY growth in case volume. <br> • Touched publishers with **$2.17B** in ARR. <br> • Quality Assurance launch ensured the operational excellence across the markets for all 1:1 interactions with publishers with **+80% quality score from all regions.** <br> • **Automated cases are projected to save 1.6 FTE time** with cases robot designed for BRITA (site approval) and AdSpam issue categories. | PX CSR Role will continue to evolve in 2021: <br> • **40%** (reduction from 50% in 2020) allocation to **core work**, which includes 1:1 external reactive **1:1 support**, support to **High potential publishers** and enhanced **Sales & PX cooperation** (SWP/Rising Apps/T1 Ad Manager Pilot) <br> • **60%** allocation to **strategic initiatives** <br><br> PX commits to drive innovative solutions focus on **Automation & Proactiveness and Brand Loyalty** while ensuring Publisher Experience through all platforms. <br><br> 1.   **Automation & Efficiency** <br><br> 1.   **Platform Experience Enhancement** <br><br> 1.   **Proactive Partner Enablement** <br><br> PX vision is to **create effortless support environment that empowers partners**. We will anticipate and provide effective solutions to partners through all scalable platforms as Subject Matter Experts & Platform Leads. |

Google



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147956



- 11% of NBU Revenue is considered "Dirty"
- Quality Terminated Revenue in NBU regions represents a larger share  (50% vs. FBU 30%)
- Low Connectivity is a common challenge within NBU regions, resulting in 25-30% of Apps sessions being offline
- Lack of technical expertise and lack of content available in all languages result in stronger reliance on Publisher-to-Publisher education.

GOOG-AT-MDL-019147957

| Id | Date | Text | |
|----|------|------|---|
| 3 | 12/16/2020 07:17:30 | Requires further  discussion to clarify  clear focus areas and goals. | Proprietary + Confidential |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147958



1) Opportunity Sizing

2) Focus Areas for NBU in 2021

3) How do we plan to get there. (Collecting insights , more localised support, customised comms, easier optimization for partners, automated solutions.

Given NBU's size and long term growth potential, focus on Scale & Optimizing for the Future to drive $1.86M

(NBU contributing to 20% of OPG Growth)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147959



from our revenue that we got from AdSense to lay down those cable.

As you just saw, it was not  easy for them to start  a website, they faced several challenges but they never gave up! Thanks to their effort 5000 people in a small village in India can now access the world's information.
Stories like Sushant's are what really keeps our team going.  Whether we're helping publishers through our products, programmes, or teaching them about user experiences, I like to know that we're helping the everyday person.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147960

| OPG Pillars | Strategic Focus Areas | Owners | Sponsors | Mid Quarter (Update) |
|---|---|---|---|---|
| Ecosystem | Ecosystem Health (Apps/Web) | joaoa@, @ajayluther | Joao | Apps: ABH Score at 50.3% (95.4% attr) substantially below target on sellers json (51% attr). Email campaigns for iOS14 and sellers json in production, as well as 3/4-led monthly webinar. 1:1 activities also a priority for both components. |
| Sustained Reach | Drive On Platform Rev | prateekbajaj@, zucchi@, krod@ | Jason | On-platform rev: 122.4% to target. Non-waterfall adoption: 59.3% (102% to target). OB estimations: 37 partners onboarded 108.7M ARR. Note: All proactive OB pitching on pause pending legal PR advise. Outlook may miss goal in Q2 if no proactive 1:1 pitch resumes. |
| | Scale Open Bidding | | | |
| | Defend On Platform Revenue | | | |
| Innovate To Enable Faster Growth | Accelerate New Format Adoption | mishe@, ericasett@ | Jill | Accel New Formats: App open ads multi-touch campaign launched 1/12 with x-fnd team of SMS and PSL marketing teams to create webinar deck and email content. QTD Q406 APPs adopted with touched 544M ARR (baseline 1215 partners 824 9M ARR as of 1/12). Rewarded interstitial campaign scheduled 2/24. Q2 priority will be to promote a new format, such as full screen native ads or conduct a second round campaign for app open ads and reward interstitial again with new approaches / content.
Rising Apps: Global targets and [...] complete. The new [...] Playbook has been launched for SPM engagement. Global brainstorm session consolidation being added to workstream. |
| | Rising Apps | sllulucy@ | | |
| | Scaling AdSense Automation | darynach@ | | |
| | Firebase | amatsumoto@ | | |
| | H5 Gaming | julianabao@ | | |
| | Multi-Touch | vanvuong@, darynach@, alexmacintyre@ | | Scaled Pipeline: First iteration of Scaled Pipeline released for AdMob and AdSense, including in-depth User Guide. Deep-dive [...] available for Auto Ads AdSense.
Nurture Prospects ABM: Due to the big success of LinkedIn campaign in Q4'20, we've launched LinkedIn again this quarter to 78K web ABM prospects, which is 8%+ more pubs compared to Q4. Development of Apps Nurtled is underway. Apps [...] web has secured budget for [...] |
| | Acquire Nurture Prospects with ABM | adunleavy@ / bemaagar@ / sscarlett@ | | |
| | Scale For OPG | vanvuong@, darynach@, ggrimes@ | | |

Expand Reach > Platform > Scale OB: OB onboarding guide externally sharareble and ready for Open Beta launch. ETA: March
Defend OB: working with PSL to use Healthscore dash signals to build scalable campaign

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147961

| Id | Date | Text |
|---|---|---|
| 4 | 02/17/2021 06:46:12 | One Update Per Pillar |
| 8 | 02/18/2021 03:18:31 | @ktersini@google.com _Assigned to Kaylee Menalis_ |
| 1 | 02/18/2021 04:53:05 | added |
| 6 | 02/18/2021 07:55:40 | @dairine@google.com - FYI _Reassigned to Dairine Kennedy_ |
| 1 | 02/18/2021 08:20:56 | @sdunleavy@google.com can you add update on ABM @bernaagar@google.com @darynach@google.com to update on the adsense 3 part scaled pilot |
| 2 | 02/18/2021 08:34:10 | @ajayluther@google.com  @darynach@google.com the information here and below will be very similar for AdSense - dasha can you add our 3 part scaled pilot for auto ads and ajay you can decide if we should just remove scaling adsense automation from this section as we will be calling out the same work twice |
| 9 | 02/18/2021 08:34:10 | Yes, I will clean it up once everyone has entered it. |
| 1 | 02/18/2021 09:55:18 | LGTM! Are you ok with having WIP initiatives (onboarding guide / scalable campaign)? |
| 1 | 02/18/2021 11:04:51 | thanks Prateek. |
| 2 | 02/18/2021 11:05:27 | _Marked as resolved_ |
| 3 | 02/18/2021 11:07:28 | _Re-opened_ @prateekbajaj@google.com Do we have the data OB activations by region? it's nice to have but not a must. thanks. |
| 4 | 02/18/2021 14:13:22 | tienl@google.com; please find regional level breakdown here: |
| 3 | 02/18/2021 14:49:58 | @tienl@google.com @ajayluther@google.com @krod@google.com @zucchi@google.com for your review. |

GOOG-AT-MDL-019147962



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147963



## A-Team- Revenue & Activities /FTE

### Incremental Revenue (IDV)/FTE

|  | Current FTE | | Quota Bearing FTE | |
| --- | --- | --- | --- | --- |
|  | Appx | WAC | Appx | WAC |
| AMS | | | | |
| APAC | | | | |
| EMEA | | | | |
| Global (Avg) | | | | |

### Pitches/FTE

|  | Current FTE | | Quota Bearing FTE | |
| --- | --- | --- | --- | --- |
|  | Appx | WAC | Appx | WAC |
| AMS | 365 | 322 | 475 | 440 |
| APAC | 704 | 498 | 792 | 581 |
| EMEA | 435 | 412 | 506 | 549 |
| Global (Avg) | 469 | 384 | 566 | 502 |

### Touched Revenue/FTE

|  | Current FTE | | Quota Bearing FTE | |
| --- | --- | --- | --- | --- |
|  | Appx | WAC | Appx | WAC |
| AMS | | | | |
| APAC | | | | |
| EMEA | | | | |
| Global (Avg) | | | | |

### Optis/FTE

|  | Current FTE | | Quota Bearing FTE | |
| --- | --- | --- | --- | --- |
|  | Appx | WAC | Appx | WAC |
| AMS | 132 | 135 | 171 | 185 |
| APAC | 228 | 261 | 257 | 304 |
| EMEA | 94 | 138 | 109 | 184 |
| Global (Avg) | 140 | 164 | 169 | 214 |

Google



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147965



Combining regulatory environment challenges and ecosystem health?
Web: Number of websites is stable, growing through NBU,

GOOG-AT-MDL-019147966



Combining regulatory environment challenges and ecosystem health?
Web: Number of websites is stable, growing through NBU,

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147967



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147968



APPS:
On the apps side, the risk log that Gabriel put together here is probably a good place to start: https://docs.google.com/spreadsheets/d/13isyzP-H-tIK3Xh-dj-eT2w-muEoN7sQ1cB_DxK0GW0/edit#gid=384532715
I'd specifically call out the challenges around app ecosystem health, the risk of IDFA going away, and tailwinds around new formats and use of Rewarded beyond Gaming (for Apps and Web).
WEB
here is web risk
log.https://docs.google.com/spreadsheets/d/1aXvDtRwUb3lV0ZBTopYqlWx04LsoiMjaMdmvJfk81R8/edit#gid=384532715

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147969



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147970



Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147971



Top 15 = 40% of revenue


- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

GOOG-AT-MDL-019147972



Top 15 = 40% of revenue


- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL



Top 15 = 40% of revenue

- Leverage pubmail to identify how to scale reactive work

- Increase tool utilization of AskAnnie, CTP

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019147974