**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

**Web - 2021 Product and Business Strategy**

Last Updated: Jan 2021

***SCOPE***: This document covers the following product areas:
- Ad Manager
- AdSense

*In addition to this doc, please review Apps, Video, and Cross Platform Strategies for complete view of the business. You can see past web docs here: 2020, 2019.*

***GOAL***: To provide sales leadership with an understanding of the relevant competitive environment/context and product strategy to inform regional/vertical/channel specific sales strategies.

# Ad Manager - Table of Contents

**1. Market Dynamics – Regulation, Privacy, and COVID-19**

01. Key Trends
    a. Direct vs Indirect
    b. First Party Data
    c. Cookieless Ad Serving
    d. Revenue diversification
    e. Consent Management
    f. Transparency
    g. Commerce

02. Competition
    a. Amazon
    b. AppNexus / Xandr
    c. Magnite (Rubicon / Teleria)
    d. Index Exchange / OpenX
    e. Commerce Competitors

**2. Google Product Strategy & Value Proposition**

01. Future proof against identity and regulatory changes
    a. Ad Manager as a Platform
    b. Identity ▉▉▉, PPID, ESP, ▉▉▉▉▉.
    c. User Messaging Platform (cross linked paper)

02. Strengthen value of existing platform through continued investment in programmatic
    a. PG
    b. Open Bidding
    c. Apps (cross linked paper)

03. Invest in areas of future growth for the platform
    a. Formats
    b. Commerce
    c. Video (cross linked paper)

04. Help publishers be more efficient
    a. MCM
    b. Creative Policy
    c. Yield Management and Auction Optimizations
    d. Insights and Reporting
    e. Trafficking/Deals Efficiency
    f. Supply Chain Object

**3. 2021 Recommended Go-To-Market/Targets [WIP - To Be Aligned with GTM/PSL]**

GOOG-DOJ-AT-00037032

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

01.  PG (vBFM)
02.  OB (Tracked)
03.  PPID (vBFM)
04.  Audience
05.  MCM (Tracked)
06.  Pricing Opts
07.  ADH
08.  Cross Network
     Backfill
09.  Protections / Policy
10.  Regulation

## 1. Market Dynamics

With continued regulatory scrutiny, industry privacy announcements, and business disruption due to COVID-19, 2020 has accelerated many of the trends we saw evolving in 2019, accelerating the need to future proof across the ad tech ecosystem.

**Regulation:**

In 2020, we saw many regulatory changes launch:
- July 1: CCPA becomes enforceable (California, US)
- August 15: Google's support for IAB's TCFv2.0 launched (EU)
- August 16: LGPD launched (Brazil)

Privacy regulations have led to an explosion in NPA ("non-personalized ads") queries, currently ███ of requests in Europe and ███ globally, with likelihood that this will rise from regulations like CCPA and LGPD, as well as Browser and OS changes. ████████████████████████████████████████ ████████████████████████████████████████████████████████████

We also continue to face scrutiny from a competition perspective (see here for talking points). In June 2020, we published two companion blog posts in order to provide more transparency into how our display businesses share revenue with publishers: *A look at how news publishers make money with Google Ad Manager* and *How Google's Display buying platforms share revenue with publishers* (internal comms here).

**Privacy:**

We are in the midst of a privacy-driven transformation of how online advertising is perceived by users, regulated by governments, and restricted by platforms. Platforms, such as browsers and iOS recently, are reducing access to common identifiers that have been widely utilized by the ads industry for ads monetization.

In Jan 2020 Chrome's announcement built upon it's 2019 vision to develop new privacy preserving alternatives to 3P cookies and to restrict covert forms of tracking that undermine user privacy. In this announcement, Chrome estimated privacy-protecting mechanisms to sustain a healthy, ad supported web could be available within the next two years, rendering 3P cookies obsolete.[1]

This follows on already enabled changes across other browsers that have limited access to cookies used to track users across visits to different websites, including Apple's Intelligent Tracking Prevention (ITP) initially announced in 2017 and Firefox's Enhanced Tracking Protection (ETP) announced in early 2019 (comms doc).

**COVID-19:**

COVID-19 caused global disruptions, leading to furloughs and economic slowdown across industries. This has resulted in a pull back in advertising budgets, a greater focus on efficiency, and continued focus on monetizing the highest CPMs.

---

[1] go/ChromePrivacyJan2020

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

**1.01 Key Trends**

In responses to the current market dynamics, we've seen many key trends evolve / accelerate:

**Direct vs Indirect:**

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████

**Programmatic Direct**

Our PG business model was initially focused on converting traditional tag spend ($10-18B opportunity). In 2019-20, the focus of the PG value prop was on improved campaign effectiveness to buyers (reduce waste) and better operational efficiency for buyers and sellers. The product team focused on <u>feature parity with reservations</u>, launching several key features including Make Goods, CPM Sponsorships, Frequency Management, and Google Audiences.  Additionally in 2020, emerging video opportunities were recognized as a path of growth which could bring net new budgets to the platform, for example CTV & Audio.

With several additional launches committed in 2H 2020 (including parity for Authorized Buyers), ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████

**Programmatic Indirect**

In 2019, we fully moved Ad Manager to a <u>first price auction</u>. We saw a neutral to positive impact on a publisher's total revenue, and found evidence that first price auctions have created a more competitive market, resulting in third parties (Demand Side Platforms and Ad Networks outside of Google) and indirect line items (like those from Header Bidding implementations) winning an increased share of impressions.

Open Bidding (which offers publishers a platform to put all demand sources in competition via real time RTB to maximize yield for their inventory) became generally available for AM360 web publishers in April 2018. It is still in a closed beta for AM publishers. ███████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████ █

███████████████████████████████████ Prebid already supports <u>11 3rd party ID modules</u>, including Liveramp IDL and TTD Unified ID. ████████████████████████████████████████

---

[2] <u>HB Served Impression Share by Exchange – go/hbmonitor</u>

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



**Ad Server**

**First Party Data:**

As a result of Safari ITP, Firefox ETP, and the potential for Chrome to disable 3rd party cookies, publishers know their 1st party data will become more valuable to advertisers. Head publishers have already been leaning in to ramp the depth of their first party data over the last 2 years (exploring options like newsletters), mostly for direct sales to date. Now they are looking for solutions to extend the reach of this data to programmatic.

For publishers that do not have sufficient breadth and depth of 1st party data, publisher consortiums and 3rd party identity solutions may become increasingly important. We've seen a multi-year trend of news pubs pooling inventory & 1st party data in response to declining monetization (e.g. Pangea Alliance, est. 2015; NetID Alliance, est. 2017) that continues to grow (The Ozone Project (UK), Geste (FR), Nonio (PT)). Publishers are also integrating with 3rd party ID modules via Header Bidding (as discussed above).

**Cookieless Ad Serving:**

With updated guidance on EU consent for cookies and similar identifiers (eg. opt in consent), and as expected ~70-80% adoption of TCFv2.0, publishers' monetization in the EU is at risk as a growing portion of inventory won't have user consent for cookies and similar identifiers.

**Revenue Diversification:**

Revenue diversification is increasingly important in the current market dynamics. There has been an increased focus on subscription growth as advertising revenue drops.

**Consent Management:**

Continued regulation and future privacy efforts will require robust consent solutions.

**Transparency:**

Transparency continues to be paramount as the ecosystem strikes the balance between data-driven solutions while acting as respectful stewards of privacy and security. Transparency is essential to both the growth and sustainability of the digital ecosystem. Increased transparency leads to decrease in fraud, increased trust and sustained digital spend in the ecosystem.  The IAB Tech Lab continues to ideate in this space (beyond ads.txt) through preventing and reducing ad fraud in digital advertising by increasing the transparency of every company involved in a programmatic ad transaction.

Two key initiatives, SupplyChain Object and Sellers.json, give advertisers more visibility into all of the parties involved in programmatic transactions, making it harder for fraudsters to game the system and profit from digital advertising. There are two aspects of this new standard:
- **SupplyChain Object:**  Allows advertisers to see everyone involved with offering a bid request

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

for sale, all the way from the publisher to the buy-side platform (e.g., DSP).
- **Sellers.json:** A standard for advertising platforms (e.g., SSPs, exchanges) to publish the identities of the publisher and supply partner accounts that are available on their platforms.

Google launched a sellers.json beta in June 2020, fully launched it for Ad Manager, AdSense and AdMob in October 2020 (comms doc). Google will also launch support ███████████████



COVID resource constraints have led some buyers to more aggressively lean into Supply Path Optimization. For example, in a narrative built around reducing QPS, The Trade Desk contacted exchanges in April 2020 to ask them to choose a single supply path to premium ad inventory – i.e. Open Bidding or header bidding alternatives (reactive talking points). ████████████████████

**Commerce:**

███████████████████████████████████████

Inspired by Amazon's success in building a high margin advertising business, Commerce companies are currently investing and looking to monetize their O&O properties with ads funded largely by co-op budgets. Partners are integrating ads that enhance the user experience, drive onsite conversions and leverage their rich 1P data. Commerce O&O inventory is highly attractive to advertisers given proximity to purchase intent and closed-loop attribution (transactions).

To date, Commerce partners have been using competitors (Criteo/HookLogic, Microsoft/Promote IQ, Citrus Ads) or home-grown solutions to fill that gap.

**1.02 Competition - go/sellsidecompete for more info**

**Amazon: Transparent / Unified Ad Marketplace – Tip Sheet**
- Amazon continues to gain traction as a key monetization source for publishers thanks to its low cost solutions, unique demand and effective targeting.
- **A Different Competitor:** Margins taken from ad tech allows Amazon to lower prices on products increasing user purchase behavior creating a virtuous circle. ████████████████
- ███████████████████████████
  ███████████████████████
- ██████████████████████████████
  ██████████████████████████████

---

[3] Sellside Retail Commerce POV - data and analysis

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

██████████████████████████████████████████████

- **Data Assets:**  Amazon proprietary data is based on user purchase and shopping behavior and is very attractive to performance advertisers.
- **Programmatic Ad Tech:**
  - Transparent Ad Marketplace (TAM) was announced in late 2016.  The primary focus has been on display, web monetization through a header wrapper set-up in a publishers site.
    - However, Amazon has launched support for both app and video both of which require an SDK. Their Mobile Apps offering is integrated with 15+ demand sources and provides a low friction integration leveraging the APS SDK.
  - In addition to going after large publishers, Amazon also has the Unified Ad Marketplace (UAM) which is focused on the torso / tail publisher segment.  Today, UAM is invite only but we assume Amazon has intentions of allowing this to scale.
- **Premium O&O Video Inventory:**  Amazon continues to introduce more ad units on its primary property, Amazon.com.  This largely considered to be trade marketing placement meant to drive on-site conversions (see here for more on Commerce).  Amazon also owns Twitch, IMDB and Goodreads which it monetizes primarily with its own demand sourced directly from advertisers.
- **Measurement:**  Ability to measure the full purchase funnel b/c of properties like Amazon.com and Whole Foods.
- **Demand Aggregation:** Considered to be a must buy by advertisers, Amazon has a robust offering that they are leveraging off O&O via TAM/UAM.

**AppNexus / Xandr – Tip Sheet:**

Comment [1]: @weisberg@google.com can you please review and edit as needed? Also please add the tip sheet when ready. Thanks! _Assigned to Keith Weisberg_

- AppNexus was acquired by AT&T in Q3 2018 for approximately $1.6 billion. ██████████████████ ████████████████████████████████████ It placed AppNexus under its Xandr division.
- AppNexus is a competitor on two fronts today:
  - ███████████████████████████ AppNexus has benefited from being an independent˙ company.  We will have to see if that narrative and appeal is diminished under a large corporate parent company.
  - AppNexus' header bidding solution has caught on throughout the industry. ████████████
- With the acquisition by AT&T, we expect for them to develop a solution that makes use of AppNexus' current ad solution across buyers and publishers, AT&T's own data and O&O anchor content, effectively creating a "walled garden" approach that would benefit their exchange and ability to shift demand to their own platform for O&O and 3rd party partners.
  - Permutive (one of the hottest new DMPs - more on them here) uses AppNexus ID as a cross-domain identifier
- We expect AppNexus to pivot in the direction of video.  This could take several years to effectively execute. ███████████████████████
  - Mobile inventory could be another strong area for them if they can successfully leverage data from their cellular distribution network.
- **Data Assets:**  AT&T access to unique data through AT&T and Dish TV distribution channels (e.g. authenticated, logged-in user data, TV viewership, broadband data, wireless usage, linear and digital ad exposure).
- **Programmatic Ad Tech:**
  - AppNexus is primarily a publisher ad serving and yield management platform focused on display web with a strong header bidding solution in market.

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

- ■ Developments in their video capabilities and inventory access are perceived to be weak, and they have not yet positioned themselves amongst broadcasters.
- ○ AppNexus's buy-side DSP business has been in decline for the last couple of years and as we understand was never a meaningful part of their business.
- ○ ███████████████████████████████████████████
  ███████████████████████████████████████████
- ● **Premium O&O Inventory**:  Access to valuable premium TV and video inventory from Time Warner (e.g. HBO, CNN, TNT, TBS).
- ● **Measurement**:  Well positioned to measure across mobile, TV and Linear environments.
- ● **Demand Aggregation:** Have worked to establish favorable relationships with DSPs but have not had tremendous success as an independent DSP.  A consolidated buying strategy across Time Warner could help AppNexus/AT&T attract more direct interest from advertisers.
- ● **Consumer Privacy & GDPR**:  AT&T's position on consent may impact AN's legitimate interests stance, mitigated by AT&T's high volume of logged-in users.

**Magnite (Rubicon – <u>Tip Sheet</u> / Teleria – <u>Tip Sheet</u> /  <u>Merger POV</u>):**
- ● These companies continue to be stable players in the marketplace.  They are investing in their own header bidding solutions, are partnering with demand sources (e.g. FAN) to support their own offerings, and are looking to header bidding wrapper partners (e.g. AppNexus, Amazon) to support their inventory acquisition efforts.
- ● ███████████████████████████████████████████
  ███████████████████████████████████████████
- ● Now the two companies have merged into <u>Magnite</u>, their breadth of experience in programmatic and CTV put them in a strong position for growth in 2021.
- • in the press release:
  - ○ *The merger will result in the world's largest independent Sell-Side advertising platform.*
  - ○ *The combined company will offer a single platform for transacting Connected TV (CTV), desktop display, video, audio, & mobile inventory across all geographies & auction types*
  - ○ *Both companies bring premium publisher partnerships & unique technical capabilities: Teleria as a leader in CTV, and Rubicon Project as an expert in scaled programmatic operations.*
  - ○ *This transformative combination builds on our commitment to trust and transparency & accelerates our strategy to provide buyers and sellers with a single path to every format and channel including CTV*
  - ○ *Will create an omnichannel partner for buyers*
- ● **Data Assets:**  These companies have no unique data assets.  Their value to publishers are their ability to facilitate self competition between buyers/advertisers through direct competition and pricing tiers. ████████████████████
- ● **Programmatic Ad Tech:** By focusing solely on their exchange and header bidding technology they are able to direct all their efforts on publisher needs.
- ● **Premium O&O Inventory**:  N/A
- ● **Measurement**:  No unique measurement offerings.
- ● **Demand Aggregation:** N/A

**Index Exchange / OpenX (<u>Tip Sheet</u>):**
- ● These companies continue to be stable players in the marketplace.  They are investing in their own header bidding solutions, are partnering with demand sources (e.g. FAN) to support their own offerings, and are looking to header bidding wrapper partners (e.g. AppNexus, Amazon) to support their inventory acquisition efforts.
- ● ███████████████████████████████████████████
  ███████████████████████████████████████████

GOOG-DOJ-AT-00037038

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

- **Data Assets:** These companies have no unique data assets. Their value to publishers are their ability to facilitate self competition between buyers/advertisers through direct competition and pricing tiers. ███████████████████
- ████████████████ **Programmatic Ad Tech:** By focusing solely on their exchange and header bidding technology they are able to direct all their efforts on publisher needs.
- **Premium O&O Inventory:** N/A
- **Measurement:** No unique measurement offerings.
- **Demand Aggregation:** N/A

**Commerce Competitors**

- **Criteo Sponsored Products (fka HookLogic):** Provides a solution with product ads that click onsite, keeping the user on the retailer site. They are considered the incumbent player with over 100 retailers and 500+ brands signed to their network. Criteo acquired HookLogic in Oct 2016 (PoV). They are able to leverage their existing expertise in remarketing to offer remarketing solutions for brand manufacturers based on sales data from HookLogic's solution. More on Criteo Sponsored Products here.
- **Amazon:** Amazon will exceed $11B ARR in advertising in 2019 with 86% of that coming from Sponsored Product ads. Amazon Sponsored Products are a pay-per-click advertising solution that enables advertisers to promote products they sell with keyword-targeted search ads that appear on Amazon.com. Advertisers select which products to advertise and either choose keywords themselves or let Amazon perform automatic targeting. Advertisers control how much they want to spend on bids and budgets and receive ad performance data. Amazon offers insight into what search terms and keywords work best, allowing advertisers to refine and optimise future ads accordingly. ███████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████
- **Microsoft:** Microsoft acquired PromoteIQ in Aug 2019. Microsoft already has a version of co-funded ads (where a brand can add funding to a retailers shopping advertising campaign across Microsoft properties. PromoteIQ gives them the platform to expand that demand to a retailer/marketplace site directly.
- **Homegrown Solutions:** Though many partners do not have the necessary resources to build this effectively, several have built and run their own solution for a Private marketplace. Almost all marketplaces (eg. Tokopedia, Rakuten, Mercadol Libre, Flipcart, eBay, YJ Shopping, Wish) have some form of Sponsored Product Ads. Walmart runs their own sponsored product technology leveraging HookLogic as a demand source.
- **Local Competitors:** In addition to Amazon and Hooklogic, several smaller players have emerged in this space like Elevaate, Citrus (who have their own ad server specific to retailers, learn more here), Mabaya, store retail in EMEA and Percycle in Brazil. This demonstrates that sponsored search ads on retail sites is an attractive opportunity and many players in the space are competing to win the business. These startups are often offering pure tech solutions (Private Marketplace) and the control retailers want.

## 2. Google Product Strategy & Value Proposition

██████████████████████████████████████████████████████████

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



4 https://www.adexchanger.com/the-sell-sider/are-unified-pricing-changes-good-for-publishers-or-good-for-google/
https://www.adexchanger.com/publishers/with-googles-latest-policy-change-publishers-feel-control-slipping-away/

GOOG-DOJ-AT-00037040

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



**User Messaging Platform** - *see Cross Platform Strategies Paper*

**2.02 Strengthen value of existing platform through continued investment in programmatic**



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037042

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



**2021 Vision:**

Our PG strategy for 2021+

**Longer Term vision:**

**Publisher goals:**

**Advertiser goals:**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037043

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



Google goals:

**Comment [3]:** We probably have an updated data point here.

**Comment [4]:** I think the origin of this stat was from one of the research studies. Let me check with Ankit if he has some more recent data he can supply.

| Open Bidding | |
|---|---|
| | GTM Targets |
| **Product Strategy** | Open Bidding offers publishers a platform that allows a publisher to put all demand sources in competition via real time RTB to maximize yield for their inventory. |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037044

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037045

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

Apps  – *see Apps Paper*

**2.03 Invest in areas of future growth for the platform**

| Formats | |
|---|---|
| Product Strategy | ██████████████████████████████████<br>████████████████████████████<br>████████████████<br><br>• ██████████████████████████████<br>• ██████████████████████████████<br>• ██████████████████████████████<br>████████████████████████<br>████████████████████████████ |
| Value Proposition | ████████████████████████<br>• ██████████████████████<br>• ██████████████████████<br>• ██████████████████████ |

**Comment [5]:** @walport@google.com FYI, this is a strat doc for sales to build their 2021 strategies.

**Comment [6]:** For context, this doc will only be shared with GTM/PSL leadership (and some sales leadership) to inform their strat planning, but is NOT meant for broad distribution to sales.

**Comment [7]:** I think it would be good to talk about ████ here? But I defer to Carol.

**Comment [8]:** @mtwalden@google.com where do you think we should include ████ in this document?

**Comment [9]:** If ████ is discussed in the apps doc, would recommend just referencing here and linking out to more details in that doc. Thanks!

**Comment [10]:** @peentoopatel@google.com
██████████████████████████████████

**Comment [11]:** ████████████████
@marlena@google.com

**Comment [12]:** Yes. Goal here is to have a high-quality option for this space.
██████████████████████████████
@lseli@google.com

**Comment [13]:** ████████████████████████

GOOG-DOJ-AT-00037046

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



| | Commerce |
|---|---|
| **Product Strategy** |  |
| **Value Proposition** | |

| Video  - *see **Video Paper*** |
|---|

**2.04 Help publishers be more efficient**

| Multiple Customer Management (MCM) in Ad Manager | GTM Targets |
|---|---|
| **Product Strategy** |  |

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



Our objectives going forward are:

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



Here are the guiding principles for MCM:

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

| Creative Policy | GTM Targets |
|---|---|
| **Product Strategy** |  |
| **Value Proposition** | |

| Yield Management and Auction Optimizations | GTM Targets |
|---|---|
| **Product Strategy** | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037050

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

| Strategy | ███████████████████████████████ |
| --- | --- |
| | 1.  ████████████████████████<br>2.<br><br>3. |
| | To address this challenge, we propose a three part strategy: |
| | ● ██████████████████████████<br><br>● ██████████████████████████<br><br>● ██████████████████████████ |
| **Value Proposition** | ● ████████████████████<br><br>● ██████████████████████████<br><br>● ██████████████████████████ |

| SupplyChain Object | |
| --- | --- |
| **Product Strategy** | In 2019 the IAB Tech Lab introduced two new specs designed to work in conjunction with each other - sellers.json and SupplyChain object - designed to provide transparency into all nodes involved in the selling of a bid request.<br>● Sellers.json allows buyers to identify whether a seller is a direct seller or intermediary or both and provides business identity for all pubs and all intermediaries involved with the payment handling of inventory.<br>● SupplyChain object (link to GitHub repo) is designed to enable buyers to see all parties who are selling or reselling a given bid request. Ultimately this is meant to allow buyers to have full transparency into the bid request by identifying patterns in suspect supply chains.<br><br>Supply chain Object is one of the many important components to securing programmatic ad transactions. ██████████████████████████<br>████████████████████ |
| **Value Proposition** | ██████████████████████████████████████ |

GOOG-DOJ-AT-00037052

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

## 3. 2021 Recommended Go-To-Market/Targets

**WORK IN PROGRESS - TO BE DEVELOPED AND UPDATED IN PARTNERSHIP WITH GTM AND PSL**





Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

| Pricing Optimizations | | |
|---|---|---|
| ████████████████████████ | | |
| Key global sales initiatives | ● ████████████████████████████ ● | |
| 2021 key KPIs & targets | ● ████████████████ | |

| ████████████████████ | | |
|---|---|---|
| ████████████████████████ | | |
| Key global sales initiatives | ● ████████████████████████ ● | |
| 2021 key KPIs & targets | ● ████████████ | |

| ██████████████ | | |
|---|---|---|
| ████████████████████████ | | |
| Key global sales initiatives | *Timing TBD and not committed for 2021* ● ████████████████████████ | |
| 2021 key KPIs & targets | ● ████████████ | |

| Protections / Policy | | |
|---|---|---|
| ████████████ | | |
| Key global sales initiatives | *Timing TBD and not committed for 2021* ● ████████████████████████ | |

GOOG-DOJ-AT-00037055

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

| | |
|---|---|
| | ▬▬▬▬ |
| **2021 key KPIs & targets** | ● |

| Adoption of Regulatory Requirements |
|---|
| *Applicable Customer Segments: All publishers* |

| **Key global sales initiatives** | ● In 2020, there were several key regulatory launches that required both publishers and buyers to take action. This included CCPA publisher controls as well as TCFv2 registration.<br>● Though it is not yet clear what, if any, additional updates will be required for 2021, want to highlight this is an area that should be resourced. |
|---|---|
| **2021 key KPIs & targets** | ● |

## AdSense - Table of Contents

**1. Market Dynamics**
   01.  Trends
        a.  Content Consumption
        b.  Creator Expectations
        c.  Regulatory Impact
   02.  Competition
**2. Google Product Strategy & Value Proposition, Recommended GTM Targets**
   01.  Growing inventory
        a.  ▬▬▬
        b.  ▬▬▬
   02.  Driving publisher value
        a.  ▬▬▬
        b.  ▬▬▬
   03.  An ecosystem for all
        a.  Ecosystem Integrity & Safe Approvals
        b.  Monetizing User Intent on The Web: AFS

*Content largely based on go/lonads-2021-deck and the AFC 2021 Strat Papers.*

GOOG-DOJ-AT-00037056

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

## 1. Market Dynamics

### 1.01 Trends

**Content consumption**

The way users consume content has evolved. Consumers are seeking out platforms that provide recommendations and a sense of community. They are seeking information and learning that is interactive and ephemeral. Search browsers and apps have driven 9% of access to web, while Walled Gardens (like Instagram and FB, excluding YT/Google) have driven 39%.[5]

Publishers need to evolve to meet their users needs, ███████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████

**Creator expectations**

Everyone can be a creator. Creators are now less technical and look for simplicity in platforms. The apps ecosystem has encouraged a higher level of quality for user generated content.

Platforms let creators focus on just the content creation, abstracting away the complexity.

**Regulatory Impact**

In 2020, we saw many regulatory changes launch:
- July 1: CCPA becomes enforceable (California, US)
- August 15: Google's support for IAB's TCFv2.0 launched (EU)
- August 16: LGPD launched (Brazil)

Over the next year we will continue to see more GDPR like initiatives arise that will require publishers to make region specific changes to how they address Cookies and Data. ████████████████████
████████████████████

### 1.02 Competition

████████████████████████████████████████████████████████████. We face stiff competition from:

- **Content networks** (28% of our pageviews also carry Taboola or Outbrain)
- **Walled gardens**
  - ████████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████████
  - Content hosting platforms and creation platforms are becoming the gatekeepers to access and share great content. ████████████████████████

---

[5] go/lonads-2021-deck

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████

- **Affiliate programs**
- **Direct deals**
- **Non-monetization**
  - ████████████████████████████████████
    ████████████████████████████████████
    ████████████████████████████
    ████████████████████████████████████
    █████████████████████
  - ██████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████
    █████████████████████

## 2. Google Product Strategy & Value Proposition, Recommended GTM Targets

**Adsense Mission Statement:** Innovate in ads to keep the internet free

## 2.01 Growing inventory



| | |
|---|---|
| ██████████████████████████ | |
| **Product Strategy** | ████████████████████████████████████ |
| **Value Proposition** | Benefits to creators:<br>● ████████████████████████████<br>● <br>● <br>● <br><br>Benefits to users:<br>● ████████████████████████<br>● <br>● <br>● <br><br>Benefits to advertisers:<br>● ████████████████████<br>● |

GOOG-DOJ-AT-00037058

DTX-1049 Page 27 of 34

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution





Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



**2.02 Driving publisher value**

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

| | |
|---|---|
| ███████████████████ | |
| **Product Strategy** | ████████████████████<br><br>███████████████████<br><br>███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ |
| **Value Proposition** | ████████████████████████████████████████████████████████████████████ |

GOOG-DOJ-AT-00037061

DTX-1049 Page 30 of 34

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution

|  | ████████████████████████████████████████ |
|  | ████████████ |
| **2021 key KPIs & targets** | ████████████████████████████ |

<br>

| ███████████████████████ | |
| **Product Strategy** | ████████████████████████████████████ |
| **Value Proposition** | ████████████████████████████████████ |
| **2021 key KPIs & targets** | TBD. ████████████████████████<br>███████ |

**2.03 An ecosystem for all**

| **Ecosystem Integrity & Safe Approvals** | |
| **Product** | ████████████████████████████████████ |

GOOG-DOJ-AT-00037062

Confidential -- WORK IN PROGRESS -- Not for Broad Distribution



| Strategy | |
| Value Proposition | |
| 2021 key KPIs & targets | |



Monetizing User Intent On The Web: AFS

| Product Strategy | |

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037063

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00037064

**Confidential -- WORK IN PROGRESS -- Not for Broad Distribution**

