Control Number :        GOOG-AT-MDL-001413738

All Custodians :        Nirmal Jayaram, Tobias
                        Maurer

Custodian :             Nirmal Jayaram

Date/Time Created :     8/26/2020 12:54 AM

Date/Time Sent :

MODIFICATION DATE :     1/8/2021 8:09 PM

File Name :             Bidding out
                        architecture_1Lqs2ZMPtQj41i
                        U1sRvZ5RWJYcO13V4cnZLLBYaJL
                        VMw.docx

# Bidding out architecture

**Note: please use gBid uber doc for future discussions**

*Note: Given we are looking into the tech/architecture way ahead of PRD, this doc is kept as open as possible. As we get some product side things cleared out, some of the stuff in the doc can be trimmed/adjusted accordingly.*

## Requirements / assumptions

1.
2.
3.

4.
5.

6.
7.
8.

## Other requirements/goals

●

●

## Terminology

● Partner: This refers to 3rd party exchange. Following words are used interchangeably in this doc: 3p exchange, 3p partner, partner, exchange.
● Publisher: This is the app owner who signed up to ad platforms to get ads. In this doc's context.

publisher can have multiple apps.

Commented [1]: @santoshkc@google.com Added this. Can you review my claims on AwBid for correctness?

Commented [2]:

Commented [3]:

Commented [4]:

Commented [5]: Geoff, thanks

Commented [6]:

Commented [7]: Santosh ...wrt one thing to keep in

Commented [8]:

Commented [9]: Santosh, basic question: how would

Commented [10]:

Commented [11]: yeah, thanks for clarifying!

Commented [12]: @gfb@google.com Can you please confirm these two assumptions? _Assigned to Geoff Beresford_

Commented [13]:

Commented [14]: on the second point, can we clarify on the doc that they will need to coexist in the transition, but once a publisher/app is fully migrated t

Commented [15]: Clarified in the description.

Commented [16]:

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413738

## Overview

TL:DR; ██████████████████████████████
██████████████████████████████
██

Following are top-level areas to explore from the technical side for Bidding out project/product.



**Key Questions:**
- ████████████████████

## Publisher Setup

██████████████████████
████████

██████████████████████
██████████████████████
█████

███████████████████
███████████████████
█████████████

**Key Questions:**

**Work Estimate:**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413739

## Integration with publisher & 3p exchange partners

Signal collection & rendering using GMA SDK

We can reuse this work, as is, for Bidding out.

**Commented [21]:** how are the signals passed to us right now?

**Commented [22]:**

**Commented [23]:**

**Commented [24]:**

**Commented [25]:** @eleichtenschl@google.com

**Commented [26]:**

**Commented [27]:**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413740



[redacted]

[redacted]

Links: high-level design, slides, project plan

## Receiving bid requests & Open RTB

### End point

[redacted]

### Parsing RTB request

[redacted]

## Kick off workflow in Bow

[redacted]

**Key Questions:**

**Commented [28]:** [redacted]

**Commented [29]:** [redacted]

**Commented [30]:** Added a note.

**Commented [31]:** [redacted]

**Commented [32]:** [redacted] @delewis@google.com would know more details.

**Commented [33]:** [redacted]

**Commented [34]:** [redacted]

**Commented [35]:** [redacted]

**Commented [36]:** +1, [redacted]

**Commented [37]:** [redacted] @delewis@google.com

**Commented [38]** [redacted] @oscarpan@google.com

**Commented [39]:** [redacted]

**Commented [40]:** I agree, listed this for completeness & for more discussion. In fact, david & [redacted] @delewis@google.com

**Work Estimate:**

## Backend serving changes

Significant portion of the serving changes are covered in above sections. The remaining changes are more of integration in nature.

### Modeling the request

- [REDACTED]

- [REDACTED]

**Key Questions:**

**Work Estimate:**

### Publisher Controls

- Process / Fetch publisher controls (if any) that we want to support in this product.

**Key Questions:**
- [REDACTED]
- [REDACTED]

**Work Estimate:**
- [REDACTED]

Commented [41]: [REDACTED]

Commented [42]: +1

Commented [43]: [REDACTED]

Commented [44]: [REDACTED]

Commented [45]: [REDACTED]

Commented [46] [REDACTED]

Commented [47]: don't think we should reuse this, very confusing.

Commented [48]: what is GTM?

Commented [49]: Go to market timeline.

Commented [50]: [REDACTED]

Commented [51]: Added into the questions.

Commented [52]: [REDACTED]

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413742

User Profiles

- ██████████████████████████████████████████████
- ██████████████████████████████████████████████

**Key Questions:**
- ████████████████████████████████          Commented [53]: basic questions - ██████

**Work Estimate:**
- ████████████████████████████████

Other Considerations

- 

██████████████████████████████████████████████     Commented [54]: ██████████████

██████████████████████████████████████████████     Commented [55]: ████████████████████

██████████████████████████████████████████████     Commented [56]: ██████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████     Commented [57]: I also don't understand why this is
                                                     hard...

Other work

- ██████████████████████████████████████████████
  ████████████████████████████████████████████.

**Key Questions:**

**Work Estimate:**

Logging Changes

████████████████████████████████████████████████

████████████████████████████████████████████████

- ██████████████████████████████████
  ████████████████████

**Key Questions:**

**Work Estimate:**

## Creative Fetch / Service

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████

████████████████████████████

Key Questions:
- ██████████████████████████████████
  ████████████████████████

Work Estimate:
- ██████████████████████████████████

## Clearing price, HOB propagation

████████████████████████████████████████

████████████████████████████████████████

██████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

**Questions:**

**Work Estimate:**

| Commented [58]: |
| Commented [59]: |
| Commented [60]: |
| Commented [61]: |
| Commented [62]: |
| @delewis@google.com |
| Commented [63]: |

GOOG-AT-MDL-001413744

DTX-1052 Page 8 of 14

Desired tail latency

- ███████████████████████████████
- ███████████████████████████████
- ███████████████████████████████

**Work Estimate:**
- ███████████

Core constraints

- ███████████████████████████████
- ███████████████████████████████

Partner Reporting & Payment

████████████████████████████████
████████████████████████████████
█████████████████████████

████████████████████████████

**Key Questions:**

**Work Estimate:**

Publisher Reporting & Payment

████████████████████████████████
████████████████████████████████
████████████████████

███████████████████████████
████████

**Key Questions:**

> **Commented [64]:** ███████████████
> ███████████████

> **Commented [65]:** ███████████████

> **Commented [66]:** ███████████████

> **Commented [67]:** ████████

GOOG-AT-MDL-001413745

**Work Estimate:**
- ███████████████████████████████
- 

## Quality / modeling

███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████

**Key Questions:**

**Work Estimate:**

Commented [68]
████████████████████████████████
████████████
██████████████████████████

UAC

<TBD>

GDN

<TBD>

DV3

<TBD>

## Bidding Models

<TBD>

**Key Questions:**

**Work Estimate:**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413746

## Work Estimate

| Area | Work estimate | Notes |
|------|--------------|-------|
| Partner Integration | | |
| ▮ ███████ | ████ | ████████████ |
| ▮ ████ | ████ | |
| ▮ ████ | ████ | |
| ▮ ██ | ███ | |
| ████████ | █████ | █████ |
| ████ | █ | ████████ |
| ████████ | ████ | ████████ |
| ████████ | ██ | |
| ██████ | ███ | |
| ████████ | ████ | ██████ |
| ██ ████ | ███ | |
| ████████ | ███ | |
| ██ | █████ | |
| ██ █████ | | |
| | | |

Commented [69]: Add absolute time as well.

GOOG-AT-MDL-001413747

DTX-1052 Page 11 of 14

# Appendix

## Latency requirements

- [redacted]
- [redacted]
- [redacted]
- [redacted]

## Win rate estimate

script.

[redacted content]



**Commented [70]:** @santoshkc@google.com Added this. Can you review my claims on AwBid for correctness?

**Commented [71]:** [redacted]

**Commented [72]:** [redacted]

**Commented [73]:** [redacted]

**Commented [74]:** Geoff, thanks - [redacted]

**Commented [75]:** [redacted]

**Commented [76]:** Santosh .. [redacted]

**Commented [77]:** [redacted]

**Commented [78]:** Santosh, basic question: how would [redacted]

**Commented [79]:** Carlos - [redacted]

**Commented [80]:** yeah, thanks for clarifying!

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413748



**Delete these:**

Meeting notes ███████████ (qi, lisa, delewis, et. al.)

- ████████████████████
- ████████████████████
- ████████████████████
- ████████████████████
- ████████████████████

- ████████████████████
- ████████████████████
- ████████████████████
- ████████████████████

**Commented [81]:** ████████████████████

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413749



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001413750