# AdSpam Strategy 2021+

**Authors:** bjorke@, subir@
**Contributors:** AdSpam PM/Eng/T&S teams
**Doc link:** go/adspam-strategy-doc
**Status:** DRAFT
**Last updated:** Feb 2021

*This document describes AdSpam's long-term (~3 years) strategy.  It takes as input the mission and top-level strategic intent, and defines the strategy and next-level strategic intents we will use to achieve the mission.  The strategy will serve as the basis for the individual sub-team's strategy and roadmap planning.*

*AdSpam sub-team strategy docs: AdSpam Risk, Botnet, CTV, DoubleClick, GDA, Mobile, Privacy, Search, Trust Graph, Video.*

## Summary

AdSpam's mission, guiding principle, and top-level strategic intent are defined in this doc (repeated below for ease of reading).  The mission is:

> Defend against invalid traffic to build trust in the digital ads ecosystem and support healthy growth of Google's ads business.

Guiding principle:

> Invalid traffic should not be material enough to impact or affect where or how an advertiser allocates budget.

Medium-term (2-3 years) top-level strategic intent[1]:



## Background

Invalid traffic is one of online advertising's biggest challenges.  The level of IVT varies by network and product, and is difficult to estimate. While "ground truth" (i.e., the total size of the challenge) is unknown, some external reports claim that it may be as much as 40% of all ad traffic.

> **Commented [1]:** TODO: Have larger convo about IVT vs. Ad Fraud terminology (and how it relates to greiner)

---

[1] go/strategic-intent-slides provides a great explanation of strategic intent and how it fits between mission and OKRs

1

*Fighting financially motivated fraud is largely an economics game.  See this section in the appendix for the "change the economics" strategy perspective.*

## Goals

██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████

### 1) Close gaps in IVT defenses and address largest IVT risks

████████  ██████████████████████████████
████████████████████

█████ ██████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█ █████████████████████████████

█████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████

Notable gaps/risks: **[todo - add scale of impact]**

████████████████
█ ███████████████████████████████████████       **Commented [2]:** ██████████████████████
█ ████████████████████████████████              ██████████████████████████████
███████████████
█ ████████████████████████████                  **Commented [3]:** █████████████████
█ ██████████████████████████████████████        ███████
████                                            **Commented [4]:** ██████████████████

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808557



## 2) Build for the future: Ensure long-term sustainable IVT capabilities

Description:

Challenges:

Notable opportunities to stay ahead of the curve: **[todo - add scale of impact]**

A) Knowledge and understanding (be domain experts)

**Commented [9]:** should we add here a point touching on the building resilient organization: learning from fist Covid wave and building a team that could design, build and execute effectively remotely?

Alternatively team-related goal could be captured separately, highlighting the culture aspects we would like to retain.

**Commented [10]:**

**Commented [11]:**

**Commented [12]:**

3

GOOG-DOJ-AT-00808558



B) Methods, data, tools, and techniques (productivity & innovation)

Commented [13]:

Commented [14]:

C) Act as One-Google

## 3) Support safe growth of new ads business

Commented [15]:

Commented [16]:

Commented [17]:

Commented [18]:

Notable areas: **[todo - add scale of impact]**

4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808559



**Commented [19]:** Should we also add - Empathy for our appeals/enforcement to Small and Medium Publishers say in developing nations to encourage them to come online more.

**4) Protect Google by increasing trust and IVT defenses across the industry**



5



Notable areas: **[todo - add scale of impact]**

- <u>Awareness/education</u>
  - Commented [21]: Maybe this goes in the next bullet point...
  - 
- <u>Effective and comprehensive coverage across ecosystem</u>
  - ...  Commented [22]: Maybe consolidate this with the prior bullet...
- <u>Threat sharing</u>
  - Commented [23]: Move to DCLK strategy/roadmap doc?
- <u>Threat sourcing</u>
- <u>Driving industry standards and best practices</u>

Commented [20]: Is this redundant with the description just above?

Commented [24]:

6

# Strategic Intents ("L2") + Core Projects and Roadmaps

*Goal with this section: Define 4-8 "L2" (aka "next level down" strategic intents (aka "level 2" SIs) that flushes out in more detail how we'll achieve the overall strategic intent for AdSpam.  For each L2 strategic intent we'll outline the core projects/efforts and initial roadmap (i.e., sequence and rough desired timelines).*



*Each SI is defined in more details in the sections below, including core projects/efforts and initial high level roadmaps.*

## Strategic intent #1 (privacy focused)

**Commented [25]:** See this deck for overview of what strategic intent is: go/strategic-intent-slides (or simply visit go/strategic-intent)

**Commented [26]:** For reference: AdSpam 2020 annual goals: go/adspam-tg-2020-OKR

**Commented [27]:** Thinking some more about this, as the strategic intents will be fairly concise, does it make sense to combine these two sections? That will also make it easier to map the SIs to the projects and roadmaps.

**Commented [28]:** +1 this makes a lot of sense - so let's plan on having x strategic intents (4-7?) and then as "sub-bullets" (paragraphs/sections) under each we outline the roadmap/core projects.

**Commented [29]:** @bjorke@google.com @aruna@google.com

**Commented [31]:** Feedback/suggestions from APaS leads summit: consider adding SIs for:

**Commented [32]:** 1) Added SI 11
2) Not added, continue to evaluate in weeks ahead

**Commented [33]:**

**Commented [34]:** @dbturner@google.com @arunsingla@google.com

**Commented [35]:**

**Commented [36]:**

**Commented [37]:**

**Commented [38]:** @spacemanspiff@google.com we should have a metric (UDR, cost etc.) to measure this?

**Commented [39]:**

**Commented [40]:** Every is going to be ever changing, can we put a hard number or percentage?

**Commented [41]:** @zacharylf@google.com @hsiaosu@google.com @souviksen@google.com

**Commented [42]:**

**Commented [43]:** @zacharylf@google.com @subir@google.com

**Commented [44]:** It's already in the TG strat doc - I guess up to you folks if you want to keep it here for re

**Commented [45]:** Perhaps minor pref to at least keep it here for ref, since it's such a large AdSpam Eng HC

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808562

DTX-1062 Page 7 of 21

**Brief description (few paragraphs):**



**Core projects and roadmap (timelines are speculative**

Commented [46]: Maybe further qualify this as "2020 baseline levels" or "baseline level" @dbturner@google.com
_Assigned to David Turner_

Commented [47]: @bjorke@google.com

8

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808563

DTX-1062 Page 8 of 21



[redacted]

- Apps - TODO
- OnDevice - ???
- Long Term Sustainability

## Strategic intent #2 (escalation focused)

[redacted]

**Brief description (few paragraphs):**

[redacted]

[redacted]

[redacted]

- [redacted]

**Commented [48]:** @atali@google.com @tanejas@google.com @zhongwang@google.com @xiaobo@google.com

FYI to complete by Tuesday

**Commented [49]:** Tuesday or Friday? Aruna's last email said "Correction, these are due Aug 7 and not Aug 4."

**Commented [50]:** But wouldn't you rest better Wednesday night knowing you were done early? ;)

**Commented [51]:** But what about the all-nighter I'd have to pull Monday night? ;)

**Commented [52]:** @zhongwang@google.com @xiaobo@google.com Please add/edit directly as you see fit; I just took a first stab at it.

**Commented [53]:** [redacted]

**Commented [54]:** [redacted]

**Commented [55]:** shall we set 2021 goal based on 2020 whole year result?

**Commented [56]:** Makes more sense to me as well; maybe the idea here was that we don't yet know the whole 2020?



## Strategic intent #3 (network health focused)

███████████████████████████████████

**Brief description** (more details in go/adspam-risk-2021):

**Commented [57]:** @joyb@google.com @dansum@google.com @arunsingla@google.com FYI - copied over relevant parts from our strategy doc here.

**Commented [58]:** Looks good to me. Some of the metric below can be updated when we have more detail chalked out (that we are working separately)

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808565

DTX-1062 Page 10 of 21



**Core projects and roadmap:**

| Focus Area | How? (+ Sample projects) | Metrics |
|---|---|---|
| | | |

11

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808566



**Strategic intent #4 (impression defenses focused)**

- ████████████████
- ████████████████
- ████████████

**Core projects and roadmap:**
- ████████████████
- ████████████████
- ████████████

**Strategic intent #5 (mobile focused)**

**Brief description (few paragraphs):**

**Core projects and roadmap:**
- ████████████████
  - ████████████
  - ████████████
  - ████████████

**Commented [59]:** @zacharylf@google.com _Assigned to Zachary Loebel-Fried_

**Commented [60]:** @arunsingla@google.com @souviksen@google.com @xinzhao@google.com @henryludemann@google.com

PTAL at summary and suggest edits/additions

**Commented [61]:** @nishrutha@google.com

**Commented [62]:** LGTM in general.

**Commented [63]:** ████████████

But @souviksen@google.com to keep my honest

**Commented [64]:**

**Commented [65]:** @zacharylf@google.com @arunsingla@google.com @xiaobo@google.com

**Commented [66]:** Please suggest additions so we can fold them in!

**Commented [67]:** Also, I think we'd still like your contributions to go/adspam-impression-strategy, as I don't think the Video team work is currently reflected

**Commented [68]:** +1, thanks Arda to bringing this up

**Commented [69]:** Thanks, will work with @spacemanspiff@google.com to add our plans both here and into the go/adspam-impression-strategy doc

**Commented [70]:** Friendly ping to suggest goals and projects for 2020 and 2021, if they are defined.

**Commented [71]:** Not sure if these are intended to be annual or 1-3 year SIs?

**Commented [72]:** @zacharylf@google.com @xinzhao@google.com

**Commented [73]:** @xinzhao@google.com @subir@google.com PTAL and suggest any edits / changes

**Commented [74]:** @mikhailpoz@google.com as well

**Commented [75]:** ████████████

12



More at: go/adspam-mobile-2021

### Strategic intent #6 (new business focused)



**Brief description (few paragraphs):**

**External trends:**

13



**AdSpam-CTV L2 Strategic Intent:** ███████████████████████
██████████████████

L3 Strategic Intents:

- ████████████████████████████████████████
- █████████████████████████
- ████████████████████████████████████
- ██████████████████████████

Core projects and roadmap:

> **Commented [79]:** AI: add pillars and projects once finalized

CTV:

- ████████████████
- ████████ ██████████████
- █████████████████████████

Audio:

## Strategic intent #7 (Improve precision and recall)

██████████████████████████████████████████
███████████████████████

> **Commented [80]:** @souviksen@google.com @atali@google.com @tanejas@google.com
>
> FYI to complete by Tuesday

> **Commented [81]:** Took a first stab at it using the materials we already had for OL. Please feel free to add/edit directly as you see fit.

Brief description (few paragraphs):

███████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

███████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
████████████████████████████

14

**Core projects and roadmap:**



### Strategic intent #8 (productivity focused)

**Brief description (few paragraphs):**

**Core projects and roadmap:**

15

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808570



**Strategic intent #9 (measurement focused)**

Commented [82]: @souviksen@google.com
@zacharylf@google.com
@mqzhao@google.com
we need to finazile this out by August, 4th.
PTAL.
Used go/adspam-metrics-2021
_Assigned to Souvik Sen_

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808571

DTX-1062 Page 16 of 21

**Brief description (few paragraphs):**



(see go/adspam-kpi-prd).

**Core projects and roadmap:**

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808572

DTX-1062 Page 17 of 21



Detailed 2021 strategy document can be found at go/adspam-metrics-2021

## Strategic intent #10 (Trust Graph)



**Brief description (few paragraphs):**

18

GOOG-DOJ-AT-00808573

DTX-1062 Page 18 of 21

█████████████████████████████████████
█████████████████████████

1) █████████████████████████████████████
2) █████████████████████████████████████
3) █████████████████████████████████████
4) █████████████████████████████████████

**Core projects and roadmap:**

(in progress at go/tg-2021-strategy - will paste here when done)

## Strategic Intent #11 (Vendor Dependency and Clean up Industry)

███████████████████████████████████████
███████████████

**Brief description (few paragraphs):**

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████

| Area | Advantages of ████████ | Our Improvement |
|---|---|---|
| ███████████████████████████████████████████████████████ | | |

███████████████████████████████████████
███████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████

> **Commented [83]:** @bjorke@google.com do we need add the clean up part?
> _Assigned to Per Bjorke_

> **Commented [84]:** @arunsingla@google.com @diamondstone@google.com @xiaobo@google.com @chengha@google.com please review.
> _Assigned to Arun Singla_

**Commented [85]:** I added some points and made a few edits.

**Commented [86]:** @zhongwang@google.com ████

> **Commented [87]:** █████████████████

**Commented [88]:** What is the current measurement?

**Commented [89]:** @zhongwang@google.com

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-00808574

DTX-1062 Page 19 of 21



**Core projects and roadmap:**

- ███████████████
  - ○ TODO(zhongwang)

## Major Dependencies & Risks

- Regulatory changes across the globe will create uneven surfaces across jurisdictions regarding allowed signal collection and defensive solutions.



## NOTES - TOPICS TO CONSIDER TO COVER

20

████████████████████

## APPENDIX

### The economics perspective on how to address IVT and ad fraud
[TBA]

### Current state of IVT defenses
[Describe briefly current state of affairs - maybe french toast summary?]

### Definitions/terminology
[Add definitions of common terms sub-section]

> **Commented [90]:** Suggest moving this to an appendix.
>
> **Commented [91]:** eg IVT

## DRAFT MATERIAL - WILL BE DELETED
This material has been deleted, can be found in this doc (with comments retained).

21

GOOG-DOJ-AT-00808576