**Google** Marketing Platform

Proprietary + Confidential

# DV3 Brasília Update:

## A Unified System for Large-Scale Optimal Ad Selection

Jun 25 2021
dbm-optimization & AViD Optimization Infra

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433387

## Summary

Proprietary + Confidential

- Project Brasília seeks to redesign and simplify the process of ad selection in serving to improve quality, efficiency, and hence to allow for better system scalability in the future
- This is the first launch in a series of launches that help us get to the full potential of the project. Follow up launches include:
  - Launches that allow us to fully implement the Brasília vision
    - Here we outline that vision and also point out changes that are specific to this launch
  - Add known improvements in the modeling
  - Improve the infrastructure to reduce resource requirements and allow for larger scale
- All 3 areas are currently work in progress in parallel efforts

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433388



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433389



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433390

DTX-1110 Page 4 of 28



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433391

## Scoring of ad candidates



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433392



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433393

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433394



Reference: https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:baEHaXUe-1bNdouFtJjUXRar-W0
June 17 ~ June 20

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433395



Rasta Reference:
https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:uJkA7PW6nCeybh7CClwLpmf5CYY

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433396

## Experiment Results: DV3 Performance Metrics

Proprietary + Confidential

| | Share of DV3 spend | Desired Spend (advertiser value) | Spend | REMH CPD |
|---|---|---|---|---|
| **Fixed Bidding** | | | | |
| **Max Conv** | | | | |
| **Max Clicks** | | | | |
| **Max ActiveView** | | | | |

*Click-PD is used for Fixed Bidding.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433397

## Resource Requirements



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433398

DTX-1110 Page 12 of 28



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433399



Rasta Reference:
https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:2yAoLKSIACvR2p0mWAP7RfnkVqw

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433400

## Resource Breakdown



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433401

# Current early ad selection system

To final scoring



- ● Designed to narrow down selection in many stages to reduce computational cost
  - ○ Some filtering stages are expensive and need to be managed
- ● Includes many heuristics and hand-tuned logic & parameters (e.g., cutoffs)
- ● Scoring happens in *at least 4* different stages (highlighted), some are model-based and some are query-independent (e.g., heuristics)
  - ○ Models have different prediction objectives (eCPM, clicks, conversions, users similarity, etc)

Google

See the full-list of AGS filters here.

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433402





HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433405

DTX-1110 Page 19 of 28

# Intuition behind factorized models

[content query:
www.nytimes.com
user-interests: sports
Salient terms: NFL, Football]

| Ad Candidates | Relevance Score |
|---|---|
| Nike sports accessories | 0.85 |
| Adidas running shoes | 0.80 |
| Gieco car insurance | 0.60 |
| Rolex luxury watches | 0.55 |
| Booking.com hotel ad | 0.45 |

Project *queries* and *ad candidates* into a single **n-dimensional** space. *Ads* and *queries* are represented as unit vectors in that space such that "**relevant**" *ads* and *query vectors* have high cosine similarity. Ads that are "*irrelevant*" to a query have vectors that are almost perpendicular to the query vector.

"**Relevance**" can be defined by probability of user-interaction with the ad (such as a click or a conversion)

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433406



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433407

# Desired Spend Example

**Advertiser 1:** Wants to buy conversions at $12CPA. targeting Bay Area

**Advertiser 2:** Wants to buy conversions at $10CPA. targeting California

**Today (in any internal auction):**

Say Auction discount is 50% in California, 20% in Bay Area. and assume CVR is 10% for both.

We calculate maxCPM1 = 12 * 10% / (80%) = **$1.5**, maxCPM2 = 10 * 10% / (50%) = **$2.0.**

We allocate this auction to Advertiser 2.

But allocation to Advertiser 1 results in more revenue.

Google

Confidential + Proprietary

GOOG-DOJ-AT-02433408

**Modeling Intuition**

In 2-Dimensional space, query and ad vectors are projected into a unit circle.

Probability of
Cosine similarity score > 0.7
in 2-D is **0.25**

In 128-Dimensional space, query and ad vectors are projected into a unit sphere.

Probability of
Cosine similarity score > 0.7
in 128-D is **2.7e-20**!

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433409



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433410

## Brasília & LPA

Proprietary | Confidential

- In today's world, **RMKT** and **AUDIENCE** targeting significantly reduce number of ad candidates that need to be scored by helping advertisers narrow down their audience
- In a world, where our ability to effectively use those tools to narrow down advertisers' audience is limited, we need a more effective, consistent, and scalable way to score and select ads using the optimization technology
- We plan to run an experiment (1%) to test **Brasília's** effectiveness in this world:
  - For non-remarketing ads, in the experiment arm, expand targeting to Run-of-Network (RON) and use Brasília scoring to select most relevant ads

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433411



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433412



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433413



Factorized pcvr with respect to publisher platforms: https://sa-metrics.corp.google.com/visualization?uuid=60d897b8-0000-2974-82f1-f4f5e808f7ac#w=byImpressions&cols=All&vert=false&metrics=1000
Factorized pcvr overall: https://sa-metrics.corp.google.com/visualization?uuid=60d48c07-0000-2341-929d-001a114c507a#w=byImpressions&cols=All&vert=false&metrics=1000

Factorized pctr overall: https://sa-metrics.corp.google.com/visualization?uuid=60d48bb8-0000-2341-929d-001a114c507a#w=byImpressions&cols=All&vert=false&metrics=1000

Factorized pctr with respect to publisher platform: https://sa-metrics.corp.google.com/visualization?uuid=60d897ca-0000-2974-82f1-f4f5e808f7ac#w=byImpressions&cols=All&vert=false&metrics=1000

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02433414