

GOOG-AT-MDL-006876286



GOOG-AT-MDL-006876287

| Id | Date | Text |
|----|------|------|
| 1 | 08/17/2021 05:10:54 | |
| 1 | 08/17/2021 16:16:48 | |
| 1 | 08/17/2021 16:16:48 | |

GOOG-AT-MDL-006876288



GOOG-AT-MDL-006876289



GOOG-AT-MDL-006876290

Proprietary & Confidential

**Three types of allocation changes that we are proposing**

1. **PA driven costs:** Enable better spend management via new choices and clearer allocation methodologies

1. **Central services:** Allocate costs at a segment level based on % of revenue across horizontals

1. **Corporate/Alphabet (unallocated):** Incorporate transition costs for staffing efficiency targets, refine Core R&D approach, and 'clean up' B&R items that are PA/segment specific

Google

GOOG-AT-MDL-006876291



GOOG-AT-MDL-006876292



GOOG-AT-MDL-006876293



GOOG-AT-MDL-006876294

Proprietary + Confidential

**Three types of allocation changes that we are proposing**

1. **PA driven costs**: Enable better spend management via new choices and clearer allocation methodologies

1. **Central services**: Allocate costs at a segment level based on % of revenue across horizontals

1. **Corporate/Alphabet (unallocated)**: Incorporate transition costs for staffing efficiency targets, refine Core R&D approach, and 'clean up' B&R items that are PA/segment specific

Google

10

GOOG-AT-MDL-006876295



GOOG-AT-MDL-006876296



GOOG-AT-MDL-006876297





GOOG-AT-MDL-006876298



GOOG-AT-MDL-006876299



GOOG-AT-MDL-006876300



GOOG-AT-MDL-006876301

Proprietary & Confidential

**Three types of allocation changes that we are proposing**

1. **PA driven costs**: Enable better spend management via new choices and clearer allocation methodologies

1. **Central services**: Allocate costs at a segment level based on % of revenue across horizontals

1. **Corporate/Alphabet (unallocated)**: Incorporate transition costs for staffing efficiency targets, refine Core R&D approach, and 'clean up' B&R items that are PA/segment specific

Google

17

GOOG-AT-MDL-006876302

| Id | Date | Text |
|----|------|------|
| 1 | 09/24/2021 18:49:38 | @miguelmoreno@google.com the equivalent of this section |

GOOG-AT-MDL-006876303



GOOG-AT-MDL-006876304

| Id | Date | Text |
|----|------|------|
| 1 | 10/01/2021 00:52:58 | Finance is one of the areas we don't have a final decision on yet, and I don't think this deck is still being updated. |
| 1 | 10/01/2021 23:49:47 | @alexgodden@google.com @chanceoverby@google.com Hi Chance, could you please help us follow up on why this ▓▓▓▓▓▓▓▓▓<br><br>FYI @cchoi@google.com @moncrieff@google.com<br>_Reassigned to Alex Godden_ |
| 2 | 10/01/2021 23:49:47 | Thanks. Let's keep Caroline and Danielle looped in once a decision has been made. |

20

GOOG-AT-MDL-006876305



GOOG-AT-MDL-006876306





GOOG-AT-MDL-006876307



GOOG-AT-MDL-006876308

Proprietary + Confidential

**Three types of allocation changes that we are proposing**

1. **PA driven costs:** Enable better spend management via new choices and clearer allocation methodologies

1. **Central services:** Allocate costs at a segment level based on % of revenue across horizontals

1. **Corporate/Alphabet (unallocated):** Consider incorporation of transition costs for staffing efficiency targets, refinements to Core R&D approach, and 'clean up' of B&R items that are PA/segment specific

**Summary of net impact across proposed allocation changes**

Google

24

GOOG-AT-MDL-006876309



Summary: Aggregate impact across proposed allocation changes

GOOG-AT-MDL-006876310



GOOG-AT-MDL-006876311

Proprietary Confidential

## Proposed next steps for discussion

1. Review with Amie & broader Montana team - *Friday 8/13*

1. Review with key Horizontal leads (Fiona, Jen) - *next week?*

1. Review with Ruth - *time held next Tues 8/17*

2. Share with individual BFOs (Cristina, Ann Marie, Martin) for their feedback and questions - *2nd half August*

3. Review proposal with CFO Council - *Early Sept? (or ahead of individual BFOs)*

1. Incorporate proposed changes into broader Cloud allocation discussions w/ TK - *time held on Aug 31*

2. Continue working with systems teams for allocation implementation for Jan 1, 2022 (smaller, prioritized changes; notably for Cloud) and Jan 1, 2023 (larger impact changes)

Google

27

GOOG-AT-MDL-006876312



GOOG-AT-MDL-006876313



Horizontals will balance solving for PA asks vs what is in the interest of all Google

I want the flexibility to reduce my usage and have that reflected in my costs
Marketing: I don't believe surveys represent work

GOOG-AT-MDL-006876314





GOOG-AT-MDL-006876315

GOOG-AT-MDL-006876316



1.  **Foundational view of how we're approaching allocation of horizontal services: Where PAs have various levels of control on their costs vs have no control at all**
2.  **[Adjusted + simplified framework on left hand side with size of spend for each row; commentary on RHS]**
3.  **Commentary**
4.  **(1) Costs "controllable" by PAs:**
5.  **Specific to PAs-- focused on pushing more costs into this bucket either via flexible service options or moving to usage based allocation**
6.  **Examples: PA-specific campus, Frontline…**
7.  **Collective for PAs -- focused on ensuring our allocation drivers are clear, and cleaning up in some cases**
8.  **Examples: moving from HC to GCE… others?**
9.  **Costs not controllable by PAs:**
10. **(2) "Central costs" -- focused on reducing the complexity and debate on how these costs are allocated today via consistent single metric approach**
11. **(3) Unallocated / Segment -- focused on ensuring consistent criteria for what we allocate here**

GOOG-AT-MDL-006876317



marketing efficiencies falls in initiatives like procurement optimization and Marketing Works systems efficiencies (primarily)

other one would be contracting streamlining

POps works initial language: POps Works focused on revamped joint strategy w/ POps and establishing value metrics

GOOG-AT-MDL-006876318

| Id | Date | Text |
|---|---|---|
| 1 | 09/15/2021 17:21:36 | Updated the language for Corp Eng and POps Works for now as I find out more about those changes. I cced you in the email with Tim as FYI. |
| 1 | 09/20/2021 16:44:26 | @ywehbe@google.com @baharrison@google.com @miguelmoreno@google.com<br><br>Review for latest accuracy |
| 2 | 09/20/2021 16:44:26 | Please note that I reflected the latest changes from CE ($/seated HC) in the page. |

33

GOOG-AT-MDL-006876319