

# Display P&L

## 2022 Cost Center Reviews

Confidential + Proprietary

Input file:
https://docs.google.com/spreadsheets/d/1PJFDe-oxp4lKU7WfkuB--QpkkWpzPulBmK3LeiXr5Os/edit?resourcekey=0-yAb4K4lOJwt0dmsqdD1kQA#gid=554771632

GOOG-AT-MDL-009017821

DTX-1185 Page 1 of 34



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017822



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017823





HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017824



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017825



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017826

DTX-1185 Page 6 of 34



Other column includes following CCs:



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017828



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017829



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017830





GOOG-AT-MDL-009017832

DTX-1185 Page 12 of 34



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017833





HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017836



*774:  Team Description indicates focus on Google Ads

GOOG-AT-MDL-009017837





GOOG-AT-MDL-009017839



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017840



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017841



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017842



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017843



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017844



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017845



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017846



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017847



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017848



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017849



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017850







HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017853



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009017854