# FY22 Request for Approval
## Non-audit other services

| Project Name | Fees | Description |
|---|---|---|
| **Other (continued)** | | |
| General Advisory services | – | General Advisory service projects relate to potential work on process improvement, typically involving findings and recommendations reporting. The scope of such services includes the following or a combination of the following types of activities: performing gap analysis between current state program plans and future desired plans, reviewing and provide observations on existing documentation and processes, making recommendations based on results of gap analysis, performing benchmarking studies comparing Alphabet to peers and industry leading practices.<br><br>General Advisory services (not listed above) include, but are not limited to:<br>• Risk methodologies and processes<br>• Review and recommendations on Internal Control and Risk changes, Net Working Capital analysis, and Shared Service Center consolidation<br>• Information technology advice (e.g., Data leakage, Attack and Penetration and other security related work)<br>• Advice relating to Dodd Frank Act including but not limited to conflict minerals regulation<br>• Other business analysis/studies of non-financial processes |
| EY Research Tool subscriptions | – | Annual subscription fees to EY Research Tools, including but not limited to EY Atlas Online. |
| TV meter lab test consulting | – | Pre-assessments and assessments of TV meters. |
| Assessment of Alphabet AML programs | – | Independent assessment of Alphabet Inc. or Alphabet subsidiary Anti-Money Laundering programs and capabilities to address the requirements of the Bank Secrecy Act (BSA)/Anti-Money Laundering (AML) and Office of Foreign Asset Control (OFAC). |



# FY22 Request for Approval
Non-audit other services



| Project Name | Fees | Description |
|---|---|---|
| Other (continued) | | |



45 | Alphabet Inc. 2021 audit results        Confidential – Ernst & Young LLP

HIGHLY CONFIDENTIAL    GOOG-AT-MDL-017191880



# Attachment II
# Supplemental Information regarding Other EY Services

46 | Alphabet Inc. 2023 audit results

Confidential — Ernst & Young LLP

EY

# Google's Annual Media Rating Council Accreditation

### Background

The Media Rating Council, Inc. ("MRC") is a not-for-profit quasi-regulatory association of 100+ companies, including TV networks, magazine publishers, national newspapers and agencies, that use audience and advertising metrics, such as TV ratings, ad impressions and clicks, to buy and sell ad space. The MRC has a voluntary accreditation process that requires a third party attestation engagement of any applicant organization that seeks the accreditation of their media measurement processes.

Internet advertising companies, such as Google, apply to the MRC for annual accreditation, and then the MRC engages an independent audit team of its choice to conduct a third-party reporting engagement under which the MRC is the engaging client and Google is the responsible party. The MRC has historically selected EY to conduct these engagements both at Google and at the majority of all other internet advertising companies seeking accreditation.

### Nature of Services

As part of the examination process, EY opines on whether Google's advertising measurement processes across the platforms submitted to MRC for Accreditation comply with several sets of evaluation criteria (i.e., MRC Minimum Standards and viewable impression guidelines, IAB impression and click measurement guidelines, internal procedural manuals, and a description of methodology provided to the clients). The MRC uses EY's examination report as their principal element in determining the accreditation of Google.

Although the MRC is the entity that engages EY, Google is responsible for payment (EY invoices the MRC and in turn the MRC invoices Google). Accordingly, Google agrees to the scope, timing and the costs of the engagement to be performed before the MRC signs its engagement letter with EY. The annual cost of the engagement to Google is expected to be approximately $5.5 million.

The final reports are co-addressed to Google and to the MRC. Google is also responsible for signing a management representation letter for the examination.

The services performed by EY at Google are performed by a team led from Florida. None of the engagement team members engaged by the MRC provide any other services to Google.

### Conclusion

Because EY is selected and engaged by the MRC, the service performed by EY for the MRC does <u>not</u> require pre-approval by the Audit Committee of Alphabet under PCAOB or SEC rules.

However, EY considers it appropriate to annually describe to Alphabet the nature of these services in advance of accepting appointment by the MRC in order to ensure that Alphabet has no objection to EY's appointment.





Attachment III
Required Communications – PCAOB Rules 3524 and 3525

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017191883

# Preapproval of tax and other non-audit services

EY's requested non-audit services are required to be evaluated in accordance with the SEC/PCAOB independence considerations. PCAOB Rules 3524 and 3525 impose additional requirements for preapproval of any permissible tax service and services related to internal control over financial reporting.

We have assessed and evaluated each category of specific non-audit service submitted for preapproval and have determined that each is permissible under the SEC, PCAOB and other applicable independence rules.

We believe that rendering the non-audit services, individually and in the aggregate, will have no effect on EY's independence. In reaching this conclusion, we considered the following:

- The services comply with the SEC's four fundamental principles of auditor independence. The services do not put us in a position of:
  - Creating a mutual or conflicting interest between EY and the Company
  - Auditing our own work
  - Acting as management or an employee of the Company

  Or
  - Acting as an advocate for the Company

- The services are not delineated as impermissible under the SEC rules in Regulation S-X (i.e., bookkeeping services, financial information system design and implementation services, appraisal/valuation services, actuarial services, internal audit outsourcing services, management/employee functions, human resources, broker-dealer/investment advisor/investment banking services, legal services and expert services).

- The services are not expressly prohibited under PCAOB Rules 3522 or 3523.

- With respect to tax services that involve tax planning or opining on transactions "initially recommended" by EY, EY will adhere to the requirements of PCAOB Rule 3522(b) that the proposed tax treatment is at least more likely than not to be allowable under applicable tax laws.

- The fee structure is either based on our rate card as agreed with the entity or presented as fixed fees based on our hourly rates and estimates of the time to perform the work and therefore is permissible and complies with PCAOB Rule 3521 related to contingent fees. There are no contingent or findings-based fee arrangements.

- There are no side letters or other amendments to the engagement agreements, or any other agreement (whether oral, written or otherwise) between EY and the Company related to the tax services, or any compensation arrangement or other agreement, such as a referral agreement, a referral fee or fee-sharing arrangement between EY and any third party with respect to the promoting, marketing or recommending of a transaction covered by the tax services.

- Management is able to fulfill its responsibilities in relation to the proposed service and will make all management decisions and perform all management functions.



**EY** | Building a better working world

EY exists to build a better working world, helping create long-term value for clients, people and society and build trust in the capital markets.

Enabled by data and technology, diverse EY teams in over 150 countries provide trust through assurance and help clients grow, transform and operate.

Working across assurance, consulting, law, strategy, tax and transactions, EY teams ask better questions to find new answers for the complex issues facing our world today.

EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients. Information about how EY collects and uses personal data and a description of the rights individuals have under data protection legislation are available via ey.com/privacy. EY member firms do not practice law where prohibited by local laws. For more information about our organization, please visit ey.com.

Ernst & Young LLP is a client-serving member firm of Ernst & Young Global Limited operating in the US.

**About EY's Assurance Services**
Our assurance services help our clients meet their reporting requirements by providing an objective and independent examination of the financial statements that are provided to investors and other stakeholders. Throughout the audit process, our teams provide a timely and constructive challenge to management on accounting and reporting matters and a robust and clear perspective to audit committees charged with oversight.

The quality of our audits starts with our 90,000 assurance professionals, who have the breadth of experience and ongoing professional development that come from auditing many of the world's leading companies.

For every client, we assemble the right multidisciplinary team with the sector knowledge and subject matter knowledge to address your specific issues. All teams use our Global Audit Methodology and latest audit tools to deliver consistent audits worldwide.

© 2022 Ernst & Young LLP.
All Rights Reserved.