Control Number :       GOOG-AT-MDL-000881089

All Custodians :       Ali Nasiri Amini, Bashar
                       Kachachi, Bonnie Pericolosi, Brent
                       Besson, Nirmal Jayaram, Vivek Rao

Custodian :            Brent Besson

Date/Time Created :    1/24/2020 6:54 PM

Date/Time Sent :

MODIFICATION DATE :    9/14/2022 4:03 PM

File Name :            DBM optimizations deep
                       dive_1WQvdhdOzu4A9zWOhUuIyz
                       Fd3uSO8iMBGBdJiHMb9l-w.pptx



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881089

## DV360 five years ago

- Mostly fixed CPM manual bidding
  - Just after skyray
  - Auto-bidding products weren't effective or reliable
  - Auto-bidding adoption was ~15% and shrinking
- Exchanges were starting to move to non-second-price (including first-price) auctions
  - DV360 did not account for exchange auction mechanisms
  - 3PE accounted for over 50% of DV360 spend

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881090

# We leveraged optimizations to revamp the product

- We completely revamped the auto-bidding offerings
  - Improved the underlying core models and technology to make the product more effective and reliable
  - Increased the suite of auto-bidding products available to advertisers
- Optimize DV360 buying on exchanges with adversarial auction mechanisms
  - This applies on both auto-bidding and fixed-bidding adgroups
  - From that perspective, 100% of DV360 has optimized bidding and is not just a "dumb pipe"

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881091



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881092

# We have a suite of auto-bidding products

- Maximize conversions is by far the largest product
- Click and conversion based products account for 82% of auto-bidding spend

| Product | Share |
|---|---|
| Maximize Conversions | 54.3% |
| Maximize Clicks | 17.5% |
| Maximize Active Views | 9.9% |
| Target CPA | 6.4% |
| Maximize AVOC | 5.1% |
| Target CPC | 4.2% |
| Custom Bidding | 2.1% |
| Maximize TOS10 | 0.7% |

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881093

# Core improvements

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881094

## Bidding optimization

- We first moved the underlying bidding technology to HDMI (to be covered in a separate deepdive)
- The bidding policy is the solution to an optimization problem to maximize advertiser value subject to constraints e.g.

  Maximize Conversions
  subject to
  Spend ≤ Budget
  CPA = tCPA

- HDMI works by building a model of the market, while recognizing that we only see a partial view of the market, and leveraging our signals (e.g., pCvR) to identify the optimal bidding policy
- This launched doubled the conversions at the same tCPA

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881095

# Bidding optimization

- While the technology was previously used in Adwords, several DV360 nuances needed to be handled
  - Advertisers pay per impression, so impression-level data needed to be used
  - A significant portion of DV360 spends is on 3PE, which introduces ecosystem-based challenges
  - A large portion of advertisers value CTCs and VTCs
  - Data sharing policy posed challenges - had to build siloed models using PEAR army (xbao@'s team) - separate deep-dive for predictions
- Recently, post AdX 1p migration, we have been able to get a full picture of the market because AdX shares HOBs, that has enabled us to make HDMI even more powerful

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881096

# Budget handling

- Used to be a major pain point for many advertisers
- Earlier, budgets and bidding were treated as separate components, though they are "2 sides of the same coin"

> Maximize Conversions
> subject to
> Spend ≤ Budget

- We embarked on a series of projects that rolled budget handling into the bid optimization framework, allowing us to significantly improve budget attainment and performance.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881097

## Bid lowering



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881098

# IO opt

- DV360 allows advertisers to set budgets at the IO level as well as at the line item level
- Advertisers can set these LI level budgets manually or using Auto-Budget-Allocation (ABA)
- ABA was originally invented to help advertisers in a world where bidding wasn't optimized, but now DV360 is 100% optimized bidding...





# IO Opt

IO level budget
AdGroup 1: Max conversions -- CPA $20
AdGroup 2: Max conversions -- CPA $5
AdGroup 3: Max clicks -- CPC $1
AdGroup 4: Fixed bidding - CPM $2
LI level budgets
IO level budget
AdGroup 1: Max conversions -- CPA $20
AdGroup 2: Max conversions -- CPA $5
AdGroup 3: Max clicks -- CPC $1
AdGroup 4: Fixed bidding - CPM $2
All LIs share the IO budget

# IO opt adoption

- The budget allocation is a natural outcome of the solution to the optimization problem
- The optimization increased spend by 20% and CPD by 25%!
- Since launch in end of Q1 2019, IO opt has seen steep growth and is now at **$1.2B ARR**



GOOG-AT-MDL-000881101

# Key new products

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881102

# Brand/video optimizations

- The underlying bidding technology can be used in conjunction with several optimization goals.
- As a result, we have been able to introduce multiple new brand/video optimization goals that have had successful adoption
  - AVOC: Audible & Viewable on Completion
  - TOS10: Time on screen >= 10 seconds
  - Active Views

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881103

## Custom Bidding

- Agencies like features that help them show their value-add to their advertisers
- But providing them knobs that could come in the way of optimization and performance gains is detrimental.
- Custom bidding is one example of a feature where agencies and Google are aligned
    - Agencies have some information about what's valuable to their advertisers
    - Sometimes this is complex, and not easily expressible as clicks and conversions
    - In such cases, we offload the value attribution component to agencies, and use Google optimization technology to maximize that value.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881104

DTX-1338 Page 17 of 41



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881105

# Custom Bidding

**Trial results to date**

- % of trials where test outperformed control: **73%**

- Aggregate performance uplift (averaged across trials): **+180%**

- 83 customers, current ARR $60M

| Use case | % of Trials | Avg. Perf. Lift** |
|---|---|---|
| Weighted conversions | 49% | +205% |
| Transaction value | 19% | +89% |
| Other* | 32% | +207% |

\* Other includes use cases e.g. regression against offline metric, custom attention score, video completion on preferred domains, transaction value + weighted conversions, etc.

\*\* Averaged across trials (not spend-weighted)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881106

# Pay-Per-Outcome (PPO)

- Two years ago, there was a goal to get performance parity between tCPA buying in DV360 and GDA
- There was no way to achieve this because of the differences in the buying modes
  - The Bernanke optimization framework in GDA leverages the arbitrage opportunities to win some impressions at high margins and therefore some at low margins, providing a significant advertiser value boost

    Maximize Conversions
    subject to
    Spend ≤ Budget
    **Per impression Margin = 15%**

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881107

Ecosystem optimizations

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881108

# 1st price bidding

- Even before AdX moved to 1p, several exchanges had started deviating from second price auctions.
- Since DV360 fixed CPM did not have any optimizations at that time, the spend on 3PE increased disproportionately and came at the expense of advertiser performance
- Project Poirot was conceived to lower advertiser bids in first-price auctions to maximize advertiser surplus. Changes were made both to fixed CPM and auto-bidding advertiser bids.
- DV360 can be thought of as completed automated since we apply auction optimizations even on the fixed CPM slice

GOOG-AT-MDL-000881109



# Poirot

Advertiser surplus is a function of value - cost

| | Impressions | Revenue |
|---|---|---|
| AdX | 326,251,926 | 450,532 |
| | 332,397,428<br>1.88%<br>[1.82, 1.95] % | 467,690<br>3.81%<br>[3.65, 3.97] % |
| 3PE | 185,614,226 | 625,828 |
| | 147,836,047<br>-20.35%<br>[-20.47, -20.23] % | 356,109<br>-43.10%<br>[-43.21, -42.98] % |

Boosts net revenue by $150M

## AdX 1p migration



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881111



## Multi-calls that exploit the budget server

- DBM is over 80% budget constrained
- Every query, a budget constrained ad participates in the auction with some budget throttling probability
- Exchanges send multiple calls for a single query to get multiple shots at budget throttling and land the largest bid
  - Money flows to publishers and exchanges that use repeated calls
  - Even if an exchange (say Adx or United) has the lowest margins, DBM might win through a different exchange (say Pubmatic) simply because the bid was 10x higher!

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881112

# Project **Elmo** leverages cookie based budget throttling to ensure more consistent bids across calls

- We fix the advertisers that can purchase a query from a given cookie during any specific time_bucket (budget throttling based on cookie $\times$ time_bucket)
- We bid the same across multiple calls since they occur close to each other in time
- Cookie usage goes deep (solution is somewhat easy in this case)



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881113

# Supply path optimization

- The same inventory (e.g., nytimes.com) is available through several paths (AdX, Rubicon etc), and sometimes involving multiple hops (Rubicon buys, then re-sells to AdX)
- We have started receiving some data (sellers.json and SupplyChain) regarding the paths, though adoption of such standards are still quite low
- Regardless, SPO is a popular feature request from advertisers, and is an area of active investigation for us

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881114

# Current priorities

1. Core optimization
   a. Exchange bidding
   b. Budget management
2. Lilypad/ Ribbit
   a. Measurement
   b. Fledge
   c. Topics
3. Optimized targeting
4. Customizations
   a. Custom bidding
   b. Semantic matching

**Google** Marketing Platform

# DV3 Optimized Targeting Review

## Driving Performance with fully automated campaigns

September 01 2022
dbm-optimization

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881116

## Summary

Proprietary + Confidential

- Optimized Targeting (OT) is a new targeting framework that empowers advertisers to leverage the power of Google ML for targeting to further improve their KPIs

- Developed with an eye on the cookieless world and a more efficient optimization framework, OT shifts the focus from binary *audience* eligibility decisions to bidding decisions across query and users

- The results show substantial improvements in advertiser performance across bidding strategies

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881117

# Problems with today's targeting technology

- Today's ad serving system built based on a manual-targeting-first mindset.
  - Targeting starts with "manual" targeting of groups of users (audiences) followed by expansions to larger and "similar" audiences

- This approach has many drawbacks:
  - The goal is to optimize advertiser KPI. User expansion is a prescriptive and suboptimal solution to this optimization problem
  - User expansions are made using several notions of user similarity, leading to dozens of complex models with problematic feedback loops in the system
  - The extent of expansion is ill-defined (slider controlled with no clear notion of optimal extent)
  - Post 3PCD, the notion of targeting a specific user group doesn't exist any more

- Today's auto-targeting technology has been in use in Google Ads for more than a decade
  - DV3 is the first Google buyer to employ this new auto-targeting technology.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881118

# Bird's eye view of Optimized Targeting

Determine optimal ad ranking &
auction bids to maximize advertiser KPI
Subject to Performance goal

Optimized targeting aims to solve the above optimization problem more directly (instead of being prescriptive about user expansions)

Advertisers observe the same KPI / dollar with optimized targeting as when targeting only using manual criteria

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881120

DTX-1338 Page 33 of 41

## Current Targeting Framework

- Advertisers provide us their audience input (e.g., in market for shoes, RMKT list).

- When opted-in, the Auto-Targeting/Similar-Audience system adds/removes Google Audience criteria (AT) or similar users (SA) on a daily/hourly basis based on whether they **perform** well.

- We still make 0-1 cutoff decisions for all advertisers once their "auto" criteria are added.

- Targeting Expansion systems are hand-tuned to trade-off revenue and computational resources.



GOOG-AT-MDL-000881121

DTX-1338 Page 34 of 41

## Optimized Targeting

- Advertisers continue to provide us audience inputs (e.g., in market for shoes)

- The advertisers' ads will be considered eligible on all queries.

- The advertiser's audience input along with query and user interest-based signals are used to generate an **optimal ad ranking and auction bid** that maximizes advertiser KPI.



## Optimized Targeting

- Why is OT a better technology?
  - Directly optimizes advertiser KPI without using the prescriptive "similar users/criteria" that are continuously added and removed
  - The solution is optimal, rather than a suboptimal 0-1 eligibility
  - System is significantly simpler and explainable

- How does OT manage computational cost?
  - Leans heavily on the Brasilia framework. Ultra-efficient ML models can handle large-scale ad candidate scorings.
  - *Project Phi* automatically optimizes the revenue-resource-latency trade-offs in the system

- What would the advertiser see?
  - Higher conversion (or other KPI) volume for the same spend compared to manual-only

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881123

Experiment Results

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881124

# Experiment Results: Buyside View

Privileged + Confidential

| | Impressions | Revenue T |
|---|---|---|
| Total (Network) | 0.5% | 1.4% |
| DBM | 2.6% | 5.1% |
| GDA | -0.3% | -0.2% |
| UAC | -0.3% | -0.1% |

T Raw stats based on cookie-experiment stats @10% for 5 days.

RASTA

# Experiment Results: DV3 Spend on Sellside Slices

- Number of DBM ads returned to mixer increased by
  - **6.8%** on Cat2 stack
  - **15%** on bid stack
- More opportunities are unlocked on 3pe due to better expansions for the limited manual audience signals.

| DV3 | Impressions | Spend |
|---|---|---|
| All | +3.4% | +4.9% |
| AdSense | +1.6% | +4.1% |
| ADX | -1.1% | +0.9% |
| AdMob | 2.5% | 3.4% |
| External Exchange | +11.8% | 9.8% |

RASTA

Rasta Reference:
https://experiments.corp.google.com/#/portal/experiments/analysis?label=_:uJkA7PW6nCeybh7CClwLpmf5CYY

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-000881126



GA - AT: all LIs using Google Audience and auto targeting.
RMKT - SA: all LIs using RMKT and expansions (SA).
Mixed - AT/SA: all LIs using either RMKT or GA and enabled expansions.

# Experiment Results: DV3 Performance Metrics

Line Items opted-in targeting expansions

|  | Spend | REMH CPD | Spend/2 + CPD |
|---|---|---|---|
| **Max Conv** (30% share of spend) | +40% | -4% | +16% |
| **Max Clicks** (14% share of spend) | +45% | +21% | +44% |
| **Max ActiveView** (8% share of spend) | +28% | +20% | +34% |

ᵀ Active-View-PD is used for Max Active-View.

Google

https://docs.google.com/spreadsheets/d/1NGajdjFyukjVDxG0VIT-di2twzkOjgYs_Pp211bynA0/edit#gid=0