**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF FILING

Pursuant to the Court's August 9, 2024, Order, Dkt. No. 1147, Defendant Google LLC ("Google") files the attached **REVISED REDACTED EXHIBITS** on the grounds and for the reasons stated in its Google's revised objections to the public disclosure of evidence at trial (Dkt. No. 1236).

Dated: August 24, 2024                               Respectfully submitted,

| | |
|---|---|
| Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com | */s/ Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942)<br>THE LAW OFFICE OF<br>CRAIG C. REILLY, ESQ:<br>209 Madison Street, Suite 501<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com |
| Justina K. Sessions (*pro hac vice*)<br>FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>Fax: (650) 461-8276<br>justina.sessions@freshfields.com | Karen L. Dunn (*pro hac vice*)<br>Jeannie S. Rhee (*pro hac vice*)<br>William A: Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*)<br>Martha L. Goodman (*pro hac vice*)<br>Bryon P. Becker (VSB #93384)<br>Erica Spevack (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>kdunn@paulweiss.com |
| Daniel Bitton (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER<br>LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com | |
| Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER<br>LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | Erin J. Morgan (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3387<br>Facsimile:  (212) 492-0387<br>ejmorgan@paulweiss.com |

*Counsel for Defendant Google LLC*