# **PRD:** No yield group header bidding O&E

*An overview of the proposed opportunity and experiment for no yield group header bidding*

**Authors:** Rahul Kooverjee Steve Swan
**Self link:** go/nyghb-oe-prd

**Created:** Jan 10, 2023
**Last updated:** Jan 18, 2023

**Summary**

As part of the new header bidding workflow ("no yield group header bidding"), we're going to offer publishers an experiment to understand the impact before they adopt the feature as well as an opportunity with an uplift estimate to further drive adoption.

The experiment is launch blocking for the new workflow and so is a high priority. The opportunity is not (it can launch after the workflow), and so is a lower priority.

This PRD articulates the requirements for both the experiment and opportunity in detail.

## Context

[redacted]

[redacted]

[redacted]

## Priority & phasing

The priority of each item is as follows:

- [redacted]
  - [redacted]
- [redacted]
  - [redacted]

[redacted].

**Commented [1]:** @codywilson@google.com [redacted]
_Assigned to Cody Wilson_

**Commented [2]:** Tagging @steveswan@google.com for his thoughts too

(FWIW, I wrote this part because I assumed this was the case but that was really just an assumption)

**Commented [3]:** [redacted]
https://screenshot.googleplex.com/4CmgnmkfQt4WweQ

[redacted]

**Commented [4]:** [redacted]
@steveswan@google.com

**Commented [5]:** [redacted]

**Commented [6]:** [redacted]
@steveswan@google.com are you owning that?

**Commented [7]:** [redacted]
_would_ be [redacted]
completely possible that they say they would prefe[redacted]
don't do this because they like all the controls and [redacted]

**Commented [8]:** Great pls include me in the meeting

**Commented [9]:** done



## Requirements

### Experiment

[redacted]

[redacted]

- [redacted]
  - [redacted]
- [redacted]
  - [redacted]
- [redacted]
- [redacted]
  - [redacted]
    - [redacted]
    - [redacted]
    - [redacted]
- [redacted]
- [redacted]
  - [redacted]
- [redacted]

**Commented [10]:** [redacted]

**Commented [11]:** [redacted]

**Commented [12]:** [redacted]

**Commented [13]:** [redacted]

**Commented [14]:** [redacted]

@steveswan@google.com @codywilson@google.com
@aarmienta@google.com @ehedlund@google.com

[redacted]

**Commented [15]:** We plan on fleshing out the schema design in the next O&E meeting on Tuesday. Will circle back when we get some consensus of the long term [redacted]

**Commented [16]:** [redacted]

**Commented [17]:** [redacted]

**Commented [18]:** [redacted]

**Commented [19]:** [redacted]

**Commented [20]:** [redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

### Opportunity

[redacted]

[redacted]

[redacted]

[redacted]

**Commented [21]:** [redacted]

**Commented [22]:** [redacted]

**Commented [23]:** [redacted]

**Commented [24]:** [redacted]

Let's discuss it with UX when we meet next

**Commented [25]:** [redacted]

**Commented [26]:** [redacted]

**Commented [27]:** [redacted]

**Commented [28]:** [redacted]

http://screen/8TR8z7KLFwmdsGh

**Commented [29]:** [redacted]

**Commented [30]:** [redacted]

## Appendix

### Remaining open questions

- Opportunities UX
    - [redacted]

### Edit history

| Date | Edits |
|---|---|
| Jan 11, 2023 | Initial draft complete |

| Jan 18, 2023 | Updated PRD with recent decisions:<br>[redacted]<br>[redacted]<br>[redacted] |
| --- | --- |
| | |
| | |

HIGHLY CONFIDENTIAL GOOG-AT-MDL-013277658

DTX-1465 Page 4 of 4