HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 16: Competition with Google Ads in Google Ad Manager Auction Data**

| Bidder | Percentage of auctions |
|---|---|
| At least one 3P bidder | 80% |
| Remnant (e.g., HB) | 67% |
| Any Authorized Buyer | 46% |
| Any Open Bidder | 35% |
| (Authorized Buyer) | 18% |
| (Open Bidder) | 12% |
| (Open Bidder) | 11% |
| (Open Bidder) | 11% |
| (Authorized Buyer) | 10% |
| (Open Bidder) | 10% |
| (Authorized Buyer) | 10% |
| (Open Bidder) | 7% |
| (Authorized Buyer) | 6% |
| (Open Bidder) | 6% |
| (Authorized Buyer) | 6% |
| (Authorized Buyer) | 6% |
| (Authorized Buyer) | 5% |

Legend: At least one 3P bidder; Authorized Buyers; Open Bidders; Remnant (e.g., HB)

Sources: GOOG-AT-EDVA-DATA-000147607 to -226014 and GOOG-AT-EDVA-DATA-000226021 to -226339 (GAM log-level bid data)
Notes: The figure depicts the percent of auctions in which Google Ads submitted a bid in which the listed bidder also submitted a bid. Includes all third-party bidders who competed against Google Ads in at least 5 percent of the auctions in which Google Ads submitted a bid. Remnant refers to impressions won by publishers' remnant line items, which includes (but is not limited to) header bidding.

18

DTX-1837 Page 1 of 1