HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 16: Top Authorized Buyers and Open Bidders, 2022**

| *Advertiser buying tools* | | | *Exchanges* | | |
|---|---|---|---|---|---|
| **2022 U.S. AdX web activity** | | | **2022 U.S. Open Bidding web activity** | | |
| **Authorized Buyer** | **Spending ($ million)** | **Impressions (billion)** | **Open Bidder** | **Spending ($ million)** | **Impressions (billion)** |
| ▉ | $213.7 | 45.7 | ▉ | $76.3 | 34.6 |
| | $61.4 | 19.6 | | $70.5 | 26.4 |
| | $46.6 | 41.4 | | $65.0 | 31.0 |
| | $28.6 | 8.2 | | $51.8 | 29.0 |
| | $16.0 | 8.2 | | $45.3 | 23.9 |
| | $8.8 | 3.8 | | $44.2 | 24.5 |
| | $8.1 | 4.7 | | $28.2 | 12.7 |
| | $7.1 | 1.6 | | $25.4 | 14.4 |
| | $7.0 | 0.7 | | $17.2 | 10.4 |
| | $6.8 | 1.9 | | $13.6 | 5.1 |
| | $6.7 | 1.4 | | $12.8 | 6.8 |
| | $6.4 | 4.6 | | $11.5 | 4.3 |
| | $5.2 | 5.4 | | $7.4 | 3.1 |
| All Others | $53.6 | 56.7 | | $7.2 | 3.2 |
| | | | | $5.2 | 2.7 |
| | | | All Others | $12.0 | 6.9 |

**Sources:** GOOG-AT-MDL-DATA-000066537 to -482007, GOOG-AT-MDL-DATA-000508827 to -58886, and GOOG-AT-MDL-DATA-000561536 to -4882 (AdX RFP 243 data)