HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Table 26: DV360 U.S. Web Non-Video Display Ad Spending by Exchange, 2022**

| Exchange | Spending ($ million) | % of spending |
|---|---|---|
| **Google** | **$1,491.1** | **56.2%** |
|  | $210.5 | 7.9% |
|  | $203.6 | 7.7% |
|  | $120.2 | 4.5% |
|  | $113.7 | 4.3% |
|  | $77.1 | 2.9% |
|  | $76.7 | 2.9% |
|  | $63.4 | 2.4% |
|  | $57.4 | 2.2% |
|  | $237.4 | 9.0% |
| Total | $2,650.9 | 100.0% |

**Sources:** GOOG-AT-MDL-DATA-000488278 to -508815
(DV360 RFP 243 data)