**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

*Table 2*
**DVAA Revenue and Operating Profit**

| *in millions* | 2020 | 2021 | 2022 |
|---|---|---|---|
| Booked Revenue | $20,261 | ■ | ■ |
| Operating Profit | $1,207 | ■ | ■ |

Source: GOOG-AT-MDL-009643893

Page 13

DTX-2040 Page 1 of 1