**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

*Table 3*
**Operating Profit of DVAA Excluding AdMob as Calculated by Dr. Respess on Booked Revenue Basis and Net Revenue Basis**

| *in millions* | Sellside View | | | | | | MECE View | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Operating Profit: Booked Revenue Basis | $16 | ($26) | ($1,030) | ($866) | $332 | $509 | $312 | ■ | ■ |
| Operating Profit: Net Revenue Basis | $16 | ($26) | ($1,030) | ($866) | $332 | $509 | $312 | ■ | ■ |

Source: Respess Report, Figures 28 and 30 (GOOG-AT-MDL-004039971; GOOG-DOJ-AT-02641400; GOOG-DOJ-AT-02645892; GOOG-DOJ-AT-02649870)

DTX-2041 Page 1 of 1