*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

**Figure 21. Share of Ad Impressions by ▮▮▮ North America Brand, by Media Type, 2021Q3-2023Q2**



**Notes**:

[1] Data also include impressions for "Unknown Media Type." I include these data in my calculations, but not in the figure above. As such, the shares may not add up to 100% for each quarter across the media types presented above.

[2] Data also include impressions for "Tracking" ads, which I exclude from my analysis. These ads only help advertisers track clicks and impressions instead of delivering visible content. *See* "Ads overview," *Campaign Manager 360 Help*, available at https://support.google.com/campaignmanager/answer/2837647?hl=en.

[3] Based on impressions for users in the United States, for the advertiser named ▮▮▮▮▮▮▮▮▮▮

**Source**: Campaign Manager data produced as GOOG-AT-DOJ-DATA-000247044.