Message
_____

| | |
|---|---|
| **From:** | Neal Mohan [nmohan@google.com] |
| **Sent:** | 8/20/2010 3:51:53 AM |
| **To:** | Eric Rosenblum [erosenblum@google.com] |
| **CC:** | Matthew Vokoun [mvokoun@google.com] |
| **Subject:** | Re: publisher sales org |

ok.  i actually view this project as even more critical in the near term than the GDN reserve one so lets make sure we get the recommendation right.  combining the teams does not seem like the right call at this point.

also you guys should do this in the context of the latest display OCQ where the way we think about the pub side (and describe it is a bit different).

essentially i want two products on the sell-side: DFP and AS (notice no AdX).  they are BOTH front-doors that backfill into AdX.  DFP is for pubs 1-1000 or so.  AS is for everyone else.

we should decide org in the context of that product strategy.


On Thu, Aug 19, 2010 at 8:45 PM, Eric Rosenblum <erosenblum@google.com> wrote:
  okay... would be happy to chat... this is the feedback that we are looking for (i.e., why *wouldn't* we combine teams)... we talked to Crid today, and worked out a solution that may be able to smooth some of the conflict b/t the teams while keeping them distinct and focused on the sales side.



  On Thu, Aug 19, 2010 at 8:29 PM, Neal Mohan <nmohan@google.com> wrote:
   ok.  i have particular concerns around unifying pub monetization and diluting the focus from the adx team since it is such a new business.

  On Thu, Aug 19, 2010 at 7:43 PM, Eric Rosenblum <erosenblum@google.com> wrote:
   (+ matt vokoun, who is PM-ing the project).

   Hi Neal--

   I think that I had mentioned to you that there are 2 projects going on simultaneously that are inter-related:
   1) "Partnership Acceleration Program": addressing the publisher-facing org and channel structure and publisher value proposition at different tiers
   2) GDN reserve (with Jag)

   We'll schedule a meeting with you (next week, if possible) to review the materials and early conclusions.

   Best, eric


  On Thu, Aug 19, 2010 at 3:47 PM, Neal Mohan <nmohan@google.com> wrote:
   what is this project on publisher side sales org?  barry mentioned it to me today.

  --
  Neal Mohan | Google | ▓▓▓▓▓▓▓ | nmohan@google.com

CONFIDENTIAL

--
Eric Rosenblum
Google Business Operations
T (Mobile + Office): █████████

--
Neal Mohan | Google | █████████ | nmohan@google.com

--
Eric Rosenblum
Google Business Operations
T (Mobile + Office): █████████

--
Neal Mohan | Google | █████████ | nmohan@google.com

CONFIDENTIAL                                                                  GOOG-AT-MDL-009618312