Ratecard

| Client | Hold Co |
|--------|---------|
| Army/ARNG | OMG |
| USAF/USSF | OMG |
| Navy | WPP |
| USMC | WPP |
| USPS | IPG |

| Client | Buying Door | Agency | Hold Co | Payments Profile |
|--------|-------------|--------|---------|------------------|
| Army | DV360 | OMD | Omnicom | |
| ARNG | DV360 | OMD | Omnicom | |
| USAF | Direct | GSD&M | Omnicom | |
| USSF | Direct | GSD&M | Omnicom | |
| Navy | Direct | Wavemaker | Group M | |
| USMC | Direct | Mindshare | Group M | |

| Sequential Liability | Demo | guarnteed |
|---|---|---|
| US Department of Defense8807-8357-1919 | Influencers: 25+ | No |
| US Department of Defense8807-8357-1919 | Influencers: 25+ | No |
| UNITED STATES DEPARTMENT OF THE AIR FORCE7do 18-24) | | No |
| UNITED STATES DEPARTMENT OF THE AIR FORCE718-44 | | No |
| N/A | 18-24 | No |
| United States Marine Corps8921-1874-2783 | **M18-24 + DAR** | **YES** |

| Lineups? | Affinities? | Buys BOV? | Viewability Vendor | Viewability Billing |
|---|---|---|---|---|
| No | Yes | No | Double Verify | N/A |
| No | Yes | No | Double Verify | N/A |
| check | Sometimes | No | N/A | N/A |
| No | buy | No | N/A | N/A |
| No | Yes | No | MOAT | MOAT |
| No | Yes | No | Nielsen DAR | DAR Guarantee |

| Viewability Vendor ID | Brand Safety Vendor | Brand Safety Vendor ID |
|---|---|---|
| ██████████ | Double Verify | ██████████ |
| N/A | Double Verify | N/A |
| N/A | N/A | N/A |
| wavemaker | N/A | *Open Slate (TBD)* |
| | *Open Slate (TBD)* | *Open Slate (TBD)* |
| | *Open Slate (TBD)* | |

| Brand Lift Vendor | Brand Lift Vendor ID | ADH Vendor |
|---|---|---|
| Kantar | ███████████ | N/A Programmatic |
| Kantar | ███████████ | N/A Programmatic |
| Kantar | ███████████ | N/A |
| N/A | N/A | N/A |
| N/A | N/A | Innovid |
| N/A | N/A | Innovid |

| ADH Vendor ID | Include Brand Lift? | Include Search Lift? |
|---|---|---|
| N/A Programmatic | Yes | **Not possible via DV360** |
| N/A Programmatic | Yes | **Not possible via DV360** |
| N/A | Yes | Yes |
| N/A | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET |
|---|---|---|---|---|
| **Q2** | | | | |
| USAF FY20 Q2_INCREMENTAL_Zip Code Targeting | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Extreme Sports | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Technology | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Gaming | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Beauty Fashion/Enterta | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Cars/Trucks/Racing | GP | 2020-04-01 | 2020-06-30 | |
| USAF FY20 Q2_INCREMENTAL_Science/EDU | GP | 2020-04-01 | 2020-06-30 | |
| Q2 2020 GP: USAF T.O. 017 Sight, Sound & Motion | GP | 2020-04-01 | 2020-06-30 | |
| **Q3** | | | | |
| USAF FY20 Q3_INCREMENTAL_Zip Code Targeting | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Extreme Sports | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Technology | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Gaming | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTA_Beauty Fashion/Entertai | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Cars/Trucks/Racing | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Science/EDU | GP | 2020-07-01 | 2020-09-30 | |
| USAF FY20 Q3_INCREMENTAL_Action Game Fans CDI | GP | 2020-07-01 | 2020-09-30 | |
| Q3 2020 GP: USAF T.O. 017 Sight, Sound & Motion | GP | 2020-07-01 | 2020-09-30 | |

| BART LINK | BART ID | STATUS | SEARCH LIFT | Search Lift Updated to 2.0 |
|---|---|---|---|---|
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | N/A | |
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | COMPLETE | |
| https://bart.cor | | Delivering | N/A | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Ready | | |
| https://bart.cor | | Waiting for Creatives | | |
| https://bart.cor | | Ready | | |

| COMMENTS | SHARED DOC | Original |
|---|---|---|
| ██████████████ | | ████████████████ |
| | | BRAND - Air Force, US Air Force, USA |
| ██████████████ | | ████████████████ |
| | | BRAND - Air Force, US Air Force, USA |

https://docs.goc

**Recommended SL 2.0**

Branch - Air Force, USAF, United States Air Force, AirForce.comRecruitment - Air Force Requirements, Air Force R

Branch - Air Force, USAF, United States Air Force, AirForce.comRecruitment - Air Force Requirements, Air Force R

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET |
|---|---|---|---|---|
| USMC FY20 Youtube Flight 1 | GP | 2020-03-17 | 2020-03-31 | |
| USMC FY20 Youtube Flight 1 (A18-24) | GP | 2020-04-01 | 2020-05-24 | |
| USMC FY20 Youtube Flight 1 YT TV ONL | GP | 2020-03-17 | 2020-05-24 | |
| USMC FY20 Youtube Flight 2_July-Sept | GP | 2020-07-27 | 2020-09-30 | |
| USMC FY20 Youtube Flight 2_July-Sept | GP | 2020-07-27 | 2020-09-30 | |

| BART LINK | BART ID | STATUS | SEARCH LIFT | Search Lift Updated to 2.0 |
|---|---|---|---|---|
| https://bart.corp. | | Expired | COMPLETE | |
| https://bart.corp. | | Underdelivery | FAILED | We have some data in SL2 - https://sc |
| https://bart.corp. | | Delivered | N/A | |
| https://bart.corp. | | Expired | N/A | |
| https://bart.corp. | | Expired | N/A | |

| COMMENTS | SHARED DOC |
|---|---|
| This was split due to underdelivery. | |
| Original fligh was until May 24 | |
| Looks like by default SL2 creates a ke | |
| YTTV plan | |
| | |
| YTTV plan | Alyssa's doc |

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET |
|---|---|---|---|---|
| Navy GP April/May 2020- Efficacy | GP | 2020-04-17 | 2020-05-31 | |
| Navy GP April/May 2020- Attitude | GP | 2020-04-17 | 2020-05-31 | |
| Navy May/June 2020 Job Security GP Book | GP | 2020-05-11 | 2020-06-14 | |
| Navy May/June 2020 Job Security GP Book | GP | 2020-05-11 | 2020-05-13 | |
| Navy May/June 2020 Job Security GP Book | GP | 2020-05-13 | 2020-06-14 | |
| Navy Job Security Jun-Aug 2020 | GP | | | |

| BART LINK | BART ID | STATUS | SEARCH LIFT | COMMENTS | SHARED DOC |
|---|---|---|---|---|---|
| https://bart.co | | Delivering | FAILED | | |
| https://bart.co | | Delivering | FAILED | | https://docs.goog |
| https://bart.co | | Sold | N/A | Cancelled | |
| https://bart.co | | Underdelivery | N/A | | |
| https://bart.co | | Delivering | IN PROGESS | | https://docs.goog |
| https://bart.co | | | | | |

| Original | Recommended SL 2.0 |

Navy, US Navy, Branch: Navy, US Navy, United States Navy, America's Navy, forged by the sea Jobs/Car

eer: navy career, navy jobs, what can I do in the navy, roles in the Navy, Navy Adventure Benefits: navy pay, US

navy salary, navy bonus, navy job security, navy $40k, Recruitment: navy recruiter, contact navy recruiter, navy

sign up, join navy, enlist navy

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET |
|---|---|---|---|---|
| Space Force- GP 05/14/20-8/31/20 | GP | 2020-05-14 | 2020-08-31 | ███████ |

| BART LINK | BART ID | STATUS | SEARCH LIFT | COMMENTS |
|---|---|---|---|---|
| https://bart.corp. | ████████ | Delivering | IN PROGESS | |

| SHARED DOC | Original | Recommended SL 2.0 |
|---|---|---|
| | BRAND - Air Force, US Air Force | Branch - Air Force, USAF, United S |

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE |
|---|---|---|---|
| Army Influencers_FY20 Wave 2 Q2 (Mar 30 - Apr 26, 2020) | GP | 2020-03-30 | 2020-04-26 |
| Army Gen Z_FY20 Wave 2 Q2 (Mar 30 - Apr 26, 2020) | GP | 2020-03-30 | 2020-03-26 |
| Army Strategic Targets_FY20 Wave 2 Q2 (Mar 30 - May 14, 20 | GP | 2020-03-30 | 2020-05-14 |
| Army Influencers_FY20 Wave 2 Q3 (Jun 29 - Sep 27, 2020) | GP | 2020-06-29 | 2020-06-30 |
| Army Gen Z_FY20 Wave 2 Q3 (Jun 29 - Sep 27, 2020) | GP | 2020-06-29 | 2020-06-30 |
| Army Strategic Targets_FY20 Wave 2 Q3 (Jun 29 - Sep 27, 20 | GP | 2020-06-29 | 2020-06-30 |

| BUDGET | BART LINK | BART ID | STATUS | SEARCH LIFT | COMMENTS |
|--------|-----------|---------|--------|-------------|----------|
| ███ | https://bart.corp | ███ | Delivered | N/A | |
| | https://bart.corp | | Underdelivery | N/A | |
| | https://bart.corp | | Delivered | N/A | |
| | https://bart.corp | | | N/A | Media plan Cancelled |
| | https://bart.corp | | | N/A | Media plan Cancelled |
| | https://bart.corp | | | N/A | Media plan Cancelled |

**SHARED DOC**

https://docs.goc

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET |
|---|---|---|---|---|
| Army National Guard_FY20 Wave 2 Q2 (M | GP | 2020-03-30 | 2020-06-28 | ███████ |
| Army National Guard_FY20 Wave 2 Q3 (Ju | GP | 2020-06-29 | 2020-09-27 | ███████ |

| BART LINK | BART ID | STATUS | SEARCH LIFT | COMMENTS |
|---|---|---|---|---|
| https://bart.corp | ▮ | Delivering | N/A | |
| https://bart.corp | | Ready | | |

**SHARED DOC**

https://docs.goo

| CAMPAIGN NAME | PRODUCT | START DATE | END DATE | BUDGET | BART LINK |
|---|---|---|---|---|---|
| USPS AMJ 2020_GM | GP | 2020-05-02 | 2020-06-21 | ███████ | https://bart.com |
| USPS AMJ 2020_Hispanic | GP | 2020-05-02 | 2020-06-28 | ███████ | https://bart.com |
| | | | | ███████ | |

| BART ID | STATUS | BLS FAILED | COMMENTS | SHARED DOC |
|---------|--------|------------|----------|------------|
| ▮ | Delivering | N/A | | |
| | Delivering | N/A | | https://docs.goo |