UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF FILING

Pursuant to the Court's August 9, 2024, Order, Dkt. No. 1147, Defendant Google LLC ("Google") files the attached **REVISED REDACTED EXHIBITS** on the grounds and for the reasons stated in its Google's revised objections to the public disclosure of evidence at trial (Dkt. No. 1236).

Dated: August 24, 2024                                  Respectfully submitted,

Eric Mahr (*pro hac vice*)                              */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)                           Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)                             THE LAW OFFICE OF
FRESHFIELDS BRUCKHAUS                                   CRAIG C. REILLY, ESQ:
DERINGER US LLP                                         209 Madison Street, Suite 501
700 13th Street, NW, 10th Floor                         Alexandria, VA 22314
Washington, DC 20005                                    Telephone: (703) 549-5354
Telephone: (202) 777-4500                               Facsimile: (703) 549-5355
Facsimile: (202) 777-4555                               craig.reilly@ccreillylaw.com
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)                    Karen L. Dunn (*pro hac vice*)
FRESHFIELDS BRUCKHAUS                                   Jeannie S. Rhee (*pro hac vice*)
DERINGER US LLP                                         William A: Isaacson (*pro hac vice*)
855 Main Street                                         Amy J. Mauser (*pro hac vice*)
Redwood City, CA 94063                                  Martha L. Goodman (*pro hac vice*)
Telephone: (650) 618-9250                               Bryon P. Becker (VSB #93384)
Fax: (650) 461-8276                                     Erica Spevack (*pro hac vice*)
justina.sessions@freshfields.com                        PAUL, WEISS, RIFKIND, WHARTON &
                                                        GARRISON LLP
Daniel Bitton (*pro hac vice*)                          2001 K Street, NW
AXINN, VELTROP & HARKRIDER                              Washington, DC 20006-1047
LLP                                                     Telephone: (202) 223-7300
55 2nd Street                                           Facsimile (202) 223-7420
San Francisco, CA 94105                                 kdunn@paulweiss.com
Telephone: (415) 490-2000
Facsimile: (415) 490-2001                               Erin J. Morgan (*pro hac vice*)
dbitton@axinn.com                                       PAUL, WEISS, RIFKIND, WHARTON &
                                                        GARRISON LLP
Bradley Justus (VSB # 80533)                            1285 Avenue of the Americas
AXINN, VELTROP & HARKRIDER                              New York, NY 10019-6064
LLP                                                     Telephone:  (212) 373-3387
1901 L Street, NW                                       Facsimile:  (212) 492-0387
Washington, DC 20036                                    ejmorgan@paulweiss.com
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant Google LLC*