**Archived Previous Forecast Views:**

**2022:**
V9 Forecast
V8 Forecast
V7 Forecast
V6 Forecast
V5 Forecast
V4 Forecast
V3 Forecast

**2021:**
V11 Forecast (Actuals)
V10 Forecast
V8 Forecast
V7 Forecast
V6 Forecast
V5 Forecast
V4 Forecast
V3 Forecast
V2 Forecast
Jan AOP

**2020:**
[V3 Forecast](#)
V5 Forecast
V6 Forecast
Actuals

**2019:**
[V3 Forecast](#)
[V4 Forecast](#)
[V7 Forecast](#)
V9 Forecast

**2018:**
[V3 Forecast](#)
[V5 Forecast](#)
[V9 Forecast](#)
[V11 Forecast](#)
[V12 Forecast (longterm)](#)

| Line Item | Description |
|---|---|
| **Served Revenue** | Media Revenue + Fees |
| **Contra Revenue** | Contra Revenue items such as spam/credits, sales allowance, incentives, FX adjustments |
| **Booked Revenue** | **(Served Revenue) - (Contra Revenue)** |
| *TAC/CAC* | **TAC -** Costs related to traffic acquisition via partners. Applies to media revenue only (except PG/PD, Exchange Bidding)  **CAC -** Costs related to content acquisition via partners. |
| **Net Revenue** | **(Booked Revenue) - (TAC/CAC)** |
| *Machines* | Resource Economy (RE) charges, including share of Ads-PA Reserve, Logs, Payments |
| *OCOS* | Non-Traffic acquisition cost of sales (both direct and allocated) such as credit card fees, digital service tax fees, data licenses |
| **Gross Margin** | **(Net Revenue) - (Machines) - (OCOS)** |
| *EngPM* | Display engineering FTEs, as well as share of other Eng teams supporting DVAA business |
| *GBO* | Global Business Organization - teams primarily in sales functions (LCS, Platform Sales, GCAS, etc.) selling / supporting DVAA products |
| *Marketing* | Display share of marketing teams |
| *G&A* | Display share of support teams such as REWS, Legal, Finance, PeopleOps |
| *TI* | Display share of Technicaly Infrastructure (TI) teams such as SRE, Privacy/Security, Network/Equipment overhead (e.g. Laptops, Tech Stops) |
| **Total OPEX** | **(EngPM) + (GBO) + (Marketing) + (G&A) + (TI)** |
| **Operating Profit** | **(Gross Margin) - (OPEX)** |

**SOURCES**

| | |
|---|---|
| Revenue/TAC | **Actuals -** Revteam 2022fx  **Forecast** - Vcycle  **Plan -** 2022AnnualPlan_0110_2022fx |
| Contra Revenue | Adspnl |
| Machines | Adspnl |
| CAC | Adspnl |
| OCOS | Adspnl |
| OPEX | Adspnl |

# Shift from Combined P&Ls to Stand-Alone Product P&Ls



| Buyside Lens incl. Sellside Products | | | | |
|---|---|---|---|---|
| Google Ads | DV360 | CM360 | AdX Buyers | Total |

| Sellside Lens incl. Buyside Products | | | | |
|---|---|---|---|---|
| Ad Manager | AdSense | AdMob | Non Google | Total |

| | Stand-Alone Product P&Ls | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Google Ads | AdMob | AdSense | AdManager | DV360 | DFP | CM360 | Total |
| **Net Revenue** | Buyside Take on AdMob, AdSense, Ad Manager, AwBid | Sellside Take on Transactions (Gross - Buyside Take - TAC) | | | Platform Fees | | | *Display totals across all products* |
| **- Direct Costs** | Allocated Machine Costs + Directly Attributable Costs of Sales | | | | | | | *Display totals across all products* |
| | Gross Margin | | | | | | | |
| **- Opex Costs** | Allocated Costs for: EngPM, GBO, Marketing, G&A, and TI | | | | | | | *Display totals across all products* |
| | Operating Profit | | | | | | | |

PTX1097_Native.xlsx

2020 Actual

| | 2020 | *colors must match |
|---|---|---|
| Year | *2020* | |
| Version | *actuals* | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|---|---|---|---|---|---|---|---|
| *Total Media Spend* | $6,109 | $3,277 | $9,366 | $12,777 | $6,165 | $0 | $37,695 |
| *Total Fees* | $0 | $0 | $260 | $0 | $544 | $399 | $1,203 |
| **Total Media + Fees (Total Advertiser Spend)** | **$6,109** | **$3,277** | **$9,626** | **$12,777** | **$6,709** | **$399** | **$38,897** |
| | | | | | | | |
| *Buyside Take* | $944 | $427 | $619 | $1,990 | $0 | $0 | **$3,980** |
| *Platform Fee* | $0 | $0 | $260 | $0 | $544 | $399 | **$1,203** |
| *Non-Google Media Revenue* | $0 | $0 | $0 | $553 | $2,159 | $0 | **$2,712** |
| *Sellside Media Revenue* | $5,166 | $2,850 | $8,747 | $0 | $0 | $0 | **$16,762** |
| **Attributable Served Revenue** | **$5,166** | **$2,850** | **$9,006** | **$2,543** | **$2,703** | **$399** | **$22,667** |
| *GA360* | *$22* | *$13* | *$32* | *$42* | *$11* | *$8* | *$127* |
| | | | | | | | |
| *General Incentives* | $0 | $0 | $0 | $197 | $51 | $0 | **$248** |
| *General Brazil Tax* | $0 | $0 | $0 | $43 | $21 | $0 | **$64** |
| *General Reserves* | $66 | $38 | $97 | $107 | $27 | $0 | **$336** |
| *DST* | $0 | $0 | $0 | $(4) | $0 | $0 | **$(4)** |
| *FX Impact* | $27 | $15 | $40 | $52 | $13 | $10 | **$156** |
| *PG/PD Adjustment* | $160 | $0 | $1,477 | $0 | $351 | $0 | **$1,989** |
| *Plug* | $(0) | $(0) | $(1) | $(1) | $(0) | $(0) | **$(2)** |
| **Contra Revenue** | **$252** | **$53** | **$1,614** | **$394** | **$463** | **$9** | **$2,786** |
| | | | | | | | |
| **Booked Revenue** | **$4,935** | **$2,809** | **$7,425** | **$2,191** | **$2,251** | **$397** | **$20,008** |
| | | | | | | | |
| *TAC* | $3,884 | $2,203 | $5,870 | $361 | $1,790 | $0 | **$14,109** |
| *CAC* | $0 | $0 | $0 | $0 | $0 | $0 | **$1** |
| **TAC/CAC** | **$3,884** | **$2,204** | **$5,870** | **$361** | **$1,790** | **$0** | **$14,110** |
| | | | | | | | |
| **Net Revenue** | **$1,051** | **$606** | **$1,554** | **$1,830** | **$461** | **$397** | **$5,898** |
| | | | | | | | |
| *Machines/Network* | $56 | $16 | $67 | $636 | $347 | $19 | **$1,141** |
| *DST - Other COS* | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| *Credit Card Fees* | $0 | $0 | $0 | $111 | $0 | $0 | **$111** |
| *Other COS* | $13 | $8 | $20 | $26 | $7 | $5 | **$78** |
| **Machine/Network/OCOS** | **$69** | **$24** | **$86** | **$772** | **$354** | **$24** | **$1,329** |
| | | | | | | | |
| **Gross Margin** | **$981** | **$582** | **$1,468** | **$1,058** | **$107** | **$373** | **$4,569** |
| | | | | | | | |
| *Apps* | $0 | $0 | $0 | $37 | $1 | $0 | **$38** |

2020 Actual

| Year | 2020 |
|---|---|
| Version | actuals |

*colors must match

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|---|---|---|---|---|---|---|---|
| Buyside Eng | $0 | $0 | $0 | $47 | $18 | $0 | **$65** |
| GDA PM | $0 | $0 | $0 | $9 | $0 | $0 | **$9** |
| Sellside | $39 | $19 | $134 | $0 | $0 | $0 | **$192** |
| Infra | $3 | $2 | $6 | $40 | $7 | $4 | **$62** |
| MOMI | $5 | $7 | $13 | $20 | $7 | $0 | **$52** |
| BAM (Buying Platforms) | $0 | $0 | $0 | $43 | $85 | $40 | **$168** |
| X-DVA | $5 | $5 | $8 | $6 | $2 | $0 | **$26** |
| **AViD EngPM** | **$52** | **$34** | **$160** | **$202** | **$120** | **$44** | **$612** |
| Search Ads (ML&AQI) | $0 | $0 | $0 | $19 | $0 | $0 | **$19** |
| YouTube Ads | $0 | $0 | $0 | $11 | $0 | $0 | **$11** |
| AIM (GA + Brand Measurement) | $14 | $12 | $53 | $65 | $25 | $0 | **$170** |
| APaS | $11 | $9 | $43 | $60 | $9 | $0 | **$132** |
| Core | $12 | $10 | $45 | $35 | $10 | $0 | **$111** |
| Customer Engagement | $2 | $1 | $12 | $24 | $14 | $4 | **$56** |
| EngProd - Ads | $6 | $6 | $18 | $22 | $6 | $8 | **$65** |
| Payments/NBU | $6 | $3 | $13 | $7 | $4 | $0 | **$34** |
| UX | $8 | $8 | $17 | $21 | $9 | $1 | **$64** |
| Other | $7 | $5 | $25 | $19 | $5 | $0 | **$61** |
| **Other EngPM** | **$66** | **$54** | **$225** | **$284** | **$82** | **$14** | **$725** |
| **EngPM** | **$118** | **$87** | **$386** | **$486** | **$202** | **$57** | **$1,337** |
| Admin | $3 | $2 | $11 | $23 | $16 | $4 | **$60** |
| Americas LCS | $0 | $0 | $3 | $68 | $98 | $41 | **$209** |
| APAC LCS | $0 | $0 | $1 | $35 | $20 | $3 | **$58** |
| APAC LCS | $0 | $0 | $1 | $35 | $20 | $3 | **$58** |
| gCare | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| EMEA LCS | $1 | $0 | $21 | $62 | $67 | $14 | **$164** |
| EMEA LCS | $1 | $0 | $21 | $62 | $67 | $14 | **$164** |
| gCare | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| GCAS | $0 | $0 | $0 | $10 | $12 | $4 | **$26** |
| Global Partnerships | $35 | $35 | $112 | $0 | $0 | $0 | **$182** |
| GMS | $0 | $0 | $0 | $76 | $10 | $0 | **$85** |
| GTM | $0 | $0 | $3 | $29 | $21 | $5 | **$59** |
| gUP | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| gCare | $0 | $0 | $0 | $1 | $1 | $0 | **$2** |
| GTM | $0 | $0 | $0 | $25 | $19 | $4 | **$48** |
| gTech | $0 | $0 | $3 | $3 | $1 | $1 | **$8** |

| Year | *2020* | *colors must match* |
|------|--------|---------------------|
| Version | *actuals* | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|---|---|---|---|---|---|---|---|
| *GSL/GPL* | $1 | $0 | $7 | $7 | $10 | $2 | **$28** |
| *gTech* | $7 | $2 | $72 | $101 | $65 | $20 | **$266** |
| *gCare* | $0 | $0 | $17 | $25 | $32 | $2 | **$76** |
| *gTech* | $6 | $2 | $52 | $70 | $31 | $17 | **$177** |
| *gBoss* | $0 | $0 | $2 | $3 | $2 | $1 | **$8** |
| *gUP* | $0 | $0 | $1 | $2 | $1 | $0 | **$5** |
| **GBO** | **$48** | **$39** | **$229** | **$410** | **$319** | **$92** | **$1,137** |
| **Marketing** | **$5** | **$0** | **$1** | **$31** | **$2** | **$0** | **$39** |
| *REWS* | $22 | $17 | $83 | $121 | $70 | $20 | **$334** |
| *POPS* | $5 | $4 | $20 | $29 | $17 | $5 | **$81** |
| *Global Affairs* | $13 | $10 | $46 | $68 | $39 | $11 | **$187** |
| *Central* | $13 | $10 | $46 | $68 | $39 | $11 | **$187** |
| *Finance* | $4 | $3 | $14 | $20 | $11 | $3 | **$55** |
| **G&A** | **$57** | **$43** | **$210** | **$305** | **$177** | **$51** | **$843** |
| *Technical Infrastructure* | $11 | $8 | $39 | $57 | $33 | $10 | **$158** |
| **TI** | **$11** | **$8** | **$39** | **$57** | **$33** | **$10** | **$158** |
| **Total OPEX** | **$238** | **$178** | **$865** | **$1,290** | **$734** | **$209** | **$3,514** |
| **Operating Profit** | **$743** | **$404** | **$602** | **$(232)** | **$(627)** | **$164** | **$1,055** |
| *% of Booked* | *15.06%* | *14.39%* | *8.11%* | *-10.59%* | *-27.85%* | *41.32%* | *5.27%* |
| *Revenue %* | 22.79% | 12.57% | 39.73% | 11.22% | 11.93% | 1.76% | |

2021 Actual

| Year | *2021* | *colors must match* |
|------|--------|---------------------|
| Version | *actuals* | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|------|------|---------|-------------------|------------|-------|-------|----------------|
| Total Media Spend | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Total Fees | | | | | | | |
| **Total Media + Fees (Total Advertiser Spend)** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Buyside Take | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Platform Fee | ■ | | ■ | | ■ | | ■ |
| Non-Google Media Revenue | ■ | ■ | ■ | ■ | | | ■ |
| Sellside Media Revenue | | | | | | | |
| **Attributable Served Revenue** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| _GA360_ | ■ | | | | | | |
| General Incentives | | | | ■ | | | ■ |
| General Brazil Tax | | | | ■ | | | ■ |
| General Reserves | | | | ■ | | | ■ |
| DST | | | | ■ | | | ■ |
| FX Impact | ■ | ■ | | ■ | ■ | | ■ |
| PG/PD Adjustment | ■ | | | | ■ | | ■ |
| Plug | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Contra Revenue** | | | | ■ | | | |
| **Booked Revenue** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| TAC | ■ | ■ | ■ | ■ | ■ | | ■ |
| CAC | ■ | | | | ■ | | ■ |
| **TAC/CAC** | ■ | ■ | ■ | ■ | ■ | | ■ |
| | | | | | | | |
| **Net Revenue** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Machines/Network | ■ | | | | | | ■ |
| DST - Other COS | ■ | | | | | | ■ |
| Credit Card Fees | ■ | | | | | | ■ |
| Other COS | | | | | | | |
| **Machine/Network/OCOS** | ■ | ■ | ■ | ■ | ■ | | ■ |
| | | | | | | | |
| **Gross Margin** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Apps | ■ | ■ | | ■ | ■ | | ■ |

| Year | *2021* | *colors must match |
|------|--------|--------------------|
| Version | *actuals* | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|---|---|---|---|---|---|---|---|
| *Buyside Eng* | | | | | | | |
| *GDA PM* | | | | | | | |
| *Sellside* | | | | | | | |
| *Infra* | | | | | | | |
| *MOMI* | | | | | | | |
| *BAM (Buying Platforms)* | | | | | | | |
| *X-DVA* | | | | | | | |
| ***AViD EngPM*** | | | | | | | |
| *Search Ads (ML&AQI)* | | | | | | | |
| *YouTube Ads* | | | | | | | |
| *AIM (GA + Brand Measurement)* | | | | | | | |
| *APaS* | | | | | | | |
| *Core* | | | | | | | |
| *Customer Engagement* | | | | | | | |
| *EngProd - Ads* | | | | | | | |
| *Payments/NBU* | | | | | | | |
| *UX* | | | | | | | |
| *Other* | | | | | | | |
| ***Other EngPM*** | | | | | | | |
| **EngPM** | | | | | | | |
| *Admin* | | | | | | | |
| *Americas LCS* | | | | | | | |
| *APAC LCS* | | | | | | | |
| *APAC LCS* | | | | | | | |
| *gCare* | | | | | | | |
| *EMEA LCS* | | | | | | | |
| *EMEA LCS* | | | | | | | |
| *gCare* | | | | | | | |
| *GCAS* | | | | | | | |
| *Global Partnerships* | | | | | | | |
| *GMS* | | | | | | | |
| *GTM* | | | | | | | |
| *gUP* | | | | | | | |
| *gCare* | | | | | | | |
| *GTM* | | | | | | | |
| *gTech* | | | | | | | |

PTX1097_Native.xlsx

2021 Actual

| Year | *2021* | *colors must match* |
|---|---|---|
| Version | *actuals* | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Actuals Totals |
|---|---|---|---|---|---|---|---|
| *GSL/GPL* | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| *gTech* | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| *gCare* | | | | ▮ | ▮ | | ▮ |
| *gTech* | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| *gBoss* | ▮ | | ▮ | | | | ▮ |
| *gUP* | | | ▮ | | | | ▮ |
| **GBO** | ▮ | ▮ | | | ▮ | | ▮ |
| **Marketing** | ▮ | | | | ▮ | | ▮ |
| *REWS* | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| *POPS* | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| *Global Affairs* | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| *Central* | ▮ | | ▮ | | ▮ | | ▮ |
| *Finance* | ▮ | | ▮ | | ▮ | | ▮ |
| **G&A** | | | | ▮ | | | ▮ |
| *Technical Infrastructure* | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| **TI** | ▮ | ▮ | ▮ | | ▮ | | ▮ |
| **Total OPEX** | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| **Operating Profit** | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| *% of Booked* | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| *Revenue %* | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

| Year | 2022 | *colors must match |
|------|------|---------------------|
| Version | plan | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Plan Totals |
|---|---|---|---|---|---|---|---|
| Total Media Spend | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Total Fees | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total Media + Fees (Total Advertiser Spend)** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Buyside Take | ■ | | | | | ■ | ■ |
| Platform Fee | ■ | | | | | ■ | ■ |
| Non-Google Media Revenue | ■ | ■ | | ■ | ■ | | ■ |
| Sellside Media Revenue | ■ | ■ | ■ | ■ | ■ | | ■ |
| **Attributable Served Revenue** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| _GA360_ | | | | | | | |
| General Incentives | | | | | | | ■ |
| General Brazil Tax | | | | | | | |
| General Reserves | | | | | | | |
| DST | | | | | | | |
| FX Impact | ■ | ■ | ■ | ■ | ■ | | ■ |
| PG/PD Adjustment | | | | | | | |
| Plug | ■ | ■ | ■ | ■ | ■ | | ■ |
| **Contra Revenue** | ■ | ■ | ■ | ■ | | ■ | |
| **Booked Revenue** | ■ | | ■ | ■ | | ■ | ■ |
| | | | | | | | |
| TAC | | | | | | | ■ |
| CAC | ■ | | ■ | ■ | ■ | | ■ |
| **TAC/CAC** | ■ | ■ | ■ | ■ | | | ■ |
| | | | | | | | |
| **Net Revenue** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Machines/Network | ■ | | ■ | ■ | | ■ | ■ |
| DST - Other COS | ■ | | | | | | |
| Credit Card Fees | ■ | | | | | | ■ |
| Other COS | | | | | | | |
| **Machine/Network/OCOS** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| **Gross Margin** | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | |
| Apps | ■ | ■ | | ■ | | ■ | |

| Year | 2022 | *colors must match |
|------|------|--------------------|
| Version | plan | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Plan Totals |
|---|---|---|---|---|---|---|---|
| Buyside Eng | | | | | | | |
| GDA PM | | | | | | | |
| Sellside | | | | | | | |
| Infra | | | | | | | |
| MOMI | | | | | | | |
| BAM (Buying Platforms) | | | | | | | |
| X-DVA | | | | | | | |
| **AViD EngPM** | | | | | | | |
| Search Ads (ML&AQI) | | | | | | | |
| YouTube Ads | | | | | | | |
| AIM (GA + Brand Measurement) | | | | | | | |
| APaS | | | | | | | |
| Core | | | | | | | |
| Customer Engagement | | | | | | | |
| EngProd - Ads | | | | | | | |
| Payments/NBU | | | | | | | |
| UX | | | | | | | |
| Other | | | | | | | |
| **Other EngPM** | | | | | | | |
| **EngPM** | | | | | | | |
| Admin | | | | | | | |
| Americas LCS | | | | | | | |
| APAC LCS | | | | | | | |
| APAC LCS | | | | | | | |
| gCare | | | | | | | |
| EMEA LCS | | | | | | | |
| EMEA LCS | | | | | | | |
| gCare | | | | | | | |
| GCAS | | | | | | | |
| Global Partnerships | | | | | | | |
| GMS | | | | | | | |
| GTM | | | | | | | |
| gUP | | | | | | | |
| gCare | | | | | | | |
| GTM | | | | | | | |
| gTech | | | | | | | |

| Year | 2022 | *colors must match |
|------|------|--------------------|
| Version | plan | |

| | AdMob | AdSense | Google Ad Manager | Google Ads | DV360 | CM360 | Plan Totals |
|---|---|---|---|---|---|---|---|
| GSL/GPL | █ | █ | | █ | █ | █ | █ |
| gTech | █ | █ | █ | █ | █ | █ | █ |
| gCare | █ | █ | █ | █ | █ | █ | █ |
| gTech | █ | █ | █ | █ | █ | █ | █ |
| gBoss | █ | █ | █ | █ | █ | █ | █ |
| gUP | | | | | | | █ |
| **GBO** | █ | █ | █ | █ | █ | █ | █ |
| **Marketing** | █ | █ | █ | █ | █ | █ | █ |
| REWS | █ | █ | █ | █ | █ | █ | █ |
| POPS | █ | █ | █ | █ | █ | █ | █ |
| Global Affairs | █ | █ | █ | █ | █ | █ | █ |
| Central | █ | █ | █ | █ | █ | █ | █ |
| Finance | █ | █ | █ | █ | █ | █ | █ |
| **G&A** | █ | █ | █ | █ | █ | █ | █ |
| Technical Infrastructure | █ | █ | █ | █ | █ | █ | █ |
| **TI** | █ | █ | █ | █ | █ | █ | █ |
| **Total OPEX** | █ | █ | █ | █ | █ | █ | █ |
| **Operating Profit** | █ | █ | █ | █ | █ | █ | █ |
| *% of Booked* | █ | █ | █ | █ | █ | █ | █ |
| Revenue % | █ | █ | █ | █ | █ | █ | █ |





| | Actuals Totals | 2021 Actuals Totals | 2022 Plan Totals | vs. Plan $ | vs. Plan % | YoY $ | YoY % |
|---|---|---|---|---|---|---|---|
| *Total Media Spend* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Total Fees* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Buyside Take/Platform Fee* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Non-Google Media Revenue* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Sellside Media Revenue* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Attributable Served Revenue** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *GA360* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *General Incentives* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *General Brazil Tax* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *General Reserves* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *FX Impact* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *PG/PD Adjustment* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Contra Revenue** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Booked Revenue** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *TAC* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *CAC* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **TAC/CAC** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Net Revenue** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Machine/Network* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Other COS* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Other COS - GA* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Machine/Network/OCOS** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Gross Margin** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Apps* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Buyside Eng* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *GDA PM* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Sellside* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Infra* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *MOMI* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *X-DVA* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| ***AViD EngPM*** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *Search Ads* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| *BAM Buyside* | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

YouTube Ads
AIM
APaS
Core
Customer Engagement
EngProd - Ads
Payments/NBU
UX
Other
**Other EngPM**
**EngPM**
Admin
GCAS
GMS
GSL/GPL
GTM
Global Partnerships
Americas LCS
EMEA LCS
APAC LCS
gTech
**GBO**
**Marketing**
REWS
POPS
Global Affairs
Central
Finance
**G&A**
Technical Infrastructure
**TI**
Total OPEX
Operating Profit
*% of Booked*
Revenue %

| year | simplified_view | label | product | amount | line_item | grouping1 | grouping2 |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | CM360 | 13720385.63 | EMEA LCS | EMEA LCS | GBO |
| 2020 | actuals | | Google Ad Manager | 1234321.221 | gUP | gTech | GBO |
| 2020 | actuals | | CM360 | 74913.05078 | gCare | GTM | GBO |
| 2020 | actuals | | CM360 | 16712777.48 | gTech | gTech | GBO |
| 2020 | actuals | | Google Ad Manager | 51612166.07 | gTech | gTech | GBO |
| 2020 | actuals | | DV360 | 29959.75364 | gUP | GTM | GBO |
| 2020 | actuals | | DV360 | 66655083.91 | EMEA LCS | EMEA LCS | GBO |
| 2020 | actuals | | Google Ads | 25251224.88 | gCare | gTech | GBO |
| 2020 | actuals | | AdSense | 2668.433695 | gCare | GTM | GBO |
| 2020 | actuals | | Google Ads | 6935595.464 | GSL/GPL | GSL/GPL | GBO |
| 2020 | actuals | | CM360 | 542838.265 | gBoss | gTech | GBO |
| 2020 | actuals | | Google Ad Manager | | gCare | EMEA LCS | GBO |
| 2020 | actuals | | DV360 | 1665222.281 | gBoss | gTech | GBO |
| 2020 | actuals | | DV360 | 30809489.15 | gTech | gTech | GBO |
| 2020 | actuals | | DV360 | 19480030.05 | GTM | GTM | GBO |
| 2020 | actuals | | CM360 | 0 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | AdMob | | gCare | EMEA LCS | GBO |
| 2020 | actuals | | AdMob | 0.09157386312 | GTM | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 0 | GCAS | GCAS | GBO |
| 2020 | actuals | | DV360 | | gCare | EMEA LCS | GBO |
| 2020 | actuals | | Google Ads | 29130.2432 | gCare | APAC LCS | GBO |
| 2020 | actuals | | AdMob | 99579.78798 | gUP | gTech | GBO |
| 2020 | actuals | | AdMob | 2807573.614 | Admin | Admin | GBO |
| 2020 | actuals | | AdSense | 1957286.011 | Admin | Admin | GBO |
| 2020 | actuals | | Google Ad Manager | 0 | gCare | APAC LCS | GBO |
| 2020 | actuals | | CM360 | 3610107.03 | GCAS | GCAS | GBO |
| 2020 | actuals | | Google Ad Manager | 44113.03608 | gUP | GTM | GBO |
| 2020 | actuals | | AdMob | 0 | GMS | GMS | GBO |
| 2020 | actuals | | CM360 | 40648538.86 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | AdSense | 0 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | AdMob | 35334122.26 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | Google Ads | 34804064.84 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | Google Ads | 3241383.239 | gBoss | gTech | GBO |
| 2020 | actuals | | Google Ad Manager | 2591894.034 | gTech | GTM | GBO |
| 2020 | actuals | | AdMob | 1133788.485 | EMEA LCS | EMEA LCS | GBO |
| 2020 | actuals | | AdMob | 1477462.018 | GSL/GPL | GSL/GPL | GBO |

PTX-1097-Native

P&L Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | AdSense | 96673.29079 | gCare | gTech | GBO |
| 2020 | actuals | | AdSense | 244694.6439 | GSL/GPL | GSL/GPL | GBO |
| 2020 | actuals | | Google Ads | 58317.16546 | gUP | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 112156487.8 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | CM360 | 0 | GMS | GMS | GBO |
| 2020 | actuals | | Google Ads | 9955474.229 | GCAS | GCAS | GBO |
| 2020 | actuals | | CM360 | 9766.444318 | gUP | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 11454395.73 | Admin | Admin | GBO |
| 2020 | actuals | | DV360 | 15899705.74 | Admin | Admin | GBO |
| 2020 | actuals | | AdMob | 5963772.791 | gTech | gTech | GBO |
| 2020 | actuals | | DV360 | 10430372.77 | GSL/GPL | GSL/GPL | GBO |
| 2020 | actuals | | AdSense | | gCare | EMEA LCS | GBO |
| 2020 | actuals | | AdSense | 109307.0026 | gTech | GTM | GBO |
| 2020 | actuals | | Google Ads | 3056632.301 | gTech | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 0 | GMS | GMS | GBO |
| 2020 | actuals | | Google Ads | 61535781.93 | EMEA LCS | EMEA LCS | GBO |
| 2020 | actuals | | CM360 | 1972709.44 | gCare | gTech | GBO |
| 2020 | actuals | | AdMob | 277004.3309 | gTech | GTM | GBO |
| 2020 | actuals | | Google Ads | 75881824.54 | GMS | GMS | GBO |
| 2020 | actuals | | AdMob | 0 | GCAS | GCAS | GBO |
| 2020 | actuals | | CM360 | 2916476.131 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | AdSense | 79714.47133 | gBoss | gTech | GBO |
| 2020 | actuals | | Google Ad Manager | 2451889.673 | gBoss | gTech | GBO |
| 2020 | actuals | | DV360 | 8565.66022 | gCare | APAC LCS | GBO |
| 2020 | actuals | | AdSense | 0 | GMS | GMS | GBO |
| 2020 | actuals | | AdMob | 210750.6118 | gBoss | gTech | GBO |
| 2020 | actuals | | AdSense | 1887468.179 | gTech | gTech | GBO |
| 2020 | actuals | | CM360 | 0 | gCare | APAC LCS | GBO |
| 2020 | actuals | | AdMob | 0 | gCare | APAC LCS | GBO |
| 2020 | actuals | | AdSense | 0 | gCare | APAC LCS | GBO |
| 2020 | actuals | | AdSense | 0 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | CM360 | 4295413.275 | Admin | Admin | GBO |
| 2020 | actuals | | CM360 | 0 | gCare | EMEA LCS | GBO |
| 2020 | actuals | | AdMob | 452853.8415 | gCare | gTech | GBO |
| 2020 | actuals | | AdMob | 167122.6556 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | Google Ads | 1050328.547 | gCare | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 20568004.73 | EMEA LCS | EMEA LCS | GBO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ad Manager | 0.3162537788 | GTM | GTM | GBO |
| 2020 | actuals | | Google Ads | 24630109.32 | GTM | GTM | GBO |
| 2020 | actuals | | AdMob | 3791.707859 | gUP | GTM | GBO |
| 2020 | actuals | | AdSense | 34860423.22 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | AdSense | 0.06740780157 | GTM | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 682583.5707 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | DV360 | 31565548.76 | gCare | gTech | GBO |
| 2020 | actuals | | CM360 | 4344808.59 | GTM | GTM | GBO |
| 2020 | actuals | | DV360 | 1072236.612 | gTech | GTM | GBO |
| 2020 | actuals | | AdSense | 1434.178457 | gUP | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 452975.1071 | gCare | GTM | GBO |
| 2020 | actuals | | Google Ad Manager | 6541946.978 | GSL/GPL | GSL/GPL | GBO |
| 2020 | actuals | | DV360 | 670392.4758 | gCare | GTM | GBO |
| 2020 | actuals | | CM360 | 284288.0108 | gUP | gTech | GBO |
| 2020 | actuals | | Google Ad Manager | 16658341.19 | gCare | gTech | GBO |
| 2020 | actuals | | Google Ads | | gCare | EMEA LCS | GBO |
| 2020 | actuals | | Google Ad Manager | 3031764.406 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | AdSense | 0 | EMEA LCS | EMEA LCS | GBO |
| 2020 | actuals | | DV360 | 97617038.64 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | DV360 | 12165208.74 | GCAS | GCAS | GBO |
| 2020 | actuals | | Google Ads | 1715482.574 | gUP | gTech | GBO |
| 2020 | actuals | | DV360 | 9600634.034 | GMS | GMS | GBO |
| 2020 | actuals | | DV360 | 0 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | DV360 | 19792098.8 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | AdSense | 33002.51387 | gUP | gTech | GBO |
| 2020 | actuals | | AdMob | 37626.66348 | APAC LCS | APAC LCS | GBO |
| 2020 | actuals | | AdMob | 12024.9264 | gCare | GTM | GBO |
| 2020 | actuals | | Google Ads | 0 | Global Partnerships | Global Partnerships | GBO |
| 2020 | actuals | | DV360 | 1208200.386 | gUP | gTech | GBO |
| 2020 | actuals | | CM360 | 579171.4188 | gTech | GTM | GBO |
| 2020 | actuals | | Google Ads | 23092071.31 | Admin | Admin | GBO |
| 2020 | actuals | | Google Ads | 67888994.67 | Americas LCS | Americas LCS | GBO |
| 2020 | actuals | | CM360 | 1892403.611 | GSL/GPL | GSL/GPL | GBO |
| 2020 | actuals | | Google Ads | 70432708.16 | gTech | gTech | GBO |
| 2020 | actuals | | AdSense | 0 | GCAS | GCAS | GBO |
| 2020 | 2022 V10 | | Google Ads | 0 | DST | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 3325277.422 | UX | General EngPM | EngPM |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ad Manager | 46417113.74 | Global Affairs | G&A | G&A |
| 2020 | actuals | | AdMob | 38642573.16 | Sellside | AViD | EngPM |
| 2020 | actuals | | DV360 | 5279584.94 | Other | General EngPM | EngPM |
| 2020 | actuals | | GA360 | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdMob | 12524497.9 | Global Affairs | G&A | G&A |
| 2020 | actuals | | DV360 | 6830978.503 | Infra | AViD | EngPM |
| 2020 | actuals | | DV360 | 13380984.95 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 3276948846 | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | CM360 | 3533298.685 | Infra | AViD | EngPM |
| 2020 | actuals | | AdSense | 1452972.656 | Payments/NBU | General EngPM | EngPM |
| 2020 | actuals | | GA360 | 0 | Other COS | Other COS | Other COS |
| 2020 | actuals | | Google Ads | 6258648.478 | X-DVA | AViD | EngPM |
| 2020 | actuals | | Google Ads | 36514161.35 | Apps | AViD | EngPM |
| 2020 | actuals | | CM360 | 4732446.034 | Other COS | Other COS | Other COS |
| 2020 | actuals | | Google Ads | 34875251.54 | Core | General EngPM | EngPM |
| 2020 | actuals | | Google Ads | 19239946.99 | Other | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 16591948.96 | Other COS | Other COS | Other COS |
| 2020 | actuals | | Google Ads | 197140377.4 | General Incentives | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 44852865.46 | Core | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 3573875.427 | Customer Engagement | General EngPM | EngPM |
| 2020 | actuals | | Google Ads | 2056676.657 | Payments/NBU | Other Allocatable | EngPM |
| 2020 | actuals | | DV360 | 543976431 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | Google Ad Manager | 1192170.021 | Marketing | Marketing | Marketing |
| 2020 | actuals | | AdMob | 6620025.618 | Other | General EngPM | EngPM |
| 2020 | actuals | | DV360 | -213185.8457 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdMob | 10631579.29 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | DV360 | 5677560.063 | EngProd - Ads | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 110546324.5 | Credit Card Fees | Other COS | Other COS |
| 2020 | actuals | | AdMob | 3295157.528 | Infra | AViD | EngPM |
| 2020 | actuals | | DV360 | 2265071.885 | Marketing | Marketing | Marketing |
| 2020 | actuals | | Google Ad Manager | 6092808.588 | Infra | AViD | EngPM |
| 2020 | actuals | | AdSense | 7469186.868 | MOMI | AViD | EngPM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ad Manager | 53494264.83 | AIM (GA + Brand Measurement) | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 943735381.8 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 13571594.71 | Finance | G&A | G&A |
| 2020 | actuals | | Google Ads | 19658847.88 | MOMI | AViD | EngPM |
| 2020 | actuals | | Google Ads | 41594353.51 | AIM (GA + Brand Measurement) | General EngPM | EngPM |
| 2020 | actuals | | CM360 | 291064.3413 | Payments/NBU | Other Allocatable | EngPM |
| 2020 | actuals | | AdSense | 17102126.66 | REWS | G&A | G&A |
| 2020 | actuals | | CM360 | 0 | Marketing | Marketing | Marketing |
| 2020 | actuals | | CM360 | -151403.0167 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | CM360 | 399008260.1 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | CM360 | 1288992.443 | UX | Other Allocatable | EngPM |
| 2020 | actuals | | GA360 | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 24744387.94 | Other | General EngPM | EngPM |
| 2020 | actuals | | Google Ads | -828035.2363 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 6628434.056 | Payments/NBU | Other Allocatable | EngPM |
| 2020 | actuals | | ERROR | 0 | Other COS | Other COS | Other COS |
| 2020 | actuals | | DV360 | 1127901.424 | Apps | AViD | EngPM |
| 2020 | actuals | | Google Ad Manager | 49144.42471 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | AdMob | 26706045.93 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | CM360 | 9503076.91 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | -245357.5207 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 38010037.84 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdMob | 5195946.973 | MOMI | AViD | EngPM |
| 2020 | actuals | | DV360 | 9570029.114 | Core | General EngPM | EngPM |
| 2020 | actuals | | AdSense | 16004572.47 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | CM360 | | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 42936692.98 | BAM (Buying Platforms) | AViD | EngPM |
| 2020 | actuals | | AdSense | 122368.1078 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | CM360 | 11220271.21 | Global Affairs | G&A | G&A |
| 2020 | actuals | | Google Ads | -3719589.83 | DST | Contra Revenue | Contra Revenue |
| 2020 | actuals | | ERROR | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | DV360 | 106323.0036 | CAC | CAC | TAC/CAC |

| 2020 | actuals | | AdSense | 9558718.024 | Central | G&A | G&A |
|------|---------|--|---------|-------------|---------|-----|-----|
| 2020 | actuals | | Google Ads | 120962591.4 | REWS | G&A | G&A |
| 2020 | actuals | | DV360 | 11484457.59 | Finance | G&A | G&A |
| 2020 | actuals | | CM360 | 19474148.59 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | AdMob | 1144151.89 | UX | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 11391302.66 | APaS | General EngPM | EngPM |
| 2020 | actuals | | DV360 | 912480.9235 | UX | General EngPM | EngPM |
| 2020 | actuals | | ERROR | 0 | GA360 | GA360 | GA360 |
| 2020 | actuals | | Google Ad Manager | 27122159.15 | GA360 | GA360 | GA360 |
| 2020 | actuals | | Google Ads | 67592306.7 | Global Affairs | G&A | G&A |
| 2020 | actuals | | CM360 | 399008260.1 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | AdSense | 8112108.709 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | Google Ad Manager | 3211358.038 | EngProd - Ads | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 1477413200 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 12294130.84 | UX | Other Allocatable | EngPM |
| 2020 | actuals | | AdMob | 4810025.45 | EngProd - Ads | Other Allocatable | EngPM |
| 2020 | actuals | | AdMob | 3661955.598 | Finance | G&A | G&A |
| 2020 | actuals | | DV360 | 2703325547 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdSense | 19358688.47 | Sellside | AViD | EngPM |
| 2020 | actuals | | DV360 | 685191.227 | EngProd - Ads | General EngPM | EngPM |
| 2020 | actuals | | AdSense | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 33317773.92 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 8515352.243 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | ERROR | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | CM360 | 7735929.928 | GA360 | GA360 | GA360 |
| 2020 | actuals | | DV360 | 12823786.36 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | AdMob | 56029484.86 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | AdMob | 956141.9316 | Customer Engagement | General EngPM | EngPM |
| 2020 | actuals | | GA360 | 0 | GA360 | GA360 | GA360 |
| 2020 | actuals | | Google Ad Manager | 82232820.95 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | DV360 | 39278757.25 | Global Affairs | G&A | G&A |

P&L Data

| 2020 | actuals | | DV360 | 2388036.203 | X-DVA | AViD | EngPM |
|------|---------|---|-------|-------------|-------|------|-------|
| 2020 | actuals | | Google Ads | 2542859885 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 360651722 | TAC | TAC | TAC/CAC |
| 2020 | actuals | | CM360 | 0 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 8746515522 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdSense | 9556443.664 | Global Affairs | G&A | G&A |
| 2020 | actuals | | Google Ad Manager | 259688515.3 | Platform Fee | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | GA360 | 0 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | DV360 | 8264439.274 | UX | Other Allocatable | EngPM |
| 2020 | plan | | Google Ads | 0 | DST | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 39401757.17 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | DV360 | 2159349116 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 5034813.457 | GA360 | GA360 | GA360 |
| 2020 | actuals | | DV360 | 0 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 42578507.78 | APaS | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 6109338588 | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | Google Ad Manager | -98538.37262 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdMob | 160060179.6 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 2496984.713 | EngProd - Ads | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 133845529.2 | Sellside | AViD | EngPM |
| 2020 | actuals | | CM360 | 11222941.55 | Central | G&A | G&A |
| 2020 | actuals | | Google Ad Manager | 4276620.647 | UX | General EngPM | EngPM |
| 2020 | actuals | | CM360 | | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | DV360 | 10892720.64 | GA360 | GA360 | GA360 |
| 2020 | actuals | | AdSense | 9228695.864 | APaS | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 259688515.3 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdMob | 859155.3176 | EngProd - Ads | General EngPM | EngPM |

PTX-1097-Native

P&L Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | AdSense | 426937988.6 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 0 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 0 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | Google Ads | 1989989295 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdMob | 65914172.37 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 67608393.15 | Central | G&A | G&A |
| 2020 | actuals | | AdSense | 9721652.438 | Core | General EngPM | EngPM |
| 2020 | actuals | | CM360 | 0 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 40144041.11 | Infra | AViD | EngPM |
| 2020 | actuals | | DV360 | 17805430.82 | Buyside Eng | AViD | EngPM |
| 2020 | actuals | | ERROR | 0 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | AdMob | -425480.7107 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 3080041.21 | Other COS | Other COS | Other COS |
| 2020 | actuals | | AdSense | 11594636.03 | AIM (GA + Brand Measurement) | General EngPM | EngPM |
| 2020 | actuals | | DV360 | 2130555.374 | Payments/NBU | Other Allocatable | EngPM |
| 2020 | actuals | | AdSense | 2794145.733 | Finance | G&A | G&A |
| 2020 | actuals | | DV360 | 6663609.037 | Other COS | Other COS | Other COS |
| 2020 | actuals | | DV360 | 9084760.916 | APaS | General EngPM | EngPM |
| 2020 | actuals | | AdSense | 12536530.84 | GA360 | GA360 | GA360 |
| 2020 | actuals | | Google Ad Manager | 6184934.449 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 33106829.5 | APaS | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 6703591.543 | Payments/NBU | General EngPM | EngPM |
| 2020 | actuals | | ERROR | 0 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 774621.0728 | Customer Engagement | General EngPM | EngPM |
| 2020 | actuals | | DV360 | 70292914.93 | REWS | G&A | G&A |
| 2020 | actuals | | Google Ads | 12777320142 | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | DV360 | 84776692.48 | BAM (Buying Platforms) | AViD | EngPM |

PTX-1097-Native

P&L Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ad Manager | 264737.2976 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | Google Ad Manager | 9365831446 | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | AdMob | 12527478.64 | Central | G&A | G&A |
| 2020 | actuals | | Google Ads | 0 | Platform Fee | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 46428160.65 | Central | G&A | G&A |
| 2020 | actuals | | AdMob | 5165603206 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 9237581.164 | GDA PM | AViD | EngPM |
| 2020 | actuals | | CM360 | 20079697.65 | REWS | G&A | G&A |
| 2020 | actuals | | Google Ad Manager | -530818.7578 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 57376588.94 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | AdMob | 212201.6448 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | DV360 | 20675406.74 | General Brazil Tax | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 412969.2245 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | AdMob | 4670975.42 | Marketing | Marketing | Marketing |
| 2020 | actuals | | DV360 | 351109254.2 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | GA360 | | TAC | TAC | TAC/CAC |
| 2020 | actuals | | DV360 | 1430311.432 | Payments/NBU | General EngPM | EngPM |
| 2020 | actuals | | DV360 | 27493605.37 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 926937.8692 | UX | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 5870179939 | TAC | TAC | TAC/CAC |
| 2020 | actuals | | DV360 | 13609669.99 | AIM (GA + Brand Measurement) | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 51973089.49 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | ERROR | 0 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | AdMob | 4652578.935 | Payments/NBU | Other Allocatable | EngPM |
| 2020 | actuals | | CM360 | 75509.81365 | CAC | CAC | TAC/CAC |
| 2020 | actuals | | CM360 | 4866593.597 | POPS | G&A | G&A |
| 2020 | actuals | | Google Ads | 106787924.6 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | DV360 | 1790385259 | TAC | TAC | TAC/CAC |
| 2020 | actuals | | DV360 | 7387322.577 | MOMI | AViD | EngPM |
| 2020 | actuals | | DV360 | 11413800.8 | AIM (GA + Brand Measurement) | General EngPM | EngPM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ad Manager | 14417252.82 | EngProd - Ads | Other Allocable | EngPM |
| 2020 | actuals | | AdSense | 2042612.998 | Payments/NBU | Other Allocable | EngPM |
| 2020 | actuals | | Google Ads | 25882126.76 | Other COS | Other COS | Other COS |
| 2020 | actuals | | AdSense | 5239041.176 | X-DVA | AViD | EngPM |
| 2020 | actuals | | AdSense | 2850010857 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | DV360 | 17036464.17 | POPS | G&A | G&A |
| 2020 | actuals | | AdMob | 5432278.787 | POPS | G&A | G&A |
| 2020 | actuals | | AdSense | 5363232.358 | Other | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 4654059.385 | X-DVA | AViD | EngPM |
| 2020 | actuals | | AdSense | 696047.0949 | EngProd - Ads | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 13299368.44 | Other COS | Other COS | Other COS |
| 2020 | actuals | | AdMob | 22413730.15 | REWS | G&A | G&A |
| 2020 | actuals | | DV360 | 33342272.5 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | Google Ads | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 2203394432 | TAC | TAC | TAC/CAC |
| 2020 | actuals | | Google Ads | 26575424.93 | APaS | Other Allocable | EngPM |
| 2020 | actuals | | AdSense | 4810025.45 | EngProd - Ads | Other Allocable | EngPM |
| 2020 | actuals | | CM360 | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | CM360 | 9524469.878 | Technical Infrastructure | TI | TI |
| 2020 | actuals | | Google Ad Manager | 259688515.3 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | AdMob | 6974632.145 | UX | Other Allocable | EngPM |
| 2020 | actuals | | Google Ad Manager | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdMob | 11999776.24 | Core | General EngPM | EngPM |
| 2020 | actuals | | AdMob | 0 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | DV360 | 39288105.29 | Central | G&A | G&A |
| 2020 | actuals | | AdMob | 5165603206 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | 20132599.67 | POPS | G&A | G&A |
| 2020 | actuals | | AdSense | 2850010857 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | GA360 | 0 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 29316963.98 | POPS | G&A | G&A |

PTX-1097-Native

P&L Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | Google Ads | 23567761.25 | AIM (GA + Brand Measurement) | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 552870590.5 | Non-Google Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ads | 42850311.37 | General Brazil Tax | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 18154181.83 | UX | Other Allocatable | EngPM |
| 2020 | actuals | | CM360 | 399008260.1 | Platform Fee | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | ERROR | 0 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 1623001.809 | Infra | AViD | EngPM |
| 2020 | actuals | | AdMob | 1793455.059 | Payments/NBU | General EngPM | EngPM |
| 2020 | actuals | | Google Ad Manager | 66531341.69 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | Google Ad Manager | 83067654.27 | REWS | G&A | G&A |
| 2020 | actuals | | GA360 | 0 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 619315924.2 | Buyside Take | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdMob | 3884229054 | TAC | TAC | TAC/CAC |
| 2020 | actuals | | Google Ads | 635754564.1 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | Google Ad Manager | 8746515522 | Attributable Served Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdSense | 4144937.913 | POPS | G&A | G&A |
| 2020 | actuals | | AdMob | 731206.8524 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 31221184.54 | Marketing | Marketing | Marketing |
| 2020 | actuals | | Google Ads | 2778859.349 | Customer Engagement | General EngPM | EngPM |
| 2020 | actuals | | Google Ads | 11394061.09 | YouTube Ads | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 19227221.03 | EngProd - Ads | Other Allocatable | EngPM |
| 2020 | actuals | | AdSense | 15400296.78 | FX Impact | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdSense | 275930.5368 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | DV360 | 0 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | AdX Buyers | 0 | Total Fees | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | AdSense | 0 | Marketing | Marketing | Marketing |
| 2020 | actuals | | ERROR | | TAC | TAC | TAC/CAC |
| 2020 | actuals | | CM360 | 8305868.206 | EngProd - Ads | Other Allocatable | EngPM |
| 2020 | actuals | | CM360 | | TAC | TAC | TAC/CAC |

P&L Data

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | actuals | | DV360 | 543976431 | Platform Fee | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | DV360 | 50755736.3 | General Incentives | Contra Revenue | Contra Revenue |
| 2020 | actuals | | DV360 | 6165096180 | Total Media Spend | Total Media + Fees (Total Advertiser Spend) | Total Media + Fees (Total Advertiser Spend) |
| 2020 | actuals | | Google Ads | 21235071.99 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ad Manager | | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | Google Ad Manager | | TAC | TAC | TAC/CAC |
| 2020 | actuals | | Google Ad Manager | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ad Manager | 12665081.46 | MOMI | AViD | EngPM |
| 2020 | actuals | | Google Ads | 5212363.555 | Payments/NBU | General EngPM | EngPM |
| 2020 | actuals | | DV360 | 762539.7293 | Customer Engagement | General EngPM | EngPM |
| 2020 | actuals | | GA360 | 0 | Plug | Contra Revenue | Contra Revenue |
| 2020 | actuals | | AdMob | 14311665.51 | AIM (GA + Brand Measurement) | General EngPM | EngPM |
| 2020 | actuals | | ERROR | 0 | Sellside Media Revenue | Attributable Served Revenue | Attributable Served Revenue |
| 2020 | actuals | | DV360 | 347151677.4 | Machines/Network | Machines/Network | Other COS |
| 2020 | actuals | | AdSense | 6818499.972 | UX | Other Allocatable | EngPM |
| 2020 | actuals | | CM360 | 3280621.331 | Finance | G&A | G&A |
| 2020 | actuals | | CM360 | 39975692.38 | BAM (Buying Platforms) | AViD | EngPM |
| 2020 | actuals | | AdSense | 7669207.994 | Other COS | Other COS | Other COS |
| 2020 | actuals | | Google Ads | 19762870.17 | Finance | G&A | G&A |
| 2020 | actuals | | Google Ad Manager | 7873182.554 | X-DVA | AViD | EngPM |
| 2020 | actuals | | Google Ads | 19388084.88 | Search Ads (ML&AQI) | Other Allocatable | EngPM |
| 2020 | actuals | | AdSense | 0 | PG/PD Adjustment | Contra Revenue | Contra Revenue |
| 2020 | actuals | | CM360 | 3722591.447 | Customer Engagement | Other Allocatable | EngPM |
| 2020 | actuals | | Google Ads | 47382975.11 | Buyside Eng | AViD | EngPM |
| 2020 | actuals | | Google Ad Manager | 15265263.77 | General Reserves | Contra Revenue | Contra Revenue |
| 2020 | actuals | | Google Ads | 42308420.97 | GA360 | GA360 | GA360 |
| 2020 | actuals | | AdMob | 21739916.65 | GA360 | GA360 | GA360 |
| | ███ | | ███ | ███ | | ███ | ███ |
| | ███ | | ███ | ███ | | ███ | ███ |

PTX-1097-Native

P&L Data

P&L Data

PTX-1097-Native

P&L Data

PTX-1097-Native

PTX-1097-Native

P&L Data

PTX-1097-Native

P&L Data

P&L Data



PTX-1097-Native

P&L Data





PTX-1097-Native

P&L Data

P&L Data

P&L Data

PTX-1097-Native

P&L Data

| | | | | | |
|---|---|---|---|---|---|
| ███ | | ███ | ███ | ████ | ████ |
| | | | | ████ | ████ |
| ███ | | ███ | ██████ | ███ | ██ |

trix

| | Rates | Table Name | Refresh Rate |
|---|---|---|---|
| 1 | *General EngPM* | google.general_engpm_rates | **Hourly** |
| 2 | *EngPM* | google.engpm_normalized_historical_rates | **Hourly** |
| 3 | *Machines Split* | google.machines_split_avid | **Hourly** |
| 4 | *GBO* | google.gbo_rates_2020 | **Hourly** |
| 5 | *Marketing* | google.dva_marketing_2022_rates | **Hourly** |
| 6 | *EngPM Pillars* | google.engpm_pillars | **Hourly** |
| 7 | *Product Key* | google.mece_product_key | **Hourly** |
| 8 | *CM360 Costs* | google.cm360_avid_costs | **Hourly** |
| 9 | *Metta Rates* | Link | **Manual** |