



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-014331376

Case 1:23-cv-00108-LMB-JFA   Document 1248-4   Filed 08/24/24   Page 3 of 5 PageID# 92372



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-014331377

## What they charge: DV360

| | | | |
|---|---|---|---|
| HoldCo | ■■■■■■■■ | | |
| Reseller | ■■■■■■■■ | Advertiser manages media in-house or with a 3p agency. Money flows via reseller. | common |
| | ■■■■■■■■■■■■ | Ex: Media.Monks, Jellyfish etc.<br><br>Services may include media management | encouraged |
| | ■■■■■■■■■■■■ | More common in competitive pitches with:<br>- HoldCos offering holdco rates<br>- for Large Direct Advertisers<br>- in competition with Global Tech partners who today have the lowest reseller rates<br>- supporting legacy rates during network transfers<br>- for other adjacent business/ long term partnership/ portfolio clients<br><br>Google is prevented legally from intervening. | not encouraged |
| HoldCo + Reseller | ■■■■■■■■■■■■ | Potentially most margin and most diversified "stickiness" for HoldCos | emerging model |
| | ■■■■■■■■■■■■■■■■■■■■■■■■■■ | | |

Other services can include: media management, as well as non-digital services in case of full-service providers (e.g. TV).

HIGHLY CONFIDENTIAL                                                                                      GOOG-AT-MDL-014331378



Source: https://enterprisemarketingportal.google/auth/assets/1334-GoogleExpectationsResellers

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-014331379