HIGHLY CONFIDENTIAL



Figure 40. Scale of Google Ads and DV360 in comparison to that of non-Google advertiser bidding tools, measured by spending on AdX (2022), extension of Israel Report, Table 16, left panel

Source: Backup materials for Israel Report, Table 16: Google AdX/Open Bidding data (DOJ RFP 7).
Note: Dr. Israel's data lists DV360 as an exchange, but it has been re-classified as a bidding tool for the purposes of this analysis.