Message
_____

| | |
|---|---|
| **From:** | rev-team@google.com [rev-team@google.com] |
| on behalf of | Rikard Lindquist [rikardl@google.com] |
| **Sent:** | 11/10/2011 2:28:18 AM |
| **To:** | MAds [madsteam@google.com]; sochrox@google.com; global-partnerships-finance@google.com; Rev-team [rev-team@google.com] |
| **Subject:** | [Rev-team] Fwd: Today's AdX Boot Camp: Survey & Materials |
| **Attachments:** | Display Industry Slides.pptx |

For those of you wondering about how this whole display world fits together. Good deck attached

---------- Forwarded message ----------
From: **Raj Hathiramani** <rajhathi@google.com>
Date: Wed, Nov 9, 2011 at 14:22
Subject: Fwd: Today's AdX Boot Camp: Survey & Materials
To: MMAP Finance <mmapfinance@google.com>


A good refresher preso on the Display ecosystem and role of RTB through exchanges, from a training that Ling and I attended today.

_____

Raj Hathiramani | Google | Media, Mobile & Platforms
rajhathi@google.com | 917-969-0725


---------- Forwarded message ----------
From: **Eileen Duffy** <eileenduffy@google.com>
Date: Wed, Nov 9, 2011 at 4:13 PM
Subject: Today's AdX Boot Camp: Survey & Materials
To: Alex Johnson <alexjohnson@google.com>, Anna Nguyen <annatn@google.com>, Ali Pasha <apasha@google.com>, Barbara Petit <barbarap@google.com>, Inderpreet Sandhu <isandhu@google.com>, Jai Krishnan <jkrishnan@google.com>, Brandon Jung <jungb@google.com>, Kariyushi Casper <kariyushi@google.com>, Kiran Mathrani <kmathrani@google.com>, Ellen Ko <koe@google.com>, Ling Hou <lhou@google.com>, Mary Ashley Amon <maryamon@google.com>, Matthew Conroy <mattrc@google.com>, Martin Boulogne <mboulogne@google.com>, Mark Coppin <mcoppin@google.com>, Raj Hathiramani <rajhathi@google.com>, Sanjey Sivanesan <sanjey@google.com>, Stacy French <stacyfrench@google.com>, Tali Saar <talis@google.com>, Tim Soennichsen <tsoennichsen@google.com>


Hi, AdX Boot Camp attendees!

First: Thanks for taking a break from your usual schedules to attend today's training. I know it can be hard to carve out time, so hopefully you were able to get something out of it.

If you could take 30 seconds to fill out a survey, I'd greatly appreciate it :)

Also, the deck for today's session is attached to this email.

Please feel free to contact me with questions about the "industry" today, or anytime.

Have a great day, and nice to meet you all!

--
Rikard Lindquist | Finance Mgr Strategic Partnerships  |  Office: +1 (650)214-0780  | Mobile: █████████ | Google Inc

"If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender

know it went to the wrong person.  Thanks."

--
You received this message because you are subscribed to the Google Groups "Rev-team" group.
To post to this group, send email to rev-team@google.com.
To unsubscribe from this group, send email to rev-team+unsubscribe@google.com.
For more options, visit this group at http://groups.google.com/a/google.com/group/rev-team/?hl=en.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899169

GOOG-DOJ-11899170



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899171

## After today, you'll be able to:

- Tell a friend about the evolution of display media buying that led to the creation of ad exchanges and DSPs like Invite Media
- List key players in the current display industry, and state what each one does
- Describe how Ad Exchange ads end up on a publisher site, from dynamic allocation to real-time bidding to the auction

 

HIGHLY CONFIDENTIAL

# In the beginning (well, the 1990s)…

publishers  advertisers
+
agencies

🔑 **reservation/direct buy:** an advertiser's purchase of inventory directly from a publisher's sales force, with an agreed-upon impression goal, budget, campaign dates, etc.

🔑 **guaranteed inventory:** inventory directly sold by a publisher's sales force

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899173

# Review: Ad Serving

**1** User enters espn.com into her browser.



**2** The browser contacts ESPN's **web server** for the website information.



**3** As the browser begins to build the page content, it encounters a URL, or **publisher ad tag**, which tells it to call ESPN's ad server.



Google Confidential and Proprietary    6

GOOG-DOJ-11899174



GOOG-DOJ-11899175

# Review: Ad Serving

(7) Now, the browser sees another link, so it calls Atlas.

 chrome

(8)


**Atlas**

Atlas knows it needs a Nike ad. But which one? Which one will speak to someone on ESPN.com that lives in Nebraska?

(9) Atlas returns the chosen creative, which appears on the user's screen.



NOTE: If DFP had chosen a DFA ad, it would have fetched the ad creative and served it to the page – there's no extra call required.

Google Confidential and Proprietary   8

# The problem with reservation buys…



🔑 **remnant inventory:** inventory that's not directly sold by a publisher's sales force

leftovers.

HIGHLY CONFIDENTIAL



a good remnant solution
gave publishers access to a large range of advertisers
gave advertisers access to a large range of advertisers

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899178

## Meet ad networks.





a good remnant solution
gave publishers access to a large range of advertisers
gave advertisers access to a large range of advertisers

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899179

# Ad Serving & Networks

 **1** User enters espn.com into her browser.

 **2** The browser contacts ESPN's **web server** for the website information.







**3** As the browser begins to build the page content, it encounters a URL, or **publisher ad tag**, which tells it to call ESPN's ad server.



Google Confidential and Proprietary     12

HIGHLY CONFIDENTIAL



GOOG-DOJ-11899181



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899182



GOOG-DOJ-11899183

# Quiz!

## What do you call inventory that's directly sold from a publisher to an advertiser?

### Guaranteed inventory

Google Confidential and Proprietary

GOOG-DOJ-11899184

# Ad network downsides






HIGHLY CONFIDENTIAL
GOOG-DOJ-11899185



a good remnant solution
gave publishers access to a large range of advertisers
gave advertisers access to a large range of advertisers

HIGHLY CONFIDENTIAL

# Quiz!

## What is a downside of the traditional ad network model?

Lack of transparency
Proliferation
Daisy Chaining
Arbitrage

Google Confidential and Proprietary

GOOG-DOJ-11899187



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899188

Meet yield managers.







a good remnant solution
gave publishers access to a large range of advertisers
gave advertisers access to a large range of advertisers

GOOG-DOJ-11899189

## Ad Serving & Yield Managers

**1** User enters espn.com into her browser.





**2** The browser contacts ESPN's **web server** for the website information.



**3** As the browser begins to build the page content, it encounters a URL, or **publisher ad tag**, which tells it to call ESPN's ad server.



Google Confidential and Proprietary    22

GOOG-DOJ-11899190



# Ad Serving & Yield Managers

4 The browser contacts ESPN's ad server (in this case, DFP) asking it for an ad.

Which advertisers are targeting where this user is located?
Which ad will make us the most money?
Which ads are behind schedule?

chrome

5

6 Once DFP has chosen an ad tag, it returns the tag to the browser.

In this case, DFP contains – among other advertiser creatives and ad tags – a yield manager tag. As usual, DFP selects the ad source that should slow.



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899192



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899193



GOOG-DOJ-11899194

# Yield manager downsides

- One-sided (publisher-focused)
- Loss of control for publisher - didn't always know how or why yield managers were allocating $ the way that they were
- Yet another middle man between publisher and advertiser (taking yet another portion of each dollar)
- Didn't always yield more for publisher

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899196



a good remnant solution
gave publishers access to a large range of advertisers
gave advertisers access to a large range of advertisers

HIGHLY CONFIDENTIAL

# The DoubleClick Ad Exchange



1. Seller makes inventory available for purchase

-minimum CPMs
-text/display
-description/labels
-URL/advertiser blocking



2. Buyers create campaigns targeting desired inventory

-targeting      -maximum CPMs
-restrictions   -daily budget
-ad tags



3. Each time an impression becomes available, an auction matches each piece of eligible inventory to the highest bidder.

GOOG-DOJ-11899198

## Two options for buying on AdX



**User Interface (UI)**

• Like in AdWords, buyers use UI to target desired inventory (sites, topics of sites, remarketing audiences)
• Enter static bids that, each time your ads are eligible, will be entered into the auction

AdWords differentiators:
• accounts correspond to buyers, campaigns to advertisers
• 3rd party ad serving easier
• display-only
• CPM-only
• Importing of audience lists



**Real-Time Bidding**

• Buyers create one, large, widely-targeted UI campaign, and enable it for real-time bidding
• Buyers set up a bidder to "listen to"/analyze every AdX impression
• Bidder's built-in decision logic selects an advertiser and a bid to submit for each auction. Bid is submitted alongside other static UI bids.
• Buyers can control the number of impressions they "listen to" by adjusting UI campaign settings

 **real-time bidding**: an AdX feature whereby AdX sends a buyer information about an impression as it's happening. The buyers analyzes it, then returns a bid and ad tag to be submitted to the overall AdX auction.

HIGHLY CONFIDENTIAL



like using the exchange without a UI
like a firehose of impressions
buyer analyzes and responds in real time
being able to bid on every single impression. deciding whether or not u want it, at what price.
you also decide which advertiser makes the most sense for this impression
rather than UI, you have to bid on every single available one.

GOOG-DOJ-11899200



like using the exchange without a UI
like a firehose of impressions
buyer analyzes and responds in real time
being able to bid on every single impression. deciding whether or not u want it, at what price.
you also decide which advertiser makes the most sense for this impression
rather than UI, you have to bid on every single available one.

HIGHLY CONFIDENTIAL

# The auction: First, pre-filtering.



**Date:** Thursday, June 30
**Time:** 11:15 p.m.
**Location:** San Diego, California
**User ID:** 23456
**Website:** espn.go.com



Ad Exchange then asks itself, out of all the campaigns in AdX, which are…

-active right now, and still have budget left?

-targeting San Diego, or area that includes San Diego?

-targeting espn.go.com, or a topic that the particular espn.go.com page fits into (i.e. sports), or targeting this particular user via an audience list?

-bidding at least $2, espn.go.com's minimum CPM?

Google Confidential and Proprietary    34

At top, add user id 12345 (cookie)
First, we filter out all campaigns that are not eligible for the auction.
targeting a topic that this PAGE would fit into

HIGHLY CONFIDENTIAL



tie chosen at random

GOOG-DOJ-11899203



-maybe a tie
-

GOOG-DOJ-11899204



-maybe a tie
-

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899205

# Quiz!

## What are two ways to buy on Ad Exchange?

### 1. Through the UI
### 2. Via real-time bidding

Google Confidential and Proprietary

GOOG-DOJ-11899206



HIGHLY CONFIDENTIAL

GOOG-DOJ-11899207



# What does this mean for the auction?

• AdWords goes through a process of converting CPCs to eCPMs
• AdWords may select 3 text ads using the sum of their eCPMs, rather than a single display ad
• Then, it submits two bids to the AdX auction

• Winner: AdWords, $3.35
• Advertiser pays $3.18, the AdX second price

Google Confidential and Proprietary

At top, add user id 12345 (cookie)
First, we filter out all campaigns that are not eligible for the auction.
targeting a topic that this PAGE would fit into

Quiz: When would AdWords be the only eligible buyer (for either an AdX or AdSense publisher?)

Answer: When the publisher has indicated they only want **text ads** for this ad unit.

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899209



GOOG-DOJ-11899210



replace triggit w/turn (note: used to be an ad network), mediamath
for trading desks: add accuen, MIG, xaxis (GroupM/WPP)
highlight invite media in some way

HIGHLY CONFIDENTIAL



replace triggit w/turn (note: used to be an ad network), mediamath
for trading desks: add accuen, MIG, xaxis (GroupM/WPP)
highlight invite media in some way

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899212

# Quiz!

What's an example of a yield manager?

Rubicon
AdMeld
Pubmatic

Google Confidential and Proprietary

GOOG-DOJ-11899213



API
-mostly used for UI buys – see if we should incorporate that
UPDATE ANIMATION

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899214



GOOG-DOJ-11899215

# Publisher Benefits: Anonymity

- Publishers can set their inventory to be **anonymous**, so they can protect their direct sales channel efforts (i.e. the advertisers who are buying directly won't know they can get the same inventory for cheaper on the exchange).

   **sales channel conflict**: The risk that advertisers who buy directly from publishers can get the same inventory for cheaper through other channels

- Publishers can also choose to make their inventory **anonymous unless the advertiser is bidding at least a certain CPM**. In this case, they'd set a low min CPM for anonymous, and a higher one for branded.

| | |
|---|---|
| Branding Type | ○ Allow advertisers to target my inventory by site name/custom channel only |
| | ○ Allow advertisers to target my inventory by anonymous ID only |
| | ⊙ Allow advertisers to bid on my inventory both ways |
| Min CPM ⑦ | $ [        ] (Min CPM when targeting by site name/custom channel) |
| | $ [        ] (Min CPM when targeting by anonymous ID) |

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899216

## Quiz!

What's a trading desk?

A division at an agency holding company designated to manage exchange buying for all of the holding company's agencies

Google Confidential and Proprietary

GOOG-DOJ-11899217



# Publisher Benefits: Dynamic Allocation

| Priority | Advertiser | Impression goal/weight | CPM | Dates |
|---|---|---|---|---|
| 4 | Golden Airlines | 50% | $30 | 15 days |
| 4 | Custer Car Rental | 25% | $10 | 60 days |
| 8 | Happy Pet Care | 500,000 | $4 | 30 days |
| 8 | YumBurger | 10,000 | $5 | 30 days |
| 10 | Ad Exchange | remnant | auction | indefinitely |
| 12 | Yield Manager A | remnant | $4 | indefinitely |
| 12 | Yield Manager B | remnant | $3 | indefinitely |
| 12 | Network X | remnant | $2 | indefinitely |
| 16 | house ads | remnant | $0 | indefinitely |

**Guaranteed inventory:** Directly-booked deals with impression goals and campaign flight dates

**Remnant/Preemptible inventory:** Ad networks, yield managers, and other remnant solutions

**dynamic allocation**: A yield maximization feature within DFP which dictates that an AdX ad only serves if the price – calculated in real time – can beat the sources prioritized below it.

GOOG-DOJ-11899218



# Dynamic Allocation: How it works

- DFP goes through its normal ad selection process, ignoring Ad Exchange for now
- If it selects an ad booked at a priority at or below AdX, an AdX auction is triggered
- AdX returns the actual price paid to the seller (second-price minus rev share), which is compared to the selected ad's price
- DFP serves whichever ad will pay more.

Google Confidential and Proprietary 51

# Putting it all together



**1** User enters espn.com into her browser.



**2** The browser contacts ESPN's **web server** for the website information.



**3** As the browser begins to build the page content, it encounters a URL, or **publisher ad tag**, which tells it to call ESPN's ad server.



Google Confidential and Proprietary    52

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899220



# Putting it all together

4 The browser contacts ESPN's ad server (in this case, DFP) asking it for an ad.

Which advertisers are targeting where this user is located?
Which ad will make us the most money?
Which ads are behind schedule?

5

In this case, DFP contains – among other advertiser creatives and ad tags – an ad exchange tag. As usual, DFP selects the ad that should show.

6 Because there is an AdX tag booked above http://yieldmanager.com, an AdX auction is triggered.

# Putting it all together

 **7**  AdWords runs its auction, and selects its two highest bidders. Meanwhile, AdX sends a "callout" to its real-time bidders. It also scans through its eligible UI campaigns. Eventually, the AdX UI campaigns, AdX real-time bids, and two highest AdWords bids enter the AdX auction.



**8**  The AdX auction takes place. The highest bidder is chosen as the winner, and the second-highest price is noted.

Google Confidential and Proprietary   54

HIGHLY CONFIDENTIAL

GOOG-DOJ-11899222

# Putting it all together

 AdX sends the price paid by the winner – the second price minus the rev share – to see if it can beat the http://yieldmanager.com price.





DFP

AdX: $3.24
vs
Yield Manager: $3.08





http://DFA.com

If AdX can beat the price, AdX sends the winning ad creative – or ad tag – back to the browser. Usually, it's an ad tag.

Google Confidential and Proprietary   55

GOOG-DOJ-11899223



GOOG-DOJ-11899224

# Quiz!

What feature in DFP only shows the AdX ad if (a) DFP chooses an ad booked below AdX and (b) the price paid to the publisher from AdX can beat the price of the ad DFP has selected?

Dynamic Allocation

Google Confidential and Proprietary