

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047055

**PTX1611**

**1:23-cv-00108**





HIGHLY CONFIDENTIAL



## Trade Marketing Today

Google

**Current-State (Simplified)**

1. Manufacturers give retailers funds to promote their products (i.e. end caps, circulars, digital, etc.); Often a 'cost to play'

2. Retailers distribute funds across Temporary Price Reduction (i.e. coupons), 'value exchange' (e.g., circulars, endcaps), and keep some as margin (either directly like 'slotting fees' or through arbitrage like circulars -- where cost to produce is less that coop collected). Retailers typically invest a small portion of Trade Marketing funds in digital marketing (aka co-media) spent through Google

## Trade Marketing in The Future

Google



HIGHLY CONFIDENTIAL



**Trade Marketing in the Future**

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047059



## Amazon Advertisers Offers 5 Solutions

1) Sponsored Products and Sponsored Brands which allow advertisers to promote their products or brand to make it even easier for customers to discover and purchase products on Amazon
2) Display ads reach relevant audiences on Amazon and third-party sites and apps using customizable brand or e-commerce creatives, and actionable insights to help advertisers optimize ads to achieve various objectives. Product Display Ads are also available for advertisers who sell products on Amazon to drive traffic to their product detail pages.
3) Video ads help advertisers tell their brand story and engage customers in brand-safe environments via trusted channels like Amazon and IMDb, on exclusive Amazon devices such as Fire TV or Fire tablet, and across third-party sites and apps.
4) Amazon Stores allow vendors and sellers to create their own website, with its own branded URL, on Amazon. Vendors and sellers can use a Store to showcase a brand story and product portfolio in a curated customer destination.
5) Amazon DSP is a demand-side platform that allows advertisers to programmatically reach their audiences both on Amazon sites and apps as well as through Amazon's direct publisher relationships and third-party exchanges. Advertisers can manage, optimize, and report on their programmatic display and video campaigns through the Amazon DSP console.

## Contrary Perspective:

- Sku level sales returns, broken out by ad type, creative, and audience, AMZ can report % new AMZ users who purchased Gatorade. They cannot tell me if the person previously bought Gatorade anywhere else. Because of that, it is difficult to assess true incrementality,
AMZ is able to segment users by past brand purchases. For example, it's possible to target past Gatorade purchases last 12 months with a campaign for a new flavor.
- New users to brand (note, new AMZ users only).
- Impact of advertising on total brand (I.e. beyond promoted skus). : For example - I execute an AMZ campaign featuring only Gatorade Orange Flavor. AMZ would tell me: You spent $100 dollars on a banner ad featuring only Gatorade Orange. $200 of Gatorade Orange sales can be attributed to clicks or views from that banner ad. In addition, during the campaign period, $50 of sales of Gatorade Blue and Red were attributed to clicks or impressions from the banner. So, AMZ would count the total ROAS as $2.50, not $2.00.
- Top 3 products most likely to be in basket with your brand.
- Impact of upper funnel AMZ ads (like video) on last click sales (i.e. % of paid search clicks from those exposed to video ads).
- DLX measurement (for fee) to measure offline impact of AMZ display advertising.

https://www.cpcstrategy.com/blog/2018/09/amazon-advertising-rebranding/

HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

## Activation Examples

Google



|  | 2018 | 2019 | 2020+ |
|---|---|---|---|
| **Whales** | • **Target Media Network** drove $500M in total revenue for Target; Google captured 16% or ~**$50M** of TMN addressable media ($300M) opportunity. +125% YoY / $30m incremental<br>• **Success KPIs:** Revenue growth (YoY $ growth from brands), ROI improvements (online + offline) for brands, process automation (automated ad ops, better reporting)<br>• **Lessons Learned:** 1) Target wants to have control over the sales process (whether that's Media or Measurement); 2) Manufacturers want more performance driven ad solutions (like Google Search) | *Estimated ~$75M (+50% YoY) opportunity from core product enhancements & training. Verbal agreement on Shopping + Measurement deal to open new revenue channels for Target / Google* | |
| **Category Leads** | • **Ulta Beauty Brand Partner Program** is a 90% Social + Display investment. *Google captured less than $200k*<br>• **Success KPIs:** Incremental omnichannel revenue from digital Trade Marketing, establishing long-term 'upfront like' partnerships with commitment values<br>• **Lessons Learned:** 1) Need to solidify a lead generation and co-funded activation process between Google and retailers, 2) Need for more holistic merchant reporting showcasing incrementality driven by manufacturer investment | *Estimated ~$5M+ Opp adopting Plug + Play Shopping Solutions (SPA, Co-Funded) - TrueView formally included in Brand Partner Program. Alignment to adopt GMP by end of year through the Retail Acceleration Program (RAP)* | |

**[DRAFT]** Trade Marketing Value Proposition

Google





**Trade Marketing North Star by Segment**

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047065



## Product - Trade Marketing Challenges and Opportunity

Google

| Solution components | Head Retailer to Head Mfr. (H2H) | Head Retailer to Torso Mfr. | Torso Retailer to Head Mfr. | Torso Retailer to Torso Mfr. | All other verticals |
|---|---|---|---|---|---|

**Infrastructure**
[Billing, Reporting, etc]

**Activation/ management**
- Co-bidding
- Co-funding
- Co-targeting
- etc.

*H2H Retailers w/ Media Networks desire more retail controls/MaaS w/Top Mfrs.

Shopping

Local Campaigns

Search

Youtube / Display etc

**Measurement**
- Online
- Offline

Conversion with Cart Data Beta [SKU Level Online Conversions]

Store Visits Reporting

**①** Custom Offline Measurement

**②** Enhanced Store Sales Direct (SSD)

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047066





Speaker: TBD



HIGHLY CONFIDENTIAL

## Google's Trade Marketing Efforts to Date (1 of 2)

| | Effort | Description | Status / Resources | Impact | GTM Lessons | GBO Lead(s) |
|---|---|---|---|---|---|---|
| Shopping [Plug + Play] | | Onsite retailer.com search monetization, akin to Criteo and Amazon's sponsored product ads | 7 Retailers Live. 200+ Manufacturer brands live | • ~$1M+ incremental<br>• WMT + TGT verbal commitment. Vital to drive revenue (30M+ year 1 target) | | Jon Schick (Publishers)<br><br>Christina Brandeberry |
| | | Solution allowing a brand manufacturers to cost share CPCs of SKUs across retailer partners via Co-Op Shopping campaigns | Launched in late Q4 '18 as Closed PILOT. 8 Retailers live / launched ready; EOY goal 25+ | • ~$2M incremental revenue to date via closed Pilot.<br>• Scaling with Q2 Alpha launch<br>• Targeting Public Launch at GML | | Christina Brandeberry |
| Platforms | | Enable secure customer data sharing among retailers and manufacturers to unlock the full funnel and increase conversions | 5 Retailers executing Digital Trade via GMP, Kroger, TGT, and BB at scale; 20 active leads; TGT launching MaaS for select brands | • $52M (Kroger & Target) on DV360 (2018)<br>• $83M (Kroger & Target) on DV360 (2019 projection) | | Steve Yap<br>Paul Limbrey |

HIGHLY CONFIDENTIAL



# Google's Trade Marketing Efforts to Date (2 of 2)

Google

| | Effort | Description | Status / Resources | Impact | GTM Lessons | Lead(s) |
|---|---|---|---|---|---|---|
| Activation | **Whales** [Big Box] | High touch podded support mapped to Retailers with internal Media Networks | Dedicating ~20% time to unlocking Co-Media | • TGT pod drove an incremental $30M in TMN revenue in 2018 <br> • WMT unlocked $4.5M in Q4 pilot acoss 4 brands | | John Breen <br> Chris Valle |
| | **Category Leaders** [Specialty + Pure Play] | Scaled education + packaging Google Ads to Category Leaders, operationalizing packaging / reporting via gCS | Specialty: Two Dedicated AEs, $80M = Goal for 2019; Pure Play: Dedicating ~20% time | • $8M new revenue unlocked H218 <br> • $43M anticipated for 2019 | | Kiran Mani <br> John Nicoletti |
| | **CG&E** | Penetration of Shopper Marketing orgs to shift offline trade marketing dollars to digital; selling through packages of Google Ad solutions | FBR, HPC Podded AEs dedicating ~20% time | • $10M / quarter of shopper revenue across HPC & FBR <br> • ~$2M+ incrementality for Google / quarter | | Brian McDevitt <br> Julie Krueger |

GOOG-DOJ-03047070



Missing: store visits

HIGHLY CONFIDENTIAL

# 1. Coop offline measurement: GCP-based for H2H



Google *Deliberately not talking of the underlying tech we will use to build the product (eg, ADH or not)* Proprietary

## 2. Coop offline measurement: SSD for non-H2H retail and other verticals (e.g., Auto, Finance)



Google

Confidential - Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-03047073



HIGHLY CONFIDENTIAL

GOOG-DOJ-03047074



## Direct to Consumer vs. Selling via Third Party Retailer

| DTC | Selling via Third Party Retailer |
| --- | --- |
| • Preferred model for branded apparel and goods manufacturers<br>• Higher margin and more control<br>• Closed loop measurement | • Historical model<br>• Retailers have no need to provide transparency and reporting |

HIGHLY CONFIDENTIAL



GOOG-DOJ-03047076