

# Agenda

| | Topic | Type | Time | Presenter |
|---|---|---|---|---|
| Finance | OYTD Update | Prepare | 10 min | Brian A. |
| | Finance Staples | Prepare | 10 min | Chris L. |
| | Share of Business Analysis | Inform | 10 min | Gabe M. |
| GTM | **BFM Prep:** - | Prepare | - | - |
| A&BS | **Weekly Insight:** [redacted] | Inform | 15 min | Monique S. |

**Upcoming Agenda (9/30)** *Pending Confirmation*

- **Finance:** Finance Staples
- **GTM:** -
- **A&BS:** Weekly Insight - Independents

**Update Types:**

- **Prepare:** Requires data review ahead of Revenue Call to prepare for questions or discussion
- **Inform:** Meant to drive awareness of progress, upcoming initiatives/programs, or asks for the teams

Google

PTX1663
1:23-cv-00108



CONFIDENTIAL

GOOG-AT-MDL-011120633



Comment from Evan - include SSG? Call out for GCS?

US Agency ended the week at ▬▬▬ along with deceleration in growth rate ▬▬▬ We saw givebacks mostly from ▬▬▬

| Agency Pod | Growth — How much $ are we adding to the business? | | | Performance — Did we hit target? | | | | |
|---|---|---|---|---|---|---|---|---|
| | QTD Y/Y | 7-day Y/Y | QTD Y/Y SSG | Weekly Perf % | EOQx W/W | EOQx | EOQx % | EOQx +/- |
| Independents | | | | | | | | |
| Dentsu | | | | | | | | |
| Publicis | | | | | | | | |
| Omnicom | | | | | | | | |
| Interpublic | | | | | | | | |
| WPP | | | | | | | | |
| Total US | | | | | | | | |

Comment from Evan - ▬▬▬

CONFIDENTIAL
GOOG-AT-MDL-011120635



CONFIDENTIAL

GOOG-AT-MDL-011120636



CONFIDENTIAL

GOOG-AT-MDL-011120637



CONFIDENTIAL

GOOG-AT-MDL-011120638



CONFIDENTIAL

GOOG-AT-MDL-011120639



CONFIDENTIAL

GOOG-AT-MDL-011120640

## Top Whales at a Glance (as of 9/21)

For more details on your whales see:
go/indys-opco-rev | go/dentsu-opco-rev
go/publicis-opco-rev | go/omnicore-opco-rev
go/ipg-opco-rev | go/wpp-opco-rev

| Parent | Assoc. HoldCo | EOQx ($M) | EOQx +/- ($M) | EOQx W/W | QTD Y/Y | US LCS QTD Y/Y Growth Contr. | 7 day Y/Y |
|---|---|---|---|---|---|---|---|
| Meta | (PUB, Indy) | | | | | | |
| Comcast Corporation | (WPP, PUB, Indy) | | | | | | |
| The Walt Disney Company | (OMC) | | | | | | |
| Apple | (OMC) | | | | | | |
| Williams-Sonoma Group | (Indy) | | | | | | |
| Microsoft | (DAN) | | | | | | |
| Samsung Group | (PUB) | | | | | | |
| Amazon Corp | (IPG, Indy) | | | | | | |
| Etsy | (Indy) | | | | | | |
| AT&T | (OMC, Indy) | | | | | | |
| Gap Inc | (Indy) | | | | | | |
| Stellantis N.V. | (PUB) | | | | | | |
| Charter Communications | (DAN) | | | | | | |
| L'Oreal | (WPP) | | | | | | |
| Hilton Worldwide Group | (DAN) | | | | | | |
| Top 15 | (All) | | | | | | |
| **All Whales** | (All) | | | | | | |
| **Rest of US Agency** | (All) | | | | | | |
| **Direct/Non-NAL** | (None) | | | | | | |
| **US LCS** | (All) | | | | | | |

Google

CONFIDENTIAL

GOOG-AT-MDL-011120641



CONFIDENTIAL

GOOG-AT-MDL-011120642









CONFIDENTIAL

GOOG-AT-MDL-011120645



CONFIDENTIAL  GOOG-AT-MDL-011120646



CONFIDENTIAL

GOOG-AT-MDL-011120647



CONFIDENTIAL

GOOG-AT-MDL-011120648