

HIGHLY CONFIDENTIAL



Black isn't a primary, secondary, or tertiary color. In fact, black isn't on the color wheel because it isn't considered a color. It's all colors. Or rather, the absorption of all colors. Black absorbs all light in the color spectrum.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285964



# Bi-Weekly Agency Sales Meeting

February 13, 2023

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285965

## MENTIMETER
## PLACEHOLDER

JEN: Which was your favorite super bowl ad? - then
open agenda

Google

GOOG-AT-MDL-008285966



[Cori]

GOOG-AT-MDL-008285967



Matt

HIGHLY CONFIDENTIAL

## MENTIMETER
## PLACEHOLDER

MO: What's your favorite romantic movie, cheesy or
not? - then transition to Mo for Leadership TOM

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285969



[Tom]


Top of Mind:
KBH Fall is a time of change - seeing the beauty
KBH - Quick rundown of topics
KBH/KAP Alan departure: Incredible opp to grow the digitization of documents, become a CEO, growth mindset ----know Sean is a seasoned leader - came from the Agency side of the business, understands and  has a broad view of all verticals and agency in GMP role and also an ALCS view given his remit on GMP covers LATAM and Canada.  Don't let this be a distraction - it's an opportunity to learn from and grow under an incredible leader both short term and long term - does not change our focus on what we need to land... Sean will continue to work to ensure head's are getting opened up for backfill.. timing?? (GMP is being told Q1)
Kap: AB&S Directs workshop
KAP:  YT creators / Shorts news from this week; make sure everyone understands that news and maybe get ASL's take on where they think it can help us do more with our partners and clients
Dave:  TLDR on SA360 glitch and next steps on Quota relief

GOOG-AT-MDL-008285970

# MENTIMETER PLACEHOLDER

FLETCH: What's your favorite Valentine's treat? - then transition to Chris for Rev

Google

GOOG-AT-MDL-008285971



[Tom]

Top of Mind:
KBH Fall is a time of change - seeing the beauty
KBH - Quick rundown of topics
KBH/KAP Alan departure: Incredible opp to grow the digitization of documents, become a CEO, growth mindset ----know Sean is a seasoned leader - came from the Agency side of the business, understands and  has a broad view of all verticals and agency in GMP role and also an ALCS view given his remit on GMP covers LATAM and Canada.  Don't let this be a distraction - it's an opportunity to learn from and grow under an incredible leader both short term and long term - does not change our focus on what we need to land... Sean will continue to work to ensure head's are getting opened up for backfill.. timing?? (GMP is being told Q1)
Kap: AB&S Directs workshop
KAP:  YT creators / Shorts news from this week; make sure everyone understands that news and maybe get ASL's take on where they think it can help us do more with our partners and clients
Dave:  TLDR on SA360 glitch and next steps on Quota relief

HIGHLY CONFIDENTIAL                                                                                       GOOG-AT-MDL-008285972



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285973

# MENTIMETER
# PLACEHOLDER

RITT: Best Valentine's gift to give or get? - then
transition to Sara for Whales

Google

GOOG-AT-MDL-008285974



GOOG-AT-MDL-008285975



# Top Whales at a Glance (as of 2/8)

What are you doing/how are you providing impact for SEARCH and VIDEO? What do you need?

GOOG-AT-MDL-008285976

# MENTIMETER
# PLACEHOLDER

LAUREN: The scent of Valentine's Day is... - then
transition to Julie + Molly

Google

GOOG-AT-MDL-008285977



GOOG-AT-MDL-008285978





HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285980



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285981



Molly/Jackie/DR&R

HIGHLY CONFIDENTIAL

MENTIMETER
PLACEHOLDER

VICKY: What do you love about your team? - FIN

Google

GOOG-AT-MDL-008285983



GOOG-AT-MDL-008285984



# Bi-Weekly Agency Sales Meeting

January 30th, 2023

Google

HIGHLY CONFIDENTIAL



Matt

GOOG-AT-MDL-008285986



Matt

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285987

# Mindfulness with Ivy



GOOG-AT-MDL-008285988



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



GOOG-AT-MDL-008285992



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285993



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285994



GOOG-AT-MDL-008285995

## Takeaway 1: ChatGPT has taken AI mainstream (& captured agency execs imagination)



Verse 1:
I've been searching for a way to reach the top
But my keywords seemed to be stuck in a knot
I tried to target them one by one
But my sales still weren't getting done
Chorus:
Broad match, broad match
The key to unlock my path
With broad match, I'm on track
To reach the top, to dominate
Verse 2:
With broad match, I don't have to be precise
I can reach a wider audience, that's no surprise
My reach is greater, my sales are soaring high
With broad match, my future is looking bright

---

Verse 1:
I've been searching for a way to reach the top
But my keywords seemed to be stuck in a knot
I tried to target them one by one
But my sales still weren't getting done
Chorus:
Broad match, broad match
The key to unlock my path
With broad match, I'm on track
To reach the top, to dominate
Verse 2:
With broad match, I don't have to be precise
I can reach a wider audience, that's no surprise
My reach is greater, my sales are soaring high
With broad match, my future is looking bright
Chorus:
Broad match, broad match
The key to unlock my path
With broad match, I'm on track
To reach the top, to dominate
Bridge:
I used to struggle with my search
But now my keywords are no longer a curse
With broad match, I'm reaching the masses
And my sales are breaking all the records
Chorus:
Broad match, broad match
The key to unlock my path
With broad match, I'm on track
To reach the top, to dominate
Outro:
With broad match, my keywords are no longer a hassle
I'm reaching new heights, my future is now boundless
So don't be afraid to think big, give it a try
With broad match, you'll reach the top, and dominate the sky.

HIGHLY CONFIDENTIAL

# Takeaway 2: The power of clients speaking on our behalf



*"Create a digital image of an ad agency executive speaking to a room of Googlers & other ad agency executives"*

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285997

# Takeaway 3: Balancing clients & a return to normal-ish



*"Picasso painting of a Googler at a conference balancing two competing priorities"*

GOOG-AT-MDL-008285998

# Open Discussion



- Any takeaways from your your your agency you want to share with the team?

- Feedback about the event?

- Next steps you are going to take with your partners

- Anything else you want to share

*"Banksy of Google employees having a discussion"*

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008285999



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286000

"And now we
welcome the New
Year. Full of things
that have never
been."

Rainer Maria Rilke

Google

HIGHLY CONFIDENTIAL

Go to www.menti.com and use the code
**2876 7073**

Google

https://www.mentimeter.com/app/presentation/alqiiwgi6t43vadfm4v8spkqdhnhvkp3/jez4cw7xiqc8

HIGHLY CONFIDENTIAL



[Cori]

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286003

# Agenda

- Leadership Top of Mind with Megan (10)

- Finance Update with Chris (10)

- 3rd Party Billing Integration & Billing Product Roadshow with Cori & Tom  (5)

- Pod Engagement Strategy with Sandy & Juan (10)

Up Next: Megan                    Google

HIGHLY CONFIDENTIAL



CES, Career Dev f/u, ASL prios

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286005

## CES: Google Presence (go/CES2023)





**Google Executive Dinner:** Hosted by Jose Andres & fireside chat with Kristen O'Hara

**1st Ever: Agency-Client CES Dinner:** (Dentus, PUB, Omnicom, Kepler, Group M / Clients – Eli Lilly, Kroger, Wells Fargo, Lenovo, EY, Nestle, ClearChoice)

Google

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286006

# CES: Google Presence (go/CES2023)

**Meeting space at Bardot at Aria**



**A little Google reminder over drinks**



**Themes from Meetings:**

- Positive Google Sentiment
- Deal Frustration / Uncertain 1H

- Relationship Building
- Agencies trying to differentiate
- Agencies need help with complexity

Google

CES: Themes from the Floor
Moving from Innovation to Transformation

- Re-thinking Mobility
- Green Tech (smarter farming)
- Electric Vehicles & Better Charging Stations
- Digital Health/Wellness:
  - Empowering Patients at Home
- Robotics
  - Restaurants of the Future
  - LawnMowers
  - Operational Efficiencies at Warehouses
- Sustainability / Food Waste

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286008

## ASL / PASL Career Growth Track
Exec Sponsors: Patrick & Megan (as part of People Dev Pillar)

**Coming Soon:**
- Interview Readiness Training

- Job Shadow Program (Info session to be scheduled late January)

- Own Your Career Session (with Jenny Wood)

- Coaching Sessions / Hall Pass

- HoldCo Director Career Office Hours

- ASL-Only Round Table with Kristen

Up Next: Carol, Chris

Google

HIGHLY CONFIDENTIAL



GOOG-AT-MDL-008286010



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286011



Whole self
Being more intentional specifically within this space
Monthly time to reflect on what i did, feel, what i want to do next

GOOG-AT-MDL-008286012

  

## Prisma Integration Refresher

**TL/DR:** Prisma is Mediaocean's digital media management platform that enables advertisers to run campaigns across all channels, through every step of the campaign billing lifecycle. **Prisma is now integrated with Google Ads, CM360 and DV360.**

**WHY:** For years, agency partners in the US (and globally) have asked Google to reduce friction in the billing and reconciliation process. Our third party billing integration answers this ask directly, creating operational automation throughout the campaign booking and reconciliation process.

**KEY BENEFITS:**
- Reduces errors and the volume of manual work.
- Reduction of order holds and suspensions.
- Ensures every budget has a PO Number associated
- Enables our partners to pay Google faster
- Driver of the improvement in our customer CSAT

These solutions are a foundational component of agency transformation (automation in workflow management and operations).

Google

3P and Prisma Billing Integration → interchangeable

HIGHLY CONFIDENTIAL



So What...
Inclusion but also activation of adoption. Key tenant of cross-product, agency transformation, we're helping them to realize the benefits. Improve the status quo.
**WHY on bumping up roadshow*

One sheets



GOOG-AT-MDL-008286015



With new leadership, comes change and we're embrace the growth mindset on our team and sharpening our focus on what matters most.

Megan has challenged us to think about how we're thinking about our role externally and internally. I've been on this team for two years now and I'm finding the need to revisit my calendar.

I can admit that my calendar has both great and stale meetings. So I'm taking a look at how to blow it up! I'm using some guiding time management principles to look at my calendar.

Making a list of everything I'm working on and prioritizing it in a list

How much time I am spending in meetings? Does that need to go up or down? Do I need to prioritize other meetings?

How much work time do I have?

How much time am I spending internally?

These are some general questions we're looking at when reviewing the calendar. I'm very number a numbers guy and I'm actually throwing this all into spreadsheets to get my percentage breakout of where I'm spending most of my time. This is being used to reinform where I need to push and pull.

One area of focus is how we have effective meetings with pods. That's something we'll discuss next?

HIGHLY CONFIDENTIAL

# Revisiting pod engagement strategy

- **OBJECTIVE:** Increase productivity of A&BS + ALCS sector partnership to drive revenue & agency engagement
- **STRATEGY** *(ideation)*
  1. Reimagine A&BS + Pod meetings *(Cadence, format, etc.)*
  2. Scale quarterly sector insights & priorities
  3. Ongoing revenue analysis via email
- **RESEARCH:** Listening Tour across pod and agency teams to understand input/output and wants/needs of pod meetings
- **NEXT STEPS:**
  - ○ Gather feedback from a select pod teams
  - ○ Present strategy at Pub Team Business Planning session *(1/19)*
  - ○ Pilot new strategy with Team Pub and then roll out

**Sample Meeting Structure**

| Subject | M1 | M2 | M3 |
|---|---|---|---|
| Revenue Notes | What does your pipeline look like for this quarter?<br><br>What's your outlook on Quota for this quarter? | Based on the pipeline conversation, what's in play and what has been deprioritized?<br><br>When are you completing your mid-quarter call and can you share it? | Looks like your final quota is going to deliver on X%. Confirm final quota number.<br><br>What priorities are coming for the next quarter that we can prepare the agency for at scale? |
| Sector Information | What are the plays this quarter for your sector? | What are the emerging trends within your sector / industry? | What worked well/could have improved within the plays that your sector ran? |
| Agency Relationship | Who are the key decision makers at the agency for your pri os?<br><br>In what ways might we collaborate? | Are there any roadblocks at the agency? How can we support covering key decision makers? | What would you have wanted/changed in working with the agency this past quarter? |

Google

GOOG-AT-MDL-008286017

"It is often easier to make progress on mega-ambitious dreams. Since no one else is crazy enough to do it, you have little competition."

Larry Page



Google

As we forge ahead into a new year, new goals and resolutions, want to leave you with a thought from Google founder—-

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-008286018