| | |
|---|---|
| **Message** | |
| From: | Scott Spencer [scottspencer@google.com] |
| Sent: | 5/9/2015 1:06:01 AM |
| To: | Charlie Vestner [charliev@google.com] |
| CC: | David Goodman [davidgoodman@google.com]; Harrison Gordon [harrisong@google.com] |
| Subject: | Re: mGDN share of AdX? |

I believe the only inventory that doesn't go to the exchange is text-only inventory or inventory where 3rd party buyers have been explicitly opted out. For text-only inventory, it doesn't make sense to send it to DBM (they can't monetize it anyway). The only open question is if we want to change the AdSense control that opts pubs out of 3rd party buyers to exclude DBM – though I think this is a very small volume.

On Fri, May 8, 2015 at 11:19 AM, Charlie Vestner <charliev@google.com> wrote:

BTW, we are operating on the premise that about 18% of GDN is proprietary (outside Adx) which based on your analysis. Mom and pop pubs aren't actively moving to AdX to my knowledge so not expecting that number to change much year to year but if its shrinking fast, we will adjust what we are saying and doing.

On May 8, 2015 8:15 AM, "Charlie Vestner" <charliev@google.com> wrote:

My first question is just a yes v no question. Your email is worded in a way that makes me think my understanding is off so just checking.

On May 8, 2015 5:33 AM, "David Goodman" <davidgoodman@google.com> wrote:

Charlie- I feel that I have done that analysis for you a few years back, I guess we could re-run at some point. There are definitely some AdSense publishers who whether its format type or 3pas allowance cannot enjoy DBM or other AdX buyer spend. This number has diminished significantly over the years and hence today the vast majority of AdSense publisher queries, all AdX publishers, and most AdMob publishers can enjoy DBM or adx buyer spend.

sent from my mobile device; please excuse any typos.

On May 8, 2015 8:24 AM, "Charlie Vestner" <charliev@google.com> wrote:
Can DBM buy Adsense inventory that is outside AdX? There are 1M+ pubs with legacy Adsense code on their site and mostly text ads that I though were outside the reach of everyone but GDN. In fact, sales teams sometimes sell GDN on that exclusivity so if DBM can indeed reach that inventory, we need to correct that misimpression.

The rest makes sense to me, and mostly explains the low %s. Clearly, DBM has an awesome opp to grow on mobile inventory.

On Thu, May 7, 2015 at 8:38 PM, David Goodman <davidgoodman@google.com> wrote:

DBM about 40/60 our Inventory versus other exchanges
Remember DBM also buys a lot of AdSense and AdMob Inventory, not included here.
Also, keep in mind when you look at revenue for AdX pubs, DBM is much higher (11% of revenue) as it has higher CPMs than GDN.

Remember that GDN is a $8b business (non YT) and DBM is on target to be $1.5b business.

sent from my mobile device; please excuse any typos.

On May 7, 2015 11:09 PM, "Charlie Vestner" <charliev@google.com> wrote:
This works well. Thanks, David!

Do you know why DBM wins such a low % of AdX Pub queries? I thought it'd be low but the DBM %s are really really low - seems like it would imply that the great majority of DBM revenue is earned in exchanges beyond Adx. Is that about right?

HIGHLY CONFIDENTIAL                                                                                                        GOOG-DOJ-14271826

On Thu, May 7, 2015 at 5:04 PM, David Goodman <davidgoodman@google.com> wrote:
Got no response so I'm leaving out Apps. Here is data for April 2015, no apps. 5 realize the numbers I quoted you last night were revenue not match rates- sorry about that. Here are match rates both of total queries (what we win and do not win) and of matched queries (either GDN, DBM or another AdX Buyer won), along with revenue.

| Web Only (not App) April 2015 | GDN % of Revenue on AdX Pubs | DBM % of Revenue on AdX Pubs | GDN % winning of total AdX Pub Queries | GDN % winning of total AdX Pub Matched Queries | DBM % winning of total AdX Pub Queries | DBM % winning of total AdX Pub Matched Queries |
|---|---|---|---|---|---|---|
| Desktop | 55% | 13% | 32% | 74% | 3% | 7% |
| High-end mobile | 86% | 5% | 50% | 89% | 2% | 3% |
| Tablet | 83% | 5% | 42% | 88% | 1% | 3% |
| Grand Total | 65% | 11% | 37% | 79% | 2% | 5% |

On Thu, May 7, 2015 at 11:43 AM, David Goodman <davidgoodman@google.com> wrote:
Charlie- always more data needed for you, nice to see you.

When you say mobile, what do you mean? HED+Tablet? HED only? App v Web broken out?

lmk.

On Thu, May 7, 2015 at 11:38 AM, Charlie Vestner <charliev@google.com> wrote:
If possible, David, we'd love to show GDN win rates on Adx for desktop vs mobile, and the equivalent for DBM. The internal audience is always asking for comps between the two, and it's important they understand the relative win rates as they shift spend from GDN to DBM amid rising mobile usage.

On Wed, May 6, 2015 at 11:14 PM, Scott Spencer <scottspencer@google.com> wrote:
No problems with internal audiences so long as it's clearly marked as confidential.

On Wed, May 6, 2015 at 11:58 PM, Charlie Vestner <charliev@google.com> wrote:
Any concerns with us sharing it internally?

We're trying to make the pt that we win more in mobile than we do in desktop, so sales teams understand that we have a good mGDN offering, and become more confident in pitching it. Today, LCS teams generally believe mGDN is inferior to many competitors but they also allow they don't really have solid understanding of it. The stats/graph would go into a deck with "Internal only" pasted all over it.


On Wed, May 6, 2015 at 5:52 PM, Scott Spencer <scottspencer@google.com> wrote:
We don't like to promote the percent of AdX won by GDN externally as it creates a perceived over-reliance on GDN.

On Wed, May 6, 2015 at 8:29 PM, David Goodman <davidgoodman@google.com> wrote:
Sorry in terms of sharing that data, i'm not so sure its really an issue. Let me check with Scott

sent from my mobile device; please excuse any typos.
On May 6, 2015 8:24 PM, "David Goodman" <davidgoodman@google.com> wrote:

HIGHLY CONFIDENTIAL
GOOG-DOJ-14271827

Yes, I can get you exact numbers tomorrow but off the top of my head (I'm home and can't get back online) for mobile its ~85% and for desktop its ~58%

For US desktop its ~50% and US mobile its ~80%

I'll confirm tomorrow. I forget whether I'm including AdX pub apps in this as well, again this is top of my head so I'll confirm tomorrow.

sent from my mobile device; please excuse any typos.

On May 6, 2015 8:15 PM, "Harrison Gordon" <harrisong@google.com> wrote:
+David Goodman

Hi Dave,

Do you happen to know what share of AdX inventory is won by GDN, both on desktop and mobile? I believe we aren't allowed to share that data externally, but it would be good to know. Do you also know what we can share regarding that data?

Thanks!
-Harrison

On Wed, May 6, 2015 at 3:08 PM Charlie Vestner <charliev@google.com> wrote:
Hi Harrison - do you have any stats on the relative AdX win rate of GDN vs mGDN, that the 3 of us could review? I feel like that would be a powerful way of describing mGDN's strength, but not sure if we'll get clearance to show it...perhaps we can in a comment or generalized way.

---------- Forwarded message ----------
From: **Charlie Vestner** <charliev@google.com>
Date: Mon, May 4, 2015 at 1:25 PM
Subject: mGDN share of AdX?
To: Johan Land <johanland@google.com>


Hi Johan-

We're completing a set of slides to get sales team more excited about selling mGDN and I thought it would be compelling to include a stat about the high share of mobile AdX impressions won by GDN.

Do you think that is a stat we can share internally? What kind of state can we share?

Thanks




Charlie Vestner
Director, Global Display Solutions | Google
█████████████ (mobile)

HIGHLY CONFIDENTIAL
GOOG-DOJ-14271828

Charlie Vestner
Director, Global Display Solutions | Google
███████████ (mobile)

--
Charlie Vestner
Director, Global Display Solutions | Google
███████████ (mobile)

--
Charlie Vestner
Director, Global Display Solutions | Google
███████████ (mobile)

davidgoodman@google.com
███████████
212-381-5928

--
David Goodman
Principal Analyst, Global Strategy and Analytics
Google Inc.
davidgoodman@google.com
Cell: ███████████
Office: 212-381-5928

HIGHLY CONFIDENTIAL

--
Charlie Vestner
Director, Global Display Solutions | Google
▮▮▮▮▮▮ (mobile)

--
Charlie Vestner
Director, Global Display Solutions | Google
▮▮▮▮▮▮ (mobile)