UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                *Plaintiffs*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>                *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Wednesday, September 4, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, nonparty Eisar Lipkovitz, by counsel, will present oral argument in support of his Motion to Quash.

Dated:  August 26, 2024

Respectfully Submitted,

/s/ William L. Drake
William L. Drake VA Bar No. 78446
Patrick F. Linehan*
Samantha J. McCarthy*
Steptoe LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:    (202) 429-3902
*Counsel for Non-Party Eisar Lipkovitz*

*Pending *pro hac vice* admission