**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**STIPULATION OF PLAINTIFFS AND GOOGLE LLC
<u>REGARDING WITNESSES AND DOCUMENTS</u>**

By and through their undersigned counsel, Plaintiffs and Defendant Google LLC ("Google") hereby stipulate that Google will not object on authenticity or hearsay grounds to any document listed on **Appendix A**. The parties further stipulate that Google will not object to such documents on foundation grounds or on the grounds that the documents are being offered into evidence without a sponsoring witness. Such documents are admissible, whether or not they are used with a sponsoring witness, subject to resolutions of other objections, including but not limited to objections made on the grounds that the documents are irrelevant (FRE 402), needlessly cumulative (FRE 403), and/or contain double hearsay (FRE 805).

In accordance with the above agreement, Plaintiffs and Google further stipulate that Plaintiffs will not, absent a showing of good cause, present the live testimony of any of the witnesses listed on **Appendix B**. Good cause shall include, but is not limited to, the issuance of a Court order excluding evidence that otherwise would have been presented by Plaintiffs at trial, such that a witness' live testimony becomes necessary to establish a claim or rebut a defense. Should Plaintiffs anticipate calling any of the witnesses listed on **Appendix B** live, Plaintiffs will

promptly inform Google, and Google may, at its discretion, raise any objections to the admissibility of documents listed on **Appendix A** and sponsored by the live witness.

Plaintiffs and Google further stipulate that prior to Plaintiffs seeking to admit any documents listed on **Appendix A** into evidence without a sponsoring witness, the parties shall meet and confer regarding Google's remaining objections to the documents no less than forty-eight (48) hours prior to Plaintiffs' anticipated time for seeking the admission of such documents into evidence.

WE STIPULATE TO THIS:

FOR DEFENDANT:

Dated: August 26, 2024

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER
LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER
LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ:
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A: Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

FOR PLAINTIFFS:

Respectfully submitted,

JESSICA D. ABER                                      JASON S. MIYARES
United States Attorney                               Attorney General of Virginia

*/s/ Gerard Mene*                                    */s/ Tyler T. Henry*
GERARD MENE                                          TYLER T. HENRY
Assistant U.S. Attorney                              Assistant Attorney General
2100 Jamieson Avenue
Alexandria, VA 22314                                 Office of the Attorney General of Virginia
Telephone: (703) 299-3777                            202 North Ninth Street
Facsimile: (703) 299-3983                            Richmond, VA 23219
Email: Gerard.Mene@usdoj.gov                         Telephone: (804) 692-0485
                                                     Facsimile: (804) 786-0122
*/s/ Julia Tarver Wood*                              Email: thenry@oag.state.va.us
JULIA TARVER WOOD
KELLY D. GARCIA                                      Attorneys for the Commonwealth of
AARON M. TEITELBAUM                                  Virginia and local counsel for the
United States Department of Justice                  States of Arizona, California,
Antitrust Division                                   Colorado, Connecticut, Illinois,
450 Fifth Street NW, Suite 7100                      Michigan, Minnesota, Nebraska,
Washington, DC 20530                                 New Hampshire, New Jersey, New
Telephone: (202) 307-0077                            York, North Carolina, Rhode
Fax: (202) 616-8544                                  Island, Tennessee, Washington, and
Email: Julia.Tarver.Wood@usdoj.gov                   West Virginia

Attorneys for the United States

4

APPENDIX A

| PTX | Sponsoring Witness(es) |
|---|---|
| 7 | Scott Sheffer |
| 15 | Don Harrison |
| 22 | Scott Sheffer |
| 23 | Scott Sheffer |
| 66 | Woojin Kim |
| 70 | Woojin Kim |
| 80 | Scott Sheffer |
| 87 | Woojin Kim |
| 91 | Jerry Dischler |
| 103 | Woojin Kim |
| 117 | Woojin Kim |
| 120 | Bryan Rowley |
| 122 | Scott Sheffer |
| 128 | Aparna Pappu |
| 136 | Aparna Pappu |
| 137 | Woojin Kim |
| 138 | Woojin Kim |
| 144 | Bryan Rowley |
| 148 | Max Loubser; Aparna Pappu |
| 149 | Max Loubser; Aparna Pappu |
| 151 | Woojin Kim; Payam Shodjai |
| 152 | Woojin Kim |

| PTX | Sponsoring Witness(es) |
|---|---|
| 153 | Woojin Kim |
| 156 | Woojin Kim |
| 158 | Aparna Pappu |
| 161 | Aparna Pappu |
| 162 | Aparna Pappu |
| 171 | Jerry Dischler |
| 174 | Bryan Rowley |
| 176 | Jerry Dischler; Scott Sheffer; Jason Spero |
| 178 | Max Loubser |
| 181 | Woojin Kim |
| 184 | Ali Amini |
| 185 | Woojin Kim |
| 186 | Woojin Kim |
| 189 | Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu |
| 190 | Woojin Kim; George Levitte; Aparna Pappu |
| 191 | George Levitte; Max Loubser |
| 192 | Woojin Kim; Payam Shodjai |
| 193 | Woojin Kim; Aparna Pappu |
| 194 | Aparna Pappu; Bryan Rowley |
| 197 | Ali Amini; Woojin Kim; Max Loubser; Aparna Pappu |
| 199 | Sissie Hsiao |
| 200 | Jason Spero |
| 202 | Ali Amini |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 203 | Ali Amini |
| 204 | George Levitte |
| 205 | Woojin Kim; Max Loubser; Aparna Pappu |
| 206 | Woojin Kim; Max Loubser; Aparna Pappu |
| 207 | Woojin Kim |
| 208 | Alok Verma |
| 209 | Jim Giles; Woojin Kim; Max Loubser; Aparna Pappu |
| 212 | Aparna Pappu |
| 214 | Max Loubser; Aparna Pappu |
| 216 | Payam Shodjai |
| 221 | Woojin Kim; Aparna Pappu |
| 222 | Woojin Kim; Max Loubser |
| 225 | Max Loubser |
| 226 | Ali Amini |
| 227 | Max Loubser |
| 228 | Jim Giles; Max Loubser; Aparna Pappu |
| 229 | Woojin Kim; Alok Verma |
| 230 | Max Loubser; Aparna Pappu |
| 231 | Max Loubser |
| 234 | Max Loubser; Aparna Pappu; Bryan Rowley |
| 236 | Woojin Kim; Aparna Pappu |
| 237 | Aparna Pappu |
| 238 | Jim Giles; Max Loubser; Aparna Pappu; Bryan Rowley |

| PTX | Sponsoring Witness(es) |
|---|---|
| 239 | Bryan Rowley |
| 240 | Bryan Rowley |
| 242 | Aparna Pappu |
| 243 | Max Loubser; Aparna Pappu |
| 244 | Ali Amini; Woojin Kim; Aparna Pappu; Payam Shodjai |
| 245 | Jim Giles; Woojin Kim; Max Loubser; Aparna Pappu; Bryan Rowley |
| 249 | Bryan Rowley |
| 250 | Bonita Stewart |
| 251 | Bryan Rowley |
| 252 | Jim Giles; Max Loubser; Aparna Pappu; Bryan Rowley |
| 255 | Jim Giles; Aparna Pappu |
| 257 | Aparna Pappu |
| 259 | Jim Giles |
| 260 | Aparna Pappu |
| 261 | George Levitte |
| 262 | Ali Amini; Woojin Kim |
| 264 | Ali Amini; Woojin Kim; Payam Shodjai |
| 265 | Ali Amini; Woojin Kim |
| 266 | Ali Amini; Woojin Kim; Aparna Pappu |
| 267 | Ali Amini; Jim Giles; Woojin Kim; Aparna Pappu; Payam Shodjai |
| 271 | Ali Amini; Woojin Kim; Aparna Pappu |
| 273 | Max Loubser; Bryan Rowley; Scott Sheffer |

| PTX | Sponsoring Witness(es) |
|---|---|
| 274 | Max Loubser; Scott Sheffer |
| 276 | Bryan Rowley |
| 278 | Bryan Rowley |
| 282 | George Levitte |
| 283 | Bryan Rowley |
| 284 | Woojin Kim |
| 285 | Sissie Hsiao; Woojin Kim |
| 286 | Aparna Pappu |
| 287 | Aparna Pappu |
| 288 | Ali Amini; Woojin Kim; George Levitte |
| 293 | Max Loubser |
| 294 | Bryan Rowley; Jason Spero |
| 295 | Max Loubser |
| 297 | Max Loubser; Bryan Rowley; Scott Sheffer |
| 298 | Scott Sheffer |
| 299 | Scott Sheffer |
| 300 | Bryan Rowley |
| 301 | Aparna Pappu |
| 302 | Bryan Rowley |
| 303 | Payam Shodjai |
| 304 | Bryan Rowley; Bonita Stewart |
| 305 | Woojin Kim |
| 307 | Woojin Kim; Scott Sheffer |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 308 | Bonita Stewart |
| 309 | Bryan Rowley |
| 311 | Max Loubser; Bryan Rowley |
| 313 | Jerry Dischler |
| 315 | Bryan Rowley |
| 316 | Ali Amini |
| 317 | Bryan Rowley |
| 318 | Ali Amini; Woojin Kim |
| 319 | Jim Giles; Aparna Pappu |
| 320 | Ali Amini; Jim Giles; George Levitte; Aparna Pappu |
| 321 | Jim Giles; Max Loubser |
| 322 | Max Loubser |
| 323 | Woojin Kim; Max Loubser; Aparna Pappu |
| 326 | Jim Giles; George Levitte; Max Loubser |
| 327 | George Levitte; Max Loubser; Aparna Pappu; Alok Verma |
| 329 | Ali Amini; Max Loubser; Aparna Pappu; Bryan Rowley |
| 330 | Woojin Kim |
| 333 | Jason Spero |
| 334 | George Levitte; Max Loubser; Bryan Rowley |
| 336 | Max Loubser |
| 337 | Bryan Rowley |
| 338 | Woojin Kim |
| 339 | Woojin Kim |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 342 | Woojin Kim |
| 343 | Woojin Kim |
| 344 | Aparna Pappu |
| 345 | Max Loubser; Aparna Pappu |
| 346 | George Levitte |
| 347 | Alok Verma |
| 348 | Woojin Kim |
| 350 | Ali Amini |
| 352 | George Levitte |
| 353 | Jim Giles; George Levitte; Max Loubser |
| 354 | Jim Giles; Max Loubser |
| 355 | Aparna Pappu |
| 356 | George Levitte; Max Loubser |
| 357 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 358 | Bryan Rowley |
| 360 | George Levitte |
| 362 | Ali Amini; Jim Giles; Sissie Hsiao; Woojin Kim; Max Loubser; Aparna Pappu; Scott Sheffer; Payam Shodjai; Jason Spero |
| 363 | John 'Duke' Dukellis; Aparna Pappu |
| 364 | Max Loubser |
| 365 | Jim Giles; Max Loubser; Aparna Pappu |
| 366 | Ali Amini; Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 369 | Jim Giles; Woojin Kim; Max Loubser |

| PTX | Sponsoring Witness(es) |
|---|---|
| 371 | John 'Duke' Dukellis; Aparna Pappu |
| 372 | Jerry Dischler; Payam Shodjai |
| 373 | Jim Giles; Aparna Pappu |
| 374 | Jim Giles; Max Loubser; Aparna Pappu |
| 375 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Scott Sheffer |
| 376 | Aparna Pappu |
| 377 | Jim Giles |
| 380 | Jim Giles; Max Loubser; Aparna Pappu |
| 381 | Aparna Pappu |
| 382 | Aparna Pappu |
| 383 | Jim Giles; Max Loubser; Aparna Pappu |
| 384 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Alok Verma |
| 385 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Alok Verma |
| 386 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Alok Verma |
| 387 | George Levitte; Max Loubser |
| 388 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Alok Verma |
| 390 | Max Loubser; Aparna Pappu |
| 391 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 392 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 393 | Jim Giles; Max Loubser; Aparna Pappu |
| 394 | Ali Amini |

| PTX | Sponsoring Witness(es) |
|---|---|
| 395 | Max Loubser |
| 396 | Sissie Hsiao; Aparna Pappu |
| 398 | Aparna Pappu |
| 399 | Jim Giles; Max Loubser |
| 400 | Bryan Rowley |
| 401 | Don Harrison; Aparna Pappu |
| 402 | Ali Amini; Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley; Payam Shodjai |
| 403 | Ali Amini; Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu Bryan Rowley; Payam Shodjai |
| 404 | Ali Amini; Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu Bryan Rowley; Payam Shodjai |
| 406 | Max Loubser; Bryan Rowley |
| 407 | Ali Amini; Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu Bryan Rowley; Payam Shodjai |
| 408 | Aparna Pappu |
| 409 | Max Loubser |
| 410 | Jim Giles; Aparna Pappu |
| 411 | Woojin Kim; Payam Shodjai |
| 413 | Max Loubser |
| 416 | Max Loubser |
| 418 | Aparna Pappu |
| 419 | Sissie Hsiao |
| 420 | Ali Amini; Jim Giles; Aparna Pappu |
| 421 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley; Payam Shodjai |

| PTX | Sponsoring Witness(es) |
|---|---|
| 422 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley; Payam Shodjai |
| 423 | Ali Amini; Jim Giles; Max Loubser; Aparna Pappu |
| 425 | Jim Giles; Max Loubser; Bryan Rowley; Scott Sheffer |
| 426 | Ali Amini; Jim Giles; Max Loubser; Aparna Pappu; Payam Shodjai |
| 427 | Aparna Pappu |
| 428 | Alok Verma |
| 429 | Aparna Pappu |
| 430 | George Levitte |
| 431 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley |
| 433 | Jason Spero |
| 434 | Max Loubser |
| 435 | Max Loubser; Aparna Pappu |
| 436 | Jim Giles; Aparna Pappu |
| 437 | Aparna Pappu |
| 438 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 440 | Max Loubser |
| 442 | Ali Amini; Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 443 | Woojin Kim; Aparna Pappu |
| 444 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 445 | Max Loubser; Bryan Rowley |
| 446 | John 'Duke' Dukellis; Sissie Hsiao |

10

| PTX | Sponsoring Witness(es) |
|---|---|
| 447 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 449 | Jim Giles; Aparna Pappu |
| 450 | Woojin Kim; Max Loubser; Aparna Pappu; Payam Shodjai; Alok Verma |
| 451 | Aparna Pappu |
| 452 | Aparna Pappu |
| 453 | Bonita Stewart |
| 455 | Max Loubser; Bryan Rowley |
| 456 | Aparna Pappu |
| 458 | Aparna Pappu |
| 460 | Max Loubser |
| 461 | Jim Giles; Max Loubser; Aparna Pappu |
| 462 | Aparna Pappu |
| 463 | Jim Giles; Aparna Pappu |
| 464 | Max Loubser |
| 467 | Max Loubser |
| 468 | George Levitte; Bryan Rowley; Alok Verma |
| 469 | Jim Giles; Aparna Pappu; Bryan Rowley |
| 470 | Jim Giles; Aparna Pappu |
| 471 | Ali Amini |
| 472 | Ali Amini |
| 473 | Jim Giles; Aparna Pappu |
| 474 | Max Loubser; Aparna Pappu |

| PTX | Sponsoring Witness(es) |
|---|---|
| 475 | John 'Duke' Dukellis; Jim Giles; Sissie Hsiao; George Levitte; Aparna Pappu; Alok Verma |
| 476 | Ali Amini; Payam Shodjai |
| 478 | Payam Shodjai |
| 479 | Aparna Pappu |
| 480 | Payam Shodjai |
| 481 | Aparna Pappu |
| 482 | George Levitte; Max Loubser; Alok Verma |
| 483 | George Levitte |
| 484 | Scott Sheffer |
| 485 | Max Loubser; Aparna Pappu; Bryan Rowley; Jason Spero |
| 487 | George Levitte; Max Loubser |
| 488 | George Levitte; Max Loubser |
| 489 | George Levitte; Max Loubser |
| 490 | George Levitte; Max Loubser |
| 491 | George Levitte; Max Loubser |
| 492 | George Levitte; Max Loubser |
| 493 | George Levitte; Max Loubser |
| 494 | George Levitte; Max Loubser |
| 495 | George Levitte; Max Loubser |
| 496 | Max Loubser |
| 497 | Max Loubser |
| 498 | Don Harrison |
| 499 | George Levitte; Max Loubser |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 501 | Don Harrison |
| 502 | Max Loubser |
| 503 | Jim Giles; George Levitte; Max Loubser; Alok Verma |
| 504 | George Levitte |
| 506 | John 'Duke' Dukellis; Jim Giles; Woojin Kim; Max Loubser; Payam Shodjai |
| 507 | George Levitte |
| 509 | Max Loubser |
| 510 | John 'Duke' Dukellis; Sissie Hsiao; Aparna Pappu |
| 511 | Don Harrison; Jason Spero |
| 516 | Alok Verma |
| 517 | Payam Shodjai |
| 519 | Ali Amini; Jim Giles; Max Loubser; Aparna Pappu; Payam Shodjai; Alok Verma |
| 520 | Woojin Kim |
| 522 | Ali Amini; George Levitte; Max Loubser; Aparna Pappu |
| 527 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 534 | Ali Amini; John 'Duke' Dukellis; Jim Giles; Sissie Hsiao; Max Loubser; Aparna Pappu; Payam Shodjai |
| 535 | Ali Amini; John 'Duke' Dukellis; Jim Giles; Sissie Hsiao; Max Loubser; Aparna Pappu; Payam Shodjai |
| 536 | Payam Shodjai |
| 537 | Ali Amini |
| 538 | Woojin Kim |
| 539 | Max Loubser |

| PTX | Sponsoring Witness(es) |
|---|---|
| 540 | Max Loubser; Bryan Rowley |
| 541 | Jim Giles; Max Loubser |
| 542 | Jim Giles; Max Loubser |
| 543 | Jim Giles |
| 544 | John 'Duke' Dukellis; Sissie Hsiao |
| 545 | Ali Amini; Payam Shodjai |
| 546 | Payam Shodjai |
| 549 | Don Harrison; Scott Sheffer; Bonita Stewart |
| 550 | Ali Amini |
| 551 | Don Harrison |
| 552 | Ali Amini; Jim Giles; Max Loubser; Aparna Pappu; Payam Shodjai |
| 553 | Ali Amini; Jim Giles; Max Loubser; Aparna Pappu; Payam Shodjai |
| 554 | Aparna Pappu |
| 555 | Bryan Rowley |
| 561 | Ali Amini |
| 562 | Ali Amini; Jim Giles; Aparna Pappu; Scott Sheffer; Payam Shodjai |
| 563 | Ali Amini; Jim Giles |
| 564 | Jim Giles; Bryan Rowley |
| 565 | Max Loubser |
| 567 | Aparna Pappu |
| 569 | Ali Amini |
| 570 | Jim Giles; Max Loubser; Aparna Pappu |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 571 | Ali Amini |
| 572 | Jim Giles; Max Loubser; Aparna Pappu |
| 578 | Max Loubser; Aparna Pappu; Payam Shodjai |
| 579 | Woojin Kim |
| 582 | Aparna Pappu |
| 583 | Ali Amini; Jim Giles; Aparna Pappu |
| 584 | Jim Giles |
| 585 | George Levitte; Max Loubser; Aparna Pappu |
| 587 | Payam Shodjai |
| 588 | Payam Shodjai |
| 589 | Ali Amini; Payam Shodjai |
| 590 | Aparna Pappu |
| 594 | Ali Amini; John 'Duke' Dukellis |
| 595 | Ali Amini; John 'Duke' Dukellis; Aparna Pappu; Payam Shodjai |
| 596 | Payam Shodjai |
| 597 | Bryan Rowley |
| 598 | George Levitte; Max Loubser; Bryan Rowley; Scott Sheffer |
| 599 | Ali Amini; Payam Shodjai |
| 600 | Sissie Hsiao; Payam Shodjai |
| 602 | George Levitte; Max Loubser; Bryan Rowley |
| 603 | Aparna Pappu |
| 604 | Bryan Rowley |
| 605 | Ali Amini; John 'Duke' Dukellis; Aparna Pappu; Payam Shodjai |

15

| PTX | Sponsoring Witness(es) |
|---|---|
| 607 | Woojin Kim; Max Loubser |
| 608 | Aparna Pappu; Bryan Rowley; Alok Verma; John 'Duke' Dukellis |
| 609 | Jim Giles; George Levitte; Max Loubser |
| 610 | Jim Giles; George Levitte; Max Loubser; Bryan Rowley |
| 612 | Aparna Pappu |
| 613 | Bryan Rowley |
| 614 | Payam Shodjai |
| 615 | Sissie Hsiao |
| 616 | Jim Giles |
| 618 | Jim Giles; Sissie Hsiao; Aparna Pappu; Payam Shodjai |
| 619 | Ali Amini; Jim Giles; Aparna Pappu; Payam Shodjai |
| 620 | Ali Amini; Jim Giles; Aparna Pappu; Payam Shodjai |
| 621 | Sissie Hsiao |
| 623 | Jim Giles |
| 626 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley |
| 627 | Max Loubser |
| 629 | Jim Giles |
| 630 | Jim Giles |
| 631 | John 'Duke' Dukellis; Jim Giles; Max Loubser; Aparna Pappu; Payam Shodjai |
| 632 | Aparna Pappu |
| 636 | Payam Shodjai |
| 639 | Jim Giles |

16

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 640 | Scott Sheffer; Bonita Stewart |
| 641 | Ali Amini; John 'Duke' Dukellis; Jim Giles; George Levitte |
| 644 | Don Harrison |
| 645 | Don Harrison; Scott Sheffer; Bonita Stewart |
| 646 | Don Harrison; Scott Sheffer; Jason Spero; Bonita Stewart |
| 649 | Payam Shodjai |
| 650 | Payam Shodjai |
| 651 | Payam Shodjai |
| 652 | George Levitte; Bryan Rowley |
| 653 | Bryan Rowley; |
| 655 | Don Harrison |
| 656 | Don Harrison; Scott Sheffer; Jason Spero; Bonita Stewart |
| 657 | Bryan Rowley; Scott Sheffer; Alok Verma |
| 658 | Payam Shodjai |
| 659 | George Levitte |
| 661 | Don Harrison; Bryan Rowley; Jason Spero |
| 662 | Bryan Rowley |
| 663 | Jim Giles; Payam Shodjai |
| 666 | Scott Sheffer; Jason Spero; Bonita Stewart |
| 668 | Ali Amini |
| 672 | Jim Giles |
| 674 | Bryan Rowley |
| 675 | Payam Shodjai |

| PTX | Sponsoring Witness(es) |
|-----|------------------------|
| 676 | Ali Amini |
| 680 | Sissie Hsiao; Payam Shodjai |
| 681 | Jim Giles; George Levitte |
| 682 | Ali Amini |
| 683 | Jim Giles; George Levitte; Bryan Rowley |
| 684 | Ali Amini |
| 685 | George Levitte; Scott Sheffer |
| 686 | Ali Amini; Bryan Rowley; Payam Shodjai |
| 687 | Jim Giles; Don Harrison; George Levitte; Max Loubser; Aparna Pappu; Payam Shodjai |
| 688 | Ali Amini; Payam Shodjai |
| 689 | Bryan Rowley; Payam Shodjai |
| 691 | Payam Shodjai |
| 696 | Ali Amini |
| 697 | Ali Amini; Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 698 | Bryan Rowley |
| 699 | Bryan Rowley |
| 701 | Ali Amini |
| 702 | Ali Amini |
| 703 | Bryan Rowley |
| 706 | Ali Amini; Jim Giles; Bryan Rowley; Payam Shodjai |
| 707 | Bryan Rowley; Scott Sheffer |
| 714 | Bryan Rowley |

| PTX | Sponsoring Witness(es) |
|---|---|
| 715 | Ali Amini; Jim Giles; Bryan Rowley |
| 716 | Woojin Kim; George Levitte; Max Loubser |
| 721 | Ali Amini |
| 724 | Bryan Rowley |
| 725 | Ali Amini; Payam Shodjai |
| 726 | Ali Amini; John 'Duke' Dukellis; George Levitte |
| 727 | Bryan Rowley |
| 731 | Ali Amini |
| 732 | Payam Shodjai; Jason Spero |
| 734 | Ali Amini; Payam Shodjai |
| 735 | Max Loubser; Bryan Rowley |
| 736 | Bryan Rowley |
| 737 | Ali Amini |
| 738 | Bryan Rowley |
| 739 | Scott Sheffer; Bonita Stewart |
| 741 | Ali Amini; Scott Sheffer |
| 742 | Payam Shodjai |
| 745 | Ali Amini |
| 750 | Ali Amini |
| 751 | Bryan Rowley |
| 756 | George Levitte |
| 757 | George Levitte |
| 759 | Bryan Rowley |

| PTX | Sponsoring Witness(es) |
|---|---|
| 760 | George Levitte; Bryan Rowley |
| 762 | Ali Amini |
| 763 | Ali Amini; Payam Shodjai |
| 764 | Bryan Rowley; Scott Sheffer |
| 765 | George Levitte |
| 767 | John 'Duke' Dukellis; Bryan Rowley; Scott Sheffer |
| 769 | Ali Amini; Bryan Rowley |
| 770 | George Levitte |
| 775 | Ali Amini |
| 777 | Ali Amini |
| 784 | Payam Shodjai |
| 786 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley |
| 789 | Max Loubser |
| 790 | George Levitte |
| 792 | Bryan Rowley |
| 794 | Woojin Kim |
| 796 | George Levitte |
| 798 | Alok Verma |
| 799 | Bonita Stewart |
| 800 | Bonita Stewart |
| 804 | Jerry Dischler |
| 807 | Bryan Rowley |
| 808 | George Levitte; Max Loubser; Bryan Rowley |

| PTX | Sponsoring Witness(es) |
|---|---|
| 809 | Aparna Pappu |
| 811 | Max Loubser |
| 812 | Ali Amini |
| 813 | Ali Amini |
| 814 | Ali Amini; John 'Duke' Dukellis; Payam Shodjai |
| 815 | Ali Amini |
| 819 | Ali Amini; John 'Duke' Dukellis; Sissie Hsiao; George Levitte; Payam Shodjai |
| 820 | Ali Amini; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley; Alok Verma |
| 825 | Ali Amini; George Levitte; Bryan Rowley; Scott Sheffer; Jason Spero; Alok Verma |
| 826 | Alok Verma |
| 827 | Ali Amini; Woojin Kim; Alok Verma |
| 830 | Ali Amini |
| 832 | Ali Amini |
| 835 | Ali Amini; Alok Verma |
| 836 | George Levitte |
| 837 | Ali Amini |
| 838 | Ali Amini; John 'Duke' Dukellis; Sissie Hsiao; George Levitte |
| 839 | Ali Amini |
| 841 | Jerry Dischler; Jim Giles; Alok Verma |
| 842 | Ali Amini; Aparna Pappu; Alok Verma |
| 843 | George Levitte |
| 844 | John 'Duke' Dukellis |

| PTX | Sponsoring Witness(es) |
|---|---|
| 846 | Ali Amini; Sissie Hsiao |
| 847 | Woojin Kim; George Levitte; Max Loubser |
| 851 | Aparna Pappu |
| 852 | John 'Duke' Dukellis |
| 855 | Ali Amini; Sissie Hsiao |
| 858 | Ali Amini; George Levitte; Max Loubser |
| 860 | Ali Amini |
| 861 | Bryan Rowley |
| 862 | Ali Amini |
| 864 | Jason Spero |
| 866 | Scott Sheffer |
| 868 | Ali Amini; John 'Duke' Dukellis; Sissie Hsiao |
| 872 | George Levitte |
| 873 | George Levitte |
| 878 | Jim Giles; Woojin Kim |
| 880 | George Levitte; Max Loubser; Bryan Rowley |
| 881 | Bryan Rowley |
| 882 | Bryan Rowley; George Levitte |
| 883 | Ali Amini; George Levitte |
| 888 | Sissie Hsiao |
| 889 | Max Loubser; Aparna Pappu |
| 892 | Payam Shodjai |
| 894 | Payam Shodjai |

| PTX | Sponsoring Witness(es) |
|---|---|
| 896 | Bonita Stewart |
| 897 | Ali Amini; John 'Duke' Dukellis |
| 898 | Alok Verma |
| 899 | George Levitte; Max Loubser; Bryan Rowley; Alok Verma |
| 902 | John 'Duke' Dukellis |
| 913 | Ali Amini; George Levitte |
| 915 | John 'Duke' Dukellis; Sissie Hsiao; Jason Spero |
| 918 | Woojin Kim; Max Loubser; Payam Shodjai |
| 919 | Woojin Kim; Max Loubser; Payam Shodjai |
| 920 | Woojin Kim; Max Loubser; Payam Shodjai |
| 921 | Woojin Kim; Max Loubser; Payam Shodjai |
| 922 | Woojin Kim; Max Loubser; Payam Shodjai |
| 923 | Woojin Kim; Max Loubser; Payam Shodjai |
| 924 | Woojin Kim; Max Loubser; Payam Shodjai |
| 925 | Jason Spero |
| 927 | Don Harrison; Scott Sheffer; Bonita Stewart |
| 928 | Ali Amini; Jim Giles; Woojin Kim; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley |
| 930 | Jason Spero |
| 934 | Alok Verma |
| 941 | Jim Giles; George Levitte; Max Loubser; Payam Shodjai |
| 943 | Ali Amini; John 'Duke' Dukellis; Sissie Hsiao; Alok Verma |
| 944 | Ali Amini |
| 945 | John 'Duke' Dukellis; Jim Giles; George Levitte; Bryan Rowley |

| PTX | Sponsoring Witness(es) |
|---|---|
| 946 | Sissie Hsiao |
| 951 | Ali Amini; Jim Giles |
| 952 | George Levitte |
| 953 | Bryan Rowley |
| 956 | Ali Amini |
| 957 | John 'Duke' Dukellis; Sissie Hsiao; Scott Sheffer |
| 958 | George Levitte |
| 961 | George Levitte |
| 964 | Ali Amini |
| 965 | Ali Amini; Sissie Hsiao |
| 966 | Jim Giles; George Levitte; Max Loubser |
| 969 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu; Bryan Rowley |
| 971 | George Levitte |
| 972 | Ali Amini; Sissie Hsiao |
| 978 | Bryan Rowley |
| 979 | Jerry Dischler |
| 982 | George Levitte |
| 983 | Jerry Dischler |
| 985 | Ali Amini |
| 989 | Ali Amini |
| 990 | Sissie Hsiao |
| 993 | Bryan Rowley |
| 994 | Jim Giles |

| PTX | Sponsoring Witness(es) |
|---|---|
| 996 | Bonita Stewart |
| 997 | Jerry Dischler; Don Harrison; Sissie Hsiao; Jason Spero |
| 998 | Bryan Rowley |
| 1001 | Jerry Dischler |
| 1002 | Sissie Hsiao |
| 1007 | Jerry Dischler; John 'Duke' Dukellis; Don Harrison; Sissie Hsiao; Jason Spero |
| 1008 | Ali Amini; Jim Giles |
| 1009 | Jim Giles |
| 1010 | Scott Sheffer; Bonita Stewart |
| 1013 | Ali Amini |
| 1014 | Ali Amini; John 'Duke' Dukellis; Sissie Hsiao; George Levitte; Alok Verma |
| 1017 | Bryan Rowley |
| 1019 | Aparna Pappu |
| 1021 | George Levitte |
| 1022 | Jason Spero |
| 1024 | Ali Amini; John 'Duke' Dukellis |
| 1026 | Jerry Dischler; John 'Duke' Dukellis |
| 1027 | Ali Amini |
| 1028 | Ali Amini; Sissie Hsiao; Max Loubser; Aparna Pappu; Alok Verma |
| 1033 | Jim Giles; Aparna Pappu |
| 1037 | Jerry Dischler; John 'Duke' Dukellis |
| 1038 | Jerry Dischler |

| PTX | Sponsoring Witness(es) |
|---|---|
| 1041 | Jerry Dischler |
| 1047 | Woojin Kim; Payam Shodjai |
| 1048 | Ali Amini; Jim Giles; Sissie Hsiao; Woojin Kim; Aparna Pappu; Scott Sheffer; Jason Spero |
| 1055 | Sissie Hsiao |
| 1059 | Ali Amini; John 'Duke' Dukellis; George Levitte |
| 1063 | Don Harrison; Bryan Rowley |
| 1064 | Max Loubser; Alok Verma |
| 1067 | Woojin Kim |
| 1068 | John 'Duke' Dukellis; George Levitte; Scott Sheffer |
| 1069 | Ali Amini; John 'Duke' Dukellis |
| 1073 | John 'Duke' Dukellis; George Levitte |
| 1077 | Jerry Dischler |
| 1078 | Jerry Dischler |
| 1081 | Jerry Dischler |
| 1082 | Jerry Dischler |
| 1085 | Jerry Dischler; Jason Spero |
| 1086 | Jerry Dischler; Jason Spero |
| 1089 | George Levitte; Max Loubser; Aparna Pappu; Jim Giles |
| 1104 | Jim Giles; Aparna Pappu |
| 1107 | Woojin Kim |
| 1108 | Woojin Kim |
| 1110 | Jim Giles; Aparna Pappu |

| PTX | Sponsoring Witness(es) |
|---|---|
| 1114 | Ali Amini; Jim Giles; Sissie Hsiao; Aparna Pappu; Payam Shodjai; Alok Verma |
| 1117 | Jerry Dischler |
| 1120 | Scott Sheffer |
| 1139 | John 'Duke' Dukellis; Jim Giles; Bryan Rowley; Alok Verma |
| 1340 | Jim Giles; Max Loubser |
| 1489 | George Levitte |
| 1490 | Bryan Rowley; Jason Spero |
| 1491 | Don Harrison; Bryan Rowley; Scott Sheffer; Bonita Stewart |
| 1497 | Bonita Stewart |
| 1508 | Ali Amini |
| 1509 | Max Loubser; Aparna Pappu |
| 1513 | Woojin Kim |
| 1515 | Max Loubser |
| 1516 | Max Loubser; Bryan Rowley |
| 1517 | Max Loubser |
| 1521 | George Levitte; Max Loubser |
| 1522 | Aparna Pappu |
| 1537 | Jim Giles |
| 1539 | Woojin Kim; Max Loubser |
| 1541 | Jim Giles |
| 1543 | Aparna Pappu |
| 1545 | Woojin Kim; Payam Shodjai |

| PTX | Sponsoring Witness(es) |
|---|---|
| 1547 | Ali Amini; Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 1548 | Jim Giles |
| 1551 | Jim Giles; George Levitte; Max Loubser; Aparna Pappu |
| 1558 | John 'Duke' Dukellis; Jim Giles; Sissie Hsiao |
| 1559 | Ali Amini; Max Loubser; Payam Shodjai; Alok Verma |
| 1564 | Jim Giles |
| 1569 | Jim Giles |
| 1570 | Jim Giles; George Levitte |
| 1586 | Ali Amini; Jim Giles |
| 1587 | Payam Shodjai |
| 1590 | Ali Amini; John 'Duke' Dukellis; Aparna Pappu; Payam Shodjai |
| 1591 | Jim Giles |
| 1596 | Jim Giles |
| 1614 | Ali Amini; Payam Shodjai |
| 1624 | Jerry Dischler |
| 1625 | Bonita Stewart |
| 1629 | Don Harrison; Sissie Hsiao; George Levitte; Bryan Rowley; Scott Sheffer; Alok Verma |
| 1646 | George Levitte |
| 1722 | Woojin Kim |
| 1723 | Ali Amini; Woojin Kim; Payam Shodjai |
| 1725 | Scott Sheffer |
| 1727 | Woojin Kim |

| PTX | Sponsoring Witness(es) |
|---|---|
| 1728 | Bryan Rowley |
| 1729 | Sissie Hsiao; Aparna Pappu; Scott Sheffer; Jason Spero |
| 1730 | Aparna Pappu; Bryan Rowley |
| 1732 | Woojin Kim |
| 1733 | Woojin Kim; Bryan Rowley |
| 1734 | Jim Giles |
| 1735 | Jim Giles |
| 1736 | Payam Shodjai |
| 1738 | Max Loubser |
| 1739 | Ali Amini; Jim Giles |
| 1742 | Aparna Pappu |
| 1744 | Bryan Rowley |
| 1745 | Don Harrison |
| 1746 | John 'Duke' Dukellis; Sissie Hsiao |
| 1747 | Payam Shodjai |
| 1752 | George Levitte |
| 1754 | George Levitte |
| 1792 | Aparna Pappu |
| 1805 | Woojin Kim; Bryan Rowley |
| 1806 | Bryan Rowley |
| 1819 | Aparna Pappu |
| 1826 | Woojin Kim |
| 1828 | Aparna Pappu |

**APPENDIX B**

| Witness Name |
| --- |
| Ali Nasiri Amini |
| Jerry Dischler |
| John "Duke" Dukellis |
| Jim Giles |
| Don Harrison |
| Sissie Hsiao |
| Woojin Kim |
| George Levitte |
| Max Loubser |
| Aparna Pappu |
| Bryan Rowley |
| Scott Sheffer |
| Payam Shodjai |
| Jason Spero |
| Bonita Stewart |
| Alok Verma |