# *** CIVIL MOTION MINUTES ***

Date: 8/27/2024　　　　　　　　　　　　Before the Honorable: **LEONIE M. BRINKEMA**

Time: 9:58 – 10:38 (00:40)　　　　　　　Case No.: 1:23-cv-00108-LMB-JFA

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

---

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

---

Appearances of Counsel for:

[ X ]　Plaintiff: Julia Wood, Katherine Clemons, Gerard Mene, Tyler Henry, Matthew Huppert, Aaron Teitelbaum

[ X ]　Defendant: Craig Reilly, Karen Dunn, Amy Mauser, Jeannie Rhee, William Issacson

**Re:**　　[ 1115 ] MOTION for Adverse Inference

Argued and:

[ X ]　Taken Under Advisement


Court advises counsel on procedural matters regarding trial:
- Seating arrangements in the courtroom.
- 30 minutes (each) for opening statements.