IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiffs' motion to seal portions of Exhibits N and O to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *in Limine*, and pursuant to Local Civil Rule 5 and the standards set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), the Court hereby

FINDS that the motion for sealing should be granted because the information is sealed in accordance with the Court's Order regarding the non-parties' sealing and redaction requests (Dkt. No. 1147).

Accordingly, for good cause shown, it is hereby

ORDERED that Plaintiffs' motion to seal is GRANTED; and it is further

ORDERED that the documents identified shall be maintained under seal by the Clerk, until otherwise directed.

DATE: August 27, 2024

/s/
Leonie M. Brinkema
United States District Judge