## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):   Matt Spalding (Trial Technician)

Craig C. Reilly (Attorney)

Electronic Device(s):   See attachment

Purpose and Location Of Use:   Evidence presentation during Bench Trial; Courtroom 700

Case No.:   1:23-cv-108-LMB-JFA

Date(s) Authorized:   Orientation 9/5/24; trial commencing 9/9/24

IT Clearance Waived:   ____(Yes)   ✓ (No)

APPROVED BY:   — NOTE ONE EXCEPTION

Date: 8/28/24        _____/s/_____
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Request to Use the Court's Evidence Presentation System**

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

| _/s/ CCR_ | 8/27/24 |
|---|---|
| (Signature) | (Date) |
| Craig C. Reilly | 20942 |
| (Typed or Printed Name) | (VA Bar Number) |

## Attachment to Electronic Device(s) Request

2 Laptops

2 Laptop Power Supplies

2 Mice

2 External Hard Drives

~~1 Small Speaker (Backup)~~ DENIED /LMB/

1 Laser Pointer/Presentation Clicker

1 Wired Headphone

1 External Monitor

Power Strips/Cables

HDMI Cables

USB Hub

Switcher

Accessories