# Exhibit 28

**From:** Roland Doss <rdoss@google.com>
**To:** Stacey Proch-wilson <prochwilson@google.com>
**Subject:** Re: Advertising Perception DSP report - Q2 2018
**Cc:** Jake Jolly <jjolly@google.com>, Alexander Katz <alexanderkatz@google.com>, Greg Booth <gbooth@google.com>, Glenn Thrope <gthrope@google.com>, Marielle Mindlin <mariellem@google.com>, Deepti Bhatnagar <deeptib@google.com>

I've yet to see an official announcement for video ads on Prime Video, or an advanced TV offering. Amazon video ads are not available in off-site placements.
Amazon has signaled that Prime Video will eventually be added to their inventory, but no such capabilities exist today. During their last earnings call, their CFO said there are opportunities for video ads through Prime Video offerings, but there are no plans to roll them out at the moment.

Amazon did experiment with running commercials inside NFL games last season, and have since renewed their streaming deal. Additionally, Amazon has *Prime Video Direct*, which competes with YouTube. Creators have the option to offer their content via an ad-supported model, and receive a percentage of net advertising revenue streamed with their titles.

On Tue, May 29, 2018 at 5:47 PM, Stacey Proch-wilson <prochwilson@google.com> wrote:

> Strange.  Adding a few others who have been working on cTV or Amazon.
> Has anyone heard of Amazon prime advanced TV advertising offering?
>
> I am guessing that Amazon Advertising platform merely refers to its advertising offering on digital.  But when people were surveyed, they considered Amazon to include advanced TV.

On Tue, May 29, 2018 at 11:05 AM Jake Jolly <jjolly@google.com> wrote:

> Yea, interesting to see them so high on display as well vs. video since much of their push is in the CTV & video area in general.

On Tue, May 29, 2018 at 10:50 AM, Glenn Thrope <gthrope@google.com> wrote:

> I was thinking the same thing, maybe people think of Amazon Prime Video and just give weight to the *potential* of an ad-supported exclusive offering
> the report seems a little funky overall, they have TTD really low for video in general:
>
> 

On Tue, May 29, 2018 at 10:48 AM, Jake Jolly <jjolly@google.com> wrote:

> +Stacey & Deepti

HIGHLY CONFIDENTIAL

GOOG-DOJ-04824744

Ah, that is interesting - I kind of glossed over that looking at the two we know to have a better perception - i.e. Tubemogul and TTD.  But that is a bit unexpected I would think - haven't heard much about Amazon's CTV/PTV offerings.  Wonder if this has anything to do with it's adjacency to Amazon Prime video collection, although believe most of that is non-ad supported today?

@**Stacey/Marielle** - have we heard much around Amazon's CTV/PTV offerings?  Are they doing anything we're not aware of?

On Tue, May 29, 2018 at 10:16 AM, Glenn Thrope <gthrope@google.com> wrote:

was interesting to see Amazon rank as highly in "advanced tv" as they did, wouldn't have expected that:



On Wed, May 23, 2018 at 9:56 AM, Andrea Vassalli <vassalli@google.com> wrote:

Hi everyone,
Thanks for attending the Advertiser Perceptions presentation. As promised here is the video recording and here is the PDF with the report we have seen.

The report is positive for DBM as we overtook AAP for familiarity, usage and consideration (we were number 2 in all of usage and familiarity). We continue to lead among agencies while trailing behind AAP among marketers (no change from previous report). We are still perceived as leaders for reporting (best by far), audience reach and targeting.

As a follow up we will incorporate in the research specific questions about mobile app inventory and creative formats.

If you want Advertiser Perceptions to deliver the same presentation to other Google audiences, please let me know and I can coordinate.

Thanks!

--
You received this message because you are subscribed to the Google Groups "DXM PMs" group.
To unsubscribe from this group and stop receiving emails from it, send an email to dxm-

HIGHLY CONFIDENTIAL   GOOG-DOJ-04824745

pm+unsubscribe@google.com.
To post to this group, send email to dxm-pm@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/dxm-pm/CAE_MXQYfJiMdzvCZro5OMMs_esuJXo48m-LYVQ5_sZDYWd8NVg%40mail.gmail.com.

--
Jake Jolly | Google | jjolly@google.com | 908-399-8835

--
Jake Jolly | Google | jjolly@google.com | 908-399-8835

HIGHLY CONFIDENTIAL

GOOG-DOJ-04824746