# Exhibit 29 (Excerpt)

Page 1

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
2                ALEXANDRIA DIVISION
3    - - - - - - - - - - - - - - x
4      UNITED STATES, et al.,     :
5          Plaintiffs,             :
6        v.                        :   Case No.
7      GOOGLE, LLC,                :   1:23-cv-00108
8          Defendant.              :
9    - - - - - - - - - - - - - - x
                                    Monday, March 4, 2024
10                                         Washington, D.C.
11
      Job No. CS6484199
12   Videotaped Deposition of:
13              WAYNE D. HOYER, Ph.D.,
14   called for oral examination by counsel for the
15   Defendant, pursuant to notice, at the United States
16   Department of Justice, Antitrust Division, 450 Fifth
17   Street, Northwest, Suite 11-248, Washington,
18   D.C. 20001, before Christina S. Hotsko, RPR, CRR, of
19   Veritext Legal Solutions, a Notary Public in and for
20   the District of Columbia, beginning at 8:33 a.m.,
21   when were present on behalf of the respective
22   parties:

Page 37

1    Q.   And when I -- I should have clarified.
2         Do you understand what the term "ad tech"
3    means?
4    A.   I do.
5    Q.   What is your understanding of that term?
6    A.   Ad tech is the different tools to buy
7    advertising for display -- programmatic display
8    advertising.
9    Q.   Okay.  And again, you've never conducted
10   a survey of advertisers before, right?
11        MR. SHEANIN:  Asked and answered.
12        THE WITNESS:  That is correct.
13   BY MS. DEARBORN:
14   Q.   Outside of your work on this case, had
15   you ever heard of Advertiser Perceptions before?
16   A.   You mean the firm?
17   Q.   Yes.
18   A.   No.
19   Q.   So the first time you heard of Advertiser
20   Perceptions was in connection with this
21   litigation?
22   A.   That's correct.

Page 46

1  respondents for a situation like this, when you
2  want to survey advertisers.
3       Q.  Okay.  Did you do anything yourself to
4  test the quality of the Advertiser Perceptions
5  AdPROs panel?
6       A.  I didn't have the -- I did not do
7  anything specifically, but there wasn't data in
8  the report for me -- to allow me to do that.
9       Q.  But you didn't talk to anyone in
10  Advertiser Perceptions, for example?
11      A.  No, I did not.
12      Q.  Did you do any research into
13  Advertiser Perceptions apart from what is in
14  Dr. Simonson's report?
15      A.  No, I did not.
16      Q.  Okay.  Did you do any investigation
17  yourself to ascertain the quality of
18  Advertiser Perceptions' methodology for assembling
19  a panel?
20      A.  No, because it wasn't germane to my
21  opinion.  My opinion was more on the result of
22  what they did than what was in the report.