EXHIBIT 1

1

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF VIRGINIA

3    ----------------------------------------x

4    UNITED STATES OF AMERICA, et al.,

5                            Plaintiff,

6         -against-                    Civil Action No.

7    GOOGLE LLC,                       1:23-cv-00108

8                            Defendant.

9    ***CAPTION CONTINUED***

10   ----------------------------------------x

11              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                     EISAR A. LIPKOVITZ
12                Thursday, November 9, 2023
                       Washington, D.C.
13                  9:07 a.m. - 5:09 p.m.
                     HYBRID DEPOSITION

14

15

16

17

18

19

20

21              Reported stenographically by:
             Richard Germosen, FAPR, CA CSR No. 14391
22           RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
             NCRA/NJ/NY/CA Certified Realtime Reporter
23            NCRA Realtime Systems Administrator
                    Job No. 2023-905987

24

25

13

```
 1         Q.      Okay.  You're represented by counsel

 2   today?

 3         A.      I am.

 4         Q.      And the counsel just identified

 5   themselves on the record?

 6         A.      Yes, Julia and --

 7         Q.      And those counsel represent you in

 8   your individual capacity?

 9         A.      That's my understanding, yeah.

10         Q.      And is Google paying for your

11   counsel?

12         A.      That's my understanding.  I am not.

13         Q.      Pardon me?

14         A.      I'm not paying, so somebody is.

15         Q.      Have you been offered independent

16   counsel separate from counsel representing Google?

17         A.      Yes.

18         Q.      And did you decline that offer?

19         A.      I did.  I didn't completely

20   understand, you know, the circumstances.  It doesn't

21   actually matter to me, but yes.

22         Q.      And did Google offer to pay for that

23   independent counsel as well?

24         A.      I'm not sure actually.

25         Q.      Okay.  Do you have any form of
```