IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
|        Defendant. | ) |

**NOTICE OF PROOFS OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff United States of America herby files the attached trial subpoena proofs of service, for the subpoenas identified below, pursuant to Fed. R. Civ. P. 45(b)(4) and Local Civil Rule 45.

| Subpoena Recipients |
|---|
| Tim Craycroft |
| Nirmal Jayaram |
| Nitish Korula |
| Neal Mohan |

Dated: August 29, 2024

Respectfully submitted,
/s/ Michael Wolin
Michael Wolin
/s/ Matthew E. Gold
Matthew E. Gold

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Michael.Wolin@usdoj.gov
Email: Matthew.Gold@usdoj.gov

Attorneys for the United States