AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:23-cv-00108

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Nirmal Jayaram on *(date)* August 22, 2024.

☒ I served the subpoena by delivering a copy to the named person as follows: via email to counsel with consent

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

/s/ Matthew E. Gold

*Server's signature*

Matthew E. Gold, Trial Attorney

*Printed name and title*

Matthew Gold, United States Department of Justice
450 Fifth Street NW, Washington, DC 20530
(312) 316-0681 Matthew.Gold@usdoj.gov

*Server's address*

Additional information regarding attempted service, etc.: