UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

## ORDER

THIS MATTER came before the Court on the joint motion filed by Plaintiffs and Defendant Google LLC ("Google") pursuant to Local Civil Rule 79(A), seeking an order modifying the requirements for the submission of proposed trial exhibits and the handling of exhibits used at trial. Upon consideration of the parties' joint motion and it otherwise appearing proper to do so, it is hereby

ORDERED that the motion is GRANTED, and the following procedures will apply:

1. On Friday, September 5, 2024, the parties must deliver to the Clerk's office: (a) digital copies of their trial exhibits via electronic storage media (e.g., an external hard drive or disc) and (b) one set of their printed trial exhibits in binders as specified in Local Civil Rule 79(A).

2. For witness examinations, the parties must prepare and use individualized "witness binders" for each witness—one for direct and one for cross-examination—which contain the pre-marked proposed trial exhibits to be used with that witness. The witness binder will be submitted to the witness through the Court Security Officer, and additional copies of each witness binder will be provided to the Court and opposing counsel.

3. Subject to any Court-approved redactions or sealing, each exhibit may be displayed on the Court's Electronic Evidence Presentation System during the examination of each witness.

4. At the conclusion of each trial-day, the parties will meet and confer with the Deputy Clerk to ensure that all exhibits admitted that day are recorded on the admitted-exhibits list, and a paper copy is included in a binder kept by the Deputy Clerk. Any proffered exhibit that is not admitted will be noted by the Deputy Clerk, and a paper copy will be kept in a separate binder. Moreover, excess copies of used witness binders must be removed by the parties each day.

ENTERED this _____ day of _____ 2024.

Alexandria, Virginia

_____
Leonie M. Brinkema
United States District Judge