IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has reviewed the parties' Joint Motion for Entry of an Order Modifying the Submission and Handling of Proposed Trial Exhibits ("Joint Motion") and commends counsel for their simplification of many of the issues surrounding exhibits. Accordingly, the Joint Motion [Dkt. No 1289] is GRANTED IN PART, and it is hereby

ORDERED that the following amendments will apply to the parties' handling of exhibits:

1. Given the number of exhibits expected in this case, providing one full set of paper exhibits to the Clerk's Office is unnecessary. A digital copy will suffice and it must be filed by 2:00 p.m. on Friday, September 6, 2024.

2. The proposed use of witness exhibit binders is approved; however, binders should not exceed four inches as anything wider makes the binders difficult to manage. Three sets of binders are required for the Court—one for the witness, one for the law clerk, and one for the judge. Counsel should ensure that an appropriate number of binders are available for opposing counsel.

3. At the end of each trial day, the clerk will read into the record the exhibits that were admitted that day and counsel will have the opportunity to correct any errors.

4. At the end of the trial, the only exhibits the Court will maintain are those that were admitted. Exhibits that were not used or were rejected by the Court are not routinely maintained.

5. To ensure that all exhibits are in the courthouse and accessible to trial counsel, each side will have the use of one witness room attached to Courtroom 701 to store exhibits and supplies. The details for this set up will be discussed at the September 4, 2024 hearing.

6. Any last-minute issues concerning trial exhibits should be raised on September 4, 2024.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30th day of August, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge