# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
|        Plaintiffs, | ) |
| v. | )   No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
|        Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion for Status Conference, the Court hereby ORDERS that the motion is GRANTED. On September 4, 2024, the Court shall hear argument from the Parties on the issues listed in the Parties' Joint Motion.

DATE: _____