AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:   08/30/2024

*Alvin H. Chu*
*Attorney's signature*

Alvin H. Chu WI Bar 1041662
*Printed name and bar number*
450 5th Street, NW Suite 7000
Washington, DC  20530

*Address*

alvin.chu@usdoj.gov
*E-mail address*

(202) 476-0486
*Telephone number*

(202) 514-6381
*FAX number*