UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S NOTICE OF
WITHDRAWAL OF CERTAIN OBJECTIONS TO THE
<u>PUBLIC DISCLOSURE OF DOCUMENTS</u>**

　　On August 24, 2024, Google LLC ("Google") filed Revised Objections to the Public Disclosure of Confidential Information at Trial ("Revised Objections") pursuant to the Court's August 9, 2024, Order (Dkt. No. 1147 at 5).  Dkt. No. 1236.  Through these Revised Objections, Google sought to seal, either in whole or in part, 197 potential trial exhibits.  Dkt. No. 1236 at 2; *see also* Dkt. No. 1236-1.  As indicated in Google's Revised Objections, the parties agreed to temporarily defer resolution concerning the proposed sealing or redaction of two exhibits, PTX1838 and PTX1840.  Dkt. No. 1236 at 2 & n4.

　　The parties have since conferred on these two outstanding exhibits, and pursuant to this discussion, Google hereby withdraws its objections to the public disclosure of PTX1838 and PTX1840.

　　In withdrawing its objections to the public disclosure of confidential information for PTX1838 and PTX1840, Google does not otherwise waive any objections to the admission of these exhibits as allowable under the Federal Rules of Evidence, the Local Rules of the

Eastern District of Virginia, and by prior order of the Court, nor does Google waive its attorney-client privilege or work product protection.

| | |
|---|---|
| Dated: September 3, 2024 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | /s/ Craig C. Reilly |
| Andrew Ewalt (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Julie Elmer (*pro hac vice*) | THE LAW OFFICE OF |
| Justina Sessions (*pro hac vice)* | CRAIG C. REILLY, ESQ. |
| Lauren Kaplin (*pro hac vice*) | 209 Madison Street, Suite 501 |
| Jeanette Bayoumi (*pro hac vice*) | Alexandria, VA 22314 |
| Claire Leonard (*pro hac vice*) | Telephone: (703) 549-5354 |
| Sara Salem (*pro hac vice*) | Facsimile: (703) 549-5355 |
| Tyler Garrett (VSB # 94759) | craig.reilly@ccreillylaw.com |
| FRESHFIELDS BRUCKHAUS | |
| DERINGER US LLP | Karen L. Dunn (*pro hac vice*) |
| 700 13th Street, NW, 10th Floor | Jeannie S. Rhee (*pro hac vice*) |
| Washington, DC 20005 | William A. Isaacson (*pro hac vice*) |
| Telephone: (202) 777-4500 | Amy J. Mauser (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Martha L. Goodman (*pro hac vice*) |
| eric.mahr@freshfields.com | Bryon P. Becker (VSB #93384) |
| | Erica Spevack (*pro hac vice*) |
| Daniel Bitton (*pro hac vice*) | PAUL, WEISS, RIFKIND, |
| AXINN, VELTROP & HARKRIDER LLP | WHARTON & GARRISON LLP |
| 55 2nd Street | 2001 K Street, NW |
| San Francisco, CA 94105 | Washington, DC 20006-1047 |
| Telephone: (415) 490-2000 | Telephone: (202) 223-7300 |
| Facsimile: (415) 490-2001 | Facsimile (202) 223-7420 |
| dbitton@axinn.com | kdunn@paulweiss.com |
| | |
| Bradley Justus (VSB # 80533) | Meredith Dearborn (*pro hac vice*) |
| David Pearl (*pro hac vice*) | PAUL, WEISS, RIFKIND, |
| Allison Vissichelli (*pro hac vice*) | WHARTON & GARRISON LLP |
| AXINN, VELTROP & HARKRIDER LLP | 535 Mission Street, 24th Floor |
| 1901 L Street, NW | San Francisco, CA 94105 |
| Washington, DC 20036 | Telephone: (628) 432-5100 |
| Telephone: (202) 912-4700 | Facsimile: (202) 330-5908 |
| Facsimile: (202) 912-4701 | mdearnborn@paulweiss.com |
| bjustus@axinn.com | |
| | *Counsel for Defendant Google LLC* |