# LIST OF AUTHORIZED INDIVIDUALS

- **Bryon Becker (attorney)**
- **Annelise Corriveau (attorney)**
- **Christopher Erickson (attorney)**
- **Leah Hibbler (attorney)**
- **Tina LaRitz (attorney)**
- **Agnes Lee (attorney)**
- **Anita Liu (attorney)**
- **Blake Pescatore (attorney)**
- **Erica Spevack (attorney)**
- **Sara Salem (attorney)**


- **Alicia Brown (paralegal)**
- **Shawn Muscat (paralegal)**
- **Annalyn Brown (paralegal)**
- **Sydney Wallack (paralegal)**
- **Jarred Zecco (paralegal)**

**This is a full list of the individuals who will appear on a rotating basis. Thus, not all authorized individuals will appear and use a laptop each day. Rather, Google expects that no more than three (3) individuals with laptops will be present in the courtroom each day.**

**Moreover, two (2) of these individuals will sit in the gallery (or the anterooms) and only one (1) will sit at counsel-table.**

# LIST OF USES

Google seeks to use multiple laptops during trial for the following purposes:

- **Notetaking**
- **Accessing both sides' trial exhibits**
- **Accessing native files and large data sets**
- **Keeping track of admitted exhibits**
- **Keeping track of objections and excluded exhibits**
- **Accessing pleadings and other case file materials stored on the computer.**

*No internet connection will be used, and cameras will be masked or disabled.*

Google seeks leave to have one (1) laptop at counsel table to facilitate the assertion of objections to trial exhibits and to access files and exhibits more quickly.