# *** CIVIL MOTION MINUTES ***

| | |
|---|---|
| Date: 9/4/2024 | Before the Honorable: **LEONIE M. BRINKEMA** |
| Time: 10:02 – 10:45 (00:43) | Case No.: **1:23-cv-00108-LMB-JFA** |
| Official Court Reporter: Stephanie Austin | |
| Courtroom Deputy: Katie Galluzzo | |

# UNITED STATES OF AMERICA ET AL

v.

# GOOGLE LLC

Appearances of Counsel for:

[ X ]  Plaintiff: Julia Wood, Michael Wolin, Gerard Mene, Tyler Henry, Michael Freeman, Craig Briskin, Aaron Teitelbaum, Victor Liu

[ X ]  Defendant:  Craig Reilly, Amy Mauser, Jeannie Rhee, William Issacson, Bradley Justus, Allison Vissichelli

**Re:**   [ 1157 ] MOTION in Limine – **GRANTED IN PART AND DENIED IN PART**
[ 1163 ] MOTION in Limine TO EXCLUDE LAY OPINION TESTIMONY – **DENIED**
[ 1206 ] MOTION to Quash **– DENIED**
[ 1211 ] MOTION to Quash **– DENIED**
[ 1214 ] MOTION to Quash **– DENIED**
[ 1217 ] MOTION to Quash **– DENIED**
[ 1220 ] MOTION to Quash **– DENIED**
[ 1226 ] MOTION to Quash **– DENIED**
[ 1292 ] Joint MOTION for Status Conference – **GRANTED**
[ 1301 ] MOTION for Electronic Device Application *for Google Trial Team* – **DENIED**

Argued and:

[ X ]   Court and Counsel reviewed pretrial matters and trial logistics

[ X ]   Order to Follow