IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.          ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court:

1) The Parties' Joint Motion for Status Conference [Dkt. No. 1292] is GRANTED;

2) Plaintiffs' Omnibus Motion in Limine [Dkt. No. 1157] is GRANTED to the extent that defendant Google LLC may not use evidence or argument about antitrust enforcers' review, comments, and decisions not to challenge Google's acquisitions of DoubleClick and AdMeld; and DENIED in all other respects;

3) Google's Motion in Limine to Exclude Non-Party Lay Opinions Regarding Google's Alleged Monopoly or Anticompetitive Behavior [Dkt. No. 1163] is DENIED; and

4) The six non-parties' Motions to Quash [Dkt. Nos. 1206, 1211, 1214, 1217, 1220, 1226] are DENIED; however, to the extent that Plaintiffs call any of these six non-parties as witnesses, it is hereby

ORDERED that Plaintiffs work with each non-party to establish a specific date and time for that witness's testimony in Alexandria.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of September, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge