## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): See Attached List of Authorized Individuals

Electronic Device(s): Three (3) dedicated Laptop computers, associated cords, and accessories.

Purpose and Location Of Use: For Trial, Courtroom 700 (see attached list of uses)

Case No.: 1:23-cv-108-LMB-JFA

Date(s) Authorized: Trial commencing 9/9/24 until completed

IT Clearance Waived: _____(Yes) _____(No)

APPROVED BY: DENIED

Date: 9/4/24

/s/ ~~LMB~~
Leonie M. Brinkema
United States District Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____
IT Staff Member    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**