IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING MEDIA PASSES AND ATTENDANCE AT THIS TRIAL

The trial of United States of America, et al., v. Google LLC will begin promptly at

9:00 a.m. on Monday, September 9, 2024, in Courtroom 700 on the Seventh Floor of the Albert

V. Bryan United States Courthouse.  Because seating capacity will be limited and there will be

several reserved sections in Courtroom 700, Courtroom 701 will serve as an overflow courtroom.

Courtroom 701 will have two large screens, which should enable attendees to see and hear what

is happening in Courtroom 700.  A Court Security Officer will always be present in Courtroom

701 to ensure that appropriate decorum is maintained and to communicate with Information

Technology staff if there are problems with the audio or video transmission; however, the trial

will not be delayed for transmission issues.  All seating in Courtroom 701 will be on a first come

basis.

Courtroom 700 will have the following areas of reserved seating:

1. The first two rows on the jury box side of the courtroom and the jury box will be

reserved for Department of Justice and State Attorneys General counsel and staff.

2. The first row of the center section of the courtroom will be reserved for Google

counsel and staff.

3. The first three rows of the witness box side of the courtroom will be reserved for members of the media who have a media pass. Passes are available starting Thursday, September 5, 2024 from either Operations Manager Judith Lanham or Operations Supervisor Whitney Garnett in the Clerk's Office, which is on the Second Floor of the Courthouse. The Clerk's Office is open daily from 8:30 a.m. to 5:00 p.m. A valid ID and evidence of media status are required for a media pass. A media pass is valid only for the duration of this trial and, because seating is limited, does not guarantee a seat in the reserved section. Any media personnel with a pass who is unable to get a seat in the reserved section will have to find a seat in the unreserved areas of Courtroom 700 or in 701.

4. The six green chairs at the back of Courtroom 700 are reserved for Court staff on Monday, September 9, 2024. After Monday, these seats will be available for anyone.

NO FOOD OR DRINKS ARE PERMITTED IN EITHER COURTROOM, except for water supplied at counsel tables for the lawyers and for staff operating the evidence presentation system.

The Courthouse opens at 8:00 a.m. Monday through Thursday and at 7:45 a.m. on Fridays. Trial days will normally run from 9:00 a.m. to 6:00 p.m. Monday through Thursday, with most Friday sessions starting at 9:30 a.m. depending on the Court's docket. A one-hour lunch break will normally be from 1:00–2:00 p.m. Courtrooms 700 and 701 will be open to the public at 8:30 a.m. for morning sessions and 1:45 p.m. for afternoon sessions. Any changes to the trial schedule will be posted on the Court's website at https://www.vaedonline.uscourts.gov/schedules/w_tomorrow1.html at least one day in advance.

The Court anticipates that on the first day of trial, September 9, 2024, as well as on days when other judges have jury trials and when grand jury or naturalization proceedings are being

held, there will be significant delays getting through security at the Courthouse entrance.
Attendees should plan their arrival times accordingly.  To avoid delays, attendees should be
aware of, and follow, all Courthouse entry requirements found at
https://www.vaed.uscourts.gov/Alexandria (see "Important Security Information").  In particular,
NO ELECTRONIC DEVICES are allowed in the Courthouse without Court permission and ALL
VISITORS MUST PRESENT A VALID GOVERNMENT-ISSUED PHOTO ID to gain
admittance.

The Clerk is directed to forward copies of this Order to counsel of record and post it on
the Court's website.

Entered this  4th  day of September, 2024.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge