AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00108-LMB-JFA |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jay Friedman (third-party witness) .

Date:  09/05/2024

/s/ Charles W. Chotvacs
*Attorney's signature*

Charles W. Chotvacs (VSB# 70045)
*Printed name and bar number*
Dykema Gossett PLLC
1301 K Street, N.W., Suite 1100 West
Washington, D.C. 20005

*Address*

CChotvacs@dykema.com
*E-mail address*

(202) 906-8619
*Telephone number*

(202) 906-8669
*FAX number*