# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 1

Date: **9/9/2024**  
Time: **8:57-5:44**  
Lunch: **1:00-1:58**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Tyler Henry, Morgan Feder, Jeffrey Vernon, Brooke Lovrovich, Daniel Guarnera

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, Jeannie Rhee, Justina Session, William Isaacson, Erin Morgan, Eric Mahr

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Rule envoked on witnesses [**X**]

Opening statements made [**X**]

Plaintiff adduced evidence [**X**]

Case Continued To: Tuesday, 9/10/2024 (for Bench Trial Day #2) at 9:00 a.m.