IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Emily E. Kelley of McGuireWoods LLP, who is admitted to practice in this Court, hereby appears in the above-captioned matter as attorney of record for movants Rahul Srinivasan, Scott Spencer, Samuel Cox, and Brad Bender.

Dated: September 9, 2024

Respectfully submitted,

*/s/ Emily E. Kelley*
Emily E. Kelley (VSB No. 96252)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (202) 857-1708
Email: ekelley@mcguirewoods.com

*Counsel for Rahul Srinivasan, Samuel Cox, Scott Spencer, and Brad Bender*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: September 9, 2024

/s/ Emily E. Kelley
Emily E. Kelley

*Counsel for Rahul Srinivasan, Samuel Cox, Scott Spencer, and Brad Bender*