# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 2

Date: **9/10/2024**             Case No.: **1:23cv108**
Time: **8:57-6:02**            Judge: **Hon. Leonie M. Brinkema**
Lunch: **1:01-2:00**           Reporter: **Stephanie Austin/Rhonda Montgomery**
                                          Deputy Clerk: **Katie Galluzzo**

**UNITED STATES OF AMERICA ET AL**

     V.

**GOOGLE LLC**

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Gerard Mene, Tyler Henry, Morgan Feder, Jeffrey Vernon, Katherine Clemons, Isabel Agnew, Elliot Dionisio

[ X ] Defendant: Craig Reilly, Jeannie Rhee, Justina Sessions, William Isaacson, Martha Goodman

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Wednesday, 9/11/2024 (for Bench Trial Day #3) at 9:00 a.m.