# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 3

Date: **9/11/2024**  
Time: **8:58 - 6:14**  
Lunch: **12:58-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

    V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Daniel Guarnera, Katherine Clemons, Gerard Mene, Jonathan Harrison, Michael Freeman

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, Bryon Becker, William Isaacson, Eric Mahr, Erica Spevack

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Portions of the record under seal [**X**]

Case Continued To: Thursday, 9/12/2024 (for Bench Trial Day #4) at 9:00 a.m.