IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> ) | 1:23cv00108 (LMB/JFA) |

**[PROPOSED] ORDER ON MOTION TO BE HEARD
ON NEED FOR ADVANCE NOTICE TO MEDIA BEFORE CLOSING COURTROOM**

The Court, having considered the Motion to Be Heard on Need for Advance Notice to Media Before Closing Courtroom filed by non-parties Bloomberg L.P., The New York Times Company, and The Washington Post (collectively, the "media organizations"), any opposition thereto, and the entire record herein, is of the opinion that said motion is well taken and should be and is GRANTED.

Counsel for the media organizations will be heard on the issues discussed in the above-referenced motion on September 13, 2024, at 9:00 a.m., immediately before the resumption of the trial of this case.

SO ORDERED this ___ day of _____, 2024.

_____
United States District Judge