**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **UNITED STATES**, *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | 1:23cv00108 (LMB/JFA) |
| v. ) | |
| ) | |
| **GOOGLE LLC**, ) | |
| ) | |
| **Defendant**. ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 13, 2024 at 9:00 a.m., in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia, counsel for non-parties Bloomberg L.P., The New York Times Company, and The Washington Post will argue their Motion to be heard on the need for advance notice to the media before closing the courtroom for sealed proceedings in the above-captioned case.

Dated:  September 12, 2024            Respectfully submitted,

                                           */s/Laurin H. Mills*
                                     Laurin H. Mills (VSB 79848)
                                     Brian Donnelly (VSB 82052)
                                     WERTHER & MILLS, LLC
                                     2121 Eisenhower Ave., Suite 608
                                     Alexandria, VA  22314
                                     Telephone : (703) 547-4693
                                     Fax : (240) 912-3031
                                     laurin@werthermills.com
                                     bdonnelly@werthermills.com

Matthew A. Leish (*pro hac vice*)
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, New York 10036
Direct: 212-752-9200
mleish@mkslex.com

*Counsel for non-parties Bloomberg L.P.,*
*The New York Times Company,*
*and The Washington Post*

**CERTIFICATE OF SERVICE**

I hereby certify that on 12th day of September, 2024, a copy of the foregoing was filed with the Court's e-filing system via CM/ECF, which will serve all counsel of record:

                                              */s/ Laurin H. Mills*
                                                Laurin H. Mills