# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 4

Date**: 9/12/2024**  
Time: **8:32-6:10**  
Lunch: **1:02-2:02**

Case No.**: 1:23cv108**  
Judge**:   Hon. Leonie M. Brinkema**  
Reporter **:   Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Katherine Clemons, Michael Wolin, Gerard Mene, Jonathan Harrison, Kelly Garcia, Daniel Guarnera

[ X ] Defendant: Craig Reilly, Karen Dunn, Martha Goodman, William Isaacson, Jessica Phillips, Jeannie Rhee, Justina Sessions, Eric Mahr

[ X ] Interested Parties: Elizabeth Prewitt, Isaac Zaur

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Portions of the record under seal [**X**]

The Court will address [ 1317 ] MOTION for Hearing to be Heard on Need for Advance Notice to Media Before Closing Courtroom prior to testimony on 9/13/2024 [**X**]

Case Continued To: Friday, 9/13/2024 (for Bench Trial Day #5) at 9:30 a.m.