## *** CIVIL MOTION MINUTES ***

Date: 9/13/2024                                      Before the Honorable: **LEONIE M. BRINKEMA**

Time: 8:27 – 8:31 (00:04)                        Case No.: **1:23-cv-00108-LMB-JFA**

Official Court Reporter: Tonia Harris

Courtroom Deputy: Katie Galluzzo

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ]  Plaintiff: Aaron Teitelbaum

[ X ]  Defendant: Karen Dunn, Jeannie Rhee

[ X ] Intervenor: Laurin Mills, Brian Donnelly

**Re:**        [ 1317 ] MOTION for Hearing to be Heard on Need for Advance Notice to Media Before

   Closing Courtroom

Argued and:

[ X ]  GRANTED – at the end of each day the parties will advise the Court if they anticipate any issues that may require sealing the following day.