IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, the Motion to be Heard on Need for Advance Notice to Media Before Closing Courtroom [Dkt. No. 1317] is GRANTED; and it is hereby

ORDERED that any party who anticipates the need to close the courtroom provide notice to the Court by the end of the proceeding trial day.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13th day of September, 2024.

Alexandria, Virginia

/s/ /s/

Leonie M. Brinkema
United States District Judge