## UNITED STATES DISTRICT COURT
## CIVIL BENCH TRIAL – DAY 5

Date: **9/13/2024**  
Time: **9:28-6:02**  
Lunch: **12:58-2:01**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin, Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

    V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Daniel Guarnera, Katherine Clemons, Kelly Garcia, Michael Wolin, Gerard Mene, Tyler Henry, David Teslicko

[ X ] Defendant: Craig Reilly, Karen Dunn, Eric Mahr, Jeannie Rhee, William Isaacson, Jessica Phillips, Bryon Becker, Bradley Justus, Allison Vissichelli, Martha Goodman

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Monday, 9/16/2024 (for Bench Trial Day #6) at 9:00 a.m.