# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 6

Date**: 9/16/2024**            Case No.**: 1:23cv108**
Time: **8:58-6:03**            Judge**: Hon. Leonie M. Brinkema**
Lunch: **1:00-2:02**            Reporter **: Stephanie Austin/Rhonda Montgomery**
           Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

    V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Jonathan Harrison, Michael Freeman, Gerard Mene, David Teslicko, Jeffrey Vernon

[ X ] Defendant: Craig Reilly, Karen Dunn, Eric Mahr, Erica Spevack, Jeannie Rhee, William Isaacson, Justina Sessions

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Tuesday, 9/17/2024 (for Bench Trial Day #7) at 9:00 a.m.