# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 7

Date**: 9/17/2024**                          Case No.**: 1:23cv108**
Time: **8:59-5:56**                          Judge**:   Hon. Leonie M. Brinkema**
Lunch: **1:00-1:59**                         Reporter **: Stephanie Austin/Rhonda Montgomery**
                                             Deputy Clerk: **Katie Galluzzo**


# UNITED STATES OF AMERICA ET AL

   V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Gerard Mene, Tyler Henry, Jeffrey Vernon, Michael Freeman, Timothy Longman

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, Justina Sessions, William Isaacson, Bradley Justus, Anita Liu

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Wednesday, 9/18/2024 (for Bench Trial Day #8) at 9:00 a.m.