# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 8

Date: **9/18/2024**  
Time: **8:59-6:00**  
Lunch: **1:00-2:00**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montogmery**  
Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Tyler Henry, Jeffrey Vernon, Michael Freeman, Gerard Mene, Kelly Garcia

[ X ] Defendant: Craig Reilly, Karen Dunn, Tyler Garrett, Jeannie Rhee, Justina Sessions, William Isaacson, Amy Mauser, Bryon Becker, Martha Goodman

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Thursday, 9/19/2024 (for Bench Trial Day #4) at 9:00 a.m.