AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108 (LMB/JFA) |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 09/18/2024

/s/ Nicholas S. Cheolas
*Attorney's signature*

Nicholas S. Cheolas, Maryland #1101100001
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
*Address*

nicholas.cheolas@usdoj.gov
*E-mail address*

(202) 446-6875
*Telephone number*

(202) 616-8544
*FAX number*