# UNITED STATES DISTRICT COURT
## CIVIL BENCH TRIAL – DAY 9

Date: **9/19/2024**  
Time: **9:15-5:53**  
Lunch: **12:57-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Daniel Guarnera, Michael Wolin, Timothy Longman, Gerard Mene, Jonathan Harrison, Amanda Strick, Michael Freeman, Kelly Garcia, Isabel Agnew, Victor Liu, Chase Pritchett

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, Erica Spevack, Jeannie Rhee, Martha Goodman, William Issacson, Bryon Becker, Erin Morgan

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: **Friday, 9/20/2024 (for Bench Trial Day # 10) at 9:00 a.m.**