# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 10

Date: **9/20/2024**  
Time: **9:02-5:57**  
Lunch: **1:01-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Brent Nakamura, Gerard Mene, Tyler Henry, Michael Wolin, Michael Freeman, Timothy Longman, Alvin Chiu

[ X ] Defendant: Craig Reilly, Karen Dunn, Erica Spevack, Jeannie Rhee, William Issacson, Justina Sessions, Jessica Phillips, Anita Liu

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Plaintiff continued presentation of the evidence and rests [**X**]

Defendant adduced evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Monday, 9/22/2024 (for Bench Trial Day #11) at 9:00 a.m.