# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 11

Date: **9/23/2024**  
Time: **9:00-5:56**  
Lunch: **1:05-2:05**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

    V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Katherine Clemons, Kelly Garcia, Michael Wolin, Gerard Mene, Tyler Henry, Jeffrey Vernon, Chase Pritchett

[ X ] Defendant: Craig Reilly, Karen Dunn, Eric Mahr, Jeannie Rhee, Justina Sessions, Sara Salem, William Isaacson, Jessica Phillips, Martha Goodman, Bradley Justus

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Defendant continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Tuesday, 9/24/2024 (for Bench Trial Day #12) at 9:00 a.m.