# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 12

Date**: 9/24/2024**                          Case No.**: 1:23cv108**
Time: **9:00-4:29**                        Judge**:**     **Hon. Leonie M. Brinkema**
Lunch: **12:57-2:00**                   Reporter **:** **Stephanie Austin/Rhonda Montgomery**
                                                      Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

     V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood,  Aaron Teitelbaum, Michael Wolin, Gerard Mene, Tyler Henry, Jeffrey Vernon, Rachel Hansen, Katherine Clemons, Timothy Longman

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, William Isaacson, Erin Morgan

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Defendant continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Wednesday, 9/25/2024 (for Bench Trial Day #13) at 9:00 a.m.