# UNITED STATES DISTRICT COURT
## CIVIL BENCH TRIAL – DAY 13

Date: **9/25/2024**     Case No.: **1:23cv108**
Time: **9:00-6:05**      Judge: **Hon. Leonie M. Brinkema**
Lunch: **11:58-1:00**    Reporter: **Stephanie Austin/Rhonda Montgomery**
                         Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

  V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Daniel Guarnera, Kelly Garcia, Gerard Mene, Jonathan Harrison, Amanda Strick, Michael Freeman, Katherine Clemons, David Teslicko

[ X ] Defendant: Craig Reilly, Karen Dunn, Bradley Justus, Jeannie Rhee, Justina Sessions, Blake Pescatore, Jessica Phillips, Erin Morgan

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Defendant continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Thursday, 9/26/2024 (for Bench Trial Day #14) at 9:00 a.m.