# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 14

Date: **9/26/2024**  
Time: **9:01-6:10**  
Lunch: **12:57-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

# UNITED STATES OF AMERICA ET AL

   V.

# GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, Amanda Strick, Brent Nakamura, Craig Briskin, Rachel Hansen, Gerard Mene, Jonathan Harrison

[ X ] Defendant: Craig Reilly, Karen Dunn, Bradley Justus, Erica Spevack, Jeannie Rhee, Justina Sessions, Martha Goodman, William Issacson

This case comes on for Bench Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Defendant continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Friday, 9/27/2024 (for Bench Trial Day #15) at 10:00 a.m.