# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 15

Date: **9/27/2024**  
Time: **10:00-12:35**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

**UNITED STATES OF AMERICA ET AL**

V.

**GOOGLE LLC**

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Daniel Guarnera, David Geiger, Jeffrey Vernon, Michael Wolin

[ X ] Defendant: Craig Reilly, Karen Dunn, Amy Mauser, Sara Salem, William Isaacson, Jeannie Rhee

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Defendant continued presentation of the evidence and rests [**X**]

Government presents rebuttal case and rests [**X**]

Objections heard; rulings made [**X**]

Parties to file an amended findings of fact and conclusions of law [**X**]

Closing arguments set for November 25, 2024 at 10:00 am [**X**]