# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

 United States of America et al

PLAINTIFF

    V.

 Google LLC

DEFENDANT

**WITNESS LIST**

**Case Number: 1:23cv108**

| PRESIDING JUDGE<br>Leonie M. Brinkema | COURTROOM DEPUTY<br>K. Galluzzo | COURT REPORTER<br>Stephanie Austin, Rhonda Montgomery |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>9/9/2024 -9/27/2024 | Plaintiff ATTORNEY(S)<br>Julie Wood, Aaron Teitelbaum, Michael Wolin, et al | DEFENDANT ATTORNEY(S)<br>Craig Reilly, Jeannie Rhee, Karen Dunn, et al |

| PLT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 9/9/2024 | Tim Wolfe |
| X | | 9/9/2024 | Andrew Casale |
| X | | 9/9/2024 | Joshua Lowcock |
| X | | 9/9/2024 | James Avery |
| X | | 9/10/2024 | Stephanie Layser |
| X | | 9/10/2024 | Jay Freidman |
| X | | 9/10/2024 | Eisar Lipkovitz - Depo Read-In & Depo Played |
| X | | 9/11/2024 | Brad Bender |
| X | | 9/11/2024 | Ramamoorthi Ravi - Expert |
| X | | 9/11/2024 | John Dederick (continued) |
| X | | 9/12/2024 | Rahul Srinivsasan |
| X | | 9/12/2024 | John Dederick (continued from 9/11/2024) |
| X | | 9/12/2024 | Rajeev Goel |
| X | | 9/12/2024 | Tom Kershaw (continued) |
| X | | 9/13/2024 | Tom Kershaw (continued from 9/12/2024) |
| X | | 9/13/2024 | Christopher LaSala |
| X | | 9/13/2024 | Luke Lambert |

| PLT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 9/13/2024 | Arnaud Creput – Depo Read-In |
| X | | 9/13/2024 | Brian Boland |
| X | | 9/13/2024 | Brian O'Kelley – Depo Played (Continued) |
| X | | 9/16/2024 | Neal Mohan |
| X | | 9/16/2024 | Brian O'Kelley – Depo Played (Continued from 9/12/2024) |
| X | | 9/16/2024 | Gabriel Weintraub - Expert |
| X | | 9/16/2024 | Rosa Abrantes-Metz – Expert (Continued) |
| X | | 9/17/2024 | Nirmal Jayaram |
| X | | 9/17/2024 | Timothy Cadogan |
| X | | 9/17/2024 | Brian O'Kelley – Depo Played (Continued from 9/16/2024) |
| X | | 9/17/2024 | Jeremy Helfand – Depo Read-in |
| X | | 9/17/2024 | Susan Schiekofer – Depo Read-in |
| X | | 9/18/2024 | Scott Spencer |
| X | | 9/18/2024 | Rosa Abrantes-Metz – Expert (Continued from 9/16/2024) |
| X | | 9/18/2024 | Matthew Wheatland |
| X | | 9/18/2024 | Bo Bradbury – Depo Read-in (Continued) |
| X | | 9/18/2024 | Aparna Pappu – Depo Read-in |
| X | | 9/18/2024 | Bryan Rowley – Depo Played |
| X | | 9/18/2024 | Timothy Simcoe – Expert (Continued) |
| X | | 9/19/2024 | Timothy Simcoe – Expert (Continued from 9/18/2024) |
| X | | 9/19/2024 | Jonathan Bellack |
| X | | 9/19/2024 | Bo Bradbury – Depo Read-in (Continued from 9/18/2024) |
| X | | 9/19/2024 | Sam Cox – Depo Read-in |
| X | | 9/19/2024 | Bonita Stewart – Depo Read-in |
| X | | 9/19/2024 | George Levitte – Depo Read-in |
| X | | 9/19/2024 | Woojin Kim – Depo Read-in |
| X | | 9/19/2024 | Michael Shaughnessy – Depo Read-in |
| X | | 9/19/2024 | Robin Lee – Expert (Continued) |

| | | | |
|---|---|---|---|
| X | | 9/20/2024 | Robin Lee – Expert (Continued from 9/19/2024) |
| | X | 9/20/2024 | Scott Sheffer |
| | X | 9/20/2024 | Ben John – Depo Read-in (Continued) |
| | X | 9/23/2024 | Nitish Korula |
| | X | 9/23/2024 | Sarah Stefaniu |
| | X | 9/23/2024 | Kendall Oliphant |
| | X | 9/23/2024 | Kenneth Marco Hardie |
| | X | 9/23/2024 | Ben John – Depo Read-in (Continued from 9/20/2024) |
| | X | 9/24/2024 | Paul Milgrom - Expert |
| | X | 9/24/2024 | Per Bjorke |
| | X | 9/24/2024 | Kenneth Blom - Depo Played (Continued) |
| | X | 9/25/2024 | Judith Chevalier – Expert |
| | X | 9/25/2024 | Courtney Caldwell |
| | X | 9/25/2024 | Adam Stewart |
| | X | 9/25/2024 | Alejandro Borgia |
| | X | 9/25/2024 | Kenneth Blom - Depo Played (Continued from 9/24/2024) |
| | X | 9/25/2024 | Todd Parsons – Depo Played |
| | X | 9/25/2024 | Eric Hochberger – Depo Read-in |
| | X | 9/26/2024 | Jessica Mok |
| | X | 9/26/2024 | Mark Israel – Expert |
| | X | 9/26/2024 | Jay Glogovsky – Depo Read-in |
| | X | 9/26/2024 | Omri Farber – Depo Read-in (Continued) |
| | X | 9/27/2024 | Ryan Pauley – Depo Read-in |
| | X | 9/27/2024 | Brian Bumpers – Depo Read-in |
| X | | 9/27/2024 | Matthew Wheatland – Rebuttal |