```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                        ALEXANDRIA DIVISION


 3    --------------------------x
      UNITED STATES, et al.,      :     Civil Action No.:
 4                                :     1:23-cv-108
                  Plaintiffs,     :
 5         versus                 :     Tuesday, September 10, 2024
                                  :     Alexandria, Virginia
 6    GOOGLE LLC,                 :     Day 2 a.m.
                                  :     Pages 1-164
 7                  Defendant.    :
      --------------------------x
 8

 9         The above-entitled bench trial was heard before the
      Honorable Leonie M. Brinkema, United States District Judge.
      This proceeding commenced at 8:58 a.m.
10

                         A P P E A R A N C E S:
11

      FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                           OFFICE OF THE UNITED STATES ATTORNEY
                             2100 Jamieson Avenue
13                           Alexandria, Virginia  22314
                             (703) 299-3700
14
                             JULIA TARVER WOOD, ESQUIRE
15                           AARON TEITELBAUM, ESQUIRE
                             JEFFREY VERNON, ESQUIRE
16                           KATHERINE CLEMONS, ESQUIRE
                             UNITED STATES DEPARTMENT OF JUSTICE
17                           ANTITRUST DIVISION
                             450 Fifth Street, NW
18                           Washington, D.C.  20530
                             (202) 894-4266
19
      (State of VA)          TYLER HENRY, ESQUIRE
20                           OFFICE OF THE ATTORNEY GENERAL
                             OFFICE OF THE SOLICITOR GENERAL
21                           202 North Ninth Street
                             Richmond, Virginia  23219
22                           (804) 786-7704

23

24

25
                                                              1
```

```
1                    A P P E A R A N C E S:

2    FOR THE PLAINTIFFS:    ELLIOTT DIONISIO, ESQUIRE
     (State of CA)         OFFICE OF THE CALIFORNIA ATTORNEY
3                          GENERAL
                           300 South Spring Street
4                          Suite 1700
                           Los Angeles, California  90013
5                          (213) 269-6681

6    (State of NY)         MORGAN FEDER, ESQUIRE
                           OFFICE OF THE NEW YORK
7                          ATTORNEY GENERAL
                           28 Liberty Street
8                          20th Floor
                           New York, New York  10005
9                          (212) 416-8262

10   FOR THE DEFENDANT:    CRAIG REILLY, ESQUIRE
                           LAW OFFICE OF CRAIG C. REILLY
11                         209 Madison Street
                           Suite 501
12                         Alexandria, Virginia  22314
                           (703) 549-5354
13
                           JUSTINA SESSIONS, ESQUIRE
14                         FRESHFIELDS BRUCKHAUS DERINGER, LLP
                           855 Main Street
15                         Redwood City, California  94063
                           (212) 277-4000
16
                           JEANNIE RHEE, ESQUIRE
17                         WILLIAM ISAACSON, ESQUIRE
                           MARTHA GOODMAN, ESQUIRE
18                         PAUL, WEISS, RIFKIND,
                           WHARTON & GARRISON LLP
19                         2001 K Street, NW
                           Washington, D.C.  20006
20                         (202) 223-7300

21   COURT REPORTER:       STEPHANIE M. AUSTIN, RPR, CRR
                           Official Court Reporter
22                         United States District Court
                           401 Courthouse Square
23                         Alexandria, Virginia  22314
                           (607) 743-1894
24                         S.AustinReporting@gmail.com

25        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
                                                              2
```

```
1                    TABLE OF CONTENTS

2                        WITNESSES

3   On behalf of the Plaintiffs:

4   STEPHANIE LAYSER

5   Direct examination by Mr. Vernon .........6
    Cross-examination by Ms. Sessions ........63
6   Redirect examination by Mr. Vernon .......106
    Recross examination by Ms. Sessions ......126
7
    JAY FRIEDMAN
8
    Direct examination by Ms. Clemons ........128
9
                         EXHIBITS
10
    On behalf of the Plaintiffs:
11  Admitted

12  Number 754 ...............................54

13  On behalf of the Defendant:
    Admitted
14
    Number 404 ...............................69
15  Number 382 ...............................81
    Number 655 ...............................87
16
                        MISCELLANY
17
    Proceedings September 10, 2024 ...........5
18  Certificate of Court Reporter ............164

19

20

21

22

23

24

25
                                                    3
```

```
 1                      P R O C E E D I N G S
 2              THE DEPUTY CLERK:  Civil Action Number
 3    1:23-cv-108, United States of America, et al. versus Google
 4    LLC.
 5              Will counsel please note their appearance for the
 6    record, first for the plaintiff.
 7              MR. MENE:  Good morning, Your Honor.  Gerard Mene
 8    with the U.S. Attorney's Office.
 9              THE COURT:  Good morning.
10              MS. WOOD:  Good morning, Your Honor.  Julia Tarver
11    Wood from the Department of Justice for plaintiffs.
12              THE COURT:  Good morning.
13              We can shorten the instructions.  The team is
14    here.
15              MS. WOOD:  The team is here in its glory.
16              THE COURT:  All right.  How about the Google team?
17    Sorry.
18              MR. HENRY:  Good morning, Your Honor.
19              THE COURT:  We keep forgetting you.  You should go
20    first next time.
21              MR. HENRY:  I appreciate that.  Thank you.
22              Ty Henry from the Virginia Attorney General's
23    Office on behalf of the plaintiffs.  Your Honor, this
24    morning with me today I have Morgan Feder from the New York
25    Attorney General's Office and Elliott Dionisio from the
```

4

```
 1    California Attorney General's Office.

 2              THE COURT:  Good morning.

 3              MS. SESSIONS:  Good morning, Your Honor.

 4    Justina Sessions for Google.  I'm joined at counsel table by

 5    my colleagues, Jeannie Rhee, Bill Isaacson, and Craig

 6    Reilly.

 7              THE COURT:  Good morning.

 8              All right.  We're going to proceed with the next

 9    witness, who I believe is Ms. Layser; is that correct?

10              MS. WOOD:  That is correct, Your Honor.

11              THE COURT:  All right.

12              MR. VERNON:  Jeff Vernon for the United States,

13    Your Honor.

14              THE COURT:  Do you have books for us?

15              MR. VERNON:  I believe Your Honor already has your

16    books, and I will give Google its books now.

17              THE DEPUTY CLERK:  Can you raise your right hand.

18    Thereupon,

19                        STEPHANIE LAYSER,

20    having been called as a witness on behalf of the plaintiffs

21    and having been first duly sworn by the Deputy Clerk, was

22    examined and testified as follows:

23                   (Time noted:  9:00 a.m.)

24              THE DEPUTY CLERK:  Thank you.

25                        DIRECT EXAMINATION
```

5

Direct examination - S. Layser

```
 1   BY MR. VERNON:

 2   Q     Good morning, Ms. Layser.

 3   A     Hi.

 4   Q     Can you state your name for the record, please.

 5   A     Stephanie Layser.

 6   Q     Let's start with your professional background.

 7         You worked for the New York Post from 2010 to

 8   2013?

 9   A     Yes.

10   Q     And what did you do there?

11   A     I was hired in the sales development program, and there

12   I managed our remnant inventory.

13   Q     And you worked for Daily Mail from 2013 to 2014?

14   A     Yes.

15   Q     And what did you do at Daily Mail?

16   A     At that moment in time, remnant turned into

17   programmatic, and I managed all of the programmatic

18   inventory in the U.S.

19   Q     Can you give a quick description of what you did when

20   you managed Daily Mail's programmatic inventory?

21   A     Yep.  So programmatic is the automated buying and

22   selling of advertising.  So when I managed their

23   programmatic, I worked in DFP, and I essentially helped them

24   to maximize revenue using different ad technology products.

25   Q     And from about 2014 to 2017, you worked as a consultant
```

6

Direct examination - S. Layser

1    for publishers?

2    A     Yes.

3    Q     Can you describe some examples of some clients that you

4    had when you were a consultant?

5    A     Yes.  Complex Media, Meredith, Mountain News.

6    Q     And about how many publishers in total did you consult

7    for?

8    A     Probably between 75 and 80.

9    Q     And can you describe at a high level the work that you

10   did in your consultant role?

11   A     Yep.  So at that moment in time, essentially a lot of

12   folks didn't have hands-on keyboard, consultants that would

13   come in and help them to learn this new technology in

14   programmatic advertising.  So I helped them to maximize

15   revenue, I set up all of their different systems, I helped

16   them to do reporting and analytics, I helped them with

17   strategy.  So, you know, how they should look at using these

18   pipes for selling.

19   Q     And what types of ad tech systems, did you set up on

20   behalf of these publishers?

21   A     Sure.  SSPs, I set up header bidding, I set up, you

22   know, DFP, made sure that everything -- I set up Excel

23   spreadsheets and reporting to make sure they were analyzing

24   everything correctly.

25   Q     You also worked for A+ from about 2015 to 2016?

7

Direct examination - S. Layser

```
 1    A      Yes.

 2    Q      And what did you do there?

 3    A      There, I ran their ad operations and programmatic.  So

 4    there, I built one of the first header bidding solutions

 5    using Prebid.js.

 6    Q      Can you very quickly describe what Prebid is?

 7    A      Sure.  Prebid is an open-source project where

 8    essentially you can set up different exchanges to compete

 9    against each other.

10    Q      And what was your involvement in Prebid?

11    A      Sure.  So I was one of the first people to use the

12    technology, and then it became an organization, and after it

13    became an organization, I was on the board when I was at

14    News Corp.

15    Q      Speaking of News Corp, from about 2017 to 2022, you

16    worked for News Corp?

17    A      Yes.

18    Q      And can you just describe at a high level what News

19    Corp's publishing business is?

20    A      Sure.  So News Corp is the Wall Street Journal,

21    New York Post, realtor.com.  In the UK, it's The Sun and The

22    Times, and in Australia it's news.com.au, The Australian.

23    Lots of other local properties.

24    Q      What work did you do for News Corp?

25    A      Sure.  I ran data identity and ad tech there.  I
```

8

Direct examination - S. Layser

```
 1    functioned as an internal consultant to all of our different
 2    business units.  I would look at their ad stacks, I would
 3    pick good things that they were doing, interesting things
 4    that they were doing.  Different ways in which we could
 5    combine -- we could take learnings from one case and use it
 6    to make things better for the company as a whole.
 7    Q    Okay.  And in 2022, you started working for Amazon?
 8    A    Yes.
 9    Q    What do you do for Amazon?
10    A    I work at Amazon Web Services, and I am the subject
11    matter expert and publisher ad tech.  So I work with, like,
12    high-volume low-latency workloads.  It's SSPs, DSPs, ad
13    exchanges, and also publisher ad tech, so ...
14    Q    And what is Amazon Web Services?
15    A    It is the cloud computing arm of Amazon.
16    Q    And what services does Amazon web services provide to
17    ad tech companies?
18    A    Servers, networking, databases.
19    Q    Do you work for the Amazon business unit that operates
20    Amazon's ad tech products?
21    A    No.
22    Q    In total, how many years of experience do you have
23    working on behalf of publishers in the ad tech industry?
24    A    Fourteen years.
25    Q    When you were working at the New York Post, which
```

9

Direct examination - S. Layser

1    publisher ad server did the New York Post use?

2    A    DFP.

3    Q    When you were working at News Corp, which publisher ad

4    server did News Corp use?

5    A    DFP.

6    Q    And across the approximately 75 to 80 publishers that

7    you consulted for, how many of those used DFP as their ad

8    server?

9    A    All of them but one.

10   Q    How much time have you personally spent working within

11   DFP?

12   A    Like, a lot of time.  So at the beginning of my career,

13   I would work in DFP all day long.  And then towards the end

14   of my career, it was last.  But even towards the end of the

15   time at News Corp, it was probably an hour per day.

16   Q    Let's start with publishers' ability to switch away

17   from Google's DFP.

18        When you were at News Corp, did you ever evaluate

19   whether News Corp could switch from DFP to another ad

20   server?

21   A    Yes.

22   Q    Can you just -- when did you do that evaluation?

23   A    In 2017.

24   Q    And what work did you do to evaluate that?

25   A    Sure.  So we did a project where we evaluated a few

                                                          10

Direct examination - S. Layser

 1   different criteria including service level and pricing

 2   revenue risk.

 3   Q    And what was your involvement in this News Corp

 4   evaluation of whether to switch ad servers?

 5   A    I did technical due diligence and revenue risk.

 6   Q    And about how long did this work take?

 7   A    About six months.

 8   Q    And about how much time did you spend on this work?

 9   A    The better part of -- like, I would say probably

10   50 percent of my week was working on this.

11   Q    And at a high level, what was your conclusion about

12   whether News Corp could switch ad servers?

13   A    That the revenue risk was too high for us to switch ad

14   servers.

15   Q    And by "revenue risk," what are you referring to?

16   A    I'm referring to Google Ads demand.

17   Q    Why were you concerned that switching away from DFP

18   would create a revenue risk with respect to Google Ads

19   demand?

20   A    Sure.  Some of the Google Ads demand is exclusive to

21   AdX, and we felt as though that revenue was at risk for us

22   and that there was a good chance we would lose access to it.

23   Q    Why did you think that revenue would have been at risk?

24   A    Because inside of DFP, there is real-time pricing.  AdX

25   inserts real-time pricing.  Whereas when you go outside of

11

Direct examination - S. Layser

```
 1   DFP, it's either a yes or a no.  You offer an ad to Google,
 2   and they either take it or they don't.
 3   Q    And can you just explain that?  I think you said within
 4   DFP, AdX offers you real-time price.
 5              Can you explain what you meant by that?
 6   A    Sure.  So inside of DFP -- essentially AdX is
 7   integrated inside the ad server in such a way that it can
 8   insert a real-time price.  So it looks at the other line
 9   items, and if it can beat the line item, it takes the
10   impression.
11   Q    And I think you said if you're not using DFP, you just
12   get a yes or a no?
13   A    Yes.
14   Q    And can you explain what you meant by that?
15   A    Yeah.  So in other exchanges, you can offer them an
16   impression and they send a bid to you and you can make a
17   decision.  But, in AdX, if you ask it -- like if you ask it,
18   it doesn't send a price out.
19   Q    At the time, what percentage of News Corp's
20   programmatic revenue came from AdX?
21   A    At that moment in time when we did the evaluation, it
22   was between 40 and 60 percent.
23   Q    And what percentage at the time of News Corp's
24   programmatic revenue came from Google Ads?
25   A    I can't do the percentage of exactly that, but I can
```

                                                                12

Direct examination - S. Layser

```
 1    tell you that, of AdX demand, between 40 and 60 percent of
 2    that was Google Ads demand.
 3    Q    Are you familiar with the phrase "unique demand"?
 4    A    Yes.
 5    Q    What does that mean in the context of programmatic
 6    displaying?
 7    A    So you want to maximize the amount of unique demand you
 8    can get across the industry because that helps you maximize
 9    revenue.
10    Q    How does access to unique demand help a publisher
11    maximize revenue?
12    A    It competes against each other.
13    Q    And what is the largest source of unique demand within
14    programmatic display?
15    A    Google Ads.
16            MS. SESSIONS:  Objection.  Foundation.
17            THE COURT:  Oh, I think she's laid a foundation.
18    Overruled.
19    BY MR. VERNON:
20    Q    I'm sorry.  Can you repeat your answer?
21    A    Google Ads.
22    Q    How would losing access to AdX affect News Corp?
23    A    We would lose money.
24    Q    And practically how would losing that money from access
25    affect News Corp?
```

13

Direct examination - S. Layser

1   A    Less journalists, less innovation, less money towards

2   all of our products and services.

3   Q    At this time when you were making this evaluation, did

4   you evaluate whether there were other ways that News Corp

5   could get at least some access to AdX without using DFP?

6   A    Yes.

7   Q    And, at a high level, what did you conclude?

8   A    At a high level, we concluded that we would have to use

9   two separate ad servers, and that would be very -- from like

10  a reporting perspective, it would be really difficult to

11  manage like from an operational perspective.

12       And then we also concluded that Google would still

13  retain their last look advantage if we went to this system.

14       THE COURT:  Can you explain in more detail why you

15  would need two separate servers?

16       THE WITNESS:  Yeah.  Because you wouldn't be able

17  to get the real-time price, you would have to feed in

18  pricing from another system into Google's system because

19  they say yes or no.  Right.  So when you push that in, they

20  would get the final choice on whether or not they wanted an

21  impression.

22       THE COURT:  And you need two servers for that?

23       THE WITNESS:  Yeah, because you can't pull AdX out

24  of DFP; they're together.

25       THE COURT:  Okay.

14

Direct examination - S. Layser

```
 1   BY MR. VERNON:

 2   Q    Let me see if I can break it down slightly.

 3              In this two-ad-server system, which of the ad

 4   servers would give News Corp access to AdX?

 5   A    DFP.

 6   Q    And then for the other -- what would the other ad

 7   server have been?

 8   A    The other ad server would have been -- it was AppNexus

 9   at the time, but it's called Xandr now.

10   Q    And then what would you use the Xandr ad server within

11   this two-ad-server system to access?

12   A    So you would put your direct ad campaigns in it.  You

13   would also put all of your other -- you would put your

14   header bidding line items in it, and then you would run

15   header bidding, and you would push the price into DFP.

16   Q    And I think a minute ago you were discussing some of

17   the issues that you thought would result from this system,

18   the first one you mentioned was reporting.

19              Can you just explain what you meant by that?

20   A    Sure.  So then you have two separate systems that are

21   functioning from an ad server perspective, and downstream,

22   you have order management systems, you have reporting, you

23   have financials, you have billing, you have all of the

24   things that make your business tick, and they really need

25   like one source of truth for you to pull that data out of,
```

Direct examination - S. Layser

1    and you would bifurcate it into two separate systems.

2    Q    And in the context of an ad server, what is

3    forecasting?

4    A    So forecasting is like when you run a direct ad

5    campaign, you can go into forecasting, and you can decide

6    how much availability or how much inventory you have.

7    Q    And how would this two-ad-server system affect

8    forecasting?

9    A    Forecasting would be off.  It would be -- I don't know

10   exactly how you would be able to do it in a way that was

11   seamless, and also you would have to train an entire

12   operational -- like an operations team to do it in two

13   different systems.

14   Q    In the context of ad servers, what does a latency mean?

15   A    Oh, yeah.  Latency is when you can lose ads.  So

16   between all of the ad decisioning, latency is the time that

17   it takes you to actually make a decision.  And in that time,

18   oftentimes you can drop an ad because it takes websites a

19   certain amount of time to load.

20   Q    And how would using the two-ad-server system affect

21   latency?

22   A    So because you would have to do some ad decisioning in

23   the ad server and then you would have to push it over into a

24   secondary ad server, you would have like a discrepancy

25   between -- like a loss of those impressions from moving from

16

Direct examination - S. Layser

```
 1    one system to another.
 2    Q    And how would the loss of impressions affect News Corp?
 3    A    Revenue loss.
 4    Q    Under the dual -- the two-ad-server system, would News
 5    Corp be able to stop using DFP?
 6    A    No.
 7    Q    And I think you mentioned that the two-ad-server system
 8    would give AdX a last look?
 9    A    Yes.
10    Q    What did you mean by that?
11    A    So that means that you would have all of your other
12    exchanges compete, and then you would ask Google if they
13    want it, and they would get the advantage of saying yes or
14    no, and they could pay one penny above if they wanted that
15    particular impression.
16    Q    And what effect would this last look from the
17    two-ad-server system have on News Corp?
18    A    So it doesn't add any what we call incremental revenue
19    value, so it essentially doesn't give very much additional
20    revenue to us.
21    Q    And what do you mean by that?
22    A    Because the other exchanges are paying a -- have
23    already volunteered and then it was given to Google to pay.
24    One pay left, it's not a lot of extra additional revenue.
25    Q    Okay.  And let me go back to the yes/no versus
```

17

Direct examination - S. Layser

```
 1   real-time price issue and just make sure I understand it.
 2              When DFP requests a bid from AdX, how does AdX
 3   respond?
 4   A    So when DFP requests a bid from AdX, it's AdX reads all
 5   of the different orders that are in the system and the
 6   prices of those orders, and if it can beat it, it takes it.
 7   Q    And when DFP connects to AdX, does AdX respond with a
 8   real-time price?
 9   A    Yes.
10   Q    And how does that differ from what happens when AdX
11   connects to another ad server?
12   A    You don't get a real-time price.
13   Q    And what do you get instead?
14   A    You get a yes or a no.
15   Q    Okay.  And the yes or no refers to?
16   A    Whether they want the impression or not.
17   Q    Looking across all of the -- and what practical
18   consequences result from only getting a yes/no as opposed to
19   a real-time price?
20   A    So programmatic advertising changed everything into a
21   decision being made in real time.  And so for a company like
22   The Wall Street Journal who's making decisions about how
23   their product loads, that real-time decisioning helps you to
24   make -- helps you to make those decisions.  So I'll give you
25   like a practical example.
```

                                                              18

Direct examination - S. Layser

1          We had a paywall, and the paywall had 60 different

2    variables that were put into it to make a decision on

3    whether we opened the paywall or whether we kept the paywall

4    closed.  And one of the things we really wanted to do was

5    say this, you know, particular user has a high advertising

6    or a low advertising value, and if they have a high

7    advertising value and they have a low propensity to

8    subscribe, you would want to open the paywall and get the

9    advertising and get the money that you get from it.  But

10   with DFP, because you can't get a real-time price out of it,

11   it meant -- it really stifled any sort of innovation that we

12   could have at that moment in time.

13   Q    Let me pause on this.

14          First, can you explain what this paywall idea that

15   you had was?

16   A    Yeah.  So, today, publishers are like -- we have to

17   maintain consumer attention, we have to deliver out these

18   personalized product experiences, and if you don't have all

19   of the data to be able to decision on those in real time, it

20   makes it very difficult for you to manage the -- like, what

21   the product looks like and feels like for a consumer.  And

22   so you also need to be able to maximize revenue.  And

23   publishers have more revenue streams than just advertising,

24   they have subscriptions, they have lead generation, they

25   have all of those kind of things.  So when you're trying to

                                                              19

Direct examination - S. Layser

```
 1   maximize revenue and decide how you do that per user, if you
 2   don't get real-time pricing, then it makes it hard for you
 3   to continue to innovate against all of the other media
 4   companies that are out there.
 5   Q    And just really kind of simply and practically, what
 6   did you want to do with this paywall that you were not able
 7   to do?
 8   A    I wanted to use like the value of advertising to either
 9   open the paywall or close the paywall.
10   Q    And how did DFP affect your ability to do that?
11   A    We couldn't continue to innovate in the ways that we
12   wanted.
13   Q    Looking across all of the publishers that you have
14   either worked for or consulted for, how many of them used
15   DFP as their ad server?
16   A    So other than the -- like, if I think about all of the
17   publishers that -- whose ad stacks I've seen or even people
18   I've just talked to, I think of off the top of my head maybe
19   three publishers out of hundreds that don't use DFP.
20   Q    Do you think that any of the publishers that you either
21   worked for personally or consulted for realistically could
22   have switched from DFP to another ad server?
23   A    Not without revenue risk.
24   Q    And why do you say that?
25   A    Because Google Ads demand was such a large share of
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - S. Layser

```
 1   their ...
 2   Q    Did you use DFP at all of your various publishers
 3   because you thought it was innovative?
 4   A    No.  DFP is a 25- to 30-year-old piece of technology.
 5   It's slow and clunky.
 6   Q    What do you mean it's an older technology that's slow
 7   and clunky?
 8   A    It takes a long time to load on the page.
 9   Q    How would you describe DFP's position in the display of
10   publisher ad server business?
11   A    Dominant.
12   Q    And why do you say that DFP is dominant?
13   A    Because everybody uses it.  There are entire legions of
14   people in ad operations that have never used a different
15   system in their entire careers.
16   Q    And why do you believe --
17   A    Including me.
18   Q    Why do you believe that DFP is the dominant ad server?
19   A    I believe it's because AdX is tied to DFP.
20   Q    And what do you mean when you say AdX is tied to DFP?
21   A    I mean that you can get real-time bids into DFP from
22   AdX, but you can't reverse it and do it in a different ad
23   server.
24   Q    Let's turn back to your comparison of the two ad
25   servers that you were evaluating, which were DFP on the one
```

Direct examination - S. Layser

```
 1    hand, and we'll call it Xandr, also known as AppNexus, but
 2    Xandr, on the other hand.
 3    A    Okay.
 4    Q    How did these two compare in terms of features?
 5    A    The feature set was -- well, the feature set was
 6    actually better at AppNexus because we were going to get
 7    access to our log-level data.
 8    Q    Were there some other ways in which Google had better
 9    features?
10    A    No.
11    Q    How did Xandr and DFP compare with respect to service
12    levels?
13    A    So service levels at DFP at that moment in time were
14    better, and it was like in the, like, year or two leading up
15    to this project, we were starting to see some hope, like
16    maybe they would listen to us.  And then, at that time, we
17    were doing -- with AppNexus, we were -- oh, sorry, Xandr.
18    With Xandr, we were doing a project -- a header bidding
19    project with them, and it wasn't going quite as well, so we
20    were thinking that their service levels -- they might not be
21    developed enough to service a publisher of our size.
22    Q    Based on what you knew as of the time you left News
23    Corp, how did Xandr's and Google's DFP's service levels
24    compare at that time?
25    A    When I left?  So I'm not aware of AppNexus or Xandr's
```

                                                                22

Direct examination - S. Layser

1    service level in terms of their ad server because I didn't

2    use them.  But the DFP AdX service level was not great.  It

3    was fine.

4            THE COURT:  I'm sorry, what was the answer?

5            THE WITNESS:  It was fine.  It was -- we would ask

6    for feature requests, we would ask for different -- like for

7    different product functionality, we would ask for things, we

8    never got it.  We would request -- it just always felt like

9    stuff would land on deaf ears.

10           THE COURT:  So they were not responding?

11           THE WITNESS:  No.  And even if they said yeah, you

12   know, we understand, nothing ever changed.

13   BY MR. VERNON:

14   Q    And can you give an example of that -- a situation

15   where you requested something and nothing changed?

16   A    Yeah.  So I really wanted access to my log-level data

17   because what that means is -- your log-level data is the

18   output of the system so it tells you exactly what was

19   happening, and you can put it in a database, and you can use

20   it to integrate it into your other systems.

21           And so there's two different files, there's a --

22   there's the ad server system, DFP; and then there's the

23   exchange system, AdX.  And originally you were able to tie

24   those two different -- those two different logs together

25   using some of the different columns.  And what happened was

23

Direct examination - S. Layser

```
 1   you couldn't get access to Google Ads, bids, in AdX.  So the
 2   overall logs were, like, incomplete.  Forty to 60 percent of
 3   them didn't exist.  And so if you were to try to write a
 4   machine learning algorithm on this data set or you were
 5   going to, like, try to use that, you couldn't.  And it
 6   wouldn't make -- like, it wouldn't make any sense, the
 7   outputs wouldn't make any sense.
 8            So I begged Google.  I was like, I really want
 9   access to this log-level data, it's going to help me make
10   better decisions, it's going to help me set better pricing.
11   And they were like, all right.  Finally, after two years of
12   begging, they said, okay, we're going to give you access to
13   your Google Ads demand.  And I was like over the moon
14   because I finally was going to get access to this data set,
15   and it was going to help our business.
16            And then right before it was time for them to open
17   it, they broke the -- basically the keys that moved these
18   two -- like, these two data sets together.  So they
19   basically obfuscated some of the data sets so I couldn't
20   take my impression level data and my AdX data and merge them
21   together.
22            So in my quest to get this, like, 360-degree view
23   of what was happening in a system that I was using to manage
24   my business, I couldn't get that.
25   Q    Did you ever tell Google that you wanted them to not
```

                                                              24

Direct examination - S. Layser

```
 1    break the two sets of data apart?
 2    A    All the time.  I told them, like, so many times.
 3    Q    And what, if anything, did Google say in response?
 4    A    They told me it was advertiser privacy.
 5    Q    Did Google ever fix the problem that you identified?
 6    A    No.
 7    Q    What did you learn when you were looking at Xandr's ad
 8    server about how Xandr would have handled this log-level
 9    data issue?
10    A    I would have just gotten my log-level data.  Full
11    transparency.
12    Q    And so why did News Corp continue to use DFP, even
13    though Google would not give you this data and Xandr would
14    have?
15    A    Google Ads demand.
16    Q    What do you mean by that?
17    A    Being able to ensure that we got access to the unique
18    demand from Google.
19    Q    Let me step back slightly and ask you about
20    negotiations between News Corp on the one hand, and on the
21    other hand, Google or other exchanges.
22         What was your involvement in those negotiations?
23    A    I would do technical due diligence and ask for specific
24    product features.
25    Q    And can you give an example of one of those features
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - S. Layser

```
 1    that you requested?

 2    A    Access to log-level data.

 3    Q    Log-level data.

 4         How would you compare negotiating with Google to

 5    negotiating with the other exchanges?

 6    A    It's impossible to negotiate with Google.  So we would

 7    red line our contracts, and we would send it back to them,

 8    and I'd have my requests, and they would accept little to

 9    none of it.

10    Q    And how did that compare to the process of negotiating

11    with the other exchanges?

12    A    A lot easier to negotiate with other exchanges.

13    Q    And why is that?

14    A    Because they all had to compete against each other in

15    header bidding and in our ad server.

16    Q    All right.  So let me turn back briefly to the

17    comparison of Xandr and DFP.

18         And I think you mentioned before that, at least at

19    the time, you had some concerns about the service levels of

20    Xandr; do you remember that?

21    A    Yes.

22    Q    If loss of revenue from AdX were not an issue, which of

23    the two ad servers would you have recommended?

24    A    AppNexus.  Xandr.  Xandr.

25         THE COURT:  I'm sorry.  What was the answer?
```

Direct examination - S. Layser

```
 1              THE WITNESS:  Xandr.
 2   BY MR. VERNON:
 3   Q    And why would your concerns with Xandr's service levels
 4   not stop you from recommending Xandr?
 5   A    Because you can always hire more people.  Right.  You
 6   can always hire better -- people with better expertise and
 7   up the service level.  At their core, they wanted to give us
 8   a good product, and so I felt as though that could be
 9   changed.  Service levels go in and out with any ad tech
10   company.
11   Q    Let's talk about the other costs to switching ad
12   servers.
13              Other than the loss of revenue from AdX, which we
14   discussed, what other costs would be involved in switching
15   publisher ad servers?
16   A    Yeah.  So there would be switching costs, so you would
17   have to move from one ad -- like, you would have to move ad
18   campaigns from one ad server to the other.  You would also
19   need to, like, take kind of time from all of your different
20   teams who are implementing the new ad server to make sure
21   that things were set up correctly, to launching things.
22   There's risk that's associated with moving from one ad
23   server to another.
24              Additionally, there's change management in terms
25   of your personnel.  So, like I mentioned before, there are
```

27

Direct examination - S. Layser

```
 1   entire legions of people who have only ever used DFP in
 2   their life, and so, you know, it was going to be hard to
 3   tell somebody you need to go learn a new system.
 4   Q    In the context of an ad server, what is order
 5   management?
 6   A    Order management, like an order management system, is
 7   where you, like, book your ad campaigns, and then you push
 8   it into your ad server.
 9   Q    How would switching ad servers affect this order
10   management process?
11   A    You would have to redo the integration between the
12   order management system and the ad server, and that could
13   affect reconciliation and billing.
14   Q    And I think you mentioned that one of the challenges
15   associated with switching ad servers was finding personnel
16   familiar with an ad server other than Google's DFP?
17   A    Yes.
18   Q    Why is that a challenge?
19   A    Because, as I mentioned before, most publishers use
20   DFP.
21   Q    Let's focus on whether there are other potential
22   alternatives to DFP.
23        Have you ever evaluated whether News Corp could
24   build its own ad server?
25   A    No.
```

28

Direct examination - S. Layser

```
 1   Q    Do you have a high-level take on whether you think News
 2   Corp could build its own ad server or not?
 3             MS. SESSIONS:  Objection, Your Honor.  Foundation.
 4   She just said she hadn't evaluated that.
 5             THE COURT:  Sustained.
 6             MR. VERNON:  I'll move on.
 7   BY MR. VERNON:
 8   Q    What is Taboola?
 9   A    Taboola is a -- it's content recommendation.  They pay
10   you.  It's --
11             THE COURT:  I'm sorry.  What was the answer?
12             THE WITNESS:  It's content recommendation.  So at
13   the bottom of a website when you look after reading the
14   article, there's typically those little articles, and when
15   you click on it, they get paid.
16             THE COURT:  You've got to keep your voice up.
17             THE WITNESS:  Sorry.  Okay.
18             THE COURT:  All right.
19   BY MR. VERNON:
20   Q    To what extent do you view Taboola as a viable
21   alternative to DFP?
22   A    Taboola is not an ad server, a full-featured publisher
23   ad server.
24   Q    And so -- understood.
25             When you say it's not an ad server, what do you
```

Direct examination - S. Layser

```
 1   mean?

 2   A    You wouldn't be able to put your direct ad campaigns in

 3   it and use it like you would use DFP or AppNexus.  Or Xandr.

 4   Xandr.  Sorry.

 5   Q    What differences are there between Taboola, on the one

 6   hand, and an ad server like DFP on the other?

 7   A    Taboola is a specific use case.  It's a specific use

 8   case for publishers that monetizes at the bottom of your

 9   page.  It's not a full-featured ad server where you would be

10   able to manage all of your ad inventory.

11   Q    So earlier we've talked about some exchanges.

12        Can you just list some examples of exchanges other

13   than AdX?

14   A    Yep.  So there's Rubicon, or it's called Magnite now.

15   It changed names.  Index Exchange, PubMatic, Sonobi.

16   Q    Let's take Rubicon, Index and PubMatic.

17        Focusing on those three exchanges, which of those

18   would be a viable alternative to Google's DFP?

19   A    None of them.

20   Q    And why are those exchanges not a viable alternative to

21   DFP?

22   A    They're not a full-featured publisher ad server.

23   Q    Let me ask you about another product.

24        Are you familiar with FreeWheel?

25   A    Yes.
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - S. Layser

```
 1    Q     What does FreeWheel focus on?

 2    A     Video.  Video inventory.  So most broadcasters use

 3    FreeWheel.

 4    Q     How viable of an option would it be from News Corp to

 5    switch from DFP to FreeWheel?

 6    A     Not viable.

 7    Q     Why do you say it would not be viable?

 8    A     Well, you would lose access to Google Ads demand.  And

 9    then it's also built for video.

10    Q     And what do you mean it's built for video?

11    A     It's built for video ad creatives.  So ads that show up

12    there are video ads, not ads that are display ads.

13    Q     Why could News Corp not just shift its impressions from

14    display to video and then use FreeWheel instead of DFP?

15    A     Because that's not how people consume Wall Street

16    Journal content; they read articles on the Wall Street

17    Journal.

18    Q     And are you familiar with AppLovin?

19    A     Yes.

20    Q     What is AppLovin?

21    A     AppLovin is a mobile SSP ad server.

22    Q     Is AppLovin's mobile ad server a good alternative to

23    DFP?

24    A     No.

25    Q     Why not?
```

31

Direct examination - S. Layser

```
 1   A     Because you would lose access to Google Ads demand,
 2   and, additionally, it's made for mobile applications.
 3   Q     And why can News Corp not just shift its impressions
 4   from display to app and then use AppLovin instead of DFP?
 5   A     Because most people read the Wall Street Journal,
 6   New York Post, realtor.com on mobile web, not on mobile
 7   application.
 8   Q     Are you familiar with the website Facebook?
 9   A     Yes.
10   Q     Can a publisher switch from DFP to Facebook?
11   A     No.
12   Q     Why not?
13   A     I don't think Facebook -- Facebook doesn't have a
14   publisher ad server.  Facebook doesn't even have any sort of
15   publisher-facing tools.
16   Q     Are you familiar with TikTok?
17   A     Yes.
18   Q     Can a publisher switch from DFP to TikTok?
19   A     No.
20   Q     Why not?
21   A     Because it doesn't have a publisher ad server.
22   Q     To your knowledge, did Facebook or TikTok do anything
23   to help publishers sell open-web display ads?
24   A     No.
25   Q     To your knowledge, did Facebook or TikTok play any role
```

32

Direct examination - S. Layser

 1    in allowing publishers to sell ads on their websites?

 2    A    No.

 3    Q    Let me ask you a little bit on direct deals.  And to

 4    avoid repetition, I won't ask you what a direct deal is.

 5          Let me start with, what work does News Corp do to

 6    set up a direct deal?

 7    A    So you have to have a sales team, you have to have an

 8    ad operations team, you have to have reporting.  It's what

 9    we called hand-sold.  So you have a lot of folks that are

10    helping make those ad campaigns successful for your

11    customers.

12    Q    And in the context of display advertising, what is Open

13    Auction?

14    A    Open Auction is typically real-time bidding, and it is

15    a different type of ad product.

16    Q    Why do you say that Open Auction is a different type of

17    ad product?  And different to what?

18    A    Yeah.  So the KPIs, or the key performance indicators

19    that marketers look at for Open Auction are different than

20    what they look at for direct.

21          So, for direct, for someone like the New York

22    Post, they might sell something to Dunkin' Donuts to have

23    their, like, new pumpkin spice drink or whatever.  And

24    they'll take over all the ads in the sports section, so if

25    you read a piece of sports content, you see it.  And it's

                                                              33

Direct examination - S. Layser

```
 1   branding; it's associating sports and New York Post with
 2   Dunkin' Donuts.  Right.  But mostly Open Auction is direct
 3   response.  So people want the click, they want to move
 4   goods, they actually want a response in the ads that they
 5   run.
 6   Q    I think you described two different terms:  Direct
 7   response and branding.
 8          Can you just very briefly explain the difference
 9   between those two things?
10   A    Sure.  So direct response -- if you look at marketing,
11   there's, like, top of the funnel versus bottom of the
12   funnel.  Bottom of the funnel is when you actually get to,
13   like, elicit, like, and measure selling goods.  Top of the
14   funnel is when you get -- you're, like, in somebody's, like,
15   brain to try and land a little marketing message and say to
16   them, hey, you should consider buying this.
17   Q    And for direct deals, which of the two do direct deals
18   focus on between direct response and branding?
19   A    Branding.  And it's about building brand loyalty.
20   That's what branding is.
21   Q    And for Open Auction, which of the two, between direct
22   response and branding, does Open Auction focus on?
23   A    Direct response.  Direct response and Open Auction go
24   together.
25   Q    And how do the prices compare for direct on the one
```

34

Direct examination - S. Layser

1   hand and Open Auction on the other hand?

2   A    You make a lot more money from direct than you do from

3   programmatic.

4   Q    How easy or difficult would it be for News Corp to

5   shift impressions from Open Auction to direct deals?

6   A    We sell as much directly as we possibly could.  Right.

7   So as much money as you can move into brand dollars, you

8   want to move into brand dollars because you make more money

9   for it.  Open Auction is something that you do to make money

10  with the additional ads that you have left over.

11  Q    Just in a ballpark level, what percentage of News

12  Corp's impressions does it sell through Open Auction?

13  A    It depends on which business unit you're looking at.

14  If you look at Wall Street Journal, they sell much more

15  directly because they have a big B2B business.  And it's one

16  of the only places you can get CEOs and you can get hedge

17  fund managers and things like that.  From -- so they sell a

18  lot more directly.  They typically sell between 50 and

19  60 percent of their impressions at any given time directly.

20  If you look at the New York Post or realtor.com, they sell

21  between 5 and 10 percent directly.  And then the rest would

22  be open exchange.

23  Q    And so why does News Corp not sell more impressions

24  through direct than what you just described?

25  A    Because they've, like, tested the market, and they're

35

Direct examination - S. Layser

1  selling as much as they can directly, and the rest you

2  manage with Open Auction.

3  Q    So I think you mentioned that News Corp is already

4  selling as much directly as is possible.

5        How does that affect whether News Corp could or

6  could not shift impressions from Open Auction to direct?

7  A    It's just not -- it's not possible.

8  Q    Why do you say it's not possible?

9  A    Because we're doing it as much as we can.

10  Q    Are you familiar with the phrase "take rate" as it

11  applies to exchanges?

12  A    Yes.

13  Q    And just quickly, what does take rate mean?

14  A    So it's the percentage that they take.

15  Q    Is it somewhat equivalent to the price that the ad

16  exchange charges?

17  A    Yes.

18  Q    If exchanges' take rates were to increase by

19  10 percent, would News Corp shift impressions from Open

20  Auction to direct deals?

21  A    No.  You can't just shift impressions to direct deals.

22  Q    And why do you say that you can't just shift

23  impressions to direct deals?

24  A    Because it's -- you know, like I said, we sell as much

25  as we can directly, and then the rest goes to Open Auction.

36

Direct examination - S. Layser

```
 1    Also, you've tested the market, and you've seen how much you
 2    can sell directly, and the market bears as much as you can
 3    sell directly.
 4    Q     In your view working at a publisher, do you view direct
 5    deals as a substitute for Open Auction or a complement?
 6    A     A complement.
 7    Q     And why is that?
 8    A     Because they fit two different pieces of, like,
 9    advertisers, KPIs, or their key performance indicators.  So
10    you can -- you sell them two different types of ad products.
11    Q     And why do you say they're two different types of ad
12    products?
13    A     Because one is for branding, and one is for direct
14    response.
15    Q     Are you familiar with the phrase "programmatic
16    guaranteed"?
17    A     Yes.
18    Q     What is that?
19    A     So programmatic guaranteed is -- it's like direct, but
20    some of the operational aspects of it exist on the buy-side
21    rather than the publisher's side.  So they set up the ad
22    campaigns on the buy-side, and that connects directly to
23    your system.
24    Q     And do you view programmatic guaranteed as more like
25    direct or more like Open Auction?
```

                                                               37

Direct examination - S. Layser

```
 1    A      It's more like direct.

 2    Q      What differences are there between Open Auction and

 3    programmatic guaranteed?

 4    A      The same differences that exist between direct and Open

 5    Auction exist between programmatic guaranteed and Open

 6    Auction.

 7    Q      How easy or difficult would it be for News Corp to

 8    shift impressions from Open Auction to programmatic

 9    guaranteed?

10    A      It would be difficult.

11    Q      If exchanges' take rates were to increase by

12    10 percent, would News Corp shift impressions from Open

13    Auction to programmatic guaranteed?

14    A      No.

15    Q      Do you view programmatic guaranteed as a substitute to

16    Open Auction or a complement?

17    A      Complement.

18    Q      Let's switch gears slightly and talk about first look.

19    A      Okay.

20    Q      When DFP is the ad server, which exchange bids first

21    within the remnant waterfall?

22    A      So AdX can look at the other line items and the price

23    that's associated with the other lines, and it can choose

24    whether or not it wants an impression above those.  So,

25    technically, AdX gets first look.
```

38

Direct examination - S. Layser

1  Q    And is the phrase "remnant waterfall" sometimes also

2  referred to as remnant line items or network line items?

3  A    Yes.

4  Q    Why did you say that AdX technically gets the first

5  look within the remnant waterfall or remnant line items?

6  A    Because AdX reads the line items.  It sees the price in

7  which the publisher puts inside the line items, and then

8  Google can choose whether or not it wants to buy above that

9  price.  If it does not want to buy above that price, it

10  would go to the exchanges.

11  Q    And can you just explain what a line item is?

12  A    Sure.  So inside of DFP, a line item is what you book

13  an ad campaign in.  You book it in an order, and then the

14  line items are when you actually point it to the inventory

15  to tell it to buy.

16  Q    What is a static bid?

17  A    A static bid is, you know -- so we would say that the

18  price that you put into the line item is static because it's

19  not indicative of the amount that the exchange would

20  actually pay.  So an AdX exchange runs -- it runs an

21  auction, the auction delivers a price, and then they pay

22  that price.  But in DFP, when we book things as a waterfall,

23  it stayed static, which means, you know, it was $3, even

24  though when you ran the auction and it could have been 6, it

25  could have been 2.

39

Direct examination - S. Layser

```
 1   Q    And just to make sure I'm clear, these line items, did

 2   they exist within DFP?

 3   A    Yes.

 4   Q    And the line items that are not AdX, are those based on

 5   static bids or real-time bids?

 6   A    Static bids.

 7   Q    And then when AdX is called, does AdX submit a

 8   real-time bid or a static bid?

 9   A    A real-time bid.  I just want to clarify that this is

10   pre header bidding.

11   Q    Right.  Yes.

12   A    Okay.

13   Q    Pre header bidding.

14        And when AdX is called within DFP, AdX's floor is

15   based on the highest other static bid associated with those

16   other exchanges; is that correct?

17   A    Yes.

18   Q    And then if AdX has a real-time bid that is higher than

19   the floor, what happens?

20   A    It can typically pay as little as a penny above and

21   take the impression.

22   Q    And in that situation, do any of the other exchanges

23   get the chance to bid?

24   A    No.

25   Q    And as far as you are aware, was there any way within
```

40

Direct examination - S. Layser

```
 1   DFP to put another exchange ahead of AdX within the remnant

 2   waterfall?

 3   A    No.

 4          MR. VERNON:  Can we turn to Plaintiffs'

 5   Demonstrative G.  I apologize, it's actually not in the

 6   binder, but it is on the screen.

 7   BY MR. VERNON:

 8   Q    So let's look at Plaintiffs' Demonstrative G.

 9          Does this show the remnant waterfall that we've

10   been discussing?

11   A    Yes.

12   Q    And --

13   A    Yes.

14   Q    And this would be before header bidding?

15   A    This is before header bidding.

16   Q    And which exchange is bidding first here?

17   A    AdX.

18   Q    And as far as you were aware, was there any way to put,

19   as an example, Magnite, which is in the fourth position,

20   ahead of AdX within the remnant waterfall?

21   A    No.

22   Q    Why not?

23   A    Because DFP would read that line item for Magnite as

24   $1.25, and then Google could choose whether or not to pay

25   $1.26 and take the impression.
```

                                                          41

Direct examination - S. Layser

```
 1   Q     And one last question just to make sure I understand
 2   what a static bid is.
 3              How are static bids determined?
 4   A     The publisher would put them into the line item.  It
 5   was typically an average.
 6   Q     Average based on what?
 7   A     Historical behavior of the ad exchanges.
 8   Q     Okay.  If you had the ability to put another exchange
 9   ahead of AdX within this remnant waterfall, what would you
10   have done?
11   A     I would have had to move them out of the remnant line
12   items.  I would have had to move them into sponsorship.
13   Q     If you had the ability to put another exchange ahead of
14   AdX within the remnant waterfall when you were working at
15   your publisher at the time before header bidding --
16   A     Yeah.
17   Q     -- what would you have done with that ability?
18   A     So I may have -- like, when you negotiate with these,
19   you can negotiate different take rates, and I may have put
20   somebody who has a lower -- like, who has a lower take rate
21   above AdX.
22   Q     Was it an -- which publisher are you referring to here
23   when you're talking about this?
24   A     This looks more like what my ad stack looked like at
25   The Daily Mail.
```

Direct examination - S. Layser

```
 1    Q     Was the fact that you could not put another exchange
 2    ahead of AdX within this remnant waterfall good for Daily
 3    Mail at the time?
 4    A     No.
 5    Q     Why not?
 6    A     Because they didn't add very much incremental revenue.
 7    They would eventually get to the point where they would see
 8    the line items and they would, like, get used to the static
 9    bids, and they'd just kind of pound on top of the static
10    bids.  So if you were putting in $1.25, they would pay
11    $1.26.  So it was kind of a game to try and, like, make sure
12    that Google didn't get used to where your different -- like,
13    your different floors were for your different partners.
14    Q     Let's move -- I think we can set this aside.  Let's
15    move forward slightly and talk about header bidding.  And,
16    again, I won't ask you what header bidding was.
17              But can you explain how you were involved in the
18    creation of header bidding?
19    A     Yes.  So I had always wanted to get all of our
20    exchanges competing on a head-to-head basis.  And when I was
21    at The Daily Mail, I asked Google if they could build it
22    into their ad server as a feature request, and they told me
23    that it wasn't technically possible.
24              MS. SESSIONS:  Objection, Your Honor.  Hearsay.
25              THE COURT:  Sustained.
```

43

Direct examination - S. Layser

```
 1   BY MR. VERNON:

 2   Q    Let me back up.

 3            Are you familiar with the phrase real-time

 4   competition?

 5   A    Real-time competition, yes.

 6   Q    What does it mean?

 7   A    It means getting all your exchanges to compete on a

 8   head-to-head basis for real-time competition so that they

 9   could compete in real time.

10   Q    Prior to header bidding, was there any way to create

11   real-time competition for AdX?

12   A    No.

13   Q    And how did that impact the publishers that you were

14   working for at the time?

15   A    We knew that there was an opportunity to make more

16   revenue.

17   Q    Okay.  And so then why did you want to create -- why

18   did you want to help create header bidding?

19   A    To maximize revenue for publishers.

20   Q    Are you familiar with the concept of transparency as it

21   applies to auctions?

22   A    Yes.

23   Q    What effect, if any, did header bidding have on the

24   transparency of auctions?

25   A    We got full transparency into the logs of everything
```

44

Direct examination - S. Layser

1    that happened inside header bidding.  And we also could use

2    that decisioning in real time, because header bidding would

3    run the auction, you would get the CPM from it, and then you

4    could use that in things like the dynamic paywall that I

5    talked about before.

6    Q    In your experience, how did header bidding compare to

7    Google's DFP in terms of auction transparency?

8    A    It was way better.

9    Q    Which was way better?

10   A    Header bidding was way better in terms of transparency.

11   Q    And what did you observe -- how many times did you

12   implement header bidding when you were working for or

13   consulting for a publisher?

14   A    Probably 25 times.

15   Q    And when you implemented header bidding for these 25

16   publishers, approximately, what did you observe about the

17   effect on revenue that came from header bidding?

18   A    Significantly more revenue.  So the first publisher I

19   implemented it in, we made 40 percent more revenue.

20   Subsequent publishers, it was always somewhere between 20 to

21   50 percent more revenue.

22   Q    Did header bidding have any drawbacks in this early

23   time period?

24   A    Yes.

25   Q    And can you just briefly describe what those were?

                                                              45

Direct examination - S. Layser

```
 1   A    Sure.  So if you implemented too many partners into
 2   header bidding, because the code was on the website's page,
 3   it would slow down the page.  And so we oftentimes suggested
 4   to limit the amount of people that you implemented into
 5   header bidding.
 6   Q    And I think you said that you implemented header
 7   bidding with about 25 of the publishers that you worked
 8   with?
 9   A    Yes.
10   Q    Why did you implement header bidding 25 times even
11   though this latency drawback existed?
12   A    Because you made significantly more revenue.
13   Q    In your experience, did header bidding make fraud or
14   malware or spam worse?
15   A    No.
16   Q    Why not?
17   A    Because it was -- I mean, we used third parties to help
18   manage that.  Things like The Media Trust, they helped us
19   with malware and spam.
20        Yeah, it -- it was -- we just didn't see a --
21   like, there was always a time period with different
22   exchanges where they would get more malware or spam.  And so
23   it was kind of like a cat-and-mouse game where you would try
24   to figure out exactly who it was coming from, but everybody
25   had their chance.
```

46

Direct examination - S. Layser

```
 1              One of the ways that we used to combat that was,
 2    we would set higher floors for certain exchanges if we felt
 3    like we were seeing more malware or spam coming through,
 4    because the fraudsters would tend to use the lower CPMs,
 5    bids, in order to do that.
 6    Q    Based on what you observed when you were implementing
 7    header bidding and working with these publishers, was Google
 8    better than the other ones, any other exchanges, at
 9    preventing fraud or malware or spam?
10    A    No.  They had their chance, too.
11    Q    And by "they had their chance, too," what do you mean?
12    A    Like, some days we would be like, oh, it's coming
13    through AdX.  Right.
14    Q    Are you familiar with Google's Open Bidding?
15    A    Yes.
16    Q    Was Google's Open Bidding better than header bidding at
17    preventing spam or fraud or malware?
18    A    I don't know.
19    Q    Let's see.  After header bidding became popular, which
20    exchange bid lasts within DFP?
21    A    Google.
22    Q    And what is AdX bidding last in the header bidding time
23    period called?
24    A    Last look.
25    Q    Let's focus on your time at News Corp.
```

47

Direct examination - S. Layser

```
 1            Do you have an understanding of whether last look
 2   led to more revenue for News Corp?
 3   A    Yes.
 4   Q    And what is that understanding based on?
 5   A    Sure.  So we ran an analysis based on our data, and we
 6   found that when Prebid or header bidding responded, Google
 7   would typically pay -- this was in the UK, so they would
 8   typically pay between one and two pence above what all the
 9   header bidding line items would respond.
10   Q    And so what did you conclude from this analysis that
11   you did about whether last look generated additional revenue
12   for News Corp or not?
13   A    So we concluded that there was not a lot of incremental
14   revenue value that was driven by Google for the header
15   bidding line items.
16   Q    And Google publicly stated that it was giving up last
17   look at the end of 2019?
18   A    Yes.
19   Q    Do you have an understanding of how often Google Ads
20   bid slightly above the floor even after this end of last
21   look?
22   A    Yes.  We ran another analysis -- well, an outside party
23   ran another analysis for us, and, in that, we found that
24   that behavior still existed on bids from Google Ads.
25            MS. SESSIONS:  Your Honor, objection.  Hearsay.
```
                                                              48

Direct examination - S. Layser

```
 1              THE COURT:  Sustained.  Sustained.
 2   BY MR. VERNON:
 3   Q    What did you observe personally -- I'll move on.
 4              Let's talk about UPR and price floors.
 5              What is UPR?
 6   A    Unified Pricing Rules.
 7   Q    And what did UPR do?
 8   A    It made it so that all of the floors in DFP applied to
 9   all the line items.
10   Q    And what is a price floor?
11   A    A price floor is what publishers set, and they don't
12   want people to buy their impressions below that price.
13   Q    How does a price floor affect an auction?
14   A    It basically says, like, if you respond with a bid
15   lower than this amount, you won't win the impression.
16   Q    Prior to UPR, how did News Corp's floors for AdX
17   compare to its floors for the other exchanges?
18   A    We typically set higher floors for AdX because AdX
19   would pay more.
20   Q    And can you give the reasons why News Corp typically
21   sets higher floors for AdX before UPR?
22   A    So typically it was because we could make more money
23   from Google Ads demand.  Otherwise, Google Ads demand would
24   historically lower their bids.
25   Q    How did setting higher floors for AdX affect the
```

49

Direct examination - S. Layser

```
 1    quality of ads that News Corp saw?
 2    A    So it -- the higher the floor, the better quality ads
 3    you typically got.
 4    Q    And how did setting higher floors for AdX affect News
 5    Corp's dependence on AdX?
 6    A    It decreased our reliance on Google.
 7    Q    And why is that?
 8    A    Because we had less Google Ads demand, but they paid
 9    higher rates.
10    Q    How did news -- how did UPR affect News Corp's ability
11    to set a higher floor for AdX compared to other exchanges?
12    A    You could no longer set a higher floor for AdX.
13    Q    When did Google announce that it intended to implement
14    UPR?
15    A    They had a meeting in 2019 where they announced it to a
16    bunch of different publishers in a room at Google.
17    Q    Did you think that UPR was in News Corp's best
18    interests?
19    A    No.
20    Q    Why not?
21    A    Because I think it took control out of our hands.
22    Right.  So it made it so that we could no longer choose how
23    to best monetize our inventory.
24    Q    Did you provide any feedback to Google about UPR in
25    that April of 2019 meeting that you mentioned a minute ago?
```

Direct examination - S. Layser

```
 1   A     Constantly.

 2   Q     But just focusing on the April 2019 meeting, did you

 3   provide any feedback to Google?

 4   A     Yep.  A lot of feedback.

 5   Q     What did you say?

 6             MS. SESSIONS:  Objection, Your Honor.  Hearsay.

 7             MR. VERNON:  Your Honor --

 8             THE COURT:  No.  I'm going to permit it.  You can

 9   cross-examine on that.  It's what she said to Google.  She's

10   here, she can be cross-examined.

11             Go ahead.

12             MR. VERNON:  Thank you, Your Honor.

13   BY MR. VERNON:

14   Q     What feedback did you provide to Google about UPR in

15   this April meeting?

16   A     I told them that I believe that they were doing UPR in

17   the best interests of Google and not in the best interests

18   of their publishers.

19   Q     And outside of the context of this meeting, were there

20   any other times when you provided feedback to Google about

21   UPR?

22   A     Yes.

23   Q     And what did you say?

24   A     I told them that it felt like they were making a

25   product feature that was not in my best interests, and that
```

51

Direct examination - S. Layser

```
 1    I wanted to switch ad servers, but that the tying of DFP and

 2    AdX made it too much of a revenue risk, and they knew that,

 3    so I felt like they were holding us hostage.

 4    Q    And after you provided this feedback to Google about

 5    UPR, how did Google respond?

 6    A    I don't remember exactly how they responded, but

 7    nothing changed.

 8    Q    Did Google say anything else to you or to your managers

 9    when you provided feedback to Google about UPR?

10              MS. SESSIONS:  Objection, Your Honor.

11              THE WITNESS:  Yes.

12              THE COURT:  Sustained.

13              MR. VERNON:  Your Honor, if I may, we think this

14    statement is admissible for just the fact that it was said;

15    not for the truth of what we're about to get into.  It isn't

16    going to be admissible for the truth, but just for the fact

17    that it was said.

18              THE COURT:  No.

19              MR. VERNON:  Okay.

20    BY MR. VERNON:

21    Q    Google ultimately did implement UPR?

22    A    Yes.

23    Q    When did Google implement UPR?

24    A    In 2019.

25    Q    When you were evaluating the Xandr ad server, what did
```

52

Direct examination - S. Layser

```
 1   you learn about whether Xandr would have allowed News Corp

 2   to set different floors for different exchanges?

 3   A    You would be allowed to set different floors for

 4   different exchanges.

 5   Q    Did you say would or would not?

 6   A    You -- in Xandr?  In Xandr, you could set different

 7   floors for different exchanges.

 8   Q    So why did News Corp not switch to a different ad

 9   server in order to avoid UPR?

10   A    Google AdX demand.

11              MR. VERNON:  Can we please turn in your binder to

12   PTX 754.

13              THE COURT:  Is there any objection to this

14   exhibit?

15              MS. SESSIONS:  Your Honor, it's hearsay to the

16   extent that the plaintiffs are offering it for the truth of

17   the matters asserted.

18              MR. VERNON:  Your Honor, we believe this is

19   admissible for multiple reasons.  First, for the non-truth

20   purpose, that she said it, because these are statements by

21   Ms. Layser; second, as a statement of mind; and, third, for

22   effect on the listener.  And we are not -- there's a top

23   email that -- Google executives.  We're not focusing on that

24   part.

25              THE COURT:  In other words, you just want the
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - S. Layser

```
 1  email that starts in the middle?
 2          MR. VERNON:  Yeah.  We're only focused on
 3  Ms. Layser's email; we're not focused on the top email with
 4  Ms. Bergin.
 5          THE COURT:  The one that begins:  "Hope you guys
 6  are having a great week" is the one you want in?
 7          MR. VERNON:  Yes, Your Honor.
 8          THE COURT:  I'll permit this, but we'll have to
 9  edit the exhibit, because if the top part is not going into
10  evidence, then it's not going into evidence.
11          MR. VERNON:  Yes.  We can do that, Your Honor.
12          THE COURT:  All right.
13          MR. VERNON:  The United States moves to admit 754.
14          THE COURT:  All right.  It's in.
15    (Plaintiffs' Exhibit Number 754 admitted into evidence.)
16  BY MR. VERNON:
17  Q    Let's focus on the second line in the large paragraph
18  that starts with "first thing" on your email; do you see
19  that?
20  A    Yes.
21  Q    You write:  "One of my biggest issues with the current
22  functionality and proposed functionality of GAM" -- and GAM
23  refers to DFP?
24  A    Yes.
25  Q    -- "is that AdX is currently" --
```

                                                              54

Direct examination - S. Layser

```
 1   A    GAM is DFP and AdX together.

 2              THE COURT:  I'm sorry, what was the answer?

 3              THE WITNESS:  GAM is DFP and AdX together.  They

 4   merged the two products together.

 5   BY MR. VERNON:

 6   Q    "AdX is currently tied to DFP functionality leaving me

 7   forced into using the ad server should I want full access to

 8   AdWords, GDN and DV360 demand on a real-time basis."

 9              Why did you tell Google that you had this issue

10   with GAM?

11   A    On April 23rd, 2019.

12   Q    Yes.

13   A    When did I tell them that issue?

14   Q    Why.  Why did you tell Google about this issue?

15   A    Why?  Because I was frustrated that I had to use their

16   ad server in order to get access to AdX demand.

17   Q    And why were you frustrated?

18   A    Because they were making product decisions that were

19   not in the best interests of my business, and I felt stuck.

20   Q    Why did you feel stuck?

21   A    Because I couldn't innovate.  I couldn't get -- like, I

22   couldn't get real-time pricing.  So all these different

23   ideas and things that we had been talking about in our

24   business I couldn't do because my ad server didn't have

25   this, like -- like, this functionality that I needed.  And
```

Direct examination - S. Layser

```
 1    if I didn't have the reliance on Google Ads demand, we would
 2    be switching ad servers, but because I had this reliance,
 3    then we couldn't.
 4              THE COURT:  In other words, you wanted to always
 5    have access to the advertising portion of the system?
 6              THE WITNESS:  Yeah.  But I didn't -- yeah.
 7              THE COURT:  And the largest cache of advertisers?
 8              THE WITNESS:  Yes.
 9              THE COURT:  And you wanted that, but you didn't
10    want to have to go through the system to get to that?
11              THE WITNESS:  Correct.
12              THE COURT:  Okay.
13    BY MR. VERNON:
14    Q    And I think you mentioned that you were unhappy with
15    changes in this email.  I'm sorry.
16              If you look at the very bottom phrase, the last
17    line of this paragraph, what changes were you referring to
18    there?
19    A    Unified Pricing Rules.
20    Q    After you sent this email, what did Google do to
21    address the problems that you identified with GAM in this
22    email?
23    A    Well, after this -- after this email and after the
24    Unified Pricing Rules and after another meeting that we had
25    with our product folks, Dorothee and Lauren set up a meeting
```

Direct examination - S. Layser

```
 1   with me, and they told me that they weren't going to --

 2             MS. SESSIONS:  Your Honor, I'm going to object as

 3   hearsay.  She's about to testify about what somebody told

 4   her in a meeting.

 5             THE COURT:  If you're offering this for the truth

 6   of what they said, it can't come in.  If it's offered to

 7   explain actions which this witness then took, it would be

 8   all right.  All right.

 9             MR. VERNON:  So we would offer it first as a party

10   admission; and second, for the fact that it was said, not

11   for -- the statement here we are not offering for its truth.

12             MS. SESSIONS:  It's not a party admission, Your

13   Honor, because they haven't established that the person in

14   this meeting had authority to speak on the subject and --

15             THE COURT:  If they're not offering for the truth,

16   then we're not going to have to worry about it being

17   hearsay.

18             Go ahead.

19   BY MR. VERNON:

20   Q    And what did they say?

21   A    They called me emotional and unproductive.

22   Q    Did Google, after you provided this feedback, do

23   anything to fix the problems that you identified about the

24   tie between DFP and AdX?

25   A    No.
```

57

Direct examination - S. Layser

```
 1    Q     Did Google do anything to fix the problems that you

 2    identified with UPR?

 3    A     No.

 4    Q     Okay.  You can set that aside.

 5          MR. VERNON:  Your Honor, at this point, we would

 6    like to play a recording for a very limited purpose.  So we

 7    are really playing it for the limited purpose of asking if

 8    Ms. Layser can authenticate a voice for two short clips.

 9          This is a multi-speaker recording, so we are not

10    seeking to admit it now.  We will seek to admit it with a

11    later witness, we're just doing the small authentication

12    portion.

13          THE COURT:  Is there an issue as to who the

14    speakers are?  Is that in dispute?

15          MR. VERNON:  That's what we are trying to

16    establish here.

17          THE COURT:  Well, let me hear.  We've got Google

18    counsel right here.

19          Are you disputing?

20          MS. SESSIONS:  Yeah.  I'm not sure what exactly --

21          THE COURT:  Well, the two of you talk for a

22    second.

23          MS. SESSIONS:  I think we could maybe take a brief

24    recess and discuss this.

25          THE COURT:  No, I don't want to take a recess now.
```

Direct examination - S. Layser

```
 1              Very quickly, the two of you just talk quickly.
 2              MS. SESSIONS:  Sure.
 3                          (Pause.)
 4              THE COURT:  Is there a dispute as to who the
 5    speakers are in that conversation?
 6              MS. SESSIONS:  I don't think that there's going to
 7    be a dispute.
 8              THE COURT:  All right.  Why don't you tell me who
 9    you believe are the speakers.  You must know.
10              MR. VERNON:  We have these two clips.  We believe
11    it's Ms. Layser.
12              THE COURT:  I'm sorry?
13              MR. VERNON:  These two clips, we believe
14    Ms. Layser was the speaker for these two.
15              MS. SESSIONS:  And, Your Honor, we're not going to
16    dispute that Ms. Layser was the speaker.
17              THE COURT:  All right.  Then we don't need to play
18    them right now.  Or do you want to play them right now?
19              MR. VERNON:  Yes, Your Honor, you're right.
20              THE COURT:  I'm sorry?
21              MR. VERNON:  Yes, Your Honor.
22              THE COURT:  Yes what?
23              MR. VERNON:  Yes, we don't need to play them right
24    now if there's no dispute over the voice.
25              THE COURT:  All right.  Fine.  There's no dispute.
```
                                                              59

Direct examination - S. Layser

```
 1   BY MR. VERNON:
 2   Q    One last point about UPR, Ms. Layser.
 3           You mentioned that UPR prevented publishers from
 4   setting higher floors for AdX than for other exchanges; do
 5   you remember that?
 6   A    Yes.
 7   Q    Did UPR prevent publishers from setting higher floors
 8   for other exchanges than for AdX?
 9   A    No.
10   Q    Why did UPR not prevent publishers from setting higher
11   floors for other exchanges than for AdX?
12   A    Because you could set higher floors inside the
13   exchanges' systems, or you could do it inside something like
14   the floor's module inside header bidding.
15           MR. VERNON:  Thank you.  With that, we pass the
16   witness.
17           THE COURT:  So when you say a floor, you're
18   talking about Wall Street Journal wants to sell ad space on
19   the front page of the sports section?
20           THE WITNESS:  Yeah.
21           THE COURT:  All right.  And they are saying we
22   want, I'll just use numbers, 15 cents per line?
23           THE WITNESS:  Right.
24           THE COURT:  To one exchange.  And they might,
25   because the other exchange may have a larger base of
```

60

Direct examination - S. Layser

```
1    advertisers, for them, ten cents per line.  And that's what
2    you're saying they could do with different exchanges?
3              THE WITNESS:  Yes.  So --
4              THE COURT:  But with the Google exchange system,
5    they would be stuck with whatever number Google gave them or
6    whatever number they gave to Google?
7              THE WITNESS:  So, Wall Street Journal would put
8    the price into the price -- like the price floors in AdX
9    inside their system, we would put that in.  And then that is
10   the amount that the -- like, that you can't buy the
11   inventory below.
12             THE COURT:  Right.  So, in other words, when you
13   went into the AdX system --
14             THE WITNESS:  Yep.
15             THE COURT:  -- you would say we want 14 cents per
16   line; right?
17             THE WITNESS:  Yes.
18             THE COURT:  And if you got the 14 cents, you got
19   what you wanted; right?
20             THE WITNESS:  Yeah.  But you also wanted -- if you
21   could get other folks to compete, right, then it would help
22   you to maximize revenue.  Right.  So the floor isn't just
23   the acceptable amount; it's, like, the lowest you were
24   willing to accept.
25             THE COURT:  All right.  I understand that.
```

61

Direct examination - S. Layser

```
 1              THE WITNESS:  Okay.  Cool.
 2    BY MR. VERNON:
 3    Q    Let me ask one clarifying question in response to an
 4    earlier question.
 5              I think you referred to wanting to get access to
 6    Google Ads demand; do you remember that?
 7    A    Yes.
 8    Q    Were you referring to getting access to Google Ads
 9    demand directly or through AdX?
10    A    Can you repeat the question?
11    Q    Sure.
12              So earlier you referred to when you were at News
13    Corp, you wanted to get access to Google Ads demand.
14    A    Yes.
15    Q    Were you referring to getting access to Google Ads
16    demand directly or through AdX?
17    A    Through AdX.  The only place you can get Google Ads
18    demand is through AdX.
19              MR. VERNON:  Okay.  Thank you.  We pass the
20    witness.
21              THE COURT:  All right.  We need to get the books
22    up here for cross-examination.
23              MS. SESSIONS:  I think the books are already up
24    there.
25                        CROSS-EXAMINATION
```

62

Cross-examination - S. Layser

```
 1    BY MS. SESSIONS:

 2    Q    Good morning, Ms. Layser.

 3    A    Hi.

 4    Q    My name is Justina Sessions, and I represent Google,

 5    and I'm going to be asking you some questions this morning.

 6    A    Okay.

 7    Q    Just a point of clarification on the last exchange that

 8    you had with Her Honor --

 9             THE COURT:  Bad pun.

10             MS. SESSIONS:  Indeed.  There are a lot of bad

11    puns that we can make in this case.

12             THE COURT:  You got the first one.

13             MS. SESSIONS:  Thank you, Your Honor.

14    BY MS. SESSIONS:

15    Q    The publisher sets the price floor that goes into DFP;

16    correct?

17    A    Yes.

18    Q    So you worked at News Corp for quite a while; right?

19    A    Yes.

20    Q    And News Corp sells ad space on its digital properties?

21    A    Yes.

22    Q    Google also sells ad space on its digital properties;

23    right?

24    A    Yes.

25    Q    And News Corp competes for digital advertising dollars
```

63

Cross-examination - S. Layser

```
 1    with companies like Google; right?

 2    A    Yes.

 3    Q    News Corp also competes for digital advertising dollars

 4    with companies like Facebook?

 5    A    Yes.

 6    Q    And as Amazon was getting into advertising, News Corp

 7    was also starting to compete for digital advertising dollars

 8    with Amazon; right?

 9    A    Yes.

10    Q    And you wanted News Corp to take more market share from

11    Google and Facebook; right?

12    A    Yes.

13    Q    You also wanted News Corp to take more market share

14    from Amazon?

15    A    Yes.

16    Q    And you now work for Amazon?

17    A    Yes.

18    Q    And you're the global head of publisher ad tech

19    solutions at Amazon Web Services; is that right?

20    A    Yes.

21    Q    In addition to selling ad space, Amazon also offers

22    tools that help advertisers to buy ad space; right?

23    A    Yes.

24    Q    And those tools compete with Google's?

25    A    Yes.
```

                                                              64

Cross-examination - S. Layser

```
 1   Q     Amazon also offers tools that help ad space sellers

 2   sell ad space; right?

 3   A     Yes.

 4   Q     And those tools compete with Google's?

 5   A     Yes.

 6   Q     Before you worked at Amazon in 2017, you believed that

 7   digital advertising would become a triopoly; didn't you?

 8   A     When?

 9   Q     In 2017?

10   A     In 2017.

11   Q     You had the belief that digital advertising would

12   become a triopoly?

13   A     Yeah.

14   Q     And that triopoly consisted of Facebook, Google and

15   Amazon; is that right?

16   A     Yes.

17   Q     Your work at Amazon Web Services --

18   A     Yes.

19   Q     -- is -- you serve other tech customers; is that right?

20   A     Ad tech customers and publishers.

21         MR. VERNON:  Objection.  Scope.  We didn't ask

22   about Amazon --

23         THE COURT:  All right.  Again, I'm going to

24   continue with my view that we're having a little flexibility

25   on scope.  All right.  You can address the issues on
```

                                                              65

Cross-examination - S. Layser

```
 1    redirect.

 2            Go ahead.

 3    BY MS. SESSIONS:

 4    Q    You work with ad tech vendors and publishers and

 5    marketers at Amazon Web Services?

 6    A    Mostly publishers.

 7    Q    And so some of your customers at Amazon Web Services

 8    are Google's competitors?

 9    A    Yes.

10    Q    You have customers at Amazon Web Services that are

11    building their own ad servers?

12    A    Yes.

13    Q    And The Trade Desk is an Amazon Web Services customer?

14    A    Yes.

15    Q    And The Trade Desk has a DSP or a buy-side platform?

16    A    Yes.

17    Q    FreeWheel is an Amazon Web Services customer?

18    A    Yes.

19    Q    And I believe you testified before that FreeWheel is an

20    ad server?

21    A    Yes.  Video ad server.

22    Q    Do you know if FreeWheel is capable of serving display

23    impressions?

24    A    No.

25    Q    You don't know or you don't think it is?
```

                                                              66

Cross-examination - S. Layser

```
 1    A     I don't know.

 2    Q     Okay.  Yieldmo is an Amazon Web Services customer?

 3    A     Yes.

 4    Q     Okay.  And Yieldmo is an ad exchange?

 5    A     Yes.

 6    Q     Amazon's buying tools are also Amazon Web Services'

 7    customers; right?

 8    A     Can you repeat it?

 9    Q     Amazon's buying tools, Amazon's DSP, for instance,

10    Amazon's DSP is a customer of Amazon Web Services; right?

11    A     Yes.

12    Q     So you've talked about some features and some changes

13    that you believe were made in Google's ad server; do you

14    recall that testimony?

15    A     Yes.

16    Q     You agree that some of the features that Google

17    introduced in its ad server made publishers more money;

18    right?

19    A     In the short term.

20    Q     So, for instance, you agree that Dynamic Allocation

21    made publishers more money?

22    A     In the short term.

23    Q     And Enhanced Dynamic Allocation made publishers more

24    money?

25    A     In the short term.
```

Cross-examination - S. Layser

```
 1   Q     In fact, many times the optimizations or the changes
 2   that Google introduced into your ad server pushed you right
 3   over your budget and got you your quarterly bonus at News
 4   Corp?
 5   A     Short term, yeah.
 6   Q     And you agree that Google's move to a first-price
 7   auction generally made things more fair?
 8   A     I would say that the change to the first-price auction,
 9   yes, made it more fair, but I think the subsequent product
10   features, like minimum bid to win, made it less fair.
11   Q     And minimum bid to win, that is a product feature where
12   the minimum bid that was necessary to win the auction is
13   sent to auction participants after the auction runs; is that
14   what you're referring to?
15   A     Yes.  So the winning bid gets the next highest bid, and
16   then the losing bid is told what the winning bid is.
17   Q     And so that is -- that was -- Google rolled that
18   feature out along with the change to the first-price
19   auction?
20   A     Yes.
21   Q     And your problem with minimum bid to win was that
22   initially it was not shared with header bidders?
23   A     Yes.
24   Q     And were you aware that you, the publisher, could share
25   the minimum win to bid data with header bidders if you so
```

68

Cross-examination - S. Layser

```
 1   chose?

 2   A    Yes, but not in real time.  You needed to do it in real

 3   time to make it at parity with Google.

 4   Q    Are you aware one way or the other whether Google

 5   shares minimum bid-to-win data with header bidders today?

 6   A    Not in the last two years.  So maybe in the last two

 7   years.

 8   Q    Okay.  So I believe you discussed with my colleague an

 9   evaluation that News Corp did of potentially switching from

10   DFP to AppNexus or Xandr as its ad server; is that right?

11   A    Yes.

12   Q    And Xandr is now owned by Microsoft; correct?

13   A    Yes.

14   Q    Okay.  If you could open up your binder and turn to

15   tab 14, please.

16             THE COURT:  Are you going to move this in?

17             MS. SESSIONS:  I am, Your Honor.  And I can lay a

18   foundation if there is going to be an objection to it.  But

19   tab 14 is Defense Exhibit 404, which Google does move into

20   evidence.

21             MR. VERNON:  No objection, Your Honor.

22             THE COURT:  All right.  It's in.

23      (Defense Exhibit Number 404 admitted into evidence.)

24   BY MS. SESSIONS:

25   Q    Ms. Layser, is Defense Exhibit 404 the analysis that
```

Cross-examination - S. Layser

```
 1    News Corp performed that you were referring to?

 2    A    Yes.

 3    Q    And the project name of this was Project Cinderella?

 4    A    Yes.

 5    Q    So if you could turn now to page 2 of the document in

 6    your binder.  You'll see at the bottom of page 2 there's a

 7    statement about developing a clear roadmap to overhaul ad

 8    tech stack.

 9          And there, News Corp states that "Google owns a

10    media business versus AppNexus's focus on offering publisher

11    pipes, so it is likely that our long-term goals will never

12    align with Google, given their other business interests"; do

13    you see that?

14    A    Yes.

15    Q    And that was News Corp's analysis?

16    A    Yes.

17    Q    So News Corp thought that its goals would never align

18    with Google's, and that's because Google had a media

19    business that competed with News Corp's?

20    A    Yes.

21    Q    If you can now flip back to page 1 of this analysis,

22    and there's an executive summary on the first page.

23          News Corp looked at the relative prices between

24    AppNexus or Xandr and Google's ad server and concluded that

25    the price difference for ad serving was marginal; right?
```

Cross-examination - S. Layser

```
 1   A    Yes.
 2   Q    Okay.  And News Corp believed that it would be able to
 3   get better ad serving rates from Google with further
 4   negotiation; right?
 5   A    Yes.
 6   Q    And News Corp was a big Google customer?
 7   A    Hold on.  Not better than AppNexus, but better than the
 8   current terms that we have with Google.
 9   Q    Okay.  So News Corp believed that it could get better
10   rates from Google if it negotiated with Google?
11   A    Yes.
12   Q    And News Corp was a big customer of Google's at this
13   time?
14   A    I don't know how big of a customer News Corp is for
15   Google.
16   Q    News Corp is a big publisher?
17   A    Yes.
18   Q    Okay.  And if you go to page 2 of this document,
19   there's a statement here that News Corp thought it could use
20   the contract negotiation as leverage to make changes in the
21   News Corp/Google relationship?
22   A    Yes.
23   Q    And News Corp thought that?  News Corp thought it could
24   use the contract negotiation as leverage to make changes in
25   the company's relationship?
```

71

Cross-examination - S. Layser

```
 1   A     Yes.
 2   Q     Okay.  And is that referring to Google's treatment of
 3   News Corp content in its search results?
 4   A     I don't know.  I'm not part of that -- that part of
 5   our -- or wasn't part of that part of our business.
 6   Q     So going back to page 1, the summary here, News Corp
 7   believed that DFP and AppNexus or Xandr had balanced
 8   strengths and weaknesses in terms of functionality and
 9   roadmap; is that right?
10   A     Yes, at the time.
11   Q     Okay.  And News Corp thought at the time that Google
12   offered far better service and support than AppNexus; is
13   that right?
14   A     Yes.
15   Q     And this is in 2017; correct?
16   A     Yes.
17   Q     News Corp -- News Corp did think, though, that AppNexus
18   was less of a full-service solution than DFP; correct?  And
19   if you want to look, it's on page 13.  Sorry, page 3.
20   A     Three.  Oh, okay.  Page 3.
21   Q     "AppNexus serves less like a full-service solution and
22   more as a set of flexible transparent pipes in which our
23   teams can build deeper functionality and personalization";
24   do you see that?
25   A     So, yes.  What that's referring to is something that's
```

72

Cross-examination - S. Layser

```
 1   more of like a pipe solution, you have to build around it.
 2   Right.  With something like DFP, it was -- it was a
 3   difference of being able to, like, personalize it and get
 4   the data that you want out of it, versus like the change
 5   management that was required for your -- like, for your
 6   personnel.
 7   Q    So it was going to take resources for News Corp to
 8   build things around the pipes that AppNexus would offer with
 9   its ad server solution?
10   A    Correct.  But we would be able to get our log-level
11   data.  So that was like an exciting piece that we could
12   build on top of.
13   Q    So now I want to talk about the ad exchange portion of
14   this analysis.
15            So if you turn to page 4, there's an analysis of
16   business terms on page 4; do you see that?
17   A    Yes.
18   Q    And News Corp believed that as a part of this
19   negotiation, that it would be able to negotiate lower
20   revenue shares with AdX than it had at the time; is that
21   right?
22   A    Yes.
23   Q    News Corp thought that it would be able to get a tiered
24   revenue share structure where some Open Auction impressions
25   would cost less than 20 percent; is that right?
```

Cross-examination - S. Layser

```
 1    A     Yes.

 2    Q     And News Corp did, in fact, negotiate a tiered revenue

 3    share with AdX where it paid less than 20 percent on some

 4    Open Auction impressions; correct?

 5    A     The more impressions we gave to Google, the lower the

 6    percentage they would take.  So increasing reliance on

 7    Google.

 8    Q     So you got a volume discount --

 9    A     Volume discount.

10    Q     -- with AdX?

11          And so when you had more revenue going through

12    AdX, you weren't paying 20 percent on each of those

13    impressions?

14    A     Yes.

15    Q     As a part of this ad server analysis, News Corp also

16    thought about making some feature requests to Google?

17    A     Yes.

18    Q     Okay.  And I believe that log-level data was one of the

19    things that you testified about.

20          If you could turn to page 12.  Seamless

21    functionality between DFP and AdX was an additional feature

22    request that News Corp would make of Google; correct?

23    A     I actually didn't write this, so I'm not sure what it

24    means.

25    Q     Okay.  It says:  "Seamless functionality between DFP
```

74

Cross-examination - S. Layser

```
 1  and AdX"; right?  Do you see that?

 2  A    Yeah, but it says there's lack of insight into how to

 3  optimize inventory, and I'm not sure what that exactly

 4  means.

 5  Q    Okay.  You're not sure what it means, but you see that

 6  it appears under a list of feature requests here in this

 7  exhibit; right?

 8  A    Yeah.  But it doesn't really tell me the whole story.

 9  Q    Now, as a part of this analysis, News Corp acknowledged

10  that if it switched ad servers, it was still going to retain

11  access to some AdWords demand; right?

12  A    We thought that there was a chance with the information

13  that we had at that moment in time, because -- so I ran the

14  analysis.  It was really hard to run the analysis because we

15  didn't get access to log-level data, so I couldn't, like,

16  actually look at the bid behavior between AdX and do, like,

17  a full analysis.  So we kind of ran like a conservative,

18  okay, how many is the AdWords demand, and then --

19  Q    So, Ms. Layser, my question was actually just rather

20  you understood that you would retain access to some AdWords

21  demand if you switched ad servers.

22  A    Yeah.  So we looked at -- it was like 50/50.

23  Q    Okay.  Yeah.  So if you turn to page 11 of this

24  document, there's an analysis of potential revenue risk; do

25  you see that?
```

75

Cross-examination - S. Layser

```
 1    A      Yes.

 2    Q      Okay.  And here you say while we would retain some

 3    access to AdWords demand, you believe that you would face a

 4    drop in revenue; is that right?

 5    A      Yes.  It was unclear how much it would affect us if we

 6    switched.

 7    Q      And then there's a table here that shows the analysis

 8    of the amount of AdX revenue that AdWords made up, and then

 9    the amount of AdX revenue that made up the total

10    programmatic revenue for various properties; do you see

11    that?

12    A      Yeah.

13    Q      Okay.  And just to be clear, when it says AdWords here,

14    does that also mean Google Ads?

15    A      Yes.

16    Q      Okay.  So let's look at the News Australia line here.

17           So Google Ads was 33 percent of the revenue that

18    News Australia was getting into AdX; is that right?

19    A      Yes.  Outside of the U.S., the numbers are usually

20    lower when you look at publishers in terms of the percent.

21    Q      And that figure for AdWords or Google Ads, that

22    33.3 percent, that's all of the revenue that was going into

23    AdX from Google Ads, that's not just from advertisers that

24    could be found only on Google Ads and nowhere else; correct?

25    A      Sorry.  Can you repeat the question?
```

Cross-examination - S. Layser

```
 1    Q    Yes.  The AdWords or AdX number, the 33 percent of
 2    AdX --
 3    A    Yep.
 4    Q    -- you totaled up all of the revenue that was coming
 5    into AdX from Google Ads; correct?
 6    A    Yes.
 7    Q    You didn't isolate revenue that was coming from
 8    advertisers that used only Google Ads and no other way of
 9    buying advertising; right?
10    A    So marketers usually buy, like, Google Ads, and then
11    they also buy other -- like, it's usually -- there's
12    different KPIs, they're different ad products.
13    Q    So my question is not about that.
14         My question is whether News Corp ever analyzed the
15    proportion of this AdWords' revenue that came from
16    advertisers that used Google Ads and not any other buying
17    tool to buy display ads.
18    A    No.  I wouldn't have that data.  That would have -- I
19    don't even think that would be in the logs.
20    Q    News Corp never did that analysis?
21    A    No.
22    Q    Okay.  So looking back again at this News Australia
23    line, 33 percent of AdX is coming from AdWords, and then AdX
24    is 52 percent of News Australia's total programmatic
25    revenue; is that right?
```

77

Cross-examination - S. Layser

```
 1   A    Yes.
 2   Q    Okay.  So if I've done my math right, all told, AdWords
 3   or Google Ads was about 17 percent of News Australia's total
 4   programmatic revenue?
 5   A    I would need a calculator.
 6   Q    And that's -- and the programmatic revenue number here
 7   is just News Australia's programmatic revenue, that doesn't
 8   include revenue from direct deals; is that right?
 9   A    Correct.
10   Q    And let's look at another line here.  News UK.
11        AdWords made up 39.1 percent of the AdX revenue
12   that News UK was getting?
13   A    Yes.
14   Q    And, again, that's all of AdWords, not just advertisers
15   that could be only found on AdWords; correct?
16   A    Correct.
17   Q    And then AdX as a demand source was 34.8 percent of all
18   of the programmatic revenue that News UK was receiving; is
19   that right?
20   A    Yes.
21   Q    Okay.  And, again, if I had done my math right, the --
22   taking those numbers comes out to AdWords -- all of AdWords
23   being about 13 percent of News UK's total programmatic
24   revenue?
25   A    Yes.  I don't know.  I actually don't know off the top
```

78

Cross-examination - S. Layser

```
 1    of my head.
 2    Q    I had to use a calculator.  You can put that aside.
 3              So I think as we just saw from this exhibit, News
 4    Corp was getting programmatic ad revenue from sources other
 5    than AdX and Google Ads; right?
 6    A    Yes.  Our strategy was --
 7    Q    I'm sorry.  Ms. Layser, you'll have plenty of time to
 8    further explain, but I'd like to keep moving this along.
 9    A    Sure.
10    Q    Thank you.
11              News Corp used Amazon's Transparent Ad Marketplace
12    to get bids?
13    A    Yes.
14    Q    Okay.  And Transparent Ad Marketplace is Amazon's
15    header bidding product?
16    A    Yes.
17    Q    News Corp also used Prebid as a header bidding product;
18    right?
19    A    Yes.
20    Q    Okay.  And so there were other SSPs besides AdX that
21    submitted bids for News Corp's inventory?
22    A    Yes.
23    Q    Index Exchange could transact News Corp's inventory?
24    A    Yes.
25    Q    And Rubicon, which is now known as Magnite, could
```

Cross-examination - S. Layser

```
 1   transact?

 2   A     Yep.

 3   Q     OpenX?

 4   A     Yes.  On some of our businesses.

 5   Q     And media.net?

 6   A     Yeah.

 7   Q     Okay.  Nativo could bid on News Corp ad space?

 8   A     Yes.  I think one of our business units, yeah.

 9   Q     PubMatic could bid on News Corp's ad space?

10   A     Some of them, yeah.

11   Q     Criteo -- or Criteo, could bid on News Corp's ad space?

12   A     Yes.

13   Q     TripleLift?

14   A     Yes.

15   Q     Amazon's DSP could bid on News Corp's ad space?

16   A     Yes.

17   Q     And Tremor could bid on News Corp's ad space?

18   A     I don't remember.

19   Q     I will spare us all the labor of Googling through an

20   ads.txt file.

21          And some of these other companies that were

22   bidding on News Corp's ad space also advertised to News Corp

23   that they had unique demand; right?

24   A     Yes.

25   Q     If you could turn in your binder to tab 20, and this is
```
                                                              80

Cross-examination - S. Layser

```
 1    Defense Exhibit 382.
 2            THE COURT:  Is there -- are you putting in the
 3    whole thing?
 4            MS. SESSIONS:  Yes.  We would like to move the
 5    entire email chain into evidence.
 6            THE COURT:  Is there any objection?  Any objection
 7    to 382?
 8            MR. VERNON:  No objection.
 9            THE COURT:  All right.  It's in.
10       (Defense Exhibit Number 382 admitted into evidence.)
11    BY MS. SESSIONS:
12    Q    Ms. Layser, you see that Defense Exhibit 382 at tab 20
13    there, this is an email chain where the last-in-time email
14    is from you to Lindsay Fulton as Defy Media?
15    A    Yes.
16    Q    And we're just going to walk through some of this
17    chain, if you'll indulge me.
18            So if you could turn to page 7.  And page 7 of
19    Defense Exhibit 382, there's a message from Ms. Fulton to
20    some folks at News Corp, and she's trying to get News Corp
21    to do a deal with her company for them to buy ad space on
22    News Corp; is that right?
23    A    Can I read it?
24    Q    Sure.
25    A    Okay.
```

Cross-examination - S. Layser

```
 1   Q     If you want to go to page --

 2   A     I'll start on 7?

 3   Q     Just start on page 7.

 4   A     And then go on.  All right.

 5   Q     In the middle of the page.

 6   A     All right.

 7   Q     And it's up on the screen for you, too, if that's

 8   easier.

 9   A     Good.  Yeah.  That is easier.

10   Q     Ms. Fulton writes:  "Thank you, Catherine.  Pleasure to

11   meet you, Brian and John."  And you see the email that she

12   writes below there.

13   A     Yes.

14   Q     So she was trying to do a deal with News Corp for Defy

15   Media to buy ad space on News Corp's properties?

16   A     Yes.

17   Q     And as part of that, Ms. Fulton wrote to News Corp:

18   "We here at Defy Media have new unique ad budgets that we

19   would like to share with the WSJ portfolio of sites"; do you

20   see that?

21         MR. VERNON:  We have an objection to this as

22   hearsay if it's offered for the truth.

23         MS. SESSIONS:  I'm not offering it for the truth

24   of whether or not they, in fact, had a unique ad budget, but

25   just for the fact that this was said and for the effect on
```

82

Cross-examination - S. Layser

```
 1   the listener.
 2           THE COURT:  Then I'm overruling the objection.
 3   That's fine.  It can go in that way.
 4   BY MS. SESSIONS:
 5   Q    So Ms. Fulton was advertising to News Corp that, at
 6   Defy Media, they had new unique ad budgets; is that right?
 7   A    Yes.
 8   Q    Okay.  And she was also advertising that the
 9   advertisers that she could bring were all -- were premium;
10   right?
11   A    Yes.
12   Q    Okay.  Now, there's a back-and-forth in this email and
13   some discussion about how Defy Media might potentially
14   integrate with News Corp, and I want to ask you now about a
15   statement on page 2 after you're added to this email chain.
16           So if you see on page 2 of the document, you write
17   an email that begins:  "Hi, Lindsay.  We're using AppNexus
18   as an SSP implemented through Prebid"; do you see that?
19   A    Yes.
20   Q    Okay.  And when you say "We're using AppNexus as an SSP
21   implemented through Prebid," that means you were using
22   Prebid to call AppNexus as an SSP?
23   A    Let me read it real quick.  Thanks.
24           Okay.  What was the question?
25   Q    So you said:  "We're using AppNexus as an SSP
```

83

Cross-examination - S. Layser

 1    implemented through Prebid."  That meant that News Corp was

 2    using Prebid to call AppNexus as an SSP?

 3    A    Yes.

 4    Q    Okay.  And then you asked Ms. Fulton:  "Do you have DSP

 5    functionality to buy on AppNexus's platform?"  You were

 6    asking her whether Defy Media could buy into AppNexus?

 7    A    Yes.

 8    Q    And then there's a further technical discussion about

 9    this implementation, and Ms. Fulton seems to suggest that

10    she would like to go kind of directly into Prebid rather

11    than going through AppNexus; is that right?

12    A    Yeah.

13    Q    Okay.  And you, on page 1, respond to Ms. Fulton:  "To

14    manage latency, we only have a maximum of four"; do you see

15    that?  At the bottom of page -- it's your email at the

16    bottom of page 1.

17    A    Yes.

18    Q    Okay.  To manage latency, we only have a maximum of

19    four; do you see that?

20    A    Yes.

21    Q    You meant that News Corp was only putting four partners

22    into header bidding; right?

23    A    Yes.

24    Q    And you were doing that to manage latency concerns you

25    had with the header bidding implementation?

                                                              84

Cross-examination - S. Layser

1    A    Yes.

2    Q    Now, Ms. Fulton responds again to you, I guess making

3    one more effort to try to get a deal done, and you'll see in

4    the middle of page 1, Ms. Fulton responds again.  "Our

5    demand is unique to us, meaning that you will not find these

6    budgets anywhere else"; do you see that?

7    A    Yes.

8    Q    That advertisement of Ms. Fulton's unique demand and

9    budgets you could not find anywhere else was not enough for

10   you to do a deal with Defy Media; correct?

11   A    So if you see up at the top, I talk about the other

12   integrations where there's a 50 percent discrepancy.  And so

13   we didn't like to do, like, partnerships with people where

14   we would lose ad opportunities, and Defy Media was notorious

15   for that at this point in time.

16   Q    So you didn't want to do a partnership with Defy Media?

17   A    Her promise of unique demand didn't outweigh the past

18   behavior of the discrepancies that I had seen from

19   AppNexus -- or from Defy.

20   Q    Understood.

21        I have one last question about this email chain

22   for you, which is your response -- final response to

23   Ms. Fulton at the top.

24        You write:  "I am fully aware of what wrapper

25   technology does on the publish side.  We limit to four

85

Cross-examination - S. Layser

```
 1   because the code adds weight to the client side page"; do
 2   you see that?
 3   A    Yes.
 4   Q    And that reference to the code adding weight to the
 5   client side page, that's the additional code that is
 6   required to put on the page to add additional header bidding
 7   partners; right?
 8   A    Yes.
 9   Q    It's not just Defy Media that advertises that it has
10   unique demand; right?
11   A    Yes.
12   Q    For example, Amazon also advertises that it has unique
13   demand?
14   A    Yes.
15   Q    Amazon advertises that its Unified Ad Marketplace can
16   access unique demand from Amazon?
17   A    Yes.
18   Q    And, similarly, Amazon's Transparent Ad Marketplace
19   accesses unique demand from Amazon?
20   A    Yes.
21   Q    You testified earlier that you did another analysis of
22   AdX demand while you were at News Corp.  And I'm going to
23   ask, did you -- you did an analysis in 2019 regarding
24   deprioritizing Google's ad exchange; is that right?
25   A    Yes.
```

86

Cross-examination - S. Layser

```
 1   Q    If you could turn to tab 22 in your binder.
 2              MS. SESSIONS:  And this document is Defense
 3   Exhibit 655, which we would move into evidence at this time.
 4              MR. VERNON:  No objection, Your Honor.
 5              THE COURT:  All right.  655 is in evidence.
 6         (Defense Exhibit Number 655 admitted into evidence.)
 7   BY MS. SESSIONS:
 8   Q    Ms. Layser, Defense Exhibit 655 is the analysis that
 9   News Corp did of deprioritizing Google's ad exchange; right?
10   A    Yes.
11   Q    Okay.  And News Corp did this analysis in 2019 after
12   Google moved to a first-price auction; right?
13   A    No.  It was before.
14   Q    So if you look at page 1 here --
15   A    The first-price auction was after unified pricing, or
16   it was during Unified Pricing Rules.
17   Q    So my question for you -- and you can look at the
18   second paragraph on page 1 -- is whether this analysis was
19   done before or after Google moved to a first-price auction.
20   A    Sorry.  Where is that?
21   Q    So I'll just direct you to the second paragraph that
22   said:  "The widespread changes to Google AdX are forced upon
23   publishers from the introduction of Google's unified
24   pricing," and then it goes on.
25              Does this lead you to understand that this
```

                                                            87

Cross-examination - S. Layser

```
 1   analysis was done after Google moved to a first-price

 2   auction?

 3           MR. VERNON:  Objection.  There's a date on the

 4   next page that says when this was done.

 5   BY MS. SESSIONS:

 6   Q    If that helps, you can look at page 2.  It does say

 7   there was a test done between April 29th and May 26th.

 8           So I'll ask again if you know whether this was

 9   done before or after Google moved to a first-price auction.

10   And if you don't know, that's fine.

11   A    Yeah.

12   Q    Okay.  You don't know?

13   A    I'm pretty sure we did this before, but I am not --

14   before -- because I think unified pricing, the meeting was

15   in April 2019.

16   Q    So you don't know one way or the other whether this

17   analysis --

18   A    Right.  It was a long time ago.

19   Q    Okay.  As part of this analysis, News Corp decided to

20   let other SSPs have a first look ahead of AdX; is that

21   right?

22   A    After header bidding ran the auction, we blocked Google

23   from being able to buy those impressions.

24   Q    If you turn your attention to page 1, it's showing now

25   on your -- oh, your screen has turned off.  Let's see.
```

88

Cross-examination - S. Layser

```
 1    Let's see if maybe we could get that back on.
 2              THE COURT SECURITY OFFICER:  Your Honor, it keeps
 3    shutting off, and I keep putting it on, and it keeps turning
 4    off.
 5              THE COURT:  Give her the hard copy.
 6              MS. SESSIONS:  Yes.  She's got the hard copy in
 7    front of her.  And it looks like the screen is back on.
 8    BY MS. SESSIONS:
 9    Q    So if you see at the bottom of page 1, it says:  "To
10    counter the impact of these changes, we decided to
11    deprioritize AdX in the ad stack, allowing other SSPs to
12    have a first look where we can control the auction more
13    efficiently"; do you see that?
14    A    Yes.
15    Q    And that's what News Corp did in this analysis?
16    A    Yes.
17    Q    Okay.  And News Corp performed this analysis using the
18    DFP ad server; right?
19    A    Yes.
20    Q    So the other SSPs had a first look ahead of AdX in DFP?
21    A    Yes.
22    Q    So the way this experiment was set up was that Google
23    AdX was not allowed to compete if other SSPs had bids for an
24    impression; right?
25    A    So it moved the first look functionality -- or the last
```
89

Cross-examination - S. Layser

```
 1    look functionality out of Google and allowed the other
 2    exchanges to have first look.
 3    Q    And at page 3 of exhibit -- Defense Exhibit 355, News
 4    Corp looks at the SSPs that benefited from deprioritizing
 5    AdX.  Do you see that in the second paragraph under results
 6    analysis?
 7    A    Yes.
 8    Q    Okay.  And one of the SSPs that benefited from
 9    deprioritizing AdX was Amazon's Transparent Ad Marketplace?
10    A    Yes.
11    Q    And another SSP that benefited from News Corp
12    deprioritizing AdX was Facebook AN; do you see that?
13    A    Yes.
14    Q    And that's Facebook's Audience Network?
15    A    It was.
16    Q    And so that means that News UK was working with
17    Facebook as an SSP at this time?
18    A    At the time.
19    Q    And then AppNexus also benefited from deprioritizing
20    AdX; right?
21    A    Yes.
22    Q    And AppNexus is Xandr?
23    A    Yes.
24    Q    And then Index Exchange also benefited from News Corp
25    deprioritizing AdX?
```

90

Cross-examination - S. Layser

```
 1   A     Yes.

 2   Q     So if you go to page 4 of this document, this -- page 4

 3   includes News Corp's conclusion; right?

 4   A     The third paragraph?  The -- yeah.

 5   Q     The whole page has the conclusion.

 6   A     Yes.  Yes.

 7   Q     And if you look at the middle paragraph, News Corp

 8   concluded that the strategy of deprioritization caused it no

 9   noticeable revenue loss; do you see that?

10   A     Yes.  But I also see that it says:  "It remains to be

11   seen how the bidding behavior changes when first price

12   auction comes into force."

13         So I was --

14   Q     That's why I was asking you the question about the

15   before and after with the first-price auction because I

16   wanted to know for myself.

17         But my question is about this -- the conclusion.

18   And so you see that the strategy of deprioritization caused

19   News Corp no noticeable revenue loss; correct?

20   A     Yes.

21   Q     Okay.  And so when News Corp set up its DFP ad server

22   to deprioritize AdX and let other SSPs have a first look

23   over AdX, that caused News Corp no noticeable revenue loss?

24   A     Yes.

25   Q     I'd like to talk for a minute about Uniform Pricing
```

Cross-examination - S. Layser

```
 1    Rules.
 2              So Uniform Pricing Rules --
 3    A     Unified.  Unified.
 4    Q    We can call them unified.  That's fine.  I think people
 5    call them both things, but I'll call them unified.
 6              Unified Pricing Rules meant that the same price
 7    floor was going to apply to all programmatic buyers in DFP;
 8    right?
 9    A     All right.  Did we switch in the -- what was the number
10    that I needed to go to?
11    Q    We're not --
12    A    We're not in the binder?  Are we out of the binder?
13    Okay.
14    Q    You can put that aside.
15    A    Okay.
16    Q    So keep it with you.  We might look at it again, but
17    you don't have to look at the document right now.
18              So the Uniform Pricing Rules meant that the same
19    floor price applied to all programmatic buyers in DFP;
20    right?
21    A    In DFP, yes.
22    Q    Okay.  And you wanted to set price floors higher for
23    AdX than for other exchanges?
24    A    Yes, because they had an informational advantage.
25    Q    You've characterized this as wanting to set specific
```

92

Cross-examination - S. Layser

```
 1   rules against AdWords; right?

 2   A     Specific rules for AdWords.

 3   Q     Specific rules against AdWords, is my question.

 4   A     I wouldn't categorize it as against, but you're setting

 5   floors for -- specific floors for AdWords.

 6   Q     Okay.  If you could turn to page -- tab 25 of your

 7   binder, please.

 8           Tab 25 contains a transcript that has been marked

 9   as Plaintiffs' Exhibit 1854.  I am not seeking to move this

10   transcript into evidence at this time, but for your

11   reference, that's what the document is.

12           And, Ms. Layser, if you could please turn to

13   page 37 of that transcript.  You see at page 37 of that

14   transcript starting on line 10, there's a statement from

15   you; do you see that?

16   A     Yes.

17   Q     Okay.  And at the -- at line 19 at the end of that

18   statement, you say:  "So it's a little bit concerning to me

19   that we won't be able to set specific -- specific rules

20   against AdWords"; do you see that?

21   A     Yes.

22   Q     And did you say that?

23   A     Yes.

24   Q     You wanted to set specific rules against AdWords

25   because doing that would eat away at Google's margin;
```

93

Cross-examination - S. Layser

1  correct?

2  A    Yes.

3  Q    Okay.  You acknowledge that setting a higher price

4  floor for AdX wasn't about making publishers more money?

5  A    When you eat away at the margin, it makes publishers

6  more money.

7  Q    So it's your testimony that it was about making

8  publishers more money?

9  A    Yeah.  We set AdWords higher -- we set AdWords' prices

10  higher because we wanted to make publishers more money.

11  Q    All right.  Let's turn now to page 102 of this same

12  transcript in the binder.

13         And do you see there's a statement on page 102

14  beginning at line 7 from you?

15  A    Yes.

16  Q    Okay.  And sort of in the middle of that statement, you

17  say:  "I think the -- the big rub or the thing that we're

18  most frustrated about is the idea that we -- we -- maybe

19  it -- the flooring doesn't have to do with pure yield.

20  Maybe it has to do with business rules that we need in this

21  organization or things that might not just optimize yield,

22  but might be what we need for our own business"; do you see

23  that?

24  A    Yes.

25  Q    And did you say that?

94

Cross-examination - S. Layser

```
 1   A    Yes.
 2   Q    Okay.  And when you say "the flooring doesn't have to
 3   do with pure yield," you mean the flooring doesn't have to
 4   do with purely making more money?
 5   A    Yes.
 6   Q    Okay.  Now, the reason that you wanted to eat away at
 7   Google's margin and set higher price floors for AdX was
 8   because Google Ads or AdWords runs an auction before the
 9   bids go into AdX; is that right?
10   A    Yes.
11   Q    Google wasn't the only bidder that ran its own auction
12   before bidding into an SSP; right?
13   A    I don't know.
14   Q    If you can go back to page -- to tab 22 in your binder
15   there.  And this is Defense Exhibit 655, which is already in
16   evidence.  And if you could turn now just to the first page
17   of this document, and I want to direct your attention to the
18   second arrow under background.  And your screen is off, so
19   you're going to have to look at it on the paper.
20   A    22?
21   Q    You see the line that says "the concern is"?
22   A    The line that says "the concern."
23   Q    Under background, second arrow begins "the concern is."
24   A    Okay.  I am on page 22.
25   Q    You're on page 1 of tab 22 in your binder?  It's up on
```
95

Cross-examination - S. Layser

```
 1    your screen now, too.

 2    A    Oh, God.

 3    Q    You see that, it says:  "The concern is that many

 4    buyers, such as Criteo or Google AdWords, are holding

 5    internal second-price auctions within their system."

 6              So as a part of this analysis of setting up the ad

 7    server to deprioritize AdX, News Corp observed that Criteo

 8    was also running an auction before it was bidding into SSPs?

 9    A    Yes.

10              THE COURT:  At this point, it's 11:00.  We

11    normally take a break around now.  We'll be on a 20-minute

12    break until 11:20.  All right.

13                       (A recess was taken.)

14              MS. SESSIONS:  May I proceed, Your Honor?

15              THE COURT:  Yes, ma'am.

16    BY MS. SESSIONS:

17    Q    Ms. Layser, before we broke, we were discussing Uniform

18    Pricing Rules; do you recall that?

19    A    Unified Pricing Rules.

20              THE COURT:  It's the same thing, folks.

21    BY MS. SESSIONS:

22    Q    We're going to agree to disagree.

23    A    Okay.  Sorry.  I just wanted to make sure that I was

24    doing it right.

25    Q    After these pricing rules, there were still
```

96

Cross-examination - S. Layser

```
 1    work-arounds that publishers could enable to make AdX clear

 2    a higher price floor; right?

 3    A    There was one that I was familiar with.

 4    Q    So one work-around could be that a publisher would take

 5    its bids in from header bidding or from Prebid and then

 6    boost that price that came from header bidding and put a

 7    higher price into the ad server; right?

 8    A    Yes.

 9    Q    Okay.  And --

10         MS. SESSIONS:  Could we please put up Plaintiffs'

11    Demonstrative H, please.  It will hopefully appear on your

12    screen.  There you go.

13    BY MS. SESSIONS:

14    Q    Ms. Layser, what you're seeing on your screen here is

15    Plaintiffs' Demonstrative H.

16         So if you see in this demonstrative, there are

17    bids coming in from OpenX, PubMatic, Index Exchange and

18    Magnite.  Those are header bidders coming in there.  And

19    then there is $1.10, it says, coming in from header bidding,

20    and then that's being passed into the ad server; do you see

21    that?

22    A    Yes.

23    Q    And the work-around that we're talking about is,

24    instead of putting $1.10 into the ad server as the highest

25    bid coming from header bidding, the publisher could put
```

97

Cross-examination - S. Layser

```
 1    whatever value that they wanted into that slot and send it
 2    into the ad server?
 3    A    Yes.
 4    Q    And that was possible to do even before Google's
 5    first-price auction; correct?
 6    A    Yes.  Publishers have control over the ...
 7    Q    Thank you.  You can put that aside.  Thank you.
 8         I want to talk just a little bit more about Prebid
 9    and the early days of header bidding.
10         So initially when header bidding started, no SSPs
11    were really ready to participate in Prebid; is that right?
12    A    So before Prebid, there were some ad networks that used
13    header-bidding-like functionality but not the model where
14    you could send like a real-time bid into it.
15    Q    Okay.  And you worked at A+ Publishing in 2016; right?
16    A    Yes.
17    Q    And you testified that you helped them set up their
18    Prebid implementation; right?
19    A    Yes.
20    Q    Okay.  At that time when you were working at A+ and
21    setting up header bidding with them, Amazon did not want to
22    bid into A+'s Prebid header bidding solution; right?
23    A    Yes.
24    Q    Okay.  And while you worked at News Corp, Amazon still
25    did not bid into Prebid; correct?
```

98

Cross-examination - S. Layser

1    A    Correct.

2    Q    And there's today still some companies other than

3    Google that don't bid into Prebid; right?

4    A    Yes.

5    Q    Now, you agree that it's technically possible to use

6    Google's DFP without calling AdX; right?

7    A    Yes.

8    Q    Okay.  And you'd agree that it's technically possible

9    to use Google's Open Bidding also without calling AdX;

10   right?

11   A    Yes.

12   Q    And it's technically possible to use AdX without using

13   DFP as your ad server; correct?  You can call AdX from an ad

14   server that's not DFP; correct?

15   A    It's hard to say now because they're branded as --

16   like, we've been talking about them as DFP and AdX, but now

17   they're branded as being GAM as one, so it's kind of a hard

18   question to answer.

19   Q    You can call -- my question is whether you can call AdX

20   from an ad server that is not Google's.

21   A    Yes.

22   Q    Okay.  Great.

23        Now, you have a problem with how AdX would return

24   bids to a non-Google ad server; right?

25   A    Yes.

Cross-examination - S. Layser

```
 1    Q    Okay.  And you've characterized that as a problem that
 2    Google isn't bidding into other header bidding or
 3    server-to-server solutions; correct?
 4    A    So my problem is that they don't do a real-time price.
 5    Q    My question is how you've characterized that.
 6         You've characterized that as a problem that Google
 7    is not bidding into other header bidding or server-to-server
 8    solutions; correct?
 9    A    Yes.
10    Q    Okay.  And you want Google to bid into other people's
11    auctions; right?
12    A    I would like Google to pass the publisher a real-time
13    price.
14    Q    You want Google to bid into other header bidding or
15    server-to-server solutions; correct?
16    A    I would like them to bid into the open source solution
17    Prebid.
18    Q    Okay.  You would like them to bid into Prebid.
19         And Google's never bid into Prebid; correct?
20    A    You can't get a real-time price out of it, so you can't
21    build an adapter at a publisher if you wanted to.
22         THE COURT:  I'm sorry.  The question is yes or no.
23         THE WITNESS:  Yes.  Hold on.  Can you ask the
24    question again?  I don't know.
25    BY MS. SESSIONS:
```

                                                                    100

Cross-examination - S. Layser

```
 1   Q     Thank you.
 2             Google has never bid into Prebid; correct?
 3   A     Correct.
 4   Q     Google's never bid into a third-party header bidding
 5   solution; correct?
 6   A     Correct.
 7   Q     Okay.  You also want Google to contribute AdX to
 8   Prebid; right?
 9   A     Yes.
10   Q     And by that you mean make AdX open source and available
11   to everybody for free?
12   A     No.  No.
13   Q     Prebid is an open-source solution; correct?
14   A     Yes.  It's not making AdX open source.
15   Q     But you want Google to contribute AdX to Prebid?
16   A     No.  It's not contributing AdX to Prebid; it's building
17   an adapter to Prebid.
18   Q     Okay.  Let's turn to tab 13 in your binder, please.
19   A     Okay.
20   Q     And tab 13, Ms. Layser, is this a copy of an opinion
21   piece that you wrote in AdExchanger dated --
22   A     Yes.
23   Q     -- July 12th, 2019?
24   A     Yes.
25   Q     If you could turn to the last page of this document,
```

101

Cross-examination - S. Layser

```
 1    which is page 6 of the article.  And you see there's a

 2    paragraph kind of in the center of the page that says "a

 3    first step"; do you see that?

 4    A    Yes.

 5    Q    And you wrote:  "A first step, relatively easy for

 6    Google, would be to contribute AdX to prebid.org, the

 7    industry-regulated header bidding solution and first-price

 8    auction"; did you write that?  Ma'am, did you write that?

 9    A    I did.

10    Q    Okay.  You believe that parts of ad tech should be

11    community assets; is that right?

12    A    Can you repeat that?

13    Q    You believe that parts of ad tech should be community

14    assets?

15    A    Yes.

16    Q    One thing that you think should be a community asset is

17    real-time bidding; is that right?

18    A    Yes.

19    Q    And you believe that ad tech community assets should

20    not be run by for-profit companies; is that right?

21    A    Do I believe that community assets should not be run by

22    for-profit entities?

23    Q    You believe that ad tech community assets should not be

24    run by for-profit companies.

25    A    No.
```

                                                                102

Cross-examination - S. Layser

```
 1   Q    Okay.  Let's turn to page -- tab 27 in your binder,
 2   please.
 3           Tab 27 is a transcript of a podcast episode that's
 4   available online titled:  Happens in Ad Ops, Prebid,
 5   Identity and Yield with Steph Layser.  If you could turn to
 6   page 9 of this transcript, please.
 7           And if you see on page 9, there's a statement by
 8   you, it actually starts on page 8, but I'll direct your
 9   attention to page 9 starting at line 2.  It says:  "And I
10   think there is -- just like I think in areas outside of
11   identity, I think there is a general -- there is a general
12   problem with community assets being things that I believe
13   are community assets being run by companies that are
14   for-profit companies"; right?
15           MR. VERNON:  Objection.  Improper impeachment.
16   It's not in existence -- it's --
17           (Reporter interrupted for clarification.)
18           THE COURT:  Overruled.  I think it's adequate
19   impeachment.
20           Go ahead.
21   BY MS. SESSIONS:
22   Q    Ms. Layser, did you say that?
23   A    I don't remember, but because it's in here, yes.
24   Q    You have no reason to believe --
25   A    I have no reason to believe I didn't say that.
```

                                                          103

Cross-examination - S. Layser

```
 1   Q    Ms. Layser, before joining Amazon --
 2              THE COURT:  Let me interrupt.
 3              What do you actually mean by community assets?
 4   You mean open source?  What do you mean?
 5              THE WITNESS:  So I believe that RTB, real-time
 6   bidding, is a community asset.  I believe that it is a
 7   standard that must be set, and it is a protocol that we must
 8   follow in the industry.
 9              I believe that when -- I believe that when
10   different ad exchanges are competing against each other,
11   they should compete in an open-source fashion, and I believe
12   that the software that runs that should be open source
13   because of the fact that I want to be able to check --
14              THE COURT:  I mean, do you think that the
15   exchanges shouldn't be for-profit entities?
16              THE WITNESS:  No.  I think the exchanges can be
17   for-profit entities.  I believe that when you're -- when the
18   exchanges are competing against each other, that -- I
19   believe that it should be -- like the core software should
20   be open source, and that's a community asset.  Something
21   that we work on together.
22              THE COURT:  Okay.
23   BY MS. SESSIONS:
24   Q    Ms. Layser, before you worked at Amazon, you had only
25   ever worked on the publisher side of ad tech; is that right?
```

104

Cross-examination - S. Layser

```
 1   A     Yes.

 2   Q     And working at Amazon right now, are you focused on the

 3   publisher side still?

 4   A     Yes.  I'm focused on the publisher side and ad

 5   platforms.

 6   Q     Okay.  You've never worked on the advertiser side of ad

 7   tech?

 8   A     I have not.  I have some experience.

 9   Q     But you --

10   A     I have some experience, but I have never --

11   Q     You've never worked on the advertiser's side?

12   A     Yeah.

13   Q     You'd agree that your industry has changed a lot over

14   the last 14 years; right?

15   A     Yes.

16   Q     You'd agree that your industry moves fast?

17   A     Yes.

18   Q     And you would agree that Prebid will continue to

19   strengthen the future of the open web?

20   A     I hope it will.

21   Q     In 2021, you believed that Prebid would continue to

22   strengthen the future of the open web?

23   A     I would say in 2021 I would have said that.

24   Q     Okay.  And Prebid, at least in 2021, had made the

25   advertising ecosystem more competitive; right?
```

105

Redirect examination - S. Layser

```
 1   A    Yes.
 2             MS. SESSIONS:  Okay.  Thank you, Ms. Layser.  I
 3   have no more questions at this time.
 4             THE COURT:  All right.  Any redirect?
 5             MR. VERNON:  Yes, Your Honor.
 6                       REDIRECT EXAMINATION
 7   BY MR. VERNON:
 8   Q    I'm going to try to go in rough order.
 9             So earlier counsel for Google asked you about
10   whether certain optimizations were good for News Corp and
11   you said they were in the short term; do you remember that?
12   A    Yes.
13   Q    What do you mean when you said they were good in the
14   short term?
15   A    So oftentimes when we would look at our revenue
16   numbers, for the first month or so we would see a pop in
17   yield and we would see more money, and then after a period
18   of time, it would kind of settle and we would start to see
19   like a slight dip in revenue.
20   Q    And I think counsel also asked you whether News Corp
21   competed with Facebook, Google and Amazon; do you remember
22   that?
23   A    Yes.
24   Q    Have you ever worked for an exchange?
25   A    No.
```

106

Redirect examination - S. Layser

```
 1    Q     Were you offering an opinion as to who the main
 2    competitors are for AdX or other exchanges?
 3    A     No.
 4    Q     Does Facebook even have a competing ad server?
 5    A     No.
 6    Q     Does Amazon have a competing ad server?
 7    A     No.
 8          MR. VERNON:  Can we move to the Cinderella
 9    document, which I think is -- can I ask Google?  It was the
10    DTX with the chart at the beginning.  I don't remember which
11    tab it was.
12          MS. WOOD:  404.
13          MR. VERNON:  Thank you.
14    BY MR. VERNON:
15    Q     Let's start with page 1.  There's a chart at the
16    bottom; do you see that?
17    A     Yes.
18    Q     And there's --
19    A     Yes.
20    Q     There's, I think, six rows.
21          Counsel for Google -- let me ask you about the row
22    that says switching cost.  Can you explain what this was
23    intended to show?
24    A     So this was intended to show the change management.  It
25    would -- that would impact our operations teams to switch
```

107

Redirect examination - S. Layser

```
 1    from one ad server to the other.
 2    Q    And why did that matter when you were making this
 3    analysis of whether to use Xandr or DFP?
 4    A    To be able to do it right, it would take us over a year
 5    to be able to do it, and it would take -- it would be a
 6    distraction for our ad operations team.  And like I
 7    mentioned before, there was a lot of personnel who had never
 8    even used anything outside of DFP before.  So training.
 9    Q    And I think you said to do it right, it would take a
10    year.
11              What are you referring to that it would take a
12    year?
13    A    To switch from DFP on to AppNexus or Xandr's ad server.
14    Q    If you look at the next row, it says revenue risk on
15    the left.
16              Can you explain what this was intended to convey?
17    A    Yes.  We were -- we ran an analysis with the
18    information that we had to decide what the revenue risk was,
19    and it was an eight-figure impact on our businesses if we
20    were to switch ad servers.
21    Q    If you could turn to page 2.  At the bottom, the very
22    last bullet point says:  "AppNexus is the only real
23    alternative to the Google publisher product suite offering a
24    partial hedge on Google's power and influence"; do you see
25    that?
```

108

Redirect examination - S. Layser

```
 1    A     Yes.

 2    Q     What does this mean?

 3    A     We felt as though our only option was to possibly move

 4    to AppNexus, AppNexus's publisher ad server, because we

 5    wanted to, like, decrease reliance on Google.

 6    Q     Why were there no other options other than potentially

 7    AppNexus?

 8    A     We didn't find any other publisher ad servers that we

 9    thought, like, were close enough to even evaluate other than

10    AppNexus.

11    Q     And why were you concerned about Google's power and

12    influence?

13    A     It felt -- it felt then at that moment in time that

14    they were already beginning to make product decisions that

15    were outside of the best interests of us and our business,

16    and we wanted to make sure we could still innovate, we

17    wanted to make sure we could still develop, and that is

18    why -- yeah.  That is why we were seeking other options.

19    Q     Counsel also asked you whether you were able to use

20    Xandr as leverage to get a lower price; do you remember

21    that?

22    A     Yes.

23    Q     Were you -- was News Corp able to use Xandr as leverage

24    to get Google to eliminate UPR?

25    A     No.
```

109

Redirect examination - S. Layser

```
 1   Q     Why not?

 2   A     Because we asked them -- we didn't want UPR, we

 3   complained about UPR.  But when product features happen in

 4   DFP, you just take them.  You have to take them.

 5   Q     Why do you have to take them?

 6   A     Because otherwise, there is no really other option.

 7   Q     What about Facebook?  Why couldn't you use Facebook as

 8   leverage to get Google to eliminate UPR?

 9   A     Because they don't have a publisher ad server.

10   Q     Was Google able -- I'm sorry.

11         Was News Corp able to use Xandr as leverage to get

12   Google to give News Corp the log-level data that you wanted?

13   A     No.

14   Q     Why not?

15   A     Because it's a product feature, and we have to take the

16   product features that DFP gives us.

17   Q     Let's turn to page 11.  It's titled revenue risk.

18         And this -- there is a chart here that's an

19   analysis of how much revenue News Corp could lose if it

20   switched ad servers; is that right?

21   A     Yes.

22   Q     When my colleague asked you some questions, you

23   characterized this analysis as conservative; do you remember

24   that?

25   A     Yes.
```

110

1    Q    Why did you say it was conservative?

2    A    I did not have enough clarity on the mechanics of the

3    ad server and AdX together to be able to do an accurate

4    analysis that I felt 100 percent confident in.

5    Q    Did you think it was more likely that this analysis

6    understated or overstated the amount of --

7              MS. SESSIONS:  Objection, Your Honor.  Leading.

8              THE COURT:  Counsel, you do need to be on your

9    feet when you're objecting.

10             MS. SESSIONS:  I'm sorry, Your Honor.  Objection.

11   Leading.

12             THE COURT:  I'll sustain the objection.

13             Go ahead.

14   BY MR. VERNON:

15   Q    What is DV360?

16   A    DV360 is Google's DSP demand-side platform.

17   Q    What if -- what effect would switching away from DFP

18   have on the revenue that News Corp gets from DV360 through

19   AdX?

20   A    It was unknown at the time.

21   Q    Does this chart incorporate potential revenue loss that

22   News Corp could receive from DV360 if it switched away?

23   A    No.

24   Q    One of the things that you mentioned when counsel was

25   asking you about this document, you said that outside of the

111

Redirect examination - S. Layser

```
 1    U.S., News Corp's business units had a lower percentage of
 2    their revenue coming from Google Ads; do you remember that?
 3    A    Yes.
 4    Q    Why did you say that?
 5    A    Because most of the time, European publishers have a
 6    lower percentage of Google Ads demand.  There's less Google
 7    Ads demand in Europe than there typically is in the U.S.
 8    Q    And how does that affect whether News Corp's U.S.
 9    publishing business units could switch away from DFP?
10    A    They have a higher reliance on Google.
11    Q    What concern, if any, did you have that switching away
12    from DFP could cause News Corp to lose revenue from DV360?
13    A    I did have a concern about that.
14    Q    I'm sorry.  You said you did or you did not?
15    A    I did have a concern about that, yeah.
16    Q    One of the things that counsel asked you about was
17    whether you -- whether News Corp had log-level data showing
18    whether advertisers who bid on Google Ads also bid
19    elsewhere; do you remember that?
20    A    Yes.
21    Q    And if you look at the second bullet point, line 3, it
22    says -- I'm sorry, starting at line 2:  "While we would
23    retain some access to AdWords demand if we switched away
24    from DFP to AppNexus for ad serving, we would likely face a
25    severe drop"; do you see that?
```

112

```
 1   A     Yes.

 2   Q     Why were you concerned about facing a severe drop in

 3   revenue even though it's at least possible that some

 4   advertisers use both Google Ads and other buying tools?

 5   A     It was hard to know exactly how much Google AdWords --

 6   like, I had heard in the industry that --

 7             MS. SESSIONS:  Objection, Your Honor.

 8             THE COURT:  This is not being offered for the

 9   truth if she's explaining.  So I'll permit it.  Overruled.

10             THE WITNESS:  So I had heard in the industry that

11   Google AdWords, that you could only get retargeting budgets

12   through other SSPs, that there was a significant amount of

13   unique demand that was specifically in AdX.  And so my risk

14   in switching, I was worried -- I didn't know exactly how

15   much it would be, and I couldn't really run an analysis that

16   was much better because I didn't have access to my logs to

17   be able to do that, and I didn't know the behavior exactly

18   on the Google side of how they would treat a two-ad-server

19   system versus running through DFP.  Right.  It was a risk.

20   And so from my perspective -- sorry.  I lost the question.

21   BY MR. VERNON:

22   Q     Yeah.  I think the question was:  Why were you

23   concerned about losing revenue from Google Ads, even though

24   you didn't have access to data about whether a specific

25   Google Ads advertiser could also be buying ads through some
```

113

Redirect examination - S. Layser

```
 1   other DSP or network?

 2   A    I just didn't know what percentage we would be able to

 3   retain.

 4   Q    Counsel also asked you -- I think if you look at the

 5   bottom of this table where it says total; do you see that?

 6   A    Yes.

 7   Q    I think this indicates that approximately 42 percent of

 8   News Corp's programmatic revenue for that year came from

 9   AdX; is that right?  I'm sorry.  42 percent -- 53 percent

10   came from AdX; is that right?

11   A    Yes.

12   Q    And 42 percent of the AdX came from AdWords; is that

13   right?

14   A    Yes.

15   Q    So this shows that not -- it's not true that

16   100 percent of News Corp's revenue -- programmatic revenue

17   came from Google Ads; correct?

18   A    Correct.

19   Q    Why were you concerned about losing access to Google

20   Ads' revenue, even though it wasn't 100 percent of your

21   programmatic revenue?

22   A    Because every bit of money counts in publishing.

23   Q    And why does every bit of money count in publishing?

24   A    Because we have to hire journalists, we have to hire --

25   like, we have to make the best possible products, we have to
```

114

Redirect examination - S. Layser

```
 1   hire engineers, technologists, all of the people that invest

 2   in your business.  So when advertising is a massive revenue

 3   stream, you've got to hold onto it, and you've got to

 4   maximize it as well as you can.

 5   Q    Counsel also asked you about some other competitors

 6   like Nativo; do you remember that?

 7   A    Yes.

 8   Q    What percentage of News Corp's revenue comes from

 9   Nativo?

10   A    I don't know, but very small.

11   Q    And I think counsel also asked you about TripleLift, if

12   I remember correctly.

13   A    Yeah.

14   Q    What percentage comes from TripleLift?

15   A    A small amount.

16   Q    Is there any other ad tech provider that comes even

17   close to the 53 percent that came from AdX at this time?

18   A    No.  And this is 2016.  It grew over the time that I

19   was at News Corp.

20   Q    What grew?

21   A    The amount that went to AdX.

22   Q    Counsel also asked you about an email exchange with

23   Defy Media; do you remember that?

24   A    Yes.

25   Q    And Defy Media described itself as having unique
```

115

Redirect examination - S. Layser

```
 1   demand; do you remember that?

 2   A    Yes.

 3   Q    And, again, which company has the largest pool of

 4   unique demand in programmatic display?

 5   A    Google Ads.

 6   Q    How does Defy Media's unique demand compare to Google

 7   Ads?

 8   A    I'm not even sure if Defy Media has unique demand.

 9   Q    Why weren't you interested in integrating with Defy?

10   A    I had previously -- from that email I had had previous

11   experience with Defy Media, and the technology, there was a

12   big discrepancy.  Remember, I talked about losing

13   impressions meant lost revenue.  There was a big discrepancy

14   in lost impressions when they went to Defy Media, and I

15   didn't want to run the risk of losing those impressions.

16   Q    Can you please turn to tab 22 in your binder.  It's the

17   document titled "Deprioritizing the Google Ad Exchange."

18   Are you ready?

19   A    Yeah.

20   Q    This document talked about using key values to block

21   AdX from bidding when either TAM or Prebid bid; is that

22   right?

23   A    Yes.

24   Q    And what are TAM and Prebid?

25   A    Header bidding solutions.
```

116

Redirect examination - S. Layser

1  Q    So was this document -- counsel asked you about whether

2  this document said you could give exchanges other than AdX a

3  first look; do you remember that?

4  A    Yes.

5  Q    Was this document talking about using this blocking

6  system after the emergence of header bidding or before the

7  emergence of header bidding?

8  A    This was about the blocking after -- like after header

9  bidding.

10  Q    Does this document say anything about whether News Corp

11  could -- I'll move on.

12        I think you also said when you were discussing

13  this document that you thought that this experiment was run

14  before the shift to the Unified First Price Auction; is that

15  right?

16  A    Yes.

17  Q    How much did News Corp use this system that News Corp

18  tested in this experiment after the experiment ended?

19  A    We did not.

20  Q    Why did News Corp not use this system for blocking AdX

21  after the experiment ended?

22  A    So after the Unified Pricing Rules went out, we noticed

23  the behavior in AdX.  Google Ads was bidding one to two

24  pennies above, but the non-Google DSPs were -- like, were

25  adding more revenue through AdX.  And so it was a high --

117

Redirect examination - S. Layser

```
 1   like a higher risk after the Unified Pricing Rules for us to
 2   implement this experiment.
 3   Q    And so by the time you left News Corp, what percentage,
 4   ballpark, of News Corp's programmatic revenue came from AdX?
 5   A    I believe it was between, like, 70 and 80 percent.
 6   Q    And so News Corp did not use this system to reduce that
 7   percentage, at least -- you're right.  I'll move on.
 8         Counsel also asked you about FAN in connection
 9   with this document; do you remember that?
10   A    Yes.
11   Q    What was FAN?
12   A    It was Facebook Audience Network.
13   Q    To what extent does Facebook Audience Network buy
14   open-web display inventory today?
15   A    It does not.
16   Q    You can set that document aside.
17         Counsel -- I'm sorry.
18         A minute ago you said there would be higher risk
19   to implementing this deprioritizing system today; do you
20   remember that?
21   A    Yes.
22   Q    Can you just explain why that is?
23   A    So we were seeing the impressions that header bidding
24   bid on through AdX non-Google DSPs, that they were adding
25   incremental revenue value.  So after Unified Pricing Rules,
```

                                                                118

Redirect examination - S. Layser

1    we were worried that if we implemented this experiment, that

2    we would lose revenue.  And because Unified Pricing Rules

3    made it so that you couldn't set different floors for

4    different buyers, I couldn't set Google -- like, we couldn't

5    set Google AdWords.  Like, we couldn't set a rule that said,

6    okay, Google AdWords, you know, if Prebid or TAM responds,

7    you know, Google AdWords is blocked.  Like, that ability was

8    done after Unified Pricing Rules.

9    Q    You mentioned I think on -- during questions by my

10   colleague that News Corp wanted to floor Google Ads higher

11   than other networks or DSPs; do you remember that?

12   A    Yes.

13   Q    Why did you want to do that?

14   A    So one of the reasons was what we talked about before,

15   was that it helped make publishers more revenue.  But

16   another reason that we sometimes did higher floors for

17   certain exchanges was if, like, fraud, malware, something

18   bad was coming through, they usually buy like through kind

19   of the bottom.  Right.  So low CPMs.  They usually buy low

20   CPMs.  So if you set the floor a little bit higher, it helps

21   with ad quality.

22   Q    What impact did UPR have on News Corp's ability to set

23   a higher floor for Google Ads as compared to other DSPs or

24   other networks?

25   A    So you couldn't set a higher floor for AdX, but you

119

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Redirect examination - S. Layser

```
1   could go into a competing SSP, and you could set higher
2   floors in their system.
3   Q    Counsel for Google also asked you about what they call
4   the UPR work-around; do you remember that?
5   A    Yes.
6   Q    They asked you about whether a publisher could boost
7   the header bidding price; do you remember that?
8   A    Yes.
9   Q    How often did you do this when you were working at any
10  of your publishers?
11  A    I did not do this.
12  Q    And how many publishers did you work for or consult
13  with again?
14  A    It was between 75 and 80.
15  Q    Why did you never do this header bidding boost across
16  any of your 75 to 80 publishers?
17  A    So your ad server is your source of truth for your
18  revenue.  So you would have, like, an order management
19  system, you would have all these downstream systems,
20  reporting analytics, et cetera.  If you start doing bid
21  inflation, you have to, like, normalize that data across all
22  of the rest of those systems.  So operationally, if you're
23  like a premium publisher, it's difficult to do.
24  Q    Counsel for Google also asked you whether it was
25  technically possible to turn off AdX within DFP; do you
```

120

Redirect examination - S. Layser

```
 1    remember that?

 2    A    Yes.

 3    Q    Realistically, did you think that any of the publishers

 4    that you worked for actually could have decided to, in

 5    practice, not call AdX?

 6    A    So you could, but you would lose a lot of money.

 7    Q    Why do you say that?

 8    A    Because AdX was, you know -- we looked, it was

 9    53 percent of our revenue in 2016 at News Corp.  Turning off

10    AdX is -- that's a lot of revenue.  And then the unique

11    demand is Google Ads, which was 18 million.  So you would

12    also have to consider that.

13    Q    Counsel also asked you about contributing to Prebid; do

14    you remember that?

15    A    Yes.

16    Q    What did you mean when you said "contribute to Prebid"?

17    A    So what I meant was, I wanted AdX to build an adapter

18    in Prebid.  So an adapter, just AdX would put out a

19    real-time price.  And, actually, Google wouldn't even have

20    to build an adapter; they would just have to give a

21    real-time price.  A publisher could build an adapter if they

22    were given a real-time price, or a publisher could do their

23    own proprietary header bidding solution or anything like

24    that.  But what we wanted was a real-time price so that we

25    could use it for any downstream systems, different
```

121

Redirect examination - S. Layser

```
 1    decisioning so that we had control over our inventory and
 2    how it was monetized.
 3    Q    Were you saying that Google should be required to
 4    donate AdX to an open-source company?
 5    A    No.
 6    Q    What were you saying?
 7    A    I was saying that I wanted them to build -- like, I
 8    wanted them to deliver out a real-time price so publishers
 9    could use it.
10    Q    Let's turn to tab 13 in your binder.  And if you could
11    go to the last page, it's I think page 6, the page that
12    counsel was asking you about.  And there's a subtitle that
13    says "a possible solution"; do you see that?
14    A    Yes.
15    Q    If you look at line 2, you write:  "In a perfect world,
16    I believe DFP and AdX" --
17              MS. SESSIONS:  Your Honor, this is -- this is
18    hearsay.  We used this document purely for impeachment
19    purposes.  It's not in evidence.
20              MR. VERNON:  We're not using this for the truth;
21    we're using this to respond to counsel asking questions
22    about the very next paragraph.
23              THE COURT:  Yeah.  It's redirect.  I'm permitting
24    it.  Overruled.
25    BY MR. VERNON:
```

122

Redirect examination - S. Layser

```
 1   Q    You wrote:  "In a perfect world, I believe DFP and AdX

 2   should be two separate products"; do you see that?

 3   A    Yes.

 4   Q    Why did you believe that?

 5   A    Because I believed if they're decoupled, that

 6   publishers would have more choice.

 7   Q    Why do you believe if AdX and DFP were decoupled,

 8   publishers would have more choice?

 9   A    Because then publishers would be able to take the

10   real-time price from AdX, and they would be able to use a

11   different publisher ad server.

12   Q    And why would having more choice in publisher ad

13   servers be good for you when you were working at News Corp?

14   A    I could use a publisher ad server that had my best

15   interests in mind and innovated on behalf of me.

16   Q    I think one of the things that you said when counsel

17   was asking you questions about this was you said when

18   exchanges are competing against each other, I want something

19   to be managing that competition that is open source; do you

20   remember that?

21   A    Yes.

22   Q    What led you to that belief that you thought the thing

23   that should be managing competition between exchanges should

24   be open source?

25   A    Because I wanted it to be fair.
```

123

Redirect examination - S. Layser

```
 1   Q    And what had you seen in the past that made you think
 2   that was important?
 3   A    I had seen auction mechanics that were unfair and ones
 4   that didn't benefit publishers, and I wanted publishers to
 5   be able to control their own inventory.
 6   Q    And whose auctioning mechanics were those?
 7   A    Google's.
 8   Q    And which ones are you talking about?
 9   A    I'm talking about Dynamic Allocation, I'm talking about
10   Unified Pricing Rules, I'm talking about every single
11   product features that they shoved down our throats over the
12   course of time that we were using DFP.
13   Q    Counsel also asked you if the industry is changing a
14   lot; do you remember that?
15   A    Yes.
16   Q    And whether it was moving fast?
17   A    Yes.
18   Q    Has any -- what was the percentage of your programmatic
19   revenue that you got at News Corp at the end of your tenure
20   there, ballpark?
21   A    Can you repeat the question?
22   Q    As of the time you left News Corp, what percentage of
23   News Corp's programmatic revenue came from AdX?
24   A    It was between 70 and 80 percent.
25   Q    So did anything change during your tenure at News Corp
```

                                                              124

```
 1    in the industry that reduced the percentage of revenue that

 2    News Corp got from AdX?

 3    A    No.

 4    Q    What publisher ad server did you use when you worked

 5    for your first publisher in, I think it was 2010?

 6    A    DFP.

 7    Q    And what publisher ad server did you use at the end of

 8    your tenure at News Corp?

 9    A    DFP.

10    Q    Did anything change in the fast-moving industry about

11    whether the publishers that you worked for were reliant on

12    DFP?

13    A    No.  They became more reliant.

14    Q    Why did they become more reliant over time?

15    A    More AdX demand.  More AdWords demand.

16    Q    Let me ask you just to explain a little bit about how

17    UPR works.

18           Who sets the price floor?

19    A    Publishers.

20    Q    And what does UPR do to the price floor that publishers

21    set?

22    A    It shuts off all the line items that are below the

23    price point that you put in.  So basically if you set up a

24    unified -- like in your network line items, if you set a

25    unified price floor of $3, any of the line items that are
```

125

Recross-examination - S. Layser

```
 1   below that, like, don't -- they're not part of the
 2   decisioning.
 3   Q    What effect did UPR have on News Corp's ability to set
 4   a high price floor for AdX than for other exchanges?
 5   A    You could not set a higher price floor for AdX versus
 6   other exchanges.
 7   Q    And why did you want to set a higher price floor for
 8   AdX compared to other exchanges?
 9   A    To make more money, to manage ad quality.
10            MR. VERNON:  I pass the witness.
11            THE COURT:  Any recross?
12            MS. SESSIONS:  Very briefly, Your Honor.
13                    RECROSS EXAMINATION
14   BY MS. SESSIONS:
15   Q    Ms. Layser, I believe you were -- you were just asked
16   about what led you to want to have an open-source solution
17   for the industry; do you recall that?
18   A    Yes.
19   Q    And you mentioned some things that you thought were
20   unfair that caused you to want that --
21   A    Yes.
22   Q    -- right?
23            One of those was Uniform Pricing Rules?
24   A    Yes.  UPR.
25   Q    Uniform Pricing Rules came out many years after Prebid
```

126

Recross-examination - S. Layser

```
 1   was started; right?

 2   A    Yeah.  Prebid was started in, like, '15/'16, and then

 3   '19 was Unified Pricing Rules.

 4   Q    And just one last set of questions.

 5        We, together, looked at an analysis that News Corp

 6   did of deprioritizing AdX; do you recall that?

 7   A    Yes.

 8   Q    Okay.  And in that analysis, News Corp concluded that

 9   when it deprioritized AdX, it experienced no noticeable

10   revenue loss; correct?

11   A    Correct.

12        MS. SESSIONS:  Okay.  Thank you.  No further

13   questions, Your Honor.

14        THE COURT:  All right.  Does anybody anticipate

15   calling Ms. Layser again?

16        MR. VERNON:  Yes, Your Honor.  And I apologize to

17   Ms. Layser.  We do want to preserve the option to call her

18   in rebuttal.

19        THE COURT:  All right.  Well, Ms. Layser, we're

20   not going to get back to you for a couple of days anyway, so

21   just stay in touch, keep your communications open.

22        You cannot watch any of the proceedings then, and

23   you're not to discuss your testimony with any witness who

24   has not yet testified.  But you're free to go at this point.

25   Make sure you give us back the witness badge if you have it.
```

                                                                127

Direct examination - J. Friedman

```
  1    All right.

  2            THE WITNESS:  Okay.

  3                (Witness excused at 12:02 p.m.)

  4            THE COURT:  All right.  Call your next witness.

  5            MS. CLEMONS:  Your Honor, my name is

  6    Katherine Clemons, and plaintiffs call Jay Friedman.

  7            THE COURT:  All right.

  8            THE DEPUTY CLERK:  Can you raise your right hand.

  9    Thereupon,

 10                    JAY FRIEDMAN,

 11    having been called as a witness on behalf of the plaintiffs

 12    and having been first duly sworn by the Deputy Clerk, was

 13    examined and testified as follows:

 14                (Time noted: 12:03 p.m.)

 15            THE DEPUTY CLERK:  Thank you.

 16            THE COURT:  Do we have the notebooks?

 17            MS. CLEMONS:  No exhibits.

 18            THE COURT:  No exhibits.  All right.

 19                    DIRECT EXAMINATION

 20    BY MS. CLEMONS:

 21    Q    Mr. Friedman, can you please state your full name for

 22    the record.

 23    A    Jay Michael Friedman.

 24            THE COURT:  Mr. Friedman, you need to move in, and

 25    that black bar is the microphone.
```

128

Direct examination - J. Friedman

```
 1              THE WITNESS:  Jay Michael Friedman.
 2   BY MS. CLEMONS:
 3   Q     And where are you employed, Mr. Friedman?
 4   A     Goodway Group.
 5   Q     How long have you worked at the Goodway Group?
 6   A     Just over 18 years.
 7   Q     And what is your current title?
 8   A     CEO.
 9   Q     Can you explain to the Court what kind of business
10   Goodway Group is?
11   A     Yes.  Goodway Group is a marketing services firm.  We
12   handle everything from traditional advertising, agency
13   services, to marketing consulting.
14   Q     And how long have you been with Goodway Group?
15   A     Eighteen years.
16   Q     Does Goodway Group have a particular focus within
17   advertising?
18   A     Yes.  I would say we primarily consult, advise and do
19   media around digital media specifically.
20   Q     And when did you join Goodway Group?
21   A     June 2006.
22   Q     And when you joined in June of 2006, did Goodway Group
23   have a particular focus on digital media?
24   A     No.  There was no digital media.
25   Q     And so why did you join Goodway Group?
```

129

Direct examination - J. Friedman

```
 1   A    Because I saw the potential -- I saw the potential in
 2   digital media to be a really important part of marketers'
 3   plans of the future, and so as a result, I joined to --
 4   because I thought that they had a good foundation of
 5   marketing knowledge, but to help evolve and create a digital
 6   media practice.
 7   Q    And since joining Goodway Group, what role have you
 8   played in development of their digital media business?
 9   A    I was the primary architect of the digital media
10   business.
11   Q    What types of services specifically does Goodway
12   provide with respect to advertising and digital media to
13   your clients?
14   A    Everything from analytics, I would say research for the
15   sake of analytics, media planning, media buying, strategy,
16   strategic consulting.
17   Q    And who are Goodway's customers?
18   A    Goodway has a variety of customers because we have five
19   brands that go to market.  So everything from very, very
20   large enterprises, global enterprises, down to local or
21   regional brands, and there are a number of ad agencies that
22   use Goodway's services as well.
23   Q    And what do ad agencies typically use Goodway's
24   services to do?
25   A    Primarily it's media buying.  It's much more rare that
```

130

Direct examination - J. Friedman

1    it's media planning.

2    Q    Okay.  And when Goodway is doing media planning for an

3    advertiser client, do you break down digital advertising

4    into media channels?

5    A    We do.

6    Q    And what are the typical media channels that Goodway

7    uses when you're doing media planning?

8    A    I would say connected TV, streaming audio, social

9    search, display, native from time to time, mobile in app,

10   potentially.  Sometimes that's merged; sometimes that's not.

11   I think those are the major ones.

12   Q    And how many channels does Goodway typically recommend

13   a client use?

14   A    That completely depends on a budget objective.  That's

15   hard to say, but I would say -- I mean, if you're asking for

16   an average, maybe four to five in a plan.

17   Q    Does Goodway typically recommend that a client use only

18   a single channel in an advertising campaign?

19   A    Not unless the budget is exceptionally small.

20   Q    And why would Goodway recommend using more than one

21   channel?

22   A    Because consumers consume multiple channels of media,

23   and it's proven through our own data that when consumers are

24   exposed to messages in more than one channel, they have a

25   higher likelihood of engaging with and/or buying the

131

Direct examination - J. Friedman

```
 1    product.
 2    Q     And do you use the concept of a marketing funnel in
 3    your business at Goodway?
 4    A     Yes.  Yes.  In general, yes.
 5    Q     And do particular channels, the channels that you
 6    mentioned, do they have a specific place where they sit in
 7    the marketing funnel?
 8    A     So what I would say is that there's no channel that
 9    will sit exclusively in one area of the funnel necessarily.
10    Search tends to be lower funnel, meaning that that is where
11    consumers have already narrowed their decisions -- that's
12    why the shape of the funnel -- have narrowed their decision
13    down to a very -- to a much smaller group.  So search may
14    tend to be at the bottom of the funnel.  And then social may
15    be as well.  But even connected TV, which is traditionally
16    viewed as upper funnel, can be used as lower funnel, it just
17    depends on the message and the application.
18    Q     And so could you, at a high level, sort of walk us
19    through what Goodway does for an advertiser client who is
20    looking to plan an advertising campaign?
21    A     Yeah.  So we break it down into three stages:
22    Discover, design, deliver.  So in discover, we seek -- we do
23    research, and we seek insights about the market and the
24    marketer, about the brand, and then the consumers that do or
25    don't buy that brand.  Once we have the nuggets of insight
```

132

Direct examination - J. Friedman

```
 1    that we believe will drive the strategy, we do design, which
 2    is media planning and channel planning and campaign design.
 3    And then once we have that, we move on to deliver, which is
 4    to execute that plan, which would be media buying, and then
 5    analytics which essentially restarts the process back to
 6    discover.
 7    Q    And you mentioned media planning and channel planning.
 8         Are those different things or the same thing?
 9    A    Yeah.  I would say -- I would say media planning is a
10    broader bucket.  Channel planning is a little bit more
11    specific to specifically which channels.  Media planning can
12    and likely includes the concept or the consideration for
13    creative messaging.
14    Q    You mentioned display advertising earlier.
15         What is your -- what is Goodway's understanding of
16    what constitutes display advertising?
17    A    Display advertising in general tends to be -- to
18    simplify it, I guess, you know, squares and rectangles or
19    whatever it may be on web pages, potentially in mobile apps,
20    but they tend to be fixed ad slots.  I don't want to use
21    industry jargon if that's not helpful.  But they tend to be
22    fixed slots on web pages or apps.
23    Q    And what kind of media goes into those fixed slots?
24    A    Display ads?  I mean, they're banner ads, so they could
25    be static or they could have some motion to them, but
```

133

Direct examination - J. Friedman

```
 1    generally not video.

 2    Q    Can video go into a display unit?

 3    A    It can.

 4    Q    And if video is in a display unit, would you consider

 5    that to be a video ad or a display ad or something else?

 6    A    That tends to be called -- that tends to be grouped

 7    into online video, but I don't know.  It's -- it's largely

 8    recommended against running in banner video just because

 9    there's -- that's not what the banner slot was built for.

10    Q    Are you familiar with the terms instream and outstream

11    as they relate to video advertising?

12    A    Yes.

13    Q    Could you explain at a high level what the difference

14    is between instream and outstream?

15    A    Yeah.  So you go to a web page and you want to watch a

16    video and then there's a player, and in that player is

17    whatever you came to watch.  And so instream would be in

18    that player.  So as almost part of the video, whether it's

19    before the video, during, or after.  Outstream tends to be

20    more as you're reading an article and a space appears, like

21    between paragraphs where it -- where a video then plays.

22    Q    And if you're reading an article and a video then

23    plays, is that -- would you consider that to be display

24    advertising?

25    A    No.  The way outstream is typically done is there
```

134

Direct examination - J. Friedman

1   otherwise was not a fixed slot or a fixed space for a banner

2   ad.  It literally just, like, separates the paragraphs and

3   creates an ad.  A display -- traditional display ad could go

4   there, I guess, but I have not seen that.

5   Q    And if there is motion in a -- in a display ad slot,

6   would you consider that to be video or display?

7   A    No.  That would be display.

8   Q    In Goodway's ordinary course of business, do you

9   distinguish between display advertising on Internet websites

10  generally and display advertising in walled gardens?

11  A    Display can be applied in either, but the methodology

12  or the strategy toward buying within a walled garden or

13  outside of a walled garden, that is a decision that's

14  important.

15  Q    Can you explain how you typically look at a display

16  advertising across the web in Goodway's business?

17  A    Yeah.  So we obviously -- we have a target audience, we

18  have an audience or many audiences that we want to see the

19  message.  So if -- we're talking just display; correct?

20  Q    Yeah.  We're talking about display advertising.

21  A    Okay.  And so we'll have one or many audiences that we

22  want to see an ad and that we want to be exposed to an ad

23  because we believe it will help convince them to buy the

24  product.  And then there's a number of different mechanisms

25  through which we can narrow down the list of websites or

135

1    apps that we will place those ads on in order to minimize

2    waste and maximize the efficiency of the campaign.

3    Q    And how do you purchase display advertising on the open

4    Internet?

5    A    Almost exclusively -- we try -- we prioritize doing

6    what's called programmatic -- and feel free to stop me if I

7    need to define anything.  But we try to prioritize doing

8    things programmatically because it's an automated system

9    that is just simply more efficient.

10   Q    And what is programmatically in contrast to in terms of

11   buying display advertising?

12   A    Programmatic, it's just an automated way.  The opposite

13   of programmatic is manual.  And so it's an automated way

14   through software that helps decision on which ad to buy at

15   which time based on budget and the length of the campaign

16   and the audience.  But there's a lot of parameters, of

17   course, that go into it from a human perspective.

18           THE COURT:  You said earlier there was a

19   difference in strategy between going on the web base versus

20   the walled garden arena.

21           Can you explain that, please.

22           THE WITNESS:  Yes.  So the walled garden's -- it's

23   using their data inside their properties and whatever they

24   allow access to.  And --

25           THE COURT:  So it's a more restrictive platform?

                                                              136

Direct examination - J. Friedman

```
 1              THE WITNESS:  It tends -- I would say more
 2    focused.  So it could be focused, or it could be
 3    restrictive.  But, for instance, within Meta, which owns
 4    Facebook and Instagram, et cetera, within those, it's
 5    generally going to be Meta's data applied to Meta's
 6    properties.  Within Google, by and large, it's the value of
 7    Google's data applied to either Google's properties or the
 8    open Internet because Google has a connection with so many
 9    web publishers that it does not own.
10              But, for instance, if I wanted to buy YouTube, I
11    can't buy that anywhere but Google because they own that,
12    and that's in their system.  If I wanted to buy espn.com, I
13    could buy that in a whole host of places because they don't
14    own their own technology and they choose to work with
15    multiple providers.
16              THE COURT:  Thank you.
17    BY MS. CLEMONS:
18    Q    And you mentioned YouTube.
19              Is YouTube a walled garden?
20    A    I would say it's part of Google's overall property,
21    which is generally considered a walled garden, yes.
22    Q    Are there other differences in strategy between how you
23    purchase media in walled gardens versus on the open
24    Internet?
25    A    Well, I think one of the main differences and reasons
```

137

Direct examination - J. Friedman

```
 1    for choosing one or the other is access to data once the
 2    campaign is delivering.  And through walled gardens, the
 3    data tends to be pretty restrictive in terms of what we as
 4    an agency can get, and, therefore, mine for insights.
 5    Whereas when buying in other -- I guess other tools that are
 6    not walled gardens, there tends to be more data available to
 7    us, which we can then turn into better insights for our
 8    clients.
 9    Q    When you say data, what kinds of data are you referring
10    to?
11    A    So if you're on a web page and an ad comes in, there is
12    a whole host of data that is behind -- that goes with that
13    one ad.  What browser were you on.  What time of day.  What
14    day of week.  What website.  What the screen size was.
15    There's just -- there's a whole host of technographic data
16    that comes with it.
17              And within walled gardens, it's typically an
18    agency like us can query the data but not start to sort it.
19    It's not provided to us in any raw form, whereas with other
20    tools, we're given -- or enabled to get the raw data and to
21    mine it however we want.
22    Q    And do you use the same tools to buy media in walled
23    gardens that you do to buy display media on the open web?
24    A    Tool category or exact tool?
25    Q    Exact tools.
```

138

Direct examination - J. Friedman

```
 1    A     No.  Generally not because within a Google or a Meta or

 2    an Amazon, that is -- they only offer a part of the

 3    ecosystem.

 4    Q    And so what type of media, what types of media do you

 5    buy using, like, Facebook's advertising tools?

 6    A    Social because it's social.  That's what they are.

 7    Q    And can you buy display inventory on other websites

 8    through Facebook's advertising tools?

 9    A    I guess technically, yes.  As a practice, we don't do

10    that.

11    Q    Can you buy Facebook advertising using the tools that

12    you typically use to buy display advertising on the open

13    Internet?

14    A    No.

15    Q    What tools does Goodway use to buy display advertising?

16    A    Primarily it would be -- there's a tool or software

17    called The Trade Desk, and then there's DV360, which is

18    owned by Google.

19    Q    And are those both DSPs?

20    A    Those are both DSPs.

21    Q    Have you heard the term advertiser ad network?

22    A    Yes.

23    Q    What, in your understanding, is an advertiser ad

24    network?

25    A    So an advertiser ad network is essentially a company
```

139

Direct examination - J. Friedman

```
 1    puts together a group of websites and bundles that and sells

 2    that as a group.  There's a -- there's an amount of

 3    selectability -- if that's a word -- that the advertiser --

 4    there's less choice that the advertiser has in where the

 5    ad's run and how they run and the decisioning behind when

 6    the ad is served then in a DSP.

 7    Q    And does Goodway use advertiser ad networks to purchase

 8    display advertising?

 9    A    We have some clients that use Google's ad network, but,

10    as a practice, no.

11    Q    And why do you use DSPs and not ad networks as a

12    typical ...

13    A    It's -- DSP is what I would categorize as a

14    professional tool.  So for someone who sees themselves in

15    the profession of advertising -- and there's so much more --

16    there are so many more controls and options, that a smart

17    professional and practitioner will be able to drive better

18    performance for a marketer using a DSP than an ad network.

19    Q    And what kinds of controls do you have in a DSP that

20    you wouldn't have in an ad network?

21    A    You'll have to forgive me in terms of the fact that I

22    don't log into the interface and select ads and I haven't

23    for a while, but I did at one time.

24         And so I think, for instance, what data is applied

25    behind the user.  So selecting -- for instance, I want -- I
```

140

Direct examination - J. Friedman

```
 1   want new car buyers, and I want to specify what kind of new
 2   car buyers I want.  You know, one of the examples is I want
 3   business-to-business targets, so I want, you know, CEOs in
 4   Minnesota, or whatever it is.  Typically I can not only
 5   select that, but I can also select, okay, and here are the
 6   sites that I'm comfortable running on, and, for instance, I
 7   don't want to run on Mac or I don't want to run on PC for
 8   whatever reason.
 9           So there's a lot -- there's -- not literally
10   infinite, but there's significant flexibility, whereas
11   typically with an ad network, some of those controls will be
12   available, but there's simply more opaqueness to the
13   process.
14   Q    And why is having that control important in Goodway's
15   business?
16   A    The more controls and the more options that are
17   available, the more a professional can essentially
18   manipulate -- or design and ultimately manipulate a
19   campaign, an advertising campaign to deliver on its goals.
20   Q    What types of advertisers in your experience might want
21   to use an advertiser ad network instead of a DSP?
22   A    The only -- to put it bluntly, it's usually those that
23   can't afford the minimums or their budgets are too small to
24   get the benefit of the advanced and additional controls.
25   Q    Have you heard the term frequency capping?
```

141

Direct examination - J. Friedman

```
 1   A     I sure have.
 2   Q     Could you tell the Court what frequency capping is?
 3   A     Yeah.  So if we're going to run an ad for XYZ
 4   Corporation, typically we don't want any single user to see
 5   an ad more than X number of times either per day or per week
 6   or for the life of the campaign, because at some point,
 7   there's just no value in that anymore if someone's going to
 8   buy or they're not.  Yeah, so that's frequency capping.
 9   Q     And is frequency capping something you consider when
10   planning and executing ad campaigns on behalf of the
11   clients?
12   A     Absolutely.
13   Q     And why is frequency capping something that is part of
14   what you're considering when running a campaign?
15   A     We've done significant amounts of research around
16   frequency curves and the value that is delivered back to a
17   marketer where the -- when an appropriate amount of
18   frequency is achieved within a campaign.  And that varies by
19   marketer, by the way.
20   Q     And is frequency capping something that you do in a DSP
21   or other tools?
22   A     Yes.
23   Q     To your knowledge, are you able to do the same kind of
24   frequency capping within an advertiser ad network?
25   A     Typically it's not in our control.  Typically we're
```

142

```
 1    told that it is done to the ad network's standards, whatever

 2    those standards may be.

 3              THE COURT:  Well, wouldn't the pricing be

 4    different?  I mean, if you say I'm going to place an ad for,

 5    you know, a new car and I don't want it to appear more than

 6    three times, that's three hits.  Versus if they're going to

 7    have it appear ten times, I would assume you would pay more

 8    for the ten than for the three.

 9              THE WITNESS:  Proportionally, exactly.  And that's

10    why for any brand -- so for one brand, it might be that

11    seven is the right number in a month.  For another brand it

12    might be 12.  And that's just based on response curves.  And

13    so -- but if 12 is your right number, then 18 is a waste of

14    money.

15              THE COURT:  Right.  But don't you -- as the

16    advertiser, aren't you able to control that when you hire

17    one of these ad services to --

18              THE WITNESS:  Yes.  In a software tool like a DSP,

19    we can.  In ad network, we -- that control is typically not

20    available.

21              THE COURT:  So who decides -- how is it decided

22    how many times it will be shown?

23              THE WITNESS:  My understanding is that the

24    software behind the ad network will maximize profit for the

25    ad network and hopefully also deliver results to the
```

143

Direct examination - J. Friedman

```
 1    advertiser by showing it the right amount of times, but we
 2    don't totally know.
 3                THE COURT:  So it's the computer that's figuring
 4    it out?
 5                THE WITNESS:  Yeah.  Yes.
 6                THE COURT:  Okay.  Thank you.
 7    BY MS. CLEMONS:
 8    Q    And just a quick clarifying question.
 9                When we're talking about frequency capping, is
10    that about, you know, the frequency that an ad is shown
11    across a whole campaign or a particular user?  Or what
12    exactly is being capped in terms of the frequency?
13    A    So it is by user, but different advertisers want it at
14    different rates.  Some will say no more than three per day
15    per user.  But even if the campaign is 30 days, 90 times is
16    okay.  Some may say I don't want it more than 15 times in a
17    month, so it depends on the numerator/denominator.
18    Q    And so is frequency capping different from the total
19    number of impressions, or is it something else?
20                MS. GOODMAN:  Objection.  Leading.
21                THE COURT:  I'm going to permit it.  Overruled.
22                THE WITNESS:  Okay.  Sorry.  Can you repeat the
23    question?
24    BY MS. CLEMONS:
25    Q    Yeah.  Could you just explain a bit more about
```

144

1    frequency capping and whether -- and whether or how it's

2    related to a total number of impressions an advertiser may

3    want to buy?

4    A    Yeah.  I think to give an example, if an advertiser

5    says I don't want more than 15 impressions for any single

6    user and the ad campaign is going to be 1 million

7    impressions, dividing 1 million by 15 essentially shows how

8    many users are, you know, the minimum.

9    Q    And if your client were unhappy if your DSP or quality

10   went down, would you view an advertiser ad network as an

11   alternative option for purchasing display advertising?

12   A    We would not.

13   Q    Why not?

14   A    Using the premise that we're professionals and we're

15   good at what we do, if we're not able to extract performance

16   using the most sophisticated tool, we typically, in our

17   minds, will not regress to a less sophisticated tool in

18   order to -- as the next option of trying to achieve a

19   marketer's goals.

20   Q    Okay.  Thank you.  I'd like to switch topics a little

21   bit.

22         You mentioned earlier that you prefer to buy

23   programmatically.  Can you explain why you -- Goodway

24   prefers to buy display advertising programmatically?

25   A    Yeah.  There are -- I don't know exactly how many, but

145

Direct examination - J. Friedman

```
1    a million or more websites.  And so calling each one of

2    those websites and asking what their rates are and how we

3    could place ads would be extraordinarily cumbersome and

4    frankly impossible.  And so the value of programmatic -- one

5    of the values of programmatic is that it is able to

6    aggregate a large and disparate supply of websites and apps

7    into one place.

8    Q    And so does Goodway buy display advertising directly on

9    behalf of clients?

10   A    Yeah.  Directly with publishers?

11   Q    Yes.

12   A    Yes.  There are times, yes, that we do.

13   Q    And does Goodway -- have you heard of the term

14   programmatic guaranteed?

15   A    Yes, I have.

16   Q    Could you explain what your understanding is of

17   programmatic guaranteed?

18   A    It's essentially calling up a website and buying it

19   directly, but then running it through a programmatic tool or

20   a DSP.  Yes.

21   Q    And do you view direct deals or programmatic guaranteed

22   as substitutes for buying programmatically?

23   A    Yeah.  I mean -- no.

24   Q    Why not?

25   A    If the goal is to reach a certain user base within the
```

146

Direct examination - J. Friedman

1    parameters of the content we believe is acceptable to

2    advertise in, there might be 1,000 websites that meet those

3    quality parameters or standards, and a marketer might be

4    completely okay having their ad placed on 11 of those 1,000

5    websites.  And so for us -- and so the efficiency that we

6    can say we're willing to pay this amount of money within

7    this list of websites under these conditions is simply it's

8    possible with programmatic.  That is simply impossible due

9    to the cost of labor and human energy that has to be

10   expended if we had to call 1,000 websites or email, et

11   cetera.

12   Q    And what amount of labor or human involvement are you

13   referring to for direct deals?

14   A    Yeah.  So for a direct deal, we have to contact the

15   publisher, we have to negotiate a rate, and then typically,

16   unless it's programmatic guaranteed, we have to essentially

17   send the -- we have to send the advertising code back and

18   forth and quality check it.  Whereas with programmatic,

19   that's done in one place, and then it can be federated out

20   to as many publishers as needed.

21   Q    And who is doing the -- sending out to the publishers?

22   A    Our media buyers.

23   Q    And are there human beings involved in communicating

24   with the publishers during the programmatic transactions?

25   A    Typically not.

                                                          147

Direct examination - J. Friedman

```
1    Q     And in programmatic guaranteed, are there people

2    involved in communicating directly with the publishers?

3    A     Typically, yes.

4    Q     Does Goodway work with ad exchanges?

5    A     Yes.  Yes.

6    Q     What ad exchanges does Goodway work with?

7    A     I don't know that I can generate an exhaustive list,

8    but I can generate primary examples if that's ...

9    Q     If you have a top five or whichever ones come to mind.

10   A     So I don't know if it's still called AdX, but whatever

11   Google's ad exchange is or was is probably the largest ad

12   exchange.  And there's a company called PubMatic, there's a

13   company called Magnite, there's a company called Index

14   Exchange, and there's -- owned by NBC, there's a division of

15   NBCUniversal called FreeWheel which does connected TV.

16   Those are the main ones.  We're pretty selective, because I

17   think there are probably 60 to 70 or more exchanges, but

18   most of them don't provide value.

19   Q     And you mentioned FreeWheel.

20         Can Goodway buy open-web display advertising

21   through FreeWheel?

22   A     Not to my knowledge.

23         MS. GOODMAN:  Foundation.

24         THE COURT:  He already answered the question.

25   Overruled.
```

148

```
 1   BY MS. CLEMONS:
 2   Q    So for programmatic display advertising, could you
 3   describe how Goodway works with ad exchanges?
 4   A    Yeah.  Ad exchanges are really the -- are an
 5   aggregation point for publishers before coming into the DSP
 6   generally, not exclusively.  Very similar to New York Stock
 7   Exchange and NASDAQ before I log into Schwab or E-Trade and
 8   buy stocks.  But because the exchange space takes a cut of
 9   the transaction, we saw, I think as early as 2016, maybe
10   2017, the need to communicate with ad exchanges directly to,
11   A, derive better insights about our buying and about
12   publishers; and then, B, to negotiate better rates.  Because
13   essentially the advertiser was -- if they bid $1 and the
14   exchange was going to take 10 or 20 cents of that dollar, we
15   wanted to negotiate the best value for our clients.
16   Q    Okay.  Let me ask you a few clarifying questions.
17        So you have been able to -- you mentioned you've
18   been able to negotiate rates with ad exchanges?
19   A    Yes.
20   Q    And are those rates -- who is -- who are the ad
21   exchanges charging those fees to?
22   A    They will say that they're charging them to the
23   publishers.  I would absolutely disagree with that.
24   Q    So why does Goodway -- why would you disagree with
25   that?
```

149

1  A    If the advertiser puts $100,000 into a campaign, the

2  DSP takes its cut, then the exchange takes its cut.  If the

3  publishers were paying for it, then the exchange would send

4  an invoice to the publisher, and the publisher would pay the

5  exchange.  But the fact that they're taking it out of the

6  bid essentially, along the way, in my mind, makes it such

7  that the advertiser is paying.

8  Q    Okay.  So the fees that you have been able to negotiate

9  with ad exchanges, are these publisher take rates or

10 something else?

11 A    Those would be considered exchange take rates.

12 Q    Oh, okay.

13         And have you been able to negotiate lower take

14 rates for Goodway customers?

15 A    Yes.

16 Q    Have you been able to negotiate those with all of the

17 ad exchanges that you work with?

18 A    All but one.

19 Q    Which one have you not been able to negotiate with?

20 A    AdX.  Google's AdX.

21 Q    Do you have insight into why you have not been able to

22 negotiate the exchange take rate with AdX?

23 A    We were told it wasn't an option.

24 Q    And who told you it wasn't an option?

25         MS. GOODMAN:  Objection to form.  Sorry.  Hearsay.

                                                              150

```
 1              THE COURT:  I think -- just leave it.  You don't

 2    need to know who.

 3    BY MS. CLEMONS:

 4    Q    Did you try to negotiate a lower take rate with Google?

 5    A    Yes.

 6    Q    With the other ad exchanges that you work with, do you

 7    have a sense of whether their take rate is higher or lower

 8    than Google's?

 9    A    We did not prior to the negotiations.

10    Q    And do you have a sense now?

11    A    Yes.

12    Q    What is your sense as to whether the take rates of

13    other ad exchanges are higher or lower or the same as

14    Google's?

15              MS. GOODMAN:  Leading.

16              THE COURT:  Well, more than that, the word "sense"

17    worries me.

18              I mean, do you know or have a reasonable basis to

19    know what the difference is?

20              THE WITNESS:  Yes.

21              THE COURT:  All right.  Then he can answer the

22    question.

23              THE WITNESS:  Yeah.  So I know about our

24    contracts, which are bound by confidentiality in terms of

25    the exact rate.  And then I'm aware from -- I believe there
```

                                                              151

Direct examination - J. Friedman

```
 1    was a series of blog posts by Google and then also from some
 2    of the materials produced as a result of this trial that
 3    the --
 4              MS. GOODMAN:  Hearsay.
 5              THE COURT:  Well, if they're Google statements,
 6    I'm going to let them come in.
 7              So do you recall exactly what type of Google
 8    statement you've seen about that?
 9              THE WITNESS:  Yeah.  There was a -- it was a blog
10    post or an explanation that basically showed the -- after a
11    long, long time of speculation, they came out and they
12    published and said here's how much this take rate is, here's
13    how much -- on each step of the way.  And I remember -- I
14    remember for the first time saying, wow, this is really
15    interesting, and I'm glad I know now.
16              THE COURT:  And was it higher or lower than the
17    other exchange?
18              THE WITNESS:  It was higher than the negotiated
19    rates we had from the other exchanges.
20              THE COURT:  All right.  Well, you said negotiated
21    rates, but I would assume before you negotiate, you're
22    quoted a rate and then you try to negotiate it down.
23              THE WITNESS:  Yes.  And Google's rate was higher
24    than the original quoted rate as well.
25              THE COURT:  Okay.
```

152

Direct examination - J. Friedman

```
 1    BY MS. CLEMONS:
 2    Q    Have you observed differences in quality or features
 3    among ad exchanges?
 4    A    I wouldn't -- yes.  Yes.
 5    Q    Earlier you mentioned that you were selective about the
 6    ad exchanges that you worked with; is that right?
 7    A    Yes.
 8    Q    Why are you selective about the ad exchanges that you
 9    work with?
10    A    Well, two reasons.  I would say dominantly Number 1
11    would be -- Number 1 would be the quality of the inventory
12    that's available through that exchange.  Number 2 would be
13    the price or take rate we're able to secure with that
14    exchange.
15    Q    Do any of the exchanges that you work with have unique
16    or particularly valuable features that the other exchanges
17    don't have?
18    A    Let me clarify and add onto my last statement.
19          The third would be insights and analytics.  And so
20    there are exchanges that will provide insights to us as a
21    buyer of how to more often win auctions that we wanted to
22    win but didn't.
23    Q    Have you observed any meaningful differences in the
24    quality of AdX versus the other exchanges that you work
25    with?
```

153

Direct examination - J. Friedman

```
 1  A     Well, so by my three criteria, price being one, yes;
 2  the quality of inventory, I think not a meaningful -- I
 3  would say there are a set of large ad exchanges, which I
 4  named, that provided similar quality inventory to -- whether
 5  it's AdX or any of the other ones.  There are a series of
 6  smaller exchanges, which I think are very poor quality
 7  inventory, but we don't work with those.  And then in terms
 8  of the analytics and insights, I don't believe we've ever
 9  gotten that from AdX, whereas we have gotten it from
10  everybody else we work with.
11  Q     And do you observe any differences between the ad
12  exchanges with respect to things like fraud and brand
13  safety?
14  A     Among the tier that I mentioned, I don't think there's
15  a huge difference in fraud and brand safety.  I think that
16  they are all buyer beware.
17  Q     So do you have any understanding or explanation for why
18  Google's take rate is higher than the other exchanges that
19  you work with?
20  A     I have not been given a reason directly.
21  Q     So are you able to stop using a particular exchange?
22            MS. GOODMAN:  Leading.
23            THE COURT:  I don't think that's leading.
24  Overruled.
25            THE WITNESS:  So it depends -- it would depend on
```

154

Direct examination - J. Friedman

```
 1    the exchange.

 2    BY MS. CLEMONS:

 3    Q    Are you --

 4              THE COURT:  Can you explain that answer?  Why does

 5    it depend on the exchange?

 6              THE WITNESS:  Yeah.  Because AdX is so large and

 7    has so much inventory that we did the research into looking

 8    at whether or not we could turn it off due to its high

 9    price, and we -- and our media buyers ask that we not do

10    that because it would limit the amount of supply that was

11    available to them, too much such that they were concerned

12    they couldn't hit the advertisers' goals in terms of total

13    campaign delivery, as well as performance.

14              THE COURT:  I thought I may have misunderstood

15    you.

16              I thought you said that several of the other

17    exchanges had inventory that was similar to Google's.  Was

18    that in quality or quantity?

19              THE WITNESS:  Quality, not quantity.

20              THE COURT:  Got it.  Okay.  Thank you.

21    BY MS. CLEMONS:

22    Q    And if any of the other exchanges that you worked with

23    were to start charging take rates comparable to Google's,

24    what would you do?

25    A    And there was no way out of it?
```

155

Direct examination - J. Friedman

```
 1    Q    If they started charging that price, what would you --
 2    what would you do?
 3    A    Well, first of all, I would invite all of them, not at
 4    the same time, but to meet, and make it clear that the
 5    person -- or the exchange that was willing to bend on that
 6    would get more money.  And in my experience, I've never had
 7    someone not bend to get more money.
 8              If you're asking if literally they all said that's
 9    the end of that and we're all going to charge, I do still
10    think in some limited cases the quality of the insights
11    would prevail.  But I think then it would be a more I guess
12    fixed market.  If they were all charging the same, then I
13    guess it would be more of a fixed market and the quality
14    difference wouldn't be less meaningful.
15    Q    And -- if just one of them.
16    A    Oh.  If just one of them.  I'm sorry.  I thought you
17    meant all of them.
18              Oh, if one of them -- no.  Then I would shift
19    money away from them to other exchanges that we had better
20    negotiated rates with.
21    Q    And why haven't you just done that with Google?
22    A    So we have reduced the amount of spend that we put
23    through AdX, but there's a certain threshold below which our
24    buyers believe that it negatively impacts the ability to
25    find the right audience.
```

156

Direct examination - J. Friedman

1    Q    And are there any other exchanges -- ad exchanges that

2    you work with that are in that same category where you

3    simply could not turn them off?

4    A    No.

5    Q    Let's talk a little bit more about display advertising.

6         Have you heard the term open-web display

7    advertising?

8    A    Yeah, of course.

9    Q    And had you heard that term before this case?

10   A    Of course.

11   Q    And why do you say of course?

12   A    I don't know.  It's been around for 10 plus --

13   15 years.  I don't know.  It's just -- that's a very common

14   term in the industry, I feel.

15   Q    And why -- why do you, in the industry, break open-web

16   display advertising into its own bucket relative to other

17   types of advertising?

18   A    Because there are multiple ways to buy it, multiple

19   tools that can be used and multiple exchanges that can be

20   used to buy it.  And so it's generally seen as more

21   competitive and more of an Open Auction type environment.

22   Q    And is there a difference between display advertising

23   and social media advertising?

24   A    Yes.

25   Q    Can you please describe for the Court some of the

157

Direct examination - J. Friedman

```
 1   differences that you see representing advertisers between
 2   display and social media?
 3   A    Yeah.  I mean, to an advertiser, display advertising is
 4   a banner that's going to appear on any one of a million
 5   sites potentially.  Whereas with social media, if I want to
 6   place an ad on Pinterest, I'm going to place an ad on
 7   Pinterest, and that's the end of that.  If I'm going to
 8   place it on Facebook, I'm going to place it on Facebook.
 9   It's typically a one-to-one placement.
10        The other thing is, it's entirely expected by an
11   advertiser that the quality of content within social media
12   is highly variant.  In other words, user -- the average
13   person can go and kind of say whatever they want on social
14   media and brands understand the risk associated with putting
15   an ad next to that.  Whereas a professional media buyer who
16   does their job and narrows the list of websites down to an
17   acceptable list will then say -- will have more confidence
18   that there's less likelihood of appearing next to unsavory
19   content.
20   Q    And you mentioned one of the reasons that you think of
21   open-web display advertising in a separate bucket is it's
22   more open and competitive.
23        Can you describe a little bit more about what you
24   mean by competitive?  More competitive than what?
25   A    Yes.  So if I want to -- I think the contrast would be
```

158

Direct examination - J. Friedman

1    helpful.  If I want to buy Facebook, there's really only one

2    place I can go buy Facebook, or even if there are other

3    tools that enable the buying of Facebook, it all ends up

4    going right into Facebook.

5              If I want to buy -- if I want to buy on an open

6    website like an ESPN or a Washington Post or whatever it may

7    be, then I can not only choose the tool that I use -- the

8    DSP that I use, but I could also potentially choose the

9    supply path or the exchange.

10   Q    And can you use Google tools to buy ads on Facebook?

11   A    Not to my knowledge.

12   Q    Can you use Google tools to buy ads on TikTok?

13   A    Not to my knowledge.

14   Q    Can you use Google tools to buy ads on other walled

15   garden social media networks?

16   A    Not to my knowledge.

17   Q    Are there differences in the audiences of social media

18   versus open web?

19   A    I'm sure technically there are.  I think where the

20   difference becomes more pronounced or obvious is when the

21   site list is narrowed down on the open web.  And so I think,

22   for example, if we decided to only advertise with the top 20

23   news outlets in the country, as a method of open-web

24   advertising, that's bound to have a different audience than

25   a social media platform that specifies or caters to one type

Direct examination - J. Friedman

```
 1   of audience or another.

 2   Q    Can you buy static images in squares on Facebook's

 3   website?

 4   A    Yeah.

 5   Q    Would you consider that to be display advertising?

 6   A    No.

 7   Q    Why is that not display advertising even though it's

 8   static images and squares on Facebook's website?

 9   A    The best way I would describe that is, a Ritz-Carlton

10   and a Ramada Inn are both on squares of land, but they're

11   clearly in different parts of town, generally.  And so --

12            THE COURT:  And they'll have different clientele.

13            THE WITNESS:  Correct.

14            THE COURT:  Yeah.

15            THE WITNESS:  And so just as much as a square of

16   land is not equal, a square of space on the web I don't

17   think is equal either.

18   BY MS. CLEMONS:

19   Q    And so when you were working with clients to budget for

20   purchases of squares on Facebook's website, is that part of

21   the display budget or the social media budget?

22   A    Social media budget.

23   Q    And do you consider social media to be a substitute for

24   display advertising on the open web?

25   A    I mean, in terms of substitute, do you mean if you took
```

160

Direct examination - J. Friedman

```
1    a client's media plan and just ripped out display and put in

2    social and vice versa, that that would be acceptable?

3    Q    Would you do that?

4    A    No.

5    Q    Why not?

6    A    Because they have -- well, A, there's different content

7    and different expectations of what a user will encounter.

8    They also -- they perform differently, they deliver

9    different metrics, and I think, yeah, there are different

10   controls that are available, especially with open web, not

11   to mention display, but open-web display, different controls

12   that are available compared to most social media marketing.

13   Q    And so if the price of open-web display advertising

14   went up by 5 or 10 percent, would Goodway recommend that

15   advertisers shift spend to social media?

16             MS. GOODMAN:  Improper hypothetical.

17             THE COURT:  No.  Overruled.

18             THE WITNESS:  So, Number 1, we have metrics that

19   we have to deliver against, and whether that's brand

20   awareness improvement or that's literally buying things

21   online improvement, and so we stick pretty -- we're very

22   careful about making sure that the performance of the

23   channel is meeting its goals.  So, in general, one channel

24   versus another are not within 5 percent.  Maybe within

25   10 percent.
```

161

Direct examination - J. Friedman

1            Even if -- even if the performance of one was

2    significantly greater, it's unusual that we would completely

3    opt out of one of those channels because it serves a

4    function in the media plan as another leg of a stool, for

5    lack of a better analogy, in helping the user see that ad in

6    a different environment.

7            And, again, we've done so much research around the

8    fact that advertising in multiple channels and not

9    consolidating has a beneficial impact on the likelihood of a

10   user to buy a product.

11   BY MS. CLEMONS:

12   Q    And when you're advising clients on how to allocate

13   their media budgets, are you comparing features of social

14   media and display directly?

15   A    Typically not.

16   Q    And are you comparing prices between social media and

17   display?

18   A    Pricing will, I think, have -- might have an impact,

19   but, again, it's really a strategic decision if we want to

20   use social or if we want to use search or if we want to use

21   display or video or connected TV or whatever it may be.

22   Each channel tends to serve a role, and that role is, of

23   course, highly variant depending on the advertiser.

24   Q    Was there a point in the last ten years when you saw

25   any major changes in the market for open-web display

                                                              162

Direct examination - J. Friedman

```
 1    advertising?

 2    A     Yeah.  I've seen -- ten years.  Yeah, I think there

 3    have been a number of changes.  What was it, 2014 to now.

 4    Yeah.  I've seen how brand safety has become more prevalent,

 5    how ad fraud has become more recognized and needed to --

 6    needed to be combated.  Of course some exchanges have become

 7    bigger and some smaller and some DSPs have become bigger and

 8    some smaller.  And then, yeah, I guess I don't know what it

 9    was, six, seven, eight years ago, there was a lot of pricing

10    fluctuation due to just changes in how the market worked.

11    Q     Okay.  I will ask you about that in just a moment, but

12    I want to follow up quickly.

13          You mentioned the ad fraud and brand safety have

14    become more important.

15    A     They were recognized and then dealt with.

16    Q     How does Goodway typically address ad fraud and brand

17    safety issues on behalf of clients?

18    A     So we -- some of our clients require us -- require us

19    to use some of the largest companies in the space and to use

20    their software to detect those things.  What we have found

21    is that looking through the raw log files that those

22    companies miss a lot of ad fraud and also don't catch all of

23    the brand safety challenges.  And so we tend to get pretty

24    deep into looking at the log files to determine for

25    ourselves whether or not we think that the ad was served to
```

163

Direct examination - J. Friedman

```
 1   a human and in a brand-safe environment.

 2   Q    And what are some of the big companies that you

 3   mentioned in the ad fraud and brand-safety space?

 4   A    I think -- if I think about -- you know, the two

 5   largest and public companies are DoubleVerify and Integral

 6   Ad Science, or IAS.

 7   Q    And when you think about ad fraud and brand safety, are

 8   you aware of any Google products that are in that space?

 9   A    I know they acquired some companies.  I believe they

10   acquired a company called Adometry, but I don't know exactly

11   what Adometry's tech was doing at the time or evolved to.

12   But Google has told us that they do protect for brand safety

13   and for fraud.

14            THE COURT:  All right.  It's now 1:00, we're going

15   to break for lunch.  We'll be back in session at 2.

16            Mr. Friedman, we're going to give you a witness

17   badge so you can get a little bit faster through the crowds,

18   and make sure you give it to our court security officer

19   before you leave the courtroom at the end of your testimony.

20            THE WITNESS:  Thank you, Your Honor.

21            (Court recessed for lunch at 1:01 p.m.)
            ---------------------------------
22   I certify that the foregoing is a true and accurate
     transcription of my stenographic notes.
23

24                              Stephanie Austin

25                              Stephanie M. Austin, RPR, CRR
```

164