```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3    --------------------------x
      UNITED STATES, et al.,     :    Civil Action No.:
 4                               :    1:23-cv-108
                 Plaintiffs,     :
 5         versus                :    Monday, September 23, 2024
                                 :    Alexandria, Virginia
 6    GOOGLE LLC,                :    Day 11 a.m.
                                 :    Pages 1-181
 7                 Defendant.    :
      --------------------------x
 8

 9         The above-entitled bench trial was heard before the
      Honorable Leonie M. Brinkema, United States District Judge.
      This proceeding commenced at 9:04 a.m.
10

                        A P P E A R A N C E S:
11

      FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                           OFFICE OF THE UNITED STATES ATTORNEY
                             2100 Jamieson Avenue
13                           Alexandria, Virginia  22314
                             (703) 299-3700
14
                             JULIA TARVER WOOD, ESQUIRE
15                           AARON TEITELBAUM, ESQUIRE
                             MICHAEL WOLIN, ESQUIRE
16                           JEFFREY VERNON, ESQUIRE
                             KATHERINE CLEMONS, ESQUIRE
17                           UNITED STATES DEPARTMENT OF JUSTICE
                             ANTITRUST DIVISION
18                           450 Fifth Street, NW
                             Washington, D.C.  20530
19                           (202) 894-4266

20    (State of VA)          TYLER HENRY, ESQUIRE
                             OFFICE OF THE ATTORNEY GENERAL
21                           OFFICE OF THE SOLICITOR GENERAL
                             202 North Ninth Street
22                           Richmond, Virginia  23219
                             (804) 786-7704
23

24

25
                                                              1
```

```
 1                          A P P E A R A N C E S:

 2   FOR THE DEFENDANT:     CRAIG REILLY, ESQUIRE
                            LAW OFFICE OF CRAIG C. REILLY
 3                          209 Madison Street
                            Suite 501
 4                          Alexandria, Virginia  22314
                            (703) 549-5354
 5
                            KAREN DUNN, ESQUIRE
 6                          JEANNIE RHEE, ESQUIRE
                            WILLIAM ISAACSON, ESQUIRE
 7                          PAUL, WEISS, RIFKIND,
                            WHARTON & GARRISON LLP
 8                          2001 K Street, NW
                            Washington, D.C.  20006
 9                          (202) 223-7300

10                          ERIC MAHR, ESQUIRE
                            SARA SALEM, ESQUIRE
11                          FRESHFIELDS BRUCKHAUS DERINGER, LLP
                            700 13th Street, NW
12                          10th Floor
                            Washington, D.C.  20005
13                          (202) 777-4500

14                          JUSTINA SESSIONS, ESQUIRE
                            FRESHFIELDS BRUCKHAUS DERINGER, LLP
15                          855 Main Street
                            Redwood City, California  94063
16                          (212) 277-4000

17   COURT REPORTER:        STEPHANIE M. AUSTIN, RPR, CRR
                            Official Court Reporter
18                          United States District Court
                            401 Courthouse Square
19                          Alexandria, Virginia  22314
                            (607) 743-1894
20                          S.AustinReporting@gmail.com

21        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

22

23

24

25
                                                                2
```

```
 1                          TABLE OF CONTENTS

 2                              WITNESSES

 3    On behalf of the Defendant:

 4    NITISH KORULA

 5    Direct examination by Mr. Mahr ............5
      Cross-examination by Mr. Vernon ..........115
 6    Redirect examination by Mr. Mahr .........170
      Recross-examination by Mr. Vernon ........178
 7
                                EXHIBITS
 8
      On behalf of the Plaintiff:
 9    Admitted

10    Number 1144 ..............................118
      Number 949 ...............................134
11    Number 933 ...............................137
      Number 555 ...............................147
12    Number 113 ...............................149
      Number 816 ...............................151
13    Number 1631 ..............................161
      Number 911 ...............................164
14
      On behalf of the Defendant:
15    Admitted

16    Number 213 ...............................19
      Number 1771 ..............................46
17    Number 125 ...............................76
      Number 212 ...............................79
18    Number 797 ...............................130

19                             MISCELLANY

20    Proceedings September 23, 2024 ...........4
      Certificate of Court Reporter ............181
21

22

23

24

25
                                                            3
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
 1                    P R O C E E D I N G S

 2             THE DEPUTY CLERK:  Civil action number

 3     1:23-cv-108, United States of America, et al. versus Google

 4     LLC.

 5             Will counsel please note their appearance for the

 6     record, first for the plaintiffs.

 7             MR. HENRY:  Good morning, Your Honor.  Ty Henry

 8     from the Virginia Attorney General's Office on behalf of the

 9     plaintiff states.

10             THE COURT:  Good morning.

11             MS. WOOD:  Good morning.  Julia Tarver Wood from

12     the Department of Justice on behalf of the plaintiffs.  With

13     me are my colleagues Aaron Teitelbaum, Jeff Vernon, Michael

14     Wolin and Katherine Clemons.

15             THE COURT:  Good morning.

16             MS. DUNN:  Good morning, Your Honor.  Karen Dunn

17     for Google.  And with me today are Eric Mahr, Sara Salem,

18     Tina Sessions, Bill Isaacson, Craig Reilly, Jeannie Rhee and

19     Matt Spalding.

20             THE COURT:  Good morning.

21             All right.  We're ready to proceed and I believe

22     we're going to have a live witness; is that correct?

23             MS. DUNN:  Yes, Your Honor.  Google calls Nitish

24     Korula.

25             THE COURT:  All right.
```

4

Direct examination - N. Korula

```
 1              THE COURT SECURITY OFFICER:  Face the deputy

 2    clerk.  Raise your right hand.

 3    Thereupon,

 4                     NITISH KORULA,

 5    having been called as a witness on behalf of the defendant

 6    and having been first duly sworn by the Deputy Clerk, was

 7    examined and testified as follows:

 8                   (Time noted: 9:02 a.m.)

 9              THE DEPUTY CLERK:  Thank you.

10              THE COURT SECURITY OFFICER:  You may be seated.

11              THE COURT:  Mr. Korula, we're going to give you a

12    lapel microphone to hold up to your mouth, not right against

13    it, but we'll see how that works.  All right.

14              THE WITNESS:  Thank you, Your Honor.

15    BY MR. MAHR:

16    Q    Good morning, Mr. Korula.

17              MR. MAHR:  Your Honor, may I proceed?

18              THE COURT:  Yes.

19                   DIRECT EXAMINATION

20    BY MR. MAHR:

21    Q    Would you please state and spell your name for the

22    record?

23    A    My name is Nitish John Korula.  The first name is

24    Nitish, N-I-T-I-S-H.  My middle name is John, J-O-H-N.  And

25    my last name is Korula, K-O-R-U-L-A.
```

5

Direct examination - N. Korula

```
 1   Q     And by whom are you employed, Mr. Korula?

 2   A     By Google.

 3   Q     Am I correct you hold a Ph.D.?

 4   A     That's right.

 5   Q     Do you prefer I call you Dr. Korula?

 6   A     I don't usually go by Dr. Korula but whatever you

 7   prefer.

 8   Q     We'll stick with Mr. Korula then.

 9         Would you please provide the Court with a brief

10   overview of your educational background?

11   A     Yes.  I grew up in a small town in south India where I

12   went to high school.  In high school I discovered an

13   interest in mathematics and computer science.  And so when I

14   went away to college, I decided to major in computer

15   science.

16         While there, I realized that within computer

17   science, my particular interests were in theoretical or

18   mathematical computer science, and so I decided to pursue a

19   Ph.D. in that field.

20         I came to the University of Illinois to do my

21   Ph.D. in theoretical computer science.

22   Q     And what was the subject of your dissertation?

23   A     It was MP hard problems for -- sorry, approximation

24   algorithms for some MP hardcraft problems which essentially

25   means problems that are too hard for a computer to solve
```

6

Direct examination - N. Korula

```
 1    exactly in a short amount of time but often you can get very

 2    close to an exact solution very quickly.

 3    Q    What did you do following your Ph.D.?

 4    A    I joined Google as a full-time employee.

 5    Q    What led you to join Google?

 6    A    A couple of things.  I had actually thought I would go

 7    into a career in academia but I found that many of the

 8    academics that I admired were actually taking time off,

 9    sabbatical and other things, to spend time with Google

10    because it was an interesting opportunity to compare the

11    theoretical work that we did and see how that applied at

12    many of the real problems that Google was dealing with.

13    Q    Was there anything besides the nature of the work that

14    drew you to Google as an employer?

15    A    The mission of Google was something that really spoke

16    to me and still does.  I grew up in a small town in south

17    India.  I was a kid who loved to read but the nearest

18    English language bookstore was about three hours away, and

19    so I read everything I could get my hands on.  My mom was a

20    neuroanesthesiologist.  I used to read her anesthesiology

21    journals.  And I was always starved for things to read.

22             And then the Internet came to the town where I

23    lived towards the end of my time in middle school.  And it

24    changed my life.  I finally had access to all kinds of

25    information.  I could learn about things that I had always
```

7

Direct examination - N. Korula

1    wanted to.  And so Google's mission to organize the world's

2    information and make it universally accessible and useful

3    was something that deeply resonates with me.

4            There are millions or billions of children all

5    over the world who probably had even less access to

6    information than I did and being able to provide that to

7    them meant a lot to me.

8    Q    Thank you.

9            Would you please briefly take us your work with

10   the display ads business at Google?

11   A    Sure.  I joined Google in 2010 but I was in the

12   research division for the first several years, though I

13   collaborated very closely with display ads teams.

14           In 2016, I moved over to display ads for the first

15   time full time.  I started by managing the part of the ads

16   quality team and then the entire sell-side ads quality team

17   and eventually all of ads serving and quality for Google Ad

18   Manager, and I continued in that role until 2021.

19   Q    Can you tell us some of the specific projects you

20   worked on related to display advertising during your time at

21   Google?

22   A    There were a very large number, but they included

23   Enhanced Dynamic Allocation, reserve price optimization,

24   Dynamic Revenue Sharing, several others.

25   Q    And what was the title again of the final role you

8

Direct examination - N. Korula

```
 1    mentioned?
 2    A     I was the engineering director for ad serving and
 3    sell-side ads quality.
 4    Q     Can you tell us what the ad serving and sell-sides ad
 5    quality team at Google, what they did?
 6    A     Yes.  So the ad serving team is responsible for
 7    everything that happens in real time from when a user visits
 8    a publisher's website or a mobile app and an ad request is
 9    sent to Google which looks at all of the direct sold ads the
10    publisher might have, decides whether to run a programmatic
11    auction, sends bid requests to buyers, receives the bids,
12    runs the auction, applies various optimizations, and then
13    ultimately returns the ad to the user's device.
14            So all of that that happens in real time is the
15    responsibility of the ad serving team, and the quality team
16    specifically is responsible for continuously optimizing all
17    of that.
18    Q     And just so we have the time period right, did you say
19    you were on those teams from 2016 through December 2021?
20    A     That's right.
21    Q     And that's the period I want to focus on when you're
22    answering questions.
23            But what did you do after you left display ads
24    business in 2021?
25    A     I spent a year as the senior technical advisor to
```

9

Direct examination - N. Korula

```
 1   Dr. Prabhakar Raghavan who's a senior leader at Google
 2   reporting to our CEO.  And then after that year, I joined
 3   Google Assistant where I'm now an engineering director.
 4   Q    So you're still at Google today?
 5   A    I am, yes.
 6   Q    And despite formally leaving display ads in
 7   December 2021, have you remained involved in the display ads
 8   business since leaving?
 9   A    I've given several depositions and I guess I'm involved
10   in this trial now.
11   Q    Can you provide the Court again with a high level
12   description of Google's display ads business from your
13   perspective as a lead sell-side engineer?
14   A    Yes.  Google refers products to publishers that help
15   them monetize their inventory or get paid for the ads that
16   appear next to the content they provide.
17        It also provides products to advertisers to help
18   them bid effectively and find the right advertising
19   opportunities for their ads.
20        And a large part of what Google does is to
21   facilitate matches between the two.  So perhaps a large
22   publisher might be able to make direct deals with some large
23   advertisers but not with many medium and small advertisers,
24   and likewise a large advertiser might be able to make deals
25   with large publishers but not with the smaller ones, and the
```

10

Direct examination - N. Korula

```
 1    small publishers and advertisers may not be able to make any
 2    direct connections at all.
 3              But we offer programmatic solutions that allow
 4    effective matching so that we can serve the right ad to the
 5    right user.
 6    Q    So you use the word effective matching.  What do you
 7    mean by effective matching?  Don't publishers just want to
 8    get the highest price they can for their inventory?
 9    A    That's certainly one important factor but not the only
10    one.
11              For example, publishers often have concerns about
12    the kinds of ads that appear on their website.  They want
13    ads that are appropriate for their brand.  Publishers might
14    not want ads from their competitors on their websites or in
15    their mobile apps.  So there could be a number of factors
16    that go into it.
17    Q    Does Google's display ads business include selling
18    advertising on Google's owned and operated products like
19    YouTube and its search page?
20    A    No.  We treat those separately.
21    Q    Why is that?
22    A    Because the ads on Google's owned and operated products
23    are how Google makes money from its own properties, whereas
24    the display ads business essentially is Google helping third
25    party publishers make money from the ads that appear on
```

11

Direct examination - N. Korula

 1    their websites, mobile apps or other properties.

 2    Q    Does Google's display advertising business have any

 3    relationship to the company's search business?

 4    A    Not a direct relationship but an important secondary

 5    one in that the display ads business makes it easier for

 6    publishers to get paid for the content that they produce.

 7    And if publishers can do that, it makes it easier for them

 8    to continue to produce more content as well as make that

 9    content freely available to people without requiring them to

10    pay for it.

11             And so that very much ties into Google's mission

12    of the content being available means Google can organize it,

13    make it accessible to everyone.

14    Q    So you mentioned that your role in display ads all

15    focused on the sell-side.

16             What products does Google offer on the sell-side?

17    A    We offer three products:  Google AdSense, AdMob and

18    Google Ad Manager.

19    Q    And before we get into Google Ad Manager, would you

20    just explain briefly what AdSense is?

21    A    AdSense is a product for publishers who in many cases

22    these are small websites, maybe they run a blog, maybe a

23    recipe site, but they want to focus typically on creating

24    the content and not on the details of how exactly it's

25    monetized.  And so in many cases they just want Google to

                                                            12

Direct examination - N. Korula

 1    manage that for them and then to just get paid at the end of

 2    the month.

 3            So that's essentially what AdSense does.  It makes

 4    it easy for them to just focus on the content creation.

 5    Q    And just to be clear there's no confusion, when you say

 6    AdSense, is that the same thing as others might refer to as

 7    AdSense for Content?

 8    A    Yes, that's what I'm referring to in this regard.

 9    Q    How long has Google offered AdSense to publishers?

10    A    Oh, for a long time.  Since before I joined Google, I

11    think since before we acquired DoubleClick.

12    Q    Before what?

13    A    Before Google acquired DoubleClick, I think.

14    Q    Thank you.

15            What kind of ads does AdSense serve?

16    A    AdSense can serve many different formats of ads.  You

17    can serve traditional web banner ads, you can serve native

18    ads, you can serve some video ads, you can serve ads on

19    websites and HTML5 games, mobile apps through web views.

20    There's a lot of different types of ads that AdSense serves.

21    Q    And how about sources of demand, what sources of demand

22    are available to publishers that are using AdSense?

23    A    They get access to our Authorized Buyers, so that's

24    Google Ads, DV360, and all the other Authorized Buyers

25    including Criteo, MediaMath, AppNexus, Trade Desk, et

                                                              13

Direct examination - N. Korula

```
 1    cetera.
 2    Q    Does AdSense run real-time auctions that those sources
 3    of demands compete in?
 4    A    Yes, it does.
 5    Q    And is there any limitation at all in terms of the
 6    access that AdSense publishers get to Google Ads demand?
 7    A    No.
 8    Q    The same as if through Google Ad Manager?
 9    A    Yes.  It all works generally the same.  They have
10    access to the same demand.
11    Q    Just to be absolutely clear here, when we're talking
12    about Google Ads demand, what are we talking about?
13    A    This is just I guess another way of referring to all of
14    the customers of Google Ads, the advertisers who use the
15    product.
16    Q    Now, can publishers use both Google Ad Manager and
17    AdSense together?
18    A    They can.  That's quite common.
19    Q    And how would they do that?
20    A    When you create a Google Ad Manager account, you also
21    create an AdSense account if you don't have one already, and
22    then you can just have your programmatic ads fill through
23    AdSense.  It's quite straightforward.
24    Q    Do publishers using AdSense have to use Google Ad
25    Manager?
```

14

Direct examination - N. Korula

```
 1    A    No, certainly not.  In fact, I think it's most common

 2    for publishers not to.

 3    Q    Can a publisher using AdSense parrot with a third-party

 4    ad server?

 5    A    Yes or an in-house ad server.

 6    Q    Sorry?

 7    A    I said, yes, they can or they can use an in-house ad

 8    server as well.

 9    Q    The publisher's own in-house ad server?

10    A    The publisher's own in-house ad server if they have

11    one.

12    Q    Can a publisher choose to use AdSense without any

13    publisher ad server at all?

14    A    Yes.  And again, that's very common.

15    Q    Okay.  If you would turn to Tab 1 in your binder please

16    to DTX 173.

17              And, Your Honor, this was previously admitted into

18    evidence.

19              THE COURT:  All right.

20    BY MR. MAHR:

21    Q    Mr. Korula, would you please turn to slide 17 of this

22    deck?  It's also on the screen if that's easier for you.

23    Just a quick question here.

24              Can you tell us how, if at all, the final row of

25    this slide relates to the testimony you just gave about
```

15

Direct examination - N. Korula

```
 1    using AdSense without an ad server?

 2    A    Yes.  That's exactly what this final row is referring

 3    to.  It says you can use AdSense for content with no ad

 4    server and, as I said, that's very common.

 5    Q    Thank you for that.

 6              MR. VERNON:  Objection to foundation of how common

 7    this is.  Mr. Korula doesn't work in sales.

 8              MR. MAHR:  He --

 9              THE COURT:  All right.  I'm going to sustain the

10    objection, but the point is it can be used.  All right.

11              MR. MAHR:  Yes.

12    BY MR. MAHR:

13    Q    So let's turn now to Google Ad Manager.

14              During your years in display ads, what were your

15    specific responsibilities in relation to Google Ad Manager?

16    A    As I said, I was responsible for the ads quality and

17    then the entire ads serving and ads quality team, so that

18    involved making sure that the auction and the ad selection

19    logic of Google Ad Manager was working correctly.  I was the

20    person primarily responsible for that as well as several

21    other parts of the product.

22    Q    And from your engineering perspective, would you again

23    very briefly because we've heard a bit about Google Ad

24    Manager but could you describe how you view the product?

25    A    Yeah.  Google Ad Manager essentially is a unified
```

16

Direct examination - N. Korula

```
 1   product that gives publishers a lot of options for
 2   monetizing their inventory.  In particular, it combines the
 3   functionality that we used to offer in DFP which allows
 4   publishers to manage their direct sold ads with the
 5   functionality that we used to offer in AdX or the ad
 6   exchange which allowed publishers to make money from
 7   real-time bidding or programmatic sales of their ads.
 8   Q     Did Google Ad Manager do anything more than just simply
 9   combine the functionalities that were previously offered
10   separately as DFP and AdX?
11   A     Yes.  I'd say in three ways.  First, it allowed
12   publishers to just get better and more unified information.
13   So for example, if a publisher wanted to know something
14   about how much money they were making from a particular part
15   of their website, previously they would have to go to the
16   DFP tool, run a report, see how much money they made from
17   the direct sales there, go to the AdX store, run a report,
18   see how much money they made from the programmatic sales
19   there, and then sort of combine them.
20           Whereas with DFP you can get unified reporting
21   on things like that -- sorry, with Google Ad Manager you can
22   get unified reporting.
23           Secondly, Google Ad Manager allows publishers to
24   make better decisions based on forecasts of how it will
25   affect the whole product.  So for example, if a publisher
```

17

Direct examination - N. Korula

```
 1   wants to know what would happen if I did a certain thing,
 2   then Google Ad Manager can give them a better answer.
 3           Let's say they have a direct deal with one
 4   advertiser and they're contemplating a direct deal with
 5   another advertiser, Google Ad Manager's forecasting tool can
 6   tell them, well, this new direct deal will impact your
 7   existing one in this way and impact your programmatic
 8   revenue in this way.  And then the publisher can decide if
 9   this new deal is something that they want to go ahead with.
10           And third, Google Ad Manager just also offers new
11   functionality that just makes more sense.  It would be hard
12   to do in a product that didn't actually unify the two.  So
13   programmatic guaranteed ads are a good example of this
14   because they have some features of direct sold guaranteed ad
15   but also some features that come from the programmatic or
16   the real-time bidding world.
17   Q    Would you please turn to Tab 7 in your binder where
18   you'll find DTX 213.
19           THE COURT:  Any objection to 213?
20           MR. VERNON:  Your Honor, there appears to be no
21   connection to this document and Mr. Korula.  In the interest
22   of time, we won't object as long as we have the same leeway
23   on cross.
24           THE COURT:  All right.  That's fine.  It's in.
25       (Defense Exhibit Number 213 admitted into evidence.)
```

Direct examination - N. Korula

```
 1   BY MR. MAHR:
 2   Q    Looking at the first page, can you tell us what a core
 3   team sell-side review is?
 4   A    Yes.  The core team was one of the sub product teams on
 5   Google Ad Manager.  Josh Cohen was the lead product manager
 6   for that team.  And here they would be presenting a plan to
 7   the sell-side leadership.
 8   Q    During your time at -- in the display ads and quality
 9   team were sell-side team reviews a regular occurrence?
10   A    Yes, they were.
11   Q    Would you turn to page 26 of DTX 213.
12            And although you weren't in the sales team, did
13   you as a member of the ads quality team regularly take into
14   consideration publisher feedback in terms of the design of
15   the products under your responsibility?
16   A    Yes, certainly.
17   Q    Can you explain to us what the pie chart in the lower
18   left-hand corner of page 26 shows?
19   A    Yes.  So this chart is essentially showing that many
20   publishers want to view DFP and AdX data together at various
21   times.  And so that would be the first benefit of the
22   unified product that I was referring to earlier, that they
23   could see all their information in one place.
24            And on the right side it describes some of what
25   those benefits would be.
```

19

Direct examination - N. Korula

```
1    Q    Thank you.
2           MR. MAHR:  You can take that down, Mr. Spalding.
3    Thank you.
4    BY MR. MAHR:
5    Q    Now, when a new publisher signs up for Google Ad
6    Manager, is the publisher forced to use AdX?
7    A    No, certainly not.  In fact, they have to go through a
8    vetting process before they're permitted to use AdX.
9    Q    Why do they have to go through a vetting process before
10   they get access to AdX?
11   A    With the direct ad serving functionality, there's a
12   direct relationship between the publisher and the
13   advertiser.  They in some sense know what they're getting
14   into, they're working directly with each other.
15          With AdX, Google is facilitating a match between
16   the publisher and an advertiser who perhaps haven't directly
17   agreed to it.  And so we want to make sure when we allow
18   inventory on AdX, that the publishers that are permitted
19   there are carefully vetted to ensure they comply with our
20   policies.  This is our product.  We want to make sure that
21   what we represent to advertisers is actually high-quality
22   inventory.
23   Q    During your time on the display ads team, did most
24   Google Ad Manager publisher customers eventually receive
25   access to AdX?
```

20

Direct examination - N. Korula

1   A    No.  Certainly not.  Only a small minority of them.

2   Q    Can you give us some sense of the proportion that

3   received access to AdX again during your time in display

4   ads?

5   A    Yes.  I would say it was about 20 percent.  Maybe out

6   of about 65,000 some publishers, between 11 and 13,000 had

7   access to AdX.  That number would vary a little bit over

8   time.

9   Q    Are there different versions of Google Ad Manager?

10  A    Yes.  We offer the base Google Ad Manager product and

11  then Google Ad Manager 360 that offers some additional

12  functionality and controls and customization.

13  Q    Why does Google offer two versions of Google Ad

14  Manager?

15  A    Google Ad Manager, the base product, is already quite

16  flexible, but for some of our more sophisticated publishers

17  they might desire the need -- they might desire just more

18  controls, more ways to configure their complex businesses.

19  Q    Is there a difference between what Google charges for

20  what I'll call the standard Google Ad Manager as opposed to

21  Google -- to GAM 360?

22  A    Yes.  The ad serving fees for Google Ad Manager 360 are

23  higher reflecting the additional functionality that it

24  offers.  And for Google Ads -- I'm sorry, Google Ad Manager

25  the base product, we don't even charge any ad serving fees

                                                            21

Direct examination - N. Korula

```
 1    at all up to about 19 million impressions a month.
 2    Q    And roughly about what percentage of your publisher
 3    customers use GAM 360 as opposed to the standard version of
 4    Google Ad Manager?
 5    A    Oh, only a very small minority use Ad Manager 360.
 6    Q    Have you prepared -- sorry, go ahead.
 7    A    Oh, I was going to say, I think it will be about 4 or
 8    5 percent, something like that.
 9    Q    That use --
10    A    That use Ad Manager 360.
11    Q    Have you prepared a series of slides today to
12    demonstrate how a publisher goes about signing up for and
13    using Google Ad Manager?
14    A    I have, yes.
15    Q    And before we turn to your slides, you testified
16    earlier that you were Google's lead engineer with day-to-day
17    responsibility for the Google Ad Manager auction from 2016
18    through 2021; is that right?
19    A    That's right.
20    Q    In that role, did you develop a familiarity with the
21    core functionality of Google Ad Manager?
22    A    Yes, a very deep familiarity.
23    Q    Did you develop an understanding of how publishers
24    using Google Ad Manager can access that core functionality?
25    A    I did, yes.
```

Direct examination - N. Korula

```
 1   Q    And has that core functionality changed in any material

 2   way since you left display ads?

 3   A    Not in any material way, I believe.  We constantly keep

 4   making minor improvements to the product but not in any

 5   significant way.

 6   Q    So just to be clear, do the slides that you prepared

 7   reflect that core functionality as it stood when you were in

 8   display ads from 2016 to 2021?

 9   A    Yes, they do.

10        MR. MAHR:  With the Court's permission, Your

11   Honor, we would like to display a demonstrative to assist

12   Mr. Korula in providing his testimony.  This would be Tab 2

13   in the binder.

14        MR. VERNON:  Your Honor, let me raise one issue

15   briefly.  This set of demonstratives includes what we

16   understand to be non-public -- not publicly available

17   information that was not produced in discovery.

18        In the interest of time, we've agreed to allow

19   counsel to proceed with them, but we are reserving the right

20   to object to that in the future.

21        THE COURT:  All right.

22        MR. MAHR:  May I proceed, Your Honor?

23        THE COURT:  Yes, sir.

24   BY MR. MAHR:

25   Q    Mr. Korula, can you tell us what the first slide in
```

Direct examination - N. Korula

1    your demonstrative shows?

2    A     Yes.  This is the home page of the Google Ad Manager

3    website.  This is what you would come to if you typed Google

4    Ad Manager into your favorite search engine, and this is

5    where you can sign up to get started using the product.

6              If you were to click this blue Get Started button

7    on the top right, that's how you could sign up.

8    Q     And going to the next slide, what happens after you

9    click the Get Started button?

10   A     The publisher is asked a series of questions about

11   their business to help us recommend the right product for

12   them.

13   Q     Can you go through some of those questions that are

14   asked?

15   A     Yes.  So the first question here the publisher is asked

16   to select one or more of these boxes, what best describes

17   your business, perhaps they're a web or video publisher and

18   they have a mobile app.  Or perhaps they're not directly a

19   publisher themselves, they provide services to publishers.

20             So you check the correct answers here, and then if

21   you go back to the main slide, you can continue the process

22   with a couple more questions.

23   Q     What other questions do publishers answer going to your

24   next slide when setting up the Google Ad Manager account?

25   A     The next question they get asked is typically how many

24

Direct examination - N. Korula

```
 1   monthly page views does the website get as a rough sense of
 2   how large this publisher is, so they have to choose an
 3   amount from this drop-down menu.  Perhaps the publisher is
 4   going to choose 1 to 5 million monthly impressions or
 5   monthly page views.
 6              And then once they've done that, they get asked
 7   another question.
 8   Q    If you could go to the next slide.  What's that next
 9   question?
10   A    Which essentially is about what features they're
11   looking for in the product.
12              So they can select again one or more of these.
13   Typically do they want a central place to monetize different
14   channels, different devices.  Do they need something to
15   manage direct deals, manage competition between third party
16   networks.  And then you might select one or more of these.
17              And after doing that, you have to answer a couple
18   more questions, and that basically completes the setup.
19   Q    On the slide before you, what happens if a publisher
20   checks none?
21   A    In that case, we might say well Google Ad Manager may
22   not be the right product for you.  AdSense, for example,
23   might be a good fit for a publisher like that.
24              MR. MAHR:  Move to the next slide.
25              THE WITNESS:  And so here this slide shows what
```

25

Direct examination - N. Korula

```
 1    that might look like.  We'd say we might have a better
 2    solution, AdSense might be a better fit for your business
 3    needs, and the publisher can learn more about the AdSense
 4    option.
 5            Or if they want, they can continue signing up for
 6    Ad Manager by clicking on that link there.
 7    BY MR. MAHR:
 8    Q    So the publisher isn't required to switch to AdSense?
 9    A    No.  They could continue to sign up for Ad Manager if
10    that's what they need.
11    Q    If the publisher did choose to switch to AdSense, would
12    that publisher still receive access to all of Google Ad's
13    demand?
14    A    Yes, they would.
15    Q    After the publisher fills out this basic information
16    requested, what happens next?
17    A    Pretty much you get started.  You can start using the
18    product relatively soon.
19    Q    Is Google Ad Manager customizable by the publisher?
20    A    It's extremely customizable.  This shows the home page
21    once you log into the product.  And all of these options on
22    the left, this menu here, essentially those show many
23    different customizations that a publisher can apply or many
24    options they have.
25    Q    Let's go a little deeper on some of those
```

26

Direct examination - N. Korula

```
 1    customizations.
 2              Can a publisher control the kinds of ads allowed
 3    to be served on its inventory?
 4    A    Yes, they can.  You might in many cases do that through
 5    the protections menu that you see right here.
 6              If you were to click on protections, as I think
 7    the next slide will show, you get taken to this screen where
 8    you can choose to create a new protection, and there's three
 9    different types of protections.
10    Q    Can you read the three types of protections?
11    A    Yes.  There's an ad content protection, a competition
12    protection, and an inventory exclusion protection.
13    Q    Taking them in order, what is the ad content
14    protection?
15    A    The next slide actually shows what that looks like.
16    This allows a publisher to say I don't want certain types of
17    ads to appear on my website.
18              So we block a lot of ads by default.  Google has
19    policies about what kinds of ads can appear on AdX.  But a
20    publisher might say, you know, I've seen lots of ads for
21    distasteful things like belly fat and so I don't want that
22    on my website, so I'm just going to block drugs and
23    supplements from appearing on my site.
24              We block -- of course, we block ads with viruses
25    and malware and things like that.  We also block ads with
```

27

Direct examination - N. Korula

1    explicit sexual content.  But a publisher could say, you

2    know, I want to go beyond that.  Maybe I'm a family-oriented

3    website, I want to block even ads with any kind of reference

4    to sex.  So you could use this option for that.

5            You could go still further.  A publisher could

6    say, you know, I don't even want ads where there's any kind

7    of significant skin exposure.  So you wouldn't see ads of

8    people on a beach, for example, if you were to select that

9    option.

10           So there's a lot of controls that publishers can

11   have to say what kinds of ads appear on their site.

12   Q    Moving to the next slide, you also mentioned

13   competition protection.

14           What is that?

15   A    Yeah.  Competition protection allows publishers to say

16   that they don't want certain types of ads to appear

17   together.

18           So for example, if a publisher signed a direct

19   deal with Pepsi, they could say well I'll still accept ads

20   from Coke but I don't actually want the Pepsi ad and the

21   Coke ad appearing next to each other.  So you can do that in

22   this way where you would select Pepsi and Coke, and then

23   those two ads with competition protection, that would keep

24   those ads from appearing together.

25   Q    The third protection was inventory exclusion.  What is

                                                            28

Direct examination - N. Korula

```
 1   that?
 2              And before you start, you have to tap the slide.
 3   Okay.
 4   A    The inventory exclusion protection, which I think we'll
 5   talk a little bit more about later, allows publishers to
 6   block AdX from having access to parts of their web property.
 7   Q    Can a publisher use inventory to block AdX from all of
 8   its inventory?
 9   A    They could.  But if a publisher didn't want AdX, they
10   probably wouldn't go through the vetting process.  So first
11   of all, they would have to go through that.
12              And then even if they were approved to use AdX,
13   AdX is not turned on by default.  So if they didn't turn it
14   on, then they wouldn't need to turn it off using the
15   inventory exclusion protection.
16              But if they did go through the vetting and they
17   did turn it on, they could also use inventory exclusions to
18   turn it off everywhere.
19   Q    Moving to the next slide, after a publisher has input
20   the protections it wants, are there ways to monitor which
21   ads have actually been shown on its properties?
22   A    That's right.  I think it's actually on the previous
23   slide.
24              And if we could go back.  Right.  So this is the
25   ad review center and here a publisher can see the actual
```

                                                              29

Direct examination - N. Korula

```
 1   creatives, the visual images and text of the ads appearing
 2   on their website.
 3           So for example, this publisher is seeing ads from
 4   Fiverr.com and Feverup and Post-Star and others; and if a
 5   publisher decides, well, this particular ad that I don't
 6   like, they can just click on this little Block Ad button
 7   right here and then that ad will stop appearing on their
 8   website.
 9   Q    You mentioned reporting and analytics.
10           What kind of reporting can publishers receive on
11   Google Ad Manager?
12   A    Google Ad Manager offers very detailed reporting
13   functionality.  So if you move to the next slide, we can see
14   that here a publisher can create a new report.  You give it
15   a name, you specify what duration you want the report to run
16   over, what kind of inventory you might want.  See web, app,
17   email, newsletters.  And then you select what information
18   you want to include in that report, what metrics you're
19   interested in.
20   Q    If we go to the next slide, can you walk us through how
21   that would work?
22   A    Yeah.  So you just scroll right down and then if we can
23   just play the slide, you'll see that the publisher can
24   choose from many, many different metrics.  You can look at
25   impressions, you can look at clicks, you can look at
```

                                                              30

Direct examination - N. Korula

```
 1    revenue, you can look at click-through rate.  There's a
 2    whole bunch of metrics.  As you keep scrolling down this
 3    page, there's a lot of different things you can get
 4    reporting about.
 5              And once you've selected all of the information
 6    you want, this screen doesn't even show you all the ways you
 7    can break down that information, then you can just click Run
 8    at the bottom of the page, and then you'll get a report
 9    generated with the information you want.
10    Q    Is there a perhaps simpler way or summarized way that
11    Google Ad Manager allows a publisher to see how its
12    inventory is performing?
13    A    Yes, there is.  In fact, right on the home page you get
14    some of this information.
15              This is a test network so the numbers are small,
16    but you can see, for example, this publisher has made $19 in
17    revenue.  You get some information about impressions, CPMs.
18    So you see all of this right as soon as you log into the
19    product without having to run any report.
20              Also on the top right here, we show some
21    information about, you know, perhaps some insight that we
22    want to provide to the publisher.  Saying in this case, hey,
23    there's been a 20 percent revenue decrease in the last seven
24    days for AdX, perhaps the publisher already knows why, but
25    if not, maybe it's something you can look into and you can
```

31

Direct examination - N. Korula

```
 1    then dig into that.
 2    Q    All right.  I'd like to now ask you some questions
 3    about whether publishers can use Google Ad Manager while
 4    working with other sources of demand.
 5            Does Google Ad Manager allow publishers to work
 6    with other sources of demand?
 7    A    Yes, it certainly does.
 8    Q    How so?
 9    A    Yeah.  When you say other sources of demand, if you're
10    referring to non Google sources of demand.
11            THE COURT:  I'm sorry, what was that?
12            THE WITNESS:  Oh, I said, Your Honor, if you're
13    referring to non Google sources of demand, then I would
14    categorize them into three groups:  The Authorized Buyers
15    besides Google Ads and DV360, header bidding commonly, and
16    Open Bidding.
17            THE COURT:  Thank you.
18    BY MR. MAHR:
19    Q    So let's go through each of those.
20            What are Authorized Buyers?
21    A    Authorized Buyers are the buyers on our ad exchange
22    product.  They go through a vetting process and they get
23    access to all of the AdX inventory, all of the inventory
24    that's made available to AdX by publishers.
25            We have hundreds of them, including Criteo,
```

32

Direct examination - N. Korula

 1   AppNexus, The Trade Desk, MediaMath, many, many others.

 2   And, yeah, they can bid on all of the AdX auctions.

 3   Q    Is there any difference between the access Authorized

 4   Buyers get to Google inventory compared to the access Google

 5   Ads or DV360 gets to that inventory?

 6   A    Here if by Google inventory you mean the inventory made

 7   available on AdX, then, no, there's no difference.  They all

 8   get access to that inventory by default.  Publishers always

 9   have the ability to block a specific buyer from any specific

10   part of their inventory, but by default they all get access

11   to it.

12   Q    Before leaving Authorized Buyers, I want to clarify a

13   point from Professor Lee's testimony.

14            Mr. Spalding, if you could please pull up the

15   public version of slide two from Professor Lee's testimony.

16            MR. VERNON:  Your Honor, objection to Mr. Korula

17   testifying as an undisclosed expert witness referring to

18   Professor Lee's testimony.

19            THE COURT:  I'm sorry?

20            MR. VERNON:  We have an objection to Mr. Korula

21   testifying as an undisclosed expert witness if he's going to

22   be referring to Professor Lee's testimony.

23            THE COURT:  Rather than the preface, just direct

24   his attention to whatever it is you want him to talk about.

25            MR. MAHR:  Certainly.  And we don't even need the

                                                           33

Direct examination - N. Korula

1    slide.  I was just trying to orient the Court to what we're

2    talking about.

3    BY MR. MAHR:

4    Q    But when Authorized Buyers are bidding on AdX, they

5    submit these bids on a CPM basis; is that right?

6    A    That's correct.

7    Q    Does Google have any knowledge about whether those

8    Authorized Buyers are charging their advertiser customers --

9    whether the Authorized Buyers are charging their advertiser

10   customers on a CPM basis or a CPC basis or some other basis?

11   A    No.  We have no such knowledge at all except for our

12   own Google buyers at Google Ads.

13   Q    Does Google have any knowledge about anything

14   concerning about how those Authorized Buyers are charging

15   the advertisers that they're representing?

16   A     No.  We don't know anything about that, how much they

17   charge, on what basis they charge.  All we see are the bids

18   that come into the auction.

19   Q    Okay.  So I'd like to go to the second category of non

20   Google demand that publishers can work through with Google

21   Ad Manager, and that you said was header bidding?

22   A    That's right.

23   Q    Can you tell us how a publisher can set up Google Ad

24   Manager to work with header bidding?

25   A    Yes.  So typically a publisher can work with the header

                                                              34

Direct examination - N. Korula

```
1   bidding partners and then create what we call price priority
2   line items in Google Ad Manager to represent those header
3   bidding ads.
4           And so what would happen is they would call the
5   header bidding partners before any call to Ad Manager is
6   made, receive bids from them, choose a winner from that
7   first header bidding auction, and then match that to the
8   appropriate price priority line item they've created within
9   Google Ads Manager.
10  Q    And what again is a line item?
11  A    A line item is essentially a unit of demand that you
12  can create in Google Ads Manager that you can use to
13  represent many different types of ads.  So you would create
14  a line item to represent a specific direct sold guaranteed
15  ad campaign, for example.  You could create a line item to
16  represent header bidding.
17  Q    You said a price priority line item.
18          What is the price priority part of line item mean?
19  A    A price priority line item means in contrast to say a
20  direct sold guaranteed line item where the publisher's made
21  a commitment for how much impressions to serve.  The price
22  priority line item is non guaranteed and it's just
23  competing, as the name says, just based on its price.
24  Q    Turning back to the slides, can you show us how a
25  publisher using Google Ads Manager would configure a price
```

35

Direct examination - N. Korula

 1    priority line item to allow header bidding to compete for

 2    its inventory?

 3    A    Yes.  So it's pretty straightforward.  This is the page

 4    where you create a new line item.  And you would give the

 5    line item a name.  In this case, something like Prebid

 6    $1.23.  That might represent the name of the header bidding

 7    partner.  And $1.23 may represent the price.

 8              You would choose the line item type.  As I said,

 9    that's commonly price priority.  And a priority value,

10    typically 12.

11              And then if you were to scroll down, which you

12    could see on the next slide, you'd see that you have to

13    choose some information like when you would want this ad to

14    start serving, when you would want it to end.  And

15    importantly, in this context, you would actually choose a

16    price.  And in this case, that would be $1.23 perhaps as was

17    shown in the name, right.

18              And so the publisher might use this line item if

19    they got a header bidding bid of $1.23.

20              THE COURT:  So is it your testimony that that

21    price is set by the publisher but not set by AdX?

22              THE WITNESS:  That's right, ma'am.

23              THE COURT:  In all cases?

24              THE WITNESS:  Yes, Your Honor.

25              THE COURT:  Okay.

                                                              36

Direct examination - N. Korula

```
1    BY MR. MAHR:
2    Q    And I was just going to ask, does the publisher control
3    the price assigned to the price priority line item?
4    A    Yes.  They can enter any price they would like here.
5    It doesn't even have to actually match the bid they get from
6    header bidding.
7    Q    Why would a -- why might a publisher enter an amount
8    higher than the actual winning bid of the header bidding?
9    A    The publisher could decide to do that for any reason,
10   for example, they're working with a header bidding partner
11   and they want to give that partner some kind of preference.
12   And so they could say if I have $1 bid from header bidding,
13   I'm going to enter $2 in here which means that the bid from
14   AdX or Open Bidding needs to be twice as high as the header
15   bidding bid in order to win.  And you could do that to give
16   header bidding a boost, for example, if you wanted to.
17   Q    And can you describe what you mean by a boost?
18   A    Essentially you make it more likely for it to win the
19   auction, even if it weren't the highest bidder.
20   Q    Is there any limit at all on the value that a publisher
21   can enter into that header bidding line item?
22   A    No.  I mean, the publisher can enter, you know, $1, it
23   can enter $10, $100 or $1,000.  It's all fine.
24   Q    Would the publisher have to do anything else to set up
25   header bidding?
```

Direct examination - N. Korula

```
 1    A     Not on the Google Ad Manager side.  In fact, you don't

 2    even have to go through all of these steps because you can

 3    automate it.  There's an API that we allow, so publishers

 4    can create thousands of these header bidding line items just

 5    by running a short program.

 6              The publisher would have to do some work with the

 7    header bidding partners, of course.  But as far as Google Ad

 8    Manager is concerned, that's it.

 9    Q     Does Google Ad Manager put any limit on how many

10    competing exchanges a publisher can connect to using header

11    bidding?

12    A     No.  We don't have any limit of that nature.  A

13    publisher can work with any one of the many dozens of

14    exchanges that are out there.  It's very common for

15    publishers to work with six or seven of them, say, but

16    there's no limit within Google Ads Manager.

17    Q     Okay.  Turning to the third way you identified for

18    publishers to access competing non Google demand.

19              It was Open Bidding.  Can you explain how Open

20    Bidding works?

21    A     Yes.  So we developed Open Bidding in response to

22    header bidding via what we thought was a better solution

23    that was run server side that allowed publishers to connect

24    with multiple exchanges.  And so they could get real-time

25    price competition between all of these exchanges while
```

38

Direct examination - N. Korula

```
 1   Google made it really easy for that to work effectively.

 2   Q    And what did you mean when you said server side?

 3   A    Rather than a lot of the work for header bidding having

 4   to happen on the user's device, what we call client side,

 5   typically with header bidding the user's device would

 6   initiate a call to many different exchanges, receive the

 7   bids, run an auction on the user's device.  Rather than

 8   doing all of that, we could just do that on a Google's

 9   server sitting in a data center somewhere.

10   Q    When did Google launch Open Bidding?

11   A    We were developing it over a few years but I think we

12   launched it to Open Bidding in 2018.

13   Q    Why did Google launch Open Bidding?

14   A    We did this in response to header bidding.  We saw that

15   publishers wanted to work with exchanges in this way, and we

16   developed what we thought was a better solution.

17   Q    Which competing exchanges can a publisher using Google

18   Ad Manager connect to through Open Bidding?

19   A    Oh, we have about 25 of them I think.  You can connect

20   with Index Exchange, with OpenX, with Magnite, with

21   PubMatic.  There's a lot of different exchanges you can work

22   with.

23           MR. MAHR:  And I just want to check to make sure,

24   is the microphone working all right for the Court and the

25   court reporter?
```
                                                             39

Direct examination - N. Korula

```
 1    BY MR. MAHR:

 2    Q    So going back here to demonstratives, can you tell us

 3    what this video shows?

 4    A    Yeah.  So this video actually shows how a publisher

 5    could start working with Open Bidding.  You can -- here you

 6    can choose a new bidder that you want to work with and these

 7    list the ones we have, so you can see Index Exchange, or

 8    Magnite, or OpenX, PubMatic, several others, SpotX and so

 9    forth.

10         So the publisher can choose from among these.  And

11    once they've done that, then they can actually go to set up

12    how that particular exchange works with Open Bidding.

13    Q    Does the publisher have to have an agreement with each

14    of these competing exchanges in order for it to bid?

15    A    We do require that publishers have an agreement but not

16    necessarily a preexisting agreement.

17         So for example, the next slide shows what this

18    could look like.  You see that we say you need a partnership

19    agreement.  But if the publisher doesn't have one, we

20    actually facilitate that.  We can -- the publisher right

21    from within this UI can start this process, and we redirect

22    them to Index Exchange's website, so that in this case they

23    can create a relationship with Index Exchange if they didn't

24    have one already.

25    Q    You used the word facilitate.
```

Direct examination - N. Korula

```
 1              Does Google Ads Manager actually help publishers

 2    enter contracts with Google's ad exchange competitors?

 3    A    Yes, that's right.

 4    Q    Why would Google do that?

 5    A    Because we thought that that actually was better

 6    addressing publishers' needs.  Publishers want to work with

 7    these exchanges.  And we thought we would design this

 8    product in a way that made it as easy as possible for them

 9    to do so effectively.

10    Q    Okay.  Now moving on to a slightly different topic, you

11    testified earlier that Google Ad Manager combined DFP's ad

12    server functionality with AdX's functionality.

13              Do you recall that?

14    A    Yes.

15    Q    Can a publisher still choose to use just Google Ad

16    Manager's ad server functionality without using AdX?

17    A    Yes.  Certainly.

18    Q    How would it do that?

19    A    As I said, the vast majority of publishers don't use

20    AdX, right.  By default when you sign up for Google Ad

21    Manager, you don't have access to AdX.  So publishers have

22    to go through a vetting process to have access to AdX in the

23    first place.

24    Q    So just to be clear, the default is no AdX access?

25    A    That's right.  The default is no ability to work with
```

41

Direct examination - N. Korula

 1   AdX.

 2   Q    So assuming a publisher does apply for and is vetted

 3   and gets access to AdX, are there any affirmative steps the

 4   publisher must take to make AdX eligible for inventory or

 5   does it just happen automatically?

 6   A    It certainly doesn't happen automatically.  By default,

 7   AdX has no access to the publisher's inventory, and the

 8   publisher has to affirmatively take some step to provide

 9   that access like creating an AdX line item.

10   Q    If you go to the next slide, is this -- what does this

11   illustrate?

12   A    This illustrates exactly how you would create an AdX

13   line item.  It's somewhat similar to the header bidding line

14   item creation process.  It's the new line item page, you

15   enter a name for the line item, you choose a line item type

16   and a priority.  In this case because it's AdX, you would

17   choose the ad exchange type.

18        And then you could scroll down because even if

19   you're giving access to AdX, you may not want to give it

20   access to all of your inventory, and so the next slide shows

21   what happens when you scroll down.

22        You can choose which parts of your inventory,

23   right, you want AdX to have access to.  And then you click

24   Save and you have that access.

25   Q    So can publishers choose to enable AdX for only a

Direct examination - N. Korula

```
 1   portion of their inventory?
 2   A    Yes, that's right.
 3              MR. VERNON:  Objection.  Asked and answered.
 4              THE COURT:  Overruled.
 5              MR. MAHR:  Go ahead.
 6              THE WITNESS:  Yes, that's right.
 7   BY MR. MAHR:
 8   Q    And if a publisher doesn't consciously and
 9   intentionally take action to enable access to AdX, will
10   Google Ads Manager call AdX at all?
11   A    No.
12   Q    Okay.  So let's consider another scenario.
13              Even if a publisher has set up AdX, is there still
14   a way for the publisher to turn off AdX for portions of its
15   inventory so it's not called to submit bids?
16   A    Yes.  And you do this using the inventory exclusion
17   protection that I briefly mentioned earlier, and this slide
18   actually illustrates what that looks like.
19              So you could create a new protection, give it a
20   name, say block AdX demand, and here you can choose which
21   inventory you want to exclude AdX from having access to.
22              So in this example, you could say I don't want
23   access -- I don't want AdX to have access to any of my
24   inventory from California.
25   Q    So using the inventory exclusion protection, can a
```

                                                                43

Direct examination - N. Korula

```
1    publisher allow non Google demand to compete for its

2    inventory via Open Bidding without allowing AdX to compete

3    at all?

4    A    Yes, they can.

5    Q    And same question with header bidding, using the

6    inventory exclusion protection, can a publisher allow non

7    Google demand to compete for its inventory via header

8    bidding without allowing AdX to compete for that inventory?

9    A    Yes, they can.  But you wouldn't even need the

10   inventory exclusion protection for that.  You could just set

11   up header bidding and not create any AdX access.

12   Q    Okay.  Thank you.

13          So we've gone through various ways that a

14   publisher can use all of the ad server functionality of

15   Google Ad Manager without using AdX.

16          Is there a way for a publisher to do the converse,

17   to use AdX without having to use the DFP ad server

18   functionality?

19   A    Yes, there is.

20   Q    How would they do that?

21   A    There's a couple ways but the most common is what we

22   refer to as AdX direct.  And -- sorry.

23   Q    Can you explain how AdX-direct tags work?

24   A    Yes.  I think the -- yeah, this slide actually

25   illustrates that.
```

Direct examination - N. Korula

1                This is a small snippet of code, some JavaScript

2    code that the publisher would have to copy and just paste

3    this on their website, and that would allow calls from that

4    publisher to go to AdX direct and be credited to the right

5    publisher's account.

6    Q    Is there an automated way for the publisher to do that?

7    A    Yes.  They would just copy this code, and then they can

8    in an automated way deploy it on all of their web pages.

9    Q    What does that AdX-direct tag allow the publisher to

10   do?

11   A    It allows them to send ad requests through AdX which

12   AdX will fill if its price is above the floor price that's

13   set, and they have access to all the AdX demand.

14   Q    Will AdX return a real-time bid to the third-party ad

15   server?

16   A    It will not but it also doesn't return real-time bids

17   to Google Ad Manager or DFP.

18                THE COURT:  I'm sorry, what was the answer?

19                THE WITNESS:  I said, Your Honor, it will not but

20   it also does not return real-time bids to DFP.

21   BY MR. MAHR:

22   Q    Does Google have a policy related to this idea of

23   passing bids to ad servers once AdX has been called?

24   A    Yes, we do.

25   Q    If you could turn to Tab 4 in your binder, you'll see a

                                                              45

Direct examination - N. Korula

```
 1    document marked DTX 1771.

 2              THE COURT:  Any objection?

 3              MR. VERNON:  No objection.

 4              THE COURT:  All right.  It's in.

 5       (Defense Exhibit Number 1771 admitted into evidence.)

 6    BY MR. MAHR:

 7    Q    Are you familiar with this document, sir?

 8    A    Yes.

 9    Q    And can you tell us what it is just generally?

10    A    This generally contains some policies for our Google Ad

11    Manager publishers.

12    Q    And turning to page 5 under 2.3, the second paragraph

13    entitled Restrictions On Passing And Redirecting Inventory.

14              Can you please tell us your understanding of that

15    paragraph?

16    A    Yeah.  This is essentially saying once you've called

17    AdX, you can't take that impression and then pass it through

18    any other system that tries to put the AdX bid in

19    competition with other bids based on price.

20    Q    And you said that's also true with DFP?

21    A    Yes.  That's correct.  Though now we don't have the

22    separate products anymore, but substantially, yes.

23    Q    Why was AdX built this way?

24    A    Essentially, you know, AdX was built even prior to

25    Google's acquisition of it, at a time when exchanges weren't
```

46

Direct examination - N. Korula

1    submitting real-time bids, right.

2            And so the understanding was that if you called an

3    exchange and you had a floor price and the exchange beat

4    that price, the exchange would win and that ad would serve.

5    And that's sort of like built into many core pieces of AdX's

6    functionality.

7    Q    And when you talked about that period before competing

8    exchanges could submit real-time bids, can you give us a

9    sense of that time period?

10   A    Oh, this is, as I said, when AdX was being created.  So

11   around 2007, 2008, like that kind of time.

12   Q    Why didn't Google subsequently change the way AdX

13   worked to allow it to submit real-time bids into other ad

14   servers?

15   A    Well, as I said, we don't even do that for DFP.  And

16   the reason is because it's a substantial amount of work.

17   This is sort of really built into AdX's like core code in

18   many places, and it would take a team of engineers years to

19   actually undo that or make that no longer true.

20           And you know, given an expensive change like that,

21   we would rather deploy those engineering resources, those

22   machine resources, to other projects that could increase

23   publisher monetization or improve the product in other ways.

24           And I guess finally, we didn't need to because

25   that goal of allowing multiple exchanges to be in

                                                              47

Direct examination - N. Korula

 1   competition based on real-time prices could be achieved

 2   anyway, so you could get that outcome even without having to

 3   spend all of the time and effort to make this radical change

 4   to AdX.

 5   Q    Did Google ever consider deprecating AdX-direct tags?

 6   A    I believe we did briefly, yes.

 7   Q    Did Google in fact deprecate AdX-direct tags?

 8   A    No, we didn't.

 9   Q    And why not?

10   A    I mean, we found that at the time there were still many

11   publishers using AdX direct and they were deriving value

12   from the product, so we decided not to.

13   Q    As we move into some of the specific product features

14   the government has put at issue in this case, I would like

15   to first -- could you please explain for the Court the role

16   that innovation plays in Google's display ads business?

17   A    Innovation is really at the heart of this whole

18   business.  It's a rapidly changing business.  It's evolved

19   very considerably over the last decade.  We are constantly

20   trying to find ways to make the product better.

21        As I said, one of the teams that I led, the ads

22   quality team, essentially the whole job of that team is to

23   keep looking for ways to make the product better wherever

24   they can.  So they look at all of the data, they look at the

25   auctions, they see is there anything that we can do to make

                                                          48

Direct examination - N. Korula

 1   this product work better to help publishers make more money.

 2   Q    Can you tell us about the kinds of innovations that you

 3   worked on for display advertising?

 4   A    Yes.  I worked on several.  I mentioned a few of them

 5   before like Enhanced Dynamic Allocation, Dynamic Revenue

 6   Sharing, reserve price optimization.

 7        But I also worked on things like smart throttling,

 8   for example, which there are many buyers who are unable to

 9   handle all of the bid requests that we send them.  And so

10   rather than give them random bid requests, we built machine

11   learning systems that intelligently give them the requests

12   they were most likely to bid on.

13        That meant we got more bids back from them, more

14   high bids from them, and that led to more revenue for

15   publishers.

16   Q    Any other innovations?

17   A    There were a lot of them.

18        One whole series was around not monetizing ads

19   that were unviewed.  So for example, there were many ads

20   that might be in a background tab or load on a page and the

21   user wouldn't see them, and so we had a bunch of innovations

22   here to make sure that advertisers weren't charged for those

23   ads.

24   Q    Now, if an advertiser isn't charged for those ads, that

25   would reduce Google's revenue; is that right?

49

Direct examination - N. Korula

```
1   A     Yes, it would.  But in the short term it would.

2           But ultimately we believed that if advertisers are

3   paying for ads that aren't seen, this is just going to be

4   bad for their ROI, and over time they're going to want to

5   stop spending money on wasted impressions that nobody ever

6   sees.  And so ultimately, that would lead to pulling money

7   away from the display ecosystem.

8           And so in the long term, we believed that not

9   charging the advertisers for these ads is the right thing to

10  do, and that it would ultimately lead to more money coming

11  into this ecosystem.

12  Q     How does Google's display ad business decide which

13  innovations it's going to invest in?

14  A     That's a complicated question and there isn't a very

15  easy answer, but roughly we get feedback from our

16  publishers, right.  They tell us, well, this part of the

17  product I think could be simpler, could be better, could be

18  improved in some way.

19          And we also have teams of engineers like the

20  quality team that spend all of their time looking at data

21  trying to see is there something that we think we can do

22  better.

23          And then once we have these I guess candidate

24  projects, we'd look at how much benefit we expect the

25  publishers would get from them, and then we would look at
```

50

Direct examination - N. Korula

 1    the effort that would be involved in the project including

 2    the engineering costs, the costs of the servers and the data

 3    centers that would be needed.  And then ultimately make a

 4    priority decision based on a number of those factors.

 5    Q    I know it's challenging but is there any way you can

 6    help quantify the volume of innovations in Google's display

 7    ads business?

 8    A    How can I quantify this.  So there's a couple ways I

 9    guess.

10         One is we run a lot of experiments, right.  So

11    when I was in display ads, on my team of over 100 engineers,

12    most of them were running experiments at any given time.

13    There would be several hundreds of experiments that were

14    running, right, all of which -- or most of which we're

15    really trying to see what can we do better here, how can we

16    improve this.

17         We had a launch committee that would meet pretty

18    much every week and go through five or ten launches that

19    were designed to improve the product in certain ways.

20         So every week we would, you know, launch five or

21    ten of these.

22    Q    Can you give us some sense of the general types of

23    experiments that Google's display ads business runs -- ran?

24    A    Yeah.  I guess there's maybe three types.  One, and I'd

25    say the most common, is to evaluate a potential change.  So

                                                              51

Direct examination - N. Korula

```
 1    let's say we want to improve the product in a certain way,
 2    we would run an experiment and validate that that change
 3    actually worked in the way that we thought it would, that
 4    publishers would make more money, for example.
 5              So that's sort of the first class of experiments.
 6              The second class is maybe to investigate
 7    something, right, to like determine if something is
 8    occurring and maybe a good example of this is related to
 9    ads.txt.  And here, Google ran a couple of experiments that
10    identified certain large scale fraud that was occurring in
11    this ecosystem.  And then based on these experiments, the
12    ads.txt standard was developed to combat that fraud.  So
13    this is here an experiment to show that the fraud exists, if
14    you will.
15              And then I guess the third category is after we've
16    launched something, maybe we'll keep an experiment running
17    for a long time to make sure that it continues to work the
18    way that we intended because, as I said, this is an industry
19    that changes a lot and something that works a certain way
20    today might not work in the same way a year from now.
21    Q    Can you provide us with an example of some of these
22    experiments?
23    A    Yes.  So ads.txt was an example of that middle
24    category.  Maybe Enhanced Dynamic Allocation illustrates the
25    first and the third.
```

Direct examination - N. Korula

1          So I was working on Enhanced Dynamic Allocation

2     myself, and as we were developing it, we would run a lot of

3     experiments.  I personally was looking at those experiment

4     results every day, multiple times a day.

5          As we got more confidence in the product, the

6     feature was working really well, we ran more experiments

7     but, you know, I might look at it once a week or so.

8          But then even after we launched it, we kept a

9     holdback experiment running for about six years where we

10    were ensuring that the product was continuing to make money

11    for the publishers in the way that we thought it would.

12    Q    Thank you.

13         So now I'd like to turn to some of the Google

14    product features the government has put at issue.  And we'll

15    start with Dynamic Allocation.

16         Would you please describe the work you personally

17    have done on Dynamic Allocation since joining Google in

18    2010?

19    A    Yeah.  When I joined Google, my first project was

20    actually related to ad selection of which Dynamic Allocation

21    is a part.  And so I worked on ad selection and Dynamic

22    Allocation, and I continued to work on that -- in that space

23    including developing Enhanced Dynamic Allocation.

24    Q    At the risk of sounding ignorant, does your work on

25    Dynamic Allocation involve actually digging into the code

53

Direct examination - N. Korula

```
 1   that runs it?

 2   A    Yes.  At the time it did.

 3   Q    Is digging in the right word to use in the code?

 4   A    It's exactly the phrase I would have used, yes.

 5   Q    As someone who has actually worked with Google's

 6   Dynamic Allocation, can you explain to the Court what it is?

 7   A    Dynamic Allocation is essentially just the calling of

 8   AdX to get a real-time price that can be used to compare

 9   with the prices of other ad exchanges and ad networks that

10   the publisher is working with.

11   Q    So back in the period before the introduction of header

12   bidding, so 2010 to 2014, did Dynamic Allocation improve

13   publishers' ability to monetize otherwise unsold inventory?

14   A    It did, yes.

15              MR. VERNON:  Objection.  Leading.

16              THE COURT:  Sustained.

17   BY MR. MAHR:

18   Q    Did Dynamic Allocation improve publishers' ability to

19   monetize otherwise unsold inventory?

20              MR. VERNON:  Objection.  Same question.

21              THE COURT:  It's the same question.

22   BY MR. MAHR:

23   Q    How did Dynamic Allocation affect publishers' ability

24   to monetize otherwise unsold inventory?

25   A    It allowed them to get real-time prices from AdX which
```

54

Direct examination - N. Korula

```
 1   meant that they could better compare that price with others,
 2   and that made it more likely that they would increase their
 3   revenue.
 4   Q    So I wanted to start with the waterfall, and if we
 5   could put up on the screen the government's depiction of the
 6   waterfall from their proposed findings of fact.
 7             Is this an accurate depiction of the waterfall?
 8             MR. VERNON:  Objection.  Again, undisclosed expert
 9   witness.
10             THE COURT:  Overruled.
11   BY MR. MAHR:
12   Q    Mr. Korula, is this an accurate depiction of the
13   waterfall based on your experience at Google's display ads
14   business?
15   A    No.  I think it's misleading in a couple of ways.
16   Q    What are those ways?
17   A    One, it seems to suggest that the publisher is getting
18   these bids of $1 and 99 cents, you actually see the word bid
19   here, but that's not how it actually worked.
20             Typically exchanges weren't giving or ad networks
21   weren't giving publishers these prices.  A call would be
22   made to the exchange or ad network, and they would just say
23   yes or no, right, they weren't actually providing a price to
24   the publisher.
25             And then secondly, once Magnite wins this
```

Direct examination - N. Korula

1    impression, perhaps because it has a price of $1.05, then no

2    call is made to OpenX at all, right.  And so this price of

3    $1.10, it doesn't really exist.  Nobody knows what this

4    price is because no call was made to OpenX, OpenX didn't

5    call its buyers, there were no bids received.  So that's

6    just a hypothetical not actually representing a real price

7    from anyone.

8    Q    So why, if at all, do these errors matter?

9    A    The first one matters because that sort of is critical

10   to the whole reason you have a waterfall, right.

11           If you actually were getting real-time prices,

12   then you wouldn't need the sequential process.  You would

13   just collect the numbers, $1, 99 cents, $1.05, and then you

14   would just run an auction among those prices.  So exchanges

15   weren't providing this.  That's why you needed the

16   waterfall.

17   Q    So based on your experience working with Dynamic

18   Allocation and the waterfall, have you prepared a slide that

19   shows how the waterfall actually worked?

20   A    Yes.  And I tried to do so keeping the numbers

21   identical to the previous slide but correcting those

22   inaccuracies.

23           So we see we have the same PubMatic, Verizon

24   Media, et cetera, with the same historical averages, and a

25   floor price of $1.01.

                                                              56

Direct examination - N. Korula

```
 1              Now when the call comes to PubMatic, PubMatic
 2   internally, it doesn't disclose this, perhaps has a bid of
 3   $1.  And because that's below the floor price, PubMatic will
 4   respond no, and that's all that happens.  You get a yes or a
 5   no.
 6              And then because you have no, you go to the next
 7   one in the sequence.  That's Verizon Media.  Again,
 8   internally they have 99 cents, so they respond no.  The
 9   publisher gets a no.
10              You go to the next one in the sequence, Magnite,
11   you get a yes.  And so then Magnite wins that impression.
12   And the publisher doesn't even know the price at which
13   Magnite has won this impression at this point.
14              And then finally, no call to OpenX happens at all,
15   and so we just have the question marks reflecting there's no
16   bid here because they didn't even have an opportunity to
17   bid.
18   Q    So even in your corrected version, can an exchange that
19   the publisher ranks higher in the waterfall still win an
20   impression without exchanges later in the waterfall ever
21   being called?
22   A    Yes, that's exactly right.
23   Q    Did Google invent the waterfall?
24   A    No, we didn't.
25   Q    When you began at Google, did you consider the
```

Direct examination - N. Korula

```
 1    waterfall to be an efficient way to allocate publisher
 2    inventory?
 3    A    It was not efficient, but I guess it was the best there
 4    was at the time.  That's the best that Google Ad Manager
 5    could do or at the time DFP could do.
 6    Q    Maybe that answers this question but given this
 7    inefficiency, why was Google using the waterfall at all?
 8    A    Yes, because exactly as I said, since exchanges weren't
 9    providing real-time bids, all that you could do was work
10    with these historical average prices and these yes/nos, so
11    you could only call them in sequence.
12    Q    Did Google develop a response to the inefficiency of
13    the waterfall?
14    A    We developed -- I say we but actually prior to Google's
15    acquisition, DoubleClick developed Dynamic Allocation as a
16    way to deal with part of this inefficiency.
17    Q    How did Dynamic Allocation deal with part of the
18    inefficiency of the waterfall?
19    A    By getting a real-time bid from AdX, that could be used
20    to compare prices, right.  So that would partially address
21    this inefficiency because at least you would have the
22    real-time bid from AdX.  It wouldn't solve the inefficiency
23    because we didn't have the other real-time bids.
24    Q    So did Dynamic Allocation cure the inefficiencies
25    inherent in the waterfall?
```

58

Direct examination - N. Korula

```
 1    A    No, it didn't.  It could only address Google's part of
 2    that.
 3    Q    Have you heard the term, first look, in relation to
 4    Dynamic Allocation?
 5    A    I have heard this term.  I think it's a little
 6    confusing or misleading.  Also because we had another
 7    product called DoubleClick first look.
 8             THE COURT:  I'm sorry, called what?
 9             THE WITNESS:  DoubleClick first look, Your Honor.
10    BY MR. MAHR:
11    Q    What is DoubleClick first look?
12    A    DoubleClick first look was a feature that allowed
13    publishers to give certain AdX buyers the opportunity to
14    compete with some guaranteed line items even when they
15    otherwise wouldn't have that opportunity.
16    Q    Just to be clear, does this feature, DoubleClick first
17    look, did it have anything to do with how first look has
18    been used in relation to Dynamic Allocation?
19    A    No.  These are two distinct things.
20    Q    So let's set DoubleClick first look aside.
21             Is it accurate that Dynamic Allocation placed AdX
22    at the beginning of every waterfall every time?
23    A    No, that's certainly not true.
24    Q    Have you prepared a demonstrative to help explain why
25    that's incorrect?
```

59

Direct examination - N. Korula

```
 1    A    I have, yes.
 2              MR. MAHR:  If we could go to the next slide.
 3    Thank you.
 4              THE COURT:  Just for the record though before we
 5    get to that, this -- we are dealing now with the third
 6    demonstrative, right, for this witness?  We should be
 7    numbering them for the record.
 8              MR. MAHR:  We have put it in the binder all as 1.
 9              THE COURT:  All as 1?
10              MR. MAHR:  Yes.
11              THE COURT:  Okay.  All right.
12              MR. MAHR:  As Korula Demonstrative 1.
13    BY MR. MAHR:
14    Q    Can you proceed?
15    A    Yes, certainly.
16              So what would happen here is there would be a
17    price floor of $1.01, and then a call to AdX would be made
18    to get a real-time bid.  But then AdX doesn't necessarily go
19    first.
20              Once we have that real-time bid, we take that
21    price and we compare it with all the other prices that are
22    the historical averages of the other ad exchanges and
23    networks.  And then AdX just gets put in the right place
24    based on its price and the competing prices.
25              So for example, if we called AdX and we got a bid
```

                                                          60

Direct examination - N. Korula

1    of $1.07, we would compare that to the historical averages

2    of $1.10, $1.04 and so forth, and put AdX in the second

3    place because it's below $1.10 and above $1.04.

4    Q    So which demand source would win the impression in your

5    example?

6    A    In this example, PubMatic would win the impression

7    because PubMatic would go first ahead of AdX.  They would

8    have the internal bid of $1.03 which they don't share, but

9    they would be called and their price would be above the

10   floor, and so they would respond yes.  And so they would win

11   the impression, not AdX.

12   Q    Why would PubMatic win with a lower bid than the

13   advertiser coming through AdX?

14   A    They would win because we're comparing only their

15   historical average to AdX's real-time bid.  And their

16   historical average is higher.  So even though their specific

17   price for that impression is lower, they go first and they

18   win.  And so here, AdX's advertisers are just a victim of

19   the inefficiency of the waterfall.

20   Q    I'm sorry, I didn't understand.

21   A    I said here AdX's buyers are a victim of the

22   inefficiency of the waterfall in that they had the highest

23   bid but they would lose the impression.

24   Q    Okay.  Well, if we could move to your next slide.

25            Don't advertisers bidding through AdX often bid

61

Direct examination - N. Korula

```
 1    more than the historical averages of the other participants
 2    in the waterfall?
 3    A    Sometimes they did, and, if so, for example, if they
 4    had a bid of $1.12, then AdX would come first because we
 5    would compare $1.12 to $1.10.  And then in those cases AdX
 6    would come first.
 7              But AdX could take any position.  As we saw in the
 8    previous slide, it could be second.  And I think the next
 9    slide shows that AdX could come fourth.  If we had a bid of
10    $1, then we would put it fourth in the waterfall because
11    that's below $1.01 and above 99 cents.
12    Q    Well, even though bidders coming through AdX didn't
13    necessarily have to go first, did they almost always go
14    first?
15    A    No, they certainly didn't.
16    Q    Why not?
17    A    Because it just depended on their bids, right.  And
18    their bids would sometimes be high and sometimes be low.
19    Sometimes their bids would be higher than other people's
20    averages and sometimes lower.
21              I would say, you know, they probably went first
22    only a minority of the time.
23    Q    So with all the inefficiencies of the waterfall, the
24    big question is why didn't Google compare AdX's real-time
25    bids with real-time bids from other exchanges during this
```

                                                        62

Direct examination - N. Korula

1    2010 to 2014 pre header bidding period?

2    A    Because we didn't have real-time bids from other

3    exchanges, right.  If we had them, that could have been

4    avoided.  DFP already had the functionality that was later

5    used by header bidding.  So if the exchanges were providing

6    those real-time bids sooner and header bidding had come

7    along sooner, then that could have just been integrated into

8    DFP and we would have been comparing real-time bids.

9    Fundamentally the reason we didn't was because we didn't

10   have access to real-time bids from other exchanges.

11   Q    Did Google take any action at all to prevent competing

12   exchanges from submitting real-time bids to DFP?

13   A    No, we didn't.

14   Q    And would Google have been able to accept those bids

15   had competing exchanges submitted them?

16   A    Yes.  In that the exact mechanism that was used by

17   header bidding could have been done a year earlier or two

18   years earlier or even before that, right.

19           That mechanism always existed, and so it could

20   have been used by the exchanges as soon as they were

21   providing those bids.

22   Q    Did Dynamic Allocation benefit publishers?

23   A    Yes, it did.  It increased their revenue.

24   Q    Did it improve on the inefficiency of the waterfall?

25   A    It did, partially as I said before.

                                                              63

Direct examination - N. Korula

1    Q    Now, I think this is a question from the Court earlier

2    in the case.

3          Wouldn't Google have been able to improve on the

4    efficiency of the waterfall even further if it had let other

5    exchanges submit real-time bids into the waterfall?

6    A    As I was saying, we didn't prohibit other exchanges

7    from submitting real-time bids into DFP.  And in fact, the

8    mechanism existed long before header bidding was developed

9    and those exchanges were submitting real-time bids.

10         So if they had developed that technology sooner,

11   then DFP would have been able to integrate it sooner, right.

12   That mechanism long predated the actual development of

13   header bidding.  So DFP was always open to this.

14   Q    When header bidding enabled third party competing

15   exchanges to submit real-time bids, did Google have to make

16   any changes to DFP to accommodate that?

17   A    No.

18   Q    Did Dynamic Allocation benefit advertisers?

19   A    Yes, it did.

20   Q    How so?

21   A    It made it more likely that an advertiser who valued an

22   impression highly would win that impression.

23   Q    Now, despite the benefits you've testified to of

24   Dynamic Allocation, could a publisher chose not to use

25   Dynamic Allocation?

64

Direct examination - N. Korula

1    A    I mean, certainly they could choose not to use AdX at

2    all.  As I said, most publishers don't get access to AdX.

3    And so, yeah, they could certainly work with these other

4    exchanges and not work with AdX through Dynamic Allocation.

5    Q    So I want to go through some permutations again.

6         If a DFP publisher still wanted to use AdX but

7    just didn't want to enable Dynamic Allocation, was that

8    possible?

9    A    Yes, it was possible.  It wasn't like a button or

10   something you could turn off to say turn off Dynamic

11   Allocation, but a publisher could achieve that outcome by

12   just creating a static line item reflecting AdX and then

13   have that compete in the waterfall.

14   Q    So again, staying in this same pre header bidding time

15   period, I want to ask about a different kind of possible

16   interconnection, different from submitting real-time bids

17   into DFP.

18        Did any competing exchanges ask Google to set up a

19   way for them to bid directly into the AdX auction?

20   A    Yes.  I believe a couple of them did.

21   Q    And what was Google's response?

22   A    We declined those requests.

23   Q    Why did Google decline those requests?

24   A    There were two primary reasons.  One was around safety

25   and security and protections.  And the other was around

65

Direct examination - N. Korula

 1   latency.

 2   Q    Can you explain why latency was a reason for Google to

 3   decline those requests?

 4   A    Sure.  So when a request comes to AdX, AdX calls its

 5   bidders, those bidders return bids, and then AdX runs an

 6   auction and we have a winner or no winner.

 7        If other exchanges were bidding into AdX, then AdX

 8   would call those other exchanges, those other exchanges

 9   would call their bidders, those bidders would return bids to

10   the other exchanges.  Those other exchanges would need to

11   run their auctions, and then those exchanges would need to

12   return their winners back to AdX, and the final step would

13   be AdX to run another auction, right.

14        All of those extra steps would increase latency.

15   Q    Can you explain how safety and security informed

16   Google's decision to decline those requests?

17   A    Yes.  So as I said before, we take very seriously the

18   responsibility of ensuring high quality ads on AdX.  And

19   we're not perfect, but we try hard to make sure that neither

20   advertisers nor publishers are surprised by what they see.

21        And when we have bidders working directly with

22   AdX, we can examine their ads to make sure there's no

23   viruses, there's no malware, there's nobody trying to mine

24   cryptocurrency on your computer.  You know, the ads are

25   brand appropriate based on the publisher's controls that

                                                              66

Direct examination - N. Korula

```
 1    they've set up.
 2           If we were to work with exchanges who are
 3    themselves working with buyers working with advertisers, and
 4    in some cases might be reselling to other exchanges who are
 5    then still selling to other buyers, we're far removed from
 6    the actual end advertiser.
 7           And that makes it much harder for us to ensure
 8    that the actual ad coming through is correctly vetted, it's
 9    free from viruses and malware, it meets the publisher's
10    brand protections and so forthright.  But working closely
11    with the end customer, we can make it more likely that we
12    meet those goals.
13    Q    I don't recall if you mentioned this, but is there a
14    term for this idea of an exchange working with another
15    exchange working with another exchange, an industry term?
16    A    People sometimes call it chaining, reselling.
17    Q    Did there eventually come a time when other exchanges
18    started submitting real-time bids to compete in DFP with
19    AdX?
20    A    Yes.  With the development of header bidding.
21    Q    And what was Google's response to header bidding?
22    A    We developed Open Bidding, as I said, to address this
23    publisher need in what we thought was a better way.
24    Q    Did Google's display ad business have any concerns
25    initially about introducing an Open Bidding product?
```

67

Direct examination - N. Korula

```
 1   A     Early reports were a little bit concerned at the
 2   beginning because we were taking our publisher customer base
 3   that we had built and grown and giving our competitors
 4   direct access to it, and in many cases, facilitating those
 5   connections where they didn't exist.
 6              And so there were some early concerns about that,
 7   but as we started to develop the product and test it out, we
 8   saw that it was something that was really adding a lot of
 9   value to the publishers and exchanges, and so we decided to
10   really go all in and make it what we thought and think is
11   the best in class product.
12   Q     Finally before we leave this stage of the industry's
13   development, after header bidding took hold, did Google
14   still have the first look at publisher inventory coming
15   through header bidding?
16   A     No.  We didn't have a first look at all.  In fact,
17   publishers would call their header bidding partners even
18   prior to Ad Manager getting any call or Ad Manager knowing
19   that an ad request existed.
20   Q     So now I'd like to turn to the government's last look
21   allegations.
22              Are you familiar with the term, last look?
23   A     Yes.
24   Q     And what is your understanding of what that term refers
25   to?
```

68

Direct examination - N. Korula

1    A    Last look is a term that some people have used to

2    characterize the information that's sent to buyers on AdX

3    and Open Bidding about the reserve price in the auction, the

4    minimum price they need to bid in order to have an

5    opportunity to win.

6             And in particular, the fact that that minimum

7    price can sometimes include a price from competing line

8    items.

9    Q    Why did Google provide that information?

10   A    AdX has consistently tried to have the principal that

11   we should provide buyers with as much accurate information

12   as possible to help them bid effectively, right.

13            In this case, to provide buyers with the

14   information about the minimum price that they need to bid in

15   order to have a chance of winning, right, because we believe

16   that helps buyers bid more effectively.

17   Q    And we're now in this period post header bidding, post

18   Open Bidding.

19            Did Google limit this information only to buyers

20   bidding through AdX?

21   A    No.  We sent the same so-called last look information

22   to the exchanges participating in Open Bidding as well.

23   It's the same principal, for all of the buyers who were

24   integrated with us, we were providing as much information as

25   possible to make it easy for them to bid effectively.

                                                            69

Direct examination - N. Korula

1   Q    Could Google have chosen just to send the publisher set

2   floor price?

3   A    We could.  But doing so would have resulted in reduced

4   revenue for publishers.

5   Q    Did Google design a last-look advantage to harm rival

6   exchanges?

7   A    No.  And in fact, I don't think it's accurate to say

8   that we designed this last-look advantage at all.

9        It was just the consequence of this principle of

10  consistently telling buyers the minimum amount they needed

11  to bid in order to win.

12  Q    Did this so-called last look give AdX an advantage over

13  competitors by allowing AdX bidders to bid just 1 penny more

14  than -- and win the auction?

15  A    No.  I think there's a couple things about this that

16  are, you know, worth clarifying.

17       First of all, AdX is not bidding.  Right.  It's

18  AdX's buyers who are bidding.  So AdX is not bidding 1 penny

19  more.

20       But secondly, these buyers are not just competing

21  with that floor price, they're competing with each other,

22  and we have hundreds of Authorized Buyers.

23       And so if you had a floor price of $4, a buyer

24  wouldn't necessarily try to bid only $4 and 1 penny because

25  they don't just want to beat the floor, they want to beat

70

Direct examination - N. Korula

1    all the competitors.  So there's no point in bidding $4.01

2    if somebody else is going to bid $4.50, right.

3            So those buyers would bid so that they could

4    maximize their chance of winning the auction.

5    Q    Does --

6            THE COURT:  I'm sorry.  So let me make sure I'm

7    100 percent clear on what you've said.

8            So you've said in this system, the various

9    third-party auctions occur; right?

10           THE WITNESS:  Yes, Your Honor.

11           THE COURT:  There's a highest bid among those

12   others.

13           THE WITNESS:  Yes.

14           THE COURT:  That highest bid is sent to AdX which

15   then allows the buyers in the Google system to see those

16   buyers out there have said they've bid $3.05, right.  And if

17   a buyer in the AdX system or the Google system wants to bid

18   on that impression, they come up with $3.06, they're going

19   to win the bid.

20           Is that what's happening?

21           THE WITNESS:  Largely, Your Honor.  Two things.

22           If they bid $3.06 and they had no other

23   competition from the other Authorized Buyers, then yes, they

24   would win the impression.

25           Also, it's not only the AdX buyers but the Open

71

Direct examination - N. Korula

```
 1    Bidding buyers as well.  So all the other exchanges in Open

 2    Bidding had the same information.

 3                THE COURT:  No, but what I'm saying, the last look

 4    concept is that the people in what I'm going to call within

 5    the Google buying system, they're getting an opportunity to

 6    see what all the other bidders put in.

 7                THE WITNESS:  Yes, Your Honor.

 8                THE COURT:  So they get the last look.

 9                THE WITNESS:  Yes, if by the Google buying system

10    you mean Open Bidding as well as AdX.  Yes.

11                THE COURT:  Yes.

12    BY MR. MAHR:

13    Q    So what demand sources are included in that Google

14    system?

15    A    Here this is including Google's buyers, Google Ads and

16    DV360.  It includes all the Authorized Buyers like The Trade

17    Desk, Criteo, AppNexus and so on.  It also includes the Open

18    Bidding exchanges like Index Exchange, PubMatic, Magnite and

19    others.

20    Q    And does Google Ad Manager allow Amazon header-bidding

21    solutions to be accessed?

22    A    Amazon can be a header bidding partner, and yes,

23    publishers can work with Amazon through header bidding.

24    Q    And the same with Prebid?

25    A    Yes, absolutely.
```

                                                                    72

Direct examination - N. Korula

```
1    Q    Does this so-called last look still exist today?

2    A    It does not.  We removed it in 2019 as part of our move

3    to the Unified First Price Auction.

4              MR. MAHR:  Your Honor, I'm going to move to

5    Enhanced Dynamic Allocation unless you had any further

6    questions.

7              THE COURT:  No.

8              MR. MAHR:  One second, Your Honor, please.

9    BY MR. MAHR:

10   Q    Before we go to Enhanced Dynamic Allocation, I want to

11   be sure that this point comes across.

12             And this 1 penny more, would there be any risk to

13   an AdX bidder bidding just 1 penny more than the bid it

14   receives from DFP?

15   A    Yes, certainly.  The risk in doing so is that they

16   could be outbid by a competing AdX buyer or by an Open

17   Bidding exchange.

18             And so typically buyers wouldn't bid just 1 penny

19   more which is why, as I said, if we had removed the last

20   look, publishers would have lost revenue.

21   Q    And how much demand, can you just give us a sense of

22   the demand that is represented by what we've been calling

23   the Google AdX demand?

24   A    Here, when you say how much demand are you referring to

25   the number of the hundreds of Authorized Buyers that we
```

73

Direct examination - N. Korula

```
 1   have?  So yeah, there are many hundreds of them.  They
 2   represent DSPs, trading desks, ad networks, and they spend
 3   billions of dollars every year with Google.
 4   Q     So is it true that this winning by 1 penny more would
 5   only happen if none of those other bidders bid, only one
 6   bidder?
 7   A     That's right.  The case where you would have only 1
 8   penny more would be if you had only one bid above the floor
 9   price, right.  And if, for example, the floor price was $4,
10   and one buyer bid $5 and another buyer bid $6, then of
11   course the publisher wouldn't get paid 1 penny more, they
12   would get paid $5.  And that's exactly the reason that we
13   saw that publishers would lose money if we removed it.
14   Q     And finally, does the publisher control whether to
15   submit the header bidding bid into this auction -- into the
16   AdX auction or the Open Bidding auction?
17             MR. VERNON:  Objection.  Leading.
18             THE COURT:  No, I don't think that's leading.
19   Overruled.
20             THE WITNESS:  The publisher now has the ability --
21   well, now there's none of this because we moved to the
22   Unified First Price Auction and this information is not
23   shared with any buyer in the auction, right.
24             Prior to 2019, then no, the minimum price that a
25   buyer needed to bid in order to win was always sent to the
```

74

Direct examination - N. Korula

```
 1    buyers.  Whether that came from the publisher set floor
 2    price, the reserve price optimization feature, a temporary
 3    CPM from Enhanced Dynamic Allocation or in some cases a
 4    competing line item.
 5    Q    And again, why did Google not just provide the
 6    publisher set floor price into AdX?
 7    A    Because we saw that if we had done so, publishers would
 8    have lost money.  Not a penny, but they would have actually
 9    lost more when in many cases multiple buyers were submitting
10    bids above the floor, which they wouldn't have if we hadn't
11    sent that information.
12    Q    Okay.  Turning now to Enhanced Dynamic Allocation.
13              Can you explain to the Court what Enhanced Dynamic
14    Allocation is?
15    A    Enhanced Dynamic Allocation is an optimization that we
16    developed that for the first time allowed buyers on AdX,
17    other ad exchanges and networks in DFP, all of these
18    indirect sources of demand to compete with the direct
19    guaranteed line items where they would otherwise have not
20    been able to compete.
21    Q    And when was Enhanced Dynamic Allocation introduced?
22    A    I believe we launched it in 2014.
23    Q    If you could turn to Tab 8 in your binder, I'm showing
24    you DTX 125.
25              THE COURT:  Any objection to 125?
```

75

Direct examination - N. Korula

```
 1                MR. VERNON:  No objection.

 2                THE COURT:  All right.  It's in.

 3          (Defense Exhibit Number 125 admitted into evidence.)

 4     BY MR. MAHR:

 5     Q    Looking at page 1 of DTX 125, what was the problem that

 6     Enhanced Dynamic Allocation was designed to address?

 7     A    Essentially without Enhanced Dynamic Allocation, if a

 8     guaranteed ad wanted to serve, meaning it was eligible to

 9     serve, it was not ahead of schedule, it would serve.

10     Regardless of how much money a publisher could make from a

11     competing ad exchange or network or AdX, those demand

12     sources didn't even have an opportunity to compete.

13                And Enhanced Dynamic Allocation said well by

14     allowing them to compete, publishers can actually benefit

15     from the high bids that they sometimes provide.  And so

16     publishers could increase their revenue by allowing this

17     competition.

18     Q    Did Enhanced Dynamic Allocation put a publisher's

19     direct sold ads in connection with indirect demand?

20     A    Yes, that's exactly right.  So it allowed this

21     competition to occur while still ensuring that the direct

22     sold reservations met their goals.

23     Q    Did Enhanced Dynamic Allocation benefit publishers?

24     A    It did.  Yes.  It increased their revenue.

25     Q    Did it benefit advertisers?
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - N. Korula

```
 1   A     It did.  It gave them the opportunity to compete for

 2   these impressions where they would previously have never had

 3   had that opportunity.

 4   Q     Did Enhanced Dynamic Allocation benefit users?

 5   A     It did in that it increased their likelihood of seeing

 6   a relevant ad.

 7   Q     Did Google raise the price of AdX or DFP as a result of

 8   building this innovation that gave publishers more revenue?

 9   A     No, it did not.

10   Q     Okay.  Turning now to sell-side Dynamic Revenue Share.

11         Can you tell the Court what role you played in the

12   development of sell-side Dynamic Revenue Share?

13   A     The engineers who were working on sell-side Dynamic

14   Revenue Share generally reported up to me.

15   Q     And what is sell-side Dynamic Revenue Share?

16   A     Sell-side Dynamic Revenue Share essentially is a way of

17   increasing transactions, allowing certain transactions to

18   clear, where they wouldn't have otherwise cleared, by Google

19   reducing its revenue share.

20         So I'll say that again.  There are many

21   transactions where if Google were to take its full revenue

22   share, that transaction would not clear, and the publisher

23   wouldn't get paid.  But by Google reducing its revenue

24   share, that transaction could clear, and the publisher would

25   still get paid.
```

Direct examination - N. Korula

```
1              And so Dynamic Revenue Sharing allowed Google to
2    reduce its revenue share and increased these transactions.
3    Q    Did you prepare a demonstrative to help explain Dynamic
4    Revenue Share?
5    A    I did, yes.
6    Q    If we could have the next slide.
7              Would you please walk us through this slide.
8    A    Yes.  In -- there are three examples shown here.  And
9    in all cases, the publisher has set a floor price of $1.
10             Now, the first bar on the left, there's a bid of
11   $1.50, and so Google can take its full revenue share,
12   typically 20 percent for Open Auction bids.  That would be
13   one-fifth of $1.50, 30 cents, and still leave enough money
14   for the publisher to get paid more than the floor price that
15   they want.  There's $1.20 and the publisher only wanted at
16   least only $1.
17             On the other hand, the second bar shows a bid of
18   $1.20.  If Google were to take its full revenue share, that
19   would be one-fifth of this, that's 24 cents.  That would
20   leave only 96 cents for the publisher.  And 96 cents is
21   below the floor price -- the minimum price that the
22   publisher wanted to be paid, and so this transaction would
23   not clear if we had a fixed revenue share.
24             On the other hand, if Google had the ability to
25   lower its revenue share, as the bar on the right shows, then
```

78

Direct examination - N. Korula

```
 1    with that same $1.20 bid, we could take a 17 percent revenue

 2    share, so less than what we're entitled to, and that leaves

 3    20 cents for us and $1 for the publisher.  Which still meets

 4    their price floor, so the publisher can get paid the minimum

 5    they want.

 6             And so what DRS does is transactions like this red

 7    one that wouldn't have occurred, it allows them to occur.

 8    Q    How is the issue Dynamic Revenue Share address

 9    identified?

10    A    Essentially we had some of the engineers from the

11    quality team looking closely at the records of many, many

12    auctions, identifying that this was a phenomenon that

13    occurred, there were these transactions that wouldn't clear,

14    and developing the solution as a way to have publishers be

15    paid for those transactions.

16    Q    If you would turn to Tab 9 in your binder, it contains

17    a document marked DTX 212.

18             THE COURT:  Any objection to 212?

19             MR. VERNON:  No objection.

20             THE COURT:  All right.  It's in.

21        (Defense Exhibit Number 212 admitted into evidence.)

22    BY MR. MAHR:

23    Q    Mr. Korula, can you tell the Court what a PRD is?

24    A    A PRD or a product requirements document is generally

25    a short -- in this case a mini PRD is a short description of
```

79

Direct examination - N. Korula

1   how a particular product or feature should work.

2   Q    And does this PRD describe the intent behind Dynamic

3   Revenue Share?

4   A    Yes, that's correct.

5   Q    And what was that intent?

6   A    Well, as the second paragraph says, the project

7   proposes to change the 20 percent revenue share per query to

8   allow more auctions to have winners and increase the revenue

9   for publishers.

10  Q    Was Google's intent with Dynamic Revenue Share to have

11  more transactions close on AdX instead of competing

12  exchanges?

13            MR. VERNON:  Objection.  Foundation.

14            THE COURT:  I'll overrule that.

15            THE WITNESS:  Google's intent was to have more

16  transactions occur.  Those transactions would be on AdX, but

17  the goal was to have more transactions occur overall.

18  Q    And do you know whether the effect of Dynamic Revenue

19  Share, regardless of intent, was the effect to have more

20  transactions close on AdX instead of other exchanges?

21  A    There was an effect of more transactions occurring on

22  AdX, but the considerable majority of these were

23  transactions that wouldn't have otherwise closed, not

24  transactions that would have closed on other exchanges.

25  Q    And how many people worked on Dynamic Revenue Share

80

Direct examination - N. Korula

```
 1   under your direction?

 2   A     At various times about five or six engineers.

 3   Q     And over what period of time was Dynamic Revenue Share?

 4   A     Between 2014 and 2018 was when we were working on it,

 5   though we launched it in 2015.

 6   Q     Did this product evolve over time?

 7   A     It did, yes, we had three versions.

 8   Q     Can you just very briefly walk us through these

 9   versions?

10   A     Certainly.  Dynamic Revenue Share Version 1 worked as I

11   displayed on that previous slide with the three bars.

12   Google would reduce its revenue share on some queries in

13   order to allow these transactions to occur that wouldn't

14   have otherwise occurred.

15         In Dynamic Revenue Share Version 2, we would lower

16   our revenue share on some queries and we could increase our

17   revenue share on some other queries while still keeping your

18   revenue share below 20 percent on average.  And this made

19   the product more sustainable because we had seen that

20   otherwise publishers could raise floors and buyers could

21   lower bids such that DRS would no longer sustainably work.

22         And then finally, we developed truthful DRS which

23   was the third version of DRS.  And with truthful DRS, rather

24   than receiving bids and then determining our revenue share

25   for each auction, we would determine the revenue share prior
```

81

Direct examination - N. Korula

```
 1    to calling buyers.

 2    Q     And why that change in truthful DRS?

 3    A     Because we believed that it made the auction more

 4    incentive compatible, and so in that sense it was easier for

 5    buyers to bid.  It was a little bit more difficult for

 6    Google, but we felt it was the right long-term thing to do.

 7    Q     Just to be clear, did the name truthful DRS for DRS3

 8    imply that either of the two versions of DRS were in any way

 9    misleading or untruthful?

10    A     No.  This is not using truthful in the commonly

11    understood sense but in the technical auction sense where

12    perhaps the more accurate phrase would be incentive

13    compatible.

14    Q     Were publishers able to opt out of DRS if they chose

15    to?

16    A     Yes, they were, Versions 2 and 3, not the initial

17    version of DRS.

18    Q     Did Google do any analysis concerning the impact of

19    Dynamic Revenue Share?

20    A     Yes, we did.

21    Q     And I'd like you to turn to Tab 5 of your binder,

22    DTX 312, which, Your Honor, has already been admitted.

23           Looking at the first page, do you recognize this

24    document?

25    A     Yes, I do.  I was one of the authors of this document.
```

Direct examination - N. Korula

```
1   Q     And what is it?

2   A     This is an analysis of overall publisher revenue with

3   Dynamic Revenue Sharing, Version 2.  And in particular, we

4   were trying to ensure that DRS didn't only increase the

5   publisher's revenue from AdX but it increased the

6   publisher's revenue overall.

7   Q     Turning to page 2, can you explain what page 2 shows?

8   A     Yes.  Page 2 is an executive summary of the overall

9   findings of this analysis.  And in the first two bullets we

10  see the impact on publishers.  It shows in the second bullet

11  a 4.17 percent increase in publisher revenue essentially

12  from AdX.  And in the first bullet, a 2.8 percent increase

13  in publisher revenue overall, meaning including AdX and

14  other sources of demand like header bidding.

15        So as I said, we were trying to ensure that this

16  wasn't just more revenue from AdX at the cost of other

17  exchanges but more revenue for the publisher overall.

18  Q     How much did Google charge publishers for Dynamic

19  Revenue Share?

20  A     We didn't charge publishers anything.  In fact, if

21  anything, we lowered our revenue share.

22  Q     And what is the impact on Dynamic Revenue Share today?

23  A     It doesn't exist.  We removed it as we migrated to the

24  Unified First Price Auction.

25  Q     Can you tell us how long Dynamic Revenue Share was in
```

83

Direct examination - N. Korula

```
 1   effect?

 2   A     From 2015 through 2019.

 3   Q     Why did Google stop using Dynamic Revenue Share?

 4   A     As we migrated to the Unified First Price Auction, it

 5   was a couple things.  One, the nature of floor prices is

 6   different in a first-price auction.

 7         But secondly and more importantly, one of our

 8   principles in that migration was that we were going to try

 9   to run a consistent auction with consistent rules in which

10   generally speaking all the buyers were competing in the same

11   way.

12         And with Dynamic Revenue Share, we had the ability

13   to modify our revenue share for Authorized Buyers but not

14   for all the other participants in the Unified First Price

15   Auction.  And so we just said, no, we're going to eliminate

16   this and just have no Dynamic Revenue Share for all buyers.

17   Q     Even though Google stopped using Dynamic Revenue Share,

18   were other exchanges participating in Google's unified

19   auction able to continue to employ their own versions of

20   Dynamic Revenue Share?

21   A     Yes.  I mean, we don't control how they charge their

22   customers or what revenue shares they take.  They can adjust

23   that however they want.  Google has no way to affect that.

24   Q     Moving to another topic, reserve price optimization.

25         Did you have a role in reserve price optimization?
```

84

Direct examination - N. Korula

```
 1   A     I did.  For some engineers that I was technically

 2   leading and then ultimately that entire engineering team

 3   reported to me.

 4   Q     Can you tell the Court what reserve price optimization

 5   is?

 6   A     Excuse me.  I beg your pardon.

 7   Q     Take your time.

 8   A     Reserve price optimization is a feature that we

 9   developed to increase publisher revenue by closing the gap

10   between high bids that publishers would sometimes see and

11   the clearing price that they otherwise would have gotten.

12             THE COURT:  I'm sorry, between high bids and what?

13             THE WITNESS:  And the clearing price of the

14   auction that was lower.

15   BY MR. MAHR:

16   Q     When was this feature first introduced?

17   A     I believe it was in 2015.

18   Q     And what led Google to create a feature designed to

19   help publishers set more effective reserve prices?

20   A     Well, we got feedback from publishers that they were

21   seeing this gap, they were seeing that in many cases they

22   had high bids, but the actual price that they were getting

23   paid was much lower.  And so they wanted to improve that.

24             And we also had some senior engineers from our

25   quality team who had looked at a lot of these auctions where
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - N. Korula

1    these gaps were occurring and who believed that they could

2    identify a better algorithm to set these reserve prices to

3    close that gap.

4    Q    Did you prepare a demonstrative to help explain this?

5    A    I did, yes.

6    Q    Could you take us through this demonstrative please?

7    A    Certainly.

8         So in this example, we have four buyers.  Their

9    bids are $10, $4, $2 and $1 respectively.

10        And let's say the publisher has set a floor price

11   of $3.  Now what happens, we have this high bid of $10 and

12   that buyer wins, but they pay the highest of the second

13   highest bid and the floor price.  That's $4 and $3

14   respectively.

15        And so there was a buyer who was willing to pay

16   $10 but the auction closes only at $4.  And so the

17   publishers lost out on all of that, right.  They get paid

18   only $4 even though someone was willing to pay $10.

19   Q    Did reserve price optimization help publishers address

20   this loss?

21   A    Yes, it did.  As the next slide shows, reserve price

22   optimization would dynamically adjust the floor prices, of

23   course, before buyers bid.  And if we set a floor price of

24   $7, then with the same bids, the highest bidder would win

25   with their $10 bid and now clear at the highest of $7 and

86

Direct examination - N. Korula

```
 1    $4.  And so they would pay $7 to the publisher instead of
 2    the publisher getting $4.
 3             So with the reserve price optimization, the
 4    publisher would get $7 instead of $4 or almost double the
 5    revenue.
 6             THE COURT:  What I don't understand is, at least
 7    my experience of auctions is if you bid $10 and you win that
 8    bid, that's the highest bid, why are you not paying the $10?
 9             THE WITNESS:  That's an excellent question, Your
10    Honor.
11             Are these auctions, for example, typically like
12    art auctions where like Sotheby's or Christy's is running an
13    auction.  In those types of auctions, it works exactly the
14    way that you described.
15             And the reason is because you have multiple
16    participants in the auction, and they raise their paddles.
17    The auctioneer says to somebody, do you want to pay, $7,
18    someone says yes.  Does somebody want to pay $8, someone
19    says yes, and so forth.
20             In this case, once the auctioneer says they start
21    at $2, you have a few bidders, once they reached $4 buyer B
22    would drop out because their price is $4.  And so buyer A
23    would win at the next increment.  Even if buyer A were
24    willing to pay $10, right, the auction would close for
25    something close to $4 because as the auctioneer raises the
```

87

Direct examination - N. Korula

```
 1    price, only buyer A is still willing to bid.

 2              And so even in that type of auction, the price

 3    that it closes at is the point at which the second highest

 4    bidder drops out.  Right.  And that's the last bid that you

 5    get but it's not how much you are ultimately willing to pay

 6    which might have been a lot higher because you perhaps value

 7    the impression very highly.

 8    BY MR. MAHR:

 9    Q    Maybe coming at this another way, is the Sotheby's

10    auction you're describing, what kind of auction is it?

11    A    It is what we call an ascending auction or sometimes an

12    English auction.  It's not this type of auction which is a

13    sealed bid second-price auction.

14              In a sealed bid second-price auction, all of the

15    buyers submit their bids at once, and then you open up the

16    bids, and you see who has the highest bid.

17              In the Sotheby's type auction, buyers get to bid

18    repeatedly.  And so the auctioneer says does anybody want to

19    bid $1, does anybody want to bid $2, $3, $4, and they keep

20    raising their bids until all but one person drops out.

21              So there are different types of auctions, but

22    actually, there's something that they share which is the

23    final price the seller gets paid is the point at which the

24    second highest bidder drops out, right, or the reserve

25    price.
```

Direct examination - N. Korula

```
1              So in an auction if an auctioneer for fine art
2    were saying $1 million, somebody says yes, I'll pay that;
3    they go to the other high bidders and they all say no, I'm
4    not going to bid anymore; then the last buyer standing wins
5    and they pay $1 million even though they might have been
6    willing to pay up to $2 million.
7    Q    Is this Sotheby's example a first-price auction?
8    A    It is not.  It is an ascending auction.
9    Q    Let's step away from the Sotheby's auction.
10             The reserve price optimization, does it apply in a
11   first-price auction context?
12   A    Not in this way because in a first-price auction, the
13   buyer pays what they bid, and in that sense it is analogous
14   to the Sotheby's auction.
15             When a buyer pays what they bid, then it doesn't
16   depend on the floor price or anything else.  They just pay
17   what they bid.  And so the reserve price optimization
18   doesn't work this way in a first-price auction.
19   Q    And the reserve price optimization you described here,
20   is that in a first-price auction?
21   A    No, it is not.  This is a second-price auction.
22   Q    What -- I'm sorry, just for the record, what kind of
23   auction is this?
24   A    This is a second-price auction.
25   Q    Okay.  And in that second-price auction, what is the
```

89

Direct examination - N. Korula

```
 1    price the winning bidder pays?

 2    A    They pay the highest of the second highest bid and the

 3    floor price, so the reserve price.

 4    Q    Okay.  So can you explain again in your slide how a --

 5    in a second-price auction context reserve price optimization

 6    helps the bidder improve --

 7    A    It helps the publisher improve.

 8    Q    -- helps the publisher improve its monetization?

 9    A    Yes.  So in the second-price auction context, because

10    the auction closes at the second highest bid or the reserve

11    price, whichever is higher, then with reserve price

12    optimization the publisher gets paid $7 in this example,

13    right.  The dynamic floor price set by RPO is $7, so the

14    publisher gets paid $7 instead of $4.

15    Q    Now, at this stage reserve price optimization was

16    introduced, what kind of auction was the industry using in

17    general?

18    A    At this time people were mostly running second-price

19    auctions.

20    Q    Was anyone in the advertising -- the digital

21    advertising space running an ascending auction?

22    A    Nobody in digital advertising runs ascending or

23    descending auctions.

24    Q    Okay.

25    A    They run sealed bid auctions which means all the bids
```

90

Direct examination - N. Korula

 1    come at once.

 2            The fine art auctions are typically you can bid

 3    multiple times.

 4    Q    I just want to focus on the auctions here in digital

 5    advertising at this time when reserve price optimization was

 6    in effect.

 7            Was it a second-price auction or a first-price

 8    auction?

 9    A    It was a second-price auction.

10    Q    Okay.  If you're trying to close the gap between the

11    highest bid and the reserve price, why not set the price

12    floor all the way up in your example to $9.99 and close the

13    gap further?

14    A    Because you don't actually know how much the buyer is

15    going to bid.  Right.  And so if, for example, you set the

16    floor price to be $10.01 as we see on this slide, then the

17    buyer wouldn't win at all because their bid would be below

18    the reserve price, and so the auction wouldn't clear.

19            And so you run the risk of setting the reserve

20    price too high, of the auction not clearing at all, which

21    means the publisher gets paid zero.  So rather than getting

22    paid $7 or even $4, they would get nothing at all.

23            And so you don't want the reserve prices to be too

24    high because then you just exclude all the buyers.

25    Q    Well, did reserve price optimization then harm

                                                              91

Direct examination - N. Korula

```
 1    advertisers by causing them to have paid more than they
 2    otherwise would have paid without reserve price
 3    optimization?
 4    A    It could result in advertisers paying more than -- and
 5    it did result in advertisers paying more than they otherwise
 6    would have.
 7              But for one thing, I'll note that the advertiser
 8    was in fact willing to pay $10, so it was still good for
 9    them in that they won this impression.  But also, while it
10    might have increased their prices in the short term, it also
11    made more money for publishers.  So over time that
12    encourages publishers both to create more content that they
13    can afford to now that they're getting paid for and also
14    make more content available to the auction.
15              So in the long term those are good things for
16    advertisers as well.
17    Q    How much did Google charge publishers for reserve price
18    optimization?
19    A    We didn't charge publishers anything for it.
20    Q    Is reserve price optimization still in effect today?
21    A    It is not in this way.
22    Q    And when did Google retire reserve price optimization?
23    A    As part of our move to the Unified First Price Auction
24    because --
25    Q    You can finish your answer.
```

Direct examination - N. Korula

```
 1    A    I was just going to say because as we discussed,

 2    reserve pricing works differently in different types of

 3    auctions.

 4              MR. MAHR:  Your Honor, I'm just looking at the

 5    break time.  I'm about to move to my last set of questions.

 6              THE COURT:  Go ahead.

 7    BY MR. MAHR:

 8    Q    I'd like to move now to discuss Google's move to a

 9    Unified First Price Auction.

10    A    Yes.

11    Q    And we've talked a bit about first price and

12    second-price auctions now.

13              During your time in display ads, what kind of

14    auction did Google run?

15    A    This changed over time.  So from 2016 to 2019, AdX was

16    running a second-price auction from when we launched Open

17    Bidding.  Open Bidding was a first-price auction.  And so we

18    had these two auctions running simultaneously.  And then

19    from 2019 onwards, we had the Unified First Price Auction.

20    Q    And what role did you play in the move to a Unified

21    First Price Auction?

22    A    I led the overall migration to the Unified First Price

23    Auction and all of the sell-side work.

24    Q    Why did Google move to a Unified First Price Auction?

25    A    Prior to that move, as I said, we were running multiple
```

Direct examination - N. Korula

1   auctions.  Some second price, some first price, we were

2   running auctions of auctions.  It was extremely confusing

3   for buyers and for publishers in some cases.

4           It was not necessarily the case that the highest

5   bidder would win an auction because of the complex and

6   interconnected auction mechanics.  And so we decided to move

7   to this simple Unified First Price Auction in which all the

8   buyers would compete in essentially the same way under the

9   same rules with the same mechanics.

10  Q    And when did Google make this move to the Unified First

11  Price Auction?

12  A    In September 2019.

13  Q    Had others in the industry moved to a first-price

14  auction during this time period?

15  A    Yes.  In fact, I believe most others had.  And Google

16  was one of the last exchanges or AdX was one of the last

17  exchanges to move to a first-price auction.

18  Q    Have you prepared a demonstrative to help explain the

19  move -- Google's move to a Unified First Price Auction?

20  A    Yes, I have.

21          MR. MAHR:  If we can show the next slide in the

22  demonstratives.

23  BY MR. MAHR:

24  Q    Mr. Korula, could you please explain what is shown on

25  this slide?

94

Direct examination - N. Korula

```
 1   A    Yes.  This is illustrating the state prior to our move
 2   to the Unified First Price Auction.  So you have DSPs and ad
 3   networks on the left.  They're bidding into multiple
 4   exchanges, each of which then participates in the unified --
 5   I'm sorry, in the first-price auction, the Open Bidding
 6   auction.
 7        We also have DSPs and networks participating in
 8   the AdX auction which is a second-price auction.  The bids
 9   from that second-price auction along with the bids from the
10   other exchanges now come into a first-price auction.
11        And so you just had all of these different
12   mechanics with different floor prices and just the different
13   rules leading to all kinds of complexity.
14   Q    And going to the next slide, could you show the effects
15   of those different rules?
16   A    Yeah.  So this is an illustration of the point I was
17   making before, that the highest bidder didn't necessarily
18   win.  So let's say you have three buyers working with
19   Exchange Bidding and AdX.  Let's say DSP1 submits a $3 bid
20   into Index Exchange.  So we have this $3 bid coming into
21   Google's Open Bidding auction.
22        We also have DSP2 with $2 and Network One with $6
23   bidding into the AdX auction.
24        Now, the AdX auction is a second-price auction,
25   and so this AdX auction closes at the second highest bid
```

95

Direct examination - N. Korula

1   which is $2.  And so $2 is what AdX puts into the final Open

2   Bidding auction.

3   Q    I'm sorry, just to be clear, even though Network One is

4   willing to bid $6 in the second-price auction --

5   A    That's right.

6   Q    -- the winning bid is only $2?

7   A    That's right.  Even though Network One is willing to

8   bid $6, only $2 goes into the unified auction, and then $3

9   is the final winning bid.

10          So even though there was someone willing to pay $6

11   and for that matter even if they were willing to pay $600 in

12   this example, they would lose because the second highest bid

13   was $2.  And so this very high bidder could lose the

14   auction.

15          This is an example of inefficiency of our old

16   multilayered different mechanics auction system.

17   Q    Moving to the next slide, can you please explain to the

18   Court what this slide illustrates?

19   A    Yes.  So this is the new Unified First Price Auction.

20   And it just says all of the demand sources are competing in

21   this one auction.  Exchanges participating in Open Bidding,

22   bids from header bidding, Authorized Buyers into AdX, all of

23   them just submit their bids into one auction that's a

24   first-price auction and the highest bidder wins.

25   Q    Did Google's move to a Unified First Price Auction give

96

Direct examination - N. Korula

1   Google any advantages against third-party demand sources

2   competing on Google's platform?

3   A    No, it didn't give Google any advantages in that

4   everybody was competing in the same auction with the same

5   mechanics.  So no, there was no advantage for Google or

6   anyone else.

7   Q    What about the fact that demand sources participating

8   in the first-price auction have to pay a fee to participate

9   in Open Bidding while Google did not?

10  A    Oh, that had nothing to do with the migration to the

11  first-price auction.  Open Bidding charged a fee before the

12  migration to the Unified First Price Auction and the same

13  fee after.

14  Q    And what was the purpose of that fee?

15  A    That fee covered our costs in running the Open Bidding

16  system, sending bid requests to all of the participating

17  exchanges, getting their bids, handling the billing and

18  payments, managing the publisher relationship, eliminating

19  discrepancies, all of that stuff that we did and the

20  exchanges no longer had to do.

21       So it covered those costs and it provided a lot of

22  value to publishers in that it gave them a very simple

23  unified setup that they could do in one place with unified

24  reporting, one payment system, and so forth.

25  Q    Who pays the Open Bidding fee?

                                                          97

Direct examination - N. Korula

```
 1   A     The publisher pays the Open Bidding fee.
 2   Q     Now, if a publisher didn't want to participate in Open
 3   Bidding, didn't want to pay that fee, could they still
 4   participate in the unified auction?
 5   A     If you mean could they still have other exchanges
 6   participating in the Unified First Price Auction,
 7   absolutely.  They could do that via header bidding for which
 8   Google doesn't charge any fee at all.
 9   Q     They could do that via Prebid?
10   A     They could do that via Prebid, certainly.
11   Q     Amazon's header bidding solution?
12   A     Yes, of course.
13   Q     Okay.
14         THE COURT:  Let me ask a question.
15         Why is it called Unified First Price Auction?  Is
16   it not unified highest bid auction?
17         THE WITNESS:  That's right, Your Honor.  It is a
18   unified auction and the highest bid does win.
19         THE COURT:  All right.
20         THE WITNESS:  First price is the name that we use
21   for these auctions where you only get to bid once and the
22   highest bid wins.  It's just a technical term for that kind
23   of auction.
24         THE COURT:  Okay.  Thank you.
25   BY MR. MAHR:
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - N. Korula

```
 1   Q     Moving to some of the changes Google made in connection
 2   with its move to a Unified First Price Auction, did Google
 3   make any changes in terms of the information that it makes
 4   available to buyers in connection with its move to the
 5   unified auction?
 6   A     We provided a new minimum bid-to-win fields to buyers
 7   as part of this move.
 8   Q     And what is minimum bid-to-win data?
 9   A     We tell all the buyers after an auction is complete, we
10   tell the buyers how much they would have needed to bid in
11   order to win the auction if all the bids from the other
12   buyers hadn't changed.
13   Q     Why did Google decide to provide this data to buyers in
14   the unified auction?
15   A     Because it makes bidding much more efficient, right.
16   Going back to our previous discussion, we have long had this
17   principle that we should try to provide information to
18   buyers to make bidding better.
19         In a first-price auction, it's important to
20   understand how other buyers are bidding.  Of course, we're
21   doing this after the fact, not telling buyers before they
22   bid.
23         And so we provided this information so that buyers
24   could bid more effectively which would ultimately result in
25   more money for publishers.
```

99

Direct examination - N. Korula

```
 1   Q    Did you provide this information to competing exchanges

 2   participating through Open Bidding?

 3   A    Yes, we did.

 4   Q    And did you provide it to Authorized Buyers?

 5   A    Certainly we did.

 6   Q    And how about header bidding competitors?

 7   A    So with header bidding it's a little bit different

 8   because in many cases Google doesn't have a relationship

 9   with the header bidding partner, but we provide the

10   information to publishers in a form that they can then use

11   to pass to the header bidding partners because they can work

12   with header bidding partners we don't work with ourselves.

13   Q    All right.  Now moving to our final topic, Uniform

14   Pricing Rules.

15        When were Uniform Pricing Rules introduced?

16   A    They were introduced as part of our move to the Unified

17   First Price Auction in September 2019.

18   Q    What was your --

19   A    I apologize.  They were introduced slightly before

20   September but in 2019.

21   Q    2019 though?

22   A    Yes.

23   Q    And what was your role in introducing Uniform Pricing

24   Rules personally?

25   A    I led that overall effort as part of our move to the
```
                                                          100

Direct examination - N. Korula

1   Unified First Price Auction.

2   Q    Why were Uniform Pricing Rules introduced as part of

3   the move to a Unified First Price Auction?

4   A    Just pricing rules are very different in a first-price

5   auction and in a second-price auction.  And so it was an

6   appropriate time for us to change how pricing rules worked

7   to be relevant to the new auction type that we had.

8   Q    How did Uniform Pricing Rules differ from what existed

9   before?

10  A    Yeah.  There are really three ways in which they were

11  different.  One that I think is underappreciated was that

12  the old pricing rule system was extremely complicated.

13       So publishers could set many different pricing

14  rules.  For example, you could set a rule that when a user

15  from Virginia comes to my website, I want to be paid a

16  minimum of $4.  You could have another rule that said when

17  somebody visits the sports section of my website, I want to

18  be paid a minimum of $5.

19       Now, what do you do when somebody from Virginia

20  goes to the sports section, is the price $4 or $5?  And

21  actually publishers would have to manually configure which

22  of these rules applies.  That's fine when you have two

23  rules, but when you have dozens of them, it was extremely

24  complicated, and it was just a constant source of bugs.

25       And with Uniform Pricing Rules, we eliminated all

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

 1    of that mixup and said the highest floor price applies.

 2              The second way in which they were different is

 3    that they were ultimately uniform in that the same floor

 4    price applied to all the participants in the auction.

 5              And the third way in which they were different is,

 6    as I said, pricing rules just worked differently in a

 7    first-price and a second-price auction.  In a second-price

 8    auction, the floor price can affect what the publisher gets

 9    paid, and in a first-price auction that doesn't happen.

10    Q    Turning to the last slide in your demonstrative, does

11    this help explain how price floors worked differently in a

12    first-price versus a second-price auction?

13    A    It does, yes.

14    Q    Can you walk us through that?

15    A    Yes.  Remember in the second-price auction, the auction

16    clears at the highest of the second highest bid and the

17    floor price.  And so we have in all the examples two bids,

18    the highest bidder of $10 and the second bidder bidding $5.

19              Now, on the left we're looking at the second price

20    world.  If the price floor is $8 in that first example, then

21    the highest bidder wins and they pay $8 because the auction

22    closes at the second highest bidder of the floor.

23              If the price floor was $6, that bidder would win

24    and they would pay $6 because the auction closes at the

25    second highest bidder of the floor.  And if the price floor

                                                            102

Direct examination - N. Korula

1    were $4, the auction would close at $5 because that's the

2    second highest bid.

3           And so you see how the changing price floor

4    changes how much the publisher gets paid:  $8, $6 and $5.

5           On the right side of this graph, we have the same

6    three price floors:  $4, $6 and $8.  But in the first-price

7    auction, the highest bidder wins and pays their bid.  And so

8    if the floor price were $4, the highest bidder would win and

9    pay their bid of $10.  If the floor price were $6, the

10   highest bidder would win and pay their bid of $10.  If the

11   floor price were $8, the highest bidder would pay $10.

12          So the bidder pays the same amount and the

13   publisher gets paid the same amount regardless of the floor.

14   And so just the floors are playing a very different role in

15   these two worlds.  In one world the floor affects the

16   payment and the other world has nothing to do with the

17   payment.  And in fact, floor prices can only cause you to

18   reduce revenue in the short term in the first-price auction.

19   Q    Now as part of your role in the ad serving and quality

20   team, did you and your team communicate with publishers

21   concerning feedback on Google's products and services?

22   A    Yes.  I regularly did.

23   Q    And before the introduction of Uniform Pricing Rules,

24   had Google's publishers expressed views to you or your team

25   concerning their ability to manage the prior setup of

                                                          103

Direct examination - N. Korula

```
 1   pricing rules?
 2   A    Yes, they certainly had.  As I said, we regularly got
 3   complaints and bugs and things.
 4   Q    Can you give us some ideas of some of that feedback you
 5   received from customers?
 6   A    Specifically about the complexity of the old pricing
 7   rules, we regularly got concerns like well I've set this
 8   floor price of $5, why am I only getting paid $4, it's not
 9   what I asked for.  And you know, we would have to like
10   devote engineers to go and investigate those cases, and then
11   report, oh no, it's because you misconfigured this.  You had
12   set this up in a way that maybe was not what you intended.
13          So we regularly got feedback like that on the old
14   complexity.  We also got some feedback about the new pricing
15   rules as we announced them.
16   Q    Before we get to the new pricing rules, did the
17   feedback you received on the old pricing rules have any
18   effect on Google's decision to introduce Uniform Pricing
19   Rules?
20   A    Yes, it did.  As I said, when we introduced the new
21   Uniform Pricing Rules, we were trying to partially address
22   that feedback.
23          THE COURT:  All right.  I think this is about the
24   right time to take our break.  We'll be in recess until
25   11:30.
```

Direct examination - N. Korula

```
1                    (A brief recess was taken.)

2     BY MR. MAHR:

3     Q    Mr. Korula, before we turn to Uniform Pricing Rules,

4     just two clarifications.

5              One, you talked about pre-launch experiments and

6     holdback experiments.

7              Could you describe to the Court the difference

8     between those two types of excerpts at a high level?

9     A    Certainly.

10             A pre-launch experiment is one that we typically

11    run before we make a change to the product and we're trying

12    to evaluate what would this change look like.  So we're

13    trying to see does it work well, does it have the effect

14    that we expect.  And if it works well, then we'll say great,

15    this is something we'll roll out to all of our publishers.

16             A holdback experiment --

17             THE COURT:  I'm sorry, a what?

18             THE WITNESS:  Holdback.

19             THE COURT:  Holdback?

20             THE WITNESS:  Holdback.  Yes, ma'am.  One word.

21             A holdback experiment is one that we typically run

22    after a feature is launched.  And here, we'll roll out the

23    feature to all of the customers except for a small amount of

24    traffic.  And we'll use that small amount of traffic to make

25    sure that the feature is continuing to work well, and we'll
```

105

Direct examination - N. Korula

```
 1   ensure that there are no unexpected side effects or no
 2   changes as the industry evolves.
 3   BY MR. MAHR:
 4   Q    For pre-launch experiments, how many would you
 5   typically run before a launch?
 6   A    Oh, that could vary a lot.  There would be features
 7   where we would run dozens of experiments even before a
 8   launch to test many variants, we might learn something from
 9   the experiment, go back and modify the feature.  Could
10   easily be dozens, or even more in some cases.
11   Q    How about for holdback experiments, how many would you
12   typically run?
13   A    At any given time, we might be running a small number
14   of holdback experiments while we were running hundreds of
15   pre-launch experiments.
16          For a single feature, we might run dozens of
17   pre-launch experiments and one or two holdback experiments.
18   Q    Why not rely on just one experiment?
19   A    Because -- well, as we're developing the feature,
20   sometimes we're changing things.
21          But the holdback is very important because
22   conditions change.  Something that seemed to work well today
23   might not work well a year from now as the industry evolves.
24   So it's very important to continue to have these experiments
25   to make sure that something you thought was an improvement
```

106

Direct examination - N. Korula

```
 1    doesn't start working against what you expected in a year or

 2    two years or three years.

 3    Q    Another clarification is in the waterfall.  I just want

 4    to make sure we're clear.

 5              Who determines the historic value that is entered

 6    for each publisher in the waterfall?

 7    A    If you mean who determines the historic value that is

 8    entered for each publisher and ad exchange and network, then

 9    the publishers determine that.

10              So when a publisher is setting up the ad exchanges

11    and networks, they enter a price for each exchange and

12    network, that, in many cases, is the historical average, but

13    it doesn't have to be.  The publisher can enter any price

14    they want.

15    Q    Just for the record, I asked that question wrong.

16              Who determines the historical value that is

17    entered for each exchange participating in the waterfall?

18    Who is that?

19    A    So the publisher determines that for every exchange

20    they set up in participating in the waterfall.

21    Q    I apologize for my mistake.

22              You said the publisher can put any value it wants

23    for that particular exchange in a waterfall?

24    A    That's right.

25    Q    Now, returning to Uniform Pricing Rules, we talked
```

107

```
 1    about the input you got prior to the change to Uniform

 2    Pricing Rules.

 3             When Google announced Uniform Pricing Rules, were

 4    you one of the team in display ads tasked with gauging and

 5    responding to customer reaction?

 6    A    I was, yes.

 7    Q    How did publishers react to the introduction of Uniform

 8    Pricing Rules?

 9    A    By and large actually many publishers were happy.

10             MR. VERNON:  Objection to hearsay.

11             MR. MAHR:  Your Honor, this is publisher reaction

12    to a change in products not because of the truth of their

13    reaction, but the effect it has on Google in responding to

14    those --

15             THE COURT:  To the extent it explains what Google

16    may have done or not done, it is relevant, so I'm going to

17    permit it to come in for that purpose.

18             MR. MAHR:  Thank you, Your Honor.

19    BY MR. MAHR:

20    Q    Do you recall the question?

21    A    Yes, I believe so.

22             Many publishers were happy with the change, but a

23    few publishers expressed some concerns that in some cases

24    caused us to modify Uniform Pricing Rules.

25    Q    Do you have a recollection of which publishers had
```

108

Direct examination - N. Korula

```
 1    negative reactions?
 2    A     It was some of our larger publishers.  I think News
 3    Corp was one of the most vocal, and perhaps also The
 4    Guardian and The Daily Mail.
 5    Q     What kind of complaints did these larger publishers
 6    have about Uniform Pricing Rules?
 7    A     There were three major sets of concerns.  One was
 8    around the number of pricing rules.  Some publishers felt we
 9    should give them the ability to create more.
10              THE COURT:  All right.  Explain that to me.
11              THE WITNESS:  Yes, Your Honor.
12              Some publishers -- so when we rolled out the new
13    pricing rules, there was a limit on the number of pricing
14    rules that a publisher could create.  You couldn't create
15    infinitely many.  And some publishers said we like this, but
16    we wish you would allow us to create more pricing rules.  So
17    we said you could have a limit of 100, and they said that's
18    not enough, we need more.
19    BY MR. MAHR:
20    Q     So how did Google respond to that feedback from the
21    customers?  Just staying with the first complaint.
22    A     Yes.  So we increased the number.  So, by default, we
23    increased that number to 200 for all publishers, and we also
24    told publishers that if they needed it even more than that,
25    that they could come and talk to us and we would grant them
```

109

Direct examination - N. Korula

1    exceptions so they could go above 200.  And many publishers

2    did that.

3             We also explained that with each of the new 200

4    pricing rules, publishers could create up to five

5    sub-pricing rules, and so that allowed for 1,000 different

6    sub-pricing rules.  Each of which could have multiple

7    advertisers, up to 50 advertisers in one.  And so with --

8    even with the new limits, publishers could have up to 50,000

9    advertisers named in these pricing rules.

10            And as I said, if that wasn't enough, we explained

11   that they could come and talk to us to get approved to have

12   even more.

13   Q    And just so we're clear here, can you explain just

14   exactly what a pricing rule is?

15   A    A pricing rule is essentially a publisher specifies a

16   part of their inventory, which could be a part of their

17   website or app.  Like, you could say I want my home page to

18   be -- I want to get paid at least this much for my home

19   page.  So you specify a part of the inventory and a minimum

20   price that you want to get paid for ads there.

21            So you could specify that as like my sports page,

22   I want to get paid this much.  You could specify that like

23   users from this location, I want to get paid this much.  Or

24   you could say for people on a laptop, I want to get paid $6,

25   but for people using a mobile phone, I'm okay only getting

110

1    paid only $4.  There's many different ways publishers could

2    segment that.

3    Q     Okay.  You said there were three complaints.  What was

4    the second?

5    A     The second concern was that some publishers told us

6    that they had special relationships with some advertisers,

7    and they might want to offer a lower price to specific

8    advertisers.

9            We had anticipated the need to create higher

10   prices for specific advertisers, but they told us that in

11   some cases, perhaps they're working with a specific

12   advertiser who's done a large deal with -- via TV or via

13   print media, and as part of that large deal, they want to

14   give that advertiser a discount for their digital ads.  And

15   so they said, well, this new UPR, functionality doesn't

16   allow us to easily do that.

17   Q     How did Google respond to that second concern?

18   A     We built functionality that allowed publishers to set

19   lower prices for specific advertisers.

20   Q     And what was the third concern raised by some

21   publishers?

22   A     The third concern was that some publishers said they

23   wanted to set different floor prices rather than uniform

24   ones.  Typically they wanted to set a higher floor price for

25   AdX and a lower floor price for header bidding, for example.

111

1  Q    Did they say why they wanted to do that?

2  A    In some cases, they did.  They said they wanted to give

3  a preference to header bidding to allow header bidding to

4  win more.

5  Q    How did Google address this third concern?

6  A    We didn't make a product change to address this concern

7  because we felt it was important for the product to be

8  designed in a way that the same pricing rules applied to

9  everybody.  But I explained to the publishers that they

10 could achieve the outcome they wanted by adjusting the price

11 they entered in header bidding.

12       Your Honor asked the question earlier about what

13 price the publisher could enter when they created a header

14 bidding line item, and the publisher could use that to

15 essentially effectively set a lower floor.

16       For example, if the publisher wanted to set a

17 floor price of $3 for header bidding and $5 for AdX and Open

18 Bidding, they could set a floor price of $5 in the Ad

19 Manager tool, and then when they got the $3 or a $4 bid from

20 header bidding, mark that as $5 in Google Ad Manager.  That

21 way that header bidding bid would be allowed to participate

22 because it would be above the $5 floor and it could win if

23 it were the only competitor.

24 Q    So now this one's a bit of a mouthful, so please bear

25 with me.

112

Direct examination - N. Korula

```
 1              But it's been suggested that Uniform Pricing Rules
 2   only prevented publishers from using pricing floors to
 3   disadvantage Google but continued to allow publishers to use
 4   pricing floors to disadvantage non-Google exchanges or
 5   non-Google advertising buying tools; is that true?
 6   A    No, that's not true.  The pricing rules applied to
 7   everybody.  The Uniform Pricing Rules don't allow you to say
 8   I want to set a lower price for this person or that person.
 9              In Google Ad Manager, the Uniform Pricing Rules
10   don't allow you to choose which buyer they apply to, so it's
11   the same for everyone.
12   Q    Did Google benefit financially from the move to a
13   Uniform First Price Auction -- a Unified First Price Auction
14   and Uniform Pricing Rules?
15   A    I think there was a small increase in net revenue in
16   the short term, but I think the benefit to Google was really
17   that we believed we could offer a better product to our
18   publishers and our advertisers by our customers.
19   Q    If you would turn to Tab 6 in your binder to what's
20   marked as DTX 829, which has already been admitted into
21   evidence.
22              Can you take a minute and tell us whether you
23   recognize that document?
24   A    Yes, I do.
25   Q    Tell us what it is, please.
```

113

Direct examination - N. Korula

```
 1   A    Shortly after we completed the migration to the Unified
 2   First Price Auction, a congratulatory email was sent out to
 3   the teams involved, and this was that email.
 4   Q    And would you please turn to the second page of
 5   DTX 829.  A little more than halfway down the page there's a
 6   section on why this launch was hard.  And if you would
 7   please read the last sentence of that paragraph, it's the
 8   one -- it's the one beginning GDA and DV360.
 9   A    Yes.  "GDA and DV360 were near neutral in revenue and
10   CPD impact recovering from the impact of the sell-side
11   auction changes."
12   Q    And can you explain to us what that means?
13   A    It means that Google Ads and DV360 lost a little bit of
14   revenue when we moved to the Unified First Price Auction but
15   not too much.
16   Q    And would you read then the two sentences before the
17   one you just read starting with overall?
18   A    "Overall, publishers experienced a neutral to positive
19   impact in revenue.  Our top 500 publishers saw a median
20   increase of 2.7 percent in auction revenue.  That is revenue
21   from AdX, Open Bidding, and remnant line items/header
22   bidding."
23   Q    And can you tell us what that means in plain language?
24   A    Publishers made more money.
25        MR. MAHR:  No further questions, Your Honor.
```

114

Cross-examination - N. Korula

```
 1                THE COURT:  All right.  Cross-examination.

 2                MR. VERNON:  Jeff Vernon for the United States.

 3                I will explain the binders since there are

 4      multiple.

 5                There are two smaller binders.  The larger smaller

 6      binder is the main set of documents.  The smaller smaller

 7      binder has two documents.  And then there's a series of

 8      deposition binders.

 9                So, Mr. Korula, you should have two small binders,

10      and I think three big binders.

11                THE WITNESS:  I only have one binder with --

12                THE COURT:  He won't have room there for all of

13      them, so let's just have the two exhibit binders, and the

14      deposition binders let's keep it behind.  We may not need

15      them.

16                MR. VERNON:  That makes sense, Your Honor.  Yeah,

17      I think we will mostly use the two smaller binders.

18                May we proceed?

19                THE COURT:  Yes, sir.

20                          CROSS-EXAMINATION

21      BY MR. VERNON:

22      Q    Good morning, Mr. Korula.  My name is Jeff Vernon.  I

23      represent the United States.

24      A    Good morning.

25      Q    Let's start with your demonstrative which I believe was
```

                                                              115

Cross-examination - N. Korula

```
 1   Tab 2 in your binder.  And please turn to the second page
 2   that reads "get started with Google Ad Manager."  And let me
 3   know when you're ready.
 4   A    Yes.  Yes.
 5   Q    So this is, I think, the very first page that a user
 6   would see when they tried to get started with Google Ad
 7   Manager; is that right?
 8   A    That's right.
 9   Q    And on this very first page, the website asks the user
10   if they are a web or video publisher on the one hand or an
11   app developer on the other hand; is that right?
12   A    Yes, that's right.
13   Q    So those are two different things on this line?
14   A    They don't have to choose one or the other, they can
15   choose both.
16   Q    But they are two different rows on the slide; correct?
17   A    Yes, that's right.
18   Q    And if you turn to the next slide, there's a page it's
19   marked DX 1.3; do you see that?
20   A    Yes, I do.
21   Q    This is the landing page for web and video publishers;
22   is that right?
23   A    No.  I think you come to this page also if you select
24   app developer, for example.
25   Q    Okay.  But it says web and video publishers at the top;
```

116

Cross-examination - N. Korula

```
 1   is that right?

 2   A    Yes.  I think you have to at least have that selection,

 3   yes.

 4   Q    Okay.  And let's turn to page 10.  I'm sorry, page 11.

 5        It says the words "new report" in the top left.

 6   A    Yes.

 7   Q    At the bottom, there's a box that says --

 8        MR. VERNON:  It should be DX 11 -- or DX 1.11.

 9   BY MR. VERNON:

10   Q    At the bottom there's a box that says "inventory type";

11   do you see that?

12   A    Yes.

13   Q    And there are different inventory types, one of them is

14   web; do you see that?

15   A    Yes.

16   Q    And the other is app; do you see that?

17   A    One of the others is app, yes.

18   Q    So this page shows that within Google Ad Manager, web

19   and app are different inventory types; correct?

20   A    Yes, that's right.

21   Q    Now, let me ask you -- I'm going to ask you a few

22   questions about AdSense.  And we'll come back to your

23   demonstrative, but for now I'd like you to turn to the

24   smaller of the small white binders.  In the first tab, which

25   is marked PTX 1144.
```

117

Cross-examination - N. Korula

```
 1                 THE COURT:  Any objection to 1144?

 2                 MR. MAHR:  No objection, Your Honor.

 3                 THE COURT:  All right.

 4      (Plaintiffs' Exhibit Number 1144 admitted into evidence.)

 5     BY MR. VERNON:

 6     Q    Now, this is a page from -- I'm sorry.  Are you ready?

 7     A    Yes.

 8     Q    This is a page from Google's website; is that right?

 9     A    Yes, it appears to be.

10     Q    This page compares Google Ad Manager or Google AdSense

11     and Google AdMob; is that right?

12     A    Yes.

13     Q    And this is actually the page after the page that we

14     saw before.  Meaning if you click on the page that says

15     "learn more about AdSense," this is where you go; correct?

16     A    I believe that's correct.  Either this page or

17     something very similar.

18     Q    Okay.  At the bottom, there's a paragraph that refers

19     to Google Ad Manager; do you see that?

20     A    Yes.

21     Q    The first line reads:  "Google Ad Manager is an ad

22     management platform for large publishers who have

23     significant direct sales"; do you see that?

24     A    Yes.

25     Q    Now, let's compare that to the first sentence for
```

                                                              118

Cross-examination - N. Korula

```
 1    AdSense, which is at the top; do you see that?

 2    A    Yes.

 3    Q    And, I'm sorry, it's the second sentence.  It reads:

 4    "AdSense is best for publishers who want more automation for

 5    their ad solutions and have a small dedicated ad management

 6    team"; do you see that?

 7    A    Yes.

 8    Q    This paragraph about AdSense does not say that AdSense

 9    is a product for big publishers with significant direct

10    sales; correct?

11    A    That's right.

12    Q    This web page that Google has created that compares

13    AdSense and Ad Manager describes them as being targeted

14    towards different customer segments; is that correct?

15    A    That's right.  It describes the customer segments for

16    which each product is likely best.

17    Q    And they're different; that's fair?

18    A    Yeah.  There's some overlap, but they're different.

19    Q    Okay.  Let's turn to the next page, which we'll call

20    page 2.

21         If you look under common misperceptions, there's a

22    sort of second full paragraph that starts "Ad Manager is a

23    different product"; do you see that?

24    A    Oh, yeah.  I see that, yes.

25    Q    This reads:  "Ad Manager is a different product to
```

119

Cross-examination - N. Korula

```
 1    AdSense and AdMob"; right?

 2    A    That's right.

 3    Q    So this Google website is saying that AdSense on the

 4    one hand and Ad Manager on the other hand are different

 5    products; correct?

 6    A    Yes, that's right.

 7    Q    And there's a chart below that that compares the

 8    features between the AdSense product, the Ad Manager

 9    product, and we'll ignore these for now, but the AdMob

10    product; is that right?

11    A    That's right.

12    Q    And so if you look at the second row, it says:  "Use

13    other ad networks or negotiate directly-sold ads."  There's

14    a yes under Google Ad Manager and a no under Google AdSense?

15    A    That's right.

16    Q    That's because the publisher cannot use Google AdSense

17    to manage direct ads; correct?

18    A    That's right.

19    Q    The fourth row says:  "Manage AdSense network compete

20    with other ad networks to maximum revenue."  And there is a

21    yes under Google Ad Manager and no under AdSense; do you see

22    that?

23    A    It says "make" and not "manage."  But yes, I see that.

24    Q    You're right.

25              And that's because a publisher cannot use Google
```

120

Cross-examination - N. Korula

```
 1    AdSense to have multiple networks or multiple exchanges
 2    compete with each other; correct?
 3    A    Not in the AdSense product itself, no.
 4    Q    Okay.  And that -- and if you use Ad Manager, you can
 5    have multiple exchanges compete with each other; correct?
 6    A    That's right.
 7    Q    That's another reason why these are two different
 8    products; correct?
 9    A    They offer different functionality, yes.
10    Q    Okay.  And a publisher cannot put AdSense in real-time
11    competition with other exchanges; is that correct?
12    A    Yes, that's generally correct.
13    Q    Okay.  And as I think -- well, you weren't involved in
14    sales at any of your time at Google; is that right?
15    A    I didn't work in sales, no.
16    Q    So you wouldn't know how often large publishers switch
17    from Google Ad Manager to AdSense; correct?
18    A    I couldn't give you a number, no.
19    Q    Okay.  Let's go back to your demonstrative which is in
20    the black binder at Tab 2.
21            Now I'm going to ask you to turn to, I think it's
22    slide 21.  I'm sorry.  Before we get to that.
23            When you went through your demonstrative, you
24    showed a series of features on Google Ad Manager; is that
25    right?
```

121

Cross-examination - N. Korula

```
 1   A     Yes.

 2   Q     One of the features was reporting?

 3   A     Yes, that's right.

 4   Q     Another feature was, I think advertiser blocks; is that

 5   right?

 6   A     Yeah.  There was the ad review center where you could

 7   block advertisers as well as advertiser protections or ad

 8   content protections.

 9   Q     Other ad servers offered those features, too; correct?

10   A     I believe so, though I'm not sure about the details.

11   Q     Okay.  Now we can go to Slide 21.  And this time --

12   give me a second so I can get there.

13         Okay.  As this total suggests, this slide relates

14   to Dynamic Allocation?

15   A     Yes.

16   Q     And Slide 22 also relates to Dynamic Allocation?

17   A     Yes.

18   Q     On Slide 22 --

19         MR. VERNON:  I'm sorry.  Go back to Slide 22 or

20   1.22.  There we go.  Thank you.

21   BY MR. VERNON:

22   Q     This slide shows AdX as being the only exchange that

23   submits a real-time bid; is that right?

24   A     That's right.

25   Q     And AdX wins this impression?
```

122

Cross-examination - N. Korula

```
 1   A      On Slide 22, yes.

 2   Q      AdX wins this impression because its real-time bid is

 3   higher than the historic averages for the other exchanges;

 4   is that right?

 5   A      That's right.

 6   Q      The historic averages that this slide refers to are

 7   sometimes called static bids?

 8   A      Yes, sometimes.

 9   Q      And so the way that Dynamic Allocation worked -- and

10   we're talking about the pre-header bidding time period -- is

11   that AdX was sent a floor that was based on the highest of

12   the other static bids that were eligible for that

13   impression; correct?

14   A      That's correct.

15   Q      And after that, AdX would collect real-time bids from

16   buyers; is that right?

17   A      That's right.

18   Q      And if AdX -- if an AdX buyer had a real-time bid that

19   is higher than the floor based on static bids, AdX and its

20   buyer would win; is that right?

21   A      Yes.

22   Q      And this slide does not show any other exchanges

23   submitting a real-time bid before AdX; is that correct?

24   A      That's correct.

25   Q      And that's because AdX, under Dynamic Allocation, had
```

123

Cross-examination - N. Korula

```
 1   the opportunity to submit real-time bids first, and if it

 2   could beat the floor based on static bids, it won the

 3   impression and no other exchanges could bid; correct?

 4   A    Yes, that's correct.

 5            MR. VERNON:  Now let's turn to the next slide,

 6   which is Slide 23.  Or 1.23.  It's the waterfall with the

 7   blue one at the beginning.  There we go.  Thank you.

 8   BY MR. VERNON:

 9   Q    Okay.  So this slide shows AdX in orange; is that

10   right?

11   A    Yes.

12   Q    Orange/yellow.

13   A    Yes.

14   Q    And in this auction, again, AdX is called first and it

15   gets to collect real-time bids; is that right?

16   A    That's right.

17   Q    But its real-time bid is not higher than the highest

18   historical average; correct?

19   A    That's correct.

20   Q    But AdX is still called first to run a real-time

21   auction; right?

22   A    Yes.

23   Q    Okay.  So the ranking of these exchanges where there's

24   Number 1, Number 2, Number 3, Number 4 and Number 5, that's

25   a ranking that just shows how the historical averages
```

124

Cross-examination - N. Korula

```
 1   compare to AdX's real-time bid; right?  PubMatic has the
 2   highest historical average, Index has the second highest, et
 3   cetera?
 4   A    It shows the ranking and the sequence in which the
 5   exchanges would be called.
 6   Q    But this ordering of the exchanges has nothing to do
 7   with the fact that AdX was first called to submit a
 8   real-time bid, and if it could not have a bid above the
 9   floor, then the other exchanges could compete; right?  Those
10   are different things?
11   A    That's right.  This is the ordering in which the
12   exchanges have the opportunity to serve an impression.
13   Q    Okay.  But even under this ordering, AdX still has the
14   first chance to run a real-time auction and win; right?
15   A    That's right.
16   Q    Okay.  Now we are going to turn to last look.
17        So after bidding, AdX's first position turned into
18   a last position; is that fair?
19   A    I'm sorry.  I don't follow that.
20   Q    When header bidding arose, AdX had the last look over
21   header bidding; correct?
22   A    Yes.  That was referred to as last look.
23   Q    And I think you said at some point AdX's last look was
24   removed over Open Bidding; is that right?
25   A    I didn't say that, but you're correct that that is what
```

125

Cross-examination - N. Korula

```
 1    happened.
 2    Q     Okay.  And when was that?
 3    A     I believe it was in 2017, but I'm not sure of the exact
 4    date.
 5    Q     So before that time, which we'll just call 2017 for
 6    convenience, AdX still had a last look over all the other
 7    exchanges; correct?
 8    A     Oh.  The thing that was called last look over Open
 9    Bidding was a different thing from the last look over the
10    other exchanges.
11    Q     Before Open Bidding was launched, let's start there.
12    A     Yes.
13    Q     Before that, AdX had a last look over other exchanges;
14    correct?
15    A     That's right.  It had -- yes.
16    Q     After Open Bidding was launched, last look still -- AdX
17    still had a last look over header bidding; is that correct?
18    A     Over header bidding, yes.
19    Q     You also talked about what would happen if there were
20    multiple bids above the floor in the last look era; do you
21    remember that?
22    A     Yes.
23    Q     Let's talk about what would happen if there was only
24    one bid above the floor; okay?
25    A     Okay.
```

126

Cross-examination - N. Korula

```
 1   Q     At that point, AdX ran a second-price auction?

 2   A     Yes.

 3   Q     And so if AdX only had one bid above the floor, the

 4   price that AdX wins at and that the AdX buyer wins at would

 5   automatically either match the highest other bid or be a

 6   fraction of a set higher; is that right?

 7   A     Yes, that's right.

 8   Q     And you don't know how often that happened; right?

 9   A     Meaning exactly how many impressions happened per day

10   like that?  I don't know the raw number of impressions.

11   Q     Okay.  And you're also aware of sell-side DRS; is that

12   right?

13   A     Yes.

14   Q     And you worked on that; is that fair?

15   A     Yes.

16   Q     Under sell-side DRS, AdX could reduce its take rate

17   after seeing the highest other bid from header bidding; is

18   that right?

19   A     Under sell-side Dynamic Revenue Share, yes, AdX could

20   adjust its revenue share.

21   Q     And when AdX does that, it could win for a fraction of

22   a cent above the highest bid from header bidding; correct?

23   A     It could, yes, though that wasn't the common case.

24   Q     Let's turn to Slide 24, it's titled "Dynamic Revenue

25   Share DV1."
```

127

Cross-examination - N. Korula

```
1              MR. VERNON:  Dynamic Revenue Share V1.  It's the
2    slide before this one.  I think the pages may have differed
3    in some of our versions.
4    BY MR. VERNON:
5    Q    Okay.  So this shows AdX lowering its take rate under
6    Dynamic Revenue Share?
7    A    Yes, that's right.
8    Q    So this slide does not show AdX increasing its take
9    rate; right?
10   A    That's right.  We didn't do that in Dynamic Revenue
11   Share Version 1.
12   Q    But at some point when Google launched Version 2, under
13   Dynamic Revenue Share, AdX could increase its take rate;
14   correct?
15   A    Correct.
16   Q    And you didn't show that here in this slide; right?
17   A    No.
18   Q    This slide also shows AdX using Dynamic Revenue Share
19   to win a transaction that otherwise would have not cleared;
20   is that right?
21   A    That's right.
22   Q    But last look and Dynamic Revenue Share also allowed
23   Google to win a transaction that otherwise would have been
24   won by another exchange; is that correct?
25   A    That is correct, though as I said, that was not the
```

128

Cross-examination - N. Korula

```
 1    common case.

 2    Q    And this slide doesn't show that; right?

 3    A    This slide doesn't show that, no.

 4    Q    You also talked about the effect of last look on

 5    publisher revenue; do you remember that?

 6    A    I briefly alluded to it, yes.

 7    Q    I think you said that publishers could not stop Google

 8    Ad Manager from sending a floor price that is based on the

 9    highest other line item; is that right?

10    A    Prior to 2019, that's correct.

11    Q    Right.  And so another way of saying that is publishers

12    could not turn last look off; correct?

13    A    That's correct.

14    Q    If a publisher thought turning last look off would make

15    them more money, that wasn't an option that they had

16    available; correct?

17    A    That's correct.

18    Q    Okay.  Let's turn to some documents.  So you can set

19    aside the black binder and pick up the slightly larger white

20    binder.  So I'm going to ask you about PX 797.

21              THE COURT:  Any objection to 797?

22              MR. VERNON:  Which is -- you don't have the

23    binder?  Oh, we can give you the binder.

24              PX 797 is a document from your files, and the

25    metadata is in -- or some of the metadata is in the next
```

                                                              129

Cross-examination - N. Korula

```
 1    tab, if that helps.
 2              THE COURT:  I assume there's no objection if it's
 3    a Google document.
 4              MR. MAHR:  No objection, Your Honor.
 5              THE COURT:  All right.  It's in.
 6       (Defense Exhibit Number 797 admitted into evidence.)
 7    BY MR. VERNON:
 8    Q    So on your direct, you talked about how DFP is very
 9    flexible; is that right?
10    A    Yes.
11    Q    But you would also agree that one of the biggest
12    selling points of DFP is that it provides access to unique
13    demand from what's known as Google Ads and sometimes also
14    called GDN; is that right?
15    A    No, I don't think that's quite right.
16    Q    Well, let's look at this document.
17              So this was a document prepared in preparation for
18    a strategic planning session; is that right?
19    A    It seems to be.
20    Q    In preparation for that strategic planning session,
21    participants were given a series of questions that they were
22    supposed to answer; is that right?
23    A    I think that's right.
24    Q    And if you look at the metadata tab, which is the next
25    tab, you'll see the E subject is Nitish Ad Manager strategic
```
                                                                    130

Cross-examination - N. Korula

```
 1   planning homework; do you see that?  It's in E subject about
 2   half the way down.  So it's the next tab after 797.  It's
 3   like a box tab.
 4   A    Oh, I see.  It's a different tab.  Okay.  Yes.
 5   Q    And the file name is Nitish Ad Manager strategic
 6   planning; do you see that?
 7   A    Yes, I do.
 8   Q    Now turning back to 797 itself.  Do you have --
 9             THE COURT:  Counsel, it's lovely to have your loud
10   voice; it's too loud.
11             MR. VERNON:  I apologize.  I'll tone it down.
12   BY MR. VERNON:
13   Q    Do you have any reason to believe that you did not
14   write 797?
15   A    No.  If this subject is correct, then I think I likely
16   wrote this.
17   Q    So let's turn to the second page in --
18             MR. VERNON:  And, Your Honor, please tell me if
19   I'm speaking too loud.  I apologize.
20   BY MR. VERNON:
21   Q    -- there is a box titled strengths.
22   A    Yes.
23   Q    And I'll give you the first one, the first one says
24   "the best ad server in the market"; is that right?
25   A    That's right.
```

131

Cross-examination - N. Korula

```
1    Q    It's easy to be the best ad server in the market when

2    there aren't that many others; correct?

3    A    I don't think it was easy to actually offer all of the

4    functionality that DFP did, no.

5    Q    You only identify one competing ad server in the box to

6    the right, that's AppNexus?

7    A    That's right.

8    Q    You don't list any other ad server competitors by name;

9    is that correct?

10   A    That's correct.

11   Q    You do not list Kevel?

12   A    I did not list it, no.

13   Q    Can you identify by name any publishers that switched

14   from DFP to Kevel?

15   A    No, I wouldn't know.

16   Q    You do not list OpenX here?

17   A    I do not, no.

18   Q    Can you identify by name any publishers that switched

19   from DFP to OpenX?

20   A    I don't believe I can, no.

21   Q    The second strength you list here is access to unique

22   demand; is that right?

23   A    Yes.

24   Q    To the right of that, you write "GDN/GMob demand is

25   relatively unique"; right?
```

132

Cross-examination - N. Korula

```
 1   A    That's right.

 2   Q    So you're describing GDN and its unique demand as a

 3   strength for Google Ad Manager; correct?

 4   A    That seems to be what I wrote, yes.

 5   Q    Let's look at the next box titled weaknesses.

 6   A    Uh-huh.

 7   Q    The second box is reduced publisher trust; do you see

 8   that?

 9   A    I do.

10   Q    To the right of that you write:  "Publishers perceived

11   that Google acts unilaterally in its own best interest or

12   that it claims to know what is best for others"; do you see

13   that?

14   A    Yes.

15   Q    And you identified that as a weakness?

16   A    I did.

17   Q    If it helps, the metadata shows that the date saved for

18   this was July of 2019.

19         Do you think you were referring to UPR here?

20   A    I don't recall what I was referring to.  Sorry.

21   Q    This would have been around the time of UPR, though;

22   right?

23   A    Yes.

24   Q    And you were aware that publishers did perceive that,

25   with respect to UPR, Google was acting unilaterally in its
```

                                                          133

Cross-examination - N. Korula

```
 1   best interest; correct?
 2   A    I think some publishers perceived that, but many others
 3   did not.
 4   Q    Okay.  You can set that aside.
 5           On your direct, you talked about there being
 6   different ways for publishers to access AdX without using
 7   DFP; do you remember that?
 8   A    Yes.
 9   Q    One of them is a publisher can use two ad servers;
10   correct?
11   A    That's right.
12   Q    You would use DFP and then another ad server under that
13   system?
14   A    That's right.
15   Q    And you have expressed skepticism that this two ad
16   server system will gain traction; is that correct?
17   A    I don't recall specifically.  I'm sorry.
18   Q    Let's turn to page -- I'm sorry, to document PTX 949.
19           THE COURT:  Any objection?
20           MR. MAHR:  Just getting to it, Your Honor.
21           No objection.
22           THE COURT:  All right.  It's in.
23     (Plaintiffs' Exhibit Number 949 admitted into evidence.)
24   BY MR. VERNON:
25   Q    This is a series of chats between you and --
```

                                                              134

Cross-examination - N. Korula

```
 1    A    I'm sorry.  I haven't found it yet.  I'm sorry.

 2    Q    No worries.

 3    A    I think I have it.

 4    Q    It's towards the middle.

 5    A    Yes.

 6    Q    This is a series of chats between you, Noam Wolf and

 7    Deepti Bhatnagar?

 8    A    Yes, that's right.

 9    Q    Was Noam your boss at the time?

10    A    Yes, he was.

11    Q    Let's turn to the top of page 2 or the top of the page

12    ending in 481.

13    A    Yes.

14    Q    I'm sorry.  The middle of the page.

15         Towards the middle in a message at 11:28, there's

16    a message from you that starts with "how likely"; do you see

17    that?

18    A    I do.

19    Q    You write:  "How likely is the dual ad server system to

20    get real adoption?"  Do you see that?

21    A    Ad server setup.  But, yes, I do see that.

22    Q    You're right.  I'm sorry.

23         So you were expressing some skepticism here that

24    the dual ad server setup would gain real adoption; correct?

25    A    As I'm reading it now, it's not clear.  It might be
```

135

Cross-examination - N. Korula

```
 1    skepticism, it might be a genuine question how likely is
 2    this to happen.
 3    Q    Okay.  This is a series of chats; is that fair?
 4    A    Yes.  From the context that looks like a series of
 5    chats we were doing during a live meeting.
 6    Q    And this chat includes discussion of substantive
 7    issues, not merely something like scheduling a meeting;
 8    correct?
 9    A    That's right.
10    Q    You actually turned history on; is that right?
11    A    In this chat?
12    Q    In general.
13    A    Oh.  Generally speaking, I have done, particularly
14    after receiving a litigation hold notice.
15    Q    And if you and the other participants in this chat did
16    not turn history on, we wouldn't have it today; correct?
17    A    I think that's right, yeah.
18    Q    And if you look at the sixth chat from the top from
19    you, do you see that?  It starts with "and losing some
20    market share."
21    A    Yes.
22    Q    "Is also positive from the point of demonstrating to
23    regulators that viable alternatives exist/we are not a
24    monopoly"; do you see that?
25    A    I do.
```

136

Cross-examination - N. Korula

```
 1   Q    So, again, this is a discussion of a substantive issue
 2   in a chat; is that right?
 3   A    Yes, that's right.
 4   Q    Okay.  You can set that document aside.  And then
 5   please turn to 933.
 6            THE COURT:  Any objection to 933?
 7            THE WITNESS:  I'm sorry.  If you don't mind, could
 8   you tell me which part of the binder it's in?
 9            MR. VERNON:  There's like a top tab, if that
10   helps, and it's just before the last one.
11            THE WITNESS:  I found it.
12            MR. MAHR:  And no objection, Your Honor.
13            THE COURT:  All right.  It's in.
14     (Plaintiffs' Exhibit Number 933 admitted into evidence.)
15   BY MR. VERNON:
16   Q    Okay.  So this is another series of chats between you,
17   Gregory Donaker and Deepti Bhatnagar; is that right?
18   A    Yes, that's right.
19   Q    And your top message refers to the AdX direct; do you
20   see that?
21   A    Yes.
22   Q    And you described AdX direct as a concept for
23   antitrust; do you see that?
24   A    I see the words "concept for antitrust."  I don't know
25   if that's a description of AdX that's a concept for
```

137

Cross-examination - N. Korula

```
 1    antitrust.

 2    Q     But that's what you wrote?

 3    A     I used those words, yes.

 4    Q     And, again, this is another set of substantive chats;

 5    is that right?

 6    A     Sure.  Yes.

 7    Q     Okay.  You can set that one aside.

 8          During your direct, you mentioned that AdX does

 9    not submit a real-time bid, you say, to DFP; do you remember

10    that?

11    A     I do, yes.

12    Q     But DFP does send a floor to AdX?

13    A     That's right.

14    Q     And that floor can be based on the highest bid from

15    header bidding; is that right?

16    A     Not anymore, no.

17    Q     Once AdX receives the floor from DFP, AdX compares the

18    highest real-time bid from the AdX buyers to the floor that

19    AdX gets from DFP; is that right?

20    A     That's correct.

21    Q     So a publisher can use Google Ad Manager to compare, on

22    the one hand, a real-time bid from AdX, and, on the other

23    hand, a real-time bid from another exchange; is that right?

24    A     That's right.

25    Q     And a publisher can also use Open Bidding within Google
```

138

Cross-examination - N. Korula

```
 1   Ad Manager to compare a real-time bid from AdX to real-time
 2   bids from other exchanges; correct?
 3   A    That's correct.
 4   Q    Okay.  So you do not dispute that publishers that use
 5   DFP can compare real-time bids from AdX and other exchanges;
 6   correct?
 7   A    That's correct.  I don't dispute that.
 8   Q    And you are aware that publishers have told Google that
 9   it's very difficult to use another ad server, meaning not
10   DFP, and compare real-time bids from AdX to real-time bids
11   from other exchanges; correct?
12   A    I believe that it's not as easy as our integrated
13   product makes it.
14   Q    Okay.  So you are aware that for publishers that do not
15   use DFP, it's not as easy to compare real-time bids from AdX
16   to real-time bids from other exchanges; correct?
17   A    I think that's right, yes.
18   Q    Okay.  So let's change topics a little bit and now talk
19   about -- I think we are up to a question I have for you
20   about UPR.
21        You talked about the difficulty of what would
22   result if Google were to try to do certain things, like, for
23   example, provide real-time bid; do you remember that?
24   A    Yes, I do.
25   Q    Well, let's ask about UPR.
```

139

Cross-examination - N. Korula

```
 1              Before 2019, Google did allow publishers to set
 2    different floors for different exchanges within Google Ad
 3    Manager; correct?
 4    A    No, that's not correct.
 5    Q    I'm sorry.  I'll try again.
 6              Before 2019, meaning before UPR, Google did allow
 7    publishers to set a different floor for AdX compared to
 8    another exchange; correct?  That was the functionality that
 9    UPR took away?
10    A    That's not quite right either.
11    Q    Can you explain why?
12    A    Yeah.
13              Before UPR, Google Ad Manager only allowed
14    publishers to set floor prices for AdX, and there were no
15    floor prices that could apply to any other exchanges, the
16    same or different or anything.  Floor prices only applied to
17    AdX.
18    Q    I see.  Let me try again.
19              Prior to UPR, a publisher using Google Ad Manager
20    could set different floors for AdX compared to other
21    exchanges; is that fair?
22    A    That's correct, yes.
23    Q    And then with the launch of UPR, Google redesigned its
24    system such that, within Google Ad Manager, a publisher
25    cannot set different floors for different exchanges;
```

                                                              140

Cross-examination - N. Korula

```
 1   correct?

 2   A    That's correct.

 3   Q    And that was a choice that Google made; right?

 4   A    Yes.

 5   Q    Google could have decided to allow publishers to set

 6   different floors for different exchanges within Google Ad

 7   Manager; correct?

 8   A    Yes.

 9   Q    And you didn't say on direct that giving a publisher

10   that choice would be unnecessarily difficult for Google;

11   right?

12   A    No, I didn't say that.

13   Q    And let's ask about last look.

14        I think I have this right timing-wise.  Google

15   removed last look as -- I'm sorry -- at the same time as it

16   launched the Unified First Price Auction and UPR and other

17   changes like Smart Bidding; is that right?

18   A    Yes to all but the Smart Bidding part.  What exactly

19   are you referring to by Smart Bidding?

20   Q    I think it's not 100 percent essential, but I believe

21   there was a change to how AdX's buyers submitted bids to

22   respond to the change to a first-price auction; is that

23   roughly right?

24   A    I see what you mean.

25        Yes, we did all of those things at the same time.
```

Cross-examination - N. Korula

```
 1   Q    Okay.  So there was a bundle of changes, including the
 2   removal of last look that happened at the same time?
 3   A    That's correct.
 4   Q    To remove last look, Google changed the floor sent to
 5   AdX buyers such that the floor no longer incorporated
 6   information about the highest other bid set by header
 7   bidding; right?
 8   A    Yes, that's right.
 9   Q    And you didn't say on direct that making that one
10   specific change, meaning removing last look, was
11   unnecessarily difficult; correct?
12   A    No, I didn't say that.
13   Q    Okay.  So now let's talk about the difficulty of
14   providing real-time prices to other ad servers.
15          You talked about that on direct; do you remember
16   that?
17   A    Yes.
18   Q    Are you familiar with Yavin?
19   A    With Yavin?
20   Q    Yes.
21   A    Yes.
22   Q    Yavin is a moon in Star Wars?
23   A    Yes.
24   Q    Yavin is also a project within Google under which
25   Google provided real-time bids to a small number of
```

142

Cross-examination - N. Korula

1    publishers that used in-house ad servers; is that correct?

2    A    That's generally correct, yes.

3    Q    And I think before the fall of 2013, the only

4    publishers that were hooked up to that project, Project

5    Yavin, were LinkedIn and eBay; is that right?

6    A    Did you say the fall of 2013?

7    Q    You're right.  I'm wrong.

8         Before the fall of 2023, the only publisher

9    customers that used Google's Project Yavin were LinkedIn and

10   eBay; is that right?

11   A    I'm not entirely sure.  Sorry.  That was after I left

12   display ads.

13   Q    Okay.  Well, you are aware that Google's Project Yavin

14   was not provided to publishers that used competing ad

15   servers, meaning ad servers like Xandr; correct?

16   A    Yes, that's right, because it was only providing demand

17   from Google Ads or DV360; it wasn't actually the exchange

18   demand.

19   Q    Okay.  So through Project Yavin, Google provided

20   real-time prices from Google's demand sources to a small

21   number of publishers that used in-house ad servers; is that

22   correct?

23   A    From Google Ads and DV360, yes.

24   Q    But Google did not do that for publishers that used

25   Xandr; correct?

                                                              143

Cross-examination - N. Korula

```
 1    A    That's right.  Though DV360 could buy directly on
 2    Xandr's AppNexus exchange, and it did.
 3    Q    So Google, through Project Yavin, has already developed
 4    a technology to provide real-time prices to publishers that
 5    use an ad server other than DFP; is that right?
 6    A    No, that's not quite right.
 7    Q    Google has already developed a technology to provide
 8    real-time prices from Google's demand sources to publishers
 9    that use in-house ad servers, not DFP; correct?
10    A    That's right.  From Google Ads and DV360 specifically,
11    yes.
12    Q    Okay.  And so now that Google already offers these
13    real-time bids to a small number of publishers with in-house
14    ad servers, it would be less costly to provide real-time
15    bids to other customers than it would be if Google had not
16    already built this technology; correct?
17    A    No, that's not right.
18    Q    Well, Google's already built a fair amount of the
19    technology behind Project Yavin; is that right?
20    A    That's right, but it's different technology.
21    Q    Project Yavin exists; right?
22    A    I believe we shut it down, actually.
23    Q    When was that?
24    A    I don't recall.  As I said, I don't work in display ads
25    anymore.
```

144

Cross-examination - N. Korula

```
 1   Q     Okay.  Are you sure Google shut Project Yavin down?
 2   A     I'm not sure.  That's my belief, but I don't know for
 3   sure.
 4   Q     Once Google started offering Project Yavin, it would be
 5   less costly to integrate Yavin with other publishers than it
 6   would be before Google had launched Project Yavin; correct?
 7   A     Did you say integrate Yavin with other publishers?
 8   Q     I can reask.
 9   A     Sure.
10   Q     Google has already developed the technology for Project
11   Yavin; right?
12   A     Yes, that's right.
13   Q     Google's already done a fair amount of the work; is
14   that fair?
15   A     A fair amount of the work for Yavin, which is distinct
16   from the work to have AdX submit real-time bids to
17   third-party ad servers.
18            THE COURT:  I'm sorry.  You need to keep your
19   voice up.
20            THE WITNESS:  I'm sorry, Your Honor.
21            It's developed the technology for Yavin, which is
22   distinct from the technology to provide AdX bids to
23   third-party ad servers.
24   BY MR. VERNON:
25   Q     We have the opposite problem about the voices.
```

145

Cross-examination - N. Korula

1    A    Sorry.  I'll try to get that right.

2    Q    That's okay.

3         So now that Google has already developed Project

4    Yavin and has offered it to a small number of customers, to

5    sign up a new customer for Yavin would take less work than

6    it would before Google had developed Yavin at all; is that

7    fair?

8    A    A new customer for Yavin, that would be the case if we

9    hadn't stopped Yavin, which I believe we have and so now it

10   might actually be a substantial amount of work again.

11   Q    Okay.  But you don't know whether Google stopped Yavin;

12   correct?

13   A    I don't know for sure.

14   Q    And so setting that aside, now that Google has already

15   developed Project Yavin, it would take less work to sign up

16   a new publisher for that; correct?

17         MR. MAHR:  Your Honor, objection.  The witness has

18   testified that he wasn't here during the development of

19   Yavin.

20         THE COURT:  Sustained.

21         MR. VERNON:  But let me correct that.  He was here

22   during the development of Yavin, which will matter for my

23   next document, but I can move on to that document now.

24         Please turn to PTX 555.

25         THE COURT:  Any objection?

                                                              146

Cross-examination - N. Korula

```
1                MR. MAHR:  No objection, Your Honor.

2                THE COURT:  All right.  It's in.

3         (Plaintiffs' Exhibit Number 555 admitted into evidence.)

4    BY MR. VERNON:

5    Q    This is an email from Project Yavin --

6    A    I haven't found it yet.  I'm sorry.  Also, I only just

7    realized that you've thoughtfully ordered them in sequence,

8    so I will be faster about finding them subsequently.

9    Q    Sure.  It's almost like a waterfall.

10               Okay.  So PTX 555 is a document about Yavin, you

11   can see that from the subject?

12   A    Oh, sorry.  Yes, that's right.

13   Q    Let's look about halfway down the page to general

14   Demand Product learnings from conversation, the first bullet

15   point under that; do you see that?

16   A    The first bullet point under general Demand Product

17   learnings, yes.

18   Q    This writes:  "AdX is disadvantaged in 'AdX direct'

19   relationship because AdX does not integrate with other ad

20   servers as well as it does with DFP (no Dynamic Allocation)

21   so AdX does not pass through real-time bids to those other

22   ad servers (instead, it passes through a dumb flat CPM based

23   on historical averages)"; do you see that?

24   A    I do, yes.

25   Q    And that's consistent with your testimony that AdX
```

147

Cross-examination - N. Korula

```
1    direct does not pass real-time bids to other ad servers; is
2    that correct?
3    A    Part of it is consistent with my testimony, but the
4    other part is not, and it reflects a misunderstanding.
5    Q    Let's turn to the top of the page ending in 116 or the
6    second page.
7              There's a Question 2, and this reads at the very
8    top:  "Who, if anyone, would work with pubs to try to
9    optimize/drive more revenue through Demand Product"; do you
10   see that?
11   A    Yes.
12   Q    And if you look two bullet points below there, there's
13   an answer.  "Demand Product probably won't require much
14   optimization, though.  Post launch, it will really be just a
15   matter of making more inventory available and adjusting
16   advertisers/category blocks"; do you see that?
17   A    I do.
18   Q    So what this is saying is after the launch of Yavin,
19   there won't be that much optimization work that needs to be
20   done; is that correct?
21   A    It is correct that's what it says, but absolutely
22   incorrect as a matter of fact.
23   Q    Okay.  Your counsel can ask you about that.
24              MR. VERNON:  Please turn to PTX 113, which the
25   United States will move to admit.
```

148

Cross-examination - N. Korula

```
 1              THE COURT:  Any objection?  It's the first one in
 2    the book.
 3              MR. MAHR:  Now that Mr. Korula has unlocked the
 4    secret to the binder.
 5              MR. VERNON:  To the waterfall.
 6              MR. MAHR:  No objection, Your Honor.
 7              THE COURT:  All right.  It's in.
 8     (Plaintiffs' Exhibit Number 113 admitted into evidence.)
 9    BY MR. VERNON:
10    Q    This is a document with the title "growing AdX" at the
11    top; do you see that?
12    A    Yes.
13    Q    And it's a document where some sell-side employees at
14    Google discuss ideas for improving Google Ad Manager; is
15    that fair?
16    A    That seems to be, yes.  I haven't seen this document
17    before.
18    Q    There's a paragraph that starts with:  "The press
19    release we could issue if we do this"; do you see that?
20    A    Yes, I do.
21    Q    And it reads:  "DoubleClick ad exchange doubles again
22    through better integration with DFP and third-party ad
23    servers.  The DoubleClick ad exchange has become the de
24    facto standard for publishers to manage their indirect
25    relationships"; do you see that?
```

149

Cross-examination - N. Korula

```
 1   A     Yes.

 2   Q     And let's turn to the second page.

 3             There's a second row that starts with "open

 4   Dynamic Allocation to third-party ad servers"; do you see

 5   that?

 6   A     Yes.

 7   Q     This then says:  "Dynamic Allocation for third parties

 8   is available today but in beta."

 9             Beta, I guess, means beta testing; is that right?

10   A     That's right.

11   Q     "Minimal effort is required to roll out more broadly";

12   do you see that?

13   A     I do, yes.

14   Q     Okay.  So this document is not saying that opening up

15   Dynamic Allocation to third-party ad servers would be

16   difficult; is that fair?

17   A     That's right.  This document doesn't appear to say

18   that.

19   Q     And there's a column that is titled risks; do you see

20   that?

21   A     Yes.

22   Q     And the risk that's identified here, if Google were to

23   open up Dynamic Allocation to third-party ad servers, is

24   that it would take away a key differentiator for DFP; is

25   that right?
```

Cross-examination - N. Korula

```
 1   A    Yes, that's right.

 2   Q    Okay.  You can set that document aside.

 3        Last look, when you were discussing it on your

 4   direct, you described it as being based on a principle; do

 5   you remember that?

 6   A    Yes, that's right.

 7   Q    Last look also gave AdX an advantage; correct?

 8   A    AdX and Open Bidding buyers, it allowed them to bid

 9   more efficiently, yes.

10   Q    And just make sure I understand what you're saying, you

11   do agree that last look gave AdX an advantage; correct?

12   A    Yes.  The same advantage to AdX and Open Bidding

13   buyers.

14        MR. VERNON:  Okay.  And let's look at PTX 816,

15   which the United States will move to admit.

16        THE COURT:  Any objection?

17        MR. MAHR:  No objection, Your Honor.

18        THE COURT:  It's in.

19   (Plaintiffs' Exhibit Number 816 admitted into evidence.)

20   BY MR. VERNON:

21   Q    This is a series of chats between you and David

22   Christian?

23   A    Yes, it seems to be.

24   Q    And about halfway down the page, there's a message from

25   you that begins with the words "the fact that"; do you see
```

151

Cross-examination - N. Korula

```
 1   that?

 2   A    That's right.

 3   Q    You write:  "The fact that AdX buyers can bid using

 4   information that comes out of DFP rankings (EDA price,

 5   remnant line items with third prices, et cetera) is a

 6   significant informational advantage"; do you see that?

 7   A    I do.

 8   Q    So here, you are describing a few different

 9   informational advantages that AdX buyers had over other

10   exchanges; is that right?

11   A    Again, AdX buyers and Open Bidding exchanges had, but

12   yes.

13   Q    And one of those informational advantages was last

14   look; correct?

15   A    That's correct.

16   Q    That's what the remnant line items with their prices,

17   part of the parentheses, refers to?

18   A    That's right.

19   Q    And three messages down from that you write:  "It's a

20   strategic advantage over header bidding"; do you see that?

21   A    Yes.

22   Q    In the next message you right:  "Now, competition

23   concerns will cause us to give up one part of that"; do you

24   see that?

25   A    Yes, I do.
```

                                                              152

Cross-examination - N. Korula

1   Q    And the part of that that you're referring to is last

2   look?

3   A    That's right.

4   Q    At the very end you write:  "BTW" -- that's by the way?

5   A    Yes.

6   Q    -- "this is also sensitive from a competition

7   perspective, so one should be careful about notes."  Smiley

8   face.  Do you see that?

9   A    I do, yes.

10  Q    And, again, this is a series of chats that discusses

11  substantive issues like advantages over header bidding and

12  competition concerns; is that right?

13  A    That's right.

14  Q    Okay.  You also talked -- you can set that aside --

15  about what I think you referred to as a boost; do you

16  remember that?

17  A    Yes.

18  Q    I think technically what that is is inflating the VCPM

19  that's associated with a line item; is that correct?

20  A    That's correct.

21  Q    And you described that in conjunction with your

22  discussion of last look; do you remember that?

23  A    I don't believe it was in conjunction with last look.

24  I think it was when I was describing how to set up a price

25  priority line item.

Cross-examination - N. Korula

1   Q    I'll try to -- you discussed it in connection with UPR;

2   is that fair?

3   A    I see.  I didn't use the word boost then, but earlier,

4   but we brought up again the fact that publishers could

5   change the value in connection with UPR, yes.

6   Q    You don't have any idea of how often publishers

7   actually do this type of boost; correct?

8   A    I don't have any data now, but my understanding at the

9   time was that it was quite common.

10  Q    But you don't have any data to back that up; right?

11  A    I don't have any current data, no.

12  Q    And you are aware that publishers viewed their -- as

13  being downsides to this type of boost; right?

14  A    Yes, there were some downsides.

15  Q    And what were the downsides?

16  A    Primarily that it was inefficient in that setting

17  different floor prices could lead to inconsistent outcomes.

18          If you did want to set different floor prices, it

19  wouldn't actually necessarily lead to a bidder winning with

20  a lower bid if you specifically read it in the full-price

21  context.  But if you just universally apply the boost, it

22  could be insufficient.

23  Q    Publishers also believed there were downsides with

24  respect to reporting; is that fair?

25  A    I think in some cases, yes.

                                                          154

Cross-examination - N. Korula

```
1    Q    Okay.  That's one of the downsides that The Guardian

2    identified to you when you tried to describe this as an

3    alternative to UPR; correct?

4    A    I don't recall that specifically coming up in that

5    conversation.  Sorry.

6    Q    It's okay.  We can move on.  Let's discuss UPR briefly.

7            Google adopted UPR at the end of 2019; is that

8    right?

9    A    In September of 2019.

10   Q    And UPR eliminated a tool that publishers used to

11   reduce their dependence on Google; correct?

12   A    I wouldn't quite characterize it like that, no.

13   Q    Let's turn to PTX 609, which has already been admitted.

14   Let me know when you're there.

15   A    Yes.

16   Q    So at the bottom of the page there's an email from

17   Rahul Srinivasan; do you see that?

18   A    Yes, I do.

19   Q    He lists four reasons why publishers set higher floors

20   for AdX; do you see that?

21   A    That's right.

22   Q    And then there's an email from you right after that?

23   A    Yes.

24   Q    In your second paragraph -- or the second full

25   paragraph, you list a fifth reason why publishers floored
```

155

1    AdX higher; do you see that?

2    A    I do, yes.

3    Q    You write:  "There's also Number 5, some perceived

4    benefit from wanting revenue diversity.  Publishers have

5    indicated being willing to tolerate some revenue loss in

6    exchange for reduced dependence on both GDN/DBM and Google,

7    including RTBs as a whole"; do you see that?

8    A    Yes, I do.

9    Q    And so what you were saying here is that prior to UPR,

10   publishers set higher floors from AdX to reduce their

11   dependence on Google; correct?

12   A    I listed it as one of the reasons, but in the

13   second-price auction, not in the first-price auction.

14   Q    Okay.  But that is one of the reasons you list here; is

15   that right?

16   A    That's right.

17   Q    Even in a first-price auction, if you send a higher

18   floor to AdX, that would mean AdX would win fewer

19   impressions; correct?

20   A    Yes, that's correct.

21   Q    And that would allow publishers to reduce their

22   dependence on Google; right?

23   A    It would allow them to reduce the revenue they got from

24   Google, yes.

25   Q    Okay.  And that's the same thing as dependence, right?

156

Cross-examination - N. Korula

```
 1    A    I don't think revenue and dependence are quite the same

 2    thing, but ...

 3    Q    A publisher might perceive it that way; fair?

 4    A    Possibly.

 5    Q    Okay.  Let's talk about how UPR affects the floors

 6    mechanically.

 7    A    Okay.

 8    Q    So you were aware that exchanges other than AdX have

 9    their own floor tools; is that right?

10    A    That's right.

11    Q    And UPR doesn't change how a publisher can use the

12    floor tools in those other exchanges; correct?

13    A    That's right.  UPR doesn't do anything to the floor

14    tools in other exchanges.

15    Q    If a publisher after UPR sets a floor -- a unified

16    price floor in Google Ad Manager and a higher price floor

17    for a specific other exchange within that other exchange,

18    that other exchange only wins if their bidders clear the

19    higher floor; correct?

20    A    Yes, that's correct.

21    Q    Okay.  So the way that this works effectively after UPR

22    is that through these combination of floor tools, publishers

23    after UPR can still set a higher floor for other exchanges

24    than for AdX; is that right?

25    A    If they want to use the other exchanges' tools and set
```

157

Cross-examination - N. Korula

```
 1   a higher floor price for that exchange in that exchange's
 2   tools, UPR certainly doesn't prohibit that.
 3   Q    But UPR does prevent publishers from setting a higher
 4   price -- a higher floor for AdX than for other exchanges;
 5   correct?
 6   A    UPR doesn't allow publishers and AdX -- in Ad Manager
 7   to set different floor prices for different exchanges.  It
 8   just sets one floor price.
 9   Q    And there's no way for publishers to use any
10   combination of floor tools in Google Ad Manager or other
11   third-party exchanges to set a higher floor for AdX than for
12   other exchanges after UPR; correct?
13   A    There is using the header bidding prices.
14   Q    That's the boosting thing we talked about before?
15   A    That's right.
16   Q    Setting boosting aside, there's no way after UPR for
17   publishers to use any combination of floor tools to set a
18   higher floor for AdX; correct?
19   A    Setting aside the way you can do it with boosting,
20   there's no way to do it, yes.
21   Q    Okay.  You also referred to UPR as nefarious; is that
22   right?
23   A    I don't recall referring to them as nefarious myself.
24   Q    Let's turn to PTX 699, which has already been admitted.
25   A    699.  Okay.
```

158

Cross-examination - N. Korula

1   Q     It should be, I believe, the next one after the one we

2   were just talking about.

3   A     Yeah, I found it.

4   Q     Okay.  This is an email.  The top email is from you to

5   a variety of Google employees; is that right?

6   A     That's right.

7   Q     There's a sort of large paragraph that begins with

8   Number 1 followed by Number 2; do you see that?

9   A     Yes, I do.

10  Q     The third from the last line reads:  "It would be

11  viewed as a pure loss of functionality that we're doing for

12  our own perceived nefarious/self-serving reasons"; do you

13  see that?

14  A     Yes, I do.

15  Q     And here you're referring to UPR; correct?

16  A     Wait.  But as I said, I didn't refer to it as nefarious

17  myself, but a perception that other people might have.

18  Q     Okay.  You believe that there might be a perception by

19  publishers that UPR was nefarious; is that right?

20  A     If we had launched UPR in a different way, then I

21  believe I was saying that that might be perceived as

22  nefarious, not the thing that we actually did.

23  Q     And so part of what you're saying here is that with the

24  way that Google actually launched UPR, it launched UPR at

25  the same time as the Unified First Price Auction; is that

                                                        159

Cross-examination - N. Korula

```
 1   right?

 2   A    That's correct.

 3   Q    And the concern that you were expressing here was that

 4   if Google launched UPR after the Unified First Price

 5   Auction, it would be harder to do that; right?

 6   A    Yes.  I believe I was saying that people would perceive

 7   it as something that didn't make as much sense as if we did

 8   it together.

 9   Q    Okay.  So you were bundling together a series of

10   changes; is that right?

11   A    Yes, that's correct.

12   Q    And you were worried that if you did only the UPR

13   change by itself, that would be perceived as nefarious or

14   self-serving; correct?

15   A    No, that's not quite right.

16   Q    But that is what you write here?

17   A    No, that's not right.

18   Q    You write that if Google were to launch UPR after the

19   Unified First Price Auction, that could be perceived as

20   nefarious; correct?

21   A    Right.  But that would be in a context after the

22   first-price auction.  If we did UPR only by itself, then I

23   think that it would have been seen differently.  But there's

24   a difference between doing it only by itself, doing it with

25   the first-price auction, and doing it after all.  Three of
```

160

Cross-examination - N. Korula

```
 1    these are different.
 2    Q    One last question and you can set this document aside.
 3              You talked about holdback experiments; do you
 4    remember that?
 5    A    Yes, I do.
 6              MR. VERNON:  Let's turn to PTX 1631, which the
 7    United States would move to admit.
 8              THE COURT:  Any objection?
 9              MR. MAHR:  No objection, Your Honor.
10              THE COURT:  All right.  It's in.
11     (Plaintiffs' Exhibit Number 1631 admitted into evidence.)
12    BY MR. VERNON:
13    Q    Let me know when you're there.
14              This is an email reporting on the holdback
15    experiment for the Unified First Price Auction; is that
16    right?
17    A    It might be from the holdback.  It's not completely
18    clear to me that this comes from the holdback, but it could
19    be.
20              Oh, I see.  There's a part of it that does refer
21    to a holdback.  So that -- it's likely that most of it is
22    from the holdback.
23    Q    Are you aware of any experiments about the effects of
24    last look or UPR after this document?
25    A    After this document, no, I'm not.
```

161

Cross-examination - N. Korula

```
 1   Q    Let's turn to the third bullet point that -- I'm sorry,
 2   the second bullet point that says:  "AdX and header bidding
 3   are filling more queries"; do you see that?
 4   A    Yes, I do.
 5   Q    The next bullet point reads:  "HB" -- that probably
 6   refers to header bidding; fair?
 7   A    Yes.
 8   Q    "HB lift can be attributed to last look removal"; is
 9   that right?
10   A    Yes.
11   Q    So this holdback experiment, which is the last
12   experiment that you're aware of, concluded that after Google
13   removed last look, that led to a lift in header bidding; is
14   that fair?
15   A    Yes, that's right.
16   Q    Okay.  Let me ask you about --
17             THE COURT:  Let me ask a question.
18             What does AB stand for in that --
19             THE WITNESS:  AB stands for Authorized Buyers,
20   Your Honor.
21             THE COURT:  Thank you.
22             THE WITNESS:  The other -- in this case it's
23   saying that Google Ads and DV360 lost some revenue to other
24   buyers on AdX.
25             THE COURT:  Thank you.
```
                                                              162

Cross-examination - N. Korula

```
 1   BY MR. VERNON:
 2   Q    Authorized Buyers would be DSPs other than DV360; is
 3   that right?
 4   A    No.  We often include DV360 and Google Ads as well.
 5   Sometimes we exclude them and sometimes not depending on the
 6   context.
 7   Q    Okay.
 8   A    But in this case it's saying the others.
 9   Q    Okay.  Let's talk briefly about your chats.
10        You're aware of the policy Communicate With Care;
11   is that right?
12   A    I have in the past taken Communicate With Care
13   training, yes.
14   Q    And Communicate With Care was something you took
15   seriously at Google?
16   A    Yes.  In that I tried to communicate carefully.
17   Q    How many times did you take the training?
18   A    I don't recall.  It's been many years since I took it.
19   Q    You were aware that -- and you turned history on; is
20   that right?
21   A    Chat history, you mean?
22   Q    Right.
23   A    Yes.  I generally do turn chat history on.
24   Q    But you were aware that many other people at Google did
25   not turn history on; correct?
```

163

Cross-examination - N. Korula

```
 1   A     In general, it varied by the individual.
 2   Q     But there were some people that did not turn history
 3   on; is that right?
 4   A     It was up to each Google employee's choice.
 5   Q     Other Google executives sometimes set up chats without
 6   you so they could turn history off; correct?
 7   A     I think there were some cases where people were having
 8   personal conversations, and I tried to keep chat history on
 9   by and large for all conversations, that if people didn't
10   want recorded, they might have a conversation without me.
11             MR. VERNON:  Let's turn to PTX 911, which the
12   United States would move to admit.
13             THE COURT:  Any objection to 911?
14             MR. MAHR:  No objection, Your Honor.
15             THE COURT:  All right.  It's in.
16      (Plaintiffs' Exhibit Number 911 admitted into evidence.)
17   BY MR. VERNON:
18   Q     Let me know when you're there.
19   A     I found it.
20   Q     This is a series of chats involving you and others at
21   Google; is that right?
22   A     That seems to be right.
23   Q     And this relates, among other things, to the cookie
24   deprecation issue?  If it helps, page 3 I think -- or the
25   page ending in 534 refers to an article that seems to be
```

164

Cross-examination - N. Korula

```
 1   talking about that.
 2   A     Yes.  Yes, I see.
 3   Q     And you were aware that there were concerns that cookie
 4   deprecation would hurt other ad tech companies; is that
 5   right?
 6   A     I think there were concerns about the impact on all
 7   advertising systems, including Google's.
 8   Q     Right.  But also other ad tech tools; correct?
 9   A     Yes, all of them.
10   Q     Let's look at the very -- the second to the last
11   message from C Bindra on page 534.
12   A     Yes.
13   Q     That is, I think, Chetna Bindra; is that right?
14   A     That's right.
15   Q     She was the senior product manager for user trust and
16   privacy; is that right?
17   A     I don't recall her exact title, but that may be right.
18   Q     Do you recall whether she was on a litigation hold at
19   the time of this chat?
20   A     I have no idea, no.
21   Q     She writes:  "Let's do a ping thread with history off
22   and without Nitish"; do you see that?
23   A     Yes, I see that.
24   Q     Did you object?  Did you say that they should not do a
25   history off thread without you?
```

165

Cross-examination - N. Korula

```
1    A    No.  I think we were talking about some rants looking

2    at this now.  So, no, I didn't object.

3    Q    Let's turn to the next page, 535.

4         At the very top you write:  "Yeah, you all totally

5    should"; do you see that?

6    A    Yes, I do.

7    Q    About half of the way down the page, there's a message

8    from a Lassie at Google; is that right?

9    A    Brad Lassie, yes.

10   Q    Brad Lassie.

11        He also worked on cookie deprecation at the time?

12   A    I believe that's correct.

13   Q    He writes:  "I am not on lit hold"; do you see that?

14   A    Yes.

15   Q    And then he adds:  "Kind of amazingly"?

16   A    Yes.

17   Q    Let's turn to the page ending in 538.

18        About halfway down there's a series of messages

19   from Ms. Bindra; do you see that?

20   A    Yes.

21   Q    They say:  "Folks, this thread has history on.  We

22   better get our act together.  Please be cautious"; do you

23   see that?

24   A    I think those are out of order in that the "we better

25   get our act together" is not a response to the previous
```

166

Cross-examination - N. Korula

```
 1   message, but I do see that.

 2   Q    Okay.  And then if you look at the next page, this

 3   series of messages ends shortly after that; correct?

 4   A    Yes.

 5   Q    You can set that aside.

 6            Google's Communicate With Care policies encouraged

 7   executives not to use certain language in written

 8   communications; correct?

 9   A    I don't recall the Communicate With Care because it's

10   been many years, but I think that's broadly right.

11   Q    Google employees were warned that a failure to

12   communicate with care could result in disciplinary action;

13   correct?

14   A    I don't recall that, no.

15   Q    Let's turn to the last document in your binder, it ends

16   in 3887.  Let me know when you're there.

17   A    Yes.

18            MR. VERNON:  The United States will move to admit

19   this as PTX 2000.  It's not on the exhibit list.

20            THE COURT:  Any objection?

21            MR. MAHR:  It's not on the exhibit list, Your

22   Honor.

23            THE COURT:  It's not on the -- then it's not

24   coming in.

25            MR. VERNON:  Okay.  We will do it as impeachment.
```

167

Cross-examination - N. Korula

```
 1   BY MR. VERNON:
 2   Q    This is a presentation about Google's Communicate With
 3   Care policies and practices for responding to regulatory
 4   inquiries; is that right?
 5   A    I haven't looked at it, but I can look at it now.
 6           MR. MAHR:  I'll object to it as impeachment.  I
 7   don't know what he's impeaching.
 8           THE COURT:  Sustained.
 9           MR. VERNON:  Your Honor, if I may --
10           THE COURT:  Ask the question that you think this
11   might impeach.
12           MR. VERNON:  Okay.
13   BY MR. VERNON:
14   Q    Google employees were warned that disciplinary action
15   could result if they failed to follow the Communicate With
16   Care policies; correct?
17   A    I said I don't recall.
18   Q    Okay.  So let's look at the page ending in 910.  It
19   starts with Communicate With Care.
20           MR. MAHR:  Your Honor, objection.  This would be,
21   at best, refresh recollection.
22           THE COURT:  That's all.  That's all it would be.
23   Yeah.  So he can look at it.  It's not coming in.
24           MR. VERNON:  Okay.
25   BY MR. VERNON:
```

168

Cross-examination - N. Korula

```
 1   Q    Mr. Korula, there's a page ending in 910 that begins

 2   with the words "Communicate With Care" at the top.

 3   A    Yes.

 4   Q    Please look at the first -- the full paragraph that's

 5   second to the bottom in the comments that starts with "in

 6   addition to providing an update"; do you see that?

 7   A    Yes.

 8   Q    Read that silently to yourself, the whole paragraph.

 9   A    Okay.

10   Q    Does this refresh your recollection that Google

11   employees were told that if they failed to follow the

12   Communicate With Care policies, disciplinary action could be

13   taken?

14   A    I still don't have any recollection of this fact.  It

15   may be true, but I -- I don't recall it, and it's not the

16   material that was on the slide itself.  So these are speaker

17   notes that I don't know if they were used.  I'm sorry.  I

18   just don't recall.

19           THE COURT:  All right.  It does not refresh his

20   memory.

21           MR. VERNON:  No further questions.  Or I pass the

22   witness, Your Honor.

23           THE COURT:  All right.  Any redirect?

24           MR. MAHR:  Thank you, Your Honor.  May I proceed?

25           THE COURT:  Yeah.
```

169

Redirect examination - N. Korula

```
 1                    REDIRECT EXAMINATION

 2   BY MR. MAHR:

 3   Q    I want to take you back, Mr. Korula, to PTX 1144, which

 4   I believe is in the small black binder.  Small white binder.

 5   A    Yes.

 6   Q    And taking you to page 2 and 3 -- page 2 to common

 7   misconceptions.

 8   A    Yes.

 9   Q    Do you see that?

10   A    Yes, I do.

11   Q    And could you read the sentence that begins AdSense?

12   A    "AdSense, AdMob and Ad Manager publishers have access

13   to the same premium Authorized Buyers."

14   Q    And that sentence corrects the common misconception

15   above that.

16         Can you read that, please.

17   A    "Ad Manager serves higher-quality ads."  And it says

18   that's not true.

19   Q    Does AdSense connect to the same demand sources as

20   Google Ad Manager?

21   A    All the same Authorized Buyer sources, Google Ads,

22   DV360, the other Authorized Buyers.  It does not connect to

23   Open Bidding buyers, for example.

24   Q    But all the same Google Ads demand?

25   A    Yes, that's right.
```

Redirect examination - N. Korula

```
 1    Q    And AdSense -- can AdSense be used with a third-party

 2    ad server?

 3    A    Yes, you can.

 4    Q    So what demand sources does a publisher have access to

 5    if they call AdSense from a third-party ad server?

 6    A    All the same AdSense demand sources, Google Ads, DV360,

 7    all of the other Authorized Buyers.

 8    Q    If you would turn to the first page of PTX 1144.  At

 9    the bottom, the last sentence, can you tell us what that

10    says about the inventory types available on Google Ad

11    Manager?

12    A    Yeah.  It says -- it refers to many different inventory

13    types like websites, mobile apps, videos or games.  There

14    are others as well not listed here.

15    Q    And if we could -- the second thing you were asked

16    about was Slide 22.

17         MR. MAHR:  If you could pull up Slide 22 in our

18    demonstratives.  It's the next one.  It's the one with what

19    I will refer to as the pumpkin-colored cylinder as fourth.

20    BY MR. MAHR:

21    Q    And you were asked some questions by Mr. Vernon

22    about -- he asked you whether historic averages were the

23    same thing as static bids; do you recall that?

24    A    Yes.

25    Q    Is there any actual bid done by -- was that an accurate
```

171

Redirect examination - N. Korula

1    term for the historical average?

2    A    No, that's not quite an accurate term, no.

3    Q    Is historical average even an accurate term?

4    A    No, it's not.  It could be a historical average, but

5    the publisher could enter anything they want.

6    Q    Okay.  Anything it wants.  It doesn't have to be a

7    historical average, it doesn't have to be a static bid?

8    A    No, it does not.

9    Q    And he also asked you if AdX got the first chance to

10   run a real-time auction and submit a bid; do you recall

11   that?

12   A    Yes.

13   Q    And is it true that actually AdX is the only exchange

14   to submit a real-time bid -- gets an opportunity to submit a

15   real-time bid?

16   A    Yes, that's right because at this time the other

17   exchanges were not submitting real-time bids.

18   Q    And why weren't they submitting real-time bids?

19   A    Well, I mean, that's really up to them.  I presume it

20   wasn't a priority for them to develop given all of the other

21   things they were working on as this industry was rapidly

22   evolving.

23   Q    Again, to be clear, if they were able to submit

24   real-time bids, would AdX have been able to accept them?

25   A    Yes.  Using the exact mechanism that they used when

172

Redirect examination - N. Korula

```
 1    they did eventually develop real-time bids.  And I should
 2    say Google Ad Manager would accept them, because those would
 3    come into the DFP part.
 4    Q    Okay.  If you would go to the other binder, the
 5    slightly larger binder, and PTX 797.  That was the SWAT
 6    analysis; do you recall that?
 7    A    Yes, I do.
 8    Q    At 797, page 2, Bates ending 166; do you see that?
 9    A    Yes.
10    Q    And under strengths, Mr. Vernon asked you about the
11    second strength, access to unique demand; do you see that?
12    A    Yes, I do.
13    Q    And then the description says:  "GDN/GMob demand is
14    relatively unique."
15              Can you explain to us what it means to say it's
16    relatively unique?
17    A    Well, here, GDN or GMob demand refers to the
18    advertisers who are using those products, right, the
19    customers of these products.  And I believe that I wrote
20    relatively unique, as I'm reading this now, to imply that
21    it's not that those advertisers couldn't use other products
22    or weren't using other products at all, but perhaps the
23    overlap was not 100 percent.  So many of those advertisers,
24    but perhaps not all, would be using other buying tools as
25    well.
```

1    Q    Did Google take any action in connection with any of

2    the optimizations, features, tools that we've discussed in

3    your testimony, did any of those in any way prohibit

4    advertisers from using any other rival's products?

5    A    No.  I'm certainly not aware of any such thing.

6    Q    Okay.  If we could then move to PTX 555.  In the same

7    binder, I believe.  And this was the Yavin discussion.

8    A    Yes.

9    Q    And let me get there.  The author of this email is Ezra

10   Brettler.

11            Do you know Ezra Brettler?

12   A    I do not, no.

13   Q    Can you tell by the second page of this exhibit what

14   Ezra Brettler's position is at Google?

15   A    He appears to be a financial analyst.

16   Q    Okay.  And then going to the section referred to -- in

17   Mr. Vernon's question, which is at the top of the second

18   page of the exhibit ending 116.  "This point that the

19   financial analyst, Mr. Brettler, makes about Demand Product

20   probably won't require much optimization."

21            You wanted to give a comment on that and weren't

22   able to during Mr. Vernon's examination.  Could you give

23   that comment now?

24   A    Sure.  Mr. Brettler really didn't understand the nature

25   of the work that would be involved.  In fact, a very, very

                                                              174

Redirect examination - N. Korula

```
1    large part of all of the work on Demand Product was

2    optimization.  It took a substantial amount of effort.  And

3    the reason that I believe that Google ultimately didn't

4    proceed with this product was because the effort was just

5    not worth the cost.  But, as I say, I don't know for sure.

6              But also, more fundamentally, I think this point

7    illustrates the broader point I was trying to make, that the

8    work for Demand Product was really Google Ads and DV360

9    submitting bids into these other ad servers.  Those are

10   products that bid into other exchanges.  They don't need to

11   develop this technology for their bids not knowing whether

12   their bids win or not because that's what DV360 does, it

13   submits bids into other exchanges, and it finds out later

14   whether they won or not.

15             That's not what AdX does.  So the work that would

16   be required for AdX would be very different.

17   Q    And would it be substantial?

18   A    Yes.  As I testified that I believe would be years of

19   work.  For that matter, even Demand Product ended up taking

20   years of work, but the AdX would be even more substantial.

21   Q    You were asked a number of questions about chats.

22             Do you recall when you received a litigation hold

23   in this matter?

24   A    I believe it was in October 2019.

25   Q    And when you received that litigation hold, did you
```

175

Redirect examination - N. Korula

1   change your practices with respect to your use of chats?

2   A    I had always been somewhat likely to turn chat history

3   on, but I almost universally turned chat history on

4   subsequently.  I should say I universally turned it on and

5   then occasionally in a personal conversation, I might turn

6   it off.

7   Q    And did you ever use chat with history off in order to

8   avoid creating a document that could be used as evidence in

9   litigation against Google?

10  A    Absolutely not.

11  Q    When you received a litigation hold in this matter, did

12  you change your practices with respect to the

13  attorney/client privilege?

14  A    No, I don't believe that I did.

15  Q    Did you ever mark a document or communication

16  attorney/client privilege in order to keep that document

17  from being used in litigation against Google?

18  A    I did not.  And it's my understanding that my marking

19  such a document wouldn't affect whether it was disclosed or

20  not.

21  Q    Finally, Mr. Vernon asked you about a bundle of changes

22  that came along with the Unified First Price Auction; do you

23  recall that?

24  A    Yes, I do.

25  Q    And he asked you several questions about whether it

Redirect examination - N. Korula

```
 1    would have been, I think he used the words unduly difficult

 2    to design Google's Unified First Price Auction, and in a

 3    couple of different ways it would benefit its competitors;

 4    do you recall those questions?

 5    A    I don't believe he actually asked me a question about

 6    it beyond saying that I didn't testify that it would be

 7    unduly difficult.

 8    Q    Okay.  Do you recall the subject?

 9    A    I do recall the subject.

10    Q    And in transitioning to a Unified First Price Auction,

11    was Google trying to design an auction that would better

12    serve the interests of its competitors?

13              MR. VERNON:  Objection.  Leading.

14              THE COURT:  Sustained.

15    BY MR. MAHR:

16    Q    What was Google's objective in trying to achieve --

17    what was Google trying to achieve through its move to a

18    Unified First Price Auction?

19    A    Google was to offer a better product to our customers

20    to eliminate much of the complexity that had led to

21    inefficiencies to just make it better for publishers and

22    buyers.

23              MR. MAHR:  That's all I have, Your Honor.

24              THE COURT:  All right.  How long do you think your

25    recross is going to take?
```

177

Recross-examination - N. Korula

```
 1              MR. VERNON:  Five-ish minutes.

 2              THE COURT:  I think it makes sense to try to

 3    finish this.  All right.  Before we take a lunch break.

 4                        RECROSS-EXAMINATION

 5    BY MR. VERNON:

 6    Q    Let's start with AdSense.

 7              AdSense does not return a price -- a real-time

 8    price to third-party ad servers; is that correct?

 9    A    That's correct.

10    Q    So a publisher cannot use AdSense to compare a

11    real-time price from AdSense to a real-time price from some

12    other exchange; is that correct?

13    A    That is also correct, which is the case also when you

14    use AdSense with Google Ad Manager.

15    Q    You also -- when you were discussing your demonstrative

16    about the waterfall, the words historical averages appeared

17    next to the exchanges other than AdX; do you remember that?

18    A    Yes, I do.

19    Q    And I think you said that publishers didn't have to use

20    the historical average; is that right?

21    A    That's right.

22    Q    But it's fair to say that the reason that you used the

23    phrase historical average on that slide is, it was a common

24    way; right?

25    A    I believe that the reason that I used the historical
```

                                                                    178

Recross-examination - N. Korula

1    average on that slide was because, as I mentioned, I was

2    trying to keep it as close as possible to the slide that the

3    government used in this case.

4    Q    You're aware it was common for publishers to set their

5    VCPMs at that time based on historic averages; correct?

6    A    That was definitely one of the common practices.

7    Q    Okay.  You also talked about whether exchanges lower in

8    the waterfall after AdX would submit real-time bids; do you

9    remember that prior to header bidding?

10   A    That's right.  But it had nothing to do with lower or

11   higher.  The exchanges were not submitting real-time bids.

12   Q    Okay.  So let's talk about what happens in the

13   pre-header bidding period when AdX has the first chance and

14   it doesn't win the impression.  Are you with me so far?

15   A    Yes.

16   Q    Then that impression passes to the next exchange in the

17   waterfall; is that right?

18   A    Yes.  It goes to the first exchange in the waterfall.

19   Q    That exchange then runs its own real-time auction; is

20   that right?

21   A    Yes.

22   Q    If real-time in that auction for that exchange returns

23   a price that is higher than the floor, then the buyer from

24   that exchange would win at that price that's higher than the

25   floor; correct?

179

Recross-examination - N. Korula

```
 1   A    Yes.  They wouldn't return that price, but if that
 2   exchange had a price higher than the floor, then they would
 3   typically respond, yes.  They didn't have to.  They would
 4   typically respond yes, and a buyer from that exchange would
 5   win at that price higher than the floor.
 6   Q    And so they would pay that price that's higher than the
 7   floor, they just wouldn't inform DFP; is that what you're
 8   saying?  Of the price.
 9   A    They wouldn't even inform the publisher.
10   Q    Right.  But the price that that exchange would pay
11   would be higher than the floor; is that fair?
12   A    Yes.
13   Q    Okay.  And there was no way prior to header bidding for
14   a third-party exchanges to run a real-time auction before
15   AdX ran its real-time auction; correct?
16   A    There was no way to do it prior to header bidding,
17   that's true.  But header bidding was the way to do it.
18   Q    Okay.  Let's turn to -- you also talked about the
19   difficulty that would result to Google in developing the
20   ability to pass real-time bids from AdX; do you remember
21   that?
22   A    Yes, I do.
23   Q    You are aware that many other exchanges submit
24   real-time bids to DFP; is that fair?
25   A    Yes.
```

180

Recross-examination - N. Korula

```
 1   Q    All of those exchanges developed that capability many
 2   years ago; correct?
 3   A    Yes, I believe that's right.
 4            MR. VERNON:  No further questions.  Thank you,
 5   Mr. Korula.
 6            THE COURT:  All right.  Then we'll be on break
 7   until five after 2 for lunch.
 8            Is anyone going to call this witness again during
 9   the course of the proceeding?
10            MR. VERNON:  Not plaintiffs, Your Honor.
11            THE COURT:  What good Google?
12            MR. MAHR:  We may, Your Honor.
13            THE COURT:  Then I can't excuse you as a witness.
14   You'll need to leave, and you cannot discuss your testimony
15   with any witness who has not yet testified.  Just make sure
16   you stay in touch with counsel.  They'll let you know if
17   you're needed back again.
18            All right.  Thank you.
19            THE WITNESS:  Thank you, Your Honor.
20            THE COURT:  We'll be on lunch break for an hour.
21       (Court recessed for lunch at 1:05 p.m.)
22       ----------------------------------
     I certify that the foregoing is a true and accurate
23   transcription of my stenographic notes.
24                          _____
                                    Stephanie Austin
25                          Stephanie M. Austin, RPR, CRR
                                                            181
```