```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
2                   ALEXANDRIA DIVISION

3    --------------------------x
     UNITED STATES, et al.,    :    Civil Action No.:
4                              :    1:23-cv-108
               Plaintiffs,     :
5         versus               :    Thursday, September 26, 2024
                               :    Alexandria, Virginia
6    GOOGLE LLC,               :    Day 14 a.m.
                               :    Pages 1-177
7              Defendant.      :
     --------------------------x
8

9         The above-entitled bench trial was heard before the
     Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 9:03 a.m.
10

11                  A P P E A R A N C E S:

12   FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
                            OFFICE OF THE UNITED STATES ATTORNEY
13                          2100 Jamieson Avenue
                            Alexandria, Virginia  22314
14                          (703) 299-3700

15                          JULIA TARVER WOOD, ESQUIRE
                            AARON TEITELBAUM, ESQUIRE
16                          MICHAEL WOLIN, ESQUIRE
                            CRAIG BRISKIN, ESQUIRE
17                          ALVIN CHU, ESQUIRE
                            UNITED STATES DEPARTMENT OF JUSTICE
18                          ANTITRUST DIVISION
                            450 Fifth Street, NW
19                          Washington, D.C.  20530
                            (202) 894-4266
20
     (State of VA)          JONATHAN HARRISON, ESQUIRE
21                          OFFICE OF THE ATTORNEY GENERAL
                            OFFICE OF THE SOLICITOR GENERAL
22                          202 North Ninth Street
                            Richmond, Virginia  23219
23                          (804) 786-7704

24

25
                                                              1
```

```
1                    A P P E A R A N C E S:

2   (State of WA)          BROOKE LOVROVICH, ESQUIRE
                           OFFICE OF THE WASHINGTON
3                          ATTORNEY GENERAL
                           800 5th Avenue
4                          Suite 2000
                           Seattle, Washington  98104
5                          (206) 587-5510

6   FOR THE DEFENDANT:     CRAIG REILLY, ESQUIRE
                           LAW OFFICE OF CRAIG C. REILLY
7                          209 Madison Street
                           Suite 501
8                          Alexandria, Virginia  22314
                           (703) 549-5354
9
                           KAREN DUNN, ESQUIRE
10                         JEANNIE RHEE, ESQUIRE
                           WILLIAM ISAACSON, ESQUIRE
11                         BRYON BECKER, ESQUIRE
                           MARTHA GOODMAN, ESQUIRE
12                         ERICA SPEVACK, ESQUIRE
                           PAUL, WEISS, RIFKIND,
13                         WHARTON & GARRISON LLP
                           2001 K Street, NW
14                         Washington, D.C.  20006
                           (202) 223-7300
15
                           JUSTINA SESSIONS, ESQUIRE
16                         FRESHFIELDS BRUCKHAUS DERINGER, LLP
                           855 Main Street
17                         Redwood City, California  94063
                           (212) 277-4000
18
    COURT REPORTER:        STEPHANIE M. AUSTIN, RPR, CRR
19                         Official Court Reporter
                           United States District Court
20                         401 Courthouse Square
                           Alexandria, Virginia  22314
21                         (607) 743-1894
                           S.AustinReporting@gmail.com
22
          COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
23

24

25
                                                          2
```

```
 1                       TABLE OF CONTENTS

 2                          WITNESSES

 3   On behalf of the Defendant:

 4   JESSICA MOK

 5   Direct examination by Ms. Goodman .........8
     Cross-examination by Mr. Wolin ...........20
 6   Redirect examination by Ms. Goodman .......32

 7   MARK ISRAEL

 8   Direct examination by Ms. Isaacson .......34

 9                          EXHIBITS

10   On behalf of the Plaintiff:
     Admitted
11
     Number 939 ...............................26
12   Number 1401 .............................142

13   On behalf of the Defendant:
     Admitted
14
     Number 510 ...............................12
15   Number 856 ...............................14
     Number 512 (under seal) ..................17
16   Number 1165 ..............................23
     Number 2537 ..............................36
17   Number 1833 ..............................43
     Number 1869 ..............................45
18   Number 1831 ..............................46
     Number 1915 ..............................50
19   Number 1829 ..............................51
     Number 1972 ..............................52
20   Number 1925 ..............................55
     Numbers 1853 and 1853A ...................55
21   Number 399 ...............................57
     Number 733 ...............................59
22   Number 1927 ..............................60
     Number 1188 ..............................61
23   Numbers 1974 and 1974A ...................62
     Number 1916 ..............................64
24   Number 1926 ..............................65
     Number 278 ...............................66
25   Number 879 ...............................67
     Number 527 ...............................68                  3
```

```
 1                              EXHIBITS

 2   On behalf of the Defendant:
     Admitted
 3
     Number 1918 ...............................69
 4   Number 1874 ...............................70
     Number 1969 ...............................71
 5   Number 1917 ...............................78
     Number 1858 ...............................80
 6   Number 1857 ...............................81
     Number 1920 ...............................83
 7   Number 1855 ...............................83
     Number 1854 ...............................84
 8   Number 1923 ...............................85
     Number 1924 ...............................86
 9   Number 1865 ...............................89
     Number 940 ................................90
10   Number 1847 ...............................91
     Number 1931 ...............................92
11   Number 1932 ...............................93
     Number 1848 ...............................94
12   Number 1928 ...............................94
     Number 571 ................................97
13   Number 1875 ...............................98
     Number 1898 ..............................100
14   Number 1877 ..............................108
     Number 1954 ..............................119
15   Number 1912 ..............................119
     Number 1977 ..............................120
16   Number 1872 ..............................128
     Number 1873 ..............................129
17   Number 1888 ..............................132
     Number 1863 ..............................134
18   Number 1904 ..............................136
     Numbers 1949 and 1949A ...................139
19   Number 1889 ..............................141
     Number 1971 ..............................144
20   Number 1970 ..............................146
     Number 1837 ..............................147
21   Number 1882 ..............................150
     Number 1902 ..............................152
22   Numbers 1840 and 1840A ...................153
     Number 1839 ..............................154
23   Number 423 ...............................156
     Number 1860 ..............................156
24   Number 1881 ..............................162
     Number 1827 ..............................163
25   Number 1895 ..............................164
     Number 1896 ..............................165
```

4

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
 1                          EXHIBITS

 2  On behalf of the Defendant:
    Admitted
 3
    Number 1897 ..............................166
 4  Number 1828 ..............................168
    Number 1884 ..............................169
 5  Number 1892 ..............................171
    Number 1891 ..............................173
 6  Numbers 1893 and 1893A ...................173
    Number 1886 ..............................176
 7
                           MISCELLANY
 8
    Proceedings September 26, 2024 ...........6
 9  Certificate of Court Reporter ............177

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                    5
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
1                    P R O C E E D I N G S

2          THE DEPUTY CLERK:  Civil Action Number

3   1:23-cv-108, United States of America, et al. versus Google

4   LLC.

5          Will counsel please note their appearance for the

6   record, first for the plaintiffs.

7          MR. HARRISON:  Good morning, Your Honor.  Jonathan

8   Harrison from Virginia on behalf of the states.  With me

9   today is Brooke Lovrovich from the Washington Attorney

10  General's Office.

11         THE COURT:  Good morning.

12         MS. WOOD:  Good morning, Your Honor.  Julia Tarver

13  Wood from the Department of Justice on behalf of the United

14  States.  With me are my colleagues Aaron Teitelbaum.

15         MR. TEITELBAUM:  Good morning, Your Honor.

16         THE COURT:  Good morning.

17         MS. WOOD:  Michael Wolin, Craig Briskin and

18  Alvin Chu.

19         THE COURT:  Good morning.

20         MS. WOOD:  And Mr. Mene from the U.S. Attorney's

21  Office is here as well.

22         THE COURT:  Yes.

23         MS. DUNN:  Good morning, Your Honor.  Karen Dunn

24  for Google.  With me today are Martha Goodman, Bryon Becker,

25  Tina Sessions, Craig Reilly, Bill Isaacson, Jeannie Rhee and
```

<span style="text-align:right">6</span>

```
 1   Matt Spalding.

 2             THE COURT:  Good morning.

 3             MS. DUNN:  Good morning.

 4             THE COURT:  All right.  Are we ready to proceed?

 5             MS. DUNN:  Yes, Your Honor.

 6             Google --

 7             THE COURT:  In terms of the administrative

 8   matters, we've reviewed the various depositions, the Farber,

 9   Glogovsky, Pauley and Whitcombe, and I'm letting everything

10   in.  All right.

11             MS. DUNN:  Yes, Your Honor.

12             THE COURT:  Good for the goose; good for the

13   gander.  You've done so well in shortening the case, we

14   might as well get all of that in; all right?

15             MS. DUNN:  Understood, Your Honor.  Thank you.

16             Your Honor, Google calls Jessica Mok.

17             THE COURT:  All right.

18             THE COURT SECURITY OFFICER:  Ma'am, come forward.

19   Face the deputy clerk.  Raise your right hand.

20   Thereupon,

21                         JESSICA MOK,

22   having been called as a witness on behalf of the defendant

23   and having been first duly sworn by the Deputy Clerk, was

24   examined and testified as follows:

25                     (Time noted: 9:03 a.m.)
```

                                                          7

Direct examination - J. Mok

```
1              THE DEPUTY CLERK:  Thank you.

2              THE COURT SECURITY OFFICER:  You may be seated.

3              MS. GOODMAN:  May I proceed?

4              THE COURT:  Yes, ma'am.

5                      DIRECT EXAMINATION

6   BY MS. GOODMAN:

7   Q    Good morning.  Please introduce yourself and spell your

8   name for the court reporter.

9   A    Jessica Mok, J-E-S-S-I-C-A.  M-O-K.

10  Q    Where do you work, Ms. Mok?

11  A    Google.

12  Q    What is your current position at Google?

13  A    Finance director.

14  Q    And what business do you work in currently?

15  A    Currently, I'm a finance lead for Google Maps.

16  Q    And did you previously work in a finance role for the

17  Google DVAA business?

18  A    Yes.

19  Q    And what time period?

20  A    January 2017 to August 2023.

21  Q    And what does DVAA stand for?

22  A    Display, video, apps and analytics.  It's the part of

23  the business focused on ad monetization of third-party

24  publisher and exchange inventory.

25  Q    And was it also known for a period of time as AVAD?
```

Direct examination - J. Mok

```
 1   A     Yes.

 2   Q     And what does AVAD stand for?

 3   A     Apps, video and display.

 4   Q     And are you an accountant?

 5   A     No.

 6   Q     Okay.  What role did you have during your -- the time

 7   you worked in finance for the DVAA business?

 8   A     The job titles?

 9   Q     Yes.

10   A     When I started, finance manager, then senior finance

11   manager, and then finance director.

12   Q     And in those finance roles, can you describe for the

13   Court at a high level your responsibilities?

14   A     I thought of my role as finance partner to be a

15   strategic advisor to the business leader.  So I would think

16   about two key things.  One is making sure that the business

17   leaders were well informed about the financial performance

18   of their business.  And then the second thing, as they were

19   making business decisions, making sure that my team was

20   working with them to model out the financial impact of those

21   decisions they were considering.

22   Q     Okay.  And when you were in the DVAA business, was part

23   of your responsibilities to prepare profit and loss

24   statements?

25   A     Yes.
```

                                                                    9

Direct examination - J. Mok

```
 1   Q    At what level of granularity were the P&Ls constructed
 2   during your time period in that business?
 3   A    It evolved.  Over the time period I was working on the
 4   business, we were constantly iterating on the P&Ls, trying
 5   to make them more accurate, more insightful.
 6            So in the beginning part of my tenure, we were
 7   really focused on what's the aggregate display P&L for the
 8   overall business.  And then once we got comfortable with
 9   that, we started to break the P&L down into smaller
10   components.  We called them product P&Ls.  And then we, over
11   time, evolved the definition of the product hierarchy we
12   were using in the P&Ls.
13   Q    Okay.  And I'm going to direct your attention to
14   DTX 1508.
15            MS. GOODMAN:  Which is in evidence, Your Honor.
16            THE COURT:  All right.
17   BY MS. GOODMAN:
18   Q    And do you recognize these slides?
19   A    Yes.
20   Q    What are they?
21   A    Slides we put together for business leaders to
22   understand the display P&L and the financials.
23            MS. GARCIA:  And, Mr. Spalding, could you turn to
24   page 8, please.
25   BY MS. GOODMAN:
```

10

Direct examination - J. Mok

1   Q    And at the top here in the beautiful rainbow colors,

2   what's represented there?

3   A    These were the products that were included in the

4   display P&L.

5   Q    Okay.  And so AdMob, AdSense, Ad Manager, Google Ads,

6   DV360, and CM360; is that right?

7   A    Yes.  Although, I think it's important to clarify that

8   DV360 and Google Ads can buy broadly across inventories.  So

9   they can buy things like search and YouTube inventory.  The

10  display P&L only included the portion of ad buying on Google

11  Ads and DV360 that was on the inventories on the bottom.

12          MS. GOODMAN:  Okay.  And let's turn to page 12.

13  BY MS. GOODMAN:

14  Q    What is this slide depicting?

15  A    This was showing -- I mentioned earlier that over time

16  we evolved our definition of the product hierarchy in our

17  product P&Ls, so this shows what we were shifting from and

18  to.  So the top blue part were the old definition of product

19  P&Ls, and then the green part shows standalone P&Ls that we

20  moved to.

21  Q    And by what time was that shift to standalone product

22  P&Ls completed?

23  A    I think this was in 2021.  We got to standalone product

24  P&Ls, and our practice was generally to try and recast at

25  least one trailing year in the same hierarchy so we had

                                                              11

Direct examination - J. Mok

1   comparable year on year.

2   Q    And to what extent did breaking the aggregate P&L into

3   product-level P&Ls reflect how these products competed in

4   the overall ad tech ecosystem?

5   A    Not at all.  We made the shift in product P&Ls to try

6   and drive more insight and tie it better to how we were

7   internally organized where there was a clear business leader

8   for each of these green boxes.

9         MS. GOODMAN:  Okay.  You can take that down,

10  Mr. Spalding.  And please put up DTX 510.  This is not yet

11  in evidence.

12        THE COURT:  Any objection to 510?

13        MR. WOLIN:  No objection.

14        THE COURT:  All right.  It's in.

15     (Defense Exhibit Number 510 admitted into evidence.)

16  BY MS. GOODMAN:

17  Q    And directing your attention to the tab at the bottom,

18  DVAA annual, what does this sheet in this spreadsheet

19  represent?

20  A    This is the December 2018 P&L forecast.

21  Q    Okay.  And does this reflect actuals for years prior?

22  A    Yes.

23  Q    For '15, '16 and '17?

24  A    Yes.

25  Q    Okay.  And directing your attention to the blue box at

                                                              12

```
 1   the top in Row 9, core DVAA, what does that represent?

 2   A     Core DVAA is the products included on the P&L which

 3   were on that slide with the rainbow-colored boxes.

 4   Q     And directing your attention to Row 29, booked revenue,

 5   what does that represent?

 6   A     Booked revenue is in our accounting systems the amount

 7   of revenue that we recognize as belonging to this part of

 8   the business.

 9   Q     Okay.  Does booked revenue include only revenue

10   received in connection with display or banner ads served on

11   third-party websites?

12   A     No.  There's a big portion of revenue that comes from

13   ads on apps and video.

14   Q     And directing your attention to Row 77, operating

15   profit, what does that represent?

16   A     Operating profit is revenue minus cost to sales in

17   Opex.  So the amount that Google keeps after investing to

18   drive those revenues.

19   Q     And just at a high level, can you describe the kinds of

20   expenses that are subtracted from revenue in order to obtain

21   the operating profit number?

22   A     So in cost to sales, the two big items are traffic

23   acquisition cost.  The revenue share we pay out to

24   publishers.  And machine and network costs, which serve our

25   ad tech infrastructure.  And then the other line items,
```

Direct examination - J. Mok

1    engineering and product management costs, our salespeople,

2    general administrative to support the people working on the

3    business.

4    Q    And we see the row operating profit percentage.

5         What does that represent?

6    A    Profit divided by booked revenue.

7    Q    Okay.  And according to this P&L, what was DVAA's

8    operating profit in 2015?

9    A    We had an operating loss.  So negative 126 million.

10   Q    And what was the operating profit in 2016?

11   A    Operating loss of 784 million.

12   Q    And what was the operating profit in 2017?

13   A    Another operating loss.  So negative 67 million.

14        MS. GOODMAN:  Mr. Spalding, can you please put up

15   DTX 856.

16        THE COURT:  Are you moving that in?

17        MS. GOODMAN:  Yes, ma'am.

18        THE COURT:  Any objection?

19        MR. WOLIN:  No objection.

20        THE COURT:  All right.  It's in.

21     (Defense Exhibit Number 856 admitted into evidence.)

22   BY MS. GOODMAN:

23   Q    And directing your attention here to the DVAA

24   management tab.

25        What does this tab represent?

14

Direct examination - J. Mok

```
 1   A    This is the November 2020 P&L forecast.

 2   Q    And does it include actuals for '18 and '19?

 3   A    Yes.

 4   Q    And what was Google's operating profit margin in 2018?

 5        MS. GOODMAN:  Mr. Spalding, if you could scroll

 6   down.

 7        THE WITNESS:  Could you scroll?

 8        In 2018, 649 million of operating profit.

 9   BY MS. GOODMAN:

10   Q    And as a percentage, what was the operating profit?

11   A    3.9 percent.

12   Q    And in 2019, what was the operating profit and the

13   operating profit percentage?

14   A    1.2 billion of operating profit, and 6.6 percent.

15   Q    And in these years, what do you recall being the driver

16   of operating profit?

17   A    Apps.  App ads revenue was strong in driving profit

18   across the business.

19        MS. GOODMAN:  Okay.  Mr. Spalding, can you please

20   put up Mok Demonstrative 1.

21   BY MS. GOODMAN:

22   Q    And does this demonstrative accurately reflect the

23   numbers that we just went over from 2015 through 2019?

24   A    Yes.

25   Q    Okay.  And so we've looked at the P&Ls for '15 through
```

15

Direct examination - J. Mok

```
 1    '19.
 2            Did you refine the methodologies for preparing
 3    P&Ls over this time period?
 4    A    Yes.
 5    Q    Okay.  And did those changes that you made cause
 6    numbers for those years to be inaccurate once you made the
 7    changes for future years?
 8            MR. WOLIN:  Objection.  Leading.
 9            THE COURT:  Sustained.
10    BY MS. GOODMAN:
11    Q    How, if at all, did the changes that you made to the
12    P&L methodology cause inaccuracies in prior year P&Ls?
13    A    So generally we were constantly trying to make the P&Ls
14    more accurate and more insightful.  I think that -- and so
15    generally, the time periods closer to now are more accurate
16    than the ones that were more distant in the past.
17            I -- on this demonstrative, I think 2015, '16 are
18    not particularly accurate.  I have more confidence in the
19    2018 and 2019 numbers.
20            So one notable thing that happened around 2016 to
21    2017, we, at a Google level, had the first corporate
22    allocation engine.  So the numbers in 2015 and '16 most
23    likely aren't fully cost loaded, and then the ones after
24    that are.
25    Q    And by the numbers in '15 and '16 not being fully cost
```

16

Direct examination - J. Mok

```
 1   loaded, does that cause, in your opinion -- does that mean
 2   the numbers are overstated or understated?
 3   A    I think the profit numbers are most likely -- the
 4   profit numbers are most likely overstated because there
 5   aren't enough costs represented in the P&L.
 6          MS. GOODMAN:  Okay.  And we can take that
 7   demonstrative down, Mr. Spalding.
 8          And I'm going to put up DTX 512, but this is a P&L
 9   that we would ask to be submitted under seal because it
10   reflects more recent years.
11          And I believe there's no objection to that from
12   the government.
13          THE COURT:  But you're moving it in?
14          MS. GOODMAN:  Yes, ma'am.
15          MR. WOLIN:  No objection, Your Honor.
16          THE COURT:  All right.  So 512 is in under seal.
17   And there's no redacted -- obviously no redacted version of
18   that?
19          MS. GOODMAN:  That's correct.  We can't redact the
20   spreadsheet.
21          THE COURT:  All right.
22     (Defense Exhibit Number 512 (under seal) admitted into
23                        evidence.)
24          MS. GOODMAN:  So, Mr. Spalding, can we please put
25   up 512 for just the witness, the Court and the parties.
```

17

Direct examination - J. Mok

```
1   BY MS. GOODMAN:

2   Q    And, Ms. Mok, what is DTX 512?

3   A    This is a later P&L file.  This view that we're looking

4   at is the 2020 actuals for the display P&L.

5   Q    And is this P&L broken out by product?

6   A    Yes.

7            MS. GOODMAN:  Okay.  And, Mr. Spalding, if you

8   toggle in the top left corner and show Ms. Mok the drop-down

9   menu.

10  BY MS. GOODMAN:

11  Q    Does this include actuals for '21 and '22?

12  A    I believe so.

13           MS. GOODMAN:  Mr. Spalding, if you go to '22, and

14  then version actuals.

15  BY MS. GOODMAN:

16  Q    Do you see that Ms. Mok?

17  A    Yes.  2022 actuals.

18           MS. GOODMAN:  And let's go to 2023, and Version 8.

19  BY MS. GOODMAN:

20  Q    And what does this view of the spreadsheet reflect,

21  Ms. Mok?

22  A    Our August 2023 forecast for full year 2023 P&L.

23           MS. GOODMAN:  Okay.  And given the complexity of

24  this particular spreadsheet, we're going to put up Mok

25  Demonstrative 2.  This should also be just for the Court,
```

18

Direct examination - J. Mok

```
 1    parties and the witness.

 2    BY MS. GOODMAN:

 3    Q    And, Ms. Mok, does this demonstrative reflect Google's

 4    operating profits on a product-level basis for 2020, '21,

 5    '22 and 2023 through August, as we just saw on the prior

 6    spreadsheet?

 7    A    Yes.

 8    Q    And what amount of profits in these years are

 9    attributable to ads served on apps?

10    A    It varies by year, but looking across all four periods,

11    generally 50 percent or more.

12    Q    And how can you tell that?

13    A    So AdMob column is -- AdMob is all app ads, and if I

14    pick, for example, 2023, AdMob alone is 50 percent of total

15    display profits.  Google Ad Manager also has a material

16    portion of revenue and profit coming from apps.  And so if

17    you -- if AdMob alone is half the profits and then you add

18    in whatever the contribution is coming from the apps portion

19    of Google Ad Manager, it must be more than half of -- app

20    ads must be driving at least half of display's total profit.

21    Q    And what portion of display's total profit is driven by

22    AdSense?

23    A    It looks like about 15 percent.

24    Q    And what, if anything, explains the profit numbers we

25    see in this slide on 2021 being higher than in other years?
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - J. Mok

```
1   A    So in the COVID time period, it was a period of a lot

2   of strength for ads revenue.  If you think about users being

3   at home, being on their computers, watching content online,

4   they were consuming a lot of digital ads, and we saw all

5   that flow through to our financials.

6          MS. GOODMAN:  No further questions for the witness

7   at this time.  Thank you.

8          THE COURT:  All right.

9          MR. WOLIN:  May I proceed?

10          THE COURT:  Yeah.  Go ahead.

11                    CROSS-EXAMINATION

12   BY MR. WOLIN:

13   Q    Good morning, Ms. Mok.  My name is Michael Wolin.  I'm

14   going to ask you a couple questions on behalf of the

15   plaintiffs.

16          The financial numbers you just were testifying

17   about all come from Google's regularly created P&Ls; is that

18   correct?

19   A    Yes.

20   Q    And if you could take a look at your first

21   demonstrative, Mok Number 1, in your binder.

22          MR. WOLIN:  I'll ask Mr. Klein to put that up on

23   the screen.

24          THE WITNESS:  Yes.

25   BY MR. WOLIN:
```
                                                                    20

Direct examination - J. Mok

```
 1   Q     And you testified about what DVAA means.

 2              But, to be clear, DVAA includes both DFP, AdX, GDN

 3   and other products; correct?

 4   A     Yes.

 5   Q     And I believe you also said DVAA includes video ads,

 6   app ads and display ads, and those are all included in the

 7   DVAA revenues; correct?

 8   A     Yes, when they're served on AdMob, AdSense, Ad Manager

 9   or third-party exchange inventory.

10   Q     And you would agree with me that the years 2018 and

11   2019 were profitable as shown on this demonstrative;

12   correct?

13   A     Yes, they were profitable.

14   Q     And it's over $1.2 billion in profits in 2019; correct?

15   A     Yes.

16   Q     So let's put up -- or take a look at your second slide

17   in the binder.

18              Without referring to the numbers, but you would

19   agree that Google Ad Manager was profitable in 2020, 2021,

20   2022 and 2023 through August; correct?

21   A     I think so, yes.

22   Q     And Google Ad Manager includes both DFP and AdX;

23   correct?

24   A     Yes.

25   Q     And we also see on this slide that Google, in the
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - J. Mok

 1    normal course of business, created separate P&Ls for DV360

 2    and separate from Google Ads; correct?

 3                MS. GOODMAN:  Your Honor, the witness doesn't have

 4    on the screen the unredacted version, so I just want to make

 5    sure she could have that on the screen if she doesn't have

 6    it in front of her.

 7                MR. WOLIN:  Do you have it in your binder,

 8    Ms. Mok?

 9                THE COURT:  The safest thing might be to look at

10    the binder.  So if you look at the Google binder.  Or do you

11    have it in yours as well?

12                MR. WOLIN:  It's the black binder, Ms. Mok.

13    Sorry.  The tab that's labeled Mok Demonstrative 2.

14                THE WITNESS:  Okay.

15                MR. WOLIN:  Let me restate my question.

16    BY MR. WOLIN:

17    Q    In the ordinary course of business, Google's P&L has

18    separate P&Ls for Google Ads and for DV360; correct?

19    A    Yes.

20    Q    And we just established, I believe, that Google Ad

21    Manager was profitable for 2020 through 2023, as shown here;

22    correct?

23    A    Yes.

24    Q    And you would agree that as a whole, Google's display

25    products were profitable for 2020, 2021, 2022 and 2023

                                                              22

Direct examination - J. Mok

 1   through August; correct?

 2   A    Yes.

 3   Q    And you referred to some years when Google's display

 4   products were unprofitable; right?

 5   A    Yes.

 6   Q    Are you aware of any discussion within Google of

 7   shutting those products down due to that unprofitability?

 8   A    I can't think of any examples of discussions that we

 9   had which were this product is unprofitable and we should

10   think about shutting it down because it's unprofitable.

11   Q    So let's go back to the white binder then.  I want to

12   ask you about just a few documents before we wrap up.

13          Could you please turn to DTX 1165 in your binder.

14          MR. WOLIN:  And we offer that from the defendant's

15   exhibit list into evidence.

16          THE COURT:  I assume there's no objection?

17          MS. GOODMAN:  No objection.

18          THE COURT:  All right.  It's in.  And it's going

19   in as a defense exhibit?

20          MR. WOLIN:  Yes.  Well, it's been premarked as

21   DTX 1165.

22          THE COURT:  Right.  It's in.

23      (Defense Exhibit Number 1165 admitted into evidence.)

24   BY MR. WOLIN:

25   Q    So, Ms. Mok, the document is on the screen, and you

23

Direct examination - J. Mok

```
 1    have it in your binder.
 2            Do you see that the document is dated
 3    December 2021; is that correct?
 4    A    Yes.
 5    Q    And this presentation was created for a meeting of the
 6    display ads' finance team?
 7    A    Yes.
 8    Q    So could we please turn to page 28 of 38 in the
 9    document.  And the title that's shown on that page is exam
10    time; is that correct?
11    A    Yes.
12    Q    Let's just orient ourselves.  So we'll turn forward in
13    this subsection to page 31 of the document.  And the title
14    at the top is profitability, and it contains some questions
15    and some answers; correct?
16    A    Yes.
17    Q    And the first question is:  "What year did the display
18    P&L first become profitable?"  With the answer of 2018; do
19    you see that?
20    A    Yes.
21    Q    And at the bottom in the first bullet point, it states
22    that "Google's core display business generated around
23    800 million in operating profit in 2018, a huge milestone
24    for our display business."
25            Is that true?
```

24

Direct examination - J. Mok

```
 1    A     Yes.

 2    Q     And then it continues:  "We're on track to generate

 3    3 billion in operating profit this year."

 4          And does that refer to 2021?

 5    A     I believe so.

 6    Q     I believe I heard your answer as I believe so; is that

 7    correct?

 8    A     Sorry.  Yes.  I'm just comparing it to the

 9    Demonstrative 2.

10          Yes.  3 billion in operating profit is accurate.

11    Q     Okay.  And then the third question on this slide is:

12    "What is our year-over-year profitability growth

13    percentage"; do you see that as well?

14    A     Yes.

15    Q     And the answer that's shown at the bottom in the last

16    bullet point is:  "167 percent.  Display also has the

17    strongest performance versus plan from an operating profit

18    perspective"; is that correct?

19    A     Yes.

20    Q     So I want to flip then to a second document in your

21    binder, and it's labeled PTX 939.

22          MR. WOLIN:  And I would also note for the record

23    that this is also cross-listed on Google's exhibit list as

24    DTX 579.  So we would offer PTX 939 into evidence.

25          MS. GOODMAN:  No objection.
```

                                                              25

```
 1              THE COURT:  All right.  It's in.

 2         (Plaintiff Exhibit Number 939 admitted into evidence.)

 3    BY MR. WOLIN:

 4    Q    Ms. Mok, do you recognize this document?

 5    A    I do.

 6    Q    This document was created to train Google employees on

 7    the DVAA P&Ls; is that correct?

 8    A    Yes.

 9    Q    And this one's dated 2018?

10    A    Yes.

11    Q    So if you could please turn to the page with Bates

12    number ending in 006.

13              MR. WOLIN:  And if we could blow up the top slide,

14    please.

15    BY MR. WOLIN:

16    Q    So this slide describes a plan for DVAA profitability

17    and value creation in 2019 plus; correct?

18    A    Yes.

19    Q    And the first bullet point there shows a goal to

20    increase net revenues; correct?

21    A    Yes.

22    Q    And it states that there's going to be a focus on

23    pricing; correct?

24    A    I wouldn't characterize this as saying that there would

25    be a focus on pricing.  This was a finance deck where we
```

26

Direct examination - J. Mok

```
 1    were looking at different levers the business leaders could
 2    focus on if they wanted to.
 3    Q    And one of the levers that you listed on this slide,
 4    specifically after an increased net revenues, is pricing?
 5    A    Yes.
 6    Q    And then the second two points there refer to
 7    controlling operating expenses and controlling capital
 8    expenditures; correct?
 9    A    Yes.
10    Q    And all of that was a part of discussion about how to
11    increase DVAA profitability, 2019 onwards?
12    A    Yes.
13            MR. WOLIN:  So let's flip forward then to the page
14    with the Bates number ending in 009.  And put that one up.
15    And blow that up, please.
16    BY MR. WOLIN:
17    Q    Now, this slide has four boxes; do you see them?
18    A    Yes.
19    Q    And the one on the left refers to an established
20    business, and it says:  "Established at scale"; do you see
21    that?
22    A    Yes.
23    Q    And then do you see at the bottom of the box it says
24    web?
25    A    Yes.
```

27

Direct examination - J. Mok

```
 1    Q     And that refers to selling web advertising?

 2    A     Yes.

 3    Q     And then the goal for web at the bottom includes drive

 4    significant operating profit; correct?

 5    A     Yes.  But I want to clarify that it says goals, but at

 6    the top it says proposal.  So proposed goals for discussion.

 7    Q     Well, to the left of that there's a separate box which

 8    says emerging; correct?

 9    A     Yes.

10    Q     And that one has the apps advertising -- or referred to

11    in that box?

12    A     Yes.

13    Q     And then next to that one there's a separate box with

14    video; correct?

15    A     Yes.

16    Q     And it refers to video as an early-stage business?

17    A     Yes.

18    Q     And the -- below the boxes for apps and video it has

19    different goals for the business than it does for the web

20    business; correct?

21    A     Yes.

22    Q     And you mentioned during your examination -- your

23    direct you mentioned TAC or traffic acquisition costs; is

24    that correct?

25    A     Yes.
```

28

Direct examination - J. Mok

```
 1              MR. WOLIN:  So let's actually stick with PTX 39 --
 2    or 939 and go to the page with Bates number ending in 005,
 3    please.  And blow that up, please.
 4    BY MR. WOLIN:
 5    Q    And the slide here says that "DVAA margin is heavily
 6    dependent upon TAC"; correct?
 7    A    Yes.
 8    Q    And TAC, I believe as you testified, represents the
 9    amount of revenue that Google pays to publishers?
10    A    Yes.
11    Q    So TAC is just revenue that Google passes through from
12    the advertiser to the publisher; is that correct?
13    A    Yes.
14    Q    Now, in some transactions within DVA, is it correct
15    that Google treats TAC differently than it's treated in this
16    chart?
17    A    I -- all the TAC that we recognized as TAC is
18    represented in the first green bar in this chart.
19    Q    But in some transactions, TAC is excluded from the
20    revenue; is that correct?
21    A    There is -- there is no TAC that's excluded from
22    revenue.  Otherwise, it's not TAC.
23    Q    Are you aware of situations where the passthrough to
24    the publisher isn't counted as booked revenue?
25    A    Yes.
```

Direct examination - J. Mok

```
 1   Q     And those are situations where you would consider
 2   Google an agent in the transaction instead of a principal?
 3   A     Yes.
 4   Q     And those transactions, just to be clear, don't include
 5   TAC as a cost; correct?
 6   A     Yeah.  In those transactions, there's no TAC.
 7   Q     And in those transactions, booked revenue would be
 8   lower; correct?
 9   A     Yes.
10   Q     But operating margin in those transactions would be
11   higher if you're treating Google as an agent in the
12   transactions; correct?
13   A     Yes.  Operating profit margin would be higher;
14   operating profit dollars would be exactly the same.
15   Q     And there's some transactions where you're treated as
16   an agent and TAC is excluded; and some transactions where
17   you're treated as a principal, and TAC is included; correct?
18   A     Yes.  But the majority were revenues recognized where
19   Google was a principal.
20   Q     And Google makes a decision in its accounting policies
21   in how to differentiate between the two; correct?
22         MS. GOODMAN:  Foundation.  The witness testified
23   she's not an accountant.  This line of questioning --
24         THE COURT:  She was able to answer the question,
25   so overruled.
```

                                                             30

Direct examination - J. Mok

```
 1    BY MR. WOLIN:

 2    Q    Ms. Mok.

 3    A    Sorry.  Could you repeat the question?

 4    Q    So there are some -- so in Google's accounting

 5    procedures, they decide whether to treat the revenue as if

 6    Google was an agent and TAC is excluded or Google is a

 7    principal and TAC is included in the revenue?

 8    A    Yes, that's an accounting determination.

 9    Q    In the regular course of Google's business, Google's

10    financial records track revenue for display ads separately

11    from video ads separately from app ads; correct?

12    A    Sorry.  Could you repeat the question again?

13    Q    In the regular course of Google's business, Google's

14    financial records track revenue for display ads separately

15    from video ads separately from app ads; correct?

16    A    Not in our financial systems.  In our engineering

17    systems.

18    Q    In Google's systems, you track revenue for transactions

19    through Open Auction separately for transactions through

20    direct or through Private Auctions?

21    A    Yes, for revenue only.

22              MR. WOLIN:  We pass the witness, Your Honor.

23    Thank you.

24              THE COURT:  All right.  Any redirect?

25              MS. GOODMAN:  Briefly.
```

31

Redirect examination - J. Mok

```
 1                    REDIRECT EXAMINATION
 2   BY MS. GOODMAN:
 3   Q    Ms. Mok, if you can turn in your white binder to
 4   DTX 1165, which my colleague asked you questions about.
 5            And can you look at the second bullet under -- in
 6   the speaker's notes on page 31.
 7   A    Yes.
 8   Q    And does this say that Google paid out almost
 9   $16 billion in publishers in rev share last year?
10   A    Yes.
11            MS. GOODMAN:  Okay.  You can take that down,
12   Mr. Spalding.
13            And let's put up PTX 939, which Mr. Wolin also
14   asked you about.  And let's look at page ending in 007.
15   BY MS. GOODMAN:
16   Q    And this is as of 2018.  This slide says that "3PE
17   declining but still 40 percent of total."
18            What's depicted on this slide?
19   A    This shows of the advertising -- advertising revenue
20   that comes in through DBM, which was later renamed DV360,
21   how much of that -- those dollars land on non-Google versus
22   AdSense for content versus AdMob versus ad exchange
23   inventory.
24            MS. GOODMAN:  Okay.  And let's look at page ending
25   in 009.
```

32

Redirect examination - J. Mok

```
 1   BY MS. GOODMAN:

 2   Q     And this -- in the emerging box it says apps; correct?

 3   A     Yes.

 4   Q     And in your time in the display business, was apps, as

 5   reflected here, actually achieving its high revenue growth

 6   potential?

 7   A     Yes.

 8              MS. GOODMAN:  No further questions.

 9              THE COURT:  Any recross?

10              MR. WOLIN:  No, Your Honor.

11              THE COURT:  All right.  And I assume, again, this

12   witness will not be needed further?

13              MR. WOLIN:  No, not from us.

14              MS. GOODMAN:  I would love to say no, but I

15   believe that they've disclosed in their rebuttal case a

16   potential expert who may say something about Ms. Mok's

17   testimony.  So in the extreme unlikely scenario where I need

18   her, I would like to just not quite release her yet.

19              THE COURT:  Ms. Mok, we can't release you as a

20   witness.  You don't have to stay at the courthouse today.

21   They'll contact you if they need you back here.  Do not

22   discuss your testimony with any witness who has not yet

23   testified.  Thank you.

24              (Witness excused at 9:35 a.m.)

25              THE COURT:  All right.  Your next witness.
```

                                                                33

Direct examination - M. Israel

```
 1              MR. ISAACSON:  The defendant calls Dr. Mark
 2   Israel.
 3              THE COURT:  All right.  Dr. Israel.
 4              THE COURT SECURITY OFFICER:  Raise your right
 5   hand, face the deputy clerk.
 6   Thereupon,
 7                      MARK ISRAEL,
 8   having been called as a witness on behalf of the defendant
 9   and having been first duly sworn by the Deputy Clerk, was
10   examined and testified as follows:
11                   (Time noted: 9:36 a.m.)
12              THE DEPUTY CLERK:  Thank you.
13              THE COURT:  All right.  Mr. Isaacson, are you
14   ready?
15              MR. ISAACSON:  Yes, Your Honor.
16                   DIRECT EXAMINATION
17   BY MR. ISAACSON:
18   Q   Good morning, Dr. Israel.  It's Bill Isaacson.
19        Would you introduce yourself to the court and
20   spell your name.
21   A   Sure.  And I'm trying the microphone here.  Let me know
22   if it's a problem.
23        My name is Mark Israel.  M-A-R-K.  I-S-R-A-E-L.
24   Q   All right.  And would you introduce yourself and tell
25   the Court about your background.
```

34

Direct examination - M. Israel

```
 1    A    Sure.  I'm a Ph.D. economist by training.  I have a
 2    Ph.D. from Stanford University that I received in 2000.  A
 3    master's degree.  And undergraduate degrees are also in
 4    economics.
 5            After I left Stanford, I went and taught economics
 6    and business strategy at the Kellogg School of Management at
 7    Northwestern University.  I was there about eight years.
 8    While there, I got the opportunity to do some applied
 9    competition antitrust work, which I fell in love with and
10    enjoyed more than academics.  So I left Kellogg to pursue
11    that full time in 2008.  I went to a firm called Compass
12    Lexecon, where I've been doing various forms of competition
13    economics work since.  I'm now the president of Compass
14    Lexecon.
15    Q    About how many times have you been engaged as a
16    consulting expert in the area of economics and competition
17    economics?
18    A    I don't know the exact number, but it's well over 100.
19    Q    And would you describe your publications and research
20    in the field of competition economics?
21    A    I have over 25 publications primarily in competition
22    economics in academic journals.  A pretty big part of what I
23    do continues to be to pursue research.  It's generally
24    connected to cases or topics I've been involved with in
25    my -- you know, in casework, but I continue to pursue
```

35

Direct examination - M. Israel

```
 1    academic research as a big part of my life.
 2    Q    All right.  Have you been qualified as an expert in
 3    economics and industrial organization in prior litigation
 4    matters?
 5    A    Yes, I have.
 6    Q    And before you were retained in this matter, had you
 7    ever been engaged by and provided your expert services for a
 8    government agency?
 9    A    I have been retained by the FTC, the other competition
10    agency, I think three times.  One of which resulted in
11    testimony, in short, in the FTC v. Sysco matter.
12               MR. ISAACSON:  All right.  I would offer
13    Dr. Israel's CV, DTX 2537, into evidence, and move to
14    qualify Dr. Israel as an expert in economics and industrial
15    organization.
16               THE COURT:  Any objection to either?
17               MR. TEITELBAUM:  No objection to either, Your
18    Honor.
19               THE COURT:  All right.  So 2537 is in evidence.
20    And Dr. Israel is certified in economics and as an
21    industrial organization expert.
22               Go ahead.
23      (Defense Exhibit Number 2537 admitted into evidence.)
24    BY MR. ISAACSON:
25    Q    Dr. Israel, will you generally describe how you've gone
```

36

Direct examination - M. Israel

```
1    about your work in this case?

2    A    Sure.

3             So I've been involved in working in this case,

4    this industry since early 2021.  During that time, have

5    reviewed the record as fully as I can, reviewed hundreds or

6    probably thousands of documents, reviewed testimony,

7    deposition testimony, been here for the trial or read the

8    trial testimony.  And then I think perhaps most importantly

9    what I can do as an economist, I've done extensive data work

10   and data analysis with industry data sources, public data

11   sources and then extensive data from Google and from third

12   parties related to the industry.

13   Q    All right.  So let's start by talking about market

14   definition and market power.

15            At the outset, would you summarize your opinion

16   about the plaintiffs' three market definitions?

17   A    Sure.

18            I think what I would say is the definition of

19   three separate markets, these three component markets, the

20   way plaintiffs do, in my view, is kind of narrow and

21   incomplete in a way that I think -- I guess I might say

22   misses the forest for the trees.

23            And just to see what I mean for a minute, in my

24   opinion, having studied the industry, the right way to think

25   about this business is that ad tech providers are in the
```

Direct examination - M. Israel

 1    business of helping to facilitate matches and really meeting

 2    matches between advertisers and ultimately individuals, but

 3    advertisers and impressions.  So say Nike is trying to find

 4    people to advertise shoes to and the ad tech business sits

 5    there in the middle trying to facilitate those connections.

 6    So it's really a business about matches.  That's the

 7    product, and that's what competition should study.

 8              And to break it down into separate components

 9    looks at pieces of the matches as though those are

10    informative, but I think those miss the vibrant competition

11    in various ways to actually make the matches.  You sort of

12    can't see the whole competition if you look at one piece at

13    a time.

14    Q    Let me ask you again --

15    A    And perhaps most importantly, you can't analyze

16    competition by looking at the advertiser side or the

17    publisher side separately when business is all about

18    connecting them.

19    Q    Okay.  We'll be talking about those in detail.

20              But broadly speaking, what are plaintiffs

21    excluding from their three market definitions?

22    A    I guess I would put it in three categories.

23              One of them is other places.  Lots of the places

24    where advertisers can find users, find impressions.  So

25    excluding things like apps, instream video, social media,

                                                              38

Direct examination - M. Israel

1    retail media, connected television.  Really among the most

2    important places where advertisers can find impressions and

3    can use if the tech they're using for another form of

4    connection becomes more expensive or worse.

5              Number 2 would be ways that those connections can

6    be made by focusing just on indirect.  They're missing the

7    active substitution between indirect and direct connections

8    between advertisers and publishers.

9              And then three would be lots of forms of ad tech.

10   They're leaving out all sorts of facilitators of the ad tech

11   providers that are competing to help make these matches.

12   Q    And, again, broadly speaking, what's your opinion of

13   the effect on this case about plaintiffs' narrow or

14   incorrect market definitions?

15   A    I mean, I think the disagreements I have, what I see

16   is, there is -- in the conclusions they reach largely flow

17   from these separate incomplete markets.  So it does a few

18   things.

19             One thing is, again, it causes them to miss the

20   vibrant competition that's happening in all these other

21   places besides what they call open web to make connections.

22   So vibrant competition with providors and social media and

23   retail and apps.  All of these players are competing to

24   provide technology to make connections, and they're missing

25   that competition.

Direct examination - M. Israel

1           I guess I would say, number two, that causes them

2     to leave out what are the most important parts of

3     competition, in my view.  If you think about -- other than

4     Google, the main players in providing ad tech out there that

5     I see are Meta -- meaning Facebook Meta -- Amazon,

6     Microsoft, TikTok, The Trade Desk.  All of these providers

7     are left out of plaintiffs' markets, as they define them.

8     As are some of Google's own products, like DV360, which I

9     see contradicting any claim that Google isn't working with a

10    wide variety of third parties.

11          As are left out innovations like header bidding or

12    the recent growth of programmatic direct connections where

13    you can have a direct connection but done in an automated

14    programmatic way.  All of that is left out of the market.

15          The bottom like effect for me is that causes

16    plaintiffs to characterize what I see as a very competitive

17    industry and really one that's, to me, a huge success story

18    to characterize that as an anticompetitive failure.  I think

19    that derives from defining a lot of the competition out.

20    Q    All right.  And you touched on this about what the

21    purpose of ad tech is, and I think talked about the desire

22    to find users.

23          Can you amplify on that?

24    A    Yeah.

25          I mean, ultimately the business is, you know,

40

Direct examination - M. Israel

1    digital display advertising where advertisers are trying to

2    connect with users they find in some targeted way on a

3    digital application or a website or something.

4              So that's -- you know, there's advertisers,

5    there's publishers, and there's the users.  Ad tech sits in

6    the middle.  Its job is to facilitate the match.  It's

7    technology in various forms to facilitate the match.

8    Q    All right.  Would you please explain how your opinions

9    on principles of a two-sided market apply in this case?

10   A    Yes.  So I think this is sort of quintessentially what

11   economists call a two-sided market in that the industry

12   exists to create matches, so it exists to connect

13   advertisers to impressions on publishers' various pages or

14   apps.

15             And so it's a two-sided market in the sense that

16   it's trying to connect two sides of the market.  Right.

17   That also means that competition on both sides matters.

18   Right.  If advertisers or publishers leave a particular ad

19   tech platform, there's no match to be made.  So competition

20   comes from both sides of the market.

21             The price that gets charged -- Professor Lee

22   talked about this, too.  The price that gets charged by

23   various pieces of ad tech, that gets sort of split between

24   publishers and advertisers.  But it's not

25   component-by-component the overall price.  If ad tech takes

41

Direct examination - M. Israel

```
 1   out 35 cents, that has a combined effect of raising the ad
 2   price some, lowering what publishers get.  So it happens on
 3   both sides.
 4           And then finally there's what economists call
 5   network effects, which basically means if there's more
 6   publishers, then advertisers like that platform better, and
 7   vice versa.  But it also goes the other way.  If a platform
 8   starts to lose customers on either side, you know, then the
 9   other side isn't as happy, doesn't find as many matches, and
10   the whole platform can start to unravel.
11   Q    Okay.  You've said that plaintiffs' proposed markets
12   are too narrow.
13           What would a proper market look like?
14   A    I would define a market as a single two-sided market
15   for matches, for the facilitation of -- for ad tech that
16   facilitates these connections.
17   Q    Have you in this case reached an opinion where you've
18   tried to define the boundaries of that single two-sided
19   market?
20   A    Not the exact edges of it.  What -- the opinion I've
21   reached is that plaintiffs' market definitions are incorrect
22   in that they're components, and they're not focusing on the
23   full -- they're not focusing on the match; they're focusing
24   on these pieces.  And also that the market is clearly too
25   narrow, as I said before.  It leaves out direct connections,
```

42

Direct examination - M. Israel

```
 1    it leaves out parts of video but not all of video.  It
 2    leaves out apps, even though they directly compete with
 3    websites to make impressions.  I think it leaves out social
 4    media, which has become the predominant player in display
 5    advertising.
 6            But then as far as, like, what's the ultimate
 7    boundary, does it include email ads?  Does it include search
 8    ads?  Does it include every type of ad?  There, I haven't
 9    reached a final conclusion on the exact boundary because I
10    don't need to to reach the conclusion that plaintiffs'
11    markets are too narrow and the market is quite competitive.
12    Q   Can we look at DTX 1833 which is a figure from your
13    report.
14            THE COURT:  Any objection to 1833?
15            MR. TEITELBAUM:  If it's a figure in the report,
16    no objection.
17            THE COURT:  All right.  It's in.
18      (Defense Exhibit Number 1833 admitted into evidence.)
19    BY MR. ISAACSON:
20    Q   All right.  This is titled U.S. Adult Internet Users
21    Fraction of Time Spent With Non-Social Non-Video Content
22    Accessed Via Desktop, Laptop or Mobile Browser from the
23    years 2010 through 2022.  There's a lot of words there at
24    the end from non-social through via desktop/laptop.
25            Are we talking about a user's time on the web here
```
                                                                  43

Direct examination - M. Israel

```
 1   basically?

 2   A     Yeah.  I mean, the attempt here is to get to websites

 3   basically.  Whether they're accessed by a computer or by a

 4   phone, but to get to web.

 5   Q     All right.  And what's the data that's being used in

 6   this chart?

 7   A     The data is from EMARKETER.  I think it's been

 8   discussed some in the trial.  It's a standard industry --

 9   sort of a publication that tracks the industry and publishes

10   tons of data about the industry.

11   Q     All right.  And what does this chart tell you for this

12   case?

13   A     It tells me that, you know, 15 years ago, people were

14   primarily -- sort of impressions, the users, were primarily

15   found on the web.  That's -- the reverse is true today.  So

16   when you're thinking about where to make one of these

17   matches, where to find the impressions, where to find the

18   users, you know, more than three-quarters of the user's time

19   is now spent in some place other than a web connection.

20   Q     All right.  Can we look at DTX 1869, another figure

21   from your report.

22              THE COURT:  I assume no objection?

23              MR. TEITELBAUM:  Correct, Your Honor.

24              THE COURT:  All right.  It's in.

25      (Defense Exhibit Number 1869 admitted into evidence.)
```
                                                              44

Direct examination - M. Israel

```
 1    BY MR. ISAACSON:

 2    Q    All right.  This is titled Adult Internet Users Time

 3    Spent on Apps Versus Mobile Web for those same years.  The

 4    blue bar is -- or the aqua bar is mobile apps, and the pale

 5    bar is mobile browsers.

 6              MR. ISAACSON:  And I should say, Dr. Israel has

 7    some color blindness, so I sometimes point out these things.

 8              THE COURT:  All right.

 9    BY MR. ISAACSON:

10    Q    The data is again from EMARKETER.

11              What does this chart show?

12    A    I should say I can tell these colors apart, but I would

13    have trouble naming them.

14              So this is showing the growth of apps in

15    particular.  So it extends on the last picture to say if you

16    look at time spent per day by adult in minutes, you know,

17    over the last several years, the real -- it's been pretty

18    flat in terms of time spent on the web, but the growth has

19    been on apps.

20              So, again, if you're an advertiser or thinking

21    about alternative places to make connections with users and

22    impressions, apps are a predominant place to find them.

23    Q    All right.  Let's look at DTX 1831, another figure from

24    your report.

25              THE COURT:  Any objection?
```

45

Direct examination - M. Israel

```
 1            MR. TEITELBAUM:  No objection.

 2            THE COURT:  All right.  It's in.

 3       (Defense Exhibit Number 1831 admitted into evidence.)

 4  BY MR. ISAACSON:

 5  Q    All right.  Now, this is not user time, it is titled

 6  U.S. Display Ad Spending by Environment for the years 2013

 7  to 2022.  It is, again, EMARKETER data.  The bar at the

 8  bottom is desktop/laptop.  On top of that is mobile web.  On

 9  top of that is mobile in-app.  And on top of that is

10  connected TV.  There are dollars in the chart at the top and

11  percentages on the bottom.

12            Would you explain how this -- what this chart

13  shows for us?

14  A    Sure.

15            So it's EMARKETER data again, as you said.  And I

16  would say it says the -- as the users substitute to apps or

17  substitute to connected TV away from the traditional web,

18  the dollars follow.  So this is sort of the next step in

19  saying if -- as dollars come in looking for advertisements

20  trying to seek the best way to make a match, the dollars --

21  the spending, which is really more the heart of this case,

22  is following the trends of the users.

23  Q    And how is this evidence of substitution for this case?

24  A    I mean, it's one piece of evidence of substitution that

25  when advertisers are thinking about what's my best or my
```
                                                            46

Direct examination - M. Israel

```
 1    second best, what are the best places to find users, they
 2    are shifting towards where the users are.  So the dollars
 3    are substituting with the users.
 4           What I would say as an economist is, that means if
 5    one way that I've advertised here, one form of ad tech that
 6    I've used becomes less attractive, then I'm going to try to
 7    find alternative methods using alternative tech, as apps do,
 8    and I'm going to tend to substitute where the users are.
 9    Q    Before we look at more data, would you explain the
10    principles of market definition from the point of view of an
11    economist?
12    A    Sure.
13           So market definition overall is trying -- you
14    start from the firm or product at issue in a case.  So here
15    that would be Google -- Google's ad tech business,
16    basically.  And you think about who are the key competitors
17    that constrain Google's pricing or its other strategies in
18    that business.  And you try -- the market tries to define
19    the universe of significant competitors, I'd say.
20           And the way we would do that as economists is we
21    think about substitution.  So the question that we ask is if
22    that Google tries to raise its prices or tries to make its
23    products not work as well or tries to exercise monopoly
24    power more broadly, where would people, publishers,
25    advertisers substitute to get alternative sources.
```

                                                              47

Direct examination - M. Israel

```
 1              So here if Google's ad tech doesn't work as well
 2    and so it's not making these matches as effectively or the
 3    matches are more expensive, what alternative choices do
 4    people have for other tech.
 5    Q    All right.  And what methods did you observe Professor
 6    Lee has used for his market definition?
 7    A    I mean, I think he said this.  Not primarily
 8    quantitative methods, so not really measuring the degree of
 9    substitution, but, instead, qualitative methods, sort of
10    comparing industry recognition and characteristics of
11    products to try to figure out what products are closer on
12    those dimensions.
13              So, in my view, you know, although we have to look
14    at lots of data to try to infer substitution patterns, the
15    questions should still be about substitution patterns.  If
16    Google's ad tech doesn't work as well, where does it look
17    like advertisers and publishers are substituting to.
18    Q    All right.  Plaintiffs' markets are defined by open-web
19    display advertising and exclude display ads on social media.
20              What's your opinion on that exclusion?
21    A    I mean, I don't think that it makes any sense.  Social
22    media has become the predominant place to run digital ads
23    and to run display ads in particular.  They're a particular
24    form of site, of social media site, but they're still
25    running display ads, often the same display ads that are on
```

                                                              48

Direct examination - M. Israel

1   other places.  It's really -- is it on the Facebook page or

2   on the New York Times, it's still the same ad.  And it's the

3   predominant place for those ads, and it has its own ad tech

4   so it provides an alternative.  So I see leaving it out as

5   leaving out a critical competitor for making these matches.

6   Q    And so why are you talking about substitution between

7   types of display ads given that plaintiffs say this case is

8   about specific ad tech tools?

9   A    If the ad tech gets more expensive so then the -- it

10  becomes more expensive to make the match in that form.

11          So people talk a lot in this industry about the

12  price for an advertiser.  The price of a given ad is the

13  media cost, which is the publisher's price, and the platform

14  cost, which is the tech.  So if the tech gets more

15  expensive, then, as I said, we're going to look for where

16  people will substitute, and they'll substitute to other

17  places that have different tech.  And so places that have

18  different tech include social media, retail media.  These

19  places have different ad tech.  So an increase in the price

20  or a reduction in the quality of ad tech will drive

21  advertisers and publishers to places where they can form ads

22  using different tech.

23  Q    So, for example, if an advertiser moves from Google Ads

24  to Facebook, what shift happens in the ad tech tools?

25  A    I mean, all of it changes.  Right.  So then that's one

49

Direct examination - M. Israel

1    reason why it's important to think about the overall match.

2    If you -- if an advertiser, you know, says I don't like the

3    Google Ads platform anymore, I switch to Facebook, that

4    match is now made using the Facebook internal ad stack,

5    which is entirely different tech.  It's all Facebook's

6    in-house tech.

7    Q    All right.  Let's look at DTX 1915, which is another

8    figure from your report.

9              THE COURT:  Any objection to 1915?

10             MR. TEITELBAUM:  No objection.

11             THE COURT: All right.  It's in.

12        (Defense Exhibit Number 1915 admitted into evidence.)

13   BY MR. ISAACSON:

14   Q    This is titled United States Social Media Display Ad

15   Spending, 2008 through 2022.  Again, dollar figures are at

16   the top and percentages are at the bottom, and this is

17   EMARKETER data.

18             What definition -- it says display ad spending.

19   What definition of display ads is being used here?

20   A    This is -- this is all from EMARKETER.  So this is the

21   EMARKETER definition, which includes social media as part of

22   display advertising.

23   Q    What does this chart say about the growth of the

24   display advertising industry on social media?

25   A    Just data confirming what I said before.  The growth in

                                                              50

Direct examination - M. Israel

```
1   display advertising on social media has been sort of one of
2   the predominant trends in the industry taking off since, you
3   know, 2012 or so.  And now you see social media is --
4   roughly half of all display advertising is on social media.
5   And as I noted before, all of these players that are listed
6   at the bottom here use their own ad tech.  So if you're not
7   happy with Google's ad tech, this provides a place to go get
8   different ad tech.
9   Q    And the players at the bottom, you're referring to the
10  notes of the chart, which include Facebook, Instagram,
11  LinkedIn, Pinterest, Reddit, Snapchat, TikTok and Twitter
12  among others; is that what you're referring to?
13  A    Yes.  It's everything that EMARKETER has in the data on
14  social media sites where there is display advertising.
15  Q    All right.  Can we look at DTX 1829, a figure from your
16  report.
17              THE COURT:  Any objection to 1829?
18              MR. TEITELBAUM:  No objection.
19              THE COURT:  It's in.
20      (Defense Exhibit Number 1829 admitted into evidence.)
21  BY MR. ISAACSON:
22  Q    This is titled United States Display Ad Spending by
23  Social Versus Non-Social Advertising for these years.  The
24  bar at the bottom is the social in dollars and percentages
25  again that we were just looking at, but now there's a
```

Direct examination - M. Israel

 1   comparison to non-social display ad spending.

 2           Now that you can see these together, what do these

 3   charts show about substitution amongst different types of

 4   display advertising?

 5   A   So I think this chart -- first of all, it shows the

 6   rest of the picture, so it's now roughly 50/50 as far as

 7   where people are putting these display ad dollars.

 8           It's clear that overall dollars have gone up, so

 9   dollars are flowing into this industry.  So the way I think

10   about it, I think the way the record supports, is dollars

11   are flowing into the industry, output is going up, but,

12   today, there's -- as people think about where to put these

13   display ad dollars that are flowing in, there is active

14   competition between, you know, do they go on social or do

15   they go on non-social.  That's a very important margin of

16   substitution.  Lots of advertisers are actively considering

17   Google Ads versus Facebook as places to put their dollars.

18   Q   All right.  Can we look at DTX 1972, which is a table

19   from your report.

20               THE COURT:  Any objection?

21               MR. TEITELBAUM:  No objection.

22               THE COURT:  It's in.

23       (Defense Exhibit Number 1972 admitted into evidence.)

24   BY MR. ISAACSON:

25   Q   All right.  This is titled Omnicom Top 25 Clients

Direct examination - M. Israel

```
 1    Spending Via Selected Ad Tech Tools and Social Media
 2    Advertising from 2019 to 2022.
 3              What is Omnicom?
 4    A    Omnicom is a large advertising agency.
 5    Q    And what is this -- there's a lot of figures on this,
 6    but, in general, what is this table showing?
 7    A    It's showing sort of the realization of what -- a lot
 8    of what Omnicom does.  So a lot of what these ad agencies do
 9    is help their clients make these decisions.  They work with
10    clients to evaluate sort of regularly what's the relative
11    return, return on investment of putting your ad dollars in
12    different places.  And this is showing that as they do that
13    over time, it's often quarterly or more, dollars move
14    around.
15    Q    All right.
16    A    And so you see here, for example, between $21 and
17    $22 --
18    Q    Let's stop there so that we can show that more tightly
19    on the screen.
20              So let's look at the top five advertisers.  And
21    you were about to talk about 21 and 22.  Would you please
22    continue and explain what this has to do with substitution?
23    A    Sure.
24              So the example I was going to give is between 21
25    and 22 you see -- for these five, this is their top five
```

53

Direct examination - M. Israel

1    advertisers, dollars were moving into social and out of

2    other ad tech tools.  More generally, again, what these

3    agencies are doing is running models for their clients that

4    evaluate the relative performance of different type of

5    advertisements, and that would include how the tech -- how

6    the platform and media costs are doing, and they move

7    dollars around accordingly.

8    Q    And why is that evidence of substitution?

9    A    What the agencies are doing is some of the most direct

10   evidence of substitution because they are literally running

11   models that compare the returns on different types of

12   advertisements and advise clients to move money accordingly.

13   So that's exactly a big mechanism by which if, say, Google's

14   ad tech isn't performing as well and therefore returns are

15   going down, agencies would advise clients to move money for

16   that or for any reason why they see less of a return on a

17   certain type of advertisement.

18   Q    All right.  Could we look at DTX 1925.

19              MR. ISAACSON:  And can I ask, is it okay with

20   these charts if I put them immediately on the screen and

21   then you may be able to see it faster.

22              MR. TEITELBAUM:  No objection here, Your Honor.

23              THE COURT:  Any objection to -- there's none to

24   1925; correct?

25              MR. TEITELBAUM:  And no objection to the exhibit,

                                                            54

Direct examination - M. Israel

 1   but putting it on the screen at the time it's being

 2   mentioned is appreciated as well.

 3              THE COURT:  All right.

 4       (Defense Exhibit Number 1925 admitted into evidence.)

 5   BY MR. ISAACSON:

 6   Q    So this is from your report, it's titled U.S. United

 7   States Meta Display Ad Revenue, 2008 through 2022.  Again,

 8   it's in dollars and percentages, and it's EMARKETER data.

 9              So what does this chart say about the growth of

10   Meta's display advertising?

11   A    Meta has led the charge of the growth of social media.

12   Meta is really Facebook is Instagram.  And, you know, it

13   started in 2012 or so, as I said.  Facebook developed its

14   advertising platform, its own ad tech, and really has become

15   the predominant competitor in display advertising.

16   Q    All right.  Can we look at then DTX 1853.

17              THE COURT:  Any objection?

18              MR. TEITELBAUM:  No objection.

19       (Defense Exhibit Numbers 1853 and 1853A admitted into

20                         evidence.)

21   BY MR. ISAACSON:

22   Q    And can we show -- this is --

23              THE COURT:  There's some redactions.

24              MR. ISAACSON:  Right.  So can we show the Court

25   and the witness the unredacted version, because this is Meta

                                                                55

Direct examination - M. Israel

```
 1   data.
 2              THE COURT:  Right.  It's Meta's data.
 3              MR. ISAACSON:  Yes.
 4              THE COURT:  Which volume is it in?
 5              MR. ISAACSON:  We have a smaller volume that has
 6   just charts called Volume 2.
 7              THE COURT:  All right.  So there's no objection to
 8   this; correct?
 9              MR. TEITELBAUM:  Correct, Your Honor.
10              THE COURT:  All right.  That's fine.
11   BY MR. ISAACSON:
12   Q    All right.  So this is the share of Meta de-anonymized
13   advertisers on Facebook and Instagram's ad spending that are
14   also using Google Ads in 2022.  The blue part is the part
15   that's using -- where the Facebook and Instagram ad spending
16   is also using Google Ads, and the gray part is the part
17   where they're not using Google Ads.
18              So I don't need you to discuss any of the numbers
19   in this chart, but could you explain how this chart relates
20   to your analysis?
21   A    Sure.
22              So you can see the blue part indicating
23   advertisers who are using both Facebook and Google Ads.  So
24   I won't discuss the numbers here.  You can see how large
25   that is.  It relates to the analysis -- and this is an
```

Direct examination - M. Israel

1    example of what's been called multi-homing.  People are

2    using both Facebook -- advertisers are both on Facebook and

3    on Google Ads.

4          To me, the critical thing about multi-homing is

5    that it -- and you see this in the record, too.  If an

6    advertiser is in both places, then it becomes even easier to

7    move money back and forth.  Right.  So that's sort of what

8    they're doing all the time is deciding where to put their

9    money between the different sources they use.

10          So I take multi-homing here and throughout as an

11   important indicator that if advertisers are actively using

12   both, that becomes perhaps the most important, I think,

13   place to substitute because they're there and they're

14   regularly evaluating how much to put into each.

15   Q    All right.  Now I would ask you to look at your black

16   binder, Volume 1, where we have some business documents and

17   DTX 399, which is a Google slide deck from March 2017 about

18   user interface.

19          THE COURT:  Any objection to 399?

20          MR. TEITELBAUM:  To the extent it's cited in his

21   report, no objection.

22          MR. ISAACSON:  It's cited in his report.

23          THE COURT:  All right.  It's in.

24     (Defense Exhibit Number 399 admitted into evidence.)

25          MR. ISAACSON:  I'm intending to show him a few

Direct examination - M. Israel

```
 1   documents.  They've all been cited in his report.
 2   BY MR. ISAACSON:
 3   Q    So if you look at page 6, it says Facebook has two
 4   entry points to its paid advertising world.  And then if you
 5   just move forward and click the next page, you'll see that
 6   there is generally a review of the Facebook user interfaces
 7   for their ad programs.
 8            What -- how does this -- what does this document
 9   show about competition and substitution?
10   A    So this is, again, another of the body of evidence on
11   substitution and competition.  Here, it shows that Google is
12   actively monitoring Facebook, really comparing AdWords --
13   now Google Ads -- to Facebook.  So they're thinking about
14   how users are evaluating the two, which users would prefer
15   to use.  And, in particular, there's lots of discussion of
16   Facebook being, you know, the easiest interface, especially
17   for small advertisers and Google seeing that as creating
18   risk that it's going to lose the small advertisers.  So it
19   shows competition and substitution.
20   Q    All right.  In the same binder, can we look at DTX 733,
21   which is a Google business document called Accelerating
22   Display from June 12th, 2019, again cited in your report.
23            MR. TEITELBAUM:  No objection.
24            THE COURT:  It's in.
25       (Defense Exhibit Number 733 admitted into evidence.)
```

58

Direct examination - M. Israel

```
 1   BY MR. ISAACSON:

 2   Q    All right.  If we could look at page 3 of this

 3   document.

 4           It says key takeaways on display performance.

 5   Losing -- at the top.  Losing share in U.S. display market

 6   overall and to key competitors, Facebook and Trade Desk,

 7   primarily driven by GDA.  Google U.S. display 8 percent

 8   year, year, year to date, lags, market, average, growth.

 9           And then if you look at page 18, also another --

10   there's a column on the left where we lose on measurement to

11   Facebook -- Facebook offers more robust third-party

12   integration and Amazon's user purchase history is unrivaled.

13   Creative controls and formats.  Facebook, Instagram and

14   Criteo offer greater creative controls and native formats to

15   advertisers.  Richer targeting signals and inventory,

16   Facebook has richer audience targeting options.  Amazon

17   continues to build up audience targeting capabilities.  And

18   I don't want to suggest that Google doesn't have a response

19   to any of this, but I won't put all of that in the record.

20           How does this relate to your analysis of, at this

21   point, Facebook, but you can touch on the others?

22   A    I mean, in Google, as you say, it does have a response.

23   That's a big part of it is that Google is evaluating

24   these -- what they refer to as key competitors and deciding

25   how to compete with it in terms of various ad tech reactions
```

                                                                  59

Direct examination - M. Israel

 1   that sort of cover various parts of the ad stack.  So it

 2   shows Google taking these as serious important competitors.

 3            I think I would most note that of the key

 4   competitors that we've gone through, Facebook, Amazon and

 5   The Trade Desk that was noticed earlier are all outside of

 6   the markets as plaintiffs define them.  Criteo is the one

 7   here that would be inside.

 8            So it's showing reaction to competition with --

 9   substitution with a number of strong competitors that are

10   outside the markets as defined.

11   Q   Can we look at DTX 1927.  Let's talk about another

12   company, TikTok.

13            THE COURT:  Any objection?

14            MR. TEITELBAUM:  No objection.

15            THE COURT:  All right.  It's in.

16      (Defense Exhibit Number 1927 admitted into evidence.)

17   BY MR. ISAACSON:

18   Q   All right.  So this is U.S. TikTok Display Ad Revenue,

19   2019 to 2025.  These are, again, dollars and in percentages.

20   The bars that are darker are actual, and beginning in 2023,

21   these are projected.  It says EMARKETER data.

22            Is the projection data also from EMARKETER?

23   A   Yes.

24   Q   And what does the emergence of TikTok since 2019 say

25   about competition for display ads and the related ad tech?

                                                              60

Direct examination - M. Israel

 1   A    So TikTok, again, has its own ad tech stack in-house.

 2   So it's sort of the next iteration.  It says to me it's a

 3   dynamically competitive market.  TikTok is the next step up

 4   with its own methods and really video-focused, but it's kind

 5   of the next step.  Really, the growth of advertising

 6   competition went Facebook, then Amazon, then TikTok as the

 7   big growth stories.

 8   Q    All right.  Can you now go back to that larger binder,

 9   Binder 1, with business documents.  And I believe it's

10   DTX 1188, the -- and this is a Google document titled TikTok

11   Competitive Overview.

12           THE COURT:  Any objection to 1188?

13           MR. TEITELBAUM:  No, Your Honor.

14           THE COURT:  All right.  It's in.

15      (Defense Exhibit Number 1188 admitted into evidence.)

16   BY MR. ISAACSON:

17   Q    The -- what does this document say to you when Google

18   is doing a TikTok competitive overview?

19   A    It's the same as the previous document.  Not only do we

20   see the data showing that TikTok is growing, we see Google

21   paying attention and reacting to that, which is sort of the

22   other side of the coin of showing important competition.

23   Q    All right.  And then if we can look at DTX 1974, which

24   is a table from your report.

25           THE COURT:  Any objection to 1974?

                                                              61

Direct examination - M. Israel

```
 1              MR. TEITELBAUM:  No objection.

 2        (Defense Exhibit Numbers 1974 and 1974A admitted into

 3                        evidence.)

 4              MR. ISAACSON:  And we'll need to show the

 5    unredacted on the screen for the Court and the witness and

 6    counsel, because this is TikTok information.

 7    BY MR. ISAACSON:

 8    Q    It's titled Advertisers With at Least $1 million in

 9    2022 TikTok Advertising Spending Amongst the Top 50 2022

10    U.S. Google Advertisers.

11              So on the left column, those are the advertisers

12    that are being looked at; is that right?

13    A    Correct.

14    Q    Okay.  And then there's spending numbers in the middle

15    and then percentage changes from 21 --

16              MR. ISAACSON:  Let me make sure the Court is with

17    us here.

18              THE COURT:  Got it.

19              MR. ISAACSON:  Okay.  Sorry, Your Honor.

20    BY MR. ISAACSON:

21    Q    So, again, there's advertisers on the left who are

22    among the top 50 U.S. Google Ads' advertisers who are also

23    spending on TikTok, and in the middle there's advertising

24    spending on TikTok and then percentage changes on the far

25    right, 21 to 22.
```

                                                              62

Direct examination - M. Israel

1           What does this chart show with respect to

2    advertising spend and substitution?

3    A    It shows that many of Google's largest advertisers are

4    on TikTok to a significant degree and have grown a great

5    detail on TikTok.  So it shows that the impact of TikTok is

6    affecting Google's largest advertisers, Google Ads or just

7    advertisers.  And, again, it's showing this multi-homing

8    behavior that I referred to, to the extent these advertisers

9    are now on Google Ads and on TikTok, and that becomes a very

10   easy place to move money back and forth in response to even

11   small differences in performance.

12   Q    And what's your opinion at this point about plaintiffs'

13   market definition having excluded Meta and then this new

14   emerging TikTok?

15   A    As I've said, I think that's unjustified.  They are

16   very, very important advertisers with their own advertising

17   technology.  So to the extent there is -- there's a problem

18   or a high price or anything for Google Ads in making

19   matches -- or Google's ad tech in making matches, these are

20   really important alternatives.

21   Q    All right.  Can we look at DTX 1916.

22           THE COURT:  Any objection to 1916?

23           MR. TEITELBAUM:  No, Your Honor.

24           THE COURT:  It's in.

25      (Defense Exhibit Number 1916 admitted into evidence.)

                                                              63

Direct examination - M. Israel

```
 1    BY MR. ISAACSON:

 2    Q    This is titled U.S. Retail Media Display Ad Spending,

 3    2018 through 2022.

 4              What is retail media?

 5    A    Retail media is I think Amazon, Walmart.  Places that

 6    have a site or an app where they sell products, they can

 7    also, and they do aggressively these days, sell

 8    advertisements along with that.

 9    Q    All right.  So this is, again, EMARKETER data with the

10    dollars at the top and the percentages at the bottom.  This

11    chart doesn't go back as far as back to 2018.

12              When did, for example, Walmart and Target start to

13    offer retail ads following Amazon?

14    A    As I recall, Amazon was definitely first.  Walmart got

15    into the business I think to some extent starting in 2014,

16    Target starting in 2016.  Both of those have grown a lot

17    recently.

18              I'll say when I first began working on this case,

19    people didn't think of Walmart or Target as much, and now I

20    think that whole retail media advertising business has

21    gotten huge.

22    Q    All right.  And let's focus on Amazon, DTX 1926.

23              THE COURT:  Any objection?

24              MR. TEITELBAUM:  No objection.

25              THE COURT:  All right.  1926 is in.
```

64

Direct examination - M. Israel

```
 1        (Defense Exhibit Number 1926 admitted into evidence.)

 2             MR. ISAACSON:  Oh, this was already in evidence.

 3   Sorry.

 4             THE COURT:  Oh, all right.

 5   BY MR. ISAACSON:

 6   Q    This is, again, EMARKETER data about U.S. Amazon

 7   display ad revenue going back to 2008 and running through

 8   2022 on a dollar and a percentage basis.

 9             What does this chart say about the growth of

10   Amazon's retail media advertising?

11   A    So you see it growing a little later than Meta, as I

12   said.  Sort of a second growth story after Meta, as I said.

13   But, again, now certainly a very large player, again, with

14   its own ad tech.  So a place that people can -- that

15   advertisers -- if Nike is trying to sell shoes, they can put

16   display ads on Amazon as a place to do that if the tech or

17   the media performs better.

18   Q    All right.  And if you could look at your first binder

19   with the business documents.  The first exhibit there is

20   DTX 278.  It's titled PBS Competitive Intelligence, which is

21   publisher business solutions at Google.

22             THE COURT:  Any objection?

23             MR. TEITELBAUM:  No objection.

24             THE COURT:  All right.  It's in.

25        (Defense Exhibit Number 278 admitted into evidence.)
```

65

Direct examination - M. Israel

 1    BY MR. ISAACSON:

 2    Q    This is a Google slide deck from November 2015, and

 3    it's on competitive intelligence on Amazon.  And then if you

 4    look at page 3, the executive summary, it says in the third

 5    bullet:  "Amazon is actively building a walled garden to

 6    compete with the DoubleClick stack, and this should not be

 7    underestimated."  And then if we look at page -- well, we'll

 8    just stop there.

 9            Tell me what this shows you about the ad tech

10    competition between Amazon and Google.

11    A    Well, it's the same as the other documents.  It's the

12    other side of the coin showing Google paying attention to

13    it.  I think clearly it indicates Google takes Amazon as a

14    very serious competitor.

15            I would note that, you know, they're saying --

16    they're noting that Amazon is building a walled garden -- it

17    means Amazon has its own in-house tech -- but that that

18    walled garden is competing with the DoubleClick stack.  So,

19    to me, this document is consistent with my views generally

20    in that tech competes with tech, whether it's a walled

21    garden or not, and that stacks compete against each other as

22    opposed to component by component.

23    Q    All right.  In the same binder, if we can go to

24    DTX 879, another document from -- slide deck from Google

25    about Amazon.

                                                              66

Direct examination - M. Israel

```
 1              THE COURT:  Any objection to 879?

 2              MR. TEITELBAUM:  No objection.

 3              THE COURT:  All right.  It's in.

 4        (Defense Exhibit Number 879 admitted into evidence.)

 5   BY MR. ISAACSON:

 6   Q    This is now in the year 2020, the beginning of 2020.

 7   And on page 2, there's an executive summary, and in the

 8   middle there's -- at the top under description it says:

 9   "Amazon 101 Amazon ads.  Amazon has all the building blocks

10   to compete at Google/Facebook scale.  It has the unique

11   advantage of closing the attribution loop through conversion

12   data."

13              And then if you look at page 20, it begins several

14   slides with the -- discussing Amazon's ad stack.  And just

15   as an example, if you look at slide -- at page 23, there's a

16   slide comparing the ad stack of Google and Amazon.

17              Again, how does this support your opinion about

18   the competition in ad tech?

19   A    Again, it's the same thing.  It's showing Google paying

20   attention to the competition from the stack.  I noticed on

21   the earlier page you showed, there was explicit reference to

22   Amazon's header bidding product.  So it's something we can

23   talk about more later, but that's a way in which Amazon

24   competes, which is also outside plaintiffs' markets.  But

25   here you see a comparison of the stacks.
```

67

Direct examination - M. Israel

```
 1              And I would say, you know, whenever Google
 2    compares to Amazon, I see them saying we're stronger in some
 3    ways, Amazon is stronger in others.  But, nevertheless, they
 4    find the overall Amazon stack to be highly competitive with
 5    Google's ad tech.
 6    Q    All right.  And then one more document about Amazon.
 7    If we could look at DTX 527 in this same binder.
 8              MR. TEITELBAUM:  No objection.
 9              THE COURT:  All right.  It's in.
10       (Defense Exhibit Number 527 admitted into evidence.)
11    BY MR. ISAACSON:
12    Q    All right.  This is a Google document called Amazon
13    Overview.  And on page 6, the slide describes Amazon as an
14    existential threat.
15              At this point, what is your opinion about
16    plaintiffs' three market definitions, excluding Amazon
17    display ads and ad tech?
18    A    I don't think it makes any sense to exclude Amazon
19    given its strength as an alternative advertising platform
20    and the fact that it provides its own tech.  So it provides
21    a substitute if people have any concerns about Google's ad
22    tech.
23    Q    And what does it say about Google having any monopoly
24    power that they -- given what you have to say about Amazon?
25    A    I mean, the points we've made so far fundamentally go
```

Direct examination - M. Israel

```
 1    to why I conclude Google does not have monopoly power.

 2    Google is facing strong existential competition -- strong

 3    competition from Facebook, growing competition from TikTok,

 4    and now competition from Amazon, so it's not in a position

 5    to dictate the market the way that a monopolist would.

 6    Q    Okay.  Can we look at DTX 1918.  Now let's go back to

 7    looking at the web.

 8              THE COURT:  Any objection?

 9              MR. TEITELBAUM:  No objection.

10              THE COURT:  All right.  It's in.

11      (Defense Exhibit Number 1918 admitted into evidence.)

12    BY MR. ISAACSON:

13    Q    All right.  This is again EMARKETER data.  It is titled

14    U.S. Desktop/Laptop Display Ad Spending, 2013 to 2022.  And

15    it's in dollars and percentages.

16              What does this chart say about the growth of

17    display advertising on the open web?

18    A    So this is more EMARKETER data.  It shows that people

19    are moving away from desktop/laptop.  And ten years ago

20    maybe that was the bulk of the activity, but now the bulk of

21    the activity is, you know, mobile and other places.  So,

22    again, web-based focus like the government's market

23    definition seemed to me to miss where the competitive action

24    is today.

25    Q    All right.  And what does it say -- what does this
```

Direct examination - M. Israel

```
 1   chart, in comparison with the other charts we've been
 2   looking at, say about substitution?
 3   A    Again, this is that the -- the dollars are following
 4   where the users are.  Right.  So the users have moved away
 5   from the web and the dollars are following.
 6           Again, if you're looking for places to make these
 7   matches and find users, many of the best substitutes now are
 8   going to be off the laptop and desktop on mobile.
 9   Q    All right.  If we can look at DTX 1874 from your
10   report.
11           THE COURT:  Any objection?
12           MR. TEITELBAUM:  No objection.
13           THE COURT:  It's in.
14      (Defense Exhibit Number 1874 admitted into evidence.)
15   BY MR. ISAACSON:
16   Q    All right.  This is, again, EMARKETER data.  The title
17   is The Percentage of U.S. Display Ad Spending Accruing to
18   Selected Industry Participants.  And here, the bottom is
19   Google, and above that in blue is Meta.  And then in orange
20   is Amazon, and above that is TikTok, and the rest is other.
21           What does this chart show about substitution
22   between different firms that have ad tech?
23   A    I mean, it certainly shows the share it's substituting.
24   So the pattern is what I described.  You know, Google grew
25   early on, has declined in its share since 2013.  Everybody's
```
                                                             70

Direct examination - M. Israel

```
 1    dollars are going up, but the dollars are increasingly

 2    flowing first to Meta, then to Amazon, more recently to

 3    TikTok as these other alternatives become stronger --

 4    stronger alternatives.

 5    Q    All right.  And can we look at DTX 1969 also from your

 6    report.

 7                THE COURT:  Any objection?

 8                MR. TEITELBAUM:  No objection.

 9                THE COURT:  All right.  It's in.

10       (Defense Exhibit Number 1969 admitted into evidence.)

11    BY MR. ISAACSON:

12    Q    All right.  And this is, again, U.S. display ad revenue

13    by company.

14                Is this is basically the same chart as before but

15    now you're showing more of the companies?

16    A    Correct.

17    Q    So now what we've been looking at from EMARKETER is

18    real-world data.  Professor Lee has discussed why the

19    cellophane fallacy means you should not look at real-world

20    substitution data in a case about alleged monopolists.

21                What do you have to say about that?

22    A    I just disagree.  As an economist, I think we try to

23    look at substitution data whenever we can.  Real-world data

24    is the way to see who's competing with who.  We can also

25    look at company documents like I've done, but data is the
```

Direct examination - M. Israel

```
 1    way to measure substitution.
 2            The cellophane fallacy, you know, would say that
 3    that in some cases you should consider whether the
 4    substitution you're seeing is just driven.  The idea -- the
 5    original name cellophane was maybe at the price as
 6    cellophane gets so high, people will wrap their sandwiches
 7    in newspaper instead, but is that really a substitute.  That
 8    was the question.  I think Professor Lee's example was if
 9    the price of gas gets high enough, maybe people will just
10    walk.
11            So I think it's reasonable to ask are we seeing
12    things like newspaper for sandwiches?  But here what we're
13    seeing is Facebook and Amazon and TikTok becoming the
14    strongest players, the predominant players referred to as
15    existential threats.  And so I don't think that that
16    analysis applies.  You're seeing real-world data of
17    substitution to extremely strong competitors, not
18    substitution that's only driven because Google has so much
19    monopoly power that it drives people to inferior options.
20    Q    And I think there was an analogy given to if the price
21    of gasoline gets to a certain point, people will walk or
22    ride bikes more.
23            How does that analogy compare to what you're
24    seeing in this industry?
25    A    Yeah.  I mean, that's a case where as an economist you
```

72

Direct examination - M. Israel

1    will say maybe I need to think about -- maybe the price of

2    gas is so high it's changed people's behavior.  But I just

3    don't see any basis in the record to say that Facebook or

4    Amazon or TikTok are like walking instead of driving.

5    Right.  These are strong competitors that are being taken as

6    very serious competitive threats.  They have been for a long

7    time, you know, at various price levels that have existed.

8              So I just -- again, I think you look at real-world

9    data, you can ask yourself are the data only reflecting

10   something unusual, but here I think they're reflecting

11   substitution to extremely strong competitors.

12   Q    And do economists in monopolization cases ordinarily

13   look at real-world data or documents on substitution?

14   A    Yeah, I certainly do.  And this happened in every such

15   case I've been involved with.

16             Again, economists try to look at data on how

17   people substitute on what we call cross-elasticities.

18   That's our technical term, whatever data we can get.

19             And, again, I acknowledge you should ask the

20   question, do we think this substitution is not real or just

21   being driven by monopoly power, but I just don't think that

22   fits when you have powerful competitors who have their own

23   ad tech that the company documents are seeing as extremely

24   strong threats.

25   Q    All right.  We'll talk about prices later, but what

Direct examination - M. Israel

```
 1    about the point that the market with a monopolist may
 2    already be infected with super competitive prices?
 3    A    Well, that's sort of the more technical version of what
 4    you say for cellophane.  The question would be is are we
 5    only seeing substitution because Google's prices are
 6    inflated, and therefore that's the only thing driving
 7    substitution.  We can get into it more later, but, you know,
 8    in fact, for many of the products -- most of the products
 9    that Google offers internally, like using Google Ads and
10    AdX, certainly using DV360, its prices are not even
11    particularly high.
12           I know there's been discussion about what prices
13    are high or low, but I think it's clear that Google offers a
14    number of ad tech products that don't have particularly high
15    prices relative to the market.  And, yet, certainly from
16    Google Ads and DV360, we see a strong substitution of these
17    other options.
18           So I don't see any basis to say that's being
19    driven by monopoly power or by prices that are so high that
20    people seek out inferior alternatives.
21    Q    And why are the levels of substitution you've been
22    looking at sufficient, in your mind, to be a constraint on
23    prices and Google's prices?
24    A    Is there a strong substitution that the company
25    documents are taken very seriously and reacting to?
```

74

Direct examination - M. Israel

```
 1    Their -- it's substitution that we see to people with
 2    different ad tech.  I'm referring to the ad tech stacks
 3    competing with each other.
 4            Just to be clear, I'm not saying that every single
 5    advertiser or publisher would switch, or even that
 6    advertisers or publishers would switch 100 percent of their
 7    budgets.  That's not the question.  Right.  The question is
 8    if Google tries to raise prices or do something bad with its
 9    tech, will it lose revenue?  Will dollars flow out?  And
10    that's what we're seeing.  We're seeing dollars flow to
11    these other alternatives.
12  Q    All right.  And so how do economists typically look at
13    substitution?  Like, what are they looking at for its
14    substitution?
15  A    They're looking to see -- economists sometimes use the
16    phrase marginal customers.  That just means there are a set
17    of people who are actively considering the options.  There's
18    a set of dollars that are actively moving between the
19    options.  Again, it's never all of the dollars.
20            Like, if you use the example of Pepsi and Coke,
21    there's a lot of people who are extremely loyal to one of
22    those products or the other, but they still clearly compete
23    with each other and aren't monopolists because there are
24    people "on the margin" who will substitute.
25            Here, we have all these buyers, for example, who
```

75

Direct examination - M. Israel

```
 1    use both Google Ads and Facebook and are moving dollars back
 2    and forth.  We have agencies building models, the purpose of
 3    which is to help people move dollars back and forth.  That's
 4    the kind of marginal substitution that we look for.
 5    Q    Okay.  And how does return on investment for
 6    advertising affect the substitution analysis?
 7    A    Increasingly advertisers attempt to measure the return
 8    on investment, which means basically, in simple terms, if I
 9    spend another dollar on advertisement, how much more profit
10    do I get back for that dollar?  And so that measures the
11    return.  That return is driven by various things, both how
12    good is the match, which can be how well does the ad tech
13    work, and how much does it cost.
14            And to the extent that, you know, as alleged,
15    Google were to degrade in the quality of the match, the
16    quality of the tech or raising the price, then what you
17    would see would be the return on investment go down.  And
18    exactly what these agency models do and these evaluations do
19    is say if I see the return of investment go down on one form
20    of advertising and one form of tech, I move my dollars to
21    another one.  That's a really active every day decision in
22    this industry.
23    Q    And has Professor Lee done any analysis of substitution
24    in response to return on investment?
25    A    Not that I've seen, no.
```

Direct examination - M. Israel

```
 1   Q    How does -- substitution for display ads or ad spend on

 2   the web and these other choices you've been talking about,

 3   how does that act as a constraint on ad tech tools?

 4   A    So it's what I've said.  If the price -- the price of

 5   the ad is basically the media price, the publisher's price,

 6   plus the tech price.  And the quality, the return you get is

 7   heavily driven by the quality of the match.

 8           So if the tech isn't working as well or it's too

 9   expensive, your return's going to go down, you're going to

10   look for places with better tech, and that is all of the

11   options that we've been talking about.

12   Q    And now your conclusions about a two-sided market, how

13   does that affect the substitution analysis?

14   A    It affects it because the substitution is happening on

15   both sides, and they both affect things.  All right.  So you

16   can't just look at component by component on one side or the

17   other.

18           So, for example, if the return on investment goes

19   down, if the price goes up, it might be that advertisers

20   start by substituting away from Google Ads to Facebook or

21   Amazon or these other options.  Right.  But then publishers

22   also are getting worse returns, so they're going to look for

23   non-Google tech.  In their case it might be another exchange

24   that they can use or switching more of their content to

25   apps.  But both sides are going to start to substitute.
```

Direct examination - M. Israel

1           But what really matters is the feedback affects.

2   So if advertisers start switching to Facebook, now this

3   discussion we've heard that Google benefits from having good

4   advertisers, that becomes less true.  And so Google -- the

5   publishers now see Google as not having as good of

6   advertisers, so they're going to try to find the Google

7   platform less attractive.  Maybe they'll switch to apps or

8   they'll switch to a subscription model or whatever they do,

9   or they'll switch to a different exchange.  And those two

10  effects start feeding back on each other through these

11  network effects.

12  Q    All right.  Let's look at more data, DTX 1917.

13          THE COURT:  Any objection?

14          MR. TEITELBAUM:  No objection.

15          THE COURT:  All right.  It's in.

16      (Defense Exhibit Number 1917 admitted into evidence.)

17  BY MR. ISAACSON:

18  Q    This is titled U.S. Video Display Ad Spending, 2008 to

19  2022.  It's, again, EMARKETER data.  And it's in dollars and

20  percentages.

21          Now, this is overall video.  About what percentage

22  of this would be instream videos?

23  A    So it's more than half.  Today, about 57 percent of

24  video spending is instream.  And that's important because

25  the plaintiffs' market would include outstream, which is a

78

Direct examination - M. Israel

1    video that sort of shows in its own box, but not instream,

2    which is a video that shows along with another video.

3    Q    All right.  Could we look at DTX 1922.  This is already

4    in evidence.  This is United States connected TV display

5    advertising -- ad spending, 2017 through 2022 from EMARKETER

6    in dollars and percentages.  So this is now connected TV.

7              What does this chart say about the growth of

8    advertising on connected TV or streaming?

9    A    Connected TV has now become where advertising dollars

10   are going.  So there was websites, and then there was apps,

11   now there's connected TV as a growth area.  So that's

12   becoming a place to form these connections.

13             I should note here that's a good example because

14   the people moved to connected TV -- meaning your TV has an

15   Internet connection -- and then your advertising dollars

16   moved there, and the ad tech has moved there, too.  So, for

17   example, The Trade Desk gets a lot of its business from

18   connected TV.  Again, showing how both users and ad tech

19   providers are substituting between these options.

20   Q    And just to be clear, when it says connected TV display

21   ad spending in the title, that's the EMARKETER definition of

22   display ads -- ads includes connected TV; do I have that

23   right?

24   A    Yes.

25   Q    Okay.  Now, and this chart begins back in 2017, it is

                                                              79

Direct examination - M. Israel

```
 1   growing after that.
 2           Before that, say by 2015, who's starting to offer
 3   connected TV ads?
 4   A    I think in early on it was Roku.  So, again, this is
 5   all smart TV connections where your TV or your box is
 6   plugged into the Internet, and one of the first providers of
 7   that was Roku, and they started to build up this model where
 8   now we have people, we know their Internet connections and
 9   we can sell them ads.
10   Q    All right.  And there are jumps in this.  So, for
11   example, from -- there's a big jump in 2019.
12           What's happening at that time?
13   A    All the jumps you would see would be because more and
14   more providors are getting into this business, more and more
15   smart TVs and streaming services and so on.  I think 2019 to
16   2020 is when Disney got into this business.
17   Q    All right.  Can we look at DTX 1858.
18           THE COURT:  Any objection?
19           MR. TEITELBAUM:  No objection.
20           THE COURT:  All right.  It's in.
21     (Defense Exhibit Number 1858 admitted into evidence.)
22   BY MR. ISAACSON:
23   Q    This is titled Distribution of Google Ads U.S. Web
24   Display Ad Spending by Advertiser Use of Instream Video and
25   Other Display Advertising.  The pink is instream video only
```

80

Direct examination - M. Israel

```
 1    3.9 percent.  The -- most of the pie chart, 64.3 percent, is

 2    both instream and other display.

 3            What's the data in this chart showing, and

 4    specifically about multi-homing?

 5    A    Yeah.  So this is Google Ads data, so this is what

 6    Google Ads' advertisers are doing.  And it shows that

 7    roughly -- just under two-thirds of them are multi-homing.

 8    Which, again, what I take that to mean is they're actively

 9    doing both, and so that's an easy substitution.  They can

10    just move dollars around on the margin, as economists say,

11    based on the relative returns.

12    Q    All right.  And if we could look at DTX 1857.

13            MR. TEITELBAUM:  No objection.

14            THE COURT:  All right.  It's in.

15       (Defense Exhibit Number 1857 admitted into evidence.)

16    BY MR. ISAACSON:

17    Q    All right.  This is a comparison of instream video and

18    other display on a percentage basis in the United States

19    from Google Ads.

20            So this is Google Ads data again?

21    A    Yes.

22    Q    And what does this show about substitution for instream

23    video?

24    A    Again, looking at Google Ads buyers in particular, a

25    lot -- there's an increasing use.  Almost a third of their
```

81

Direct examination - M. Israel

```
 1   spending is now instream video, which would be outside of
 2   plaintiffs' market.
 3   Q    Okay.  Professor Lee excludes native ads from his
 4   definition of display ads.
 5        Do you have an opinion about that exclusion?
 6   A    Yes.  So I find that exclusion -- well, that's another
 7   one I find puzzling.  I disagree with.  In the case of
 8   native ads, I personally, and I think the industry even
 9   finds it difficult to define what a native ad is versus a
10   display ad.  A native ad in some sense I think is an ad that
11   is sort of more integrated into the native look of the page.
12        But, you know, I think EMARKETER doesn't recognize
13   that distinction.  There's testimony in the record from
14   people who don't recognize the distinction.  I think if you
15   just look -- like, if you go to a web page, sometimes you'll
16   see content recommendation boxes at the bottom of the page.
17   Those will be called native even though a display bar right
18   next to them is not.
19        So I think that one just sort of on the objective
20   characteristics and recognition of the product also, it's
21   very hard to see the distinction.
22   Q    All right.  Let's talk about ads in apps.  DTX 1920.
23        MR. TEITELBAUM:  No objection.
24        THE COURT:  It's in.
25   (Defense Exhibit Number 1920 admitted into evidence.)
```
                                                              82

Direct examination - M. Israel

```
 1  BY MR. ISAACSON:

 2  Q     This is United States Mobile In-App Display Ad

 3  Spending, 2013 through 2022.  This is, again, EMARKETER.  A

 4  dollar basis at the top, and a percentage basis at the

 5  bottom.

 6            What does this tell us about the growth of display

 7  ad spending on apps?

 8  A     Yeah.  So apps have become the predominant place for

 9  spending.  Right.  So you see the people that moved apps, as

10  we saw earlier, so the dollars have followed.  And, again,

11  if you're seeking to find a user and you're not satisfied

12  with your current way to connect with them, apps are going

13  to be a major way that people do it.

14  Q     All right.  Let's look at DTX 1855 from your report.

15            MR. TEITELBAUM:  No objection.

16            THE COURT:  All right.  It's in.

17     (Defense Exhibit Number 1855 admitted into evidence.)

18  BY MR. ISAACSON:

19  Q     All right.  This is titled Distribution of Google Ads

20  United States Non-Video Display Ad Spending by Advertiser

21  Use of App and Web Advertising.  This is from the year 2022.

22  The 1.1 percent of pink says app only; 9 percent says web

23  only; and 89.9 percent says both.

24            What is this -- and this is based on Google Ads

25  data; is that right?
```

Direct examination - M. Israel

```
 1   A     Yes.

 2   Q     Okay.  What does this chart explain for you?

 3   A     Just like we've seen before, Google Ads users are

 4   multi-homing, so they're actively in 90 percent of the cases

 5   on both the web and apps.  So, again, easy even within

 6   Google Ads to move money back and forth.

 7   Q     All right.  Let's look at DTX 1854.

 8              MR. TEITELBAUM:  No objection.

 9              THE COURT:  All right.  It's in.

10      (Defense Exhibit Number 1854 admitted into evidence.)

11   BY MR. ISAACSON:

12   Q     This is Google Ads United States Non-Video Display Ad

13   Spending by App Versus Web, over ten years, 2012 through

14   2022.  The bar at the bottom in green is apps, and in gray

15   at the top is web.

16              So this is Google Ads data?

17   A     Yes.

18   Q     Okay.  And what does this chart show with respect to

19   substitution between spend on ads on apps and on the web?

20   A     I mean, generally it shows dollars flowing to --

21   increasingly to app over time.

22              I would quickly note, it's a smaller percentage

23   than we saw from EMARKETER as a whole.  I think another

24   point that makes is that although apps are generally more

25   than half now, it's smaller than that at Google Ads, which
```

84

Direct examination - M. Israel

 1    reflects the fact that there are other ad tech providers and
 2    apps who are even larger, which is why this is important
 3    here.  If people substitute to apps, they're not only
 4    substituting on ad format, they are, in many cases,
 5    substituting to a different form of tech.
 6    Q    What does it say about plaintiffs' market definitions,
 7    they do not account for display ads on apps or the
 8    technology for those ads?
 9    A    Yeah.  I mean, another fundamental omission to me,
10    that's where a lot of the auction is, that's where there's
11    other tech providors.  I don't see things in the record to
12    indicate advertisers are not using that alternative or that
13    publishers are not putting more and more on apps.  So they
14    are missing what is now the predominant place to make these
15    connections.
16    Q    All right.  If we could look at DTX 1923.
17              THE COURT:  Any objection?
18              MR. TEITELBAUM:  No objection.
19              THE COURT:  All right.  It's in.
20       (Defense Exhibit Number 1923 admitted into evidence.)
21    BY MR. ISAACSON:
22    Q    This is U.S. Direct Display Ad spending, 2013 through
23    2022.  It's EMARKETER.  So it's, again, on a dollar and a
24    percentage basis.
25              Now we're talking about direct spending on display

                                                              85

Direct examination - M. Israel

1   ads.  What does this chart say about the way that
2   advertisers and publishers are connecting?
3   A    It says that the majority and increasing over the last
4   eight to ten years is actually direct connections.  So this
5   is EMARKETER data again.  But about three-fourths or more of
6   the connections are actually direct connections, not
7   indirect.
8           I should note that a lot of these are what's
9   called programmatic direct.  So it's a direct connection
10  between an advertiser and a publisher.  But using ad tech,
11  it's just going straight to the publisher's ad tech.
12  Q    So all the direct deals are not human beings talking to
13  human beings; some of it's through ad tech?
14  A    Yeah.  In fact, the majority of direct deals these days
15  are ad tech.  So that sometimes can be confusing, but it's
16  not old -- you know, it's not old manual transactions.  It's
17  tech.  Ads are targeted and served by tech.  It's just
18  directly between a publisher and advertiser have a direct
19  connection that uses that tech.
20          MR. ISAACSON:  All right.  Can we look at
21  DTX 1924.
22          MR. TEITELBAUM:  No objection.
23          THE COURT:  All right.  It's in.
24    (Defense Exhibit Number 1924 admitted into evidence.)
25  BY MR. ISAACSON:

                                                              86

Direct examination - M. Israel

1    Q    This is titled U.S. Indirect Display Ad Spending.  So

2    this is the other side of the coin.  It's EMARKETER data.

3            And when you look at this chart about the trends

4    in indirect and compare it to the previous chart on direct,

5    what does that say about substitution?

6    A    In recent years, dollars have been flowing from

7    indirect to direct.  And, again, a fair bit of that is

8    because of the growth -- of another important ad tech

9    development that's not in plaintiffs' markets, which is

10   in-house ad tech at publishers that allows direct

11   connections facilitated by ad tech.

12   Q    The Court has heard that direct sales can earn more

13   money than indirect sales.

14           In light of that, how can there be substitution?

15   A    I mean, it really is a fundamental tradeoff that

16   underlies a lot of the ad tech business, and certainly the

17   indirect ad tech business, which is -- and it's been

18   described correctly, I think.  A lot of indirect tech exists

19   to sell impressions that weren't sold by direct deals.  But

20   of course what is sold by a direct deal depends on how hard

21   you work -- how hard your salespeople work to go make

22   another direct deal.  So you're investing money in another

23   direct deal.

24           To the extent that indirect tech doesn't work as

25   well, becomes more expensive, it's not like you switch all

87

Direct examination - M. Israel

1    of it.  Again, none of this is complete.  But if the tech

2    doesn't work as well, then it's going to be worth -- the

3    return on investment is going to shift to favoring, you

4    know, working a little harder to make a few more direct

5    deals.

6         So nobody's going 100 or zero, but if the tech

7    doesn't work as well, you substitute more effort on getting

8    the last five or ten direct deals.  And, again, that means

9    dollars flow out of the ad tech provider's pocket.

10   Q    All right.  The Court has heard about enhanced Dynamic

11   Allocation.

12        What does enhanced Dynamic Allocation say about

13   whether there is substitution between direct and indirect

14   transactions?

15   A    Enhanced Dynamic Allocation was explicitly a Google

16   program to put direct and indirect sales in competition.

17   Right.  So the idea was don't just have the indirect stuff

18   that is sold via these ad tech methods, have a direct

19   comparison of the value of selling more indirect versus

20   direct, and go indirect if it's more valuable.  So it puts

21   them -- inside Google's ad tech puts direct and indirect in

22   direct competition, even though one part of that would be

23   left out of plaintiffs' market.

24   Q    And do plaintiffs include direct transactions in their

25   three market definitions and market shares?

88

1    A    I'm glad you asked just so I can clarify what I just

2    said.

3           So the answer is yes or no.  Direct sales are

4    included in their ad server, so when they do the ad server

5    sales and market shares, they include the direct sales that

6    are facilitated by the ad server, but they are not included

7    in their ad exchange or advertiser ad network markets.

8           Again, to me, that's another reflection of this

9    artificiality of dividing things up, because if you go

10   direct, you're not using any of the ad tech, so it really

11   should be in all those markets, not separately subdivided

12   that way.

13   Q    Can we look at DTX 1865.

14          MR. TEITELBAUM:  No objection.

15          THE COURT:  All right.  1865 is in.

16      (Defense Exhibit Number 1865 admitted into evidence.)

17   BY MR. ISAACSON:

18   Q    All right.  And now this is the distribution of the

19   United States DFP impressions by publisher use of direct and

20   indirect sales.  And it says direct only is 1.3 percent;

21   indirect only is 46.1 percent; and 52.6 percent is both.

22          So what is this data and what is this showing

23   about multi-homing?

24   A    So these are DFP data now because this is on the

25   publisher side, and this is saying that just over half of

                                                              89

Direct examination - M. Israel

```
 1   publishers are using both direct and indirect.

 2          So, again, it's not all, but there is -- this is

 3   sort of this marginal customer.  There are this large number

 4   of publishers who are using both, and therefore we know

 5   within the very logic of the DFP system because of EDA,

 6   there's a tradeoff, and generally they have both these

 7   options as options they use.

 8   Q   All right.  If I can ask you to look in your binder --

 9   and we won't put this on the screen, it's a third-party

10   document.  This is from Omnicom.

11          MR. ISAACSON:  So this has been produced by that

12   agent under seal.  And I move DTX 940.

13          THE WITNESS:  I'm sorry.  What was the number?

14          MR. ISAACSON:  940.  DTX 940.

15          THE COURT:  It's in the larger volume?

16          MR. ISAACSON:  Yes.

17          MR. TEITELBAUM:  Objection.

18          THE COURT:  All right.  It's in.

19      (Defense Exhibit Number 940 admitted into evidence.)

20   BY MR. ISAACSON:

21   Q   If we could just turn to page 20.

22   A   Sorry.  I still don't have it.  It's Volume 1?

23   Q   Yes.

24   A   940?

25   Q   Yes.
```

90

Direct examination - M. Israel

```
 1   A    I've got it.  Thank you.
 2   Q    And there's a chart there that has a start, and
 3   underneath it it talks about shifting certain spend.
 4        Would you explain what this document says to you
 5   regarding substitution between direct and indirect buying?
 6   A    Remind me of the page again.
 7   Q    Page 20.  Over on the left.  Not on the screen.  Not
 8   that that was that ...
 9   A    Okay.  So I see it, and I'm familiar with this.
10        So this is a pretty standard agency document where
11   they're talking to a client about what to do with their
12   money.  I talked earlier about they talk about moving it
13   between various types of ads.  Here they are recommending
14   shifting it out of -- basically I won't say all the words,
15   but out of indirect into direct.  So it's another version of
16   that sort of substitution.  They're basically saying in
17   order to maximize business results, which is what agencies
18   do, they are talking about shifting some more into direct.
19   BY MR. ISAACSON:
20   Q    All right.  Let's look at another chart, DTX 1847 from
21   your report.
22        MR. TEITELBAUM:  No objection.
23        THE COURT:  All right.  It's in.
24   (Defense Exhibit Number 1847 admitted into evidence.)
25   BY MR. ISAACSON:
```

91

Direct examination - M. Israel

1    Q    This is titled Google Fitbit Quarterly Display

2    Advertising Spend Distribution, and across the top this is

3    the distribution across Google Ads, DV360, YouTube, social

4    and direct.  This is Fitbit display advertising spend.

5            What is this chart discussing?

6    A    So we're switching gears a little.  This is now Google

7    as an advertiser, not Google as an ad tech provider.

8    Q    So Google is advertising its Fitbit product?

9    A    Correct.  And so it's looking at how over by quarter

10   where Google puts its money to advertise its Fitbit.  And

11   basically what we see is if you look across Google Ads,

12   DV360, putting it on YouTube, putting it in social media or

13   direct buys, the dollars are just moving around a lot.

14           So generally what it shows you is they are

15   shifting dollars around.  It's certainly consistent with all

16   the other evidence I've discussed on the record.  We see

17   companies again evaluating the relative performance of these

18   different types of advertising and shifting money around it,

19   and we see Google doing that.

20   Q    All right.  DTX 1931, please.

21           MR. TEITELBAUM:  No objection.

22           THE COURT:  All right.  It's in.

23       (Defense Exhibit Number 1931 admitted into evidence.)

24   BY MR. ISAACSON:

25   Q    Now, this is advertising spend by Google for when

Direct examination - M. Israel

1    they're advertising their Pixel phones; right?

2    A    Correct.  It's just the same story.  You see the

3    dollars moving around pretty dramatically from quarter to

4    quarter.  And, again, some of this, based on what you see

5    companies doing, is going to be driven by relative

6    performance.  Or at least, again, the record shows companies

7    evaluating relative performance, and here we see an outcome

8    being that they move money around.

9    Q    All right.  DTX 1932.

10             Now, this is --

11             THE COURT:  Any objection?

12             MR. TEITELBAUM:  No objection.

13             THE COURT:  All right.  It's in.

14      (Defense Exhibit Number 1932 admitted into evidence.)

15   BY MR. ISAACSON:

16   Q    This is where Google is advertising its Play store; is

17   that correct?

18   A    Correct.

19   Q    This is showing the same things we've just been

20   discussing?

21   A    Correct.

22   Q    Let's look at DTX 1848.

23             MR. TEITELBAUM:  No objection.

24             THE COURT:  It's in.

25      (Defense Exhibit Number 1848 admitted into evidence.)

93

Direct examination - M. Israel

```
 1    BY MR. ISAACSON:

 2    Q    Now, this is no longer Google advertising, this is

 3    Comcast; is that correct?

 4    A    Yes.

 5    Q    So this is Comcast Xfinity Internet display ad

 6    spending.  Their categories are DV360, other ad tech,

 7    direct, social, video and other.

 8             What does this show about substitution?

 9    A    So this is year by year.  So it doesn't bounce around

10    quite as much.  But we see Comcast when trying to advertise

11    its home Internet product has overtime been shifting -- been

12    substituting money towards social and video and away from

13    some other ad tech.

14    Q    All right.  Let's move on now to DTX 1928.

15             THE COURT:  Any objection?

16             MR. TEITELBAUM:  No, Your Honor.

17             THE COURT:  All right.  It's in.

18        (Defense Exhibit Number 1928 admitted into evidence.)

19    BY MR. ISAACSON:

20    Q    So now this is -- in the United States, Google's

21    Display Ad Revenue, 2008 through 2022.  This is from

22    EMARKETER.  So would you explain -- it's in dollars and

23    percentages.  And at the bottom, Google is at 10 percent.

24             Now, would you explain what the display ad revenue

25    is here and how these percentages are done?
```

Direct examination - M. Israel

```
 1   A    All right.  So this is -- the display ad revenue on the
 2   top is just the total amount of money that Google brings in
 3   from its display ad business.  This is all EMARKETER data to
 4   be consistent here.
 5          But it's the total amount of money that Google
 6   brings in from its display business.  That includes Google's
 7   ad tech, it also includes its own profits like YouTube.  And
 8   then the denominator is the total amount of money that's
 9   spent in the display ad business, which includes both the
10   amount that goes to publishers that's spent on the media and
11   the amount that's spent on the ad tech.
12   Q    So the display ad revenue, it's not just the ad tech
13   intermediary money, it's also when Google gets money for ads
14   on its owned-and-operated properties like YouTube?
15   A    Correct.  This whole -- all of this analysis is --
16   again, we talk about media and platforms.  So what goes to
17   the publisher is media, what goes to the ad tech is
18   platform.  So everything on here is the combined sum of
19   those dollars.
20          So basically advertisers spend some money, ad tech
21   providers get some, publishers get some.  This is that
22   entire universe.  And it says of that entire universe, the
23   amount that goes to Google, both in its role as a publisher
24   of YouTube and so on and in its role as a tech provider,
25   Google gets about 10 percent of the industry revenue.
```

95

Direct examination - M. Israel

1    Q    And the display ads included in this chart, we talked

2    before about the EMARKETER definition of display ads.  That

3    includes the social, retail, apps, connected TV; right?

4    A    Yes.  It's web, social, app, video, connected TV.

5    Q    All right.  And the 10 percent in 2022 for Google,

6    about how much of that is the money they take in because

7    people buy ads on YouTube?

8    A    About half.

9    Q    The -- so the chart shows Google's display ad revenue

10   going up significantly and the percentages declining.

11           What does that say to you about what's happening

12   with this alleged monopolist Google?

13   A    I mean, it says the industry output, as I would use the

14   term, the total amount that advertisers are spending on

15   advertising digitally is exploding, and Google is getting a

16   smaller portion of it.

17           So what that tells me, you know, if I look for

18   high-level evidence of monopolization, a company that

19   somehow has its thumb on the industry and controls

20   everything, if that's true, I would look for it taking in a

21   very large percentage of the revenue because it's got

22   something the industry can't live without.

23           When I see Google at 10 percent of the total and

24   declining, to me, Google is certainly taking a piece, but

25   it's not like Google is taking the majority.  The industry

96

Direct examination - M. Israel

```
 1    is actually growing much faster than Google's piece.

 2    Q    All right.  Can we -- going back to your first binder

 3    which has the business documents, Volume 1, DTX 571.

 4              THE COURT:  Any objection?

 5              MR. TEITELBAUM:  No, Your Honor.

 6              THE COURT:  It's in.

 7        (Defense Exhibit Number 571 admitted into evidence.)

 8    BY MR. ISAACSON:

 9    Q    This is from June 2018 a Google Display Network

10    leadership summit.  And if I can ask you to look at

11    page 13 -- well, that begins a section on market

12    competition.  And there's -- I won't go through all the

13    slides here, but, for example, on page 15, it says:  "Google

14    comprises approximately 40 percent of the U.S. digital ad

15    market."  This is back in 2018.

16              How does this -- what does this say to you about

17    how to look at an appropriate market in this case?

18    A    So this is Google looking at a single -- this would be

19    a single two-sided digital advertising market.  So this --

20    to make clear, this does not include the money going to the

21    publishers the way the last chart did; this is money going

22    to tech providers, but this is Google saying Google, here it

23    says 40 percent of a single combined two-sided ad tech

24    market.

25    Q    And let's look at DTX 1875.
```

97

Direct examination - M. Israel

```
 1                  THE COURT:  I'm sorry, 1875?

 2                  MR. ISAACSON:  Yes.

 3                  MR. TEITELBAUM:  No objection.

 4                  THE COURT:  All right.  It's in.

 5          (Defense Exhibit Number 1875 admitted into evidence.)

 6   BY MR. ISAACSON:

 7   Q    All right.  This is using EMARKETER data.  It's titled

 8   Google's Approximate Share in a Single Two-Sided Market for

 9   U.S. Display Advertising.

10               So now we're just talking about display

11   advertising; correct?

12   A    Correct.

13   Q    Okay.  And would you explain to the Court how these

14   calculations are done?

15   A    So this is EMARKETER data.  Again, it's similar to the

16   last chart where we saw Google as 10 percent.  But as I

17   said, that chart attributed dollars that went to the

18   publisher to the publisher.  This is saying let's focus just

19   on tech.  So the way we do that is we say -- we take any

20   money that went to the publisher, and we associate it with

21   the ad tech provider who facilitated that transaction.

22               So if Google -- if in a typical transaction

23   there's $1 that's spent and Google keeps 32 cents of it and

24   68 cents goes to the publisher, for example, in the last

25   chart we said Google gets the 32 percent -- 32 cents, and we
```

98

Direct examination - M. Israel

```
 1    divided that by the total.

 2            Here we say let's associate everything back to

 3    whoever was the tech provider who facilitated it all.  So

 4    let's take that 68 cents and give that to Google as well,

 5    because it facilitated the full dollar.  So when we do that

 6    and put all of it in terms of the ad tech providers, we say

 7    in this single two-sided U.S. display advertising tech

 8    market, Google has a 25 percent share, which has fallen from

 9    45 or 46 percent ten years earlier.

10    Q    All right.  And this is using once again the EMARKETER

11    definition of display advertising; correct?

12    A    Correct.

13    Q    Now, plaintiffs have proposed three markets, and you've

14    been talking about one single two-sided market.

15            Can't they all be potential markets?

16    A    I mean, not valid ones in my opinion.  Again, because

17    if you break things down by these components, then you miss

18    all the different ways that these paths compete.

19            I mean, one simple example I would use is if you

20    think about the fact that -- if you associate ad servers

21    just with publishers and say that's one piece, you miss the

22    fact that if the ad server doesn't work as well, if its

23    rules aren't as good, if it's too expensive, it might well

24    be advertisers who say we don't want to work with publishers

25    who use that ad server, we'll go work with Facebook.
```
                                                                99

Direct examination - M. Israel

```
 1              So the only way you're going to see substitution
 2  on both sides and the full effect of those shifts in the
 3  prices is to look at things in combination and ask the
 4  question what paths are competing with other paths and how
 5  do people find -- if tech is not working as well, how do
 6  people find their way around it.  That involves looking at
 7  choices on both sides and the full paths in combination, not
 8  piece by piece.
 9  Q    All right.  You talked at the beginning of your
10  testimony about ad tech that's not in the plaintiffs'
11  markets.  Let's talk about header bidding.
12              Do plaintiffs' markets include header bidding ad
13  tech?
14  A    No.
15  Q    And can we look at DTX 1898.
16              MR. TEITELBAUM:  No objection.
17              THE COURT:  All right.  It's in.
18      (Defense Exhibit Number 1898 admitted into evidence.)
19              MR. ISAACSON:  I'm sorry.  This has been admitted
20  before subject to me going through it with Dr. Israel.
21              THE COURT:  So there's no objection, so it's in.
22              MR. ISAACSON:  Yes.  Yes.  Yes.  Yes.
23  BY MR. ISAACSON:
24  Q    This is the Percentage of DFP U.S. Indirect Web
25  Impressions Won by Header Bidding from July 2018 to
```

                                                           100

Direct examination - M. Israel

 1   December 2022.

 2              Would you explain to the Court what the data is

 3   for this chart?

 4   A    Effectively this is DFP data.  So we can go into DFP.

 5   There's been a lot of discussion already.  You have the, you

 6   know, various auctions run in DFP, and you can see whether,

 7   you know, AdX won, whether a direct deal won, or whether a

 8   header bidding bidder won.

 9   Q    All right.  And the numbers rise from just over

10   25 percent to approximately 40 percent over this period from

11   2018 to 2022?

12   A    Yeah.  So header bidding is continuing to compete and

13   compete quite effectively to grow.  So despite allegations

14   made in the case, header bidding is doing quite well inside

15   DFP.  In fact, if you look in the recent years, header

16   bidding wins more inside DFP than AdX does.

17   Q    In fact, can publishers using DFP give access to every

18   one of their impressions to Amazon and Prebid header

19   bidding?

20   A    Sure.  That's been discussed in here.  I mean,

21   publishers can use inside DFP, have whatever exchanges they

22   want bid through header bidding and give all access to

23   header bidding.  They don't even have to use AdX to do that;

24   they could use DFP just entirely to run header bidding

25   auctions.

                                                              101

Direct examination - M. Israel

```
 1    Q    In the case that gets occasionally technical, our least
 2    favorite term may be GAM log-level data.
 3              But the -- is your chart, here does that use GAM
 4    log-level data?
 5    A    No.  This is DFP data so -- from which you can see
 6    things like who won the impression, but you don't have --
 7    the GAM-level log-level data is this data just from
 8    June 2023 that gives you all the details on every auction,
 9    like who bid, what was their bid.  It's auction by auction.
10              As you can imagine, that's massive data because
11    it's every auction and there's billions of them.  This is
12    summarized more up to the monthly level and gives you, you
13    know, who won.
14    Q    All right.  And what's the difference between this data
15    set and the GAM log-level data set with respect to your
16    ability to identify header bidding?
17    A    This data set uses what Google does in the ordinary
18    course of business to identify header bidding.  It's still
19    not quite perfect, but it's close.  So Google doesn't
20    necessarily know it was header bidding.  Remember, the way
21    header bidding works, it comes in through one of these
22    remnant line items and Google has to figure out was that a
23    header bidding win or not.  Increasingly they are.  But
24    Google does things like look for the way those line items
25    are configured, look at the name in the line item, and it
```

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

 1  has an ordinary course method to identify header bidding.

 2  This uses that, so it identifies most of them.  It might

 3  still be conservatively low, but it identifies most of them.

 4          The GAM log-level data doesn't have that.  In very

 5  few cases in the GAM log-level data can you tell it was

 6  header bidding.

 7  Q    To what extent, in your opinion, is header bidding a

 8  competitor to Google's ad tech?

 9  A    I think it's an extremely important competitor.  Right.

10  I mean, it lets -- I mean, it's been discussed a lot in

11  here.  It's the way -- it's one way the market is competing

12  vibrantly.  It lets publishers sell to whoever they want,

13  not AdX, using -- even if they're within DFP.  It lets

14  advertisers bid into auctions that are run in DFP.  It

15  really is a competitor for Google's ad tech entirely.

16  Q    And from your review, have you seen Google trying to

17  compete against header bidding?

18  A    Certainly.  Google competed with its Open Bidding

19  options.  You know, header bidding is a competitor for the

20  ad tech for running and winning these auctions.  Google is

21  trying to compete with that.  But we see here that header

22  bidding is doing quite well, growing.  And as I said, even

23  within DFP now, I believe currently you would see more

24  header bidding wins than AdX wins.

25  Q    And given that DFP gives access to every impression --

                                                              103

1   if a publisher wants to, a publisher could give, using DFP,

2   access to every one of their impressions to Amazon in Prebid

3   header bidding.  What does that tell you about the issue of

4   anticompetitive harm in this case?

5   A    Given the success -- the ongoing success of market

6   competition through header bidding, I mean, that's among the

7   most important facts to me in saying there's not

8   anticompetitive harm.  Because header bidding is inside DFP,

9   but it's other exchanges, other buy-side tools are competing

10  and winning actively for these auctions.  Right.  That means

11  other exchanges and other buy-side tools can run and win, it

12  means publishers can give access to whoever they want, they

13  don't have to give access to AdX.  This is active

14  competition for ad tech.  A lot of it's happening here, it's

15  happening inside DFP, but it's active competition with

16  Google's ad tech.

17  Q    Another topic is supply path optimization.

18       Could you explain what supply path optimization

19  is?

20  A    Supply path optimization is trying to -- it's basically

21  jumping over or combining some of the steps in the ad tech

22  path, as plaintiffs have described it.  So it might be a

23  buy-side tool, it doesn't go through an exchange, it bids

24  directly into an ad server, or an exchange goes directly to

25  advertisers, doesn't work with buy-side tools.

                                                            104

Direct examination - M. Israel

1    Q    And how does supply path optimization in this industry

2    impact your analysis of plaintiffs' market definitions?

3    A    I mean, it's a very good example of why I would say you

4    need to look at path-on-path competition, not components,

5    because components are going to miss supply chain

6    optimization.  If a buy-side tool bids directly and doesn't

7    go through an exchange, that's a perfectly valid path, but

8    it's not captured by the components.

9    Q    And what firms offer supply path optimizations?

10   A    I mean, one I would note from the start is that I'd say

11   any sort of in-house ad tech, like a Facebook, is basically

12   supply path optimization because it's doing everything

13   in-house in one form of tech.

14        Beyond that, though, you know, examples are that

15   we've heard about, The Trade Desk has a product called Open

16   Path, I believe, which is letting people go directly -- you

17   know, bid directly into auctions without going through an

18   exchange.  Criteo has a product called Direct Bidder, I

19   believe, that allows people to do the same thing.  I think

20   Yahoo, within the last year, has a similar offering that

21   lets people bid -- use a buy-side tool to skip an exchange.

22   Q    And is the Criteo Direct Bidder been around since 2017?

23   A    That sounds right.

24   Q    Okay.  And when you're talking about the tech within,

25   say, Meta or Amazon, in order to place -- in order for an ad

105

Direct examination - M. Israel

```
 1    to be served on Meta, do they have to have technology -- do
 2    they have to have server technology to do that?
 3    A     Yes.
 4    Q     Okay.  And when they run auctions, do they have to have
 5    technology to run the auctions?
 6    A     Yes.
 7    Q     And do they have to have bidding tools for the
 8    advertisers to place ads on their side?
 9    A     Yeah.  They have -- the Facebook Audience Network is a
10    bidding tool.
11    Q     All right.  And so when you're talking about TikTok and
12    Amazon and Facebook when they're doing -- selling
13    proprietary ads, you're talking about encompassing all of
14    that technology?
15    A     Yeah.  All of the ad tech is used.  So they're a
16    publisher with their own ad tech, and effectively they have
17    engaged in supply path optimization by integrating that into
18    one integrated stack.  It doesn't fit into the component
19    markets, but it's -- part of what makes them so strong is
20    that tech that they offer.
21    Q     All right.  And to what extent do plaintiffs ignore
22    supply path optimization tools that bypass other tools in
23    the market?
24          MR. TEITELBAUM:  Objection, Your Honor.  I think
25    we've geared into some significant leading at this point.
```

106

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - M. Israel

```
 1              THE COURT:  I don't think that was that leading.
 2   I'm going to overrule the objection.
 3              THE WITNESS:  So I would say that plaintiffs'
 4   market definitions just ignore the whole idea of supply path
 5   optimization.  Some of these players are in some of their
 6   markets, but by component, but they're ignoring the fact
 7   that these are paths that don't fit into the buckets as they
 8   define them.
 9   BY MR. ISAACSON:
10   Q    So what firms offer tools that bypass advertiser buying
11   tools?
12   A    So this would be exchanges connecting directly with
13   advertisers.  So examples would be PubMatic and Magnite.
14   Q    Okay.  Let's talk about geographic market.
15              MR. ISAACSON:  Or would you like me to do that?
16              THE COURT:  I think we'll take the break.
17              MR. ISAACSON:  Okay.
18              THE COURT:  All right.  We're on recess until
19   11:30.
20                   (A brief recess was taken.)
21              THE COURT:  All right.  Go ahead, Mr. Isaacson.
22              MR. ISAACSON:  One thing I neglected to say, Your
23   Honor, is I'm joined at counsel table by Erica Spevack.
24              THE COURT:  Good morning.
25              MS. SPEVACK:  Good morning.
```

107

Direct examination - M. Israel

```
 1   BY MR. ISAACSON:

 2   Q    Could we look at DTX 1877.

 3            THE COURT:  Any objection?

 4            MR. TEITELBAUM:  No objection.

 5            THE COURT:  It's in.

 6      (Defense Exhibit Number 1877 admitted into evidence.)

 7   BY MR. ISAACSON:

 8   Q    So this is titled AdX and Google Ad Share of DFP

 9   Indirect Web Display Non-Video Impressions, 2019 to 2022.

10            So this is -- you're looking at the web for -- and

11   for display ad impressions; is that right?

12   A    Correct.  And the indirect web display non-video is the

13   attempt to match the way that plaintiffs have defined the

14   market.

15   Q    Is this drawn from DFP data?

16   A    Correct.  So these are impressions -- non-video

17   impressions sold inside DFP.

18   Q    And so you have, for AdX and Google Ads, rest of world

19   and United States percentages there.

20            When it says rest of the world, are you at

21   least -- almost all excluding China?

22   A    Yeah.  I think it includes [sic] almost all of China.

23   There may be a few observations that couldn't be excluded,

24   but basically it excludes China.

25   Q    Okay.  So what does this chart show in your opinion
```

108

1    about the -- what should be the appropriate geographic

2    market in this case?

3    A    If you take a step back there, the question of

4    geographic market to me is not abstract; the question should

5    be what best informs competitive analysis, what market is

6    most useful in analyzing competition.  And what this tells

7    me is the shares are quite different between the U.S. and

8    the rest of the world.  But we see these lower shares in the

9    U.S. that accurately reflect shares in the U.S.  They

10   reflect the impressions, the competitive options in the U.S.

11           We see higher shares in the rest of the world,

12   which may say some competitors are weaker or there's

13   different competition in the rest of the world.  But the way

14   I would always look at it, that just means the rest of the

15   world is different.  We're trying to analyze competition in

16   the U.S., we should analyze competition in the U.S. and use

17   the shares in the U.S.

18           So this leads me to say we should have separate

19   geographic markets by -- certainly for the U.S. versus rest

20   of the world because the competitive conditions are

21   different, and we'll get a better analysis if we focus on

22   U.S.-specific data.

23   Q    And what's your opinion of what's the appropriate

24   geographic market to consider for this case?

25   A    I would look at the United States.

109

Direct examination - M. Israel

1    Q    And are there any other factors that inform your

2    opinion about why the United States would be the appropriate

3    geographic market?

4    A    I mean, it's -- there are reasons that make it make

5    sense that these shares look different.  If you think about

6    ad tech and what it has to do, it's going to be different

7    where there's different languages.  So there are other

8    countries -- non-English-speaking countries are going to

9    have different providers in them, and there may be some

10   languages that don't have as many people that speak them

11   that maybe not every firm is going to invest in serving, so

12   you may have fewer competitors.

13        There's also different regulations.  Europe, for

14   example, has GDPR, a data regulation that not every provider

15   may be able to deal with.  So it's natural to me that you

16   may see some other countries that have somewhat higher

17   shares, but that fact doesn't say anything about competition

18   in the U.S.

19   Q    All right.  The -- you were here this morning when

20   there was a discussion of the P&L statements of Google.

21        Can you please explain the difference between

22   economic profits and accounting profits or P&L profits?

23   A    Sure.

24        So it's -- a long big issue in economics is that

25   accounting profits don't match economic profits, and

110

Direct examination - M. Israel

```
 1    economic profits are what really tell economists about, you
 2    know, how well a firm is doing from an economic point of
 3    view that might inform questions like monopoly power.
 4           The basic difference really is that accounting
 5    profits tell you kind of the ins and the outs in the cash;
 6    they don't tell you about how much -- how many resources,
 7    how much capital was tied up to generate those profits.  So
 8    investors invest money in the company, the company has this
 9    pool of capital that it uses to try to make its accounting
10    profits.
11           Economists would say -- if you just tell them --
12    accounting profits, that doesn't really tell me much because
13    it's a lot different if I tied up $10 billion to make that
14    profit than if I only tied up $100 to make that profit.
15           So economic profits take the accounting profits,
16    basically, and subtract off the cost, the value of that
17    capital that was tied up.  So economic profits are lower,
18    generally, than accounting profits because they're basically
19    accounting profits minus the cost of capital.
20    Q    And the cost of capital is a way of measuring
21    opportunity costs in this situation?
22    A    Yes.  So, again, it's saying you generated X dollars in
23    your operating profits, but your investors gave you
24    $100 million to do it.  $100 million could have been used in
25    some other way, so is the return you're generating really
```

111

Direct examination - M. Israel

```
 1    worth it.

 2    Q    All right.  And so the Court -- I won't do this -- go

 3    through these again -- was pointed to in what years it was

 4    positive, what years it was negative, et cetera, and those

 5    are on P&Ls.

 6            If you were looking at those taken into account

 7    opportunity costs or economic profits, what would those

 8    numbers look like?

 9    A    I looked at this in my report, too.  They would all be

10    lower.  You would deduct off the cost of capital.  So what

11    that means is for those years, 2015 through 2017 where we

12    saw where the operating return was negative, then we have a

13    conclusion we can reach that the economic profit would be

14    even more negative.

15            So from that, I can conclude that for those years

16    when there's allegations that Google was a monopolist, it

17    doesn't look like it.  They're not generating any economic

18    profit.

19            For the later years when they were positive, I

20    can't really say because I don't have -- we don't have the

21    economic profit numbers.

22            So what I can conclude is there's several years

23    during the alleged monopolization period when Google was

24    earning negative returns, which, to me, is inconsistent with

25    monopoly power.
```

Direct examination - M. Israel

```
 1                THE COURT:  Are there ever times when the economic
 2     profits would be higher than the P&L profits, the P&L?
 3                THE WITNESS:  Not that I -- I mean, not that I can
 4     think of.
 5                There are times that the P&L profits are --
 6     various forms of P&L profits are just reporting something
 7     totally different and they're not really comparable, but if
 8     you have the right bottom line P&L profit, which is how much
 9     we made on a full all-in operating business, then I would
10     always teach my students economic profit is just that much
11     accounting profit minus the value of the capital you used to
12     accrue it.
13                THE COURT:  So it's always going to be lower or
14     possibly the same, but never above?
15                THE WITNESS:  Lower.  Because -- unless you're
16     somehow operating with no money, it's always going to be
17     lower.
18                THE COURT:  Yeah.
19     BY MR. ISAACSON:
20     Q    All right.  And did the profits that you were looking
21     at earlier today and have looked at in your study, were
22     those -- did those stand out to you just in terms of what
23     you see for industry profits across the United States?
24     A    I wouldn't say they stood out.  What stood out to me
25     was --
```

113

Direct examination - M. Israel

```
 1              MR. TEITELBAUM:  Objection to leading and vague.

 2              THE COURT:  Sustained.

 3   BY MR. ISAACSON:

 4   Q    All right.  So how did those profits compare to what

 5   you have seen in terms of margins from industry to industry

 6   in the United States?

 7              MR. TEITELBAUM:  Objection as to beyond the scope

 8   of expert report and also leading.

 9              MR. ISAACSON:  This is paragraph 578 of his expert

10   report.

11              THE COURT:  I'm going to overrule the objection.

12   You can answer the question.

13              MR. ISAACSON:  I'm sorry.  Footnote 587,

14   paragraph 427.

15              THE WITNESS:  I mean, I can just say those years

16   when they're negative, it stands out to me that they're

17   negative and the economic profits would be even lower.

18   That's not what I would see generally in a situation where

19   there's allegations of monopoly.

20   BY MR. ISAACSON:

21   Q    All right.  Let's talk -- so we've talked about what

22   you think is the appropriate way to look at these markets as

23   one single two-sided markets, but let's now talk about the

24   plaintiffs' individual three markets.

25              Notwithstanding your opinions, you did an
```

Direct examination - M. Israel

```
 1   evaluation of each of those three markets individually?
 2   A     Yes.  So my overall opinion is it should be a single
 3   market, but I did say what if I considered them separately
 4   using the standard tools of economics.
 5   Q     And if you assumed those three markets are valid, what
 6   in your opinion is -- as to whether they are two-sided
 7   markets?
 8   A     Even if I looked at them separately, I would still
 9   evaluate them as two-sided.  Every one of them is just a
10   step along the way that's connecting demand to a publisher
11   reaching an impression.
12   Q     All right.  Let's talk about publisher ad servers.
13              Did Professor Lee conduct a hypothetical
14   monopolist test, an HMT, for publisher ad servers?
15   A     Not a valid one, in my opinion.
16   Q     Would you explain why?
17   A     What I heard Professor Lee say -- and, again, the HMT
18   is a method economists do use to decide if a market
19   definition is valid.
20              But I heard Professor Lee say the way he tried to
21   do that was to compare or -- yeah, to compare the fees that
22   were charged in the market relative to what he called the
23   competitive level.  And I think he said because he claimed
24   that they were higher than the competitive level, that
25   indicated that would pass the HMT.
```

115

Direct examination - M. Israel

1   Q    So why isn't a comparison to a hypothetical competitive

2   price level the relevant standard?

3   A    There's really two reasons.  The first thing is the

4   competitive level as he's explicitly defined it comes out of

5   a textbook model called perfect competition in which price

6   would just equal marginal cost, which means the price of the

7   product would just equal the cost of selling one more unit

8   of the product.

9        In this industry, that's very low.  In an industry

10  like this that has big fixed end capital costs, firms would

11  never set price at marginal cost.  And so the price is

12  always going to be above that competitive level as defined.

13  And so you would say any market passes.  If you said my

14  market is each individual firm, you could then go look at

15  its price and say, look, that's above the competitive level

16  and say I have a market.

17       So that's really the first reason that comparison

18  doesn't work given the competitive level is never going to

19  be achieved or that definition of the competitive level is

20  never going to be achieved.

21       And the second what you really need to do is still

22  do the hypothetical monopolist test, which is in a conduct

23  case, compare the alleged market in a situation where it's

24  not alleged to be a monopoly to one where it is alleged to

25  be a monopoly and see if the prices are higher.  If the

                                                              116

Direct examination - M. Israel

```
 1    prices are significantly higher when it is alleged to be a
 2    monopoly, then maybe you have evidence that it passes the
 3    HMT.  But if they're not, then it fails the HMT.
 4    Q    With those comparisons, are those sometimes called
 5    real-world HMTs?
 6    A    Yeah.  So that would be an example of a direct or
 7    real-world application of the HMT.  In other cases, you
 8    don't have data from two different situations, and so
 9    economists have to use models to try to figure out would the
10    prices be higher in the two states of the world.  But if you
11    actually see prices with and without monopolization, then
12    you can directly compare and ask is the price higher.
13    Q    Did you see any modeling like that from Professor Lee?
14    A    No.
15    Q    What about what Professor Lee says is direct evidence
16    that informs market definition and market power?  Is that an
17    HMT?
18    A    No, not what he did.  Again, the direct evidence that I
19    saw was either this discussion of prices and how they
20    compare to the competitive level, which I've already
21    discussed, or he also mentioned certain actions by Google
22    that he said decreased quality below the competitive level.
23    That has even more of the same problem.  The competitive
24    level is not well defined there, and we haven't done a
25    comparison of what things look like with and without the
```

117

Direct examination - M. Israel

```
 1   alleged monopolization.
 2   Q    So, again, we're talking about publisher ad servers
 3   now.
 4           Does the evidence of DFP, that publisher ad
 5   servers, does the evidence of those fees in this case
 6   constitute direct evidence supporting a market or monopoly
 7   power?
 8   A    No.  In fact, the evidence on DFP fees to me is quite
 9   telling in the other way as far as doing this
10   component-specific market, because, you know, the allegation
11   is that DFP shares were quite high, and yet DFP prices are
12   very low and falling.
13   Q    The -- if we can -- oh, does DFP charge fees to all of
14   its publisher users?
15   A    No.  In fact, you have to reach a certain level, I
16   think it's 90 million impressions per year or something like
17   that in order to be charged fees.  Most publishers don't
18   reach that, so something like 85 to 90 percent are.
19   Q    Let me show you DTX 1954 so we can get that number.
20           THE COURT:  Is that already in, 1954?
21           MR. ISAACSON:  No, it is not in.
22           THE COURT:  Are you moving it in?
23           MR. ISAACSON:  Yes.
24           MR. TEITELBAUM:  No objection.
25           THE COURT:  All right.  It's in.
```

118

1      (Defense Exhibit Number 1954 admitted into evidence.)

2    BY MR. ISAACSON:

3    Q    All right.  This is the percentage of U.S. DFP

4    publishers paying ad serving fees, and it has 13.7 percent

5    paying ad serving fees and 86.3 percent not paying it.

6              So where is this data from?

7    A    These are directly from DFP as far as what publishers

8    are and are not paying fees.

9    Q    All right.  So I interrupted you so that you could say

10   the correct number.  Maybe you wanted to finish what you

11   were saying.

12   A    I said 85 to 90, so, fortunately, I had the range

13   right.

14             So 86.3 percent of the publishers are small enough

15   they actually pay zero.  So the vast majority of the

16   publishers are paying nothing for DFP.

17   Q    Can we look at DTX 1912.

18             THE COURT:  Any objection?

19             MR. TEITELBAUM:  No objection.

20             THE COURT:  All right.  It's in.

21      (Defense Exhibit Number 1912 admitted into evidence.)

22   BY MR. ISAACSON:

23   Q    This is DFP rate cards from 2006 to 2022.  The tallest

24   bar, the gray bar is 2006.  The green bar in the middle of

25   each thing is 2010.  And the light blue bar, the smallest

                                                        119

 1    bar, is 2022.  This is fee per thousand impressions across

 2    volume tiers at the bottom.

 3          Would you explain what this chart is showing?

 4    A    Yeah.  These are rate cards, meaning the actual listed

 5    prices for DFP.  This is just among the publishers who pay.

 6    So obviously it's just covering those who pay.  And then

 7    it's -- for those publishers, it's indicating what they pay.

 8    So if you look all the way across from left to right, you

 9    can see as you have more impressions, you pay less.  It's

10    like a volume discount.  But probably more importantly for

11    my purposes here, within each volume tier, you see the

12    prices are declining over time.

13    Q    Can we look at DTX 1977, which is a table from your

14    report.

15          THE COURT:  Any objection?

16          MR. TEITELBAUM:  No, Your Honor.

17          THE COURT:  It's in.

18      (Defense Exhibit Number 1977 admitted into evidence.)

19    BY MR. ISAACSON:

20    Q    All right.  This is titled DFP, AdX and Google Ads

21    Average Prices Over Time.  Right now we're just talking

22    about DFP.  So the first column has year, and then it says

23    DFP thousand dollars build units.

24          Could you explain what that is?

25    A    The DFP prices would be charged basically per thousand

                                                              120

Direct examination - M. Israel

```
1    impressions.  So this is the price -- this is the average
2    price in the data for -- of DFP across the publishers who
3    pay per thousand impressions.
4    Q    And what trend are you seeing with regard to those
5    prices?
6    A    Like we saw on the rate cards, they're declining.  And
7    I should note, these aren't adjusted for inflation, so if
8    you adjusted for inflation over time, they would be
9    declining even faster.
10   Q    All right.  And then in the third column, did you
11   convert the dollar figures into percentages so that we're
12   going to be able to compare those to take rates?
13   A    Yeah.  I mean, the percentage depends on the size -- or
14   the dollars in the impression, but using a $2 CPM
15   impression, I converted them into percentages.  So you can
16   see it fell from 1.7 percent to 1.3 percent.
17   Q    All right.  And do you have examples of publisher ad
18   servers who -- in providing services to third parties, that
19   have been ongoing since back to 2006?
20   A    Equativ.
21   Q    But ad servers have exited the ad tech space; haven't
22   they?
23   A    Yeah.  I think there's been a few exits since over this
24   time.
25   Q    All right.  So what does the evidence of that exit tell
```

121

```
 1   you about a real-world HMT?
 2   A    So if you were to apply the logic I gave earlier, you
 3   have an earlier point in time when there were more ad server
 4   competitors, you have today when there's been exits and an
 5   allegation that Google is a monopolist, has monopoly power,
 6   the HMT would say if this market is right and it's moved for
 7   more competitors to an alleged monopoly, prices should have
 8   gone up, but they've gone down.  So that would say this
 9   proposed market fails the HMT.  It must be missing some sort
10   of competition that's causing those prices to fall.
11   Q    All right.  So let's just talk about the options open
12   to publishers, not the two-sided market with respect to
13   publisher ad servers.
14           How can web publishers substitute to ad servers
15   for apps?
16   A    Right.
17           So there definitely are different and more options
18   for apps.  And so if I'm a publisher, say I'm the New York
19   Times or a smaller publisher even, today many of them,
20   probably most of them, have apps as well.  And they can
21   shift more of their content to apps, they can encourage
22   their users to go to the apps, they can -- I mean, generally
23   they can try to shift their focus from the web to the app,
24   at least their focus for where they're putting much of their
25   content and where they're encouraging their users to go.
```

Direct examination - M. Israel

```
 1   Q    And from your investigation, what are publishers doing
 2   to move users to apps and away from websites?
 3   A    I mean, there's lots of examples from -- I mean, nearly
 4   every publisher -- I see it in my day-to-day life, too.
 5   They offer you incentives to go to the app.  If you go to
 6   the website, we recently went to PayPal, it says wouldn't
 7   you rather use the app.  I think Chick-fil-A has offered
 8   free sandwiches if you use the app.
 9          So generally, again, for various reasons, because
10   they find the monetization, they find the performance better
11   on the app, they offer incentives and encourage people to go
12   to the app.
13   Q    And amongst the major publishers of the world, how many
14   are using apps as well as web content?
15   A    I mean, I don't have -- I don't recall an exact count,
16   but the vast majority of major publishers today have apps.
17   Q    What does the fact that web publishers can shift
18   content to their apps and push users to their apps tell you
19   about whether that can strain prices for publisher ad
20   servers in this case?
21   A    Yeah.  So it's a way that publishers can shift more of
22   the impressions they're selling, more of their advertising
23   business to the app.
24          So if it were the case that they said Google is
25   acting in a way I don't like on DFP, it's not profitable,
```

123

Direct examination - M. Israel

```
 1    then they can say, well, that's one reason why I might
 2    prefer to be on an app or I can use a different app ad
 3    server.  Again, the reason they're moving people to the apps
 4    is because they find them a better, more profitable way in
 5    many cases to run the business, and one example of that
 6    would be to avoid practices by an ad server they don't like
 7    on the website.
 8    Q    And you discussed before the issue of some substitution
 9    versus 100 percent substitution.
10          How does that fit here?
11    A    The government I think has said these guys have
12    websites and they're going to run ads on their websites.
13    And I'm not denying that at all.  I'm not saying they shift
14    entirely to the app.
15          The point is, they can shift more volume to the
16    app.  They can do exactly this behavior where they encourage
17    people to go to the app, they can put more of their articles
18    on the app, so more of their ad business is on the app.  And
19    that's substitution.  That means if I'm Google and I
20    don't -- you know, I don't treat DFPs as well, more and more
21    of the impressions are going to go to the app.
22          And again, when that happens, that's entirely
23    different ad tech.  Right.  So Google is not going to have
24    those people in the web universe where they've alleged to be
25    a monopolist.
```

124

```
 1              THE COURT:  But for very small companies, don't
 2    you still have to have some in-house technology or
 3    technologists who could set up the app for you?
 4              THE WITNESS:  You would have to set up an app.
 5    There are third parties who set up an app.  And I don't want
 6    to get beyond -- I would agree there has to be some
 7    technology to set up an app.  I think it's similar you have
 8    to have technology to set up a web page.  So I would agree
 9    that if there are publishers who don't have an app, then the
10    step would be set up an app.  There are consultants who do
11    that.
12              THE COURT:  But it's a cost.
13              THE WITNESS:  If you don't have an app at all,
14    then it would be a cost to set one up.  I don't disagree
15    with that.  But if you have an app, then the decision --
16    it's still something you have to do, but the decision is to
17    try to shift your focus to that.  I think it's fair to say
18    that this would be an option for many publishers.
19              I mean, I think an important point there, just
20    quickly, is as long as a lot of publishers have this option,
21    then when Google is thinking about what do I do to DFP,
22    Google has to worry about those -- it's still a constraint
23    on Google because they have to worry about the publishers
24    who would switch.
25              So I take the point that not every publisher can
```

125

Direct examination - M. Israel

```
 1   necessarily do it, but when Google thinks about what's the
 2   cost to not behaving well, they have to worry about the
 3   publishers who could.
 4   BY MR. ISAACSON:
 5   Q    All right.  In-house ad servers.  Plaintiffs do not
 6   include in-house ad servers in the market; correct?
 7   A    Correct.
 8   Q    Okay.  And what is an in-house ad server, just to be
 9   clear?
10   A    It's an ad server that -- generally a large company
11   here, but a company runs its own ad server.
12   Q    Okay.  What are some social media and retail companies
13   that have built their own in-house ad servers?
14   A    Facebook and Amazon, quick examples.  We've talked
15   about this already.  They have their own ad tech, including
16   their own ad server.
17   Q    And are there examples of firms that have switched away
18   from DFP to their own ad servers?
19   A    So Amazon is one example of a company that used to be a
20   DFP client that took it in house.
21   Q    Is that about 2015?
22   A    That sounds right.
23        Other examples are Reddit, Snapchat, and I'm
24   forgetting the last one, but those are the ones I can think
25   of.
```

126

1   Q    All right.  And when those publishers switch from DFP

2   to their own in-house ad servers, they moved from being in

3   this plaintiffs' market to outside the market.  That's the

4   way this works?

5   A    Right.  They were buyers inside the market, and the way

6   plaintiffs have defined things, they would have then become

7   outside the market.

8   Q    And how do these in-house ad servers from major

9   players, what constraint do they have on DFP's asserted

10  monopoly power?

11  A    I mean, this is an even more extreme example of what I

12  was discussing with Your Honor.

13       I'm not saying that every company is going to run

14  an in-house ad server at all, but if you think about Google

15  operating its business and what competitively constrains it

16  and what rules it applies to DFP and how it operates DFP,

17  the possibility that it's going to lose an Amazon or a

18  Reddit or a Snapchat or a TikTok or, you know, any of those,

19  that's an enormous number of impressions.

20       So when Google is thinking from its side what

21  constrains my behavior in terms of DFP, the fact that you

22  could lose companies that make up so much of the business --

23  right, the business is about matching to impressions, and

24  the largest companies can take so many impressions away,

25  that's a big constraint, in my view, on Google in terms of

127

Direct examination - M. Israel

```
 1    how it operates.  It has to make DFP good enough that it
 2    doesn't keep losing these guys to self-service.
 3    Q    All right.  I would like to look at DTX 1872, which is
 4    redacted.
 5           MR. ISAACSON:  Off the screen, Matt.  Redacted.
 6    Oh, this is the redacted version.  Oh, thank you.
 7           MR. TEITELBAUM:  No objection.
 8           THE COURT:  It's in.
 9      (Defense Exhibit Number 1872 admitted into evidence.)
10    BY MR. ISAACSON:
11    Q    So this is Google's publisher ad server share,
12    including selected in-house ad servers by approximate U.S.
13    ad spending.  And at the bottom is Google, and at the top is
14    other.
15           And so the selected in-house ad servers are some
16    of the names that are redacted there, but the point is that
17    at the top, there's a group of in-house publisher ad
18    servers; is that right?
19    A    Yes.
20    Q    And these are major publisher -- these are major
21    companies; right?
22    A    Yeah.  The sort I was discussing.
23    Q    Right.  And -- so but it's not all publisher ad
24    servers, this is not a representation of all the impressions
25    in all the in-house publisher ad servers; correct?
```

                                                              128

Direct examination - M. Israel

```
 1   A     No.  This is -- everything for Google, and then it has
 2   a set on which I had access to third-party data that would
 3   give their impressions.
 4   Q    All right.  So what does this chart show with respect
 5   to the impact of plaintiffs' exclusion of in-house ad
 6   servers from their market?
 7   A     Again, it's making the point I made before that these
 8   guys are taking them in-house, they're providing them to
 9   themselves.  But even just this set that has taken -- have
10   taken them in-house account for much more ad spending than
11   is on DFP.
12          So the -- again, not everyone can do this, but the
13   set of publishers who can discipline Google greatly in the
14   language economists use.  Google has already lost enormous
15   amounts, the majority of the spending away from DFP because
16   people have switched away.
17   Q    All right.  Let's look at DTX 1873.
18               THE COURT:  Any objection?
19               MR. TEITELBAUM:  No objection.
20               THE COURT:  Okay it's in.
21       (Defense Exhibit Number 1873 admitted into evidence.)
22   BY MR. ISAACSON:
23   Q    So this is titled Google's Share Amongst Publisher Ad
24   Servers for all U.S. Display Advertising, 2019 to 2022.
25               So when it refers to display advertising, this
```

Direct examination - M. Israel

```
 1   would again refer to the EMARKETER definition of display

 2   advertising?

 3   A     That's correct.

 4   Q     Okay.  And would you explain how this chart was

 5   calculated?

 6   A     Sure.

 7         So this chart uses EMARKETER spending data as the

 8   denominator.  So, again, it's all display advertising.

 9   Q     So these are all display ads that need to be served by

10   technology?

11   A     Right.  Every display ad ultimately is served by

12   something.  It has to be -- that's the way digital and

13   display ads work.  So it has to be served.

14         So this is asking of all the spending on display

15   ads that have to be served, what percentage of that spending

16   is served by DFP, by a Google server.  And you can see the

17   number is 30 percent.  So out of all the display spending,

18   if we include social and video and connected TV and app and

19   so on, out of all that spending, only 30 percent is running

20   through Google.

21         And I should clarify what I said.  This is -- it

22   includes Google's DFP, it also includes Google's own.  So

23   the Google number is what it's serving through DFP, what

24   it's serving through, say, AdMob and AdSense, and what it's

25   serving itself like on YouTube.  So everything that Google
```

130

Direct examination - M. Israel

 1   serves is less than one-third of the total industry.

 2   Q    So based on your review of the evidence for publisher

 3   ad servers, what is your opinion about whether Google has

 4   monopoly power?

 5   A    Yeah.  I conclude it does not.  These shares to me are

 6   quite telling.  Google is only serving less than a third of

 7   the total ad server -- of the total display market.

 8        Again -- and I think the shares alone tell you, I

 9   think that the threat from going to apps, plus the threat

10   from going in-house, plus the two-sided threat that if the

11   ad server doesn't work well, advertisers might find that an

12   unattractive place to buy impressions.  All of those things

13   lead to Google actually facing substantial competition from

14   those various options, as reflected in these low shares.

15   Q    Okay.  Let's talk about ad exchanges.  The ad exchange

16   market offered by plaintiffs.

17        Did Professor Lee conduct a hypothetical

18   monopolist test for ad exchanges?

19   A    Again, not a valid one.

20   Q    And would you just explain that?  I think you explained

21   that before, but explain why that would apply here.

22   A    It's the same point.  He indicated that he was

23   comparing -- he would say the prices were above a

24   competitive level and that would provide direct support for

25   the market, but for all the reasons I explained before,

                                                            131

Direct examination - M. Israel

```
 1   that's not a valid comparison or a valid form of the test.
 2   Q    What about Professor Lee's direct evidence here, what
 3   did he offer?
 4   A    Again, it was a combination of saying the fees were
 5   high and saying there were -- some of the conduct here
 6   indicated that Google had degraded quality below the
 7   competitive level, but that's still the same point.  That
 8   competitive level is not well defined as a comparison, and
 9   it's not doing the test where the test is are prices higher
10   with an alleged monopoly than in a non-monopoly situation.
11   Q    Can we look at DTX 1888.
12              THE COURT:  Any objection?
13              MR. TEITELBAUM:  No objection.
14              THE COURT:  Okay.  1888 is in.
15      (Defense Exhibit Number 1888 admitted into evidence.)
16   BY MR. ISAACSON:
17   Q    So this is AdX fee trends from 2014 to the end of 2022.
18   There's two lines on this chart, one is for Open Auction,
19   and the lower line is for all transaction types.
20              This is Google data; is that right?
21   A    Correct.  This is AdX data.
22   Q    Okay.  Would you explain those two lines?
23   A    The 20 percent number that's been said I think in the
24   trial, that's what Google charges for Open Auctions.  So for
25   like the -- an auction run on AdX.
```

132

Direct examination - M. Israel

 1            The all transaction types brings in other

 2    transactions that run through AdX.  Most importantly, AdX

 3    has -- facilitates a lot of programmatic direct

 4    transactions, where it's not an auction, it's actually a

 5    direct deal, just runs -- it just facilitated through AdX.

 6    Again, that would not be in plaintiffs' market.

 7            So what you're seeing is that the -- the overall

 8    average is pulled down by the fact that people are more and

 9    more over time using that direct option.

10    Q    All right.  Let's look at DTX 1977.  This was admitted

11    earlier.  And we talked about DFP.  In the middle there's a

12    column for AdX Open Auction.

13            So that's -- AdX Open Auction, you're using the

14    upper line from the previous chart; right?

15    A    Yes.

16    Q    And so it's 20 percent for these years.

17            What is this -- how do these price trends relate

18    to the issue of doing real-world hypothetical monopolist

19    test for ad exchange?

20    A    I mean, it's been 20 percent throughout.  In fact, the

21    20 percent goes back to when DoubleClick owned AdX when

22    Google hadn't even acquired it.  So we've had a price at

23    20 percent from even before Google had AdX to today when

24    there's an allegation that it's now a monopolist.

25            So it's just like I said for ad servers, you see

133

1   an alleged monopoly situation in the market, and you see a

2   time when DoubleClick had it and it was described as

3   nascent, and yet the price has not gone up.

4          According to the HMT, if you move from

5   competitive -- which I would say nascent is not a

6   monopoly -- to a monopoly situation, the HMT would say

7   prices should go up.  They have not.  So it fails this

8   version of the HMT.

9   Q   All right.  Could we look at DTX 1863.

10          MR. TEITELBAUM:  No objection.

11          THE COURT:  All right.  It's in.

12     (Defense Exhibit Number 1863 admitted into evidence.)

13   BY MR. ISAACSON:

14   Q   All right.  This chart is titled Professor Lee's

15   Exchange Share Estimates Indicate Significant Competition.

16   The upper red line is third-party exchanges, and the lower

17   line in blue is AdX.

18          What -- where did you get the data for this chart?

19   A   This is data from Professor Lee's report.  I compute

20   very similar numbers myself, but he had this chart going

21   month by month -- or quarter by quarter, I think -- maybe

22   month by month over time, so I used his data.

23   Q   So, to be clear, this is not how you would calculate

24   market shares, but this is how Professor Lee calculated

25   shares for ad exchanges for open-web display advertising?

134

Direct examination - M. Israel

```
1   A    Correct.  I would, as we discussed, include many more
2   offerings and two-sided and so on.  But this is a
3   calculation of what the share would look like if you defined
4   the market as just ad exchanges and just for open web,
5   indirect and non-video.
6   Q    What does Professor Lee's data tell you about whether
7   AdX has monopoly power?
8   A    It tells me that even in the market as defined, again,
9   which I disagree with and think it's leaving out even much
10  more competition.  But even in the market as defined, AdX's
11  share has fallen to, you know, close to 30 percent over
12  time.  So that's not consistent with AdX being -- you know,
13  the fact that it's so low and has fallen doesn't support a
14  claim that AdX has monopoly power.
15  Q    Okay.  With respect to the upper line, the other
16  third-party exchanges, it's been said that those other
17  exchanges are smaller than AdX.
18        How does that affect your opinion on this issue of
19  monopoly power?
20  A    It doesn't.  If anything, it reinforces it.
21  Competition economics generally finds markets with lots of
22  small competitors to be quite competitive markets.  There's
23  lots of small players.  It indicates that small players can
24  continue to compete.  You know, they're not somehow unable
25  to because they're too small.
```

135

Direct examination - M. Israel

1              So I would call that a situation with vibrant

2    competition where lots of small players can compete, they

3    can bid into header bidding, and AdX faces all of that

4    competition.

5    Q    Are there new exchanges that have joined the industry

6    since 2020?

7    A    I think one example is Vox.  I think that is pulled

8    together as some publisher inventory and formed an exchange.

9    Q    All right.  Can we look at DTX 1904.

10             THE COURT:  Any objection?

11             MR. TEITELBAUM:  No objection.

12             THE COURT:  It's in.

13       (Defense Exhibit Number 1904 admitted into evidence.)

14   BY MR. ISAACSON:

15   Q    All right.  Now this is titled DFP Publisher

16   Multi-Homing Across Exchanges.  And 67 percent are four or

17   more, 18 percent are three or more, the pale color is two or

18   more and then gray is 6 -- 6 percent is one.

19             Would you explain -- is this DFP data?

20   A    Correct.  These are DFP data reflecting how many

21   exchanges the publisher -- the publishers in DFP are using.

22   Q    And what does this tell you about the issue of

23   multi-homing?

24   A    That publishers are multi-homing.  Again, think back to

25   what we've discussed in DFP, publishers are taking demand

                                                              136

Direct examination - M. Israel

```
 1    from various sources, and it says most of them are not just

 2    using AdX, for example, they're using multiple exchanges.

 3    Q    Does this data capture all the exchanges used by DFP

 4    publishers?

 5    A    Not quite, no.  It goes back to this issue with header

 6    bidding.  So to the extent other exchanges are getting in

 7    through header bidding, the ordinary course DFP data can

 8    capture -- figure out who the exchange is in most of those

 9    cases but not all.  So the multi-homing is probably slightly

10    larger than is reflected here.

11    Q    All right.  Can we look at DTX 1868, which is in

12    evidence, according to my notes.

13    A    Okay.

14    Q    It doesn't seem plausible this is in evidence.

15              MS. WOOD:  It is.

16              THE COURT:  It is.

17              MR. ISAACSON:  Okay.

18              THE COURT:  It's been a long trial.

19              MR. ISAACSON:  Yes, I know.

20    BY MR. ISAACSON:

21    Q    Google's share -- it's titled Google's Share Among Ad

22    Exchanges for all U.S. Display Advertising, 2019 to 2022.

23              Yeah, I did put this into evidence.

24              The chart refers to Google's share amongst ad

25    exchanges.
```

137

```
 1              How are you defining ad exchanges for this chart?
 2   A    An ad exchange is any ad -- part -- any part of ad
 3   tech, any ad tech that runs an auction or facilitates a
 4   direct sale.
 5   Q    So this includes social, retail, Amazon, apps,
 6   connected TV, the categories you've been talking about?
 7   A    Yeah.  Just like we said for ads have to be served,
 8   it's somewhere in the ad tech, it has to facilitate the
 9   auction or the direct sale.
10   Q    The notes say you include, though, AdX, AdSense, AdMob
11   and YouTube and other O&O display.
12              Would you explain that?
13   A    They fit that definition.  They are all -- in order to
14   facilitate the transaction, they are all either running
15   auctions or facilitating direct sales.
16   Q    And what do these shares tell you about the issue of
17   whether Google has monopoly power over exchanges?
18   A    It's similar to what we saw for the ad servers.  This
19   says that only -- if you take all the U.S. display spending
20   in the country, only 17 percent runs through Google.  And
21   that includes not just AdX, but as we said, AdSense, AdMob
22   and Google's O&O.
23              So 83 percent of the display is being exchanged,
24   being sold through a non-Google exchange.  So that tells me
25   Google is actually quite small once we consider all of these
```

138

Direct examination - M. Israel

```
 1   options, along with the constraints I've talked about
 2   otherwise in terms of direct sales and all the other options
 3   that tells me -- that's inconsistent with Google having
 4   monopoly power.
 5   Q    Can we look at DTX 1949 from your report.
 6              THE COURT:  Any objection?
 7              MR. TEITELBAUM:  No objection.
 8              THE COURT:  It's in.
 9       (Defense Exhibit Numbers 1949 and 1949A admitted into
10                           evidence.)
11              MR. ISAACSON:  This is partially redacted to
12   anonymize some companies.  And I guess with each one of
13   these, Your Honor, we'll have the --
14              THE COURT:  The number and the A?
15              MR. ISAACSON:  And the A, yes.
16   BY MR. ISAACSON:
17   Q    Is this the same data, but it now identifies some of
18   the companies having shares in a pie chart for the year
19   2022?
20   A    Yes.
21   Q    Okay.  To sum it up, what is your opinion about whether
22   Google has monopoly power in a market for ad exchanges?
23   A    I conclude, for the reasons I've given, that it does
24   not.
25   Q    Okay.  Let's now talk about the advertiser ad network
```

139

1    market in Google Ads.

2           Did Professor Lee conduct a valid hypothetical

3    monopolist test for his advertiser ad network market?

4    A    No.

5    Q    Why do you say that?

6    A    In this case, the answer is slightly different.  It's

7    not just the same as the last two.  For advertiser ad

8    networks, he discussed some experiments that Google had run

9    where Google experimented with possibly raising the price

10   for Google Ads.

11   Q    Is this the 2014 and 2018 experiments?

12   A    That's right.  And he indicated that those experiments

13   said that Google could raise its price profitably.  So he

14   concluded that that meant that it satisfied the hypothetical

15   monopolist or showed power.  But what we know is Google --

16   whatever those experiments said, Google didn't actually

17   raise the price.

18           So I actually reached the opposite conclusion,

19   which is if the experiment based just on Google Ads said

20   Google could raise the price, but Google chose not to,

21   something else constrained Google from thinking that was

22   optimal.  That other constraint that led Google to leave the

23   price unchanged could be a two-sided concern, but in any

24   case, it's the sort of thing I'm talking about that's left

25   out when you look at these markets one by one.

                                                            140

```
 1   Q    Could we look at DTX 1889.

 2              MR. TEITELBAUM:  No objection.

 3              THE COURT:  All right.  It's in.

 4        (Defense Exhibit Number 1889 admitted into evidence.)

 5   BY MR. ISAACSON:

 6   Q    Okay.  This is a chart from your report, and over on

 7   the left it goes from 0 to 5 percent to 10 percent to

 8   15 percent to 20 percent and then charts Google Ad fee

 9   trends.

10              Can you explain what this chart is?

11   A    Yeah.  So these are from Google Ads data looking at the

12   fees charged by Google Ads, as it says.  These bounce around

13   a lot because, I think as has been discussed, the Google Ads

14   fees are sort of derived from each specific transaction.  So

15   it's not just one number, so it bounces around, and we see

16   it sort of bouncing around above and below the 14 percent.

17   Q    And we only have this data from about July of 2015; is

18   that right?

19   A    That's when the underlying Google Ads data starts.

20   Q    All right.  Can we look at PTX 1401.

21              THE COURT:  P, as in plaintiff?

22              MR. ISAACSON:  P, as in plaintiff.

23              THE COURT:  1401.

24              MR. TEITELBAUM:  If it's not in, no objection,

25   obviously.
```

```
 1              THE COURT:  All right.  It's in.

 2         (Plaintiff Exhibit Number 1401 admitted into evidence.)

 3    BY MR. ISAACSON:

 4    Q    All right.  Now, Professor Lee took -- the last one

 5    went in 5 percent increments, and Professor Lee what he's

 6    done here is, with the upper line, done this in 2 percent

 7    increments.  It's the same data; is that right?

 8    A    Yeah.  It's the same data.  He also put DV360 on here.

 9    But leaving that to the side, it's just the same data.  His

10    chart just nicely has finer gradations.

11    Q    Right.  And I actually sort of like this chart better,

12    which is why I'm showing it.  Because of the 2 percent

13    increments, it's easier to see some of the movements.

14              So what do we know about Google Ad prices from

15    August 2015 through November '22?

16    A    Again, as I've said, they've bounced up and down I

17    think sort of around 14 percent.  In recent times, they've

18    maybe fallen somewhat below that, but certainly they have

19    not gone up.

20    Q    All right.  So now let's go back to DTX 1977.  So we've

21    talked about various columns here.  Now there's a column for

22    Google Ads and starting at 14 percent and ending at

23    13 percent.

24              Now, in the year 2014, you have 15 percent listed

25    there.  Did you have data for that?
```

```
 1    A     No.

 2    Q     So at the bottom of sources, the last line is a Bates

 3    stamp number, and it says for 2014 Google Ads fee.

 4          That was your source for the 15 percent?

 5    A     Correct.

 6    Q     Okay.  Now, did you know when this column was created

 7    that that document was an experiment?

 8    A     No.  That's the experiment we were discussing.  But at

 9    the time when I created this, I didn't realize that that

10    price change was just the experiment.  It makes sense now

11    because it just blips up once and then is 14 everywhere

12    around it, but I did not know that at the time.

13          MR. ISAACSON:  And for the record, that was the

14    experiment admitted at PTX 1808 that's that Bates number on

15    the page.

16          THE COURT:  All right.

17    BY MR. ISAACSON:

18    Q     All right.  The term advertiser --

19          MR. ISAACSON:  You can take that down, Matt.

20    BY MR. ISAACSON:

21    Q     What are advertiser ad networks?

22    A     It's not a term that I generally use, but it's -- I

23    guess I can say broadly it's an example of a buy-side tool.

24    The plaintiffs have defined it as one example of a tool that

25    advertisers use to buy ads.
```

143

```
 1   Q     Are there other buying tools that Professor Lee has
 2   excluded from his market of advertiser ad networks?
 3   A     Yeah.  There's a broader set that he's defined, and
 4   generally I would refer to the set as DSPs, demand-side
 5   platforms.
 6   Q     And so DSPs are a type of buying tool excluded from his
 7   markets?
 8   A     Correct.  I have often referred to all of them as DSPs,
 9   but in the distinction Professor Lee and plaintiffs are
10   making, there's these advertiser ad networks, and then
11   there's a broader class of DSPs.
12   Q     All right.  Can we look at DTX 1971 from your report.
13            THE COURT:  Any objection?
14            MR. TEITELBAUM:  No objection.
15            THE COURT:  It's in.
16      (Defense Exhibit Number 1971 admitted into evidence.)
17   BY MR. ISAACSON:
18   Q     And this table is titled Google Ads and DV360 Spending
19   by Advertiser Side for 2022.
20            At the top for Google Ads, you'll see there is
21   percentages over on the right.  So, for example,
22   95.7 percent spent more than $10,000, and 80.9 percent spent
23   more than $500,000.  That's in Google Ads.  In DV360, spent
24   more than 100,000, 98.9 percent, spent more than 500,000,
25   96.9 percent.
```

144

Direct examination - M. Israel

1             So where is this data drawn from?

2    A    Google Ads data and DV360 data.

3    Q    And what does this table show regarding the size of

4    advertisers that are using Google Ads and DV360?

5    A    Just to be clear at the start, DV360 is certainly an

6    example of a DSP left out of plaintiffs' market.

7             This shows that in both cases for Google Ads and

8    DV360, the vast majority of the dollars in revenue that they

9    bring in -- the spend that they bring in is coming from very

10   large advertisers.

11            So although Google Ads has more small advertisers,

12   if you look at the -- it's .1 -- it's one tenth of 1 percent

13   of these advertisers are the ones that spend more than

14   $1 million, but they're accounting for three-quarters of the

15   spending.

16   Q    So, to be clear, when the Court was shown information

17   about Google Ads' advertisers who were only on Google Ads

18   and not DV360, that wasn't the dollars being spent, that was

19   just the number of advertisers?

20   A    That was the number of advertisers.  I mean,

21   ultimately, again, the money Google makes, which is what

22   drives Google, is based on a percentage of the spend.  And

23   so the vast majority of that is coming from these very large

24   advertisers.

25            That matters to your question because I think to

145

Direct examination - M. Israel

 1   recognize that very large advertisers also use DSPs, they're
 2   the ones who easily can use DSPs.  And so, again, if you
 3   think about Google trying to raise the price or do
 4   something, you know, harmful to Google Ads, even if just the
 5   large advertisers could switch to a DSP, that would account
 6   for the vast, vast majority of the revenue, making it a
 7   large constraint on Google.
 8   Q    All right.  Could we look at DTX 1970.
 9            MR. TEITELBAUM:  No objection.
10            THE COURT:  All right.  It's in.
11     (Defense Exhibit Number 1970 admitted into evidence.)
12   BY MR. ISAACSON:
13   Q    Okay.  This is AdX U.S. Spending Patterns for Selected
14   Advertisers.
15            So over on the left, there's a list of advertisers
16   and then columns for AdX spending via Google Ads, and then
17   AdX spending via third-party buying tools, and then
18   third-party buying tools with the largest increases.
19            So is this AdX data?
20   A    It's using AdX data to see examples of advertisers who
21   are spending money on Google Ads and also on third-party
22   buying tools.
23   Q    So just looking at the column percentage change, AdX
24   spending via Google Ads.
25   A    Yes.

                                                             146

Direct examination - M. Israel

```
 1   Q    And then the percentage change for the third-party

 2   buying -- third-party buying tools.  Say that three times

 3   fast.

 4           Would you explain what this shows?

 5   A    Again, these are examples, to be clear.  These are

 6   selected examples, but just to show situations where, you

 7   know, buyers who are buying through AdX are -- between

 8   Year 1 and Year 2 are greatly reducing the amount they buy

 9   via Google Ads, and greatly increasing the amount that they

10   buy through a third-party tool.  So it appears from the data

11   that these advertisers have substituted away from Google Ads

12   and towards the third party.

13           And I would note that many -- most of these

14   third-party tools are not in plaintiffs' market.  I think

15   Criteo is the one that is, but the rest of them would be

16   DSPs not in the market.

17   Q    All right.  Could we look at DTX 1837.

18           MR. TEITELBAUM:  No objection.

19           THE COURT:  All right.  It's in.

20      (Defense Exhibit Number 1837 admitted into evidence.)

21   BY MR. ISAACSON:

22   Q    And this is titled Competition with Google Ads and

23   Google Ad Manager Auction Data.

24           So now we're looking at competition within the

25   auctions; is that right?
```

                                                              147

Direct examination - M. Israel

```
 1   A     Right.  So I've prepared this to sort of look at a
 2   second type of competition.  So there's competition between
 3   buy-side tools to get buyers, that's what we were doing.
 4   This is competition to win the auction.
 5   Q     And it says at least one-third party bidder 80 percent
 6   of the time at the top, and then there's lists for
 7   Authorized Buyers, open bidders and remnant.
 8            What is this chart showing?
 9   A     So this is back to your favorite GAM log-level data.
10   Q     Well, I would -- let's start with that.  Okay.
11            This has GAM log-level data; is that correct?
12   A     Yes.  Yes.
13   Q     Is that -- it's been noted that the information on the
14   names of winning advertisers is not reliable in this data.
15            Is that a problem for this chart?
16   A     No.  It's the reason the chart is made the way it is.
17   That's why the first line there just says remnant, EG header
18   bidding, because you can tell for sure that it's a remnant,
19   the log-level data will tell you that.  What you can't tell
20   for sure in the log-level data if header bidding won or what
21   buyer won within header bidding.
22   Q     All right.
23   A     So bottom line, what this is telling me is that in
24   80 percent of these auctions that Google Ads was in, it
25   faced at least one other bidder.  And in 67 percent of the
```

148

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

Direct examination - M. Israel

```
 1    time, it faced a remnant, but I can't say for sure who that
 2    remnant was.
 3    Q    So what does this chart tell you about who Google Ads
 4    competes against within AdX auctions?
 5    A    Yeah.  So, I mean, the part that's blacked out on here
 6    lists the names of specific buyers I can identify.  And
 7    you'll see those are far beyond just Criteo.  They are a
 8    large list of other exchanges, and, frankly, other buying
 9    tools.  So Google Ads is competing with many other DSPs and
10    even with other exchanges.
11         So, again, the implication is if Google Ads tries
12    to raise its fee, two things happen.  One, buyers themselves
13    switch to DSPs, that's what we did before; and two, Google
14    Ads is not going to bid as effectively.  Its bids are going
15    to be reduced, and so it's going to lose auctions, both to
16    DSPs and to exchanges.
17    Q    All right.  While we're talking about bidding, what's
18    your understanding of how bids are submitted to AdX?  We've
19    heard about CPM and CPCs.
20    A    The actual bids that go into AdX are on a CPM basis,
21    meaning all the bids are put in the cost per 1,000
22    impressions.
23    Q    So what happens if an advertiser at Google Ads is
24    paying on a CPC basis, how is a bid made?
25    A    Google Ads takes that bid within Google Ads, but it
```

149

1    still bids into the AdX auction on a CPM basis.  So Google

2    Ads has to do that conversion.

3    Q    And for advertisers who want to pay on a CPC basis, do

4    DSPs other than Google Ads offer that opportunity?

5    A    Yes, in two ways.  Some of them, like Amazon, just

6    directly offer CPC bidding so you can bid per click.  Many

7    others offer what's called CPC optimization.  A lot of

8    bidding these days doesn't work where I go in and I bid on

9    every auction on a certain price.  In fact, most of it

10   occurs where I tell the tool this is what I care about.  I

11   want to pay -- I want to keep my CPC down.  And then the

12   tool uses a lot of AI these days and figures out how to bid

13   for you based on your objective.  So if you care about CPC,

14   almost every DSP these days, you just tell it I care about

15   CPC and it figures out how to bid to minimize your CPC.

16            Frankly, the reason that happens is because these

17   tools are better than individual bidders at really

18   optimizing CPC.

19   Q    Let's look at some numbers on that.  DTX 1882.

20            MR. TEITELBAUM:  No objection.

21            THE COURT:  All right.  It's in.

22      (Defense Exhibit Number 1882 admitted into evidence.)

23   BY MR. ISAACSON:

24   Q    This is titled Google Ads Display Spending by Bidding

25   Strategy, 2005 to 2022.  There are bidding strategies here

150

Direct examination - M. Israel

1    at the top.  The one that goes from the largest to the -- to

2    probably the smallest is manual CPC or CPM.  And then

3    there's maximized conversion or conversion value, target CPA

4    or return on ad spend and other.

5           So would you explain what these bidding strategies

6    are in this chart?

7    A     Yeah.

8           So this is Google Ads' data based on the

9    strategies people are using to bid.  Professor Lee made a

10   point that something that makes Google Ads stand out is that

11   you can bid CPC, and talking about how you can do that in

12   other places.  This makes the more general point I was just

13   making, which is this notion of bidding manually on a CPC

14   basis was something of a big deal ten years ago, but

15   increasingly over time, people don't bid that way, they bid

16   on -- they bid these optimized tools.

17          And so the one that says target CPA, CPA is cost

18   per action.  So now instead -- I don't really just care if

19   people click, I care if they click and buy something from

20   me.  So you can tell the logger to try to minimize the cost

21   I have to pay per auction, or, more generally, try to

22   maximize my return.  Return on ad spend is basically the

23   same as return on investment.

24          So this whole idea that there's a difference

25   between tools based on whether you can bid in CPC or CPM has

151

1    really gone away, because every tool has most of the buyers

2    bidding on a let the machine figure out how to optimize the

3    thing I care about.

4    Q    All right.  So for buying tools, let's look at

5    multi-homing again.  DTX 1902.

6              THE COURT:  Any objection?

7              MR. TEITELBAUM:  No objection.

8              THE COURT:  It's in.

9      (Defense Exhibit Number 1902 admitted into evidence.)

10   BY MR. ISAACSON:

11   Q    Now, this is advertiser multi-homing across buying

12   tools on AdX in the year 2022.  And you can see the number

13   of advertiser are using one, two, three and four buying

14   tools on AdX.

15             What does this chart tell you about multi-homing

16   of buying tools?

17   A    Again, it says most -- and this would actually be the

18   advertiser spend that's -- it's the percentages of spend.

19   But it would tell me that most of the spend is made up by

20   buyers who are -- advertisers who are using multiple tools.

21   So they're not just buying through just Google Ads, they're

22   using a variety of tools.

23             And that's even true within AdX.  Right.  Another

24   reason they might be using multiple tools is to bid into

25   other exchanges.  But even within AdX, they're using

                                                              152

Direct examination - M. Israel

```
 1   multiple tools.
 2   Q    All right.  The next exhibit is -- the content is under
 3   seal.  DTX 1840.
 4              THE COURT:  Any objection to 1840?
 5              MR. TEITELBAUM:  Just one moment, Your Honor.
 6              THE COURT:  And, again, each time we have said
 7   where they're under seal, is there going to be an A version
 8   available for the public?
 9              MR. ISAACSON:  Yes.  Yes.  Yes.  And I haven't
10   been saying each one in the record.
11              THE COURT:  We'll have to clear that up when we do
12   administrative work in the end.
13              MR. ISAACSON:  I'm hoping to have help on that.
14              MR. TEITELBAUM:  No objection to 1840.
15              THE COURT:  All right.  It's in.
16     (Defense Exhibit Numbers 1840 and 1840A admitted into
17                            evidence.)
18   BY MR. ISAACSON:
19   Q    And this is the U.S. spending by Microsoft Audience
20   Network.
21   A    I didn't go there.  Which binder is that in?
22              MR. ISAACSON:  You can put it on his screen and
23   the Judge's screen.
24              THE WITNESS:  Thank you.
25   BY MR. ISAACSON:
```

153

```
 1    Q    So is this an ad -- is this an ad network that
 2    Professor Lee excludes from his advertiser ad network?
 3    A    Yes.
 4    Q    Okay.  And this is Microsoft?
 5    A    Right.
 6              So Microsoft runs in, even by plaintiffs'
 7    definitions, an ad network basically just like Google Ads.
 8    They have -- you can buy their owned-and-operated stuff like
 9    Outlook ads.  You can also buy on other sites.  So it's
10    basically exactly like Google Ads.  Really, a replica of
11    Google Ads they've been growing recently.  But Professor Lee
12    refers to all of that as native advertising and excludes it.
13    Q    Does it make any sense to you to exclude Microsoft as a
14    competitor to Google Ads?
15    A    It really is the -- it's the same.  Google Ads lets you
16    buy Google O&O plus other display ads; Microsoft does the
17    same thing.  So I see no basis to exclude -- include one and
18    exclude the other.
19    Q    All right.  Can we look at DTX 1839.
20              THE COURT:  Any objection?
21              MR. TEITELBAUM:  No objection.
22              THE COURT:  All right.  It's in.
23         (Defense Exhibit Number 1839 admitted into evidence.)
24    BY MR. ISAACSON:
25    Q    This is Google Ads and DV360's share of U.S. indirect
```

Direct examination - M. Israel

```
 1   open-web display advertising buyer tools.

 2            What does this chart show?

 3   A    So this shows the combined Google share of spending via

 4   buying tools.  So it's --

 5   Q    So you're not including just Google Ads who's in the

 6   plaintiffs' market, you've also included DV360, and those

 7   would be the two bars at the bottom, blue and pale yellow?

 8   A    Correct.

 9            And so it uses all the third-party data to figure

10   out spending by other buying tools, but it -- it figures out

11   Google's -- the two Google buying tools share of the total.

12   And you see the combined share has fallen over time, and

13   today it's 40 percent, and Google Ads alone is 16 percent.

14   Q    Right.  And have you -- does the other capture -- it's

15   based on data in this case.  Does this capture all the

16   buying tools that are out there?

17   A    What's explicitly listed as the companies doesn't

18   capture every other buying tool, although I have made

19   adjustments in the data to account for the ones that are

20   missing.

21   Q    All right.  Can we look at -- go back to your first

22   binder, a business document, DTX 423.

23            MR. TEITELBAUM:  No objection.

24            THE COURT:  It's in.

25       (Defense Exhibit Number 423 admitted into evidence.)
```

155

Direct examination - M. Israel

```
 1   BY MR. ISAACSON:

 2   Q    This is a Google document with an overview of Amazon,

 3   and at page 2 -- do I got the right number here?  423 at 2.

 4             THE COURT:  I'm sorry?

 5             MR. ISAACSON:  Yes.

 6   BY MR. ISAACSON:

 7   Q    Amazon competitive -- under the initial meeting it says

 8   Amazon's competitive position in the display ad market has

 9   evolved, and it talks about the buy-side, and also later

10   talks about the sell-side.

11             What does this document reflect regarding Google's

12   perception as to whether Amazon proposed a competitive

13   threat to the buy-side of its business?

14   A    I mean, clearly it says that Google perceived such a

15   competitive threat.  And, again, as I mentioned, Amazon is

16   another model similar to Google Ads in the sense that you

17   can buy ads on Amazon, but you can also buy ads on

18   third-party sites, and Google sees that buying tool from

19   Amazon as a threat.

20   Q    All right.  Could we look at DTX 1860.

21             THE COURT:  Any objection?

22             MR. TEITELBAUM:  No objection.

23             THE COURT:  All right.  It's in.

24      (Defense Exhibit Number 1860 admitted into evidence.)

25   BY MR. ISAACSON:
```

156

1   Q    So Google's share amongst advertiser buying tools for

2   all U.S. display advertising is set forth here from 2019 to

3   2022.

4           So this would include all the buying tools that

5   you've described?

6   A    Correct.  I mean, this includes everything we've been

7   talking about.  This is another of these charts that looks

8   at what percentage of total spend in EMARKETER -- because

9   all of it uses some buying tool, what percentage of that

10  spend runs through a Google buying tool.

11  Q    Okay.  And to sum up, what is your opinion about

12  whether Google has monopoly power in a market for advertiser

13  ad networks?

14  A    First of all, I don't find that to be a valid market

15  for all the reasons I've said, and specifically here because

16  it leaves out things like DSPs.

17          And, secondly, given the low share that runs

18  through Google buying tools and all of those competitors, I

19  would conclude there's no way to say that Google has

20  monopoly power here.

21  Q    All right.  Let's talk about another major topic.

22          Could you summarize your opinion about Google's

23  conduct in this case and the effects it's had on

24  competition?

25  A    Sure.

157

Direct examination - M. Israel

1              There's been lots of detailed discussion about

2    specific conduct, and we can talk about some.  But I think

3    one thing I have thought a lot about is to take a step back

4    as a competition economist and think about whether the

5    evidence on the whole supports that Google has harmed

6    competition.

7              A lot of what I've been doing so far with shares

8    and things speaks to that, but I also, you know, look at the

9    overall metrics in the industry.  Like, what's happened to

10   output, to sales over time, and how have those grown

11   relative to what people expected them to be, what's happened

12   to prices, what's happened to the quality of the offerings

13   and how well advertisers and publishers are doing.

14             When I look at all of those metrics, I see an

15   industry that is thriving and succeeding and where firms are

16   doing better over time.  I don't see any evidence of a

17   market that has been subject to the exercise of monopoly

18   power or been harmed.

19   Q    All right.  And when you looked at Professor Lee's

20   analysis, did he define a but-for world -- what a but-for

21   world would look like without the Google conduct in his

22   relevant markets?

23   A    No.  And that's important.  I just -- I want to stress

24   this.  All those other metrics that I look at, I don't want

25   to say that you can just look at them and that's

                                                           158

1    dispositive, you're done.  The metrics all point to me as a

2    very successful thriving market.  It could be that

3    plaintiffs could come forward and say, even though it looks

4    so successful, we can show you a but-for world.  Meaning but

5    for Google's conduct, it would have done even better.  That

6    would be a way to show that there's harm even though the

7    market looks like it's doing so well.  But we haven't done

8    that.  I see a market that looks successful.  You know, it

9    seems like it would be a big task to try to show it would

10   have been even more successful, and I haven't seen Professor

11   Lee or plaintiffs even try to do that.

12   Q    As an economist, is it your view that there are

13   benefits to operating an integrated ad tech stack?

14   A    Absolutely.

15   Q    Would you explain?

16   A    Yeah.  I mean, I think we see that in the growth of the

17   firms that are operating fully integrated stacks like

18   Facebook and Amazon and TikTok, more integrated than Google,

19   for sure, in the sense that they're entirely integrated.

20        I would point to three economic benefits of that

21   sort of integration of having the -- you know, the full

22   path, the full stack.

23        One is economics teaches that that tends to lead

24   to lower pricing across the stack.  The reason is if you

25   have multiple firms along the stack, each one has sort of

159

Direct examination - M. Israel

1    taken their bite of the apple, each one adds some profit

2    margin to the picture.  It leads to what economists call

3    double marginalization.  Just lots of different firms adding

4    a profit margin, whereas economics has shown that if it's

5    one firm, it sort of meets one profit margin, it thinks

6    about the effect of the full stack, prices tend to be lower.

7    So one is lower prices from integration.

8            Two, I would say it generally helps firms have

9    more incentive to invest.  A problem with investing in

10   better products in an industry like this is it's hard to

11   say -- if I invest in something that's good for the

12   buy-side, a lot of the benefit goes to the sell-side.  So

13   it's -- if I'm not on both sides, I can't really capture the

14   return on my investment, so there's less incentive to

15   invest, but the integrated firm can solve that.

16           And then third, it's just easier often to work

17   within one firm.  If you want to develop a product that

18   works together and makes these matches well, you don't have

19   to contract with third parties, you can do it all in-house.

20   That tends to work more efficiently.

21   Q    Have you seen evidence of the benefits of integration

22   are present in this case?

23   A    Yeah.  It's what -- I mentioned, you know, how well --

24   I mean, again, Facebook and Amazon and these guys are fully

25   integrated, they do everything as one stack.  Google is

                                                        160

Direct examination - M. Israel

```
 1   integrated, it has the different pieces, but it also works
 2   with third parties.  The success stories we've seen have
 3   been the integrated guys.  So that's one piece.
 4            And then two, just generally what I see and the
 5   evidence on output and pricing and investments and so on all
 6   supports the benefits that I would expect from integration.
 7   Q    You mentioned several firms that are operating in an
 8   integrated ad tech stack.
 9            Is Microsoft also operating in an integrated ad
10   tech stack?
11   A    Yes.
12   Q    Did you prepare a demonstrative based on your report to
13   show the evolution of Microsoft's ad tech stack?
14   A    Yes.
15            MR. ISAACSON:  Can we look at Israel Demonstrative
16   1.  All right.
17   BY MR. ISAACSON:
18   Q    Would you explain the evolution of Microsoft moving
19   towards its integrated ad tech stack?
20   A    Sure.  I mean, I can do it quickly.  The first --
21   Q    Quickly is always appreciated.
22   A    From 2006 on, you see Microsoft putting together its
23   first-party offerings, like its search offerings and so on
24   and making deals to run to manage a display ads business.
25   It added LinkedIn in 2016, so it has a social piece.
```

161

Direct examination - M. Israel

 1              2018 is a really important step on there, that's
 2    where it launched the Microsoft Audience Network, which is,
 3    again, the buy-side tool I talked about, which is much like
 4    Google Ads.
 5              And then in -- just jump forward to 2022, it
 6    acquired Xandr.  I think it's been discussed in trial.
 7    Xandr is a firm that has ad tech throughout the stack.  So
 8    Microsoft is now in the position of having first
 9    owned-and-operated properties, a buying tool, and a full ad
10    stack very similar to Google.
11    Q    All right.  Can we look at DTX 1881.
12              THE COURT:  Any objection?
13              MR. TEITELBAUM:  No objection.
14              THE COURT:  All right.  It's in.
15       (Defense Exhibit Number 1881 admitted into evidence.)
16    BY MR. ISAACSON:
17    Q    This is Google Display Engineering Expenditures, 2017
18    through 2022.
19              What is this chart showing?
20    A    Showing the money that Google has invested in
21    engineering expenditures, you know, on the ad tech business.
22    So we see those expenditures are over $1 billion a year and
23    growing.
24    Q    And it says all the expenses that Google has put into
25    its work on innovating in the Google display space?

                                                              162

 1   A      No.  This is what you can capture from this engineering

 2   line item, which I understand to primarily be paying for

 3   engineers.  So a lot of it is just the salaries of

 4   engineers.  There are other expenditures like on the servers

 5   themselves, the computer hardware that is not covered here.

 6   Q    All right.  Can we look at DTX 1827.

 7               MR. TEITELBAUM:  No objection.

 8               THE COURT:  All right.  1827 is in.

 9     (Defense Exhibit Number 1827 admitted into evidence.)

10   BY MR. ISAACSON:

11   Q    All right.  This is Google Display Ads Privacy and

12   Safety Engineering Expenditures.  So, again, this is

13   engineering.

14               Would you explain what this chart shows?

15   A    Again, Google's annual expenditures, but here it's on

16   ad privacy and safety.  So dealing with issues about, you

17   know, unsafe or other ads that, you know, wouldn't be good

18   for the ecosystem.  And this shows that -- that expenditure

19   36 million in the beginning and growing dramatically.

20   Q    And you mentioned the benefits of how your products

21   could work with integration.

22               What are the benefits for security and brand

23   safety of integrated ad tech tools?

24   A    The way I think about it, if you're on both sides of

25   the market, it gives you, on both sides, both the ability

                                                              163

Direct examination - M. Israel

```
 1  and incentive to deal with these issues.  So if I work with

 2  publishers, I have the ability to work with those publishers

 3  to monitor what sort of content they have and what their

 4  sites are and to make sure it is what it says it is.  I have

 5  the incentive to do that because advertisers want to be sure

 6  that's true.

 7  Q    All right.  Let's look at --

 8  A    And vice versa.  Sorry.

 9        On the other side, you can work with advertisers

10  to help publishers.  So by being on both sides, you can work

11  with both sides to help both sides.

12  Q    Thank you.

13        Can we look at DTX 1895.

14        MR. TEITELBAUM:  No objection.

15        THE COURT:  All right.  It's in.

16    (Defense Exhibit Number 1895 admitted into evidence.)

17  BY MR. ISAACSON:

18  Q    This is United States Average AdX Publisher RPM, 2014

19  to 2022.

20        This is AdX data; is that right?

21  A    That's correct.

22  Q    And it's -- there's a line for unadjusted and a line

23  for seasonality adjusted.

24        Would you explain what this chart shows?

25  A    It just shows that the RPM, meaning the revenue per
```

164

Direct examination - M. Israel

```
 1    mille, basically the revenue that publishers are getting
 2    from AdX.  So the payouts to publishers per 1,000
 3    impressions are going up.  Seasonally adjusted just smoothes
 4    it out some to deal with seasonality.  But basically over
 5    time, even adjusting for inflation, publishers are doing
 6    better over time working with AdX.
 7    Q    All right.  I think we saw a discussion earlier about
 8    how things were going up in 2021 because of COVID until they
 9    initially went down because of COVID.
10            But as a whole, it's gone up from 1.5 -- from
11    around 1.5 to around 2; right?
12    A    Clearly it bounces around, as I've said.  But, yeah,
13    the little dash line there is like fitting what's called a
14    regression line.  That's the average improvement over time.
15            So on the whole this is a measure of the quality I
16    talked about earlier, one indicator of things working well,
17    publishers are making more and more money when they work
18    with AdX.
19    Q    All right.  Let's look at DTX 1896.
20            MR. TEITELBAUM:  No objection.
21            THE COURT:  All right.  It's in.
22        (Defense Exhibit Number 1896 admitted into evidence.)
23    BY MR. ISAACSON:
24    Q    This is again Google Ads' data.  It says U.S. Average
25    Google Ads Advertiser CTR, Click-Through Rate from
```

165

Direct examination - M. Israel

```
 1    January 2012 to December '22.
 2             What does this chart tell us?
 3    A    Again, click-through rate for ads placed by Google Ads'
 4    advertisers.  So the click-through rate means I bid on and
 5    place an ad on an impression, what's the percentage of the
 6    time that the person clicks on it.  It's a pretty standard
 7    industry metric of quality, particularly quality for ad
 8    tech, like how good is the match that you're making, did you
 9    put the right ad in the right place.  If so, people should
10    be more apt to click on that ad.  And we see that going up
11    pretty dramatically over time.
12    Q    Dramatically means it's gone up five times over the
13    last ten years; is that right?
14    A    Yes.
15    Q    All right.  DTX 1897.
16             MR. TEITELBAUM:  No objection.
17             THE COURT:  All right.  It's in.
18       (Defense Exhibit Number 1897 admitted into evidence.)
19    BY MR. ISAACSON:
20    Q    Now we're looking over at the last -- this ten-year
21    period.  U.S. Average Google Ads Advertiser CPC or
22    Cost-Per-Click.
23             And that number is going down.  Would you explain
24    that?
25    A    Again, Google Ads' data, just measuring how much
```

166

Direct examination - M. Israel

```
 1   advertisers are paying for each click they get.  We've
 2   talked about CPC before.  So there's a pretty dramatic
 3   decline over time in what advertisers are paying per click.
 4   Q    All right.  Let's talk about those last three charts
 5   together.
 6            If the revenue for publishers is going up, the
 7   click-through rates for advertisers are going up, and the
 8   cost-per-clicks for advertisers are going down.
 9            What does that tell you about the quality of these
10   products over time?
11   A    It tells me Google Ad tech products in particular are
12   working very well.  Right.
13            To say that one more time, you have a situation
14   where publishers who work with AdX are making more per
15   impression, advertisers who work with Google Ads are paying
16   less per click.  So advertisers are paying less for the
17   click, but publishers are getting more per impression.  The
18   only way that can happen is if you have a good product and
19   the click-through rate's going up.
20   Q    And we've looked at some pricing data so far, and we're
21   going to look at some more.
22            Has that data been adjusted for these quality
23   changes?
24   A    No.  I mean, if you're just looking at the underlying
25   prices of the tools, they're just the price of the tool.
```

167

Direct examination - M. Israel

```
 1    They don't reflect the fact that the tool is getting better.

 2    Q    All right.  Can we look at DTX 1828.

 3              MR. TEITELBAUM:  No objection.

 4              MS. WOOD:  It's already in.

 5              MR. ISAACSON:  Yeah.  Well, maybe it is in.  I got

 6    a different note.  But I thought it was in.

 7              MS. WOOD:  It is in.

 8              MR. ISAACSON:  I agree with you.

 9              THE COURT:  It is certainly in now.  All right.

10       (Defense Exhibit Number 1828 admitted into evidence.)

11    BY MR. ISAACSON:

12    Q    This is U.S. display ad spending in billions.

13              So back in 2018, it's under 20 billion, and by

14    2022, it's 120 billion.  Eighteen times higher.

15              This is EMARKETER data?

16    A    Yes.

17    Q    Okay.  And what does this tell you about the health of

18    this industry?

19    A    I mean, as I mentioned earlier, this kind of explosion

20    and output is an indicator -- you know, a first indicator to

21    me of a very healthy industry.  It's -- you know, a lot of

22    this has been created from scratch by this very complicated

23    ad tech business that has to make all of this work, and it's

24    working very well.

25              As I said before and I want to be clear, it's
```

168

Direct examination - M. Israel

1  possible that somebody could come in and say, look, this

2  should be higher.  But my view is this is a sign of a

3  healthy industry, and to show harm, you have to show that it

4  should have been higher.  I haven't seen any evidence to

5  suggest that it should have done even better than this.

6  Q    It's also said there were other trends are going on,

7  like people using more apps and more Internet and more

8  e-commerce.

9          How does that fit into your analysis when you're

10  looking into this chart?

11  A    I mean, that's certainly true, and so that's why I

12  don't want to say this proves the case by itself.  It just

13  is indicating that the pieces of the industry are working

14  well.

15          I would say that those apps and those -- and that

16  content and all that's out there is heavily funded by

17  advertising, and so the fact that the ad tech business is

18  working well and helping to fund those businesses is, again,

19  consistent with a healthy industry.

20  Q    All right.  Could we look at DTX 1884.

21          THE COURT:  Any objection?

22          MR. TEITELBAUM:  No objection.

23          THE COURT:  All right.  It's in.

24    (Defense Exhibit Number 1884 admitted into evidence.)

25  BY MR. ISAACSON:

169

Direct examination - M. Israel

 1   Q    This is the same blue line, but underneath it there are

 2   projections from December 2009, August 2013, September 2017

 3   and September 2019.

 4            Are those EMARKETER projections?

 5   A    Right.  EMARKETER and its regular industry publication

 6   periodically posts its projection at a point in time of what

 7   it thinks will happen to display ad spending.

 8   Q    So what is this chart showing?

 9   A    Showing that not only has output been going up

10   dramatically, it's consistently beaten the projections.

11            So, for me, that helps to take another step to say

12   this industry really seems to be healthy.  Right.  The

13   allegations in the case are that during these time periods,

14   various things like Unified Pricing Rules or last look were

15   launched at various points in time or continued to happen

16   for other stuff.

17            I would look to see if that's true, and they've

18   been hindering the industry, monopolizing the industry.  I

19   would expect to see output fall below what people expect.

20   If something -- Google did something that hindered the

21   industry, I would expect to see output fall below

22   projections.  But output has consistently been above

23   projections.  So, again, not the entire case, but a very

24   strong indicator to me of an industry that is working well

25   and beating what people expected.

                                                              170

```
 1   Q    All right.  So we've looked at the level of prices in

 2   this case before.  I want to look at some comparisons.  So

 3   let's look at DTX 1892.

 4            MR. TEITELBAUM:  No objection.

 5            THE COURT:  All right.  1892 is in.

 6        (Defense Exhibit Number 1892 admitted into evidence.)

 7   BY MR. ISAACSON:

 8   Q    And this has anonymized company names.

 9            This is a comparison of ad exchange average fees

10   in 2020 through 2022.

11            Would you explain what this chart is showing?

12   A    Comparing that AdX price that we looked at earlier to a

13   variety of other companies.

14   Q    And what is the data for this chart?

15   A    I mean, it's AdX -- it's AdX data plus data --

16   third-party data from the other companies on their prices.

17   Q    And what does this chart show with respect to Google's

18   ad exchange fees?

19   A    AdX is in the middle of the distribution.  Some are

20   higher, some are lower.  I know there's been a lot of

21   discussion about where it sits relative to average and

22   everything.

23            What I would take from it is in no way is AdX at

24   the top.  There are firms above it and firms below it.

25   Q    All right.  Advertiser ad networks, we created a --
```

Direct examination - M. Israel

```
 1    your chart on prices was kind of big, so we created a

 2    smaller chart, Israel Demonstrative 2, which is a

 3    subcategory of DTX 1894.

 4            Now, in Professor Lee's advertiser ad network, how

 5    much competitors does he say that Google Ads currently has?

 6    A    He only counts one.

 7    Q    Okay.  And so we're not going to talk about that

 8    competitor by name, but we did compare -- did you do a

 9    comparison of prices between --

10    A    Yes.

11    Q    -- that competitor and Google Ads?

12    A    Yes.  And it's on the page here.

13    Q    Right.  And what does that show you?

14    A    Google Ads is substantially less expensive than the

15    competitor.

16    Q    Okay.  I think you've said that the -- does the market

17    definition of an advertiser ad network that only has two

18    competitors, does that make sense to you?

19    A    No, it doesn't reflect the -- all the competition in

20    the industry to get buyers and win auctions across all these

21    different buying tools.

22    Q    All right.  So regardless of our desire to claim

23    Google's the discount company, we're going to show you the

24    prices of the buying tools.

25            DTX 1891.
```

172

Direct examination - M. Israel

```
 1                THE COURT:  1891?

 2                MR. ISAACSON:  Yes.

 3                THE COURT:  Any objection?

 4                MR. TEITELBAUM:  No, Your Honor.

 5                THE COURT:  All right.  It's in.

 6         (Defense Exhibit Number 1891 admitted into evidence.)

 7    BY MR. ISAACSON:

 8    Q    Now, this is similar to the exchange chart.  This is

 9    three years, 2020 through 2022.

10                Are these other companies here buying tools?

11    A    Yes.

12    Q    Okay.  And what does this chart show about Google Ads'

13    prices and DV360 prices?

14    A    DV360 is at the bottom of the distribution.  I think

15    DV360 is a low-priced firm of buying tools, and Google Ads

16    is also toward the bottom.  Google Ads is relatively

17    inexpensive.

18    Q    All right.  Can we look at DTX 1893, which is another

19    redacted exhibit.

20                THE COURT:  All right.  It's in.  Is it in?

21                MR. TEITELBAUM:  No objection.

22                THE COURT:  Okay.  It's in.

23         (Defense Exhibit Numbers 1893 and 1893A admitted into

24                          evidence.)

25                MR. ISAACSON:  Can you scroll to the top, Matt.
```

173

1    This has a lot of company combinations.  Just keep scrolling

2    down, Matt.

3    BY MR. ISAACSON:

4    Q    All right.  So what are these company combinations?

5    A    They're different combinations of buy-side tools and

6    exchanges, and it looks at what the combined price for if

7    you -- when you add up the buy-side tool in the exchange,

8    what that combined price is.

9              So basically it's measuring -- again, I talk about

10   paths.  So you think about the price of a path to get from

11   an advertiser all the way over to the ad server.  This is

12   that combined price.

13   Q    So when you're looking at that combined price, where

14   does Google Ads and AdX sit?

15   A    So this -- again, the path that would follow you use

16   Google Ads as your buy-side tool, and then Google Ads buys

17   from AdX.  So that's a path that Google -- an internal

18   integrated path at Google is one of the lowest priced.

19   Q    And how does this relate to your opinions about whether

20   there are benefits to Google having an integrated ad tech

21   stack?

22   A    As I said, economics predicts that when you're

23   integrated, your prices tend to be lower, you avoid these

24   double margins.  So by having Google Ads run through AdX,

25   that shows that competitive benefit.  Google Ads and AdX

174

Direct examination - M. Israel

 1   combination has created one of the lower priced paths in the

 2   industry.

 3           And, again, just to stress, to me what matters is

 4   competition for paths, and Google has created a very low

 5   priced path.

 6   Q    All right.  Can we look at DTX 1977.

 7           THE COURT:  Any objection to 1977?

 8           MR. TEITELBAUM:  If it's not already in, no

 9   objection.

10           MR. ISAACSON:  No, I'm sorry.  It is in.  This is

11   the one I'm finishing up now.

12   BY MR. ISAACSON:

13   Q    We've gone through the various columns here.  The last

14   column is the total when you take them all together and

15   applying that to a $2 CPM impression.

16           What is the price -- what are the prices you see

17   from 2009 to 2022 of the total cost of DFP, AdX and Google

18   Ads?

19   A    Well, they're in the range of 30 percent or just a bit

20   above.  They started at sort of 33 and 34 and have fallen

21   mostly to 31 or 32 or 33.

22           And again, to stress, you said this, but this is a

23   full path.  Now, this is from advertiser to impression.

24   Right.  So it's what -- if you go through Google, what do

25   you have to pay for Google Ads, AdX plus DFP, and you get

                                                          175

Direct examination - M. Israel

1   something just over 30 percent.

2   Q    All right.  Let's look at DTX 1886.

3            MR. TEITELBAUM:  No objection.

4            THE COURT:  All right.  It's in.

5      (Defense Exhibit Number 1886 admitted into evidence.)

6   BY MR. ISAACSON:

7   Q    This is EMARKETER data now.

8            Can you explain this chart to the Court?  It says

9   ad tech fees as a percentage of ad spending, 2014 to 2022.

10  A    So it is what it says.  I wanted to find an industry

11  source that had sort of an all-in estimate of what these ad

12  tech fees add up to.

13           So EMARKETER is saying that on average across the

14  industry, when you think of what ad tech takes out of every

15  dollar, the industry average is today about 42 percent

16  fallen from 46 percent.

17  Q    All right.  And that's compared to the 31 to 33 percent

18  that we just saw from Google; right?

19  A    Correct.  So the Google number takes just over 30 cents

20  on the dollar.  EMARKETER's estimate that comes from

21  EMARKETER directly is industry-wide.  That number is a bit

22  over 40 cents on the dollar.  So Google is substantially

23  below that EMARKETER industry estimate.

24  Q    And what does it say about the health of this industry

25  that the industry number is coming down from 45.8 percent to

176

Direct examination - M. Israel

```
 1   42.3 percent and, at the same time, Google's total take rate

 2   is lower?

 3   A    Again, to me, that's another indicator of healthy

 4   competition.  I mean, I probably take the most from Google's

 5   number being lower.  To me, it's just a critical fact in the

 6   case is that via its integrated paths, Google has created

 7   some of the cheapest ways for advertisers to get to

 8   impressions.  But the fact that the overall industry is

 9   falling is another indicator.

10            MR. ISAACSON:  All right.  I'm about to move to a

11   new topic, Your Honor.

12            THE COURT:  And you're looking at your watch, and

13   you want to go to lunch.

14            MR. ISAACSON:  Well, I don't want to go halfway

15   through the topic.

16            THE COURT:  That's fine.  All right.  I think.

17    we'll just recess.  And I'm going to give everybody an

18   extra five minutes, so we'll start back up at 2:00.

19            (Court recessed for lunch at 12:57 p.m.)

20            ----------------------------------

21   I certify that the foregoing is a true and accurate

22   transcription of my stenographic notes.

23

24                    _____

25                        Stephanie M. Austin, RPR, CRR
```

177