```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                        ALEXANDRIA DIVISION

 3      --------------------------x
        UNITED STATES, et al.,     :   Civil Action No.:
 4                                 :   1:23-cv-108
                    Plaintiffs,    :
 5          versus                 :   Tuesday, September 17, 2024
                                   :   Alexandria, Virginia
 6      GOOGLE LLC,                :   Day 7 p.m.
                                   :   Pages 1-155
 7                  Defendant.     :
        --------------------------x
 8

 9           The above-entitled bench trial was heard before the
        Honorable Leonie M. Brinkema, United States District Judge.
10      This proceeding commenced at 2:00 p.m.

11                        A P P E A R A N C E S:

12      FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
                               OFFICE OF THE UNITED STATES ATTORNEY
13                             2100 Jamieson Avenue
                               Alexandria, Virginia  22314
14                             (703) 299-3700

15                             JULIA TARVER WOOD, ESQUIRE
                               AARON TEITELBAUM, ESQUIRE
16                             TIMOTHY LONGMAN, ESQUIRE
                               JEFFREY VERNON, ESQUIRE
17                             MICHAEL WOLIN, ESQUIRE
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             ANTITRUST DIVISION
                               450 Fifth Street, NW
19                             Washington, D.C.  20530
                               (202) 894-4266

20      (State of VA)          TYLER HENRY, ESQUIRE
                               OFFICE OF THE ATTORNEY GENERAL
21                             OFFICE OF THE SOLICITOR GENERAL
                               202 North Ninth Street
22                             Richmond, Virginia  23219
                               (804) 786-7704

23

24

25           COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

1

1                    P R O C E E D I N G S

2   FOR THE DEFENDANT:    CRAIG REILLY, ESQUIRE
                          LAW OFFICE OF CRAIG C. REILLY
3                         209 Madison Street
                          Suite 501
4                         Alexandria, Virginia  22314
                          (703) 549-5354
5
                          KAREN DUNN, ESQUIRE
6                         JEANNIE RHEE, ESQUIRE
                          ANITA LIU, ESQUIRE
7                         WILLIAM ISAACSON, ESQUIRE
                          PAUL, WEISS, RIFKIND,
8                         WHARTON & GARRISON LLP
                          2001 K Street, NW
9                         Washington, D.C.  20006
                          (202) 223-7300
10
    COURT REPORTER:       RHONDA F. MONTGOMERY, CCR, RPR
11                        Official Court Reporter
                          United States District Court
12                        401 Courthouse Square
                          Alexandria, Virginia  22314
13                        (703) 299-4599
                          RMontgomery@courtreport.net
14

15

16

17

18

19

20

21

22

23

24

25

                                                                  2

1                          TABLE OF CONTENTS

2                              WITNESSES

3       On behalf of the Plaintiffs:

4       NIRMAL JAYARAM

5       Cross-examination by Ms. Rhee  ............4
        Redirect examination by Ms. Wood .........17
6       Recross examination by Ms. Rhee ..........39

7       TIM CADOGAN

8       Direct examination by tim cadogan ........45
        Cross-examination by Mr. Justus ..........69
9       Redirect examination by Mr. Vernon .......101

10      BRIAN O'KELLEY (video)....................110

11      JEREMY HELFAND (read in)..................113

12      SUSAN SCHIEKOFER (read in)................136

13

14                             MISCELLANY

15      Proceedings September 17, 2024 ...........4
        Certificate of Court Reporter ............155
16

17

18

19

20

21

22

23

24

25

Direct Examination - N. Jayaram

1              P R O C E E D I N G S

2              THE COURT:  Are you ready, Ms. Rhee?

3              MS. RHEE:  Yes, Your Honor.  I believe where

4    we left off of before the lunch break was PTX 402.

5              So if I could have Mr. Spalding's assistance in

6    pulling that up.

7                        CROSS-EXAMINATION

8    BY MS. RHEE

9    Q    And Mr. Jayaram, if you could really make sure to keep

10   your voice up and let the court reporter be able to take

11   down everything you say.  Okay?

12   A    Okay.

13   Q    Okay.  Great.  Thank you.

14             You remember talking at length, again, with the

15   government about this document and we were quickly going

16   over it before the lunch break?

17   A    Yes.

18   Q    Okay.  I want to direct your attention towards the

19   bottom of the first page in terms of action items.

20             MS. RHEE:  Thank you so much, Mr. Spalding.

21   BY MS. RHEE

22   Q    Okay.  And you see here one of the action items that

23   was not talked about in your direct examination is, "Think

24   about long-term competitive risks that solutions by

25   companies like Facebook + Amazon present."  Do you see that?

Direct Examination - N. Jayaram

1    A    Yes.

2    Q    And I know you've already testified that you don't

3    remember much about either this document or header bidding,

4    but with respect to this bullet just talking about the

5    competitive risks or the competitive threat of Facebook and

6    Amazon, during your time on the buy-side with respect to

7    those buy-side tools, do they pose a competitive threat?

8    A    Yes.

9    Q    Now, you were also shown on direct examination PTX

10   1545.

11         MS. RHEE:  So if I could have your

12   assistance, Mr. Spalding.

13   BY MS. RHEE

14   Q    And on direct examination, you said something about how

15   the goal of this controlled experiment was about

16   incrementality or incremental inventory.  Do you remember

17   that?

18   A    I do.

19   Q    Okay.  Could you explain to the Court what the object

20   of this controlled experiment was and why you used those

21   terms incrementality?

22   A    So if a domain is incremental --

23         (Reporter clarification.)

24   A    If a supply path is --

25         (Reporter clarification.)

5

Direct Examination - N. Jayaram

1    A     If a supply path --

2              THE COURT:  Supply path.

3    BY MS. RHEE

4    Q     Or domain was the first word; is that right?

5    A     Yes.

6    Q     Okay.

7    A     -- is incremental, what we expect is if we don't buy on

8    that supply path or domain, then will lose that -- those

9    impressions or the conversions.

10             And on the worst, if it is not incremental, what

11   expect is -- even if you stop buying, nothing changes in the

12   top line.

13             So what we were trying to do with this particular

14   experiment is to measure the extent of incrementality of the

15   different domains that are here.  So we'd had an experiment

16   where we don't buy on some domains to get a sense of how

17   incremental or not incremental those domains are, supply

18   paths are.

19   Q     And when you say domains, you're talking about either

20   websites, apps, or other publisher inventory; is that -- I

21   just want to make sure we know what we're talking about.

22   A     That is correct.

23   Q     Okay.  Now, did -- and I take it that this

24   experiment -- was it run on DV360 or what was referred to as

25   DBM at the time?

Direct Examination - N. Jayaram

1   A    Yes.

2   Q    Okay.  Now, DV360 or DBM ever actually stop bidding on

3   any domains that ran header bidding real life versus your

4   control experiment?

5   A    No.

6   Q    And so in other words, Mr. Jayaram, is this an example

7   of a control experiment that you ran but didn't actually

8   follow up on in real life?

9   A    Yes.

10  Q    Now, in connection, again, with the discussion that you

11  had in the back and forth with the government attorney about

12  header bidding, you answered with respect to PTX 1520 that

13  there are some conditions where it's not good for

14  advertisers to win.  Do you remember that exchange?

15  A    Yes.

16  Q    Okay.  Now, can you explain for the Court what you

17  meant and why you think sometimes it's not good for

18  advertisers to win?

19  A    That is always a price component to winning.

20       (Reporter clarification.)

21  Q    Sorry.  You've got to speak up and speak more clearly

22  for the court reporter, Mr. Jayaram.

23  A    That is always a pricing component to winning.  We

24  could bid a million dollars for every auction and win

25  everything, but it's going to be really bad for advertisers.

7

Direct Examination - N. Jayaram

1    So what we hope to achieve is winning impressions for

2    advertisers based on the value that they are going to derive

3    from the impression, the price that they are going to pay,

4    and whether it helps them achieve their objectives and

5    constraints that they have given us.

6    Q    Okay.  Now, you were shown yet another header bidding

7    document from the government examination, and this time it's

8    PTX 588.  And if we could turn your attention in particular

9    to the fifth paragraph down --

10          MS. RHEE:  And blow that up -- oh, no.  Wrong

11   paragraph.  The paragraph -- yes, thank you.

12   BY MS. RHEE

13   Q    Do you see that paragraph in front of you on the

14   screen, Mr. Jayaram?

15   A    Yes.

16   Q    Okay.  And you say, "We can be more aggressive at our

17   bidding strategy up to no longer buying cross exchange but

18   this will come at a price.  TDD" -- The Trade Desk --

19   "Amazon, and Facebook and others will not have any reasons

20   to not buy HB inventory.  And as such, DBM" -- or DV360 --

21   "would lock itself out of an auction that all these guy have

22   access to."

23          Do you see that?

24   A    I do.

25   Q    Okay.  And again, during the time that you have been on

8

Direct Examination - N. Jayaram

1    the buy-side, does The Trade Desk pose competition for you?

2    A    Yes.

3    Q    Amazon?

4    A    Yes.

5    Q    Facebook?

6    A    Yes.

7    Q    And others that you don't actually specify here?

8    A    There is lots of competition for us.

9    Q    Okay.  And so when you say, "Well, we could be more

10   aggressive in our bidding strategy up to no longer buying

11   cross-exchange," in real life, have you ever implemented a

12   strategy or a product feature that stops buying

13   cross-exchange for DV360?

14   A    No.

15   Q    And now, pulling up this whole discussion, if you can

16   see, who is the author of these various -- well, you are the

17   author at the top.  But in terms of the middle section that

18   the government spent some time with you on, who is the

19   actual author of all of these points?

20   A    Tobias Maurer, M-A-U-R-E-R.

21   Q    And you're not Tobias, I take it?

22   A    I am not Tobias.

23   Q    Now, finally, just ending on AWBid, which is a product

24   feature that you actually worked on because it comes from

25   the buys-side, I want to direct your attention to PTX 791.

9

Direct Examination - N. Jayaram

1          MS. RHEE:   And with profuse apologies, this

2    is a document that we would just like to pass out at

3    this time because it was not in the binder.

4          THE COURT:   Is there any objection?

5          MS. WOOD:   No objection, Your Honor.

6          THE COURT:   I assume you are moving it in.

7    It's in.

8          MS. RHEE:   Thank you for just moving this

9    along.

10   BY MS. RHEE

11   Q    Okay.  And, Mr. Jayaram, if I could direct your

12   attention to the Bates number ending in 224.

13         And you see, again, this is now an AWBid

14   presentation from November 2019.  So we're moving on forward

15   in time.  What do you see as the first bullet in continued

16   ad channels?

17   A    Latency continues to be a challenge.

18         MS. RHEE:   Okay.  And just pausing on that

19   latency point, if we could go to the slide that

20   precedes this one, which is Bates stamp ending 223,

21   including the notes at the bottom.

22   BY MS. RHEE

23   Q    You see here that there is more detail with respect to

24   latency that says 107 milliseconds, 95 percent at BOW for

25   matched queries?

10

Direct Examination - N. Jayaram

1  A    Yes.

2  Q    Okay.  What does that mean for those of us who don't

3  speak engineering?

4  A    That means for 95 percent of these ad request, we

5  managed to return a bid in 107 milliseconds.

6  Q    Okay.  And then when you compare that, 107

7  milliseconds, to the next slide where you talk about

8  continued AWBid challenges, what are the latency deadlines

9  that you are reporting out here?

10  A    So even at this time, most of the AWBid exchanges had

11  800 to 100 millisecond deadlines that we have to try and

12  return a bid under.

13  Q    So for those, again, who are not engineers, I take it

14  those that 107 is longer than the deadline that's laid out

15  here?

16  A    That's correct.

17  Q    Okay.  So now, going back to slide 223, in the talking

18  points below --

19         MS. RHEE:  If we could, blow that up --

20  BY MS. RHEE

21  Q    -- the presentation notes most of the AWBid eligible

22  queries are also eligible for DBM.  What does that mean?

23  A    It means that DBM is already buying on these requests,

24  that AWBid is participating in.

25  Q    So, again, just to make sure everybody is on the same

11

Direct Examination - N. Jayaram

1    page, AWBid is about third-party exchange bidding for Google

2    Ads customers, right?

3    A     Yes.

4    Q     And that's different than the ability for DV3 customers

5    to bid on third-party exchanges, right?

6    A     Yes.

7    Q     Okay.  But this note is saying what when you're talking

8    about the comparison between the Google Ads' customers, as

9    well as the DV3 customers?

10   A     Yes.

11   Q     When you say yes, what do you mean?  What's the

12   comparison actually noting?

13   A     So what it's showing is if you look at all the exchange

14   matched queries, which is going to be dominated by DBM, the

15   latency is around 89 milliseconds.  But on the -- at least

16   for the AWBid ones, I think it was higher than 107.

17   Q     Okay.  Now, let's go back to slide 224.  And when this

18   presentation notes in 2019 -- this is, again, the end of

19   2019 -- "Spam:  It's a wild world out there," what do you

20   take from that, and what did you observe?

21   A     AWBid traffic has consistently had higher spam rates

22   compared to AdX.  It's also been more difficult to detect

23   spam on AWBid because of lack of certain signals and direct

24   publisher relationships.  So it's just pointing to a

25   continued investment in the space that would be necessary to

Direct Examination - N. Jayaram

1    keep spam under control.

2    Q    And the AWBid challenges continue and spill over onto

3    the next slide.

4              MS. RHEE:  So if we could go to that next

5    slide and blow that up as well.

6    BY MS. RHEE

7    Q    You see AWBid challenges continued, yes?

8    A    Yes.

9    Q    Okay.  And the first bullet under that is, "Exchange

10   bills discrepancy aka view loss."  Again, what does that

11   mean for somebody who is not an engineer?

12   A    So I alluded to this earlier, which is when Google

13   looks at our own logs data, we think that we won a certain

14   number of impressions and we -- we need to pay the exchange

15   a certain amount of money.  But when we get the invoice from

16   the exchange, lots of times it doesn't match the impression

17   count, as well as the payout numbers are different.  And

18   that's what it's called exchange billing discrepancy, which

19   is something that we've had to manage.

20   Q    Okay.  And then the last two bullets are not in such

21   difficult language.  Here, for a continued AWBid challenge,

22   why in 2019 is a continued challenge "brand safety/domain

23   misrepresentation"?

24   A    Domain misrepresentation, sometimes we believe that a

25   certain request is coming from a particular publisher, but

13

Direct Examination - N. Jayaram

```
 1    it may not be the case.  To solve this was one of the
 2    reasons why Ads.exe (phonetic) was launched a couple of
 3    years ago.  You know, they continue to be a challenge.
 4              Brand safety is also a continued challenge because
 5    we need to understand why these ads are showing and will the
 6    advertiser be okay with it.  The policies that the exchanges
 7    have may not match the policies that other advertisers have.
 8    So they may say, "I don't want my ads to appear next to
 9    gambling content.  So it is our responsibility to identify
10    such content and make sure that our advertisers' ads are not
11    showing in that place.
12    Q    Now, finally, I just want to talk about AWBid pricing
13    and AWBid expansion.  So, the first question is we talked
14    about the AWBid launch and the AWBid focus initially at
15    least on remarketing.  Do you remember that?
16    A    Yes.
17    Q    Okay.  Did there come a time where at least from the
18    buy-side there was value in expanding the AWBid program to
19    include contextual interests and contextual keywords?
20    A    Yes.
21    Q    Okay.  Can you explain for the Court what those types
22    of targeting and buying on third-party exchanges represents?
23    A    Keyword targeting refers to the case where the
24    advertiser wants their ads on pages which have certain
25    keywords.  It could be running for example.  Interests
```

Direct Examination - N. Jayaram

1    category typically refers to the user interests.  So the

2    advertiser might say, "I want my ads to be shown to users

3    who like running."  And these types of targeting are much

4    harder in practice compared to etargeting (phonetic) because

5    this involves building complex models around the user,

6    around the page, and being able to on the fly retrieve this

7    information about the user and the page to figure out which

8    ads should be legible.

9            Yeah.  So it took us -- a lot of time to build

10   these features out because of several AWBid challenges.  And

11   eventually, we did build it out.

12   Q    Now, with respect to rev share for contextual interests

13   and contextual keywords, do you know how much AWBid takes as

14   rev share in order to allow Google Ads advertising customers

15   to bid on third-party exchanges for contextual interests and

16   for contextual keywords?

17   A    At the time of the launch of those products, it was

18   50 percent but --

19            THE COURT:  I'm sorry.  How much?

20            THE WITNESS:  Five zero.

21   A    But now that number is 32 percent.

22   Q    Now, why is it so expensive and why was it so expensive

23   at the time that you launched the AWBid expansion to

24   contextual interests and contextual keywords?

25   A    One of the issues I mentioned earlier about AWBid is

Direct Examination - N. Jayaram

1    the duplicate calls.  And it's expensive to build and use

2    those user and page models as I explained earlier.  And now

3    when we have to do it multiple times for the same ad

4    opportunity, the costs really adds up.  And we are at a

5    point where we were running experiments, but we were not

6    able to launch it because of the high machine costs.  And we

7    went with the higher margin at the time to be able to make

8    the launch happen.  And over the years, those products

9    stabilized, and we have been able to move those margins down

10   to 32 percent now.

11   Q    Now, with respect to remarketing, which is how AWBid

12   originally launched -- and I take it that AWBid still

13   continues to allow Google Ads' advertisers to buy on

14   third-party exchanges for remarketing, yes?

15   A    Yes.

16   Q    Okay.  And how much does the Google Ads' buy-side team

17   take as a percentage of rev share for AWBid remarketing?

18   A    32 percent.

19   Q    And, again, why so much?

20   A    There are a few reasons.  Between 2016 and 2018, we had

21   a 15 percent margin on remarketing.  But over the period, we

22   ran into a few issues.  One was billing discrepancies, which

23   meant that we sometimes had to pay the exchange more than

24   what we anticipated, which is going eat into the profits.

25              The second issue is the machine costs.  Even today

16

Redirect Examination - N. Jayaram

1    running AWBid is more expensive from a machine costs

2    perspective for the revenue generated.

3           Third, it's because of the spam refunds that we've

4    had to make to advertisers with the highest spam rates.

5           And lastly, there is original costs to integration

6    and building all of these systems to be able to ramp up

7    AWBid.

8           So these costs add up, and that was one of the

9    reasons why the 15 percent number moved to 32 percent

10   towards the end of 2018.

11          MS. RHEE:  I think at this time, Your Honor,

12   no further questions, and we'll pass the witness.

13          THE COURT:  All right.  Ms. Wood, any

14   redirect?

15          MS. WOOD:  Yes, Your Honor, briefly.

16                    REDIRECT EXAMINATION

17   BY MS. WOOD

18   Q    Mr. Jayaram, do you remember your lawyer asked you

19   about open-web display?  Do you remember that?

20   A    Yes.

21   Q    And you talked about your understanding of open-web

22   display was it meant free access to content versus paid

23   access.  Do you remember that?

24   A    Yes.

25          MS. RHEE:  Objection, Your Honor.  That

Redirect Examination - N. Jayaram

1   mischaracterizes the testimony, but I'm happy to have

2   the witness answer.

3               THE COURT:   I am overruling the objection.

4   That's pretty much what I heard as well.

5   BY MS. WOOD

6   Q    You understand the term "walled garden"; don't you?

7   A    Yes.

8   Q    And you would agree with me that Facebook operates a

9   walled garden ad tech ecosystem, right?

10  A    I think there was a time at least when Facebook allowed

11  certain buyers to buy into ads on Facebook.

12  Q    Okay.  And when Facebook offers ad tech products,

13  Facebook doesn't allow publishers to sell display inventory

14  on their websites using Facebook's ad tech tools, correct?

15  A    I'm not sure that's correct.

16  Q    Are you're aware that *The Wall Street Journal* can't

17  sell its website inventory using Facebook's ad tech tools?

18  A    My understanding is Facebook has built or is building

19  some technologies which can be used by publishers running

20  their own ad servers.  So I'm not sure if that statement is

21  correct at this point.

22  Q    All right.  You understand that Facebook doesn't offer

23  a third-party publisher ad server to websites like *The Wall

24  Street Journal*, correct?

25  A    Yes.

Redirect Examination - N. Jayaram

1   Q     And you understand that Amazon doesn't operate a

2   publisher ad server that allows entities like *The Wall*

3   *Street Journal* to sell their ad display inventory, correct?

4   A     I don't know.

5   Q     Okay.  And so you don't really no what walled garden

6   means in this context in terms of ad tech tools that are

7   used only for owned-and-operated properties?

8   A     I have my own interpretation of walled garden.  I don't

9   know if it matches with yours.

10  Q     Okay.  You talked a lot about the experiments you run

11  and the metrics that you use and the different categories of

12  experiments and why the experiments and simulations are

13  important.  Do you remember that?

14  A     Can you say that again?

15  Q     Do you remember discussing with your counsel the role

16  that you and others played at Google in running experiments?

17  A     Yes.

18  Q     And running simulations, correct?

19  A     Yes.

20  Q     And would you agree that Google runs those experiments

21  because they have confidence in the results of those

22  experiments?

23  A     Assuming that the right people are looking at it.

24  Q     Okay.  And many people, such as yourself, with PhDs run

25  those experiments at Google, correct?

Redirect Examination - N. Jayaram

1   A    Yes.

2   Q    All right.  Let's talk about one of those experiments.

3           MS. WOOD:  If you can, pull back up again PTX

4   324.

5   BY MS. WOOD

6   Q    This is the experiment you ran on pulling all Google

7   Ads' demand from AdX.  Do you recall that?

8   A    Yes.

9   Q    And do you recall that your counsel asked you some

10  questions on friendly cross about how this represents more

11  than just open-web display?  Do you recall that?

12  A    Again, it depends on the interpretation of open web.

13  Q    Okay.  Because that's a term you don't understand?

14  A    I have my own definition of open web.

15  Q    Well, do you understand open-web display as display

16  that appear on websites that are not walled gardens?

17  A    I explained that as websites are app content that are

18  free for users to access.

19  Q    Okay.  So if I said to you open-web display is content

20  displayed on websites that are not walled gardens, you

21  wouldn't understand what I meant by that?

22  A    I would understand what you mean by that, but that does

23  not -- that's not a context in which I have used open web in

24  the past and not by interpretation of open web.

25  Q    Okay.  So in this experiment that is the subject of PTX

Redirect Examination - N. Jayaram

1   324, this was not run on AdMob; is that correct?

2   A     No, this was not run on AdMob.

3   Q     Okay.  And do you know how prominently web video ads

4   were sold in January 2014?

5   A     I know that there were app and video content on AdX,

6   but I don't know how prominent.

7   Q     Okay.  And then your counsel pointed you to the

8   statement at the bottom of page 1 that says a large number,

9   70 percent, go unmatched, which is interesting.  Do you see

10  that?

11  A     Yes.

12  Q     And that's an indication of the fact that AdX itself

13  has unique supply, correct?

14  A     I don't agree.

15  Q     Okay.  Now, there was some discussion about whether

16  Google Ads' advertisers actually asked for AWBid.  Do you

17  recall that?

18  A     Yes.

19  Q     And you testified previously on your direct examination

20  that you knew, regardless of whether they asked for it or

21  not, that expanding Google Ads into third-party exchanges

22  would be in those advertisers' best interests, right?

23  A     That's not exactly the words I used.

24  Q     Okay.  Well, the record will speak for itself in that

25  regard.

21

Redirect Examination - N. Jayaram

1        I want to turn now to PTX 132, which you also

2   spoke about with your counsel.  And, again, in PTX 132, you

3   talked about many of the challenges of implementing AWBid

4   over a course of three years and how the pipes had to be

5   built and configured.  Do you recall all of that?

6   A    Yes.

7   Q    Okay.  This a document from April 2013.  You had been

8   at Google about five months at that point, right?

9   A    Yes.

10  Q    And in April 2013, when the document says, "GDN needs

11  to be cross-exchanged competitively.  We will do it via

12  xBid's implementation," meaning DV360's implementation,

13  there's no reference that will take three years to do,

14  right?

15  A    I explained why it took longer than that, because of

16  unforeseen difficulties.

17  Q    And I listened carefully as you did that, and I want to

18  know -- because what I don't recall hearing in your

19  testimony, do you recall there was a big debate internally

20  at Google as to whether AWBid should happen at all?

21  A    I was not part of those debates.

22  Q    Okay.  So you weren't part of those debates, so you

23  don't know whether those debates are, in fact, the reason

24  why it took two to three years to open up Google Ads to

25  other exchanges; is that fair?

                                                        22

Redirect Examination - N. Jayaram

1    A     No.

2    Q     You also indicated that one thing that took a long time

3    was to deal with latency and spam concerns.  Do you recall

4    that?

5    A     Yes.

6    Q     And let me show you a document we will have marked for

7    identification as PTX 0199.

8              THE COURT:  199?

9              MS. WOOD:  199.

10             THE COURT:  Any objection?

11             MS. RHEE:  I don't have it in front of me,

12   Your Honor.  I could get it.

13             Thank you.

14             No objection, Your Honor.

15             THE COURT:  All right.  It's in.

16   BY MS. WOOD

17   Q     Do you see this is dated September 4, 2014, right?

18   A     Yes.

19   Q     And this is in the time period where there was a

20   discussion about opening up Google Ads to rival ad

21   exchanges?

22   A     Yes.

23   Q     Okay.  I'd like you to turn to the page that ends in

24   Bates stamp 241.  Can you read the title of that slide out

25   loud, please, sir?

Redirect Examination - N. Jayaram

1   A     "Click Spam is at acceptable levels in most exchanges,

2   actions for outliers needs discussions."

3   Q     So spam was at acceptable levels in most exchanges, but

4   there were outliers that needed discussion; is that right?

5   A     Acceptable for that stage of AWBid.

6   Q     Okay.  And at that point, the spam on AdX, as indicated

7   on this chart, was 10.4 percent.  Am I reading that

8   correctly?

9   A     Yes.

10  Q     Okay.  And so that's compared to PubMatic with 17.9 and

11  OpenX with 14.8; is that right?

12  A     Yes.

13  Q     And if you turn to the previous page ending in Bates

14  240, do you see it's entitled, quote, "Inventory Quality

15  Meets AdX policy ratings and compares to AdSense Longtail"?

16  Do you see that?

17  A     I see it.

18  Q     And do you see the policy rating is six out of ten

19  versus seven out of ten for AdX; is that right?

20  A     Yes.

21  Q     And this was something that Google continued to pay

22  attention to, how other exchanges were doing on things like

23  spam and content, right?

24  A     Yes.  We continually enlist in this.

25  Q     Let me show you another document.  This one is marked

Redirect Examination - N. Jayaram

1    as PTX 835.

2              THE COURT:  Any objection to 835?

3              MS. RHEE:  No objection, Your Honor.

4              THE COURT:  All right.  It's in.

5    BY MS. WOOD

6    Q    So this is a few years later in September of 2018.

7    It's another AWBid review, correct?

8    A    Yes.

9    Q    If you turn to the page ending in Bates stamp 867.

10   A    Okay.

11   Q    At the bottom of that page, there's a chart, and it

12   reads, quote, "Spam click rate comparable to AdX."  Do you

13   see that?

14   A    Yes.

15   Q    Does that refresh your recollection that certainly by

16   September 2018, the spam click rate for rival exchanges for

17   AWBid was comparable to AdX?

18   A    It does not refresh my recollection, but we had done a

19   ton of work on spam.  So I can see why the click rate might

20   be comparable to AdX by 2018.

21   Q    And do you see it says, "Contracts have clawback

22   provisions that we exercise monthly"?  Do you see that?

23   A    Yes.

24   Q    And that's a reference to the concern you articulated

25   on cross-examination with your lawyers about how when

                                                              25

Redirect Examination - N. Jayaram

1   there's spam, there can be difficulties in billing, correct?

2   A    Yes.

3   Q    Now, you're also aware that in the ad tech ecosystem,

4   there are third-party vendors that offer spam protection,

5   correct?

6   A    I am not very familiar with that.

7   Q    Okay.  So you're not aware one way or the other whether

8   advertisers can look to third-party vendors to get

9   additional protection on spam if that's something they're

10  concerned about?

11  A    That's right.

12  Q    Okay.  You also talked with your counsel about Google

13  ad connector (phonetic).  Do you recall that?

14  A    Yes.

15  Q    And is that another term for the Yavin product?

16  A    Yes.

17  Q    Okay.  And the Yavin product, that was a way to access

18  walled garden display ads, correct?

19  A    I looked at it as a way to access publisher inventory

20  even though they were running their own ad servers.

21       (Reporter clarification.)

22  BY MS. WOOD

23  Q    Publisher inventory even though they were running their

24  own ad servers, is that what you said, sir?

25  A    When they are running their own ad server.

26

Redirect Examination - N. Jayaram

1    Q    Okay.  And so when a publisher runs its own ad server,

2    this was a way for Google to be able to buy and sell display

3    ads on Google Ad connector or Yavin, correct?

4    A    Can you repeat the question?

5    Q    Google Ad connector offered a way to buy and sell

6    display ads in that circumstance where the publisher was a

7    walled garden that ran its own publisher ad server, correct?

8    A    I mean, I think I already said I don't understand your

9    definition of walled garden.

10   Q    Okay.  Let's talk now about Poirot.  You indicated that

11   in 2016 was the time period when people at Google started

12   working on Poirot.  Is that right?

13   A    Yes.

14   Q    Okay.  2016 was also the time when people at Google

15   were very focused on header bidding, correct?

16   A    I don't recall exactly when those conversations

17   happened.

18   Q    Okay.  You recall being involved -- in fact, we went

19   through these documents on your direct exam -- being heavily

20   involved in a review of Google's response to header bidding

21   in 2016.  Do you recall that?

22   A    I don't agree with the characterization that I was

23   heavily involved.

24   Q    Do you recall looking at documents with me on direct

25   exam that Google was focused on header bidding and its

27

Redirect Examination - N. Jayaram

1    response to header bidding throughout 2016?

2    A     Yes.

3    Q     Okay.  And 2016 just coincidentally happened to be the

4    time when the work on Poirot started; is that your

5    testimony?

6    A     Yes.

7    Q     Okay.  And Poirot, in fact, shifted revenue away from

8    third-party exchanges to AdX, correct?

9    A     Yes.

10   Q     Okay.  So let's look at some of that shift.

11         MS. WOOD:  If we can, pull up PTX 478,

12   please.

13   BY MS. WOOD

14   Q     Oh, first of all, let me ask you to turn in PTX 478 to

15   the page ending in Bates stamp 435.

16         Do you remember discussing with your lawyer on

17   cross-examination that Poirot was intended to address

18   so-called dirty auctions?  Do you remember that?

19   A     Yes.

20   Q     And you defined a dirty auction as an auction that was

21   called a second-price auction but was really running more

22   like a first-price auction.  Do you remember that?

23   A     Yes.

24   Q     Isn't it true, sir, that AdX itself by that definition

25   was running a dirty auction?

Redirect Examination - N. Jayaram

1   A     No.

2   Q     If you look at the page ending in 435 -- do you know

3   Mr. Maurer, Tobias Maurer?

4   A     Yes.

5   Q     Who is he?

6   A     He's a product manager.

7   Q     For what?

8   A     At that time, I think he was working on the buy-side.

9   Q     Any product in particular?

10  A     He worked on DV360 for a while and on also AdWords.

11  Q     And this says, "Will we not adjust fixed bidding on AdX

12  as well in the case of RPO" -- RPO stands for reserve price

13  optimization, correct?

14  A     Yes.

15  Q     In the case of reserved price optimization being

16  enabled, this will add direct advertiser value as RPO will

17  tend towards charging 95 percent of the fixed bid."  Do you

18  see that?

19  A     I see it.

20  Q     That is a reflection of the fact that AdX was running

21  an auction that had a result that was close to the result

22  you would get in a first-price auction, correct?

23  A     This is not a fact.

24  Q     Now, let's turn to the document your counsel showed

25  you.  DTX 615 I believe it is.  And if we can, turn to the

Redirect Examination - N. Jayaram

1   page that ends in Bates stamp 635.  It had the colors on it,

2   the little chart in the bottom right-hand corner.

3   A    Yes.

4   Q    And you remember green and orange and red?

5   A    Yes.

6   Q    Okay.  And so the green were indications of where

7   Poirot was not running; so Poirot was not decreasing bids by

8   DV360 buyers on AdX, correct?

9   A    No, that's not correct.

10  Q    AdX was not triggered by Poirot, correct?

11  A    Poirot was running on all the exchanges, including AdX.

12  Q    Okay.  Listen to my question.  Using Poirot on AdX, did

13  DV360 reduce bids into the AdX auction?

14  A    No.

15  Q    Okay.  So that's why AdX is here in green, right?

16  A    No.

17  Q    Do you see the red that's -- what is the red line?

18  OpenX and PubMatic, do you see that?

19  A    Yes.

20  Q    And OpenX and PubMatic were large competitors of

21  Google's ad exchange business, correct?

22  A    I don't know how big they were.

23  Q    Okay.  Do you know how big United was?

24  A    No.

25  Q    Do you know how big AppNexus was?

30

Redirect Examination - N. Jayaram

1    A    I do not know the size of these exchanges.

2    Q    So let's look up PTX 860, which your counsel also

3    showed you.  And if you'll recall, I think with

4    Mr. Klein's -- or someone's assistance, you pulled up the

5    whole chart of results per exchange.  Do you remember that?

6    A    Yes.

7    Q    And we looked how some exchanges, like OpenX for

8    example, had their revenue drop by 42 percent.  Do you

9    remember that?

10   A    I think that was a different -- oh, yeah.  Yes, I see

11   it.

12   Q    Do you remember that?

13   A    Yes.

14   Q    Okay.  And some exchanges were helped to the tune of

15   1. percent or 2.2 percent or even RightMedia at

16   13.7 percent.  Do you see that?

17   A    Yes.

18   Q    But you can't say as you sit here now whether those

19   exchanges that were helped by Poirot were significant

20   competitors of AdX or not; is that right?

21   A    That's correct.

22   Q    Now, you were also asked some questions about UPR.  Do

23   you remember that?

24   A    Yes.

25   Q    Were you aware of how publishers responded to the

Redirect Examination - N. Jayaram

1   announcement of UPR?

2   A    No.

3   Q    Did you attend the meeting in spring 2019 where

4   publishers expressed to Google exactly how they felt about

5   UPR?

6   A    No.

7   Q    But you are aware that UPR shifted impressions to AdX,

8   correct?

9   A    No, I can't say that for sure.

10  Q    You can't say that for sure.  Do you recall running

11  experiments or simulations in which it was demonstrated that

12  because of the introduction of Unified Pricing Rules, more

13  impressions shifted to AdX and away from third-party

14  exchanges?

15  A    Not to my knowledge, no.

16  Q    Okay.  Let's pull up PTX 520.  This is the document

17  that has your name on it that you disagree with several

18  portions of it.  Do you remember that?

19  A    Yes.

20  Q    The other people that are listed as authoring this

21  document include Mr. Amini; is that right?

22  A    Yes.

23  Q    Is he your boss?

24  A    Yes.

25  Q    Okay.  And Mr. Agarwal, he was a gTrade colleague with

32

Redirect Examination - N. Jayaram

1    you?

2    A    Yes.

3    Q    And Mr. Maurer, he was also another gTrade colleague

4    with you; is that right?

5    A    Yes.

6    Q    Now, do you recall looking at -- in PTX 588, there was

7    a discussion about an experiment that looked at just

8    stopping buying cross-exchange on DV360 altogether.  Do you

9    remember that?

10   A    I remember talking about it.

11   Q    Okay.  You remember talking about that with your

12   counsel just a few minutes ago, right?

13   A    Yes.

14   Q    Okay.  And you made the point with your counsel that

15   that was just an experiment, that was a thought idea, we

16   never did it, right?

17   A    Yes.

18   Q    What you did instead at around the same time was to

19   reduce DV360's bidding on those third-party exchanges; isn't

20   that right?

21   A    We launched Poirot to optimize for the advertiser.

22   Q    And that had the effect of reducing bids on those

23   third-party exchanges, which you had previously experimented

24   with stopping altogether, correct?

25   A    It only reduced spending on third-party exchanges that

33

Redirect Examination - N. Jayaram

1    were not running second-price auctions.

2    Q    And do you remember talking about Trade Desk and their

3    practices of bid shading?

4    A    Yes.

5    Q    Are you aware of whether Trade Desk bids on a query by

6    query basis versus just across an entire exchange?

7    A    I do not know.

8    Q    Now, Poirot was a feature that DV360 customers had to

9    opt out of; is that right?

10   A    Yes.

11   Q    So it was a default setting that Poirot was enabled,

12   correct?

13   A    Yes.

14   Q    And what was the disclosure about Poirot so that they

15   could make an informed choice about whether to opt in or opt

16   out?

17   A    I do not know the nature of disclosures to advertisers.

18   Q    In fact, isn't it true that there was no disclosure

19   that Poirot operated at the exchange level instead of the

20   query level?  Isn't that true?

21   A    I do not know the nature of the disclosures to the

22   advertisers.

23   Q    You were also shown PTX 791 just a few minutes ago at

24   the end of your counsel's exam.  Do you remember that?

25   A    Yes.

34

Redirect Examination - N. Jayaram

1   Q    And if you turn to the page ending in Bates stamp

2   218 -- I don't think you went over this page.  Well, first

3   of all, if you could, look at the front of the document.

4   What's the big heading above AWBid?

5   A    Privileged and confidential.

6   Q    And was there a request for legal advice in this

7   document?

8   A    I do not know.

9   Q    And then going to page 218, ending in Bates stamp 218,

10  do you see that?

11  A    Yes.

12  Q    And this is a time when AWBid was focused on

13  remarketing impressions.  Do you see that?  Do you see where

14  it says, "Why remarketing only"?

15  A    I see something else at the top.

16  Q    You see "What is AWBid," correct?

17  A    Maybe I do need the binder.  Thank you.

18  Q    Are you looking at the same screen I am?  Do you see

19  where it says "why remarketing only"?  It's in yellow.

20  A    Yes.  I was referring currently launch remarketing

21  advertise here (phonetic).

22  Q    "Currently launched for remarketing and icm verticals

23  only"?

24  A    Yes.

25  Q    No advertiser control; is that what you're referring

Redirect Examination - N. Jayaram

1   to?

2   A     Yes.

3   Q     Okay.  And then do you see the words I'm referring to

4   that say "why remarketing only"?

5   A     Yes.

6   Q     And it answers that question, right?

7   A     I see an answer listed.

8   Q     Yeah, and the answer is, "Remarketing is where

9   AdWords" -- meaning Google Ads -- "faces the most

10  competitive pressure and most benefit from additional

11  reach."  Do you see that?

12  A     I see it.

13  Q     It says, "Majority of remarketing advertisers are not

14  budget constrained and want more conversion volume."  Do you

15  see that?

16  A     Yes.

17  Q     And then what does the second bullet point say?

18  A     "Greatly reduces concerns about impact to publisher

19  business."

20  Q     And the impact to the publisher business is a reference

21  to the impact to Google's sell-sides; isn't that true?

22  A     I did not author this document.  That sounds like -- I

23  would have to guess the intent of the author.

24  Q     I want to turn to the page that ends in Bates stamp

25  239.  And do you see, again, not only is the PowerPoint --

Redirect Examination - N. Jayaram

1   239.   Do you see on this page not only is the PowerPoint

2   itself marked privileged and confidential, but this specific

3   page is also additionally marked privileged and

4   confidential?  Is that right?

5   A     I see it.

6   Q     Do you see any request for legal advice here?

7   A     I don't.

8   Q     Okay.  Well, what we do see is a discussion about

9   pricing, correct, about margins, right?

10  A     Yes.

11  Q     And do you recall getting an instruction as part of

12  communicate with care that whenever there's a discussion

13  about pricing or competitive issues, best to mark it

14  privileged and confidential?

15  A     I do not.

16  Q     Okay.  So here there's a reference to 50 percent

17  margins.  Do you see that?

18  A     Yes.

19  Q     And those 50 percent margins, are those the margins you

20  described as the 50 percent margins for contextual interest

21  ads?

22  A     Yes.

23  Q     Okay.  And so this says -- there's a concern on the

24  left and then a mitigation on the right.  Do you see that?

25  It's how the chart is structured.

Redirect Examination - N. Jayaram

1    A    Yes.

2    Q    Okay.  And so the concern is "Third parties and

3    middlemen will benefit."  Do you see that?

4    A    Yes.

5    Q    And the mitigation of that concern is, "At 50% margins

6    (higher than YouTube) there isn't much room for middlemen to

7    take a cut."  Do you see that?

8    A    I see it.

9    Q    And then a few lines down, the concern that's listed

10   is, "We could make more money on AdX," and the mitigation to

11   that concern is, "At 50%, if publisher moves to AdX, Google

12   makes less net revenue."  Do you see that?

13   A    I do.

14   Q    And on the left-hand side at the bottom, it says,

15   "There will be substantial negative impact to sell-side."

16   That's a reference to sell-side business, correct?

17   A    I did not author this document.  That seems like a

18   reasonable inference, though.

19   Q    Okay.  And the mitigation to that concern is that,

20   "Despite worries when first launching AWBid on RMKT 3+ years

21   ago, there doesn't seem to have noticeable impact to our

22   sell-side."  Do you see that?

23   A    Yes.

24              MS. WOOD:  I'll pass the witness.

25              THE COURT:  Any recross?

                                                              38

Recross-Examination - N. Jayaram

1          MS. RHEE:  Briefly, Your Honor.

2                   RECROSS-EXAMINATION

3    BY MS. RHEE

4    Q    Okay.  Mr. Jayaram, you were shown on this redirect PTX

5    199.

6          MS. RHEE:  If we could, please pull it up.

7    BY MS. RHEE

8    Q    And first of all, you see the title here.  Who is the

9    author?

10   A    Tobias Maurer.

11   Q    Okay.  Not you.  And then what's the date?

12   A    9-4-2014.

13   Q    So is that before or after AWBid launches?

14   A    This is prior to the launch.

15   Q    Okay.  So prior to the launch, is that -- I just want

16   to make sure we're all hearing you.

17   A    Correct.

18   Q    So now let's go to the Bates stamp ending in 241, which

19   is what Ms. Wood showed you on her recross.  You see that,

20   right?

21   A    Yes.

22   Q    Okay.  And now this is before launch.  So I want to

23   direct your attention to the statement on the left that

24   says, "Currently not getting spam signals on impression

25   basis but will with the launch."  Do you see that?

                                                              39

Recross-Examination - N. Jayaram

1    A    Yes.

2    Q    And is that consistent with your recollection of the

3    events in 2014 before launch?

4    A    Yes.

5    Q    Okay.  And then similarly, underneath there, it says,

6    "Casala Media's spam due to ad verification service, can be

7    addressed with special log handling on our end."  Do you see

8    that?

9    A    I see it.

10   Q    Okay.  And then finally, in terms of next steps, it

11   says here, "More experimentation needed" -- I think there's

12   a missing "to -- "to understand the nature of spam, then

13   work with offenders to address spam or terminate buying."

14   Do you see that?

15   A    Yes.

16   Q    And is that consistent with your recollection of the

17   events prior to launch?

18   A    Yes.

19   Q    Okay.  Now, here on the right-hand side, you see that

20   PubMatic has insufficient traffic.  Do you see that?

21   A    I see it.

22   Q    And the same with the Yieldlab; is that right?

23   A    That's right.

24   Q    Okay.  And what is insufficient traffic mean?

25   A    It meant there wasn't enough clicks to make an offline

Recross-Examination - N. Jayaram

1   determination of the spam rates.

2   Q    And, again, is that consistent with insufficient data

3   prior to launch or going live?

4   A    Correct.

5   Q    And the documents that we walked through about AWBid

6   latency, AWBid spam, etc., are those documents that occurred

7   after the launch, after it went live?

8   A    Yes.

9   Q    Now, similarly, you were shown on Ms. Wood's recross

10  PTX 478.

11         MS. RHEE:  So if we could, pull that up.

12  BY MS. RHEE

13  Q    And in marks she directed your attention to -- what is

14  admittedly very hard to read -- it is Bates stamp ending in

15  435.

16         MS. RHEE:  And if we could, blow that up

17  super large because we want to actually be able to read

18  it.

19  BY MS. RHEE

20  Q    Okay.  You see those comments to this slide deck,

21  Mr. Jayaram?

22  A    The two comments, yes, I see it.

23  Q    Okay.  And the first one Ms. Wood walked you through,

24  is that written by you as best as you can tell?

25  A    No.

41

Recross-Examination - N. Jayaram

1    Q    Okay.  And whoever this person asks, "Will we not

2    adjust fix bidding on AdX as well," it's in the form of a

3    question, yes?

4    A    Yes.

5    Q    And what is the answer to the question?  And you can

6    see there is a responsive comment right below.

7    A    We have Poirot other than running on all the exchanges,

8    including AdX.  So if AdX went to actually deviate from

9    second-pricing, Poirot would have detected it and lowered

10   the bid.  But Poirot did not lower the bid because AdX

11   continued to run a second-price auction until 2019.

12   Q    So I just want to understand your testimony.  Is Poirot

13   essentially the algorithm that's being run across every

14   single exchange?

15   A    Yes.

16   Q    And does that include AdX?

17   A    Yes.

18   Q    And does the algorithm know or care how big or small

19   that exchange is?

20   A    No.

21   Q    Does the algorithm know or care what the market share

22   of any given exchange is?

23   A    No.

24   Q    Did you program that algorithms to care or to know what

25   the size of the exchanges are?

42

Recross-Examination - N. Jayaram

1   A    No.

2   Q    And so the reason why there isn't an adjustment to the

3   bidding on AdX is because that's what the algorithm told it?

4   A    That's correct.

5   Q    And then, finally, you were shown on direct examination

6   what I believe to be PTX 835 and, in particular, the slide

7   ending 876.  Do you see that?

8   A    Yes.

9   Q    Okay.  And then if you just keep flipping to the next

10  page, you see there's a redacted box for privilege?

11  A    Yes.

12  Q    And then you flip to the next page after that, and you

13  see more redacted boxes?

14  A    Yes.

15  Q    Now, Mr. Jayaram, do you have anything to do with what

16  remains redacted, what is actually withheld on the basis of

17  privilege versus what's produced?

18  A    No.

19  Q    Again, are you an engineer?

20  A    Yes.

21         MS. RHEE:  Okay.  No further questions.

22      (Ms. Wood stands.)

23         THE COURT:  No.  We're done.

24         Are you moving exhibits in?

25         MS. WOOD:  No, but I did have one question

1   directly raised for the first time in that last --

2              THE COURT:  No, we don't do it that way.

3              MS. WOOD:  Okay.

4              THE COURT:  Does anybody anticipate calling

5   this witness again during the course of the trial?

6              MS. WOOD:  No, Your Honor.

7              THE COURT:  All right.  What about for the

8   defense?

9              MS. RHEE:  I think we're going to reserve,

10  Your Honor, just in case something comes up in the

11  remainder of the government's case.

12             MS. WOOD:  Then we'll do the same, Your

13  Honor.

14             THE COURT:  All right.  Then that means that

15  you cannot watch the proceedings.  You're free to go

16  now.  Certainly, you won't be called back for a couple

17  of days at least.

18             Please do not discuss your testimony with any

19  witness who has not yet testified.

20             THE WITNESS:  Okay, Your Honor.

21             THE COURT:  All right.  The next witness.

22             Are we going back to the deposition from

23  yesterday, or are we going to another witness?

24             MS. WOOD:  We have more live witnesses today,

25  Your Honor.

44

Direct Examination - T. Cadogan

1          THE COURT:  All right.

2          MR. VERNON:  Good afternoon, Your Honor.

3    Jeff Vernon for the United States.  The plaintiffs call

4    Tim Cadogan from OpenX.

5          THE COURT:  All right.  Go ahead.

6          TIM CADOGAN, PLAINTIFFS' WITNESS, SWORN

7                    DIRECT EXAMINATION

8    BY MR. VERNON

9    Q    Good afternoon, Mr. Cadogan.  Can you explain your role

10   at OpenX?

11   A    Yes.  I was CEO from 2008 to 2020.

12   Q    And do you have any role at OpenX today?

13   A    Yes, I remain on the board.  I serve as the chairman of

14   the board.

15   Q    And what hand involvement, if any, did you have in the

16   founding of OpenX?

17   A    So OpenX already existed in the UK, but I and my

18   effective cofounder Jason Fairchild brought to it the U.S.,

19   set up the company here, and grew the company from zero in

20   revenue.

21   Q    And setting aside your board role at OpenX, what other

22   work do you do today?

23   A    I am currently the CEO of GoFundMe, which I have been

24   since March 2020.

25   Q    And can you briefly explain what OpenX is?

45

Direct Examination - T. Cadogan

1   A    Yes.   In brief, OpenX was a business that would help

2   publishers maximize their ad revenue primarily through an ad

3   server and an ad exchange business.

4   Q    What was OpenX's first product?

5   A    Our first two products really that came out at a

6   similar time was an ad serving product and an ad exchange.

7   The ad exchange we launched in September 2008 if I remember

8   correctly.

9            THE COURT:  I'm sorry.  You're dropping your

10   voice.  You have to keep it up so we can hear you.

11            THE WITNESS:  I'm sorry.  I will try and lean

12   down.  I heard I was going to get a back ache here.  So

13   I'll go for it.

14            THE COURT:  Well, we can get you a lapel mic

15   if that would make it better.

16            THE WITNESS:  Oh, thank you very much.  Oh,

17   that would be great.  How's that?

18            THE COURT:  Oh, that's fantastic.

19            THE WITNESS:  Ready to go.

20            MS. RHEE:  Your Honor, why did we wait this

21   long?

22            THE WITNESS:  Yeah.  Thank you, ma'am, Your

23   Honor.  Thank you.  Sorry.

24   BY MR. VERNON

25   Q    During what time period did OpenX have an ad server?

Direct Examination - T. Cadogan

1   A    From the beginning of the business in 2008 until

2   somewhere around 2017, 2018, when we finally shut it down.

3   Q    Who was the main competitor for OpenX's publisher ad

4   server?

5   A    It was the Google product DFP.

6   Q    And why do you say the DFP, Google's product, was the

7   main competitor for OpenX's ad server?

8   A    Well, it was -- it had the largest market share.  So it

9   had most publishers.  And so if we wanted to win business

10  and to grow the ad serving part of our company, we would

11  need to win clients from DFP.  It was the incumbent even

12  back in 2008.

13  Q    Did OpenX ever try to win publishers away from DFP?

14  A    Yes, absolutely we did frequently.

15  Q    About how many times did OpenX try to convince

16  publishers to switch from DFP on the one hand to OpenX's ad

17  server on the other hand?

18  A    Oh, hundreds.

19  Q    And how many publishers actually did switch from DFP to

20  OpenX?

21  A    I'm afraid relatively few, maybe 10 or 15.

22  Q    And of those 10 or 15 that switched, how many of them

23  were large publishers?

24  A    Very few.

25  Q    Did OpenX ever lose publishers to DFP?

Direct Examination - T. Cadogan

1   A    Yes, we did.  Typically, most larger publishers were
2   already working with DFP.  But on occasion, when we would
3   have a client who would grow to become bigger, we could lose
4   those.  An example might be a company like Fox Media, which
5   became bigger over time.
6   Q    About how many publishers switched from OpenX to DFP?
7   A    Dozens.  I don't remember specifically.  It might have
8   been as many as a hundred or more.
9   Q    From your experience, what was the main reason OpenX
10  lost when it was competing with DFP?
11  A    The single biggest reason was that -- well, DFP was a
12  good product.  It came attached with the Google AdX
13  exchange, which was a very compelling source of revenue for
14  publishers.  And so our ad server wasn't able to connect to
15  AdX.  And so it was very difficult to persuade a publisher
16  to go with us and forgo access to AdX as a revenue source.
17  Q    In terms of features, how did OpenX's ad server compare
18  to DFP?
19  A    We stacked up reasonably well.  There were a couple of
20  areas we were probably not quite so good.  But overall, the
21  product was robust.  But the biggest disadvantage was the
22  inaccessible of the ad exchange from Google.
23  Q    And how did OpenX's ad server prices compare to DFP's
24  prices?
25  A    We competed reasonably well.  DFP would on occasion

48

Direct Examination - T. Cadogan

1    reduce prices, and we would often try to follow them.   So

2    I'd say pricing was an area we could compete reasonably

3    effectively.

4    Q     And what advantages did OpenX's ad server have compared

5    to DFP?

6    A     The primary areas we would focus on from a competitive

7    advantage point of view were flexibility, choice, i.e., the

8    ability to choose the monetization sources, and

9    independence, the fact that we were focused solely on this

10   part of the business and were not in adjacent businesses was

11   quite valuable to some publishers.

12   Q     And so when you were mentioning the advantages of

13   OpenX's ad server over DFP, you mentioned flexibility.   Can

14   you explain what you meant by that?

15   A     Yes.   I mean, the ability to -- for example, we had an

16   ad exchange as well, but the publisher didn't have to use

17   our ad exchange.   They could choose to manage demand in

18   their ad server in the way that worked best for their

19   business.   So it gave them flexibility.

20   Q     And you also mentioned independence.   Can you explain

21   what you meant by that?

22   A     Yes, I can.   So for some publishers, Google, for

23   example, was actually competing for them -- with them in

24   their main business.   So, for example, a travel company

25   might think of Google as a competitive business because it

49

Direct Examination - T. Cadogan

1   offered certain functions to consumers around the travel

2   segment.  So they may consider them competitors as an

3   example.

4   Q    When publishers used OpenX's publisher ad server, how

5   much access did those publishers have to AdX?

6   A    Minimal.  There was access in the form of what's called

7   an ad tag, which is the sort of traditional way that you

8   would access demand.  But you didn't have any access on a

9   real-time basis to the AdX ad exchange, which is really what

10  publishers wanted because they wanted to real-time

11  competition for their inventory.

12  Q    And so what's the difference between real-time access

13  to AdX and the AdX tag?

14  A    So the difference is with real-time or programmatic --

15  I'm not sure what terminology you've been using here.  The

16  whole point of the industry is to be able to value an

17  impression, which is a user's attention at a moment in time,

18  to be able to value that in real-time.  That's the point of

19  the industry.

20          When you use an ad tag, that's just a proxy.  It's

21  a historic price.  It's a historic average price.  So you're

22  not -- the price signal, if you like, that you're receiving

23  is of a completely different class.  One is real-time and

24  contemporary.  The other is historic average.  So they're

25  two very different animals.

Direct Examination - T. Cadogan

1  Q    How effective were the ad tags that you mentioned
2  compared to real-time access as a means of accessing AdX?
3  A    They were much less effective and much less compelling,
4  and also, if I remember correctly, the AdX ad tag didn't
5  have what's called a pause-back which means that if --
6       (Reporter clarification.)
7  A    A pause-back, a pause-back.  I'm sorry.  There's so
8  much jargon in this industry.  I've got to say I'm happy to
9  have left there because I can speak English in my new
10 business.
11         But anyway, so it meant that if they didn't win,
12 if they didn't have an ad, what a pause-back means is it
13 then can go on to somebody else.  But in this case, if the
14 ad tag didn't win, it didn't have a pause-back, so the
15 impression would go unsold.
16         Again, that's my recollection.  It was a long time
17 ago, but I remember that.
18 Q    So I think you said that publishers using OpenX's ad
19 server had no real-time access to AdX; is that right?
20 A    Yes, that's correct.
21 Q    How did that affect OpenX's ability to compete with
22 DFP?
23 A    Well, very significantly.  Because AdX was -- and I
24 believe it still is -- the most powerful source of real-time
25 bidding in real-time demand in the industry.  So for a

51

Direct Examination - T. Cadogan

1   publisher, it's a very hard thing to forgo that.  So our

2   ability in our ad serving business to win publishers was

3   really constrained because a publisher would have to say,

4   you know, I'm going to work with you, which means I'm not

5   going to be able to work with Google AdX, which is very

6   valuable.  It's a hard decision for a publisher to make.

7   Q    How easy or difficult was it for OpenX to compete with

8   DFP in the publisher ad server business?

9   A    It was very, very difficult to the point where we

10  ultimately decided to shut the business.  We had started --

11  it got harder and harder.  Then ultimately we shut down that

12  part of our business.

13  Q    Did OpenX ever ask Google to provide real-time bids to

14  publishers using OpenX's ad server?

15  A    We did reach out about accessing demand from AdX.

16  Q    And did OpenX ever obtain the ability to provide

17  real-time bids to publishers from AdX, to publishers that

18  were using OpenX's ad server?

19  A    Unfortunately, no, we didn't manage to get access to

20  that demand, the real-time demand.

21  Q    Let me ask you a question about how this might work,

22  and I will focus your attention on the time period after

23  header bidding became prevalent.  I think you mentioned

24  before that OpenX also had an exchange.  Is that right?

25  A    Yes, that's correct.

Direct Examination - T. Cadogan

```
 1   Q    You can take a sip of water.

 2   A    Thank you.

 3   Q    Did OpenX's exchange provide real-time bids to

 4   publishers that were using ad servers other than OpenX's ad

 5   server?

 6   A    Sorry.  Just say that again.  Sorry.  Will you repeat

 7   the question?  I won't repeat question.

 8   Q    Did OpenX's exchange provide real-time bids to

 9   publishers using ad servers other than the OpenX ad server?

10   A    You premised the question with after header bidding;

11   didn't you?

12   Q    Yes.

13   A    Yes, we did.  Well, I'll stop there.

14   Q    And so what system did OpenX provide those real-time

15   bids.

16   A    So header bidding was a system that we and some of our

17   competitors -- independent competitors came up with of

18   passing a bid into the header, which is the top of the

19   browser that the publisher gives the user, as a way to put

20   real-time demand -- give that to the publisher and then have

21   it flow into the ad server that they were running.  It is a

22   rather convoluted process because we weren't able to work

23   directly with Google.  So we came up with a creative way of

24   feeding demand in that ultimately could then be fed into DFP

25   by the publisher.
```

Direct Examination - T. Cadogan

1  Q    And which entity actually sets up this system called

2  header bidding in which the bid is sent to the header and

3  the browser?

4  A    The publisher would configure all of these components

5  in order to allow this, at that time, new system to run.

6  Q    And once header bidding was set up, how difficult was

7  it for OpenX to provide real-time bids to the header bidding

8  system that was set up by the publisher?

9  A    It was automatic.  It was beyond easy.  Once set up --

10  that's what we would design to do.  We would do that

11  programmatically, i.e., automatically.

12  Q    How long would it take?

13  A    A few hundred milliseconds, the response time of

14  standard real-time bidding protocol.

15  Q    So I think you mentioned before OpenX does not have an

16  ad server today.

17  A    Yes, that's correct, we don't.

18  Q    What is the main reason why OpenX exited the ad server

19  market?

20  A    We were unable to compete effectively with DFP, and it

21  was no longer economic for us to attempt to continue to do

22  that.

23  Q    And what was the main reason why you were no longer

24  able to effectively compete with DFP?

25  A    I mean, DFP was so powerful because DFP was also linked

54

Direct Examination - T. Cadogan

1    to AdX, which was linked to -- which is the primary -- by

2    far the largest ad exchange, which is linked to DV360, the

3    larger buying system, which was then linked to Google Ads,

4    which is the biggest pool of advertising on the planet.  I'm

5    not exaggerating, and that was not possible for us to

6    complete with for all the reasons that we've talked about a

7    little earlier.

8    Q    And why do you say the main reason that it was

9    difficult for OpenX to compete with DFP -- were the limits

10   on OpenX's access to AdX rather than the pricing or features

11   differences that discussed before?

12   A    So a publisher's main business is advertising.  That's

13   how they generate their revenue.  And so to work with the

14   OpenX ad server would require them saying no to by far the

15   largest source of advertising revenue that was available to

16   them, which was the Google offering.  And that was not

17   accessible to them if they used the OpenX ad server.  And so

18   that's a choice almost no publisher could make because they

19   couldn't go without that large source of revenue.

20   Q    Now let's talk a little more about OpenX's exchange.  I

21   think you might have mentioned this before, but roughly,

22   when did OpenX create its exchange?

23   A    We launched the exchange in September 2008 in its first

24   version.

25   Q    How easy or difficult was it to build an exchange?

                                                              55

Direct Examination - T. Cadogan

1   A    It was very difficult.  We raised about $75 million as

2   a company, and we invested the majority of that in engineers

3   and product people to build the exchange and in sales and

4   business development people to go to market with that

5   exchange.  It was our primary effort.  And so yes, it was

6   difficult, and it was technically new.  Real-time bidding

7   was brand new.  It was a new innovation.  So it required a

8   lot of time and effort and investment.

9   Q    Let's talk about which companies OpenX's exchange

10  competes with.  Who are the main competitors for OpenX's

11  exchange?

12  A    Can I just clarify who are or who were?

13  Q    Who are.

14  A    Who are.  So I think it's actually still the same

15  companies that were the main competitors while I was there,

16  which was Google, AdX, Rubicon Project, which now has a

17  different name -- it's called Magnite -- PubMatic, and then

18  somewhat later on Index came into the market.  And we also

19  competed but also partnered with AppNexus.  Those are

20  probably the main players.

21  Q    And when you give testimony about who OpenX's main

22  competitors are, what are you basing that off of?

23  A    So these were the companies that -- when we were going

24  to pitch a publisher and try to win their business, these

25  are the folks that would compete -- be competing with us

56

Direct Examination - T. Cadogan

1    typically.

2    Q     Did you view social media, like Facebook, as one of the

3    main competitors for OpenX?

4    A     No.

5    Q     Why not?

6    A     So social media was like a different planet.   Those

7    companies -- those large platforms -- say Facebook is the

8    biggest.   It runs its own advertising system.   It's

9    inaccessible to us.   We had no viable way to access any of

10   their inventory.   Advertisers run in their own-and-operated

11   system.   They run through a separate set of agencies even.

12   So it's very much a different part of the advertising

13   universe.

14   Q     Let me break it down side by side starting with the

15   publisher's side.   When OpenX was competing to win the

16   business of publishers, was OpenX competing with Facebook?

17   A     No.

18   Q     And why do you say that?

19   A     Because we weren't.   I mean, we didn't run into them.

20   There was a -- they had something called, I think, the

21   Facebook ad network for maybe the first few years.   I think

22   they shut that down around 2016.   But generally, that was an

23   ad network offering.   We were competing with the companies

24   that I've outlined.   Those are the companies -- you know,

25   each one of us was trying to get access to publishers, get

57

Direct Examination - T. Cadogan

1    access to their inventories.  So no, we didn't run into

2    them.

3    Q    And switching to the advertiser's side, when OpenX was

4    competing for advertisers, was Facebook one of OpenX's main

5    competitors?

6    A    No, it wasn't.

7    Q    And why do you say that?

8    A    Similar to my answer for publishers, it just -- they

9    just weren't.  They were playing a totally different game.

10   We were not involved in or engaged with the -- let's just

11   back up a moment.  The main companies that we were engaging

12   with on the demand side were DSPs, demand-side platforms.

13   They were all built to bid on real-time exchanges like ours,

14   and they didn't participate in Facebook at all.  And I

15   believe they still don't.  So the folks that we were talking

16   to on the buy-side of the market had no overlap with the

17   players that were buying into Facebook.

18   Q    At some level, OpenX does compete with Facebook for

19   advertiser dollars as part of a broader digital system; is

20   that fair?

21   A    Yes, that's fair.  You know, the hundred thousand foot

22   level, at the end of the day, advertising is advertising.

23   It's designed to get people to buy things.  So ultimately,

24   yes, that's true.

25   Q    And why do you say that OpenX's main competitors for

Direct Examination - T. Cadogan

1  advertiser dollars are the other exchanges even though at

2  some high-level, they're in some competition with Facebook

3  for advertiser dollars?

4  A    Sure.  Because as with many industries, at a practical

5  operating level, the funds, the money that moves into

6  Facebook, is handled and channeled and even measured in

7  quite different ways.  Whereas the money that was moving

8  into open-web advertising was handled in a different way.

9        Also, the objectives were different.  So for

10  example, if you want to be on premium, well-recognized new

11  sites -- say the *New York Times* or *The Washington Post*, then

12  you need to go through open-web advertising, programmatic

13  advertising to be present there.  So it's a different --

14  it's a different operating approach.  It's a different set

15  of goals.  They are different audiences with different

16  contexts from those who are, say, looking at their Facebook

17  news feed, which is a very different environment.

18  Q    OpenX also built a product called people-based

19  marketing?

20  A    We did.  Towards the tail-end of my tenure, we had

21  started to try and move into more of a user data driven side

22  of the business.  That's right.

23  Q    Can you briefly explain what that product was designed

24  to do?

25  A    Yes.  So we had observed that on the social media -- in

Direct Examination - T. Cadogan

1   fact, any of the large owned and operated properties --

2   Facebook, also Google, and some others -- it was very

3   valuable to be able to target based on attributes around a

4   person.  And we wanted to bring some of those user-targeting

5   capabilities over to the open-web environment we were

6   operating in to give our publishers the chance to increase

7   their revenue.

8   Q    How successful was OpenX's people-based marketing

9   product in winning advertiser dollars away from social

10  media?

11  A    Yeah.  I wish I could say it was much more -- it was

12  modest at best.

13  Q    Did you view networks, like Criteo, as one of OpenX's

14  main competitors?

15  A    No.  Criteo was a customer of ours and bought

16  significant amounts of inventory through the OpenX ad

17  exchange.

18  Q    Did you view DSPs as a competitor to OpenX's exchange?

19  A    No.  No, we didn't.  They were our principal buying

20  customer.

21  Q    Did you view publisher ad servers as a competitor to

22  OpenX's exchange?

23  A    No.  No, we didn't.

24  Q    And why is that?

25  A    Because we understood -- particularly as we started to

                                                              60

Direct Examination - T. Cadogan

1    reduce our investment in our ad server, we understood that

2    publishers would use the ad server they saw most fit.  We

3    wanted to be able to work with any ad serving setup that a

4    publisher had in order to get access to their inventory for

5    our ad exchange.

6    Q    Did you view Taboola or Outbrain (phonetic) as

7    competitors to OpenX's ad server or ad exchange?

8    A    No.  No, we didn't view those as competitors.

9    Q    And why?

10   A    So they had a somewhat specialized business model where

11   they would create additional space at the bottom of a news

12   article and then populate that with other stories.  And that

13   was quite different from our business, which was monetizing

14   the main chunks of ad space that a publisher had created on

15   their page, much like a newspaper creates ad space.

16         So if you visualize the page, we were competing to

17   maximize revenue in a different part of the page from what

18   Taboola and Outbrain (phonetic) were seeking to achieve.

19   Q    And take rates are kind of like the price that

20   exchanges charge; is that fair?

21   A    Yes, that's fair.

22   Q    When OpenX is setting its take rates, what competitors

23   matter the most?

24   A    Principally, our main exchange competitors.  So Google

25   AdX, Rubicon, PubMatic, Index, those are the main folks.

Direct Examination - T. Cadogan

1   Q    Did competition from social affect OpenX's take rates?

2   A    No.

3   Q    Let me ask one other question about how OpenX's

4   exchange operated.  Prior to the time that you transitioned

5   into your board role, what format of auction did OpenX's

6   exchange run?

7   A    Do you mean -- yeah.  So we ran actually a dual format.

8   So we ran a first price and a second price, and we provided

9   both of those to the DSPs so that the DSP could bid in the

10  format that worked best for them.

11  Q    Did OpenX try to hide the fact that it ran this type of

12  auction where it was to some extent first price and to some

13  extent second price?

14  A    No.  No.  We issued a press release when we started

15  doing it.  And then when you send a bid request in the

16  fields were first price, second price, and the DSP could

17  respond with the format of auction that they wanted.

18  Q    Can you explain what you meant when you were referring

19  to sending information in the field to DSPs?

20  A    So every time you have an auction, you have a thing

21  called a bid request, which says, hey, Mr. DSP, I've got a

22  thing that you may want to buy.  It contains some

23  information about that ad impression.  And included in the

24  series of fields that go over is, hey, you can respond

25  either with a first-price bid -- if you do, let us know

Direct Examination - T. Cadogan

1  you're responding and want to compete in the first-price or

2  in a second-price format.

3  Q    Let's turn to OpenX's competition with AdX in the

4  exchange business.  What was it like competing with AdX?

5  A    Super difficult, like --

6  Q    Why was it super difficult to compete with AdX?

7  A    How long have you got?  Okay.  Sorry.

8            First, AdX -- so two sides, supply side and demand

9  side.  On the supply side, AdX by virtue of being tied with

10  DFP meant that they had a massive running start in terms of

11  access to by far the largest amount of large and midsize

12  publishers.  So that's a big advantage right there.

13            Then on the demand side, the access to Google Ads,

14  which then and still now is by far the largest pool of

15  advertising dollars on the web or in the world actually

16  digitally or otherwise, that's very advantageous.  So that

17  was very hard to compete with.

18  Q    I think the first thing you mentioned was that AdX

19  because of DFP had a massive running start.  Can you explain

20  what you meant by that?

21  A    I can.  DFP was the market leading in terms of market

22  share ad server for publishers.  So it already had -- it was

23  the revenue system for most larger, midsize publishers

24  already.  So it already very deeply embedded.  And then once

25  you attached exchange, which was connected to Google Ads --

63

Direct Examination - T. Cadogan

1    and that exchange is tied so you can't get to the exchange

2    unless you use DFP.  That's sort of a very -- that's a very,

3    you know, powerful combination for any of the independents,

4    such as ourselves, to try and compete with.

5    Q    I think the other thing you mentioned was that on the

6    demand side, AdX had access to Google Ads.  Can you explain

7    what you meant by that?

8    A    Yeah.  I mean, you know, Google Ads is -- I mentioned

9    is a very large pool of advertising.  Not all of it

10   necessarily flowed into programmatic, but through

11   Google's -- the fact that it's the same company, the ability

12   to flow Google Ads into AdX means that the access to that

13   pool of demand is much more significant than anything that

14   we could get.

15   Q    How much access did OpenX have to Google Ads?

16   A    We got some access starting in around 2013 to a small

17   subset of that demand, which we believe was mainly focused

18   on what is called a remarketing demand.  So we got a sliver

19   of the demand.

20   Q    And how did the fact that OpenX had only a sliver of

21   access to Google Ads affect OpenX's ability to compete with

22   AdX?

23   A    It made our job a lot harder.

24   Q    And why is that?

25   A    Because we're competing against someone who has a lot

Direct Examination - T. Cadogan

1    more scale in terms of the ad dollars that are sitting

2    behind that ad exchange.  I should also add -- this is an

3    inference on my part, but when you have a connection between

4    a company, you're also able to flow data in ways that can be

5    very --

6                MR. JUSTUS:  Objection, Your Honor.

7                THE COURT:  Sustained.

8                THE WITNESS:  Fair enough.

9                THE COURT:  I'm glad you agree.

10               MR. VERNON:  It makes it harder for me to

11   argue with that.

12   BY MR. VERNON

13   Q    Let's fast-forward slightly.  Let me ask you about the

14   2018 to 2019 time period.

15   A    Sorry.  2018 to 2019?

16   Q    Correct.

17   A    Okay.

18   Q    How successful had OpenX's exchange been prior to about

19   2018?

20   A    So as a couple of phases, we had made progress but

21   struggled because of these issues with access to publishers.

22   And then we had a bit of a breakthrough because we were one

23   of the early companies to develop header bidding.  Header

24   bidding basically sort of cracked the code a little bit by

25   finding a way that publishers could control to get access to

65

Direct Examination - T. Cadogan

1    our ad exchange.  So it was in around 2014, sort of 2015,

2    and publishers loved this because it drove more revenue for

3    them.  And so our exchange started to grow quite

4    significantly in this period on the back of the success of

5    header bidding.

6    Q    In 2018, which DSP was the largest buyer on OpenX?

7    A    The largest DSP was Google's DSP, which was called

8    DV360 at that time, I think.  It changed names a few times.

9    Q    Did DV360's buying on OpenX change in 2018?

10   A    Yes, it did.  It started to soften up in the summer,

11   and then as we headed into the sort of Q3 period, which is

12   the peek season for all advertising business, September,

13   October, and then November.  It dropped very, very

14   significantly.  I think by about 14 percent.

15   Q    How did that drop in spending from DV360 affect OpenX?

16   A    It damaged us very severely.  We ultimately, as a

17   result of DV360 reducing spend that much -- plus some other

18   factors, but primarily that factor we had to reduce our

19   company's staff by about 45 percent.  We had to cut costs

20   very aggressively.  So we had to reduce about 200 people

21   from the company over a couple of different layoffs, which

22   was obviously a very difficult thing.

23   Q    And I think you mentioned this, but were there any

24   other reasons other than the decline in spending from DV360

25   why OpenX had to lay off employees?

Direct Examination - T. Cadogan

1   A    Yes.  It wasn't the only reason.  I said it was the

2   biggest.  We saw some spending weakness from a couple of

3   other DSPs in that period.  I don't recall specifically.

4   There were a couple of other factors that weren't as big,

5   but that was -- the biggest thing was DSP spending

6   reductions, and by far the biggest of those was the

7   reduction, which was really quite sudden from DV360, which

8   was surprising because they had spent several $100 million

9   with us over the preceding years.  And we had a good

10  relationship.  So it happened pretty quickly.

11  Q    How did laying off employees at this time affect

12  OpenX's ability to compete in later years?

13  A    Well, it hurt.  I mean, there are probably two really

14  significant factors.  One is that we had fewer people, and

15  when we had fewer people, we were less able to build product

16  and to compete in terms of product technology innovation?

17  And we also had fewer people to go to market.  So the two

18  basic functions of a technology company.  So that hurt our

19  ability to compete.

20        And then the second big reason is reputational,

21  which is, you know, everyone knew that we had to fire a big

22  chunk of our workforce.  So that hurt our reputation, our

23  credibility, our ability to win new clients that would sort

24  of wonder are you guys going to be around.  So that

25  compounded by the first challenge that we faced.

67

Direct Examination - T. Cadogan

1    Q    How does OpenX's revenue today compare to its revenue

2    just before DV360 reduced its buying on OpenX?

3    A    It's still lower than where it was then.

4    Q    Did you ever ask Google why DV360 reduced its spending?

5    A    Yes, we did.  We did, and we were never -- we never got

6    really anything of an answer.  We happen to be engaging with

7    GCP, which was the cloud computing business of Google at

8    that time.  We were asking -- we got so little answer, we

9    were asking for their help.  We just -- we just didn't get

10   any information really.

11   Q    Did you eventually later learn more about why DV360

12   reduced its spending?

13   A    I did.  Actually, it was many years later.  It was

14   actually when --

15   Q    How did you react when you learned more?

16   A    Actually, I found out from our OpenX GC, who called me

17   to let me know.

18            MR. JUSTUS:  Objection, Your Honor.  Hearsay.

19            THE COURT:  I am going to sustain the

20   objection.  It's also really not relevant what the

21   effect was on the witness.

22   BY MR. VERNON

23   Q    Who was the biggest buyer on OpenX's exchange?

24   A    Google.

25   Q    Who was the biggest competitor for OpenX's exchange?

Cross-Examination - T. Cadogan

1   A      Google.

2   Q      What was it like competing against one company that is

3   both your biggest buyer and your biggest competitor?

4              MR. JUSTUS:   Objection, Your Honor.

5   Relevance.

6              MR. VERNON:   Competition is a big part of

7   this case.

8              THE COURT:   More than that, this has been

9   gone over more than enough.   Move on to something else.

10             MR. VERNON:   Actually, Your Honor, I pass the

11  witness.

12             THE COURT:   That's the last question.   All

13  right.   Cross-examination?

14             MR. JUSTUS:   Yes, Your Honor.   Just one

15  second.

16                          CROSS-EXAMINATION

17  BY MR. JUSTUS

18  Q      So we are going to have to go through this a little bit

19  slow at some points because there's a lot of sealing

20  requested in OpenX documents.   We are going to have to go

21  back and forth on when something is public and you can talk

22  about it.   When something is sealed, you might have to point

23  to it and agree or not agree.   We'll work through it

24  together.   When I say something is sealed, that means you

25  need to be careful about what you say in open court.

Cross-Examination - T. Cadogan

1    A    (Nods head.)

2            THE COURT:  Go ahead.

3    BY MR. JUSTUS

4    Q    Okay.  So, Mr. Cadogan, I think you just said that in

5    2018 OpenX experienced a significant drop in revenue; is

6    that right?

7    A    That's correct.

8    Q    And I think you said that the biggest leader of that

9    drop in revenue was Google's DV360.  That was your sworn

10   testimony?

11   A    Yes.  That was.

12   Q    All right.  Well, let's look at a document together,

13   Mr. Cadogan.  If you will go to Tab 9 in your binder.

14           MR. JUSTUS:  I am not seeking to admit this,

15   Your Honor.  This is purely as impeachment.

16           THE COURT:  I understand.

17   BY MR. JUSTUS

18   Q    So, Mr. Cadogan, as you flip there -- and this is not

19   under seal -- this is the presentation for an OpenX board

20   meeting.  Do you see that?

21   A    I do, yes.

22   Q    Okay.  Let's go to slide 14.

23           So this is the September 2018 board meeting, and

24   this slide 14 is an analysis of the drop in OpenX revenue;

25   is that right?

70

Cross-Examination - T. Cadogan

1   A    That is correct.  I would note --

2   Q    I'm sorry.  There's actually not a question pending to

3   you.  So let me ask you another question.

4            Do you see where it says demand decline,

5   $8 million drive by a DPM -- and that's DV360, right?

6   A    Yes, that is.

7   Q    And The Trade Desk softness in Yahoo SPO efforts.  Do

8   you see that?

9   A    I do.

10  Q    And then it has a number for the revenue decline from

11  DBM or DV360.  Do you see that?

12  A    Yes.

13  Q    What is it?

14  A    $3 million.

15  Q    All right.  All right.  Then what is the revenue

16  decline for The Trade Desk income 2018?

17  A    It's $3 million.

18  Q    Okay.  Thank you.

19  A    And that's for the summer, not for Q4.

20  Q    All right.  Let's look at -- that's for the summer, not

21  for Q4.  That's the sworn testimony now?

22  A    It's a September document.

23  Q    Okay.  Let's look at -- let's flip to another document.

24  Let's go to Tab 10 in your binder.  Are you there?

25            So this is DTX 0843.

71

Cross-Examination - T. Cadogan

1       MR. JUSTUS:  And we will seek to enter this

2  into evidence, Your Honor.

3       THE COURT:  Well, this is under seal.  Let's

4  wait and see what you are doing with it.

5       MR. JUSTUS:  Okay.

6  BY MR. JUSTUS

7  Q    So let me direct your attention to page 49.  As Your

8  Honor pointed out, this is under seal.  So you're going to

9  have to kind of follow my lead.  So don't shout out any

10 numbers.

11      Let's go to page 49.

12      Okay.  So this is the -- the top row is the

13 DoubleClick bid manager spending in 2018, correct?

14 A    Sorry.  Say --

15 Q    So you are on page 49, right?

16 A    Uh-huh.

17 Q    I think I can read the title to you.  Historical

18 Managed Revenue and Net Revenue.  Do you see that?  That's

19 the slide you're on?

20 A    Yep.

21 Q    And in the top row, it has an entry for DoubleClick bid

22 manager.  Do you see that?

23 A    Yes, I do.

24 Q    Do you see that the revenue that OpenX received from

25 DoubleClick bid manager increased substantially from 2017 to

72

Cross-Examination - T. Cadogan

1    2018?

2    A    2017 to 2018?

3    Q    Yes .

4    A    No, it's not a very substantial increase.

5    Q    How about this?  Is it an increase?

6    A    Small.

7    Q    Okay.  Well, you just testified a few minutes ago it

8    was a precipitous drop.  So a small increase is fairly

9    different than a precipitous drop.  Can we agree on that?

10   A    I said, again, it was expected, not previous year.

11   Q    Okay.  Okay.  So your testimony is that it's not that

12   DV360 spending on OpenX dropped in 2018.  It's that it did

13   not grow as much as you thought it would grow?  That's your

14   current testimony before the Court?

15   A    It also dopped in --

16   Q    No.  I'm sorry.  Please answer my question.

17            THE COURT:  Wait.  Wait.  All right.  Just

18   don't jump on the witness.  Let him finish.  All right.

19            THE WITNESS:  Yeah.  So yes, my testimony was

20   that we had expected, based on the trends that you saw

21   in 2016 to '17, what you see here.  Those will

22   continue.  Then we saw a very sharp reduction against

23   what we expected.

24            And I would have to see the documents again to

25   know exactly what it was its prior year for the Q4 period.

Cross-Examination - T. Cadogan

1    BY MR. JUSTUS

2    Q    But we agree what the DV360 spending through OpenX

3    actually increased from 2017 to 2018, correct?

4    A    A small amount, yes.

5    Q    Okay.  I think you started your testimony saying that

6    OpenX had difficulty competing against DFP because of DFP's

7    superior access to AdX demand.  Is that close enough?

8    A    Yes.

9    Q    But OpenX in the ordinary course of its business

10   determined that there were other problems with the design

11   and sell of its ad server, correct?

12   A    Yes, that's fair.

13   Q    Let's talk about some of those.  For example, in 2013,

14   OpenX provided low levels of sales focus in marketing

15   support for its ad server.  Do you agree with that?

16   A    Is there a source or a particular reference for that?

17   Q    Sure.

18         MR. JUSTUS:  Your Honor, did you have a

19   question?

20         THE COURT:  Yes.  Mr. Cadogan, we're having

21   trouble hearing you now.

22         THE WITNESS:  Oh, I'm sorry.  I'll go back to

23   handheld.

24         THE COURT:  Did your arm get tired?

25         THE WITNESS:  No.  No.  I think my hand can

                                                              74

Cross-Examination - T. Cadogan

1   handle it.  I'm good.  I got you.  I'm sorry.

2              THE COURT:  Go ahead.

3              MR. JUSTUS:  Thank you.

4   BY MR. JUSTUS

5   Q    So yeah.  Let's look at a document together.  Let's go

6   to Tab 1 in your binder.

7              MR. JUSTUS:  So this is Plaintiff's Trial

8   Exhibit 1501.  Again, Your Honor, we're not seeking to

9   admit this into evidence.  So this is PTX 1501.  We're

10  not going to seek to admit this in evidence.  I am just

11  going to ask Mr. Cadogan some questions about it.

12  BY MR. JUSTUS

13  Q    So do you have it, Mr. Cadogan?

14  A    Yes, sir, I do.

15  Q    Okay.  So you see this is an email from John Gentry to

16  you, dated November 22, 2013.  Do you see that?

17  A    Yes.

18  Q    And who is John Gentry?

19  A    At that time, John was the president of the company.

20  Q    Okay.  And you at that time were the CEO of the

21  company?

22  A    That's correct, yes.

23  Q    So this is an email from the president of the company

24  to the CEO of the company attaching a slide deck; is that

25  right?

Cross-Examination - T. Cadogan

1    A    That looks right, yep.

2    Q    All right.  So now let's look at the deck.  It is

3    called Ad Server Quarterly Business Review, and it's dated

4    November 2013.  Do you see that?

5    A    Uh-huh.

6    Q    All right.  Well, let's go to the page number 604

7    together.

8    A    604?

9    Q    Yes, sir.

10              THE COURT:  Or page 2.

11   BY MR. JUSTUS

12   Q    Or page 2.  Do you see executive summary?

13   A    Yes.

14   Q    So do you see one-third of current ad server revenue

15   churning or at risk of churning?  Do you see that?

16   A    I do.

17   Q    And then it says, "Low level of sales focus and

18   marketing support exacerbated problem."  Do you see that?

19   A    I do.

20   Q    So can we agree that in 2013, one problem OpenX had in

21   selling its ad server was that it had low levels of sales

22   focus in marketing support?

23   A    It's a cause and effect issue.  We had low level of

24   sales marketing because we were unable to win.  So we were

25   not investing when we were continuing to lose money trying

76

Cross-Examination - T. Cadogan

1    to win business against a competitor that we couldn't beat.

2    Q    Okay.  I'm not sure that was my question, sir.

3    A    Oh, sorry.

4    Q    So my question is can we agree in 2013 for the OpenX ad

5    server, there were low levels of sales focus and marketing

6    support?

7    A    As a consequence of not being able to compete very

8    effectively for the reasons we've discussed earlier in my

9    testimony.

10   Q    So that's a yes?

11   A    It's a no.  It's a yes and here's why.

12   Q    Okay.  And then do you recall that in November 2013,

13   OpenX analyzed the churn of customers from its ad server?

14   Do you recall that?

15   A    No, of course I don't.  It's 11 years ago.

16   Q    Yes, sir.  Well, let's look at a document together.

17   Why don't you flip to Tab 2 in your binder.

18   A    Okay.

19   Q    This is PTX 1500.

20        MR. JUSTUS:  Again, this is a document that

21   we will question him about but are not seeking to

22   admit.

23   BY MR. JUSTUS

24   Q    Let me know when you're there.

25   A    Sure, I'm there.

                                                              77

Cross-Examination - T. Cadogan

1   Q    All right.  And then can we go to -- oh, so dash 020?

2   A    Just tell me the page number.

3   Q    Yeah, or page 19.  So either 19 on the slide or 020 at

4   the bottom right, whichever you prefer.

5   A    Yeah, 19.  Okay.

6   Q    Okay.  And do you see where it says churn analysis?  Do

7   you see that?

8   A    Yep.

9   Q    And then you see take aways?

10  A    Yep.

11  Q    And it says, "The main reasons for churn are product

12  related."  Do you see that?

13  A    I do.

14  Q    And then it lists some product-related churn columns,

15  right?

16  A    Yep.

17  Q    The first one is, "VAST video ad serving not supported

18  properly."  Do you see that?

19  A    Yep, I do.

20  Q    Any reason to doubt that was a problem with the OpenX

21  ad server in 2013?

22  A    No.  If it's written here, I'm sure it was a problem.

23  Q    And then the second one says, "Significant

24  discrepancies encountered."  Do you see that?

25  A    Yes, I do.

Cross-Examination - T. Cadogan

1    Q    Do you have any doubt that was another product-related

2    problem with the OpenX ad server in 2013?

3    A    No, I don't.

4    Q    All right.  Let's go to the third bullet, "Lack of

5    support for flexible ad sizes."  Do you see that?

6    A    Yes, I do.

7    Q    Do you have any reason to doubt that was a

8    product-related problem --

9    A    No.  We can keep doing this.  They're all a function of

10   a reduced investment because we weren't able to compete.

11   Yeah, I can read all of them, and they are all right.

12   Q    All right.  So let me ask you a question.  There's a

13   list product-related churning causes.  Do you see that?

14   A    Yep.

15   Q    So and there are -- and I'm sorry if I miscount these,

16   but I think there may be seven bullets.

17   A    Yeah, that looks right.

18   Q    Tell me:  In which bullet is there an inability to

19   access real-time AdX demand?

20   A    It's not there.

21   Q    Okay.

22   A    It's like finding a needle in a haystack.

23   Q    I'm sorry, sir?

24          THE COURT:  There's no question, no comments.

25   Let's go.

Cross-Examination - T. Cadogan

1          THE WITNESS:  I'm sorry, Your Honor.

2    BY MR. JUSTUS

3    Q    So okay.  Let's go.  Can we look at that document?  I'm

4    so sorry.  Can we go back to that document and look at

5    page 20?  So it's just the next page.

6    A    Yeah, sure.

7    Q    And do you see where it says, "win loss analysis - # of

8    accounts"?

9    A    Yes, I do.

10   Q    And then it says, "lost opportunity issues."  Do you

11   see that?

12   A    Yes.

13   Q    And so one of those is, "DFP has better a workflow."

14   Do you see that?

15   A    Yes, I do.

16   Q    And DFP, that's the Google ad server?

17   A    Yes, it is.

18   Q    And then another reason why OpenX lost to DFP is

19   because DFP has migration tools.  Do you see that?

20   A    Yes, I do.

21          MR. JUSTUS:  Okay.  Your Honor, I have gotten

22   a note from my colleagues that point out I failed to

23   introduce into evidence Defendant's Exhibit 843.  That

24   was the one where it was under seal, but I think given

25   the questioning, it merits being entered into evidence

                                                              80

Cross-Examination - T. Cadogan

1      under seal.

2                  MR. VERNON:   Which one?

3                  MR. JUSTUS:   843 unless I have this wrong.

4                  THE COURT:   Is there any objection from

5      OpenX's counsel for that?

6                  MR. JUSTUS:   It's 843.   We talked about it

7      earlier.   I just accidentally missed it.

8                  MR. GRECO:   No objection.

9                  THE COURT:   All right.   There's no objection.

10                  MR. GRECO:   It will still be redacted,

11      correct?

12                  THE COURT:   The version that I have is not

13      redacted, correct?   It's in my book.

14                  MR. JUSTUS:   So, Your Honor, on the first

15      page, I think that it says under seal.   So once they're

16      under seal, they just have that notation.

17                  THE COURT:   Then none of this exhibit will be

18      on your public display?

19                  MR. JUSTUS:   Yes.   Yes, Your Honor.

20                  THE COURT:   All right.   It's in.   All right.

21      It's Defense Exhibit 843 under seal.

22                  MR. JUSTUS:   Thank you, Your Honor.

23      BY MR. JUSTUS

24      Q    So let's look at another document together, sir.   Let's

25      go to Tab 3 of your binder, and this is DTX 181.

                                                              81

Cross-Examination - T. Cadogan


1      MR. JUSTUS:  We'd like to move that into

2  evidence.

3      THE COURT:  Any objection?

4      MR. VERNON:  No objections.

5      THE COURT:  All right.  It's in.

6  BY MR. JUSTUS

7  Q    All right.  So this is -- this is an email from you to

8  others dated December 6, 2013, with subject board strategy

9  session follow-up notes and conclusions.  Do you see that?

10 A    Yes, sir.

11 Q    All right.  Let look at the first page, and a little

12 over halfway down the page, there's a number three with ad

13 serving written in bold.  Do you see that?

14 A    Yep.

15 Q    And do you see where it says the ad serving category is

16 seen as increasingly commoditized and thus is lower value

17 both financially and strategically.  Do you see that?

18 A    Yes.

19 Q    Do you have any reason to doubt that your notes -- that

20 your board notes are accurate?

21 A    No, I don't.

22 Q    Okay.  Let's go now, sir, to page 2.

23 A    Page 2?

24 Q    Yeah.  And go to where you wrote overall conclusions.

25 And do you see where it says ad serving has lost its luster

Cross-Examination - T. Cadogan

1    strategically and is more commoditized competitively.  As a

2    result, it should become a lower priority.  We should find

3    suitable way to gracefully our investment in and exposure to

4    this business.  Do you see that?

5    A    Yes, I do.

6    Q    So that was the strategy you set with regard to the ad

7    server when you were CEO in 2013, right?

8    A    Yeah.  I had mentioned that earlier, that we were going

9    to reduce investment because the ad server alone.  We were

10   not able to complete.

11   Q    Okay.  OpenX offered an open-source ad server too, and

12   that was called OnRamp.  Is that accurate?

13   A    You may remember but that --

14   Q    Sorry.  OnRamp.

15   A    So that rings a bell.  Honestly, we didn't have a lot

16   of involvement with the open-source ad server, but that does

17   sound right.

18   Q    Lit's do this.  Why don't you look at Tab 4, and we're

19   going to use it just to refresh your recollection.

20   A    Sure.  Oh there, you go.

21   Q    So take a second.  I mean, mindful of it's already been

22   a long day, but just take a second to in particular focus on

23   the first paragraph and the last and the end of that

24   article.

25   A    Okay.

Cross-Examination - T. Cadogan

1   Q    So you now recall that OpenX operated an open-source ad

2   server known as OnRamp?

3   A    Well, the distinction is we didn't operate it.  That's

4   the point of an open-source product.  So it was the original

5   genesis of OpenX back pre-2008.  That turned into ultimately

6   OnRamp.  Thank you for reminding me of the name.  We didn't

7   operate it.  It was offered as a software that people could

8   run and adapt in their own fashion.

9   Q    Okay.  Fair enough.  OpenX offered a set of software

10  known as OnRamp that was open-source, correct?

11  A    Yeah, but to the extent -- I don't even know if it's

12  accurate to say we offered it.  We enabled it to exist, I

13  would say.

14  Q    Okay.  And then OpenX shut it down in 2013 after it was

15  hit by a massive malware attack, right?

16  A    That's one of the dangers of certain open-source

17  software, yeah.

18  Q    Okay.  And then, sir, do you recall that by September

19  of 2014, OpenX had only two developers working on its

20  enterprise ad server?

21  A    I don't recall the specific number, but I wouldn't be

22  surprised, given we were reducing the investment, that the

23  number was low.

24  Q    Okay.  And then by 2015, OpenX had decided to dial back

25  its ad server and to move into new areas; is that right?

84

Cross-Examination - T. Cadogan

1    A    That sounds about right, yeah, timewise.

2              MR. JUSTUS:  Your Honor, I'm about to go to a

3    new module if it makes sense to take the afternoon

4    break now.

5              THE COURT:  It's too early.

6    BY MR. JUSTUS

7    Q    Okay.  So OpenX launched its exchange in July of 2009.

8    Do I have that date right, or am I off by a month or two?

9    A    Technically, the very baby start was September 2008.

10   Then we went to the sort of beta in March or April 2009,

11   somewhere in there.

12   Q    Okay.  That's helpful.

13   A    Sure.

14   Q    So within a few months of its launch, OpenX's exchange

15   doubled in size.  Is that accurate?

16   A    I can't remember.  I mean, doubling from zero is a

17   small number.  So it's possible, you know.

18   Q    All right.  Well, let's look at another document.

19   Let's go to Tab 12.  This is an interview you gave to ad

20   exchanger in 2009.  So I might just direct your attention

21   to --

22   A    How young I look?  I'm sorry.

23   Q    Maybe if you just turn to page 2.  Now, I'm not going

24   to read it out loud to you.  I will just direct your

25   attention to the question that begins can you discuss.

                                                                85

Cross-Examination - T. Cadogan

1    A    Sure, yeah.

2    Q    So did you have a chance to read it?

3    A    The statement or the --

4    Q    Don't read it out loud.  Just read it to yourself.  I

5    am going to ask you if that refreshes your recollection

6    concerning the question I just asked.

7    A    Regarding the growth?

8    Q    Yes, sir.

9    A    That sounds right in the very early days, encouraging

10   growth, yeah.

11   Q    Okay.  And then by 2013, OpenX had many top publishers

12   and advertisers as clients, correct?

13   A    A reasonable amount of publishers.  I wouldn't say --

14   definitely probably many advertisers at that point.

15   Q    Okay.  And OpenX had massively scalable architecture

16   with 99.9 uptown across three continents and five data

17   centers; is that right?

18   A    Is that the same time period?

19   Q    Yeah, 2013.  I'm sorry.

20   A    Yeah.  That sounds about right, yes.

21   Q    Okay.

22   A    We made progress for sure.

23   Q    And then by 2015, OpenX had doubled revenue and tripled

24   profit across the -- let me restate that question.  That's a

25   very hard question to ask.

Cross-Examination - T. Cadogan

1          By 2015, OpenX had doubled revenue and tripled

2   profit in two years, correct?

3   A    I don't have the numbers in my head, but ballpark, yes.

4   That sounds right.  We were -- I think I had mentioned

5   earlier that after we launched header bidding, we started to

6   really grow significantly.  So that sounds like in the right

7   zone.

8   Q    And then by 2016, the OpenX ad exchange was scaling

9   profitably, correct?

10  A    Yes.  Yes, it was.

11  Q    And then by 2017, OpenX had thousands of publisher and

12  advertiser customers, correct?

13  A    Yes.

14  Q    And it also had large investors by 2017?

15  A    It had large investors for several years prior to that,

16  yeah.

17  Q    Okay.  And then by 2017, the OpenX ad exchange had

18  significant scale; is that correct?

19  A    It depends how you define scale.  Compared to AdX, it

20  was still a peanut.  But compared to where we had started,

21  it had grown a lot.

22  Q    Let me -- so this is going to be a little challenging

23  because I want to show you something that's under seal, but

24  I won't try to put it into evidence.  So can we go to

25  Tab 15.  This is PTX 1560.  And then I'll just ask you to

87

Cross-Examination - T. Cadogan

1    turn to page 12 but --

2    A     Twelve?

3    Q     Page 12.  Okay.  Are you there?

4    A     Yes, sir.

5    Q     And do you see number two?  Don't read it out loud.

6    Just tell me if you see it.

7    A     Massive scale global operation.

8    Q     Okay.  We can -- you can -- I think we are done with

9    that document.

10   A     You know this is a pitch deck, right, a pitch deck.

11   You know that people tend to do a little chest pumping in

12   pitch decks, right?

13   Q     Can we go to --

14   A     Maybe you don't.

15   Q     I'd like --

16               mr.ju:

17               MR. JUSTUS:  So, Your Honor, I am going to

18   seek to admit DTX -- I've already put that in.  Sorry.

19   BY MR. JUSTUS

20   Q     So in 2010, OpenX had an ad server and an ad exchange,

21   right?

22   A     Yes.

23   Q     And OpenX offered a feature that allowed ad network

24   demand sources in the OpenX ad server -- and this is a

25   little complicated, so I'm going to try to say it slower.

88

Cross-Examination - T. Cadogan

1    If it doesn't make sense, I'll try to say it better.  But

2    OpenX offered a feature that allowed ad network demand

3    sources in the OpenX ad server to set a floor in the OpenX

4    ad exchange, correct?  This is a long time ago.

5    A    It is a long time ago.  I don't remember the ad network

6    being able to set the floor.  I remember the publisher being

7    able to set the floor.  I just don't remember -- I don't

8    remember the ad network being able to do that.

9    Q    All right.  Well, let's look at a document together,

10   and this one is public.  So no challenges on this one.

11   Let's go to Tab 17.

12   A    17?

13   Q    17.  And so I'm just going to try to refresh your

14   recollection with this document.  So what I'm really going

15   to ask you to do is go to page 11 of Tab 17.

16   A    Page 11.

17   Q    It's the last page.

18   A    Okay, yeah.

19   Q    And then I want you to just read to yourself the second

20   to last paragraph that starts in addition.

21   A    Yes.

22   Q    So now let me re-ask the question.  So in 2010, OpenX

23   offered a feature that allowed ad network demand sources in

24   the OpenX ad server to set a floor in the OpenX exchange,

25   correct?

Cross-Examination - T. Cadogan

1   A    That's now how -- my understanding based on reading

2   this.  So what's happening here is the ad exchange -- you

3   could -- if you wanted to, you could access the ad exchange.

4   That could supply a bid into the ad server.  But the

5   market -- by the way, OpenX market was an early name for the

6   ad exchange -- will only serve if it can beat the price that

7   the publishers fallback ad network would pay for it.  So

8   there what the publisher was doing is saying, hey, I've got

9   a network.  The fallback would be sort of your like default

10  ad network.  That would typically fill most of your demand

11  or have a good shot at filling your demand.  They would have

12  a sort of price that the publisher would set.  Let's say

13  it's ad.com.  Let's say it's a dollar.  It's probably more

14  like 15 cents actually.  But let's say it's 15 cents.  I'm

15  going to set that.  That my fallback sort of backup ad

16  network.  And if the exchange could beat that, great.  If

17  not, then I sent to it my fallback guy.

18          Again, this is a while ago, but the publisher is

19  sort of configuring this and setting this based on who they

20  want as their ad networks.  Does that make sense?

21  Q    I think so.  OpenX called this feature dynamic

22  allocation, right?

23  A    I don't remember what we called it.

24  Q    Well, let's do this.  Let's see if I have any better

25  luck this time around.  And if not, maybe we'll go to

Cross-Examination - T. Cadogan

1   something else.

2              Let's go to Tab 18.  And then when you get there,

3   it would be great if you could flip to 909.

4   A    Can I just ask:  Do we know when this document was

5   from?

6   Q    Yeah.  Let me flip so I don't delay us by losing my

7   page, and then I will answer that question.

8              So I think if you look -- it's from 2015.

9   A    Okay.  Thanks.  Okay.

10  Q    Okay.  So are you at -- so it's numbered page 40, and

11  it's got 909 in the bottom right.  Are you there?

12  A    Give me a second.  Page 40.

13             Okay.  So we skipped four to five years, right?

14  Q    I'm sorry?

15  A    We're five years ahead of where we were.  So the names

16  might have changed.

17  Q    Sure.

18  A    Okay.

19  Q    And so I'll just ask you.  There's a slide, and it's

20  got three different rows.  Just take a second and read the

21  first row.

22  A    So why is it important -- that one?

23  Q    Yeah.  So the row that says dynamic allocation, read

24  that row.

25  A    That's in like 6 point font.

Cross-Examination - T. Cadogan

1    Q    I'm sorry.  Do you want me to --

2    A    That's my document.  That's my fault.

3    Q    We can try to blow it up on the screen if that is

4    better for you.

5    A    Just give me a moment.

6    Q    Okay.

7    A    Okay.

8    Q    So by 2015, OpenX had a feature similar to Google's

9    dynamic allocation feature, correct?

10   A    Yeah, roughly.

11   Q    Okay.  You also considered OpenX to have a first look

12   product feature, correct?  That's not on this document.

13   That's just a question to you.

14   A    How -- could you elaborate a little bit in how you

15   understand that?

16   Q    Yeah.  Let's just look at a document since that seems

17   to make things a little easier.  Let's go to Tab 25.

18   A    Twenty-five.

19   Q    And this document is called Overview of OpenX, and it's

20   dated April 6, 2015.  Are you at that document?

21   A    Yeah, I'm with you.

22   Q    All right.  Then let's turn together to 646 in the

23   bottom right-hand corner.  Are you there?

24   A    Yes.

25   Q    Do you see where it says, "Reach your audience through

Cross-Examination - T. Cadogan

1    our direct relationships and unique access."  Do you see

2    that?

3    A    Yes.

4    Q    And then direct access to -- then it says OpenX ad

5    exchange.  Do you see that?

6    A    I do.

7    Q    That comes down and says direct access on all publisher

8    inventory.  Do you see that?

9    A    Yeah.  That's typically through the header bidder which

10   is going to get access to -- any publisher who integrated,

11   that would give us access to their inventory.

12   Q    Okay.  You go down, and it says OpenX ad server.  Do

13   you see that?

14   A    Yes.

15   Q    And it says first look integration with full ad

16   management solution.  Do you see that?

17   A    Yes, I do.  And by this point, 2015, the ad server, as

18   you've indicated, is pretty much a sideshow.

19   Q    But in 2015, the OpenX ad server had first look from --

20   had first look functionality, right?

21   A    I don't actually remember specifically what that meant

22   at that point.  That's also largely irrelevant given the ad

23   server is on the way out.  But yes, that's what the words

24   say.

25   Q    Okay.  One second.

93

Cross-Examination - T. Cadogan

1          MR. JUSTUS:  So at this point, I think we're

2     going to try to put another defendant's trial exhibit

3     into evidence.  This document is DTX 0517, but it is

4     under seal, Your Honor.  So perhaps I should ask some

5     questions on it before you make the call on whether to

6     admit it.

7          THE COURT:  Is there any objection?

8          MR. VERNON:  What's the number?

9          MR. JUSTUS:  Tab 11.  I'm sorry.

10          THE COURT:  Is there any objection?

11          MR. JUSTUS:  I'm sorry.  That was my bad.

12          MR. VERNON:  Did you ask a question about

13     this?

14          MR. JUSTUS:  No, not yet.

15          MR. VERNON:  No objections, Your Honor.

16          THE COURT:  All right.  Then it's in, but

17     again, it's sealed, so this will not appear tomorrow on

18     the websites.

19          MR. JUSTUS:  Yes, Your Honor.

20     BY MR. JUSTUS

21     Q    Okay.  We're going to have to -- well, let's go to

22     Tab 11 together.  Let's go to page 31, and let me know when

23     you're there.

24          So I just want to -- and I guess I should have

25     asked this before -- well, let me just ask my question.  Are

94

Cross-Examination - T. Cadogan

1   you on that page?

2   A    Yeah, this is another M&A discussion deck.

3   Q    All right.  So you're on page 31.  When header bidding

4   first became popular, it created the opportunity for

5   misconduct; is that right?

6   A    Well, it didn't start there.  It created the

7   opportunity for publishers to generate a lot more revenue,

8   which is why it was embraced so wholeheartedly because it

9   worked around the block -- sorry to say -- that Google had

10  created.  So no, that's not the primary function.  That was

11  a side effect.

12  Q    Okay.  So one side effect of header bidding was the

13  opportunity for misconduct; is that right?

14  A    Well, can you define misconduct and by who.

15  Q    Well, how about malfeasance?  Can we agree that a side

16  effect of header bidding was the possibility of malfeasance?

17  A    Definitely not.  What kind of malfeasance by who and to

18  who?

19            THE COURT:  This is not helping.  We have

20  already heard about this.  Let's move on to something

21  else.

22            MR. JUSTUS:  Yes, Your Honor.

23  BY MR. JUSTUS

24  Q    OpenX worked with Google on exchange bidding; is that

25  correct?

Cross-Examination - T. Cadogan

1   A     We did, yes.

2   Q     Okay.  And then in addition to participating in

3   exchange bidding, OpenX also participates in Prebid; is that

4   right?

5   A     Yes, we did.

6   Q     And to your knowledge, it still does, right?

7   A     I think so.

8   Q     All right.  Let's -- and Prebid is a collection of ad

9   tech companies that oversees and funds the development of

10  prebid header bidding technology, correct?

11  A     Yes, that's right.

12  Q     I want to pull up just very briefly Demonstrative

13  Cadogan DX 1.

14        Okay.  So this is a page from the Prebid website

15  listing the Prebid board of directors.  Do you see that

16  there's an OpenX representative on the Prebid board of

17  directors -- and we are going to have -- Joel Meyer, do you

18  see that?

19  A     Oh, yeah, I do.

20  Q     And there's a Magnite representative on the Prebid

21  board of directors?  That's Garrett McGrath.  Do you see

22  that?

23  A     Yes, I do.

24  Q     Is he is chairman?

25  A     It looks like it, yep.

Cross-Examination - T. Cadogan

1   Q    And then there's a PubMatic member of the Prebid board

2   of directors, and that's, of course, Ankur Srivastavavie,

3   correct?

4   A    Yes.

5   Q    And there's a Trade Desk member on the board of

6   directors, and that's Bill Simmons?

7   A    Yes.

8   Q    And there's an Index Exchange member as well, and

9   that's Michael McNeeley, correct?

10  A    Yes.

11  Q    And then there's a Microsoft representative, Paul

12  Farrow, correct?

13  A    Yes, that's right.

14          THE COURT:  All right.  We're going to take

15  the afternoon break now until 4:30.

16      (Brief recess taken.)

17  BY MR. JUSTUS:

18  Q    Okay.  Sir, I only have a few remaining things to

19  cover, and then I'll hopefully be finished.

20          I'd actually like to ask you to turn back to

21  Tab 10.  This is a document that's under seal that's been

22  admitted into evidence.  So just be mindful of that.

23          Now, I only have two questions, but the predicate

24  to that is turning to page 49.

25  A    Okay, page 49.

Cross-Examination - T. Cadogan

1    Q    Are you there?

2    A    Yes.

3    Q    Sir, please don't say these numbers out loud, but can

4    you confirm that the take rate number listed for 2018 in

5    this board meeting presentation is accurate to the best of

6    your recollection?

7    A    Yes.

8    Q    The same question for 2019.  To the best of your

9    recollection?

10   A    Yes.

11   Q    Okay.  You can put that aside.

12           Okay.  If you turn to Tab 20 --

13           MR. JUSTUS:  So, Your Honor, at this point,

14   we'd offer DTX 0384 into evidence.

15           THE COURT:  384?

16           MR. JUSTUS:  Yes, Your Honor, Tab 20.

17           THE COURT:  Any objection?

18           MR. VERNON:  No objection.

19           THE COURT:  All right.  It's in.

20   BY MR. JUSTUS:

21   Q    And so, sir, will you please turn to page 9 of that

22   presentation.  Let me know when you're there.

23   A    I'm there.

24   Q    And this slide lists various OpenX ad exchange

25   competitors, correct?

Cross-Examination - T. Cadogan

1   A    Yes, that's right.

2   Q    It notes that those competitors compete across devices,

3   screens, and formats, right?

4   A    That's what the document says.

5            MR. JUSTUS:  Okay.  All right.  Last thing.

6   Tab 22, this is fully under seal, but we offer into

7   evidence DTX 682.

8            MR. VERNON:  No objection.

9            THE COURT:  All right.  That also will not be

10  on the website tomorrow, but it's in, 682.

11           MR. JUSTUS:  Yes, Your Honor.

12  BY MR. JUSTUS:

13  Q    And can I just direct your attention to the PowerPoint

14  Slide No. 21.

15           And if you give me just one second so I can get

16  there.

17  A    Page 21?

18  Q    Yes.

19  A    Right, I'm there.

20  Q    Again, this is under seal.  So please don't say the

21  contents of this slide out loud.  But if you go to the

22  fourth bullet, do you agree that the fourth bullet reflects

23  a competitive threat that OpenX was experiencing in -- at

24  this time, 2019?

25  A    I think this is a little bit more reflective of a

Cross-Examination - T. Cadogan

1   general trend that was affecting the whole industry because

2   people were trying to become more efficient with their

3   buying.  And of course, therefore, we were affected and had

4   to manage through that.  But it's an industrywide trend that

5   we're calling out on this slide.

6   Q    And you agree -- just look at the text where it refers

7   to larger pubs.  You agree with kind of the language around

8   there, correct?

9   A    Oh, I'm sorry.  I'm not sure I'm on the -- at page 21?

10  Q    Page 21, the fourth bullet.

11  A    Sorry.  I was actually reading the third bullet.  I

12  clearly cannot count.  Okay.

13  Q    Do you agree that was a threat that OpenX --

14  competitive threat OpenX was facing at the time?

15  A    You know, this one was -- it's one of those ones that's

16  been debated forever.  It's a possible threat.  It's still

17  largely hypothetical.  This CTV point, I think, is a little

18  bit more valid.  More generally, it was a little bit more on

19  the "it's a possible threat" end of things versus this is

20  actually happening.  And it's still -- interestingly -- it's

21  what, five, six years later -- this still hasn't really

22  happened even a half a decade later, the threat that we're

23  outlining here.

24  Q    Except for CTV?

25  A    Even in CTV, it's kind of a mixed bag.  There's other

Redirect Examination - T. Cadogan

1    reasons for that.  Anyway, I won't go into those.

2    Q    That's okay.  This was a threat that OpenX was tracking

3    at the time and still tracks?

4    A    Yes, that's fair.  Yes.

5              MR. JUSTUS:  Your Honor, I pass the witness.

6              THE COURT:  All right.  Any redirect?

7              MR. VERNON:  Yes, Your Honor.

8                        REDIRECT EXAMINATION

9    BY MR. VERNON:

10   Q    Counsel asked you about a document stating that there

11   were multiple reasons for OpenX's underperformance in the

12   summer of 2018.  Do you remember that?

13   A    I do, yes.

14   Q    How did DV360's spending on OpenX in the summer of 2018

15   compare to its spending on OpenX in the summer of 2017?

16   A    It was lower than our expectations for that period if

17   you are talking about the summer.  I don't remember the

18   year-over-years.  I remember where we were versus

19   expectation.

20   Q    What happened to DV360's spending on OpenX after that

21   in the fall of 2018?

22   A    That's when the real hit came, which is September,

23   weakened in October, and November were very severe

24   reductions, which we reached out to Google about, obviously,

25   given the massive change that we'd been seeing.

                                                        101

Redirect Examination - T. Cadogan

1  Q    Can you turn in your binder to PTX 160?  This is in the

2  white binder, the smaller binder.

3  A    We'll trade binders.  Thank you.

4            THE COURT:  Is there any objection to 1600?

5            MR. JUSTUS:  One second, Your Honor.

6            No, Your Honor.

7            THE COURT:  It's in.

8  BY MR. VERNON:

9  Q    Let me know when you're ready.

10 A    Yes, sir, I'm there.

11 Q    This is an email from you to Sam Cox at Google; is that

12 right?

13 A    Yes.  Yes, it is.

14 Q    And if you look at the second paragraph, the larger

15 paragraph, you write, "As you can see, things were largely

16 on track through May, then went sideways in June and July,

17 recovered partially in August, and then started to slide

18 more in September and kept getting worse to the point where

19 November is looking like negative 40 percent in spend YOY.

20 I don't need to belabor the significance of this for us."

21            Did I read that right?

22 A    Yes, you did.

23 Q    What does YOY mean?

24 A    Year over year.

25 Q    So was the large negative 40 percent drop in spending

102

Redirect Examination - T. Cadogan

1   from DV360 before or after the document that counsel showed

2   you before about OpenX's performance in the summer of 2018?

3   A    It was after that document that he showed me.

4   Q    Counsel also asked you about --

5            THE COURT:  Let me stop.  Did you get a

6   response to this?

7            THE WITNESS:  Yes.  I'm sorry, Your Honor.  I

8   said the document that -- what happened here was after

9   the document that Google's counsel showed me.

10           THE COURT:  No.  But I mean, this is an email

11   that you sent on --

12           THE WITNESS:  Oh, I'm sorry.  Did I get a

13   response?

14           THE COURT:  -- November 21, right?  You end

15   by saying "How can you help here?  Thanks, Tim."

16           My question is did you get a response to the

17   email?

18           THE WITNESS:  I don't recall getting a

19   response, Your Honor.

20   BY MR. VERNON:

21   Q    Counsel also asked you about some feature gaps for

22   OpenX's ad server.

23           Do you remember that?

24   A    Yes, I do.

25   Q    And earlier in your testimony you've said that the main

Redirect Examination - T. Cadogan

1    reason that OpenX found it difficult to compete with DFP was

2    not being able to access AdX.

3            Do you remember that?

4    A    Yes, I do.

5    Q    Why did you say that the main reason was -- that it was

6    difficult to compete with DFP was OpenX's publisher's lack

7    of access to AdX rather than features?

8    A    Because for publishers, priority number one, two, and

9    three is money, is revenue.  And so they will really have to

10   choose the most effective way to generate the most amount of

11   revenue.  So even if you had been offering worse features,

12   they would have gone with the money.  And so because we

13   didn't have access to the biggest pool of money, which was

14   AdX, it was very hard for us to sell them the OpenX ad

15   server.

16   Q    Let me ask you to turn to Tab 1 in the defendant's

17   binder, which is the black binder.  This is PTX 1501.

18   A    Sorry.  Tab 1?

19   Q    That's right.

20   A    Okay.  Yeah, I'm there.

21           MR. VERNON:  The United States would like to

22   offer this into evidence.

23           THE COURT:  Any objection?

24           MR. JUSTUS:  No, Your Honor.

25           THE COURT:  All right.  1501 is in.

104

Redirect Examination - T. Cadogan

1   BY MR. VERNON:

2   Q    Counsel also asked you some questions about whether

3   access to AdX was mentioned in any of OpenX's documents

4   discussing the reasons why it was hard for OpenX to compete

5   with DFP.

6            Do you remember that?

7            MR. JUSTUS:  Objection, Your Honor.  Just so

8   it's clear, I actually didn't ask that question.  I

9   asked about one specific document.

10           MR. VERNON:  Okay.  I'll withdraw the

11  question.

12  BY MR. VERNON:

13  Q    Can we turn to page 10.  It starts with the words "Why

14  are we not winning ad server deals?" at the top.

15  A    Yes.

16           MR. VERNON:  I think the monitor is not

17  there.  I think maybe one or two more slides on the

18  monitor.  You are on 8, so go to 10.  There you go.

19  BY MR. VERNON:

20  Q    Now, I recognize this is hard to read.  I believe it

21  says "External challenges.  Incumbent stronghold.  DFA/DFP

22  position.  AdX/AdSense monetization."

23           Do you see that?

24  A    Yes, it's the top bullet.

25  Q    And what does "AdX/AdSense monetization" mean?

Redirect Examination - T. Cadogan

1    A     It means that DFP was tied to AdX and much of the

2    AdSense demand which were flowing to DFP, and the only way a

3    publisher could get access to real-time demand from AdX was

4    by using DFP.  They were linked.  Therefore, as an ad

5    serving competitor, one could, practically speaking, not

6    effectively compete with that.

7    Q     You can set that document aside.

8          You mentioned that OpenX did have some feature

9    gaps compared to DFP.  Do you remember that?

10   A     I do, yes.

11   Q     Why did OpenX have those feature gaps?

12   A     Primarily, it's a vicious cycle.  We understood that

13   there were some gaps.  I've mentioned a couple of them.  But

14   because we've not been able to win more publishers, we were

15   not able to generate as much revenue.  Therefore, we

16   couldn't reinvest as much of that revenue in developers to

17   build the functions that we knew would be competitive.

18         So it's a -- it's kind of a vicious cycle because

19   we were unable to win the publishers because we didn't have

20   the demand access.  We couldn't get on to a virtuous cycle,

21   which is ultimately what led us to decide to close the

22   business, because it was uneconomic for us.

23   Q     And what was the main reason why you couldn't win those

24   publishers?

25         MR. JUSTUS:  Objection, Your Honor.

106

Redirect Examination - T. Cadogan

1          THE COURT:  Wait.  That's been asked and

2    answered several times.  Let's move on, please.

3    BY MR. VERNON:

4    Q    Counsel also asked you about OpenX having scale.  Do

5    you remember that?

6    A    I do, yes.

7    Q    How does OpenX's scale compare to AdX's scale?

8          MR. JUSTUS:  Objection, Your Honor.  Lack of

9    personal knowledge.

10   BY MR. VERNON:

11   Q    Do you have an understanding --

12         MR. VERNON:  I can lay a foundation, Your

13   Honor.

14         THE COURT:  More than that, I've heard that

15   enough too.  Overruled.

16   BY MR. VERNON:

17   Q    Okay.  Counsel asked you about whether OpenX's ad

18   server had a dynamic allocation or a first look product.  Do

19   you remember that?

20   A    Yes, I do.

21   Q    Did OpenX ever approach any exchanges to try to

22   integrate other exchanges' real-time bids into OpenX's ad

23   server?

24   A    We did try to get integration with AdX.  That was the

25   thing that most publishers wanted for obvious reasons that

107

Redirect Examination - T. Cadogan

1   we've covered and would have been great to be able to have

2   that and to have it compete with our exchange and offer that

3   combination to our publishers.

4   Q    And what were OpenX's plans for which exchange would

5   bid first between OpenX and AdX?

6   A    Actually, neither would bid first.  We would have --

7   had we done that, we would have sent a bid request at the

8   same time to our exchange and AdX.  We would've received the

9   bids, and we would've picked the highest one and presented

10  that to the publisher so they could have made the most

11  amount of money.

12  Q    And why did those plans not come to fruition?

13  A    Because Google was never willing to integrate with us.

14          MR. JUSTUS:  Objection, Your Honor.

15          THE COURT:  Overruled.  You may answer the

16  question.

17  BY MR. VERNON:

18  Q    I believe -- why did those plans not come to fruition?

19  A    Because Google was never willing to integrate with us.

20  Q    I'm going to do this slightly slowly to give your

21  counsel a chance to address any confidentiality issues that

22  may arise from this set of questions about take rates.

23          Earlier counsel for Google asked you about OpenX's

24  take rates in the, roughly, 2018 time period.

25          Do you remember that?

Redirect Examination - T. Cadogan

1   A    Yes, I do.

2   Q    How did OpenX's take rates change after 2018?

3   A    They came down materially.

4   Q    And why?

5   A    Because we wanted always to compete, and the essence of

6   competition was giving the publishers as much revenue as

7   possible.  And as we and our competitors were seeking to win

8   their business -- still via header bidding now -- we were

9   competing over time at lower rates so that we could give

10  more of the revenue to the publisher.

11  Q    And without giving a specific number, as they went down

12  over time, how did they -- were they higher or lower than

13  20 percent?

14  A    They started out higher, and then over time they moved

15  lower.

16          MR. VERNON:  Okay.  We pass the witness.

17          THE COURT:  Any recross?

18          MR. JUSTUS:  No, Your Honor.

19          THE COURT:  All right.  Does anybody

20  anticipate calling Mr. Cadogan again?

21          MR. VERNON:  The United States does not.

22          THE COURT:  How about the defense?

23          MR. JUSTUS:  We do not, Your Honor.

24          THE COURT:  All right.  Then, Mr. Cadogan,

25  you're now released as a witness.  That means you can

Read-In Deposition - B. O'Kelley

1    stay and watch the proceedings or leave, but you're not

2    to discuss your testimony with any witness who has not

3    yet testified.

4           Thank you.

5           THE WITNESS:  Thank you, Your Honor.

6           THE COURT:  All right.  Now, do I understand

7    correctly that the next matter you want is a read-in?

8    Is that right?

9           MS. WOOD:  We're going to finish the last

10   nine minutes of the O'Kelley video and then a read-in

11   for the rest of the afternoon.

12          Thank you, Your Honor.

13          THE COURT:  Okay.

14          MS. WOOD:  And, Your Honor, the deposition

15   binders for Mr. O'Kelley were passed out yesterday.  We

16   could bring you another copy if --

17          THE COURT:  I will just watch the screen.

18          MS. WOOD:  Okay.  May we proceed, Your Honor?

19          THE COURT:  Yes.

20       (Video played.)

21          THE COURT:  That's it?

22          MS. WOOD:  Yep.

23          THE COURT:  All right.  Now, who are you

24   doing by deposition?

25          MR. TEITELBAUM:  This would be the Helfand

Read-In Deposition - B. O'Kelley

1    deposition for Disney, Your Honor.

2              MS. SESSIONS:  Do you want to do the exhibits

3    in connection with O'Kelley?

4              MR. TEITELBAUM:  Oh, I believe Google has

5    some exhibits that they're offering with respect to

6    O'Kelley.

7              THE COURT:  All right.  Let's move them in.

8              MS. SESSIONS:  Thank you, Your Honor.  I

9    understand the government has no objections to these.

10   They are DTX 358, DTX 422, and DTX 1487.

11             MR. TEITELBAUM:  That's correct, Your Honor.

12   No objections.

13             THE COURT:  What was the last one?

14             MS. SESSIONS:  1487.

15             THE COURT:  All right.  So 358, 422, and

16   1487?

17             MS. SESSIONS:  Yes, Your Honor.

18             THE COURT:  All right.  Those three are in.

19             MS. SESSIONS:  Thank you.

20             THE COURT:  All right.

21             MR. TEITELBAUM:  And then in connection with

22   the Disney deposition, Your Honor, pursuant to an

23   agreement with Google, we would offer into evidence

24   PTX 1835, and we do have copies here.

25             THE COURT:  Just one exhibit?

Read-In Deposition - B. O'Kelley

1          MR. TEITELBAUM:  Just one exhibit.  Then I
2  believe Google has additional exhibits to offer as
3  well.
4          MS. SESSIONS:  We do, Your Honor.  1427;
5  1207, which is under seal; and 1374, which is also
6  under seal.
7          THE COURT:  1374?
8          MS. SESSIONS:  Yes.
9          MR. TEITELBAUM:  And to be clear, we have an
10  agreement on 1207 and 1376.  I'm not aware of an
11  agreement at this time about the other one.
12          THE COURT:  I'm sorry.  When you say
13  agreement, agreement as to being under seal?
14          MR. TEITELBAUM:  As to not objecting to
15  admissibility.
16          THE COURT:  I'm having all three of them in
17  right now.
18          So Plaintiffs' 1835 and Defendant's 1427; and
19  1207, which is under seal -- so it will not appear on the
20  website tomorrow -- and 1374.  Right?
21          MS. SESSIONS:  Yes, Your Honor.
22          MR. TEITELBAUM:  Your Honor, we do have a
23  hearsay objection to 1427.
24          THE COURT:  Well, when we get to it, we'll
25  address it.

Read-In Deposition - B. O'Kelley

1        MR. TEITELBAUM:  All right.  Then we have

2   binders for everyone.

3        We also have copies of PTX 1835 just for

4   visibility's sake.

5        THE COURT:  All right.

6        MR. TEITELBAUM:  Thank you, Your Honor.

7        Just for the record, for the sake of efficiency, I

8   will be reading both Google's counsel's questions and our

9   questions because it is a consolidated set of deposition

10  designations.

11       THE COURT:  All right.  That's fine.

12       MR. TEITELBAUM:  That will become very clear

13  with the very first sentence that I'm about to read.

14       THE COURT:  What page are we on?

15       MR. TEITELBAUM:  This is starting on the very

16  first tab that says "Helfand Deposition Designation

17  Digest."  That's just the designations.

18       And just for the record, with respect to the

19  errata, those are addressed in the margins of the digest

20  just for clarity's sake.

21       THE COURT:  All right.

22       MR. TEITELBAUM:  And the red boxes, as per

23  usual, are for confidentiality.  So I will not read

24  those out loud.  We can all just read those to

25  ourselves, but they will be part of the record, I

Read-In Deposition - J. Helfand

1    assume.

2             THE COURT:  All right.

3             MR. TEITELBAUM:  All right.  Thank you.

4        (The deposition of Jeremy Helfand is read as

5    follows:)

6    Q    Good morning, Mr. Helfand.  My name is David Pearl.

7    Like I said, I'm an attorney representing Google.

8             Can you -- can you please state your name for the

9    record.

10   A    My name is Jeremy Helfand.

11   Q    Do you understand you're here today to provide

12   testimony as a corporate witness for The Walt Disney

13   Company?

14   A    Yes.

15   Q    What is your current position at The Walt Disney

16   Company?

17   A    My current position is executive vice president of

18   advertising and data platforms for The Walt Disney Company.

19   Q    Great.  At a high level, what are your roles and

20   responsibilities in your job?

21   A    My responsibilities are to lead the portion of the

22   organization responsible for the development of products and

23   technologies for Disney's advertising business.

24   Q    And when did you start working at Disney?

25   A    I started working at Disney in 2020.  I was working

                                                              114

Read-In Deposition - J. Helfand

1   previously at Hulu starting in June of 2018, which was

2   subsequently taken operational control by Disney, and

3   started to work for Disney in 2020.

4   Q    Thanks.  We're going to hand you another exhibit.  This

5   will have the Bates Hulu-008733, and this will be Disney

6   Exhibit 3.

7            You can put that to the side.

8            Okay.  Can you turn to page 741?

9   A    Yes.

10  Q    Do you see the slide is titled "Disney's Current

11  Position in the Market Competitive Landscape Total Video

12  Plus Display"?

13  A    Yes.

14  Q    What does the reference to "competitive landscape"

15  there mean?

16  A    Reference to other competitors of advertising that we

17  would be competing against in the market for a share of

18  budget.

19  Q    And looking at the list of or the sort of graph of the

20  companies here, do each of these represent a competitor for

21  Disney in the sale of advertising?

22  A    All of these names tend to fall into one of the two

23  buckets that I described previously with respect to who

24  Disney competes with in the advertising market.

25  Q    Does Disney have its own ad tech tools?

Read-In Deposition - J. Helfand

1   A    Disney does have it owns ad tech tools.

2   Q    Why did Disney create those ad tech tools?

3   A    Disney created those ad tech tools because we believe

4   that, in order to create either differentiated capabilities

5   or to be able to develop products at the velocity required

6   to meet the, you know, transformation of advertising in the

7   industry, that we should invest in our own ad tech tools.

8   Q    You mentioned -- you used the term "velocity."  What do

9   you mean by that?

10  A    What I mean is being able to build those capabilities

11  and deploy them into -- into market with a sufficient amount

12  of speed.

13  Q    Can you -- can you list for me the ad techs that Disney

14  currently has?

15  A    A few examples of ad tech tools that Disney has

16  includes the Disney ad server, the Disney real-time ad

17  exchange or what you would hear referred to as DRAX.  Some

18  of our audience-based targeting capabilities, like Disney

19  Select are -- so those are a few of the capabilities or

20  tools that we have deployed, we've developed.

21  Q    Does Disney have a tool called Hulu Ad Manager or

22  Disney Ad Manager?

23  A    Yes, Hulu Ad Manager -- now Disney Ad Manager is our

24  self-service that enables advertisers to be able to set up

25  and deliver campaigns on their own without the assistance

116

Read-In Deposition - J. Helfand

1   of, you know, either a sales person or account manager.

2   Q    Does Disney have a product called DXP?

3   A    DXP is typically shorthand for Disney XP, which is our

4   cross-platform product.  It is a combination of technology

5   and bundling of how we go to market to enable advertisers to

6   buy once from Disney and deploy that across multiple

7   inventory sources.

8   Q    Okay.  Thank you.

9        I'm going to introduce another exhibit here we'll

10  be marking as Disney Exhibit 4.

11       Do you recognize this document?

12  A    I do.

13  Q    What is it?

14  A    It's a transcript from our Tech and Data Showcase.

15  Q    And what is the Tech and Data Showcase?

16  A    The Tech and Data Showcase is an annual event that

17  we've -- we've put on for the last three years as part of

18  our upfront selling process to highlight the technology and

19  data advancements we're making as part of our Disney

20  advertising offering.

21  Q    And does this document look like a true and accurate

22  copy of the transcript of the Tech and Data Showcase?

23  A    To the best of my knowledge.

24       MS. SESSIONS:  Your Honor, at this time, this

25  is the disputed exhibit, DTX 1472 [sic], that we would

Read-In Deposition - J. Helfand

1    offer into evidence.

2              MR. TEITELBAUM:  1427 or --

3              MS. SESSIONS:  1427, sorry.

4              MR. TEITELBAUM:  And, Your Honor, this would

5    be -- just because it's a transcript doesn't change the

6    fact that it's a purely out-of-court statement.

7              THE COURT:  I don't have a copy of 1472 in

8    front of me.

9              MR. TEITELBAUM:  I believe it's -- it is in

10   the binder at the third-to-last tab.

11             THE COURT:  Okay.  Hold on.

12             MS. SESSIONS:  And I misspoke, Your Honor.

13   It's 1427.  So that's why you can't find 1472.

14             THE COURT:  Does it have that number, or does

15   it have the --

16             MS. SESSIONS:  It's Exhibit 4 to the

17   deposition.

18             THE COURT:  Yeah, that's what I'm looking

19   for.

20             Okay.  DTX 1427.  Here it is.

21             MR. TEITELBAUM:  The government's objection

22   is this is just a transcript of out-of-court statements

23   admitted for their truth and so therefore hearsay.

24             THE COURT:  I'm sustaining the objection.

25   All right.  So that means 1427 is not in.

Read-In Deposition - J. Helfand

1          MR. TEITELBAUM:  All right.  So continuing

2    with the reading at page 31, line 24.

3    Q    What is a self-serve platform?

4    A    A self-serve platform is a -- is a tool or an interface

5    where an advertiser can enter all their campaign details,

6    upload their creative, and decide where and how they want to

7    run advertising across any of the Disney-enabled properties.

8    Q    Are you aware of whether any of your competitors offer

9    self-serve platforms?

10   A    Yes.

11   Q    Which ones?

12   A    Facebook, Google, Amazon, Snap are a few examples of

13   other self-serve platforms in the market.

14   Q    Are there any others you can think of?

15   A    One other I can think of would be Roku.

16   Q    Do you know if TikTok offers one?

17   A    I don't know for certain, but I believe so.

18   Q    Do you consider TikTok a competitor for Disney Ad

19   Manager?

20   A    Yes.

21   Q    Why was building a complete proprietary ad server for

22   the entire Disney company important to the company?

23   A    Similar to what I had mentioned previously, in order to

24   create differentiated products for Disney's properties, as

25   well as be able to do that at the speed required in order to

Read-In Deposition - J. Helfand

1    capture the market opportunity, we believe that building the

2    Disney ad server was an important investment.

3    Q    What sort of differentiated products does it allow you

4    to create?

5    A    Our programmatic capabilities is one example of a

6    differentiated product that we would build for the Disney

7    platform.

8    Q    Can you explain what you mean by programmatic?

9    A    "Programmatic" is an industry term for being able to

10   automate the transaction of ad inventory using a request

11   sent out over the web to a demand source and that demand

12   source sending an ad back and placing that into the ad

13   inventory.

14   Q    Is Disney's having its own ad server good for

15   advertisers in your view?

16   A    In my view, Disney having its own ad server is good for

17   advertisers for a number of reasons, one being that it

18   enables us to create those differentiated products for our

19   advertisers.

20           Secondly, it allows us to integrate the

21   advertising experience with the consumer experience that is

22   occurring in any of those content environments more

23   seamlessly.

24   Q    And what does it mean to integrate the advertising

25   experience with the consumer's experience?

Read-In Deposition - J. Helfand

1    A    So a lot of times when we're integrating ad technology

2    into a client app or a client that is delivering content,

3    making sure that the client is ad aware and being able to

4    pass signals between the client and ad server is an

5    important way to ensure that, as the consumer is interacting

6    with the content, we seamlessly move between the content and

7    ads in a way that delivers the most relevant and highest

8    quality experience for the consumer.

9    Q    And so does Disney having its own ad server permit

10   Disney to create a better consumer experience?

11   A    Yes.  That is one of the objectives of having our own

12   ad server is to ensure the highest quality experience for

13   our consumers.

14   Q    Do you know if Snap has its own ad server?

15   A    Snap does have its own ad server.

16   Q    You mentioned TikTok earlier.  Does TikTok have its own

17   ad server?

18   A    Yes, TikTok has its own ad server.

19   Q    You consider Meta a publisher?

20   A    Yes.

21   Q    And I believe you said earlier Meta has its own ad

22   server.

23   A    Yes.

24   Q    Do you consider Amazon to be a publisher?

25   A    Yes.

Read-In Deposition - J. Helfand

1   Q    And they have their owner ad server?

2   A    They do.

3   Q    Can the Disney ad server place ads on connected TV?

4   A    Yes.

5   Q    Can it place ads on mobile apps?

6   A    Yes.

7   Q    Can it place ads on desktop?

8   A    Yes.

9   Q    Can the Disney ad server place ads on video ads?

10  A    Yes.

11  Q    Can it place display ads?

12  A    No.

13  Q    Is it possible for the Disney ad server to place

14  display ads from a technological standpoint?

15  A    Yeah.  I mean, if we invested in developing the

16  capability, yes.

17  Q    When you say, quote, traditional display, end quote,

18  what do you mean?

19  A    When I -- when I think about display ad or I think

20  about -- or I think how the industry thinks about display

21  ad, it would be a -- it would be a static image on a page

22  adjacent to content as opposed to embedded in a piece of

23  video content.  So similar to previously where we mentioned

24  a 300-by-250 or a skyscraper or some sort of other static

25  format or fixed-place format on a page or inside of a mobile

Read-In Deposition - J. Helfand

1   ad.

2   Q    But a pause ad is a static image, correct?

3   A    It is a static image.  It is -- it -- it displays over

4   the top of the content until the viewer presses play again

5   on their content.

6   Q    And the Disney ad server is capable of placing that

7   kind of ad, correct?

8   A    It does.

9   Q    Who did Disney use for its ad serving before you

10  brought it the ad serving function in-house?

11  A    It used Google Ad Manager.

12  Q    Does Disney have any plans to make its ad server

13  available to third-party publishers?

14  A    No.

15  Q    I'm going to show you what we will be marking Disney

16  Exhibit 7.

17          Do you recognize this document?

18  A    It appears to be sales material.

19  Q    Does it appear to be a true and accurate copy of this

20  document?

21  A    To the best of my knowledge.

22  Q    Can you go to page 453, and the title of this slide is,

23  quote, FY 21 display impressions by brand and by quarter.

24          Is that right?

25  A    Correct.

123

Read-In Deposition - J. Helfand

1  Q    Do you see on the left-hand side there it says

2  "display" in blue?

3  A    Yes.

4  Q    Could you read for me the language under there.

5  A    "Static or rich media, animated or video, image units

6  within articles and stories.  Hulu display impressions

7  include sponsored logos, pause, and marquee ads."

8  Q    So are all of those type of ads display ads -- let me

9  try that question again.

10         So are all of those type of ads display ads in

11  Disney's view?

12  A    They've categorized all of those as display ads on this

13  slide, yes.

14  Q    We talked a little bit about DRAX before.  Can you

15  remind me what DRAX stands for?

16  A    DRAX stands for the Disney Real-Time Ad Exchange.  We

17  like to name our products after Disney characters.

18  Q    Do other ad exchanges or SSPs bid into the DRAX?

19  A    Yes, through our distribution relationships with, say,

20  an Amazon or Roku.  Their SSPs are integrated into DRAX.

21  Q    Does DRAX compare bids from different demand sources?

22  A    The comparison of demand sources happens primarily in

23  Magnite, and DRAX is helping to kind of facilitate how those

24  bids happen.

25         There's some level of auction that happens in --

Read-In Deposition - J. Helfand

1   in DRAX, but the -- because we have multiple SSPs, so it's

2   deciding amongst the SSPs, but the -- within any given SSP,

3   for instance, Magnite is making the bidding decisions

4   with -- amongst it's -- you know, within its portfolio of

5   bid requests and demand.

6   Q    So the other SSPs you've referenced, that would be like

7   Amazon or Roku?

8   A    Correct.

9   Q    And DRAX compares bids coming through those SSPs with

10  Magnite's and decides amongst those?

11  A    Correct.  And there are -- there are rule sets with

12  respect to which inventory is available to Amazon versus a

13  Roku versus the rest of our ecosystem.

14  Q    Do any DSPs bid directly into DRAX?

15  A    No DSPs bid directly into DRAX.

16  Q    Does DRAX have a relationship with The Trade Desk

17  directly?

18  A    Yes.

19  Q    What is that relationship?

20  A    Trade Desk is one of our largest sources of demand,

21  programmatic demand.  It's a demand-side platform.  It

22  integrates into Magnite, and so all the demand that is

23  coming from The Trade Desk flows through the Magnite bidder.

24  Q    Are you familiar with the phrase "ad network"?

25  A    Yes.

Read-In Deposition - J. Helfand

1   Q      What does that mean?

2   A      Ad network is a -- you know, and what I would say is

3   kind of an early industry construct for the buying and

4   selling of advertising in an aggregated fashion.

5   Q      Do ad networks, though, still exist today?

6   A      I think you could make the argument that there are

7   still ad networks.  Oftentimes ad networks, ad exchanges,

8   really, any aggregator of both buy- and sell-side and

9   typically intermediate and try to take a -- or sorry --

10  typically intermediate and try to take a -- you know, some

11  sort of transaction fee on that exchange is what I would

12  consider to be an ad network.

13  Q      Can you give an example of an ad network that's in

14  existence?

15  A      I can't largely because most of the market has moved

16  more towards -- moved for towards programmatic versus a kind

17  of a -- a more simple transactional network model.

18  Q      You mentioned Disney likes to give good names to its

19  products.  What is you Yoda?

20  A      Yoda stands for Yield Optimization Delivery Algorithm.

21  And what Yoda is is an enhancement to our ad decisioning

22  logic that allows us to remove the waterfall, the priority

23  delivery of ads, and call the programmatic market at the

24  same time that we focus on delivering our direct deals and

25  being able to provide more inventory to the programmatic

Read-In Deposition - J. Helfand

1    markets while also ensuring that we deliver our -- our

2    direct deals to a, you know, certain threshold or guarantee

3    level.  I think most simply it removes the waterfall

4    methodology.

5    Q    Does that means it permits programmatic to buy

6    inventory that is otherwise spoken for by a direct deal?

7    A    It would allow the same inventory that's available to

8    direct buys to also be available to a biddable -- to a

9    bidded market, to a bidded advertiser.

10   Q    And is that functionality beneficial to advertisers?

11   A    I would say it's beneficial to advertisers in that it

12   enables more access to inventory, especially coming through

13   the bidded marketplace.  And in some instances, advertisers

14   are also -- they're buying both ways.  They're buying

15   directly, and they're also buying programmatically.

16   Q    Does it benefit Disney to have that Yoda functionality?

17   A    The benefit for Disney of having Yoda is it allows us

18   to maximize fill of all of our available inventory and

19   ultimately maximize yield against that inventory.

20   Q    I'm going to show you another exhibit.  This has the

21   Bates TWC -- TWDC -- excuse me -- _GOOG_00076919.  This will

22   be Disney Exhibit 9.

23        What is this document?

24   A    This document is a product requirements document, or a

25   PRD, for the development of Yoda.

                                                              127

Read-In Deposition - J. Helfand

1    Q    And do you recognize this as a true and accurate copy

2    of the Yoda PRD?

3    A    To the best of my knowledge, yes.

4          MR. TEITELBAUM:  And the next section is a

5    red box for confidentiality purposes.  I'll just wait

6    for a signal from the Court that we're ready to proceed

7    after the red box section.

8          THE COURT:  All right.  Go ahead.

9          MR. TEITELBAUM:  And for the record, the red

10   box section is page 75, line 12, to page 77, line 15.

11   Resuming at page 81, line 17.

12   Q    This is Hulu-0000532.  Do you recognize this document?

13   A    Yes, I've seen this document.

14   Q    What is it?

15   A    It is -- it is a vendor evaluation attached to an RFP

16   or a request for a proposal.

17   Q    And you said vendor RFP?

18   A    Like a vendor evaluation in response to a request for a

19   proposal for an ad server.

20   Q    That was my next question.  So this is a request for a

21   proposal for an ad server?

22   A    Yes.

23   Q    Is it for -- for Disney's ad serving?

24   A    Yeah, for Disney's ad serving.

25   Q    And which vendors are being compared?

Read-In Deposition - J. Helfand

1   A    It appears that this is comparing Google's capabilities

2   with Comcast's capabilities.

3   Q    Which ad server did Disney ultimately select out of

4   this RFP process?

5   A    Disney ultimately selected Google.

6   Q    Do you recall when approximately the selection was

7   made?

8   A    I believe but I'm not certain that it was made sometime

9   in 2019.

10  Q    And, generally, do you view Google's ad server as a

11  high-quality ad server?

12  A    I do.

13  Q    I believe you testified earlier that Disney selected

14  Google Ad Manager server in 2019; is that right?

15  A    Correct.

16  Q    So, then less than three years later, Disney switched

17  ad servers a second time; is that correct?

18  A    Correct.

19  Q    Thank you for taking the time -- taking time to be here

20  today.  I will try to streamline my questions so we don't

21  repeat too much of what you said earlier.

22         I want to start off by talking a little bit about

23  different forms of advertising, which we touched on earlier

24  today.

25         At Disney, do people commonly delineate amongst

129

Read-In Deposition - J. Helfand

1  different forms of advertising?

2  A    Yes.  We typically refer to advertising formats by --

3  you know, either video or display are the two primary

4  formats that are referred to; although, the vast majority of

5  our business is video.

6  Q    And why within Disney's business do you delineate

7  between display and video formats?

8  A    The -- they tend to be very different markets.  So, you

9  know, in terms of how they're priced and the -- who are the

10  buyers of those -- so -- and in terms of the experiences

11  that we are developing for our consumers.

12        And so it's helpful to understand what type of,

13  you know, format you're referring to when talking about the

14  advertising that happens across the -- our various

15  properties.  Although, again, you know, the vast majority of

16  where we focus is on video.

17  Q    Do you have a rough estimate of what percentage of

18  Disney's advertising is video versus display?

19  A    At the current time, our business is probably close to

20  90 to 95 percent video.

21  Q    Has that been roughly consistent over the past five

22  years at Disney?

23  A    It has.  The display business has been shrinking over

24  time but as there is price compression and, you know, less

25  availability of that inventory.

Read-In Deposition - J. Helfand

1    MR. TEITELBAUM:  The next section is red
2  boxed starting at page 102, line 10, to 104, line 8.
3  So we'll just wait until the Court is ready.
4    THE COURT:  I'm not going to take courtroom
5  time on this.  I'll have to review this in chambers.
6  Let's move this along.
7    MR. TEITELBAUM:  I understand, Your Honor.
8  Resuming at page 125, line 14 through 25.
9    THE COURT:  Yes.
10 Q    And what's your understanding of Disney's scale as a
11 business?
12 A    You know, I would say that Disney's scale in terms of
13 the size of its business, you know, in terms of -- you know,
14 both reach of the number of consumers in an unauthenticated
15 environment and also our subscribers that have signed up
16 for, say, our streaming services, you know, are in a -- you
17 know, combined in the hundreds of millions.  So, you know,
18 I -- you know, I think that's -- if you want to use that as
19 a measure of scale, you know, that's sizable.
20    MR. TEITELBAUM:  The next brief section is
21 under seal at Disney's request as are the rest of the
22 red boxes.
23    THE COURT:  Go ahead.
24 Q    We spoke a little earlier about -- or you spoke a
25 little earlier about the type of advertising inventory made

131

Read-In Deposition - J. Helfand

1    available on the ad server.  Is display advertising

2    available for sale via the Disney ad server?

3    A    It is not.

4              MR. TEITELBAUM:  Once again, another

5    confidential section.

6              THE COURT:  Okay.  Go ahead.

7    Q    My understanding is, based on your earlier testimony,

8    that Disney uses the Disney ad server for some properties

9    and Google Ad Manager as the publisher ad server for other

10   properties.  Is that right?

11   A    That is correct.

12   Q    Are there any difficulties with Disney operating two

13   different ad servers within the company?

14   A    It's not necessarily the most efficient way to operate

15   the business, in particular, from a campaign management

16   standpoint.  To set up campaigns to deliver in two ad

17   servers means you need to set them up twice.  And so that

18   is, you know, one challenge from an efficiency standpoint.

19             Also, getting aggregated data back to understand

20   in aggregate how a campaign is performing where you are --

21   where you are versus your delivery goals, things like that,

22   can also be increasingly complex if that information is

23   coming from more than one ad server.

24             I would also say the ability to aggregate

25   audiences and sell them across multiple properties is most

Read-In Deposition - J. Helfand

1    efficient when you're doing that on one ad server.

2    Q    Does Disney use multiple ad servers for a single

3    property?

4    A    By and large, no.  The vast majority of properties are

5    either on Google Ad Manager or on the Disney ad server.

6    Q    Why is that?

7    A    For the same reasons that I stated before.  Trying to

8    manage the experience in a -- you know, for a given

9    advertiser on one property, if you had to use multiple ad

10   servers, is not a very efficient way to deliver advertising.

11   Q    And Disney uses Google Ad Manager, previously known as

12   DFP, to sell all of its display advertising; is that right?

13   A    That is correct.

14   Q    With respect to the display advertising, do you know

15   what portion of Disney's display ads are sold by AdX?

16   A    The vast majority.  The -- I would say more than half

17   of Disney's display advertising is monetized through Google.

18             MR. TEITELBAUM:  The next page approximately

19   is confidential.

20             THE COURT:  All right.  Go ahead.

21   Q    You spoke earlier that the majority of Disney's display

22   advertising inventory is sold via AdX; is that right?

23   A    Via -- yes, via Google programmatic.

24   Q    Okay.  Do you know the names of any other exchanges

25   through which Disney programmatically sells display

Read-In Deposition - J. Helfand

1    advertising?

2    A    I do not.

3    Q    And who picks the order in which Google Ad Manager

4    reaches out to different SSPs?

5    A    The publisher sets the order.

6    Q    And how is that order set?

7    A    At any given point in time, the publisher could

8    determine which SSP, based on what they think the price may

9    be, that the publisher is going to pay for for inventory or

10   some other factor that allows them to, you know, determine

11   that this is the order that they should make the inventory

12   available.

13           MR. TEITELBAUM:   The next roughly page and a

14   half is confidential.

15           THE COURT:   All right.   Go ahead.

16   Q    Has Disney ever asked Google to have AdX bid into DRAX?

17   A    We have tried to implement DRAX into AdX, but we

18   haven't been able to do so successfully.

19   Q    Why not?

20   A    I do not know.

21   Q    Would Disney like to be able to integrate DRAX with

22   AdX?

23   A    We -- we would like to.   Yes, we would.

24   Q    Are there technical difficulties in doing so?

25   A    I do not know.

Read-In Deposition - J. Helfand

1   Q    Has Google indicated any willingness to integrate AdX

2   with DRAX?

3   A    We have attempted to integrate but have not been able

4   to -- been able to reach the level of performance that we --

5   we would through Disney ad server.

6   Q    What do you mean by you haven't been able to reach the

7   level of performance you would through Disney ad server?

8   A    So we wouldn't have been able to -- through the

9   integration of our programmatic capability through Google Ad

10  Manager, we don't have the same performance in terms of the

11  ability to get bidded demand back into that -- return back

12  to the Disney ad server at the same fill rates as we do when

13  we have the DRAX and the Disney ad server.

14  Q    Is this what you meant when you said the fill rates

15  when using Google Ad Manager are significantly lower than

16  when using Disney ad server?

17  A    Yes.

18  Q    Why are the fill rates significantly lower on Google Ad

19  Manager than Disney ad server?

20  A    I do not know.

21          MR. TEITELBAUM:   That concludes the read-in

22  of this deposition.

23          We have another one ready, Your Honor, with the

24  Court's permission.

25          THE COURT:   The next one is out of

Read-In Deposition - S. Schiekofer

1  California?

2          MS. WOOD:  This next deposition read-in

3  should be only about 15 minutes, I would estimate.

4          THE COURT:  No, it's not the California one?

5  It's a new book, or is it in this --

6          MS. WOOD:  A new book.

7          THE COURT:  Oh, all right.

8          MR. TEITELBAUM:  Your Honor, somewhat similar

9  to the previous deposition, with no objection from

10  Google, we would offer into evidence PTX 1720, and we

11  do have copies for the Court.

12          THE COURT:  All right.  Any objection to

13  1720?

14          MS. SESSIONS:  No, Your Honor.

15          THE COURT:  All right.  It's in.

16          MS. SESSIONS:  And Google will also move to

17  admit with no objection from the government DTX 1045

18  and DTX 1499.

19          THE COURT:  All right.  1045 and 1499?

20          MS. SESSIONS:  Yes, Your Honor.

21          THE COURT:  All right.  They're in.

22          MS. SESSIONS:  Thank you.

23      (The deposition of Susan Schiekofer is read as

24  follows:)

25  Q    Will you start by just stating and spelling your name

136

Read-In Deposition - S. Schiekofer

1   for the record.

2   A     Susan Schiekofer, S-U-S-A-N, S-C-H-I-E-K-O-F-E-R.

3   Q     And today you work at GroupM; is that right?

4   A     Yes.

5   Q     What's your title -- what's your title at GroupM?

6   A     Chief digital investment officer.

7   Q     Can you give us a brief description of your

8   responsibilities?

9   A     I have a small team at the center of GroupM.  And

10  there's agencies at GroupM, and clients sit within agencies.

11  And our team at the center works with the client teams to

12  figure out what are the partners that we want to do business

13  with in terms of things like pricing first to markets,

14  research, basically to provide value for the clients, for

15  the money that they're spending across GroupM and the

16  agencies.

17  Q     When did you first start working at GroupM roughly?

18  A     In 2010.

19  Q     Does GroupM have different teams that focus on

20  different types of advertising?

21  A     Okay.  We do.  There's broad strokes.  There's planning

22  groups.  There's buying groups, and there's measurement

23  groups.  There's all kinds of things in the middle.  But

24  what clients hire us for are to look at their audiences and

25  plan audiences accordingly, to purchase media ranging from

Read-In Deposition - S. Schiekofer

1    national television, syndicated television, cable, local,

2    radio.  It could be national, could be local, DR TV, print,

3    outdoor, and digital, in all forms.

4    Q    So one of the things that you mentioned is that the

5    planning groups will allocate by channel?

6    A    Yes.

7    Q    What channels are you referring to?

8    A    Television.  You know, these are very broad.  It really

9    varies by client.  But it will be anything from television,

10   including the Super Bowl, to radio.  It could -- local or

11   national radio.  And then it will be digital, you know,

12   whether it's video display, search, social.  And then

13   programmatic is an activation of that supply.

14   Q    What differences, if any, are there between display

15   advertising and connected TV advertising?

16   A    So display usually -- usually runs on just regular

17   websites.

18   Q    Why do you say the math of display is a lot more

19   efficient than video?

20   A    We're not going to pay a lot of money for display

21   advertising.  We're not going to pay -- you know, if I use

22   $25 as a, you know, standard -- and I can't disclose exactly

23   what the number is, but, you know, there's a range -- like

24   Super Bowl, you're going to pay a lot more CPM than you're

25   going to pay on, like, "The Today Show."  But generally,

138

Read-In Deposition - S. Schiekofer

1    video commands a higher premium because there's also less

2    scale.  You know, display, there's almost, like, infinite

3    scale available.

4    Q    What do you mean there's almost infinite scale

5    available for display?

6    A    Because any website could have, you know, five display

7    ads on a particular page if you look at the long tail of

8    websites.  But if you're a quality video producer, you don't

9    have to go into long tail, right?  Like, if you're NBC,

10   you're going to distribute on NBC.  You're going distribute

11   on nbc.com or Fandango or YouTube.

12   Q    One of the things I think you said was display was a

13   complement.  And what did you mean?  A complement to what?

14   A    I mean it's a complement to an overall buy.  Again,

15   like, a client that spends a lot of money in market that has

16   a combination of brand and efficiency goals will use a mix

17   of media as broad as network television and, like, all the

18   way through to search, right, as their narrow to search.

19          So it's really -- you know, it's what clients

20   think.  Like, a combination of it's the creative.  It's the

21   media, and it's the offer.  So what do those three -- what's

22   the most efficient way?  And, again, this is where the

23   planners use syndicated research to find the audiences.

24          They develop the channels, and then the buyers

25   will go and pick the individual properties within those

139

Read-In Deposition - S. Schiekofer

1   channels, right?  And if it's an only-display campaign, we

2   do those too.  But they're just not as prevalent with the

3   types of advertisers that we have.

4   Q    Why do you say that it's not as common, I guess, for

5   GroupM to do only display campaigns?

6   A    It's -- our client base is big, important brands, and

7   they use a combination of video, audio, display.  And

8   display could also be print and newspaper, right, like a

9   printed form of communication.  So it depends what the

10  messaging is and do they have the creative, you know, for

11  video or only display or printed word or audio, podcasting.

12  Q    What differences, if any, are there between display and

13  social?

14  A    Well, social can have display, right?  So social has a

15  combination of video formats.  And then they could also just

16  have a display ad that runs in the feed.  It's either called

17  static -- it could be called rich media, but that's

18  considered display.

19  Q    Let me ask you:  What differences are there, if any,

20  between social and programmatic?

21  A    So social -- well, social is also bought

22  programmatically, but it's in platform with the individual

23  social companies.

24  Q    From what you were saying before, it sounds like GroupM

25  recommends for its clients at least some of the time that

140

Read-In Deposition - S. Schiekofer

1    they buy ads on the open web.  Is that fair?

2    A    We don't use the words "open web."  We call it

3    exchanges.

4    Q    And then so why -- why would you recommend for some

5    clients that buying through -- buying display through an

6    exchange would be the best option?

7    A    It's back to being able to deliver audiences at scale

8    at a cheap CPM.  And if we apply -- which most of our

9    clients want us to apply -- what we call our inclusion list,

10   then it allows us to build a variation of that marketplace

11   that's brand suitable for us and for our clients at a very

12   cheap CPM.

13   Q    One of the things I think you said a minute ago was if

14   you see one exchange perform better than another, you

15   optimize toward the better-performing exchange?

16   A    Uh-huh.

17   Q    Did I get that right?

18   A    Uh-huh.

19   Q    What do you mean by that?

20   A    Within a DSP, you have the ability to buy lots and lots

21   of exchanges.  So an exchange could be -- it could be AdX.

22   It could be Magnite.  It could be PubMatic.  It could be

23   Yieldmo.  And there's, like, a SpotX.  There's, like,

24   Spot -- like, there's just a ton of exchanges.  There's a

25   lot of people who have built exchanges.

Read-In Deposition - S. Schiekofer

1          What we do and what my team at the center does is
2     to evaluate, like, it -- because we don't want to just buy
3     the same exchanges over and over against the same audiences
4     because then you're just going to bombard the consumer with
5     ads, like the same ads, and that's usually a negative.  So
6     you want to make sure that it's controlled.
7          So what our team does is to take a look at
8     inventory.  Is it unique?  Is it quality?  Is it
9     differentiating from another exchange?
10          So we tend to have, you know, a small group of
11    exchanges that we consider preferred, but I would say
12    preferred is a loose term with exchanges because there's so
13    much in them.  They're not going to be as preferred and,
14    say, like an NBC, but they're, like, a preferred exchange
15    because we know they do a good job of, you know, vetting
16    who's in the exchange, working with us in terms of applying
17    our inclusion and exclusion lists.
18          And, like, they're just companies that are
19    developing tech and audiences, and they do a better job than
20    others.
21    Q    What are the preferred exchanges at least that you
22    remember?
23    A    For us, we tend to work with the ones that I mentioned,
24    AdX, PubMatic, Magnite, Yieldmo, some smaller ones like
25    AdTheorent.

Read-In Deposition - S. Schiekofer

1           When GroupM designates a particular exchange as a

2    preferred exchange and tries to shift advertising to that

3    exchange, where is that advertising primarily shifted from?

4    Is it primarily shifted from other exchange --

5           THE LAW CLERK:  I'm sorry.

6           MS. WOOD:  I'm sorry.  I think that was me.

7    Q    When GroupM designates a particular exchange as a

8    preferred exchange and tries to shift advertising to that

9    exchange, where is that advertising primarily shifted from?

10   Is it primarily shifted from other exchanges or from another

11   type of advertising that doesn't go through --

12   A    Oh, I see.

13   Q    -- an exchange?

14   A    Sometimes, right.  Like, it could come from another

15   exchange.  And, again, based on performance, if one exchange

16   is performing better than another exchange, right, you could

17   shift that money into an exchange.

18          But, generally, digital budgets are just growing.

19   You know, linear budgets are shrinking, and digital budgets

20   are growing.  So usually it just comes from new money into

21   the channel.

22          Print -- you know, print has sadly declined

23   dramatically through the years, and the money goes to

24   digital.  Audio is holding steady, but they have had a rough

25   ride the last ten years.

143

Read-In Deposition - S. Schiekofer

1   Q    Why do you say that search and programmatic are two

2   different objectives?

3   A    Because the clients can see it that way.  It's a

4   different medium.  I mean, programmatic -- programmatic is

5   an activation of inventory.  Search is its own discovery

6   platform.  Programmatic is not a discovery platform; it's

7   monetization of content.

8   Q    Does GroupM ever do deals with exchanges under which

9   the exchange lowers its take rate?

10  A    Yes.

11  Q    Can you describe how those deals work?  And, again,

12  focusing on the deals that apply to programmatic open-web

13  display.

14  A    I can't speak to the deals that they have with

15  publishers because that's their deal.  But we do know that,

16  like, if they're taking a 40 percent margin, that means our

17  clients are not getting the value of that inventory.  Like,

18  then it's 40 percent less impressions for our clients.  So

19  we do ask exchanges to cap at something more reasonable.  I

20  think the --

21       THE COURT:  Go ahead.

22  A    You know, any exchange that we work --

23       THE COURT:  Keep going.  It's all right.

24  A    And then, you know, there's the option to look at the

25  books, right?  But you can tell just by what you're paying

Read-In Deposition - S. Schiekofer

1    in market.  If all of a sudden you're getting a lot less

2    impressions and the quality of the sites is low, then you

3    know that they're taking a lot of margin.

4    Q    How successful has Google's DoubleClick been in the ad

5    server business?

6    A    They're a good ad server.  Yeah, it's a good company.

7    It was a good company back then.  There's others.  Again,

8    like, they're not the only ad server but they're -- you

9    know, they're a quality ad server.

10   Q    What benefits, if any, are there to an advertiser to

11   using both search and display together for the same

12   campaign?

13   A    Reaching a broader audience, reinforcement of a

14   message.  I mean, one's active; one is less active.  Search

15   is an active discovery, but then display is a remainder --

16   is a reminder medium.

17   Q    And why do you say that if the advertiser's objective

18   is broad reach that both social and display through an

19   exchange would achieve that?

20   A    Because it's -- you're getting the consumer in two

21   different channels that they're likely to be heavy consumers

22   of.  They're not heavy consumers of display; they're heavy

23   consumers of particular websites that have display ads.

24   Q    Why would using both social and display for a

25   particular campaign help that advertiser achieve broader

145

Read-In Deposition - S. Schiekofer

1    reach?

2    A     Again, distribution of channels in messaging.

3    Q     For an advertiser that wants to have as broad a reach

4    as possible, do you view social and display purchased

5    through an exchange as complements or substitutes, or how do

6    you see it?

7    A     So social and exchange as --

8    Q     Complements or substitutes for an advertiser who wants

9    to have broad reach?

10   A     I would say complements.

11   Q     Why?

12   A     Well, search is not that huge.  Again, it's, like, one

13   to one.  And then exchange-based display, I think it's going

14   to be depending on the media that they consume, right?  If

15   you don't look at anything besides social, then, okay,

16   social is fine.

17           But if you're somebody who uses, you know, social

18   for one reason but then goes on particular websites for

19   others, you're going to get people in both ways.  Or

20   somebody -- you know, there's also audiences that don't look

21   at social media at all, right?  So then you need to have

22   display.

23   Q     Was the answer that you just gave about social plus

24   display or social plus search?

25   A     Oh, it kind of applies to both.

146

Read-In Deposition - S. Schiekofer

1    Q    So let me ask:  For advertisers who want to have a
2    broad reach, do you view social and display bought through
3    an exchange as complements or substitutes?
4    A    Complements.
5    Q    Okay.  And just briefly again, what's the reason for
6    why?
7    A    It extends the audience, right?  There's the social --
8    heavy social users, and then they can go on a website and
9    see a reinforcement of the message.  Or they're not on
10   social and you want to get them on display.
11   Q    For display purchased through an exchange, can you give
12   us a breakdown of what the largest exchanges are for GroupM?
13   A    For GroupM, it would be AdX, Magnite, PubMatic,
14   Yieldmo.  Those are the main ones.  And then there's, like,
15   a long tail of smaller ones, but that's what -- the stuff we
16   try to limit unless there's a unique data point.
17   Q    And for display purchased through an exchange for
18   GroupM, what is the largest exchange?
19   A    I would say AdX.
20   Q    For display purchased through an exchange, how much
21   larger would AdX be than the number two exchange?
22   A    Not much.  OpenX, that's the other one I couldn't think
23   of.  That's the other one we work with.
24   Q    Why do you say that some of GroupM's clients would
25   prefer to be able to buy YouTube through a DSP other than

147

Read-In Deposition - S. Schiekofer

1    DV360?

2    A    They'd just use other DSPs, but it's same thing.   It's

3    not just about YouTube.   It's the same thing with Disney or

4    ABC.   Not everyone uses every single DSP.   It's not

5    universal.   There's different deals for different

6    publishers.   It's like, in a perfect world, everybody would

7    be available everywhere, but that's not -- that's not the

8    industry.

9    Q    Are you familiar with the term "return on investment,"

10   or ROI for short?

11   A    Yes.

12   Q    Does GroupM provide advice to its advertiser clients on

13   how to allocate advertising spending?

14   A    Yes.

15   Q    Does that advice include how to achieve the objective

16   of maximizing ROI?

17   A    Yes.

18   Q    Do advertisers allocate spend between digital

19   advertising and other types of advertising based on the

20   objective of maximizing ROI?

21   A    Yes.

22   Q    Does GroupM provided advice to its clients on how to

23   allocate advertising spend between digital advertising and

24   other types of advertising to achieve the objective of

25   maximizing ROI?

Read-In Deposition - S. Schiekofer

1    A    Yes.

2    Q    Do you have any reason to doubt that Exhibit 5 is a

3    true and correct copy of the slide deck title "U.S. Media

4    Landscape, Q2 '21"?

5    A    No.

6    Q    Does GroupM create presentations like this in the

7    ordinary course of business?

8    A    Yes.

9    Q    Was this document intended to give guidance to the

10   group and the team?

11   A    Yes.  I mean, various groups do variations of this

12   particular document.  So they're meant to keep everybody up

13   to date on media trends.

14   Q    I'm marking a document titled "Programmatic 201" as

15   Exhibit 6.  The rest of the title of the document is

16   "Evolving programmatic approach, March 2023."  And there's a

17   GroupM Bates stamp in the lower right-hand corner with five

18   zeros and then ending in 350.

19         Do you have any reason to doubt that Exhibit 6

20   produced to the Department of Justice by GroupM is a true

21   and correct copy of the slide deck titled "Programmatic

22   201"?

23   A    No.

24   Q    Are these types of presentations created in the

25   ordinary course of GroupM's business?

Read-In Deposition - S. Schiekofer

1  A     Yes.

2  Q     This, again, is a long document, but I only have

3  questions on one page.  And that's page ending in 409, so

4  near the end of the presentation.  The native pagination is

5  60.

6            Do you see that title of the slide, "Publisher

7  inventory can be accessed in multiple ways"?  Did I read

8  that correctly?

9  A     Uh-huh.

10  Q     The next set of text on the slide reads, "Inventory can

11  be accessed directly from exchanges en masse or exchanges

12  can facilitate deals with specific partners for a more

13  focused set of supply."

14            Did I read that correctly?

15  A     Uh-huh.

16  Q     Does "inventory can be accessed directly from exchanges

17  en masse" refer to open exchange?

18  A     On this page, yes.

19  Q     Is open exchange in your understanding another term for

20  open auction?

21  A     Yes.

22  Q     Do some publishers sell inventory through both open

23  exchange and deals?

24  A     Some, yeah.

25  Q     Does GroupM buy inventory through deals on behalf of

Read-In Deposition - S. Schiekofer

1    its advertiser clients?

2    A    Yes.

3    Q    Does GroupM evaluate ROI for its clients' campaigns

4    when buying inventory through deals?

5    A    Yes.

6    Q    Does GroupM buy inventory through open auction?

7    A    Yes.

8    Q    Does GroupM evaluate ROI for its clients' campaigns

9    when buying through open auction?

10   A    Yes.

11   Q    Does GroupM compare ROI of buying advertising through

12   these two types of transactions?

13   A    Yes.

14   Q    Does GroupM ever shift between these transaction types

15   based on its evaluation -- ever shift spend between these

16   transaction types based on its evaluation of ROI?

17   A    Yes.

18   Q    Does GroupM have a contract with Google to make

19   purchases on DV360?

20   A    Yes.

21   Q    Does GroupM have a contract to make purchases -- a

22   contract with Google to make purchases on Google Ads?

23   A    Yes.

24   Q    Did GroupM negotiate the DV360 contract?

25   A    Yes.

Read-In Deposition - S. Schiekofer

1  Q    Did GroupM negotiate Google Ads contract?

2  A    Yes.

3           MS. WOOD:  That's it for that deposition,

4  Your Honor.

5           THE COURT:  All right.  I think given the

6  hour we're going to be closing down for tonight.  So

7  let's make sure we've got all the exhibits in.

8           Now, I just want to hear what's the schedule for

9  tomorrow.

10          MS. WOOD:  So tomorrow morning, Your Honor,

11  we have Mr. Spencer, who is -- has the coveted reserve

12  slot at 9:00 a.m.  Then we will continue with

13  Dr. Abrantes-Metz.  Then we will have Mr. Wheatland,

14  and then we have a bunch of read-in and possibly video

15  depositions in the afternoon.

16          THE COURT:  I recognize Spencer's name, and

17  the second, who is Mr. Wheatland?

18          MS. WOOD:  Mr. Wheatland is from the *Daily*

19  *Mail*.  He is our publisher witness.

20          THE COURT:  I think it's getting cumulative

21  at this point.  Unless either publisher witnesses or

22  advertiser witnesses have something really new to say,

23  I don't think there's any need to keep calling them.

24          MS. WOOD:  We understand that, Your Honor.

25  He is our final publisher witness, and we have taken

1    that into account in his examination, Your Honor.

2              THE COURT:  All right.  And where are we on

3    your schedule?

4              MS. WOOD:  Pretty much exactly where we

5    thought we would be with the one possible exception of

6    some of the depositions.  But after Mr. Wheatland, we

7    anticipate that on Thursday morning there will be

8    Mr. Bellack, another adverse witness who could only go

9    on that Thursday morning slot.  Then we have two

10   experts left and --

11             THE COURT:  And that's it?

12             MS. WOOD:  And that's it other than the

13   depositions.

14             THE COURT:  All right.  Well, again, among

15   the depositions, who are the deponents?

16             MS. WOOD:  There are a number of -- a couple

17   of more third parties but mostly Google witnesses left

18   as deponents.

19             THE COURT:  And, again, even though they may

20   be Google witnesses, if they're cumulative, I don't

21   have to hear them.

22             MS. WOOD:  Understood, Your Honor.

23             THE COURT:  All right.  So it sounds to me

24   like Google should get ready to be putting on some

25   evidence by the end of the week.

153

1          MS. SESSIONS:  Yes, Your Honor, we will be.

2          THE COURT:  All right.

3          MS. RHEE:  Your Honor, if we could be heard,

4   we do agree with the cumulative nature of the multiple

5   third-party witnesses.  So we'll just leave it at that.

6          THE COURT:  All right.  Let's get the

7   exhibits that were introduced today into the record.

8          THE COURT CLERK:  PTX 110, pages 1 and 009

9   through 0011; PTX 132; PTX 324; PTX 278; PTX 520;

10  PTX 363; PTX 401; PTX 402; PTX 536; PTX 460; PTX 423;

11  PTX 858; PTX 737; PTX 815; PTX 857; PTX 1545; PTX 478;

12  PTX 545; PTX 588; PTX 605; PTX 734; PTX 897; PTX 929;

13  PTX 1014; PTX 284; DTX 277; DTX 172; DTX 372; PTX 791

14  PTX 199; PTX 835; DTX 843; DTX 181; DTX 517; DTX 384;

15  DTX 682; PTX 1600; PTX 1501; DTX 358; DTX 422; DTX

16  1487; PTX 1835; DTX 1207; DTX 1374; PTX 1720; DTX 1045;

17  DTX 1499.

18         THE COURT:  Ms. Wood, does the government

19  think we've missed any?

20         MS. WOOD:  That is consistent with our

21  records, Your Honor.

22         THE COURT:  All right.  How about Google?

23         MS. SESSIONS:  Yes, as with ours.

24         THE COURT:  Excellent.  All right.  So we

25  will start up tomorrow, which is Wednesday, at 9:00.

154

1    There's nothing going on in court.  Right now I think

2    Thursday is probably the only morning when you may have

3    to clean your desks.

4              Friday, I think we've cleared the docket.  So I

5    think Friday may just be a clean start at 9:00.  I'll keep

6    you posted.

7              All right.  Anything further?  No?

8              MS. WOOD:  Nothing for the plaintiffs.

9              THE COURT:  All right.

10             MS. SESSIONS:  Not from Google, Your Honor.

11             THE COURT:  We'll recess court for the

12   evening.

13             (Proceedings adjourned at 5:56 p.m.)
                ---------------------------------

14

15

16

17

18

19

20

21

22
        I certify that the foregoing is a true and
23
     accurate transcription of my stenographic notes.
24
                          _____
                                    /s/
25                        Rhonda F. Montgomery, CCR, RPR

                                                           155