UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## JOINT MOTION TO CORRECT THE RECORD

1. On September 25, 2024, counsel for Google mistakenly moved to admit pages from DTX 1071, a Form 10-K filed by Criteo S.A. for the fiscal year ending December 31, 2020, in connection with the deposition of Todd Parsons from Criteo. Sept. 25, 2024 PM Trial Tr. at 159:12-15.

2. As counsel for Google explained on the record on September 27, 2024, the correct exhibit that should have been admitted in connection with the deposition of Todd Parsons from Criteo was DTX 1420, a Form 10-K filed by Criteo S.A. for the fiscal year ending December 31, 2022. Sept. 27, 2024 AM Trial Tr. at 38:18-20. DTX 1420 was used as an exhibit during the Todd Parsons deposition. On September 27, 2024, the relevant pages of DTX 1420 that were discussed at the deposition were admitted into evidence. Sept. 27, 2024 AM Trial Tr. at 44:1-10.

3. On September 27, 2024, after the relevant pages of DTX 1420 were admitted, counsel for Google mistakenly stated that DTX 1071 should not be stricken from the record because it was used in connection with the Todd Parsons deposition. The Court admitted the cover page and page 292 of DTX 1071. Sept. 27, 2024 AM Trial Tr. at 44:11-16. Upon review, DTX

1

1071 was not used as an exhibit during the Todd Parsons deposition. DTX 1071 also was not separately moved into evidence by either party.

4. Accordingly, to correct the record, the parties jointly move to strike the admitted pages of DTX 1071 from the record.[1]

5. The parties have met and conferred regarding the relief requested herein, and both Google and Plaintiffs join in this motion.

---

[1] The Court admitted the cover page and page 292 of DTX 1071. However, DTX 1071 does not contain a page 292 as the exhibit is only 223 pages. Therefore, the Court need only strike the cover page of DTX 1071 from the record.

Dated: October 2, 2024

Eric Mahr (pro hac vice)
Andrew Ewalt (pro hac vice)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (pro hac vice)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
kdunn@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*

FOR PLAINTIFFS:

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Kelly D. Garcia<br>KELLY D. GARCIA<br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |