UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>  *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>  *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Correct the Record, and for good cause shown, it is hereby

ORDERED that the cover page of DTX 1071 be stricken from the record.

DATE: _____     _____