UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant.* | No: 1:23-cv-00108-LMB-JFA |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Correct the Record, and for good cause shown, it is hereby

ORDERED that the cover page of DTX 1071 be stricken from the record.

DATE: October 3, 2024

/s/ 
Leonie M. Brinkema
United States District Judge