UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al*.., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA |

### NOTICE OF CHANGE OF FIRM NAME

To: All Counsel of Record

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP.  The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 16, 2024

Respectfully Submitted,

*/s/ Tyler Garrett*
Tyler Garrett (VSB # 94759)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4500
tyler.garrett@freshfields.com

*Counsel for Defendant Google LLC*