UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | No. 1:23-cv-00108-LMB-JFA |

## NON-PARTY META PLATFORMS, INC.'S MOTION TO CLARIFY

Non-party Meta Platforms, Inc. ("Meta") respectfully moves this Court for an order clarifying that its Order sealing portions of trial exhibit DTX641 also applies to the wholly duplicative trial exhibit DTX642. The grounds for the motion are fully set forth in the accompanying memorandum of law.

October 23, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted pro hac vice)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

1

Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*