IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

On October 23, 2024, nonparty Meta Platforms, Inc. filed a Motion to Clarify [Dkt. No. 1371], requesting that the Court order that the previously-approved partial sealing of and redactions to DTX 641 be applied to DTX 642, an identical document that Meta inadvertently did not request redactions to in its initial Motion to Seal. See [Dkt. No. 1147]; [Dkt. No. 1018].

Finding that the partial sealing of DTX 642 is justified by the same compelling interest that the Court relied on when it partially sealed DTX 641, see [Dkt. No. 1147], it is hereby

ORDERED that Meta's Motion to Clarify [Dkt. No. 1371] be and is GRANTED. DTX 642 shall be partially sealed and redacted to the same extent that DTX 641 is.

The Clerk is directed to update the trial exhibit record to redact and partially seal DTX 642 in accordance with this Order, and to forward copies of this Order to counsel of record.

Entered this 24th day of October, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge