AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00108-LMB-JFA |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America.

Date:  11/04/2024

/s/ Andrew W. Chang
*Attorney's signature*

Andrew W. Chang (DC Bar No. 1601463)
*Printed name and bar number*
U.S. Department of Justice, Antitrust Division
950 Pennsylvania Ave. NW, Room 3314
Washington, DC 20530

*Address*

andrew.chang@usdoj.gov
*E-mail address*

(202) 894-4261
*Telephone number*

*FAX number*