AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   No. 1:23-cv-00108-LMB-JFA |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                           .

Date:   11/04/2024                                           /s/ Andrew DeLaney
                                                              *Attorney's signature*

                                                              Andrew DeLaney (NY: 4713947)
                                                              *Printed name and bar number*
                                                              U.S. Department of Justice
                                                              Antitrust Division, Room 3224
                                                              950 Pennsylvania Ave., N.W.
                                                              Washington, D.C. 20530-0001
                                                              *Address*

                                                              andrew.delaney@usdoj.gov
                                                              *E-mail address*

                                                              (914) 256-0514
                                                              *Telephone number*

                                                              *FAX number*