**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF ERRATA

Plaintiffs hereby provide notice of the following errata with respect to their Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF Nos. 1380, 1381), filed on November 4, 2024:

- On page 36, in paragraph 81: PTX1533 should instead be PTX1543.
- On page 107, in paragraph 202: PTX0342 should instead be PTX0324.
- On page 204, in paragraph 288: DTX0939 should instead be PTX0939.
- On page 237, in paragraph 456: the references to PTX1079 should instead be PTX1709.
- On page 255, in paragraph 488: the citation to PTX0461 should be deleted.
- On page 273, in paragraph 525: the transcript citation should be to Sept. 23 instead of Sept. 11.
- On page 276, in paragraph 531: the transcript citations to 35:1–8 and 36:24–37:7 should be to Sept. 17 PM transcript.

1

Dated: November 21, 2024

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>AARON M. TEITELBAUM<br>DAVID TESLICKO<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |