# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – CLOSING ARGUMENTS

| | |
|---|---|
| Date: **11/25/2024** | Case No.: **1:23cv108** |
| Time: **9:56-11:15** | Judge: **Hon. Leonie M. Brinkema** |
| **11:30-1:19** | Reporter: **Stephanie Austin** |
| | Deputy Clerk: **Dani Zirk** |

**UNITED STATES OF AMERICA ET AL**

V.

**GOOGLE, LLC**

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Aaron Teitelbaum, Michael Wolin, David Teslicko, Tyler Henry, Jonathan Harrison, Morgan Feder, Jeffrey Vernon

[ X ] Defendant: Craig Reilly, Karen Dunn, William Isaacson, Jeannie Rhee, Eric Mahr, Ericka Spevack

This case comes on for Bench Trial by the Court.  Appearance of Counsel for Plaintiff and Defendant.

PROCEEDINGS:

Closings arguments heard [**X**]

Matter taken under advisement  [**X**]