IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　　Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

### MOTION TO WITHDRAW AS ATTORNEY FOR THE STATE OF NORTH CAROLINA ON BEHALF OF JASMINE SPRING MCGHEE

Pursuant to Local Rule 83.1, the undersigned, Tyler T. Henry, hereby submits Jasmine Spring McGhee's Motion to Withdraw as Attorney for the State of North Carolina in the above-captioned matter. Ms. McGhee was admitted to the Eastern District of Virginia pro hac vice on April 21, 2023 (Dkt. 156). Kunal Janak Choksi and Tyler T. Henry will continue to represent the State of North Carolina as Attorneys of Record in this matter. A proposed Order is submitted herewith.

　　*Oral argument is not requested on this motion.*

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated December 30, 2024　　　　　　　*/s/ Tyler T. Henry*
　　　　　　　　　　　　　　　　　　　　Tyler T. Henry (VSB No. 87621)
　　　　　　　　　　　　　　　　　　　　Office of the Attorney General of Virginia
　　　　　　　　　　　　　　　　　　　　202 North 9th Street
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　　Tel:　(804) 692-0485
　　　　　　　　　　　　　　　　　　　　Fax:　(804) 786-0122
　　　　　　　　　　　　　　　　　　　　THenry@oag.state.va.us

**CERTIFICATE OF SERVICE**

 I, Tyler T. Henry, hereby certify that on December 30, 2024, a copy of the foregoing Motion to Withdraw as Attorney for the State of North Carolina on behalf of Jasmine Spring McGhee was electronically filed with the Court, thereby providing electronic service to all counsel of record.

Dated: December 30, 2024        */s/ Tyler T. Henry*
                Tyler T. Henry