## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOOGLE LLC,** <br><br> **Defendant.** | **Civil Action No. 1:23-cv-00108-LMB-JFA** |

### ORDER

Pursuant to Local Rule 83.1, the Court hereby:

GRANTS Jasmine Spring McGhee's Motion to Withdraw as Attorney for the State of North Carolina; and it is further

ORDERED that the Clerk of the Court shall strike her appearance and remove her from the CM/ECF service list in this matter; and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Jasmine Spring McGhee in this matter.

ENTERED this _____ day of _____, 20__.

_____
United States District / Magistrate Judge