IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## ORDER

Pursuant to Local Rule 83.1, the Court hereby:

GRANTS Jasmine Spring McGhee's Motion to Withdraw as Attorney for the State of North Carolina; and it is further

ORDERED that the Clerk of the Court shall strike her appearance and remove her from the CM/ECF service list in this matter; and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers on Jasmine Spring McGhee in this matter.

ENTERED this 30th day of December, 2024.

/s/ *signature*
Leonie M. Brinkema
United States District Judge