**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.,* | |
| *Plaintiffs,* | No. 1:23-cv-00108-LMB-JFA |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

Please take notice that Axinn, Veltrop & Harkrider LLP has relocated its New York

office to the following:

**Axinn, Veltrop & Harkrider LLP**
**630 Fifth Avenue, 33rd Floor**
**New York, NY 10111**

The Firm's telephone, fax numbers, and email addresses remain unchanged.  Please

direct any hard copy service to the new address.


Dated: January 10, 2025                    AXINN, VELTROP & HARKRIDER LLP

                                           */s/ Bradley Justus*
                                           Bradley Justus (VSB # 80533)
                                           James K. Hunsberger (*pro hac vice*)
                                           David R. Pearl (*pro hac vice*)
                                           Kenina J. Lee *(pro hac vice)*
                                           Allison Vissichelli (*pro hac vice*)
                                           1901 L Street NW
                                           Washington, DC 20036
                                           (202) 912-4700
                                           bjustus@axinn.com
                                           jhunsberger@axinn.com
                                           dpearl@axinn.com
                                           klee@axinn.com
                                           avissichelli@axinn.com

Christopher Erickson (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
(212) 728-2200
cerickson@axinn.com

Daniel S. Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 Second Street
San Francisco, CA 94105
(415) 490-2000
dbitton@axinn.com

Caroline P. Boisvert *(pro hac vice)*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
cboisvert@axinn.com

*ATTORNEYS FOR*
*DEFENDANT GOOGLE LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2025, I electronically transmitted the foregoing

document to the Clerk of Court using the ECF system for filing.  A Notice of Electronic Filing

was transmitted to all ECF registrants.

*/s/ Bradley Justus*
Bradley Justus (VSB # 80533)