**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| |
|---|
| UNITED STATES, *et al.*,<br>                                    *Plaintiffs,*<br><br>        v.<br><br>GOOGLE LLC,<br>                        *Defendant*. |

No: 1:23-cv-00108-LMB-JFA

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to E.D. Va. Civ. R. 83.1(H), Defendant Google LLC ("Google") seeks leave to have Jeanette Marie Bayoumi withdraw her appearance as counsel for Google. In support of its motion, Google states as follows:

1. On March 28, 2023, the Court entered an order granting the application to allow Jeanette Marie Bayoumi to enter her *pro hac vice* appearance for Google (Dkt. No. 84).

2. Google continues to be represented by other attorneys who are members of the bar of the Court and who have been admitted *pro hac vice.*

3. Google does not oppose this motion, and no other party will be prejudiced thereby.

WHEREFORE, Defendant Google seeks entry of an order granting Jeanette Marie Bayoumi leave to withdraw as counsel for Google, directing the Clerk of the Court to strike her appearance and to remove her from the CM/ECF service list in this matter, and directing all other parties that she need not be served with any future pleadings, motions, or other papers in this matter. A proposed Order is submitted herewith.

*Defendant Google does not request oral argument on this motion.*

1

Dated: January 14, 2025

Respectfully submitted,

*/s/ Tyler Garrett*
Tyler Garrett (VSB # 94759)
FRESHFIELDS US LLP
700 13th Street
10th Floor
Washington, DC 20005
Telephone: (202) 777-4511
tyler.garrett@freshfields.com

Jeanette Marie Bayoumi (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 777-4000
jeanette.bayoumi@freshfields.com

*Counsel for Google LLC*

2