UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,
    *Plaintiffs,*

v.            No: 1:23-cv-00108-LMB-JFA

GOOGLE LLC,
    *Defendant*.

**[PROPOSED] ORDER**

Pursuant to E.D. Va. Civ. R. 83.1(H), the Court herby

GRANTS the motion of Defendant Google LLC ("Google") for the withdrawal of the appearance of Jeanette Marie Bayoumi as counsel for Google; and it is further

ORDERED that the Clerk of the Court shall strike her appearance and remove her from the CM/ECF service list in this matter, and it is further

ORDERED that the parties need not serve any further pleadings, motions, or other papers to Jeanette Marie Bayoumi in this matter.

Entered this _____ day of January, 2025

_____
United States District / Magistrate Judge