IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Daniel S. Guarnera as counsel for the United States in the above-captioned case.

IT IS HEREBY SO ORDERED this ___ day of ___, 2025.

_____
LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

- 2 -

Dated: February 14, 2025

Respectfully submitted,

ERIK K. SIEBERT
Interim United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Daniel S. Guarnera
DANIEL S. GUARNERA

/s/ Michael J. Freeman
MICHAEL J. FREMAN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Fax: (202) 616-8544
Email:

Daniel.Guarnera@usdoj.gov
Michael.Freeman@usdoj.gov

Attorneys for the United States