IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-00108-LMB-JFA |

### MOTION TO WITHDRAW JONATHAN M. HARRISON II AS ATTORNEY FOR THE COMMONWEALTH OF VIRGINIA

Pursuant to Local Rule 83.1, the undersigned, Jonathan M. Harrison II, hereby submits his Motion to Withdraw as Attorney for the Commonwealth of Virginia in the above-captioned matter. Mr. Harrison entered his Notice of Appearance in this matter on April 21, 2023 (Dkt. 149). Tyler T. Henry will continue to represent the Commonwealth of Virginia as Attorney of Record in this matter.

*Plaintiff Commonwealth of Virginia does not request oral argument on this motion.*

Respectfully submitted,

Dated April 11, 2025

/s/ *Jonathan M. Harrison II*
Jonathan M. Harrison II (VSB No. 92911)
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Tel:   (804) 786-6557
Fax:   (804) 786-0122
jharrison@oag.state.va.us

So Ordered.

/s/ _____
Leonie M. Brinkema    4/14/25
United States District Judge