IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Count III (monopolization of the advertiser ad network market) of the Amended Complaint is DISMISSED; and it is hereby

ORDERED that within seven (7) days of the date of this Order the parties submit a joint proposed schedule for briefing and arguing their positions as to the remedies that should be imposed in light of the defendant have been found liable for monopolization of the publisher ad server market (Count I), monopolization of the ad exchange market (Count II), and unlawful tying of AdX and DFP (Count IV).

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17th day of April, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge