IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) |
| Defendant. | ) |

### ORDER

Having reviewed the Joint Proposal Regarding the Adjudication of Equitable Remedies [Dkt. No.1416], the Court is concerned about the length of time that the parties are requesting. Accordingly, it is hereby

ORDERED that the parties appear in Courtroom 700 on Friday, May 2, 2025 at 10:00 A.M. to argue their preliminary positions on the equitable remedies to be imposed, which will enable the Court to determine whether and how much discovery is necessary and appropriate.

The Clerk is directed to forward copies of this Order to counsel of record and to schedule the hearing.

Entered this 25 day of April, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge