IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT REGARDING JOINT PROPOSAL FOR THE ADJUDICATION OF EQUITABLE REMEDIES**

Plaintiffs HEREBY MOVE for leave to file a supplemental statement regarding the parties' Joint Proposal for the Adjudication of Equitable Remedies (ECF No. 1416). In support thereof, Plaintiffs state as follows:

1. On April 24, 2025, after meeting-and-conferring, the parties filed a Joint Proposal regarding the Adjudication of Equitable Remedies ("Joint Proposal") requesting a schedule that permitted additional fact and expert discovery prior to an evidentiary hearing on the appropriate remedy in this matter. (ECF No. 1416).

2. On April 25, 2025, the Court ordered that the parties appear for a hearing on May 2, 2025 to "argue their preliminary positions on the equitable remedies to be imposed, which will enable the Court to determine whether and how much discovery is necessary and appropriate." (ECF No. 1417).

3. Plaintiffs have prepared a supplemental statement (attached hereto) to provide the Court with the benefit of the legal principles and procedural history supporting the parties' Joint Proposal in advance of the May 2 hearing. Plaintiffs respectfully request that the Court consider the contents thereof.

1

4. Plaintiffs have met-and-conferred with counsel for Google and have provided them with a draft of Plaintiffs' statement. Google does not oppose this motion.

SO ORDERED this ___ day of _____, 2025.

_____<br>
Hon. Leone M. Brinkema<br>
United States District Judge

Dated: April 28, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>MICHAEL E. WOLIN<br>MATTHEW R. HUPPERT<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |