UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**GOOGLE LLC'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT REGARDING JOINT PROPOSAL FOR THE ADJUDICATION OF EQUITABLE REMEDIES**

Defendant Google LLC ("Google") respectfully moves for leave pursuant to Local Civil Rule 7(F)(1) to file a Supplemental Statement Regarding Joint Proposal for the Adjudication of Equitable Remedies to explain its position on divestiture and views on the length and amount of discovery ultimately required for the remedies phase.[1]

On April 17, 2025, the Court ordered the parties to submit "a joint proposed schedule for briefing and arguing their positions as to the remedies that should be imposed." Dkt. 1411. On April 24, 2025, the parties submitted a Joint Proposal Regarding the Adjudication of Equitable Remedies ("Joint Proposal"), which proposed additional periods of fact and expert discovery pertaining to equitable remedies. Dkt. 1416. The following day, April 25, 2025, the Court stated it was "concerned about the length of time that the parties are requesting" and ordered the parties to appear for a hearing on May 2, 2025. Dkt. 1417.

---

[1] Counsel for Plaintiffs and Google have met and conferred regarding this motion. Plaintiffs do not oppose this motion. Google notes that Plaintiffs have separately filed a motion for leave to file their own supplemental statement. Dkt. 1419.

In advance of the May 2 hearing, Google requests leave to file a supplemental statement explaining why divestiture is unavailable as a remedy and why discovery can proceed in a more streamlined and expedited fashion absent the possibility of such a remedy. Pursuant to Local Civil Rule 7(F)(1), parties must seek leave of court before filing further briefing. The Court has discretion to grant or deny leave to file further briefing or submissions. *See, e.g.*, *Myers* v. *Mercedes-Benz USA, LLC*, 2024 WL 3835076, at *6-7 (E.D. Va. Aug. 15, 2024); *Carefirst of Md., Inc.* v. *First Care, P.C.*, 422 F. Supp. 2d 592, 595 (E.D. Va. 2006) (granting leave to file "supplemental submission" in support of filing).

Here, the Court should exercise its discretion and grant Google's motion for leave to file this supplemental statement. When Google submitted the Joint Proposal, it did not include its position on the availability of divestiture as an equitable remedy. Google instead agreed to the Joint Proposal based on the understanding that if divestiture remained as a possibility, the proposed schedule would be necessary to ensure Google could develop a sufficient record about the appropriateness of such a significant remedy. Now that the Court has expressed concern over the length of the parties' proposed schedule, Google requests leave to file a supplemental statement to explain why the parties can, and should, engage in a more streamlined discovery and briefing schedule focused on behavioral remedies.

Google's proposed Supplemental Statement is attached hereto.

Dated: April 29, 2025                                    Respectfully submitted,

Eric Mahr (*pro hac vice*)                               */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)                            Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)                              THE LAW OFFICE OF
FRESHFIELDS US LLP                                       CRAIG C. REILLY, ESQ:
700 13th Street, NW, 10th Floor                          209 Madison Street, Suite 501
Washington, DC 20005                                     Alexandria, VA 22314
Telephone: (202) 777-4500                                Telephone: (703) 549-5354
Facsimile: (202) 777-4555                                Facsimile: (703) 549-5355
eric.mahr@freshfields.com                                craig.reilly@ccreillylaw.com

Justina K. Sessions (*pro hac vice*)                     Karen L. Dunn (*pro hac vice*)
FRESHFIELDS US LLP                                       Jeannie S. Rhee (*pro hac vice*)
855 Main Street                                          William A. Isaacson (*pro hac vice*)
Redwood City, CA 94063                                   Amy J. Mauser (*pro hac vice*)
Telephone: (650) 618-9250                                Martha L. Goodman (*pro hac vice*)
Fax: (650) 461-8276                                      Bryon P. Becker (VSB #93384)
justina.sessions@freshfields.com                         Erica Spevack (*pro hac vice*)
                                                         PAUL, WEISS, RIFKIND, WHARTON &
Daniel Bitton (*pro hac vice*)                           GARRISON LLP
AXINN, VELTROP & HARKRIDER                               2001 K Street, NW
LLP                                                      Washington, DC 20006-1047
55 2nd Street                                            Telephone: (202) 223-7300
San Francisco, CA 94105                                  Facsimile (202) 223-7420
Telephone: (415) 490-2000                                kdunn@paulweiss.com
Facsimile: (415) 490-2001
dbitton@axinn.com                                        Erin J. Morgan (*pro hac vice*)
                                                         PAUL, WEISS, RIFKIND, WHARTON &
Bradley Justus (VSB # 80533)                             GARRISON LLP
AXINN, VELTROP & HARKRIDER                               1285 Avenue of the Americas
LLP                                                      New York, NY 10019-6064
1901 L Street, NW                                        Telephone:  (212) 373-3387
Washington, DC 20036                                     Facsimile:  (212) 492-0387
Telephone: (202) 912-4700                                ejmorgan@paulweiss.com
Facsimile: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant Google LLC*

3