UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

## WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant Google LLC waives oral argument on its Motion for Leave to File a Supplemental Statement Regarding Joint Proposal for the Adjudication of Equitable Remedies.

| | |
|---|---|
| Dated: April 29, 2025 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | /s/ *Craig C. Reilly* |
| Andrew Ewalt (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Tyler Garrett (VSB # 94759) | THE LAW OFFICE OF |
| FRESHFIELDS US LLP | CRAIG C. REILLY, ESQ: |
| 700 13th Street, NW, 10th Floor | 209 Madison Street, Suite 501 |
| Washington, DC 20005 | Alexandria, VA 22314 |
| Telephone: (202) 777-4500 | Telephone: (703) 549-5354 |
| Facsimile: (202) 777-4555 | Facsimile: (703) 549-5355 |
| eric.mahr@freshfields.com | craig.reilly@ccreillylaw.com |
| | |
| Justina K. Sessions (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| FRESHFIELDS US LLP | Jeannie S. Rhee (*pro hac vice*) |
| 855 Main Street | William A. Isaacson (*pro hac vice*) |
| Redwood City, CA 94063 | Amy J. Mauser (*pro hac vice*) |
| Telephone: (650) 618-9250 | Martha L. Goodman (*pro hac vice*) |
| Fax: (650) 461-8276 | Bryon P. Becker (VSB #93384) |
| justina.sessions@freshfields.com | Erica Spevack (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Daniel Bitton (*pro hac vice*) | 2001 K Street, NW |
| AXINN, VELTROP & HARKRIDER LLP | Washington, DC 20006-1047 |
| 55 2nd Street | Telephone: (202) 223-7300 |
| San Francisco, CA 94105 | Facsimile (202) 223-7420 |
| Telephone: (415) 490-2000 | kdunn@paulweiss.com |
| Facsimile: (415) 490-2001 | |
| dbitton@axinn.com | Erin J. Morgan (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Bradley Justus (VSB # 80533) | 1285 Avenue of the Americas |
| AXINN, VELTROP & HARKRIDER LLP | New York, NY 10019-6064 |
| 1901 L Street, NW | Telephone:  (212) 373-3387 |
| Washington, DC 20036 | Facsimile:  (212) 492-0387 |
| Telephone: (202) 912-4700 | ejmorgan@paulweiss.com |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |

*Counsel for Defendant Google LLC*