IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to a File Supplemental Statement Regarding Joint Proposal for the Adjudication of Equitable Remedies [Dkt. No. 1419] and Google LLC's Motion for Leave to a File Supplemental Statement Regarding Joint Proposal for the Adjudication of Equitable Remedies [Dkt. No. 1422], it is hereby

ORDERED that the Motions be and are GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30 day of April, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge