# *** CIVIL HEARING MINUTES ***

Date: 5/2/2025                               Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:02 – 11:02(00:60)                   Case No.: **1:23-cv-00108-LMB-JFA**

Official Court Reporter: Rhonda Montgomery

Courtroom Deputy: Katie Galluzzo

---

# UNITED STATES ET AL

V.

# GOOGLE LLC

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Julia Wood, Michael Wolin, Tyler Henry, Matthew Huppert, Gerard Mene, David Teslicko

[ X ]  Defendant:  Karen Dunn, Jeanne Rhee, Eric Mahr, Craig Riley, Erica Spevack, Anita Liu, Zayn Siddique

**Re:**  Evidentiary Hearing in re Equitable Distribution

[ X ]  Argument heard

[ X ]  Court adopts proposed schedule

[ X ]  Remedies Trial to begin on September 22, 2025 at 9:00 am