IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, the Joint Proposal Regarding Adjudication of Equitable Remedies [Dkt. No. 1416] is adopted, and it is hereby

ORDERED that the following schedule applies to the remedies phase of this civil action.

| Event | Date |
|---|---|
| The parties will each file with the Court their proposals for appropriate remedies in this matter. | May 5, 2025 |
| Factual discovery on the parties' proposals begins. | Immediately |
| The parties will each file with the Court their response to the opposing party's proposal for the appropriate remedies in this matter. | May 19, 2025 |
| Factual discovery on the parties' proposals closes. | June 30, 2025 |
| The parties shall simultaneously serve expert reports and disclosures consistent with Rule 26(a)(2). | July 7, 2025 |
| The parties shall simultaneously serve opposition expert reports and disclosures. | July 28, 2025 |
| The parties shall simultaneously serve reply reports. | August 11, 2025 |
| Expert discovery on the parties' proposals closes. | August 27, 2025 |
| The parties will each file proposed orders reflecting the appropriate remedies in this matter. | September 5, 2025 |
| The parties will each file responses to the opposing party's proposal for the appropriate remedies in this matter. | September 19, 2025 |
| The parties' proposed remedies trial commencement date. | September 22, 2025 |

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of May, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge