UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:23-cv-00108-LMB-JFA |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF EILEEN M. COLE

Pursuant to Local Rule 83.1(H), nonparties Microsoft Corporation and Xandr Inc. (together, "Microsoft") respectfully request that the Court grant leave for Eileen M. Cole to withdraw as counsel in the above-captioned case. In support of this Motion, Microsoft states as follows:

1. On June 14, 2024, the Court entered an order granting the application to allow Ms. Cole to enter her *pro hac vice* appearance for Microsoft (Dkt. No. 847).

2. Ms. Cole has left Orrick and is no longer participating in this case on Microsoft's behalf.

3. Microsoft continues to be represented by Craig G. Falls, a member of the bar of the Court, and Amy W. Ray and Allen R. Davis, who have been admitted *pro hac vice*.

WHEREFORE, for the foregoing reasons, Microsoft respectfully requests that the Court grant this motion and enter an order directing the Clerk's Office to withdraw Ms. Cole's appearance in this matter and remove her from the CM/ECF service list for this case. A proposed order is submitted herewith and movant does not request a hearing on this motion.

Dated: May 13, 2025                             Respectfully submitted,

*/s/ Craig G. Falls* _____
Craig G. Falls (VSB No. 72926)
Amy W. Ray (*pro hac vice*)
Allen R. Davis (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500
Email: cfalls@orrick.com

*Attorneys for Microsoft Corporation and Xandr, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of May, 2025, I filed the foregoing document and served all counsel of record in this action via the Court's ECF filing system.

                                                                 */s/ Craig G. Falls*
                                                                Craig G. Falls