# Exhibit 1

# (redacted)

From:    Parslow, Edward <edward.parslow@lazard.com>
Sent:    Thu 8/06/2020 7:41 PM (GMT-04:00)
To:    Duda, Peter <peter.duda@lazard.com>
Cc:
Bcc:
Subject: FW: [EXTERNAL]: AdTech update



**From:**
**Sent:** Thursday, August 6, 2020 3:44 PM
**To:** Duda, Peter <peter.duda@lazard.com>
**Cc:** Gnuse, John <john.gnuse@lazard.com>; Parslow, Edward <edward.parslow@lazard.com>;
**Subject:** Re: [EXTERNAL]: AdTech update

On Thu, Aug 6, 2020 at 5:01 PM Duda, Peter <peter.duda@lazard.com > wrote:

Are you available for a 5 min call to align on priority items? Given new schedule we shifted gears to more immediate deadlines so won't be able to deliver a full presentation tomorrow, however, if helpful we can focus on a targeted preview on specific topics tomorrow.

Thanks,

Peter

**From:** ▮
**Sent:** Thursday, July 30, 2020 9:48 PM
**To:** Gnuse, John <john.gnuse@lazard.com>; ▮
**Cc:** Duda, Peter <peter.duda@lazard.com>; Parslow, Edward <edward.parslow@lazard.com>; ▮
**Subject:** Re: [EXTERNAL]: AdTech update

Thanks John...appreciate and agree with your thoughts. Look forward to chatting soon.

▮ to help us find an hour late next week.

Thanks

▮

On Thu, Jul 30, 2020 at 8:19 PM Gnuse, John <john.gnuse@lazard.com> wrote:

Happy to help on this.

The market has been particularly hard hit by the COVID crisis and projections for the rate of rebound are quite varied and speculative. We'll see what kinds of reliable data we can find.

As the Lumascape illustrates well, there are lots and lots of underscaled private companies but only a few public ones to serve as valuation benchmarks.

On Jul 30, 2020, at 5:35 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:

Hi John, Peter and Eddie -

Hope you all are doing well. We're hoping to get some help understanding the latest dynamics in the AdTech market. Could you and the team help us address a few questions?



Would be great if we could discuss your initial thoughts at the end of next week and iterate from there. Let me know if that works.

Thanks,
▮

--

Highly Confidential
LAZARD-DOJ-00000046

[redacted]

Highly Confidential LAZARD-DOJ-00000047