UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>              *Plaintiffs*,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>              *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**GOOGLE LLC'S NOTICE OF CHANGE OF COUNSEL'S ADDRESS**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE of the change of address and contact information for the following counsel for Defendant Google LLC:

> Karen L. Dunn (*pro hac vice*)
> Jeannie Rhee (*pro hac vice*)
> William Isaacson (*pro hac vice*)
> Jessica E. Phillips (*pro hac vice*)
> DUNN ISAACSON RHEE LLP
> 401 Ninth Street NW
> Washington, DC 20004
> T: (202) 240-2900
> kdunn@dirllp.com
> jrhee@dirllp.com
> wisaacson@DIRLLP.com
> jphillips@dirllp.com

| | |
|---|---|
| Dated: May 28, 2025 | Respectfully submitted, |
| | |
| | /s/ Craig C. Reilly |
| Eric Mahr (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Andrew Ewalt (*pro hac vice*) | THE LAW OFFICE OF CRAIG C. REILLY |
| Tyler Garrett (VSB # 94759) | 209 Madison Street, Suite 501 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | Alexandria, VA 22314 |
| 700 13th Street, NW, 10th Floor | Telephone: (703) 549-5354 |
| Washington, DC 20005 | Facsimile: (703) 549-5355 |
| Telephone: (202) 777-4500 | craig.reilly@ccreillylaw.com |
| Facsimile: (202) 777-4555 | |
| eric.mahr@freshfields.com | Karen L. Dunn (*pro hac vice*) |
| | Jeannie S. Rhee (*pro hac vice*) |
| Justina K. Sessions (*pro hac vice*) | William A. Isaacson (*pro hac vice*) |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | Jessica E. Phillips (*pro hac vice*) |
| 855 Main Street | DUNN ISAACSON RHEE LLP |
| Redwood City, CA 94063 | 401 Ninth Street, NW |
| Telephone: (650) 618-9250 | Washington, DC 20004 |
| Fax: (650) 461-8276 | T: (202) 240-2900 |
| justina.sessions@freshfields.com | kdunn@dirllp.com |
| | jrhee@dirllp.com |
| Daniel Bitton (*pro hac vice*) | wisaacson@dirllp.com |
| AXINN, VELTROP & HARKRIDER LLP | jphillips@dirllp.com |
| 55 2nd Street | |
| San Francisco, CA 94105 | Amy J. Mauser (*pro hac vice*) |
| Telephone: (415) 490-2000 | Martha L. Goodman (*pro hac vice*) |
| Facsimile: (415) 490-2001 | Bryon P. Becker (VSB #93384) |
| dbitton@axinn.com | Erica Spevack (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Bradley Justus (VSB # 80533) | 2001 K Street, NW |
| AXINN, VELTROP & HARKRIDER LLP | Washington, DC 20006-1047 |
| 1901 L Street, NW | Telephone: (202) 223-7300 |
| Washington, DC 20036 | Facsimile (202) 223-7420 |
| Telephone: (202) 912-4700 | kdunn@paulweiss.com |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | Erin J. Morgan (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| *Counsel for Defendant Google LLC* | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3387 |
| | Facsimile: (212) 492-0387 |
| | ejmorgan@paulweiss.com |