# CIVIL HEARING

Judge:  Alston
Date:  5/30/2025
Reporter:  R. Montgomery
Time:  11:00 to 11:56

Civil Action Number:   1:23cv108

<u>United States of America, et al. v. Google, LLC.</u>

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| Tyler Henry | Bryon Becker |
| Julia Wood | Jeannie Rhee |
| Matthew Huppert | Amy Mauser |
| David Teslicko | |
| Gerard Mene | |

Matter on for Plaintiff's [1438] Motion to Compel Google's Internal Analyses of Remedy Feasibility. Motion argued and Granted in Part.
.