IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## ORDER

This matter is before the court on plaintiffs' motion to compel Google to produce internal analyses of remedy feasibility. (Docket no. 1438). Having reviewed the memorandum in support (Docket no. 1441), Goggle's opposition (Docket no. 1445), and plaintiffs' reply (Docket no. 1447), and having considered the arguments of counsel at the hearing on May 30, 2025, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part. Google shall produce internal reports and analyses prepared by non-lawyers at Google describing the nature and scope of work that would be required to modify Google's ad exchange (AdX) and Google's publisher ad server (DFP) to facilitate divestiture as requested by plaintiffs, including the burden, cost, and potential difficulties of implementing those changes.

Entered this 30th day of May, 2025.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia