# EXHIBIT 4

Case 1:23-cv-00108-LMB-JFA   Document 1451-2   Filed 05/30/25   Page 1 of 4 PageID# 104219

| Priv Log Number/Bates | Date/Time | From | To | CC | Privilege Description | Privilege Assertion |
|---|---|---|---|---|---|---|
| GGPL-AT-000625512 | 4/13/20 10:11 PM | | | N/A | Comment notification email containing work product of counsel regarding potential remedies to address competition and privacy concerns of government investigators prepared in response to active regulatory investigation and in anticipation of litigation. | WP |
| GGPL-AT-000625587 | 3/9/20 2:43 PM | | | N/A | Comment notification email containing work product of counsel regarding potential remedies to address competition and privacy concerns of government investigators prepared in response to active regulatory investigation and in anticipation of litigation. | WP |
| GGPL-AT-000625588 | 3/10/20 2:33 PM | | | N/A | Comment notification email containing work product of counsel regarding potential remedies to address competition and privacy concerns of government investigators prepared in response to active regulatory investigation and in anticipation of litigation. | WP |
| GGPL-AT-000660040 | 1/28/20 7:46 PM | | | N/A | Comment notification email for presentation on evaluation of various proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Uchechi Okereke ESQ regarding contents thereof. | WP |
| GGPL-AT-000709912 | 2/5/20 1:58 PM | | | N/A | Comment notification email for presentation on evaluation of various proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Uchechi Okereke ESQ regarding contents thereof. | WP |
| GGPL-AT-000722916 | 8/24/22 6:07 PM | | | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |
| GGPL-AT-000722922 | 8/24/22 9:54 PM | | | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |
| GGPL-AT-000722931 | 8/25/22 2:56 PM | | | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |
| GGPL-AT-000735071 | 2/5/20 3:01 PM | | | N/A | Comment notification email for presentation on evaluation of various proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Uchechi Okereke ESQ regarding contents thereof. | WP |
| GGPL-AT-000748005 | 8/24/22 10:08 PM | | | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |

| Priv Log Number/Bates | Date/Time | From | To | CC | Privilege Description | Privilege Assertion |
|---|---|---|---|---|---|---|
| GGPL-AT-000748006 | 8/24/22 10:18 PM | ███ | ███ | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |
| GGPL-AT-000748013 | 8/25/22 5:25 AM | ███ | g███ | N/A | Comment notification email on evaluation of proposed remedies in response to ongoing and active regulatory litigations in the US and EU prepared at or under the direction of counsel and revealing legal advice of Bevan Avery ESQ, Ben Jones ESQ and Conor Opdebeeck-Wilson ESQ regarding contents thereof. | WP |
| GGPL-AT-000752846 | 3/10/20 2:04 PM | ███ | stonehenge@google.com | N/A | Comment notification email containing and revealing work product and legal advice of Alex Bergersen ESQ, Uchechi Okereke ESQ and outside counsel regarding brainstorm session plans compiled for potential remedies in response to active regulatory investigations and prepared in anticipation of litigation. | AC; WP |
| GGPL-AT-0026493 | 10/2/20 7:56 PM | ███ | ███ | ███ | Email gathering information to assess cost of proposed remedy to resolve active government investigations, undertaken in anticipation of litigation. This email reveals the underlying legal strategy and opinion work product of Ted Lazarus, ESQ and Rosie Lipscomb, ESQ in that it reveals the nature of the remedy being assessed. | WP |
| GGPL-AT-0026596 | 10/7/20 5:44 PM | ███ | ███ | ███ | Email gathering information to assess cost of proposed remedy to resolve active government investigations, undertaken in anticipation of litigation. This email reveals the underlying legal strategy and opinion work product of Ted Lazarus, ESQ and Rosie Lipscomb, ESQ in that it reveals the nature of the remedy being assessed. | WP |
| GGPL-AT-0027071 | 3/17/20 4:34 PM | ███ | N/A | N/A | Financial model relating to potential remedy, prepared in response to active government investigations and in anticipation of litigation and under the direction of counsel including Alex Bergersen ESQ, reflecting legal advice and opinion work product of Alex Bergersen ESQ and external competition law counsel. | AC; WP |
| GGPL-AT-0027272 | 8/13/20 2:54 PM | ███ | N/A | N/A | Information compiled in order to ballpark the financial cost of a potential remedy in response to active government investigations, prepared at the direction of Ted Lazarus, ESQ and in anticipation of litigation. The compiled information, which did not exist in the ordinary course of business and would not have been compiled but for the active government investigations and anticipated litigation, reflects the opinion work product of Ted Lazarus, ESQ and Rosie Lipscomb, ESQ because it reveals legal strategy and the nature of the remedy. | WP |
| GGPL-AT-0034603 | 1/13/21 6:41 PM | ███ | N/A | N/A | Financial model reflecting and containing opinion work product of Ted Lazarus ESQ and Svilen Karaivanov ESQ, prepared in anticipation of litigation and to assist Ted Lazarus ESQ and Svilen Karaivanov ESQ in providing legal advice, regarding potential remedies to resolve active government investigations. | AC; WP |

| Priv Log Number/Bates | Date/Time | From | To | CC | Privilege Description | Privilege Assertion |
|---|---|---|---|---|---|---|
| GGPL-AT-0034781 | 3/23/20 12:55 PM | ▮ | N/A | N/A | Spreadsheet prepared at the direction and revealing legal advice and opinion work product of Alex Bergersen ESQ and Uchechi Okereke ESQ re analysis of remedy proposals for multiple regulatory investigations. | WP |
| GOOG-AT-MDL-007398364 | 3/19/22 12:17 AM | ▮ | N/A | N/A | Presentation revealing substantive details of potential remedy prepared by or at the direction of Janan Crocker ESQ and Zane Shahroody ESQ, in response to an active government investigation by the European Regulators in anticipation of litigation. | WP |
| GOOG-AT-MDL-007412833 | 3/1/22 3:49 PM | ▮ | N/A | N/A | Presentation revealing substantive details of potential remedy project prepared by or at the direction of Kent Walker ESQ in response to an active government investigation by the European and US Regulators in anticipation of litigation. | WP |
| GOOG-AT-MDL-007412849 | 6/20/22 2:43 PM | Shared drive (unavailable) | N/A | N/A | Presentation prepared or collected by Kent Walker ESQ revealing substantive details of potential remedy prepared in response to active government investigation by the European Regulators in anticipation of litigation. | WP |
| GOOG-AT-MDL-007423160 | 12/5/22 10:56 AM | ▮ | N/A | N/A | Presentation revealing substantive details of potential remedy prepared in response to active government investigation by the European Regulators in anticipation of litigation. | WP |
| GOOG-DOJ-AT-01438099 | 3/23/20 12:55 PM | ▮ | N/A | N/A | Spreadsheet prepared at the direction and revealing legal advice and opinion work product of Alex Bergersen ESQ and Uchechi Okereke ESQ re analysis of remedy proposals for multiple regulatory investigations. | WP |

3