UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal exhibits to and portions of their brief in support of motion to compel Google's internal analyses (Dkt. 1442). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. _____), the Court finds that (i) sufficient notice has been given (Dkt. 1444); (ii) the exhibits and redacted text contain certain Google employees' personal information and Google's confidential business information, which may be shielded from public disclosure under Rule 26(c)(1)(G); (iii) only sealing will sufficiently protect those privacy interest and shield Google from competitive harm; (iv) the limited sealing and redaction properly balances these interests as against the public's interest in the judicial record; and (v) the public's right of access, whether based on the good cause standard or the common law right of access, has been overcome; it is hereby ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court. ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this ____ day of _____ 2025.

Alexandria, Virginia                                    _____