IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,  )<br>   )<br>             Plaintiffs,    )<br>   )<br>v.   )<br>   )<br>GOOGLE LLC,   )<br>   )<br>             Defendant.    )<br>_____ ) | Civil Action No. 1:23cv0108 (LMB/JFA) |

## <u>ORDER</u>

On May 23, 2025, plaintiffs filed a motion for leave to file under seal exhibits 4, 5, and 6 and portions of exhibits 1, 2, 3 and the memorandum in support of the motion to compel. (Docket no. 1442). In the memorandum in support of the motion to seal, plaintiffs state that the information sought to be sealed is based on defendant designating that information as confidential. (Docket no. 1443). On May 30, 2025, defendant filed a response to the motion to seal. (Docket no. 1451). On page 4 of that response, defendant states in the section concerning exhibit 1 that "Google has filed a redacted version of this document that seals only this commercially sensitive information, as well as Google employee' personal information." In reviewing the materials filed by defendant, the court is unable to locate the referenced redacted version of exhibit 1 filed by Google. It is hereby

ORDERED that defendant file the redacted version of exhibit 1 referred to in its memorandum. Defendant is reminded that a copy of any such filing should be delivered to the court within the next business day of filing. The court will enter an order concerning this motion to seal once the filings are complete.

1

Entered this 4th day of June, 2025.

                                                            /s/
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia                               John F. Anderson
                                        United States Magistrate Judge