UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

        *Plaintiffs*,

vs.

GOOGLE LLC,

        *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**GOOGLE LLC'S NOTICE OF FILING REDACTED EXHIBIT 1**

As directed by the Court (Docket no. 1452), Defendant Google LLC ("Google") is refiling the redacted version of Exhibit 1 referred to in Google's sealing response (Docket no. 1451), but inadvertently omitted therefrom. Exhibit 1 as filed by Plaintiffs (Docket no. 1439-1) is an email chain produced during discovery in this action, which contains non-public analyses performed by Google and its financial advisor concerning the advertising technology competitive landscape as it relates to Google (Exhibit 1 at pages LAZARD-DOJ-00000044 and -046). Because Google would suffer competitive harm if this information were made public, Google renews its request that this information remain under seal. Google previously filed a redacted version of this document that seals only this commercially sensitive information, as well as Google employees' personal information (Docket no. 284-22), and requested sealing thereof (Docket no. 284, *Google Sealing Response* at 10). The Court ordered that this same information could remain under seal (Docket no. 285). Google now respectfully requests that the redacted version of Exhibit 1 as filed with Plaintiffs' motion (Docket no. 1439-1), and refiled herewith, remain under seal. Both versions (Docket nos. 1439-1 and 282-22) are attached hereto.

1

Dated: June 4, 2025

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant Google LLC*

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF CRAIG C. REILLY
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Erica Spevack (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
T: (202) 240-2900
kdunn@dirllp.com
jrhee@dirllp.com
wisaacson@dirllp.com
jphillips@dirllp.com

Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
amauser@paulweiss.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3387
Facsimile: (212) 492-0387
ejmorgan@paulweiss.com