UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>GOOGLE LLC,<br><br>　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

# DAILY MAIL'S MOTION FOR PROTECTIVE ORDER

　　　Pursuant to Federal Rule of Civil Procedure 26, non-party Daily Mail moves the Court to enter an order requiring defendant Google LLC to limit its deposition of Matthew Wheatland to 3.5 hours and non-duplicative questions regarding the proposed remedies in this case. The grounds and authorities in support of the motion are set forth in the accompanying memorandum of law. A proposed order granting this motion is submitted herewith.

　　　Undersigned counsel certifies that a good faith effort to narrow or eliminate the dispute was undertaken prior to the filing of this motion.

|  |  |
|---|---|
| Dated:  June 6, 2025 | Respectfully submitted, |

/s/ *Charles B. Molster*
Charles B. Molster, III (Va. Bar No. 23613)
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, Suite M
Washington, D.C. 20007
Office:  (202) 787-1312
Cell:  (703) 346-1505
Email:  cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
          dbird@kellogghansen.com

*Counsel for Non-Party Daily Mail*