# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on June 13, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard non-party Daily Mail will move the Court for entry of an order limiting the deposition of Matthew Wheatland to a half day and limiting the scope of the deposition to the topic of remedies for Google's antitrust violations.

Dated: June 6, 2025

Respectfully submitted,

/s/ *Charles B. Molster*
Charles B. Molster, III (Va. Bar No. 23613)
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, Suite M
Washington, D.C. 20007
Office: (202) 787-1312
Cell: (703) 346-1505
Email: cmolster@molsterlaw.com

John Thorne*
Daniel G. Bird*
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: jthorne@kellogghansen.com
        dbird@kellogghansen.com

*Counsel for Non-Party Daily Mail*