*Privileged and Confidential*
*Attorney Work Product*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S EMERGENCY MOTION FOR DISCOVERY RELIEF

Defendant Google LLC ("Google") moves for an order requiring Plaintiffs to provide Google with 3.5 hours of deposition time and, if Plaintiffs fail to do so, excluding any use of Mr. Creput's deposition testimony during the deposition trial.

This motion is filed as an *emergency motion* because Mr. Creput's deposition is scheduled for **June 11, 2025**, and the Court's decision is needed in advance of that date. Filing, briefing, and arguing this motion even on the one-week schedule permitted for non-dispositive motions would not result in a decision prior to June 13, 2025.

*CERTIFICATE: Undersigned counsel certifies that a good faith effort to narrow or eliminate the dispute was undertaken prior to the filing of this motion.*

1

*Privileged and Confidential*
*Attorney Work Product*

Dated: June 6, 2025                                          Respectfully submitted,

Eric Mahr (*pro hac vice*)                                   */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)                                Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)                                  THE LAW OFFICE OF
FRESHFIELDS US LLP                                           CRAIG C. REILLY, ESQ
700 13th Street, NW, 10th Floor                              209 Madison Street, Suite 501
Washington, DC 20005                                         Alexandria, VA 22314
Telephone: (202) 777-4500                                    Telephone: (703) 549-5354
Facsimile: (202) 777-4555                                    Facsimile: (703) 549-5355
eric.mahr@freshfields.com                                    craig.reilly@ccreillylaw.com

Justina K. Sessions (*pro hac vice*)                         Karen L. Dunn (*pro hac vice*)
FRESHFIELDS US LLP                                           Jeannie S. Rhee (*pro hac vice*)
855 Main Street                                              William A. Isaacson (*pro hac vice*)
Redwood City, CA 94063                                       Jessica E. Phillips (*pro hac vice*)
Telephone: (650) 618-9250                                    Erica Spevack (*pro hac vice*)
Fax: (650) 461-8276                                          DUNN ISAACSON RHEE LLP
justina.sessions@freshfields.com                             401 Ninth Street, NW
                                                             Washington, DC 20004-2637
Daniel Bitton (*pro hac vice*)                               Telephone: (202) 240-2900
AXINN, VELTROP & HARKRIDER                                   kdunn@dirllp.com
LLP
55 2nd Street                                                Amy J. Mauser (*pro hac vice*)
San Francisco, CA 94105                                      Martha L. Goodman (*pro hac vice*)
Telephone: (415) 490-2000                                    Bryon P. Becker (VSB #93384)
Facsimile: (415) 490-2001                                    PAUL, WEISS, RIFKIND, WHARTON &
dbitton@axinn.com                                            GARRISON LLP
                                                             2001 K Street, NW
Bradley Justus (VSB # 80533)                                 Washington, DC 20006-1047
AXINN, VELTROP & HARKRIDER                                   Telephone: (202) 223-7300
LLP                                                          Facsimile (202) 223-7420
1901 L Street, NW                                            amauser@paulweiss.com
Washington, DC 20036
Telephone: (202) 912-4700                                    Erin J. Morgan (*pro hac vice*)
Facsimile: (202) 912-4701                                    PAUL, WEISS, RIFKIND, WHARTON &
bjustus@axinn.com                                            GARRISON LLP
                                                             1285 Avenue of the Americas
                                                             New York, NY 10019-6064
                                                             Telephone:  (212) 373-3387
                                                             Facsimile:  (212) 492-0387
                                                             ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*

*Privileged and Confidential*
*Attorney Work Product*

3