*Privileged and Confidential*
*Attorney Work Product*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**REQUEST FOR HEARING ON
GOOGLE LLC'S EMERGENCY MOTION FOR DISCOVERY RELIEF**

Defendant Google LLC ("Google") has filed an ***emergency motion*** for an order requiring Plaintiffs to provide Google with 3.5 hours of deposition time and, if Plaintiffs fail to do so, excluding any use of Mr. Creput's deposition testimony during the deposition trial. Mr. Creput's deposition is scheduled for **June 11, 2025**, and the time period between now and then does not permit full briefing and oral argument even on the Court's one-week motion schedule.

Google ***respectfully requests*** that the Court set a date and time for (1) Plaintiffs to respond to this motion should they choose to do so (Google waives a written reply), and (2) oral argument (in person or telephonically). Google submits that requiring the response to be filed by 5:00 p.m. on Monday, June 9, 2025, and holding the hearing as soon as practicable thereafter will be both efficient and fair.

Plaintiffs had advanced notice of Google's motion for an order requiring Plaintiffs to provide Google with 3.5 hours of deposition time and, if Plaintiffs fail to do so, excluding any use of Mr. Creput's deposition testimony during the deposition trial. Google first raised concerns with Plaintiffs' proposed time limitation on Wednesday, June 3, 2025, and informed Plaintiffs on

1

*Privileged and Confidential*
*Attorney Work Product*

Thursday June 5, 2025, that it intended to seek relief from the Court if the parties could not find a resolution. Google met and conferred with Plaintiffs by videoconference on Friday, June 6, 2025, at 9:30am ET to discuss Google's motion. Plaintiffs will have had an ample opportunity to consider and prepare their response, should they choose to file one, if it is due on Monday, June 9, 2025.

A proposed order is submitted herewith.

Dated: June 6, 2025                              Respectfully submitted,

Eric Mahr (*pro hac vice*)                       */s/ Craig C. Reilly*
Andrew Ewalt (*pro hac vice*)                    Craig C. Reilly (VSB # 20942)
Tyler Garrett (VSB # 94759)                      THE LAW OFFICE OF
FRESHFIELDS US LLP                               CRAIG C. REILLY, ESQ
700 13th Street, NW, 10th Floor                  209 Madison Street, Suite 501
Washington, DC 20005                             Alexandria, VA 22314
Telephone: (202) 777-4500                        Telephone: (703) 549-5354
Facsimile: (202) 777-4555                        Facsimile: (703) 549-5355
eric.mahr@freshfields.com                        craig.reilly@ccreillylaw.com

Justina K. Sessions (*pro hac vice*)             Karen L. Dunn (*pro hac vice*)
FRESHFIELDS US LLP                               Jeannie S. Rhee (*pro hac vice*)
855 Main Street                                  William A. Isaacson (*pro hac vice*)
Redwood City, CA 94063                           Jessica E. Phillips (*pro hac vice*)
Telephone: (650) 618-9250                        Erica Spevack (*pro hac vice*)
Fax: (650) 461-8276                              DUNN ISAACSON RHEE LLP
justina.sessions@freshfields.com                 401 Ninth Street, NW
                                                 Washington, DC 20004-2637
Daniel Bitton (*pro hac vice*)                   Telephone: (202) 240-2900
AXINN, VELTROP & HARKRIDER LLP                   kdunn@dirllp.com
55 2nd Street                                    Amy J. Mauser (*pro hac vice*)

2

*Privileged and Confidential*
*Attorney Work Product*

| | |
|---|---|
| San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com<br><br>Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | Martha L. Goodman (*pro hac vice*)<br>Bryon P. Becker (VSB #93384)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>amauser@paulweiss.com<br><br>Erin J. Morgan (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3387<br>Facsimile: (212) 492-0387<br>ejmorgan@paulweiss.com |

*Counsel for Defendant Google LLC*

3