IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

At 5:00 p.m. on June 6, 2025, defendant filed an emergency motion for discovery relief (Docket no. 1461), a brief in support of the motion (Docket no. 1462), and a request for expedited hearing on the motion (Docket no. 1463). The motion and request for hearing have as a header on each page "Privileged and Confidential, Work Product". Having initially reviewed defendant's filings, it is hereby

ORDERED that plaintiffs shall file a response to this motion by 5:00 p.m. on Monday, June 9. 2025. In addition, defendant shall file with the court an explanation as to how and why the documents mentioned above were designed "Privileged and Confidential, Work Product" by 5:00 p.m. on Monday, June 9, 2025. If necessary, the court will have a hearing on this motion at 10:30 a.m. on Tuesday, June 10, 2025.

Entered this 6th day of June, 2025.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2025.06.06 17:43:23 -04'00'

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia