IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **ORDER**

On June 6, 2025, Daily Mail filed a motion for a protective order, a memorandum in support of that motion, and a notice of hearing for June 13, 2025. (Docket nos. 1458-60). This motion concerns the deposition of Matthew Wheatland that is scheduled for June 24, 2025. The court is not available to hear the motion on Friday, June 13 and, given the issues involved, it appears that oral argument will not be necessary. It is hereby

ORDERED that defendant shall file a response to this motion by 5:00 p.m. on Wednesday, June 11, 2025, and Daily Mail may file a reply by no later than 12:00 noon on Friday, June 13, 2025. An order will be entered early next week ruling on this motion. The hearing scheduled for Friday, June 13, 2025, is cancelled.

Entered this 9th day of June, 2025.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2025.06.09 10:16:35 -04'00'

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia