Date: 6/10/2025      Judge: John F. Anderson
Reporter: R. Montgomery

Start: 10:31 a.m.
Finish: 10:48 a.m.

Civil Action Number: 1:23-cv-108

United States of America, et al

vs.

Google LLC

Appearance of Counsel for (x) Pltf (x) Deft

Motion argued &:

[1461] Emergency Motion for Discovery Relief – Denied.

Order to follow.