IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 1:23cv0108 (LMB/JFA) |

# ORDER

This matter is before the court on defendant's emergency motion for discovery relief. (Docket no. 1461). Having reviewed the memorandum in support, plaintiff's opposition, and having considered the arguments of counsel at the hearing on June 10, 2025, it is hereby

ORDERED that defendant's motion is denied. Plaintiffs and defendant shall share equally in the time that the deponent has voluntarily agreed to testify, and his examination shall be limited to the issues involved in this remedy phase.

Entered this 10th day of June, 2025.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia