**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., Plaintiffs, v. GOOGLE LLC, Defendant. | ) ) ) ) ) ) ) ) | No. 1:23-cv-00108-LMB-JFA |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Enforce the Court's May 30 Order and to Compel Production of Google's Remedy Feasibility Submissions to the European Commission, the memoranda of law filed in support and in opposition thereto, and the documents referenced therein, pursuant to Local Civil Rule 37, and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; and it is further

ORDERED that Defendant Google LLC shall remove redactions from any material "prepared by non-lawyers at Google," in compliance with the Court's May 30 Order, ECF No. 1450; and it is further

ORDERED that Defendant Google LLC shall produce to Plaintiffs, within three days of entry of this Order, all remaining documents responsive to the Court's May 30 Order and a privilege log for all documents responsive to that Order; and it is further

ORDERED that Plaintiffs have leave of Court to select a subset of the documents Google produces in response to the May 30 Order for review *in camera* to ensure that Google's redactions comply with that order; and it is further

ORDERED that Defendant Google LLC produce, within five days of entry of this Order, documents responsive to Plaintiffs' Request for Production (Remedies Phase) No. 2, including

all Google statements or submissions to the European Commission that reflect analysis of the cost, burden, or difficulty of actual or potential remedies.

DATE: ______________________ ______________________________________