AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jay Friedman (third-party witness).

Date:  06/17/2025

/s/ Mark D. Chutkow
*Attorney's signature*

Mark D. Chutkow (pro hac vice)
*Printed name and bar number*
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304

*Address*

MChutkow@dykema.com
*E-mail address*

(248) 203-0715
*Telephone number*

(866) 728-3732
*FAX number*