IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Comes now Chad E. Wallace and hereby gives notice to this Court of his withdrawal of appearance as Counsel for X Corp., as successor in interest to Twitter, Inc. Mr. Wallace requests that his name be removed from the mailing matrix.

                  Respectfully submitted,

                  */s/ Chad E. Wallace*
                  Chad E. Wallace, KY Bar No. 92807
                  BAKER, DONELSON, BEARMAN,
                   CALDWELL & BERKOWITZ, P.C.
                  602 Sevier St, Suite 300
                  Johnson City, Tennessee  37604
                  T: (423) 928-0181
                  E: cwallace@bakerdonelson.com

                  *Counsel for X Corp., as successor in interest*
                    *to Twitter, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that at true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send electronic notices to all parties designated to receive electronic notices in this case, on this _____ day of June, 2025.

*/s/ Chad E. Wallace*
Chad E. Wallace
