IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Comes now Catherine A. Karczmarczyk and hereby gives notice to this Court of her withdrawal of appearance as Counsel for X Corp., as successor in interest to Twitter, Inc. Ms. Karczmarczyk requests that her name be removed from the mailing matrix.

Respectfully submitted,

*/s/ Catherine A. Karczmarczyk*
Chad E. Wallace, KY Bar No. 89311
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier St, Suite 300
Johnson City, Tennessee  37604
T: (423) 928-0181
E: ckarczmarczyk@bakerdonelson.com

*Counsel for X Corp., as successor in interest*
  *to Twitter, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that at true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send electronic notices to all parties designated to receive electronic notices in this case, on this _____ day of June, 2025.

*/s/ Catheri ne A. Karczmarczyk*
Caterine A. Karczmarczyk
