**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, | |
| *Plaintiffs*, | |
| vs. | No: 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| *Defendant*. | |

**JOINT MOTION TO COMPLETE FACT DEPOSITIONS**
**AFTER THE CUT-OFF OF FACT DISCOVERY**

PURSUANT TO Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(B), Plaintiffs and Defendant jointly move to modify the scheduling order (Docket no. 1428) regarding the completion of the seven fact depositions listed below.  The grounds for granting this relief are as follows:

1.     The court rules provide that a scheduling order "may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4); *accord* E.D. Va. Civ. R. 16(B) ("good cause" required to modify schedule).  Generally, a showing of "good cause" to modify the scheduling order requires showing "that the deadlines cannot reasonably be met despite the party's diligence.'" *Cook v. Howard*, 484 Fed. Appx. 805, 815 (4th Cir. 2012) (unpublished *per curiam*) (citations omitted); *accord* Fed. R. Civ. P. 16, 1983 Adv. Comm. Notes (the movant must show that the current deadlines "cannot reasonably be met despite the diligence of the party seeking" the modification).  Moreover, the Court must consider, *inter alia*, "the length of delay and its potential impact on judicial proceedings."  *Roe v. Howard*, No. 1:16-cv-562, 2017 U.S. Dist. LEXIS

187258, *1-2 (E.D. Va. June 30, 2017). The parties submit that good cause exists to extend the fact discovery cut-off to allow completion of the seven depositions now at issue.

2.      The parties have identified these seven individuals as having potential testimony that may be used at the remedies trial. The parties diligently attempted to take these depositions before the fact discovery cut-off, June 30, 2025. For reasons outside the control of the parties, these deponents are not reasonably available to sit for their depositions before June 30.

3.      The parties have met and conferred with these deponents and each other to obtain mutually available dates for these depositions, which are shown in the chart below:

| Deponent | Date |
|---|---|
| Scott Sheffer (Google) | July 1, 2025 |
| Stephanie Layser (third-party) | July 1, 2025 |
| Andrew Casale (third-party) | July 2, 2025 |
| Noam Wolf (Google) | July 18, 2025 |
| Jeff Green (third-party) | July 25, 2025 |
| Michael Racic (third-party) | July 28, 2025 |
| Rajeev Goel (third-party) | August 19, 2025 |

4.      The completion of these depositions after the fact discovery cut-off will not interfere with expert discovery, disrupt the remainder of the schedule, or delay the remedies trial.[1]

---

[1] The parties have further agreed that, on or before July 21, each side may add up to three additional fact witnesses to their preliminary fact witness lists, and that each side would be permitted to depose up to three of these additional fact witnesses added to the parties' lists. If these depositions are needed, the parties anticipate moving the court for leave to take them. The completion of those depositions will not interfere with expert discovery, disrupt the remainder of the schedule, or delay the remedies trial.

WHEREFORE, the parties respectfully request that the Court grant this relief.  A proposed order is submitted herewith.

## WAVIER OF ORAL ARGUMENT:

The parties waive oral argument on this procedural motion.

**JOINTLY SUBMITTED** this 18th day of June 2025:

ERIK S. SIEBERT
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
DAVID A. GEIGER
MATTHEW R. HUPPERT
DAVID M. TESLICKO
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF CRAIG C. REILLY
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
T: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)

| | |
|---|---|
| *Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia* | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>Fax: (650) 461-8276<br>justina.sessions@freshfields.com<br><br>Daniel Bitton (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com<br><br>Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com<br><br><br>*Counsel for Defendant Google LLC* |