# EXHIBIT 7

**DUNN ISAACSON RHEE LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

June 17, 2025

By Email

Michael Wolin
Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW, Suite 800
Washington, D.C. 20530
Michael.Wolin@usdoj.gov

Re:   *United States et al.* v. *Google LLC*, Case No. 1:23-cv-108-LMB-JFA (E.D. Va.)

Dear Michael:

    Plaintiffs identified in their Memorandum of Law in Support of Plaintiffs' Motion to Enforce the Court's May 30 Order and to Compel Production of Google's Remedy Feasibility Submissions to the European Commission, Dkt. 1475, an inconsistency between the redactions made in GOOG-AT-MDL-B-009828599 on page -639 and in GOOG-AT-MDL-B-009828460 on page -498.

    Despite Google's extensive and reasonable steps taken to prevent disclosure of protected materials, it has come to our attention that Google inadvertently produced documents with inconsistent redactions. Google has been reviewing a large volume of potentially responsive material pursuant to the Court's May 30, 2025 Order in a short timeframe with a team of reviewing attorneys, resulting in some inadvertent inconsistency in redactions. Google confirms that GOOG-AT-MDL-B-009828599 contained the appropriate redactions, and is reproducing as PROD009 a replacement version of document GOOG-AT-MDL-B-009828460 with the same redactions. We have uploaded a zip file containing PROD009 to JEFS. The password will be provided via email.

    Google is no longer claiming privilege over part of page GOOG-AT-MDL-B-009828498. It also inadvertently produced privileged information on pages -498 and -499. Accordingly, in accordance with paragraph 12(c) of the Modified Protective Order (ECF No. 203), and Fed. R. Evid. 502(d), please promptly sequester or destroy the prior copy of GOOG-AT-MDL-B-009828460 and any copies of it. Please provide written confirmation when you have completed sequestering or destroying that document and any copy of it.

    Pursuant to paragraph 12 of the Modified Protective order and Rule 502(d), the inadvertent production of the document does not constitute a waiver of any privilege or protection applicable to the document tor the subject matter contained therein.

**DUNN ISAACSON RHEE LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

          Sincerely,

          /s/ *Amy Mauser*
          Amy Mauser

CC: Counsel of Record (via email)