**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiffs filed a motion to seal Exhibits 1, 3, and 4 to

Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Enforce the Court's

May 30 Order and to Compel Production of Google's Remedy Feasibility Submissions to the

European Commission, as well as the portions of the Reply Memorandum of Law that reference

sealed exhibits. Pursuant to Local Civil Rule 5, Plaintiffs hereby notify Defendant Google and

any interested non-parties that they may submit memoranda in support of or in opposition to the

motion within seven (7) days after the filing of the motion to seal, and that they may designate

all or part of such memoranda as confidential. If no objection is filed in a timely manner, the

Court may treat the motion as uncontested.

Dated: June 19, 2025

Respectfully submitted,


ERIK S. SIEBERT                          JASON S. MIYARES
United States Attorney                   Attorney General of Virginia


/s/ Gerard Mene                          /s/ Tyler T. Henry
GERARD MENE                              TYLER T. HENRY
Assistant U.S. Attorney                  Assistant Attorney General
2100 Jamieson Avenue
Alexandria, VA 22314                     Office of the Attorney General of Virginia
Telephone: (703) 299-3777                202 North Ninth Street
Facsimile: (703) 299-3983                Richmond, VA 23219
Email: Gerard.Mene@usdoj.gov             Telephone: (804) 692-0485
                                         Facsimile: (804) 786-0122
/s/ Julia Tarver Wood                    Email: thenry@oag.state.va.us
JULIA TARVER WOOD
DAVID A. GEIGER                          *Attorneys for the Commonwealth of*
MATTHEW R. HUPPERT                       *Virginia and local counsel for the*
DAVID TESLICKO                           *States of Arizona, California,*
MICHAEL E. WOLIN                         *Colorado, Connecticut, Illinois,*
                                         *Michigan, Minnesota, Nebraska, New*
United States Department of Justice      *Hampshire, New Jersey, New York,*
Antitrust Division                       *North Carolina, Rhode Island,*
450 Fifth Street NW, Suite 7100          *Tennessee, Washington, and West*
Washington, DC 20530                     *Virginia*
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov


*Attorneys for the United States*

2