Date: 06/20/2025                                   Judge: John F. Anderson
                                                   Reporter: FTR

Start: 10:00
Finish: 11:10

Civil Action Number: 1:23-cv-108

United States of America et al.

vs.

Google LLC

Appearance of Counsel for Pltf (X)  Deft (X)

Pro Se Pltf ( )     Pro Se Deft ( )


(  ) Matter is uncontested


**[1474]** MOTION to Compel to Enforce the Court's May 30 Order and to Compel Production of Google's Feasibility Submissions to the European Commission
Argued & ( ) Granted (   ) Denied  (X) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to    _     ( ) Held in Abeyance




(    ) Report and Recommendation to Follow
( X ) Order(s) to Follow