IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                    ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

This matter is before the court on plaintiffs' motion to enforce the court's May 30 order and to compel production of Google's remedy feasibility submissions to the European Commission. (Docket no. 1474). Having reviewed the memorandum in support, defendant's opposition, and plaintiffs' reply, and having considered the arguments of counsel at the hearing on June 20, 2025, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part. Defendant shall complete its production of documents and serve its privilege log by 5:00 p.m. on Wednesday, June 25, 2025. By Friday, June 27, 2025, plaintiffs may designate up to ten documents from defendant's privilege log for the court to review *in camera*. By noon on Monday, June 30, 2025, defendant shall have a copy of the documents selected by plaintiffs delivered to the undersigned along with a copy of the privilege log and any index or description of the individuals identified in the privilege log that may be necessary for the *in camera* review. Defendant shall provide plaintiffs with a copy of any index or description that is provided to the court. By close of business on Friday, June 27, 2025, defendant shall provide the court with a status report concerning the request for clarification submitted to the Hearing Officer concerning the EC case team letter to

1

plaintiffs' counsel dated May 28, 2025. Once the status report has been reviewed, the court will inform the parties if any additional information is necessary before ruling on the motion to compel production of defendant's remedy feasibility submissions to the European Commission.

Entered this 20th day of June, 2025.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia