# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

                *Plaintiffs,*

vs.                                               No: 1:23-cv-00108-LMB-JFA

GOOGLE LLC,

                *Defendant.*

## ORDER

THIS MATTER is before the Court on the parties' joint motion pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(B) to modify the scheduling order regarding the completion of the seven fact-depositions listed below (Docket no. 1492 ).

Upon consideration of the joint motion and it appearing that good cause exists to modify the Scheduling Order and to grant the relief now sought, it is hereby

ORDERED that the motion is GRANTED, and the parties may take the following depositions on the dates listed below:

| *Deponent* | *Date* |
| --- | --- |
| Scott Sheffer (Google) | July 1, 2025 |
| Stephanie Layser (third-party) | July 1, 2025 |
| Andrew Casale (third-party) | July 2, 2025 |
| Noam Wolf (Google) | July 18, 2025 |
| Jeff Green (third-party) | July 25, 2025 |
| Michael Racic (third-party) | July 28, 2025 |

| Rajeev Goel (third-party) | August 19, 2025 |
|---|---|

**This motion is being granted based on the parties representation that it will not interfere with expert discovery, disrupt the remainder of the schedule, or delay the remedies trail.** Except as modified herein, the Scheduling Order remains unchanged.

Entered this 20th day of June, 2025.

_____/s/_____

John F. Anderson
United States Magistrate Judge