**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PROPOSED ORDER**

PURSUANT TO Local Civil Rule 5(C), Plaintiffs made a motion to seal exhibits to and portions of their brief in support of their Motion to Enforce the Court's May 30 Order and to Compel Production of Google's Feasibility Submissions to the European Commission (Dkt. 1479). Upon consideration of the sealing motion and Defendant Google LLC's response (Dkt. _____), the Court finds that (i) sufficient notice has been given (Dkt. 1481); (ii) the exhibits and redacted text contain Google's protected attorney work product, confidential business information, and confidential settlement negotiations; (iii) only sealing will sufficiently protect Google from prejudice and harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, based on the common law right of access, has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

ENTERED this ____ day of _____ 2025.

Alexandria, Virginia                                          _____