# APPENDIX A

# REDACTED VERSION

| Bates number | Privilege Log number | Custodians | Privilege Description | Privilege Asserted |
|---|---|---|---|---|
| GOOG-AT-MDL-B-009828429 | GGPL-AT-000650888 | | Presentation containing and revealing legal advice of Svilen Karaivanov ESQ regarding legal aspects of product development. | AC |
| GOOG-AT-MDL-B-009828697 | GGPL-AT-0054838 | | Draft memorandum seeking, containing and revealing legal advice of Conor Opdebeeck-Wilson ESQ, Brian Kennedy ESQ and Bevan Avery ESQ regarding active, pending or anticipated litigation prepared in anticipation of litigation. | AC; WP |
| GOOG-AT-MDL-B-009828561 | GGPL-AT-000662392 | | Report revealing legal advice of Alex Bergersen ESQ regarding legal aspects of product development. | AC |
| GOOG-AT-MDL-B-009828652 | GGPL-AT-000696544 | | Draft presentation seeking, containing and revealing legal advice of Alex Bergersen ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828729 | GGPL-AT-000674157 | | Memorandum containing legal advice of Alex Bergersen ESQ regarding regulatory matters. | AC |
| GOOG-AT-MDL-B-009828750 | GGPL-AT-0054913 | | Email seeking legal advice of counsel regarding legal aspects of product development. | AC |

| Bates number | Privilege Log number | Custodians | Privilege Description | Privilege Asserted |
|---|---|---|---|---|
| GOOG-AT-MDL-B-009828566 | GGPL-AT-000716403 | ██████ | Presentation revealing legal advice and work product of counsel regarding antitrust investigation or proceeding prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828594 | GGPL-AT-000747716 | ██████████████████████ ██████████ | Memorandum revealing legal advice of Alex Bergersen ESQ, Ted Lazarus ESQ and Rosie Lipscomb ESQ regarding antitrust investigation or proceeding prepared in response to active regulator investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828834 | GGPL-AT-000745339 | ██████████████ | Memorandum containing legal advice and work product of Alex Bergersen ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828829 | GGPL-AT-000669413 | ████████████████████ ████ | Draft memorandum containing legal advice and work product of Conor Opdebeeck-Wilson ESQ and Bevan Avery ESQ regarding antitrust investigation or proceeding prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828764 | GGPL-3070046608 | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████ | Presentation containing legal advice of counsel regarding policy compliance. | AC |

| Bates number | Privilege Log number | Custodians | Privilege Description | Privilege Asserted |
|---|---|---|---|---|
| GOOG-AT-MDL-B-009828530 | GGPL-AT-0012133 | | Presentation reflecting legal advice of Ted Lazarus ESQ, Uchechi Chima-Okereke ESQ, and Matthew Bye ESQ regarding legal aspects of product development. | AC |
| GOOG-AT-MDL-B-009828425 | GGPL-1380108224 | | Notes containing legal advice of counsel regarding regulatory issues. | AC |
| GOOG-AT-MDL-B-009828509 | GGPL-AT-0013615 | | Draft document prepared or collected by and containing legal advice of Alex Bergersen ESQ regarding antitrust investigation or proceeding, prepared in anticipation of litigation. | AC; WP |
| GOOG-AT-MDL-B-009828443 | GGPL-3070514376 | | Draft notes seeking legal advice of counsel regarding regulatory issues. | AC |
| GOOG-AT-MDL-B-009828450 | GGPL-AT-0034570a | | Draft memorandum revealing legal advice and opinion work product of Uchechi Okereke ESQ regarding remedy project undertaken in response to active government investigations and in anticipation of litigation. | AC; WP |
| GOOG-AT-MDL-B-009828460 | GGPL-4170014622 | | CAN'T FIND ON A LOG | |
| GOOG-AT-MDL-B-009828522 | GGPL-AT-0027091 | | Memorandum seeking legal advice of counsel regarding legal aspects of product development. | AC |
| GOOG-AT-MDL-B-009828514 | GGPL-AT-0027083 | | Memorandum seeking legal advice of counsel regarding legal aspects of product development. | AC |

| Bates number | Privilege Log number | Custodians | Privilege Description | Privilege Asserted |
|---|---|---|---|---|
| GOOG-AT-MDL-B-009828599 | GGPL-AT-0053551 | ███ | Draft presentation revealing legal advice of Alex Bergersen ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC; WP |
| GOOG-AT-MDL-B-009828584 | GGPL-AT-000720303 | ███ | Draft memorandum containing legal advice and work product of Daniel Bitton ESQ, Alex Bergersen ESQ and Uchechi Okereke ESQ regarding compliance with competition laws prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828336 | GGPL-AT-000600294 | ███ | Memorandum revealing legal advice and work product of Uchechi Chima-okereke ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| GOOG-AT-MDL-B-009828355 | GGPL-AT-000600298 | ███ | Presentation prepared at the direction of and for Alex Bergersen ESQ and Liz Daly ESQ regarding legal aspects of product development. | AC |