UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5(C) Google LLC seeks leave to file Exhibit 1 to its Status Report under seal. Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the material at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on opposing counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are contained in the memorandum of law concurrently filed in support of this motion. A proposed order is attached for the Court's convenience.

Dated: June 27, 2025                                      Respectfully submitted,

| | |
|---|---|
| Eric Mahr (*pro hac vice*) | */s/ Craig C. Reilly* |
| Andrew Ewalt (*pro hac vice*) | Craig C. Reilly (VSB # 20942) |
| Tyler Garrett (VSB # 94759) | THE LAW OFFICE OF |
| FRESHFIELDS US LLP | CRAIG C. REILLY, ESQ |
| 700 13th Street, NW, 10th Floor | 209 Madison Street, Suite 501 |
| Washington, DC 20005 | Alexandria, VA 22314 |
| Telephone: (202) 777-4500 | Telephone: (703) 549-5354 |
| Facsimile: (202) 777-4555 | Facsimile: (703) 549-5355 |
| eric.mahr@freshfields.com | craig.reilly@ccreillylaw.com |
| | |
| Justina K. Sessions (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| FRESHFIELDS US LLP | Jeannie S. Rhee (*pro hac vice*) |
| 855 Main Street | William A. Isaacson (*pro hac vice*) |
| Redwood City, CA 94063 | Jessica E. Phillips (*pro hac vice*) |
| Telephone: (650) 618-9250 | DUNN ISAACSON RHEE LLP |
| Fax: (650) 461-8276 | 401 Ninth Street, NW |
| justina.sessions@freshfields.com | Washington, DC 20004-2637 |
| | Telephone: (202) 240-2900 |
| Daniel Bitton (*pro hac vice*) | kdunn@dirllp.com |
| AXINN, VELTROP & HARKRIDER LLP | |
| 55 2nd Street | Erin J. Morgan (*pro hac vice*) |
| San Francisco, CA 94105 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Telephone: (415) 490-2000 | 1285 Avenue of the Americas |
| Facsimile: (415) 490-2001 | New York, NY 10019-6064 |
| dbitton@axinn.com | Telephone:  (212) 373-3387 |
| | Facsimile:  (212) 492-0387 |
| Bradley Justus (VSB # 80533) | ejmorgan@paulweiss.com |
| AXINN, VELTROP & HARKRIDER LLP | |
| 1901 L Street, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |

*Counsel for Defendant Google LLC*