UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Defendant Google LLC ("Google) filed a motion to seal, seeking leave to file Exhibit 1 to its Status Report under seal. Pursuant to Local Civil Rule 5, Google hereby notifies Plaintiffs and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: June 27, 2025                                                         Respectfully submitted,

| | |
|---|---|
| Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Tyler Garrett (VSB # 94759)<br>FRESHFIELDS US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br>eric.mahr@freshfields.com | */s/ Craig C. Reilly*<br>Craig C. Reilly (VSB # 20942)<br>THE LAW OFFICE OF<br>CRAIG C. REILLY, ESQ<br>209 Madison Street, Suite 501<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-5355<br>craig.reilly@ccreillylaw.com |
| Justina K. Sessions (*pro hac vice*)<br>FRESHFIELDS US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>Fax: (650) 461-8276<br>justina.sessions@freshfields.com | Karen L. Dunn (*pro hac vice*)<br>Jeannie S. Rhee (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Jessica E. Phillips (*pro hac vice*)<br>DUNN ISAACSON RHEE LLP<br>401 Ninth Street, NW<br>Washington, DC 20004-2637<br>Telephone: (202) 240-2900<br>kdunn@dirllp.com |
| Daniel Bitton (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>55 2nd Street<br>San Francisco, CA 94105<br>Telephone: (415) 490-2000<br>Facsimile: (415) 490-2001<br>dbitton@axinn.com | Erin J. Morgan (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  (212) 373-3387<br>Facsimile:  (212) 492-0387<br>ejmorgan@paulweiss.com |
| Bradley Justus (VSB # 80533)<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>bjustus@axinn.com | |

*Counsel for Defendant Google LLC*