IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF PLAINTIFFS' DESIGNATION OF DOCUMENTS FOR *IN CAMERA* REVIEW

PLEASE TAKE NOTICE that, pursuant to the Court's June 20, 2025 Order (ECF No. 1504), Plaintiffs have designated the following documents for Google to produce to the Court for *in camera* review:

GOOG-AT-MDL-B-009828429

GOOG-AT-MDL-B-009828764

GOOG-AT-MDL-B-009832248

GOOG-AT-MDL-B-009832487

GOOG-AT-MDL-B-009832520

GOOG-AT-MDL-B-009832593

GOOG-AT-MDL-B-009832633

GOOG-AT-MDL-B-009832641

GOOG-AT-MDL-B-009833098

GGPL-AT-000795043

For the nine designated documents that Google has produced to Plaintiffs in redacted form, Plaintiffs understand that Google will submit to the Court the as-produced redacted

1

versions and unredacted versions of these documents, along with the other materials required by the Court's Order.

Dated: June 27, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>DAVID A. GEIGER<br>MATTHEW R. HUPPERT<br>DAVID TESLICKO<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>*Attorneys for the United States* | *Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia* |