# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

UNITED STATES, *et al.*,

        *Plaintiffs*,

    v.                                                                         Civil Action No.1:23-cv-00108-LMB-JFA

GOOGLE LLC,

        *Defendant*.

## DEFENDANT GOOGLE LLC'S REPLY TO
## PLAINTIFFS' STATUS REPORT RESPONSE

Google files this short reply to Plaintiffs' Response to Google's Status Report (Dkt. 1517). In their response, Plaintiffs suggest that Google's offer to produce nonsettlement materials, namely (1) Google's response to the EC's Statement of Objections (Remedy Chapter) and (2) Expert Report of Professor Jason Nieh, is insufficient because Google has represented that all responsive materials are settlement materials. That is not accurate.

First, Plaintiffs are aware (and have been well aware for some time) that Google made submissions to the EC outside of any settlement context and those submissions are responsive to RFP 2. *See, e.g.*, Dkt. 1477-6 at 2 (Google's June 6 letter to Plaintiffs concerning RFP 2 and the EC materials, which Plaintiffs attached to their motion to compel, explicitly discusses non-settlement materials: "even if Plaintiffs only sought Google's ***non-settlement materials***, producing those materials from an ongoing, confidential foreign proceeding would be inappropriate, especially when they bear little relevance to laws and standards governing this case.").

Second, as Google explained, the EC materials Plaintiffs are requesting "include"–but are not limited to–settlement materials: "while Plaintiffs claim they are not interested in 'settlement proposals or negotiations about such proposals,' . . . the EC-related materials they seek *include* exactly that." Dkt. 1494 at 4 (emphasis added). Plaintiffs specifically highlighted this language in their reply in support of the motion to compel, arguing:

> Because Plaintiffs are not seeking those documents, but instead factual statements Google made to the EC—***including statements outside of any potential settlement context***—*CHS* is inapt. And ***Google implicitly concedes that these documents exist*** when it notes that "the EC-related materials [Plaintiffs] seek *include* exactly that." Opp. at 4.

Dkt. 1499 at 12 (third emphasis in original).

Third, as made transparent during the June 20 hearing, Plaintiffs are not limiting their request to factual statements made in submissions outside of the settlement context, they are also seeking documents provided in the context of settlement negotiations. June 20, 2025 Hr'g Tr. 22:12-18 ("That Google goes to European Commission -- and perhaps they do make a settlement proposal.  Maybe they are in negotiations. We're not interested in those documents, and [the requested documents] may be related to those. ***They may be in that context***, but they are factual representations.").

In sum, Plaintiffs are wrong when they take one line out of context from a prior filing to suggest that Google's offer to produce non-settlement materials to the EC "would not help resolve the present dispute." Dkt. 1517 at 2.

2

Case 1:23-cv-00108-LMB-JFA     Document 1523     Filed 06/30/25     Page 3 of 3 PageID# 105473

Dated: June 30, 2025                                   Respectfully submitted,

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3387
Facsimile:  (212) 492-0387
ejmorgan@paulweiss.com

*Counsel for Defendant Google LLC*