IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

On June 20, 2025, the court held a hearing on plaintiffs' motion to enforce the court's May 30 order and to compel production of Google's remedy feasibility submissions to the European Commission (Docket no. 1474) and took under consideration the production of Google's remedy feasibility submissions to the EC (Docket no. 1504). On Friday, June 27, 2025, defendant provided the court with a status report concerning the request for clarification submitted to the Hearing Officer concerning the EC case team letter to plaintiffs' counsel dated May 28, 2025. (Docket no. 1511). Plaintiffs have filed a response to the status report and defendant has filed a reply to plaintiffs' response. (Docket nos. 1517, 1523).

Having reviewed the various submissions by the parties, and as an interim measure, the court hereby

ORDERS that defendant produce non-settlement materials responsive to document request number 2 (as narrowed by plaintiffs) which would include defendant's response to the EC's Statement of Objections (Remedy Chapter) and the expert report of Professor Jason Nieh. Defendant shall have seven days from the entry of this order to produce these materials for the

reasons outlined in defendant's status report. The court will provide the parties with additional guidance on this issue in the near future.

Entered this 2nd day of July, 2025.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia