IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

On June 20, 2025, the court held a hearing on plaintiffs' motion to enforce the court's May 30 order and to compel production of Google's remedy feasibility submissions to the European Commission (Docket no. 1474) and took under consideration the production of Google's remedy feasibility submissions to the EC (Docket no. 1504). On Friday, June 27, 2025, defendant provided the court with a status report concerning the request for clarification submitted to the Hearing Officer concerning the EC case team letter to plaintiffs' counsel dated May 28, 2025. (Docket no. 1511). Plaintiffs have filed a response to the status report and defendant has filed a reply to plaintiffs' response. (Docket nos. 1517, 1523).

On July 2, 2025, the court entered an order requiring defendant to produce non-settlement materials responsive to document request number 2 (as narrowed by plaintiffs) which would include defendant's response to the EC's Statement of Objections (Remedy Chapter) and the expert report of Professor Jason Nieh. (Docket no. 1528). The remaining issue involved in this most recent motion to compel is whether defendant must produce the documents it submitted to the EC during settlement negotiations relating to the feasibility of remedies. Having reviewed

1

the parties' previous submissions on this more limited issue, it appears that additional briefing would be of assistance to the court. Therefore, it is hereby

ORDERED that by 5:00 p.m. on Wednesday, July 9, 2025, plaintiffs and defendant may file a supplemental memorandum not exceeding seven pages addressing the issue of whether nonpublic documents submitted to the EC by defendant during any settlement discussions that discuss the feasibility of proposed remedies should be produced.

Entered this 7th day of July, 2025.

                                                       /s/
                                               John F. Anderson
                                               United States Magistrate Judge
                                               John F. Anderson
Alexandria, Virginia                          United States Magistrate Judge