IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Civil Rule 5(C) and the Modified Protective Order (Dkt. 203), Plaintiffs respectfully move this Court to seal Exhibits 1 and 2 to the Supplemental Memorandum of Law in Support of Plaintiffs' Motion to Compel Production of Google's Remedy Feasibility Submissions to the European Commission and portions of that Supplemental Memorandum. Exhibits 1 and 2 and the portions of the Supplemental Memorandum that Plaintiffs seek to seal contain material Defendant Google has designated as confidential or highly confidential. Consistent with the local rule and this Court's Electronic Case Filing Policies and Procedures, undersigned counsel have filed the materials at issue using the sealed filing event on CM/ECF and hereby certify that they will serve a copy on opposing counsel and deliver a copy to this Court in a separate container labeled "UNDER SEAL." The grounds for this motion are contained in the accompanying memorandum of law. A proposed order is attached for the Court's convenience.

Dated: July 9, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |

/s/ Gerard Mene                             /s/ Tyler T. Henry
GERARD MENE                            TYLER T. HENRY
Assistant U.S. Attorney                   Assistant Attorney General
2100 Jamieson Avenue
Alexandria, VA 22314                     Office of the Attorney General of Virginia
Telephone: (703) 299-3777             202 North Ninth Street
Facsimile: (703) 299-3983               Richmond, VA 23219
Email: Gerard.Mene@usdoj.gov      Telephone: (804) 692-0485
                                                        Facsimile: (804) 786-0122
/s/ Julia Tarver Wood                    Email: thenry@oag.state.va.us
JULIA TARVER WOOD
MATTHEW R. HUPPERT              *Attorneys for the Commonwealth of*
DAVID TESLICKO                         *Virginia and local counsel for the*
MICHAEL E. WOLIN                     *States of Arizona, California,*
                                                        *Colorado, Connecticut, Illinois,*
United States Department of Justice   *Michigan, Minnesota, Nebraska, New*
Antitrust Division                            *Hampshire, New Jersey, New York,*
450 Fifth Street NW, Suite 7100       *North Carolina, Rhode Island,*
Washington, DC 20530                   *Tennessee, Washington, and West*
Telephone: (202) 307-0077             *Virginia*
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

2