IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

On July 2, 2025, the court entered an order requiring defendant to provide additional information concerning certain redactions in document number 3 (GOOG-AT-MDL-B-009832487) and document number 8 (GOOG-AT-MDL-B-009832520) so the court could complete its *in camera* review of the ten documents selected by plaintiffs. (Docket no. 1527). As ordered, defendant provided additional information to the court in an *in camera* submission on July 7, 2025. The court has reviewed that additional information provided by defendant and finds that the information contained in document number 3 on pages GOOG-AT-MDL-B-009832497–99 appears to be sufficiently related to the nature and scope of work that would be required to facilitate divestiture as requested by plaintiffs and shall be produced to plaintiffs. As to the redactions in document number 8 on pages GOOG-AT-MDL-B_009832537–43, the court finds that the information on pages 009832537, 009832541, and the top of 0098325343 shall be produced. Pages 009832538–40 and 42 do not need to be produced.

Now that the court has completed its *in camera* review, counsel for defendant shall arrange to retrieve the materials that were submitted to the court *in camera* and shall maintain those materials in the event any issues arise in the future concerning those documents.

1

Entered this 10th day of July, 2025.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia