IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, *et al.*,    )
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )        Civil Action No. 1:23cv0108 (LMB/JFA)
                                       )
GOOGLE LLC,                            )
                                       )
                    Defendant.         )
                                       )

## **ORDER**

On June 27, 2025, defendant filed a motion to seal exhibit 1 to its status report. (Docket no. 1513). As stated in the memorandum in support of the motion to seal, defendant requests that a letter from the European Commission ("EC") to defendant remain under seal given that the letter relates to an ongoing investigation by the EC and recites certain limitations on the disclosure of information. (Docket no. 1514). No person or entity has filed a response or objection to this motion to seal.

This motion to seal concerns materials submitted to the court for review on a motion to compel and therefore any information to be filed under seal must satisfy the "common law" standard discussed in *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004). Having reviewed exhibit 1 attached to the status report, the court finds that for **the purposes of this motion,** that document may remain under seal at this time. For these reasons, it is hereby

ORDERED that the motion to seal is granted and exhibit 1 to the status report may remain under seal.

1

Entered this 10th day of July, 2025.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia