IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.   ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:23cv0108 (LMB/JFA) |

### NOTICE

On July 11, 2025, the court returned to counsel for defendant the documents that were provided to the court for *in camera* review on June 30, 2025, and the additional information that was submitted to the court for *in camera* review on July 7, 2025 .

Entered this 11th day of July, 2023.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia