# EXHIBIT 2

# REDACTED

```
                                                              1
 1       IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF VIRGINIA
 2             ALEXANDRIA DIVISION
                   - - -
 3
      UNITED STATES, et al.,    :
 4                              :   NO.
           Plaintiffs,          :   1:23-cv-00108
 5                              :   -LMB-JFA
           v.                   :
 6                              :
      GOOGLE LLC,               :
 7                              :
           Defendants.          :
 8

 9            - HIGHLY CONFIDENTIAL -

10                   - - -

11              June 24, 2025

12                   - - -

13

14            Videotaped deposition of
      ███████████, taken in a 30(b)(6)
15    capacity, pursuant to notice, was held
      Axinn Veltrop & Harkrider LLP, 45
16    Rockefeller Plaza, New York, New York,
      beginning at 9:07 a.m., on the above
17    date, before Michelle L. Ridgway, a
      Registered Professional Reporter,
18    Certified Shorthand Reporter, Certified
      Realtime Reporter, Certified Court
19    Reporter, and Notary Public.

20                   - - -

21

22
```

Page 50

[lines 1-22 redacted]

Page 51

[lines 1-22 redacted]

Page 52

[lines 1-7 redacted]

8  BY MR. GEIGER:
9       Q.   We talked about AdX for a
10  few minutes.  How would you define the
11  exchange functionality within GAM?
12       A.   I would define the exchange
13  functionality within GAM as being
14  primarily where the exchange is a
15  matchmaker of sorts to different sources
16  of demand, where demand would be ads.
17  Where the ad server, the publisher, is
18  in direct control of every single line
19  item, campaign, targeting parameters,
20  for everything within the ad server.
21            On an exchange, the
22  exchange plays the role of extracting

Page 53

1  away different sources of demand,
2  whether we are talking about ads from
3  Amazon, ads from The Trade Desk, ads
4  from Google Ads.
5            And the publisher uses the
6  exchange to acquire inventory that they
7  didn't, say, negotiate ahead of time.
8  Oftentimes, this is referred to as sort
9  of a differentiation between direct and
10 indirect.
11           So by and large, the ad
12 server is really about publishers having
13 control in what they are directly
14 managing, and the exchange is more about
15 indirect sources of demand, where the
16 exchange is bringing that demand to the
17 publisher.
18      Q.   When you say the publisher
19 uses exchange to acquire inventory, did
20 you mean the advertiser uses the
21 exchange to acquire inventory?
22      A.   You'd have to -- it's