IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, et al.,  )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )   Civil Action No. 1:23cv0108 (LMB/JFA)
                                    )
GOOGLE LLC,                         )
                                    )
            Defendant.              )
_____)

## ORDER

On July 9, 2025, defendant filed a motion to file under seal an unredacted version of its supplemental memorandum in opposition to plaintiffs' request for settlement materials provided to the European Commission. (Docket no. 1541). Defendant has filed in the public record a version of the memorandum in which certain information on pages 3, 4, and 6 has been redacted. (Docket no. 1539). In the memorandum in support of the motion to seal defendant states that it seeks to keep those selected portions of the memorandum under seal to protect confidential settlement negotiations. No person or entity has filed a response or objection to this motion to seal.

This motion to seal concerns materials submitted to the court for review on a motion to compel and therefore any information to be filed under seal must satisfy the "common law" standard discussed in *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004). While the information that defendant has redacted in the public version of its memorandum does not contain any substantive information concerning the details of any settlement negotiation, it does relate to settlement discussions. For **the purposes of this motion,** the court will allow that information to remain under seal at this time. For these reasons, it is hereby

1

ORDERED that the motion to seal is granted and the unredacted version of the memorandum may remain under seal.

Entered this 18th day of July, 2025.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia