IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR PRE-TRIAL SCHEDULE AND PROCEDURES**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(B), Plaintiffs and Defendant jointly move to supplement the Court's scheduling order (ECF No. 1428) to establish additional deadlines and procedures to govern pre-trial proceedings in this case. As set forth in more detail in the attached proposed order, the parties jointly propose deadlines and procedures similar in form to those the Court adopted during the liability phase of this case, including pre-trial deadlines and procedures relating to witness lists, exhibit lists, deposition designations, confidentiality, and evidentiary motions. There is good cause to adopt these deadlines and procedures because they will promote the orderly and efficient adjudication of this remedies phase, as they did during the liability phase.

In addition to entering the attached proposed order, the parties respectfully raise three additional issues relating to the conduct of the forthcoming remedies trial:

1. **Trial duration.** For scheduling purposes, based on discovery and expert disclosures to date, Plaintiffs estimate that their case in chief will last between 4 and 6 trial days, and Google estimates that its case in chief will last between 4 and 5 trial days.[1]

---

[1] The length of Google's case in chief will depend in part on the length of Plaintiffs' case in chief, and the length of Plaintiffs' rebuttal case will depend in part on the length and substance of Google's case in chief.

2. **Opening statements.** To aid the Court in evaluating the parties' evidence and arguments, the parties respectfully request the opportunity to present opening statements of no longer than thirty (30) minutes per side, as they did during the liability trial.

3. **Courtroom seating.** During the liability trial, the Court reserved one row in the courtroom gallery for Google's use, and Google respectfully requests that the Court reserve two additional rows in the gallery (for a total of three rows) for Google's use during the remedies trial.

WHEREFORE, the parties respectfully request that the Court grant this relief. A proposed order is submitted herewith.

## WAIVER OF ORAL ARGUMENT:

The parties waive oral argument on this procedural motion.

**JOINTLY SUBMITTED** this 5th day of August 2025:

ERIK S. SIEBERT
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
DAVID A. GEIGER
MATTHEW R. HUPPERT
DAVID M. TESLICKO
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

*Attorney for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia*

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF CRAIG C. REILLY
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (*pro hac vice*)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2928
ejmorgan@paulweiss.comemorgan@dirllp.com

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant Google LLC*