IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## ORDER

Having reviewed the parties' Joint Motion for Pre-Trial Schedule and Procedures, [Dkt. No. 1559], and having found good cause for the parties' three requests, it is hereby

ORDERED that the Motion [Dkt. No. 1559] is GRANTED as to the trial duration, requested time for opening statements, and requested courtroom seating.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 5 day of August, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge