**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S WITNESS LIST / RULE 26(a)(3) DISCLOSURES**

Pursuant to the Court's Order Regarding Pre-Trial Schedule and Procedures entered on August 5, 2025, ECF No. 1560, and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Google LLC ("Google") hereby submits its witness list.

Google submits this witness list without waiving any of its rights, including the right to amend or supplement this list. Google also reserves the right to call any rebuttal witnesses.

Google expects to present the testimony, either live ("L") or by deposition ("D"), of the following witnesses[1]:

Heather Adkins (L)

James Avery (D)

Glenn Berntson (L)

Andrew Casale (D)

Jed Dederick (D)

Shane Goodwin (L)

---

[1] In the event Plaintiffs call a witness to testify live that Google has listed as calling by deposition, Google reserves the right to cross-examine the witness outside of the scope of the direct testimony.

Sam Greenfield (L)

Nirmal Jayaram (L)

Luke Lambert (D)

Andres Lerner (L)

George Levitte (L)

David Maymudes (L)

Jason Nieh (L)

Michael Racic (D)

Bryan Rubin (L)

Scott Sheffer (L)

If the need arises, Defendants may present the testimony, either live ("L") or by deposition ("D"), of the following witnesses[2]:

Per Bjorke (L)

Tim Craycroft (L)

Arnaud Creput (D)

Jay Friedman (D)

Rajeev Goel (L or D designation pending)

Jason Kint (D)

Nitish Korula (L)

Stephanie Layser (D)

---

[2] Google has included on its may call witness list a number of third parties it anticipates Plaintiffs will include on their witness list. Google wishes to reserve the right to cross-examine or counter designate testimony outside of the scope of the direct testimony or affirmative designations proffered by Plaintiffs but also reserves the right to move to exclude or limit the testimony offered by these third parties.

Jason Taylor (D)

Matthew Wheatland (D)

Grant Whitmore (D)

Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures.

| | |
|---|---|
| Dated: August 15, 2025 | Respectfully submitted, |
| | |
| Eric Mahr (pro hac vice) | */s/ Craig C. Reilly* |
| Andrew Ewalt (pro hac vice) | Craig C. Reilly (VSB # 20942) |
| Tyler Garrett (VSB # 94759) | THE LAW OFFICE OF |
| FRESHFIELDS BRUCKHAUS | CRAIG C. REILLY, ESQ. |
| DERINGER US LLP | 209 Madison Street, Suite 501 |
| 700 13th Street, NW, 10th Floor | Alexandria, VA 22314 |
| Washington, DC 20005 | Telephone: (703) 549-5354 |
| Telephone: (202) 777-4500 | Facsimile: (703) 549-5355 |
| Facsimile: (202) 777-4555 | craig.reilly@ccreillylaw.com |
| eric.mahr@freshfields.com | |
| | Karen L. Dunn (*pro hac vice*) |
| Justina K. Sessions (pro hac vice) | Jeannie S. Rhee (*pro hac vice*) |
| FRESHFIELDS BRUCKHAUS | William A. Isaacson (*pro hac vice*) |
| DERINGER US LLP | Jessica Phillips (*pro hac vice*) |
| 855 Main Street | Amy J. Mauser (*pro hac vice*) |
| Redwood City, CA 94063 | Bryon P. Becker (VSB #93384) |
| Telephone: (650) 618-9250 | Erica Spevack (*pro hac vice*) |
| Fax: (650) 461-8276 | DUNN ISAACSOON RHEE LLP |
| justina.sessions@freshfields.com | 401 Ninth Street, NW |
| | Washington, DC 20004 |
| Daniel Bitton (*pro hac vice*) | Telephone: (202) 240-2900 |
| AXINN, VELTROP & HARKRIDER LLP | kdunn@dirllp.com |
| 55 2nd Street | Erin J. Morgan (*pro hac vice*) |
| San Francisco, CA 94105 | DUNN ISAACSOON RHEE LLP |
| Telephone: (415) 490-2000 | 11 Park Place |
| Facsimile: (415) 490-2001 | New York, NY 10007 |
| dbitton@axinn.com | Telephone:  (202) 240-2928 |
| | emorgan@dirllp.com |
| Bradley Justus (VSB # 80533) | |
| AXINN, VELTROP & HARKRIDER LLP | *Counsel for Defendant Google LLC* |
| 1901 L Street, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |