IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>**GOOGLE LLC**,<br><br>*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PLAINTIFFS' REMEDIES WITNESS LIST**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order of August 5, 2025 (ECF No. 1560), Plaintiffs, by and through undersigned counsel, hereby submit their witness list for the remedies hearing. Plaintiffs reserve the right to call additional witnesses, not listed below, for impeachment or rebuttal. Plaintiffs also reserve the right to amend or supplement this list.

Plaintiffs expect to present the testimony, either live ("L") or by deposition ("D"), of the following witnesses:

Adkins, Heather (D)

Avery, James (L)

Berntson, Glenn (D)

Bjedov, Goranka (L)

Bjorke, Per (D)

Casale, Andrew (L)

Craycroft, Tim (L)

Créput, Arnaud (D)

Crisci, Paul A. (L)

Dederick, Jed (L)

Friedman, Jay (D)

Goel, Rajeev (pending)[1]

Greenfield, Sam (D)

Jayaram, Nirmal (D)

Kint, Jason (L)

Korula, Nitish (D)

Lambert, Luke (L)

Layser, Stephanie (L)

Lee, Robin S. (L)

Levitte, George (D)

Racic, Michael (D)

Rubin, Bryan (D)

Sheffer, Scott (D)

Taylor, Jason (D)

Weissman, Jon (L)

Wheatland, Matthew (L)

Whitmore, Grant (L)

Wolf, Noam (D)

---

[1] The deadline for the deposition of Mr. Goel has been extended by order of the Court. (*See* ECF No. 1505.) Pursuant to the parties' agreement, plaintiffs will inform counsel for Google whether they intend to call Mr. Goel live or by deposition after Mr. Goel's deposition has occurred and no later than August 22.

Testimony by deposition includes a witness's testimony as a designee for Google under Rule 30(b)(6). If the need arises, Plaintiffs may also present the testimony, either live or by deposition, of any witness listed on Defendant's Witness List.

Dated: August 15, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>DAVID A. GEIGER<br>MATTHEW R. HUPPERT<br>DAVID M. TESLICKO<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>*Attorneys for the United States* | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |