United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

# PLAINTIFFS' REMEDIES EXHIBIT LIST

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX001 | 10/13/2014 13:55 | GOOG-TEX-00081303 | GOOG-TEX-00081334 | Google presentation titled "DRX Merger Eng Review" | Highly Confidential |
| PRX002 | 5/19/2017 18:43 | GOOG-DOJ-13209291 | GOOG-DOJ-13209368 | Google presentation titled "DRX unification phase 2" | Highly Confidential |
| PRX003 | 6/15/2017 21:30 | GOOG-DOJ-13559070 | GOOG-DOJ-13559073 | Email from Fannie Xu to Belle Luo et al. | Highly Confidential |
| PRX004 | 2/21/2020 22:40 | GOOG-DOJ-AT-00167982 | GOOG-DOJ-AT-00167004 | Google presentation titled "DRX Ad Ranking and Auction Introduction" | Highly Confidential |
| PRX005 | 8/11/2021 19:30 | GOOG-DOJ-AT-02447913 | GOOG-DOJ-AT-02447923 | Google document titled "XbidAuthServer Release" | Highly Confidential |
| PRX006 | 3/11/2020 12:52 | GOOG-DOJ-32365504 | GOOG-DOJ-32365507 | Google document titled "AdX Event-level Bid Data Plan" | Confidential |
| PRX007 | 5/2/2023 0:00 | CRITEO_GOOGLELIT_0000000761 | CRITEO_GOOGLELIT_0000000761 | Criteo spreadsheet | Highly Confidential |
| PRX008 | 9/12/2022 14:33 | GOOG-AT-MDL-001971579 | GOOG-AT-MDL-001971592 | Google document titled "Sellside Launch Doc: First-Price Reserve Price Optimization" | Highly Confidential |
| PRX009 | 12/2/2022 2:20 | GOOG-AT-MDL-001975299 | GOOG-AT-MDL-001975304 | Google document titled "Sellside Launch Doc: Optimized Floors Beta" | Confidential |
| PRX010 | 10/3/2014 1:45 | GOOG-AT-MDL-000058059 | GOOG-AT-MDL-000058060 | Email from Ads Extension Quality Email List on behalf of RTM Alerts Email List | Confidential |
| PRX011 | 8/27/2019 15:52 | GOOG-AT-MDL-001417157 | GOOG-AT-MDL-001417179 | Google presentation titled "DRX Overview" | Confidential |
| PRX012 | 2/12/2021 22:22 | GOOG-AT-MDL-000971802 | GOOG-AT-MDL-000971802 | Google spreadsheet titled "Jedi GA Test Cases" | Highly Confidential |
| PRX013 | 5/5/2021 10:58 | GOOG-AT-MDL-000987584 | GOOG-AT-MDL-000987593 | Google document titled "Bid-level DataTransfer" | Confidential |
| PRX014 | 2/22/2022 14:10 | GOOG-AT-MDL-000989823 | GOOG-AT-MDL-000989824 | Google document titled "2-Pager: RPO + OPR Commercialization" | Highly Confidential |
| PRX015 | 11/29/2018 13:33 | GOOG-AT-MDL-000993483 | GOOG-AT-MDL-000993520 | Google presentation titled "Yield Management in Google Ad Manager" | Highly Confidential |
| PRX016 | 3/23/2022 15:46 | GOOG-AT-MDL-001168337 | GOOG-AT-MDL-001168369 | Google presentation titled "Life of an Ad Request" | Confidential |
| PRX017 | 9/23/2022 17:53 | GOOG-AT-MDL-001384105 | GOOG-AT-MDL-001384109 | Google document titled "First-Price RPO Productionize Design" | Confidential |
| PRX018 | 5/17/2018 13:54 | GOOG-AT-MDL-003371408 | GOOG-AT-MDL-003371409 | Email from Bruno Joia to OPG Global Email List et al. | Confidential |
| PRX019 | 1/11/2023 17:22 | GOOG-AT-MDL-003465251 | GOOG-AT-MDL-003465282 | Google document titled "ads Postmortem: Thousands of creatives and landing pages incorrectly flagged as malware" | Confidential |

United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX020 | 10/6/2020 13:20 | GOOG-AT-MDL-004054765 | GOOG-AT-MDL-004054765 | Google spreadsheet | Confidential |
| PRX021 | 8/31/2022 18:21 | GOOG-AT-MDL-004076461 | GOOG-AT-MDL-004076600 | Google presentation titled "System Design" | Confidential |
| PRX022 | 9/26/2022 15:21 | GOOG-AT-MDL-004286860 | GOOG-AT-MDL-004286868 | Google document titled "Optimized Pricing Rules Design Doc" | Confidential |
| PRX023 | 4/7/2016 3:20 | GOOG-AT-MDL-004329152 | GOOG-AT-MDL-004329152 | Google spreadsheet | Confidential |
| PRX024 | 5/14/2021 17:13 | VZGGL-ADLIT-0000261 | VZGGL-ADLIT-0000306 | Verizon presentation titled "Ad Portfolio Discussion Materials" | Highly Confidential |
| PRX025 | 9/7/2022 5:06 | GOOG-AT-MDL-004438238 | GOOG-AT-MDL-004438238 | Google spreadsheet | Highly Confidential |
| PRX026 | 12/20/2021 15:53 | GOOG-AT-MDL-006138947 | GOOG-AT-MDL-006138990 | Google presentation titled "Google Ad Manager Product Overview" | Confidential |
| PRX027 | 7/8/2022 17:04 | GOOG-AT-MDL-006694033 | GOOG-AT-MDL-006694055 | Google presentation titled "Ad Selection Roadmap" | Highly Confidential |
| PRX028 | 9/7/2022 12:46 | GOOG-AT-MDL-007428018 | GOOG-AT-MDL-007428018 | Google spreadsheet | Highly Confidential |
| PRX029 | 3/6/2023 16:58 | GOOG-AT-MDL-007431992 | GOOG-AT-MDL-007431992 | Message from Per Bjorke to Adam Juda | Confidential |
| PRX030 | 10/15/2019 17:15 | GOOG-AT-MDL-008522254 | GOOG-AT-MDL-008522265 | Google document titled "Grumpy No More" | Confidential |
| PRX031 | 8/6/2019 0:00 | EQUATIV-000000459 | EQUATIV-000000459 | Equative document titled "SmartAdserver Ratecard 2019" | Highly Confidential |
| PRX032 | 6/26/2018 15:45 | GOOG-AT-MDL-009766729 | GOOG-AT-MDL-009766748 | Google presentation titled "AwBid Evaluation" | Highly Confidential |
| PRX033 | 4/21/2023 21:14 | GOOG-AT-MDL-009953982 | GOOG-AT-MDL-009953990 | Google document titled "The Alchemist's (AKA Bernanke of First Price or First Price Bernanke) Design Doc" | Highly Confidential |
| PRX034 | 11/11/2022 14:35 | GOOG-AT-MDL-012693796 | GOOG-AT-MDL-012693841 | Google presentation titled "Display Ad Serving: Sellside POV" | Highly Confidential |
| PRX035 | 1/1/1900 0:00 | GOOG-AT-MDL-B-001644997 | GOOG-AT-MDL-B-001644031 | Google document titled "The Project Auras - Global Ad Selection" | Highly Confidential |
| PRX036 | 9/21/2016 14:31 | GOOG-TEX-01232371 | GOOG-TEX-01232393 | Google document titled "Unified TYM (Mediation) PRD - Mobile Apps Only" | Highly Confidential |
| PRX037 | 5/2/2024 22:48 | GOOG-AT-MDL-B-005112811 | GOOG-AT-MDL-B-005112855 | Google presentation titled "Changes to Ad Manager auction" | Highly Confidential |
| PRX038 | 5/29/2025 6:15 | GOOG-AT-MDL-B-009826351 | GOOG-AT-MDL-B-009826351 | Google spreadsheet | Highly Confidential |
| PRX039 | 4/13/2020 22:06 | GOOG-AT-MDL-B-009828450 | GOOG-AT-MDL-B-009828459 | Google document titled "Stonehenge Serving Proposal" | Highly Confidential |
| PRX040 | 3/25/2020 1:22 | GOOG-AT-MDL-B-009828514 | GOOG-AT-MDL-B-009828521 | Google document titled "Deprecated - Stonehenge Serving Proposal" | Highly Confidential |
| PRX041 | 11/16/2020 17:15 | GOOG-AT-MDL-B-009828561 | GOOG-AT-MDL-B-009828565 | Google document | Highly Confidential |
| PRX042 | 8/4/2022 19:01 | GOOG-AT-MDL-B-009828594 | GOOG-AT-MDL-B-009828598 | Google document titled "Redacted" | Highly Confidential |

United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX043 | 8/3/2020 22:59 | GOOG-AT-MDL-B-009828599 | GOOG-AT-MDL-B-009828651 | Google presentation titled "Project Stonehenge" | Highly Confidential |
| PRX044 | 6/8/2022 1:19 | GOOG-AT-MDL-B-009828652 | GOOG-AT-MDL-B-009828696 | Google presentation titled "Redacted" | Highly Confidential |
| PRX045 | 10/11/2022 16:14 | GOOG-AT-MDL-B-009828697 | GOOG-AT-MDL-B-009828728 | Google document titled "Redacted" | Highly Confidential |
| PRX046 | 6/17/2020 17:16 | GOOG-AT-MDL-B-009828764 | GOOG-AT-MDL-B-009828828 | Google presentation titled "Project Single Click" | Highly Confidential |
| PRX047 | 8/26/2021 16:16 | GOOG-AT-MDL-B-009828566 | GOOG-AT-MDL-B-009828583 | Google presentation titled "Redacted" | Highly Confidential |
| PRX048 | 8/2/2022 18:57 | GOOG-AT-MDL-B-009832007 | GOOG-AT-MDL-B-009832018 | Google document titled "HC Estimate" | Highly Confidential |
| PRX049 | 12/5/2022 14:05 | GOOG-AT-MDL-B-009832019 | GOOG-AT-MDL-B-009832051 | Google document titled "Sell-Side Separation Scoping -- Infrastructure" | Highly Confidential |
| PRX050 | 10/31/2024 21:50 | GOOG-AT-MDL-B-009832248 | GOOG-AT-MDL-B-009832325 | Google presentation titled "Redacted" | Highly Confidential |
| PRX051 | 6/23/2023 19:33 | GOOG-AT-MDL-B-009832326 | GOOG-AT-MDL-B-009832436 | Google presentation titled "Redacted" | Highly Confidential |
| PRX052 | 6/20/2024 17:13 | GOOG-AT-MDL-B-009832482 | GOOG-AT-MDL-B-009832486 | Google presentation titled "Redacted" | Highly Confidential |
| PRX053 | 12/20/2021 21:21 | GOOG-AT-MDL-B-009832593 | GOOG-AT-MDL-B-009832619 | Google presentation titled "Project Monday" | Highly Confidential |
| PRX054 | 6/29/2021 18:06 | GOOG-AT-MDL-B-009832641 | GOOG-AT-MDL-B-009832680 | Google presentation titled "Project Sunday[:] Sell-side Focus" | Highly Confidential |
| PRX055 | 4/10/2023 15:24 | GOOG-AT-MDL-B-009832783 | GOOG-AT-MDL-B-009832837 | Google presentation titled "Sellside "Pub Tracks" Scoping Review" | Highly Confidential |
| PRX056 | 4/24/2023 20:58 | GOOG-AT-MDL-B-009832882 | GOOG-AT-MDL-B-009832915 | Google document titled "Sell-Side Separation Scoping -- Infrastructure" | Highly Confidential |
| PRX057 | 1/10/2022 5:48 | GOOG-AT-MDL-B-009833815 | GOOG-AT-MDL-B-009833858 | Google presentation titled "Project Sunday[:] Deep Dive on Sell-Side Options" | Highly Confidential |
| PRX058 | 5/4/2021 21:52 | GOOG-AT-MDL-B-009833899 | GOOG-AT-MDL-B-009833899 | Google document | Highly Confidential |
| PRX059 | 10/25/2021 16:34 | GOOG-AT-MDL-B-009834086 | GOOG-AT-MDL-B-009834097 | Google document titled "Project Cerulean" | Highly Confidential |
| PRX060 | 10/15/2024 10:06 | GOOG-AT-MDL-B-009832487 | GOOG-AT-MDL-B-009832519 | Google document titled "AT.40670 - Google - Ad tech and data related practices" | Highly Confidential |
| PRX061 | 1/13/2015 17:24 | GOOG-DOJ-07810578 | GOOG-DOJ-07810593 | Google presentation titled "AWBid NES Review II" | Highly Confidential |
| PRX062 | 7/1/2019 18:22 | GOOG-DOJ-13615596 | GOOG-DOJ-13615609 | Google document titled "Project AURAS[:] A Unified Reservation/Auction Stack" | Highly Confidential |
| PRX063 | 6/7/2019 18:40 | GOOG-DOJ-AT-00921598 | GOOG-DOJ-AT-00921609 | Email from Nick Wray to David Maymudes et al. | Highly Confidential |
| PRX064 | 10/4/2021 23:20 | GOOG-DOJ-AT-02555892 | GOOG-DOJ-AT-02555898 | Google document titled "MemoFS File Shard Lifecycle Redux: Logging with ULS" | Highly Confidential |
| PRX065 | 6/5/2023 16:20 | Adobe - Google Ad Tech - 0000100 | Adobe - Google Ad Tech - 0000100 | Adobe spreadsheet | Highly Confidential |
| PRX066 | 4/30/2019 5:08 | GOOG-AT-MDL-000886240 | GOOG-AT-MDL-000886248 | Email from Grzegorz Czajkowski to Data Analytics Monthly Updates Email List et al. | Confidential |

Case 1:23-cv-00108-LMB-JFA   Document 1565-1   Filed 08/15/25   Page 4 of 10 PageID# 105765

*United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX067 | 7/29/2020 14:32 | GOOG-AT-MDL-001402306 | GOOG-AT-MDL-001402311 | Google document titled "Publisher-Defined Response Timeouts for AB/OB Bidders" | Highly Confidential |
| PRX068 | 11/16/2022 12:20 | GOOG-AT-MDL-001004706 | GOOG-AT-MDL-001004786 | Google presentation titled "Ad Manager Ecosystem 101" | Highly Confidential |
| PRX069 | 1/1/1900 0:00 | TTD_DOJ-GOOG23-0002128 | TTD_DOJ-GOOG23-0002128 | The Trade Desk spreadsheet | Highly Confidential |
| PRX070 | 8/25/2023 0:00 | CRITEO_GOOGLELIT_00000155 | CRITEO_GOOGLELIT_00000155 | Criteo spreadsheet | Highly Confidential |
| PRX071 | 3/31/2021 11:56 | GOOG-AT-MDL-B-009834098 | GOOG-AT-MDL-B-009834123 | Google document titled "Order Form - Google Ad Manager 360 Service" | Highly Confidential |
| PRX072 | 3/12/2024 23:00 | GOOG-AT-MDL-B-009836624 | GOOG-AT-MDL-B-009836624 | Auras webpage | Highly Confidential |
| PRX073 | 6/30/2025 17:01 | GOOG-AT-MDL-C-000100768 | GOOG-AT-MDL-C-000100769 | Pubsub2 webpage titled "What is Goops?" | Highly Confidential |
| PRX074 | 5/10/2025 0:33 | GOOG-AT-MDL-B-009835964 | GOOG-AT-MDL-B-009835965 | Email from Allison Stein to Kevin Deneen et al. | Highly Confidential |
| PRX075 | 5/10/2025 14:20 | GOOG-AT-MDL-B-009835996 | GOOG-AT-MDL-B-009835997 | Email from Allison Stein to Jeff Taxdahl et al. | Highly Confidential |
| PRX076 | 5/10/2025 15:17 | GOOG-AT-MDL-B-009835998 | GOOG-AT-MDL-B-009835999 | Email from Laurel Barry to Abby Jordan et al. | Highly Confidential |
| PRX077 | 5/10/2025 16:34 | GOOG-AT-MDL-B-009836011 | GOOG-AT-MDL-B-009836012 | Email from Allison Stein to Taylor Straley et al. | Highly Confidential |
| PRX078 | 5/12/2025 0:28 | GOOG-AT-MDL-B-009836058 | GOOG-AT-MDL-B-009836059 | Email from Allison Stein to Quinten Saathoff et al. | Highly Confidential |
| PRX079 | 5/12/2025 21:12 | GOOG-AT-MDL-B-009836074 | GOOG-AT-MDL-B-009836075 | Email from Allison Stein to Kevin Deneen et al. | Highly Confidential |
| PRX080 | 5/14/2025 20:44 | GOOG-AT-MDL-B-009836088 | GOOG-AT-MDL-B-009836089 | Email from Laurel Barry to Taylor Straley et al. | Highly Confidential |
| PRX081 | 5/14/2025 20:48 | GOOG-AT-MDL-B-009836096 | GOOG-AT-MDL-B-009836098 | Email from Laurel Barry to Becky App et al. | Highly Confidential |
| PRX082 | 5/14/2025 20:51 | GOOG-AT-MDL-B-009836099 | GOOG-AT-MDL-B-009836101 | Email from Laurel Barry to Jeff Taxdahl et al. | Highly Confidential |
| PRX083 | 5/14/2025 21:07 | GOOG-AT-MDL-B-009836102 | GOOG-AT-MDL-B-009836104 | Email from Laurel Barry to Quinten Saathoff et al. | Highly Confidential |
| PRX084 | 5/14/2025 21:10 | GOOG-AT-MDL-B-009836105 | GOOG-AT-MDL-B-009836107 | Email from Laurel Barry to Kevin Deneen et al. | Highly Confidential |
| PRX085 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836361 | GOOG-AT-MDL-B-009836362 | Email from Alex Barza to Matt Sanchez | Highly Confidential |
| PRX086 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836389 | GOOG-AT-MDL-B-009836389 | Email from Jeff Birnbaum to Jennifer Weedn | Highly Confidential |
| PRX087 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836501 | GOOG-AT-MDL-B-009836501 | Email from Nadia Ghassemi to Gil Schwartz | Highly Confidential |
| PRX088 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836555 | GOOG-AT-MDL-B-009836557 | Email from Shane Peros to Gabe Bevilacqua et al. | Confidential |
| PRX089 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836567 | GOOG-AT-MDL-B-009836569 | Email from Mara Boundy to Michael Buchwald et al. | Confidential |
| PRX090 | 6/3/2025 20:02 | GOOG-AT-MDL-B-009836601 | GOOG-AT-MDL-B-009836601 | Email from Jen Fan to Cory Lee | Highly Confidential |
| PRX091 | 6/3/2025 16:40 | GOOG-AT-MDL-B-009837601 | GOOG-AT-MDL-B-009837601 | Email from Miki King to Andrew Morse et al. | Highly Confidential |
| PRX092 | 5/29/2025 19:59 | GOOG-AT-MDL-B-009837690 | GOOG-AT-MDL-B-009837691 | Email from Felix Zeng to Nathalie Sajous | Highly Confidential |

United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX093 | 5/30/2025 20:05 | GOOG-AT-MDL-B-009837710 | GOOG-AT-MDL-B-009837712 | Email from Nathalie Sajour to Stephen Mummey | Highly Confidential |
| PRX094 | 6/2/2025 21:59 | GOOG-AT-MDL-B-009837720 | GOOG-AT-MDL-B-009837720 | Email from Nathalie Sajous to Paul Bannister | Highly Confidential |
| PRX095 | 5/5/2025 | | | Plaitiffs' Notice of Proposed Remedies | |
| PRX096 | 5/5/2025 | | | Google's Initial Proposal for Appropriate Remedies | |
| PRX097 | 2/25/2021 | | | Business Insider article titled "Cybersecurity power players: Meet 19 top execs protecting the secrets of the world's biggest tech companies," by Aaron Holmes | |
| PRX098 | | | | RPC Topology of Binaries | |
| PRX099 | | | | Tim Craycroft 30(b)(6) Topics Reference Sheet | |
| PRX100 | | | | Michael Racic Resume | |
| PRX101 | 6/13/2025 | | | Plaintiffs' Revised Notice of Proposed Remedies | |
| PRX102 | 4/24/2025 | | | Prebid article titled "A New Chapter for the Open Internet - Change is in the Air: A call to arms," by the Prebid Marketing Team | |
| PRX103 | | | | Prebid.com webpage titled "Code of Conduct" | |
| PRX104 | 6/27/2025 | | | Letter from Erica Spevack to Michael Wolin providing information responsive to Request for Production No. 29 | |
| PRX105 | 6/30/2025 | | | Google's Response to Request for Production No. 29 | |
| PRX106 | 7/8/2014 5:31 | GOOG-AT-MDL-003839960 | GOOG-AT-MDL-003839032 | Google presentation titled "Ad Platforms Pricing Review" | Confidential |
| PRX107 | 11/10/2022 17:26 | GOOG-AT-MDL-004210393 | GOOG-AT-MDL-004210453 | Google presentation titled "GCP for Nooglers" | Confidential |
| PRX108 | 11/11/2022 0:30 | GOOG-AT-MDL-006926152 | GOOG-AT-MDL-006926155 | Google document titled "Ads Big-Data on Cloud" | Highly Confidential |
| PRX109 | 2/14/2020 19:36 | GOOG-AT-MDL-019854966 | GOOG-AT-MDL-019855009 | Google presentation titled "Project Freesia" | Highly Confidential |
| PRX110 | 8/9/2016 1:40 | GOOG-DOJ-04001578 | GOOG-DOJ-04001580 | Email from Bryan Rubin to Adam Massey et al. | Highly Confidential |
| PRX111 | 2/25/2019 19:26 | GOOG-DOJ-08620017 | GOOG-DOJ-08620024 | Email from Jason Cain to Gayathri Rajan et al. | Highly Confidential |
| PRX112 | 2/3/2015 23:52 | GOOG-DOJ-14011644 | GOOG-DOJ-14011646 | Email from David Nagle to Jeff Shute et al. | Highly Confidential |
| PRX113 | 1/31/2019 20:42 | GOOG-DOJ-09777838 | GOOG-DOJ-09777841 | Email from Tarun Bhatnagar to Rose Yao et al. | Highly Confidential |

Case 1:23-cv-00108-LMB-JFA   Document 1565-1   Filed 08/15/25   Page 6 of 10 PageID# 105767

*United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX114 | 9/28/2021 16:35 | GOOG-AT-MDL-002995359 | GOOG-AT-MDL-002995425 | Google presentation titled "GKE Product Strategy review" | Confidential |
| PRX115 | | | | Cloud.Google.com webpage titled "OpenX: Powering the future of advertising with Google Cloud" | |
| PRX116 | 4/6/2021 | | | Cloud Google blog titled "OpenX is serving over 150 billion ad requests per day with cloud databases," by Bogusław Gorczyca | |
| PRX117 | | | | Cloud.Google.com webpage titled "Spotify: The future of audio. Putting data to work, one listener at a time." | |
| PRX118 | | | | Google Source Code (Listed in Expert Reports of Jon Weissman) (or Printouts of Portions Thereof) | Highly Confidential |
| PRX119 | | | | Google.com webpage titled "Google C++ Style Guide" | |
| PRX120 | 6/12/2025 | | | Android.com webpage titled "AOSP frequently asked questions (FAQ)" | |
| PRX121 | 6/12/2024 | | | Cloud.Google.com webpage titled "Promote modular design" | |
| PRX122 | 6/10/2025 | | | Opensource.Google.com webpage titled "Why Open Source?" | |
| PRX123 | 7/28/2021 | | | Google Cloud blog titled "Best practices for dependency management," by Dustin Ingram | |
| PRX124 | 8/5/2020 | | | Google Open Source blog titled "Open source by the numbers at Google," by Sophia Vargas | |
| PRX125 | 8/7/2025 | | | Cloud.Google.com webpage titled "API design guide" | |
| PRX126 | 8/12/2025 | | | Cloud.Google.com webpage titled "GKE overview" | |
| PRX127 | | | | Cloud.Google.com webpage titled "Google Cloud customer stories" | |
| PRX128 | 8/7/2025 | | | Cloud.Google.com webpage titled "Life of Spanner Reads & Writes" | |
| PRX129 | 2/23/2018 | | | Google Cloud blog titled "How Google Cloud Storage offers strongly consistent object listing thanks to Spanner," by Zhihong Yao | |

*United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX130 | | | | Cloud.Google.com webpage titled "Spanner: Always on database with virtually unlimited scale" | |
| PRX131 | 4/19/2021 | | | Google Cloud blog titled "Colossus under the hood: a peek into Google's scalable storage system," by Dean Hildebrand and Denis Serenyi | |
| PRX132 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 1 | |
| PRX133 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 2 | |
| PRX134 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 3 | |
| PRX135 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 4 | |
| PRX136 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 5 | |
| PRX137 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 1 | |
| PRX138 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 2 | |
| PRX139 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 3 | |
| PRX140 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 4 | |
| PRX141 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 5 | |
| PRX142 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 6 | |
| PRX143 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 7 | |
| PRX144 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 8 | |
| PRX145 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 9 | |
| PRX146 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 10 | |
| PRX147 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 11 | |
| PRX148 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 12 | |
| PRX149 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 13 | |
| PRX150 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 14 | |
| PRX151 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 15 | |
| PRX152 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 16 | |
| PRX153 | 8/11/2025 | | | Lee Reply Remedies Report, Figure 1 | |
| PRX154 | 8/11/2025 | | | Lee Reply Remedies Report, Figure 2 | |
| PRX155 | 8/7/2025 | | | Cloud.Google.com webpage titled "Execute your migration" | |
| PRX156 | 8/7/2025 | | | Cloud.Google.com webpage titled "Architectural overview of Pub/Sub" | |
| PRX157 | | | | Cloud.Google.com webpage titled "Google Cloud Infrastructure" | |

United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX158 | 7/18/2024 | | | Google Research blog titled "Accelerating code migrations with AI," by Stoyan Nikolov and Siddharth Taneja | |
| PRX159 | 5/5/2025 | | | Cloud.Google.com webpage titled "Migrate to Google Cloud: Best practices for validating a migration plan" | |
| PRX160 | 2/13/2024 | | | Cloud.Google.com webpage titled "Continuous data replication to BigQuery using Striim" | |
| PRX161 | 12/25/2021 | | | Google Cloud blog titled "Optimize your system design using Architecture Framework Principles," by Omkar Suram and Rob Rosen | |
| PRX162 | 1/14/2025 | | | Google Cloud blog titled "Trading in the Cloud: Lessons from Deutsche Börse Group's cloud-native trading engine," by Ferudun Oezdemir and Moritz Platt | |
| PRX163 | | | | Cloud.Google.com website tiled "HSBC Customer Hub" | |
| PRX164 | 7/22/2016 | | | Google Cloud blog titled "From Google to the world: The Kubernetes origin story," by Craig McLuckie | |
| PRX165 | 12/22/2023 | | | Lee Initial Liability Report, Figure 73 (previously marked as PTX1247) | Highly Confidential |
| PRX166 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 27 (previously marked as PTX1394) | Highly Confidential |
| PRX167 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 30 (previously marked as PTX1397) | Highly Confidential |
| PRX168 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 1 (previously marked as PTX1473) | Highly Confidential |
| PRX169 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 3 (previously marked as PTX1475) | Highly Confidential |
| PRX170 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 8 (previously marked as PTX1480) | Highly Confidential |
| PRX171 | 1/1/1900 0:00 | GOOG-AT-MDL-B-002554155 | GOOG-AT-MDL-B-002554204 | Google presentation titled "Getting to the Cloud" | Confidential |
| PRX172 | 9/19/2018 16:24 | OPENX-00009582 | OPENX-00009593 | Email from Nate Tzeng to Kyle Winn et al. | Confidential |

United States et al. v. Google LLC, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PRX173 | 10/17/2018 12:25 | OPENX-00010828 | OPENX-00010834 | Email from Oliver Parker to Paul Ryan et al., with attachment | Highly Confidential |
| PRX174 | 6/22/2018 15:15 | OPENX-00011071 | OPENX-00011101 | Email from Kyle Winn to Ivan Gusev et al., with attachment | Highly Confidential |
| PRX175 | 6/2/2025 0:00 | | | Google's Responses to Plaintiffs' First Set of Interrogatories | Highly Confidential |
| PRX176 | 6/16/2025 0:00 | | | Google's Responses to Plaintiffs' Second Set of Interrogatories | |
| PRX177 | 6/30/2025 0:00 | | | Google's Supplemental Responses to Plaintiffs' Second Set of Interrogatories | |
| PRX178 | 6/30/2025 0:00 | | | Google's Responses to Plaintiffs' Third Set of Interrogatories | Highly Confidential |
| PTX1236 | 12/22/2023 | | | Lee Initial Liability Report, Figure 45 (previously admitted into evidence) | Highly Confidential |
| PTX1237 | 12/22/2023 | | | Lee Initial Liability Report, Figure 47 (previously admitted into evidence) | Highly Confidential |
| PTX1238 | 12/22/2023 | | | Lee Initial Liability Report, Figure 48 (previously admitted into evidence) | Highly Confidential |
| PTX1242 | 12/22/2023 | | | Lee Initial Liability Report, Figure 55 (previously admitted into evidence) | Highly Confidential |
| PTX1265 | 12/22/2023 | | | Lee Initial Liability Report, Figure 95 (previously admitted into evidence) | Highly Confidential |
| PTX1278 | 12/22/2023 | | | Lee Initial Liability Report, Figure 108 (previously admitted into evidence) | Highly Confidential |
| PTX1280 | 12/22/2023 | | | Lee Initial Liability Report, Figure 110 (previously admitted into evidence) | Highly Confidential |
| PTX1292 | 12/22/2023 | | | Lee Initial Liability Report, Figure 122 (previously admitted into evidence) | Highly Confidential |
| PTX1388 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 17 (previously admitted into evidence) | Highly Confidential |
| PTX1389 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 18 (previously admitted into evidence) | Highly Confidential |
| PTX1392 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 25 (previously admitted into evidence) | Highly Confidential |
| PTX1393 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 26 (previously admitted into evidence) | Highly Confidential |

*United States et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.)

**PLAINTIFFS' REMEDIES EXHIBIT LIST**

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality |
|---|---|---|---|---|---|
| PTX1395 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 28 (previously admitted into evidence) | Highly Confidential |
| PTX1403 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 36 (previously admitted into evidence) | Highly Confidential |
| PTX1444 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 82 (previously admitted into evidence) | Highly Confidential |