**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br>             *Plaintiffs*, <br><br>   vs. <br><br> GOOGLE LLC, <br><br>             *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**JOINT MOTION TO MODIFY THE ORDER REGARDING PRE-TRIAL SCHEDULE AND PROCEDURES**

PURSUANT TO Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(B), Plaintiffs and Defendant jointly move to modify the order regarding pre-trial scheduling and procedures (ECF No. 1560, the "Order") regarding the designation of deposition testimony by one party for witnesses whom the other party has listed as providing live testimony. The grounds for granting this relief are as follows:

1.     The court rules provide that a scheduling order "may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4); *accord* E.D. Va. Civ. R. 16(B) ("good cause" required to modify schedule).  Generally, a showing of "good cause" to modify the scheduling order requires showing "that the deadlines cannot reasonably be met despite the party's diligence.'" *Cook v. Howard*, 484 F. App'x 805, 815 (4th Cir. 2012) (unpublished *per curiam*) (citations omitted); *accord* Fed. R. Civ. P. 16, 1983 Adv. Comm. Notes (the movant must show that the current deadlines "cannot reasonably be met despite the diligence of the party seeking" the modification).  Moreover, the Court must consider, *inter alia*, "the length of delay and its potential impact on judicial proceedings."  *Roe v. Howard*, 2017 WL 3709088, at *1 (E.D. Va. June 30,

2017).    The parties submit that good cause exists to modify the Order to correct for an inconsistency within the Order regarding the designation of deposition testimony.

2.    Paragraph 1 of the Order requires each party to file a witness list and state whether they intend to call a witness live or by deposition designation. (ECF No. 1560 at 1.) It prohibits a party from "submitt[ing] deposition designations for that witness at trial" if the other party lists the same witness as coming live. (*Id.* at 1–2.) Paragraph 3 requires that initial deposition designations be disclosed by August 22, with subsequent deadlines for counter and reply designations, and any testimony not designated may not later be designated. (*Id.* at 2.)

3.    To the extent these provisions prohibit a party from submitting deposition designations on August 22 for a witness identified by the other party as being called for live testimony, a situation could arise where a party determines during trial not to call a specific witness live with the other party having no opportunity to submit depositions designations. To address this potential situation, the parties propose to amend the Order to allow a party who listed a witness by designation, but was precluded from submitting designations because the other side identified the same witness as coming live, to disclose designations should the other side choose to not call that witness live at trial.

WHEREFORE, the parties respectfully request that the Court grant this relief.  A proposed order is submitted herewith.

### WAIVER OF ORAL ARGUMENT:

The parties waive oral argument on this procedural motion.

**JOINTLY SUBMITTED** this 18th day of August 2025:

ERIK S. SIEBERT
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
DAVID A. GEIGER
MATTHEW R. HUPPERT
DAVID M. TESLICKO
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF CRAIG C. REILLY
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (*pro hac vice*)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone:  (202) 240-2928
emorgan@dirllp.com

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP

*Attorney for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia*

855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant Google LLC*