AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES of AMERICA <br> *Plaintiff* <br> v. <br> GOOGLE LLC <br> *Defendant* | ) ) ) ) ) <br> Case No. 1:23-cv-108 (LMB/JFA) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES of AMERICA

Date:   08/19/2025

*Attorney's signature*

Daniel J Monahan Jr
*Printed name and bar number*
450 Fifth St., NW
Suite 8700
Washington, DC 20530

*Address*

daniel.monahan@usdoj.gov
*E-mail address*

(202) 489-2305
*Telephone number*

(202) 514-9033
*FAX number*