**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **UNITED STATES**, *et al.*, | |
| *Plaintiffs*, | |
| **vs.** | **No: 1:23-cv-00108-LMB-JFA** |
| **GOOGLE LLC**, | |
| *Defendant*. | |

## <u>PLAINTIFFS' NOTICE OF INTENT TO PRESENT DEPOSITION TESTIMONY</u>

Pursuant to this Court's Order of August 5, 2025 (ECF No. 1560), Plaintiffs, by and through undersigned counsel, notify the Court of Plaintiffs' intent to present deposition testimony under Federal Rule of Civil Procedure 32 and Federal Rule of Evidence 801. The deposition testimony to be presented is identified in Exhibit 1. Plaintiffs reserve the right to designate additional deposition testimony in response to Google's designations of deposition testimony, to designate deposition testimony from any witness currently listed as "live" on Google's witness list should Google choose not to call such witness, and to use additional deposition testimony not listed herein for the purposes of impeachment or rebuttal.

(See following page for signatures)

1

Dated: August 22, 2025

Respectfully submitted,

ERIK S. SIEBERT
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
DAVID A. GEIGER
MILOSZ GUDZOWSKI
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington DC 20530
Telephone: (202) 307-0077
Facsimile: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

JASON S. MIYARES
Attorney General of Virginia

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

Attorneys for the Commonwealth of
Virginia and local counsel for the
States of Arizona, California,
Colorado, Connecticut, Illinois,
Michigan, Minnesota, Nebraska,
New Hampshire, New Jersey, New York,
North Carolina, Rhode Island,
Tennessee, Washington, and West
Virginia