UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S DEPOSITION TESTIMONY DESIGNATIONS**

Pursuant to the Court's Order Regarding Pre-Trial Schedule and Procedures entered on August 5, 2025, ECF No. 1560, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 30, Defendant Google LLC ("Google") provides the attached designations of deposition testimony Google may present at trial.

As noted in the parties' Joint Motion to Modify the Order Regarding Pre-Trial Schedule and Procedures, ECF No. 1566, Google reserves the right to designate portions of the deposition testimony of witnesses identified on Plaintiffs' remedies trial witness list in the event that Plaintiffs do not offer live testimony from any such witnesses. Google further reserves the right to supplement or amend these designations in light of any testimony inadvertently omitted from the current designations or which comes to Google's attention after this filing, and for which reasonable notice is given to Plaintiffs. Google further reserves the right to use deposition testimony without previously designating it for impeachment and to use any deposition testimony that Plaintiffs designate. Google also reserves the right to supplement these designations in response to any counter-designations provided by Plaintiffs.

1

Google reserves the right to challenge and object to Plaintiffs' use of any testimony in Google's designations on any appropriate grounds. By including testimony in its designations Google does not waive any objections to the admissibility of any testimony. Google reserves the right to amend its designations if appropriate in light of any motions in limine or other future pretrial rulings of the Court.

Dated: August 22, 2025

Eric Mahr (pro hac vice)
Andrew Ewalt (pro hac vice)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (pro hac vice)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Bryon P. Becker*
Karen L. Dunn (pro hac vice)
Jeannie S. Rhee (pro hac vice)
William A. Isaacson (pro hac vice)
Jessica Phillips (pro hac vice)
Amy J. Mauser (pro hac vice)
Bryon P. Becker (VSB #93384)
Erica Spevack (pro hac vice)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (pro hac vice)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2928
emorgan@dirllp.com

Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Defendant Google LLC*

3

**Google's Initial Designations**  
**Michael Racic (Prebid)**

*United States et al. v. Google LLC*  
Case No. 1:23-cv-00108-LMB-JFA

| Deponent | Date of Deposition | Start page | Start line | End page | End line |
|---|---|---|---|---|---|
| Michael Racic | 2025.07.28 | 10 | 5 | 10 | 14 |
| Michael Racic | 2025.07.28 | 11 | 3 | 11 | 9 |
| Michael Racic | 2025.07.28 | 14 | 7 | 14 | 9 |
| Michael Racic | 2025.07.28 | 14 | 12 | 14 | 22 |
| Michael Racic | 2025.07.28 | 15 | 1 | 15 | 12 |
| Michael Racic | 2025.07.28 | 89 | 17 | 89 | 21 |
| Michael Racic | 2025.07.28 | 126 | 10 | 127 | 22 |
| Michael Racic | 2025.07.28 | 162 | 12 | 163 | 1 |
| Michael Racic | 2025.07.28 | 166 | 16 | 168 | 14 |
| Michael Racic | 2025.07.28 | 168 | 22 | 170 | 8 |
| Michael Racic | 2025.07.28 | 178 | 3 | 178 | 8 |
| Michael Racic | 2025.07.28 | 178 | 15 | 178 | 22 |
| Michael Racic | 2025.07.28 | 179 | 17 | 180 | 8 |
| Michael Racic | 2025.07.28 | 186 | 9 | 186 | 16 |
| Michael Racic | 2025.07.28 | 333 | 10 | 333 | 14 |
| Michael Racic | 2025.07.28 | 333 | 17 | 336 | 1 |
| Michael Racic | 2025.07.28 | 337 | 6 | 339 | 9 |
| Michael Racic | 2025.07.28 | 341 | 21 | 342 | 8 |
| Michael Racic | 2025.07.28 | 342 | 11 | 344 | 22 |

**Google's Initial Designations**  *United States et al. v. Google LLC*
**Rajeev Goel (Pubmatic)**  Case No. 1:23-cv-00108-LMB-JFA

| Deponent | Date of Deposition | Start page | Start line | End page | End line |
|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 10 | 7 | 10 | 9 |
| Rajeev Goel | 2025.08.20 | 17 | 14 | 17 | 19 |
| Rajeev Goel | 2025.08.20 | 19 | 10 | 19 | 21 |
| Rajeev Goel | 2025.08.20 | 26 | 6 | 26 | 14 |
| Rajeev Goel | 2025.08.20 | 26 | 17 | 26 | 20 |
| Rajeev Goel | 2025.08.20 | 26 | 22 | 26 | 25 |
| Rajeev Goel | 2025.08.20 | 27 | 1 | 27 | 11 |
| Rajeev Goel | 2025.08.20 | 27 | 20 | 27 | 25 |
| Rajeev Goel | 2025.08.20 | 28 | 1 | 28 | 15 |
| Rajeev Goel | 2025.08.20 | 28 | 17 | 28 | 19 |
| Rajeev Goel | 2025.08.20 | 28 | 21 | 28 | 24 |
| Rajeev Goel | 2025.08.20 | 29 | 6 | 29 | 24 |
| Rajeev Goel | 2025.08.20 | 30 | 7 | 30 | 25 |
| Rajeev Goel | 2025.08.20 | 31 | 1 | 31 | 10 |
| Rajeev Goel | 2025.08.20 | 33 | 11 | 34 | 4 |
| Rajeev Goel | 2025.08.20 | 34 | 24 | 34 | 25 |
| Rajeev Goel | 2025.08.20 | 35 | 1 | 35 | 7 |
| Rajeev Goel | 2025.08.20 | 35 | 13 | 36 | 15 |
| Rajeev Goel | 2025.08.20 | 37 | 4 | 37 | 5 |
| Rajeev Goel | 2025.08.20 | 37 | 7 | 37 | 8 |
| Rajeev Goel | 2025.08.20 | 37 | 10 | 37 | 16 |
| Rajeev Goel | 2025.08.20 | 37 | 20 | 37 | 24 |
| Rajeev Goel | 2025.08.20 | 38 | 2 | 38 | 15 |
| Rajeev Goel | 2025.08.20 | 38 | 20 | 39 | 6 |
| Rajeev Goel | 2025.08.20 | 39 | 8 | 39 | 12 |
| Rajeev Goel | 2025.08.20 | 39 | 14 | 40 | 12 |
| Rajeev Goel | 2025.08.20 | 40 | 14 | 40 | 14 |
| Rajeev Goel | 2025.08.20 | 40 | 16 | 40 | 19 |
| Rajeev Goel | 2025.08.20 | 40 | 22 | 41 | 1 |
| Rajeev Goel | 2025.08.20 | 41 | 4 | 41 | 4 |
| Rajeev Goel | 2025.08.20 | 41 | 6 | 41 | 7 |
| Rajeev Goel | 2025.08.20 | 41 | 10 | 41 | 10 |
| Rajeev Goel | 2025.08.20 | 41 | 12 | 42 | 6 |
| Rajeev Goel | 2025.08.20 | 42 | 8 | 42 | 14 |
| Rajeev Goel | 2025.08.20 | 42 | 16 | 42 | 25 |
| Rajeev Goel | 2025.08.20 | 43 | 1 | 44 | 9 |
| Rajeev Goel | 2025.08.20 | 44 | 15 | 44 | 18 |
| Rajeev Goel | 2025.08.20 | 44 | 24 | 45 | 13 |
| Rajeev Goel | 2025.08.20 | 45 | 16 | 45 | 16 |
| Rajeev Goel | 2025.08.20 | 45 | 18 | 45 | 25 |
| Rajeev Goel | 2025.08.20 | 46 | 1 | 46 | 14 |

**Google's Initial Designations**  
**Rajeev Goel (Pubmatic)**

*United States et al. v. Google LLC*  
Case No. 1:23-cv-00108-LMB-JFA

| Deponent | Date of Deposition | Start page | Start line | End page | End line |
|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 46 | 17 | 47 | 5 |
| Rajeev Goel | 2025.08.20 | 47 | 8 | 47 | 10 |
| Rajeev Goel | 2025.08.20 | 47 | 12 | 47 | 25 |
| Rajeev Goel | 2025.08.20 | 48 | 1 | 48 | 16 |
| Rajeev Goel | 2025.08.20 | 49 | 17 | 49 | 25 |
| Rajeev Goel | 2025.08.20 | 50 | 1 | 50 | 17 |
| Rajeev Goel | 2025.08.20 | 50 | 19 | 50 | 23 |
| Rajeev Goel | 2025.08.20 | 50 | 25 | 51 | 17 |
| Rajeev Goel | 2025.08.20 | 51 | 20 | 51 | 21 |
| Rajeev Goel | 2025.08.20 | 51 | 23 | 52 | 1 |
| Rajeev Goel | 2025.08.20 | 52 | 4 | 52 | 4 |
| Rajeev Goel | 2025.08.20 | 52 | 7 | 54 | 4 |
| Rajeev Goel | 2025.08.20 | 54 | 7 | 54 | 7 |
| Rajeev Goel | 2025.08.20 | 54 | 9 | 54 | 22 |
| Rajeev Goel | 2025.08.20 | 54 | 24 | 54 | 24 |
| Rajeev Goel | 2025.08.20 | 55 | 2 | 55 | 16 |
| Rajeev Goel | 2025.08.20 | 55 | 18 | 55 | 18 |
| Rajeev Goel | 2025.08.20 | 55 | 20 | 56 | 5 |
| Rajeev Goel | 2025.08.20 | 57 | 8 | 59 | 4 |
| Rajeev Goel | 2025.08.20 | 59 | 6 | 59 | 6 |
| Rajeev Goel | 2025.08.20 | 59 | 13 | 59 | 14 |
| Rajeev Goel | 2025.08.20 | 59 | 16 | 59 | 16 |
| Rajeev Goel | 2025.08.20 | 59 | 18 | 60 | 9 |
| Rajeev Goel | 2025.08.20 | 60 | 15 | 61 | 13 |
| Rajeev Goel | 2025.08.20 | 61 | 15 | 61 | 15 |
| Rajeev Goel | 2025.08.20 | 61 | 17 | 61 | 18 |
| Rajeev Goel | 2025.08.20 | 61 | 21 | 61 | 22 |
| Rajeev Goel | 2025.08.20 | 62 | 5 | 62 | 7 |
| Rajeev Goel | 2025.08.20 | 62 | 9 | 62 | 9 |
| Rajeev Goel | 2025.08.20 | 62 | 11 | 62 | 13 |
| Rajeev Goel | 2025.08.20 | 62 | 15 | 62 | 15 |
| Rajeev Goel | 2025.08.20 | 62 | 20 | 62 | 23 |
| Rajeev Goel | 2025.08.20 | 63 | 24 | 64 | 4 |
| Rajeev Goel | 2025.08.20 | 64 | 15 | 67 | 2 |
| Rajeev Goel | 2025.08.20 | 67 | 4 | 67 | 4 |
| Rajeev Goel | 2025.08.20 | 67 | 6 | 67 | 7 |
| Rajeev Goel | 2025.08.20 | 67 | 9 | 67 | 12 |
| Rajeev Goel | 2025.08.20 | 67 | 19 | 68 | 17 |
| Rajeev Goel | 2025.08.20 | 68 | 23 | 69 | 25 |
| Rajeev Goel | 2025.08.20 | 70 | 3 | 70 | 3 |
| Rajeev Goel | 2025.08.20 | 70 | 5 | 70 | 22 |

**Google's Initial Designations**  
**Rajeev Goel (Pubmatic)**

*United States et al. v. Google LLC*  
Case No. 1:23-cv-00108-LMB-JFA

| Deponent | Date of Deposition | Start page | Start line | End page | End line |
|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 70 | 25 | 71 | 9 |
| Rajeev Goel | 2025.08.20 | 71 | 12 | 71 | 13 |
| Rajeev Goel | 2025.08.20 | 71 | 15 | 71 | 16 |
| Rajeev Goel | 2025.08.20 | 71 | 18 | 73 | 10 |
| Rajeev Goel | 2025.08.20 | 73 | 12 | 73 | 19 |
| Rajeev Goel | 2025.08.20 | 73 | 21 | 73 | 21 |
| Rajeev Goel | 2025.08.20 | 73 | 23 | 74 | 7 |
| Rajeev Goel | 2025.08.20 | 74 | 13 | 76 | 1 |
| Rajeev Goel | 2025.08.20 | 76 | 5 | 76 | 15 |
| Rajeev Goel | 2025.08.20 | 76 | 18 | 76 | 21 |
| Rajeev Goel | 2025.08.20 | 76 | 23 | 76 | 23 |
| Rajeev Goel | 2025.08.20 | 76 | 25 | 77 | 1 |
| Rajeev Goel | 2025.08.20 | 77 | 3 | 78 | 19 |
| Rajeev Goel | 2025.08.20 | 78 | 21 | 82 | 3 |
| Rajeev Goel | 2025.08.20 | 82 | 6 | 82 | 16 |
| Rajeev Goel | 2025.08.20 | 83 | 2 | 83 | 8 |
| Rajeev Goel | 2025.08.20 | 83 | 10 | 83 | 10 |
| Rajeev Goel | 2025.08.20 | 83 | 12 | 83 | 15 |
| Rajeev Goel | 2025.08.20 | 83 | 18 | 83 | 21 |
| Rajeev Goel | 2025.08.20 | 83 | 23 | 84 | 12 |
| Rajeev Goel | 2025.08.20 | 84 | 17 | 84 | 19 |
| Rajeev Goel | 2025.08.20 | 84 | 24 | 85 | 11 |
| Rajeev Goel | 2025.08.20 | 85 | 15 | 86 | 25 |
| Rajeev Goel | 2025.08.20 | 87 | 3 | 87 | 3 |
| Rajeev Goel | 2025.08.20 | 87 | 5 | 87 | 14 |
| Rajeev Goel | 2025.08.20 | 87 | 16 | 87 | 16 |
| Rajeev Goel | 2025.08.20 | 87 | 18 | 88 | 1 |
| Rajeev Goel | 2025.08.20 | 88 | 16 | 88 | 18 |
| Rajeev Goel | 2025.08.20 | 88 | 20 | 88 | 20 |
| Rajeev Goel | 2025.08.20 | 88 | 22 | 88 | 24 |
| Rajeev Goel | 2025.08.20 | 89 | 1 | 89 | 3 |
| Rajeev Goel | 2025.08.20 | 89 | 5 | 89 | 7 |
| Rajeev Goel | 2025.08.20 | 89 | 9 | 89 | 12 |
| Rajeev Goel | 2025.08.20 | 89 | 14 | 90 | 7 |
| Rajeev Goel | 2025.08.20 | 90 | 9 | 90 | 11 |
| Rajeev Goel | 2025.08.20 | 90 | 13 | 90 | 17 |
| Rajeev Goel | 2025.08.20 | 91 | 1 | 91 | 16 |
| Rajeev Goel | 2025.08.20 | 91 | 22 | 91 | 23 |
| Rajeev Goel | 2025.08.20 | 92 | 1 | 92 | 7 |
| Rajeev Goel | 2025.08.20 | 97 | 7 | 97 | 16 |
| Rajeev Goel | 2025.08.20 | 98 | 2 | 98 | 7 |

**Google's Initial Designations**  *United States et al. v. Google LLC*
**Rajeev Goel (Pubmatic)**  Case No. 1:23-cv-00108-LMB-JFA

| Deponent | Date of Deposition | Start page | Start line | End page | End line |
|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 98 | 9 | 98 | 10 |
| Rajeev Goel | 2025.08.20 | 98 | 12 | 98 | 13 |
| Rajeev Goel | 2025.08.20 | 98 | 15 | 98 | 16 |
| Rajeev Goel | 2025.08.20 | 98 | 22 | 98 | 23 |
| Rajeev Goel | 2025.08.20 | 99 | 5 | 99 | 8 |
| Rajeev Goel | 2025.08.20 | 99 | 14 | 100 | 15 |
| Rajeev Goel | 2025.08.20 | 100 | 20 | 100 | 25 |
| Rajeev Goel | 2025.08.20 | 102 | 15 | 103 | 2 |
| Rajeev Goel | 2025.08.20 | 105 | 25 | 106 | 20 |
| Rajeev Goel | 2025.08.20 | 108 | 1 | 108 | 9 |
| Rajeev Goel | 2025.08.20 | 108 | 16 | 108 | 17 |
| Rajeev Goel | 2025.08.20 | 108 | 19 | 108 | 20 |
| Rajeev Goel | 2025.08.20 | 108 | 22 | 109 | 5 |
| Rajeev Goel | 2025.08.20 | 109 | 17 | 110 | 17 |
| Rajeev Goel | 2025.08.20 | 111 | 2 | 111 | 10 |
| Rajeev Goel | 2025.08.20 | 111 | 14 | 111 | 18 |
| Rajeev Goel | 2025.08.20 | 111 | 23 | 112 | 4 |
| Rajeev Goel | 2025.08.20 | 112 | 6 | 112 | 13 |
| Rajeev Goel | 2025.08.20 | 112 | 15 | 113 | 25 |
| Rajeev Goel | 2025.08.20 | 116 | 19 | 118 | 2 |
| Rajeev Goel | 2025.08.20 | 119 | 12 | 119 | 17 |
| Rajeev Goel | 2025.08.20 | 119 | 19 | 119 | 22 |
| Rajeev Goel | 2025.08.20 | 119 | 24 | 119 | 25 |
| Rajeev Goel | 2025.08.20 | 120 | 2 | 120 | 6 |
| Rajeev Goel | 2025.08.20 | 120 | 8 | 120 | 19 |
| Rajeev Goel | 2025.08.20 | 122 | 17 | 122 | 25 |
| Rajeev Goel | 2025.08.20 | 123 | 1 | 123 | 1 |