IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES,** *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> **GOOGLE LLC,** <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S REMEDIES EXHIBIT LIST**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order of August 5, 2025 (ECF No. 1560), Plaintiffs, by and through undersigned counsel, hereby file their objections to the exhibits on Defendant's Remedies Trial Exhibit List (ECF No. 1564), as contained in the exhibit attached hereto.

Plaintiffs reserve the right to supplement the objections set forth in the attached exhibit based on the manner that the exhibits are used or introduced at trial, including, but not limited to, by objecting that any specific witness is unable to lay a proper foundation and/or by objecting to the testimony by any witness regarding any exhibit.

(See following page for signatures)

1

Dated: August 25, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>DAVID A. GEIGER<br>MATTHEW R. HUPPERT<br>DAVID M. TESLICKO<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>*Attorneys for the United States* | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |