UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S OBJECTIONS TO PLAINTIFFS' REMEDIES EXHIBIT LIST**

Pursuant to the Court's Order Regarding Pre-Trial Schedule and Procedures entered on August 5, 2025, ECF No. 1560, and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Google LLC ("Google") hereby submits its objections to Plaintiffs' remedies exhibits, ECF No. 1565.

### General Objections

1. By not objecting to an exhibit, Google does not agree to "pre-admit" such exhibit. Google objects to the admission of any exhibit into evidence without the laying of a proper foundation from a sponsoring witness with personal knowledge.

2. Google reserves the right to amend or supplement its objections to any of Plaintiffs' exhibits, including based on the Court's rulings on motions *in limine* or other pre-trial rulings, or depending upon how Plaintiffs use the exhibit at trial.

3. Google reserves the right to introduce or use any of Plaintiffs' exhibits at trial.

4. Google reserves the right to object to any exhibit not identified in Plaintiffs' exhibit list or not provided to Google prior to the filing of these objections.

Google's additional objections are contained in the attached exhibit. The objection codes are as follows:

| Code | Objection |
|---|---|
| 106 | Incomplete excerpt |
| 402 | Irrelevant |
| 403 | Unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence |
| 408 | Settlement |
| 502 | Privileged or Work Product |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Authenticity |
| MIL | Subject of Motion *in Limine* |

| | |
|---|---|
| Dated: August 25, 2025 | Respectfully submitted, |
| | |
| Eric Mahr (pro hac vice) | */s/ Craig C. Reilly* |
| Andrew Ewalt (pro hac vice) | Craig C. Reilly (VSB # 20942) |
| Tyler Garrett (VSB # 94759) | THE LAW OFFICE OF |
| FRESHFIELDS BRUCKHAUS | CRAIG C. REILLY, ESQ. |
| DERINGER US LLP | 209 Madison Street, Suite 501 |
| 700 13th Street, NW, 10th Floor | Alexandria, VA 22314 |
| Washington, DC 20005 | Telephone: (703) 549-5354 |
| Telephone: (202) 777-4500 | Facsimile: (703) 549-5355 |
| Facsimile: (202) 777-4555 | craig.reilly@ccreillylaw.com |
| eric.mahr@freshfields.com | |
| | Karen L. Dunn (*pro hac vice*) |
| Justina K. Sessions (pro hac vice) | Jeannie S. Rhee (*pro hac vice*) |
| FRESHFIELDS BRUCKHAUS | William A. Isaacson (*pro hac vice*) |
| DERINGER US LLP | Jessica Phillips (*pro hac vice*) |
| 855 Main Street | Amy J. Mauser (*pro hac vice*) |
| Redwood City, CA 94063 | Bryon P. Becker (VSB #93384) |
| Telephone: (650) 618-9250 | Erica Spevack (*pro hac vice*) |
| Fax: (650) 461-8276 | DUNN ISAACSOON RHEE LLP |
| justina.sessions@freshfields.com | 401 Ninth Street, NW |
| | Washington, DC 20004 |
| Daniel Bitton (*pro hac vice*) | Telephone: (202) 240-2900 |
| AXINN, VELTROP & HARKRIDER LLP | kdunn@dirllp.com |
| 55 2nd Street | Erin J. Morgan (*pro hac vice*) |
| San Francisco, CA 94105 | DUNN ISAACSOON RHEE LLP |
| Telephone: (415) 490-2000 | 11 Park Place |
| Facsimile: (415) 490-2001 | New York, NY 10007 |
| dbitton@axinn.com | Telephone: (202) 240-2928 |
| | emorgan@dirllp.com |
| Bradley Justus (VSB # 80533) | |
| AXINN, VELTROP & HARKRIDER LLP | *Counsel for Defendant Google LLC* |
| 1901 L Street, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |

# EXHIBIT A

## *United States et al. v. Google LLC*
### Google's Objections to Plaintiffs' Remedies Exhibit List

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX001 | 10/13/2014 13:55 | GOOG-TEX-00081303 | GOOG-TEX-00081334 | Google presentation titled "DRX Merger Eng Review" | Highly Confidential | 402, 403 |
| PRX002 | 5/19/2017 18:43 | GOOG-DOJ-13209291 | GOOG-DOJ-13209368 | Google presentation titled "DRX unification phase 2" | Highly Confidential | |
| PRX003 | 6/15/2017 21:30 | GOOG-DOJ-13559070 | GOOG-DOJ-13559073 | Email from Fannie Xu to Belle Luo et al. | Highly Confidential | 402, 403, 805 |
| PRX004 | 2/21/2020 22:40 | GOOG-DOJ-AT-00167982 | GOOG-DOJ-AT-00167004 | Google presentation titled "DRX Ad Ranking and Auction Introduction" | Highly Confidential | 402, 403 |
| PRX005 | 8/11/2021 19:30 | GOOG-DOJ-AT-02447913 | GOOG-DOJ-AT-02447923 | Google document titled "XbidAuthServer Release" | Highly Confidential | 402, 403, 805 |
| PRX006 | 3/11/2020 12:52 | GOOG-DOJ-32365504 | GOOG-DOJ-32365507 | Google document titled "AdX Event-level Bid Data Plan" | Confidential | 402, 403, 805 |
| PRX007 | 5/2/2023 0:00 | CRITEO_GOOGLELIT_0000000761 | CRITEO_GOOGLELIT_0000000761 | Criteo spreadsheet | Highly Confidential | 402, 403, 802 |
| PRX008 | 9/12/2022 14:33 | GOOG-AT-MDL-001971579 | GOOG-AT-MDL-001971592 | Google document titled "Sellside Launch Doc: First-Price Reserve Price Optimization" | Highly Confidential | 402, 403, 805 |
| PRX009 | 12/2/2022 2:20 | GOOG-AT-MDL-001975299 | GOOG-AT-MDL-001975304 | Google document titled "Sellside Launch Doc: Optimized Floors Beta" | Confidential | 402, 403, 805 |
| PRX010 | 10/3/2014 1:45 | GOOG-AT-MDL-000058059 | GOOG-AT-MDL-000058060 | Email from Ads Extension Quality Email List on behalf of RTM Alerts Email List | Confidential | 402, 403 |
| PRX011 | 8/27/2019 15:52 | GOOG-AT-MDL-001417157 | GOOG-AT-MDL-001417179 | Google presentation titled "DRX Overview" | Confidential | 805 |
| PRX012 | 2/12/2021 22:22 | GOOG-AT-MDL-000971802 | GOOG-AT-MDL-000971802 | Google spreadsheet titled "Jedi GA Test Cases" | Highly Confidential | 402, 403, 805 |
| PRX013 | 5/5/2021 10:58 | GOOG-AT-MDL-000987584 | GOOG-AT-MDL-000987593 | Google document titled "Bid-level DataTransfer" | Confidential | 402, 403, 805 |
| PRX014 | 2/22/2022 14:10 | GOOG-AT-MDL-000989823 | GOOG-AT-MDL-000989824 | Google document titled "2-Pager: RPO + OPR Commercialization" | Highly Confidential | 402, 403, 805 |
| PRX015 | 11/29/2018 13:33 | GOOG-AT-MDL-000993483 | GOOG-AT-MDL-000993520 | Google presentation titled "Yield Management in Google Ad Manager" | Highly Confidential | 402, 403, 805 |
| PRX016 | 3/23/2022 15:46 | GOOG-AT-MDL-001168337 | GOOG-AT-MDL-001168369 | Google presentation titled "Life of an Ad Request" | Confidential | |
| PRX017 | 9/23/2022 17:53 | GOOG-AT-MDL-001384105 | GOOG-AT-MDL-001384109 | Google document titled "First-Price RPO Productionize Design" | Confidential | 402, 403, 805 |
| PRX018 | 5/17/2018 13:54 | GOOG-AT-MDL-003371408 | GOOG-AT-MDL-003371409 | Email from Bruno Joia to OPG Global Email List et al. | Confidential | 402, 403, 805 |
| PRX019 | 1/11/2023 17:22 | GOOG-AT-MDL-003465251 | GOOG-AT-MDL-003465282 | Google document titled "ads Postmortem: Thousands of creatives and landing pages incorrectly flagged as malware" | Confidential | 805 |
| PRX020 | 10/6/2020 13:20 | GOOG-AT-MDL-004054765 | GOOG-AT-MDL-004054765 | Google spreadsheet | Confidential | 402, 403 |
| PRX021 | 8/31/2022 18:21 | GOOG-AT-MDL-004076461 | GOOG-AT-MDL-004076600 | Google presentation titled "System Design" | Confidential | 402, 403 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX022 | 9/26/2022 15:21 | GOOG-AT-MDL-004286860 | GOOG-AT-MDL-004286868 | Google document titled "Optimized Pricing Rules Design Doc" | Confidential | 402, 403, 805 |
| PRX023 | 4/7/2016 3:20 | GOOG-AT-MDL-004329152 | GOOG-AT-MDL-004329152 | Google spreadsheet | Confidential | 402, 403 |
| PRX024 | 5/14/2021 17:13 | VZGGL-ADLIT-0000261 | VZGGL-ADLIT-0000306 | Verizon presentation titled "Ad Portfolio Discussion Materials" | Highly Confidential | 402, 403, 701, 802 |
| PRX025 | 9/7/2022 5:06 | GOOG-AT-MDL-004438238 | GOOG-AT-MDL-004438238 | Google spreadsheet | Highly Confidential | 402, 403 |
| PRX026 | 12/20/2021 15:53 | GOOG-AT-MDL-006138947 | GOOG-AT-MDL-006138990 | Google presentation titled "Google Ad Manager Product Overview" | Confidential | |
| PRX027 | 7/8/2022 17:04 | GOOG-AT-MDL-006694033 | GOOG-AT-MDL-006694055 | Google presentation titled "Ad Selection Roadmap" | Highly Confidential | 402, 403, 805 |
| PRX028 | 9/7/2022 12:46 | GOOG-AT-MDL-007428018 | GOOG-AT-MDL-007428018 | Google spreadsheet | Highly Confidential | 402, 403 |
| PRX029 | 3/6/2023 16:58 | GOOG-AT-MDL-007431992 | GOOG-AT-MDL-007431992 | Message from Per Bjorke to Adam Juda | Confidential | 402, 403, 805 |
| PRX030 | 10/15/2019 17:15 | GOOG-AT-MDL-008522254 | GOOG-AT-MDL-008522265 | Google document titled "Grumpy No More" | Confidential | 805 |
| PRX031 | 8/6/2019 0:00 | EQUATIV-000000459 | EQUATIV-000000459 | Equative document titled "SmartAdserver Ratecard 2019" | Highly Confidential | 402, 403, 802 |
| PRX032 | 6/26/2018 15:45 | GOOG-AT-MDL-009766729 | GOOG-AT-MDL-009766748 | Google presentation titled "AwBid Evaluation" | Highly Confidential | 402, 403, 805 |
| PRX033 | 4/21/2023 21:14 | GOOG-AT-MDL-009953982 | GOOG-AT-MDL-009953990 | Google document titled "The Alchemist's (AKA Bernanke of First Price or First Price Bernanke) Design Doc" | Highly Confidential | 402, 403, 805 |
| PRX034 | 11/11/2022 14:35 | GOOG-AT-MDL-012693796 | GOOG-AT-MDL-012693841 | Google presentation titled "Display Ad Serving: Sellside POV" | Highly Confidential | 402, 403, 805 |
| PRX035 | 1/1/1900 0:00 | GOOG-AT-MDL-B-001644997 | GOOG-AT-MDL-B-001644031 | Google document titled "The Project Auras - Global Ad Selection" | Highly Confidential | 402, 403, 805 |
| PRX036 | 9/21/2016 14:31 | GOOG-TEX-01232371 | GOOG-TEX-01232393 | Google document titled "Unified TYM (Mediation) PRD - Mobile Apps Only" | Highly Confidential | 402, 403, 805 |
| PRX037 | 5/2/2024 22:48 | GOOG-AT-MDL-B-005112811 | GOOG-AT-MDL-B-005112855 | Google presentation titled "Changes to Ad Manager auction" | Highly Confidential | 402, 403 |
| PRX038 | 5/29/2025 6:15 | GOOG-AT-MDL-B-009826351 | GOOG-AT-MDL-B-009826351 | Google spreadsheet | Highly Confidential | 403, 403 |
| PRX039 | 4/13/2020 22:06 | GOOG-AT-MDL-B-009828450 | GOOG-AT-MDL-B-009828459 | Google document titled "Stonehenge Serving Proposal" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX040 | 3/25/2020 1:22 | GOOG-AT-MDL-B-009828514 | GOOG-AT-MDL-B-009828521 | Google document titled "Deprecated - Stonehenge Serving Proposal" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX041 | 11/16/2020 17:15 | GOOG-AT-MDL-B-009828561 | GOOG-AT-MDL-B-009828565 | Google document | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX042 | 8/4/2022 19:01 | GOOG-AT-MDL-B-009828594 | GOOG-AT-MDL-B-009828598 | Google document titled "Redacted" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX043 | 8/3/2020 22:59 | GOOG-AT-MDL-B-009828599 | GOOG-AT-MDL-B-009828651 | Google presentation titled "Project Stonehenge" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX044 | 6/8/2022 1:19 | GOOG-AT-MDL-B-009828652 | GOOG-AT-MDL-B-009828696 | Google presentation titled "Redacted" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX045 | 10/11/2022 16:14 | GOOG-AT-MDL-B-009828697 | GOOG-AT-MDL-B-009828728 | Google document titled "Redacted" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX046 | 6/17/2020 17:16 | GOOG-AT-MDL-B-009828764 | GOOG-AT-MDL-B-009828828 | Google presentation titled "Project Single Click" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX047 | 8/26/2021 16:16 | GOOG-AT-MDL-B-009828566 | GOOG-AT-MDL-B-009828583 | Google presentation titled "Redacted" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX048 | 8/2/2022 18:57 | GOOG-AT-MDL-B-009832007 | GOOG-AT-MDL-B-009832018 | Google document titled "HC Estimate" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX049 | 12/5/2022 14:05 | GOOG-AT-MDL-B-009832019 | GOOG-AT-MDL-B-009832051 | Google document titled "Sell-Side Separation Scoping -- Infrastructure" | Highly Confidential | 402, 403, 408, 502, 805, MIL |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX050 | 10/31/2024 21:50 | GOOG-AT-MDL-B-009832248 | GOOG-AT-MDL-B-009832325 | Google presentation titled "Redacted" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX051 | 6/23/2023 19:33 | GOOG-AT-MDL-B-009832326 | GOOG-AT-MDL-B-009832436 | Google presentation titled "Redacted" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX052 | 6/20/2024 17:13 | GOOG-AT-MDL-B-009832482 | GOOG-AT-MDL-B-009832486 | Google presentation titled "Redacted" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX053 | 12/20/2021 21:21 | GOOG-AT-MDL-B-009832593 | GOOG-AT-MDL-B-009832619 | Google presentation titled "Project Monday" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX054 | 6/29/2021 18:06 | GOOG-AT-MDL-B-009832641 | GOOG-AT-MDL-B-009832680 | Google presentation titled "Project Sunday[:] Sell-side Focus" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX055 | 4/10/2023 15:24 | GOOG-AT-MDL-B-009832783 | GOOG-AT-MDL-B-009832837 | Google presentation titled "Sellside "Pub Tracks" Scoping Review" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX056 | 4/24/2023 20:58 | GOOG-AT-MDL-B-009832882 | GOOG-AT-MDL-B-009832915 | Google document titled "Sell-Side Separation Scoping -- Infrastructure" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX057 | 1/10/2022 5:48 | GOOG-AT-MDL-B-009833815 | GOOG-AT-MDL-B-009833858 | Google presentation titled "Project Sunday[:] Deep Dive on Sell-Side Options" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX058 | 5/4/2021 21:52 | GOOG-AT-MDL-B-009833899 | GOOG-AT-MDL-B-009833899 | Google document | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX059 | 10/25/2021 16:34 | GOOG-AT-MDL-B-009834086 | GOOG-AT-MDL-B-009834097 | Google document titled "Project Cerulean" | Highly Confidential | 402, 403, 408, 502, 805, MIL |
| PRX060 | 10/15/2024 10:06 | GOOG-AT-MDL-B-009832487 | GOOG-AT-MDL-B-009832519 | Google document titled "AT.40670 - Google - Ad tech and data related practices" | Highly Confidential | 402, 403, 408, 502, MIL |
| PRX061 | 1/13/2015 17:24 | GOOG-DOJ-07810578 | GOOG-DOJ-07810593 | Google presentation titled "AWBid NES Review II" | Highly Confidential | 402, 403, 805 |
| PRX062 | 7/1/2019 18:22 | GOOG-DOJ-13615596 | GOOG-DOJ-13615609 | Google document titled "Project AURAS[:] A Unified Reservation/Auction Stack" | Highly Confidential | 805 |
| PRX063 | 6/7/2019 18:40 | GOOG-DOJ-AT-00921598 | GOOG-DOJ-AT-00921609 | Email from Nick Wray to David Maymudes et al. | Highly Confidential | 403, 403 |
| PRX064 | 10/4/2021 23:20 | GOOG-DOJ-AT-02555892 | GOOG-DOJ-AT-02555898 | Google document titled "MemoFS File Shard Lifecycle Redux: Logging with ULS" | Highly Confidential | 402, 403, 805 |
| PRX065 | 6/5/2023 16:20 | Adobe - Google Ad Tech - 00001005 | Adobe - Google Ad Tech - 00001005 | Adobe spreadsheet | Highly Confidential | 802 |
| PRX066 | 4/30/2019 5:08 | GOOG-AT-MDL-000886240 | GOOG-AT-MDL-000886248 | Email from Grzegorz Czajkowski to Data Analytics Monthly Updates Email List et al. | Confidential | 402, 403, 805 |
| PRX067 | 7/29/2020 14:32 | GOOG-AT-MDL-001402306 | GOOG-AT-MDL-001402311 | Google document titled "Publisher-Defined Response Timeouts for AB/OB Bidders" | Highly Confidential | 402, 403, 805 |
| PRX068 | 11/16/2022 12:20 | GOOG-AT-MDL-001004706 | GOOG-AT-MDL-001004786 | Google presentation titled "Ad Manager Ecosystem 101" | Highly Confidential | 402, 403, 805 |
| PRX069 | 1/1/1900 0:00 | TTD_DOJ-GOOG23-0002128 | TTD_DOJ-GOOG23-0002128 | The Trade Desk spreadsheet | Highly Confidential | 802 |
| PRX070 | 8/25/2023 0:00 | CRITEO_GOOGLELIT_0000015579 | CRITEO_GOOGLELIT_0000015579 | Criteo spreadsheet | Highly Confidential | 802 |
| PRX071 | 3/31/2021 11:56 | GOOG-AT-MDL-B-009834098 | GOOG-AT-MDL-B-009834123 | Google document titled "Order Form - Google Ad Manager 360 Service" | Highly Confidential | |
| PRX072 | 3/12/2024 23:00 | GOOG-AT-MDL-B-009836624 | GOOG-AT-MDL-B-009836624 | Auras webpage | Highly Confidential | |
| PRX073 | 6/30/2025 17:01 | GOOG-AT-MDL-C-000100768 | GOOG-AT-MDL-C-000100769 | Pubsub2 webpage titled "What is Goops?" | Highly Confidential | |
| PRX074 | 5/10/2025 0:33 | GOOG-AT-MDL-B-009835964 | GOOG-AT-MDL-B-009835965 | Email from Allison Stein to Kevin Deneen et al. | Highly Confidential | 402, 403, 805 |
| PRX075 | 5/10/2025 14:20 | GOOG-AT-MDL-B-009835996 | GOOG-AT-MDL-B-009835997 | Email from Allison Stein to Jeff Taxdahl et al. | Highly Confidential | 402, 403, 805 |
| PRX076 | 5/10/2025 15:17 | GOOG-AT-MDL-B-009835998 | GOOG-AT-MDL-B-009835999 | Email from Laurel Barry to Abby Jordan et al. | Highly Confidential | 402, 403, 805 |
| PRX077 | 5/10/2025 16:34 | GOOG-AT-MDL-B-009836011 | GOOG-AT-MDL-B-009836012 | Email from Allison Stein to Taylor Straley et al. | Highly Confidential | 402, 403, 805 |
| PRX078 | 5/12/2025 0:28 | GOOG-AT-MDL-B-009836058 | GOOG-AT-MDL-B-009836059 | Email from Allison Stein to Quinten Saathoff et al. | Highly Confidential | 402, 403, 805 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX079 | 5/12/2025 21:12 | GOOG-AT-MDL-B-009836074 | GOOG-AT-MDL-B-009836075 | Email from Allison Stein to Kevin Deneen et al. | Highly Confidential | 402, 403, 805 |
| PRX080 | 5/14/2025 20:44 | GOOG-AT-MDL-B-009836088 | GOOG-AT-MDL-B-009836089 | Email from Laurel Barry to Taylor Straley et al. | Highly Confidential | 402, 403, 805 |
| PRX081 | 5/14/2025 20:48 | GOOG-AT-MDL-B-009836096 | GOOG-AT-MDL-B-009836098 | Email from Laurel Barry to Becky App et al. | Highly Confidential | 402, 403, 805 |
| PRX082 | 5/14/2025 20:51 | GOOG-AT-MDL-B-009836099 | GOOG-AT-MDL-B-009836101 | Email from Laurel Barry to Jeff Taxdahl et al. | Highly Confidential | 402, 403, 805 |
| PRX083 | 5/14/2025 21:07 | GOOG-AT-MDL-B-009836102 | GOOG-AT-MDL-B-009836104 | Email from Laurel Barry to Quinten Saathoff et al. | Highly Confidential | 402, 403, 805 |
| PRX084 | 5/14/2025 21:10 | GOOG-AT-MDL-B-009836105 | GOOG-AT-MDL-B-009836107 | Email from Laurel Barry to Kevin Deneen et al. | Highly Confidential | 402, 403, 805 |
| PRX085 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836361 | GOOG-AT-MDL-B-009836362 | Email from Alex Barza to Matt Sanchez | Highly Confidential | 402, 403, 805 |
| PRX086 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836389 | GOOG-AT-MDL-B-009836389 | Email from Jeff Birnbaum to Jennifer Weedn | Highly Confidential | 402, 403, 805 |
| PRX087 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836501 | GOOG-AT-MDL-B-009836501 | Email from Nadia Ghassemi to Gil Schwartz | Highly Confidential | 402, 403, 805 |
| PRX088 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836555 | GOOG-AT-MDL-B-009836557 | Email from Shane Peros to Gabe Bevilacqua et al. | Confidential | 402, 403, 805 |
| PRX089 | 1/1/1900 0:00 | GOOG-AT-MDL-B-009836567 | GOOG-AT-MDL-B-009836569 | Email from Mara Boundy to Michael Buchwald et al. | Confidential | 402, 403, 805 |
| PRX090 | 6/3/2025 20:02 | GOOG-AT-MDL-B-009836601 | GOOG-AT-MDL-B-009836601 | Email from Jen Fan to Cory Lee | Highly Confidential | 402, 403, 805 |
| PRX091 | 6/3/2025 16:40 | GOOG-AT-MDL-B-009837601 | GOOG-AT-MDL-B-009837601 | Email from Miki King to Andrew Morse et al. | Highly Confidential | 402, 403, 805 |
| PRX092 | 5/29/2025 19:59 | GOOG-AT-MDL-B-009837690 | GOOG-AT-MDL-B-009837691 | Email from Felix Zeng to Nathalie Sajous | Highly Confidential | 402, 403, 805 |
| PRX093 | 5/30/2025 20:05 | GOOG-AT-MDL-B-009837710 | GOOG-AT-MDL-B-009837712 | Email from Nathalie Sajour to Stephen Mummey | Highly Confidential | 402, 403, 805 |
| PRX094 | 6/2/2025 21:59 | GOOG-AT-MDL-B-009837720 | GOOG-AT-MDL-B-009837720 | Email from Nathalie Sajous to Paul Bannister | Highly Confidential | 402, 403, 805 |
| PRX095 | 5/5/2025 | | | Plaitiffs' Notice of Proposed Remedies | | 802 |
| PRX096 | 5/5/2025 | | | Google's Initial Proposal for Appropriate Remedies | | |
| PRX097 | 2/25/2021 | | | Business Insider article titled "Cybersecurity power players: Meet 19 top execs protecting the secrets of the world's biggest tech companies," by Aaron Holmes | | 402, 403, 802, 805 |
| PRX098 | | | | RPC Topology of Binaries | Highly Confidential | |
| PRX099 | | | | Tim Craycroft 30(b)(6) Topics Reference Sheet | | 402, 403, 408, 502, MIL |
| PRX100 | | | | Michael Racic Resume | | 802 |
| PRX101 | 6/13/2025 | | | Plaintiffs' Revised Notice of Proposed Remedies | | 802 |
| PRX102 | 4/24/2025 | | | Prebid article titled "A New Chapter for the Open Internet - Change is in the Air: A call to arms," by the Prebid Marketing Team | | 402, 403, 802, 805, 901 |
| PRX103 | | | | Prebid.com webpage titled "Code of Conduct" | | 402, 403, 802 |
| PRX104 | 6/27/2025 | | | Letter from Erica Spevack to Michael Wolin providing information responsive to Request for Production No. 29 | | 402, 403 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX105 | 6/30/2025 | | | Google's Response to Request for Production No. 29 | | 402, 403 |
| PRX106 | 7/8/2014 5:31 | GOOG-AT-MDL-003839960 | GOOG-AT-MDL-003839032 | Google presentation titled "Ad Platforms Pricing Review" | Public | |
| PRX107 | 11/10/2022 17:26 | GOOG-AT-MDL-004210393 | GOOG-AT-MDL-004210453 | Google presentation titled "GCP for Nooglers" | Confidential | 402, 403, 805 |
| PRX108 | 11/11/2022 0:30 | GOOG-AT-MDL-006926152 | GOOG-AT-MDL-006926155 | Google document titled "Ads Big-Data on Cloud" | Highly Confidential | 402, 403, 805 |
| PRX109 | 2/14/2020 19:36 | GOOG-AT-MDL-019854966 | GOOG-AT-MDL-019855009 | Google presentation titled "Project Freesia" | Highly Confidential | 402, 403, 805 |
| PRX110 | 8/9/2016 1:40 | GOOG-DOJ-04001578 | GOOG-DOJ-04001580 | Email from Bryan Rubin to Adam Massey et al. | Highly Confidential | 402, 403 |
| PRX111 | 2/25/2019 19:26 | GOOG-DOJ-08620017 | GOOG-DOJ-08620024 | Email from Jason Cain to Gayathri Rajan et al. | Highly Confidential | 402, 403, 805 |
| PRX112 | 2/3/2015 23:52 | GOOG-DOJ-14011644 | GOOG-DOJ-14011646 | Email from David Nagle to Jeff Shute et al. | Highly Confidential | 402, 403, 805 |
| PRX113 | 1/31/2019 20:42 | GOOG-DOJ-09777838 | GOOG-DOJ-09777841 | Email from Tarun Bhatnagar to Rose Yao et al. | Highly Confidential | 402, 403, 805 |
| PRX114 | 9/28/2021 16:35 | GOOG-AT-MDL-002995359 | GOOG-AT-MDL-002995425 | Google presentation titled "GKE Product Strategy review" | Confidential | 402, 403, 805 |
| PRX115 | | | | Cloud.Google.com webpage titled "OpenX: Powering the future of advertising with Google Cloud" | | 402, 403, 805 |
| PRX116 | 4/6/2021 | | | Cloud Google blog titled "OpenX is serving over 150 billion ad requests per day with cloud databases," by Bogusław Gorczyca | | 402, 403, 805 |
| PRX117 | | | | Cloud.Google.com webpage titled "Spotify: The future of audio. Putting data to work, one listener at a time." | | 402, 403, 805 |
| PRX118 | | | | Google Source Code (Listed in Expert Reports of Jon Weissman) (or Printouts of Portions Thereof) | Highly Confidential | 106, 402, 403 |
| PRX119 | | | | Google.com webpage titled "Google C++ Style Guide" | | |
| PRX120 | 6/12/2025 | | | Android.com webpage titled "AOSP frequently asked questions (FAQ)" | | 402, 403 |
| PRX121 | 6/12/2024 | | | Cloud.Google.com webpage titled "Promote modular design" | | 402, 403 |
| PRX122 | 6/10/2025 | | | Opensource.Google.com webpage titled "Why Open Source?" | | 402, 403 |
| PRX123 | 7/28/2021 | | | Google Cloud blog titled "Best practices for dependency management," by Dustin Ingram | | 402, 403 |
| PRX124 | 8/5/2020 | | | Google Open Source blog titled "Open source by the numbers at Google," by Sophia Vargas | | 402, 403 |
| PRX125 | 8/7/2025 | | | Cloud.Google.com webpage titled "API design guide" | | 402, 403 |
| PRX126 | 8/12/2025 | | | Cloud.Google.com webpage titled "GKE overview" | | 402, 403 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX127 | | | | Cloud.Google.com webpage titled "Google Cloud customer stories" | | 402, 403 |
| PRX128 | 8/7/2025 | | | Cloud.Google.com webpage titled "Life of Spanner Reads & Writes" | | 402, 403 |
| PRX129 | 2/23/2018 | | | Google Cloud blog titled "How Google Cloud Storage offers strongly consistent object listing thanks to Spanner," by Zhihong Yao | | 402, 403 |
| PRX130 | | | | Cloud.Google.com webpage titled "Spanner: Always on database with virtually unlimited scale" | | 402, 403 |
| PRX131 | 4/19/2021 | | | Google Cloud blog titled "Colossus under the hood: a peek into Google's scalable storage system," by Dean Hildebrand and Denis Serenyi | | 402, 403 |
| PRX132 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 1 | | 402, 403 |
| PRX133 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 2 | | 402, 403 |
| PRX134 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 3 | | 402, 403 |
| PRX135 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 4 | | 402, 403 |
| PRX136 | 7/7/2025 | | | Lee Initial Remedies Report, Figure 5 | | 402, 403 |
| PRX137 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 1 | | 402, 403 |
| PRX138 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 2 | | 402, 403 |
| PRX139 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 3 | | 402, 403 |
| PRX140 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 4 | | 402, 403 |
| PRX141 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 5 | | 402, 403 |
| PRX142 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 6 | | 402, 403 |
| PRX143 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 7 | | 402, 403 |
| PRX144 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 8 | | 402, 403 |
| PRX145 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 9 | | 402, 403 |
| PRX146 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 10 | | 402, 403 |
| PRX147 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 11 | | 402, 403 |
| PRX148 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 12 | | 402, 403 |
| PRX149 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 13 | | 402, 403 |
| PRX150 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 14 | | 402, 403 |
| PRX151 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 15 | | 402, 403 |
| PRX152 | 7/28/2025 | | | Lee Rebuttal Remedies Report, Figure 16 | | 402, 403 |
| PRX153 | 8/11/2025 | | | Lee Reply Remedies Report, Figure 1 | | 402, 403 |
| PRX154 | 8/11/2025 | | | Lee Reply Remedies Report, Figure 2 | | 402, 403 |
| PRX155 | 8/7/2025 | | | Cloud.Google.com webpage titled "Execute your migration" | | 402, 403 |
| PRX156 | 8/7/2025 | | | Cloud.Google.com webpage titled "Architectural overview of Pub/Sub" | | 402, 403 |
| PRX157 | | | | Cloud.Google.com webpage titled "Google Cloud Infrastructure" | | 402, 403, 805 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX158 | 7/18/2024 | | | Google Research blog titled "Accelerating code migrations with AI," by Stoyan Nikolov and Siddharth Taneja | | 402, 403 |
| PRX159 | 5/5/2025 | | | Cloud.Google.com webpage titled "Migrate to Google Cloud: Best practices for validating a migration plan" | | 402, 403 |
| PRX160 | 2/13/2024 | | | Cloud.Google.com webpage titled "Continuous data replication to BigQuery using Striim" | | 402, 403 |
| PRX161 | 12/25/2021 | | | Google Cloud blog titled "Optimize your system design using Architecture Framework Principles," by Omkar Suram and Rob Rosen | | 402, 403 |
| PRX162 | 1/14/2025 | | | Google Cloud blog titled "Trading in the Cloud: Lessons from Deutsche Börse Group's cloud-native trading engine," by Ferudun Oezdemir and Moritz Platt | | 402, 403, 802, 805 |
| PRX163 | | | | Cloud.Google.com website tiled "HSBC Customer Hub" | | 402, 403 |
| PRX164 | 7/22/2016 | | | Google Cloud blog titled "From Google to the world: The Kubernetes origin story," by Craig McLuckie | | 402, 403, 805 |
| PRX165 | 12/22/2023 | | | Lee Initial Liability Report, Figure 73 (previously marked as PTX1247) | Highly Confidential | 402, 403 |
| PRX166 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 27 (previously marked as PTX1394) | Highly Confidential | 402, 403 |
| PRX167 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 30 (previously marked as PTX1397) | Highly Confidential | 402, 403 |
| PRX168 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 1 (previously marked as PTX1473) | Highly Confidential | 402, 403 |
| PRX169 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 3 (previously marked as PTX1475) | Highly Confidential | 402, 403 |
| PRX170 | 3/4/2024 | | | Lee Supplemental Liability Report, Figure 8 (previously marked as PTX1480) | Highly Confidential | 402, 403 |
| PRX171 | 1/1/1900 0:00 | GOOG-AT-MDL-B-002554155 | GOOG-AT-MDL-B-002554204 | Google presentation titled "Getting to the Cloud" | Confidential | 402, 403 |
| PRX172 | 9/19/2018 16:24 | OPENX-00009582 | OPENX-00009593 | Email from Nate Tzeng to Kyle Winn et al. | Confidential | 402, 403, 802, 805 |
| PRX173 | 10/17/2018 12:25 | OPENX-00010828 | OPENX-00010834 | Email from Oliver Parker to Paul Ryan et al., with attachment | Highly Confidential | 402, 403, 802, 805 |
| PRX174 | 6/22/2018 15:15 | OPENX-00011071 | OPENX-00011101 | Email from Kyle Winn to Ivan Gusev et al., with attachment | Highly Confidential | 402, 403, 802, 805 |
| PRX175 | 6/2/2025 0:00 | | | Google's Responses to Plaintiffs' First Set of Interrogatories | Highly Confidential | 402, 403 |
| PRX176 | 6/16/2025 0:00 | | | Google's Responses to Plaintiffs' Second Set of Interrogatories | | 402, 403 |

| Exhibit Number | Date | Beg Bates | End Bates | Description | Confidentiality | Objection |
|---|---|---|---|---|---|---|
| PRX177 | 6/30/2025 0:00 | | | Google's Supplemental Responses to Plaintiffs' Second Set of Interrogatories | | 402, 403 |
| PRX178 | 6/30/2025 0:00 | | | Google's Responses to Plaintiffs' Third Set of Interrogatories | Highly Confidential | 402, 403 |
| PTX1236 | 12/22/2023 | | | Lee Initial Liability Report, Figure 45 (previously admitted into evidence) | Highly Confidential | |
| PTX1237 | 12/22/2023 | | | Lee Initial Liability Report, Figure 47 (previously admitted into evidence) | Highly Confidential | |
| PTX1238 | 12/22/2023 | | | Lee Initial Liability Report, Figure 48 (previously admitted into evidence) | Highly Confidential | |
| PTX1242 | 12/22/2023 | | | Lee Initial Liability Report, Figure 55 (previously admitted into evidence) | Highly Confidential | |
| PTX1265 | 12/22/2023 | | | Lee Initial Liability Report, Figure 95 (previously admitted into evidence) | Highly Confidential | |
| PTX1278 | 12/22/2023 | | | Lee Initial Liability Report, Figure 108 (previously admitted into evidence) | Highly Confidential | |
| PTX1280 | 12/22/2023 | | | Lee Initial Liability Report, Figure 110 (previously admitted into evidence) | Highly Confidential | |
| PTX1292 | 12/22/2023 | | | Lee Initial Liability Report, Figure 122 (previously admitted into evidence) | Highly Confidential | |
| PTX1388 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 17 (previously admitted into evidence) | Highly Confidential | |
| PTX1389 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 18 (previously admitted into evidence) | Highly Confidential | |
| PTX1392 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 25 (previously admitted into evidence) | Highly Confidential | |
| PTX1393 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 26 (previously admitted into evidence) | Highly Confidential | |
| PTX1395 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 28 (previously admitted into evidence) | Highly Confidential | |
| PTX1403 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 36 (previously admitted into evidence) | Highly Confidential | |
| PTX1444 | 2/13/2024 | | | Lee Rebuttal Liability Report, Figure 82 (previously admitted into evidence) | Highly Confidential | |