IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Katherine E. Clemons as counsel for the United States in the above-captioned case.

Dated: August 26, 2025

Respectfully submitted,

ERIK K. SIEBERT
Interim United States Attorney

/s/ *Gerard Mene*
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ *Katherine E. Clemons*
Katherine E. Clemons

United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 598-2372
Email: Katherine.Clemons@usdoj.gov

Attorneys for the United States