# Exhibit 1

## PLAINTIFFS' OBJECTIONS AND COUNTER DESIGNATIONS

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| Google's Affirmative Designations ||||| Plaintiffs' Objections ||||| Plaintiffs' Counter Designations ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Third-Party Confidentiality as of August 29, 2025 |
| Michael Racic | 2025.07.28 | 10 | 5 | 10 | 14 | | | | | | | |
| Michael Racic | 2025.07.28 | 11 | 3 | 11 | 9 | | | | | | | |
| Michael Racic | 2025.07.28 | 14 | 7 | 14 | 9 | V; 611c | 14 | 7 | 14 | 9 | | |
| Michael Racic | 2025.07.28 | 14 | 12 | 14 | 22 | V; 611c | 14 | 12 | 14 | 22 | | |
| Michael Racic | 2025.07.28 | 15 | 1 | 15 | 12 | | | | | | | |
| Michael Racic | 2025.07.28 | 89 | 17 | 89 | 21 | | | | | | | |
| Michael Racic | 2025.07.28 | 126 | 10 | 127 | 22 | | | | | | | |
| Michael Racic | 2025.07.28 | 162 | 12 | 163 | 1 | 106 | 162 | 12 | 163 | 1 | 163:2-5; 163:8-164:1; 164:3-164:13 | Public |
| Michael Racic | 2025.07.28 | 166 | 16 | 168 | 14 | | | | | | | |
| Michael Racic | 2025.07.28 | 168 | 22 | 170 | 8 | | | | | | | |
| Michael Racic | 2025.07.28 | 178 | 3 | 178 | 8 | | | | | | | |
| Michael Racic | 2025.07.28 | 178 | 15 | 178 | 22 | | | | | | | |
| Michael Racic | 2025.07.28 | 179 | 17 | 180 | 8 | | | | | | | |
| Michael Racic | 2025.07.28 | 186 | 9 | 186 | 16 | | | | | | | |
| Michael Racic | 2025.07.28 | 333 | 10 | 333 | 14 | | | | | | | |
| Michael Racic | 2025.07.28 | 333 | 17 | 336 | 1 | | | | | | | |
| Michael Racic | 2025.07.28 | 337 | 6 | 339 | 9 | | | | | | | |
| Michael Racic | 2025.07.28 | 341 | 21 | 342 | 8 | V | 341 | 21 | 342 | 8 | | |
| Michael Racic | 2025.07.28 | 342 | 11 | 344 | 22 | V | 342 | 11 | 344 | 22 | | |

2

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| | Google's Affirmative Designations | | | | | Plaintiffs' Objections | | | | | Plaintiffs' Counter Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Third-Party Confidentiality as of August 29, 2025 |
| Rajeev Goel | 2025.08.20 | 10 | 7 | 10 | 9 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 17 | 14 | 17 | 19 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 19 | 10 | 19 | 21 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 26 | 6 | 26 | 14 | 611c; V | 26 | 11 | 26 | 14 | | |
| Rajeev Goel | 2025.08.20 | 26 | 17 | 26 | 20 | V; O | 26 | 19 | 26 | 22 | | |
| Rajeev Goel | 2025.08.20 | 26 | 22 | 26 | 25 | V; O | 26 | 19 | 26 | 22 | | |
| Rajeev Goel | 2025.08.20 | 27 | 1 | 27 | 11 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 27 | 20 | 27 | 25 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 28 | 1 | 28 | 15 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 28 | 17 | 28 | 19 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 28 | 21 | 28 | 24 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 29 | 6 | 29 | 24 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 30 | 7 | 30 | 25 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 31 | 1 | 31 | 10 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 33 | 11 | 34 | 4 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 34 | 24 | 34 | 25 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 35 | 1 | 35 | 7 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 35 | 13 | 36 | 15 | 802 | 35 | 13 | 36 | 15 | | |
| Rajeev Goel | 2025.08.20 | 37 | 4 | 37 | 5 | V | 37 | 4 | 37 | 8 | | |
| Rajeev Goel | 2025.08.20 | 37 | 7 | 37 | 8 | V | 37 | 4 | 37 | 8 | | |
| Rajeev Goel | 2025.08.20 | 37 | 10 | 37 | 16 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 37 | 20 | 37 | 24 | V | 37 | 20 | 37 | 24 | | |
| Rajeev Goel | 2025.08.20 | 38 | 2 | 38 | 15 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 38 | 20 | 39 | 6 | V; 402 | 39 | 3 | 39 | 12 | | |
| Rajeev Goel | 2025.08.20 | 39 | 8 | 39 | 12 | V; 402 | 39 | 3 | 39 | 12 | | |
| Rajeev Goel | 2025.08.20 | 39 | 14 | 40 | 12 | | | | | | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 40 | 14 | 40 | 14 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 40 | 16 | 40 | 19 | CD; 602 | 40 | 16 | 41 | 4 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 40 | 22 | 41 | 1 | CD; 602 | 40 | 16 | 41 | 4 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 41 | 4 | 41 | 4 | CD; 602 | 40 | 16 | 41 | 4 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 41 | 6 | 41 | 7 | V; 602 | 41 | 6 | 41 | 7 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 41 | 10 | 41 | 10 | V; 602 | 41 | 6 | 41 | 7 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 41 | 12 | 42 | 6 | | | | | | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 42 | 8 | 42 | 14 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 42 | 16 | 42 | 25 | | | | | | | Highly Confidential |

3

Case 1:23-cv-00108-LMB-JFA   Document 1576-1   Filed 08/29/25   Page 4 of 8 PageID# 105888

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| Deponent | Date | Begin Page | Begin Line | End Page | End Line | Objections | CD Begin Page | CD Begin Line | CD End Page | CD End Line | Counter Designations | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 43 | 1 | 44 | 9 | | | | | | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 44 | 15 | 44 | 18 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 44 | 24 | 45 | 13 | 611c | 45 | 11 | 45 | 16 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 45 | 16 | 45 | 16 | | 45 | 11 | 45 | 16 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 45 | 18 | 45 | 25 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24; 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 46 | 1 | 46 | 14 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 46 | 17 | 47 | 5 | 611c; 602 | 47 | 3 | 47 | 10 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 47 | 8 | 47 | 10 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 47 | 12 | 47 | 25 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 48 | 1 | 48 | 16 | | | | | | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 49 | 17 | 49 | 25 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 50 | 1 | 50 | 17 | CD | 50 | 15 | 50 | 23 | | |
| Rajeev Goel | 2025.08.20 | 50 | 19 | 50 | 23 | CD | 50 | 15 | 50 | 23 | | |
| Rajeev Goel | 2025.08.20 | 50 | 25 | 51 | 17 | V; 611c | 51 | 16 | 52 | 4 | | |
| Rajeev Goel | 2025.08.20 | 51 | 20 | 51 | 21 | V; 611c | 51 | 16 | 52 | 4 | | |
| Rajeev Goel | 2025.08.20 | 51 | 23 | 52 | 1 | V; 611c | 51 | 16 | 52 | 4 | | |
| Rajeev Goel | 2025.08.20 | 52 | 4 | 52 | 4 | V; 611c | 51 | 16 | 52 | 4 | | |
| Rajeev Goel | 2025.08.20 | 52 | 7 | 54 | 4 | 611c | 54 | 1 | 54 | 7 | | |
| Rajeev Goel | 2025.08.20 | 54 | 7 | 54 | 7 | 611c | 54 | 1 | 54 | 7 | | |
| Rajeev Goel | 2025.08.20 | 54 | 9 | 54 | 22 | 802; 611c | 54 | 9 | 54 | 24 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 54 | 24 | 54 | 24 | 802; 611c | 54 | 24 | 54 | 24 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |

4

Case 1:23-cv-00108-LMB-JFA   Document 1576-1   Filed 08/29/25   Page 5 of 8 PageID# 105889
United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| Deponent | Date | Begin Page | Begin Line | End Page | End Line | Objections | CD Begin Page | CD Begin Line | CD End Page | CD End Line | Plaintiffs' Counter-Designations | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 55 | 2 | 55 | 16 | 802 | 55 | 2 | 55 | 16 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 55 | 18 | 55 | 18 | 802 | 55 | 2 | 55 | 16 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 55 | 20 | 56 | 5 | | | | | | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 57 | 8 | 59 | 4 | 611c | 59 | 1 | 59 | 6 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 59 | 6 | 59 | 6 | 611c | 59 | 1 | 59 | 6 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 59 | 13 | 59 | 14 | CD; V | 59 | 13 | 59 | 16 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 59 | 16 | 59 | 16 | CD; V | 59 | 13 | 59 | 16 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 59 | 18 | 60 | 9 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 60 | 15 | 61 | 13 | 802; 611c | 61 | 7 | 61 | 15 | | |
| Rajeev Goel | 2025.08.20 | 61 | 15 | 61 | 15 | 802; 611c | 61 | 7 | 61 | 15 | | |
| Rajeev Goel | 2025.08.20 | 61 | 17 | 61 | 18 | 611c | 61 | 17 | 61 | 22 | | |
| Rajeev Goel | 2025.08.20 | 61 | 21 | 61 | 22 | 611c | 61 | 17 | 61 | 22 | | |
| Rajeev Goel | 2025.08.20 | 62 | 5 | 62 | 7 | 611c | 62 | 5 | 62 | 7 | | |
| Rajeev Goel | 2025.08.20 | 62 | 9 | 62 | 9 | 611c | 62 | 5 | 62 | 7 | | |
| Rajeev Goel | 2025.08.20 | 62 | 11 | 62 | 13 | 611c; V | 62 | 11 | 62 | 15 | | |
| Rajeev Goel | 2025.08.20 | 62 | 15 | 62 | 15 | 611c; V | 62 | 11 | 62 | 15 | | |
| Rajeev Goel | 2025.08.20 | 62 | 20 | 62 | 23 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 63 | 24 | 64 | 4 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 64 | 15 | 67 | 2 | 611c; 802 | 66 | 19 | 67 | 4 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 67 | 4 | 67 | 4 | 611c; 802 | 66 | 19 | 67 | 4 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 67 | 6 | 67 | 7 | MT; 103; 61 | 67 | 6 | 67 | 12 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 67 | 9 | 67 | 12 | MT; 103; 61 | 67 | 6 | 67 | 12 | | |
| Rajeev Goel | 2025.08.20 | 67 | 19 | 68 | 17 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 68 | 23 | 69 | 25 | 611c; 103 | 69 | 23 | 70 | 3 | | |
| Rajeev Goel | 2025.08.20 | 70 | 3 | 70 | 3 | 611c; 103 | 69 | 23 | 70 | 3 | | |

Case 1:23-cv-00108-LMB-JFA   Document 1576-1   Filed 08/29/25   Page 6 of 8 PageID# 105890

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| Witness | Date | Start Page | Start Line | End Page | End Line | Objections | CD Start Page | CD Start Line | CD End Page | CD End Line | Counter-Counter | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 70 | 5 | 70 | 22 | 611c; 802 | 70 | 5 | 70 | 22 | | |
| Rajeev Goel | 2025.08.20 | 70 | 25 | 71 | 9 | V; 602 | 71 | 8 | 71 | 13 | | |
| Rajeev Goel | 2025.08.20 | 71 | 12 | 71 | 13 | V; 602 | 71 | 8 | 71 | 13 | | |
| Rajeev Goel | 2025.08.20 | 71 | 15 | 71 | 16 | V; 602 | 71 | 15 | 71 | 21 | | |
| Rajeev Goel | 2025.08.20 | 71 | 18 | 73 | 10 | V; 602 | 71 | 15 | 71 | 21 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 73 | 12 | 73 | 19 | V; 602 | 73 | 4 | 73 | 13 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 73 | 21 | 73 | 21 | V; 802 | 73 | 15 | 73 | 21 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 73 | 23 | 74 | 7 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 74 | 13 | 76 | 1 | 611c | 75 | 23 | 76 | 7 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 76 | 5 | 76 | 15 | 611c | 75 | 23 | 76 | 7 | | |
| Rajeev Goel | 2025.08.20 | 76 | 18 | 76 | 21 | V; 104a; 602 | 76 | 15 | 76 | 21 | | |
| Rajeev Goel | 2025.08.20 | 76 | 23 | 76 | 23 | V; 104a; 602 | 76 | 23 | 77 | 1 | | |
| Rajeev Goel | 2025.08.20 | 76 | 25 | 77 | 1 | V; 104a; 602 | 76 | 23 | 77 | 1 | | |
| Rajeev Goel | 2025.08.20 | 77 | 3 | 78 | 19 | 611c | 78 | 17 | 78 | 23 | | |
| Rajeev Goel | 2025.08.20 | 78 | 21 | 82 | 3 | 611c | 78 | 17 | 78 | 23 | | |
| Rajeev Goel | 2025.08.20 | 82 | 6 | 82 | 16 | V; 602 | 82 | 1 | 82 | 16 | | |
| Rajeev Goel | 2025.08.20 | 83 | 2 | 83 | 8 | 611c | 83 | 6 | 83 | 10 | | |
| Rajeev Goel | 2025.08.20 | 83 | 10 | 83 | 10 | 611c | 83 | 6 | 83 | 10 | | |
| Rajeev Goel | 2025.08.20 | 83 | 12 | 83 | 15 | 611c | 83 | 12 | 83 | 18 | | |
| Rajeev Goel | 2025.08.20 | 83 | 18 | 83 | 21 | 611c | 83 | 12 | 83 | 18 | | |
| Rajeev Goel | 2025.08.20 | 83 | 23 | 84 | 12 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 84 | 17 | 84 | 19 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 84 | 24 | 85 | 11 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 85 | 15 | 86 | 25 | 611c | 86 | 20 | 87 | 3 | | |
| Rajeev Goel | 2025.08.20 | 87 | 3 | 87 | 3 | 611c | 86 | 20 | 87 | 3 | | |
| Rajeev Goel | 2025.08.20 | 87 | 5 | 87 | 14 | 611c; 802 | 87 | 13 | 87 | 16 | | |
| Rajeev Goel | 2025.08.20 | 87 | 16 | 87 | 16 | 611c; 802 | 87 | 13 | 87 | 16 | | |
| Rajeev Goel | 2025.08.20 | 87 | 18 | 88 | 1 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 88 | 16 | 88 | 18 | 611c | 88 | 16 | 88 | 20 | | |
| Rajeev Goel | 2025.08.20 | 88 | 20 | 88 | 20 | 611c | 88 | 16 | 88 | 20 | | |
| Rajeev Goel | 2025.08.20 | 88 | 22 | 88 | 24 | 611c | 88 | 22 | 89 | 3 | | |
| Rajeev Goel | 2025.08.20 | 89 | 1 | 89 | 3 | 611c | 88 | 22 | 89 | 3 | | |
| Rajeev Goel | 2025.08.20 | 89 | 5 | 89 | 7 | 611c | 89 | 5 | 89 | 12 | | |
| Rajeev Goel | 2025.08.20 | 89 | 9 | 89 | 12 | 611c | 89 | 5 | 89 | 12 | | |
| Rajeev Goel | 2025.08.20 | 89 | 14 | 90 | 7 | CD; 611c | 90 | 6 | 90 | 11 | | |
| Rajeev Goel | 2025.08.20 | 90 | 9 | 90 | 11 | CD; 611c | 90 | 6 | 90 | 11 | | |
| Rajeev Goel | 2025.08.20 | 90 | 13 | 90 | 17 | 802; 611c | 90 | 13 | 91 | 4 | | |
| Rajeev Goel | 2025.08.20 | 91 | 1 | 91 | 16 | 611c | 91 | 13 | 91 | 23 | | |
| Rajeev Goel | 2025.08.20 | 91 | 22 | 91 | 23 | 611c | 91 | 13 | 91 | 23 | | |
| Rajeev Goel | 2025.08.20 | 92 | 1 | 92 | 7 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 97 | 7 | 97 | 16 | | | | | | | |
| Rajeev Goel | 2025.08.20 | 98 | 2 | 98 | 7 | MT; 611c | 98 | 3 | 98 | 10 | | |

6

Case 1:23-cv-00108-LMB-JFA   Document 1576-1   Filed 08/29/25   Page 7 of 8 PageID# 105891

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Counter Designations

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 98 | 9 | 98 | 10 | | | | | | |
| Rajeev Goel | 2025.08.20 | 98 | 12 | 98 | 13 | | | | | | |
| Rajeev Goel | 2025.08.20 | 98 | 15 | 98 | 16 | | | | | | |
| Rajeev Goel | 2025.08.20 | 98 | 22 | 98 | 23 | V | 98 | 22 | 98 | 23 | |
| Rajeev Goel | 2025.08.20 | 99 | 5 | 99 | 8 | V | 98 | 22 | 99 | 8 | |
| Rajeev Goel | 2025.08.20 | 99 | 14 | 100 | 15 | | | | | | |
| Rajeev Goel | 2025.08.20 | 100 | 20 | 100 | 25 | | | | | | |
| Rajeev Goel | 2025.08.20 | 102 | 15 | 103 | 2 | | | | | | |
| Rajeev Goel | 2025.08.20 | 105 | 25 | 106 | 20 | | | | | | 228:23-228:24; 229:1-229:26 | Highly Confidential |
| Rajeev Goel | 2025.08.20 | 108 | 1 | 108 | 9 | | | | | | |
| Rajeev Goel | 2025.08.20 | 108 | 16 | 108 | 17 | V | 108 | 16 | 108 | 25 | |
| Rajeev Goel | 2025.08.20 | 108 | 19 | 108 | 20 | V | 108 | 16 | 108 | 25 | |
| Rajeev Goel | 2025.08.20 | 108 | 22 | 109 | 5 | V | 108 | 16 | 108 | 25 | |
| Rajeev Goel | 2025.08.20 | 109 | 17 | 110 | 17 | | | | | | |
| Rajeev Goel | 2025.08.20 | 111 | 2 | 111 | 10 | | | | | | |
| Rajeev Goel | 2025.08.20 | 111 | 14 | 111 | 18 | | | | | | |
| Rajeev Goel | 2025.08.20 | 111 | 23 | 112 | 4 | V | 112 | 3 | 112 | 7 | |
| Rajeev Goel | 2025.08.20 | 112 | 6 | 112 | 13 | V | 112 | 3 | 112 | 7 | |
| Rajeev Goel | 2025.08.20 | 112 | 15 | 113 | 25 | MT; 611c | 112 | 13 | 112 | 16 | |
| Rajeev Goel | 2025.08.20 | 116 | 19 | 118 | 2 | | | | | | |
| Rajeev Goel | 2025.08.20 | 119 | 12 | 119 | 17 | 602; V | 119 | 13 | 119 | 22 | |
| Rajeev Goel | 2025.08.20 | 119 | 19 | 119 | 22 | | | | | | |
| Rajeev Goel | 2025.08.20 | 119 | 24 | 119 | 25 | | | | | | |
| Rajeev Goel | 2025.08.20 | 120 | 2 | 120 | 6 | | | | | | |
| Rajeev Goel | 2025.08.20 | 120 | 8 | 120 | 19 | | | | | | |
| Rajeev Goel | 2025.08.20 | 122 | 17 | 122 | 25 | | | | | | |
| Rajeev Goel | 2025.08.20 | 123 | 1 | 123 | 1 | | | | | | |

## OBJECTIONS KEY

| Code | Objection |
|---|---|
| CD | Compound |
| MT | Misstates prior testimony |
| O | Overbroad |
| V | Vague or ambiguous |