UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　　*Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**GOOGLE LLC'S MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE PROTECTED BY FEDERAL RULE OF EVIDENCE 408**

　　Defendant Google LLC ("Google") moves the Court to enter an order excluding evidence (including testimony) and argument regarding (i) Google's settlement offers and negotiations and (ii) Google's internal settlement analyses. The grounds and reasons for granting this motion are stated with particularity in the accompanying memorandum of law. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted, |
| | |
| Eric Mahr (*pro hac vice*) | /s/ *Bryon P. Becker* |
| Andrew Ewalt (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| Tyler Garrett (VSB # 94759) | Jeannie S. Rhee (*pro hac vice*) |
| FRESHFIELDS US LLP | William A. Isaacson (*pro hac vice*) |
| 700 13th Street, NW, 10th Floor | Jessica E. Phillips (*pro hac vice*) |
| Washington, DC 20005 | Martha L. Goodman (*pro hac vice*) |
| Telephone: (202) 777-4500 | Amy J. Mauser (*pro hac vice*) |
| Facsimile: (202) 777-4555 | Erica Spevack (*pro hac vice*) |
| eric.mahr@freshfields.com | Bryon P. Becker (VSB #93384) |
| | DUNN ISAACSON RHEE LLP |
| Justina K. Sessions (*pro hac vice*) | 401 Ninth Street, NW |
| FRESHFIELDS US LLP | Washington, DC 20004-2637 |
| 855 Main Street | Telephone: (202) 240-2900 |
| Redwood City, CA 94063 | kdunn@dirllp.com |
| Telephone: (650) 618-9250 | |
| Fax: (650) 461-8276 | Craig C. Reilly (VSB # 20942) |
| justina.sessions@freshfields.com | THE LAW OFFICE OF |
| | CRAIG C. REILLY, ESQ |
| Daniel Bitton (*pro hac vice*) | 209 Madison Street, Suite 501 |
| AXINN, VELTROP & HARKRIDER LLP | Alexandria, VA 22314 |
| 55 2nd Street | Telephone: (703) 549-5354 |
| San Francisco, CA 94105 | Facsimile: (703) 549-5355 |
| Telephone: (415) 490-2000 | craig.reilly@ccreillylaw.com |
| Facsimile: (415) 490-2001 | |
| dbitton@axinn.com | |
| | |
| Bradley Justus (VSB # 80533) | |
| AXINN, VELTROP & HARKRIDER LLP | |
| 1901 L Street, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 912-4700 | |
| Facsimile: (202) 912-4701 | |
| bjustus@axinn.com | |
| | |
| *Counsel for Defendant Google LLC* | |