UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No: 1:23-cv-00108-LMB-JFA

**[PROPOSED] ORDER**

Upon consideration of Defendant Google LLC's Motion *in limine* to Exclude Evidence Protected by Federal Rule of Evidence 408 ("Motion"), it is hereby

ORDERED that the Motion is GRANTED. Plaintiffs are precluded from presenting evidence, including testimony, or argument regarding (i) Google's settlement offers and negotiations and (ii) Google's internal settlement analyses at the upcoming remedies trial. It is further

ORDERED that the following exhibits are inadmissible and Plaintiffs are precluded from presenting them at the upcoming remedies trial: PRX044, PRX045, PRX048, PRX049, PRX050, PRX051, PRX052, PRX055, PRX056, PRX059, and PRX060.

ENTERED this \_\_\_\_ day of _____ 2025.

Alexandria, Virginia

                                                _____
                                                Hon. Leonie M. Brinkema
                                                United States District Judge