UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**DEFENDANT GOOGLE LLC'S AMENDED MOTION TO SEAL[1]**

  Pursuant to Local Civil Rule 5(C) Google LLC seeks leave to file a redacted version of its Motion to Exclude the Testimony of Dr. Goranka Bjedov, and portions of certain exhibits attached thereto, under seal. Pursuant to the Court's Standing Order, *In re: Procedures for the Filing of Sealed Documents*, dated July 29, 2025, Google has not filed any sealed materials electronically via the Court's electronic filing system (CM/ECF). Instead, in accordance with the Court's Standing Order, Google will file the sealed versions of the aforementioned filings in paper format directly with the Clerk's Office. Google has delivered copies of the sealing filings to Plaintiffs. The grounds for this motion are contained in the memorandum of law filed in support of this motion. A proposed order is attached for the Court's convenience.

---

[1] Google files this amended motion to seal in order to clarify that it is following the Court's current process in requesting leave to file materials under seal. *See* Dkt. 1586.

1

Dated: August 30, 2025

Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (*pro hac vice*)
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Bryon P. Becker*
Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Erica Spevack (*pro hac vice*)
Bryon P. Becker (VSB #93384)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
kdunn@dirllp.com

Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Defendant Google LLC*