UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES, *et al.*,

    *Plaintiffs*,

vs.

GOOGLE LLC,

    *Defendant*.

No. 1:23-cv-00108-LMB-JFA

### ORDER

PURSUANT TO Local Civil Rule 5(C), Defendant Google LLC made a motion to seal exhibits to and portions of its brief in support of its Motion to Exclude the Testimony of Goranka Bjedov. Upon consideration of the sealing motion and the Plaintiffs' response, the Court finds that (i) sufficient notice has been given; (ii) the exhibits and redacted text contain Google's protected attorney work product, confidential business information, and confidential settlement negotiations; (iii) only sealing will sufficiently protect Google from prejudice and harm; (iv) the limited sealing and redaction properly balances Google's interests as against the public's interest; and (v) the public's right of access, based on the common law right of access, has been overcome; and it is hereby

ORDERED that the motion to seal is GRANTED and these exhibits and redacted text shall remain under seal until further order of the Court.

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge
9/2/25