UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**OBJECTIONS TO PLAINTIFFS' COUNTER DEPOSITION TESTIMONY
DESIGNATIONS AND GOOGLE'S "FAIRNESS" DESIGNATIONS**

Pursuant to the Court's Order Regarding Pre-Trial Schedule and Procedures entered on August 5, 2025, ECF No. 1560, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 30, Defendant Google LLC ("Google") hereby submits its objections and "fairness" designations to Plaintiffs' counter deposition designations, dated August 29, 2025. *See* ECF No. 1576. The objection codes are as follows:

| Code | Objection |
|---|---|
| 104a | Foundation |
| 106 | Incomplete excerpt |
| 402 | Relevance |
| 602 | Calls for speculation; speculative; lack of personal knowledge |
| 611b | Outside the scope of direct examination |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 802 | Hearsay |

1

Google reserves the right to amend and/or supplement the attached objections and fairness designations, including with respect to the Court's rulings on motions *in limine* or other pre-trial rulings, as well as in the event a witness whom Google intends to call live is unable to testify live and may only appear by deposition. Google also reserves the right to introduce or use any of Plaintiffs' designations at trial, including as counter-designations, to the extent Plaintiffs do not do so. Google further incorporates by reference herein its deposition designations, objections to Plaintiffs' designations, and counter designations as filed on August 22, 2025 and August 29, 2025, respectively. *See* ECF No. 1569; ECF No. 1577.

Dated: September 3, 2025

Eric Mahr (pro hac vice)
Andrew Ewalt (pro hac vice)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
eric.mahr@freshfields.com

Justina K. Sessions (pro hac vice)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (*pro hac vice*)
Jeannie S. Rhee (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Bryon P. Becker (VSB #93384)
Erica Spevack (*pro hac vice*)
DUNN ISAACSOON RHEE LLP
401 Ninth Street, NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (*pro hac vice*)
DUNN ISAACSOON RHEE LLP
11 Park Place
New York, NY 10007
Telephone:  (202) 240-2928
emorgan@dirllp.com

*Counsel for Defendant Google LLC*

**Google's Objections to Plaintiffs' Counter Designations and Fairness Designations**

Michael Racic (Prebid)

| Witness | Depo. Date | Plaintiffs' Counter Designations | Third-Party Confidentiality as of August 29, 2025 | Google Objections | Google Fariness Designations |
|---|---|---|---|---|---|
| Michael Racic | 2025.07.28 | 163:2-5; 163:8-164:1; 164:3-164:13 | Public | | |

1

**Google's Objections to Plaintiffs' Counter Designations and Fairness Designations**

Rajeev Goel (PubMatic)

| Witness | Depo. Date | Plaintiffs' Counter Designations | Third-Party Confidentiality as of August 29, 2025 | Google Objections | Google Fairness Designations |
|---|---|---|---|---|---|
| Rajeev Goel | 2025.08.20 | 216:9-217:16; 217:17-217:21; 217:23-218:11; 218:13-218:16; 218:17-218:24 | Highly Confidential | 402, 611b (217:2-21); 402, 611b (217:23-218:11); 402, 611b (218:13-16); 402, 611b (218:17-24) | |
| Rajeev Goel | 2025.08.20 | 221:15-222:8; 222:17-222:19; 222:21 | Highly Confidential | 602, 611c, 701 (222:17-19); 602, 611c, 702 (222:21) | |
| Rajeev Goel | 2025.08.20 | 213:14-214:12; 225:6-225:8; 225:10-225:13; 225:15 | Highly Confidential | 602, 701, 802 (213:14-214:12); 602, 611c, 701 (225:6-8); 602, 611c, 701 (225:10-13); 106, 602, 701 (225:15) | 214:13-215:2; 215:4-10 |
| Rajeev Goel | 2025.08.20 | 228:23-228:24; 229:1-229:26 | Highly Confidential | 104a, 602, 701 (228:23-24); 104a, 602, 701 (229:1-6) | |

2