# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> **GOOGLE LLC,** <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**PLAINTIFFS' OBJECTIONS AND REPLY DESIGNATIONS TO DEFENDANT'S COUNTER DESIGNATIONS**

Pursuant to this Court's Order of August 5, 2025 (ECF No. 1560), Plaintiffs, by and through undersigned counsel, file their Objections and Reply Designations to Google's Counter Designations to Plaintiffs' Deposition Designations (ECF No. 1577), attached hereto as Exhibit 1.

(See following page for signatures)

1

Dated: September 3, 2025

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>DAVID A. GEIGER<br>MILOSZ GUDZOWSKI<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>Telephone: (202) 307-0077<br>Facsimile: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>*Attorneys for the United States* | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |