# Exhibit 1

## PLAINTIFFS' OBJECTIONS AND FAIRNESS DESIGNATIONS

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confedentiality as of August 29, 2025 |
| Noam Wolf | 7/18/2025 | 27 | 17 | 27 | 25 | | | | | | | |
| Noam Wolf | 7/18/2025 | 28 | 16 | 28 | 20 | | | | | | | |
| Noam Wolf | 7/18/2025 | 30 | 2 | 30 | 5 | | | | | | | |
| Noam Wolf | 7/18/2025 | 30 | 14 | 30 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 53 | 13 | 55 | 20 | | | | | | | |
| Noam Wolf | 7/18/2025 | 56 | 8 | 56 | 16 | | | | | | | |
| Noam Wolf | 7/18/2025 | 57 | 12 | 58 | 17 | | | | | | | |
| Noam Wolf | 7/18/2025 | 58 | 25 | 59 | 11 | | | | | | | |
| Noam Wolf | 7/18/2025 | 60 | 15 | 60 | 19 | | | | | | | |
| Noam Wolf | 7/18/2025 | 60 | 22 | 61 | 12 | | | | | | | |
| Noam Wolf | 7/18/2025 | 62 | 4 | 62 | 6 | | | | | | | |
| Noam Wolf | 7/18/2025 | 62 | 9 | 62 | 17 | | | | | | | |
| Noam Wolf | 7/18/2025 | 63 | 10 | 63 | 12 | | | | | | | |
| Noam Wolf | 7/18/2025 | 63 | 15 | 63 | 19 | | | | | | | |
| Noam Wolf | 7/18/2025 | 70 | 4 | 70 | 5 | | | | | | | |
| Noam Wolf | 7/18/2025 | 70 | 8 | 70 | 13 | | | | | | | |
| Noam Wolf | 7/18/2025 | 71 | 19 | 71 | 21 | | | | | | | |
| Noam Wolf | 7/18/2025 | 72 | 4 | 72 | 8 | | | | | | | |
| Noam Wolf | 7/18/2025 | 73 | 25 | 74 | 5 | | | | | | | |
| Noam Wolf | 7/18/2025 | 74 | 23 | 76 | 24 | | | | | | | |
| Noam Wolf | 7/18/2025 | 78 | 12 | 78 | 22 | | | | | | | |
| Noam Wolf | 7/18/2025 | 80 | 3 | 80 | 5 | | | | | | | |
| Noam Wolf | 7/18/2025 | 80 | 8 | 80 | 18 | | | | | | | |
| Noam Wolf | 7/18/2025 | 87 | 24 | 88 | 10 | | | | | | | |
| Noam Wolf | 7/18/2025 | 88 | 13 | 88 | 21 | | | | | | | |
| Noam Wolf | 7/18/2025 | 91 | 23 | 92 | 2 | | | | | | | |
| Noam Wolf | 7/18/2025 | 92 | 12 | 92 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 92 | 17 | 92 | 25 | | | | | | | |
| Noam Wolf | 7/18/2025 | 93 | 25 | 94 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 95 | 13 | 95 | 22 | | | | | | | |
| Noam Wolf | 7/18/2025 | 97 | 4 | 97 | 7 | | | | | | | |
| Noam Wolf | 7/18/2025 | 97 | 11 | 99 | 20 | | | | | | | |
| Noam Wolf | 7/18/2025 | 102 | 2 | 102 | 7 | | | | | | | |
| Noam Wolf | 7/18/2025 | 102 | 20 | 102 | 22 | | | | | | | |
| Noam Wolf | 7/18/2025 | 103 | 5 | 103 | 11 | | | | | | | |
| Noam Wolf | 7/18/2025 | 103 | 22 | 104 | 4 | | | | | | | |
| Noam Wolf | 7/18/2025 | 106 | 15 | 107 | 9 | | | | | | | |
| Noam Wolf | 7/18/2025 | 107 | 13 | 107 | 25 | | | | | | | |
| Noam Wolf | 7/18/2025 | 111 | 15 | 111 | 18 | | | | | | | |
| Noam Wolf | 7/18/2025 | 111 | 21 | 111 | 25 | | | | | | | |
| Noam Wolf | 7/18/2025 | 112 | 3 | 112 | 15 | | | | | | | |
| Noam Wolf | 7/18/2025 | 113 | 7 | 113 | 11 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noam Wolf | 7/18/2025 | 113 | 14 | 114 | 20 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 119 | 16 | 119 | 22 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 121 | 4 | 121 | 5 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 121 | 8 | 121 | 12 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 122 | 7 | 122 | 15 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 130 | 18 | 130 | 20 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 134 | 16 | 135 | 21 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 135 | 24 | 135 | 25 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 137 | 3 | 137 | 6 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 138 | 4 | 138 | 7 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 138 | 10 | 138 | 20 | | | | | | | | 138:21-139:8 | Highly Confidential |
| Noam Wolf | 7/18/2025 | 139 | 17 | 139 | 19 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 139 | 22 | 139 | 23 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 140 | 10 | 140 | 21 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 140 | 24 | 141 | 7 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 143 | 9 | 143 | 19 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 143 | 22 | 143 | 24 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 145 | 15 | 145 | 20 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 145 | 23 | 146 | 9 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 146 | 12 | 147 | 16 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 149 | 5 | 149 | 8 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 151 | 9 | 151 | 19 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 153 | 15 | 153 | 16 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 153 | 19 | 154 | 20 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 156 | 11 | 156 | 14 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 158 | 3 | 158 | 25 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 160 | 16 | 161 | 4 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 161 | 6 | 161 | 7 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 162 | 11 | 163 | 10 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 166 | 6 | 167 | 5 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 167 | 12 | 167 | 22 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 171 | 4 | 171 | 11 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 171 | 17 | 172 | 12 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 172 | 21 | 173 | 16 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 183 | 6 | 183 | 10 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 183 | 17 | 183 | 23 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 184 | 4 | 184 | 18 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 187 | 24 | 188 | 3 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 188 | 6 | 188 | 7 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 188 | 10 | 188 | 21 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 188 | 24 | 190 | 4 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 193 | 13 | 193 | 18 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 202 | 19 | 202 | 21 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 202 | 25 | 203 | 2 | | | | | | | | | |
| Noam Wolf | 7/18/2025 | 205 | 20 | 206 | 14 | | | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| Noam Wolf | 7/18/2025 | 206 | 17 | 207 | 7 | | | | | | |
|-----------|-----------|-----|----|-----|----|--|--|--|--|--|--|
| Noam Wolf | 7/18/2025 | 217 | 13 | 218 | 19 | | | | | | |
| Noam Wolf | 7/18/2025 | 223 | 12 | 224 | 11 | | | | | | |
| Noam Wolf | 7/18/2025 | 224 | 14 | 225 | 12 | | | | | | |
| Noam Wolf | 7/18/2025 | 225 | 23 | 226 | 5 | | | | | | |
| Noam Wolf | 7/18/2025 | 226 | 14 | 226 | 19 | | | | | | |
| Noam Wolf | 7/18/2025 | 227 | 6 | 227 | 15 | | | | | | |
| Noam Wolf | 7/18/2025 | 227 | 18 | 228 | 10 | | | | | | |
| Noam Wolf | 7/18/2025 | 234 | 7 | 234 | 13 | | | | | | |
| Noam Wolf | 7/18/2025 | 240 | 15 | 240 | 24 | | | | | | |
| Noam Wolf | 7/18/2025 | 249 | 8 | 249 | 10 | | | | | | |
| Noam Wolf | 7/18/2025 | 250 | 3 | 250 | 6 | | | | | | |
| Noam Wolf | 7/18/2025 | 251 | 15 | 251 | 22 | | | | | | |
| Noam Wolf | 7/18/2025 | 255 | 15 | 255 | 18 | | | | | | |
| Noam Wolf | 7/18/2025 | 256 | 2 | 256 | 10 | | | | | | |
| Noam Wolf | 7/18/2025 | 256 | 17 | 256 | 17 | | | | | | |
| Noam Wolf | 7/18/2025 | 256 | 19 | 256 | 21 | | | | | | |
| Noam Wolf | 7/18/2025 | 256 | 24 | 257 | 13 | | | | | | |
| Noam Wolf | 7/18/2025 | 257 | 21 | 257 | 22 | | | | | | |
| Noam Wolf | 7/18/2025 | 257 | 25 | 258 | 12 | | | | | | |
| Noam Wolf | 7/18/2025 | 260 | 12 | 261 | 4 | | | | | | |
| Noam Wolf | 7/18/2025 | 261 | 8 | 261 | 11 | | | | | | |
| Noam Wolf | 7/18/2025 | 261 | 14 | 261 | 22 | | | | | | |
| Noam Wolf | 7/18/2025 | 262 | 8 | 264 | 4 | | | | | | |
| Noam Wolf | 7/18/2025 | 264 | 22 | 265 | 19 | | | | | | |
| Noam Wolf | 7/18/2025 | 267 | 12 | 267 | 16 | | | | | | |
| Noam Wolf | 7/18/2025 | 268 | 25 | 269 | 20 | | | | | | |
| Noam Wolf | 7/18/2025 | 271 | 3 | 271 | 11 | | | | | | |
| Noam Wolf | 7/18/2025 | 271 | 14 | 271 | 25 | | | | | | |
| Noam Wolf | 7/18/2025 | 272 | 4 | 272 | 14 | | | | | | |
| Noam Wolf | 7/18/2025 | 273 | 8 | 274 | 5 | | | | | | |
| Noam Wolf | 7/18/2025 | 276 | 9 | 277 | 16 | | | | | | |
| Noam Wolf | 7/18/2025 | 278 | 17 | 278 | 21 | | | | | | |
| Noam Wolf | 7/18/2025 | 278 | 24 | 279 | 13 | | | | | | |
| Noam Wolf | 7/18/2025 | 279 | 25 | 281 | 6 | | | | | | 281:16-281:20; 281:24-282:2 | Highly Confidential |
| Noam Wolf | 7/18/2025 | 282 | 4 | 282 | 7 | | | | | | 281:16-281:20; 281:24-282:2 | Highly Confidential |
| Noam Wolf | 7/18/2025 | 282 | 11 | 282 | 21 | | | | | | |
| Noam Wolf | 7/18/2025 | 282 | 25 | 283 | 11 | | | | | | |
| Noam Wolf | 7/18/2025 | 283 | 22 | 284 | 5 | | | | | | |
| Noam Wolf | 7/18/2025 | 284 | 8 | 284 | 10 | | | | | | |
| Noam Wolf | 7/18/2025 | 284 | 15 | 284 | 21 | | | | | | |
| Noam Wolf | 7/18/2025 | 285 | 6 | 285 | 9 | | | | | | |
| Noam Wolf | 7/18/2025 | 285 | 12 | 285 | 13 | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| Noam Wolf | 7/18/2025 | 299 | 15 | 299 | 17 | | | | | | | |
|-----------|-----------|-----|-----|-----|-----|--|--|--|--|--|--|--|
| Noam Wolf | 7/18/2025 | 300 | 14 | 300 | 15 | | | | | | | |
| Noam Wolf | 7/18/2025 | 300 | 25 | 301 | 10 | | | | | | | |
| Noam Wolf | 7/18/2025 | 303 | 3 | 303 | 4 | | | | | | | |
| Noam Wolf | 7/18/2025 | 303 | 7 | 303 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 303 | 24 | 304 | 11 | | | | | | | |
| Noam Wolf | 7/18/2025 | 305 | 12 | 305 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 305 | 17 | 306 | 9 | | | | | | | |
| Noam Wolf | 7/18/2025 | 309 | 14 | 310 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 318 | 11 | 318 | 17 | | | | | | | |
| Noam Wolf | 7/18/2025 | 320 | 14 | 320 | 18 | | | | | | | |
| Noam Wolf | 7/18/2025 | 323 | 8 | 323 | 15 | | | | | | | |
| Noam Wolf | 7/18/2025 | 324 | 5 | 324 | 13 | | | | | | | |
| Noam Wolf | 7/18/2025 | 324 | 16 | 324 | 20 | | | | | | | |
| Noam Wolf | 7/18/2025 | 325 | 14 | 326 | 13 | | | | | | | |
| Noam Wolf | 7/18/2025 | 326 | 16 | 327 | 3 | | | | | | | |
| Noam Wolf | 7/18/2025 | 328 | 10 | 328 | 12 | | | | | | | |
| Noam Wolf | 7/18/2025 | 328 | 15 | 329 | 12 | | | | | | | |
| Noam Wolf | 7/18/2025 | 329 | 15 | 330 | 7 | | | | | | | |
| Noam Wolf | 7/18/2025 | 355 | 10 | 355 | 19 | | | | | | | |
| Noam Wolf | 7/18/2025 | 358 | 10 | 358 | 15 | | | | | | | |
| Noam Wolf | 7/18/2025 | 359 | 8 | 359 | 19 | | | | | | | |
| Noam Wolf | 7/18/2025 | 359 | 24 | 360 | 5 | | | | | | | |
| Noam Wolf | 7/18/2025 | 370 | 12 | 370 | 17 | | | | | | | |
| Noam Wolf | 7/18/2025 | 374 | 8 | 374 | 10 | | | | | | | |
| Noam Wolf | 7/18/2025 | 374 | 14 | 374 | 16 | | | | | | | |
| Noam Wolf | 7/18/2025 | 375 | 11 | 375 | 13 | | | | | | | |
| Noam Wolf | 7/18/2025 | 375 | 16 | 375 | 16 | | | | | | | |
| Noam Wolf | 7/18/2025 | 376 | 3 | 376 | 8 | | | | | | | |
| Noam Wolf | 7/18/2025 | 376 | 11 | 376 | 14 | | | | | | | |
| Noam Wolf | 7/18/2025 | 376 | 18 | 376 | 19 | | | | | | | |
| Noam Wolf | 7/18/2025 | 376 | 22 | 376 | 24 | | | | | | | |
| Noam Wolf | 7/18/2025 | 377 | 3 | 377 | 6 | | | | | | | |
| Noam Wolf | 7/18/2025 | 377 | 16 | 377 | 23 | | | | | | | |
| Noam Wolf | 7/18/2025 | 378 | 7 | 378 | 22 | | | | | | | |
| Noam Wolf | 7/18/2025 | 379 | 5 | 379 | 6 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confidentiality as of August 29, 2025 |
| Michael Racic | 7/28/2025 | 10 | 19 | 11 | 2 | | | | | | | |
| Michael Racic | 7/28/2025 | 16 | 22 | 20 | 14 | 802 | 17 | 6 | 18 | 11 | 15:13-15; 20:15-19 | Public |
| | | 16 | 22 | 20 | 14 | 802 | 19 | 21 | 20 | 14 | | |
| Michael Racic | 7/28/2025 | 32 | 6 | 32 | 20 | | | | | | 32:21-33:3; 33:6-13; 33:15-18 | Public |
| Michael Racic | 7/28/2025 | 34 | 9 | 38 | 21 | | | | | | 38:22-39:5 | Public |
| Michael Racic | 7/28/2025 | 40 | 21 | 41 | 7 | | | | | | | |
| Michael Racic | 7/28/2025 | 42 | 4 | 42 | 15 | | | | | | | |
| Michael Racic | 7/28/2025 | 75 | 16 | 76 | 4 | 106 | 75 | 16 | 76 | 4 | | |
| Michael Racic | 7/28/2025 | 76 | 9 | 76 | 11 | 106 | 76 | 9 | 76 | 11 | | |
| Michael Racic | 7/28/2025 | 76 | 18 | 77 | 2 | | | | | | | |
| Michael Racic | 7/28/2025 | 83 | 18 | 84 | 4 | | | | | | | |
| Michael Racic | 7/28/2025 | 86 | 7 | 86 | 11 | | | | | | | |
| Michael Racic | 7/28/2025 | 94 | 16 | 96 | 5 | | | | | | | |
| Michael Racic | 7/28/2025 | 100 | 9 | 100 | 14 | | | | | | | |
| Michael Racic | 7/28/2025 | 113 | 21 | 114 | 9 | | | | | | | |
| Michael Racic | 7/28/2025 | 114 | 19 | 115 | 7 | | | | | | | |
| Michael Racic | 7/28/2025 | 117 | 17 | 118 | 2 | | | | | | | |
| Michael Racic | 7/28/2025 | 121 | 5 | 121 | 17 | | | | | | | |
| Michael Racic | 7/28/2025 | 121 | 18 | 122 | 8 | | | | | | | |
| Michael Racic | 7/28/2025 | 122 | 9 | 122 | 22 | | | | | | | |
| Michael Racic | 7/28/2025 | 133 | 11 | 134 | 14 | | | | | | | |
| Michael Racic | 7/28/2025 | 137 | 20 | 138 | 3 | | | | | | | |
| Michael Racic | 7/28/2025 | 141 | 11 | 142 | 6 | | | | | | | |
| Michael Racic | 7/28/2025 | 145 | 6 | 145 | 12 | | | | | | | |
| Michael Racic | 7/28/2025 | 151 | 18 | 153 | 11 | | | | | | | |
| Michael Racic | 7/28/2025 | 235 | 2 | 236 | 14 | | | | | | | |
| Michael Racic | 7/28/2025 | 345 | 2 | 345 | 11 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confidentiality as of August 29, 2025 |
| Rajeev Goel | 8/21/2025 | 15 | 5 | 15 | 7 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 15 | 10 | 15 | 10 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 15 | 12 | 15 | 16 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 21 | 12 | 21 | 15 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 22 | 5 | 23 | 3 | V | 23 | 2 | 23 | 7 | | |
| Rajeev Goel | 8/21/2025 | 23 | 7 | 23 | 11 | V | 23 | 2 | 23 | 7 | | |
| Rajeev Goel | 8/21/2025 | 23 | 15 | 24 | 15 | V; 611c | 23 | 9 | 23 | 15 | | |
| Rajeev Goel | 8/21/2025 | 24 | 17 | 25 | 7 | | | | | | 25:8-25:10; 25:13-25:16 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 25 | 18 | 25 | 20 | 611c | 25 | 18 | 25 | 20 | | |
| Rajeev Goel | 8/21/2025 | 25 | 23 | 26 | 1 | 611c | 25 | 23 | 26 | 4 | | |
| Rajeev Goel | 8/21/2025 | 26 | 3 | 26 | 4 | 611c | 25 | 23 | 26 | 4 | | |
| Rajeev Goel | 8/21/2025 | 96 | 3 | 96 | 10 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 96 | 12 | 96 | 14 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 96 | 23 | 97 | 6 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 126 | 23 | 126 | 25 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 129 | 2 | 129 | 5 | V; 602 | 129 | 2 | 129 | 10 | | |
| Rajeev Goel | 8/21/2025 | 129 | 8 | 129 | 13 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 129 | 15 | 130 | 3 | 611c | 129 | 23 | 130 | 11 | | |
| Rajeev Goel | 8/21/2025 | 130 | 6 | 130 | 11 | 611c | 129 | 23 | 130 | 11 | | |
| Rajeev Goel | 8/21/2025 | 130 | 21 | 131 | 10 | 611c | 131 | 5 | 131 | 15 | | |
| Rajeev Goel | 8/21/2025 | 131 | 13 | 131 | 23 | 611c | 131 | 17 | 132 | 2 | | |
| Rajeev Goel | 8/21/2025 | 132 | 1 | 132 | 13 | 611c | 131 | 17 | 132 | 2 | | |
| Rajeev Goel | 8/21/2025 | 136 | 9 | 136 | 16 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 138 | 20 | 139 | 22 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 144 | 16 | 144 | 19 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 147 | 6 | 147 | 8 | | | | | | 148:7-148:8; 148:13-148:23 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 147 | 13 | 147 | 16 | | | | | | 148:7-148:8; 148:13-148:23 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 147 | 18 | 147 | 20 | | | | | | 148:7-148:8; 148:13-148:23 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 147 | 22 | 147 | 24 | 611c; V | 147 | 22 | 148 | 2 | 148:7-148:8; 148:13-148:23 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 148 | 1 | 148 | 6 | 611c; V | 147 | 22 | 148 | 2 | 148:7-148:8; 148:13-148:23 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 152 | 15 | 152 | 21 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 155 | 25 | 156 | 6 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 156 | 22 | 157 | 13 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 160 | 8 | 160 | 10 | V; O | 160 | 8 | 160 | 13 | | |
| Rajeev Goel | 8/21/2025 | 160 | 12 | 160 | 13 | V; O | 160 | 8 | 160 | 13 | | |
| Rajeev Goel | 8/21/2025 | 160 | 15 | 160 | 21 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 160 | 23 | 161 | 1 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 162 | 11 | 162 | 16 | 602; O; V | 162 | 14 | 162 | 22 | | |
| Rajeev Goel | 8/21/2025 | 162 | 19 | 162 | 22 | 602; O; V | 162 | 14 | 162 | 22 | | |
| Rajeev Goel | 8/21/2025 | 171 | 17 | 172 | 11 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 176 | 12 | 177 | 12 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 178 | 22 | 179 | 4 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 181 | 21 | 182 | 5 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 191 | 13 | 191 | 23 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 192 | 12 | 192 | 14 | | | | | | | |
| Rajeev Goel | 8/21/2025 | 194 | 7 | 194 | 8 | 611c; V | 194 | 7 | 194 | 11 | 194:15-195:6; 195:8-195:17; 195:19-195:22; 195:24-196:5 | Highly Confidential |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajeev Goel | 8/21/2025 | 194 | 10 | 194 | 11 | 611c; V | 194 | 7 | 194 | 11 | 194:15-195:6; 195:8-195:17; 195:19-195:22; 195:24-196:5 | Highly Confidential |
| Rajeev Goel | 8/21/2025 | 198 | 2 | 198 | 7 | | | | | | |
| Rajeev Goel | 8/21/2025 | 199 | 14 | 199 | 19 | MT; 611c | 199 | 14 | 199 | 22 | |
| Rajeev Goel | 8/21/2025 | 199 | 22 | 199 | 22 | MT; 611c | 199 | 14 | 199 | 22 | |
| Rajeev Goel | 8/21/2025 | 201 | 21 | 201 | 25 | | | | | | |
| Rajeev Goel | 8/21/2025 | 205 | 2 | 206 | 8 | | | | | | |
| Rajeev Goel | 8/21/2025 | 208 | 17 | 208 | 21 | 611c; 802 | 208 | 17 | 209 | 5 | |
| Rajeev Goel | 8/21/2025 | 208 | 23 | 209 | 5 | 611c; 802 | 208 | 17 | 209 | 5 | |
| Rajeev Goel | 8/21/2025 | 209 | 17 | 209 | 20 | 602 | 209 | 17 | 209 | 24 | |
| Rajeev Goel | 8/21/2025 | 209 | 23 | 210 | 10 | 602 | 209 | 17 | 209 | 24 | |
| Rajeev Goel | 8/21/2025 | 210 | 13 | 210 | 17 | 611c; MT | 210 | 8 | 210 | 13 | |
| Rajeev Goel | 8/21/2025 | 210 | 19 | 210 | 19 | 611c | 210 | 15 | 210 | 19 | |
| Rajeev Goel | 8/21/2025 | 212 | 23 | 213 | 1 | | | | | | |
| Rajeev Goel | 8/21/2025 | 224 | 17 | 224 | 19 | | | | | | |
| Rajeev Goel | 8/21/2025 | 224 | 21 | 225 | 5 | | | | | | |
| Rajeev Goel | 8/21/2025 | 251 | 20 | 251 | 25 | 611c | 251 | 22 | 252 | 4 | |
| Rajeev Goel | 8/21/2025 | 252 | 2 | 252 | 4 | 611c | 251 | 22 | 252 | 4 | |
| Rajeev Goel | 8/21/2025 | 253 | 8 | 253 | 12 | | | | | | |
| Rajeev Goel | 8/21/2025 | 254 | 19 | 255 | 23 | 611c; MT | 255 | 19 | 255 | 25 | |
| Rajeev Goel | 8/21/2025 | 255 | 25 | 255 | 25 | 611c; MT | 255 | 19 | 255 | 25 | |
| Rajeev Goel | 8/21/2025 | 257 | 4 | 257 | 13 | 611c; MT | 257 | 10 | 257 | 16 | |
| Rajeev Goel | 8/21/2025 | 257 | 16 | 258 | 5 | 611c | 258 | 3 | 258 | 7 | |
| Rajeev Goel | 8/21/2025 | 258 | 7 | 258 | 7 | 611c | 258 | 3 | 258 | 7 | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confidentiality as of August 29, 2025 |
| Arnaud Creput | 6/11/2025 | 12 | 16 | 12 | 21 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 48 | 9 | 49 | 4 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 52 | 4 | 52 | 8 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 60 | 10 | 61 | 13 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 68 | 8 | 69 | 2 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 71 | 21 | 72 | 13 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 74 | 18 | 75 | 7 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 87 | 3 | 87 | 5 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 87 | 13 | 88 | 14 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 88 | 15 | 89 | 8 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 89 | 4 | 89 | 8 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 89 | 12 | 90 | 18 | 106 | 89 | 12 | 90 | 21 | | |
| Arnaud Creput | 6/11/2025 | 89 | 17 | 89 | 20 | 106 | 89 | 12 | 90 | 21 | | |
| Arnaud Creput | 6/11/2025 | 89 | 21 | 90 | 2 | 106 | 89 | 12 | 90 | 21 | | |
| Arnaud Creput | 6/11/2025 | 90 | 21 | 90 | 21 | 106 | 89 | 12 | 90 | 21 | | |
| Arnaud Creput | 6/11/2025 | 92 | 15 | 93 | 3 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 93 | 4 | 93 | 6 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 93 | 9 | 94 | 13 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 94 | 17 | 94 | 20 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 94 | 22 | 95 | 4 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 95 | 6 | 95 | 7 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 95 | 20 | 96 | 13 | V; O | 96 | 9 | 96 | 13 | | |
| Arnaud Creput | 6/11/2025 | 96 | 15 | 97 | 17 | V; O | 96 | 15 | 97 | 17 | | |
| Arnaud Creput | 6/11/2025 | 102 | 12 | 102 | 19 | V; O | 102 | 12 | 102 | 19 | | |
| Arnaud Creput | 6/11/2025 | 102 | 21 | 103 | 3 | V; O | 102 | 21 | 103 | 3 | | |
| Arnaud Creput | 6/11/2025 | 103 | 5 | 103 | 14 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 104 | 8 | 104 | 10 | V; O | 104 | 8 | 104 | 10 | | |
| Arnaud Creput | 6/11/2025 | 104 | 12 | 104 | 16 | V; O | 104 | 12 | 104 | 16 | | |
| Arnaud Creput | 6/11/2025 | 104 | 18 | 105 | 1 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 105 | 13 | 105 | 22 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 107 | 17 | 107 | 22 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 110 | 20 | 111 | 13 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 113 | 16 | 114 | 7 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 115 | 18 | 116 | 5 | 104a; V; O | 115 | 18 | 116 | 5 | | |
| Arnaud Creput | 6/11/2025 | 116 | 10 | 116 | 13 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 117 | 3 | 117 | 22 | CD; V; O | 117 | 19 | 118 | 2 | 117:19-117:22; 118:2 | Highly Confidential |
| Arnaud Creput | 6/11/2025 | 118 | 4 | 118 | 12 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 119 | 19 | 120 | 4 | | | | | | | |
| Arnaud Creput | 6/11/2025 | 121 | 7 | 121 | 12 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| Witness | Depo. Date | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confidentiality as of August 29, 2025 |
| Jay Friedman | 6/30/2025 | 15 | 21 | 16 | 6 | | | | | | | |
| Jay Friedman | 6/30/2025 | 16 | 17 | 17 | 5 | V | 17 | 3 | 17 | 7 | | |
| Jay Friedman | 6/30/2025 | 17 | 7 | 17 | 11 | V | 17 | 3 | 17 | 7 | | |
| Jay Friedman | 6/30/2025 | 18 | 11 | 18 | 22 | | | | | | | |
| Jay Friedman | 6/30/2025 | 18 | 23 | 19 | 2 | | | | | | | |
| Jay Friedman | 6/30/2025 | 20 | 12 | 20 | 15 | | | | | | | |
| Jay Friedman | 6/30/2025 | 21 | 5 | 22 | 8 | | | | | | | |
| Jay Friedman | 6/30/2025 | 23 | 17 | 23 | 21 | | | | | | | |
| Jay Friedman | 6/30/2025 | 24 | 15 | 25 | 9 | | | | | | | |
| Jay Friedman | 6/30/2025 | 26 | 2 | 28 | 15 | | | | | | | |
| Jay Friedman | 6/30/2025 | 28 | 22 | 30 | 5 | | | | | | | |
| Jay Friedman | 6/30/2025 | 30 | 18 | 30 | 23 | * | | | | | | |
| Jay Friedman | 6/30/2025 | 31 | 8 | 31 | 21 | | | | | | | |
| Jay Friedman | 6/30/2025 | 31 | 22 | 32 | 1 | | | | | | | |
| Jay Friedman | 6/30/2025 | 32 | 2 | 32 | 25 | | | | | | | |
| Jay Friedman | 6/30/2025 | 35 | 12 | 35 | 14 | V | 35 | 12 | 35 | 17 | | |
| Jay Friedman | 6/30/2025 | 35 | 16 | 35 | 17 | V | 35 | 12 | 35 | 17 | | |
| Jay Friedman | 6/30/2025 | 35 | 18 | 35 | 23 | | | | | | | |
| Jay Friedman | 6/30/2025 | 36 | 4 | 36 | 10 | | | | | | | |
| Jay Friedman | 6/30/2025 | 36 | 11 | 36 | 14 | | | | | | | |
| Jay Friedman | 6/30/2025 | 36 | 16 | 37 | 17 | | | | | | | |
| Jay Friedman | 6/30/2025 | 37 | 19 | 37 | 24 | V | 37 | 23 | 38 | 1 | | |
| Jay Friedman | 6/30/2025 | 38 | 1 | 38 | 14 | V | 37 | 23 | 38 | 1 | | |
| Jay Friedman | 6/30/2025 | 42 | 16 | 42 | 18 | V | 42 | 16 | 43 | 1 | 38:23-39:13; 40:10-40:14 | Public |
| Jay Friedman | 6/30/2025 | 42 | 20 | 43 | 1 | V | 42 | 16 | 43 | 1 | 38:23-39:13; 40:10-40:14 | Public |
| Jay Friedman | 6/30/2025 | 45 | 4 | 46 | 3 | | | | | | | |
| Jay Friedman | 6/30/2025 | 46 | 5 | 46 | 16 | | | | | | | |
| Jay Friedman | 6/30/2025 | 46 | 18 | 47 | 7 | | | | | | | |
| Jay Friedman | 6/30/2025 | 49 | 5 | 53 | 1 | | | | | | | |
| Jay Friedman | 6/30/2025 | 54 | 6 | 54 | 25 | V | 54 | 24 | 55 | 2 | | |
| Jay Friedman | 6/30/2025 | 55 | 2 | 55 | 2 | V | 54 | 24 | 55 | 2 | | |
| Jay Friedman | 6/30/2025 | 55 | 15 | 55 | 19 | | | | | | | |
| Jay Friedman | 6/30/2025 | 55 | 23 | 56 | 18 | | | | | | | |
| Jay Friedman | 6/30/2025 | 56 | 20 | 57 | 1 | | | | | | | |
| Jay Friedman | 6/30/2025 | 60 | 7 | 60 | 10 | 611c; V | 60 | 7 | 60 | 13 | | |
| Jay Friedman | 6/30/2025 | 60 | 12 | 60 | 18 | 611c; V | 60 | 14 | 60 | 18 | | |
| Jay Friedman | 6/30/2025 | 60 | 20 | 60 | 25 | 611c; V | 60 | 20 | 60 | 25 | | |
| Jay Friedman | 6/30/2025 | 61 | 2 | 61 | 16 | | | | | | | |
| Jay Friedman | 6/30/2025 | 62 | 1 | 62 | 16 | | | | | | | |
| Jay Friedman | 6/30/2025 | 63 | 20 | 64 | 16 | | | | | | | |
| Jay Friedman | 6/30/2025 | 66 | 1 | 66 | 5 | 611c; V | 66 | 1 | 66 | 10 | | |
| Jay Friedman | 6/30/2025 | 66 | 7 | 66 | 10 | 611c; V | 66 | 1 | 66 | 10 | | |
| Jay Friedman | 6/30/2025 | 66 | 11 | 66 | 18 | | | | | | | |
| Jay Friedman | 6/30/2025 | 66 | 19 | 67 | 20 | MT | 67 | 11 | 67 | 19 | | |
| Jay Friedman | 6/30/2025 | 69 | 19 | 69 | 20 | V | 69 | 19 | 69 | 22 | | |
| Jay Friedman | 6/30/2025 | 69 | 22 | 69 | 22 | V | 69 | 19 | 69 | 22 | | |
| Jay Friedman | 6/30/2025 | 69 | 25 | 70 | 6 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jay Friedman | 6/30/2025 | 70 | 17 | 71 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 71 | 16 | 73 | 22 | 611c; V | 73 | 20 | 74 | 13 | |
| Jay Friedman | 6/30/2025 | 72 | 22 | 73 | 22 | 611c; V | 73 | 20 | 74 | 13 | |
| Jay Friedman | 6/30/2025 | 73 | 24 | 74 | 18 | 611c; V | 73 | 20 | 74 | 13 | |
| Jay Friedman | 6/30/2025 | 74 | 2 | 74 | 18 | 611c; V | 73 | 20 | 74 | 13 | |
| Jay Friedman | 6/30/2025 | 79 | 22 | 80 | 3 | | | | | | |
| Jay Friedman | 6/30/2025 | 85 | 2 | 86 | 2 | | | | | | |
| Jay Friedman | 6/30/2025 | 86 | 3 | 86 | 8 | MT, V, O | 86 | 3 | 86 | 20 | |
| Jay Friedman | 6/30/2025 | 86 | 10 | 86 | 20 | MT, V, O | 86 | 3 | 86 | 20 | |
| Jay Friedman | 6/30/2025 | 86 | 24 | 87 | 11 | 611c; V | 87 | 8 | 87 | 24 | |
| Jay Friedman | 6/30/2025 | 87 | 13 | 87 | 24 | 611c; V | 87 | 8 | 87 | 24 | |
| Jay Friedman | 6/30/2025 | 88 | 25 | 89 | 6 | | | | | | |
| Jay Friedman | 6/30/2025 | 90 | 14 | 90 | 15 | V | 90 | 14 | 90 | 17 | |
| Jay Friedman | 6/30/2025 | 90 | 17 | 90 | 17 | V | 90 | 14 | 90 | 17 | |
| Jay Friedman | 6/30/2025 | 91 | 9 | 91 | 10 | 611c; V | 91 | 9 | 91 | 22 | |
| Jay Friedman | 6/30/2025 | 91 | 12 | 91 | 22 | 611c; V | 91 | 9 | 91 | 22 | |
| Jay Friedman | 6/30/2025 | 95 | 11 | 96 | 13 | V | 96 | 10 | 97 | 3 | 97:4-98:15 | Public |
| Jay Friedman | 6/30/2025 | 96 | 15 | 97 | 3 | V | 96 | 10 | 97 | 3 | 97:4-98:15 | Public |
| Jay Friedman | 6/30/2025 | 98 | 16 | 98 | 24 | | | | | | |
| Jay Friedman | 6/30/2025 | 99 | 1 | 99 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 99 | 6 | 99 | 20 | | | | | | |
| Jay Friedman | 6/30/2025 | 99 | 22 | 99 | 24 | | | | | | |
| Jay Friedman | 6/30/2025 | 100 | 11 | 100 | 13 | | | | | | |
| Jay Friedman | 6/30/2025 | 100 | 15 | 100 | 15 | | | | | | |
| Jay Friedman | 6/30/2025 | 102 | 9 | 102 | 20 | | | | | | |
| Jay Friedman | 6/30/2025 | 102 | 22 | 103 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 103 | 2 | 103 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 103 | 6 | 103 | 8 | | | | | | |
| Jay Friedman | 6/30/2025 | 103 | 10 | 103 | 21 | | | | | | |
| Jay Friedman | 6/30/2025 | 103 | 23 | 104 | 4 | V; 103 | 104 | 1 | 104 | 6 | 104:1-104:4; 104:9-104:11 | Public |
| Jay Friedman | 6/30/2025 | 104 | 6 | 104 | 6 | V; 103 | 104 | 1 | 104 | 6 | 104:1-104:4; 104:9-104:11 | Public |
| Jay Friedman | 6/30/2025 | 104 | 14 | 104 | 15 | V | 104 | 14 | 104 | 15 | |
| Jay Friedman | 6/30/2025 | 104 | 17 | 104 | 20 | V | 104 | 17 | 104 | 22 | |
| Jay Friedman | 6/30/2025 | 104 | 22 | 104 | 22 | V | 104 | 17 | 104 | 22 | |
| Jay Friedman | 6/30/2025 | 105 | 24 | 106 | 15 | | | | | | |
| Jay Friedman | 6/30/2025 | 108 | 4 | 108 | 20 | | | | | | |
| Jay Friedman | 6/30/2025 | 109 | 2 | 109 | 7 | | | | | | |
| Jay Friedman | 6/30/2025 | 110 | 12 | 110 | 25 | | | | | | |
| Jay Friedman | 6/30/2025 | 114 | 5 | 114 | 8 | | | | | | |
| Jay Friedman | 6/30/2025 | 117 | 24 | 118 | 7 | | 118 | 8 | 118 | 12 | 118:8-118:12; 118:21-118:24 | Confidential |
| Jay Friedman | 6/30/2025 | 118 | 25 | 119 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 119 | 6 | 119 | 10 | | | | | | |
| Jay Friedman | 6/30/2025 | 119 | 12 | 119 | 16 | | | | | | |
| Jay Friedman | 6/30/2025 | 119 | 19 | 119 | 22 | | | | | | |
| Jay Friedman | 6/30/2025 | 123 | 14 | 123 | 23 | | | | | | |
| Jay Friedman | 6/30/2025 | 123 | 24 | 125 | 4 | | | | | | |
| Jay Friedman | 6/30/2025 | 125 | 6 | 125 | 7 | | | | | | |
| Jay Friedman | 6/30/2025 | 126 | 4 | 126 | 7 | | | | | | |
| Jay Friedman | 6/30/2025 | 133 | 6 | 133 | 11 | | | | | | |
| Jay Friedman | 6/30/2025 | 133 | 13 | 133 | 13 | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| Name | Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jay Friedman | 6/30/2025 | 134 | 13 | 134 | 16 | | | | | | | |
| Jay Friedman | 6/30/2025 | 134 | 20 | 134 | 22 | V | 134 | 22 | 134 | 24 | 135:6-135:8; 135:10-135:19 | Public |
| Jay Friedman | 6/30/2025 | 134 | 24 | 134 | 24 | V | 134 | 22 | 134 | 24 | 135:6-135:8; 135:10-135:19 | Public |
| Jay Friedman | 6/30/2025 | 136 | 14 | 137 | 4 | | | | | | | |
| Jay Friedman | 6/30/2025 | 137 | 7 | 138 | 6 | | | | | | | |
| Jay Friedman | 6/30/2025 | 140 | 8 | 142 | 6 | | | | | | | |
| Jay Friedman | 6/30/2025 | 142 | 11 | 142 | 13 | | | | | | | |
| Jay Friedman | 6/30/2025 | 142 | 15 | 142 | 15 | | | | | | | |
| Jay Friedman | 6/30/2025 | 146 | 15 | 147 | 1 | | | | | | | |
| Jay Friedman | 6/30/2025 | 148 | 18 | 149 | 4 | | | | | | | |
| Jay Friedman | 6/30/2025 | 150 | 4 | 150 | 12 | | | | | | | |
| Jay Friedman | 6/30/2025 | 150 | 22 | 151 | 23 | | | | | | 151:24-152:5; 152:7-152:14 | Public |
| Jay Friedman | 6/30/2025 | 152 | 15 | 152 | 22 | V | 152 | 20 | 152 | 24 | | |
| Jay Friedman | 6/30/2025 | 152 | 24 | 152 | 24 | V | 152 | 20 | 152 | 24 | | |
| Jay Friedman | 6/30/2025 | 152 | 25 | 153 | 6 | V | 152 | 25 | 153 | 6 | | |
| Jay Friedman | 6/30/2025 | 153 | 8 | 153 | 11 | | | | | | | |
| Jay Friedman | 6/30/2025 | 153 | 13 | 153 | 14 | | | | | | | |
| Jay Friedman | 6/30/2025 | 191 | 6 | 191 | 18 | | | | | | | |
| Jay Friedman | 6/30/2025 | 191 | 20 | 193 | 5 | | | | | | | |
| Jay Friedman | 6/30/2025 | 198 | 12 | 199 | 2 | | | | | | | |
| Jay Friedman | 6/30/2025 | 200 | 10 | 200 | 12 | V | | | | | 200:19-200:22; 200:24-201:18; 201:21-202:3 | Public |
| Jay Friedman | 6/30/2025 | 200 | 14 | 200 | 18 | V | | | | | 200:19-200:22; 200:24-201:18; 201:21-202:3 | Public |
| Jay Friedman | 6/30/2025 | 202 | 1 | 202 | 23 | 106 | | | | | 200:19-200:22; 200:24-201:18; 201:21-202:3 | Public |
| Jay Friedman | 6/30/2025 | 203 | 13 | 203 | 22 | | | | | | | |
| Jay Friedman | 6/30/2025 | 207 | 2 | 207 | 5 | | | | | | | |
| Jay Friedman | 6/30/2025 | 207 | 7 | 207 | 11 | | | | | | | |
| Jay Friedman | 6/30/2025 | 208 | 2 | 208 | 15 | | | | | | | |
| Jay Friedman | 6/30/2025 | 208 | 2 | 208 | 19 | | | | | | | |
| Jay Friedman | 6/30/2025 | 210 | 10 | 210 | 25 | | | | | | | |
| Jay Friedman | 6/30/2025 | 211 | 3 | 211 | 6 | | | | | | | |
| Jay Friedman | 6/30/2025 | 214 | 1 | 214 | 4 | V;O | 214 | 1 | 214 | 6 | | |
| Jay Friedman | 6/30/2025 | 214 | 6 | 214 | 6 | V;O | 214 | 1 | 214 | 6 | | |
| Jay Friedman | 6/30/2025 | 214 | 7 | 214 | 12 | | | | | | | |
| Jay Friedman | 6/30/2025 | 214 | 13 | 214 | 14 | 106; V | 214 | 13 | 214 | 14 | 214:16-17 | Public |
| Jay Friedman | 6/30/2025 | 214 | 18 | 215 | 7 | | | | | | | |
| Jay Friedman | 6/30/2025 | 215 | 12 | 215 | 13 | V | 215 | 12 | 215 | 18 | | |
| Jay Friedman | 6/30/2025 | 215 | 15 | 215 | 18 | V | 215 | 12 | 215 | 18 | | |
| Jay Friedman | 6/30/2025 | 223 | 23 | 224 | 4 | | | | | | | |
| Jay Friedman | 6/30/2025 | 224 | 6 | 224 | 9 | | | | | | | |
| Jay Friedman | 6/30/2025 | 227 | 24 | 228 | 2 | V | 227 | 24 | 228 | 5 | | |
| Jay Friedman | 6/30/2025 | 228 | 4 | 228 | 5 | V | 227 | 24 | 228 | 5 | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | Google's Counter Designations | | | | Objections | | | | | Fairness Designations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo. Date | Page From | Line From | Page To | Line To | Objections | Page From | Line From | Page To | Line To | Designation | Party Confedentiality as of August 29, 2025 |
| Jason Taylor | 6/26/2025 | 22 | 18 | 22 | 20 | | | | | | | |
| Jason Taylor | 6/26/2025 | 22 | 22 | 22 | 22 | | | | | | | |
| Jason Taylor | 6/26/2025 | 22 | 24 | 23 | 5 | | | | | | | |
| Jason Taylor | 6/26/2025 | 24 | 2 | 24 | 3 | V | 24 | 2 | 24 | 5 | | |
| Jason Taylor | 6/26/2025 | 24 | 5 | 24 | 12 | V | 24 | 2 | 24 | 5 | | |
| Jason Taylor | 6/26/2025 | 24 | 14 | 24 | 21 | | | | | | | |
| Jason Taylor | 6/26/2025 | 30 | 2 | 30 | 3 | V | 30 | 2 | 30 | 17 | | |
| Jason Taylor | 6/26/2025 | 30 | 5 | 30 | 17 | V | 30 | 2 | 30 | 17 | | |
| Jason Taylor | 6/26/2025 | 46 | 9 | 46 | 18 | | | | | | | |
| Jason Taylor | 6/26/2025 | 48 | 16 | 49 | 4 | V | 49 | 2 | 49 | 6 | | |
| Jason Taylor | 6/26/2025 | 49 | 6 | 49 | 10 | 611c | 49 | 8 | 49 | 12 | | |
| Jason Taylor | 6/26/2025 | 49 | 12 | 49 | 15 | 611c | 49 | 8 | 49 | 12 | | |
| Jason Taylor | 6/26/2025 | 49 | 17 | 49 | 20 | | | | | | | |
| Jason Taylor | 6/26/2025 | 49 | 22 | 50 | 2 | 611c | 49 | 25 | 50 | 4 | | |
| Jason Taylor | 6/26/2025 | 50 | 4 | 50 | 9 | 611c | 49 | 25 | 50 | 4 | | |
| Jason Taylor | 6/26/2025 | 50 | 11 | 50 | 22 | 611c | 50 | 6 | 50 | 11 | | |
| Jason Taylor | 6/26/2025 | 50 | 24 | 50 | 25 | 611c; MT; 103 | 50 | 17 | 50 | 25 | | |
| Jason Taylor | 6/26/2025 | 51 | 9 | 51 | 16 | | | | | | | |
| Jason Taylor | 6/26/2025 | 51 | 22 | 51 | 25 | 611c | 51 | 22 | 51 | 25 | | |
| Jason Taylor | 6/26/2025 | 52 | 10 | 52 | 11 | 103 | 52 | 10 | 52 | 13 | | |
| Jason Taylor | 6/26/2025 | 52 | 13 | 52 | 18 | | | | | | | |
| Jason Taylor | 6/26/2025 | 54 | 17 | 54 | 23 | | | | | | | |
| Jason Taylor | 6/26/2025 | 57 | 15 | 58 | 21 | MT; 611c | 58 | 19 | 58 | 24 | | |
| Jason Taylor | 6/26/2025 | 58 | 23 | 59 | 3 | MT; 611c | 58 | 19 | 58 | 24 | | |
| Jason Taylor | 6/26/2025 | 59 | 5 | 59 | 5 | 611c | 59 | 2 | 59 | 5 | | |
| Jason Taylor | 6/26/2025 | 59 | 20 | 59 | 24 | 611c | 59 | 20 | 60 | 4 | | |
| Jason Taylor | 6/26/2025 | 60 | 1 | 60 | 9 | 611c | 59 | 20 | 60 | 4 | | |
| Jason Taylor | 6/26/2025 | 60 | 11 | 60 | 15 | 611c | 60 | 6 | 60 | 15 | | |
| Jason Taylor | 6/26/2025 | 61 | 17 | 61 | 20 | | | | | | 62:6-62:7; 62:9-62:10; 62:12-62:18 | Public |
| Jason Taylor | 6/26/2025 | 61 | 22 | 62 | 1 | | | | | | 62:6-62:7; 62:9-62:10; 62:12-62:18 | Public |
| Jason Taylor | 6/26/2025 | 62 | 3 | 62 | 4 | | | | | | 62:6-62:7; 62:9-62:10; 62:12-62:18 | Public |
| Jason Taylor | 6/26/2025 | 69 | 9 | 69 | 23 | V | 69 | 22 | 70 | 2 | | |
| Jason Taylor | 6/26/2025 | 69 | 25 | 70 | 12 | V | 69 | 22 | 70 | 2 | | |
| Jason Taylor | 6/26/2025 | 71 | 22 | 72 | 5 | 611c | 71 | 22 | 72 | 2 | | |
| Jason Taylor | 6/26/2025 | 72 | 7 | 72 | 8 | 611c | 72 | 4 | 72 | 8 | | |
| Jason Taylor | 6/26/2025 | 72 | 18 | 72 | 21 | 611c | 72 | 18 | 73 | 2 | | |
| Jason Taylor | 6/26/2025 | 72 | 23 | 73 | 5 | 611c | 72 | 18 | 73 | 2 | | |
| Jason Taylor | 6/26/2025 | 73 | 14 | 73 | 18 | | | | | | | |
| Jason Taylor | 6/26/2025 | 74 | 17 | 74 | 22 | | | | | | | |
| Jason Taylor | 6/26/2025 | 74 | 24 | 74 | 25 | | | | | | | |

United States et al v. Google LLC, Case No. 1:23-cv-00108-LMB-JFA (E.D. Va.)
Plaintiffs' Objections and Fairness Designations

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason Taylor | 6/26/2025 | 76 | 7 | 76 | 17 | | | | | | |
| Jason Taylor | 6/26/2025 | 78 | 22 | 78 | 24 | | | | | | |
| Jason Taylor | 6/26/2025 | 79 | 1 | 79 | 8 | | | | | | |
| Jason Taylor | 6/26/2025 | 79 | 10 | 79 | 10 | | | | | | |
| Jason Taylor | 6/26/2025 | 79 | 12 | 79 | 13 | 611c | 79 | 12 | 79 | 19 | |
| Jason Taylor | 6/26/2025 | 79 | 16 | 79 | 16 | 611c | 79 | 12 | 79 | 19 | |
| Jason Taylor | 6/26/2025 | 79 | 19 | 79 | 19 | 611c | 79 | 12 | 79 | 19 | |