UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No: 1:23-cv-00108-LMB-JFA |

**NOTICE OF HEARING AND WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE THAT on September 15, 2025, at 10:00 am, during the Pre-Trial Conference, the Court has announced it will hear argument on any confidentiality issues, such as those set forth in Non-Party Sovrn's Motion to Seal. ECF 1560.

Sovrn is amenable to the Court deciding the Motion without argument.

Dated: September 5, 2025

Respectfully submitted,

*/s/ Stan M. Doerrer*
Stan M. Doerrer, VSB No. 88857
THE LAW OFFICE OF STAN M. DOERRER PLLC
950 N. Washington Street,
Alexandria, VA 22314
Telephone: (703) 348-4646
Facsimile: (703) 348-0048
Email: stan@doerrerlaw.com

1

## CERTIFICATE OF SERVICE

I certify that on this 5th day of September, 2025, I filed the foregoing document and served all counsel of record in this action via the Court's ECF filing system.

/s/ Stan M. Doerrer