# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE LLC,<br><br>              Defendant. | No. 1:23-cv-00108-LMB-JFA |

**[PROPOSED] ORDER**

PURSUANT TO Local Civil Rule 5, Plaintiffs and Defendant Google LLC ("Google") have filed proposed remedies-phase trial exhibit lists ("Lists") and non-party PubMatic, Inc. ("PubMatic") has filed an Objection to the Public Use at Remedies-Phase Trial of Confidential PubMatic Data and Documents ("Objection").

Upon consideration of the Lists, Objection, and response(s) thereto (if any):

(i) sufficient notice has been given (Dkt. No. 1560);

(ii) Google has identified PubMatic's voluminous, "Highly Confidential" data production (RDTX1038) as a proposed remedies-phase trial exhibit (the "Data Production");

(iii) the following proposed remedies-phase trial exhibits have been identified by the parties as containing PubMatic's information or data (the "Sensitive Exhibits"): PRX135, PRX139, PRX145, PRX154, RDTX900, RDTX904, RDTX906, RDTX907, RDTX908, RDTX911, RDTX912, RDTX926, RDTX957, RDTX969, and RDTX970;

(iv) the following proposed remedies-phase trial exhibits are re-listed from the liability-phase trial (the "Relisted Exhibits"): PRX167, PTX1199, PTX1199B, PTX1237, PTX1238, PTX1239, PTX1260, PTX1261, PTX1262, PTX1265, PTX1266, PTX1280, PTX1292,

PTX1294, PTX1314, PTX1317, DTX665 (the Board Presentation), DTX1839, DTX1891, DTX1892, DTX1893, DTX1949, DTX2043, DTX2066, DTX2069, and DTX2071;

(v) the Court previously sustained PubMatic's objection to unsealing any portions of the Relisted Exhibits that identify PubMatic's data and information;

(vi) only sealing from public view the Data Production and those portions of the Sensitive Exhibits and Relisted Exhibits that identify PubMatic's data and information specifically will sufficiently protect PubMatic from competitive harm;

(vii) the limited sealing and redaction properly balances PubMatic's interests as against the public's interest; and

(viii) any potential public right of access, whether based on the common law right of access, or the First Amendment right of access, has been overcome; and it is hereby

ORDERED that the Objection is SUSTAINED, as set forth above, and the parties shall not publicly disclose (in court, on the docket, or otherwise) the Data Production or those portions of the Sensitive Exhibits that identify PubMatic's data and information specifically, and the parties shall not publicly disclose (in court, on the docket, or otherwise) the Relisted Exhibits without the redactions that the court approved in advance of the liability-phase trial and with which those Relisted Exhibits were displayed (in court or on the docket), if at all, during the liability-phase trial.

ENTERED this \_\_\_\_ day of _____ 2025.

_____

Alexandria, Virginia