# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>　　　　　　Defendant. | Case No. 1:23-cv-108<br><br>**CORPORATE DISCLOSURE STATEMENT OF NON-PARTY ADZERK, INC. d/b/a KEVEL** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of the Eastern District of Virginia, non-party AdZerk, Inc. d/b/a Kevel informs the Court that it has nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b), and that it has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated:  September 5, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Andrew Bosse
　　　　　　　　　　　　　　　　　　　　Andrew Bosse (VSB No. 98616)
　　　　　　　　　　　　　　　　　　　　BAUGHMAN KROUP BOSSE PLLC
　　　　　　　　　　　　　　　　　　　　500 East Main Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　　Phone: (757) 916-5771
　　　　　　　　　　　　　　　　　　　　abosse@bkbfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Non-Party AdZerk, Inc. d/b/a Kevel*