# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

UNITED STATES, *et al.*,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 1:23-cv-00108-LMB-JFA

**AMAZON.COM INC.'S NOTICE OF FILING A REQUEST TO SEAL**

Pursuant to the Court's Order Regarding Pretrial Schedule and Procedures (ECF No. 1560) and Local Civil Rule 5, third party Amazon.com Inc. ("Amazon") hereby notifies the parties and any interested non-parties that Amazon has contemporaneously filed a request to redact and seal certain documents and data files on the parties' exhibit lists for the upcoming remedies trial. As required by Rule 5, any memoranda in support of or in opposition to Amazon's request must be filed within seven days, and absent timely opposition or other objection, the Court may treat Amazon's request as uncontested.

Dated: September 5, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Michael R. Dziuban_
    Michael R. Dziuban

1700 M St. N.W.
Washington, D.C.  20036-4504
Telephone:   202.955.8500
Facsimile:    202.467.0539
Email:  MDziuban@gibsondunn.com

*Attorney for Third Party Amazon.com Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2025, I caused to be electronically filed the foregoing Notice of Filing a Request to Seal using the CM/ECF system, which will then send a notification of such filing to all counsel registered through CM/ECF.

/s/ *Michael R. Dziuban*
Michael R. Dziuban

*Counsel for Third Party*
*Amazon.com Inc.*