# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 1:23-cv-00108-LMB-JFA |

**AMAZON.COM INC.'S EXHIBITS TO REQUEST TO SEAL**

Pursuant to the Court's Order Regarding Pre-trial Schedule and Procedures (ECF No. 1560) and Local Civil Rule 5, third party Amazon.com Inc. ("Amazon") hereby submits under seal Exhibits A, B, and C in support of its contemporaneously filed Request to Seal Documents and Data at Remedies Trial. Pursuant to the Court's July 29, 2025 Standing Order In re: Procedures for the Filing of Sealed Documents, Amazon is filing the under-seal exhibits only in paper format.

Dated:  September 5, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael R. Dziuban*
   Michael R. Dziuban

1700 M St. N.W.
Washington, D.C.  20036-4504
Telephone:   202.955.8500
Facsimile:   202.467.0539
Email:  MDziuban@gibsondunn.com

*Attorney for Third Party Amazon.com Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2025, I caused to be electronically filed the foregoing Exhibits to Request to Seal using the CM/ECF system, which will then send a notification of such filing to all counsel registered through CM/ECF.

/s/ *Michael R. Dziuban*
Michael R. Dziuban

*Counsel for Third Party*
*Amazon.com Inc.*