# Exhibit E

| | |
|---|---|
| **From:** | Battles, Matthew [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BATTLES] |
| **Sent:** | 12/8/2017 4:20:20 PM |
| **To:** | Musku, Anil |
| **CC:** | Leeder, Ken ███████████; Craycroft, Tim ███████████ |
| **Subject:** | Re: APS-3PPD Update - November 2017 |

████████████████████████████████████████████████████

Sent from my iPhone

On Dec 8, 2017, at 1:34 PM, Musku, Anil ███████████ wrote:

+aps-3ppd@, so the team can see this feedback

responses inline.

**From:** "Battles, Matthew" ███████████
**Date:** Thursday, December 7, 2017 at 9:16 PM
**To:** "Musku, Anil" ███████████
**Cc:** "Craycroft, Tim" ███████████ "Leeder, Ken" ███████████, "Gladney, Stephanie" ███████████ "Prabhu, Girish" ███████████ 'Bitoun, Lionel' ███████████ "Hall, Matthew" ███████████
**Subject:** Re: APS-3PPD Update - November 2017

-most recipients

Great progress and lots of interesting developments, Anil.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████

Matt

Sent from my iPhone

On Dec 7, 2017, at 3:18 PM, Musku, Anil ▇▇▇▇▇▇▇▇▇▇▇ wrote:

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0159231



CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0159232

CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

AMZNDOJ0159233