UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

### GOOGLE LLC'S MOTION TO SEAL CERTAIN CONFIDENTIAL DOCUMENTS AND TESTIMONY PROPOSED FOR USE AT TRIAL

Pursuant to Local Civil Rule 5(C), Google LLC and the Court's pretrial order (Dkt. No. 1560, ¶ 4), files this Motion to Seal Certain Confidential Documents and Testimony that has been proposed for use at trial, which materials are identified for redaction or sealing on **Appendix A** hereto. The grounds for sealing and redaction are stated with particularity in the memorandum of law filed in support of this motion. A proposed order is attached for the Court's convenience.

Pursuant to the Court's Standing Order, *In re: Procedures for the Filing of Sealed Documents*, dated July 29, 2025, Google has not filed any sealed materials electronically via the Court's electronic filing system (CM/ECF). Instead, in accordance with the Court's Standing Order, Google will file the sealed versions of the aforementioned filings in paper format directly with the Clerk's Office. Google has delivered copies of the sealing filings to Plaintiffs.

Dated: September 5, 2025

Daniel Bitton (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
55 Second Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
David Pearl (pro hac vice)
Allison Vissichelli (pro hac vice)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
CRAIG C. REILLY, ESQ.
429 N. St. Asaph Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (pro hac vice)
Jeannie S. Rhee (pro hac vice)
William A. Isaacson (pro hac vice)
Jessica Phillips (pro hac vice)
Amy J. Mauser (pro hac vice)
Eric Spevack (pro hac vice)
Bryon P. Becker (VSB # 93384)
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (pro hac vice)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2928
emorgan@drllp.com

*Counsel for Defendant Google LLC*