## APPENDIX A

**Plaintiffs' Trial Exhibit List**

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX005** | GOOG-DOJ-AT-02447913 | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **PRX008** | GOOG-AT-MDL-001971579 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX009** | GOOG-AT-MDL-001975299 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX011** | GOOG-AT-MDL-001417157 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX013** | GOOG-AT-MDL-000987584 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX016** | GOOG-AT-MDL-001168337 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX019** | GOOG-AT-MDL-003465251 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX021** | GOOG-AT-MDL-004076461 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **PRX022** | GOOG-AT-MDL-004286860 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX023** | GOOG-AT-MDL-004329152 | Document contains Google's confidential source code. | Seal in full. |
| **PRX025** | GOOG-AT-MDL-004438238 | Document contains Google's confidential source code. | Seal in full. |
| **PRX027** | GOOG-AT-MDL-006694033 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| **PRX028** | GOOG-AT-MDL-007428018 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **PRX030** | GOOG-AT-MDL-008522254 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX033** | GOOG-AT-MDL-009953982 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX038** | GOOG-AT-MDL-B-009826351 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **PRX039** | GOOG-AT-MDL-B-009828450 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX040** | GOOG-AT-MDL-B-009828514 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX041** | GOOG-AT-MDL-B-009828561 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX042** | GOOG-AT-MDL-B-009828594 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX043** | GOOG-AT-MDL-B-009828599 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX044** | GOOG-AT-MDL-B-009828652 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX045** | GOOG-AT-MDL-B-009828697 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX046** | GOOG-AT-MDL-B-009828764 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX047** | GOOG-AT-MDL-B-009828566 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX048** | GOOG-AT-MDL-B-009832007 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX049** | GOOG-AT-MDL-B-009832019 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX050** | GOOG-AT-MDL-B-009832248 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX051** | GOOG-AT-MDL-B-009832326 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX052** | GOOG-AT-MDL-B-009832482 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX053** | GOOG-AT-MDL-B-009832593 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX054** | GOOG-AT-MDL-B-009832641 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX055** | GOOG-AT-MDL-B-009832783 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX056** | GOOG-AT-MDL-B-009832882 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX057** | GOOG-AT-MDL-B-009833815 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX058** | GOOG-AT-MDL-B-009833899 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX059** | GOOG-AT-MDL-B-009834086 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX060** | GOOG-AT-MDL-B-009832487 | Document contains legally protected work product and was prepared in the course of settlement negotiations. | Seal in full. |
| **PRX063** | GOOG-DOJ-AT-00921598 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX064** | GOOG-DOJ-AT-02555892 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **PRX071** | GOOG-AT-MDL-B-009834098 | Redacted material contains customer-specific pricing or other sensitive non-pricing contractual terms. | Limited redactions as proposed in attached. |
| **PRX088** | GOOG-AT-MDL-B-009836555 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **PRX089** | GOOG-AT-MDL-B-009836567 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX091** | GOOG-AT-MDL-B-009837601 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX092** | GOOG-AT-MDL-B-009837690 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX093** | GOOG-AT-MDL-B-009837710 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX094** | GOOG-AT-MDL-B-009837720 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **PRX098** | N/A | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **PRX108** | GOOG-AT-MDL-006926152 | Document contains Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |

**Defendant Google's Trial Exhibit List**

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX54** | GOOG-DOJ-02855956 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX59** | GOOG-DOJ-13906415 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX67** | GOOG-AT-MDL-B-002904669 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX86** | GOOG-AT-MDL-C-000101383 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX122** | GOOG-DOJ-13539769 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX162** | GOOG-AT-MDL-B-009830291 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX172** | GOOG-AT-MDL-B-002888549 | Redacted material pertains to personal private information. | Limited redactions as proposed in attached. |
| **RDTX197** | GOOG-AT-MDL-004048231 | Large raw dataset which contains | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | confidential information regarding a Google product and/or products. | |
| **RDTX213** | GOOG-AT-MDL-B-004142480 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX234** | GOOG-AT-MDL-007400353 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX235** | GOOG-AT-MDL-007418767 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX252** | GOOG-AT-MDL-006555884 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX273** | GOOG-AT-MDL-018528378 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX274** | GOOG-AT-MDL-003446361 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX277** | GOOG-DOJ-13627809 | Redacted material pertains to non-public commercial and technical information regarding a Google | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | product and/or products. | |
| **RDTX278** | GOOG-DOJ-10806862 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX284** | GOOG-AT-MDL-016354429 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX289** | GOOG-AT-MDL-002468490 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX305** | GOOG-DOJ-13215552 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX309** | GOOG-DOJ-13218911 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX310** | GOOG-AT-MDL-001094131 | Redacted material pertains to non-public commercial and technical information regarding a Google | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | product and/or products. | |
| **RDTX327** | GOOG-AT-MDL-B-009826283 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX335** | GOOG-AT-MDL-001283820 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX341** | GOOG-AT-MDL-018890761 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX343** | GOOG-AT-MDL-C-000100755 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX347** | GOOG-DOJ-AT-02512863 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX351** | GOOG-DOJ-12038253 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX356** | GOOG-AT-MDL-012685065 | Redacted material pertains to non-public commercial and technical | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | information regarding a Google product and/or products. | |
| **RDTX370** | GOOG-DOJ-14550102 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX376** | GOOG-DOJ-13228856 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX377** | GOOG-TEX-00158694 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **RDTX410** | GOOG-AT-MDL-008522254 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX424** | GOOG-DOJ-AT-01009733 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX433** | GOOG-AT-MDL-B-009827469 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX434** | GOOG-AT-MDL-002293467 | Redacted material pertains to non- | Limited redactions as proposed in |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | public commercial and technical information regarding a Google product and/or products. | attached. |
| **RDTX438** | GOOG-AT-MDL-B-009830028 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX440** | GOOG-AT-MDL-012827460 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX442** | GOOG-AT-MDL-002011973 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX443** | GOOG-AT-MDL-011283287 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX452** | GOOG-AT-MDL-B-009827425 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX458** | GOOG-AT-MDL-001168337 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX469** | GOOG-DOJ-AT-00585809 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX476** | GOOG-AT-MDL-B-009834098 | Redacted material contains customer-specific pricing or other sensitive non-pricing contractual terms. | Limited redactions as proposed in attached. |
| **RDTX477** | GOOG-AT-MDL-018760130 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| **RDTX485** | GOOG-AT-MDL-006547451 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| **RDTX487** | GOOG-AT-MDL-B-009830182 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX516** | GOOG-DOJ-AT-02480384 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX517** | GOOG-DOJ-AT-02512856 | Redacted material pertains to non- | Limited redactions as proposed in |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | public commercial and technical information regarding a Google product and/or products. | attached. |
| **RDTX533** | GOOG-AT-MDL-B-009826576 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX544** | GOOG-AT-MDL-002295716 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX549** | GOOG-AT-MDL-B-009827534 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX555** | GOOG-AT-MDL-004017319 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX565** | GOOG-AT-MDL-B-009826755 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX575** | GOOG-AT-MDL-007383377 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX584** | GOOG-AT-MDL-B-009835763 | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **RDTX586** | GOOG-AT-MDL-C-000018403 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX593** | GOOG-AT-MDL-B-009830079 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX594** | GOOG-AT-MDL-C-000017976 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX595** | GOOG-AT-MDL-007391759 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Limited redactions as proposed in attached. |
| **RDTX607** | GOOG-AT-MDL-B-009826812 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX608** | GOOG-AT-MDL-B-009826662 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX615** | GOOG-AT-MDL-B-007171881 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| **RDTX616** | GOOG-AT-MDL-014334981 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |
| **RDTX620** | GOOG-AT-MDL-B-009834124 | Redacted material contains customer-specific pricing or other sensitive non-pricing contractual terms. | Limited redactions as proposed in attached. |
| **RDTX625** | GOOG-AT-MDL-009969683 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX627** | GOOG-AT-MDL-012699120 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX635** | GOOG-AT-MDL-008930649 | Contains product-specific financial information about Google's ad tech business. | Seal in full. |
| **RDTX643** | GOOG-AT-MDL-B-009830312 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX649** | GOOG-AT-MDL-B-009830123 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX652** | GOOG-AT-MDL-B-009837031 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX671** | GOOG-AT-MDL-B-009833173 | Contains product-specific financial information about Google's ad tech business. | Seal in full. |
| **RDTX674** | GOOG-AT-MDL-B-009829195 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX675** | GOOG-AT-MDL-C-000018421 | Redacted material pertains to non-public commercial and technical | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
|  |  | information regarding a Google product and/or products. |  |
| **RDTX677** | GOOG-AT-MDL-B-009829555 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX684** | GOOG-AT-MDL-B-009835337 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX691** | GOOG-AT-MDL-B-009829177 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX693** | GOOG-AT-MDL-B-009836302 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX696** | GOOG-AT-MDL-B-009836980 | Redacted material pertains to sensitive Google business information and data. | Limited redactions as proposed in attached. |
| **RDTX699** | GOOG-AT-MDL-B-009829965 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX701** | GOOG-AT-MDL-B-009835349 | Redacted material pertains to non- | Limited redactions as proposed in |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | public commercial and technical information regarding a Google product and/or products. | attached. |
| **RDTX707** | GOOG-AT-MDL-B-009834156 | Redacted material contains customer-specific pricing or other sensitive non-pricing contractual terms | Limited redactions as proposed in attached. |
| **RDTX722** | GOOG-AT-MDL-B-009829393 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX734** | GOOG-AT-MDL-B-009831575 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX736** | GOOG-AT-MDL-B-009830645 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX743** | GOOG-AT-MDL-B-009829858 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX744** | GOOG-AT-MDL-B-009836274 | Redacted material pertains to non-public commercial and technical | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | information regarding a Google product and/or products. | |
| **RDTX746** | GOOG-AT-MDL-B-009836230 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX756** | GOOG-AT-MDL-B-009836257 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX769** | GOOG-AT-MDL-B-009834375 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX783** | GOOG-AT-MDL-B-009836306 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX792** | GOOG-AT-MDL-B-009829696 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX800** | GOOG-AT-MDL-B-009828980 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX804** | GOOG-AT-MDL-B-009829108 | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **RDTX806** | GOOG-AT-MDL-B-009826744 | Redacted material pertains to non- | Limited redactions as proposed in |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | public commercial and technical information regarding a Google product and/or products. | attached. |
| **RDTX807** | GOOG-AT-MDL-B-009829290 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX810** | GOOG-AT-MDL-B-009829133 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX813** | GOOG-AT-MDL-B-009829540 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX834** | GOOG-AT-MDL-B-009829276 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX841** | GOOG-AT-MDL-B-009835920 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX843** | GOOG-AT-MDL-B-009829013 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX852** | GOOG-AT-MDL-B-009835427 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX862** | GOOG-AT-MDL-B-009834570 | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **RDTX867** | GOOG-AT-MDL-B-009833188 | Contains product-specific financial information about Google's ad tech business. | Seal in full. |
| **RDTX869** | GOOG-AT-MDL-B-009833278 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy | Seal in full. |
| **RDTX878** | GOOG-AT-MDL-B-009835902 | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX880** | N/A | Document contains non-public commercial and technical information regarding a Google product and/or products. | Seal in full. |
| **RDTX881** | GOOG-AT-MDL-B-009837599 | Redacted material pertains to Google's proprietary and commercially sensitive business information, including product development strategy | Seal in full. |
| **RDTX888** | N/A | Contains product-specific financial information about Google's ad tech business. | Limited redactions as proposed in attached. |
| **RDTX889** | N/A | Contains product-specific financial information about Google's ad tech business. | Limited redactions as proposed in attached. |
| **RDTX930** | N/A | Contains product-specific financial information about Google's ad tech business. | Limited redactions as proposed in attached. |
| **RDTX931** | N/A | Contains product-specific financial information about Google's ad tech business. | Limited redactions as proposed in attached. |
| **RDTX943** | N/A | Redacted material pertains to non-public commercial and technical information regarding a Google | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | product and/or products. | |
| **RDTX944** | N/A | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX948** | N/A | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |
| **RDTX950** | N/A | Redacted materials contains data regarding specific computing resources and infrastructure hardware usage of Google's products. | Limited redactions as proposed in attached. |
| **RDTX951** | N/A | Redacted materials contains data regarding specific computing resources and infrastructure hardware usage of Google's products. | Limited redactions as proposed in attached. |
| **RDTX984** | GOOG-AT-MDL-B-009831058 | Document contains Google's confidential source code. | Limited redactions as proposed in attached. |
| **RDTX985** | GOOG-AT-MDL-B-009831640 | Redacted material pertains to non-public commercial and technical information regarding a Google product and/or products. | Limited redactions as proposed in attached. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX997** | GOOG-AT-DOJ-DATA-000066661 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1004** | GOOG-AT-EDVA-DATA-000226551 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1005** | GOOG-AT-EDVA-DATA-000226707 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1006** | GOOG-AT-EDVA-DATA-000226719 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1007** | GOOG-AT-EDVA-DATA-000226896 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1008** | GOOG-AT-EDVA-DATA-000238350 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1009** | GOOG-AT-EDVA-DATA-000238398 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1011** | GOOG-AT-MDL-DATA-000066537 | Large raw dataset which contains confidential information regarding a | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | Google product and/or products. | |
| **RDTX1012** | GOOG-AT-MDL-DATA-000482008 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1013** | GOOG-AT-MDL-DATA-000482532 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1014** | GOOG-AT-MDL-DATA-000486516 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1015** | GOOG-AT-MDL-DATA-000486626 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1016** | GOOG-AT-MDL-DATA-000488278 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1017** | GOOG-AT-MDL-DATA-000488816 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1018** | GOOG-AT-MDL-DATA-000508825 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1019** | GOOG-AT-MDL-DATA-000508827 | Large raw dataset which contains | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | confidential information regarding a Google product and/or products. | |
| **RDTX1020** | GOOG-AT-MDL-DATA-000561263 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1021** | GOOG-AT-MDL-DATA-000561536 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1022** | GOOG-AT-MDL-DATA-000564892 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1023** | GOOG-AT-MDL-DATA-000597226 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1024** | GOOG-AT-MDL-DATA-000605252 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1025** | GOOG-AT-MDL-DATA-000605356 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1026** | GOOG-AT-MDL-DATA-000606029 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX1027** | GOOG-AT-MDL-DATA-000606342 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1028** | GOOG-AT-MDL-DATA-000606366 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1029** | GOOG-AT-MDL-DATA-000653818 | Large raw dataset which contains confidential information regarding a Google product and/or products. | Seal in full. |
| **RDTX1048** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1049** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1050** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1051** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1052** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1053** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1054** | N/A | Confidential Google source code | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | directory. | |
| **RDTX1055** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1056** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1057** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1058** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1059** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1060** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1061** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1062** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1063** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1064** | N/A | Confidential Google source code directory. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX1065** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1066** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1067** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1068** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1069** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1070** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1071** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1072** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1073** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1074** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1075** | N/A | Confidential Google source code | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | directory. | |
| RDTX1076 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1077 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1078 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1079 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1080 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1081 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1082 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1083 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1084 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1085 | N/A | Confidential Google source code directory. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX1086** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1087** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1088** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1089** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1090** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1091** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1092** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1093** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1094** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1095** | N/A | Confidential Google source code directory. | Seal in full. |
| **RDTX1096** | N/A | Confidential Google source code | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| | | directory. | |
| RDTX1097 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1098 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1099 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1100 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1101 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1102 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1103 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1104 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1105 | N/A | Confidential Google source code directory. | Seal in full. |
| RDTX1106 | N/A | Confidential Google source code directory. | Seal in full. |

| Trial Exhibit Number | Bates Number | Basis for Objection | Requested Action |
|---|---|---|---|
| **RDTX1107** | N/A | Confidential Google source code directory. | Seal in full. |

## DEPOSITION DESIGNATIONS

**Deposition of Noam Wolf, July 18, 2025**

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 145 | 4 | 145 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 160 | 16 | 161 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 191 | 13 | 191 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 191 | 24 | 191 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 194 | 21 | 194 | 25 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 195 | 2 | 195 | 2 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 195 | 7 | 195 | 8 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 196 | 6 | 196 | 17 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 196 | 25 | 197 | 3 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 197 | 6 | 197 | 8 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 197 | 20 | 197 | 21 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 197 | 24 | 197 | 24 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 199 | 23 | 200 | 7 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 200 | 10 | 200 | 12 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 200 | 14 | 200 | 15 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 202 | 3 | 202 | 5 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 202 | 13 | 202 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 202 | 19 | 202 | 21 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 202 | 25 | 203 | 2 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 205 | 3 | 205 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 205 | 11 | 205 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 205 | 17 | 205 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 205 | 20 | 206 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 206 | 17 | 207 | 7 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 207 | 8 | 207 | 25 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 208 | 12 | 209 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 210 | 9 | 210 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 210 | 15 | 210 | 16 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 211 | 24 | 212 | 20 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 216 | 20 | 216 | 23 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 217 | 6 | 217 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 217 | 13 | 218 | 19 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 218 | 20 | 219 | 9 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 219 | 10 | 219 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 219 | 19 | 220 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 220 | 12 | 221 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 221 | 7 | 222 | 3 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 222 | 4 | 222 | 5 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 222 | 8 | 222 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 222 | 16 | 222 | 20 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 222 | 23 | 222 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 223 | 3 | 223 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 223 | 12 | 224 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 224 | 14 | 225 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 225 | 13 | 225 | 22 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 225 | 23 | 226 | 5 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 226 | 6 | 226 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 226 | 14 | 226 | 19 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 227 | 6 | 227 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 227 | 18 | 228 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 228 | 22 | 228 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 229 | 3 | 229 | 3 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 229 | 5 | 229 | 9 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 229 | 13 | 229 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 229 | 22 | 229 | 25 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|------------|------------|----------|----------|-------|
| Wolf, Noam | 230 | 2 | 230 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 230 | 13 | 230 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 230 | 18 | 231 | 16 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 231 | 18 | 232 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 232 | 13 | 232 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 233 | 3 | 233 | 3 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 233 | 9 | 233 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 233 | 15 | 234 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 234 | 7 | 234 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 235 | 14 | 235 | 17 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 235 | 20 | 236 | 8 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 238 | 20 | 239 | 9 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 239 | 10 | 239 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 239 | 24 | 240 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 240 | 5 | 240 | 8 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 240 | 11 | 240 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 240 | 15 | 240 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 247 | 17 | 247 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 247 | 24 | 248 | 2 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 249 | 8 | 249 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 249 | 11 | 249 | 20 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 250 | 3 | 250 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 251 | 15 | 251 | 22 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 251 | 23 | 252 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 252 | 19 | 253 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 254 | 12 | 254 | 20 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 255 | 15 | 255 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 256 | 2 | 256 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 256 | 11 | 256 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 256 | 17 | 256 | 17 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 256 | 19 | 256 | 21 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 256 | 24 | 257 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 257 | 21 | 257 | 22 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 257 | 25 | 258 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 260 | 12 | 261 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 261 | 8 | 261 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 261 | 14 | 261 | 22 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 262 | 8 | 264 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 264 | 22 | 265 | 19 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 267 | 12 | 267 | 16 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 267 | 17 | 268 | 3 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 268 | 4 | 268 | 14 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 268 | 16 | 268 | 24 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 268 | 25 | 269 | 20 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 269 | 21 | 270 | 2 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 270 | 5 | 270 | 7 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 270 | 9 | 270 | 13 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 271 | 3 | 271 | 11 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 271 | 14 | 271 | 25 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 272 | 4 | 272 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 273 | 8 | 274 | 5 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 274 | 6 | 274 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 276 | 9 | 277 | 16 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 278 | 17 | 278 | 21 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 278 | 24 | 279 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 279 | 25 | 281 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 282 | 4 | 282 | 7 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 282 | 11 | 282 | 21 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 282 | 25 | 283 | 11 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 283 | 22 | 284 | 5 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 284 | 8 | 284 | 10 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 284 | 15 | 284 | 21 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 285 | 6 | 285 | 9 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 285 | 12 | 285 | 13 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 295 | 19 | 295 | 21 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 295 | 23 | 295 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 296 | 13 | 296 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 298 | 5 | 298 | 7 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 299 | 15 | 299 | 17 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 300 | 14 | 300 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 300 | 25 | 301 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 303 | 3 | 303 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 303 | 7 | 303 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 303 | 24 | 304 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 304 | 23 | 305 | 2 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 305 | 8 | 305 | 11 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 305 | 12 | 305 | 14 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 305 | 17 | 306 | 9 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 306 | 19 | 306 | 21 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 307 | 7 | 307 | 8 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 307 | 11 | 307 | 13 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 307 | 15 | 307 | 23 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 308 | 2 | 308 | 3 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 308 | 5 | 308 | 6 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 308 | 20 | 309 | 13 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 309 | 14 | 310 | 14 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 312 | 23 | 313 | 15 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |
| Wolf, Noam | 313 | 16 | 314 | 11 | Portion of transcript contains discussion of legally protected work product prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 317 | 3 | 317 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 318 | 4 | 318 | 8 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 318 | 11 | 318 | 17 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 318 | 18 | 319 | 9 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 319 | 11 | 319 | 16 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 320 | 14 | 320 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 320 | 19 | 320 | 24 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 320 | 25 | 321 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 321 | 7 | 321 | 18 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 321 | 20 | 322 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 323 | 8 | 323 | 15 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 323 | 21 | 324 | 4 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 324 | 5 | 324 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 324 | 16 | 324 | 20 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 324 | 22 | 324 | 25 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 325 | 2 | 325 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---------|-----------|-----------|----------|----------|-------|
| Wolf, Noam | 325 | 14 | 326 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 326 | 16 | 327 | 3 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 328 | 10 | 328 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 328 | 15 | 329 | 12 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 329 | 15 | 330 | 7 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 355 | 10 | 355 | 19 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 363 | 8 | 363 | 10 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 363 | 13 | 363 | 13 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |

| Witness | Start page | Start line | End page | End line | Basis |
|---|---|---|---|---|---|
| Wolf, Noam | 377 | 16 | 377 | 23 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 378 | 7 | 378 | 22 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |
| Wolf, Noam | 379 | 5 | 379 | 6 | Portion of transcript contains discussion of legally protected work product  prepared in the course of settlement negotiations. |