IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23cv0108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having reviewed plaintiffs' notice of intent to respond and/or object to requests to seal exhibits and/or deposition testimony filed on September 9, 2025 (Docket no. 1697), it is hereby

ORDERED that the orders entered on September 8, 2025, relating to certain third parties' motions to seal (Docket nos. 1688-1695)[1] are hereby vacated. Plaintiffs have indicated that they will be filing responses to the various motions to seal on Friday, September 12, 2025. The court will rule on the pending motions to seal once plaintiffs have filed their responses. Plaintiffs' responses to each individual motion should address whether the position they are taking as to the specific information sought to remain under seal by each third party is consistent with their position in the liability trial and, if not, provide specific reasons for that change in position.

Entered this 10th day of September, 2025.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

---

[1] Plaintiffs' notice refers to docket no. 1696 in footnote one. The docket entry is not an order but is a notice of withdrawal of appearance filed by plaintiffs.