UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GOOGLE LLC, <br><br> *Defendant*. | No. 1:23-cv-00108-LMB-JFA |

## GOOGLE LLC'S NOTICE OF CORRECTED FILING

On Friday, September 5, 2025, Google LLC ("Google") filed its Motion to Seal Certain Confidential Documents and Testimony Proposed for Use at Trial, Dkt. No. 1633, along with proposed redacted versions of certain documents on the Parties' respective exhibit lists, as well as deposition designations, that contain Google's highly confidential information. *See* Dkt. No. 1633-1. Google inadvertently filed the full transcript of one deposition rather than only the portions designated by the Parties that Google is seeking to redact. Dkt. No. 1654-1. Accordingly, Google hereby files the attached Corrected Redacted Transcript.

The corrected version of the Redacted Transcript is filed herewith.

Dated: September 11, 2025.

*Of Counsel for Google LLC:*

Daniel Bitton (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
Facsimile: (415) 490-2001
dbitton@axinn.com

Bradley Justus (VSB # 80533)
David Pearl (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
bjustus@axinn.com

Respectfully submitted,

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
THE LAW OFFICE OF
 CRAIG C. REILLY, ESQ.
429 N. St. Asaph Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

Karen L. Dunn (pro hac vice)
Jeannie S. Rhee (pro hac vice)
William A. Isaacson (pro hac vice)
Jessica Phillips (pro hac vice)
Amy J. Mauser (pro hac vice)
Eric Spevack (pro hac vice)
Bryon P. Becker (VSB # 93384)
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Telephone: (202) 240-2900
kdunn@dirllp.com

Erin J. Morgan (pro hac vice)
DUNN ISAACSON RHEE LLP
11 Park Place
New York, NY 10007
Telephone: (202) 240-2928
emorgan@drllp.com

*Counsel for Google LLC*