Noam Wolf - July 18, 2025

1

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF VIRGINIA

3           ALEXANDRIA DIVISION

4

5   UNITED STATES OF AMERICA,   )
    et al.,                      )
6                                )
           Plaintiffs,           )
7                                )
           -vs-                  )    Case No.
8                                )    1:23-cv-00108-LMB-
    GOOGLE, LLC,                 )    JFA
9                                )
           Defendant.            )
10   _____   )

11   ─

12

13

14        VIDEO RECORDED EXAMINATION

15            OF NOAM WOLF

16      _____

17               TAKEN ON

18        FRIDAY, JULY 18, 2025

19

20

21

22

    CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
      CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24    CCR-WA (No. 21007264), CSR-CA (No. 14420),
      REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  990847

Noam Wolf - July 18, 2025



145

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

160

N. WOLF - 07/18/2025

1

2      Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10

11

12

13

14

15

16          What does Google commit to -- in

17    terms of uptime for publishers using Google

18    Ad Manager?

19    ████████████████████████████

20    █████████████████████████████

21    ████████████████████████████

22    ████████████

23    █████████████████████████

24    █████████████████████████████

25    █████████████████████████

Noam Wolf - July 18, 2025



191

N. WOLF - 07/18/2025

1

2    Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10

11

12

13

14

15

16    Testimony Not Designated by the Parties

17

18

19

20

21

22

23

24

25    ///

194

N. WOLF - 07/18/2025

1

2    Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025

195

```
        N. WOLF - 07/18/2025
```

1

2   ██████████████

3   ┌─────────────────────────────────────┐
    │ Testimony Not Designated by the Parties │
4   │                                         │
5   │                                         │
6   │                                         │
    └─────────────────────────────────────┘
7       ████████████████████████████████

8   ████████████████████████████████

9   ┌─────────────────────────────────────┐
    │ Testimony Not Designated by the Parties │
10  │                                         │
11  │                                         │
12  │                                         │
13  │                                         │
14  │                                         │
15  │                                         │
16  │                                         │
17  │                                         │
18  │                                         │
19  │                                         │
20  │                                         │
21  │                                         │
22  │                                         │
23  │                                         │
24  │                                         │
25  └─────────────────────────────────────┘
```

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



197

```
 1              N. WOLF - 07/18/2025
```

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

```
25    ///
```

199

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



200

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties



203

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025

207

N. WOLF - 07/18/2025



208

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



209

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025

211

1          N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



216

1           N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

24    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



217

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

218

N. WOLF - 07/18/2025





219

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



220

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

221

N. WOLF - 07/18/2025



Noam Wolf - July 18, 2025



222

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

///

Noam Wolf - July 18, 2025



223

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



224

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



226

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



228

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



229

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



230

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



231

1    N. WOLF - 07/18/2025

17    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



232

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



233

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



234

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



236

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

238

1        N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties



Noam Wolf - July 18, 2025

239

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

240

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



247

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

248

1          N. WOLF - 07/18/2025

2

3     Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



249

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

250

N. WOLF - 07/18/2025

1

2    Testimony Not Designated by the Parties

3    

4

5

6

7    Testimony Not Designated by the Parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



252

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



253

```
                    N. WOLF - 07/18/2025
```

1

2   Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10

11  Testimony Not Designated by the Parties

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025



254

1    N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



255

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

256

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



257

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

258

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



260

1    N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

261

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



262

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

263

1      N. WOLF - 07/18/2025



Noam Wolf - July 18, 2025



264

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



265

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



268

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



269

N. WOLF - 07/18/2025

Noam Wolf - July 18, 2025



270

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



271

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



272

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



274

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



276

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

277

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



278

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



279

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025

281

```
                N. WOLF - 07/18/2025
```

1

2  ████████████████████████████████

3  ██████████████████████████████████

4  ██████████████████████████████

5  ███████████████████████████████████

6  ████████████████████

7       Q.   Right.  I think we're talking

8  past each other, so let me try to make sure

9  I understand.

10           I'm trying to understand when

11  most of the arrows in 302 occur in the

12  chain of sequences that currently take

13  place in Google's ad stack.  So maybe I'll

14  lay that out, and you tell me where --

15  whether this is true.

16           Is it accurate to say that if

17  Google implements what's shown on 302, an

18  ad request would enter GFE and then go

19  through BOW and then go through the

20  supermixer and then go to Prebid server?

21           ATTORNEY PHILLIPS:  Object to

22      form.

23           Go ahead.

24           THE WITNESS:  There's gonna be

25      more stuff between supermixer and

Noam Wolf - July 18, 2025



282

1    N. WOLF - 07/18/2025

2    Prebid server, but, yes.

3    BY ATTORNEY TESLICKO:

8    Testimony Not Designated by the Parties

22    Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



284

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

285

N. WOLF - 07/18/2025

1

2   Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10  Testimony Not Designated by the Parties

11

12

13

14  Testimony Not Designated by the Parties

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025



295

1          N. WOLF - 07/18/2025

2     Testimony Not Designated by the Parties

22     Testimony Not Designated by the Parties

25     Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025

298

N. WOLF - 07/18/2025

1

2   Testimony Not Designated by the Parties

3

4

5

6

7

8   Testimony Not Designated by the Parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025



299

1          N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

18   Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



303

1    N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

5    Testimony Not Designated by the Parties

15   Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



304

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025





306

N. WOLF - 07/18/2025

BY ATTORNEY TESLICKO:

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



307

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

ATTORNEY PHILLIPS:    Object to form.

Noam Wolf - July 18, 2025



308

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

309

N. WOLF - 07/18/2025



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Noam Wolf - July 18, 2025



310

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

312



N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

313

N. WOLF - 07/18/2025



Noam Wolf - July 18, 2025

314



N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

317

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



318

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



319

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

320



N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

321



N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



322

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



323

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025



326

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

327

1              N. WOLF - 07/18/2025

2

3

4   Testimony Not Designated by the Parties

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Noam Wolf - July 18, 2025



Noam Wolf - July 18, 2025

329

N. WOLF - 07/18/2025



Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025



330

N. WOLF - 07/18/2025

Testimony Not Designated by the Parties

355

```
 1              N. WOLF - 07/18/2025
 2   meet with publishers, so that's -- that's
 3   kind of a given.
 4         There are escalations where I
 5   meet with publishers.  There's business
 6   development where I go and meet with
 7   publishers.
 8         It really varies.  I don't know.
 9   At least once a month.
10   ███████████████████████████
11   █████████████████████████████
12   █████████
13   ██████████████████████████████
14   ██████████
15   ███████████████████████████  █
16   ████████████████████████████
17   █████████████████████████████
18   ███████████████████████████████
19   ██████████████████████
```

20   | Testimony Not Designated by the Parties |

```
21         Q.   What is the nature of escalations
22   that lead you to meet with publishers?
```

23   | Testimony Not Designated by the Parties |
24   | |

```
25              THE WITNESS:  If -- if
```

Noam Wolf - July 18, 2025

363

1    N. WOLF - 07/18/2025

2    Testimony Not Designated by the Parties

11   Testimony Not Designated by the Parties

14   Testimony Not Designated by the Parties

Noam Wolf - July 18, 2025

377

N. WOLF - 07/18/2025

1

2 Testimony Not Designated by the Parties

3      Q.    So GAIA cookies are solely used

4 for authentication, not for tracking?

5      A.    The GAIA cookie is used for

6 authentication.

7 Testimony Not Designated by the Parties



24 Testimony Not Designated by the Parties

25

Noam Wolf - July 18, 2025



378

N. WOLF - 07/18/2025

1

2  Testimony Not Designated by the Parties

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Testimony Not Designated by the Parties

24

25

Noam Wolf - July 18, 2025

379

1          N. WOLF - 07/18/2025

2     Testimony Not Designated by the Parties

3

4

5

6

7     Testimony Not Designated by the Parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25