# Exhibit A

APPENDIX B: CURRICULUM VITAE

## Goranka Bjedov

1180 Saint Anthony Court
Los Altos, CA 94024
goranka@gmail.com

## Education

Purdue University, West Lafayette, IN 47907
Master's of Science, Computer Science, May 1998

Clarkson University, Potsdam, NY 13676
Ph.D., Engineering Science - May 1992
Master's of Science, Civil Engineering - May 1988

Zagreb University, Zagreb, Croatia
Bachelor of Science, Civil Engineering - February 1986

## Professional Experience

**Facebook, Inc.**
1 Hacker Way
Menlo Park, CA 94205

Performance and Capacity Engineer (August 2010- February 2019)
Technical lead of performance and capacity team:
- Analyzing and debugging performance problems.
- Modeling and predicting capacity needs of various services.
- Ensuring capacity needs (servers, network, power, data centers) are met.
- Supporting acquisitions and ensuring migrations to Facebook network
- Training all new engineers and managers in Capacity Engineering

**Google, Inc.**
1600 Amphitheatre Parkway
Mountain View, CA 94043

Senior Performance Test Engineer (January 2005 -August 2010)

Technical lead of performance team:
- Responsible for designing performance testing infrastructure relying on open source software and supporting all of Google's products and services.
- Performing experimental performance testing and producing system performance graphs for front end search properties, productivity tools and ads; diagnosing performance issues and working with respective development teams on fixing those; developing and scripting benchmarks used to catch or prevent performance degradations.

PRX179
1:23-cv-00108

- Performance tests for new hardware versions of Google Search Appliance focused on memory and CPU performance.
- Performance consulting on internal products, work executed by respective development teams.

Related tasks:
- Performance and reliability analysis of back ends for all video products.
- Stabilizing and shortening release cycle for AdSense 3.0

**Network Appliance**
495 East Java Drive
Sunnyvale, CA 94089

Senior Engineer (May 2001 - November 2004)

Technical lead of Test Automation, Development and Analysis (TADA) Group:
- Responsible for designing, developing and executing a suite of reliability tests to predict product performance in the field, analyzing results and working with development teams on problem analysis and debugging.
- Proposing, creating and executing sanity test suites for file system development team to speed up release process - winner of 2004 Technical Excellence Award.
- Analyzing test procedures and practices and advising on major projects.

**AT&T Labs - Internet Platform Technology Organization**
2665 N. First St - Suite 300
San Jose, CA 95134

Technical Manager (May 1998 - May 2000)

Technical Lead and Manager for performance team:
- Primary responsibilities included all aspects of performance, security and API testing.
- Evaluation and selection of testing tools, design and implementation of testing process including test plans.
- Hiring and supervising engineers, creating progress reports and summaries of the testing process for the organization.
- Primary consultant to other AT&T Units requiring performance testing help and expertise.

**Academic Experience**

**School of Civil Engineering and Department of Freshman Engineering**
Purdue University
West Lafayette, IN 47907

Assistant Professor (September 1991 - May 1997)
Associate Professor (May 1997 - May 1998)
- Teaching C programming classes and computer tools classes.
- Advising graduate and undergraduate students; obtaining funding and conducting research;

    publishing textbooks and articles; serving on committees.

**Department of Civil and Environmental Engineering**
Clarkson University
Potsdam, NY 13676

Instructor (August 1989 - September 1991)
Teaching Assistant (August 1986 - August 1989)
- Responsible for undergraduate programming class and sophomore engineering science classes as required by the department.
- Research in computational fluid mechanics, publishing journal articles and technical reports.

## Publications

Author and co-author on two textbooks, numerous conference and journal papers and presentations and several invited talks and lectures at conferences and universities around the world. Numerous presentations related to performance engineering and capacity engineering, some of which are available on line.