# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

UNITED STATES, *et al.*,

        Plaintiffs,

vs.

GOOGLE LLC,

        Defendant.

No. 1:23-cv-00108-LMB-JFA

## NON-PARTY META PLATFORMS, INC.'S
## RESPONSE REGARDING MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and the Court's Pre-Trial Order (Dkt. 1560), non-party Meta Platforms, Inc. ("Meta") respectfully submits this Response to Plaintiffs' Motion to Seal portions of Plaintiffs' opposition to Google's motion to exclude the testimony of Dr. Goranka Bjedov (Dkt. 1667).

Plaintiffs filed portions of Dr. Bjedov's opening and reply reports as exhibits to their opposition to Google's motion to exclude Dr. Bjedov's testimony. *See* Dkt. 1666-2 and 1666-6. Those exhibits contain certain redactions that Meta had requested so that Meta would have the opportunity to confirm that those two documents do not reveal its sensitive or confidential business information. Plaintiffs filed an accompanying motion to seal pursuant to Local Civil Rule 5(C), identifying Meta's request as the basis for sealing certain portions of the exhibits filed at Dkt. 1666-2 and 1666-6. *See* Dkt. 1667, 1668.

Meta has since been provided the portions of Dkt. 1666-2 and 1666-6 pertaining to it. Based on its review, Meta agrees to the removal of the redactions that were applied at its request to those two documents and does not request the continued sealing of that redacted material.[1]

September 12, 2025

Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Connor Kelley
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*

---

[1] Meta takes no position on the remaining aspects of Plaintiffs' motion to seal (Dkt. 1667), which Meta understands does not pertain to its business information.