# EXHIBIT 10

# FULLY SEALED