On Wed, Sep 19, 2018 at 9:12 AM Kyle Winn <kylewinn@google.com> wrote:
Josh, Nate, & Paul,

Here are a few comments after reviewing your Board Deck and exchanging a few emails on our Standard Networking Tier as well:

**Board Deck Page #1:** Our recommendation would be to put an asterisk by the numbers listed out under the Google column:

- Total Commitment: ▉▉▉, variable, Google provided multiple commitment options.
- Annual Commitment: ▉▉▉▉▉▉▉▉▉▉▉▉▉, the annual commitment can be tuned for OpenX's ramp.
- Enterprise Discount Rate: ▉▉▉, variable, Google provided multiple commitment options.
- Credits: ▉▉▉, variable, is dependent on total commitment.

**Board Deck Page #2:**

Our recommendation would be to change "Cost for Traffic to EB & DBM" to:

- Cost for Network Traffic to Google Products: For Network Traffic there is No Charge to Google Products, so this category would include EB, DBM, YouTube, Drive, Maps, etc.

Additional info and feedback on latency:

- Latency Guarantees: Our network performance is SLA backed and has financial penalties should we operate below standards. We should have a more detailed discussion on the following, assuming next steps in our partnership.
    - Based on the work we completed during the GCP POC Stage, the expected range of latency is between 1-5ms. Partnering with Google and running OpenX on Google Cloud will provide OpenX with the unique opportunity to work directly with Exchange Bidding and DoubleClick engineering to optimize connectivity and infrastructure.

- We will recommend, where applicable, placing your delivery application in the same DC as DBM and/or EB to achieve minimal latency. In case the DBM and EB are not co-located in the same DC within a region, OpenX will get minimal latency for the one that resides in the same DC as OpenX' delivery application.
- Our internal tests (without any application overhead) resulted in sub-ms roundtrip latency where DBM (or EB) resided in the same DC as the test VMs. When test VMs and DBM (or EB) were within the same region but not in the same DC our tests resulted in up to 5ms roundtrip latency.
- We cannot provide a guarantee for OpenX's revenue gains.

**Standard Networking Tier**: We built a ramp schedule with the OpenX technical team during the summer that highlighted these delivery milestones:
- US East: End of 2018
- US West: 2019 Q2
- US Central: 2019 Q3
- EU: 2019 Q4
- APAC #2: 2019 Q4
- APAC #1: ?

The only region in question is APAC #1.  If we can get an updated schedule of your delivery milestones we can push our internal Standard Networking Tier team to expedite your request and deploy network on your behalf..

Can you send us an updated ramp / delivery schedule for APAC #1?  And also by region?  This will help us to work with our network and capacity teams to prepare for you.

Let us know if you have any questions.

Kyle

Case 1:23-cv-00108-LMB-JFA   Document 1734-1   Filed 09/12/25   Page 3 of 12 PageID# 110853

Case 1:23-cv-00108-LMB-JFA   Document 1734-1   Filed 09/12/25   Page 5 of 12 PageID# 110855

Case 1:23-cv-00108-LMB-JFA   Document 1734-1   Filed 09/12/25   Page 7 of 12
PageID# 110857

Case 1:23-cv-00108-LMB-JFA   Document 1734-1   Filed 09/12/25   Page 8 of 12 PageID# 110858