On Tue, Oct 16, 2018 at 12:45 PM Kyle Winn <kylewinn@google.com> wrote:

+Frank Palmieri

Josh,

Thank you for the follow up note and additional feedback. Let's set up a time this afternoon to chat more about these topics:

New SKUs: All future GCP services would be included per the "New SKUs" bullet in our terms and conditions.

All other GCP services will be charged at list prices: The other services that will be charged at list prices include: TPUs, Apigee, Anvato, and Premium OS Licenses like Redhat, SUSE, and MSFT. The ability to apply the EDP discounts to existing and future products/skus would not apply to TPUs or Premium OS Licenses. We do not typically include these in our EDP discounts.

Exclusivity: In previous conversations with Paul and the Tech Team we discussed how the lion's share of OpenX's workloads will reside with one primary cloud vendor. While we understand that a 100% commitment to one vendor is a big step forward, we believe a significant commitment to GCP for OpenX's current and future workloads that transition to the cloud is an important step for a mutually beneficial partnership.

What does your availability look like this afternoon to speak over the phone?

Kyle

Case 1:23-cv-00108-LMB-JFA   Document 1734-2   Filed 09/12/25   Page 7 of 7 PageID# 110869