UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and this Court's July 29, 2025 Standing Order regarding Procedures for the Filing of Sealed Documents, non-party Meta Platforms, Inc. ("Meta") respectfully moves this Court to seal certain portions of the deposition testimony of its former employee Dr. Goranka Bjedov (Dkt. 1733-1 and 1735-1) that contain Meta's sensitive business and other confidential information. As discussed further in the accompanying memorandum of law, the requested sealing this information is necessary and the proposed redactions are narrowly tailored to protect Meta's compelling interest.

September 13, 2025                               Respectfully submitted,

                                                                                  COVINGTON & BURLING LLP

                                                                                 */s/ Connor Kelley*
                                                                                 Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 13, 2025, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

September 13, 2025

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

*Attorney for Non-Party Meta Platforms, Inc.*