**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, | |
| Plaintiffs, | |
| vs. | No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | |
| Defendant. | |

### NON-PARTY META PLATFORMS, INC.'S NOTICE OF MOTION TO SEAL

Pursuant to Local Civil Rule 5(C), non-party Meta Platforms, Inc. ("Meta") hereby notices the filing of Meta's contemporaneously filed Motion to Seal ("Motion").  As required by Rule 5(C), Meta further states that any memoranda in support of or in opposition to its Motion must be filed within seven days, and that absent timely opposition or other objection to it Motion, this Court may treat its Motion as uncontested.

September 13, 2025

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

1

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 13, 2025, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

September 13, 2025

<u>*/s/ Connor Kelley*</u>
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

*Attorney for Non-Party Meta Platforms, Inc.*