UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | No. 1:23-cv-00108-LMB-JFA |

### NON-PARTY META PLATFORMS, INC.'S EXHIBITS TO MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) and this Court's July 29, 2025 Standing Order regarding Procedures for the Filing of Sealed Documents, non-party Meta Platforms, Inc. ("Meta") hereby submits under seal an exhibit in support of its contemporaneously filed motion to seal. Pursuant to the Court's July 29, 2025 Standing Order, the under seal exhibit is being filed only in paper format.

September 13, 2025

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

E. Kate Patchen (admitted *pro hac vice*)
Salesforce Tower

1

        415 Mission Street, Suite 5400
        San Francisco, CA 94105
        Telephone: 415-591-6000
        kpatchen@cov.com

*Attorneys for Non-Party Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>       Plaintiffs,<br><br> vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | No. 1:23-cv-00108-LMB-JFA |

## **CERTIFICATE OF SERVICE**

  I certify that on September 13, 2025, I caused a copy of Non-Party Meta Platform, Inc.'s Exhibits to Motion to Seal to be served on the following counsel of record:

| | |
|---|---|
| Craig Briskin<br>David A. Geiger<br>Milosz Gudzowski<br>David M. Teslicko<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington DC 20530<br>craig.briskin@usdoj.gov<br>david.geiger@usdoj.gov<br>milosz.gudzowski@usdoj.gov<br>david.teslicko@usdoj.gov | Attorneys for the United States |
| Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>thenry@oag.state.va.us | Attorney for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |

| | |
|---|---|
| David R. Pearl<br>Axinn, Veltrop & Harkrider LLP<br>1901 L Street NW<br>Washington, DC 20036<br>dpearl@axinn.com<br><br>Daniel S. Bitton<br>Axinn, Veltrop & Harkrider LLP<br>55 Second Street, Suite 200<br>San Francisco, CA 94105<br>dbitton@axinn.com | Attorneys for Google LLC |

September 13, 2025

/s/ *Connor Kelley*
Connor Kelley (VA Bar No. 93596)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-778-5628
ckelley@cov.com

*Attorney for Non-Party Meta Platforms, Inc.*

2