# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Date: 9/15/2025  
Court Time: 9:55 – 10:37(00:42)

Case No.: **1:23-cv-00108-LMB-JFA**

Docket Entry:  **FINAL PRETRIAL CONFERENCE AND MOTIONS HEARING**

# UNITED STATES ET AL

v.

# GOOGLE LLC

PRESENT:   Honorable **LEONIE M. BRINKEMA**,   United States District Judge

COURTROOM DEPUTY:   Katie Galluzzo  
COURTROOM REPORTER:   Stephanie Austin  
PLAINTIFF'S COUNSEL:   Julia Wood, William Huppert, David Teslicko, Ty Henry, Gerard Mene  
DEFENDANT'S COUNSEL:   Karen Dunn, Jeannie Rhee, William Isaacson, Bryon Becker, Daniel Bitton, David Pearl

**PROCEEDINGS:**
- Argument heard in re:
    - [ 1566 ] Joint MOTION to Modify the Order Regarding Pretrial Schedule and Procedures - **DENIED**
    - [ 1578 ] MOTION in Limine *To Exclude Evidence Protected By Federal Rule of Evidence 408* – **GRANTED IN PART AND DENIED IN PART**
    - [ 1580 ] MOTION to Exclude *Opinion Testimony of Dr. Goranka Bjedov* - **DENIED**