IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PROOFS OF SERVICE

PLEASE TAKE NOTICE that Plaintiff United States of America hereby files the attached trial subpoena proofs of service, for the subpoenas identified below, pursuant to Fed. R. Civ. P. 45(b)(4) and Local Civil Rule 45.

| Subpoena Recipients |
|---|
| Jay Friedman |
| Rajeev Goel |
| Michael Racic |
| Noam Wolf |

1

Dated: September 19, 2025

Respectfully submitted,


/s/David Geiger
DAVID GEIGER
/s/ Milosz Gudzowski
MILOSZ GUDZOWSKI

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 262-0697
Fax: (202) 616-8544
Email: David.Geiger@usdoj.gov

Attorneys for the United States