IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:23-cv-108 (LMB/JFA) |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

On September 12, 2025, non-party Meta Platforms, Inc. ("Meta") filed a Motion to Seal, requesting that this Court seal certain portions of deposition testimony of Dr. Goranka Bjedov containing Meta's alleged sensitive business and other confidential information [Dkt. No. 1736].

Having reviewed the information that Meta seeks to redact, the Court finds that pages 35 to 39, line 13 of Dr. Bjedov's deposition testimony [Dkt. No. 1733-1] discuss details about Dr. Bjedov's departure from Meta that have no bearing on the issues in this litigation. Because Meta's interest in maintaining the confidentiality of its personnel processes justifies sealing, this portion of Dr. Bjedov's deposition testimony will be sealed. <u>See Butler v. DirectSAT USA, LLC</u>, 876 F. Supp. 2d 560, 576-77 (D. Md. 2012).

The requested portions for redaction starting from page 39, line 21 to page 42, line 19 of Dr. Bjedov's deposition testimony discuss Meta's management structure, do not implicate Meta's sensitive and confidential business information and therefore do not overcome the public's right of access. <u>See Ashcraft v. Conoco, Inc.</u>, 218 F.3d 288, 302 (4th Cir. 2000). As such, this portion of Dr. Bjedov's deposition testimony will not be sealed.

The requested portions for redaction on pages 83 to 84 of Dr. Bjedov's deposition testimony discuss, in broad strokes, a Facebook feature Dr. Bjedov had worked on. There is no

merit to Meta's claim that there are "highly sensitive and competitively significant information" in this excerpt, and they will not be sealed. Similarly, the portions requested for redaction on page 290, pages 393 to 397, and pages 486 to 493 discuss Dr. Bjedov's work with migration projects at Meta without implicating proprietary information about Meta's infrastructure, and they will not be sealed. Accordingly, it is hereby

ORDERED that Meta's Motion to Seal is GRANTED in part as to pages 35 to 39, line 13 of Dr. Bjedov's deposition testimony, and DENIED in all other respects.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of September, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge