IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The remedies trial of <u>United States of America, et al., v. Google LLC</u> will begin promptly at 9:30 a.m. on Monday, September 22, 2025, in Courtroom 700 on the Seventh Floor of the Albert V. Bryan United States Courthouse. Because seating capacity will be limited and there will be several reserved areas in Courtroom 700, Courtroom 701 will serve as an overflow courtroom. Courtroom 701 will have two large screens, which should enable attendees to see and hear what is happening in Courtroom 700. A Court Security Officer will always be present in Courtroom 701 to ensure that appropriate decorum is maintained and to communicate with Information Technology staff if there are problems with the audio or video transmission. The trial will not be delayed for transmission issues. All seating in Courtroom 701 will be on a first come basis.

Courtroom 700 will have the following areas of reserved seating:

1. The first two rows on the jury box side of the courtroom and the jury box will be reserved for Department of Justice and State Attorneys General counsel and staff.

2. The first two rows of the center section of the courtroom will be reserved for Google counsel and staff.

3. The first three rows on the witness box side of the courtroom will be reserved for members of the media who have a media pass. Passes are available from either Operations Manager Judith Lanham or Operations Supervisor Whitney Garnett in the Clerk's Office, which is on the Second Floor of the Courthouse. The Clerk's Office is open daily from 8:30 a.m. to 5:00 p.m. A valid ID and evidence of media status are required for a media pass. A pass is valid only for the duration of this trial and, because seating is limited, does not guarantee a seat in that area. Any media personnel with a pass who are unable to get a seat in the reserved section will have to find a seat in the unreserved areas of Courtrooms 700 or 701.

4. The six green chairs at the back of the courtroom are reserved for Court staff on Monday, September 22, 2025. After Monday, these seats will be available for anyone.

FOOD AND WATER ARE NOT PERMITTED IN EITHER COURTROOM, except for water supplied at counsel tables for the lawyers and staff operating the evidence presentation system.

The Courthouse opens at 8:00 a.m. Monday through Thursday and at 7:45 a.m. on Fridays. Trial days will normally run from 9:30 a.m. to 6:00 p.m. Monday through Thursday, with most Friday sessions starting at 10:00 a.m. depending on the Court's docket. A one-hour lunch break will normally be from 1:00–2:00 p.m. Courtrooms 700 and 701 will be open to the public at 9:00 a.m. for morning sessions and 1:45 p.m. for afternoon sessions. Any changes to the trial schedule will be posted on the Court's website at https://www.vaedonline.uscourts.gov/schedules/w_tomorrow1.html.

The Court anticipates that on the first day of trial, September 22, 2025, as well as on days when other judges have jury trials, there will be significant delays getting through security at the Courthouse entrance. Attendees should plan their arrival times accordingly. To avoid delays,

attendees should be aware of, and follow, all Courthouse entry requirements found at

https://www.vaed.uscourts.gov/Alexandria (see "Important Security Information").  In particular,

ALL VISITORS MUST PRESENT A VALID PHOTO ID to gain admittance.

The Clerk is directed to forward copies of this Order to counsel of record and post it on

the Court's website.

Entered this ⎯19th⎯ day of September, 2025.

Alexandria, Virginia


/s/ _____

Leonie M. Brinkema
United States District Judge