IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION TO PRECLUDE LATE-DISCLOSED GOOGLE WITNESSES

Plaintiffs move this Court under Federal Rule of Civil Procedure 37(c) to exclude the testimony of Michael Blend, Elizabeth Douglas, and Lance Knobel (the "Previously Undisclosed Witnesses"). Google disclosed the names of these witnesses to Plaintiffs on Friday night, September 19 at 7:00 PM, not even one full business day before the commencement of the remedies trial in this case, and well after the deadline for disclosing witnesses under this Court's August 5 order and Federal Rule of Civil Procedure 26(a)(3). Google does not have good cause for the delayed identification, and the addition of these Previously Undisclosed Witnesses is highly prejudicial to Plaintiffs, which did not have the opportunity to conduct discovery on any of them. Accordingly, Google should be precluded from offering these witnesses at trial. The grounds for the motion are fully set forth in the accompanying memorandum of law.

### ORAL ARGUMENT:

Plaintiffs are available for oral argument on this motion during the trial proceedings, at the Court's convenience.

Dated: September 21, 2025

(signatures on following page)

1

Respectfully submitted,

| | |
|---|---|
| MARY M. CLEARY<br>Acting United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |
| /s/ Gerard Mene<br>GERARD MENE<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3777<br>Facsimile: (703) 299-3983<br>Email: Gerard.Mene@usdoj.gov | /s/ Tyler T. Henry<br>TYLER T. HENRY<br>Assistant Attorney General<br><br>Office of the Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>Facsimile: (804) 786-0122<br>Email: thenry@oag.state.va.us |
| /s/ Julia Tarver Wood<br>JULIA TARVER WOOD<br>/s/ Matthew E. Gold<br>MATTHEW E. GOLD<br>ANDREW DELANEY<br>MELODY WANG<br>MICHAEL E. WOLIN<br><br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 7100<br>Washington, DC 20530<br>Telephone: (202) 307-0077<br>Fax: (202) 616-8544<br>Email: Julia.Tarver.Wood@usdoj.gov<br><br>Attorneys for the United States | Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia |