# EXHIBIT A

| | |
|---|---|
| **From:** | Erica Spevack |
| **To:** | Wolin, Michael (ATR); Wood, Julia (ATR); Karen Dunn; Jeannie Rhee; William Isaacson; Jessica Phillips; Craig Reilly; Eric Mahr; Andrew Ewalt; Anita Liu; Erin Morgan; Bryon Becker; Annelise Corriveau; Amy Mauser; Martha Goodman; Leah Hibbler; Daniel Bitton |
| **Cc:** | Petterson, Linnaea (ATR); Huppert, Matthew (ATR); Teslicko, David (ATR); Geiger, David (ATR); Briskin, Craig (ATR); Lauren Pomeroy; Feder, Morgan; Tyler T. Henry; elliott.dionisio@doj.ca.gov |
| **Subject:** | [EXTERNAL] RE: United States et al. v. Google LLC (Ad Tech) - Witness Disclosure |
| **Date:** | Sunday, September 21, 2025 5:31:43 PM |
| **Attachments:** | image001.png<br>image002.png |

Michael,

With respect to Mr. Knobel, Google first became aware that the DOJ reached out to and spoke to him in July. We became aware that he was a potential witness this past week after the Court's statements that she would not permit amicus briefs.

With respect to Mr. Blend and Ms. Douglas, we became aware of them as potential witnesses this past week after the Court's statements that she would not permit amicus briefs.

Google does not agree to withdraw these three individuals as witnesses.

Best,
Erica



**Erica Spevack** | Associate
**Dunn Isaacson Rhee LLP**
espevack@dirllp.com
(202) 240-2913  (direct) | (202) 368-1774 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn