# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 2

Date: **9/23/2025**  
Time: **9:27-6:00**  
Lunch: **1:00-1:58**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rebecca Stonestreet**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Matthew Huppert, David Teslicko, Tyler Henry, Morgan Feder, Gerard Mene, Sadev Parikh

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, William Isaacson, Jeannie Rhee, Erin Morgan, Annelise Corriveau, Leah Hibbler, Erica Spevak

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiffs and Defendant.

**PROCEEDINGS:**

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Wednesday, 9/24/2025 (for Remedies Trial Day #3) at 9:30 a.m.