# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 4

Date: **9/25/2025**  
Time: **9:27-6:00**  
Lunch: **1:00-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rebecca Stonestreet**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, Alvin Chu, Craig Briskin, Griffin Kenny, Matthew Gold

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, Jeannie Rhee, William Isaacson, Anita Liu, Erika Spevak

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

**PROCEEDINGS:**

[1762] MOTION TO EXCLUDE LATE-DISCLOSED GOOGLE WITNESSES – DENIED

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: **Friday, 9/26/2025 (for Remedies Trial Day #5) at 10:00 a.m.**