IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) |
| Defendant. | ) |

### ORDER

Bloomberg News reporter Leah Nylen has requested an exception to the U.S. District Court for the Eastern District of Virginia's Courthouse Entrance Requirements and Security Policy to allow her to bring a reMarkable 2 tablet into the Albert V. Bryan U.S. Courthouse for the sole purpose of taking electronic notes in this civil action. Nylen is requesting a reasonable accommodation pursuant to the American with Disabilities Act, 42 U.S.C. § 12101 et seq., because she has a medical condition that hinders her ability to take handwritten notes. For good cause shown, the request is GRANTED, and it is hereby

ORDERED that Bloomberg News reporter Leah Nylen be allowed to bring a reMarkable 2 tablet into the Albert V. Bryan U.S. Courthouse and use such tablet subject to the following restrictions—

- the tablet must be placed in airplane mode upon entry into the courthouse and must remain in airplane mode at all times while in the courthouse;
- no USB connections to the tablet are allowed; and
- the tablet may only be used for notetaking in Courtroom 701; and it is further

ORDERED that court personnel may spot check Ms. Nylen's compliance with the airplane mode and USB restrictions; and it is further

ORDERED that any violation of this Order will result in the immediate revocation of this Order.

The Clerk is directed to serve a copy of this Order on counsel of record and Leah Nylen at lnylen2@bloomberg.net.

Entered this 25th day of September, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge