# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 5

Date**: 9/26/2025**  
Time: **10:00-6:08**  
Lunch: **1:00-1:58**

Case No.**: 1:23cv108**  
Judge**:  Hon. Leonie M. Brinkema**  
Reporter **: Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, Matthew Gold, David Teslicko, Kyle Bright,

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, Jeannie Rhee, William Isaacson, Anita Liu

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

**PROCEEDINGS:**

Preliminary matters heard [**X**]

Plaintiff continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Monday, 9/29/2025 (for Remedies Trial Day #6) at 9:30 a.m.