# UNITED STATES DISTRICT COURT
## CIVIL BENCH TRIAL – DAY 7

Date**: 9/30/2025**                          Case No.**:    1:23cv108**
Time: **9:34-5:50**                          Judge**:      Hon. Leonie M. Brinkema**
Lunch: **12:41-1:58**                        Reporter **:  Stephanie Austin/Rebecca Stonestreet**
                                             Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

### V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, Matthew Gold, Matthew Huppert, Griffin Kenny, Kerrie Freeborn, Kyle Bright, David Geiger

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, William Isaacson, Jessica Phillips, Anita Liu, Erin Morgan, Leah Hibbler, Annelise Corriveau

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

**PROCEEDINGS:**

Preliminary matters heard [**X**]

Defendant continued presentation of the evidence [**X**]

Plaintiff out of order witnesses heard and rests [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Wednesday, 10/1/2025 (for Remedies Trial Day #8) at 9:30 a.m.