# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 8

Date: **10/1/2025**  
Time: **9:25-5:58**  
Lunch: **12:57-1:59**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin/Rebecca Stonestreet**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, Matthew Gold, David Teslicko, Kyle Bright, David Geiger, Matthew Huppert, Alvin Chu, Daniel Monahan, Sadev Parikh

[ X ] Defendant: Craig Reilly, Karen Dunn, Bryon Becker, Jeannie Rhee, William Isaacson, Erin Morgan, Erica Spevack, Anita Liu

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

**PROCEEDINGS:**

Preliminary matters heard [**X**]

Plaintiffs' Motion to Stay the Proceedings – DENIED [**X**]

Defendants continued presentation of the evidence [**X**]

Objections heard; rulings made [**X**]

Case Continued To: Thursday, 10/2/2025 (for Remedies Trial Day #9) at 9:30 a.m.