# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 11

Date: **10/6/2025**  
Time: **9:30:11:40**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, David Geiger, Matthew Huppert, David Teslicko, Kyle Bright, Alvin Chu, Craig Briskin, Sadev Parikh

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, William Isaacson, Leah Hibbler, Anita Liu

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiff and Defendant.

## PROCEEDINGS:

Plaintiff continues rebuttal case and rests [**X**]

Defendant presents sur-rebuttal case and rests [**X**]

Parties to file post-trial briefs and revised remedies proposals [**X**]

Closing arguments set for November 17, 2025 at 10:00 am