**APPENDIX A: Google's Proposal To Share AdX Real-Time Bids Will Restore Competition**

| Witness | Transcript Cite | Testimony |
|---|---|---|
| Whitmore (Advance Local, publisher) | 9/22 AM 54:14-23 | Q Now, when you say that there are no viable publisher ad servers left in the market, can you describe what you're referring to?<br><br>A There are other ad servers that ostensibly a publisher could elect to work with. The reality is, **the relationship that DFP has with AdX as the primary source of being able to acquire AdX demand**, and given how important AdX demand is within a broader, you know, sort of monetization of exchanges for most publishers **means that it's really the only option**. |
| | 9/22 PM 22:17-21 | Q. And is it your view that publishers would use other ad servers **if those ad servers could access that Google -- that unique Google demand in the same way that DFP accesses AdX**?<br><br>A. If those ad servers existed, I would say that **that would be something that publishers would investigate as an alternativ**e. |
| Avery (Kevel, rival publisher ad server) | 9/23 AM 10:21-11:9 | Q So in your view running a publisher ad server, how would plaintiffs' proposed API for AdX to send real-time bids to other publisher ad servers impact Kevel's ability to compete in the publisher ad server market?<br><br>A Yeah. I think it's like -- you know, based on my testimony last time, right, **it's like that's the key thing that I think enables us to compete in the publisher ad server market is if we can get demand directly from AdX in a fair way.**<br><br>Q And why do you say that's the key thing?<br><br>A Because I think that's really when -- really it's – you know, we can't go compete for traditional publishers today because they get a large amount of their revenue from AdX, and we don't have access to the demand from AdX. |
| | 9/23 AM 41:4-12 | Q Okay. And you told the Court at the last trial that if Kevel were integrated with AdX, **that would allow Kevel to compete in the traditional display market**; right? |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | A **If we could receive demand in the same way that DFP does**, yes.<br><br>Q With that integration between AdX and Kevel and other ad servers, you've testified that **future customers would have a choice in what ad server they pick; right**?<br><br>A Correct. |
| Lambert (Omnicom Media Group, advertising agency) | 9/23 AM 86:7-87:5 | Q Now, if AdX weren't tied to DFP, could that impact the volume you buy from AdX versus other exchanges as compared to today?<br><br>A Yes.<br><br>Q Why is that the case?<br><br>A Well, today AdX living outside of Prebid is one side of it, and I think that it would be difficult to say if it's not moving into Prebid or into a fair auction -- the unified auction, I would argue, is not as unified. In DFP, sure, but post -- or pre DFP, less so.<br><br>And I think **we have a real moment to say if AdX – to your question, if AdX were to not be as connected to DFP, would we still optimize into AdX?** I can't predict the future, but if there's no longer that level of connection sitting a bit more side by side closer to the tech itself, there's a moment where I thought that these might be one platform because of how closely tied into DFP it was. And so if you remove it, then maybe I no longer have to see a prioritization happening automatically through my -- or – yeah, automatically through automation, same word, into AdX as priority. So if it's sitting alongside the other SSPs, it goes right back into my supply path optimization strategy, now **I really have a leveling of that playing field for me to make decisions on.** |
| Friedman (Goodway | 9/23 PM 7:22-8:7 | Q From your perspective as an advertiser, what remains **the biggest impediment to competition for publisher ad servers and ad exchanges**? |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| Group, advertising agency) | | A. My understanding, in speaking with publishers, is that there are publishers who have -- who had tried to use a different ad server outside of Google's whatever they call it now. But their ad server. **But the inability to get demand from Google's ad exchange was too significant, was too much of a barrier to switch.** And so there was just a need to use Google's ad server in order to get the demand and -- yeah, through the ad exchange as well. |
| | 9/23 PM 46:4-13 | Q. You just talked about tying, and you testified about it on direct. And **your view is that the untying of Google tools from DFP will improve the likelihood of fair competition in the ad server space**? <br><br> A **Yes**. <br><br> Q Right. And **whether divestiture would further improve competition is hard to say. That's what you said**. Right? <br><br> A Okay, **yes**. |
| Creput (Equativ, rival publisher ad server) | 9/29 AM 14:10-25 | Q Please briefly explain **the challenges Equativ has faced competing with DFP**. <br><br> A We have preferred access of Google Ad server to Google demand.  So **the first challenge we have is the preferred access that Google ad server has to Google demand.**  Second is the complexity of the migration of the publisher ad server. |
| | 9/29 AM 29:8-21 | Q Okay. So let's pull up your deposition on page 51, and so we're going to hand these out.  And, Mr. Créput, you can see your deposition – your liability trial deposition testimony in front of you; correct? <br><br> A Yes, I can see it. <br><br> Q And let us focus on lines 9 through 24. |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | A Yes.<br><br>Q And **you see that your testimony was: The solution is to impose on Google the obligation to make its SSP compatible –**<br><br>A Yes.<br><br>Q **-- with competing ad servers?**<br><br>A **Yes**. |
| Layser (formerly News Corp, publisher) | 10/3 PM 19:9-16 | Q When you worked at News Corp in 2019, you told Google that the lack of realtime pricing from AdX was hindering fair competition in the ad server market?<br><br>A That sounds like something I may have said.<br><br>Q And in 2019 when you worked at News Corp, **you believed that the lack of realtime pricing from AdX was hindering your freedom to switch ad servers**?<br><br>A **Yes**. |
| | 10/3 PM 25:18-26:7 | Q And so my question is, **if AdX did provide realtime bids to other ad servers, that tie would be broken**?<br><br>A **That tie could be broken.**<br><br>Q And you believe that if publishers didn't need to use DFP to get a realtime price from AdX, that other entrants into the market would do better?<br><br>A So how I would say it is that if AdX bids into -- like **if AdX bids into header bidding, that is** |

| Witness | Transcript Cite | Testimony |
|---------|----------------|-----------|
| | | **one of the factors that helps to -- helps to give, like, more functionality to competing ad servers. And it also helps to, like, give publishers the option to switch ad servers if they wanted.**<br><br>I would say that what I also talked a little bit about was, there are other factors that if you want to do the analysis for switching ad servers, you would need transparency into them to be able to make that business decision. |
| Wheatland (The Daily Mail, publisher) | 10/6 AM 53:13-23 | Q Now, when you testified at trial, **your complaint was that The Daily Mail does not have a choice amongst its ad tech providers because it is forced to purchase Google's ad server if it wants access to AdX demand;** correct? You recall that testimony?<br><br>A Okay. **Yeah**.<br><br>Q And you complained that AdX does not currently bid into non-Google ad servers in real time; correct? Do you remember you talking about that and complaining?<br><br>A I don't remember exactly what I said, but that was the case, yeah. |

**APPENDIX B: Google's Proposed Prebid Integrations Will Restore Competition**

| Witness | Transcript Cite | Testimony |
|---|---|---|
| Whitmore (Advance Local, publisher) | 9/22 PM 12:3-5 | Q Right. You think the **Prebid auctions do have the level of transparency that you're seeking**?<br><br>A **I do believe so.** |
| | 9/22 PM 18:11-18 | Q And if this remedy is adopted and AdX is not going around the Prebid auction in a DFP server, right, the result of this is going to be exchanges on a level playing field competing against AdX seeing who wins the Prebid auction that'll be submitted to DFP. Right?<br><br>A I think **it levels the playing field as it relates to what is happening inside the Prebid auction**. I do not know what is happening in the final auction. |
| | 9/22 PM 20:1-7 | Q In Prebid auctions, Google does not have levers over the Prebid software running that auction, do they?<br><br>A That is correct.<br><br>Q Google can't put their thumb on something in the Prebid software in order to affect the outcome of that auction of auctions in Prebid, can they?<br><br>A **They can't put their thumb on the software, correct.** |
| Casale (Index Exchange, rival exchange) | 9/22 PM 57:10-20 | Q Now, based on your experience at Index, would AdX bidding into header bidding auctions impact Index's competitiveness within those auctions?<br><br>A Provided AdX moved from bidding into DFP to bidding inside of header bidding alongside Index and any other competitor, whereby **in header bidding everything is effectively in the open and inspectable, where the auction is fair, I would imagine that would relinquish any advantage that AdX might benefit from today by being part of DFP.** Therefore, it goes back to my comment before: **I like our chances in a fair fight and a fair auction**, and I think we |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | would do quite well. |
| | 9/22 PM 59:24-60:4 | Q And to what extent would AdX's participation in a header bidding auction impact the competition within that auction?<br><br>A Provided AdX was not bidding into DFP and just bidding in header bidding auctions, **I think it would be a great neutralizer of any advantage**, in that AdX would not have a preference inside of the final auction logic within DFP. |
| | 9/22 PM 69:10-17 | Q So given all those issues with data consistency, what would be the impact of this proposed integration on Index's opportunity to compete in the exchange market?<br><br>A To me **this would simply put us at parity,** which would effectively mean any ad slot that AdX had available to it, we would have available to Index. Any data that AdX had available to it, we would have available on Index. That to me is what this would serve to accomplish. |
| | 9/22 PM 148:17-149:8 | Q Okay. But if the publisher is choosing for AdX to participate in the header bidding auction, **you agree that AdX is part of the hyper-competition** that you've previously described. Correct?<br><br>A **The hyper-competitive auction, it would be in that setting, yeah.**<br><br>Q Okay. And you agree that with header bidding that we're talking about AdX participating in, businesses can quickly shift from one exchange to another. Right?<br><br>A Yeah, it's a reasonable statement.<br><br>Q And I think you said that if Index Exchange competed against AdX and Prebid, you like your chances?<br><br>A I like our chances. |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | Q Right. So **the easy movement between exchanges or among exchanges would include to and from AdX**. Right?<br><br>A **I would hope the end implication would be higher prices for publishers.** |
| Avery (Kevel, rival publisher ad server) | 9/23 AM 46:9-47:4 | Q That means that if Prebid can call out to GAM or AdX in the same way that it calls other exchanges, **publishers could leave DFP**?<br><br>A **Correct**.<br><br>Q Would it increase competition in the publisher ad server market if AdX bid into header bidding wrappers like Prebid?<br><br>A Yes.<br><br>Q And if Prebid can call out to GAM or AdX in the same way that it calls other exchanges, what effect would that have on equalizing access to inventory among ad exchanges?<br><br>A I don't know that I can speak about that from the inventory of the ad exchange side. Like, I don't know how it would affect that.<br><br>Q Would it **put AdX on equal footing with all of the other exchanges in terms of access to inventory**?<br><br>A It still -- I mean, Prebid is still optional what exchanges you include, and so a publisher could decide to only include AdX or something. So it's not a guarantee, but **I think it would give -- it would give them all equal -- an equal chance of winning that customer**. |
| Lambert (Omnicom | 9/23 AM 139:4-16 | Q Do you believe server- -- **a server-to-server connection between DFP and Prebid would make a lot of SSPs and publishers happy**; right? |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| Media Group, advertising agency) | | A **Yes**.<br><br>Q Okay. Does that mean because the buy-side is impacted, that advertisers would also be happy or happier?<br><br>A Their happiness comes with an assumption that now there is this like one auction, **this one auction for open exchange buying, that there's no question about what else might be happening behind the scenes.** So that's a good thing for advertisers. And you're -- just again, I'm, today, testifying I'm an advertiser position. |
| | 9/23 AM 147:4-148:4 | Q And, I'm sorry, when you say the slide we looked at [slide 9 of Google's opening statement], **that's a great way of leveling the playing field, that's the one we just saw, Slide 9?**<br><br>A I think **both slides had Prebid -- AdX and Prebid**.<br><br>Q Yes.<br><br>A **Yes**. That center of the slide, yeah, that's good.<br><br>Q Okay.<br><br>A Right. That's good. That's an example of **a consistent thing or a change but still maintains a leveling of the playing field.** Right. That's a good thing. So, yes, having the same kind of capability if I'm a buyer -- not me as a buyer, if I'm acquiring the platform. |
| Friedman (Goodway Group, advertising agency) | 9/23 PM 46:18-47:8 | Q There are two different proposals. One is that AdX will bid into Prebid header bidding wrappers, and the other is that Google would build a server-to-server connection between DFP and Prebid. And then DFP would receive header bidding bids on the same terms as it perceived bids from AdX. Do you remember hearing about that at your deposition? |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | A I do.<br><br>Q Okay. And to you, this sounds like it **accomplishes at least 80 percent of leveling the playing field**. Correct?<br><br>A **It does sound like that.**<br><br>Q Okay. And by that, you mean that it would give publishers the ability to receive bids that are fair, equitable, and to compete, and advertisers would have access to the bid opportunities to win them before other people take them out of the running. That's what you say?<br><br>A I believe so, yeah. |
| Dederick (The Trade Desk, demand-side platform) | 9/23 PM 106:21-107:3 | Q So what do you believe would be the impact of plaintiffs' proposed remedies requiring an API between AdX and Prebid?<br><br>A That that is a short-term, quick, helpful way to improve where things are today. It's not -- I don't think that's sufficient, but I do think that that would -- you know, given that that could happen in relatively short order, and **Prebid has a significant footprint in the industry, that that would be a helpful step.** |
| Racic (Prebid) | 9/26 149:16-150:24 | Q And then at the end it says: Especially as any changes will have an impact that will cascade well beyond programmatic media. Would you explain what you're saying there in terms of how what's going to happen in this case will have an impact that cascades well beyond programmatic media?<br><br>A So that could go -- I mean, there's a whole bunch of ways that could go. When you're looking at creative, when you're looking at buyers, when you're looking at more market participation in solving some of the bigger issues in the industry, by standardizing the auction logic and putting everyone on equal playing field, it's easier to solve problems because you have the biggest market participant actually actively engaged in that. |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
|  |  | So it's not just the media part of the business that's going to get impacted by what comes out at this trial, it will be the creative, it will be pretty much everything from measurement, right? No measurement passes back and forth right now between, you know, GAM and AdX. You know, they don't accept third-party -- there's a whole bunch of stuff that will happen that, **at the end of the day, will be beneficial to the marketplace beyond media and give everyone more choice and more options** and more ways to solve for some of the bigger problems that really have nothing to do with Prebid.<br><br>Q And when you're talking about the biggest player participants, **you're talking about these would be the benefits if Google participated in Prebid?**<br><br>A **Correct**. |
| Creput (Equativ, rival publisher ad server) | 9/29 PM 27:19-28:12 | Q Okay. And as a result, it is your testimony that Google is still not as available as other SSPs on rival ad servers; correct?<br><br>A Yes.<br><br>Q Okay.<br><br>A Yes. I would say it is available to rival ad servers; however, it's not working well.<br><br>Q Okay. Thank you. And **one of the reasons why it's not working well is that AdX still does not have a Prebid integration; is that right**?<br><br>A This is -- **yes. This is one of the reasons.** There are many other reasons why it's not working well.<br><br>Q Okay. So -- but this is one of the reasons; right? |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | A Yes. |
| Goel (PubMatic, rival ad exchange) | 9/30 PM 39:17-22 | Q So, Mr. Goel, **what impact, if any, will AdX competing in header bidding auctions have** on competition within those auctions?<br><br>A If AdX is only competing in a header bidding auction via Prebid without a proprietary pipe between AdX and DFP, **I think it would significantly enhance competition in the market.** |
| | 9/30 PM 44:9-46:21 | Q So based on your experience, how does plaintiffs' proposal here differ from how header bidding works today?<br><br>A Well, the way that header bidding works today is that a publisher's Prebid server or instance of Prebid server calls various ad exchanges, including PubMatic. We solicit bids from DSPs; we then submit those bids into DFP, and then DFP and DFP alone then calls AdX.<br><br>So that is a very different sequence of interactions than what is proposed here, which is that DFP would call Prebid Server, a publisher's instance of Prebid Server, and then Prebid Server would call AdX as well as any other ad exchanges that the publisher chooses. And so that -- **I would say this approach is critical to eliminating many of the advantages that we discussed earlier that AdX has today.** |
| Layser (formerly News Corp, publisher) | 10/3 PM 20:12-22 | Q Prebid makes inventory the publishers to decide what to do with.<br><br>A I think it depends on their implementation of -- like, their implementation of Prebid. So the idea is that Prebid is open-sourced, it's auditable.<br><br>Q And **Prebid enables the publisher to take back control of its ad tech stack**?<br><br>A **Yes**. |
| | 10/3 PM | Q And you believe that if publishers didn't need to use DFP to get a realtime price from AdX, |

| Witness | Transcript Cite | Testimony |
|---|---|---|
|  | 25:18-26:7 | that other entrants into the market would do better?<br><br>A So how I would say it is that if AdX bids into -- like **if AdX bids into header bidding, that is one of the factors that helps to -- helps to give, like, more functionality to competing ad servers**. And it also helps to, like, **give publishers the option to switch ad servers if they wanted**. I would say that what I also talked a little bit about was, there are other factors that if you want to do the analysis for switching ad servers, you would need transparency into them to be able to make that business decision. |
|  | 9/30 PM 37:1-8 | Q So you would agree that **AdX passing a realtime price into Prebid would give publishers a 360-degree view of the indirect bid landscape**?<br><br>A So if they are still using -- like, if they're -- so I guess the question is, like, is AdX divested or is it not divested? If it's not divested and it still exists, the bid-level data from AdX -- the bid-level data from AdX and the winning bid would go into the -- okay, **yes**. |
| Wheatland (The Daily Mail, publisher) | 10/6 AM 22:5-10 | THE COURT: And do you have that flexibility now with Prebid?<br><br>THE WITNESS: Yes. **Prebid has modules. You can basically plug in and out if you want flooring or you want analytics or you want different IDs to be passed.** So that kind of existed with Prebid. |

**APPENDIX C: Plaintiffs' Witnesses Believe Divestiture Is Necessary Because
They Do Not Trust Google To Comply with Behavioral Remedies[51]**

| Witness | Transcript Cite | Testimony |
|---|---|---|
| Whitmore (Advance Local, publisher) | 9/22 AM 88:16-89:5 | Q Now, Mr. Whitmore, if the Court were to impose only behavioral remedies and appoint a monitor to ensure that those behavioral remedies are complied with, would you have any concern about a monitor's ability to detect Google's behavior?<br><br>A I do. I mean, the technology offers a lot of opportunities for somebody -- Google to continue to put their thumb on the scale, especially if the company remained intact in its current structure, so exchange all the way through ad server. And I think that there is an inherent sort of conflict of interest of addressing only – addressing this only through behavioral remedies. I think **there's just always going to be an incentive to try to find your way around the behavioral remedies that can only be addressed through divestiture of AdX and DFP.** |
| | 9/22 AM 111:9-17 | Q And what concerns, if any, do you have about the ability of behavioral remedies alone to impact Google's conduct in the future?<br><br>A Again, I think that Google's demonstrated a market -- a remarkable ability to adapt. And **my concern would be that their impulse would always be to adapt to the letter of what might be described in a behavioral remedy, but not the actual spirit of it**. And that -- that would -- that would keep competition from emerging in the exchange marketplaces. |
| Casale (Index Exchange, rival ad exchange) | 9/22 PM 76:18-77:7 | Q So I want to take a step back, Mr. Casale. We've taken a look at a few of plaintiffs' proposed remedies relating to conduct. To what extent if any do these remedies we've just looked at replace the need for a divestiture of AdX in order to improve competition in the exchange market?<br><br>A I think these remedies help, but I don't think they replace it.<br><br>Q Why is that? |

---

[51] Two of Plaintiffs' witnesses, Lambert and Racic, did not express the view that divestiture is necessary.

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | A This goes back to **we have no way to know what new feature or function a company as sophisticated and capable as Google will implement tomorrow.** And for us, we're very uncomfortable with the share of the market that DFP represents and the AdX asset present. Even with these remedies, **a very creative mind can develop another preferencing feature** to implement into DFP tomorrow. |
| Avery (Kevel, rival publisher ad server) | 9/23 AM 13:1-12 | Q And what concerns, if any, do you have with AdX specifically bidding differently into Kevel's publisher ad server even if AdX did provide real-time bids to Kevel's publisher ad server?<br><br>A Yeah. I mean, I think **there's still definitely an incentive for Google to bid differently** or, you know, reward the publishers who are on DFP on their ad server versus on a competitive ad server.<br><br>Q And what would address those concerns?<br><br>A I think **the only way to really address it is to have AdX and DFP be separate companies, right, to separate the economic interest from -- of Google to take that action**. |
| | 9/23 AM 43:24-44:1 | Q So **your only concern is the incentives -- that Google might have incentives to bid unfairly?**<br><br>A **Correct**. |
| Lambert (Omnicom Media Group, advertising agency) | 9/23 AM 136:1-8 | Q All right. And at the time of your deposition, which was August 5th of 2025 **you didn't have an opinion about whether AdX should be divested**; correct?<br><br>A **That is correct**.<br><br>Q And you have an opinion about that today; right? Let me rephrase that. **You still don't have an opinion about that**? |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | A **That's correct.** |
| Friedman (Goodway Group, advertising agency) | 9/23 PM 17:24-18:19 | Q So we walked through a number of proposed remedies. Would anything short of divestiture fully remedy your competition concerns, Mr. Friedman?<br><br>A Divestiture of both AdX and DFP.<br><br>Q And why do you say both?<br><br>A Well, I'm probably going to return to my antibiotics analogy here. But, you know, you can't take half the antibiotics and then hope the disease goes away. It's actually the worst thing you can do. And so to me these are a two-part -- this is a two-part system.<br><br>And **I'm very supportive of Google or anybody playing on the buy side or the sell side, but as soon as someone has dominant market share in both, that becomes a problem**. And so the sell side being DFP primarily, but also AdX. I mean, I think a lot of exchanges would say they sit in the middle, but in reality, they tell publishers they're on their side.<br><br>And so **I think the chances for something to go wrong are not just high; they're likely,** if both are not out of the Google ecosystem, which then allows Google to spend its time and resources focusing on its buy-side tools, which are good, and I think could be better, even. |
| | 9/23 PM 30:25-31:12 | Q You were asked: "And one of the things you mentioned is the potential for divestiture of AdX. And sitting here today, **do you have a view of whether or not the divestiture of AdX would have -- would positively impact competition?" "Answer: No." That was your answer. Correct?**<br><br>A **Correct**.<br><br>Q Okay. And sitting here today, that's still your answer. Correct? |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | A I think I just testified with the person who was asking me the questions before that **it would be hard for it not to have some positive impact on competition, but to what extent, I don't know.** |
| Dederick (The Trade Desk, demand-side platform) | 9/23 PM 108:19-109:10 | Q And ultimately do you have a view as to whether behavioral remedies alone are sufficient to solve the problems that you've identified in the publisher ad server and ad exchange markets for open web display?<br><br>A I don't think that they are.<br><br>Q Why not?<br><br>A I come back to it it is **the simple position of owning the ad selection on the sell side, of one company owning the ad selection on the sell side who are also a very large media company with their own ads to sell, and a long history** and the understanding of the ecosystem **that there's been demand biasing, discriminatory practices, obfuscation**. The ownership of the sell side of our industry by one company who also has a large media presence, who also has tools across the rest of the ecosystem is the problem. And so **that is the most important signal that would restore trust from buyers, is the ownership of those tools.** |
| Racic (Prebid) | 9/26 149:8-15 | Q As we navigate this transformative period, it's imperative for all stakeholders, publishers, advertisers, buyers and platforms alike, including Google, to come together and build a digital advertising ecosystem rooted in transparency, fairness and innovation. Right. **Prebid is not in favor, am I correct, from removing Google from the markets in this case**?<br><br>A **Correct**. |
| Creput (Equativ, rival | 9/29 PM 44:12-23 | Q Are you familiar with the remedies Google has proposed in this case?<br><br>A Yes. |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| publisher ad server) | | Q If the Court ordered those remedies only, how would that impact your ability to compete?<br><br>A I believe it would have a very limited impact, same as it did with the French Competition Authority remedies.<br><br>Q Why do you believe it would have a limited impact?<br><br>A **As long as Google owned Google Ads and DV360 and owns, at the same time, Google DFP and also owned-and-operated properties such as YouTube, Google will be incentivized to apply self-preferencing**. |
| Goel (PubMatic, rival ad exchange) | 9/30 PM 10:2-14 | Q Given those challenges that you've talked about, Mr. Goel, do you have a view as to what remedy is needed to improve competition in the ad exchange market?<br><br>A Yes. In my view -- I understand there's proposed, from my reading, structural and behavioral remedies. In my view, the structural remedies are critical, because ultimately the pace at which this industry moves and the technical challenges and complexity are such that **as long as there is an incentive for Google to tie its products together and to compete on an unfair basis, I believe Google will be tempted to succumb to that incentive.** And without the structural remedy, they would continue to operate in such a way that forecloses upon fair competition in the industry. |
| | 9/30 PM 104:19-105:5 | Q Okay. Now, I believe that today you testified that **the reason behavioral remedies would be insufficient is because there would be an incentive for Google to create new advantages for itself in the future. That's your testimony?**<br><br>A **I believe it was, yes.**<br><br>Q And you agree that that is a future issue of trust. Right? |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | A Well, I would say future and ongoing. I referenced a number of steps that Google took over the last half a dozen years, First Look, Last Look, UPR, Bernanke, Poirot, so on and so forth. And again, we don't know what other things are there that we're not aware of today. |
| | 9/30 106:14-107:3 | Q Right. I understand. But what I'm -- I'm trying to figure out, sir, other than the eight-month technical bug, that essentially what you're saying is, you don't trust Google and you don't know what they might be up to in the future. Is that correct?<br><br>MR. GEIGER: Objection. Misstates testimony.<br><br>THE COURT: It's close enough. I'm going to allow it.<br><br>A I think **we know that Google has financial motivations that cause it to act -- or give it the potential to act in a way that's favorable to itself.** Whether or not that is the direct cause of some of their decisions, actions, or inactions, I don't have enough information to know. So given that situation and the dominant market position they have in multiple parts of the stack, my conclusion is that a structural remedy is required to solve this situation. |
| | 9/30 PM 129:20-130:15 | Q To what extent is your concern over Google's incentives only a matter of trust?<br><br>A It goes far beyond trust, in that, in my experience, **any corporation - and certainly a major public corporation - has certain incentives in place to align its management with shareholders and would typically act consistent with those incentives.**<br><br>THE COURT: Well, doesn't that cover every single business in a capitalist society? I mean, unless you're a charitable nonprofit, the goal is to make profit, isn't it?<br><br>THE WITNESS: I agree, Your Honor, and **I think I said as much when I said -- I mentioned a capitalistic environment**. So I agree with you.<br><br>Q And so – |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | | A That's why I think the structural remedy is required, because I don't think we can contemplate all the different ways in which an entity that has dominant market position in the publisher ad server market, dominant market position in the ad exchange market, and a significant position in the demand side of the market will use its presence to further its corporate goals. |
| Layser (formerly News Corp, publisher) | 10/3 AM 36:19-20 | THE COURT: Did they ever say you were in default with any of your relations with them?

THE WITNESS: I would not -- I don't think that they ever said that we were not in good standing.

THE COURT: All right.

THE WITNESS: But there is –

THE COURT: **You don't trust Google; is that right?**

THE WITNESS: I mean, it's -- yeah. **Yeah.** |
| | 10/3 AM 40:8-18 | THE COURT: Which, again, comes down in very simplistic terms is **you don't have trust or confidence** that if the Court ordered, basically, Google, you're going to play fair, you can't preference your own products, you have to be able to compete with non-Google entities fairly, okay, **that's the Court's order, and you still don't think that Google would follow that?** You're not alone, by the way, in that position. I'm not trying to force you to to say anything that --

THE WITNESS: **Yeah**. I -- yeah.

THE COURT: Okay. |
| | 10/3 AM | Q Ms. Layser, just a few final questions. Do you have a view as to whether AdX divestiture is |

| Witness | Transcript Cite | Testimony |
|---|---|---|
| | 42:24-43:10 | needed in this case?<br><br>A I do.<br><br>Q What is your view?<br><br>A My view is that AdX should be divested.<br><br>Q Can you explain why?<br><br>A Sure. I think it's pretty consistent with what we were just -- like, what we were just talking about before, which is kind of a historical, and **it removes the conflict of interest of operating the exchange and the demand side of Google.** |
| Wheatland (The Daily Mail, publisher) | 10/6 AM 43:24-45:1 | Q Now, if the Court were to order Google to no longer preference its ad tech products over rival ad tech providers, would that address the concerns you've identified in the ad tech markets, the publisher ad server and the ad exchange market?<br><br>A If it was just behavioral remedies?<br><br>Q Yes.<br><br>A So I think -- I think if it's behavioral remedies, then, like, the monopoly stays in place. **So you have the incentive, and likely you still have the ability to favor Google's demand.** And we have seen, you know, over ten years, you know, different conduct which changes -- you know, from time to time it will change, new features are developed, and it's very difficult for publishers to understand how these features operate, to -- sometimes to even know they exist, but to understand how they operate and to sort of report on them and see if they're beneficial for us.<br><br>And I think that if it's just behavioral remedies, whatever -- however the entity that oversees those, I think that would also struggle to sort of understand how they operate and to sort of |

| Witness | Transcript Cite | Testimony |
|---------|-----------------|-----------|
| | | identify them. And I think that sort of we know, within DFP, there are features that can change our pricing and the price that we sell our inventory in ways that we don't know or understand. And **I think as long as that ability kind of remains, tied with the incentive of having the buy-side, presumably, you know, I think that's a problem. Google's going to act in its best interest**, which is I guess it's buy-side incentives. |