IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-00108-LMB-JFA |
| ) | |
| GOOGLE LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' NOTICE OF REVISED PROPOSED FINAL JUDGMENT**

Contemporaneous with the filing of their post-trial brief, Plaintiffs submit the attached revised Proposed Final Judgment. In addition to a handful of non-substantive corrections, Plaintiffs have made the following revisions:

- Plaintiffs have amended the deadline for the disablement of AdX (Section VI(Q)) to be tied to the end of the latest Post-Migration AdX Transitional Period; and

- Similarly, Plaintiffs have amended the deadline for the disablement of DFP Remainder (Section VIII(Q)) to be tied to the end of the latest Post-Migration DFP Remainder Transitional Period;

Additionally, pursuant to the Court's direction at the end of the remedies trial, Plaintiffs have met and conferred with Google several times on a revised process for selecting the Monitor and a Technical Committee to support the Monitor. While the parties have not yet agreed on the selection process or qualifications for these individuals, Plaintiffs have revised their Proposed Final Judgment (Section XIII) to reflect the most recent proposal made to Google. Plaintiffs intend to continue meeting and conferring with Google to narrow the dispute on the monitor selection process.

Dated: November 3, 2025

Respectfully submitted,

| | |
|---|---|
| LINDSEY HALLIGAN<br>United States Attorney | JASON S. MIYARES<br>Attorney General of Virginia |

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Julia Tarver Wood
JULIA TARVER WOOD
DAVID A. GEIGER
MATTHEW R. HUPPERT
DAVID M. TESLICKO
MICHAEL E. WOLIN

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*

/s/ Tyler T. Henry
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

*Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia*