IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. ) | 1:23-cv-108 (LMB/JFA) |

### ORDER

At the request of the parties, closing arguments in the remedies bench trial of this civil action will be briefly continued. It is hereby

ORDERED that closing arguments in the remedies bench trial, which are currently scheduled for Monday, November 17, 2025, at 10:00 a.m., be and are CONTINUED to Wednesday, November 19, 2025, at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13th day of November, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge