IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

Because of further scheduling conflicts within the courthouse, it is

ORDERED that closing arguments in the remedies bench trial, which are currently scheduled for Wednesday, November 19, 2025, at 10:00am, be and are CONTINUED to Friday, November 21, 2025, at 11:00am; and it is further

ORDERED that each side will be allowed a maximum of one (1) hour for opening closing arguments, and a maximum of 30 minutes for rebuttal; and it is further

ORDERED that the same seating arrangements which applied during the trial, with Courtroom 701 serving as an overflow courtroom, will be followed. Members of the media who want guaranteed access to Courtroom 700 must obtain a media pass from the Clerk's Office. More detailed information involving the seating arrangements can be found in the Court's previous Order, dated September 19, 2025. [Dkt. No. 1758].

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 14th day of November, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge