# UNITED STATES DISTRICT COURT
# CIVIL BENCH TRIAL – DAY 12

Date: **11/21/2025**  
Time: **10:56-1:56**

Case No.: **1:23cv108**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## UNITED STATES OF AMERICA ET AL

V.

## GOOGLE LLC

Appearances of Counsel for:

[ X ] Plaintiffs: Julia Wood, Michael Wolin, Tyler Henry, Gerard Mene, Matthew Huppert, David Teslicko

[ X ] Defendant: Craig Reilly, Karen Dunn, Jeannie Rhee, William Isaacson, Erika Spevak, Anita Liu

This case comes on for Remedies Trial by the Court. Appearance of Counsel for Plaintiffs and Defendant.

## PROCEEDINGS:

Closing arguments heard [**X**]

Rebuttal arguments heard [**X**]

Matter taken under advisement [**X**]