**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Civil No. 1:23-00108-LMB-JFA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of Court will please withdraw the appearance of Matthew R. Huppert as counsel for Plaintiff United States in the above-captioned case.

Dated: December 5, 2025

Respectfully submitted,

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant U.S. Attorney

/s/ *Gerard Mene*
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ *Matthew R. Huppert*
MATTHEW R. HUPPERT
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Telephone: (202) 307-0620
Fax: (202) 616-8544
Email: Matthew.Huppert@usdoj.gov

*Attorneys for the United States*