**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Civil No. 1:23-00108-LMB-JFA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of Court will please withdraw the appearance of Julia Tarver Wood as counsel

for Plaintiff United States in the above-captioned case.

Dated: April 8, 2026

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

/s/ *Gerard Mene*
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD
*Senior Litigation Counsel*
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 3030
Washington, DC 20530
Telephone: (202) 552-9047
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

*Attorneys for the United States*