**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES, *et al.*,**<br><br>***Plaintiffs,***<br><br>**vs.**<br><br>**GOOGLE LLC,**<br><br>***Defendant.*** | **Case No. 1:23-cv-00108-JFA** |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to E.D. Va. Civ. R. 83.1(H), Interested Party Mars, Inc. ("Mars") seeks leave to have Tara L. Reinhart withdraw her appearance as counsel for Mars. In support of its motion, Mars states as follows:

1. On July 25, 2024, Ms. Reinhart entered a notice of appearance for Mars (Dkt. No. 933).

2. Mars continues to be represented by other attorneys who are members of the bar of the Court and who have been admitted pro hac vice.

3. Mars does not oppose this motion, and no other party will be prejudiced thereby.

WHEREFORE, Interested Party Mars seeks entry of an order granting Tara L. Reinhart leave to withdraw as counsel for Mars, directing the Clerk of the Court to strike her appearance and to remove her from the CM/ECF service list in this matter, and directing all other parties that she need not be served with any future pleadings, motions, or other papers in this matter.

A proposed Order is submitted herewith.

***Interested Party Mars does not request oral argument on this motion.***

Dated: July 21, 2026

Respectfully submitted,

/s/ *Todd D. Kelly*
Todd D. Kelly (VSB # 92331)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
todd.kelly@skadden.com

*Counsel for Mars, Inc.*

**CERTIFICATE OF SERVICE**

I, Todd D. Kelly, hereby certify that the foregoing was filed with the Clerk of Court on July 21, 2026, using the CM/ECF system which will transmit a Notice of Electronic Filing to all counsel of record.

Dated: July 21, 2026

Respectfully submitted,

*/s/ Todd D. Kelly*
Todd D. Kelly