**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES, *et al.*,<br>*Plaintiffs*,<br>v.<br>GOOGLE LLC,<br>*Defendant.* | Civil No. 1:23-00108-LMB-JFA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of Court will please withdraw the appearance of Michael E. Wolin as counsel for Plaintiff United States in the above-captioned case.

Dated: January 12, 2026

Respectfully submitted,

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Michael E. Wolin
MICHAEL E. WOLIN
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Telephone: (202) 307-6349
Fax: (202) 616-2441
Email: Michael.Wolin@usdoj.gov

*Attorneys for the United States*

So Ordered

/s/ LMB
Leonie M. Brinkema
United States District Judge 9/2/26