**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00108-LMB-JFA |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Jeffrey Vernon as counsel for the United States in the above-captioned case.

So Ordered

/s/ LMB

Leonie M. Brinkema
United States District Judge 9/2/26

Dated: September 9, 2025

Respectfully submitted,

ERIK K. SIEBERT
United States Attorney

/s/ Gerard Mene
GERARD MENE
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
Email: Gerard.Mene@usdoj.gov

/s/ Jeffrey Vernon
Jeffrey Vernon
United States Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 367-6424
Email: Jeffrey.Vernon@usdoj.gov

Attorneys for the United States