IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| GOOGLE LLC, | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiffs' proposals for structural remedies in the form of the divestiture of AdX, the open-sourcing of DFP's final auction logic, and the contingent divestiture of DFP Remainder, be and are REJECTED; and it is further

ORDERED that most of the parties' proposed behavioral remedies, as modified by this Court, be and are ACCEPTED.

To ensure that the Final Judgment has the necessary clarity, it is hereby

ORDERED that within 30 days of the date of this Order the parties meet and confer and file one jointly proposed Final Judgment, reflecting the decisions and modifications imposed in the accompanying Memorandum Opinion and resolving any still-disputed issues.[1] If any provision remains unresolved, the parties must include their respective versions of that provision in the Final Judgment, labeled as to the proponent. No argument or explanation supporting the provision is to be included. The parties will be notified if further briefing or oral argument is needed.

---

[1] In addition to filing the jointly proposed Final Judgment on the public docket, the parties must also provide a version in Microsoft Word directly to chambers.

Because a significant amount of sealed material was referenced during the trial, the accompanying Memorandum Opinion will be filed under seal for 14 days to enable the parties to review it for any needed redaction. Accordingly, it is further

ORDERED that within 14 days of the date of this Order the parties move for any redactions they believe are necessary. Requests for redactions must be kept to a minimum and must be supported by sound reasons. If no redactions are requested, the accompanying Memorandum Opinion will be unsealed. If any redactions are requested and the Court finds them meritorious, the accompanying Memorandum Opinion will remain under seal and a redacted version will be filed publicly.

The Clerk is directed to forward copies of this Order and the accompanying sealed Memorandum Opinion to counsel of record.

Entered this 2ND day of September, 2026.

Alexandria, Virginia

/s/

Lconic M. Brinkema
United States District Judge