IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23-cv-108 (LMB/JFA) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Having been advised by the parties that they do not believe that any redactions are necessary to the Court's sealed Memorandum Opinion dated September 2, 2026, and that they are unaware of any protected third-party material referenced in such Memorandum Opinion, it is hereby

ORDERED that the sealed Memorandum Opinion dated September 2, 2026, [Dkt. No. 1858], be and is UNSEALED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge